IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA,**<br><br>            **Plaintiff,**<br>v.<br><br>**DONALD J. TRUMP,** *et al.***,**<br><br>            **Defendants.** | NO. 2:17-cv-04540-WB |

# ORDER

**AND NOW**, this _____ day of _____, 2017, upon consideration of the Commonwealth of Pennsylvania's Motion for Preliminary Injunction, any response thereto, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is further **ORDERED** that Defendants Donald J. Trump, President of the United States; Eric D. Hargan, Acting Secretary of the United States Department of Health and Human Services; the United States Department of Health and Human Services; Steven T. Mnuchin, Secretary of the United States Department of the Treasury; the United States Department of the Treasury; Rene Alexander Acosta, Secretary of the United States Department of Labor; and the United States Department of Labor; and their agents, designees, and subordinates, as well as any person acting in concert or participation with them, are hereby enjoined from enforcing the following Interim Final Rules:

1. Religious Exemptions and Accommodations for Coverage of Certain Preventive Services Under the Affordable Care Act (filed Oct. 6, 2017); and

2. Moral Exemptions and Accommodations for Coverage of Certain Preventive Services Under the Affordable Care Act (filed Oct. 6, 2017).

The Commonwealth has demonstrated that it is likely to succeed on the merits of its claims, that it will suffer irreparable injury absent preliminary relief, and that a preliminary injunction would serve the public interest.

BY THE COURT:

_____
**WENDY BEETLESTONE, J.**