IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA ,** <br> Plaintiff, <br><br> v. <br><br> **DONALD J. TRUMP, DONALD J. WRIGHT, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, STEVEN T. MNUCHIN, UNITED STATES DEPARTMENT OF THE TREASURY, RENE ALEXANDER ACOSTA AND THE UNITED STATES DEPARTMENT OF LABOR,** <br> Defendants. | **CIVIL ACTION** <br><br><br><br> **NO. 17-4540** |

## O R D E R

AND NOW, this 7th day of November, 2017, **IT IS HEREBY ORDERED**:

1. Defendants' Brief in Response to Plaintiff's Motion for Preliminary Injunction is due no later than November 16, 2017;

2. Plaintiff's Reply Brief in further support of their Motion for a Preliminary Injunction is due no later than November 27, 2017;

3. Any *amicus curiae* briefs shall be filed no later than November 27, 2017;

4. A Hearing on Plaintiff's Motion for Preliminary Injunction shall commence on **Thursday, December 14, 2017 at 8:30 a.m** before the Honorable Wendy Beetlestone, in courtroom 3B, 601 Market Street, Philadelphia, Pennsylvania, 19106;

5. The parties shall file any Proposed Findings of Fact no later than **Tuesday, December 19, 2017 at 12:00 p.m.**

BY THE COURT:


/s/Wendy Beetlestone, J.
_____
**WENDY BEETLESTONE, J.**