# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; ERIC D. HARGAN, in his official capacity as Acting Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; STEVEN T. MNUCHIN, in his official capacity as Secretary of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; RENE ALEXANDER ACOSTA, in his official capacity as Secretary of Labor; and UNITED STATES DEPARTMENT OF LABOR,<br><br>Defendants. | Civil Action No. 2:17-cv-04540 (WB) |

## **ORDER**

Defendants' motion to file excess pages for their memorandum in support of their motion to dismiss and in opposition to plaintiff's motion for preliminary injunction and for leave to file reply in support of their motion to dismiss is hereby GRANTED. It is hereby ordered that:

Defendants may file a Memorandum in Support of Their Motion to Dismiss and in Opposition to Plaintiff's Motion for Preliminary Injunction of up to 55 pages, excluding the title page, table of contents, table of authorities, and certificate of service.

The deadline for defendants to file a reply to plaintiff's arguments in opposition to defendants' motion to dismiss is seven (7) days after service of such opposition.

The deadline for defendants to file a reply to any *amicus curiae* briefs opposing defendants' motion to dismiss is seven (7) days after service of such briefs.

IT IS SO ORDERED.

BY THE COURT:

_____            _____
Date                                                                             The Honorable Wendy Beetlestone
                                                                                     United States District Judge