IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA,<br><br>     Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>     Defendants. | Case No. 2:17-CV-04540-WB<br><br>Hon. Wendy Beetlestone |

**NOTICE OF APPEARANCE**

  Kindly enter the appearance of Rhiannon N. Batchelder, of Morrison & Foerster LLP on behalf of *amici curiae* the American Association of University Women; the American Federation of State, County, and Municipal Employees (AFL-CIO); the Service Employees International Union; the American Federation of Teachers; the National Association of Women Lawyers; Girls Inc.; the National Association of Social Workers; If/When/How: Lawyering for Reproductive Justice; California Women Lawyers; the Women's Bar Association of Massachusetts; Lawyers Club of San Diego; the Colorado Women's Bar Association; the Women Lawyers Association of Los Angeles; and the Women's Bar Association of the District of Columbia in the above-referenced case.

Dated: November 27, 2017    Respectfully submitted,

               By:  /s/ Rhiannon N. Batchelder

                 Rhiannon N. Batchelder (NY 5415088)
                 MORRISON & FOERSTER LLP
                 250 West 55th Street
                 New York, New York 10019-9601
                 Telephone: (212) 468-8000
                 RBatchelder@mofo.com

                 *Attorney for Amici Curiae*

ny-1306329

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 27, 2017, I caused the foregoing Notice of Appearance to be electronically filed with the Clerk of Court via CM/ECF.  Notice of this filing will be sent by email to all counsel of record by operation of the Court's electronic filing system.

                                                                                                              /s/ Rhiannon N. Batchelder

ny-1306329