# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA,

*Plaintiff*,

v.

DONALD J. TRUMP, *et al.*,

*Defendants*.

Case No. 2:17-cv-04540-WB

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please take notice that by this filing, attorney Jonathan B. Miller enters his appearance in the above-captioned matter as counsel for proposed *amici curiae* the Commonwealth of Massachusetts, *et al*.

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS
MAURA HEALEY
ATTORNEY GENERAL

*/s/ Jonathan B. Miller*
Jonathan B. Miller
Assistant Attorney General
Office of the Massachusetts Attorney General
One Ashburton Place
Boston, Massachusetts 02108

Date: November 27, 2017

**CERTIFICATE OF SERVICE**

  I, Jonathan B. Miller, hereby certify that on November 27, 2017 I caused a copy of the foregoing Notice of Appearance to be filed electronically and that this document is available for viewing and downloading from the ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.


Dated: November 27, 2017          */s/ Jonathan B. Miller*
                      Jonathan B. Miller