# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA ,** <br>     **Plaintiff,** <br><br> v. <br><br> **DONALD J. TRUMP, DONALD J. WRIGHT, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, STEVEN T. MNUCHIN, UNITED STATES DEPARTMENT OF THE TREASURY, RENE ALEXANDER ACOSTA AND THE UNITED STATES DEPARTMENT OF LABOR,** <br>     **Defendants.** | CIVIL ACTION <br><br><br> NO.  17-4540 |

## O R D E R

**AND NOW**, this 8th day of December, 2017, upon consideration of the Little Sisters of the Poor Saints Peter and Paul Home ("Little Sisters") Emergency Motion to Intervene (ECF No. 19), the Commonwealth of Pennsylvania's Response in Opposition thereto (ECF No. 38), and the Little Sisters' Reply thereto (ECF No. 40), **IT IS HEREBY ORDERED** that the Little Sisters' Motion is **DENIED**.

                              **BY THE COURT:**

                              **/s/Wendy Beetlestone, J.**

                              _____

                              **WENDY BEETLESTONE, J.**