IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA,

    *Plaintiff*,

    v.

DONALD J. TRUMP, *et al.*

    *Defendants*,

LITTLE SISTERS OF THE POOR SAINTS PETER AND PAUL HOME,

    *Proposed Defendant-Intervenor.*

Civil No. 17-CV-4540

**NOTICE OF APPEAL**

Notice is hereby given that the Little Sisters of the Poor Saints Peter and Paul Home, Proposed Defendant-Intervenor in the above-captioned case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Court's Order (ECF No. 42) denying Proposed Defendant-Intervenor's Motion to Intervene, entered in this action on December 8, 2017.

Dated: December 8, 2017

Respectfully submitted,

/s/ Mark Rienzi
Mark Rienzi
Eric C. Rassbach*
Lori Windham
The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW, Suite 700
Washington, DC 20036
Telephone: (202) 955-0095
Facsimile: (202) 955-0090

Nicholas M. Centrella
Conrad O'Brien PC

1

1500 Market Street, Suite 3900
Philadelphia, PA 19102-2100
Telephone: (215) 864-8098
Facsimile: (215) 864-0798
ncentrella@conradobrien.com

*Counsel for Proposed Intervenor*
*\*Admission pro hac vice pending*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: December 8, 2017

                                              /s/ *Mark Rienzi*
                                              Mark Rienzi