**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DONALD J. TRUMP, in his official )<br>capacity as President of the United States; )<br>ERIC D. HARGAN, in his official )<br>capacity as Acting Secretary of Health and )<br>Human Services; UNITED STATES )<br>DEPARTMENT OF HEALTH AND )<br>HUMAN SERVICES; STEVEN T. )<br>MNUCHIN, in his official capacity as )<br>Secretary of the Treasury; UNITED )<br>STATES DEPARTMENT OF THE )<br>TREASURY; RENE ALEXANDER )<br>ACOSTA, in his official capacity as )<br>Secretary of Labor; and UNITED STATES )<br>DEPARTMENT OF LABOR, )<br>)<br>Defendants. )<br>_____) | Civil Action No. 2:17-cv-04540 (WB) |

## **ENTRY OF APPEARANCE**

The Clerk of the Court will please take notice that Justin M. Sandberg will be appearing in the above-captioned matter on behalf of the Federal Defendants. I am admitted or otherwise authorized to practice in this court.

DATED:  December 11, 2017	Respectfully submitted,

CHAD A. READLER
Principal Deputy Assistant Attorney General

LOUIS D. LAPPEN
United States Attorney

ETHAN DAVIS
Deputy Assistant Attorney General

JOEL McELVAIN
Assistant Director, Federal Programs Branch

*/s/ Justin M. Sandberg*
JUSTIN M. SANDBERG
Senior Trial Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice
20 Mass. Ave. NW, Rm. 7302
Washington, D.C.  20001
Tel:  (202) 514-5838
Email:  justin.sandberg@usdoj.gov
*Counsel for Defendants*