# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *Plaintiff*, v. DONALD J. TRUMP, *et al.* *Defendants*, LITTLE SISTERS OF THE POOR SAINTS PETER AND PAUL HOME, *Proposed Defendant-Intervenor.* | Civil No. 17-CV-4540-WB |

## PROTECTIVE NOTICE OF APPEAL

Notice is hereby given that the Little Sisters of the Poor Saints Peter and Paul Home (the "Little Sisters"), Proposed Defendant-Intervenor in the above-captioned case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Court's Order (ECF Nos. 59 and 60) granting Plaintiff's request for a preliminary injunction, entered in this action on December 15, 2017. The Little Sisters file this protective notice in order to protect their rights in the event that intervention is granted after the time for appeal has expired.

Dated: December 15, 2017

Respectfully submitted,

/s/ Mark Rienzi
Mark Rienzi
Eric C. Rassbach*
Lori Windham
The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW, Suite 700
Washington, DC 20036
Telephone: (202) 955-0095

1

Facsimile: (202) 955-0090

Nicholas M. Centrella
Conrad O'Brien PC
1500 Market Street, Suite 3900
Philadelphia, PA 19102-2100
Telephone: (215) 864-8098
Facsimile: (215) 864-0798
ncentrella@conradobrien.com

*Counsel for Proposed Intervenor*
*\*Admission pro hac vice pending*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: December 15, 2017

                                              /s/ *Mark Rienzi*
                                              Mark Rienzi