1                   IN THE UNITED STATES DISTRICT COURT

2              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

3

COMMONWEALTH OF PENNSYLVANIA      :     CIVIL ACTION NUMBER
4                                             17-4540
         VS.
5
DONALD J. TRUMP, ET AL.
6

7    _____

8
                              THURSDAY, DECEMBER 14, 2017
9                             COURTROOM 3B
                              PHILADELPHIA, PA 19106
10

11   _____
              BEFORE THE HONORABLE WENDY BEETLESTONE, ESQUIRE, J.
12   _____

13

14
                      PRELIMINARY INJUNCTION HEARING
15

16   _____

17

18

19              SUZANNE R. WHITE, RPR, FCRR, CM
                   OFFICIAL COURT REPORTER
20             FIRST FLOOR U. S. COURTHOUSE
                     601 MARKET STREET
21              PHILADELPHIA, PA 19106
                     (215)627-1882
22

23

24   PROCEEDINGS RECORDED BY STENOTYPE-COMPUTER,
     TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION
25

```
1      APPEARANCES:

2      OFFICE OF THE ATTORNEY GENERAL
       JONATHAN SCOTT GOLDMAN, ESQUIRE
3      NICOLE J. BOLAND, ESQUIRE
       STRAWBERRY SQUARE, 16TH FLOOR
4      HARRISBURG, PA 17120

5               AND

6      MICHAEL J. FISCHER, ESQUIRE
       NICOLE BROCK, ESQUIRE
7      21 S. 12TH STREET, 3RD FLOOR
       PHILADELPHIA, PA. 19107
8
       COUNSEL FOR THE COMMONWEALTH OF PENNSYLVANIA
9

10
       UNITED STATES DEPARTMENT OF JUSTICE
11     CIVIL DIVISION
       ETHAN PRICE DAVIS, ESQUIRE
12     950 PENNSYLVANIA AVENUE, NW
       ROOM 3133
13     WASHINGTON, DC 20530

14              AND

15     U.S. DEPARTMENT OF JUSTICE
       ELIZABETH L. KADE, ESQUIRE
16     JUSTIN MICHAEL SANDBERG, ESQUIRE
       REBECCA M. KOPPLIN, ESQUIRE
17     BRIAN STIMSON, ESQUIRE
       CHRISTOPHER HEALY, ESQUIRE
18     20 MASSACHUSETTS AVENUE, NW
       WASHINGTON, DC 20530
19
       COUNSEL FOR DONALD TRUMP, ET AL.
20

21

22

23

24

25
```

1                    (THE CLERK OPENS COURT.)

2                THE COURT:  WE ARE HERE IN THE MATTER OF

3  COMMONWEALTH OF PENNSYLVANIA VERSUS DONALD TRUMP; DONALD

4  WRIGHT, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN

5  SERVICES; STEVE MNUCHIN, UNITED STATES DEPARTMENT OF THE

6  TREASURY, RENE ALEXANDER ACOSTA, UNITED STATES

7  DEPARTMENT OF LABOR.  THIS IS CASE NUMBER 17-4540.

8                TODAY WE HAVE A HEARING ON THE

9  COMMONWEALTH'S MOTION FOR A PRELIMINARY INJUNCTION.

10              LET ME TELL -- MOSTLY FOR THE FOLKS IN

11  THE COURTROOM, I HAVE ALREADY DETERMINED HOW THIS WILL

12  PROCEED.  WE WILL BE WORKING FROM NOW UNTIL 6.  IF THE

13  PARTIES FINISH BEFORE 6, THEN WE WILL FINISH BEFORE 6.

14              THE PARTIES HAVE REQUESTED OPENING

15  STATEMENTS.  I HAVE ALLOWED THEM 15 MINUTES EACH FOR

16  OPENING STATEMENTS.  THE PARTIES HAVE ALSO ASKED FOR

17  CLOSING STATEMENTS AND I HAVE ALLOWED THEM 15 MINUTES

18  EACH FOR CLOSING STATEMENTS.

19              IN THE INTERIM, IT IS MY VIEW THAT THIS

20  IS THE PLAINTIFF'S HEARING.  I AM NOT GOING TO IMPOSE

21  ANY PARTICULAR RULES.  I'M GOING TO ALLOW THEM TO DO

22  WHAT THEY THINK THEY NEED TO DO IN ORDER TO PROCEED.

23              WITH THAT, PLEASE CAN WE HAVE THE

24  INTRODUCTIONS ON THE PLAINTIFFS' SIDE, MOVING TO THE

25  DEFENSE SIDE.

1          MR. GOLDMAN:  YOUR HONOR, MY NAME IS

2   JONATHAN GOLDMAN, THE EXECUTIVE DEPUTY ATTORNEY GENERAL

3   FOR THE COMMONWEALTH OF PENNSYLVANIA IN CHARGE OF THE

4   CIVIL LAW DIVISION.

5          MS. BOLAND:  GOOD MORNING, YOUR HONOR.

6   MY NAME IS NICOLE BOLAND.  I'M THE DEPUTY ATTORNEY

7   GENERAL WITH THE OFFICE OF ATTORNEY GENERAL.

8          MR. FISCHER:  GOOD MORNING, YOUR HONOR.

9   MY NAME IS MICHAEL FISCHER, DEPUTY ATTORNEY GENERAL WITH

10  THE OFFICE OF ATTORNEY GENERAL.

11         THE COURT:  AND NICOLE BROCK, IS SHE

12  HERE?

13         MS. BROCK:  YES, YOUR HONOR.  I'M NICOLE

14  BROCK, DEPUTY ATTORNEY GENERAL FROM THE OFFICE OF

15  ATTORNEY GENERAL.

16         MR. DAVIS:  GOOD MORNING, YOUR HONOR.  I

17  AM ETHAN DAVIS.  I'M A DEPUTY ASSISTANT ATTORNEY GENERAL

18  WITH THE U.S. DEPARTMENT OF JUSTICE.

19         MS. KADE:  GOOD MORNING, YOUR HONOR.  MY

20  NAME IS ELIZABETH KADE.  I'M A TRIAL ATTORNEY WITH THE

21  DEPARTMENT OF JUSTICE.

22         MR. SANDBERG:  GOOD MORNING, YOUR HONOR.

23  I'M JUSTIN SANDBERG.  I'M A CHIEF TRIAL COUNSEL WITH THE

24  DEPARTMENT OF JUSTICE.

25         MR. HEALY:  GOOD MORNING, YOUR HONOR.  MY

1    NAME IS CHRISTOPHER HEALY.  I'M A TRIAL ATTORNEY FOR THE

2    U.S. DEPARTMENT OF JUSTICE.

3              MS. KOPPLIN:  GOOD MORNING, YOUR HONOR.

4    MY NAME IS REBECCA KOPPLIN.  I'M ALSO A TRIAL ATTORNEY

5    WITH THE DEPARTMENT OF JUSTICE.

6              THE COURT:  MR. GOLDMAN.

7              MR. GOLDMAN:  MAY I APPROACH, YOUR HONOR?

8              THE COURT:  YOU MAY.

9              MR. GOLDMAN:  BEFORE I BEGIN, YOUR HONOR,

10   IF WE CAN CLARIFY ONE THING.  I BELIEVE WE HAD SPOKEN

11   ABOUT ON THE PHONE IN CONFERENCE THAT WE WOULD EACH HAVE

12   A HALF-HOUR FOR OPENINGS AND A HALF-HOUR FOR CLOSINGS.

13             THE COURT:  I DID NOT RECALL IT THAT WAY,

14   BUT IF THAT IS HOW YOU WANT TO USE YOUR TIME, THAT IS

15   FINE.  YOU SHOULD OF COURSE ASSUME THAT I HAVE READ ALL

16   THE BRIEFS AND THAT I'M VERY FAMILIAR WITH THE ARGUMENTS

17   THAT YOU MADE IN YOUR BRIEFS AND ALSO THE ATTACHMENTS

18   THERETO.  SO TO THE EXTENT THAT IT'S POSSIBLE THAT YOU

19   NOT REPEAT WHAT IS IN THOSE DOCUMENTS, THAT WOULD

20   PROBABLY BE A GOOD THING.

21             GO AHEAD.

22             MR. GOLDMAN:  THANK YOU, YOUR HONOR.  AS

23   I SAID, MY NAME IS JONATHAN GOLDMAN.  I'M HERE FOR THE

24   COMMONWEALTH OF PENNSYLVANIA.

25             IF I MAY ASK THE COURT'S INDULGENCE,

1    FOLLOWING OUR CONFERENCE ON TUESDAY EVENING AT WHICH

2    YOUR HONOR URGED THE PARTIES NOT TO BRING LIVE WITNESSES

3    TO REPEAT THE ALLEGATIONS ALREADY MADE UNDER OATH IN

4    THEIR DECLARATIONS, THERE ARE OTHER FACTS THAT ARE

5    ALREADY IN THE RECORD, WE SIGNIFICANTLY RESTRUCTURED OUR

6    CASE.  AND SEEKING TO FOLLOWING YOUR HONOR'S GUIDANCE,

7    WE REDUCED THE NUMBER OF WITNESSES FROM SIX TO LIKELY

8    THREE, AND WE SCALED BACK THE TESTIMONY OF THOSE

9    WITNESSES.

10                  THE LAWYERS BESIDE ME AT COUNSEL TABLE

11    AND ALSO BACK THERE ARE MEMBERS OF THE TEAM.  WE HAVE

12    ALL WORKED TOGETHER, AND HAD WE HAD ALL SIX WITNESSES

13    HERE, EVERYBODY WOULD HAVE HAD A WITNESS, A SPEAKING

14    ROLE HERE.  SOME MEMBERS OF COUNSEL MAY NOT, BUT I JUST

15    WANTED TO ACKNOWLEDGE THEIR HARD WORK FOR THE COURT.

16                  THIS CASE IS ABOUT TWO NEW REGULATIONS

17    PROMULGATED BY THE DEFENDANTS, THE RELIGIOUS EXEMPTION

18    RULE AND THE MORAL EXEMPTION RULE.  THESE ARE EXEMPTIONS

19    TO THE CONTRACEPTIVE MANDATE UNDER THE AFFORDABLE CARE

20    ACT, WHICH IS THE LAW OF THE LAND.  AND THEY ARE

21    INCREDIBLY BROAD.  THEY ARE THE EXCEPTIONS THAT SWALLOW

22    THE RULE.  THEY WERE PROMULGATED OUTSIDE THE CONSTRAINTS

23    OF THE ADMINISTRATIVE PROCEDURE ACT AND ON TOP OF

24    ALREADY EXISTING EXCEPTIONS, A RELIGIOUS EXCEPTION AND

25    ACCOMMODATION, WHICH WERE MUCH NARROWER IN SCOPE.  THEY

```
 1     REQUIRE MORE ACCOUNTABILITY.  AND IN THE CASE OF THE

 2     ACCOMMODATION, THEY REQUIRE AN EMPLOYER'S INSURER TO

 3     STEP IN AND PROVIDE CONTRACEPTIVE CONFERENCE FOR WOMEN

 4     IF THE EMPLOYER OPTS OUT.  THESE NEW RULES DO NOT DO

 5     THAT.

 6                 AS A RESULT OF THESE NEW RULES, WOMEN IN

 7     PENNSYLVANIA AND ACROSS THE COUNTRY TOO WILL LOSE THEIR

 8     INSURANCE COVERAGE FOR CONTRACEPTIVE CARE.  THIS WILL

 9     COST THE COMMONWEALTH TO SUFFER ECONOMIC DAMAGES AS IT'S

10     FORCED TO STEP INTO THE BREACH, AND -- UNDER THE CURRENT

11     LAWS, AND COVER THE COST OF ADDITIONAL CONTRACEPTIVE

12     CARE FOR THE ADDITIONAL WOMEN WHO WILL NEED IT.  AND

13     WHERE WOMEN ARE NOT ABLE TO GET CONTRACEPTIVE COVERAGE

14     THROUGH THE COMMONWEALTH OR ELSEWHERE, THERE WILL BE AN

15     INCREASE IN UNINTENDED PREGNANCIES, WHICH WILL CAUSE THE

16     COMMONWEALTH FURTHER ECONOMIC HARM.

17                 IN ADDITION TO THESE ECONOMIC HARMS, THE

18     NEW RULES WILL CAUSE WOMEN IN THIS COMMONWEALTH AND

19     BEYOND TO SUFFER ECONOMIC HARM AND MEDICAL HARM, WHICH

20     FOR SOME WOMEN MAY BE CATASTROPHIC.

21                 ON TOP OF THIS, THE RULES PLAINLY VIOLATE

22     THE LAW, AS WE HAVE LAID OUT IN OUR MOTION.  THE

23     COMMONWEALTH TODAY ASKS ONLY THAT THE COURT ENFORCE THE

24     LAW AND ISSUE A PRELIMINARY INJUNCTION TO MAINTAIN THE

25     STATUS QUO UNTIL WE CAN HAVE A FULL TRIAL.
```

1                    THE COURT:  MR. GOLDMAN, GIVEN THE

2     ADMONITION THAT A COURT SHOULD NOT REACH CONSTITUTIONAL

3     ISSUES WHEN IT CAN RESOLVE A MATTER ON STATUTORY CLAIMS,

4     ARE YOU, IN THE CONTEXT OF THIS PRELIMINARY INJUNCTION,

5     PURSUING THE CONSTITUTIONAL CLAIMS OR ARE YOU FOCUSING

6     YOUR EFFORTS ON THE APA PROCEDURAL AND SUBSTANTIVE

7     CLAIMS?

8                    MR. GOLDMAN:  WE ARE, AS WE DID ON OUR

9     BRIEF, YOUR HONOR, WE'RE FOCUSING ON ALL OF THE CLAIMS.

10    THE REASON WHY IS THIS -- AND TO BE VERY CLEAR, THE

11    PROCEDURAL APA CLAIMS ARE VALID AND THE DEFENDANTS

12    VIOLATED THE PROCEDURAL APA.  IF YOU WERE TO ENJOIN THE

13    RULES BASED ON THAT, PRESUMABLY IT WOULD NOT BE VERY

14    EFFICIENT.  PRESUMABLY THE DEFENDANTS WOULD GO BACK,

15    TAKE THE SAME RULES, PUT THEM UP FOR NOTICE AND COMMENT

16    FOR 30 DAYS, AND THEN WE WOULD BE RIGHT BACK HERE BEFORE

17    YOUR HONOR ON THE MORE SUBSTANTIVE CLAIMS.

18                    THE COURT:  WELL, YOU HAVE TWO APA

19    CLAIMS.  ONE IS A PROCEDURAL CLAIM AND ONE IS A

20    SUBSTANTIVE CLAIM UNDER THE APA.  I THINK WHAT YOU SAID

21    WOULD OCCUR IF I DETERMINED IT ONLY UNDER THE PROCEDURAL

22    PRONG.  BUT IF I ALSO DECIDED IT UNDER THE SUBSTANTIVE

23    PRONG, WOULD THAT SAME ISSUE OCCUR?

24                    MR. GOLDMAN:  NO, YOUR HONOR.  IF YOU

25    DECIDED IT UNDER THE SUBSTANTIVE APA CLAIM, YOU COULD

1      ACTUALLY GET TO ALL OF THE CONSTITUTIONAL ISSUES THROUGH

2      THE APA CLAIM BECAUSE IT WOULD SHOW THAT THE LAW -- THE

3      APA WAS SUBSTANTIVELY VIOLATED BECAUSE THE RULES VIOLATE

4      THE LAW ON THE CONSTITUTIONAL GROUNDS, NOT THE GROUNDS

5      WE LAID OUT.

6                     THE COURT:  OKAY.  GO AHEAD.

7                     MR. GOLDMAN:  SO TO YOUR POINT, YOUR

8      HONOR, WE DO HAVE FIVE CLAIMS HERE AND WE ARE URGING

9      YOUR HONOR TO CONSIDER ALL FIVE OF THEM:  EQUAL

10     PROTECTION, TITLE VII UNDER THE CIVIL RIGHTS ACT; AND

11     THE PREGNANCY DISCRIMINATION ACT ESTABLISHMENT CLAUSE;

12     AND THEN THE PROCEDURAL AND SUBSTANTIVE APA CLAIMS.

13                     I KNOW YOU ARE WELL AWARE OF THE STANDARD

14     FOR AN INJUNCTION.  IT'S LAID OUT ON PAGE 17 OF OUR

15     MOTION.  AND WE BELIEVE, YOUR HONOR, THAT WE HAVE SOME

16     WITNESSES TODAY TO ADD PRIMARILY ADDITIONAL TESTIMONY

17     AND COLOR AND NUANCE.  WE BELIEVE THAT YOUR HONOR IS IN

18     GOOD STEAD TO ISSUE AN INJUNCTION ALREADY, BASED ON THE

19     FINDINGS OF FACT AND THE FACTS THAT ARE IN OUR MOTION

20     AND OUR PAPERS.

21                     AND IF I MAY, I WOULD LIKE TO LIST THOSE

22     OUT, SINCE THEY ARE ALREADY IN THE RECORD, UNLESS YOUR

23     HONOR WOULD PREFER ME TO MOVE ON.

24                     THE COURT:  GO AHEAD.

25                     MR. GOLDMAN:  IN THE RECORD, THE FACTS

1    INCLUDE THE FOLLOWING.  UNINTENDED PREGNANCY IS

2    PREVALENT IN THE UNITED STATES.  THAT IS IN THE WEISMAN

3    DECLARATION AT PARAGRAPHS 22 THROUGH 23.

4                    PREVENTING UNINTENDED PREGNANCY RESULTS

5    IN FINANCIAL SAVINGS FOR WOMEN.  THAT IS IN THE WEISMAN

6    DECLARATION AT PARAGRAPHS 49 THROUGH 50 AND THE

7    STEINBERG DECLARATION AT PARAGRAPH 30.

8                    UNINTENDED PREGNANCY IS A PREVENTABLE

9    HEALTH CONDITION FOR WOMEN, IN THE WEISMAN DECLARATION,

10   PARAGRAPHS 19 THROUGH 20, AND THE CHUANG DECLARATION AT

11   PARAGRAPHS 15 AND 41.

12                   CONTRACEPTIVES ARE ALSO EFFECTIVE IN

13   PREVENTING UNINTENDED PREGNANCY.  NOT ONLY IS THAT ON

14   TABLE 5-3 ON PAGE 106 OF THE COMMITTEE'S REPORT ITSELF,

15   IT'S ALSO IN THE WEISMAN DECLARATION AT PARAGRAPH 30,

16   THE CHUANG DECLARATION AT PARAGRAPHS 41 THROUGH 43, AND

17   THE STEINBERG DECLARATION AT PARAGRAPHS 30 AND THE BUTTS

18   DECLARATION AT PARAGRAPH 36.

19                   WOMEN WHO FOREGO CONTRACEPTION OR USE

20   LESS EFFECTIVE CONTRACEPTION ARE AT RISK OF UNINTENDED

21   PREGNANCY.  THAT IS ALREADY IN THE RECORD AT WEISMAN

22   DECLARATION, PARAGRAPH 48, CHUANG DECLARATION PARAGRAPH

23   39, STEINBERG DECLARATION PARAGRAPH 30, AND THE BUTTS

24   DECLARATION AT PARAGRAPH 58.

25                   THE COURT:  THERE IS NO NEED TO REFER TO

1    THE RECORD.  I KNOW THE RECORD.  JUST SAY WHAT YOU NEED

2    TO SAY, AND I WILL BELIEVE YOU THAT IT'S IN THE RECORD.

3                 MR. GOLDMAN:  THANK YOU.

4                 THE COURT:  UNLESS OPPOSING COUNSEL SAYS

5    IT'S NOT IN THE RECORD, AND THEN WE WILL HAVE A LITTLE

6    FIGHT ON IT.

7                 MR. GOLDMAN:  FAIR ENOUGH.

8                 COST IS A BARRIER TO ASSESSING

9    CONTRACEPTION CARE.  BEFORE THE ACA'S CONTRACEPTION

10   MANDATE, PATIENTS WOULD NOT FILL THEIR CONTRACEPTIVE

11   PRESCRIPTIONS, OPTING INSTEAD TO ASK THEIR PHYSICIANS

12   FOR LESS EFFECTIVE BUT CHEAPER METHODS OF CONTRACEPTION

13   AT LEAST UP FRONT, ULTIMATELY NOT CHEAPER IN THE LONG

14   RUN.  BEFORE THAT CONTRACEPTIVE MANDATE, PATIENTS WOULD

15   NOT FILL THEIR CONTRACEPTIVE PRESCRIPTIONS, OPTING

16   INSTEAD TO FAIL TO USE CONTRACEPTION SOMETIMES

17   ALTOGETHER BECAUSE OF THE COST.  BEFORE THE ACA

18   CONTRACEPTIVE MANDATE, IUDS WERE ONE OF THE MOST

19   EXPENSIVE FORMS OF CONTRACEPTIVES FOR PATIENTS IN TERMS

20   OF THE INITIAL COST WHICH HAS TO BE PAID UP FRONT.  AND

21   YET IUDS ARE A MUCH MORE EFFECTIVE METHOD OF

22   CONTRACEPTIVE CARE THAN ARE BIRTH CONTROL PILLS AND

23   OBVIOUSLY THAN ARE NOTHING.

24                 THE CONTRACEPTION MANDATE HAS RESULTED IN

25   MORE WOMEN USING CONTRACEPTIVES GENERALLY AND MORE

1   EFFECTIVE METHODS OF CONTRACEPTIVES SPECIFICALLY.  MORE

2   WOMEN ARE USING IUDS, FOR EXAMPLE, THAN ORAL BIRTH

3   CONTROL PILLS OR NO METHOD OF CONTRACEPTION AT ALL, SUCH

4   THAT AFTER THE CONTRACEPTIVE MANDATE PATIENTS WERE FREE

5   TO MAKE CONTRACEPTIVE CHOICES PURELY ON THE BASIS OF

6   MEDICAL NEEDS, LISTENING TO THE RECOMMENDATIONS OF THEIR

7   DOCTORS, WITHOUT HAVING TO WEIGH THE COST OF CARE, WHICH

8   IS EXACTLY WHAT THE AFFORDABLE CARE ACT INTENDED.  AND

9   AS A RESULT, AFTER THE CONTRACEPTIVE MANDATE, PATIENTS

10  HAD MADE MORE MEDICALLY INFORMED CONTRACEPTIVE CHOICES,

11  WHICH HAVE BEEN BETTER FOR THE HEALTH OF THEM AND THEIR

12  FAMILIES.

13                    THE PENNSYLVANIA DEPARTMENT OF HEALTH AND

14  HUMAN SERVICES HAS ENCOURAGED THE USE OF LARCS,

15  LONG-ACTING CONTRACEPTION, AS POST PARTUM CONTRACEPTION

16  TO REDUCE THE RATE OF UNINTENDED PREGNANCIES BY CHANGING

17  ITS FEE FOR SERVICE PAYMENT POLICIES FOR HOSPITAL

18  PROVIDERS, A POLICY OF THE COMMONWEALTH.

19                    MORE THAN 2.5 MILLION WOMEN IN

20  PENNSYLVANIA COULD BENEFIT FROM THE CONTRACEPTIVE CARE

21  MANDATE AND OVER 700,000 PENNSYLVANIANS HAVE ENROLLED IN

22  MEDICAID AS A RESULT OF THE EXPANSION UNDER THE

23  CONTRACEPTIVE CARE MANDATE.

24                    THE DEPARTMENT OF INSURANCE ESTIMATES

25  THAT THE WOMEN IN PENNSYLVANIA WHO HAVE BENEFITED FROM

1       THE CONTRACEPTIVE CARE MANDATE HAVE SAVED OVER

2       $250 MILLION ANNUALLY, AND THOSE ARE JUST THE DOLLARS.

3       THAT IS NOT THE HEALTH BENEFITS.

4                       HOWEVER, YOUR HONOR, PENNSYLVANIA HAS NO

5       STATUTE OR REGULATION REQUIRING EMPLOYERS OFFERING PLANS

6       REGULATED BY THE PENNSYLVANIA DEPARTMENT OF INSURANCE

7       THAT OPT OUT OF THE CONTRACEPTIVE CARE MANDATE TO

8       PROVIDE CONTRACEPTIVE COVERAGE TO ITS EMPLOYEES OR

9       BENEFICIARIES.  OTHER STATES MAY HAVE A LAW LIKE THAT.

10      THIS ONE DOESN'T.  AND SIMILARLY, PENNSYLVANIA HAS NO

11      STATUTE OR REGULATION REQUIRING EMPLOYERS OFFERING PLANS

12      REGULATED BY ERISA THAT OPT OUT TO PROVIDE CONTRACEPTIVE

13      COVERAGE TO ITS EMPLOYEES OR BENEFICIARIES.

14                      THEREFORE, DUE TO THE NEW RULES AND

15      REGULATIONS, THESE EXEMPTIONS, WOMEN WILL LOSE

16      CONTRACEPTIVE COVERAGE WHEN THEIR EMPLOYERS OPT OUT OF

17      PROVIDING IT, OR IN SOME CASES THE EMPLOYERS OF THEIR

18      SPOUSES THROUGH WHOM THEY HAVE COVERAGE.  AS A RESULT

19      SOME OF THESE WOMEN WILL FAIL TO USE CONTRACEPTIVES OR

20      WILL USE LESS EFFECTIVE CONTRACEPTIVE METHODS DUE TO THE

21      COST.  WE HAVE SEEN THIS ALREADY.

22                      MANY WOMEN WHOSE EMPLOYERS REFUSE TO

23      PROVIDE COVERAGE FOR THEIR CONTRACEPTIVE COSTS WILL SEEK

24      FINANCIAL ASSISTANCE THROUGH STATE GOVERNMENT PROGRAMS.

25      THIS GETS TO THE ISSUE OF STATE HARM.  THE AMOUNT OF

1    MONEY THE COMMONWEALTH SPENDS ON MEDICAID AND THE FAMILY

2    PLANNING SERVICES PROGRAM IS CONTINGENT UPON ENROLLMENT

3    SO THAT THE MORE PEOPLE HAVE TO HERE ENROLL IN THESE

4    STATE PROGRAMS, THE MORE MONEY THE COMMONWEALTH MUST

5    SPEND ON THEM.  THE NEW RULES WILL IMPOSE ADDITIONAL

6    ECONOMIC AND OTHER BURDENS ON FAMILY PLANNING CLINICS

7    AROUND PENNSYLVANIA, AND THE COMMONWEALTH OF

8    PENNSYLVANIA WILL BEAR MUCH OF THAT BURDEN.  LOW INCOME

9    WOMEN WHO ARE NOT ELIGIBLE FOR FUNDING THROUGH STATE

10    GOVERNMENT PROGRAMS WILL BE FORCED TO CHOOSE BETWEEN

11    PAYING OUT OF POCKET, IF THEY CAN, OR GOING WITHOUT

12    CONTRACEPTION ALTOGETHER.  WOMEN WHO STOP USING

13    CONTRACEPTION ARE MORE LIKELY TO HAVE UNPLANNED

14    PREGNANCIES AND TO REQUIRE ADDITIONAL MEDICAL ATTENTION.

15    THESE THINGS ARE IN MANY WAYS TRUISMS.

16                    BECAUSE PATIENTS WILL LOSE CONTRACEPTIVE

17    COVERAGE UNDER THE NEW RULES, THEY WILL THEN MAKE LESS

18    MEDICALLY SOUND CONTRACEPTIVE CHOICES AND THEREFORE THEY

19    WILL BE HARMED.

20                    MANY WOMEN WHO NO LONGER RECEIVE

21    CONTRACEPTIVE COVERAGE WILL NOT ONLY FACE FINANCIAL HARM

22    BUT WILL ALSO FACE MEDICAL HARM.  AND AGAIN, SOME CASES

23    YOU WILL HEAR AND IT'S ALREADY IN THE RECORD, THAT CAN

24    BE CATASTROPHIC, EVEN FATAL HARM.

25                    IN SUM, THE NEW RULES WILL HAVE A

1    NEGATIVE EFFECT ON THE HEALTH OF PENNSYLVANIA WOMEN.

2    THAT IS IN ADDITION TO THE ECONOMIC HARM AND OTHER HARM

3    TO THE COMMONWEALTH AS A WHOLE.

4                    THE COURT:  MR. GOLDMAN, I JUST NEED

5    TO -- I NEED TO ROLL YOU BACK TO THE VERY BEGINNING, AND

6    THAT ISSUE IS STANDING.  I THINK SOME OF THE BRIEFING IS

7    ABOUT STANDING.  AND THE QUESTION IS, DOES THE

8    COMMONWEALTH HAVE STANDING TO CHALLENGE AN AFFIRMATIVE

9    ACTION OF AN AGENCY, AND IF SO, WHAT IS YOUR SUPPORT FOR

10    THAT POSITION?

11                    MR. GOLDMAN:  THE COMMONWEALTH ABSOLUTELY

12    DOES HAVE THAT STANDING.  IT IS STANDING BOTH IN TERMS

13    OF REAL ECONOMIC HARM.  IT HAS SUFFERED HARM AND WILL

14    SUFFER HARM.  AND THEN ALSO UNDER THE PARENS PATRIAE

15    DOCTRINE WHERE IT IS ABLE TO ASSERT STANDING ON BEHALF

16    OF ITS CITIZENS IN A MORE GLOBAL SENSE.

17                    THE COURT:  WHICH CASE ARE YOU RELYING ON

18    OR WHICH SET OF CASES?

19                    MR. GOLDMAN:  FORGIVE ME, JUDGE.  THE

20    CASES ARE IN OUR BRIEF.

21                    THE COURT:  WHO IS THE STANDING ATTORNEY

22    WHO DID THE ANALYSIS FOR THAT?  WHY DON'T YOU COME UP

23    AND TELL ME ABOUT THAT.

24                    MR. FISCHER:  THANK YOU, YOUR HONOR.

25                    MR. GOLDMAN:  MAY I STAND HERE, YOUR

1    HONOR?

2                    THE COURT:  YOU MAY.

3                    MR. FISCHER:  GOOD MORNING, YOUR HONOR.

4    MICHAEL FISCHER FOR THE COMMONWEALTH.

5                    AS MR. GOLDMAN SAID, THE COMMONWEALTH

6    DOES HAVE STANDING, BOTH DIRECT STANDING AS A RESULT OF

7    THE FINANCIAL HARM, AS WELL AS PARENS PATRIAE STANDING

8    TO ASSERT ITS INTEREST IN PROTECTING THE HEALTH AND

9    WELFARE OF ITS RESIDENTS.  AS WE DISCUSSED IN OUR BRIEF,

10   WE THINK MASSACHUSETTS VERSUS EPA IS A TEXTBOOK EXAMPLE

11   OF WHEN A STATE CAN ASSERT STANDING BASED BOTH ON A

12   DIRECT INJURY AS WELL AS A PARENS PATRIAE THEORY.

13                    THE COURT:  WASN'T MASSACHUSETTS A CASE

14   INVOLVING INACTION RATHER THAN AFFIRMATIVE ACTION?

15                    MR. FISCHER:  IT WAS AN INACTION CASE,

16   YOU ARE RIGHT.  TEXAS VERSUS UNITED STATES IS AN ACTION

17   CASE.  NOW AS THE COURT INDICATED IN THE DIRECTION WE

18   WERE SENT, THAT CASE WAS AFFIRMED BY AN EVENLY DIVIDED

19   SUPREME COURT.  SO IT IS NOT -- THE COURT'S DECISION IS

20   NOT BINDING ON YOUR HONOR.

21                    HOWEVER, THE FIFTH CIRCUIT'S DECISION WE

22   THINK IS INSTRUCTIVE.  THE FIFTH CIRCUIT LOOKED AT THE

23   GOVERNMENT'S POLICY, THE DAPA PROGRAM IN THAT CASE THAT

24   HAD BEEN IMPLEMENTED, DECIDED IT WOULD CAUSE THE STATE

25   OF TEXAS AND OTHER STATES DIRECT FINANCIAL HARM, FOUND

1    THAT THAT WAS SUFFICIENT TO ESTABLISH STATE STANDING.

2    THAT DECISION AGAIN WAS AFFIRMED BY AN EVENLY DIVIDED

3    COURT.  SO AT LEAST FOUR JUSTICES OF THE COURT AT THE

4    TIME WERE CONVINCED THAT THE STATE DID HAVE STANDING.

5                 WE THINK THIS IS REALLY NO DIFFERENT FROM

6    ANY OTHER STANDING ANALYSIS INVOLVING OTHER -- INVOLVING

7    PRIVATE PLAINTIFFS, INVOLVING OTHER GOVERNMENT

8    PLAINTIFFS.  THE COMMONWEALTH HERE ALLEGES A DIRECT

9    FINANCIAL HARM.  THAT IS INJURY IN FACT.  THAT IS

10   TEXTBOOK INJURY IN FACT.  IT IS CLEARLY TRACEABLE TO THE

11   DEFENDANT'S ACTIONS.  IT IS CLEARLY REDRESSABLE THROUGH

12   RELIEF IN THIS COURT.  SO WE BELIEVE IT'S FAIRLY CLEAR

13   THAT WE SATISFY THE ELEMENTS OF STANDING UNDER A DIRECT

14   THEORY.

15                 AND IN ADDITION, UNDER PARENS PATRIAE

16   THEORY, THERE IS SOME, I WILL ADMIT, SOMEWHAT CONFUSING

17   CASE LAW ON PARENS PATRIAE THEORY.  BUT ONE THEME THAT

18   EMERGES, AND THIS IS ACTUALLY DISCUSSED AT LENGTH IN THE

19   DISTRICT COURT DECISION IN TEXAS VERSUS UNITED STATES,

20   IS THAT WHERE A STATE IS ASSERTING ITS QUASI SOVEREIGN

21   INTEREST IN PROTECTING THE HEALTH AND WELFARE OF ITS

22   CITIZENS, IT MAY DO SO IN CHALLENGING FEDERAL AGENCY

23   ACTION THAT IT ALLEGES IS IN VIOLATION OF A FEDERAL

24   STATUTE.  THAT IS WHAT WE ARE ALLEGING HERE.

25                 THERE ARE CASES GOING BACK TO I BELIEVE

1    MASSACHUSETTS VERSUS MELLON THAT SAY A STATE CANNOT

2    ASSERT PARENS PATRIAE STANDING AGAINST THE FEDERAL

3    GOVERNMENT IN CHALLENGING A FEDERAL STATUTE.

4                    THE COURT:  WELL, IS THIS -- THIS CONCEPT

5    CALLED SPECIAL SOLICITUDE?

6                    MR. FISCHER:  YES.

7                    THE COURT:  AND I HAVE TO SAY THAT THE

8    CONCEPT OF SPECIAL SOLICITUDE IS, SHALL WE SAY, NOT AS

9    CRYSTAL CLEAR AS IT COULD BE IN THE JURISPRUDENCE.

10                   MR. FISCHER:  ABSOLUTELY.

11                   THE COURT:  TELL ME, HOW DOES IT APPLY,

12   WHEN DOES IT APPLY, HOW DO I USE IT?

13                   MR. FISCHER:  IT APPLIES -- AND THE

14   SPECIAL SOLICITUDE IS DISCUSSED IN MASSACHUSETTS VS.

15   EPA, ALTHOUGH ACTUALLY, THE PHRASE APPEARS FIRST IN, I

16   BELIEVE, THE D.C. CIRCUIT DECISION THAT WE CITED -- I

17   APOLOGIZE, I FORGET THE NAME -- BUT AUTHORED BY THEN

18   JUDGE SCALIA, WHERE HE TALKED AT LENGTH ABOUT PARENS

19   PATRIAE STANDING AND QUASI-SOVEREIGN STANDING.

20                   THE ESSENCE OF SPECIAL SOLICITUDE, WE

21   BELIEVE, IS THAT A STATE HAS -- THAT THE COURT SHOULD

22   GIVE ADDITIONAL DEFERENCE TO STATES IN ANALYZING THE

23   EXTENT OF ANY INJURY THAT IS SUFFERED TO WHETHER OR NOT

24   THAT INJURY CONFERS STANDING.

25                   NOW, HERE -- FRANKLY, WE -- AS I SAID

1    EARLIER, I DON'T THINK IT'S NECESSARY TO EVEN RELY ON

2    SPECIAL SOLICITUDE, BUT IN MASSACHUSETTS VERSUS EPA, THE

3    COURT ESSENTIALLY SAID THE STATE OF MASSACHUSETTS,

4    COMMONWEALTH OF MASSACHUSETTS, CAN ASSERT ITS INTEREST

5    IN PROTECTING ITS CITIZENS FROM ENVIRONMENTAL HARM.

6    THAT RESPONSIBILITY WAS ACTUALLY DELEGATED TO EPA.

7                    EPA, UNDER THE SUPREMACY CLAUSE, COULD

8    PROHIBIT MASSACHUSETTS FROM ACTING.  SO SINCE EPA HAD

9    THAT RESPONSIBILITY, MASSACHUSETTS, BECAUSE IT SIMILARLY

10   HAD A DUTY TO PROTECT ITS CITIZENS, COULD CHALLENGE

11   EPA'S INACTION IN THAT CASE UNDER THIS THEORY THAT AS A

12   SOVEREIGN STATE, IT COULD INITIATE LITIGATION TO PROTECT

13   THE -- IN THAT CASE, THE INTEREST OF ITS CITIZENS, A

14   CLEAN ENVIRONMENT AND PROTECTION FROM THE HARMFUL

15   EFFECTS OF CLIMATE CHANGE.

16                   WE BELIEVE THAT DOES -- THAT EXPLAINS THE

17   CONCEPT OF SPECIAL SOLICITUDE, THAT THERE IS ADDITIONAL

18   DEFERENCE GIVEN TO A STATE WHEN IT'S ASSERTING AN

19   INTEREST IN PROTECTING BOTH ITS OWN SOVEREIGN

20   PREROGATIVES.  THERE YOU HAD COASTLINE THAT

21   MASSACHUSETTS ARGUED WAS BEING ERODED, AS WELL AS THE

22   INTEREST OF ITS STATE -- INTEREST OF ITS RESIDENTS.

23                   THE COURT:  SO IS THE SPECIAL SOLICITUDE,

24   IS IT, FOR WANT OF A BETTER TERM, A GLOSS OVER THE

25   STANDING INQUIRY THAT I MUST UNDERTAKE OR DOES IT IMPACT

1   ON ANY OF THE PRONGS OF THE STANDING ANALYSIS IN

2   PARTICULAR?

3                    MR. FISCHER:  YOUR HONOR, I BELIEVE -- I

4   WOULD SAY THAT IT'S BOTH TO SOME EXTENT.  IT IS A GLOSS,

5   BUT I THINK IT IS PARTICULARLY DIRECTED TO THE INJURY

6   PRONG.  IT IS LESS RELEVANT TO I THINK THE CAUSATION AND

7   REDRESSABILITY PRONGS, BUT IT DOES ALLOW THE

8   COMMONWEALTH OR STATE TO ASSERT INJURIES THAT MAY BE IN

9   SOME CASES, FOR A PRIVATE LITIGANT, WOULD NOT BE

10  SUFFICIENT.

11                   IT'S HARD TO THINK OF AN ANALOGOUS

12  SITUATION INVOLVING A PRIVATE LITIGANT TO MASSACHUSETTS

13  VERSUS EPA, BUT IT SEEMS LIKE THE COURT IS SAYING THAT

14  TO THE EXTENT THERE IS ANY AMBIGUITY OR DOUBT HERE ABOUT

15  WHETHER THIS IS A SUFFICIENT INJURY, WE ARE GOING TO

16  RECOGNIZE THE STATE'S SOVEREIGN PREROGATIVE AND

17  QUASI-SOVEREIGN INTEREST IN PROTECTING ITS CITIZENS AND

18  FIND THAT THERE IS SUFFICIENT INTEREST HERE.

19                   THE COURT:  OKAY.  THANK YOU,

20  MR. FISCHER.

21                   MR. FISCHER:  THANK YOU, YOUR HONOR.

22                   THE COURT:  MR. GOLDMAN, YOU HAVE MORE

23  TIME IF YOU WANT TO.

24                   MR. GOLDMAN:  IF I MAY ASK MR. FISCHER TO

25  STAY HERE FOR ONE MOMENT, BECAUSE I WOULD LIKE TO TRY TO

1    MARRY UP A LITTLE BIT MASSACHUSETTS V EPA WITH THE CASE

2    HERE.

3                    THE COURT:  OKAY.

4                    MR. GOLDMAN:  AND THAT IS MASSACHUSETTS

5    VERSUS EPA, THERE WAS A LAW PROTECTING THE ENVIRONMENT

6    WHICH ALSO PROTECTED THE CITIZENS OF MASSACHUSETTS.  THE

7    AGENCIES FAILED TO ENFORCE THAT LAW IN A WAY THAT HARMED

8    MASSACHUSETTS.  MASSACHUSETTS THEREFORE HAD STANDING.

9                    SIMILARLY HERE, THERE IS A LAW THAT

10   PROTECTS WOMEN AND PEOPLE AROUND THE COUNTRY; THAT'S THE

11   AFFORDABLE CARE ACT AND THE CONTRACEPTIVE CARE MANDATE.

12   THAT ALSO PROTECTS THE CITIZENS OF PENNSYLVANIA, MEN AND

13   WOMEN, AND HERE, THE AGENCIES ARE NOT ENFORCING THE

14   CONTRACEPTIVE CARE ACT.  AND IN FACT, THE REGULATIONS AT

15   ISSUE HERE HAVE UNDERMINED THE ACT, AND THAT IS -- IT'S

16   VERY MUCH ON PAR AND IT REINFORCES THE STANDING THAT THE

17   COMMONWEALTH HAS HERE.

18                   THE COURT:  OKAY, THANK YOU.  PROCEED.

19                   MR. GOLDMAN:  SO ALL OF THAT IS ALREADY

20   IN THE RECORD, YOUR HONOR.  AND AGAIN, WE BELIEVE YOUR

21   HONOR CAN SAFELY ISSUE AN INJUNCTION RIGHT NOW, AND IF

22   YOU ARE INCLINED TO DO THAT, WE WOULD SIT DOWN, BUT I

23   ASSUME WE WILL KEEP ARGUING OUR CASE.

24                   ON TOP OF THAT, YOUR HONOR, WE ARE POISED

25   TO BRING THREE WITNESSES TO THE COURT TODAY.  THE FIRST

1    IS DR. CAROL WEISMAN.  SHE WILL ADD -- THERE'S A

2    DECLARATION IN THE RECORD, AS YOU WELL KNOW.  SHE WILL

3    ADD ADDITIONAL PERSPECTIVE TODAY AS ONE OF ONLY 16

4    MEMBERS OF THE INSTITUTE OF MEDICINES COMMITTEE ON

5    PREVENTATIVE SERVICES FOR WOMEN THAT WAS CONVENED BY THE

6    HEALTH RESOURCES SERVICES ADMINISTRATION, THE HRSA, IN

7    CONNECTION WITH THE AFFORDABLE CARE ACT.

8                    SHE WILL ALSO SPEAK ABOUT HER ROLE IN A

9    STUDY PERFORMED SINCE THE ACA HAS GONE INTO EFFECT THAT

10    DEMONSTRATES THAT THE CONTRACEPTIVE MANDATE HAS IN FACT

11    RESULTED IN WOMEN MAKING BETTER, SAFER, MORE EFFECTIVE

12    AND MORE COST-EFFECTIVE HEALTH CHOICES.

13                    THE COURT:  IN PENNSYLVANIA?

14                    MR. GOLDMAN:  YES, YOUR HONOR.

15                    DR. SAMANTHA BUTTS WILL ALSO SPEAK TODAY,

16    YOUR HONOR.  SHE HAS, AS YOU KNOW, HAS A DECLARATION IN

17    THIS CASE AS WELL.  SHE IS GOING TO ADD ADDITIONAL

18    PERSPECTIVE AS A MEDICAL DOCTOR, TEACHER AND RESEARCHER

19    WHO USES A VARIETY OF CONTRACEPTIVES TO TREAT PATIENTS

20    AS PART OF HER PRACTICE, WHICH INCLUDES INFERTILITY,

21    HELPING WOMEN CONCEIVE.

22                    AND YES, YOU WILL HEAR HOW SHE IS USING

23    CONTRACEPTIVES AS PART OF HER PRACTICE AT THE UNIVERSITY

24    OF PENNSYLVANIA SCHOOL OF MEDICINE IN WEST PHILADELPHIA.

25    AND SHE WILL ALSO PROVIDE TESTIMONY ABOUT HOW

1      HER ABILITY TO PRESCRIBE THE BEST CONTRACEPTIVE

2      PRESCRIPTIONS FOR PATIENTS CHANGED PRE AND POST

3      CONTRACEPTIVE CARE MANDATE AND WHAT THAT WILL MEAN THEN

4      FOR HOW WOMEN WILL BE HARMED UNDER THE NEW RULES AS

5      THEIR EMPLOYERS OPT OUT OF PROVIDING COVERAGE.

6                     AND LAST, DR. CYNTHIA CHUANG WILL ALSO

7      TESTIFY TODAY.

8                     THE COURT:  CHUANG, T-U-O-N-G?

9                     MR. GOLDMAN:  I'M SORRY, IT'S

10     C-H-U-A-N-G.

11                    THE COURT:  OKAY.

12                    MR. GOLDMAN:  AND IT'S PRONOUNCED CHUANG.

13     SHE WILL ADD ADDITIONAL PERSPECTIVE AS A MEDICAL DOCTOR,

14     TEACHER AND RESEARCHER WHO TREATS PATIENTS AT THE

15     HERSHEY MEDICAL CENTER IN HERSHEY, PENNSYLVANIA.

16                    SHE WILL ALSO PROVIDE SOME TESTIMONY

17     ABOUT SOME OF HER OWN RESEARCH THAT HAS DEMONSTRATED

18     THAT SINCE THE ACA'S CONTRACEPTIVE MANDATE HAS GONE INTO

19     EFFECT IT ALSO HAS IN FACT RESULTED IN WOMEN MAKING

20     BETTER, SAFER, MORE EFFECTIVE AND MORE COST-EFFECTIVE

21     HEALTH CHOICES.

22                    WE WILL DO OUR BEST AS WE RAISE THEM TO

23     NOT BE DUPLICATIVE OF WHAT IS IN THE RECORD, AND YOU

24     HAVE MADE VERY CLEAR, YOUR HONOR, YOUR COUNSEL TO DO

25     THAT.  WE HAVE RESTRUCTURED OUR WITNESS OUTLINES.  WE DO

1    HAVE SOME LAYING OF FOUNDATION.  IF AT ANY POINT YOU

2    FEEL LIKE YOU HAVE ALREADY HEARD THAT, BY ALL MEANS,

3    SHEPHERD US ALONG, AND WE WILL DO OUR BEST TO DO THAT TO

4    OURSELVES SO YOU DON'T HAVE TO.

5                    THE COURT:  I'M ASSUMING THAT THE

6    DEFENDANTS WILL NOT PUT YOU THROUGH THE PROCESS OF

7    SETTING FORTH A DEEP FOUNDATION FOR EVERYTHING THAT IS

8    TO BE ELICITED.

9                    MS. KADE:  YOUR HONOR, WE HAVE STIPULATED

10   TO THE ADMISSIBILITY OF EVERYTHING EXCEPT FOR THE

11   DEMONSTRATIVE EXHIBITS.

12                   THE COURT:  THANK YOU.  OKAY.

13                   MR. GOLDMAN:  IN CONCLUSION, YOUR HONOR,

14   WE BELIEVE THAT YOU CAN ISSUE THIS INJUNCTION NOW.  WE

15   HOPE THAT YOU WILL DO SO AS SOON AS YOUR HONOR IS READY,

16   AND WILL DO SO CONSIDERING ALL OF THE DIFFERENT CLAIMS

17   TO KEEP THE STATUS QUO IN PLACE AND PROTECT THE CITIZENS

18   OF THE COMMONWEALTH.

19                   THE COURT:  SO I UNDERSTAND THERE IS A

20   DATE BY WHICH PENNSYLVANIA THINKS IT WOULD BE USEFUL FOR

21   ME TO HAVE DECIDED THIS MATTER.

22                   MR. GOLDMAN:  THERE IS, YOUR HONOR.  I

23   WOULD SAY BEYOND USEFUL, I WOULD SAY EVEN NECESSARY.

24   THAT DATE IS JANUARY 1ST, 2018.  THE REASON WHY THAT

25   DATE IS IMPORTANT IS BECAUSE MANY ERISA HEALTHCARE PLANS

1    HAVE AN OPEN ENROLLMENT WHERE THE NEW PLANS START ON THE

2    FIRST OF THE YEAR.  NOT ALL OF THEM, BUT MANY.  SO THAT

3    WILL BE A -- WE BELIEVE A LARGE WINDOW WHERE POLICIES

4    WILL CHANGE, EMPLOYERS WILL START TAKING ADVANTAGE OF

5    THESE NEW RULES.

6                    THE COURT:  OKAY.  SO YOU ARE SAYING THAT

7    BECAUSE THE EXEMPTIONS WERE PUT IN PLACE EFFECTIVE

8    IMMEDIATELY THAT WHILE THERE MAY BE NO CHANGE IN PLANS

9    RIGHT NOW, AS OF JANUARY THE 1ST, BECAUSE THERE IS THIS

10   OPEN ENROLLMENT PERIOD, IT IS LIKELY THAT THE PLANS WILL

11   CHANGE AT THAT POINT?

12                   MR. GOLDMAN:  CORRECT, YOUR HONOR.  AND

13   BY THE WAY, IT IS CERTAINLY POSSIBLE THAT PLANS HAVE

14   ALREADY CHANGED IF APPROPRIATE NOTICE HAS BEEN GIVEN.

15   WE JUST DON'T KNOW THAT YET.  WE HAVE NOT SEEN THAT YET.

16                   THE COURT:  OKAY.  THANK YOU VERY MUCH.

17                   MR. GOLDMAN:  THANK YOU, YOUR HONOR.

18                   THE COURT:  DEFENSE.

19                   MR. DAVIS:  MAY I APPROACH, YOUR HONOR?

20                   THE COURT:  YOU MAY.

21                   MR. DAVIS:  GOOD MORNING, YOUR HONOR.

22   ETHAN DAVIS FOR THE UNITED STATES.

23                   IF THERE IS ONE THEME WE WOULD ASK YOUR

24   HONOR TO KEEP IN MIND TODAY AS WE HEAR FROM THE

25   WITNESSES, IT IS THAT THIS COURT IS NOT WRITING ON A

1          BLANK SLATE.  OVER THE PAST SIX YEARS, DOZENS OF

2     ENTITIES WITH RELIGIOUS AND MORAL OBJECTIONS HAVE SUED

3     OVER THE CONTRACEPTIVE COVERAGE REQUIREMENT.

4                THOSE LAWSUITS PRODUCED A PATCHWORK OF

5     PRELIMINARY AND PERMANENT INJUNCTIONS THROUGHOUT THE

6     UNITED STATES, MANY OF WHICH ARE STILL IN EFFECT TODAY.

7     THE SUPREME COURT ALSO WEIGHED IN ON THESE ISSUES FOUR

8     TIMES, FIRST IN HOBBY LOBBY, THEN IN LITTLE SISTERS,

9     THEN IN WHEATON COLLEGE, AND FINALLY IN ZUBIK.

10                AND THE FEDERAL GOVERNMENT HAS CHANGED

11     THE RULES GOVERNING CONTRACEPTIVE COVERAGE MULTIPLE

12     TIMES SINCE 2011.  THERE IS A LOT OF WATER UNDER THE

13     BRIDGE AND THIS POINT MATTERS TO VIRTUALLY ALL OF THE

14     ISSUES IN THIS CASE.

15                FIRST ON STANDING.  THE COMMONWEALTH'S

16     PAPERS GIVE THE IMPRESSION THAT THE NEW RULES ARE GOING

17     TO WITHDRAW CONTRACEPTIVE COVERAGE FROM MILLIONS OF

18     WOMEN WHO ARE CURRENTLY RECEIVING COVERAGE AND THAT THEY

19     ARE THE EXCEPTION THAT WILL SWALLOW THE RULE, BUT IT

20     SHOULD NOT ESCAPE YOUR NOTICE, YOUR HONOR, THAT NONE OF

21     THOSE MILLIONS OF WOMEN WHO WILL SUPPOSEDLY BE AFFECTED

22     BY THESE RULES IS A PLAINTIFF IN THIS CASE, NOR DID ANY

23     OF THEM SUBMIT A DECLARATION EXPLAINING THAT AN EMPLOYER

24     IS ABOUT TO DROP CONTRACEPTIVE COVERAGE.

25                AND WHY DON'T WE SEE ANY INDIVIDUALS IN

1    THIS CASE, YOUR HONOR?  IT'S BECAUSE YOUR HONOR IS NOT

2    WRITING ON A BLANK SLATE.  MANY AND MAYBE ALL OF THE

3    RELIGIOUS EMPLOYERS WHO OBJECT TO PROVIDING

4    CONTRACEPTIVE COVERAGE HAVE ALREADY SUED.  MANY ARE

5    ALREADY PROTECTED BY INJUNCTIONS.  SO EMPLOYEES WHO WORK

6    FOR THOSE RELIGIOUS ORGANIZATIONS HAVE NOT BEEN

7    RECEIVING CONTRACEPTIVE COVERAGE FOR YEARS.

8                    TAKE THE LITTLE SISTERS AS AN EXAMPLE.

9    AS YOUR HONOR RECOGNIZED IN DENYING THE LITTLE SISTERS

10   MOTION TO INTERVENE, GRANTING AN INJUNCTION IN THIS CASE

11   WOULD NOT CHANGE THE FACT THAT THE LITTLE SISTERS ARE

12   NOT CURRENTLY PROVIDING CONTRACEPTIVE COVERAGE TO THEIR

13   EMPLOYEES.

14                    THE COURT:  WELL, I AGREE WITH YOU WITH

15   RESPECT TO THE RELIGIOUS EXEMPTION.  QUITE CLEARLY THERE

16   HAS BEEN A LOT OF LITIGATION ABOUT THIS, BUT THE MORAL

17   EXEMPTION IS SOMETHING NEW, ISN'T IT?

18                    MR. DAVIS:  THE MORAL EXEMPTION IS NEW,

19   YOUR HONOR, BUT THERE'S ALSO BEEN LITIGATION OVER THAT.

20   THERE WAS A CASE HERE IN PENNSYLVANIA, THE REAL

21   ALTERNATIVES CASE, AND THERE WAS ALSO A CASE IN D.C.

22   CALLED MARCH FOR LIFE.  SO I DON'T THINK THE LITIGATION

23   OVER THAT IS NEW.

24                    THE COURT:  WELL, BUT IN THE CONTEXT OF

25   THE AFFORDABLE CARE ACT, IT IS NEW, BECAUSE THE MORAL

1    EXEMPTION WAS ONLY ISSUED A FEW WEEKS AGO.  SO THERE HAS

2    BEEN NO LITIGATION IN THE CONTEXT OF THE MORAL EXEMPTION

3    OR A MORAL EXEMPTION AS IT APPLIES TO THE ACA, CORRECT?

4                    MR. DAVIS:  I AGREE WITH THAT, YOUR

5    HONOR.  THERE HAS BEEN DISCUSSIONS OF CONSCIENCE ISSUES

6    DURING THE RULEMAKINGS, BUT THERE HAS NOT BEEN

7    LITIGATION OVER THIS MORAL EXEMPTION RULE, THIS ONE THAT

8    WAS JUST PASSED IN 2017, UNTIL NOW.

9                    THE COURT:  SO I'M A LITTLE PUZZLED BY

10   WHAT THE MORAL EXEMPTION MEANS.  HOW DOES ONE

11   DETERMINE -- WELL, A COUPLE OF QUESTIONS.  HOW DOES AN

12   ENTITY DETERMINE THAT IT HAS A MORAL CONVICTION?  HOW IS

13   THAT CONVICTION INSTANTIATED THROUGHOUT THE ENTIRE

14   ORGANIZATION?  WHO MAKES -- IN OTHER WORDS, WHO MAKES

15   THE DETERMINATION?  AND HOW DOES ONE DECIDE WHAT IS

16   MORAL AND WHAT IS NOT MORAL?

17                    I UNDERSTAND IN THE CONTEXT OF RELIGION

18   THAT THERE ARE QUITE CLEAR MORAL PRECEPTS, BUT WE ARE A

19   COUNTRY WHERE, RIGHTLY OR WRONGLY, WHETHER YOU AGREE

20   WITH IT OR NOT, PEOPLE HAVE VERY DIFFERENT VIEWS ABOUT

21   WHAT MORALITY IS.  SO HELP ME UNDERSTAND THE MORALITY

22   EXEMPTION IN THE CONTEXT OF THOSE QUESTIONS.

23                    MR. DAVIS:  SURE.  YOUR HONOR, THE FIRST

24   THING I SAY ABOUT THAT IS THAT THE MORAL EXEMPTION RULE

25   DOES NOT APPLY TO PUBLICLY TRADED COMPANIES, UNLIKE THE

1    RELIGIOUS EXEMPTION RULE, SO WE ARE TALKING ONLY ABOUT

2    CLOSELY-HELD ENTITIES.  SO IN TERMS OF DECIDING WHO CAN

3    ASSERT THE MORAL CLAIM, I THINK IT WOULD JUST BE THE

4    OWNERS OF A CLOSELY-HELD ORGANIZATION OR A NONPROFIT.

5              THE COURT:  ARE YOU POSITIVE OF THAT?

6              MR. DAVIS:  YES, YOUR HONOR.

7              THE COURT:  OKAY.

8              MR. DAVIS:  THAT'S NOT TRUE FOR

9    RELIGIOUS.

10             THE COURT:  I'LL HAVE TO REREAD THE MORAL

11    EXEMPTION, BECAUSE I THOUGHT IT SAID SOMETHING CONTRARY

12    TO THAT.

13             MR. DAVIS:  IT DOES NOT, YOUR HONOR.

14             THE COURT:  I WILL TAKE A LOOK AT IT.

15             MR. DAVIS:  SO THE ONLY QUESTION IS WHO

16    CAN ASSERT IT.  I THINK THAT WOULD BE JUST THE SAME

17    PEOPLE WHO CAN ASSERT THE CLAIM IN A CONTEXT OF THE

18    RELIGIOUS EXEMPTION, WHICH WOULD BE THE OWNERS OF THE

19    CLOSELY HELD COMPANY OF WHOEVER RUNS A NONPROFIT.  SO

20    THAT'S THAT QUESTION.

21             AS TO YOUR OTHER QUESTION ABOUT WHAT DOES

22    IT LOOK LIKE TO ASSERT THIS KIND OF CLAIM, I THINK IT

23    LOOKS VERY SIMILAR TO WHAT HAPPENS WITH A RELIGIOUS

24    EXEMPTION.  I MEAN, THE EMPLOYER WILL JUST ASSERT A

25    SINCERELY-HELD MORAL CONVICTION, AND THEN THAT EMPLOYER

1    IS EXEMPT.

2                    I WILL SAY I DOUBT THAT THIS WILL BE

3    WIDELY USED, BECAUSE AS THE RULES POINT OUT, PROVIDING

4    CONTRACEPTIVE COVERAGE IS COST NEUTRAL.  SO THERE REALLY

5    WOULDN'T BE A REASON TO ASSERT THIS UNLESS AN EMPLOYER

6    ACTUALLY DID HAVE A SINCERE --

7                    THE COURT:  WELL, WHAT IF A -- WHAT IF

8    THE CEO OF THE COMPANY HAD A SINCERELY-HELD MORAL

9    CONVICTION THAT WOMEN SHOULD REMAIN AT HOME AND THAT --

10   AND MADE A DETERMINATION, THEREFORE, NOT TO PROVIDE

11   CONTRACEPTIVE SERVICES IN THE INSURANCE PLAN OF THE

12   COMPANY IN ORDER TO IMPOSE HIS NORMATIVE CONSTRUCT ON

13   HIS WORKFORCE, BUT THE BOARD OF DIRECTORS DOES NOT AGREE

14   WITH THAT.  IN FACT, THEY BELIEVE THAT THERE IS A MORAL

15   IMPERATIVE THAT WOMEN BE ALLOWED TO MAKE THEIR OWN

16   CHOICES.  HOW DO YOU DETERMINE, ONE, WHAT IS AN

17   APPROPRIATE MORAL CONVICTION, AND TWO, WHO PREVAILS IN

18   THAT CONTEXT?

19                    MR. DAVIS:  WELL, A COUPLE OF ANSWERS TO

20   THAT, YOUR HONOR.  THE FIRST IS THAT I THINK GENERAL

21   PRINCIPLES OF CORPORATE LAW WOULD ANSWER THE QUESTION

22   ABOUT WHO IS ENTITLED TO ADVANCE THAT KIND OF OBJECTION

23   ON BEHALF OF THE COMPANY.  BUT IF YOUR HONOR'S

24   HYPOTHETICAL POSES A SITUATION WHERE THE EMPLOYER

25   ACTUALLY DOES NOT HAVE A SINCERE OBJECTION, IT'S REALLY

1      A PRETEXT FOR COVERING --

2                        THE COURT:  NO, I'M NOT SUGGESTING IT'S A

3      PRETEXT.  THE CEO REALLY DOES BELIEVE, AS A MORAL

4      MATTER, THAT WOMEN SHOULD STAY AT HOME.

5                        MR. DAVIS:  BUT THE CEO DOES NOT HAVE A

6      MORAL OBJECTION TO PROVIDING CONTRACEPTIVE COVERAGE.

7      THE REAL OBJECTION IS TO -- THE REAL --

8                        THE COURT:  HE HAS A MORAL OBJECTION TO

9      PROVIDING COVERAGE BECAUSE HE THINKS THAT WOMEN SHOULD

10     STAY AT HOME AND HE BELIEVES THAT WOMEN SHOULD STAY AT

11     HOME -- IF THEY ARE PREGNANT ALL THE TIME, THEY ARE

12     GOING TO STAY AT HOME.

13                       MR. DAVIS:  YOUR HONOR, AGAIN, I THINK --

14                       THE COURT:  DON'T BUCK THE HYPOTHETICAL.

15     JUST ANSWER THE QUESTION.

16                       MR. DAVIS:  UNDER THAT HYPOTHETICAL, YOUR

17     HONOR, I ASSUME THAT EMPLOYEES WOULD COMPLAIN ABOUT IT

18     TO IRS OR TREASURY OR LABOR, AND THE LABOR DEPARTMENT

19     DOES HAVE A ROLE IN POLICING THE SINCERITY OF

20     RELIGIOUS -- OR NOT -- NOT THE SINCERITY.

21                       THE COURT:  SO THE DEPARTMENT OF LABOR

22     WOULD BE POLICING THE MORAL CONVICTIONS OF AN ENTITY?

23                       MR. DAVIS:  NO.  THE DEPARTMENT OF LABOR

24     COULD CONCEIVABLY, IN THAT CIRCUMSTANCE, ASK WHETHER A

25     PARTICULAR -- POLICE THAT KIND OF SITUATION TO A DEGREE.

1    IT PROBABLY WOULDN'T --

2                    THE COURT:  SO WHO WOULD BE POLICING

3    WHETHER A MORAL CONVICTION IS APPROPRIATELY HELD?

4                    MR. DAVIS:  I THINK, AGAIN, IT WOULD

5    DEPEND ON THE CIRCUMSTANCES.  IF AN EMPLOYEE WERE TO SAY

6    TO THE GOVERNMENT THAT THERE IS NOT IN FACT A SINCERE

7    MORAL OBJECTION TO PROVIDING CONTRACEPTIVE COVERAGE,

8    THAT IN FACT, WHAT IS GOING ON HERE IS IT'S

9    DISCRIMINATION AGAINST WOMEN, AND THAT IS -- THEN I

10   THINK THAT THE LABOR DEPARTMENT COULD INVESTIGATE THAT.

11                   THE COURT:  SO THE LABOR DEPARTMENT WOULD

12   HAVE TO BE DETERMINING WHAT A MORAL CONVICTION --

13   WHETHER A MORAL CONVICTION IS APPROPRIATE OR NOT?

14                   MR. DAVIS:  I WOULD NOT PUT IT THAT

15   BROADLY, YOUR HONOR.  I WOULD SAY IF THERE IS A -- AS

16   LONG AS THERE IS A SINCERE MORAL OBJECTION TO PROVIDE

17   CONTRACEPTIVE COVERAGE, THEN THAT EMPLOYER IS EXEMPT,

18   PERIOD.  AND ONLY IF THAT --

19                   THE COURT:  WELL, YOU ARE STILL BUCKING

20   THE HYPOTHETICAL.  IF THERE IS A MORAL CONVICTION RULE

21   OUT THERE, SOMEONE IS GOING TO HAVE TO DETERMINE WHETHER

22   IT IS AN APPROPRIATE MORAL CONVICTION OR NOT, CORRECT?

23                   MR. DAVIS:  NO, I DON'T AGREE WITH THAT,

24   YOUR HONOR.

25                   THE COURT:  SO IS IT JUST SORT OF A

 1     FREE-FLOATING CONCEPT THAT EVERYBODY DECIDES THEMSELVES

 2     AND NOBODY POLICES IT?

 3               MR. DAVIS:  YOUR HONOR, I WOULDN'T CALL

 4     IT A FREE-FLOATING CONCEPT THAT IS TOTALLY UNPOLICED.  I

 5     WOULD SAY THAT, LIKE THE RELIGIOUS EXEMPTION, THE ONLY

 6     QUESTION THAT IS ASKED IS WHETHER AN EMPLOYER HAS A

 7     SINCERE RELIGIOUS OR MORAL OBJECTION TO PROVIDING

 8     CONTRACEPTIVE COVERAGE, AND IF THAT IS TRUE, THEN THAT

 9     EMPLOYER IS EXEMPT.

10               THE COURT:  OKAY.  SO WHAT YOU'RE TELLING

11     ME IS IF THE CEO SAYS I HAVE A SINCERE MORAL CONVICTION

12     TO NOT PROVIDE CONTRACEPTIVES TO WOMEN BECAUSE I WANT

13     THEM TO STAY AT HOME, THAT IS FINE?

14               MR. DAVIS:  I WOULD NOT SAY THAT IS FINE,

15     YOUR HONOR.  I WOULD SAY THAT IN THAT CIRCUMSTANCE,

16     AGAIN, AN EMPLOYEE MIGHT COMPLAIN TO THE LABOR

17     DEPARTMENT AND THERE IS SOME ROLE FOR THE LABOR

18     DEPARTMENT --

19               THE COURT:  THE LABOR DEPARTMENT, OKAY.

20               MR. DAVIS:  WE CAN FOLLOW UP ON THAT.

21               THE COURT:  MOVE ON.

22               MR. DAVIS:  I WOULD SAY, RETURNING TO

23     STANDING, YOUR HONOR, BECAUSE THE LITTLE SISTERS ARE

24     PROTECTED BY THE ZUBIK INJUNCTION WHICH PROHIBITS THE

25     FEDERAL GOVERNMENT FROM ENFORCING THE MANDATE AGAINST

1    THEM.  THE SAME IS TRUE OF MANY OTHER RELIGIOUS

2    ORGANIZATIONS.  AND THAT IS WHY THE ONLY SPECIFIC

3    EXAMPLE OF AN EMPLOYER WHO'S GOING TO DROP COVERAGE THAT

4    PENNSYLVANIA WAS ABLE TO GIVE WAS THE UNIVERSITY OF

5    NOTRE DAME, BUT AS THE COURT KNOWS, NOTRE DAME LATER

6    ANNOUNCED THAT ITS THIRD-PARTY ADMINISTRATOR WOULD

7    CONTINUE TO OFFER NO COST CONTRACEPTIVE COVERAGE.

8                I'M NOT SAYING THAT IT'S IMPOSSIBLE THAT

9    ANYONE WOULD EVER HAVE STANDING TO CHALLENGE THESE

10    RULES, YOUR HONOR.  WHAT I'M SAYING IS THAT IT'S

11    PENNSYLVANIA'S BURDEN TO SHOW YOUR HONOR SOMEONE WHO IS

12    GOING TO LOSE COVERAGE, AND THEY HAVEN'T BEEN ABLE TO DO

13    THAT, EVEN AFTER CLAIMING THAT MILLIONS OF WOMEN COULD

14    BE AFFECTED BY THIS.

15                I SUSPECT YOU WILL HEAR TODAY FROM THE

16    COMMONWEALTH'S WITNESS ABOUT THEIR CONCERNS ABOUT THE

17    IMPACT THAT THE NEW RULES WILL HAVE ON WOMEN'S ACCESS TO

18    CONTRACEPTION.  WE HAVE NOT DEPOSED THESE WITNESSES.  WE

19    DON'T KNOW WHAT THEY ARE GOING TO SAY, BUT I URGE YOUR

20    HONOR TO LISTEN TO WHETHER ANY OF THEM CAN POINT TO A

21    SINGLE PENNSYLVANIA EMPLOYER OR ANY EMPLOYER OR A SINGLE

22    EMPLOYEE WHO IS GOING TO LOSE COVERAGE AS OF

23    JANUARY 1ST.

24                I WOULD ALSO LIKE TO TALK A LITTLE ABOUT

25    THE PARENS PATRIAE THEORY THAT CAME UP EARLIER.  YOUR

1        HONOR, IT HAS BEEN WELL SETTLED SINCE MASSACHUSETTS

2        VERSUS MELLON, 1923, THAT A STATE CANNOT REPRESENT ITS

3        CITIZENS PARENS PATRIAE AGAINST THE FEDERAL GOVERNMENT.

4        AS MELLON EXPLAINED IT, IT HAS NO POWER -- IT IS NO PART

5        OF ITS DUTY OR POWER TO ENFORCE THEIR RIGHTS IN RESPECT

6        OF THEIR RELATIONS WITH THE FEDERAL GOVERNMENT.  AND

7        THAT FIELD IS THE UNITED STATES AND NOT THE STATE WHICH

8        REPRESENTS THEM AS PARENS PATRIAE.  THERE IS NO

9        EXCEPTION TO THAT RULE IN MELLON FOR CASES WHERE THE

10       STATE IS CHALLENGING A FEDERAL AGENCY ACTION INSTEAD OF

11       A STATUTE.

12                    AND MASSACHUSETTS VERSUS EPA, YOUR HONOR,

13       THE SPECIAL SOLICITUDE DISCUSSION THAT WE HAD EARLIER, I

14       THINK THE BEST WAY TO UNDERSTAND THE SPECIAL SOLICITUDE

15       POINT IS THAT IT APPLIES WHEN THE STATE IS ABLE TO SHOW

16       AN INJURY TO ITS CONCRETE SOVEREIGN INTEREST.  AND IN

17       MASSACHUSETTS VERSUS EPA, THAT WAS AN INJURY TO THE

18       TERRITORY OF THE STATE ITSELF.  AND THAT IS WHAT THIS

19       CASE SAYS.  I HAVE IT HERE.  IT SAYS:  GIVEN

20       MASSACHUSETTS STATE IN PROTECTING ITS QUASI SOVEREIGN

21       INTEREST, THE COMMONWEALTH IS ENTITLED TO SPECIAL

22       SOLICITUDE IN ITS STANDING ANALYSIS.  I DON'T THINK WE

23       HAVE ANYTHING LIKE THAT HERE.  WE DON'T HAVE ANY DAMAGE

24       TO THE STATE'S TERRITORY.  ALL WE HAVE IS SPECULATION

25       THAT SOME EMPLOYERS WILL ULTIMATELY SHIFT FROM CURRENTLY

1    PROVIDING COVERAGE TO NOT PROVIDING COVERAGE.

2                    THE COURT:  LET ME TALK TO YOU ABOUT THE

3    TEXAS VERSUS UNITED STATES CASE IN THE CONTEXT OF

4    STANDING.  SO IN THAT CASE THE SUPREME COURT CERTIFIED A

5    NUMBER OF ISSUES, INCLUDING WHETHER OR NOT TEXAS HAD

6    STANDING.  AND THEN IT AFFIRMED BY AN EQUALLY DIVIDED

7    COURT WITHOUT OPINION.

8                    NOW ONE OF THE QUESTIONS THAT I ASKED YOU

9    TO LOOK AT IS, GIVEN SILLIMAN VERSUS HUDSON RIVER BRIDGE

10   COMPANY, WHICH I KNOW IS AN OLD CASE, 1861.  DON'T TELL

11   ME IT'S OLD SO THEREFORE IT DOES NOT APPLY.  WHAT IS THE

12   IMPACT IN YOUR VIEW OF SILLIMAN ON TEXAS VERSUS THE

13   UNITED STATES, PARTICULARLY THE STANDING ANALYSIS THAT

14   THE COURT IN TEXAS VERSUS UNITED STATES IN THE 5TH

15   CIRCUIT DID.

16                   MR. DAVIS:  YOUR HONOR, I THINK THAT

17   SINCE HUDSON BRIDGE, THE COURT HAS SAID REPEATEDLY THAT

18   AN AFFIRMANCE BY AN EQUALLY DIVIDED COURT IS NOT

19   ENTITLED TO PRECEDENTIAL WEIGHT.

20                   THE COURT:  WELL, EXCEPT SILLIMAN TALKED

21   ABOUT THE JURISDICTIONAL CONTEXT, WHICH IS WHY IT IS

22   DIFFERENT.

23                   MR. DAVIS:  I DON'T SEE ANY CASE SINCE

24   SILLIMAN THAT SAYS THAT THE JURISDICTIONAL CONTEXT WOULD

25   BE DIFFERENT, THAT SOMEHOW BECAUSE IT'S A JURISDICTIONAL

```
 1        DECISION THAT THE COURT'S AFFIRMANCE WOULD BE ENTITLED

 2        TO --

 3                     THE COURT:  NO.  I THINK THE POINT IS

 4        THAT SILLIMAN WAS A JURISDICTIONAL DECISION.  AND AS FAR

 5        AS WE CAN FIND, THE ONLY ISSUE WHEN THERE WAS AN EQUALLY

 6        DIVIDED COURT THAT CONCERNED A JURISDICTIONAL ANALYSIS.

 7        SO EVEN THOUGH SUBSEQUENT CASES HAVE SAID GENERALLY

 8        EQUALLY DIVIDED COURTS ARE NOT BINDING PRECEDENT,

 9        SILLIMAN SUGGESTS THAT THERE IS THIS CARVEOUT IN THE

10        CONTEXT OF STANDING.

11                     AND SO MY QUESTION TO YOU IS, DO I JUST

12        IGNORE SILLIMAN OR DO I SAY THAT IT IS TOO OLD OR DO I

13        SAY THAT SOMEHOW IT HAS BEEN MOOTED AT THIS POINT?

14                     MR. DAVIS:  YOUR HONOR, I WOULD SAY YOU

15        SHOULD READ SILLIMAN IN LIGHT OF THE CASES THAT CAME

16        LATER.  AND THE CASES THAT CAME LATER SAID FLATLY,

17        WITHOUT CARVING OUT JURISDICTION OR ANYTHING ELSE, THOSE

18        CASES SAID AN AFFIRMANCE BY AN EQUALLY DIVIDED COURT IS

19        NOT ENTITLED TO PRECEDENTIAL EFFECT.  I'M NOT AWARE -- I

20        HAVE NOT EXHAUSTIVELY LOOKED AT EVERY CASE SINCE 1861,

21        BUT I'M NOT AWARE OF ANY CASE SINCE THEN THAT HAS HELD

22        THAT A JURISDICTIONAL DECISION -- THAT AFFIRMANCE BY AN

23        EQUALLY DIVIDED COURT OF A JURISDICTIONAL DECISION IS

24        ENTITLED TO PRECEDENTIAL FORCE, OF THE SUPREME COURT.

25                     THE CASES I WOULD CITE TO YOUR HONOR,
```

1      NEIL VERSUS BIGGERS, THAT'S N-E-I-L VERSUS

2      B-I-G-G-E-R-S, 409 U.S. 188 AT 192.   THAT IS A 1972

3      SUPREME COURT DECISION.

4                     AND ARKANSAS WRITERS' PROJECT VERSUS

5      RAGLAND, 481 U.S. 221.   THAT'S A 1987 SUPREME COURT

6      DECISION THAT HELD:   OF COURSE, AN AFFIRMANCE BY AN

7      EQUALLY DIVIDED COURT IS NOT ENTITLED TO ANY

8      PRECEDENTIAL WEIGHT.

9                     THE COURT:   I WILL TAKE A LOOK AT THOSE

10     CASES.

11                    MOVE ON.

12                    MR. DAVIS:   I WOULD LIKE TO TALK A LITTLE

13     ABOUT THE PROCEDURAL APA ISSUE, YOUR HONOR.

14                    HERE AGAIN, YOUR HONOR IS NOT WRITING ON

15     A BLANK SLATE.   LIKE THE LAST ADMINISTRATION DID THREE

16     TIMES IN 2010, 2011 AND 2014, THE AGENCIES ISSUED THE

17     NEW RULES AS INTERIM FINAL RULES.   LIKE THOSE PRIOR

18     IFRS, THREE SEPARATE LAWS PROVIDE STATUTORY AUTHORITY:

19     26 U.S.C. 9833; 29 U.S.C. --

20                    THE COURT:   ARE YOU TALKING ABOUT --

21     YOU'RE CONNECTING WITH THE ORIGINAL RELIGIOUS EXEMPTION,

22     THE SECOND RELIGIOUS EXEMPTION?   IS THAT WHAT WE ARE

23     TALKING ABOUT HERE?

24                    MR. DAVIS:   NO, YOUR HONOR.   WE ARE

25     TALKING ABOUT JUST THE BASIS OF STATUTORY AUTHORITY TO

1    DO THIS AS AN IFR INSTEAD OF THROUGH NOTICE AND COMMENT.

2    I THINK EVEN APART FROM THE APA, THERE ARE THREE

3    SEPARATE STATUTES THAT GIVE THE AGENCIES INDEPENDENT

4    AUTHORITY TO DO THIS.

5              THE COURT:  OKAY.

6              MR. DAVIS:  AND THOSE STATUTES SAY THAT

7    THE SECRETARY MAY PROMULGATE ANY INTERIM FINAL RULES AS

8    THE SECRETARY DETERMINES ARE APPROPRIATE.  THAT IS THE

9    SAME AUTHORITY THAT THE PRIOR ADMINISTRATION RELIED ON

10   TO DO THESE AS INTERIM FINAL RULES, AND WE ARE RELYING

11   ON IT AS WELL.

12             IF YOUR HONOR DID NOT THINK THAT WAS

13   SUFFICIENT, THERE WAS ALSO GOOD CAUSE DIRECTLY UNDER THE

14   APA, AND THE D.C. CIRCUIT EXPRESSLY UPHELD ONE OF THE

15   LAST ADMINISTRATION'S CONTRACEPTIVE COVERAGE IFRS IN THE

16   PRIESTS FOR LIFE DECISION.  AND THERE, LIKE HERE, THE

17   AGENCY MADE A GOOD CAUSE FINDING IN THE RULE THAT IT

18   ISSUED.  THERE, LIKE HERE, THE IFR WAS MODIFYING

19   REGULATIONS THAT HAD RECENTLY BEEN ENACTED UNDER NOTICE

20   AND COMMENT RULE MAKING.  THERE, LIKE HERE, THE ISSUES

21   THE IFR HAD ADDRESSED HAD ALREADY BEEN SUBJECTED TO

22   THOUSANDS AND THOUSANDS OF COMMENTS.  THERE, LIKE HERE,

23   HHS EXPOSED ITS INTERIM FINAL RULE TO COMMENTS BEFORE

24   PERMANENT IMPLEMENTATION.  AND THERE, LIKE HERE, THE

25   GOVERNMENT WAS -- THERE THE GOVERNMENT WAS RESPONDING TO

1    THE SUPREME COURT'S DECISION IN WHEATON COLLEGE.  HERE

2    THE GOVERNMENT WAS RESPONDING TO THE SUPREME COURT'S

3    DECISION IN ZUBIK.  THERE DELAY AND IMPLEMENTATION OF

4    THE RULE WOULD DELAY THE IMPLEMENTATION OF THE

5    ALTERNATIVE OPT-OUT FOR RELIGIOUS OBJECTORS.  AND HERE

6    DELAY WOULD INTERFERE WITH THE IMPLEMENTATION OF THE

7    RELIGIOUS AND MORAL EXEMPTIONS.  SO I THINK IF THERE WAS

8    GOOD CAUSE IN PRIESTS FOR LIFE, I THINK THERE IS GOOD

9    CAUSE HERE.

10                 THE COURT:  WELL, IN PRIESTS FOR LIFE,

11   THE NEW IFRS WERE PRETTY MUCH IDENTICAL TO PRIOR

12   REGULATIONS, WEREN'T THEY?

13                 MR. DAVIS:  I DON'T THINK THEY WERE

14   VIRTUALLY IDENTICAL, YOUR HONOR.  THE IFR EXPANDED THE

15   WAY THE ACCOMMODATION COULD BE INVOKED.

16                 THE COURT:  WELL, BUT THEY DIDN'T MAKE

17   SIGNIFICANT CHANGES IN THE LAW, DID THEY?

18                 MR. DAVIS:  WELL, I DON'T KNOW IF I WOULD

19   EVEN DESCRIBE THIS AS A MORE SIGNIFICANT CHANGE THAN THE

20   ONE AT ISSUE, PRIESTS FOR LIFE, YOUR HONOR.

21                 THE COURT:  SO YOU WOULD SAY THAT THE

22   RELIGIOUS EXEMPTION AND THE MORAL EXEMPTIONS ARE NOT

23   SIGNIFICANT CHANGES.

24                 MR. DAVIS:  I WOULD NOT SAY IT THAT WAY,

25   YOUR HONOR.  I WOULD SAY THEY ARE ARGUABLY NOT MORE

1    SIGNIFICANT THAN THE CHANGE AT ISSUE IN THE IFR THAT WAS

2    RESPONDING TO WHEATON COLLEGE.  THAT IS BECAUSE, LIKE I

3    HAVE DISCUSSED, THERE IS NO INDICATION HERE THAT ANYONE

4    IS GOING TO LOSE CONTRACEPTIVE COVERAGE AS A RESULT OF

5    THESE NEW RULES.  BACK THEN IT WAS A -- THERE WAS A

6    RELATIVELY SIGNIFICANT CHANGE TO THE RULES TO EXPAND THE

7    WAY THAT THE ENTITIES COULD INVOKE THE ACCOMMODATION.

8                    BUT I WOULD SAY EVEN IF YOUR HONOR DOES

9    NOT SEE IT THAT WAY AND THINKS THAT THIS CHANGE IS MORE

10   SIGNIFICANT THAN THE ONE BACK IN 2014, THAT IS ONLY ONE

11   OF THE FACTORS IN THE PRIESTS FOR LIFE DECISION.

12                    THE COURT:  WELL, THE OTHER ONE WAS GOOD

13   CAUSE.  BUT IN PRIESTS FOR LIFE I THINK THE COURT MADE A

14   DETERMINATION THAT THERE WAS GOOD CAUSE AND THUS SAID --

15   PUTTING ASIDE WHETHER THERE WAS -- THEY WERE IDENTICAL

16   OR WHETHER THERE WAS A SIGNIFICANT CHANGE, THEN SAID IT

17   WAS APPROPRIATE.  BUT IN THIS CASE I HAVE TO -- ARE

18   YOU -- DO YOU AGREE THAT I HAVE TO MAKE A THRESHOLD

19   DETERMINATION OF GOOD CAUSE BEFORE I CAN GET INTO THE

20   SAME SPACE THAT PRIESTS FOR LIFE -- THE PRIESTS FOR LIFE

21   COURT WAS OR IS IT YOUR VIEW THAT I DON'T HAVE TO MAKE

22   THAT DETERMINATION OF GOOD CAUSE BEFORE GOING ALONG WITH

23   THE HOLDING IN THAT CASE?

24                    MR. DAVIS:  YOUR HONOR, IF I UNDERSTAND

25   THE QUESTION CORRECTLY, I THINK THAT ALL OF THOSE --

```
 1     THESE FACTORS WE HAVE BEEN DISCUSSING GO TO WHETHER OR

 2     NOT THERE WAS GOOD CAUSE TO DO THE IFR IN THAT CASE AS

 3     AN IFR INSTEAD OF THROUGH NOTICE AND COMMENT.  I THINK

 4     THE SIGNIFICANCE OF THE CHANGE IS ALL UNDER THAT HEADING

 5     OF WHETHER OR NOT THERE IS GOOD CAUSE.  I WOULD SAY YOU

 6     DON'T EVEN HAVE TO REACH THE GOOD CAUSE ISSUE AT ALL IN

 7     OUR VIEW BECAUSE OF THE SEPARATE BASES OF STATUTORY

 8     AUTHORITY.  BUT IN THE EVENT YOU WERE TO REACH THE GOOD

 9     CAUSE ISSUE, I THINK IF YOU READ THAT PART OF THAT -- OF

10     THE D.C. CIRCUIT'S DECISION, I THINK WE ARE ALMOST ON

11     ALL FOURS WITH IT HERE.

12                    THE COURT:  GO AHEAD.

13                    MR. DAVIS:  I WOULD LIKE TO MOVE TO THE

14     STATUTORY AUTHORITY FOR THE EXEMPTIONS.

15                    THE COURT:  GO AHEAD.

16                    MR. DAVIS:  YOUR HONOR, IN OUR VIEW WE

17     HAVE THREE SEPARATE BASES OF STATUTORY AUTHORITY.

18                    THE FIRST IS THE AFFORDABLE CARE ACT

19     ITSELF.  HERE AGAIN, YOUR HONOR IS NOT WRITING ON A

20     BLANK SLATE.  THIS IS THE SOURCE OF AUTHORITY THAT THE

21     LAST ADMINISTRATION USED TO CRAFT THE ORIGINAL RELIGIOUS

22     EMPLOYER EXEMPTION.  THE STATUTE IS A BROADLY WORDED

23     DELEGATION OF AUTHORITY TO THE AGENCIES.  IT PROVIDES

24     THAT COVERED GROUP HEALTH PLANS SHALL PROVIDE -- OR

25     SHALL COVER WHATEVER HRSA SPECIFIES IN ITS GUIDELINES.
```

1            THE BREADTH OF THE STATUTE IS APPARENT

2    WHEN COMPARED TO THE OTHER THREE SUBSECTIONS OF THAT

3    STATUTE.   THOSE SUBSECTIONS ADDRESS EVIDENCE BASED ITEMS

4    OF SERVICES, IMMUNIZATIONS AND SERVICES FOR CHILDREN,

5    ADDRESS GUIDELINES THAT WERE ALREADY IN EXISTENCE AT THE

6    TIME THE AFFORDABLE CARE ACT WAS ENACTED.   AND

7    SUBSECTION (A)(4) WAS A GRANT OF AUTHORITY TO DEVELOP

8    GUIDELINES THAT DID NOT ALREADY EXIST.

9            AND ON PAGE 23 OF ITS BRIEF, PENNSYLVANIA

10   ARGUES THAT NOTHING IN THE LANGUAGE OF THE ACA OR ITS

11   LEGISLATIVE HISTORY SUGGESTS THAT CONGRESS INTENDED TO

12   GIVE DEFENDANTS OR ANY AGENCY BLANKET AUTHORITY TO

13   PERMIT EMPLOYEES TO OPT-OUT.   IF THAT IS TRUE, THE

14   ORIGINAL EXEMPTION FOR CHURCHES HAS TO FALL AS WELL,

15   WHICH WOULD EXPOSES CHURCHES AND HOUSES OF WORSHIP TO

16   THE MANDATE FOR THE FIRST TIME.   AND THAT RESULT WOULD

17   IMPERIL THE MANDATE ITSELF BECAUSE WE KNOW FROM HOBBY

18   LOBBY THAT IT IMPOSES A SUBSTANTIAL BURDEN.

19            SO PENNSYLVANIA ALSO ARGUES THAT THE

20   RULES CONFLICT WITH THE PURPOSE OF THE STATUTE, WHICH IS

21   TO INCREASE COVERAGE FOR PREVENTIVE SERVICES.   AND THAT

22   ARGUMENT WOULD ALSO WIPE AWAY THE ORIGINAL CHURCH

23   EXEMPTION.   IT'S ALSO INCONSISTENT WITH THE BEST

24   EVIDENCE OF A STATUTE'S PURPOSE, WHICH IS ITS TEXT.   AND

25   THE ACA DOES NOT REQUIRE GROUP HEALTH PLANS TO COVER

```
1     CONTRACEPTION.  IT DOES NOT MENTION CONTRACEPTION.

2     INSTEAD IT DELEGATES AUTHORITY TO THE AGENCIES TO DECIDE

3     WHAT KINDS OF PREVENTIVE SERVICES SHOULD BE COVERED.

4                    THE COURT:  WELL, THE CONTRACEPTIVE

5     MANDATE WAS ADOPTED.  WELL, THE HRSA ADOPTED THE

6     INSTITUTE'S RECOMMENDATION IN AUGUST OF 2011.  AND THE

7     CONTRACEPTIVE MANDATE WAS ENACTED OR PROMULGATED UNDER

8     THE AUTHORITY GIVEN BY THE ACA TO THE AGENCY.  SO IN

9     THIS CASE DOES THE -- DO THE EXEMPTIONS, THE MORAL AND

10    RELIGIOUS EXEMPTIONS, IMPACT ON THE CONTRACEPTIVE

11    MANDATE?  DON'T THEY CARVE OUT EXCEPTIONS TO THE

12    CONTRACEPTIVE MANDATE?  SO YOU HAVE AN AGENCY CARVING

13    OUT EXCEPTIONS TO AN AGENCY'S RULES.

14                    MR. DAVIS:  THAT'S CORRECT.

15                    THE COURT:  THAT IS CORRECT.

16                    MR. DAVIS:  YES.

17                    THE COURT:  WHAT AUTHORITY IS THERE FOR

18    AN AGENCY TO CARVE OUT AN EXCEPTION TO AN AGENCY'S

19    PREVIOUSLY PROMULGATED RULES?

20                    MR. DAVIS:  YOUR HONOR, I THINK IT IS

21    JUST GENERAL REGULATORY AUTHORITY THAT ALL AGENCIES HAVE

22    TO CHANGE THEIR RULES, CARVE OUT EXEMPTIONS TO THEM.  I

23    THINK THE STATUTES THAT I MENTIONED EARLIER PROVIDE THAT

24    AUTHORITY.  I THINK IT'S JUST INHERENT IN THE APA THAT

25    AGENCIES HAVE THAT ABILITY.  AND I THINK IF THE QUESTION
```

1    IS WHETHER THERE IS STATUTORY AUTHORITY FOR AGENCIES TO

2    DO THAT, I WOULD JUST POINT YOUR HONOR AGAIN TO THE ACA,

3    42 U.S.C. 300 GG-13(A)(4), WHICH PROVIDES DISCRETION, A

4    BROAD GRANT OF DISCRETION FOR THE AGENCIES TO DEVELOP

5    RULES GOVERNING WHAT TYPES OF PREVENTIVE SERVICES WILL

6    BE COVERED AND WHO WILL BE COVERED BY THEM.  THERE IS

7    NOTHING IN THAT STATUTE THAT PROHIBITS THE AGENCY FROM

8    DOING THAT.

9                    AND HERE I WOULD LIKE TO ADDRESS ANOTHER

10   ONE OF YOUR HONOR'S QUESTIONS, WHICH IS WHETHER THE

11   AGENCIES ARE ENTITLED TO DEFERENCE IN INTERPRETING THE

12   AFFORDABLE CARE ACT.  THE ANSWER TO THAT QUESTION IS

13   YES.  IT'S CLEAR THAT CONGRESS HAS DELEGATED TO THE

14   AGENCIES THE AUTHORITY TO MAKE RULES CARRYING THE FORCE

15   OF LAW IN THIS CONTEXT AND THE AGENCIES WERE EXERCISING

16   THAT AUTHORITY IN CRAFTING THESE RULES.

17                    THE COURT:  BUT IF THE INTERPRETATION

18   CONFLICTS WITH THE STATUTE'S PLAIN LANGUAGE, IT IS NOT

19   ENTITLED TO JUDICIAL DEFERENCE, CORRECT?

20                    MR. DAVIS:  THAT'S CORRECT.  BUT HERE I

21   DON'T THINK THAT IS TRUE HERE, TO BE CLEAR, YOUR HONOR.

22   I THINK THE STATUTE IS A BROAD GRANT OF AUTHORITY.

23   THERE IS NOTHING IN IT THAT PROHIBITS THE AGENCIES FROM

24   DOING THIS.

25                    THE COURT:  I UNDERSTAND.

1          MR. DAVIS:  THE SECOND BASIS OF STATUTORY

2     AUTHORITY FOR THESE EXEMPTIONS, YOUR HONOR, IS RFRA.

3          THE COURT:  BEFORE YOU GO INTO THAT, AS I

4     UNDERSTAND IT, YOU ARE NOT MAKING AN ARGUMENT WITH

5     RESPECT TO THE MORAL EXEMPTION UNDER RFRA.  YOUR RFRA

6     ARGUMENT IS FOCUSED SOLELY ON THE RELIGIOUS EXEMPTION.

7          MR. DAVIS:  THAT'S CORRECT, YOUR HONOR.

8     AND THE SOURCE OF STATUTORY AUTHORITY FOR THE MORAL

9     EXEMPTION IS THE ACA.

10          AS I SAID, THE SECOND BASIS OF STATUTORY

11     AUTHORITY FOR THE EXEMPTIONS IS RFRA.  HERE YOU DON'T

12     HAVE TO INCLUDE THAT RFRA ACTUALLY REQUIRES THE

13     EXEMPTIONS.  BECAUSE EVEN IF RFRA DOES NOT REQUIRE THEM,

14     RFRA AUTHORIZES THE RELIGIOUS EXEMPTION.  AND AGAIN ON

15     THIS POINT, YOUR HONOR, YOU ARE NOT WRITING ON A BLANK

16     SLATE.  WE KNOW FROM HOBBY LOBBY AND YEARS OF LITIGATION

17     THAT THE UNADORNED MANDATE IMPOSES A SUBSTANTIAL BURDEN.

18     THE AGENCIES HAVE DISCRETION IN DETERMINING HOW TO

19     ALLEVIATE THAT BURDEN, AND IN EXERCISING THAT

20     DISCRETION, THE AGENCIES REASONABLY DECIDED TO RESPOND

21     WITH AN EXEMPTION RATHER THAN AN ACCOMMODATION.

22          THE COURT:  WELL, LET ME ASK YOU A

23     QUESTION.  DOES ANY OF THE AGENCIES HERE HAVE ANY

24     SPECIFIC EXPERTISE WITH RESPECT TO RFRA?

25          MR. DAVIS:  YOUR HONOR, WE ARE NOT

```
 1    ARGUING THAT THE AGENCIES ARE ENTITLED TO CHEVRON

 2    DEFERENCE UNDER RFRA WRIT LARGE.  WE DO THINK THAT THE

 3    AGENCIES ARE ENTITLED TO DEFERENCE ON SOME OF THE

 4    SUBSIDIARY QUESTIONS THAT TRIGGER THEIR EXPERTISE, SUCH

 5    AS WHETHER THERE IS A COMPELLING INTEREST UNDER RFRA.  A

 6    LOT OF THOSE ISSUES ACTUALLY INVOLVE INTERPRETATIONS OF

 7    THE AFFORDABLE CARE ACT AND THEY FALL SQUARELY WITHIN

 8    THE AGENCY'S TECHNICAL EXPERTISE.  BUT RFRA IS A

 9    GENERALLY APPLICABLE STATUTE LIKE THE FREEDOM OF

10    INFORMATION ACT OR OTHERS THAT ARE NOT GENERALLY

11    CONSIDERED TO CONFER CHEVRON DEFERENCE.

12              AND BACK TO MY POINT ABOUT RFRA

13    AUTHORIZING THE AGENCIES TO DO THIS, THE SUPREME COURT

14    HAS RECOGNIZED THAT AN ENTITY FACED WITH CONFLICTING

15    LEGAL OBLIGATIONS SHOULD BE AFFORDED SOME LEEWAY.  SO IN

16    THE RICCI VERSUS DESTEFANO CASE IN THE SUPREME COURT,

17    THE CITY OF NEW HAVEN ADMINISTERED AN EXAM FOR

18    FIREFIGHTERS.  THE EXAM PRODUCED RACIALLY DISPARATE

19    RESULTS.  THE MINORITY FIREFIGHTERS TOLD THE CITY THAT

20    IF IT CERTIFIED THE RESULTS, THEY WOULD SUE THE CITY FOR

21    VIOLATING TITLE VII'S DISPARATE IMPACT PROVISION.  AND

22    THE WHITE FIREFIGHTERS TOLD THE CITY THAT IF IT DID NOT

23    CERTIFY THE RESULTS, THEY WOULD SUE THE CITY FOR

24    VIOLATING TITLE VII'S DISPARATE TREATMENT PROVISION.  SO

25    THE CITY WAS CAUGHT BETWEEN THE DISPARATE IMPACT
```

1   PROVISION ON THE ONE HAND AND THE DISPARATE TREATMENT

2   PROVISION ON THE OTHER HAND.  INSTEAD OF REQUIRING THE

3   CITY TO HIT A PERFECT BULLSEYE IN BETWEEN THOSE TWO

4   STATUTES, THE SUPREME COURT GAVE SOME LEEWAY.  IT HELD

5   THAT AN EMPLOYER MAY ENGAGE IN INTENTIONAL

6   DISCRIMINATION FOR THE ASSERTED PURPOSE OF AVOIDING OR

7   REMEDYING AN UNINTENTIONAL DISPARATE IMPACT IF THE

8   EMPLOYER HAS A STRONG BASIS IN EVIDENCE TO BELIEVE THAT

9   IT WILL BE SUBJECT TO DISPARATE IMPACT LIABILITY IF IT

10  FAILS TO TAKE THE RISK CONSCIOUS DISCRIMINATORY ACTION.

11  SO THE SAME IS TRUE HERE.

12          THE COURT:  SO YOU ARE TAKING -- YOU ARE

13  BORROWING LAW FROM THE DISCRIMINATORY -- DISCRIMINATION

14  JURISPRUDENCE THAT PERTAINS TO A MUNICIPALITY AND

15  APPLYING IT TO -- WHICH IS A STATE ENTITY, AND APPLYING

16  IT TO A FEDERAL AGENCY THAT FALLS UNDER THE EXECUTIVE

17  FUNCTION, IS THAT CORRECT?

18          MR. DAVIS:  I WOULD NOT PUT IT LIKE THAT.

19  AGAIN, YOUR HONOR --

20          THE COURT:  WELL, THAT IS WHAT YOU ARE

21  DOING, WHETHER YOU PUT IT LIKE THAT OR NOT.  SO THE

22  QUESTION IS WHY WOULD YOU TAKE -- WHY WOULD YOU BORROW

23  FROM ONE LINE OF JURISPRUDENCE WHICH HAS NOTHING TO DO

24  WITH WHAT WE ARE TALKING ABOUT HERE.  AND IF YOU ARE

25  GOING TO DO THAT, YOU HAVE TO PROVIDE ME WITH SOME

1   PRETTY STRONG RATIONALE BACKED UP BY APPLICABLE

2   PRECEDENT, SO THAT MEANS THIRD CIRCUIT OR SUPREME COURT

3   PRECEDENT, TO TELL ME THAT THAT IS APPROPRIATE.

4                  MR. DAVIS:  YOUR HONOR, I THINK IF YOU

5   LOOK AT THE REASONING OF THIS CASE --

6                  THE COURT:  NO, I -- NO, NO.  YOU CAN

7   TAKE ANY KIND OF LOGICAL SYLLOGISM IN PRETTY MUCH ANY

8   CASE IN THE LAW AND JUST SAY WELL, IT APPLIES HERE.  BUT

9   THAT IS NOT WHAT WE DO WHEN WE ANALYZE CASE LAW.  WHAT

10  WE DO IS TAKE A LOOK AT THE JURISPRUDENCE AND DETERMINE

11  WHETHER IT IS APPROPRIATE TO APPLY A PARTICULAR SET OF

12  JURISPRUDENCE IN ONE CONTEXT WHEN IT HAS BEEN DEVELOPED

13  IN ANOTHER CONTEXT.

14                 SO WHAT I NEED IF YOU WANT TO MAKE THAT

15  COMPARISON IS TO DRAW A JURISPRUDENTIAL LINE BETWEEN THE

16  CASE -- THE NEW HAVEN CASE THAT YOU MENTIONED, WHICH

17  CONCERNS DISCRIMINATION, AND THE CASE HERE --

18  DISCRIMINATION IN THE CONTEXT OF A STATE ENTITY TO HERE,

19  WHICH CONCERNS AN AGENCY'S DETERMINATION AS TO WHETHER

20  IT CAN OR CANNOT ENACT A PARTICULAR REGULATION.  IF YOU

21  CAN DRAW -- IF YOU CAN DRAW THAT CONNECTION, FINE, I'M

22  HAPPY TO CONSIDER IT.  BUT YOU CAN'T JUST SAY IT.

23                 MR. DAVIS:  YOUR HONOR, I RESPECTFULLY

24  DISAGREE WITH HOW YOU CHARACTERIZE THAT.  I THINK IT IS

25  APPROPRIATE IN REASONING ON THE BASIS OF CASES NOT TO

1    USE CASES IN THE EXACT SAME CONTEXT BUT INSTEAD TO USE

2    REASON BY ANALOGY TO CASES THAT MAY INVOLVE A DIFFERENT

3    CONTEXT, IN THAT CASE, THE MUNICIPALITY INSTEAD OF THE

4    FEDERAL GOVERNMENT.  BUT STILL THE GENERAL LEGAL

5    PRINCIPLE THAT THAT CASE RECOGNIZES, THAT AN ENTITY

6    FACED WITH CONFLICTING LEGAL OBLIGATIONS SHOULD BE

7    AFFORDED SOME LEEWAY.  AND THAT PRINCIPLE FROM THAT CASE

8    APPLIES EQUALLY HERE.  EVEN THOUGH IT IS IN A DIFFERENT

9    CONTEXT IN THAT CASE, IT'S THE SAME THING HERE.

10                    THE EXEMPTION RECOGNIZES THE REALITY THAT

11   THE AGENCIES WOULD LIKELY BE SUBJECT TO UNDER RFRA.

12   WELL, IT COULD BE SUBJECT TO LIABILITY UNDER RFRA THAT

13   THE AGENCIES CHOSE THE ACCOMMODATIONS THAT -- BUT EVEN

14   IF YOUR HONOR IS NOT PERSUADED BY THAT POSITION, WHICH I

15   --

16                    THE COURT:  I CAN TELL YOU I'M NOT

17   PERSUADED BY THAT.

18                    MR. DAVIS:  I UNDERSTAND, YOUR HONOR.

19   THE OTHER BASIS FOR STATUTORY AUTHORITY HERE IS THAT

20   RFRA DOES REQUIRE THE RELIGIOUS RULE, EVEN IF YOU THINK

21   IT DOES NOT AUTHORIZE IT.  AND HERE THE AGENCIES HAVE

22   CONCLUDED THAT REQUIRING OBJECTING ENTITIES TO CHOOSE

23   BETWEEN THE MANDATE, THE ACCOMMODATION, OR PENALTIES FOR

24   NONCOMPLIANCE IMPOSES A SUBSTANTIAL BURDEN IN THE

25   AGENCY'S VIEW THE ACCOMMODATION, THE PREVIOUS

1    ACCOMMODATION WAS NOT ENOUGH TO ALLEVIATE THAT

2    SUBSTANTIAL BURDEN BECAUSE MANY ENTITIES OBJECTED TO THE

3    ACT OF SUBMITTING A SELF-CERTIFICATION FORM.  THOSE

4    ENTITIES SINCERELY BELIEVE THAT SUBMITTING THE FORM MADE

5    THEM COMPLICIT IN PROVIDING CONTRACEPTIVE COVERAGE.

6    EVEN IF A COURT WERE TO DISAGREE WITH THAT BELIEF, HOBBY

7    LOBBY PROHIBITS QUESTIONING IT, AND AS THE SUPREME COURT

8    EXPLAINED, I BELIEVE, IMPLICATES A DIFFICULT AND

9    IMPORTANT QUESTION OF RELIGION AND MORAL PHILOSOPHY THAT

10   COURTS SHOULD NOT BE WADING INTO.

11               ON COMPELLING INTEREST, THE AGENCIES HAVE

12   NOW TAKEN THE POSITION THAT THE MANDATE DOES NOT SERVE A

13   COMPELLING GOVERNMENT INTEREST.  AND THIS GOES TO THE

14   LAST OF YOUR HONOR'S QUESTIONS, WHICH I PREVIOUSLY

15   ADDRESSED.  EVEN THOUGH THE AGENCIES DON'T GET CHEVRON

16   DEFERENCE UNDER RFRA, ON THE SUBSIDIARY QUESTIONS UNDER

17   RFRA, I THINK THEY DO ON THE COMPELLING INTEREST ISSUE,

18   AND THAT IS BECAUSE THE COMPELLING INTEREST ISSUE IS

19   TIED IN PART TO THE AGENCY'S INTERPRETATION OF THE

20   AFFORDABLE CARE ACT AND IT GOES RIGHT TO THE AREAS WHERE

21   THE AGENCIES HAVE DEFERENCE.

22               AND BEFORE I GO FURTHER, YOUR HONOR, I

23   JUST WANT TO MAKE SURE I'M NOT GOING OVER TIME.

24               THE COURT:  NO, I THINK YOU ARE

25   ACTUALLY -- YOU STARTED ABOUT EIGHT MINUTES PAST AND IT

1    IS NOW 20 MINUTES TO, SO YOU ARE EXACTLY ON TIME.  I

2    THINK I DID GIVE THE OTHER SIDE A LITTLE BIT MORE.  SO

3    IF YOU HAVE ANYTHING ELSE YOU NEED TO SAY, FEEL FREE.

4                    MR. DAVIS:  I'LL JUST SAY THAT ON THE

5    COMPELLING INTEREST ISSUE, THE AGENCIES MADE A VARIETY

6    OF DIFFERENT CONCLUSIONS IN A WELL-REASONED PART OF THE

7    RULE THAT SPANS SEVERAL PAGES.  AND FIRST CONGRESS DID

8    NOT MANDATE THAT CONTRACEPTION BE COVERED AT ALL.  AS AN

9    INTERPRETATION OF THE AFFORDABLE CARE ACT, THAT IS

10   ENTITLED TO DEFERENCE.  SECOND, CONGRESS EXPRESSLY

11   DECIDED NOT TO APPLY THE PREVENTIVE SERVICES REQUIREMENT

12   TO GRANDFATHER PLANS COVERING TENS OF MILLIONS OF

13   EMPLOYEES.

14                    THE COURT:  LET ME TALK TO YOU ABOUT

15   THOSE GRANDFATHERED HEALTH PLANS.  I THINK ONE OF THE

16   REASONS THAT WERE GIVEN IN THE IFRS FOR BYPASSING THE

17   NOTICE AND COMMENT RULE MAKING WAS, I THINK IT WAS:

18   DELAYING AVAILABILITY OF THE EXEMPTION WOULD ALSO

19   INCREASE THE COST OF HEALTH INSURANCE BECAUSE GROUPS

20   WITH GRANDFATHERED HEALTH PLANS WISH TO MAKE CHANGES TO

21   THEIR HEALTH PLANS THAT WILL REDUCE THE COST OF

22   INSURANCE COVERAGE FOR THEIR BENEFICIARIES OR POLICY

23   HOLDERS BUT WHICH COULD CAUSE THE PLANS TO LOSE

24   GRANDFATHERED STATUS.

25                    DO YOU RECALL THAT --

1          MR. DAVIS:  YES, YOUR HONOR.

2          THE COURT:  -- RATIONALE?

3          SO THERE WERE 54,000 COMMENTS, AND I

4    THINK YOU PROVIDED THEM TO US.  WE HAVE THEM IN THE

5    RECORD.  SO IN ORDER TO MAKE SURE THAT THAT WAS BACKED

6    UP BY THE RECORD, BECAUSE IT WAS JUST A BOLD STATEMENT,

7    IT WAS A CONCLUSION, WE SEARCHED ALL THOSE 54,000

8    COMMENTS, AND WE COULD NOT LOCATE A SINGLE COMMENT THAT

9    REFERENCED A GRANDFATHERED HEALTH PLAN.  SO WE WONDER IS

10   THERE ANY WAY THAT THEY COULD POSSIBLY BE IN THE

11   COMMENTS UNDER A DIFFERENT TERMINOLOGY THAN

12   GRANDFATHERED HEALTH PLAN.

13          MR. DAVIS:  IF YOUR HONOR DOES NOT MIND,

14   WE WILL GET BACK TO YOU ON THAT QUESTION.

15          THE COURT:  WELL, IF YOU COULD, I

16   THINK -- I'M SURE YOU HAVE SOMEONE THAT CAN DO IT NOW,

17   BUT IF YOU COULD GET BACK TO ME BEFORE THE END OF THE

18   DAY.  WHAT I WOULD LIKE YOU TO DO IS TO SEARCH THE

19   54,000 COMMENTS AND TELL ME -- AND PROVIDE ME A LIST OF

20   THE CASE -- OF THE INSTANCES IN WHICH THERE WAS SOME

21   COMMENTARY FROM A GRANDFATHERED HEALTH PLAN WHICH

22   SUGGESTED THAT THEY WISH TO MAKE CHANGES TO THEIR HEALTH

23   PLANS IN A FASTER FASHION THAN WOULD OTHERWISE BE THE

24   CASE.  I THINK YOU CAN DO THAT OVER LUNCH AND GET BACK

25   TO ME.

1              MR. DAVIS:  YES.

2              THE COURT:  OKAY.  ANYTHING ELSE?

3              MR. DAVIS:  I WILL STOP THERE, YOUR

4    HONOR.

5              THE COURT:  OKAY.  SO WHAT WE ARE GOING

6    TO DO NOW -- ARE YOU NOW READY TO GO TO YOUR WITNESSES?

7              MR. GOLDMAN:  I AM, YOUR HONOR.

8              THE COURT:  WELL, I THINK WE SHOULD TAKE

9    A QUICK BREAK IN ORDER TO GET EVERYONE SORTED.  WE WILL

10   BE BACK HERE IN TEN MINUTES, SO THAT IS JUST ABOUT EIGHT

11   MINUTES TO.

12             THE CLERK:  ALL RISE.

13             (BREAK TAKEN.)

14             THE COURT:  ARE YOU READY TO GO?

15             MR. GOLDMAN:  YES, YOUR HONOR.  MAY I

16   APPROACH?

17             THE COURT:  YOU MAY APPROACH.  AND THE

18   WITNESS MAY TAKE THE WITNESS STAND.

19             (CAROL WEISMAN, COMMONWEALTH'S WITNESS,

20   SWORN.)

21             THE CLERK:  STATE AND SPELL YOUR FULL

22   NAME FOR THE RECORD, PLEASE.

23             THE WITNESS:  CAROL WEISMAN, C-A-R-O-L

24   W-E-I-S-M-A-N.

25             DIRECT EXAMINATION

1   BY MR. GOLDMAN:

2   Q.      WHERE ARE YOU FROM, DR. WEISMAN?

3   A.      ORIGINALLY FROM PITTSBURGH, PENNSYLVANIA.

4   Q.      AND WHAT DO YOU DO FOR A LIVING?

5   A.      I'M A PROFESSOR AT THE PENN STATE COLLEGE OF

6   MEDICINE.

7   Q.      AND IF I MAY, YOU HAVE AN EXHIBIT BINDER BEFORE

8   YOU.

9               MR. DAVIS:  AND, YOUR HONOR, IF I

10  UNDERSTAND YOUR RULES, YOU WOULD LIKE THE EXHIBITS MOVED

11  INTO EVIDENCE BEFORE THE WITNESS IS QUESTIONED?

12              THE COURT:  IT DOES NOT REALLY MATTER

13  BECAUSE WE DON'T HAVE A JURY, SO JUST DO IT -- IT WOULD

14  BE BETTER IF YOU DID NOT QUESTION HER.

15              BUT HAVE YOU STIPULATED TO EVERYTHING?

16              MS. KADE:  EVERYTHING EXCEPT FOR

17  DEMONSTRATIVE.

18              THE COURT:  OKAY.  SO CAN WE JUST

19  STIPULATE THAT EXHIBITS 1 THROUGH -- WHICH ONE IS THE

20  DEMONSTRATIVE?

21              MS. KADE:  IT IS 18, YOUR HONOR.

22              THE COURT:  CAN WE JUST STIPULATE AT THIS

23  POINT THAT EVERYTHING EXCEPT EXHIBIT 18 IS ADMITTED?

24              MR. GOLDMAN:  YES, YOUR HONOR.

25              MS. KADE:  YES, YOUR HONOR.

```
1                    THE COURT:  THEY ARE ALL ADMITTED, AND

2       THEREFORE YOU DO NOT HAVE TO LAY A FOUNDATION OR

3       AUTHENTICATION.

4                    (GOVERNMENT EXHIBIT 18 ADMITTED INTO

5       EVIDENCE.)

6       BY MR. GOLDMAN:

7       Q.       IF YOU WOULD TURN, DR. WEISMAN, TO TAB 4, WHICH

8       WOULD BE EXHIBIT 4.

9                    DO YOU KNOW WHAT THAT DOCUMENT IS?

10      A.       YES.  THAT IS MY CV.

11      Q.       AND IF YOU WOULD JUST FLIP THROUGH IT BRIEFLY.

12      CAN YOU CONFIRM THAT THE CONTENTS OF THAT ARE ACCURATE?

13      A.       YES.

14      Q.       AND EXHIBIT 3 OF THE TAB, IF YOU CAN FLIP

15      THROUGH THAT.

16      A.       YES.

17      Q.       ARE YOU FAMILIAR WITH THAT DOCUMENT?

18      A.       YES.  THAT IS MY DECLARATION.

19      Q.       AND IF YOU COULD REVIEW THAT BRIEFLY AND IF YOU

20      CAN CONFIRM IF YOU ARE COMFORTABLE WITH THE STATEMENTS

21      CONTAINED THERE?

22      A.       YES, I AM.

23      Q.       I WOULD LIKE TO ASK YOU BRIEFLY ABOUT YOUR

24      EDUCATION.  WHERE DID YOU GO TO COLLEGE -- AND BY THE

25      WAY, YOUR HONOR, IF YOU WOULD PREFER US NOT TO GO
```

1      THROUGH THIS, WE CAN STIPULATE OVER IT.

2                      THE COURT:  I DON'T NEED IT.

3                      DO YOU NEED IT?

4                      MS. KADE:  NO, YOUR HONOR.

5                      THE COURT:  WE DON'T NEED IT.

6      BY MR. GOLDMAN:

7      Q.      I MAY ASK SOME TARGETED QUESTIONS IN THERE, IF I

8      MAY.  WHAT WAS THE FOCUS OF YOUR ACADEMIC WORK AT

9      WELLESLEY AND THEN JOHNS HOPKINS UNIVERSITY?

10     A.      I STUDIED SOCIOLOGY.

11     Q.      AND WAS THERE A FOCUS WITHIN THAT?

12     A.      AT THE UNDERGRADUATE LEVEL, NOT REALLY AT THE

13     GRADUATE LEVEL, I BECAME INTERESTED IN GENDER RELATED

14     ISSUES.

15     Q.      AND DID THAT INCLUDE HEALTHCARE AT THAT TIME?

16     A.      YES.

17     Q.      YOU ARE NOT A MEDICAL DOCTOR, ARE YOU?

18     A.      I AM NOT.

19                      MR. DAVIS:  YOUR HONOR, MAY I HAVE

20     PERMISSION TO LEAD FOR SOME OF THESE FOUNDATIONAL

21     QUESTIONS.

22                      THE COURT:  ARE YOU OKAY WITH THAT?

23                      MS. KADE:  UNTIL I SEE WHAT THE QUESTIONS

24     ARE, YOUR HONOR, I'M NOT SURE, BUT AT THIS POINT, YES.

25                      THE COURT:  OKAY.  PERMISSION TO LEAD FOR

1      THE MOMENT -- I'M SORRY, WHAT IS YOUR NAME?

2                  MS. KADE:  ELIZABETH, YOUR HONOR.

3                  THE COURT:  ELIZABETH WHAT?

4                  MS. KADE:  KADE.

5                  THE COURT:  THE MOMENT MS. KADE OBJECTS,

6      THEN WE MAY HAVE TO CHANGE TASKS.

7      BY MR. GOLDMAN:

8      Q.      AM I CORRECT THAT YOU -- AFTER YOU GOT YOUR

9      PH.D. FROM JOHNS HOPKINS, YOU WORKED AS AN ASSOCIATE

10     RESEARCH SCIENTIST THERE?

11     A.      YES.

12     Q.      AND WHY DID YOU CHOOSE TO WORK AT JOHNS HOPKINS

13     UNIVERSITY?

14     A.      I WAS OFFERED A FACULTY POSITION IN WHICH I

15     COULD CONDUCT RESEARCH AS WELL AS TEACH AT THE GRADUATE

16     LEVEL.

17     Q.      AND DID THEY HAVE A PRETTY GOOD PROGRAM?

18     A.      OH, THEY HAVE THE TOP PROGRAM IN PUBLIC HEALTH

19     IN THE COUNTRY.

20     Q.      DID YOU WORK IN THE -- YOU WORKED IN RESEARCH

21     HEALTH SERVICES.  AT THE TIME YOU JOINED JOHNS HOPKINS

22     UNIVERSITY, DID THAT INCLUDE THE FIELD OF WOMEN'S

23     HEALTHCARE?

24     A.      THE FIELD OF HEALTH SERVICES RESEARCH WAS JUST

25     BEING ESTABLISHED AT THAT TIME.  IT'S AN

1    INTERDISCIPLINARY FIELD, PEOPLE FROM DIFFERENT TRAINING

2    BACKGROUNDS STUDYING HOW HEALTHCARE IS DELIVERED, THE

3    COST OF CARE, THE QUALITY OF CARE.  AND I BECAME

4    INVOLVED WITH THOSE RESEARCHERS SPECIFICALLY TO LOOK AT

5    WOMEN'S HEALTHCARE.

6    Q.    IS IT FAIR TO SAY THAT YOU PLAYED A PART IN THE

7    CREATION OF WOMEN'S HEALTHCARE AS A FIELD WITHIN

8    RESEARCH HEALTH SERVICES?

9    A.    YES.

10   Q.    AND YOU WORKED AT JOHNS HOPKINS UNIVERSITY FOR

11   24 YEARS?

12   A.    YES.

13   Q.    AND I'M NOT GOING TO ASK YOU ABOUT YOUR

14   PROMOTIONS DURING THAT TIME, BUT GENERALLY SPEAKING, CAN

15   YOU DESCRIBE THE WORK THAT YOU DID WHILE AT JOHNS

16   HOPKINS UNIVERSITY?

17   A.    I DESIGNED AND LED A NUMBER OF RESEARCH PROJECTS

18   ON DIFFERENT TOPICS.  I TAUGHT MASTERS LEVEL STUDENTS.

19   I SUPERVISED DOCTORAL STUDENTS, ESPECIALLY IN THEIR

20   DISSERTATION PROJECTS, AND I CO-LED A COUPLE OF ACADEMIC

21   PROGRAMS.

22   Q.    AND IS ALL THAT TEACHING WORK?  DID YOU ALSO DO

23   RESEARCH DURING THAT TIME?

24   A.    YES, RESEARCH WAS A GREAT PART OF MY

25   RESPONSIBILITIES.

```
1    Q.        AND DID YOU ALSO GIVE PRESENTATIONS AND MAKE

2    PUBLICATIONS AS WELL?

3    A.        YES.

4    Q.        SO AFTER JOHNS HOPKINS UNIVERSITY YOU WENT TO

5    UNIVERSITY OF MICHIGAN AFTER 24 YEARS?

6    A.        CORRECT.

7    Q.        AND THEN YOU WENT TO PENN STATE COLLEGE OF

8    MEDICINE, CORRECT?

9    A.        CORRECT.

10   Q.        AND WHEN DID YOU GO TO PENN STATE COLLEGE OF

11   MEDICINE?

12   A.        IN 2003, SO I HAVE BEEN THERE 15 YEARS.

13   Q.        AND IS THAT YOUR CURRENT JOB?

14   A.        YES.

15   Q.        WHAT IS YOUR POSITION THERE?

16   A.        A DISTINGUISHED PROFESSOR OF PUBLIC HEALTH

17   SCIENCES AND OBSTETRICS AND GYNECOLOGY IN THE COLLEGE OF

18   MEDICINE.

19   Q.        AND YOU ARE NOT A DOCTOR?

20   A.        I AM NOT.

21   Q.        A MEDICAL DOCTOR.

22   A.        NOT A PHYSICIAN.

23   Q.        ARE THERE MANY NON-DOCTORS WHO ARE DISTINGUISHED

24   PROFESSORS IN THAT PROGRAM WITHIN THE MEDICAL SCHOOL?

25   A.        YES.  MEDICAL SCHOOLS TYPICALLY HAVE M.D.'S AND
```

1    PH.D.'S ON FACULTY.

2    Q.      WHAT IS THE FOCUS OF YOUR WORK AT PENN STATE?

3    A.      AGAIN, THE FOCUS OF MY WORK IS CONDUCTING

4    RESEARCH ON WOMEN'S HEALTHCARE TOPICS.  I ALSO TEACH

5    MASTERS LEVEL STUDENTS, PARTICULARLY IN THE MPH PROGRAM,

6    AND DOCTORAL STUDENTS IN THE DOCTOR OF PUBLIC HEALTH

7    PROGRAM.

8              I ALSO SPEND PART OF MY TIME AS ASSOCIATE

9    DEAN FOR FACULTY AFFAIRS.

10   Q.      DO YOU, IN ADDITION TO TEACHING AND RESEARCHING,

11   DO YOU PUBLISH ARTICLES?

12   A.      YES.

13   Q.      AND GIVE PRESENTATIONS?

14   A.      YES.

15   Q.      IN THE CONTEXT OF YOUR RESEARCH, ARE THOSE

16   CLINICAL INVESTIGATIONS?

17   A.      SOMETIMES THEY ARE CLINICAL INVESTIGATIONS,

18   SOMETIMES THEY ARE POPULATION-BASED STUDIES.  SO IT'S A

19   VARIETY OF DIFFERENT KINDS OF STUDIES.

20   Q.      AND WHEN IT IS A CLINICAL INVESTIGATION, DO YOU

21   EVER SERVE AS WHAT'S CALLED AN INVESTIGATOR IN THOSE

22   STUDIES?

23   A.      YES.

24   Q.      WHAT IS AN INVESTIGATOR?  WHAT METHODS DOES AN

25   INVESTIGATOR USE?

1    A.        AN INVESTIGATOR IS RESPONSIBLE FOR OVERSEEING

2    THE CONDUCT OF A RESEARCH PROJECT.  THE METHODS THAT WE

3    USE CAN BE QUITE DIVERSE.  THE RESEARCH I DO SOMETIMES

4    INVOLVES SURVEY RESEARCH, IN WHICH WE ASK PEOPLE

5    QUESTIONS IN A SYSTEMATIC WAY.  SOMETIMES IT INVOLVES

6    ANALYSIS OF HEALTH CLAIMS DATA TO LOOK AT COST OF CARE.

7    SOMETIMES WE TEST INTERVENTIONS TO SEE IF THEY WORK WITH

8    PATIENTS OR OTHERS.

9    Q.        IS IT FAIR TO SAY THAT WHEN DO YOU THAT KIND OF

10   WORK, THE WORK YOU DO IS BASED ON SCIENCE AND EVIDENCE?

11   A.        YES.

12   Q.        HAVE ANY OF THE INVESTIGATIONS THROUGHOUT YOUR

13   CAREER BEEN RELATED TO CONTRACEPTIVE USE?

14   A.        YES.

15   Q.        YOU DON'T HAVE TO COUNT.  I KNOW YOUR RÉSUMÉ IS

16   VERY EXTENSIVE, BUT CAN YOU ESTIMATE ROUGHLY HOW MANY

17   INVESTIGATIONS HAVE INVOLVED CONTRACEPTIVE USE?

18   A.        WELL, I ESTIMATE I HAVE DONE OVER 40 PROJECTS IN

19   MY CAREER, AND I WOULD SAY A THIRD TO A HALF OF THEM

20   HAVE TO DO WITH WOMEN'S REPRODUCTIVE HEALTH GENERALLY.

21   Q.        AND HAVE YOU AUTHORED ANY PUBLICATIONS

22   SPECIFICALLY RELATING TO ACCESS TO CONTRACEPTIVE CARE?

23   A.        YES.

24   Q.        CAN YOU GIVE SOME EXAMPLES OF SPECIFIC AREAS IN

25   WHICH YOU HAVE PUBLISHED ARTICLES RELATED TO

1    CONTRACEPTIVE CARE?

2    A.      YES.  SO I'VE CONDUCTED STUDIES OF ADOLESCENTS'

3    CONTRACEPTIVE DECISION-MAKING.  I HAVE CONDUCTED WORK ON

4    WOMEN'S RECEIPT OF CONTRACEPTIVE COUNSELING IN THE

5    CONTEXT OF MANAGED CARE PLANS.  I HAVE CONDUCTED STUDIES

6    IN INTEGRATION OF REPRODUCTIVE HEALTH SERVICES INTO

7    WOMEN'S PRIMARY CARE SETTINGS, AND I HAVE CONDUCTED

8    STUDIES OF WOMEN'S PRECONCEPTION HEALTHCARE, WHICH

9    INCLUDES CONTRACEPTIVE USE BUT NOT EXCLUSIVELY.

10                   AND THEN MORE RECENTLY I HAVE BEEN

11   INVOLVED IN SOME STUDIES LOOKING AT WOMEN'S

12   CONTRACEPTIVE BEHAVIOR FOLLOWING THE AFFORDABLE CARE

13   ACT.

14   Q.      SO IS IT FAIR TO SAY THAT YOU ARE FAMILIAR WITH

15   THE AFFORDABLE CARE ACT?

16   A.      YES.

17   Q.      AND HAVE YOU TAUGHT, RESEARCHED, WRITTEN AND

18   GIVEN PRESENTATIONS ON IT?

19   A.      I HAVE.

20   Q.      AND ARE YOU ALSO FAMILIAR WITH THE CONTRACEPTIVE

21   MANDATE CONTAINED IN THE AFFORDABLE CARE ACT?

22   A.      YES.

23   Q.      AND HAVE YOU TAUGHT, RESEARCHED, WRITTEN AND

24   GIVEN PRESENTATIONS ABOUT THAT AS WELL?

25   A.      YES.

1    Q.       HAS ANY OF THE SCHOLARLY WORK YOU HAVE DONE ON

2    THIS TOPIC RELATED TO PEOPLE IN PENNSYLVANIA?

3    A.       YES.

4    Q.       AND HAS ANY OF THE SCHOLARLY WORK YOU'VE

5    PERFORMED ON THIS TOPIC ALSO RELATED TO PEOPLE OUTSIDE

6    OF PENNSYLVANIA AS WELL?

7    A.       YES, BOTH NATIONAL STUDIES AND SOME STUDIES IN

8    PENNSYLVANIA.

9    Q.       AM I CORRECT THAT YOU WERE CHOSEN AS ONE OF ONLY

10   16 MEMBERS OF THE INSTITUTE OF MEDICINE'S COMMITTEE ON

11   PREVENTATIVE SERVICES FOR WOMEN THAT WAS CONVENED BY THE

12   HEALTH RESOURCES SERVICES ADMINISTRATION IN CONNECTION

13   WITH THE AFFORDABLE CARE ACT?

14   A.       YES.

15              MR. GOLDMAN:  YOUR HONOR, IF I MAY AT

16   THIS TIME, I WOULD LIKE TO PROFFER THIS WITNESS, DR.

17   CAROL WEISMAN, BASED ON HER KNOWLEDGE, EDUCATION,

18   EXPERIENCE AND TRAINING, AS AN EXPERT IN THE AREA OF

19   PREVENTATIVE MEDICAL CARE FOR WOMEN, INCLUDING

20   CONTRACEPTIVE CARE.

21              THE COURT:  ANY OBJECTIONS?

22              MS. KADE:  YOUR HONOR, WE OBJECT UNDER

23   FEDERAL RULE 26(A) REQUIRES DISCLOSURE OF EXPERT

24   TESTIMONY UNDER FEDERAL RULE 702, 703, AND 705.  THE

25   PLAINTIFF HAS NOT PROVIDED US WITH THE REQUIRED

1     DISCLOSURE OF THIS PERSON AS AN EXPERT OR THE SUBJECT

2     MATTER ON WHICH THE WITNESS IS EXPECTED TO PRESENT

3     EXPERT TESTIMONY.

4                    MR. GOLDMAN:  OBVIOUSLY, YOUR HONOR, THIS

5     IS THE CONTEXT OF AN INJUNCTION PROCEEDING.  THERE HAVE

6     NOT BEEN ANY DEPOSITIONS, THERE'S NO TIME FOR THAT.  AND

7     IN FACT, MUCH OF DR. WEISMAN'S CONTENT OF HER TESTIMONY

8     HAS BEEN DISCLOSED IN THE FORM OF HER DECLARATION WHICH

9     IS ATTACHED TO OUR MOTION OVER A MONTH AGO.

10                    MS. KADE:  YOUR HONOR, THEY WERE NOT

11     DISCLOSED AS AN EXPERT TESTIMONY.

12                    THE COURT:  OKAY.  I OVERRULE YOUR

13     OBJECTION.  SHE IS ADMITTED AS AN EXPERT IN PREVENTATIVE

14     MEDICAL CARE INCLUDING CONTRACEPTION.  IS THAT WHAT YOU

15     WANTED?

16                    MR. GOLDMAN:  YES, YOUR HONOR.  AND JUST

17     FOR THE RECORD, COUNSEL HAD OBJECTED TO DR. WEISMAN AS

18     AN EXPERT, SO IT SEEMS THAT THEY MUST HAVE KNOWN FROM

19     THE DECLARATION THAT SHE WAS BEING OFFERED AS AN EXPERT.

20                    THE COURT:  YOU JUST WON, YOU DIDN'T HAVE

21     TO MAKE AN ARGUMENT.

22                    MR. GOLDMAN:  I'M SORRY?

23                    THE COURT:  YOU JUST WON, YOU DIDN'T HAVE

24     TO MAKE ANOTHER ARGUMENT.

25                    MR. GOLDMAN:  THANK YOU, YOUR HONOR.  I

1    UNDERSTAND.

2                    THE COURT:  IT'S OVER.

3    BY MR. GOLDMAN:

4    Q.      WHAT IS THE INSTITUTE OF MEDICINE?

5                    THE COURT:  MS. KADE, WHAT'S UP?

6                    MS. KADE:  YOUR HONOR, TO THE EXTENT THAT

7    THIS EXPERT TESTIMONY IS GOING TO BE OFFERED IN ORDER TO

8    DETERMINE THE CORRECTNESS OR WISDOM OF THE AGENCY'S

9    DECISION, IT SHOULD NOT BE PERMITTED, AND THAT IS A

10   QUOTE FROM ASARCO V EPA AT 1160.  IT'S A 9TH CIRCUIT

11   1980 DECISION THAT THE COURT REFERRED TO IN HER MOTION

12   IN LIMINE THAT WAS ISSUED YESTERDAY.

13                   THE COURT:  OKAY, YOUR OBJECTION IS

14   TAKEN.

15                   GO AHEAD.

16   BY MR. GOLDMAN:

17   Q.      WHAT IS THE INSTITUTE OF MEDICINE AND WHAT DO

18   THEY DO?

19   A.      THE INSTITUTE OF MEDICINE IS NOW CALLED THE

20   NATIONAL ACADEMY OF MEDICINE AND IT IS A NONGOVERNMENTAL

21   PRIVATE GROUP OF MEDICAL AND SCIENTIFIC EXPERTS WHO

22   CONDUCT STUDIES AND PROVIDE RECOMMENDATIONS TO

23   GOVERNMENT AND POLICYMAKERS AND OTHERS, WHEN ASKED.

24   Q.      AND THIS SPECIFIC COMMITTEE THAT YOU WERE ONE OF

25   16 MEMBERS OF, WHAT WAS THE PURPOSE OF THAT COMMITTEE?

1    A.        THAT COMMITTEE WAS CHARGED WITH MAKING

2    RECOMMENDATIONS TO THE DEPARTMENT OF HEALTH AND HUMAN

3    SERVICES FOR SPECIFIC PREVENTIVE SERVICES FOR WOMEN THAT

4    WERE NOT MENTIONED IN THE AFFORDABLE CARE ACT BUT MIGHT

5    HAVE SUBSTANTIAL EVIDENCE TO SUPPORT THEIR PROVISION AS

6    PART OF WOMEN'S PREVENTIVE CARE.

7    Q.        AND WAS THE PURPOSE OF THAT COMMITTEE, WAS IT

8    LIMITED TO RECOMMENDATIONS INVOLVING CONTRACEPTIVE CARE

9    OR WAS IT BROADER THAN THAT?

10   A.        OH, NO.  OUR CHARGE WAS TO SCAN THE EXISTING

11   RECOMMENDATIONS FOR WOMEN'S PRIMARY CARE AND WHAT WE

12   KNEW OF THE SCIENTIFIC LITERATURE AROUND SPECIFIC

13   PREVENTIVE SERVICES AND MAKE RECOMMENDATIONS FOR WHAT

14   OUGHT TO BE INCLUDED IN ROUTINE PREVENTIVE CARE FOR

15   WOMEN IN GENERAL.

16   Q.        AND DID THE COMMITTEE ULTIMATELY ISSUE

17   RECOMMENDATIONS?

18   A.        YES, WE ISSUED EIGHT RECOMMENDATIONS.

19   Q.        AND HOW MANY OF THEM, IF ANY, INVOLVED

20   CONTRACEPTIVE CARE?

21   A.        ONE OF THE EIGHT.

22   Q.        DID THE COMMITTEE ULTIMATELY ISSUE A REPORT WITH

23   ITS RECOMMENDATIONS?

24   A.        YES.

25   Q.        I WOULD LIKE TO TURN YOUR ATTENTION TO

1    EXHIBIT 5, IT SHOULD BE TAB 5 IN YOUR BINDER, AND ASK IF

2    YOU HAVE EVER SEEN THIS DOCUMENT BEFORE?

3    A.      YES, THIS IS THE REPORT OF THE COMMITTEE.

4    Q.      AND THAT IS ALREADY IN EVIDENCE.  THROUGHOUT

5    YOUR TESTIMONY, I MAY BE REFERRING TO IT BRIEFLY.

6               IF YOU COULD FIRST, WOULD YOU TURN TO

7    PAGE 223 OF THE REPORT.  IT IS APPENDIX C.  AND IT

8    GOES -- THAT SECTION GOES THROUGH PAGE 230.

9    A.      YES, I'M THERE.

10   Q.      ARE THOSE THE BIOGRAPHIES OF THE PEOPLE ON THE

11   COMMITTEE?

12   A.      YES, THEY ARE.

13   Q.      IF YOU'D TURN TO THE LAST PAGE, ON PAGE 230, THE

14   LAST BIOGRAPHY, IS THAT YOUR BIOGRAPHY?

15   A.      YES.

16   Q.      DO YOU KNOW WHY YOU WERE LAST?

17   A.      IT IS ALPHABETICAL.  I THINK EXCEPT FOR THE

18   CHAIR, SHE IS FIRST.

19   Q.      UNDERSTOOD.

20               IN FORMING ITS RECOMMENDATIONS, WHAT WAS

21   THE COMMITTEE ASKED TO CONSIDER?

22   A.      WE WERE ASKED FIRST TO SCAN THE SOURCES OF

23   PREVENTIVE CARE GUIDELINES THAT ARE NAMED IN THE

24   AFFORDABLE CARE ACT.  THOSE INCLUDE THE U.S. PREVENTIVE

25   SERVICES TASK FORCE RECOMMENDATIONS, THE ADVISORY

1      COMMITTEE ON IMMUNIZATION PRACTICE RECOMMENDATIONS AND

2      THE BRIGHT FUTURES RECOMMENDATIONS.

3                  AND WE WERE ASKED TO LOOK FOR GAPS:   IS

4      THERE ANY ASPECT OF WOMEN'S PREVENTIVE CARE THAT IS NOT

5      COVERED ALREADY BY THOSE EXISTING GUIDELINES.  AND THEN

6      WE WERE ASKED TO REVIEW THE SCIENTIFIC LITERATURE AND

7      LISTEN TO SOME EXPERT TESTIMONY AND COME TO SOME

8      CONCLUSIONS ABOUT WHAT SERVICES IN ADDITION TO THOSE

9      ALREADY COVERED IN THOSE THREE SOURCES OUGHT TO BE PART

10     OF WOMEN'S ROUTINE PREVENTIVE CARE.

11     Q.      WAS THE COMMITTEE ASKED TO CONSIDER COSTS?

12     A.      NO.  WE WERE IN FACT SPECIFICALLY TOLD NOT TO

13     CONSIDER COSTS.

14     Q.      DID THE COMMITTEE, AS PART OF ITS STUDY AND

15     RECOMMENDATION, DID IT FOCUS AT ALL ON THE ISSUE OF

16     UNINTENDED PREGNANCY?

17     A.      YES, THAT WAS ONE OF THE TOPIC AREAS IDENTIFIED

18     AS A GAP BECAUSE IT WAS NOT ADDRESSED IN EXISTING

19     GUIDELINES.

20     Q.      DO YOU KNOW ROUGHLY HOW COMMON UNINTENDED

21     PREGNANCY IS IN WOMEN?

22     A.      UNINTENDED PREGNANCY IN THE UNITED STATES IS

23     QUITE PREVALENT.  AT THE TIME THE COMMITTEE WAS MEETING,

24     49 PERCENT OF ALL U.S. PREGNANCIES WERE UNINTENDED, AND

25     THAT MEANS THEY WERE EITHER MISTIMED OR NOT WANTED BY

1    THE WOMAN AT THE TIME THAT SHE BECAME PREGNANT.

2    Q.    YOU SAID THAT IT WAS 49 PERCENT AT THE TIME THE

3    COMMITTEE MET.  DO YOU KNOW IF IT HAS CHANGED TODAY?

4    A.    IT CHANGED.  IT WENT UP TO 51 PERCENT IN 2008,

5    AND THEN SINCE 2008, IT HAS DECLINED.  IT IS NOW AT

6    45 PERCENT.

7    Q.    AND IS THAT -- THE 45 PERCENT NUMBER, IS THAT AS

8    OF TODAY?  DO YOU KNOW WHEN THAT NUMBER --

9    A.    THAT IS AS OF 2011.  THERE IS ALWAYS A GAP

10   BETWEEN DATA COLLECTION AND WHEN WE KNOW THE EXACT

11   RATES.  SO THAT IS THE MOST RECENT DATA THAT WE HAVE.

12   Q.    AM I CORRECT THAT IN 2011 THAT 45 PERCENT NUMBER

13   HAD GONE DOWN BEFORE THE CONTRACEPTIVE CARE MANDATE WENT

14   INTO EFFECT?

15   A.    CORRECT.

16   Q.    DO YOU KNOW WHY THE 45 -- THE NUMBER DECREASED

17   BEFORE THE CONTRACEPTIVE CARE MANDATE?

18   A.    THERE WAS AN ARTICLE PUBLISHED IN THE NEW

19   ENGLAND JOURNAL OF MEDICINE IN 2016 BY FINER AND ZOLNA

20   THAT ANALYZED THAT DECLINE IN THE UNINTENDED PREGNANCY

21   RATE FROM THE HIGH OF 51 PERCENT TO 45 PERCENT, AND IT

22   ATTRIBUTED THE DECLINE TO IMPROVED ACCESS TO

23   CONTRACEPTION AND WOMEN USING MORE EFFECTIVE

24   CONTRACEPTION.

25   Q.    BUT HOW WAS THAT SO GIVEN THAT THAT WAS BEFORE

1    THE CONTRACEPTIVE CARE MANDATE WENT INTO EFFECT?

2    A.        BECAUSE IN THAT PERIOD OF TIME, INCREASING

3    NUMBERS OF EMPLOYER-BASED PLANS AND OTHER PLANS WERE

4    BEGINNING TO COVER CONTRACEPTION AS A RESULT, IT'S MY

5    UNDERSTANDING, OF STATE LEGISLATION AND CASES INVOLVING

6    DISCRIMINATION IN PRESCRIPTION DRUG COVERAGE.

7    Q.        SO THEN INCREASED ACCESS TO CONTRACEPTION

8    LOWERED THE RATE OF UNINTENDED PREGNANCY?

9    A.        THAT WAS THE INTERPRETATION OF THESE AUTHORS,

10   YES.

11   Q.        IS AN UNINTENDED PREGNANCY A BAD THING?  DOES IT

12   MATTER?

13   A.        UNINTENDED PREGNANCY HAS A NUMBER OF NEGATIVE

14   CONSEQUENCES.  TO BEGIN WITH, 42 PERCENT OF UNINTENDED

15   PREGNANCIES RESULT IN ABORTION.  OF THOSE PREGNANCIES

16   THAT CONTINUE, THERE IS A LOT OF EVIDENCE OF NEGATIVE

17   HEALTH CONSEQUENCES FOR THE WOMEN AND FOR THE BABIES.

18                    WOMEN, FOR EXAMPLE, CAN BECOME DEPRESSED

19   DURING AN UNINTENDED PREGNANCY.  THEY MIGHT NOT HAVE

20   GONE INTO THE PREGNANCY WITH OPTIMAL HEALTH STATUS.  FOR

21   EXAMPLE, A DIABETIC WOMAN WHO HAS AN UNINTENDED

22   PREGNANCY MIGHT NOT HAVE HAD HER GLUCOSE LEVELS UNDER

23   CONTROL AT THE TIME THAT SHE BECAME PREGNANT, LEADING TO

24   POTENTIAL CONSEQUENCES DURING THE PREGNANCY.

25                    UNINTENDED PREGNANCIES OFTEN RESULT IN

1    DELAYED ENTRY INTO PRENATAL CARE BECAUSE THE WOMAN WAS

2    NOT EXPECTING TO BECOME PREGNANT, MAY NOT HAVE REALIZED

3    SHE WAS PREGNANT IN TIME TO GET OPTIMAL PRENATAL CARE.

4                    THERE ARE ALSO A NUMBER OF STUDIES THAT

5    SHOW THAT BABIES BORN OF UNINTENDED PREGNANCIES ARE MORE

6    LIKELY TO BE BORN PRETERM OR WITH LOW BIRTH WEIGHT.

7                    AND IN ADDITION TO THE HEALTH

8    CONSEQUENCES, UNINTENDED PREGNANCIES ARE KNOWN TO BE

9    DISRUPTIVE OF WOMEN'S PLANS FOR EDUCATION, FOR WORK, AND

10   FOR SPACING THEIR CHILDREN, AND THEREFORE, CAN HAVE

11   NEGATIVE ECONOMIC CONSEQUENCES FOR THE WOMAN AND HER

12   FAMILY.

13   Q.    SO WHO IS AT RISK FOR HAVING AN UNINTENDED

14   PREGNANCY?

15   A.    SO REALLY, ANY WOMAN OF REPRODUCTIVE CAPACITY

16   WHO IS HAVING SEXUAL RELATIONS WITH MEN IS AT RISK OF AN

17   UNINTENDED PREGNANCY.

18   Q.    ARE THERE SOME WHO ARE MORE IMPACTED THAN

19   OTHERS?  ARE THERE CERTAIN RISK GROUPS?

20   A.    UNINTENDED PREGNANCIES TEND TO BE MORE COMMON IN

21   YOUNGER WOMEN AND LOW INCOME WOMEN AND WOMEN WITH LOWER

22   EDUCATIONAL LEVELS.

23   Q.    AM I AT RISK FOR UNINTENDED PREGNANCY?

24   A.    NO, YOU ARE NOT.

25   Q.    SORRY, I'M A LAWYER, BUT WHY IS THAT?

1    A.        BECAUSE YOU ARE NOT A WOMAN.

2    Q.        SO?

3    A.        YOU DO NOT HAVE THE CAPACITY TO BECOME PREGNANT.

4    Q.        AND CAN UNINTENDED PREGNANCY BE ADDRESSED

5    THROUGH MEDICAL CARE AND PREVENTIVE MEDICAL SERVICES?

6    A.        YES.  95 PERCENT OF UNINTENDED PREGNANCIES OCCUR

7    IN WOMEN WHO ARE EITHER NOT USING CONTRACEPTION OR ARE

8    USING CONTRACEPTION INCONSISTENTLY.  AND WE HAVE VERY

9    EFFECTIVE CONTRACEPTIVE METHODS AVAILABLE TODAY.

10   Q.        LET ME TAKE A BRIEF STEP ASIDE FOR A MOMENT AND

11   ASK YOU YOUR SPECIFIC ROLE ON THE COMMITTEE.  DID YOU

12   HAVE A SPECIFIC FOCUS WITHIN THE COMMITTEE?

13   A.        NO.  AS A MEMBER OF THE COMMITTEE, I

14   PARTICIPATED IN ALL OF THE COMMITTEE DISCUSSIONS AND

15   DELIBERATIONS.  AND WHAT WE DID WAS IDENTIFY SOME KEY

16   TOPICS FOR FURTHER INVESTIGATION AND BROKE UP INTO

17   SUBGROUPS TO INVESTIGATE THOSE TOPICS.

18   Q.        WERE YOU PART OF ONE OF THOSE SUBGROUPS OR ONE

19   OR MORE?

20   A.        I WAS PART OF TWO SUBGROUPS, ONE OF WHICH WAS

21   THE SUBGROUP ON CONTRACEPTION AND UNINTENDED PREGNANCY.

22   Q.        WHAT WAS THE OTHER?

23   A.        IT WAS A SUBGROUP ON PRECONCEPTION CARE.

24   Q.        ROUGHLY HOW MANY MEMBERS OF THE COMMITTEE WERE

25   ON THE SUBGROUP INVOLVING CONTRACEPTION?

1    A.        I DON'T REALLY REMEMBER.  I WOULD SAY THREE TO

2    FIVE.

3    Q.        AND WAS THERE A ROBUST DISCUSSION ON THE ISSUE

4    OF PREVENTATIVE CARE RECOMMENDATIONS ABOUT

5    CONTRACEPTION?

6    A.        OH, YES.

7    Q.        WERE ANY NEGATIVE SIDE EFFECTS OF CONTRACEPTION

8    CONSIDERED?

9    A.        OH, YES.  WE CONSIDERED ALL OF THE LITERATURE

10   BOTH ON EFFECTIVENESS OF CONTRACEPTION, SIDE EFFECTS OF

11   CONTRACEPTION, OTHER BENEFITS OF TAKING CONTRACEPTION

12   THAN PREVENTING PREGNANCY, BECAUSE ALL OF THOSE FACTORS

13   ARE IMPORTANT IN DECISIONS ABOUT USING CONTRACEPTION.

14   Q.        AND IS CONTRACEPTION, IN FACT, EFFECTIVE AT

15   PREVENTING UNINTENDED PREGNANCY?

16   A.        YES, IT IS.

17   Q.        I WOULD LIKE TO DIRECT YOU BACK TO THE REPORT AT

18   EXHIBIT 5 TO PAGE 105.  THAT'S TABLE 5.3.  AND I'M GOING

19   TO PUT THAT UP ON THE ELMO IF YOU'LL GIVE ME ONE QUICK

20   MOMENT.  BUT MY FIRST QUESTION IS, ARE YOU FAMILIAR WITH

21   THIS TABLE?

22   A.        YES.  IT'S PAGE 106.

23   Q.        106.  I'M SORRY.

24   A.        YES, I AM.  THAT IS IT.

25   Q.        I WAS HOPING YOU COULD BRIEFLY WALK US THROUGH

1    THAT CHART AND EXPLAIN IT TO US.

2    A.        SURE.   SO THESE ARE DATA FROM CONTRACEPTIVE

3    TECHNOLOGY, WHICH IS THE DEFINITIVE SOURCE ABOUT

4    CONTRACEPTIVE EFFECTIVENESS USED BY PHYSICIANS.

5              AND THESE ARE THE DATA OF AVAILABLE -- ON

6    CONTRACEPTIVE EFFECTIVENESS AT THE TIME THAT THE

7    COMMITTEE WAS MEETING.  AND WHAT THIS DOES IS SHOW ALL

8    OF THE METHODS OF CONTRACEPTION AVAILABLE AT THE TIME

9    INCLUDING NONE, AT THE TOP.  AND THEN IT DESCRIBES THE

10   EFFECTIVENESS OF EACH CONTRACEPTIVE METHOD BASED ON

11   DATA.  AND THE WAY EFFECTIVENESS OF CONTRACEPTION IS

12   LOOKED AT IS BY LOOKING AT FAILURES, WHICH MEANS THE

13   NUMBER OF PREGNANCIES THAT OCCUR IN A YEAR WITH USE OF

14   THAT CONTRACEPTIVE METHOD.

15             SO THERE ARE TWO COLUMNS IN THE TABLE,

16   THERE IS ONE CALLED TYPICAL USE AND ONE CALLED PERFECT

17   USE.  PERFECT USE IS IN A PERFECT WORLD WHERE PEOPLE

18   DON'T MAKE MISTAKES.  SO WHAT WE REALLY LOOK AT IS THE

19   TYPICAL USE COLUMN, WHICH IS BASED ON DATA OF ACTUAL

20   BEHAVIOR AND OUTCOMES OF PEOPLE USING CONTRACEPTION.

21   AND WHAT THIS COLUMN SHOWS YOU IS THE NUMBER OF EXPECTED

22   PREGNANCIES IN A YEAR PER 100 WOMEN USING THAT METHOD

23   UNDER THE CONDITIONS OF TYPICAL USE.

24   Q.        SORRY.  GO ON.

25   A.        SO IF NO CONTRACEPTION IS USED, WHICH IS THE TOP

1    ROW, WE WOULD EXPECT TO SEE 85 WOMEN BECOME PREGNANT IN

2    A YEAR.

3    Q.      SO THEN IF WITHDRAWAL WAS USED, AM I CORRECT

4    THAT YOU WOULD EXPECT TO SEE 27 WOMEN GET PREGNANT

5    WITHIN ONE YEAR IF THE WITHDRAWAL METHOD WAS USED?

6    A.      CORRECT.  AND THEN GOING DOWN THE COLUMN, WE GET

7    TO THE MOST EFFECTIVE METHODS OF CONTRACEPTION TOWARD

8    THE BOTTOM.  AT THE VERY BOTTOM ARE MALE AND FEMALE

9    STERILIZATION, BUT JUST ABOVE THAT ARE IMPLANTS AND

10   INTRAUTERINE DEVICES, WHICH RESULT IN ONE LESS THAN ONE

11   PREGNANCY PER YEAR.

12   Q.      IF I UNDERSTAND THIS CHART CORRECTLY, UNDER

13   INTRAUTERINE DEVICES -- AND THAT IS AN IUD, RIGHT,

14   THAT'S THE SAME THING?

15   A.      CORRECT.

16   Q.      THERE IS ONE CALLED A MIRENA IUD.  THAT LOOKS

17   LIKE OUT OF 100 WOMEN WHO ARE USING THAT IN A YEAR,

18   THERE WOULD BE A .2 CHANCE OF GETTING PREGNANT, CORRECT?

19   A.      CORRECT.

20   Q.      AND THAT IS ACTUALLY LESS THAN FEMALE

21   STERILIZATION, CORRECT --

22   A.      YES.

23   Q.      -- ON THE CHART?

24   A.      THAT IS CORRECT.

25   Q.      AND IMPLANTED, WHAT IS THAT?

1    A.        THAT IS THE IMPLANT.  THAT IS A HORMONAL

2    CONTRACEPTIVE THAT IS IMPLANTED UNDER THE SKIN.

3    Q.        THERE THAT IS OUT OF A HUNDRED WOMEN, YOU WOULD

4    HAVE .05?

5    A.        RIGHT.  THE BOTTOM LINE IS WITH THESE MOST

6    EFFECTIVE METHODS AT THE BOTTOM, YOU WOULD EXPECT TO SEE

7    LESS THAN ONE PREGNANCY IN A YEAR OF USE.

8    Q.        AND --

9    A.        OUT OF 100 WOMEN.

10   Q.        SO THE ONES AT THE BOTTOM, ARE THEY PRESCRIPTION

11   CONTRACEPTIVES?

12   A.        ALL OF THE METHODS OF CONTRACEPTION ARE

13   PRESCRIPTION METHODS WITH THE EXCEPTION OF SPERMICIDES,

14   WITHDRAWAL, FERTILITY AWARENESS METHODS, AND THE SPONGE

15   AND THE CONDOM.  ALL THE OTHERS ARE PRESCRIPTION

16   METHODS.

17   Q.        AND NONE I ASSUME ALSO?

18   A.        AND NONE, YES.  THANK YOU.

19   Q.        AM I CORRECT, FOR STERILIZATION YOU WOULD NEED A

20   PRESCRIPTION?  IS THAT CONSIDERED A PRESCRIPTION?

21   A.        WELL, YES.  IT IS A SURGICAL PROCEDURE, SO IT

22   HAS TO BE PROVIDED BY A HEALTHCARE PROFESSIONAL WHO

23   AGREES TO PROVIDE THE SERVICE.

24   Q.        GIVEN THE STUDIES -- SORRY.  GIVEN THE COMMITTEE

25   STUDY OF CONTRACEPTION, INCLUDING NEGATIVE HEALTH

1    EFFECTS AND EFFICACY AS YOU EXPLAINED FROM THAT TABLE,

2    DID THE COMMITTEE MAKE ANY RECOMMENDATION REGARDING

3    CONTRACEPTION?

4    A.      THE COMMITTEE RECOMMENDED THAT ALL FDA, THAT IS

5    FOOD AND DRUG ADMINISTRATION, APPROVED CONTRACEPTIVES

6    SHOULD BE PROVIDED AS PART OF WOMEN'S PREVENTIVE CARE,

7    ALONG WITH COUNSELING REGARDING CONTRACEPTION.

8    Q.      WHAT WAS THE COSTS TO WOMEN SUPPOSED TO BE FOR

9    THIS EXPANDED CARE?

10   A.      WELL, THE COMMITTEE DID NOT DISCUSS THE COST TO

11   WOMEN, BUT WE WERE MAKING RECOMMENDATIONS TO THE

12   DEPARTMENT OF HEALTH AND HUMAN SERVICES THAT WOULD THEN

13   DECIDE WHETHER TO ADOPT THESE RECOMMENDATIONS, WHICH WE

14   KNEW WOULD THEN MEAN IF THEY WERE ADOPTED THAT THEY

15   WOULD BECOME PART OF WOMEN'S PREVENTIVE CARE WITHOUT

16   COST SHARING UNDER THE AFFORDABLE CARE ACT.

17   Q.      I WANT TO MAKE SURE I UNDERSTAND THAT CORRECTLY.

18   DID I UNDERSTAND YOU TO SAY THAT BY MAKING THE

19   RECOMMENDATIONS THAT THE FULL RANGE OF THIS

20   CONTRACEPTIVE CARE BE MADE AVAILABLE, INHERENT IN THE

21   RECOMMENDATIONS THAT WOULD BE RECOMMENDED WITHOUT

22   ADDITIONAL COSTS TO WOMEN?

23   A.      WHAT THE COMMITTEE WAS ASKED TO DO WAS RECOMMEND

24   EFFECTIVE PREVENTIVE SERVICES FOR WOMEN THAT OUGHT TO BE

25   PART OF ROUTINE PREVENTIVE CARE.  SO WE DETERMINED THAT

1    CONTRACEPTION IS HIGHLY EFFECTIVE AT PREVENTING

2    UNINTENDED PREGNANCY, WHICH IS A MAJOR WOMEN'S HEALTH

3    PROBLEM, AND THEREFORE OUGHT TO BE PART OF PREVENTIVE

4    CARE.

5    Q.    ARE YOU AWARE WHETHER OR NOT THE COST OF

6    CONTRACEPTION AFFECTS WOMEN'S USE OF CONTRACEPTION?

7    A.    YES.

8    Q.    AND HOW DOES THAT WORK?

9    A.    PRIOR TO THE AFFORDABLE CARE ACT, SOME WOMEN HAD

10   CONTRACEPTIVE COVERAGE, SOME DID NOT.  THOSE WHO DID

11   HAVE CONTRACEPTIVE COVERAGE ALWAYS HAD COST SHARING, SO

12   THAT MEANS IF THEY WERE IN AN EMPLOYER-BASED OR OTHER

13   PRIVATE HEALTH PLAN, THEY EITHER PAID A CO-PAY FOR

14   CONTRACEPTIONS, CONTRACEPTIVE SERVICES SUCH AS

15   STERILIZATION WOULD BE APPLIED TO THEIR DEDUCTIBLE.  SO

16   TYPICALLY WOMEN WOULD HAVE TO PAY SOMETHING OUT OF

17   POCKET FOR THEIR CONTRACEPTIVE SERVICES.

18   Q.    CO-PAYS ARE GENERALLY PRETTY SMALL, RIGHT?

19   A.    THAT DEPENDS ON THE HEALTH PLAN, AND IT ALSO

20   WOULD DEPEND ON THE NATURE OF THE CONTRACEPTION BEING

21   USED.  IF IT IS A MONTHLY METHOD LIKE ORAL

22   CONTRACEPTIVES, THAT MEANS THERE WOULD BE A CO-PAY EVERY

23   TIME A PRESCRIPTION WAS REFILLED.  THERE IS AN ABUNDANT

24   BODY OF LITERATURE SHOWING THAT EVEN VERY SMALL CO-PAYS

25   AS SMALL AS $6 CAN DISCOURAGE PEOPLE FROM USING HEALTH

1    SERVICES.

2    Q.      DO I UNDERSTAND THAT RIGHT, THAT EVEN A $6

3    CO-PAY COULD MAKE WOMEN OR CAUSE SOME WOMEN TO NOT USE

4    CONTRACEPTION THAT WAS PRESCRIBED BY THEIR DOCTOR THAT

5    THEY WOULD USE OTHERWISE?

6    A.      YES.

7              MS. KADE:  OBJECTION, LEADING.

8              THE COURT:  SUSTAINED.

9              GO AHEAD.  REASK THE QUESTION.

10   BY MR. GOLDMAN:

11   Q.      IS -- SO WHAT COULD BE THE EFFECT OF EVEN A

12   SMALL $6 CO-PAY?

13   A.      A SMALL $6 CO-PAY TO A LOW INCOME WOMAN COULD

14   MEAN THAT SHE DIDN'T HAVE -- WOULD NOT HAVE THE MONEY TO

15   RENEW A PRESCRIPTION FOR BIRTH CONTROL PILLS, FOR

16   EXAMPLE.

17   Q.      SO BASED ON THE CHART THEN ON PAGE 106 OF

18   TABLE 5.3, IS THAT IF A WOMAN HAD A $6 CO-PAY, DID NOT

19   RENEW THE PRESCRIPTION AND DID NOT USE CONTRACEPTION, AM

20   I RIGHT THAT HER RATE OF UNINTENDED PREGNANCY WITHIN ONE

21   YEAR WOULD GO TO AN 85 PERCENT CHANCE?

22   A.      WELL, IF SHE USED ORAL CONTRACEPTIVES

23   INCONSISTENTLY BECAUSE SHE DID NOT RENEW A PRESCRIPTION

24   OR IF SHE DISCONTINUED USE OF ORAL CONTRACEPTIVES

25   BECAUSE SHE COULD NOT AFFORD TO RENEW HER PRESCRIPTIONS,

1    HER RISK OF UNINTENDED PREGNANCY WOULD INCREASE, YES.

2    Q.      TO 85 PERCENT IF NO CONTRACEPTION WAS USED?

3    A.      THAT I DON'T KNOW.

4    Q.      I WOULD LIKE TO REFER YOU TO PAGE 107 ON THE

5    CHART, SPECIFICALLY THE LAST FULL PARAGRAPH.

6    A.      YES.

7    Q.      I'M GOING TO PLACE THAT UP ON THE ELMO.  I WOULD

8    LIKE YOU TO TAKE A MOMENT TO READ THAT PARAGRAPH.  AND

9    IF I MAY, I WILL SORT OF READ IT ALONG WITH YOU:

10   ALTHOUGH IT IS BEYOND THE SCOPE OF THE COMMITTEE'S

11   CONSIDERATION, IT SHOULD BE NOTED THAT CONTRACEPTION IS

12   HIGHLY COST EFFECTIVE.  THE DIRECT MEDICAL COSTS OF

13   UNINTENDED PREGNANCY IN THE UNITED STATES WAS ESTIMATED

14   TO BE NEARLY 5 BILLION IN 2002 WITH COST SAVINGS DUE TO

15   CONTRACEPTIVE USE ESTIMATED TO BE AT 19.3 BILLION.  THEN

16   IT SAYS IN PARENTHESES TRUSSELL 2007.

17              WHAT DOES THAT REFER TO?

18   A.      WELL, THAT REFERS TO A STUDY OF THE POTENTIAL

19   SAVINGS IN PUBLIC AND PRIVATE DOLLARS TO AVERTING

20   UNINTENDED PREGNANCIES AT THE NATIONAL LEVEL.

21   Q.      SO THAT IS A CITATION TO BACK UP THE PREMISE?

22   A.      CORRECT.  TRUSSELL IS THE AUTHOR, YES.

23   Q.      AND THEN IT SAYS:  THE COST EFFECTIVENESS OF

24   FAMILY PLANNING IS ALSO DOCUMENTED IN AN EVALUATION OF

25   FAMILY PACT, CALIFORNIA'S 1115 MEDICAID FAMILY PLANNING

```
1     WAIVER PROGRAM.  THE UNINTENDED PREGNANCIES AVERTED IN

2     THIS PROGRAM IN 2002 WOULD HAVE COST THE STATE

3     $1.1 BILLION WITHIN TWO YEARS AND $2.2 BILLION WITHIN

4     FIVE YEARS FOR PUBLIC SECTOR HEALTH AND SOCIAL SERVICES

5     THAT OTHERWISE WOULD HAVE BEEN NEEDED.

6                    AND IS THAT ANOTHER CITATION TO PROVE

7     THAT PREMISE?

8     A.      YES.  THAT IS A STATE LEVEL STUDY.

9     Q.      SO YOU HAD TOLD THE COURT THAT YOU WERE

10    INSTRUCTED TO NOT CONSIDER COSTS, AND YET THIS PARAGRAPH

11    SEEMS TO TALK ABOUT COSTS, AND I WAS WONDERING WHY THAT

12    IS?

13    A.      THE COMMITTEE DECIDED, SINCE THERE WAS A BODY OF

14    LITERATURE ASSESSING THE COST EFFECTIVENESS OF

15    CONTRACEPTION, TO PUT THE INFORMATION INTO OUR REPORT

16    FOR THE DECISION-MAKERS WHO WERE GOING TO LOOK AT THE

17    REPORT AND DECIDE WHETHER TO APPROVE THE RECOMMENDATIONS

18    OR NOT.  WE WANTED THE INFORMATION TO BE AVAILABLE TO

19    THE DECISION-MAKERS.

20    Q.      IF I MAY DIRECT YOU TO PAGE 109.  I WOULD LIKE

21    TO, IF I MAY, DIRECT YOU TO THAT MIDDLE PARAGRAPH?

22    A.      DESPITE INCREASES?

23    Q.      YES, THAT IS THE ONE.

24                    THAT PARAGRAPH ALSO TALKS ABOUT COSTS,

25    DOESN'T IT?
```

1    A.       YES, IT DOES.

2    Q.       AND WITHOUT READING THE WHOLE THING BECAUSE I

3    KNOW THE COURT HAS IT, DOES THAT TALK ABOUT WHAT YOU

4    WERE JUST TELLING THE COURT BEFORE ABOUT THE EFFECT OF

5    CO-PAYMENTS IN AFFECTING WOMEN'S CONTRACEPTIVE CHOICES?

6    A.       YES.  AND IT SPECIFICALLY POINTS OUT TOWARD THE

7    BOTTOM OF THE PARAGRAPH THAT IT WAS KNOWN AT THE TIME

8    BECAUSE OF RECENT STUDIES THAT COST SHARING WAS A

9    BARRIER TO WOMEN CHOOSING THE MOST EFFECTIVE FORMS OF

10   CONTRACEPTION, THE IUD'S AND THE IMPLANTS.

11   Q.       AND AM I CORRECT THAT THERE ARE CITATIONS TO

12   EVIDENCE IN THIS PARAGRAPH AS WELL, TO HUDMAN AND

13   O'MALLEY, A 2003, I ASSUME IT'S A PAPER; TRIVEDI,

14   ET AL., 2008; AND THEN A RECENT STUDY CONDUCTED BY

15   KAISER PERMANENTE?

16   A.       CORRECT.

17   Q.       WAS ALL THAT OBJECTIVE EVIDENCE THAT THE

18   COMMITTEE BASED ITS FINDINGS ON?

19   A.       YES.  THIS EVIDENCE DOES NOT HAVE TO DO WITH THE

20   EFFECTIVENESS OF CONTRACEPTION.  THIS EVIDENCE HAS TO DO

21   WITH HOW WOMEN'S CONTRACEPTIVE CHOICES MIGHT BE AFFECTED

22   IF COST SHARING WERE ELIMINATED.

23   Q.       I WANT TO TURN YOUR ATTENTION TO SORT OF THE

24   FINALIZATION OF THE REPORT.  BEFORE THE COMMITTEE

25   FINALIZED ITS REPORT, DID ANYONE NOT ON THE COMMITTEE

1    REVIEW IT?

2    A.    YES.  WHEN THE COMMITTEE HAD FORMALIZED ITS

3    FINAL DRAFT OF THE REPORT, IT WAS REVIEWED BY A GROUP OF

4    OUTSIDE EXPERTS WHOSE NAMES ARE LISTED IN THIS DOCUMENT.

5    DO YOU KNOW THE PAGE?

6    Q.    I DO.  IF I MAY DIRECT YOU AND THE COURT TO THE

7    BEGINNING OF ROMAN -- SMALL ROMAN 7 THROUGH SMALL ROMAN

8    8.

9              THE COURT:  WHAT PAGES ARE WE ON?

10             THE WITNESS:  ROMAN NUMERAL 7 AND 8, AT

11   THE VERY BEGINNING.

12   BY MR. GOLDMAN:

13   Q.    SO ARE THERE APPROXIMATELY 11 OUTSIDE REVIEWERS

14   WHO REVIEWED THIS --

15   A.    YES.

16   Q.    -- REPORT.

17             I WOULD ALSO LIKE TO DIRECT YOU TO

18   PAGE 231 OF THE REPORT, IF I MAY.  IT'S APPENDIX D.

19   IT'S ENTITLED DISSENT AND RESPONSE.  DO YOU SEE THAT?

20   A.    YES.

21   Q.    AM I CORRECT THAT A MEMBER OF THE COMMITTEE

22   DISSENTED FROM THE REPORT?

23   A.    YES.

24   Q.    DO YOU KNOW WHY -- WAS THAT PERSON A MR. SASSO

25   OR DR. SASSO MAYBE?

1    A.        YES.  DR. LO SASSO.

2    Q.        DO YOU KNOW WHY HE DISSENTED?

3    A.        DR. LO SASSO IS AN ECONOMIST, AND AS HIS DISSENT

4    DESCRIBES, HIS MAIN OBJECTION TO THE REPORT WAS THAT HE

5    WOULD HAVE PREFERRED THAT THE COMMITTEE CONSIDER COSTS

6    AND COST EFFECTIVENESS IN MAKING ITS RECOMMENDATIONS.

7              HE ALSO WOULD HAVE PREFERRED THAT THE

8    COMMITTEE HAD MORE TIME, AND HE CRITICIZES THE

9    COMMITTEE'S DECISION-MAKING AS BEING NOT EVIDENCE-BASED.

10             MS. KADE:  OBJECTION, YOUR HONOR.  THE

11   QUESTION DOES NOT NECESSARILY ASK FOR HEARSAY BUT THE

12   ANSWER HAS PROVIDED HEARSAY.

13             THE COURT:  SUSTAINED.  I WILL NOT TAKE

14   THAT INTO ACCOUNT.

15   BY MR. GOLDMAN:

16   Q.        DID THAT DISSENT, WAS THAT FOCUSED ON ONE OF THE

17   EIGHT RECOMMENDATIONS INVOLVING CONTRACEPTION OR DID IT

18   APPLY TO THE ENTIRE COMMITTEE REPORT?

19   A.        THE DISSENT APPLIED TO THE ENTIRE REPORT.

20   Q.        AND WHAT, IF ANYTHING, DID YOU THINK OF

21   DR. LOSASSO'S DISSENT?

22   A.        WELL, I AND THE OTHER COMMITTEE MEMBERS

23   DISAGREED WITH THE DISSENT.

24   Q.        AND WHY IS THAT?

25   A.        WELL, ON THE FIRST POINT, WE HAD SPECIFICALLY

1    BEEN TOLD IN OUR CHARGE THAT OUR JOB WAS NOT TO CONSIDER

2    COST EFFECTIVENESS OF THESE SERVICES BUT TO LOOK ONLY AT

3    EFFECTIVENESS, IN OTHER WORDS, DO THEY IMPROVE HEALTH.

4                    AND OF COURSE, THE AMOUNT OF TIME THAT

5    THE COMMITTEE HAD TO WORK WAS OUT OF OUR CONTROL, AND WE

6    FELT THAT WE HAD BEEN VERY EVIDENCE BASED IN OUR

7    DELIBERATIONS.

8                    MS. KADE:  YOUR HONOR, WE OBJECT TO THE

9    EXTENT THAT DR. WEISMAN IS SPEAKING FOR ANYONE OTHER

10   THAN HERSELF.

11                   THE COURT:  SUSTAINED.

12   BY MR. GOLDMAN:

13   Q.    IF I MAY DIRECT YOU TO PAGE 235, A FEW PAGES IN

14   AT THE BOTTOM, IT SAYS "RESPONSE TO DISSENTING

15   STATEMENT."

16                   DO YOU SEE THAT?

17   A.    YES.

18   Q.    AND THERE ARE A BUNCH OF NAMES AT THE TOP.

19                   WHO ARE THOSE PEOPLE?

20   A.    THOSE ARE ALL THE MEMBERS OF THE COMMITTEE OTHER

21   THAN DR. LO SASSO, AND THAT IS OUR RESPONSE TO HIS

22   DISSENT.

23   Q.    YOUR NAME IS LAST AGAIN, HUH?

24   A.    YEP.

25   Q.    SO WHAT HAPPENED TO THIS REPORT AFTER THE

1    COMMITTEE WAS FINISHED WITH IT?

2    A.      THE COMMITTEE'S REPORT WENT TO THE DEPARTMENT OF

3    HEALTH AND HUMAN SERVICES, WHO ACCEPTED THE

4    RECOMMENDATIONS.

5    Q.      ALL EIGHT OF THEM?

6    A.      YES.

7    Q.      IF YOU KNOW, WHEN YOU SAY THAT HRSA ACCEPTED THE

8    RECOMMENDATIONS, DO YOU KNOW IF THAT HAD ANY EFFECT ON

9    THE AFFORDABLE CARE ACT?

10   A.      IT IS MY UNDERSTANDING THAT WHEN THE DEPARTMENT

11   OF HEALTH AND HUMAN SERVICES ACCEPTED THESE

12   RECOMMENDATIONS, THEY THEN BECAME PART OF THE AFFORDABLE

13   CARE ACT DESIGNATED PREVENTIVE SERVICES TO BE COVERED

14   WITHOUT COST SHARING.

15   Q.      AND THAT IS THE LAW THEN, CORRECT?

16   A.      THAT IS MY UNDERSTANDING.

17   Q.      I'D LIKE TO TURN YOUR ATTENTION NOW TO THE RULES

18   WHICH ARE AT ISSUE IN THIS PARTICULAR MATTER.  ARE YOU

19   GENERALLY FAMILIAR WITH THESE NEW RULES?

20           THE COURT:  BEFORE YOU GO THERE,

21   MR. GOLDMAN.  IF YOU ARE GOING TO GET INTO THIS EITHER

22   LATER ON WITH THIS WITNESS OR WITH ANOTHER WITNESS,

23   PLEASE STOP ME.  I WANT TO FOCUS IN ON PENNSYLVANIA.  IS

24   THAT SOMETHING THAT YOU INTEND TO RAISE WITH THIS

25   WITNESS LATER ON?

1              MR. GOLDMAN:  IT IS IN SOME WAY, BUT IF

2      YOUR HONOR HAS QUESTIONS --

3              THE COURT:  WELL, LET'S TALK ABOUT -- YOU

4      TALKED ABOUT DATA, AND YOU SAID, I THINK, THAT THE

5      LATEST DATA YOU COULD GET WAS 2011 BECAUSE THE DATA

6      TAKES SOME TIME TO ROLL IN, CORRECT?

7              THE WITNESS:  THE DATA ON UNINTENDED

8      PREGNANCIES?

9              THE COURT:  UNINTENDED PREGNANCIES, OKAY.

10     SO HAVE YOU, EITHER IN THIS CONTEXT OR OUTSIDE OF THIS

11     CONTEXT, LOOKED INTO DATA WITH RESPECT TO UNINTENDED

12     PREGNANCIES IN PENNSYLVANIA?

13             THE WITNESS:  YES.

14             THE COURT:  AND TELL ME THE PERCENTAGE.

15     WHAT IS THE PERCENTAGE OF UNINTENDED PREGNANCIES IN

16     PENNSYLVANIA?

17             THE WITNESS:  IT'S CLOSE TO THE NATIONAL

18     AVERAGE.  IT MIGHT BE A LITTLE BIT LOWER, AND I CANNOT

19     REMEMBER THE CURRENT NUMBER.

20             THE COURT:  FAIR TO SAY SOMEWHERE BETWEEN

21     45 AND 49 PERCENT?

22             THE WITNESS:  THE NATIONAL RATE CURRENTLY

23     IS 45 PERCENT.  WE ARE A LITTLE BIT LOWER IN

24     PENNSYLVANIA.

25             THE COURT:  SO SOMEWHERE BETWEEN 40 AND

1    45 PERCENT?

2                    THE WITNESS:  I THINK SO.

3                    THE COURT:  AND WHEN YOU SAY YOU THINK

4    SO, WHAT DEGREE OF CERTAINTY DO YOU BRING TO THAT "I

5    THINK SO"?

6                    THE WITNESS:  PRETTY CERTAIN.  THE

7    GUTTMACHER INSTITUTE PUBLISHES THE STATE-BY-STATE DATA.

8    SO IT WOULD BE EASY TO CHECK ON.

9                    THE COURT:  IS THERE ANY POSSIBILITY THAT

10   IT IS BELOW 40 PERCENT?

11                   THE WITNESS:  IT COULD BE IN THE HIGH

12   THIRTIES, I'M NOT TOTALLY SURE.

13                   THE COURT:  SO IF I WERE TO SAY IT'S

14   SOMEWHERE BETWEEN 35 PERCENT AND 45 PERCENT, THAT WOULD

15   BE ABOUT RIGHT?

16                   THE WITNESS:  YES.

17                   THE COURT:  OKAY.  HAVE YOU DONE ANY

18   RESEARCH INTO THE COSTS OF UNINTENDED PREGNANCIES IN

19   PENNSYLVANIA?

20                   THE WITNESS:  I HAVE INVESTIGATED

21   ESTIMATES OF COSTS, BUT NOT RECENTLY.

22                   THE COURT:  OKAY.  AND WHAT ABOUT HAVE

23   YOU INVESTIGATED THE IMPACT OF PROVIDING NO COST

24   CONTRACEPTION TO WOMEN IN PENNSYLVANIA?

25                   THE WITNESS:  YES.

1                    THE COURT:  TELL ME ABOUT THAT.

2                    THE WITNESS:  SO WE AT PENN STATE DID A

3       RECENT STUDY OF A COHORT OF PRIVATELY-INSURED WOMEN WHO

4       HAD EMPLOYER-BASED HEALTH INSURANCE IN PENNSYLVANIA, AND

5       IN A TWO-YEAR PERIOD FOLLOWING THE PASSAGE OF THE

6       AFFORDABLE CARE ACT, WHICH MEANT THAT THEY ALL HAD

7       CO-PAY -- NO CO-PAYS FOR CONTRACEPTION, THEIR USE OF

8       IUD'S AND IMPLANTS, WHICH ARE THE MOST EFFECTIVE

9       REVERSIBLE FORMS OF CONTRACEPTION, MORE THAN DOUBLED.

10                   THE COURT:  SO LOOKING AT YOUR CHART THAT

11      SHOWED THE EFFECTIVENESS OF VARIOUS FORMS OF

12      CONTRACEPTION, IUD'S ARE --

13                   MR. GOLDMAN:  PAGE 106, AND IT IS ON THE

14      ELMO, YOUR HONOR.

15                   THE COURT:  WHERE DOES IT SAY -- I DON'T

16      SEE THE WORDS IUD.

17                   THE WITNESS:  INTRAUTERINE DEVICES, SIX

18      LINES UP.

19                   THE COURT:  OKAY.  SO DEPENDING ON

20      WHETHER IT'S PARAGARD OR MIRENA --

21                   THE WITNESS:  CORRECT.

22                   THE COURT:  -- IT'S EITHER -- UNDER

23      "TYPICAL USE," IT'S EITHER .8 OR .20.

24                   THE WITNESS:  CORRECT.

25                   THE COURT:  AND --

1              THE WITNESS:  AND THE IMPLANT IS RIGHT

2    BELOW THAT.

3              THE COURT:  OKAY.  WAS THERE ANY

4    INDICATION, WAS THERE ANY CONTROL DATA SHOWING WHAT

5    THESE WOMEN HAD USED PRIOR TO USING IUD'S?

6              THE WITNESS:  YES, WE KNEW THAT FROM THE

7    STUDY, AND MOST OF THEM HAD BEEN USING BIRTH CONTROL

8    PILLS, BUT SOME HAD BEEN USING NOTHING OR A COMBINATION.

9              THE COURT:  WHEN YOU SAY "MOST," DO YOU

10   RECALL APPROXIMATELY HOW MANY PERCENTAGE WERE USING

11   BIRTH CONTROL PILLS?

12             THE WITNESS:  NO, I DON'T.

13             THE COURT:  BUT THERE IS A DISTINCTION --

14   I LOOK AT THE BIRTH CONTROL PILLS, IS THAT -- WHERE DO I

15   FIND THAT?

16             THE WITNESS:  SO THAT IS THE "COMBINED

17   PILL AND PROGESTIN-ONLY PILL" WHICH WOULD PRODUCE EIGHT

18   PREGNANCIES PER YEAR OUT OF 100 WOMEN.

19             THE COURT:  SO THERE IS A REDUCTION IN --

20   TO THE EXTENT YOU CAN HAVE A .2 PREGNANCY, EITHER YOU

21   ARE PREGNANT OR YOU ARE NOT PREGNANT, BUT IT IS, WHAT, A

22   7.2 REDUCTION --

23             THE WITNESS:  YEAH.  I MEAN, ESTIMATING,

24   IT'S ALMOST AN EIGHTFOLD INCREASE, SLIGHTLY LESS THAN

25   THAT RISK.

1          THE COURT:  IF ONE WERE TO USE BIRTH

2     CONTROL RATHER THAN IUD'S?

3          THE WITNESS:  CORRECT.

4          THE COURT:  SO LOOKING AT --

5          THE WITNESS:  IN REDUCING THE RISK.

6          THE COURT:  REDUCING THE RISK BY ABOUT

7     EIGHT PERCENT IF ONE WERE TO USE INTRAUTERINE DEVICES.

8          THE WITNESS:  CORRECT.

9          THE COURT:  SO WHY -- DID YOU REACH ANY

10    CONCLUSIONS AS TO WHY THESE WOMEN WOULD MOVE TO USING

11    IUD'S RATHER THAN OTHER FORMS OF BIRTH CONTROL?

12          THE WITNESS:  YES.  BECAUSE HISTORICALLY,

13    COST HAS BEEN A BARRIER TO ADOPTING THESE MOST EFFECTIVE

14    METHODS BECAUSE THE UPFRONT COST OF GETTING AN IUD OR AN

15    IMPLANT IS CONSIDERABLE.  AN IUD CAN COST UP TO A

16    THOUSAND DOLLARS, WHEN YOU CONSIDER THE COST OF THE

17    DEVICE ITSELF AND THE VISIT TO HAVE THE DEVICE

18    IMPLANTED.  AND AN IMPLANT I BELIEVE COSTS UP TO $500 UP

19    FRONT, AND MANY WOMEN SIMPLY DON'T HAVE THAT KIND OF

20    MONEY TO PAY OUT OF POCKET.

21          THE COURT:  YOU INDICATED THAT THIS STUDY

22    WAS PERFORMED RECENTLY.  HOW RECENTLY?

23          THE WITNESS:  BETWEEN 2012 AND 2014.

24          THE COURT:  AND WHAT WAS THE COHORT OF

25    WOMEN IN THE STUDY?

```
 1                        THE WITNESS:  IT WAS ABOUT -- OVER 900

 2    PRIVATELY-INSURED WOMEN IN PENNSYLVANIA.

 3                        THE COURT:  AND YOU AND WHO ELSE DID THE

 4    STUDY?

 5                        THE WITNESS:  COLLEAGUES AT PENN STATE

 6    COLLEGE OF MEDICINE, DR. CYNTHIA CHUANG AND OTHERS.

 7                        THE COURT:  WAS IT PUBLISHED?

 8                        THE WITNESS:  SOME RESULTS FROM THAT

 9    STUDY HAVE BEEN PUBLISHED.  THE RESULT I JUST CITED TO

10    YOU HAS NOT YET BEEN PUBLISHED BECAUSE THAT PAPER IS

11    STILL IN PREPARATION.

12                        THE COURT:  IF YOU WANT TO FOLLOW UP ON

13    THE QUESTIONS I HAVE ASKED IN THIS PARTICULAR AREA, FEEL

14    FREE IF YOU THINK I'VE MISSED SOMETHING.

15                        MR. GOLDMAN:  I THOUGHT YOU DID AN

16    EXCELLENT JOB.

17                        THE COURT:  WELL, I APPRECIATE IT.

18    BY MR. GOLDMAN:

19    Q.      IF I MAY, THE STUDY YOU JUST SPOKE ABOUT

20    CONCERNED ONLY WOMEN IN PENNSYLVANIA.

21                        HAVE YOU BEEN INVOLVED IN ANOTHER STUDY

22    OF LATE INVOLVING -- BASED ON CLAIMS DATA WITH A LARGER

23    COHORT OF WOMEN, NOT JUST IN PENNSYLVANIA BUT AROUND THE

24    COUNTRY?

25    A.      YES.  WE HAVE JUST RECENTLY CONCLUDED A NATIONAL
```

1    STUDY OF PRIVATELY-INSURED WOMEN USING A HEALTH CLAIMS

2    DATABASE CALLED MARKETSCAN.  AND WE WERE ABLE TO LOOK AT

3    TRENDS IN CONTRACEPTIVE USE FROM 2006 THROUGH 2014.  AND

4    AS PART OF THAT ANALYSIS, WE FIRST OF ALL LOOKED AT

5    COSTS TO WOMEN, WHICH DECLINED PRECIPITOUSLY TO ZERO,

6    BASICALLY, AFTER THE AFFORDABLE CARE ACT MANDATE WENT

7    INTO EFFECT.

8            WE ALSO LOOKED AT THE METHODS OF

9    CONTRACEPTION THAT THEY USED OVER THIS TIME PERIOD, AND

10   WE WERE ABLE TO SHOW THAT AFTER THE AFFORDABLE CARE ACT

11   MANDATE WENT INTO EFFECT, THERE WAS A SIGNIFICANT

12   INCREASE IN THE USE OF IUD'S AND IMPLANTS AMONG THESE

13   INSURED WOMEN.

14   Q.     AND THAT STUDY WAS BASED ON CLAIMS DATA?

15   A.     CORRECT.

16   Q.     IS CLAIMS DATA A RELIABLE WAY TO STUDY THIS SORT

17   OF THING?

18   A.     SOME PEOPLE THINK IT'S THE MOST RELIABLE WAY TO

19   STUDY THE USE OF PRESCRIPTION MEDICATIONS IN GENERAL

20   BECAUSE EVERY TIME A PRESCRIPTION IS PROVIDED THERE IS A

21   CLAIM GENERATED, AND SO IT IS A GOOD WAY TO FOLLOW

22   PATTERNS OF PRESCRIBING AND USE OF MEDICATIONS.

23   Q.     AND WHAT STATES WAS THE CLAIMS DATA FROM THE

24   STUDY FROM, IF YOU KNOW?

25   A.     IT'S A NATIONAL DATABASE, SO EMPLOYER-BASED

1    INSURERS FROM ALL OVER THE COUNTRY PUT THEIR CLAIMS INTO

2    THIS DATABASE.  AND I THINK IT IS MOST STATES BUT I

3    CAN'T SAY DEFINITIVELY.

4    Q.    DO YOU KNOW IF PENNSYLVANIA WAS ONE OF THE

5    STATES INCLUDED?

6    A.    YES, IT WAS.

7    Q.    IF I MAY TAKE YOU TO THE RULES NOW THAT ARE AT

8    ISSUE BEFORE THE COURT.  AND I WILL -- I DON'T THINK WE

9    HAVE TO LOOK AT THEM SPECIFICALLY HERE, BUT I WOULD LIKE

10   TO NOTE THAT THE RELIGIOUS EXEMPTION RULE IS MARKED AND

11   ADMITTED AS EXHIBIT 1.  THE MORAL EXEMPTION RULE IS

12   EXHIBIT 2.

13              I KNOW THEY ARE LONG, BUT HAVE YOU HAD

14   OCCASION TO READ THE RELIGIOUS EXEMPTION RULE?

15   A.    YES.

16   Q.    AND DO YOU BELIEVE YOU UNDERSTAND IT?

17   A.    I UNDERSTAND PARTS OF IT.

18   Q.    DO YOU UNDER -- DO YOU BELIEVE YOU UNDERSTAND IT

19   SO FAR AS IT WOULD AFFECT WOMEN'S CONTRACEPTIVE CARE?

20   A.    YES.

21   Q.    DO YOU -- HAVE YOU ALSO SIMILARLY READ THE MORAL

22   EXEMPTION RULE?

23   A.    YES.

24   Q.    AND DO YOU SIMILARLY BELIEVE THAT YOU UNDERSTAND

25   IT AS IT WOULD IMPACT WOMEN'S CONTRACEPTIVE CHOICES?

1    A.       YES.

2    Q.       IN YOUR CAPACITY AS AN EXPERT IN THE FIELD OF

3    PREVENTIVE MEDICAL CARE FOR WOMEN, INCLUDING

4    CONTRACEPTIVE CARE, DO YOU HAVE AN OPINION TO A

5    REASONABLE DEGREE OF CERTAINTY AS TO THE LIKELY EFFECT

6    OF THE RULES ON THE HEALTH OF WOMEN IN PENNSYLVANIA?

7    A.       YES.

8    Q.       AND WHAT IS THAT OPINION?

9    A.       THESE RULES OPEN UP THE OPPORTUNITY FOR MORE

10   EMPLOYERS TO OPT OUT OF CONTRACEPTIVE COVERAGE WITHOUT

11   CO-PAYS BY WOMEN.  AND WE KNOW FROM A LARGE BODY OF

12   RESEARCH INVOLVING USE OF HEALTHCARE IN GENERAL AND

13   CONTRACEPTION IN PARTICULAR THAT EVEN VERY SMALL CO-PAYS

14   CAN DISCOURAGE USE.

15               SO IF WOMEN WHO HAVE HAD CO-PAYS UNDER

16   THE AFFORDABLE CARE ACT WERE -- SUDDENLY HAD THAT

17   BENEFIT REMOVED, I FEEL BASED ON WHAT I KNOW OF THIS

18   LITERATURE THAT WE WOULD SEE MORE WOMEN FAILING TO RENEW

19   THEIR PILL PRESCRIPTIONS, NOT OPTING FOR A MORE

20   EFFECTIVE METHOD THAT WOULD HAVE HIGHER UPFRONT COSTS,

21   AND AS A RESULT OF THAT, WE WOULD EXPECT TO SEE AN

22   INCREASE IN THE UNINTENDED PREGNANCY RATE AND MORE

23   ABORTIONS.

24   Q.       DID THAT OPINION YOU SO CLEARLY EXPRESSED, DOES

25   THAT ALSO HOLD TRUE FOR WOMEN OUTSIDE OF PENNSYLVANIA

1      AND AROUND THE COUNTRY?

2      A.      YES.

3      Q.      DO YOU HOLD ALL OF YOUR OPINIONS THAT YOU HAVE

4      SHARED WITH THE COURT TODAY WITHIN A REASONABLE DEGREE

5      OF CERTAINTY FOR AN EXPERT IN PREVENTIVE MEDICAL CARE

6      FOR WOMEN, INCLUDING CONTRACEPTIVE CARE?

7      A.      YES.

8                      MR. GOLDMAN:  YOUR HONOR, IF I MAY HAVE

9      ONE MOMENT TO CONSULT WITH MY CO-COUNSEL.

10                     THE COURT:  YES.

11                     MR. GOLDMAN:  YOUR HONOR, NOTHING FURTHER

12     WITH THIS WITNESS.

13                     THE COURT:  MS. KADE.

14                     MS. KADE:  THANK YOU, YOUR HONOR.

15                     PERMISSION TO APPROACH, YOUR HONOR.

16                     THE COURT:  YOU MAY.

17                     MS. KADE:  THANK YOU, YOUR HONOR.

18                         CROSS EXAMINATION

19     BY MS. KADE:

20     Q.      DR. WEISMAN, GOOD MORNING.

21     A.      GOOD MORNING.

22     Q.      MY NAME IS ELIZABETH KADE.  HOW ARE YOU DOING

23     THIS MORNING?

24     A.      GOOD, THANKS.

25     Q.      FIRST, WHAT DOCUMENTS DID YOU REVIEW IN ORDER TO

1      PROVIDE YOUR DECLARATION -- TO PREPARE YOUR DECLARATION?

2      A.      MY CV, AND I REREAD THE IOM COMMITTEE REPORT,

3      AND RE-FAMILIARIZED MYSELF WITH SOME OF THE REFERENCES

4      IN THAT REPORT.

5      Q.      IS THAT EVERYTHING?

6      A.      I BELIEVE SO.

7      Q.      AND WHO DID YOU MEET WITH IN ORDER TO PREPARE

8      YOUR DECLARATION?

9      A.      I SPOKE ON THE PHONE WITH JONATHAN AND NICOLE.

10     THAT'S IT.

11                     THE COURT:  AND BY JONATHAN AND NICOLE,

12     YOU MEAN JONATHAN GOLDMAN AND NICOLE BOLAND?

13                     THE WITNESS:  YES.

14                     THE COURT:  THANK YOU.  MAKING SURE THE

15     RECORD IS CLEAN.

16     BY MS. KADE:

17     Q.      TURNING TO YOUR DECLARATION, LOOKING AT

18     PARAGRAPH 44, YOU HAVE TESTIFIED THAT IT IS YOUR OPINION

19     THAT THE NEW RULES WILL CAUSE IMMEDIATE AND IRREVERSIBLE

20     HARM BECAUSE THEY WILL CAUSE WOMEN TO LOSE PREVENTIVE

21     CONTRACEPTIVE CARE UNDER THEIR EMPLOYER GROUP --

22                     I APOLOGIZE.  YOU TESTIFIED THAT IT IS

23     YOUR OPINION THAT THE NEW RULES WILL CAUSE IMMEDIATE AND

24     IRREVERSIBLE HARM BECAUSE THEY WILL CAUSE WOMEN TO LOSE

25     PREVENTIVE CONTRACEPTION CARE UNDER THEIR EMPLOYER GROUP

1    HEALTH PLANS, CORRECT?

2    A.      YES.

3    Q.      DO YOU KNOW HOW MANY RELIGIOUS EMPLOYERS ARE

4    CURRENTLY PROTECTED BY INJUNCTION?

5    A.      I DO NOT.  I HAVE SEEN AN ESTIMATE THAT 10

6    PERCENT OF NONPROFITS HAVE CLAIMED THE EXEMPTION UNDER

7    THE EXISTING RULES.

8    Q.      SO THIS IS BEFORE THE NEW RULES THAT JUST WENT

9    INTO EFFECT.  CORRECT?

10    A.      YES, CORRECT.

11    Q.      DO YOU -- AND SO YOU KNOW THAT THE EMPLOYERS

12    THAT ARE PROTECTED BY INJUNCTIONS ARE NOT CURRENTLY

13    PROVIDING CONTRACEPTIVE COVERAGE, CORRECT?

14    A.      YES.

15    Q.      DO YOU KNOW ABOUT THE 2016 ZUBIK INJUNCTION?

16    A.      ONLY IN VERY GENERAL TERMS.  I AM NOT A LAWYER.

17    Q.      I APPRECIATE THAT, THANK YOU.

18              DO YOU HAVE ANY REASON TO DOUBT THAT

19    THERE WAS ANOTHER INJUNCTION IN 2016 THAT WE'RE

20    REFERRING TO COLLECTIVELY AS THE ZUBIK INJUNCTION?

21    A.      NO.

22    Q.      DO YOU KNOW THAT THE ENTITIES PROTECTED BY THE

23    ZUBIK INJUNCTION ARE ALSO NOT CURRENTLY PROVIDING

24    CONTRACEPTIVE COVERAGE?

25    A.      YES.

1    Q.        WHEN WAS THE "MY NEW OPTIONS" STUDY THAT YOU

2    WERE REFERRING TO EARLIER, WHEN WAS THAT CONDUCTED?

3    A.        THAT WAS CONDUCTED IN 2012 -- 2012 THROUGH 2014.

4    Q.        CAN YOU IDENTIFY A SINGLE WOMAN IN PENNSYLVANIA

5    WHO HAS LOST COVERAGE AS A RESULT OF THE NEW RULES?

6    A.        NO.

7    Q.        CAN YOU IDENTIFY A SINGLE WOMAN IN THE UNITED

8    STATES WHO HAS LOST COVERAGE AS A RESULT OF THE NEW

9    RULES?

10   A.        NO.

11   Q.        YOU HAVE NOT BEEN PRESENTED TO THIS COURT AS AN

12   EXPERT ON INSURANCE MARKETPLACES, RIGHT?

13   A.        CORRECT.

14   Q.        AND YOU HAVE NOT BEEN PRESENTED TO THIS COURT AS

15   AN EXPERT ON THE GOVERNMENT'S DECISION-MAKING PROCESS

16   UNDER THE ADMINISTRATIVE PROCEDURE ACT, CORRECT?

17   A.        CORRECT.

18   Q.        I WANT TO TURN TO ANOTHER PARAGRAPH IN YOUR

19   DECLARATION, PARAGRAPH 22.  YOU HAVE TESTIFIED THAT IT

20   IS YOUR OPINION THAT THE NEW RULES ARE NOT BASED UPON

21   SOUND SCIENTIFIC OR EMPIRICAL EVIDENCE; IS THAT RIGHT?

22   A.        CORRECT.

23   Q.        AND HAVE YOU READ THE RULES THAT ARE AT ISSUE IN

24   THIS CASE IN THEIR ENTIRETY?

25   A.        YES, ALTHOUGH I FOCUSED ON THE SECTIONS HAVING

1    TO DO WITH CONTRACEPTION EFFECTIVENESS AND THE IOM

2    REPORT.

3    Q.    HAVE YOU READ ALL OF THE EVIDENCE THAT THE RULES

4    RELY UPON AND CITE?

5    A.    I WOULD NOT SAY ALL OF IT, BUT SOME OF IT.

6    Q.    I'M GOING TO TURN TO A SPECIFIC PAGE, 47804 OF

7    THE FEDERAL REGISTER, SO THIS IS EXHIBIT 1, AND IT

8    SHOULD BE PAGE 46 OF THAT EXHIBIT.

9    A.    WHAT TAB IS THAT?

10    Q.    IT IS THE FIRST TAB.  I'M ALSO GOING TO PUT IT

11    ON THE ELMO FOR EVERYONE.

12         THIS IS TAB 1, PAGE 47804 OF THE FEDERAL

13    REGISTER.

14    A.    GOT IT.

15    Q.    YOU HAVE SERVED ON THE EDITORIAL BOARD OF

16    WOMEN'S HEALTH ISSUES SINCE 1990, CORRECT?

17    A.    CORRECT.

18    Q.    SO WOULD YOU SAY THAT IS A PUBLICATION THAT IS

19    GENERALLY ACCEPTED IN THE RELEVANT SCIENTIFIC COMMUNITY?

20    A.    YES.

21    Q.    AND THE RULES SAY -- I'M LOOKING AT THE FIRST --

22    START OF THE FIRST FULL PARAGRAPH THAT STARTS WITH

23    "SIMILARLY" ON THE LEFT-HAND SIDE:  SIMILARLY, AT A

24    STUDY INVOLVING OVER 8,000 WOMEN BETWEEN 2012 AND 2015

25    CONDUCTED TO DETERMINE WHETHER CONTRACEPTIVE COVERAGE

1    UNDER THE MANDATE CHANGED CONTRACEPTIVE USE PATTERNS,

2    THE GUTTMACHER INSTITUTE CONCLUDED THAT WE HAVE OBSERVED

3    NO CHANGES IN CONTRACEPTIVE USE PATTERNS AMONG SEXUALLY

4    ACTIVE WOMEN.  AND THAT CITES FOOTNOTE 31, WHICH IS AN

5    ARTICLE ENTITLED:  DID CONTRACEPTIVE USE HABITS CHANGE

6    AFTER THE AFFORDABLE CARE ACT?  A DESCRIPTIVE ANALYSIS,

7    WHICH WAS PUBLISHED IN THE MAY TO JUNE 2017 ISSUE OF

8    WOMEN'S HEALTH ISSUES; IS THAT CORRECT?

9    A.    YES.

10    Q.    YOU WERE ON THE COMMITTEE THAT PRODUCED THE 2011

11    IOM REPORT, CORRECT?

12    A.    YES.

13    Q.    SO LOOKING JUST BELOW WHERE THE REFERENCE TO

14    PARAGRAPH 31, THE SENTENCE THAT STARTS WITH "WITH," THE

15    RULES SAY:  WITH RESPECT TO TEENS, THE SANTELLI AND

16    MELNIKAS STUDY CITED BY IOM IN 2011 OBSERVES THAT

17    BETWEEN 1960 AND 1990 AS CONTRACEPTIVE USE INCREASED,

18    TEEN SEXUAL ACTIVITY OUTSIDE OF MARRIAGE LIKEWISE

19    INCREASED, ALTHOUGH THE STUDY DID NOT ASSERT A CAUSAL

20    RELATIONSHIP.  IS THAT CORRECT?

21    A.    YES.

22    Q.    THE NATIONAL INSTITUTES OF HEALTH IS A

23    ORGANIZATION THAT IS GENERALLY ACCEPTED IN THE

24    SCIENTIFIC COMMUNITY; IS THAT CORRECT?

25    A.    YES.

1    Q.       THE RULES ALSO CITE IN THIS MIDDLE PARAGRAPH,

2    JUST AGAIN, CONTRACEPTION'S ASSOCIATION, BUT I WILL

3    START READING FROM THE SECOND SENTENCE IN THAT

4    PARAGRAPH:  THE RULES SAY, IN 2013, THE NATIONAL

5    INSTITUTES OF HEALTH INDICATED IN FUNDING OPPORTUNITY

6    ANNOUNCEMENT FOR THE DEVELOPMENT OF NEW CLINICALLY

7    USEFUL FEMALE CONTRACEPTIVE PRODUCTS --

8                    THE COURT:  I'M SORRY.  I'M NOT FOLLOWING

9    YOU.  WHERE ARE YOU IN THIS PARAGRAPH?

10                    MS. KADE:  I'M SORRY, YOUR HONOR.  I'M IN

11   THE MIDDLE COLUMN, THE PARAGRAPH THAT STARTS WITH

12   CONTRACEPTION'S ASSOCIATION.

13                    THE COURT:  GOT IT.

14                    MS. KADE:  AND IN 2013, THE NATIONAL

15   INSTITUTES OF HEALTH.

16                    THE COURT:  OKAY.

17   BY MS. KADE:

18   Q.       SO THEY INDICATED THAT HORMONAL CONTRACEPTIVES

19   HAVE THE DISADVANTAGE OF HAVING MANY UNDESIRABLE SIDE

20   EFFECTS, ARE ASSOCIATED WITH ADVERSE EVENTS, AND OBESE

21   WOMEN ARE AT HIGHER RISK FOR SERIOUS COMPLICATIONS SUCH

22   AS DEEP VENOUS THROMBOSIS; IS THAT CORRECT?

23   A.       YES.

24   Q.       JAMA PSYCHIATRY IS A PUBLICATION THAT IS

25   GENERALLY ACCEPTED IN THE RELEVANT SCIENTIFIC COMMUNITY,

1    CORRECT?

2    A.      YES.

3    Q.      IT'S PUBLISHED BY THE AMERICAN MEDICAL

4    ASSOCIATION?

5    A.      CORRECT.

6    Q.      IT IS PEER REVIEWED?

7    A.      YES.

8    Q.      I'M GOING TO FOCUS EVERYONE'S ATTENTION TO

9    FOOTNOTE 39.  I REALIZE THE FONT IS GETTING SMALLER.

10   BUT FOOTNOTE 39 CITES A 2016 JAMA PSYCHIATRY PUBLICATION

11   ON THE ASSOCIATION OF HORMONAL CONTRACEPTION WITH

12   DEPRESSION; IS THAT CORRECT?

13   A.      YES.

14   Q.      I WANT TO TURN TO THE 2011 IOM REPORT.  THE 2011

15   IOM REPORT DID NOT STUDY THE EFFECT OF RELIGIOUS

16   EXEMPTIONS, CORRECT?

17   A.      CORRECT.

18   Q.      AND THE 2011 IOM REPORT DID NOT STUDY THE EFFECT

19   OF MORAL EXEMPTIONS, CORRECT?

20   A.      YES.

21   Q.      AND THE IOM PANEL DID NOT INVITE ANY SPEAKERS TO

22   TESTIFY CONCERNING EXEMPTIONS FROM THE MANDATE, CORRECT?

23   A.      CORRECT.

24              MS. KADE:  THANK YOU, DR. WEISMAN.

25              THANK YOU, YOUR HONOR.  I HAVE NOTHING

1    FURTHER.

2                    THE COURT:  OKAY.  THANK YOU VERY MUCH.

3                    DO YOU HAVE ANY RECROSS?

4                    MR. GOLDMAN:  VERY BRIEFLY, IF I MAY

5    APPROACH, YOUR HONOR.

6                    RECROSS EXAMINATION

7    BY MR. GOLDMAN:

8    Q.      COUNSEL ASKED YOU IF YOU HAD READ ALL OF THE

9    SOURCES CITED IN THE COMMITTEE'S REPORT.  I WANT TO ASK

10   YOU, ARE YOU FAMILIAR WITH ALL OF THE SOURCES CITED IN

11   THE COMMITTEE'S REPORT, SPECIFICALLY IN THE AREA OF

12   CONTRACEPTION?

13   A.      I AM FAMILIAR WITH REFERENCES 30 AND 31.

14   Q.      I'M SORRY, DR. WEISMAN.  I BELIEVE COUNSEL WAS

15   REFERRING TO THE COMMITTEE'S REPORT AND NOT THE FEDERAL

16   REGISTER.

17   A.      WELL, I'M CONFUSED BECAUSE SHE ASKED ABOUT BOTH.

18                   THE COURT:  AS I UNDERSTAND IT, THE

19   QUESTION WAS ABOUT HAVE YOU READ THE FEDERAL REGISTER.

20   YOU SAID YES, I HAVE AND I FOCUSED ON THE CONTRACEPTIVE

21   AND PREVENTIVE CARE COMPONENTS.

22                   THE WITNESS:  YES.

23   BY MR. GOLDMAN:

24   Q.      ARE YOU FAMILIAR WITH THE SOURCES THAT COUNSEL

25   ASKED YOU ABOUT?

1   A.      YES.  MOST OF THEM.

2   Q.      AND DO YOU AGREE WITH THEM FOR THE PREMISES THEY

3   ARE CITED FOR HERE?

4   A.      NO.

5   Q.      AND WHY IS THAT?

6   A.      BECAUSE I THINK THEY ARE SELECTIVE COMMENTS

7   WHICH DO NOT FULLY REFLECT THE BODY OF EVIDENCE THAT IS

8   AVAILABLE.  DO YOU WANT ME TO SAY MORE?

9   Q.      PLEASE.  GO ON.

10   A.      SO THE FIRST REFERENCE THAT I WAS ASKED ABOUT

11   WAS THIS FOOTNOTE 31, BEARAK AND JONES FOOTNOTE, THE

12   PUBLICATION FROM THE GUTTMACHER INSTITUTE.  AND IT IS

13   CORRECT THAT THE ABSTRACT FOR THAT ARTICLE SAYS WE

14   OBSERVE NO CHANGES IN CONTRACEPTIVE USE PATTERNS AMONG

15   SEXUALLY ACTIVE WOMEN, BUT THAT STUDY FOUND AN

16   IMPROVEMENT IN CONTRACEPTIVE USE, AN INCREASED USE OF

17   CONTRACEPTION AMONG YOUNG WOMEN WHO WERE NOT SEXUALLY

18   ACTIVE IN THE LAST MONTH, WHICH SUGGESTS THAT YOUNGER

19   WOMEN WERE RESPONSIBLY -- MORE RESPONSIBLY USING

20   CONTRACEPTION IN THAT STUDY.  THAT IS NOT NOTED HERE.

21   Q.      AND HOW ABOUT THE OTHER SOURCES?

22   A.      SO THE SANTELLI REFERENCE WHICH COMES NEXT

23   REGARDING TEEN PREGNANCIES, SANTELLI AND CO-AUTHORS JUST

24   PUBLISHED A PAPER IN 2016 SHOWING THAT TEEN PREGNANCIES

25   HAVE DECLINED MORE RECENTLY AND THAT THERE HAS BEEN NO

1    CONCOMITANT INCREASE IN SEXUAL ACTIVITY AMONG TEENS.

2    Q.    DO YOU HAVE ANY OTHER EXAMPLES OF REASONS WHY

3    YOU DISAGREE WITH THE CONCLUSIONS DRAWN FROM THE STUDIES

4    THAT WERE CITED?

5    A.    WELL, THE POINT ABOUT RISKS OF HORMONAL

6    CONTRACEPTION AND THE POINT ABOUT RISK OF DEPRESSION IN

7    CONTRACEPTIVE USE, I WOULD SAY THAT THE IMPLICATION IS

8    THAT THIS IS SOMETHING NEW OR IMPORTANT, WHEN, IN FACT,

9    THE MEDICAL COMMUNITY IS AWARE OF SIDE EFFECTS OF ALL

10   KINDS OF CONTRACEPTION, AND THAT IS TAKEN INTO ACCOUNT

11   IN COUNSELING WOMEN ABOUT THE APPROPRIATENESS OF THE

12   METHODS THAT THEY CHOOSE, AND IT'S ANOTHER REASON WHY

13   THE INSTITUTE OF MEDICINE COMMITTEE RECOMMENDED THAT ALL

14   METHODS BE MADE AVAILABLE TO WOMEN SO THAT THEY CAN

15   OPTIMALLY CHOOSE A METHOD THAT IS APPROPRIATE FOR THEM.

16   Q.    AND, IN FACT, YOU TESTIFIED BEFORE THAT THE

17   COMMITTEE TOOK NEGATIVE EFFECTS OF CONTRACEPTION INTO

18   ACCOUNT IN MAKING ITS RECOMMENDATIONS, CORRECT?

19   A.    YES.

20   Q.    IF I MAY, ARE YOU FAMILIAR WITH A NEW REPORT

21   INVOLVING MODERN HORMONAL CONTRACEPTION THAT WAS

22   PERFORMED IN DANISH WOMEN THAT WAS RECENTLY IN THE FRONT

23   PAGE -- IN THE NEW YORK TIMES?

24   A.    YES.

25   Q.    AND CAN YOU TELL US ABOUT THAT STUDY?

1   A.       THAT STUDY WAS JUST PUBLISHED, AND IT'S BASED ON

2   A LARGE SAMPLE OF DANISH WOMEN, AND IT FOUND A 1.2

3   RELATIVE RISK FOR BREAST CANCER AMONG WOMEN WHO USED

4   HORMONAL METHODS OF CONTRACEPTION OVER TIME.  WHAT THIS

5   STUDY CONTRIBUTES IS THAT IT OBSERVED WOMEN WHO WERE

6   USING THE MORE MODERN HORMONAL METHODS OF CONTRACEPTION

7   AS OPPOSED TO OLDER ONES, BUT ITS FINDING OF A SMALL

8   ELEVATED RISK FOR BREAST CANCER ASSOCIATED WITH USE OF

9   HORMONAL METHODS IS NOT NEW.  THAT HAS BEEN KNOWN FOR

10  SOME TIME BASED ON STUDIES OF THE OLDER HORMONAL

11  METHODS.  AND IT IS TAKEN INTO ACCOUNT IN COUNSELING

12  WOMEN ABOUT THE RISKS AND SIDE EFFECTS OF CONTRACEPTION.

13  AND IT NEEDS TO BE BALANCED AGAINST OTHER STUDIES THAT

14  SHOW HORMONAL METHODS OF CONTRACEPTION TO BE PROTECTIVE,

15  THAT IS TO REDUCE THE RISKS OF OTHER CANCERS, OVARIAN

16  CANCER, ENDOMETRIAL CANCER AND COLORECTAL CANCER.  SO

17  THERE ARE -- THERE IS A BALANCING REQUIRED IN MAKING A

18  DECISION ABOUT A CONTRACEPTIVE CHOICE.

19               MS. KADE:  YOUR HONOR, WITH THIS ANSWER,

20  WE APPEAR TO BE BEYOND THE SCOPE OF CROSS.

21               THE COURT:  WELL, I DON'T THINK WE ARE,

22  BECAUSE YOU TALKED SPECIFICALLY ABOUT THOSE IMPACTS OF

23  CONTRACEPTION.

24               BUT I DO THINK YOU SHOULD MOVE ON BECAUSE

25  THIS IS NOT A FOCUS OF MY CONCERN.

1              MR. GOLDMAN:  NOTHING FURTHER, YOUR

2    HONOR.

3              THE COURT:  OKAY.  LET ME TALK TO YOU

4    ABOUT A FOCUS OF MY CONCERN.  I WANT YOU -- YOU SAID YOU

5    HAD READ THE GUTTMACHER INSTITUTE STUDY SET FORTH IN

6    FOOTNOTE 31.

7              THE WITNESS:  BEARAK AND JONES, YES.

8              THE COURT:  RIGHT.  YOU ALSO TOLD ME

9    ABOUT A STUDY WHICH IS CURRENTLY UNPUBLISHED THAT YOU

10   PERFORMED.  I WANT TO COMPARE AND CONTRAST THEM TO SEE

11   WHETHER WE ARE TALKING ABOUT APPLES AND ORANGES OR JUST

12   APPLES.

13             SO THE GUTTMACHER INSTITUTE STUDY WAS TO

14   DETERMINE WHETHER CONTRACEPTIVE COVERAGE UNDER THE

15   MANDATE CHANGED CONTRACEPTIVE USAGE PATTERNS.  WAS THAT

16   THE SAME PROPOSITION THAT YOU WERE ANALYZING IN YOUR

17   STUDY?

18             THE WITNESS:  YES, ALTHOUGH OUR STUDY

19   LOOKED AT BOTH COSTS AND CONTRACEPTIVE USE PATTERNS.

20             THE COURT:  AND DO YOU KNOW WHEN -- THIS

21   IS -- THIS IS WOMEN BETWEEN 2012 AND 2015 IN THIS

22   GUTTMACHER STUDY, IS THAT CORRECT?

23             WELL, THAT IS WHAT IT SAYS HERE.

24             THE WITNESS:  THAT IS -- YES.

25             THE COURT:  SO WHEN WAS YOUR STUDY DONE,

1    WHAT COHORT?  WHAT WAS THE TIME FRAME OF YOURS?

2                    THE WITNESS:  THE PENNSYLVANIA STUDY?

3                    THE COURT:  YES.

4                    THE WITNESS:  2012 THROUGH 2014.

5                    THE COURT:  AND HERE IT SAYS THE

6    GUTTMACHER FOLKS DID 8,000 WOMEN.  AND YOU TOLD ME YOU

7    HAD HOW MANY WOMEN?

8                    THE WITNESS:  IN OUR PENNSYLVANIA STUDY,

9    900-SOME.

10                   THE COURT:  SO DO YOU KNOW WHETHER IN

11   THOSE 8,000 WOMEN THERE WERE ANY PENNSYLVANIA WOMEN?

12                   THE WITNESS:  I DON'T, BECAUSE THESE WERE

13   TWO SURVEYS DONE BY THE GUTTMACHER INSTITUTE, AND I

14   DON'T KNOW HOW THEY SELECTED THOSE PARTICIPANTS.

15                   THE COURT:  WHAT IS THE GUTTMACHER

16   INSTITUTE?

17                   THE WITNESS:  THE GUTTMACHER INSTITUTE IS

18   A PRIVATE NOT-FOR-PROFIT RESEARCH INSTITUTE THAT FOCUSES

19   ON REPRODUCTIVE HEALTH ISSUES IN THE UNITED STATES AND

20   GLOBALLY.

21                   THE COURT:  IS IT AFFILIATED WITH ANY

22   POLITICAL VIEWPOINT?

23                   THE WITNESS:  NO.

24                   THE COURT:  DO YOU KNOW WHETHER THIS

25   PAPER, THE BEARAK AND JONES PAPER WAS PEER REVIEWED?

1              THE WITNESS:  YES, IT WAS.

2              THE COURT:  WHAT I HAVE BEEN TRYING TO

3    ESTABLISH WAS SIMILARITIES AND DIFFERENCES.  ARE THERE

4    ANY DIFFERENCES THAT I HAVE NOT IDENTIFIED AT THIS POINT

5    BETWEEN YOUR STUDY AND THE GUTTMACHER INSTITUTE STUDY

6    APART FROM THE CONCLUSION AS SET FORTH IN THE FEDERAL

7    REGISTER AS MODIFIED BY YOUR TESTIMONY WITH RESPECT TO

8    THE CONCLUSION?

9              THE WITNESS:  I DON'T THINK SO.

10             THE COURT:  OKAY.  THANK YOU.

11   BY MR. GOLDMAN:

12   Q.     VERY BRIEFLY.  IS THIS GUTTMACHER INSTITUTE

13   STUDY, DO YOU KNOW IF THIS WAS BASED ON CLAIMS DATA IN

14   THE WAY THE OTHER STUDY YOU SPOKE ABOUT?

15   A.     IT WAS NOT.  IT WAS BASED ON SURVEY DATA.

16   Q.     AND IS THERE A DIFFERENCE IN RELIABILITY BETWEEN

17   SURVEY DATA AND CLAIMS DATA?

18   A.     THERE ARE THOSE WHO THINK THAT SURVEY DATA ARE

19   LESS RELIABLE IN STUDYING CONTRACEPTIVE USE PATTERNS

20   BECAUSE PEOPLE HAVE RECALL PROBLEMS AND MAY NOT RESPOND

21   ACCURATELY.  BUT HAVING SAID THAT, OUR MOST DEFINITIVE

22   SOURCE OF INFORMATION ABOUT CONTRACEPTIVE USE AND

23   UNINTENDED PREGNANCY IS THE NATIONAL SURVEY OF FAMILY

24   GROWTH WHICH IS AN ONGOING NATIONAL SURVEY OF WOMEN

25   ACROSS THE COUNTRY CONDUCTED BY THE FEDERAL GOVERNMENT.

1    Q.        AND YOU HAD REFERRED BEFORE WHEN WE WERE

2    SPEAKING TO A NATIONAL STUDY INCLUDING PENNSYLVANIA

3    WOMEN THAT WAS BASED ON CLAIMS DATA?

4    A.        CORRECT.

5    Q.        AND HOW DO THE FINDINGS YOU HAVE FOUND FROM THAT

6    STUDY COMPARE WITH THE GUTTMACHER INSTITUTE STUDY?

7    A.        SO THE GUTTMACHER STUDY WAS NOT LOOKING AT

8    COSTS.  I BELIEVE IT WAS ONLY LOOKING AT CONTRACEPTIVE

9    USE PATTERNS.  OUR STUDY LOOKED AT BOTH, BUT WE FOUND,

10   AS I MENTIONED BEFORE, A STATISTICALLY SIGNIFICANT

11   INCREASE IN USE OF IUD'S AND IMPLANTS IN THE YEARS

12   FOLLOWING THE AFFORDABLE CARE ACT.  AND UNLIKE THE

13   GUTTMACHER STUDY, WE HAD DATA BEFORE THE AFFORDABLE CARE

14   ACT WENT INTO EFFECT AND AFTER THE AFFORDABLE CARE ACT

15   WENT INTO EFFECT.  THEIR DATA ARE ALL POST, POST

16   AFFORDABLE CARE ACT.

17              MR. GOLDMAN:  NOTHING FURTHER, YOUR

18   HONOR, UNLESS YOU HAVE ANYTHING ELSE.

19              THE COURT:  I HAVE NOTHING.

20              ANY RECROSS?

21              MS. KADE:  NO, YOUR HONOR.  JUST FOR THE

22   RECORD, WE WOULD RENEW OUR OBJECTION TO THE EXPERT

23   TESTIMONY TO THE EXTENT IT IS BEING OFFERED TO DETERMINE

24   THE CORRECTNESS OF THE WISDOM OF THE AGENCY'S DECISION

25   IN THIS APA CASE, YOUR HONOR.

1                      THE COURT:  YES, I UNDERSTAND.

2                      YOU CAN LEAVE THE BENCH.  THANK YOU.

3                      WE WILL TAKE A BRIEF BREAK, AND WE WILL

4      BE BACK IN TEN MINUTES.

5                      THE CLERK:  ALL RISE.

6                      (WITNESS EXCUSED.)

7                      (BREAK TAKEN.)

8                      MR. GOLDMAN:  THE COMMONWEALTH WOULD LIKE

9      TO CALL DR. SAMANTHA BUTTS TO THE STAND, PLEASE.

10                     MAY I APPROACH, YOUR HONOR.

11                     THE COURT:  YOU MAY.

12                     SWEAR THE WITNESS.

13                     THE CLERK:  PLEASE RAISE YOUR RIGHT HAND

14     AND STATE YOUR NAME FOR THE RECORD.

15                     THE WITNESS:  SAMANTHA BUTTS.

16                     (DR. SAMANTHA BUTTS, COMMONWEALTH'S

17     WITNESS, SWORN.)

18                     THE CLERK:  STATE AND SPELL YOUR FULL

19     NAME FOR THE RECORD, PLEASE.

20                     THE WITNESS:  FIRST NAME IS

21     S-A-M-A-N-T-H-A.  LAST NAME IS BUTTS, B-U-T-T-S.

22                     DIRECT EXAMINATION

23     BY MR. GOLDMAN:

24     Q.     WILL YOU PLEASE STATE YOUR NAME FOR THE RECORD,

25     DR. BUTTS?

1    A.        SAMANTHA BUTTS.

2    Q.        AND WHAT DO YOU DO FOR A LIVING?

3    A.        I AM AN OBSTETRICIAN GYNECOLOGIST.  I SPECIALIZE

4    IN THE AREA OF REPRODUCTIVE ENDOCRINOLOGY AND

5    INFERTILITY.

6    Q.        THERE IS A WITNESS EXHIBIT BINDER IN FRONT OF

7    YOU.  IF I COULD DIRECT YOU TO EXHIBITS 8 AND 9 WHICH

8    ARE ALREADY ADMITTED INTO EVIDENCE, I'D LIKE YOU JUST TO

9    LOOK AT THOSE AND TELL ME IF YOU RECOGNIZE THEM, AND ASK

10   YOU WHAT THEY ARE?

11   A.        THESE ARE MY DECLARATIONS PURSUANT TO THIS CASE.

12   Q.        AND THE WAY THE COPY IS ON TAB 9, IF YOU LOOK TO

13   THE BACK OF THAT FIRST PAGE, WHAT IS THAT DOCUMENT?

14   A.        THIS LOOKS LIKE MY CURRICULUM VITAE.

15   Q.        OKAY.  THE QUESTIONS ARE NOT HARD.  I JUST

16   WANTED YOU TO IDENTIFY.

17             ARE YOU ABLE TO BRIEFLY LOOK THROUGH

18   THOSE DOCUMENTS AND JUST CONFIRM IF THERE ARE ANY

19   INACCURACIES IN THEM OR IF YOU BELIEVE THEY ARE

20   ACCURATE?

21   A.        THE DOCUMENTS LOOK ACCURATE AND CURRENT.

22   Q.        THANK YOU.

23             I WANTED TO ASK YOU BRIEFLY ABOUT YOUR

24   EDUCATION.  WHERE DID YOU GO TO COLLEGE?

25   A.        I WENT TO HARVARD COLLEGE.

1    Q.    AND WHEN DID YOU GRADUATE?

2    A.    IN 1994.

3    Q.    AND WHAT DID YOU DO AFTER THAT?

4    A.    I WENT TO MEDICAL SCHOOL, ALSO AT HARVARD.

5    Q.    AND WHEN DID YOU GRADUATE FROM THERE?

6    A.    IN 1998.

7    Q.    DID YOU DO A RESIDENCY AFTER THAT?

8    A.    I DID.  I DID A RESIDENCY IN OBSTETRICS AND

9    GYNECOLOGY AT THE UNIVERSITY OF PENNSYLVANIA.

10    Q.    AND DURING WHAT YEARS DID YOU DO YOUR RESIDENCY?

11    A.    FROM 1992 -- PARDON ME, 1998 TO 2002.

12    Q.    AND DID YOU DO A FELLOWSHIP ALSO?

13    A.    I DID A SUBSPECIALTY FELLOWSHIP IN REPRODUCTIVE

14    ENDOCRINOLOGY AND INFERTILITY FROM 2002 UNTIL 2005, ALSO

15    AT THE UNIVERSITY OF PENNSYLVANIA.

16    Q.    SO YOU'VE USED THE PHRASE REPRODUCTIVE

17    ENDOCRINOLOGY AT LEAST TWICE.

18    A.    YES.

19    Q.    WHAT DOES THAT MEAN?

20    A.    SO REPRODUCTIVE ENDOCRINOLOGY IS THE FIELD OF

21    MEDICINE THAT INVESTIGATES HOW HORMONES AFFECT

22    REPRODUCTIVE FUNCTIONING AND DISORDERS IN WOMEN.

23    Q.    DO YOU HAVE ANY OTHER RELEVANT EDUCATION HERE

24    TODAY?

25    A.    I RECEIVED A MASTERS IN CLINICAL EPIDEMIOLOGY

1    AND BIOSTATISTICS AT THE UNIVERSITY OF PENNSYLVANIA

2    DURING MY FELLOWSHIP IN REPRODUCTIVE ENDOCRINOLOGY.

3    Q.    HOW MANY YEARS WAS THAT MASTERS PROGRAM?

4    A.    THREE YEARS, 2003 UNTIL 2006.

5    Q.    ARE YOU BOARD CERTIFIED?

6    A.    I AM BOARD CERTIFIED BOTH IN GENERAL OBSTETRICS

7    AND GYNECOLOGY AND IN REPRODUCTIVE ENDOCRINOLOGY AND

8    INFERTILITY.

9    Q.    WAS THE REPRODUCTIVE ENDOCRINOLOGY AND

10   FERTILITY, IS THAT PART OF YOUR BOARD CERTIFICATION OR

11   IS THAT A SUBSPECIALITY?

12   A.    IT'S SUBSPECIALTY BOARD CERTIFICATION.

13   Q.    I WOULD LIKE TO ASK YOU BRIEFLY ABOUT YOUR

14   CURRENT WORK.  WHERE DO YOU CURRENTLY WORK?

15   A.    I AM ON -- I WORK AT THE UNIVERSITY OF

16   PENNSYLVANIA HOSPITAL AS A REPRODUCTIVE ENDOCRINOLOGIST

17   THERE, AND I'M ON THE FACULTY OF THE MEDICAL SCHOOL AT

18   THE UNIVERSITY OF PENNSYLVANIA.

19            MR. GOLDMAN:  YOUR HONOR, JUST IN THE

20   INTEREST OF TIME FOR THESE BACKGROUND QUESTIONS, MAY I

21   ASK FOR PERMISSION TO LEAD?

22            THE COURT:  YOU CAN GO AHEAD, AND IF YOU

23   ARE GOING TO OBJECT -- AT A POINT YOU FEEL IT IS

24   OBJECTIONABLE, YOU'RE GOING TO GET UP AND TELL ME.

25            MS. KADE:  THANK YOU, YOUR HONOR.

1    BY MR. GOLDMAN:

2    Q.      AT THE UNIVERSITY OF PENNSYLVANIA MEDICAL SCHOOL

3    AND HOSPITAL, DO YOU WORK AS A DOCTOR?

4    A.      YES.

5    Q.      DO YOU ALSO WORK AS A PROFESSOR?

6    A.      I DO.

7    Q.      DO YOU ALSO DO CLINICAL RESEARCH?

8    A.      I DO.

9    Q.      DO YOU ALSO PUBLISH ARTICLES AND SPEAK?

10   A.      I DO.

11   Q.      GENERALLY SPEAKING, WHAT KIND OF DOCTOR ARE YOU?

12   WHAT DO YOU DO FOR YOUR PATIENTS?

13   A.      I SEE PATIENTS WHO COME FOR THE EVALUATION OF

14   INFERTILITY, SO HAVING DIFFICULTY ACHIEVING A PREGNANCY.

15   IN THE REPRODUCTIVE ENDOCRINE COMPONENT OF WHAT I DO, I

16   SEE WOMEN WHO SUFFER FROM A VARIETY OF DISORDERS,

17   INCLUDING DISORDERS OF MENSTRUATION, CHRONIC PELVIC PAIN

18   AND OTHER REPRODUCTIVE DISORDERS THAT I TREAT.

19   Q.      IN YOUR FERTILITY WORK, YOU ACTUALLY HELP WOMEN

20   HAVE BABIES?

21   A.      THAT'S CORRECT.

22   Q.      IN YOUR ROLE AS PROFESSOR, IS YOUR TITLE

23   ASSOCIATE PROFESSOR?

24   A.      YES.

25   Q.      AND ARE YOU TENURED?

1    A.      YES, I AM.

2    Q.      AND DO YOU TEACH AND RESEARCH AS PART OF THAT

3    ROLE AS PROFESSOR?

4    A.      I DO.

5    Q.      WHO DO YOU TEACH?

6    A.      I TEACH MEDICAL STUDENTS, RESIDENTS IN

7    OBSTETRICS AND GYNECOLOGY, AND FELLOWS TRAINING IN

8    REPRODUCTIVE ENDOCRINOLOGY AND INFERTILITY.

9    Q.      I WILL COME BACK TO YOUR MEDICAL PRACTICE WITH

10   PATIENTS, BUT YOUR PROFESSORIAL DUTIES, ROUGHLY HOW MANY

11   HOURS A WEEK DOES THAT TAKE?

12   A.      APPROXIMATELY 5 TO 10 HOURS PER WEEK.

13   Q.      MOVING ON TO YOUR WORK AS A CLINICAL RESEARCHER,

14   ROUGHLY HOW MANY HOURS A WEEK DOES THAT TAKE?

15   A.      THERE IS OVERLAP WITH MY RESPONSIBILITIES AS AN

16   ASSOCIATE PROFESSOR, BUT I WOULD SAY APPROXIMATELY 5 TO

17   10 HOURS PER WEEK, WITH SOME OVERLAP BETWEEN THEM.

18   Q.      SO THAT NUMBER INCLUDES THE OVERLAP, CORRECT?

19   A.      CORRECT.

20   Q.      HAS ANY OF YOUR RESEARCH BEEN FUNDED BY GRANTS?

21   A.      YES.

22   Q.      AND COULD YOU NAME A FEW OF THE GRANTS YOU HAVE

23   BEEN FUNDED BY?

24   A.      I HAVE BEEN FUNDED BY THE NATIONAL INSTITUTES OF

25   HEALTH, THE NATIONAL INSTITUTES OF ENVIRONMENTAL HEALTH

1    SERVICES, AND OTHER FOUNDATIONS AND INTRAMURAL SOURCES

2    AT THE UNIVERSITY OF PENNSYLVANIA.

3                MR. GOLDMAN:  YOUR HONOR, I'M GOING TO

4    SKIP OVER QUESTIONS ABOUT HER -- THE DOCTOR'S CURRENT

5    PROJECTS AND PUBLICATIONS, SINCE THEY ARE IN THE RECORD,

6    BUT I JUST WANTED TO POINT OUT THAT THEY ARE AVAILABLE.

7    BY MR. GOLDMAN:

8    Q.    BUT I WOULD LIKE TO FOCUS ON YOUR WORK AS A

9    MEDICAL DOCTOR.  ROUGHLY HOW MANY HOURS A WEEK DO YOU

10   WORK?

11   A.    ROUGHLY 50 TO 70 HOURS PER WEEK IS THE RANGE.

12   Q.    AND WHY IS THERE THAT RANGE?

13   A.    THERE IS A RANGE THAT DEPENDS ON PROCEDURES THAT

14   I ALSO DO.  I FAILED TO MENTION BEFORE THAT AS PART OF

15   MY WORK I ALSO DO SURGICAL PROCEDURES FOR WOMEN, AND I

16   ALSO TAKE CALL ON AN APPROXIMATELY MONTHLY BASIS.  SO

17   THAT REQUIRES WORK AT NIGHTS AND ON THE WEEKENDS WHEN I

18   AM ON CALL.

19   Q.    AND THAT 50 TO 70 HOURS A WEEK, THAT IS ON TOP

20   OF YOUR TEACHING AND RESEARCH?

21   A.    CORRECT.

22   Q.    DO YOU PRESCRIBE CONTRACEPTION WHEN YOU TREAT

23   YOUR PATIENTS?

24   A.    I DO.

25   Q.    AND ARE YOU FAMILIAR WITH THE AFFORDABLE CARE

1    ACT?

2    A.        I AM.

3    Q.        ARE YOU FAMILIAR WITH THE CONTRACEPTIVE MANDATE

4    THAT IS PART OF THE AFFORDABLE CARE ACT?

5    A.        YES.

6    Q.        ARE YOU FAMILIAR WITH THE NEW MORAL EXEMPTION

7    RULE AND RELIGIOUS EXEMPTION RULE --

8    A.        I AM.

9    Q.        -- WHICH ARE AT ISSUE BEFORE THE COURT TODAY?

10                MR. GOLDMAN:  BEFORE I PROCEED FURTHER,

11   YOUR HONOR, I WOULD LIKE TO PROFFER THIS WITNESS, DR.

12   SAMANTHA BUTTS, BASED ON HER KNOWLEDGE, EDUCATION,

13   TRAINING AND EXPERIENCE, AS AN EXPERT IN THE AREA OF

14   WOMEN'S REPRODUCTIVE HEALTH.

15                THE COURT:  ANY OBJECTION?

16                MS. KADE:  YES, YOUR HONOR.  WE OBJECT

17   FOR FAILURE TO DISCLOSE AS AN EXPERT AS WELL AS TO HER

18   EXPERT TESTIMONY TO THE EXTENT IT IS BEING OFFERED TO

19   DETERMINE THE CORRECTNESS OR WISDOM OF THE AGENCY'S

20   DECISION IN THIS ACA CASE, YOUR HONOR.

21                THE COURT:  I UNDERSTAND.

22                IS THE SCOPE AS NARROW OR -- THAN

23   DESCRIBED BY MS. KADE OR IS IT --

24                MR. GOLDMAN:  THE TESTIMONY WILL BE ABOUT

25   WHAT SHE HAS SEEN IN HER OWN PRACTICE AS IT APPLIES TO

 1    WOMEN'S REPRODUCTIVE HEALTH.

 2                 THE COURT:  OKAY.  SO SHE IS NOT GOING TO

 3    TESTIFY SPECIFICALLY ABOUT WHETHER OR NOT THE TWO

 4    EXEMPTIONS ARE APPROPRIATE?

 5                 MR. GOLDMAN:  NO.

 6                 THE COURT:  OKAY.  SO THAT IS ONE OF YOUR

 7    OBJECTIONS, CORRECT?

 8                 MS. KADE:  YES, YOUR HONOR.

 9                 THE COURT:  AND THE OTHER ONE I OVERRULE.

10                 MS. KADE:  THANK YOU, YOUR HONOR.

11                 THE COURT:  GO AHEAD.

12    BY MR. GOLDMAN:

13    Q.      RETURNING TO YOUR PATIENT WORK, DOCTOR, WHERE DO

14    YOU -- WHERE DO YOUR PATIENTS COME FROM?

15    A.      MY PATIENTS -- I HAVE A DIVERSE PATIENT

16    POPULATION.  THEY COME FROM MANY SOURCES.  MANY ARE

17    SELF-REFERRED.  SOME ARE REFERRED FROM OTHER PHYSICIANS

18    IN THE HEALTH SYSTEM AND SOME ARE EMPLOYEES IN THE

19    UNIVERSITY OF PENNSYLVANIA -- AT THE UNIVERSITY OF

20    PENNSYLVANIA, BUT THEY COME FROM MANY SOURCES.

21    Q.      DO PATIENTS COME TO SEE YOU FROM AROUND THE

22    WORLD?

23    A.      YES.

24    Q.      DO YOU ALSO SERVE AS A WEST PHILADELPHIA

25    COMMUNITY HOSPITAL DOCTOR?

1    A.        I DO.

2    Q.        AND YOU ALSO HAVE PATIENTS WHO ARE STUDENTS AND

3    PROFESSORS AT PENN, CORRECT?

4    A.        YES.

5    Q.        ROUGHLY HOW MANY PATIENTS DO YOU SEE A YEAR?

6    A.        APPROXIMATELY 1500 PATIENTS PER YEAR, AND THERE

7    CAN BE SOME VARIATION WHERE THAT IS CONCERNED.

8    Q.        ARE THOSE INDIVIDUAL PATIENTS OR PATIENT VISITS?

9    A.        WHEN I CALCULATE BOTH INDIVIDUAL PATIENTS THAT I

10   SEE FROM A VARIETY OF SOURCES IN MY OWN PATIENT

11   PRACTICE, WORKING IN OUR GROUP INFERTILITY PRACTICE,

12   TAKING CALL AND DOING SURGICAL PROCEDURES, THAT NUMBER

13   REPRESENTS INDIVIDUAL PATIENTS.

14   Q.        AND DOES THAT NUMBER INCLUDE THE SURGERIES THAT

15   YOU PERFORM?

16   A.        IT DOES.

17   Q.        IT DOES.  AND DOES IT INCLUDE PATIENTS YOU WOULD

18   SEE WHEN YOU WERE ON CALL?

19   A.        IT DOES.

20   Q.        AND DOES IT INCLUDE PATIENTS YOU WOULD SEE IN

21   CONNECTION WITH YOUR TEACHING OF RESIDENTS AND FELLOWS?

22   A.        IT DOES.

23   Q.        HAVE YOU KEPT UP THIS PACE OF SEEING PATIENTS

24   OVER THE MORE THAN 12 YEARS YOU HAVE BEEN SEEING

25   PATIENTS?

1    A.        GENERALLY, WITH SOME VARIATION FROM

2    YEAR TO YEAR, YES.

3    Q.        I WOULD LIKE TO ASK YOU A LITTLE BIT MORE ABOUT

4    YOUR SPECIFIC MEDICAL PRACTICE.  YOU MENTIONED THAT YOU

5    TREAT WOMEN FOR DISORDERS OF MENSTRUATION, CHRONIC

6    PELVIC PAIN AND PREMATURE OVARIAN FAILURE; IS THAT

7    CORRECT?

8    A.        THAT IS CORRECT.

9    Q.        CAN YOU DESCRIBE BRIEFLY WHAT IS A DISORDER OF

10   MENSTRUATION?

11   A.        THE DISORDERS OF MENSTRUATION THAT I SEE INCLUDE

12   MENSTRUATION THAT IS EXCESSIVELY HEAVY, EXCESSIVELY

13   FREQUENT OR IRREGULAR IN FREQUENCY.  AND SO THIS CAN

14   SIGNIFICANTLY IMPACT QUALITY OF LIFE, AND TO THE EXTENT

15   AND THE DEGREE OF THE CHRONICITY OF THE CONDITION CAN

16   SIGNIFICANTLY IMPACT HEALTH OUTCOMES, RISKS AND SEVERE

17   CONDITIONS FOR A WOMAN, AND IMPACT HER ABILITY TO BE A

18   PRODUCTIVE MEMBER OF THE WORKFORCE IF SHE IS IMPAIRED IN

19   HER ABILITY TO DO THAT BECAUSE SHE NEEDS TO ATTEND TO

20   THE SERIOUS MEDICAL DISORDER.

21   Q.        FORGIVE ME, DOCTOR, I WOULD BE LYING IF I TOLD

22   YOU I HAD FIRSTHAND KNOWLEDGE OF WHAT THIS MEANS.  AND

23   YOU ARE USING WORDS LIKE CHRONICITY.

24            CAN YOU TELL ME IN PRACTICAL TERMS HOW

25   THESE DISORDERS AFFECT WOMEN?  WHAT DOES IT MEAN FOR

1    THEM IF YOU HAVE A MENSTRUATION DISORDER?

2    A.        SO WHAT IT MEANS IS THAT A WOMAN HAS A MENSTRUAL

3    PERIOD THAT IS SIGNIFICANTLY MORE LONG IN DURATION OR

4    HEAVIER IN VOLUME THAN WE CONSIDER TO BE NORMAL, AND

5    THIS CAN OBVIOUSLY BE INCREDIBLY JARRING AND UPSETTING

6    FOR A PATIENT AND CREATE AN IMPACT ON QUALITY OF LIFE.

7                BUT TO THE EXTENT THAT THAT PROBLEM LASTS

8    FOR A SIGNIFICANT AMOUNT OF TIME, IT CAN LEAD TO CHRONIC

9    PROBLEMS, ONE OF THE MOST SEVERE OF WHICH IS MODERATE TO

10   SEVERE ANEMIA, WHICH CAN ALSO LEAD TO SIGNIFICANT

11   PROBLEMS FOR A PATIENT.  IN THE MOST SEVERE CASE, SEVERE

12   ANEMIA CAN REQUIRE A PATIENT TO NEED TO BE HOSPITALIZED

13   AND RECEIVE A BLOOD TRANSFUSION.

14   Q.        HAVE YOU EVER HAD TO PERFORM A BLOOD TRANSFUSION

15   ON A PATIENT WITH MENSTRUATION DISORDER?

16   A.        YES.

17   Q.        AND ROUGHLY HOW MANY TIMES IN YOUR CAREER --

18   A.        IN MY CAREER, I WOULD SAY AT LEAST 50 TIMES.

19   Q.        AND DOES THIS SORT OF THING CAUSE WOMEN TO LOSE

20   WORK?

21   A.        YES.

22   Q.        SORRY, HAVE TO MISS WORK?

23   A.        YES.

24   Q.        CAN IT AFFECT THEIR JOBS?

25   A.        YES.

1    Q.        TURNING TO THE DISORDERS OF CHRONIC PELVIC PAIN,

2    ROUGHLY HOW MANY WOMEN FACE THIS TYPE OF DISORDER?

3    A.        SO IT'S BEEN SUGGESTED THAT UP TO 10 PERCENT OF

4    PATIENT VISITS TO THE GYNECOLOGIST HAVE TO DO WITH

5    CHRONIC PELVIC PAIN.  THERE ARE A NUMBER OF CAUSES OF

6    CHRONIC PELVIC PAIN, BUT IT IS SOMETHING THAT I SEE

7    COMMONLY IN MY PRACTICE BECAUSE IT'S SOMETHING THAT IS

8    REFERRED TO ME ON A REGULAR BASIS.

9    Q.        AND IS THAT THE SAME AS ENDOMETRIOSIS?

10   A.        ENDOMETRIOSIS IS A COMMON CAUSE OF CHRONIC

11   PELVIC PAIN AND SEVERE PAIN WITH PERIODS.  THEY ARE VERY

12   SIMILAR THINGS.

13   Q.        ARE THERE TYPES OF CHRONIC PELVIC PAIN THAT ARE

14   NOT CAUSED BY ENDOMETRIOSIS?

15   A.        THERE ARE SOME, AND WE SEE THOSE NOT UNCOMMONLY

16   AS WELL, BUT ENDOMETRIOSIS IS ONE OF THE MOST COMMON.

17   Q.        IN PLAIN LANGUAGE, HOW DOES CHRONIC PELVIC PAIN

18   AFFECT THE REAL LIVES OF WOMEN WHO SUFFER FROM THAT

19   DISORDER?

20   A.        SO I SEE PATIENTS WHO HAVE SEVERE DEBILITATING

21   PELVIC PAIN, EITHER WITH THEIR PERIODS OR OUTSIDE OF

22   THEIR PERIODS.  WHEN PATIENTS COME TO SEE ME, IT'S

23   USUALLY DEBILITATING TO THE POINT THAT OVER-THE-COUNTER

24   MEDICATIONS HAVE NOT HELPED THEM AND THEY ARE LOOKING

25   FOR ADDITIONAL LEVELS OF ASSESSMENT AND CARE.  SO THESE

1     ARE WOMEN WHO SOMETIMES CANNOT GO TO WORK AND CANNOT

2     FUNCTION ALONG THEIR ACTIVITIES OF DAILY LIVING BECAUSE

3     THEY ARE DEBILITATED BY PAIN AND SOMETIMES CAN'T GET OUT

4     OF BED.

5     Q.     I'M GOING TO RETURN TO YOUR TREATMENT OF THESE

6     DISORDERS, BUT I WANTED TO FIRST ASK YOU ABOUT THE

7     DISORDER OF PREMATURE OVARIAN FAILURE.  WHAT IS THAT?

8     A.     IT'S A DISORDER WHERE THERE IS PREMATURE

9     DEPLETION OF NORMAL OVARIAN FUNCTIONING RESULTING IN

10    SIGNIFICANTLY DECREASED PRODUCTION OF NORMAL FEMALE

11    HORMONES THAT THE OVARIES ARE SUPPOSED TO PRODUCE, AND

12    SIGNIFICANTLY DECREASED ODDS OF BECOMING PREGNANT.

13    Q.     IS THAT LIKE EARLY MENOPAUSE?

14    A.     IT'S A SIMILAR CONDITION, YES.

15    Q.     AND IF THERE IS AN AGE, ROUGHLY HOW OLD ARE YOUR

16    PATIENTS WHO SUFFER FROM PREMATURE OVARIAN FAILURE?

17    A.     THE STRICT DEFINITION MEANS THAT THE ONSET OF

18    SYMPTOMS ARE HAPPENING BEFORE THE AGE OF 40.  I SEE

19    PATIENTS WHO SUFFER FROM THIS DISEASE ANYWHERE FROM

20    THEIR 20S, 30S AND UP TO THE AGE OF 40.

21    Q.     AND ROUGHLY HOW COMMON IS PREMATURE OVARIAN

22    FAILURE?

23    A.     IT AFFECTS APPROXIMATELY ONE PERCENT OF WOMEN.

24    Q.     SO IT'S ONE OUT OF A HUNDRED WOMEN?

25    A.     CORRECT.

1    Q.        AND IS THAT ONE OUT OF A HUNDRED WOMEN IN

2    PENNSYLVANIA OR IN THE COUNTRY OR --

3    A.        THAT IS A NATIONAL PREVALENCE.

4    Q.        AND AM I CORRECT THAT WITH THAT DISORDER,

5    WOMEN'S OVARIES DON'T PRODUCE ESTROGEN?

6    A.        THAT'S CORRECT.

7    Q.        CAN THEY STILL GET PREGNANT?

8    A.        THEY HAVE A DIMINISHED ODDS OF BECOMING PREGNANT

9    BUT THEY CAN STILL ACHIEVE A PREGNANCY IN SOME CASES.

10   Q.        WHAT HAPPENS TO WOMEN WHOSE OVARIES DO NOT

11   PRODUCE ESTROGEN?

12   A.        SO IF A WOMAN IS DIAGNOSED WITH THIS DISEASE IN

13   HER 20S, FOR INSTANCE, AND WE KNOW THAT THE AVERAGE AGE

14   OF NATURAL MENOPAUSE WHEN THESE CHANGES ARE SUPPOSED TO

15   HAPPEN IS 51 YEARS OLD, THAT MEANS THAT SHE CAN STAND TO

16   EXPERIENCE 30 YEARS OF HER ADULT LIFE WITHOUT ONE OF THE

17   MOST CRITICAL HORMONES THAT HER BODY PRODUCES.

18            SO THE SHORT-TERM CONSEQUENCES OF THAT

19   ARE SIGNIFICANT IMPAIRMENT OF QUALITY OF LIFE; HOT

20   FLASHES, NIGHT SWEATS AND SYMPTOMS OF LOW ESTROGEN.

21   SOME OF THE MORE SERIOUS LONG-TERM CONSEQUENCES INCLUDE

22   INCREASED RISK OF CARDIOVASCULAR DISEASE.  WHEN WOMEN

23   ARE PREMATURELY DEPRIVED OF ESTROGEN, INCREASED RISK OF

24   BONE LOSS AND HIP FRACTURE.  AND THOSE ARE TWO OF THE

25   MOST COMMON SERIOUS CONSEQUENCES THAT WE SEE.

1   Q.      CAN WOMEN WHO SUFFER FROM LOSS OF ESTROGEN DIE

2   FROM THAT?

3   A.      WELL, I WOULD ARGUE THAT SINCE HEART DISEASE AND

4   HEART ATTACK IS THE NUMBER ONE KILLER OF WOMEN AND ALL

5   AMERICANS, ANYTHING THAT PUTS YOU AT GREATER RISK OF

6   EXPERIENCING THAT INCREASES YOUR RISK OF DEATH.

7   Q.      IN ADDITION TO THOSE THREE CATEGORIES OF

8   DISORDERS, YOU ALSO TREAT INFERTILITY, CORRECT?

9   A.      YES.

10  Q.      I THINK WE ALL KNOW GENERALLY WHAT THAT IS, NOT

11  TO YOUR DEGREE OF KNOWLEDGE, BUT I WOULD JUST LIKE TO

12  INCLUDE THAT IN THE CONVERSATION.

13              SO HOW DO YOU TREAT YOUR PATIENTS WITH

14  THOSE THREE DISORDERS AND THE PATIENTS SUFFERING FROM

15  INFERTILITY?

16  A.      SO FOR THE PATIENTS WE DESCRIBED, THE THREE

17  DISORDERS OF ABNORMAL MENSTRUATION, CHRONIC PELVIC PAIN,

18  SEVERE PAIN WITH PERIODS AND PREMATURE OVARIAN FAILURE,

19  THERE ARE INDICATIONS FOR ALL THREE OF THOSE TO

20  INCORPORATE HORMONAL CONTRACEPTION TO MANAGE THOSE

21  DISORDERS AND TO MITIGATE SOME OF THE ASSOCIATED RISKS

22  THAT WE TALKED ABOUT THAT ARE ASSOCIATED WITH THEM.

23  Q.      WHEN YOU SAY HORMONAL CONTRACEPTION, DOES THAT

24  MEAN THE BIRTH CONTROL PILL OR CAN THAT ALSO REFER TO

25  IUD'S?

1    A.        IT REFERS TO BOTH.

2    Q.        AND DO YOU ALSO USE CONTRACEPTIVES ON PATIENTS

3    WHO SUFFER FROM INFERTILITY?

4    A.        WE INTEGRATE HORMONAL CONTRACEPTION TO HELP WITH

5    THE PROTOCOLS THAT ARE BUILT INTO THE TREATMENTS THAT WE

6    OFFER.  IT HELPS MANAGE THE CYCLES THAT WE BUILD FOR

7    PATIENTS WHEN WE ARE DOING TREATMENTS LIKE IN VITRO

8    FERTILIZATION, FOR INSTANCE.

9    Q.        I FEEL LIKE I'M A LITTLE BIT IN A SCIENCE CLASS.

10   IT'S OKAY, IT'S BEEN A WHILE, BUT I'M GETTING THERE.

11                   WHEN YOU TREAT WOMEN WITH -- WHO ARE

12   SUFFERING FROM INFERTILITY WITH CONTRACEPTIVES, TO ME

13   THAT SEEMS COUNTERINTUITIVE.

14   A.        WE USE THE MEDICATIONS TO ACHIEVE SEVERAL THINGS

15   WITH THE INFERTILITY TREATMENTS THAT WE HAVE TO OFFER.

16   IN A CERTAIN POPULATION OF WOMEN, IT HELPS CREATE A

17   SAFER PROCESS FOR THE PATIENT, SO BIRTH CONTROL PILLS,

18   WE TAKE ADVANTAGE OF SOME OF THEIR NONCONTRACEPTIVE

19   BENEFITS TO HELP PERFORM INFERTILITY TREATMENTS IN A WAY

20   THAT IS -- ENHANCES THE SAFETY AND EFFICACY OF THOSE

21   TREATMENTS OVERALL.

22                   IT HELPS US WITH THE TIMING OF INITIATING

23   THOSE TREATMENTS AS WELL.  IT CAN ALSO HELP IN CERTAIN

24   WOMEN WHO HAVE ENDOMETRIOSIS, WHICH IS ONE OF THE

25   CONDITIONS I MENTIONED.  IT CAN HELP THOSE WOMEN WITH

1    CONTROLLING SOME OF THEIR SYMPTOMS PRIOR TO TREATMENT

2    AND MAY IN SOME WOMEN INCREASE THE LIKELIHOOD THAT THOSE

3    TREATMENTS WILL WORK FOR THEM.

4    Q.    SO WHEN YOU PRESCRIBE CONTRACEPTIVES TO THESE

5    CATEGORIES OF YOUR PATIENTS, FOR SOME PATIENTS DO YOU

6    PRESCRIBE THEM PURELY TO PREVENT PREGNANCY?

7    A.    YES.

8    Q.    AND IN OTHERS, DO YOU PRESCRIBE THEM NOT AT ALL

9    TO PREVENT PREGNANCY?

10    A.    THAT IS CORRECT.

11    Q.    THAT MIGHT BE, FOR EXAMPLE, SOMEONE WHO IS

12    POSTMENOPAUSAL BUT HAS CHRONIC PELVIC PAIN?

13    A.    SOMETHING LIKE THAT, YES.

14    Q.    AND ARE THERE TIMES WHEN YOU PRESCRIBE

15    CONTRACEPTION FOR BOTH PURPOSES, TO PREVENT PREGNANCY

16    BUT ALSO FOR NONPREGNANCY-PREVENTION PURPOSES?

17    A.    YES.

18    Q.    GENERALLY SPEAKING, WHAT TYPES OF CONTRACEPTIVES

19    DO YOU PRESCRIBE TO YOUR PATIENTS?

20    A.    THE CONTRACEPTIVES THAT I USE MOST REGULARLY

21    INCLUDE THE ORAL CONTRACEPTIVE PILL AND THE MIRENA

22    INTRAUTERINE DEVICE.

23    Q.    I WOULD LIKE TO ASK YOU ABOUT YOUR EXPERIENCE IN

24    PRESCRIBING CONTRACEPTIVES TO YOUR PATIENTS.

25    DO YOU HAVE EXPERIENCE PRESCRIBING

1    CONTRACEPTIVES TO YOUR PATIENTS BEFORE THE AFFORDABLE

2    CARE ACT AND ITS CONTRACEPTIVE MANDATE WERE THE LAW?

3    A.      YES.

4    Q.      HAVE YOU ALSO PRESCRIBED CONTRACEPTIVES TO

5    PATIENTS SINCE THE AFFORDABLE CARE ACT AND ITS

6    CONTRACEPTIVE MANDATE BECAME THE LAW?

7    A.      YES.

8    Q.      SO YOU HAVE EXPERIENCE IN BOTH WORLDS, PRE-ACA

9    AND POST?

10   A.      YES, I DO.

11   Q.      HAVE YOU SEEN ANY DIFFERENCES IN YOUR PRACTICE

12   OF PRESCRIBING CONTRACEPTIVES TO PATIENTS DURING THESE

13   TWO TIME PERIODS?

14   A.      I HAVE EXPERIENCED THAT, YES.

15   Q.      AND CAN YOU DESCRIBE FIRST, WHAT IT WAS LIKE

16   PRESCRIBING CONTRACEPTIVES BEFORE THE CONTRACEPTIVE

17   MANDATE WAS IN PLACE?

18   A.      SO PRIOR TO THE MANDATE, THERE WAS FAR LESS

19   CERTAINTY ABOUT PATIENT ABILITY TO ACCESS SOME OF THESE

20   TREATMENTS FOR THE STATED PURPOSES WE DISCUSSED, DUE TO

21   CONCERN ABOUT AFFORDABILITY AND COVERAGE AND WHETHER

22   PATIENTS WOULD BE ABLE TO GET ACCESS ON THAT BASIS.

23   Q.      SO AM I CORRECT THAT AS A DOCTOR, YOU WOULD

24   ACCESS THE PATIENTS' NEEDS --

25   A.      YES.

1    Q.        -- MEDICAL NEEDS, AND THEN YOU WOULD PRESCRIBE

2    THE BEST MEDICATION FOR THEM AND THEIR CONDITION; IS

3    THAT RIGHT?

4    A.        THAT'S CORRECT.

5                    MS. KADE:  OBJECTION, LEADING.

6                    THE COURT:  SUSTAINED.  ASK THE QUESTION

7    AGAIN.

8    BY MR. GOLDMAN:

9    Q.        HOW WOULD YOU -- HOW DO YOU CHOOSE WHICH KIND OF

10   PRESCRIPTION TO PRESCRIBE TO PATIENTS?

11   A.        SO I PERFORM A THOROUGH AND COMPREHENSIVE

12   EVALUATION OF THE PATIENT'S SYMPTOMS AND THE

13   UNDERPINNINGS FOR THEIR CONDITION.  I CONSIDER THE

14   INDIVIDUAL CHARACTERISTICS OF THE PATIENT IN TERMS OF

15   PRIOR ASSESSMENTS, PRIOR TREATMENTS, WHAT HAS WORKED,

16   WHAT HAS NOT WORKED, AND ANY SPECIFIC RISK THEY MAY HAVE

17   FOR ANY MEDICAL TREATMENT THAT I MAY OFFER.

18                    AND I INDIVIDUALIZE THE CARE FOR THEIR

19   PARTICULAR UNIQUE SET OF DIAGNOSES AND NEEDS, MAKING THE

20   BEST DECISION THAT I CAN IN CONSULTATION WITH THE

21   PATIENT.

22   Q.        PRE-ACA, ONCE YOU DO YOUR ANALYSIS AND YOU MAKE

23   YOUR PRESCRIPTION OF THE BEST MEDICATION FOR A PATIENT,

24   WERE PATIENTS ALWAYS FILLING IT?

25   A.        NOT ALWAYS.

1    Q.        WERE THERE TIMES WHEN THEY WOULD COME BACK TO

2    YOU AND ASK YOU FOR A DIFFERENT PRESCRIPTION OR NO

3    PRESCRIPTION?

4                    MS. KADE:  OBJECTION, LEADING.

5                    THE COURT:  SUSTAINED.  REASK THE

6    QUESTION IN A NONLEADING WAY.

7    BY MR. GOLDMAN:

8    Q.        WHEN PATIENTS WOULD NOT FILL THE PRESCRIPTION

9    YOU GAVE THEM, WHAT WOULD HAPPEN?

10   A.        WE WOULD -- I WOULD TRY TO GET AN UNDERSTANDING

11   OF THE LACK OF COMPLIANCE FROM MY PERSPECTIVE OF NOT

12   TAKING OR FILLING THE PRESCRIPTION, AND IN GETTING TO

13   THE BOTTOM OF THIS, FOR MANY PATIENTS IT HAD TO DO WITH

14   SIGNIFICANT COSTS AND INAFFORDABILITY OF THOSE

15   TREATMENTS.

16   Q.        AND DID THAT REASONING TAKE PLACE WHEN YOU

17   PRESCRIBED ORAL BIRTH CONTROL PILLS?

18   A.        IN SOME CASES, YES.

19   Q.        CAN YOU ESTIMATE ROUGHLY WHAT PERCENTAGE OF YOUR

20   PATIENTS WOULD REFUSE A PRESCRIPTION FOR ORAL BIRTH

21   CONTROL PILLS PRE-ACA?

22   A.        IN MY EXPERIENCE DURING THAT TIME, MY ESTIMATE

23   WOULD BE ROUGHLY 10 TO 20 PERCENT OF PATIENTS WOULD HAVE

24   A FINANCIAL BARRIER TO THOSE TYPES OF PRESCRIPTIONS.

25   Q.        AND HOW ABOUT WHEN YOU WOULD PRESCRIBE AFTER

1    YOUR ANALYSIS IUD'S, WHAT WAS THE PERCENTAGE OF YOUR

2    PATIENTS WHO WOULD REJECT THAT PRESCRIPTION?

3    A.    IT WAS APPROXIMATELY AT LEAST 30 PERCENT.

4    Q.    IS THAT BECAUSE IUDS ARE MORE EXPENSIVE THAN

5    BIRTH CONTROL PILLS?

6    A.    IT HAS TO DO WITH THE COSTS, TOTAL COSTS AROUND

7    THE IUD DEVICE AND THE INSERTION, WHICH HAS A

8    SIGNIFICANT ONE-TIME UP-FRONT COST WHICH, WHEN COMPARED

9    TO THE INTERVAL COST OF THE BIRTH CONTROL PILL, IS

10   SIGNIFICANTLY GREATER.  BUT BECAUSE THE IUD THAT I

11   PRESCRIBE REGULARLY, THE MIRENA, LASTS FOR FIVE YEARS,

12   WHEN YOU EXTEND THAT ONE-TIME COST OVER FIVE YEARS, IT

13   ACTUALLY ENDS UP BECOMING LESS EXPENSIVE, ESPECIALLY IF

14   YOU COMPARE IT TO SOME PREPARATIONS WHERE THERE IS A

15   MONTHLY COST THAT, OVER TIME, CAN BE SIGNIFICANTLY

16   ADDITIVE.

17   Q.    SO I WOULD LIKE TO DIG INTO THAT JUST A LITTLE

18   BIT MORE.

19         YOU SAID THAT A MIRENA LASTS FIVE YEARS?

20   A.    YES.

21   Q.    AND WHAT IS THE UP-FRONT COST?

22   A.    ALL FEES, THE DEVICE AND THE INSERTION, CAN BE

23   ANYWHERE FROM ABOUT 800 TO $1,000.

24   Q.    AND AFTER THE DEVICE IS PURCHASED AND INSERTED

25   FOR 800 TO $1,000, ARE THERE ANY FURTHER COSTS OVER THE

1    FIVE-YEAR LIFE OF THE MIRENA IUD?

2    A.      IF THE PATIENT HAS NO ISSUES AND DECIDES TO KEEP

3    THE DEVICE IN PLACE FOR FIVE YEARS, THERE ARE NO

4    ADDITIONAL COSTS.

5    Q.      BY CONTRAST, THE ORAL BIRTH CONTROL PILL, YOU

6    HAD SAID THAT IS A MONTHLY PRESCRIPTION?

7    A.      YES.

8    Q.      ROUGHLY HOW MUCH DOES THAT COST?

9    A.      IT DEPENDS, OBVIOUSLY, ON THE PREPARATION.  YOU

10   KNOW, THERE ARE SOME PATIENTS WHO CAN PAY ON AVERAGE $30

11   PER MONTH OR MORE FOR A MONTHLY PRESCRIPTION.  SO YOU

12   CAN SEE HOW OVER TIME THE NUMBERS CAN CHANGE.

13   Q.      SO ROUGHLY -- $30 A MONTH IS ROUGHLY, ROUGHLY

14   $360 A YEAR?

15   A.      YES.

16   Q.      AND THEN OVER FIVE YEARS, WHICH IS THE TERM OF

17   THE MIRENA IUD, IT WOULD COST ROUGHLY FIVE TIMES THAT?

18   A.      YES.

19   Q.      AND THAT IS ROUGHLY $1,800, IS THAT CORRECT?

20   A.      YES.

21   Q.      SO WHICH OF THOSE DEVICES IS MORE EFFECTIVE, OR

22   PRESCRIPTION IS MORE EFFECTIVE?

23   A.      THE INTRAUTERINE DEVICE IS A MORE EFFECTIVE

24   CONTRACEPTIVE AND CAN BE MORE EFFECTIVE IN TERMS OF

25   MANAGING HEAVY MENSTRUAL PERIODS FOR SOME WOMEN COMPARED

1    HEAD TO HEAD TO THE BIRTH CONTROL PILL.

2    Q.      AM I CORRECT THEN TO UNDERSTAND YOU CORRECTLY

3    THAT BECAUSE OF THE COST, WOMEN END UP PAYING MORE MONEY

4    FOR LESS GOOD CARE?

5    A.      THAT IS POTENTIALLY THE CASES FOR SOME WOMEN,

6    YES.

7                  MR. GOLDMAN:  COURT'S INDULGENCE, YOUR

8    HONOR.

9                  (PAUSE.)

10   BY MR. GOLDMAN:

11   Q.      WHEN YOU -- STRIKE THAT.

12                  SO ALL THAT WAS BEFORE THE ACA.  AFTER

13   THE ACA AND THE CONTRACEPTIVE MANDATE WENT INTO EFFECT,

14   DID ANYTHING CHANGE?

15   A.      YES.  SIGNIFICANT NOTABLE CHANGE IN MY OWN

16   PRACTICE I CAN SPEAK TO WITH THE MOST AUTHORITY IN

17   ACCESS TO THE IUD BASED ON AFFORDABILITY OF THE IUD.

18   Q.      AFTER THE ACA, HOW OFTEN DID YOUR PATIENTS PUSH

19   BACK ON YOUR PRESCRIPTIONS TO THEM?

20   A.      FOR BOTH FORMS OR FOR EITHER?

21   Q.      EITHER.

22   A.      OKAY.  FAR LESS.  I CAN, YOU KNOW, TRY TO GIVE

23   YOU A NUMBER IN TERMS OF THE ESTIMATE, BUT I'M VERY

24   HARD-PRESSED TO THINK OF A PATIENT THAT I HAVE MANAGED

25   IN RECENT MEMORY FOR WHOM I HAVE RECOMMENDED A MIRENA

1    IUD WHO HAS HAD DIFFICULTY ACQUIRING IT.

2    Q.      LET ME MAKE SURE I UNDERSTAND THAT.  SINCE THE

3    ACA WENT INTO EFFECT, YOU CANNOT THINK OF A SINGLE

4    PATIENT WHO HAS REJECTED YOUR PRESCRIPTION OF A MIRENA

5    IUD?

6    A.      I CAN'T THINK OF ONE THAT EASILY COMES TO

7    MEMORY.

8    Q.      AND BEFORE THE ACA, ROUGHLY 30 PERCENT WERE

9    REJECTING THE MIRENA?

10    A.      YES.

11    Q.      DO YOU TREAT PATIENTS FOR WHOM IT IS DANGEROUS

12    TO GET PREGNANT?

13    A.      I DO.

14    Q.      WHAT HAPPENS TO THEM IF THEY GET PREGNANT

15    ANYWAY?

16    A.      WELL, THERE ARE A VARIETY OF DISORDERS FOR WHICH

17    PREGNANCY CAN BE INCREDIBLY COMPLICATED IF YOU GO INTO

18    PREGNANCY WITH THOSE DISORDERS.  THEY CAN BECOME MORE

19    SEVERE AND POTENTIALLY LIFE-THREATENING TO A WOMAN WHO

20    BECOMES PREGNANT IF SHE CARRIES THAT DISORDER INTO

21    PREGNANCY.

22    Q.      I WOULD LIKE TO TURN YOUR ATTENTION TO THE

23    RULES, AND THEY ARE -- I DON'T THINK WE HAVE TO GO

24    THROUGH THEM SPECIFICALLY, BUT IF YOU'D LIKE TO LOOK AT

25    THEM, THEY ARE IN YOUR EXHIBIT BINDER.  THE RELIGIOUS

```
 1    EXEMPTION RULE IS MARKED AS EXHIBIT 1 AND THE MORAL

 2    EXEMPTION RULE I BELIEVE IS EXHIBIT 2.

 3                 ARE YOU GENERALLY FAMILIAR WITH THESE NEW

 4    RULES THAT ARE AT ISSUE IN THIS PROCEEDING?

 5    A.      YES.

 6    Q.      AND I KNOW IT'S A LONG DOCUMENT, BUT HAVE YOU

 7    READ THE RELIGIOUS EXEMPTION RULE?

 8    A.      I HAVE.

 9    Q.      AND DO YOU BELIEVE YOU UNDERSTAND THAT RULE

10    INSOFAR AS IT WOULD AFFECT PATIENTS LIKE THE ONES YOU

11    TREAT IN PENNSYLVANIA?

12    A.      I BELIEVE I DO.

13    Q.      AND THE MORAL EXEMPTION RULE IS SIMILARLY LONG,

14    BUT HAVE YOU READ IT?

15    A.      YES.

16    Q.      DO YOU BELIEVE YOU UNDERSTAND IT AND CAN

17    UNDERSTAND THE IMPACT IT MIGHT HAVE ON THE PATIENTS YOU

18    TREAT?

19    A.      I DO.

20    Q.      IN YOUR CAPACITY AS AN EXPERT IN WOMEN'S

21    REPRODUCTIVE HEALTH, DO YOU HAVE AN OPINION TO A

22    REASONABLE DEGREE OF CERTAINTY AS TO WHETHER THESE SAME

23    RULES WOULD AFFECT THE REPRODUCTIVE HEALTH OF WOMEN IN

24    PENNSYLVANIA.

25                 MS. KADE:  OBJECTION, YOUR HONOR.  THIS
```

1    GOES BEYOND THE SCOPE OF HER EXPERTISE.  WE ARE NOW

2    GETTING INTO STATISTICS.

3                THE COURT:  THAT WAS THE BASIS OF YOUR

4    OBJECTION, ESSENTIALLY.  THE OBJECTION THAT YOU LODGED

5    AT BEGINNING INCORPORATES, I THINK, THE OBJECTION YOU

6    ARE MAKING NOW.

7                MS. KADE:  WELL, MY CURRENT OBJECTION IS

8    TO HIS CURRENT QUESTION AND WHAT HE IS ASKING FOR, WHICH

9    IS A STATISTICAL QUESTION ASKING FOR A STATISTICAL

10    ANSWER, AND SHE HAS NOT BEEN QUALIFIED AS THAT TYPE OF

11    AN EXPERT, YOUR HONOR.

12                THE COURT:  SUSTAINED.

13                MR. GOLDMAN:  IF I MAY RESPOND TO THAT,

14    YOUR HONOR, I DON'T ACTUALLY THINK THAT IS WHAT I'M

15    ASKING FOR.

16                THE COURT:  THAT IS -- OKAY.  SO WHY

17    DON'T YOU ASK THE QUESTION AGAIN SO THAT WE CAN MAKE

18    SURE IT IS NOT WHAT YOU --

19                MR. GOLDMAN:  SURE.

20    BY MR. GOLDMAN:

21    Q.      YOU'VE TESTIFIED BASED ON YOUR EXPERIENCE THAT

22    BEFORE THE AFFORDABLE CARE ACT WOMEN WERE NOT UNIFORMLY

23    ACCEPTING YOUR PRESCRIPTION CARE, CORRECT?

24    A.      CORRECT.

25    Q.      AND THEN YOU ALSO TESTIFIED THAT AFTER THE

1    AFFORDABLE CARE ACT, THAT YOU CAN'T RECALL A SINGLE

2    PATIENT WHO HAS REFUSED A PRESCRIPTION FOR AN IUD,

3    CORRECT?

4    A.    BASED ON -- BASED ON AFFORDABILITY ISSUES, YES.

5    Q.    AND I BELIEVE YOU TESTIFIED THAT THE BASIS FOR

6    THE CHANGES THAT -- POST-ACA CONTRACEPTIVE MANDATE, YOUR

7    PATIENTS HAVE COVERAGE SO THEY DON'T HAVE TO PAY OUT OF

8    POCKET FOR THESE PRESCRIPTIONS, CORRECT?

9    A.    YES.

10   Q.    UNDER THE RULES AS YOU UNDERSTAND THEM, DO YOU

11   BELIEVE THE RULES WILL CHANGE THE NUMBER OF WOMEN IN

12   PENNSYLVANIA WHO HAVE CONTRACEPTIVE CARE COVERAGE?

13          MS. KADE:  OBJECTION, YOUR HONOR.  AGAIN,

14   SINCE SHE HAS NO PERSONAL KNOWLEDGE OF ANY OF HER

15   PATIENTS THAT ARE AFFECTED BY THE NEW RULES, THIS IS

16   ASKING FOR STATISTICAL PREDICTION.

17          THE COURT:  IF YOU CAN ANSWER THE

18   QUESTION WITHOUT A STATISTICAL PREDICTION, YOU ARE FREE

19   TO ANSWER.

20          THE WITNESS:  I CAN ANSWER THIS QUESTION

21   SPEAKING TO MY EXPERIENCE OVER 12 YEARS OF PRACTICING

22   WOMEN'S HEALTH IN MY CURRENT POSITION AND MY EXPERIENCE

23   OF MORE DIFFICULT ACCESS AND UTILIZATION PRIOR TO THE

24   MANDATE, AND MY SENSE THAT ANY THREAT TO ACCESS BASED ON

25   RULES SUCH AS THESE MAY CHALLENGE THAT ACCESS AGAIN IN

1    WAYS THAT I PERSONALLY HAVE EXPERIENCE WITH IN MY

2    PATIENT POPULATION.

3    BY MR. GOLDMAN:

4    Q.      SO BASED ON THAT EXPERIENCE THAT YOU DESCRIBED,

5    DO YOU HAVE AN OPINION AS TO THE RULES WHICH ALLOW MORE

6    EXEMPTIONS TO THE MANDATORY COVERAGE, WHAT EFFECT THEY

7    WOULD HAVE ON WOMEN IN PENNSYLVANIA?

8                    MS. KADE:  SAME OBJECTION, YOUR HONOR.

9    TO THE EXTENT THAT SHE IS BEING ASKED TO PROVIDE HER

10   SENSE OF WHAT MIGHT HAPPEN NOT BASED ON ANY ACTUAL WOMEN

11   IN PENNSYLVANIA THAT SHE KNOWS ABOUT, IS OUTSIDE THE

12   SCOPE OF HER EXPERTISE.

13                   THE COURT:  OVERRULED.

14                   YOU CAN ANSWER.

15                   THE WITNESS:  SO I JUST WANT TO MAKE SURE

16   I UNDERSTAND THE QUESTION ONE MORE TIME.  SPEAK TO THE

17   CONSEQUENCES OF THE EXEMPTIONS?

18   BY MR. GOLDMAN:

19   Q.      SURE.  THE RULES WHICH CREATE EXEMPTIONS TO

20   CARE, WHAT EFFECT IF ANY DO YOU BELIEVE THEY WILL HAVE

21   ON WOMEN IN PENNSYLVANIA?

22   A.      MY SENSE IS THAT IT WILL MAKE AN IMPACT

23   NEGATIVELY ON THE ABILITY OF WOMEN TO ACCESS THESE

24   TREATMENTS, AND IN SO DOING LIMIT OUR ABILITY TO TREAT

25   THE TYPES OF DISORDERS THAT I HAVE DISCUSSED WHICH

1    WILL -- COULD INCREASE PAIN AND SUFFERING FOR WOMEN WHO

2    HAVE THOSE DISORDERS, WORSENING OF SOME OF THE SERIOUS

3    MEDICAL CONSEQUENCES OF THOSE DISORDERS, AND RESULT IN

4    UNINTENDED PREGNANCIES IN GENERAL.  AND TO THE EXTENT

5    THAT SOME OF THOSE UNINTENDED PREGNANCIES ARE IN WOMEN

6    WITH VERY SERIOUS MEDICAL DISORDERS FOR WHOM PREGNANCY

7    MAY BE CONTRA -- EXCUSE ME, PREGNANCY MAY BE RELATIVELY

8    OR ABSOLUTELY CONTRAINDICATED, THAT CAN INCREASE RISKS

9    IN A LIFE-THREATENING WAY FOR SOME WOMEN.

10    Q.    PATIENTS MAY DIE?

11    A.    YES.

12    Q.    DOES THAT OPINION HOLD, IF YOU HAVE ONE, FOR

13    WOMEN OUTSIDE OF PENNSYLVANIA AS WELL BECAUSE OF THE

14    RULES?

15            MS. KADE:  YOUR HONOR, WE ARE SO FAR

16    OUTSIDE THIS WITNESS' EXPERTISE, WE CONTINUE TO OBJECT

17    TO THIS LINE OF QUESTIONING.

18            THE COURT:  SUSTAINED.

19            MR. GOLDMAN:  NOTHING FURTHER.

20            THE COURT:  YOUR WITNESS.

21            MS. KADE:  THANK YOU, YOUR HONOR.

22                    CROSS-EXAMINATION

23    BY MS. KADE:

24    Q.    GOOD MORNING, DR. BUTTS.

25    A.    GOOD MORNING.

1    Q.      MY NAME IS ELIZABETH KADE.

2    A.      HELLO.

3    Q.      FIRST, WHAT DOCUMENTS DID YOU REVIEW IN ORDER TO

4    PREPARE YOUR DECLARATION?

5    A.      TO PREPARE THE DECLARATION I REVIEWED MY OWN

6    CURRICULUM VITAE.  THAT WAS THE PRIMARY DOCUMENT THAT I

7    REVIEWED AND -- PRIMARILY, YES.

8    Q.      WAS THERE ANYTHING ELSE YOU CAN REMEMBER RIGHT

9    NOW?

10   A.      OFF THE TOP OF MY HEAD, NO OTHER DOCUMENTS.

11   Q.      WHO DID YOU MEET WITH IN ORDER TO PREPARE YOUR

12   DECLARATION?

13   A.      I MET WITH COUNSEL SITTING BEFORE ME FROM THE

14   ATTORNEY GENERAL'S OFFICE TO DISCUSS PROCESS AND THE

15   DECLARATION.

16   Q.      ANYBODY ELSE?

17   A.      NO.

18   Q.      TURNING TO YOUR DECLARATION, YOU HAVE TESTIFIED

19   IN PARAGRAPH 53 OF YOUR DECLARATION THAT --

20            THE COURT:  CAN YOU JUST TELL ME WHAT TAB

21   THAT IS AGAIN?

22            MS. KADE:  SURE, I BELIEVE IT IS TAB 8.

23            THE COURT:  I SEE IT.  8, YES.

24   BY MS. KADE:

25   Q.      I'M AT PARAGRAPH 53, WHICH IS PAGE 9 OF 35 AT

1    THE TOP, IF THAT IS HELPFUL, AND PAGE 8 AT THE BOTTOM?

2    A.    OKAY.

3    Q.    SO YOU HAVE TESTIFIED THAT AS A RESULT OF THE

4    RULES, SOME WOMEN WILL LOSE COVERAGE, INSURANCE

5    COVERAGE, FOR PREVENTIVE CONTRACEPTIVE CARE, CORRECT?

6    A.    YES.

7    Q.    DO YOU KNOW HOW MANY RELIGIOUS EMPLOYERS ARE

8    CURRENTLY PROTECTED BY INJUNCTION?

9    A.    I DO NOT.

10   Q.    DO YOU KNOW THAT THOSE EMPLOYERS THAT HAVE

11   INJUNCTIONS ARE NOT CURRENTLY PROVIDING CONTRACEPTIVE

12   COVERAGE?

13   A.    I DO NOT.

14   Q.    ARE YOU AWARE OF THE 2016 ZUBIK INJUNCTION?

15   A.    I'M NOT AWARE OF THAT INJUNCTION.

16   Q.    DO YOU KNOW THAT ENTITIES PROTECTED BY THAT

17   INJUNCTION ARE NOT CURRENTLY PROVIDING CONTRACEPTIVE

18   COVERAGE THEN?

19   A.    AGAIN, NOT FAMILIAR WITH THAT CASE.

20   Q.    DO YOU KNOW THAT THERE WERE EXEMPTIONS TO THE

21   MANDATE BEFORE THE NEW RULE WENT INTO EFFECT?

22   A.    CAN YOU REPHRASE THAT QUESTION?

23   Q.    ARE YOU AWARE THAT EVEN BEFORE THE NEW RULES

24   WENT INTO EFFECT, CERTAIN EMPLOYERS WERE NOT REQUIRED TO

25   PROVIDE CONTRACEPTIVE COVERAGE PURSUANT TO THE MANDATE

1    BECAUSE THEY FELL UNDER ANY ONE OF A NUMBER OF

2    EXEMPTIONS, LIKE THEY WERE A GRANDFATHERED PLAN, THEY

3    WERE A CHURCH PLAN, SOMETHING LIKE THAT?

4    A.        I AM AWARE OF THAT PHENOMENON TO AN EXTENT.

5    Q.        NONE OF YOUR PATIENTS HAS HAD TO ASK FOR A

6    CHEAPER FORM OF CONTRACEPTION SINCE THE MANDATE WENT

7    INTO EFFECT?

8    A.        I'M NOT SURE THAT THAT IS WHAT I TESTIFIED.

9              MY TESTIMONY WAS THAT SINCE THE MANDATE

10   WENT INTO EFFECT, THERE HAS BEEN OVERALL MUCH BROADENED

11   ACCESS AND FAR LESS PUSHBACK AGAINST ACCESSING THESE

12   TREATMENTS BASED PURELY ON AFFORDABILITY.

13   Q.        SO SOME OF YOUR PATIENTS HAVE STILL ASKED FOR A

14   CHEAPER FORM OF CONTRACEPTION SINCE THE MANDATE WENT

15   INTO EFFECT?

16   A.        I CAN RECALL SOME, BASED ON SOME OF THE

17   INDIVIDUAL VARIATION IN COVERAGE IN TERMS OF GENERIC

18   FORMS OF THE BIRTH CONTROL PILL OR VERSUS BRAND NAMES,

19   BUT IN GENERAL AND ON BALANCE, THIS HAS BEEN FAR LESS OF

20   A PROBLEM POST MANDATE THAN PRE MANDATE.

21   Q.        SO POST MANDATE, IN A POST MANDATE WORLD, WERE

22   ANY OF THE PATIENTS THAT YOU HAD THAT WERE PUSHING BACK

23   ON COST CONCERNS, WERE ANY OF THEM CONCERNED ABOUT THIS

24   BECAUSE OF A DIFFERENCE IN CONTRACEPTIVE COVERAGE FROM

25   THEIR INSURANCE BECAUSE OF AN EXEMPTION?

1    A.        I DON'T THINK WE HAD THAT LEVEL OF CONVERSATION,

2    AND I CAN'T -- I COULD NOT SPEAK TO THAT SPECIFICALLY.

3    Q.        SO YOU ALSO WOULD NOT KNOW IF ANY OF THEM WERE

4    CONCERNED BECAUSE THEIR EMPLOYER WAS SUBJECT TO AN

5    INJUNCTION?

6    A.        I HAVE -- I DO NOT KNOW.

7    Q.        DR. BUTTS, CAN YOU IDENTIFY A SINGLE WOMAN IN

8    PENNSYLVANIA WHO HAS LOST CONTRACEPTIVE COVERAGE AS A

9    RESULT OF THE NEW RULES?

10    A.        AS A RESULT OF THE NEW RULES.  I CANNOT IDENTIFY

11    A SPECIFIC INDIVIDUAL PERSON AT THIS MOMENT.

12    Q.        AND CAN YOU IDENTIFY A SINGLE WOMAN IN THE

13    UNITED STATES WHO HAS LOST COVERAGE AS A RESULT OF THE

14    NEW RULES?

15    A.        NOT AT THIS MOMENT, NO.

16    Q.        SO JUST LOOKING BACK AT YOUR DECLARATION,

17    LOOKING AT PARAGRAPH 54 OF YOUR DECLARATION, YOU CANNOT

18    IDENTIFY A SINGLE WOMAN IN PENNSYLVANIA WHOSE COST OF

19    CONTRACEPTIVE CARE WILL RISE AS A RESULT OF THE RULES,

20    RIGHT?

21    A.        NOT A SPECIFIC INDIVIDUAL PERSON AT THIS

22    MOVEMENT IN TIME, NO.

23    Q.        AND LOOKING AT PARAGRAPH 55, YOU CANNOT IDENTIFY

24    A SINGLE WOMAN IN PENNSYLVANIA WHO WILL HAVE THIS

25    BARRIER TO WOMEN'S ACCESS TO AND USE OF THE

1    CONTRACEPTIVE THAT IS MEDICALLY RECOMMENDED FOR THEM?

2    A.      WELL, I CAN'T IDENTIFY AT THIS MOMENT, BUT I

3    THINK CERTAINLY A CONCERN AS A PROVIDER IS THE

4    POTENTIALLY EXPANDING NATURE OF THESE BARRIERS.  SO THE

5    REASON THAT I CAN'T IDENTIFY SOMEBODY TODAY DOES NOT

6    MEAN THAT IT MAY NOT BE APPLICABLE TO FUTURE PATIENTS.

7    Q.      BUT AGAIN, SITTING HERE TODAY, YOU CAN'T

8    IDENTIFY A SINGLE WOMAN IN PENNSYLVANIA WHO HAS LOST

9    COVERAGE AS A RESULT OF THE NEW RULES, RIGHT?

10   A.      NOT AT THIS MOMENT.

11   Q.      AND SO ALL OF THE HARMS THAT YOU DESCRIBE IN

12   PARAGRAPHS 54 THROUGH 58 OF YOUR DECLARATION, YOU CANNOT

13   IDENTIFY A SINGLE WOMAN IN PENNSYLVANIA WHO WILL SUFFER

14   THOSE HARMS, CORRECT?

15   A.      AS I SAID BEFORE --

16            MR. GOLDMAN:  OBJECTION, YOUR HONOR.  THE

17   QUESTION IS A QUESTION ABOUT WHETHER THE DOCTOR CAN

18   IDENTIFY SOMETHING THAT HAS NOT HAPPENED YET.  IT'S

19   IMPOSSIBLE TO ANSWER.

20            THE COURT:  SUSTAINED.

21   BY MS. KADE:

22   Q.      DR. BUTTS, FOR ALL OF THE HARMS THAT YOU LIST IN

23   PARAGRAPHS 54 THROUGH 58, YOU CANNOT IDENTIFY A SINGLE

24   WOMAN IN PENNSYLVANIA WHO HAS CURRENTLY SUFFERED ANY OF

25   THOSE HARMS, CORRECT?

1    A.        I'M JUST LOOKING AT THE DOCUMENT AS I CONSIDER

2    MY ANSWER TO YOUR QUESTION.

3                        MR. GOLDMAN:  OBJECTION, YOUR HONOR.

4    SORRY IT'S LATE, BUT IT'S VAGUE BECAUSE IT'S NOT CLEAR

5    IF COUNSEL IS ASKING AS A RESULT OF THE RULES OR IN

6    GENERAL PEOPLE HAVE SUFFERED THOSE CONSEQUENCES.

7                        THE COURT:  WELL, THE PROBLEM IS IT'S

8    COMPOUND.  IF ALL OF THE AREAS LISTED IN PARAGRAPH 53,

9    54 THROUGH 58 -- THAT IS A LOT OF AREAS.

10                       MS. KADE:  I'M HAPPY TO WALK THROUGH THEM

11   INDIVIDUALLY, YOUR HONOR.

12                       THE COURT:  GO AHEAD.

13                       MS. KADE:  OKAY.

14   BY MS. KADE:

15   Q.        OKAY.  SO LOOKING AT PARAGRAPH 54, YOU CAN'T

16   IDENTIFY A SINGLE WOMAN IN PENNSYLVANIA WHOSE COSTS FOR

17   CONTRACEPTIVE CARE HAS RISEN, CORRECT?

18                       MR. GOLDMAN:  OBJECTION.  AGAIN, HAS

19   RISEN AT ALL OR AS A RESULT OF ANYTHING ELSE?

20                       MS. KADE:  AS A RESULT OF THE NEW RULES,

21   CORRECT?

22                       THE WITNESS:  NO.

23   BY MS. KADE:

24   Q.        AND IN PARAGRAPH 55, YOU CANNOT IDENTIFY A

25   SINGLE WOMAN IN PENNSYLVANIA WHO HAS HAD A BARRIER TO

1    WOMEN'S ACCESS TO AND USE OF CONTRACEPTIVES THAT IS

2    MEDICALLY RECOMMENDED FOR THEM AS A RESULT OF THE NEW

3    RULES, CORRECT?

4    A.      NO.

5    Q.      AND IN PARAGRAPH 56, YOU CANNOT IDENTIFY A

6    SINGLE WOMAN IN PENNSYLVANIA WHO HAS FACED FINANCIAL

7    HARM OR HAS FACED MEDICAL HARM AS A RESULT OF THE NEW

8    RULES, CORRECT?

9    A.      NO.

10   Q.      AND IN PARAGRAPH 57, YOU CAN'T IDENTIFY A SINGLE

11   WOMAN IN PENNSYLVANIA WHO HAS HAD DISRUPTIONS OF THEIR

12   MEDICAL TREATMENT AS A RESULT OF THE NEW RULES, CORRECT?

13   A.      CORRECT.

14   Q.      AND IN PARAGRAPH 58, YOU CANNOT IDENTIFY A

15   SINGLE WOMAN IN PENNSYLVANIA WHO HAS FACED UNINTENDED

16   PREGNANCY AND OTHER ADVERSE MEDICAL CONSEQUENCES AS A

17   RESULT OF THESE NEW RULES, CORRECT?

18   A.      CORRECT.

19   Q.      SO ZOOMING OUT A LITTLE BIT TO CONTRACEPTIVES IN

20   GENERAL, CONTRACEPTIVES ARE USED BY BOTH MEN AND WOMEN,

21   CORRECT?

22   A.      YES.

23   Q.      ARE YOU AWARE THAT SOME EMPLOYERS ONLY HAVE

24   SINCERE RELIGIOUS OR MORAL OBJECTIONS TO JUST A SUBSET

25   OF THE RANGE OF AVAILABLE BIRTH CONTROL METHODS?

1          MR. GOLDMAN:  OBJECTION, YOUR HONOR.  I

2    DON'T KNOW HOW THE WITNESS WOULD KNOW WHETHER SOMEONE'S

3    OBJECTION IS SINCERE OR NOT.

4          THE COURT:  SUSTAINED.  SUSTAINED.  IT'S

5    ALSO BEYOND THE SCOPE.

6    BY MS. KADE:

7    Q.      DR. BUTTS, THE COST OF PREGNANCIES THAT USE

8    PRENATAL CARE, THOSE ARE TYPICALLY COVERED BY INSURANCE;

9    IS THAT RIGHT?

10   A.      YES.

11   Q.      AND THAT COVERAGE DOES NOT VARY DEPENDING ON

12   WHETHER IT IS AN INTENDED OR UNINTENDED PREGNANCY,

13   RIGHT?

14   A.      WHETHER -- YOU ARE ASKING ME WHETHER INSURANCE

15   COVERAGE VARIES WHETHER THE PERSON INTENDED OR DID NOT

16   INTEND TO BECOME PREGNANT?

17   Q.      CORRECT.

18          MR. GOLDMAN:  JUDGE, IF I MAY OBJECT, I

19   BELIEVE THIS IS BEYOND THE SCOPE OF THE DIRECT.

20          THE COURT:  SUSTAINED.

21          MS. KADE:  IT IS WITHIN THE SCOPE OF HER

22   DECLARATION.  SHE TALKS ABOUT THE COSTS OF UNINTENDED

23   PREGNANCIES.

24          THE COURT:  WHERE IS -- POINT ME TO THAT.

25          MS. KADE:  PARAGRAPH 58:  SOME OF THESE

1    WOMEN WILL FACE UNINTENDED PREGNANCY AND OTHER ADVERSE

2    MEDICAL CONSEQUENCES, AND THE COST OF THESE UNINTENDED

3    PREGNANCIES IS THE BASIS OF --

4              THE COURT:  WAIT, WAIT, STOP.

5              MS. KADE:  I APOLOGIZE.

6              THE COURT:  WHICH PARAGRAPH ARE YOU

7    READING?

8              MS. KADE:  IN PARAGRAPH 58, DR. BUTTS

9    SAYS:  SOME OF THESE WOMEN WILL FACE UNINTENDED

10   PREGNANCIES AND OTHER ADVERSE MEDICAL CONSEQUENCES.

11             THE COURT:  THAT IS ALL IT SAYS.

12             MS. KADE:  AND THE HARM THAT PLAINTIFFS

13   ARE ALLEGING IN THEIR COMPLAINT IS -- THE COST OF

14   UNINTENDED PREGNANCIES IS ONE OF THEIR ALLEGATIONS.

15             THE COURT:  YOUR QUESTION WAS ABOUT

16   INSURANCE COVERAGE.

17             MS. KADE:  MY NEXT QUESTION IS GOING TO

18   BE ABOUT THE COST OF COVERING UNINTENDED PREGNANCIES ARE

19   COVERED BY AN EMPLOYEE'S HEALTH PLAN.  SO IT WOULD NOT

20   BE BORNE BY THE STATE, YOUR HONOR.

21             MR. GOLDMAN:  YOUR HONOR, THIS GOES FAR

22   BEYOND THE DIRECT OR THE DECLARATION.

23             THE COURT:  SUSTAINED.  MOVE ON.

24   BY MS. KADE:

25   Q.    DR. BUTTS, HAVE YOU READ THE RULES THAT ARE AT

1    ISSUE IN THIS CASE IN THEIR ENTIRETY?

2    A.      I HAVE REVIEWED THE RULES, YES.

3    Q.      HAVE YOU READ ALL OF THE EVIDENCE THAT THE RULES

4    RELY UPON?

5    A.      CAN YOU CLARIFY THAT QUESTION?

6    Q.      SO THE RULES CITE DIFFERENT EVIDENCE AND STUDIES

7    THROUGHOUT THE RULES.  HAVE YOU READ ALL OF THOSE

8    STUDIES?

9    A.      NO.

10   Q.      AND YOU HAVE NOT BEEN PRESENTED TO THIS COURT AS

11   AN EXPERT ON INSURANCE MARKETPLACES, RIGHT?

12   A.      NO, I HAVE NOT.

13   Q.      AND YOU HAVE NOT BEEN PRESENTED TO THIS COURT AS

14   AN EXPERT ON THE GOVERNMENT'S DECISION-MAKING PROCESS

15   UNDER THE ADMINISTRATIVE PROCEDURE ACT, RIGHT?

16   A.      NO, I HAVE NOT.

17   Q.      THANK YOU, DR. BUTTS.

18                   MS. KADE:  THANK YOU, YOUR HONOR.

19                   THE WITNESS:  THANK YOU.

20                   THE COURT:  ANY REDIRECT?

21                   MR. GOLDMAN:  YES, YOUR HONOR.

22                      REDIRECT EXAMINATION

23   BY MR. GOLDMAN:

24   Q.      DR. BUTTS, IF -- SINCE THE RULES WENT INTO

25   EXISTENCE, IF A PATIENT CAME TO YOU AND TOLD YOU THAT

1      THEY COULD NOT AFFORD THE PRESCRIPTION YOU GAVE THEM,

2      WOULD YOU NECESSARILY KNOW THAT IT WAS BECAUSE THEY LOST

3      COVERAGE UNDER THE RULES?

4      A.      I WOULD NOT NECESSARILY KNOW THAT WITHOUT A

5      SIGNIFICANT INVESTIGATION INTO THE REASON FOR THE LOSS,

6      WHICH USUALLY INVOLVES SOMEBODY WITH EXPERTISE IN

7      BILLING AND COVERAGE TO HELP WITH THAT INVESTIGATION.

8      Q.      DO YOU KNOW IF A PATIENT WHO CAME TO YOU WOULD

9      EVEN KNOW THAT THE REASON THEIR PRESCRIPTION ALL OF A

10     SUDDEN HAD A CO-PAY WAS BECAUSE OF THESE NEW RULES?

11     A.      I'M NOT SURE THEY WOULD.

12     Q.      YOU AGREED WITH COUNSEL THAT CONTRACEPTIVES ARE

13     USED FOR BOTH MEN AND WOMEN.  ARE PRESCRIPTION

14     CONTRACEPTIVES USED BY BOTH MEN AND WOMEN?

15     A.      NO.  JUST WOMEN.

16     Q.      THE WOMEN WHO -- AGAIN, ONLY IF YOU KNOW, WHO

17     CAME BACK TO YOU POST ACA, OR MAY HAVE, WHO HAD CONCERNS

18     AND HAD TO REJECT THEIR PRESCRIPTIONS, DO YOU KNOW IF

19     THOSE WOMEN WERE PRIVATELY INSURED?

20     A.      POST ACA OR --

21     Q.      YES.

22     A.      POST ACA WITH CONCERNS.  I BELIEVE, AGAIN, TO

23     THE BEST OF MY RECOLLECTION THAT MANY WERE.

24     Q.      DO YOU KNOW THE PERCENT OF WOMEN WHO SUFFER FROM

25     UNINTENDED PREGNANCY IN PENNSYLVANIA?

1    A.        I BELIEVE THAT NUMBER IS 53 PERCENT.

2    Q.        AND DO YOU KNOW IF THAT IS HIGHER OR LOWER THAN

3    THE NATIONAL AVERAGE?

4    A.        ACCORDING TO DATA FROM THE GUTTMACHER INSTITUTE,

5    WHICH IS A CLEARINGHOUSE FOR INFORMATION ABOUT

6    REPRODUCTIVE HEALTH AND PREGNANCY, IT IS HIGHER, AS THE

7    NUMBER IN THE UNITED STATES IS 45 PERCENT.

8    Q.        AND IS THAT INFORMATION AVAILABLE ON THE WEBSITE

9    OF THE GUTTMACHER INSTITUTE?

10    A.        IT IS.

11    Q.        ONE OTHER LAST LINE OF QUESTIONING I JUST WANT

12    TO CLARIFY.

13              COUNSEL ASKED YOU WHAT YOU REVIEWED PRIOR

14    TO YOUR TESTIMONY.  IN ADDITION TO YOUR RÉSUMÉ, DID YOU

15    ALSO REVIEW YOUR PATIENT RECORDS?

16    A.        I REVIEWED MY PATIENT RECORDS IN AN ATTEMPT TO

17    GET AN UNDERSTANDING OF PRACTICE PATTERNS OVER TIME AND

18    FLUCTUATIONS, BASED ON THE NATURE OF THIS CASE.

19    Q.        AND DID YOU LOOK AT THOSE PATIENT RECORDS FOR A

20    TIME PERIOD BEFORE THE AFFORDABLE CARE ACT?

21    A.        I DID.

22    Q.        DID YOU ALSO LOOK AT THE RECORDS FOR AFTER THE

23    AFFORDABLE CARE ACT?

24    A.        I DID.

25    Q.        DID YOU NOTICE ANY TRENDS WITH RESPECT TO WHAT

1    PRESCRIPTIONS PATIENTS WERE FILLING?

2    A.      SO THE DATA THAT I CAN SPEAK TO WITH THE MOST --

3    IN THE MOST DEPTH WOULD PERTAIN TO THE MIRENA IUD.  AND

4    I CAN TELL YOU, IN MY OWN INDIVIDUAL PRACTICE, WHICH I

5    THINK REFLECTS OTHERS, BUT I CERTAINLY CANNOT SPEAK TO

6    ANYONE ELSE'S PRACTICE WITH AS MUCH ACCURACY AS MY OWN,

7    IN MY OWN PRACTICE, PRIOR TO THE ACA AND AFTER, THERE

8    HAS BEEN A FIVEFOLD INCREASE IN THE NUMBER OF MIRENA

9    IUD'S I HAVE INSERTED INTO -- INSERTED IN PATIENTS IN MY

10   PRACTICE.  SO A SIGNIFICANTLY ELEVATED INCREASE OVER

11   TIME.

12   Q.      SO PRE AND POST ACA, THE NUMBER OF PATIENTS WHO

13   HAVE HAD A MIRENA IUD IMPLANTED INCREASED FIVE TIMES?

14   A.      YES, IN MY PRACTICE.

15   Q.      AND HAVE YOUR PRESCRIBING PRACTICES CHANGED

16   SIGNIFICANTLY OVER THOSE YEARS?

17   A.      MY MANAGEMENT OF THE CONDITIONS FOR WHICH I

18   UTILIZE THIS TREATMENT HAS NOT CHANGED, NOR HAS THE

19   EVIDENCE SUPPORTING THE USE OF A MIRENA IUD FOR THESE

20   TREATMENTS.  THE BULK OF THE EVIDENCE SUPPORTING THIS AS

21   AN EXCELLENT AND OUTSTANDING TREATMENT FOR CHRONIC

22   PELVIC PAIN AND HAVING MENSTRUAL BLEEDING WAS WELL

23   ESTABLISHED PRIOR TO THE MANDATE.  SO MY PRACTICE

24   APPROACH AND THE EVIDENCE WERE ESTABLISHED WELL BEFORE

25   THE MANDATE.

1    Q.      SO TO WHAT DO YOU ATTRIBUTE THIS FIVEFOLD

2    INCREASE IN YOUR PATIENTS WHO ARE NOW USING MIRENA IUD'S

3    MORE EFFECTIVE FORM OF BIRTH CONTROL SINCE THE ACA WENT

4    INTO EFFECT?

5    A.      OF COURSE, IT CAN BE MULTIFACTORIAL.  I THINK

6    ONE OF THE FACTORS THAT WE HAVE TO CONSIDER AS

7    INCREDIBLY INFLUENTIAL IS THE ACCESS GRANTED TO WOMEN TO

8    UTILIZE THIS TREATMENT AS A BYPRODUCT OF THE MANDATE.

9    Q.      COST?

10    A.      YES.  SIGNIFICANT REDUCTION, ELIMINATION OF

11    COSTS SUCH THAT WOMEN CAN NOW GET ACCESS TO SOMETHING

12    THAT I HAVE ALWAYS HAD IN MY MIND TO UTILIZE FOR THEIR

13    CARE, JUST HAVE A GREATER ABILITY TO DO SO.

14    Q.      DO YOU KNOW IF THAT IS THE PRIMARY REASON FOR

15    THE FIVEFOLD INCREASE, DO YOU KNOW?

16    A.      I MEAN, AGAIN, I THINK IT IS CERTAINLY

17    MULTIFACTORIAL, BUT IN MY OPINION, BASED ON THE THINGS I

18    MENTIONED ABOUT MY APPROACH TO CARE FOR THESE PATIENTS

19    AND THE EVIDENCE, NOT SIGNIFICANTLY CHANGING SINCE THE

20    MANDATE, I WOULD HAVE TO CONCEDE THAT THE MANDATE IS A

21    PRIMARY DRIVING FORCE FOR THE FIVEFOLD INCREASED

22    UTILIZATION OF MIRENA IUDS IN MY PRACTICE.

23              MR. GOLDMAN:  NOTHING FURTHER, YOUR

24    HONOR.

25              THE COURT:  OKAY.  ONE QUESTION, I HAVE

1    ONE QUESTION.   WHAT PERCENTAGE OF YOUR PATIENTS ARE FROM

2    PENNSYLVANIA?

3                     THE WITNESS:   THE MAJORITY.   IF I COULD

4    GIVE YOU A NUMBER, I WOULD SAY PROBABLY 80 PERCENT OR

5    MORE.

6                     THE COURT:   OKAY.   THANK YOU, YOU CAN

7    LEAVE THE STAND.

8                     THE WITNESS:   THANK YOU.

9                     (WITNESS EXCUSED.)

10                    THE COURT:   IT IS NOW 12:30, WHICH IS A

11   PERFECT TIME FOR LUNCH.   WHAT WE WILL DO IS WE WILL HAVE

12   LUNCH BREAK FOR AN HOUR AND WE WILL BE BACK AT 1:30, AND

13   WHEN WE COME BACK, I UNDERSTAND THAT YOU HAVE BEEN DOING

14   THE RESEARCH ON THE GRANDFATHERING.   I HAVE SEEN YOU

15   RUNNING AROUND.

16                    MR. HEALY:   APOLOGIZE FOR THE RUNNING

17   AROUND.

18                    THE COURT:   NOT A PROBLEM.   I'M HAPPY TO

19   SEE THAT YOU'RE DOING IT.   SO I WILL TALK TO YOU AFTER

20   THE THIRD AND FINAL WITNESS FROM THE COMMONWEALTH.

21   THANK YOU.

22                    THE CLERK:   ALL RISE.

23                    (LUNCHEON BREAK TAKEN.)

24                    MS. BOLAND:   OUR NEXT WITNESS IS CYNTHIA

25   CHUANG.

1              MR. GOLDMAN:  YOUR HONOR, IF I MAY

2    ADDRESS A QUICK PROCEDURAL MATTER WITH THE COURT.  MAY I

3    APPROACH, YOUR HONOR?

4              THE COURT:  YOU MAY.

5              MR. GOLDMAN:  I HAVE A DOCUMENT THAT I

6    WOULD LIKE TO BE ABLE TO PASS UP TO YOUR HONOR.  THIS IS

7    A DOCUMENT THAT IS CITED IN OUR COMPLAINT WITH A

8    HYPERLINK AT PARAGRAPH 99.

9              THE COURT:  OKAY.

10             MR. GOLDMAN:  SO THE COMMONWEALTH WOULD

11   LIKE TO MOVE THIS DOCUMENT INTO EVIDENCE ALONG WITH THE

12   ATTACHMENT WHICH IS PART OF THE ARTICLE.  WE APPROACHED

13   THE GOVERNMENT DURING BREAK, AND I BELIEVE THEY WILL

14   STIPULATE TO THE AUTHENTICITY AND ADMISSIBILITY OF THE

15   ARTICLE, BUT NOT TO THE ATTACHMENT.

16             THE COURT:  WHAT DO YOU THINK THE

17   ATTACHMENT IS?

18             MR. GOLDMAN:  THE ARTICLE SAYS THAT IT IS

19   A LEAKED COPY OF THE RULES, THE DRAFT RULES THAT ARE

20   BEFORE US NOW.

21             THE COURT:  SO LET ME -- LET'S ASSUME --

22             LET ME HEAR FROM YOU JUST ON THE

23   PROCEDURAL MATTER OF WHAT YOU'RE OBJECTING TO HERE.  YOU

24   ARE OKAY WITH THE ARTICLE BUT NOT THE ATTACHMENT?

25             MS. KADE:  THANK YOU, YOUR HONOR.  YES.

1    THE ATTACHMENT, WE WERE JUST HANDED THIS, YOU KNOW,

2    125-PAGE DOCUMENT, SO WE ARE NOT ABLE TO STIPULATE AS TO

3    THE AUTHENTICITY OF IT AT THIS POINT, BUT WE ALSO ARE

4    NOT ABLE TO STIPULATE TO THE ADMISSIBILITY OF IT BECAUSE

5    IT'S CLEARLY LABELED CONFIDENTIAL DRAFT AND COVERED BY

6    PRIVILEGES.  SO WE ARE NOT ABLE TO STIPULATE TO EITHER

7    THE AUTHENTICITY OR THE ADMISSIBILITY AT THIS POINT.

8                THE COURT:  I ACCEPT THAT YOU ARE NOT

9    ABLE TO DO IT.  I'M NOT SURE WHETHER YOU ARE RIGHT WITH

10   RESPECT TO THE CONFIDENTIALITY AND DRAFT, THAT COMPONENT

11   OF WHAT YOU JUST SAID.

12                SO WHAT IS THE POINT OF THIS IN THE

13   CONTEXT OF THIS PRELIMINARY INJUNCTION HEARING?  I MEAN,

14   IT'S NOT THE REGULATIONS.  I DON'T KNOW WHAT IT IS.  AND

15   THEN THERE IS A VOX ARTICLE.  SO HOW DOES IT PERTAIN TO

16   WHAT WE ARE DOING HERE?

17                MR. GOLDMAN:  RIGHT.  SO -- AND THIS IS

18   PART OF THE REASON WHY WE STATED IT IN OUR COMPLAINT, WE

19   CITED IT.  SO THIS -- IT'S A PUBLIC DOCUMENT NOW, NO

20   MATTER WHAT IT SAYS ON IT.  WE DIDN'T CHANGE IT.  IT IS

21   EXACTLY WHAT WAS ATTACHED TO THE ARTICLE, BUT IT

22   PURPORTS TO BE A DRAFT OF THE REGULATIONS WHICH WAS

23   LEAKED.  IT IS -- I HAVE NOT LINED IT UP AGAINST THE

24   ACTUAL FINAL REGULATIONS, BUT THEY ARE REMARKABLY

25   SIMILAR.  AND SO IF YOU ARE LOOKING AT WHAT THE AGENCIES

1    WERE DOING IN TERMS OF RULE MAKING AND CONSIDERATION,

2    YOU CAN LOOK -- WELL, AT THIS MOMENT IN TIME, THIS IS

3    WHAT PURPORTS TO BE A DRAFT.  LATER IN TIME, THERE IS

4    THESE -- THERE HAS BEEN NO -- THERE WERE NO DRAFT RULES

5    PUT FORTH FOR COMMENT, FOR NOTICE OR COMMENT.  SO YOU

6    CAN LOOK AT WHAT CHANGES, IF ANY, TOOK PLACE BETWEEN

7    THIS POINT IN TIME, THE ARTICLE IS MAY 31, AND WHEN THE

8    RULES WERE ACTUALLY PROMULGATED.

9              THE COURT:  THAT IS AN INTERESTING

10   EXERCISE, BUT I STILL DON'T UNDERSTAND WHY IT IS

11   RELEVANT HERE, BECAUSE YOUR POINT IS THAT THE NEW RULES

12   WERE ISSUED WITHOUT NOTICE AND COMMENT AND WITHOUT GOOD

13   CAUSE.  SO HOW DOES -- HOW DOES THIS -- I MEAN, ASSUMING

14   THAT THIS IS A DRAFT VERSION OF THE RULES ISSUED SOME

15   MONTHS BEFORE THE FINAL VERSION WAS ISSUED, HOW DOES IT

16   IMPACT ON WHAT WE ARE DOING HERE TODAY, WHICH IS

17   DECIDING THE PRELIMINARY INJUNCTION MOTION?

18             MR. GOLDMAN:  COURT'S INDULGENCE, YOUR

19   HONOR, JUST TO CLARIFY.

20             (PAUSE.)

21             MR. GOLDMAN:  YES, SO THE BEARAK ARTICLE

22   FROM THE GUTTMACHER INSTITUTE WAS A FOOTNOTE TO THE

23   RULES IN THE IFRS, AND THE GOVERNMENT IS TAKING THE

24   POSITION THAT THE RULES HAVE RELIED HEAVILY ON THIS

25   ARTICLE, WHICH IS IN THE FOOTNOTE OF THE FINAL.

1          THE ISSUE HERE IS, IN THIS DRAFT, IT'S

2   NOT IN HERE BUT THE RULES ARE THE SAME.

3          THE COURT:  OKAY.  WELL, I DON'T THINK I

4   CAN ADMIT THE ATTACHMENT BECAUSE WE DON'T KNOW WHERE IT

5   CAME FROM, WE DON'T -- IT SAYS "DRAFT" ON IT.  IT SAYS

6   "DEPARTMENT OF THE TREASURY" BUT IT CERTAINLY DOES NOT

7   LOOK LIKE THE FORM THE RULES USUALLY TAKE.  I DON'T KNOW

8   WHETHER ONCE THE DOCUMENT IS FINISHED IN THE AGENCY IT

9   THEN GOES OFF TO SOME DEPARTMENT AND GETS TRANSFORMED

10  INTO WHAT THE RULES USUALLY LOOK LIKE, SO I JUST DON'T

11  KNOW WHAT IT IS.  WE DON'T HAVE ANYONE HERE TO TELL US

12  WHAT IT IS, SO I CAN'T ADMIT THAT.

13          AND I THINK THAT THE GOVERNMENT HAS NOT

14  OBJECTED TO THE ARTICLE BEING ADMITTED, CORRECT?

15          MS. KADE:  CORRECT, YOUR HONOR.

16          THE COURT:  I'M HAPPY TO ADMIT THE

17  ARTICLE, BUT I HAVE TO TELL YOU, I DON'T THINK I'M GOING

18  TO RELY ON IT BECAUSE IT'S A NEWSPAPER ARTICLE SAYING

19  THINGS THAT I -- THERE IS JUST NO TESTIMONY TO DETERMINE

20  WHETHER IT IS IN FACT THE CASE.

21          MR. GOLDMAN:  I UNDERSTAND.  MAY I JUST

22  TRY ONE OTHER LINE AND THEN --

23          THE COURT:  GO AHEAD.

24          MR. GOLDMAN:  AND THAT IS JUST THAT WE

25  DON'T KNOW -- WE ARE NOT SAYING THAT THIS IS IN FACT A

1    DRAFT OF THE RULES AT THAT TIME.  THIS IS JUST WHATEVER

2    THE ARTICLE SAID.

3                    THE COURT:  I UNDERSTAND.  SO WE ARE JUST

4    GOING TO -- WE WILL PUT IT IN THE RECORD IN THE LIMITED

5    WAY THAT IT IS.  WE WILL PUT IT IN THE RECORD, BUT I CAN

6    TELL YOU NOW THAT I WON'T BE RELYING ON IT.

7                    MR. GOLDMAN:  FAIR ENOUGH, YOUR HONOR.

8                    THE COURT:  OKAY.  YOUR NEXT WITNESS.

9                    MS. BOLAND:  MAY I APPROACH?

10                    THE COURT:  YOU MAY.

11                    MS. BOLAND:  GOOD AFTERNOON, YOUR HONOR.

12    IT'S NICOLE BOLAND AGAIN FROM THE COMMONWEALTH, AND WE

13    CALL DR. CYNTHIA CHUANG.

14                    MS. KOPPLIN:  YOUR HONOR, WE WOULD OBJECT

15    TO THIS WITNESS AS CUMULATIVE.

16                    THE COURT:  OKAY.  HOLD ON A SEC AND LET

17    ME -- BEFORE YOU DO, LET ME JUST HAVE HER SWORN.

18                    (CYNTHIA CHUANG, COMMONWEALTH'S WITNESS,

19    SWORN.)

20                    THE CLERK:  PLEASE STATE AND SPELL YOUR

21    NAME FOR THE RECORD.

22                    THE WITNESS:  CHUANG IS SPELLED

23    C-H-U-A-N-G.

24                    THE COURT:  OKAY.  BEFORE I ADDRESS YOUR

25    OBJECTION, GIVE ME IN A NUTSHELL WHAT YOU INTEND TO

1    ELICIT FROM THIS WITNESS.

2              MS. BOLAND:  SURE, YOUR HONOR.

3    DR. CHUANG WAS ACTUALLY THE LEAD AUTHOR ON THE "MY NEW

4    OPTIONS" STUDY THAT DR. WEISMAN PREVIOUSLY TESTIFIED

5    ABOUT, SO SHE CAN OFFER ADDITIONAL INFORMATION ABOUT

6    THAT STUDY.  AND WE ALSO HAVE A DEMONSTRATIVE EXHIBIT

7    REFLECTING THOSE FINDINGS.

8              THE COURT:  IS THE "MY NEW" STUDY THE

9    PENNSYLVANIA STUDY THAT WEISMAN TALKED ABOUT?

10             MS. BOLAND:  YES.

11             THE COURT:  OKAY.  THE ONE THAT IS NOT

12   PUBLISHED YET.

13             MS. BOLAND:  CORRECT, YOUR HONOR.  AND

14   DR. CHUANG IS ACTUALLY THE LEAD, AND THERE'S A FEW

15   POINTS TO CLARIFY WITH RESPECT TO THE PRIOR TESTIMONY.

16   AND ALSO, DR. CHUANG IS A PRACTICING PHYSICIAN SO SHE

17   HAS THE CLINICAL PERSPECTIVE THAT DR. WEISMAN DID NOT

18   OFFER PREVIOUSLY.

19             THE COURT:  OKAY.  DO YOU INTEND TO GO

20   OVER ALL THE FACTS THAT YOU HAVE ALREADY GONE OVER WITH

21   PROFESSOR WEISMAN?

22             MS. BOLAND:  REGARDING THE "MY NEW

23   OPTIONS" STUDY?

24             THE COURT:  YES.

25             MS. BOLAND:  TO A SMALL DEGREE, JUST FOR

1    CLARIFICATION OF SOME DATES OF THE STUDY.  SHE IS MORE

2    PREPARED TO SPEAK TO MORE OF THE DETAILS OF THE STUDY.

3    I WON'T GO IN DEPTH AND REPEAT EVERYTHING THAT

4    DR. WEISMAN SAID, BUT JUST A VERY GENERAL OVERVIEW OF

5    THE STUDY AND JUST TO CLARIFY THE TIME FRAMES OF THE

6    STUDY FOR THE RECORD.

7                    THE COURT:  OKAY.  WHAT IS YOUR

8    RATIONALE FOR --

9                    MS. KOPPLIN:  YOUR HONOR, AS PLAINTIFFS'

10   COUNSEL ALLUDES TO, THE TESTIMONY WOULD BE HIGHLY

11   DUPLICATIVE OF WHAT PROFESSOR WEISMAN AND DR. BUTTS HAVE

12   ALREADY TESTIFIED TO.  BASED ON THE WITNESS'

13   DECLARATION, SHE REACHES MANY OF THE SAME CONCLUSIONS

14   AND RELIES ON MUCH OF THE SAME EVIDENCE.

15                    SPECIFICALLY I WOULD POINT YOU TOWARDS,

16   IN THE THIRD CIRCUIT, ROBERT V STETSON SCHOOL INC.,

17   THAT'S 256 F.3D 159, WHERE THE EXCLUSION OF AN EXPERT

18   WAS UPHELD ON CUMULATIVE GROUNDS WHEN TWO OTHER EXPERTS

19   HAD ALREADY TESTIFIED AT LENGTH ON THE SAME ISSUE.

20                    THE COURT:  OKAY.  I UNDERSTAND THAT

21   PRECEDENT, BUT, YOU KNOW, THERE IS NO REASON WHY IT

22   APPLIES HERE.  AND WE ARE ALL HERE, WE ARE ALL FRIENDS

23   HERE.  YOU KNOW, WE MIGHT AS WELL JUST GO FOR IT.  WE

24   DON'T HAVE A JURY SO THEY CAN'T BE PREJUDICED BY WHAT WE

25   ARE ABOUT TO HEAR.  IT'S ONLY ME.

1                    OKAY.  GO AHEAD.

2                    MS. BOLAND:  THANK YOU, YOUR HONOR.

3                    DIRECT EXAMINATION

4    BY MS. BOLAND:

5    Q.    JUST A FEW HOUSEKEEPING MATTERS TO START OFF.

6                    DR. CHUANG, WILL YOU KINDLY REFER TO

7    TAB 6 IN THE BINDER?

8    A.    YES.

9    Q.    CAN YOU IDENTIFY THAT DOCUMENT FOR THE COURT,

10   PLEASE?

11   A.    YES, THAT IS MY DECLARATION.

12   Q.    WILL YOU JUST KINDLY FLIP THROUGH AND TELL US IF

13   IT APPEARS TO BE COMPLETE AND ACCURATE?

14   A.    YES.

15   Q.    GREAT.  I WOULD LIKE TO POINT YOU NOW TO TAB 7.

16   WILL YOU KINDLY IDENTIFY THAT DOCUMENT FOR THE COURT?

17   A.    YES, THAT IS MY CV.

18   Q.    AND WILL YOU KINDLY JUST FLIP THROUGH AND

19   CONFIRM THAT IT IS COMPLETE AND ACCURATE.

20   A.    YES.

21   Q.    GREAT.  THANK YOU, DOCTOR.

22                   SO THE COURT HAS YOUR CV TO CONSIDER.

23   I'M NOT GOING TO REVIEW EVERYTHING ON IT BUT I DO WANT

24   TO HIGHLIGHT A FEW POINTS.

25                   TO START OFF, WHO'S YOUR EMPLOYER?

1    A.        I WORK AT THE PENN STATE HERSHEY MEDICAL CENTER.

2    Q.        AND HOW ARE YOU EMPLOYED AT PENN STATE HERSHEY?

3    A.        I'M A PHYSICIAN THERE.  I'M A GENERAL INTERNIST.

4    I'M CHIEF OF THE DIVISION OF GENERAL INTERNAL MEDICINE

5    AND I'M A PROFESSOR OF MEDICINE AND PUBLIC HEALTH

6    SCIENCES.

7    Q.        SO YOU ARE A PRACTICING DOCTOR AND A PROFESSOR?

8    A.        CORRECT.

9    Q.        DO YOU ALSO CONDUCT RESEARCH?

10   A.        I DO.

11   Q.        ARE YOU FAMILIAR WITH THE CONTRACEPTIVE MANDATE?

12   A.        YES, I AM.

13   Q.        WHAT IS YOUR UNDERSTANDING OF THE CONTRACEPTIVE

14   MANDATE?

15   A.        THE MANDATE SAYS THAT FOR MOST PRIVATELY INSURED

16   WOMEN, THAT CONTRACEPTION -- FDA-APPROVED CONTRACEPTION

17   WOULD BE COVERED WITH NO OUT-OF-POCKET COSTS.

18   Q.        AND HAVE YOU RESEARCHED THE CONTRACEPTIVE

19   MANDATE AS PART OF YOUR WORK?

20   A.        YES, I HAVE.

21   Q.        AND BEFORE WE GET INTO THAT RESEARCH, JUST A

22   COUPLE OF QUESTIONS ON YOUR BACKGROUND.  WILL YOU JUST

23   VERY BRIEFLY DESCRIBE YOUR EDUCATIONAL BACKGROUND FOR

24   THE COURT?

25   A.        SURE.  I COMPLETED MY UNDERGRADUATE TRAINING AT

1      THE UNIVERSITY OF MICHIGAN, WHERE I GRADUATED WITH

2      HONORS.  I THEN SPENT A YEAR LIVING IN NORTHERN

3      CALIFORNIA WHERE I WORKED IN A FAMILY PLANNING CLINIC

4      FOR A YEAR, PROVIDING REPRODUCTIVE HEALTHCARE SERVICES

5      AT A FAMILY PLANNING CLINIC.

6                  I THEN STARTED MEDICAL SCHOOL AT NEW YORK

7      UNIVERSITY, AND FOLLOWING MY MEDICAL DEGREE, I COMPLETED

8      MY INTERNAL MEDICINE RESIDENCY TRAINING AT TEMPLE

9      HOSPITAL HERE IN PHILADELPHIA AS WELL AS MY CHIEF

10     RESIDENCY.  THAT WAS IN 2001, AND THEN FOLLOWING THAT, I

11     DID A GENERAL INTERNAL MEDICINE FELLOWSHIP AT BOSTON

12     UNIVERSITY.  I DID A GENERAL INTERNAL MEDICAL

13     FELLOWSHIP, WHICH INCLUDED A MASTERS OF EPIDEMIOLOGY AS

14     WELL AS A RESIDENCY IN PREVENTIVE MEDICINE.

15     Q.     DID YOU CONDUCT RESEARCH AS PART OF YOUR

16     FELLOWSHIP?

17     A.     I DID.  THE PRIMARY PURPOSE OF THE FELLOWSHIP

18     WAS RESEARCH TRAINING, YES.

19     Q.     AND WHAT WAS THE FOCUS OF YOUR RESEARCH?

20     A.     I HAD ALREADY HAD A STRONG INTEREST IN WOMEN'S

21     HEALTH AND REPRODUCTIVE HEALTHCARE.  THE PRIMARY FOCUS

22     OF MY RESEARCH THERE WAS EMERGENCY CONTRACEPTION.

23     Q.     THANK YOU, DOCTOR.

24                 I CAN SEE FROM YOUR RÉSUMÉ THAT YOU'VE

25     AUTHORED NUMEROUS SCHOLARLY ARTICLES.  DO YOU MIND

1    GIVING THE JUDGE JUST A BALLPARK IDEA OF HOW MANY

2    SCHOLARLY ARTICLES YOU HAVE WRITTEN THROUGHOUT YOUR

3    CAREER?

4    A.    I BELIEVE THERE'S 70 PUBLICATIONS RIGHT NOW.

5    Q.    HAVE YOU AUTHORED ANY PUBLICATIONS REGARDING

6    CONTRACEPTION?

7    A.    YES, THAT'S -- PROBABLY THE MAJORITY OF THE

8    PUBLICATIONS ARE ABOUT CONTRACEPTION.

9    Q.    AND CAN YOU JUST KINDLY GIVE SOME EXAMPLES OF

10   SOME OF THE TOPICS THAT WOULD INCLUDE?

11   A.    YEAH, SURE.  SO LIKE I SAID, WHEN I STARTED IN

12   MY FELLOWSHIP TRAINING, THE BULK OF ARTICLES AROUND THAT

13   TIME WERE ABOUT EMERGENCY CONTRACEPTION.  FOLLOWING

14   THAT, WHEN I CAME TO PENN STATE, MY FOCUS TURNED TOWARD

15   UNINTENDED PREGNANCY AND CONTRACEPTIVE USE IN WOMEN WITH

16   CHRONIC MEDICAL CONDITIONS.

17                  THERE IS ALSO SOME PUBLICATIONS ABOUT

18   GESTATIONAL WEIGHT GAIN DURING PREGNANCY, AND THEN MORE

19   RECENTLY, MY PUBLICATIONS ARE ABOUT CONTRACEPTIVE

20   BEHAVIOR AND REPRODUCTIVE LIFE PLANNING AS A TOOL TO

21   ASSIST WITH CONTRACEPTIVE DECISION-MAKING.

22   Q.    AND ARE SOME OF THOSE ARTICLES SPECIFICALLY

23   ABOUT THE CONTRACEPTIVE MANDATE?

24   A.    SEVERAL OF THEM ARE IN THE CONTEXT OF THE

25   CONTRACEPTIVE MANDATE, YES.

1    Q.       AND ARE ALL THOSE PUBLICATIONS THE PRODUCT OF

2    RESEARCH THAT YOU'VE PERSONALLY CONDUCTED?

3    A.       YES.

4    Q.       AND SEPARATE FROM THAT WORK, DO YOU ALSO SERVE

5    AS A PEER REVIEWER FOR ARTICLES IN OTHER PUBLICATIONS?

6    A.       YES.  I AM FREQUENTLY ASKED TO PEER REVIEW FOR

7    JOURNALS.  I'M ON THE EDITORIAL BOARD OF A JOURNAL

8    CALLED WOMEN'S HEALTH ISSUES, SO I REVIEW FOR THEM

9    REGULARLY.  AND I'M ALSO FREQUENTLY ASKED BY OTHER

10   JOURNALS TO REVIEW, USUALLY AROUND TOPICS RELATED TO

11   WOMEN'S HEALTH OR PREVENTIVE HEALTHCARE.

12   Q.       I NOTICE FROM YOUR CV THAT YOU ARE AN

13   INVESTIGATOR.  AND WHAT DOES IT MEAN TO BE AN

14   INVESTIGATOR?

15   A.       IT MEANS YOU ARE A RESEARCHER.

16   Q.       AND HOW ARE YOUR PROJECTS FUNDED WHEN YOU DO

17   INVESTIGATIONS?

18   A.       SO RESEARCH CAN BE FUNDED IN ANY NUMBER OF WAYS.

19   THEY CAN BE FUNDED THROUGH THE FEDERAL GOVERNMENT LIKE

20   THROUGH THE NATIONAL INSTITUTES OF HEALTH OR THE CDC,

21   FOR EXAMPLE.  THERE'S ALSO SOME NONFEDERAL AGENCIES LIKE

22   PCORI, WHICH IS THE PATIENT-CENTERED OUTCOMES RESEARCH

23   INSTITUTE WHERE SOME OF MY WORK WAS BEEN FUNDED, AS WELL

24   AS THE NIH.  IT CAN BE FUNDED BY PRIVATE FOUNDATIONS.

25   IT CAN BE FUNDED ALSO BY INSTITUTIONS, BUT SO --

1    ACADEMIC INSTITUTIONS.

2    Q.      ABOUT HOW MANY PROJECTS HAVE YOU BEEN INVOLVED

3    IN AS AN INVESTIGATOR THROUGHOUT YOUR CAREER?

4    A.      I THINK ABOUT 20.

5    Q.      AND HAVE THOSE PROJECTS BEEN FUNDED BY GRANTS?

6    A.      YES, THOSE ARE ALL THE ONES THAT ARE FUNDED.

7    Q.      DO YOU HAVE ANY OFFICIAL ROLES AT HERSHEY WITH

8    REGARD TO RESEARCH?

9    A.      LIKE I MENTIONED EARLIER, I'M THE CHIEF OF THE

10   DIVISION OF GENERAL INTERNAL MEDICINE SO I OVERSEE ALL

11   ASPECTS OF THE DIVISION, INCLUDING THE RESEARCH

12   ACTIVITIES IN THE DIVISION.

13           PRIOR TO BECOMING DIVISION CHIEF TWO

14   YEARS AGO, I WAS THE ASSOCIATE DIRECTOR FOR RESEARCH FOR

15   THE DIVISION.  I'M ALSO THE RESEARCH DIRECTOR FOR THE

16   PENN STATE BIRCWH PROGRAM.  BIRCWH STANDS FOR BUILDING

17   INTERDISCIPLINARY RESEARCH CAREERS IN WOMEN'S HEALTH,

18   WHICH IS AN NIH-FUNDED PROGRAM TO HELP PROVIDE SUPPORT

19   FOR JUNIOR INVESTIGATORS TRYING TO BUILD THEIR CAREERS

20   IN WOMEN'S HEALTH RESEARCH.

21   Q.      HAVE ANY OF YOUR PROJECTS INVOLVED THE IMPACT OF

22   THE CONTRACEPTIVE MANDATE?

23   A.      YES.

24   Q.      CAN YOU TELL US ABOUT A PROJECT TO THAT EFFECT?

25   A.      SURE.  SO THE PROJECT THAT WAS REFERRED TO

1    EARLIER, THE "MY NEW OPTIONS" STUDY, IS A STUDY THAT WAS

2    FUNDED BY PCORI, THE PATIENT-CENTERED OUTCOMES RESEARCH

3    INSTITUTE.  AND THE "MY NEW OPTIONS" STUDY WAS A

4    TWO-YEAR STUDY WHERE WE LOOKED AT THE EFFECT OF

5    WEB-BASED CONTRACEPTIVE INTERVENTIONS TO SEE IF THEY

6    HELPED WOMEN WITH THEIR CONTRACEPTIVE DECISION-MAKING.

7    Q.    OKAY.  WE WILL DISCUSS THAT PROJECT A LITTLE BIT

8    MORE AT LENGTH IN A FEW MINUTES.

9              I WANTED TO TURN NOW TO YOUR MEDICAL

10   PRACTICE.  IN ADDITION TO YOUR WORK AS A PROFESSOR, YOU

11   TESTIFIED THAT YOU ALSO MAINTAIN AN ACTIVE MEDICAL

12   PRACTICE; IS THAT RIGHT, DOCTOR?

13   A.    CORRECT.

14   Q.    WHERE IS YOUR PRACTICE LOCATED?

15   A.    I PRACTICE AT THE HERSHEY MEDICAL CENTER, AT THE

16   INTERNAL MEDICINE EAST CLINIC, WHICH IS LOCATED AT 35

17   HOPE DRIVE IN HERSHEY.

18   Q.    AND WHAT KIND OF PRACTICE DO YOU HAVE?

19   A.    IT'S AN INTERNAL MEDICINE PRACTICE, SO IT'S

20   ADULT PRIMARY CARE.  MY PRACTICE HAS MOSTLY WOMEN

21   PATIENTS, AND SO ADULT WOMEN.

22   Q.    HOW LONG HAVE YOU BEEN PRACTICING MEDICINE?

23   A.    WELL, I GRADUATED FROM MEDICAL SCHOOL 20 YEARS

24   AGO, SO 20 YEARS.

25   Q.    AND ARE CONTRACEPTIVES PART OF YOUR MEDICAL

1    PRACTICE?

2    A.    YES.

3    Q.    HOW SO?

4    A.    ANY TIME I HAVE A FEMALE PATIENT WHO'S OF

5    REPRODUCTIVE AGE WHO'S CAPABLE OF PREGNANCY, IT'S A PART

6    OF EVERY VISIT TO DISCUSS WHAT HER DESIRES ARE AROUND

7    PREGNANCY OR -- EITHER ACHIEVING PREGNANCY OR AVOIDING

8    PREGNANCY, AND SO OBVIOUSLY, CONTRACEPTION BECOMES AN

9    IMPORTANT PART OF THAT CONVERSATION.

10    Q.    THANK YOU.

11        MS. BOLAND:  AT THIS TIME, YOUR HONOR, I

12    WOULD LIKE TO OFFER DR. CHUANG AS AN EXPERT IN THE AREAS

13    OF PREVENTATIVE MEDICAL CARE FOR WOMEN, INCLUDING

14    CONTRACEPTIVE CARE.

15        MS. KOPPLIN:  WE WOULD OBJECT TO THAT,

16    YOUR HONOR.

17        THE COURT:  REASON?

18        MS. KOPPLIN:  FIRST, FOR THE SAME REASONS

19    AS THE OTHER EXPERTS.  THIS EXPERT WAS NOT DISCLOSED TO

20    US AS REQUIRED BY FEDERAL RULE OF CIVIL PROCEDURE 26(A)

21    OR FEDERAL RULES OF EVIDENCE 702, 703 AND 705.  AND

22    SECOND, FOR THE SAME AS THE OTHER EXPERTS, IT'S IMPROPER

23    TO ADMIT EXPERT EVIDENCE TO THE EXTENT THAT IT IS BEING

24    USED TO DETERMINE THE CORRECTNESS OR WISDOM OF AN

25    AGENCY'S DECISION IN AN APA CASE.

```
 1                    THE COURT:  ARE YOU GOING TO USE HER --

 2    IS SHE GOING TO ISSUE AN OPINION ON THE CORRECTNESS OF

 3    THE AGENCY IN COMING UP WITH THE EXEMPTIONS?

 4                    MS. BOLAND:  NO, YOUR HONOR.

 5                    THE COURT:  SO THAT PARTICULAR OBJECTION

 6    IS MOOT, I THINK, AND THEN WITH RESPECT TO THE RULE 26

 7    OBJECTION, OVERRULING YOU ON THAT ONE.

 8                    GO AHEAD.

 9    BY MS. BOLAND:

10    Q.      DR. CHUANG, SINCE CONTRACEPTIVES PLAY A ROLE IN

11    YOUR PRACTICE, DO YOU COUNSEL PATIENTS REGARDING

12    CONTRACEPTIVE OPTIONS?

13    A.      YES, I DO.

14    Q.      AND WHAT ARE SOME CONSIDERATIONS THAT GO INTO

15    RECOMMENDING A PARTICULAR CONTRACEPTION?

16    A.      WELL, THERE IS MANY THINGS TO CONSIDER, AND SO,

17    LIKE I MENTIONED EARLIER, IF A WOMAN IS INTENDING TO

18    BECOME PREGNANT OR TRYING TO AVOID PREGNANCY AND WHAT

19    HER TIMING IS FOR THAT; WHEN DOES SHE THINK SHE MIGHT

20    WANT TO BE PREGNANT IN THE FUTURE.

21                    I CERTAINLY ALSO ASK HER ABOUT HER

22    EXPERIENCE WITH PRIOR CONTRACEPTIVE METHODS IN THE PAST;

23    WHAT HAS WORKED WELL OR NOT WORKED WELL FOR HER

24    PERSONALLY.  CERTAINLY CONSIDERING HER HEALTH SITUATION,

25    IF SHE HAS ANY CHRONIC MEDICAL ISSUES, OTHER MEDICATIONS
```

1    SHE IS TAKING THAT MAY AFFECT THE SAFETY OF ANY

2    CONTRACEPTIVE METHODS, THAT IS OBVIOUSLY VERY IMPORTANT

3    TO DISCUSS.

4                    SIDE EFFECTS OF DIFFERENT CONTRACEPTIVE

5    METHODS, WHAT A PARTICULAR WOMAN IS WILLING TO TOLERATE

6    OR NOT TOLERATE IN TERMS OF SIDE EFFECTS.  AND ALSO

7    JUST, YOU KNOW, HER OWN PERSONAL PREFERENCE.  WOMEN

8    SOMETIMES HAVE VERY STRONG OPINIONS ABOUT WHAT KIND OF

9    METHODS THEY WANT TO USE OR NOT USE, AND THOSE ARE VERY

10   IMPORTANT PARTS OF THE DECISION FOR HER.

11   Q.      AND DO -- THE EFFECTIVENESS OF A PARTICULAR

12   CONTRACEPTION, DOES THAT PLAY INTO YOUR COUNSELING HOW

13   EFFECTIVE A PARTICULAR METHOD OF CONTRACEPTION IS?

14   A.      ABSOLUTELY.  BUT INTERESTINGLY, IT CAN VARY FROM

15   WOMAN TO WOMAN.  THERE ARE SOME WOMEN WHO ARE WILLING TO

16   TOLERATE LESS EFFECTIVE METHODS BECAUSE OF ALL THE OTHER

17   CONSIDERATIONS THAT SHE HAS.  BUT YES, TALKING ABOUT

18   CONTRACEPTIVE EFFECTIVENESS IS VERY IMPORTANT.

19   Q.      AND WHAT ARE THE MOST EFFECTIVE FORMS OF

20   CONTRACEPTION?

21   A.      SURE.  SO THE MOST EFFECTIVE REVERSIBLE METHODS

22   ARE WHAT WE COMMONLY CALL LARCS, L-A-R-C-S, WHICH STANDS

23   FOR LONG-ACTING REVERSIBLE CONTRACEPTIVE.  THE LARCS

24   INCLUDE THE CONTRACEPTIVE IMPLANT, WHICH IS A ROD THAT

25   GETS IMPLANTED ON THE INNER PART OF THE ARM, AS WELL AS

1    THE INTRAUTERINE DEVICE OR THE IUD.

2    Q.      THEY ARE THE MOST EFFECTIVE.  AND THEN WHAT

3    WOULD YOU SAY WOULD BE THE NEXT LEVEL DOWN?

4    A.      RIGHT.  SO THE LARCS ARE THE HIGHEST TIER OF

5    EFFICACY.  THE NEXT TIER DOWN ARE OTHER HORMONAL

6    METHODS, SO THAT INCLUDES THE BIRTH CONTROL PILL, THE

7    BIRTH CONTROL PATCH, THE CONTRACEPTIVE VAGINAL RING, THE

8    CONTRACEPTIVE INJECTABLE OR DEPO-PROVERA.  THAT WOULD BE

9    IN THE NEXT TIER OF EFFECTIVENESS.  AND THEN THE LOWEST

10    TIER OF EFFECTIVENESS ARE METHODS SUCH AS WITHDRAWAL,

11    NATURAL FAMILY PLANNING, BARRIER METHODS SUCH AS

12    CONDOMS.  THOSE ARE IN THE LOWEST TIER OF EFFECTIVENESS.

13    Q.      DO YOU USE ANY PARTICULAR TEACHING TOOLS IN

14    COUNSELING PATIENTS REGARDING THE VARIOUS METHODS?

15    A.      I COMMONLY USE -- THERE IS A CHART THAT IS

16    AVAILABLE ON THE CDC WEBSITE.  SO I USUALLY HAVE THAT

17    HANDY IN MY EXAMINATION ROOM SO WE CAN LOOK AT THE

18    EFFECTIVENESS TOGETHER.

19    Q.      THANK YOU, DOCTOR.

20             I WOULD LIKE TO POINT YOU TO TAB 17 OF

21    THE BINDER.

22    A.      OKAY.

23    Q.      WILL YOU KINDLY IDENTIFY THAT DOCUMENT.

24    A.      YEAH, THIS IS THE CDC CHART I WAS JUST REFERRING

25    TO.

1    Q.       ALL RIGHT, DOCTOR.  JUST VERY BRIEFLY, IF YOU

2    CAN WALK THROUGH WHAT THIS CHART REFLECTS.

3    A.       SURE.  SO THE CHART IS ORGANIZED IN THREE ROWS

4    SEPARATED BY THOSE BLACK LINES, SO AT THE VERY TOP ROW,

5    THOSE ARE THE MOST EFFECTIVE METHODS, THE HIGHEST TIER.

6    SO THAT IS WHERE THE LARCS ARE.  YOU CAN SEE THE

7    CONTRACEPTIVE IMPLANT AND THE IUD UP THERE, AND YOU CAN

8    SEE THEIR EFFECTIVENESS RATES THERE.  IT IS LISTED AS

9    LESS THAN ONE PREGNANCY PER 100 WOMEN PER YEAR.  THEY

10   ARE LINED UP RIGHT NEXT TO THE PERMANENT STERILIZATION

11   METHODS.  YOU MIGHT BE INTERESTED TO SEE THAT THE

12   IMPLANT AND THE IUD ARE ACTUALLY MORE EFFECTIVE THAN

13   THOSE PERMANENT STERILIZATION METHODS.

14                  THE NEXT TIER AFTER THAT IS WHERE YOU SEE

15   THE SHOT, THE PILL, THE PATCH, THE RING, AND THOSE ARE

16   THE ONES THAT ARE THE NEXT LEVEL EFFECTIVENESS, SO YOU

17   CAN SEE ON THE LEFT SIDE OF THE CHART IT SAYS 6 TO 12

18   PREGNANCIES PER 100 WOMEN IN A YEAR.  WOMEN ARE OFTEN

19   SURPRISED THAT THE PILL IS ASSOCIATED WITH THAT MANY

20   PREGNANCIES.

21                  AND THEN IN THE LOWEST TIER AT THE BOTTOM

22   ARE THAT -- THE BARRIER METHODS WE TALKED ABOUT BEFORE,

23   THE CONDOMS, WITHDRAWAL, SPERMICIDE AND THE NATURAL

24   FAMILY PLANNING METHOD.

25   Q.       ARE SOME CONTRACEPTIVES MORE EXPENSIVE THAN

1       OTHERS?

2       A.      YES.  IT SO HAPPENS THAT THE MOST EFFECTIVE

3       METHODS, SO THE LARCS AT THE TOP ROW, ARE THE MOST

4       EXPENSIVE METHODS, AND THEN THE SECOND TIER AND THEN THE

5       LOWEST TIER.

6       Q.      THANK YOU, DOCTOR.

7               DO CONTRACEPTIVES ALSO PLAY A ROLE IN

8       PLANNING CHILDREN?

9       A.      YEAH.  SO I THINK CONTRACEPTION CAN BE VERY

10      HELPFUL, IMPORTANT IN HELPING WOMEN TIME THEIR

11      PREGNANCIES AND THE SPACING BETWEEN THEIR PREGNANCIES,

12      SO THERE ARE SEVERAL GUIDELINES THAT SUGGEST THAT WOMEN

13      SHOULD WAIT AT LEAST 18 MONTHS AFTER THE BIRTH OF A

14      CHILD BEFORE GETTING PREGNANT AGAIN, AND THAT IS BECAUSE

15      MORE CLOSELY-SPACED PREGNANCIES ARE ASSOCIATED WITH

16      PRE-TERM BIRTH AND LOW BIRTH WEIGHT.  SO BEING ABLE TO

17      CONTROL THE SPACING OF THE PREGNANCIES CAN BE VERY

18      IMPORTANT.

19              BUT AS IMPORTANT IS ALLOWING WOMEN TO BE

20      EMPOWERED TO COMPLETE THEIR GOALS IN LIFE, SO BE ABLE TO

21      FINISH SCHOOL, BE ABLE TO ACHIEVE THEIR JOB AND CAREER

22      GOALS, REACH THEIR FINANCIAL GOALS SO THEY CAN HAVE

23      THEIR CHILDREN WHEN THEY FEEL FINANCIALLY STABLE.  SO I

24      THINK BEING ABLE TO HAVE THE CHILDREN, THE NUMBER OF

25      CHILDREN THEY WANT AND WHEN IT'S RIGHT FOR THEM IS VERY

1    IMPORTANT, AND WITHOUT CONTRACEPTION, THEY WOULD NOT BE

2    ABLE TO DO THAT.

3    Q.       DO MOST OF YOUR PATIENTS HAVE HEALTH INSURANCE?

4    A.       YES.  MY PRACTICE IN HERSHEY IS A MOSTLY INSURED

5    POPULATION, YES.

6    Q.       PRIOR TO THE CONTRACEPTIVE CARE MANDATE, WAS

7    COST SOMETHING THAT YOU COUNSELED ABOUT IN THE

8    CONVERSATION ABOUT CONTRACEPTION?

9    A.       YES.  SO WHEN I WOULD PULL OUT THIS CHART, I

10   WOULD ALSO TALK ABOUT THE COSTS OF THE DIFFERENT METHODS

11   AND OBVIOUSLY FOR SOME WOMEN, THERE WERE SOME METHODS

12   THAT WE COULD NOT TALK ABOUT BEYOND COSTS BECAUSE THEY

13   WERE COST-PROHIBITIVE.

14   Q.       AND SINCE THE AFFORDABLE CARE ACT, DO YOU STILL

15   COUNSEL YOUR PRIVATELY-INSURED PATIENTS REGARDING COSTS?

16   A.       I'M ABLE TO TELL WOMEN WHO HAVE PRIVATE HEALTH

17   INSURANCE THAT THEIR HEALTH INSURANCE COVERS ALL THE

18   FDA-APPROVED METHODS WITH NO OUT-OF-POCKET COSTS, SO I'M

19   ABLE TO PUT THIS CHART IN FRONT OF THEM AND REASSURE

20   THEM THAT THEY WOULD HAVE NO CO-PAYS OR DEDUCTIBLES AND

21   WE CAN TALK ABOUT THE DIFFERENT METHODS WITHOUT COSTS.

22   Q.       IN YOUR EXPERIENCE IN YOUR PRACTICE PRIOR TO THE

23   CONTRACEPTIVE MANDATE, DID YOU HAVE ANY EXPERIENCE WHERE

24   PATIENTS WOULD RETURN TO YOU AND DECIDE NOT TO CHOOSE

25   THE CONTRACEPTION THAT YOU RECOMMENDED OR TO FORGO

1    CONTRACEPTION ALTOGETHER BECAUSE OF COST?

2    A.        YES, ABSOLUTELY.    THERE WERE MANY OCCASIONS I

3    CAN THINK OF WHERE A WOMAN MIGHT REALLY DESIRE TO GET AN

4    IUD BUT IT WAS COST PROHIBITIVE SO SHE WOULD HAVE TO

5    CHOOSE A DIFFERENT METHOD.

6    Q.        HAVE YOU EXPERIENCED THAT PHENOMENON WITH ANY

7    PATIENTS SINCE THE CONTRACEPTIVE MANDATE,

8    PRIVATELY-INSURED PATIENTS?

9    A.        NO, I HAVE NOT.

10    Q.        WHAT DO YOU DO WHEN YOU ENCOUNTER A WOMAN WHO

11    DOES NOT HAVE INSURANCE AND IS NEEDING CONTRACEPTIVE

12    CARE?

13    A.        IN OUR PRACTICE WE HAVE A SOCIAL WORKER, WE HAVE

14    A FINANCIAL DEPARTMENT AT THE HERSHEY MEDICAL CENTER, SO

15    IF SOMEONE IS UNINSURED, I AM ABLE TO REFER THEM TO

16    THOSE SERVICES.    IF THE PATIENT QUALIFIES FINANCIALLY,

17    THEY MAY BE ABLE TO HELP THAT PATIENT APPLY FOR MEDICAID

18    OR FIND OTHER ASSISTANCE, BUT IF THE PATIENT DOES NOT

19    QUALIFY FOR MEDICAID OR IS UNABLE TO OBTAIN INSURANCE IN

20    ANY OTHER WAY, I PERSONALLY WOULD REFER THAT PERSON TO

21    PLANNED PARENTHOOD OR A FEDERALLY-QUALIFIED HEALTH

22    CENTER FOR THEM TO RECEIVE THEIR CONTRACEPTIVE SERVICES.

23                    THE COURT:  DID YOU SAY

24    FEDERALLY-QUALIFIED HEALTH CENTER?

25                    THE WITNESS:  YEAH.

1    BY MS. BOLAND:

2    Q.      OKAY, DOCTOR.  I WOULD NOW LIKE TO TURN YOUR

3    ATTENTION TO THE "MY NEW OPTIONS" STUDY, WHICH WAS

4    REFERENCED BEFORE.  CAN YOU TELL US GENERALLY ABOUT THIS

5    STUDY?  I UNDERSTAND YOU BEGAN TO EXPLAIN, BUT IF YOU

6    CAN TELL THE COURT EXACTLY WHAT WERE THE PARAMETERS OF

7    THE STUDY AND WHAT WAS YOUR GOAL IN CONDUCTING THE

8    STUDY?

9    A.      SURE.  SURE.  SO THE "MY NEW OPTIONS" STUDY WAS

10   FUNDED THROUGH PCORI, THE PATIENT-CENTERED OUTCOMES

11   RESEARCH INSTITUTE.  WE RECEIVED FUNDING IN THE FALL OF

12   2013 AND WE STARTED RECRUITING THE RESEARCH PARTICIPANTS

13   IN THE SPRING OF 2014.  IT WAS A TWO-YEAR STUDY, SO IT

14   RAN UNTIL THE MIDDLE OF 2016.

15          THE PURPOSE OF THE STUDY WAS TO RECRUIT

16   REPRODUCTIVE-AGE WOMEN WHO ARE PRIVATELY INSURED, AND WE

17   RECRUITED PRIVATELY-INSURED WOMEN BECAUSE WE WANTED THEM

18   TO HAVE COVERAGE FOR CONTRACEPTION.  AND WE RECRUITED

19   THEM AND THEY WERE RANDOMIZED INTO THREE DIFFERENT

20   GROUPS IN ORDER TO SEE DIFFERENT -- AND SOME OF THE

21   GROUPS RECEIVED CERTAIN WEB-BASED COUNSELING

22   INTERVENTIONS TO SEE IF IT WOULD HELP THEM WITH THEIR

23   CONTRACEPTIVE DECISION-MAKING.

24   Q.      OKAY.  AND SO TO CLARIFY, THE TIME FRAME FOR

25   THIS STUDY WAS 2014 THROUGH 2016?

1   A.        THAT'S CORRECT.

2   Q.        SO IF DR. WEISMAN TESTIFIED EARLIER IT WAS 2012

3   THROUGH 2014, WAS THAT MISTAKEN?

4   A.        THAT WAS MISTAKEN, YES.

5   Q.        OKAY.  AND WHAT DID YOU FIND AS A RESULT OF THIS

6   STUDY?

7   A.        YES, SO WE ACTUALLY FOUND THAT OUR WEB-BASED

8   INTERVENTIONS DID NOT MAKE A DIFFERENCE; THEY DID NOT

9   PARTICULARLY HELP WOMEN OR CHANGE WOMEN IN THEIR

10  CONTRACEPTIVE DECISION-MAKING.  HOWEVER, WE WERE ABLE TO

11  TAKE THE OPPORTUNITY TO SEE THAT WE WERE ABLE TO FOLLOW

12  THESE WOMEN FROM PENNSYLVANIA OVER THE COURSE OF TWO

13  YEARS, AND AS A PARTICIPANT IN THE STUDY, THEY COMPLETED

14  A LOT OF SURVEYS FOR US AND THE SURVEYS HAD A LOT OF

15  QUESTIONS ABOUT CONTRACEPTIVE USE AND BEHAVIOR.  SO WE

16  WERE ABLE TO SEE WHAT WOMEN REPORTED THEY WERE DOING

17  ABOUT CONTRACEPTION AT THE BEGINNING OF THE STUDY,

18  THROUGHOUT THE STUDY, AND AT THE END OF THE STUDY.

19  Q.        AND THE CONTRACEPTIVE MANDATE WAS ALREADY IN

20  PLACE --

21               MS. KOPPLIN:  YOUR HONOR, I'M SORRY, WE

22  WOULD OBJECT TO THIS LINE OF QUESTIONING.  WE HAVE NOT

23  HAD ANY DISCLOSURE ABOUT THE METHODOLOGY THAT WAS USED

24  IN THIS STUDY OR WHERE THIS DATA CAME FROM.

25               THE COURT:  OVERRULED.

1              ARE YOU GOING TO TALK ABOUT THAT?

2              MS. BOLAND:  YES.

3    BY MS. BOLAND:

4    Q.     WILL YOU SPEAK TO THE METHODOLOGY BEHIND THIS

5    STUDY, PLEASE, DR. CHUANG?

6    A.      SURE.  THIS WAS A RANDOMIZED TRIAL.  WE

7    RECRUITED -- YOU WANT TO HEAR THE DETAILS OF THE

8    RECRUITMENT METHODS?  OKAY.

9              SO WE PARTNERED WITH HIGHMARK, A PRIVATE

10   INSURANCE PROVIDER.  FOR THE REASON I STATED EARLIER, WE

11   WERE SPECIFICALLY INTERESTED IN RECRUITING PRIVATELY

12   INSURED WOMEN WHO LIVED IN THE STATE OF PENNSYLVANIA,

13   AND SO WE SENT OUT INVITATIONS TO WOMEN WHO HAD HEALTH

14   INSURANCE, WERE BETWEEN THE AGES OF 18 AND 40, AND

15   INVITED THEM TO PARTICIPATE IN THE STUDY.

16             AND FOR WOMEN WHO CONSENTED, ENROLLED IN

17   THE STUDY, THEY COMPLETED A SURVEY AT THE BEGINNING OF

18   THE STUDY AND THEY WERE RANDOMIZED INTO ONE OF THREE

19   GROUPS.  ONE GROUP WAS A CONTROL GROUP; THEY DID NOT GET

20   ANY PARTICULAR INTERVENTION AT ALL.  AND THE OTHER TWO

21   GROUPS WERE TWO DIFFERENT GROUPS WHERE THEY WOULD SEE

22   TWO DIFFERENT TYPES OF WEBSITES THAT PROVIDED

23   INFORMATION ABOUT CONTRACEPTION TO SEE IF THOSE WEBSITES

24   WOULD HELP THEM WITH THEIR DECISION-MAKING.

25             HOWEVER AT THE END OF THE STUDY, AT THE

1      END OF THE TWO YEARS, WE FOUND THAT ALL THREE GROUPS

2      BEHAVED SIMILARLY AND THERE WAS NO DIFFERENCE BETWEEN

3      THE GROUPS THAT GOT THE WEBSITE INTERVENTION AND THE

4      GROUP THAT DID NOT.  SO UNFORTUNATELY FOR ME, WE DIDN'T

5      SEE ANY DIFFERENCES WITH OUR WEBSITE INTERVENTION, BUT

6      WE WERE ABLE TO SEE WHAT THE CONTRACEPTIVE BEHAVIORS

7      WERE AMONGST THE WOMEN WHO WERE PARTICIPATING IN THE

8      STUDY.

9                 AND I DON'T THINK I SAID BEFORE, THERE

10     WERE 984 WOMEN WHO WERE IN THE STUDY.

11     Q.     AND WHAT DID YOU LEARN THAT THE CONTRACEPTIVE

12     BEHAVIORS WERE OVER THIS PERIOD OF TIME FOR ALL THREE

13     GROUPS INCLUDING THE CONTROL GROUP, RIGHT?

14     A.     SURE.  YES.  SO WE WERE ABLE TO SEE WHAT TYPES

15     OF CONTRACEPTIVE METHODS WERE BEING USED THROUGHOUT THE

16     STUDY.  SO IN THE BEGINNING OF THE STUDY, THERE WERE

17     RELATIVELY FEW WOMEN USING LARCS, THE LONG-ACTING

18     REVERSIBLE CONTRACEPTIVES.  THERE WERE ABOUT 8 PERCENT

19     OF WOMEN USING LARCS, AND BY THE END OF THE STUDY THERE

20     WERE ALMOST 18 PERCENT OF WOMEN USING LARCS IN THE

21     STUDY.  AND SO WE THOUGHT THAT WAS AN INTERESTING

22     FINDING.

23     Q.     DOCTOR, I WOULD LIKE TO POINT YOU TO TAB 18 IN

24     THE BINDER.

25     A.     OKAY.

1    Q.       WILL YOU PLEASE IDENTIFY THIS DOCUMENT FOR THE

2    COURT?

3    A.       SURE.   THIS IS A RESULTS TABLE THAT IS TAKEN

4    FROM SOME OF OUR -- TAKEN FROM A PRESENTATION THAT WE

5    HAD DONE PRESENTING THE "MY NEW OPTIONS" STUDY AT A

6    NATIONAL CONFERENCE.

7    Q.       THANK YOU.  IF YOU PUT --

8              MS. KOPPLIN:  YOUR HONOR -- I'M SORRY --

9    WE WOULD OBJECT.  WHAT IS THE SOURCE OF THIS DATA?

10             THE COURT:  WELL, WHY DON'T YOU -- OFFER

11   OF PROOF.  WHAT IS THE SOURCE OF DATA?

12             MS. BOLAND:  DR. CHUANG HERSELF DRAFTED

13   THIS CHART AND SHE PUT IN THE DATA HERSELF.  SHE HAS

14   ALREADY TESTIFIED AS TO THE METHODOLOGY BEHIND IT.  THIS

15   IS JUST PUTTING HER TESTIMONY IN CHART FORM TO

16   DEMONSTRATE FOR THE COURT.

17             THE COURT:  SO MS. -- MS. CHUANG, DID YOU

18   CREATE THIS FOR THIS PARTICULAR PROCEEDING OR YOU

19   CREATED IT FOR THE STUDY?

20             THE WITNESS:  I CREATED IT FOR THE STUDY.

21   THIS TABLE IS ACTUALLY TAKEN FROM A PRESENTATION WE DID

22   AT THE SOCIETY OF GENERAL INTERNAL MEDICINE MEETING BACK

23   IN THE SPRING.  I ALSO GAVE A PRESENTATION AT THE

24   SOCIETY FOR FAMILY PLANNING MEETING, AND THIS TABLE WAS

25   TAKEN FROM THOSE PRESENTATIONS.

 1                         THE COURT:  AND THE DATA INCLUDED IN THE

 2      TABLE IS TAKEN FROM WHERE?

 3                         THE WITNESS:  THIS IS FROM THE "MY NEW

 4      OPTIONS" RESULTS.

 5                         THE COURT:  OKAY.  OVERRULED.

 6                         GO AHEAD.

 7      BY MS. BOLAND:

 8      Q.      IF YOU FLIP TO THE NEXT PAGE, CAN YOU JUST TELL

 9      US WHAT THAT IS?

10      A.      THAT IS ANOTHER TABLE FROM THE SAME

11      PRESENTATIONS.

12      Q.      REFLECTING THE SAME DATA?

13      A.      YES.

14      Q.      IS IT JUST REPACKAGED A DIFFERENT WAY?

15      A.      YES.  SO THE FIRST TABLE SHOWS THE CONTRACEPTIVE

16      TYPES THAT ARE USED IN THE STUDY DIVIDED INTO THE FOUR

17      CATEGORIES THAT ARE SIMILAR TO THOSE TIERS THAT WE

18      LOOKED AT ON THE CDC WEBSITE.  SO THE FIRST ROW IS

19      LARCS, THE SECOND ROW IS OTHER PRESCRIPTION METHODS,

20      THIRD ROW IS NONPRESCRIPTION METHODS, AND THE LAST ROW

21      IS NO METHOD.  THE SECOND TABLE REALLY IS THE SAME DATA

22      BUT IT'S JUST LOOKING AT WOMEN WHO WERE ON ANY

23      CONTRACEPTIVE METHOD AT ALL VERSUS NO METHOD.  SO IN THE

24      SECOND TABLE, IT JUST REALLY COLLAPSES THOSE FIRST THREE

25      ROWS INTO ONE ROW, SO IT IS REALLY SHOWING THE SAME DATA

1    IN TWO DIFFERENT FORMATS.

2    Q.      AND I THINK YOU JUST TESTIFIED THAT YOU SAW A

3    STATISTICAL JUMP FROM THE NUMBER OF WOMEN USING LARCS AT

4    THE BEGINNING OF THE STUDY TO THE NUMBER OF WOMEN USING

5    LARCS AT THE END OF THE STUDY.  IS THAT REFLECTED

6    SOMEWHERE ON THESE DOCUMENTS?

7    A.      SO I'M LOOKING AT TABLE 1, AND SO IN THAT FIRST

8    ROW WHERE IT SAYS LARCS, AND THEN IF YOU LOOK AT THE

9    NEXT COLUMN WHERE IT SAYS BASELINE, THAT IS THE

10   BEGINNING OF THE STUDY WHERE THERE ARE 984 WOMEN

11   ENROLLED IN THE STUDY.

12              SO 83 WOMEN AT THE BEGINNING OF THE

13   STUDY, WHICH WAS 8.4 PERCENT OF THE SAMPLE, AT THAT TIME

14   WERE USING LARCS.  AND THEN IF YOU GO OVER TO THE NEXT

15   ROW, WHERE IT SAYS 24 MONTHS, THERE WERE 130 WOMEN OUT

16   OF 727 WOMEN USING LARCS AT THE END OF THE STUDY, WHICH

17   WAS 17.9 PERCENT.

18              IF YOU LOOK AT THE NEXT TWO ROWS, THERE

19   ARE REALLY NO DIFFERENCES.  IF YOU LOOK AT THE

20   PERCENTAGES OF OTHER PRESCRIPTION METHODS IT WAS

21   49.7 PERCENT BOTH AT BASELINE AND 24 MONTHS.  AND THEN

22   IN THE THIRD ROW, NOT MUCH DIFFERENCE EITHER IN THE

23   NONPRESCRIPTION METHOD.  BUT THEN IF YOU LOOK AT THE

24   LAST ROW, THE NO-METHOD ROW, YOU WILL SEE THAT BASELINE

25   THERE WERE 11.5 PERCENT OF WOMEN NOT USING ANY METHOD

1    AND THAT HAD DROPPED TO 5.1 PERCENT BY THE END OF THE

2    STUDY.

3                    AND THEN IN THE THIRD COLUMN WHERE IT

4    SAYS P VALUE.  THE P VALUE IS OUR TEST OF STATISTICAL

5    SIGNIFICANCE, AND IN BIOMEDICAL RESEARCH WE GENERALLY

6    ACCEPT A P VALUE OF LESS THAN .05 TO INDICATE

7    STATISTICAL SIGNIFICANCE.  SO THE P VALUE WE HAD FOR

8    THESE RESULTS WAS LESS THAN .001, WHICH SHOWS THAT THERE

9    WAS A STATISTICALLY SIGNIFICANT CHANGE IN THESE NUMBERS

10   THAT I JUST REVIEWED.

11   Q.      AND JUST A COUPLE OF POINTS OF CLARIFICATION.

12   IT LOOKS LIKE ALTHOUGH THE PERCENTAGE IS THE SAME FOR

13   OTHER PRESCRIPTION METHODS, THE NUMBER OF -- THE OTHER

14   NUMBER CHANGED.  CAN YOU EXPLAIN WHAT WE ARE SEEING HERE

15   AND WHY THE PERCENTAGE IS THE SAME BUT THE NUMBER OF

16   PEOPLE DIFFERS?

17   A.      SURE.  SO I WILL TAKE YOU BACK UP TO THE HEADER

18   ROW WHERE IT SAYS BASELINE, N EQUALS 984, AND 24 MONTHS,

19   N EQUALS 727.  SO IT MIGHT SEEM PECULIAR THAT THERE WAS

20   SUCH A DIFFERENT -- A DROP IN THE NUMBERS BETWEEN THE

21   BEGINNING AND THE END OF THE STUDY.

22                    HOWEVER, WE JUST INCLUDED WOMEN IN THE

23   STUDY WHO WERE ACTIVELY TRYING TO AVOID PREGNANCY.  SO I

24   SHOULD HAVE MENTIONED BEFORE WHEN I WAS DESCRIBING THE

25   STUDY THAT WE ENROLLED WOMEN WHO SAID THEY WERE TRYING

1    TO AVOID PREGNANCY FOR THE NEXT YEAR.

2                    OVER THE COURSE OF THE TWO-YEAR STUDY,

3    WOMEN CHANGED THEIR MIND AND SOME WOMEN THEN DECIDED

4    THEY WERE TRYING TO GET PREGNANT.  AND SO THOSE WOMEN

5    WERE NO LONGER COUNTED BECAUSE THEY DIDN'T HAVE AN

6    INDICATION TO USE BIRTH CONTROL ANYMORE.  SO THAT IS WHY

7    THERE WAS ONLY 727 WOMEN AT 24 MONTHS.

8                    THERE WERE SOME OTHER REASONS THAT WOMEN

9    WERE EXCLUDED TOO.  THERE WERE SOME WHO GOT A

10   HYSTERECTOMY DURING THAT TIME FRAME OR THEY GOT THEIR

11   TUBAL STERILIZATION DURING THAT TIME FRAME, SO THAT

12   ACCOUNTED FOR SOME OF THE REDUCED NUMBERS AS WELL.

13   Q.     DOES THE FACT THAT SOME WOMEN DROPPED OUT, DID

14   THAT AFFECT THE RELIABILITY OF YOUR FINDINGS?

15   A.     NO, BECAUSE THAT IS ACCOUNTED FOR WHEN YOU DO

16   THE STATISTICAL TEST AND GENERATE THE P VALUE.  IT

17   CONSIDERS THE SAMPLE SIZE NUMBER.

18   Q.     SO WHAT IS YOUR OPINION WITH A REASONABLE DEGREE

19   OF CERTAINTY AS TO WHY WOMEN CHANGED THEIR BEHAVIOR OVER

20   THIS TIME FRAME?

21   A.     WELL, WHAT I CAN SAY IS THAT THE STUDY, SINCE WE

22   STARTED THE STUDY IN 2014, IT OCCURRED PRETTY SHORTLY

23   AFTER THE CONTRACEPTIVE MANDATE WENT INTO EFFECT.  WE

24   DIDN'T SEE AN EFFECT OF OUR STUDY INTERVENTION AND

25   REALLY THE ONLY OTHER THING THAT WAS GOING ON AT THE

1    TIME WAS THIS CHANGE IN CONTRACEPTIVE -- IN THE

2    CONTRACEPTIVE MANDATE.

3              SO MY HYPOTHESIS WOULD BE THAT WHAT WE

4    ARE SEEING IS THE CHANGE IN CONTRACEPTIVE BEHAVIOR THAT

5    COULD HAVE RESULTED FROM THE CONTRACEPTIVE MANDATE.

6    Q.      AND IS THAT CONSISTENT WITH OTHER RESEARCH OUT

7    THERE, TO YOUR KNOWLEDGE?

8    A.      YEAH.  ACTUALLY THERE HAS BEEN SEVERAL OTHER

9    STUDIES IN THE LITERATURE THAT HAVE SHOWN THAT SINCE THE

10   CONTRACEPTIVE MANDATE, WE DO KNOW THAT OUT-OF-POCKET

11   COSTS FOR WOMEN HAVE GONE DOWN SINCE THE CONTRACEPTIVE

12   MANDATE.  THERE'S BEEN SOME STUDIES TO SHOW THAT THERE

13   MAY BE SOME CHANGES IN METHODS THAT WOMEN ARE CHOOSING

14   WITH MORE LARCS BEING USED.  SO I THINK THIS IS

15   CONSISTENT WITH THOSE OTHER STUDIES.

16   Q.      IS THIS CONSISTENT WITH YOUR EXPERIENCE IN YOUR

17   OWN PRACTICE IN TERMS OF WOMEN'S DECISION-MAKING AFTER

18   THE MANDATE WAS PUT IN PLACE?

19   A.      WELL, I CAN SAY THAT I CERTAINLY HAD SOME

20   PATIENTS WHO, AFTER LEARNING ABOUT THE MANDATE, HAVE

21   RETHOUGHT THEIR CONTRACEPTIVE DECISION-MAKING.  SOME OF

22   THEM THAT HAS HELPED THEM CHANGE THEIR MIND.  I HAVE HAD

23   SOME WOMEN WHO WERE PREVIOUSLY NOT USING A METHOD OR

24   USING A LESS-EFFECTIVE METHOD THAT HAVE THEN CHOSEN TO

25   USE A MORE-EFFECTIVE METHOD, WHETHER THAT BE A LARC OR

1    PILL OR SOMETHING ELSE, YES.

2    Q.     IN YOUR OPINION, DOCTOR, HAS THE CONTRACEPTIVE

3    MANDATE BENEFITED WOMEN?

4    A.     YES, I THINK IT HAS.

5    Q.     AND FOR WHAT REASON?

6    A.     I THINK BECAUSE IT HAS ALLOWED WOMEN TO HAVE

7    THAT FULL RANGE OF CHOICES THAT ARE ON THAT CDC CHART WE

8    LOOKED AT.  SO INSTEAD OF ONLY HAVING A COUPLE OF THOSE

9    AVAILABLE TO WOMEN TO CONSIDER, THEY HAVE THE WHOLE

10   SPECTRUM OF CHOICES TO CONSIDER, AND IT GIVES THE

11   PATIENT A LOT MORE FREEDOM TO TALK WITH THEIR PROVIDER

12   ABOUT WHAT METHODS ARE REALLY BEST SUITED FOR THEM AS AN

13   INDIVIDUAL.  WHEN THEY CONSIDER WHAT THEIR OWN HEALTH

14   CONDITIONS ARE, WHAT THEIR OWN PREFERENCES ARE, WHAT

15   SIDE EFFECTS ARE OKAY OR NOT OKAY FOR THEM, IT REALLY

16   ALLOWS THEM TO CONSIDER THE FULL SET OF OPTIONS.

17   Q.     HAVE YOU HAD THE OPPORTUNITY TO READ THE

18   RELIGIOUS AND MORAL EXEMPTION RULES AT ISSUE IN THIS

19   CASE?

20   A.     YES, I HAVE READ THEM.

21   Q.     WHAT DO YOU BELIEVE THE IMPACT OF THOSE RULES

22   WILL BE ON PRIVATELY-INSURED WOMEN -- ON SOME

23   PRIVATELY-INSURED WOMEN IN PENNSYLVANIA?

24          MS. KOPPLIN:  OBJECTION, YOUR HONOR.

25   THIS IS NOT AN OPINION THAT IS GOING TO BE -- THAT THERE

1   IS ANY EVIDENCE IT'S GOING TO BE THE PRODUCT OF RELIABLE

2   PRINCIPLES AND METHODS BY THE WITNESS.

3              THE COURT:  OVERRULED.

4              THE WITNESS:  I --

5              THE COURT:  WHAT YOU KNOW FROM YOUR

6   EXPERIENCE.

7              THE WITNESS:  SURE.  SO BASED ON MY

8   EXPERIENCE, I WOULD IMAGINE THAT IT WOULD BE SIMILAR TO

9   BEFORE THE CONTRACEPTIVE MANDATE WHEN CONTRACEPTIVE

10  COUNSELING HAD TO INCLUDE COSTS.  SO I WOULD IMAGINE

11  THAT WOULD BE THE CASE AGAIN.

12  BY MS. BOLAND:

13  Q.      IS IT YOUR OPINION THAT COST IS A BARRIER TO

14  ACCESS TO CONTRACEPTIVE CARE, OR CAN BE A BARRIER TO

15  CONTRACEPTIVE CARE?

16  A.      YES, I HAVE SEEN THAT BE THE CASE.

17  Q.      AND IN YOUR OPINION, WHAT WILL HAPPEN IF WOMEN

18  FORGO CONTRACEPTIVE CARE BECAUSE OF COST?

19  A.      I THINK THAT IF WOMEN CAN'T CHOOSE FROM THE FULL

20  SET OF OPTIONS, THEY MAY BE MORE LIKELY TO CHOOSE THE

21  LESS EXPENSIVE OPTIONS, WHICH ARE, UNFORTUNATELY, THE

22  LESS EFFECTIVE OPTIONS.  AND SO MY FEAR WOULD BE THAT WE

23  WOULD SEE A RISE IN UNINTENDED PREGNANCIES AND

24  CONCOMITANTLY A RISE IN ABORTIONS.

25  Q.      THANK YOU, DR. CHUANG.

1          MS. BOLAND:  BEAR WITH ME ONE MOMENT,

2     YOUR HONOR.

3          THE COURT:  OKAY.

4     BY MS. BOLAND:

5     Q.      TWO POINTS FOR CLARIFICATION, DOCTOR.  EARLIER I

6     ASKED YOU ABOUT THE MOST EXPENSIVE METHODS OF

7     CONTRACEPTION.  SPEAKING IN TERMS OF UP-FRONT COST, WHAT

8     IS THE MOST EXPENSIVE METHOD OF CONTRACEPTION?

9     A.      THE LARCS ARE THE MOST EXPENSIVE WITH UP-FRONT

10    COSTS, BECAUSE YOU HAVE TO PAY FOR THE DEVICE AND THE

11    INSERTION FEE ALL AT ONCE UP FRONT.

12    Q.      IN REGARD TO THE "MY NEW OPTIONS" STUDY, WHY WAS

13    THERE A DELAY IN THE CHANGES OVER TIME IF THE MANDATE

14    WENT INTO EFFECT IN 2012?  IN OTHER WORDS, WHY WASN'T IT

15    INSTANTANEOUS THAT YOU WOULD SEE CHANGES IN WOMEN'S

16    BEHAVIOR?

17    A.      WELL, A COUPLE OF THINGS.

18              WOMEN MAY NOT HAVE BEEN AWARE OF THE

19    CHANGES IN THEIR CONTRACEPTIVE COVERAGE RIGHT AWAY.  IN

20    FACT, I HAD PATIENTS COME TO ME AND SAY, OH, I THINK

21    THEY MADE A MISTAKE AT THE PHARMACY, THEY DID NOT CHARGE

22    ME A CO-PAY THIS MONTH.  SO THEY DID NOT REALIZE THAT

23    THERE WAS A CHANGE IN POLICY.  SO THAT IS NUMBER ONE.

24              SECONDLY, YOU KNOW, WOMEN DON'T RUSH TO

25    THE DOCTOR EVERY DAY, SO THEY MIGHT -- MOST WOMEN WHO

1    ARE HEALTHY REPRODUCTIVE-AGE WOMEN MIGHT ONLY SEE THEIR

2    PHYSICIAN ONCE A YEAR, SO PROBABLY JUST THE TIMING OF

3    WHEN THEY WERE SEEING THEIR PROVIDERS AND MAKING CHANGES

4    IN THEIR CONTRACEPTION IS WHAT I WOULD GUESS.

5            MS. BOLAND:  THANK YOU VERY MUCH, DOCTOR.

6    I HAVE NO FURTHER QUESTIONS.

7            THE COURT:  MS. KOPPLIN.

8            MS. KOPPLIN:  YOUR HONOR, MAY I APPROACH?

9            THE COURT:  YOU MAY.

10            CROSS-EXAMINATION

11   BY MS. KOPPLIN:

12   Q.    GOOD AFTERNOON.  DR. CHUANG, MY NAME IS REBECCA

13   KOPPLIN.  I'M JUST GOING TO ASK YOU A COUPLE QUESTIONS.

14            HOW ARE YOU DOING?

15   A.    GOOD, THANK YOU.

16   Q.    DR. CHUANG, WHAT DOCUMENTS DID YOU CONSIDER IN

17   PREPARING YOUR DECLARATION?  COULD YOU LIST THE

18   DOCUMENTS?

19   A.    I'M NOT SURE WHAT TYPES OF DOCUMENTS YOU MIGHT

20   BE REFERRING TO.

21   Q.    LET'S SAY ALL TYPES OF DOCUMENTS.

22   A.    WELL, BEING A PRIMARY CARE PROVIDER AND BEING A

23   RESEARCHER IN THIS FIELD AND A LECTURER IN THIS AREA,

24   THE DECLARATION INCLUDED YEARS OF READING MANY

25   SCIENTIFIC ARTICLES AND DOING YEARS OF RESEARCH AND THE

1    BODY OF KNOWLEDGE THAT HAS ACCUMULATED FROM THAT.

2    Q.      OTHER THAN THE GENERAL BODY OF KNOWLEDGE YOU HAD

3    WHEN YOU STARTED WORKING AND PREPARING THE DECLARATION,

4    WHAT SPECIFIC SOURCES DID YOU SEEK OUT AND REVIEW?

5    A.      I'M NOT SURE I UNDERSTAND THE QUESTION.

6    Q.      FOR EXAMPLE, DID YOU READ THE RULES WHEN YOU

7    WERE PREPARING YOUR DECLARATION?

8    A.      AT THE TIME THAT I PREPARED MY DECLARATION --

9    I'M ACTUALLY -- I CANNOT PRECISELY REMEMBER IF I HAD

10   ALREADY READ THE RULES AT THE TIME OF THE DECLARATION.

11   Q.      SO YOU DO NOT RECALL IF YOU HAD READ THE RULES

12   OR NOT WHEN YOU WROTE YOUR DECLARATION?

13   A.      I DO NOT RECALL.

14   Q.      DID YOU READ ANY OF THE ARTICLES THAT ARE CITED

15   IN THE RULES?

16   A.      IN READING -- WHEN I DID READ THE RULES, A LOT

17   OF THE ARTICLES ARE COMMONLY-CITED ARTICLES IN FAMILY

18   PLANNING LITERATURE, SO MANY OF THEM I WAS ALREADY

19   FAMILIAR WITH AND SINCE SOME OF THEM I READ SUBSEQUENT

20   TO READING THE RULES, BUT I DID NOT READ EVERY SINGLE

21   ONE OF THEM, NO.

22   Q.      DO YOU RECALL ANY OTHER THINGS THAT YOU WOULD

23   HAVE LOOKED AT IN PREPARING YOUR DECLARATION, FOR

24   EXAMPLE, NEWSPAPER ARTICLES, BLOG POSTS?

25   A.      I WOULD NOT HAVE REFERRED TO THE LAY PRESS FOR

1    MY INFORMATION, NO.

2    Q.      DO YOU RECALL IN PARTICULAR ANY STUDIES THAT YOU

3    READ OTHER THAN THOSE CITED IN THE RULES?

4    A.      I CONSIDER AS PART OF MY DAILY WORK TO BE

5    READING RESEARCH ARTICLES ABOUT CONTRACEPTION, SO YES, I

6    READ ARTICLES ON A NEAR-DAILY BASIS ABOUT THIS FIELD.

7    Q.      SURE.  MY QUESTION WAS IF YOU RECALLED IN

8    PARTICULAR ANY ARTICLES THAT YOU READ TO PREPARE FOR THE

9    DECLARATION?

10   A.      SURE.  I HAVE READ MANY ARTICLES IN THE LAST

11   COUPLE OF WEEKS, PERHAPS MAYBE MORE FREQUENCY THAN USUAL

12   BECAUSE I KNEW THAT I WOULD BE HERE TODAY.

13   Q.      SURE.  IF YOU RECALL ANY IN PARTICULAR, WHO WAS

14   THE AUTHOR OF THAT STUDY AND WHAT WAS ITS TITLE?

15   A.      SO I KNOW, FOR EXAMPLE, THAT YOU GUYS HAVE THE

16   BEARAK AND JONES ARTICLES, SO I HAVE READ -- I READ THAT

17   AGAIN IN PREPARATION FOR TODAY.  THERE ARE SEVERAL OTHER

18   ARTICLES THAT -- AS I MENTIONED BEFORE, THERE'S OTHER

19   RESEARCH THAT HAS DOCUMENTED A -- CHANGES IN

20   CONTRACEPTIVE BEHAVIOR AND UPTAKE OF MORE EFFECTIVE

21   METHODS, SO I READ, REVIEWED SOME OF THOSE ARTICLES.

22   THERE WAS AN ARTICLE BY LYDIA PACE THAT WAS PUBLISHED IN

23   HEALTH AFFAIRS LAST YEAR.  THERE WAS ANOTHER ARTICLE

24   PUBLISHED IN HEALTH AFFAIRS LAST YEAR REGARDING THE SAME

25   TOPIC.  THERE IS AN ARTICLE BY KAVANAUGH AND COLLEAGUES

1    THAT WAS PUBLISHED IN CONTRACEPTION THIS YEAR THAT ALL

2    RELATE TO INCREASES IN MORE EFFECTIVE CONTRACEPTIVE USE

3    FOLLOWING THE CONTRACEPTIVE MANDATE.  THOSE ARE ALL

4    ARTICLES THAT I REREAD RECENTLY IN PREPARATION FOR THIS.

5    Q.    WHO DID YOU MEET WITH TO PREPARE FOR YOUR

6    DECLARATION?

7    A.    I MET WITH THE LAWYERS HERE.

8    Q.    ANYONE ELSE?

9    A.    NO.

10    Q.    SO YOU ARE HERE TODAY TO TESTIFY ABOUT THE NEW

11    EXEMPTION TO THE CONTRACEPTIVE COVERAGE MANDATE,

12    CORRECT?

13    A.    YES.

14    Q.    NOW, BEFORE THESE NEW EXEMPTIONS EXISTED, YOU

15    ARE AWARE THAT THERE WERE SOME GRANDFATHERED PLANS THAT

16    WERE ALREADY EXEMPT FROM THE COVERAGE MANDATE?

17    A.    YES.

18    Q.    AND YOU'RE AWARE THAT SOME OF THESE PLANS WERE

19    THEREFORE NOT PROVIDING COVERAGE FOR CONTRACEPTIVES?

20    A.    COULD YOU REPEAT THAT?  SORRY.

21    Q.    SO YOU WOULD AGREE WITH ME THAT BECAUSE SOME OF

22    THESE PLANS WERE GRANDFATHERED, THOSE PLANS WERE NOT

23    PROVIDING COVERAGE FOR CONTRACEPTIVES?

24    A.    YES.

25    Q.    DO YOU HAVE AN IDEA OF HOW MANY OF THOSE PLANS

1    THERE WERE IN PENNSYLVANIA?

2    A.    I DO NOT PRECISELY KNOW THE NUMBER, BUT I KNOW

3    THE NUMBER HAS BEEN DECLINING WITH EVERY YEAR.

4    Q.    BUT YOU COULD NOT EVEN GIVE ME AN ESTIMATE OF A

5    NUMBER?

6    A.    I KNOW AT THE TIME THE CONTRACEPTIVE MANDATE

7    WENT INTO PLACE, I RECALL THAT MAYBE THE NUMBER OF

8    GRANDFATHERED PLANS WAS AROUND 20 PERCENT, AND I

9    UNDERSTAND THAT IT HAS DECLINED IN EVERY YEAR SINCE

10   THEN, BUT I DON'T KNOW WHAT THE PRECISE NUMBER IS NOW.

11   Q.    AND YOU ARE AWARE THAT PRIOR TO THE CURRENT

12   EXEMPTIONS, THERE WAS ALREADY AN EXEMPTION FOR HOUSES OF

13   WORSHIP?

14   A.    YES.

15   Q.    AND SO THEREFORE THERE WERE SOME HOUSES OF

16   WORSHIP THAT WERE NOT PROVIDING CONTRACEPTIVE COVERAGE?

17   A.    CORRECT.

18   Q.    ARE YOU AWARE ABOUT HOW MANY OF THOSE THERE WERE

19   IN PENNSYLVANIA?

20   A.    NO, I DON'T KNOW HOW MANY.

21   Q.    AND YOU ARE AWARE THAT PRIOR TO THIS LITIGATION,

22   THERE WAS OTHER LITIGATION CHALLENGING THE CONTRACEPTIVE

23   MANDATE, AND AS A RESULT OF THAT, SOME ENTITIES OBTAINED

24   INJUNCTIONS SO THEY DID NOT HAVE TO PROVIDE

25   CONTRACEPTION COVERAGE, CORRECT?

1    A.    SO IF YOU ARE REFERRING TO ACCOMMODATIONS, YES,

2    I'M FAMILIAR WITH THAT.

3    Q.    AND DO YOU KNOW HOW MANY OF THOSE ACCOMMODATED

4    ENTITIES WERE IN PENNSYLVANIA?

5    A.    NO, I DO NOT KNOW.  I DO KNOW THAT THE COMPANIES

6    THAT WERE INVOLVED, LIKE HOBBY LOBBY, ARE PENNSYLVANIA

7    COMPANIES, BUT I DO NOT KNOW BEYOND THAT HOW MANY ARE

8    FROM PENNSYLVANIA.

9    Q.    SO I'M LOOKING AT YOUR DECLARATION NOW, WHICH IS

10   AT TAB 6 IN THE BINDER.  AT PARAGRAPH 31, YOU STATED

11   THAT:  SINCE THE ACA HAS PASSED, NO PATIENT HAS

12   CONTACTED ME TO ASK FOR A DIFFERENT, CHEAPER METHOD OF

13   CONTRACEPTION THAN THE ONE I HAD PRESCRIBED DUE TO THE

14   COST UNDER PRIVATE INSURANCE PLANS.

15               DID I READ THAT CORRECTLY?

16   A.    YOU DID.

17   Q.    SO YOU WOULD AGREE WITH ME THEN THAT SINCE THE

18   ACA PASSED, NONE OF YOUR PATIENTS ASKED FOR CHEAPER

19   METHODS OF CONTRACEPTION EVEN THOUGH ALL OF THESE

20   EXEMPTIONS THAT WE JUST TALKED ABOUT WERE IN EXISTENCE?

21   A.    THAT'S RIGHT.

22   Q.    NOW, LET'S TURN TO THE NEW EXEMPTIONS THAT ARE

23   AT ISSUE HERE.  THE NEW EXEMPTIONS ARE FOR ENTITIES WITH

24   SINCERE RELIGIOUS AND MORAL OBJECTIONS, CORRECT?

25   A.    CORRECT.

1   Q.      BUT YOU ARE NOT AWARE OF ANY EMPLOYERS IN

2   PENNSYLVANIA THAT HAVE INVOKED THE NEW EXEMPTIONS SO

3   FAR, CORRECT?

4   A.      I'M NOT AWARE, NO.

5   Q.      SO YOU ARE NOT AWARE OF ANY INDIVIDUALS IN

6   PENNSYLVANIA WHO HAVE LOST THEIR CONTRACEPTIVE COVERAGE

7   DUE TO THE NEW EXEMPTIONS?

8   A.      NO, I'M NOT.  I DON'T KNOW.

9   Q.      AND NOT JUST IN PENNSYLVANIA, BUT YOU ARE NOT

10  AWARE OF ANY PEOPLE NATIONALLY EITHER WHO HAVE LOST

11  COVERAGE BECAUSE OF THE EXEMPTION?

12  A.      I'M NOT AWARE OF ANY, NO.

13  Q.      AND YOU DON'T KNOW OF ANY PEOPLE EITHER IN

14  PENNSYLVANIA OR IN THE ENTIRE COUNTRY WHO WILL LOSE

15  COVERAGE, LIKE THEIR PLANS HAVE ALREADY ANNOUNCED THAT

16  THEY ARE GOING TO CHANGE, FOR EXAMPLE?

17  A.      NO.

18  Q.      LOOKING AT YOUR DECLARATION AT PARAGRAPH 23, YOU

19  STATED:  SOME OF MY PATIENTS ALSO WORK FOR AND RECEIVE

20  THEIR HEALTH INSURANCE THROUGH CATHOLIC SCHOOLS AND

21  OTHER INSTITUTIONS WHICH MIGHT SEEK TO ELIMINATE

22  CONTRACEPTIVE COVERAGE THROUGH THEIR EMPLOYER-SPONSORED

23  PLANS UNDER THE NEW RELIGIOUS AND MORAL EXEMPTIONS.

24          DID I READ THAT CORRECTLY?

25  A.      YES, YOU DID.

1    Q.    SO NOW HERE TODAY IN DECEMBER, YOU STILL CAN'T

2    IDENTIFY ANY ACTUAL PATIENTS WHO WILL LOSE COVERAGE,

3    CORRECT?

4    A.    I HAVE PATIENTS WHO ARE EMPLOYED OR -- AND HAVE

5    HAD PATIENTS WHO HAVE BEEN EMPLOYED AT THESE

6    INSTITUTIONS, SO THEY MAY ALREADY NOT HAVE COVERAGE.

7    Q.    DO YOU KNOW OF ANY THAT HAVE ALREADY LOST

8    COVERAGE?

9    A.    NOT AS A RESULT OF THE NEW RULES, NO.

10    Q.    SO ALTHOUGH YOU DO HAVE SOME PATIENTS WHO ARE

11    EMPLOYED AT THESE, AS OF RIGHT NOW YOU DON'T KNOW ANY OF

12    THEM WHO ARE ACTUALLY GOING TO LOSE THEIR COVERAGE

13    BECAUSE OF THE NEW RULES?

14    A.    THEY MAY ALREADY HAVE NOT HAD COVERAGE, BUT I DO

15    NOT KNOW OF ANY PATIENTS WHO MAY BE LOSING COVERAGE.

16    Q.    RIGHT.  AND YOU DO KNOW OF ANY PATIENTS WHOSE

17    SITUATION IS CHANGING FOR THE WORSE BECAUSE OF THE

18    RULES?

19    A.    I DO NOT KNOW INDIVIDUALS IN THAT CASE RIGHT

20    NOW, NO.

21    Q.    NOW, IN PARAGRAPH 34, YOU STATED THAT:  AS A

22    RESULT OF THESE RULES, SOME WOMEN WILL LOSE

23    CONTRACEPTIVE -- SORRY -- SOME WOMEN WILL LOSE INSURANCE

24    COVERAGE FOR PREVENTATIVE CONTRACEPTIVE CARE.

25            DID I READ THAT CORRECTLY?

1    A.       YES.

2    Q.       BUT AS OF TODAY, YOU CAN'T IDENTIFY ANY ACTUAL

3    WOMEN WHO HAVE LOST COVERAGE BECAUSE OF THE NEW RULES,

4    CORRECT?

5    A.       CORRECT.

6    Q.       IN PARAGRAPH 35, REFERRING TO THESE WOMEN WHO

7    WOULD LOSE COVERAGE, YOU STATED:  AS A RESULT THEIR

8    COSTS FOR CONTRACEPTIVE CARE WILL RISE.

9              DID I READ THAT CORRECTLY?

10   A.       YES.

11   Q.       BUT STILL WE CAN'T IDENTIFY ANY ACTUAL WOMEN WHO

12   COSTS HAVE RISEN BECAUSE OF THE EXEMPTION?

13   A.       NO.

14   Q.       AND IN PARAGRAPH 36, YOU STATED THAT:  UNDER THE

15   NEW RULES, COSTS WILL AGAIN BECOME A BARRIER TO WOMEN'S

16   ACCESS TO AND USE OF THE CONTRACEPTIVE THAT IS MEDICALLY

17   RECOMMENDED FOR THEM.

18              BUT TODAY YOU CAN'T IDENTIFY ANY ACTUAL

19   WOMEN WHO ARE EXPERIENCING SUCH A BARRIER BECAUSE OF THE

20   NEW RULES, CORRECT?

21   A.       CORRECT.

22   Q.       AND IN PARAGRAPH 37, REFERRING TO THE SAME

23   WOMEN, YOU STATED THAT THEY WOULD FACE MEDICAL HARM, BUT

24   AS OF TODAY, YOU CAN'T IDENTIFY ANY ACTUAL WOMEN WHO ARE

25   FACING THAT MEDICAL HARM BECAUSE OF THE RULES, CORRECT?

1    A.        CORRECT.

2    Q.        AND IN PARAGRAPH 38, REFERRING TO THESE SAME

3    WOMEN, YOU STATED THAT THERE WOULD BE A DISRUPTION OF

4    THESE PATIENTS' MEDICAL TREATMENT, BUT AS OF TODAY, WE

5    DON'T KNOW -- YOU DON'T KNOW OF ANY ACTUAL WOMEN WHOSE

6    MEDICAL TREATMENT HAS BEEN DISRUPTED BY THE RULES,

7    CORRECT?

8    A.        CORRECT.

9    Q.        IN PARAGRAPH 39, YOU STATED THAT:  SOME OF THESE

10   WOMEN WILL FACE UNINTENDED PREGNANCIES AND OTHER ADVERSE

11   MEDICAL CONSEQUENCES, BUT AS OF TODAY, YOU DON'T KNOW OF

12   ANY ACTUAL WOMEN WHO ARE FACING UNINTENDED PREGNANCIES

13   OR OTHER ADVERSE MEDICAL CONSEQUENCES BECAUSE OF THE

14   RULES, CORRECT?

15   A.        CORRECT.

16   Q.        AND IN PARAGRAPH 45, YOU STATED THAT YOU

17   BELIEVED AN INJUNCTION OF THE RULES IS NECESSARY TO

18   PREVENT IMMEDIATE AND IRREPARABLE HARM TO WOMEN IN

19   PENNSYLVANIA AND AROUND THE COUNTRY WHO WILL LOSE

20   ONGOING PREVENTATIVE CARE COVERAGE UNDER THEIR GROUP

21   HEALTH PLANS DUE TO THE RULES, BUT AS OF TODAY, YOU

22   DON'T KNOW OF ANY ACTUAL WOMEN WHO HAVE LOST THEIR

23   ONGOING PREVENTATIVE CARE COVERAGE DUE TO THE RULES,

24   CORRECT?

25   A.        IT SAY "PREVENTIVE," NOT "PREVENTATIVE," BUT

1    OTHERWISE, CORRECT.

2    Q.      APOLOGIES.   THANK YOU.

3              HAVE YOU HEARD FROM -- I'M SORRY.   IN

4    YOUR MEDICAL PRACTICE, DO YOU PRACTICE WITH OTHER

5    DOCTORS?

6    A.      I DO.

7    Q.      HAVE YOU HEARD FROM ANY OF THEM THAT LIKE THEY

8    DON'T -- HAVE YOU LEARNED THROUGH ANY OTHER MEANS ABOUT

9    ANY OTHER PATIENTS IN YOUR PRACTICE WHO MIGHT HAVE THIS

10   PROBLEM?

11   A.      I HAVE NOT HAD THOSE CONVERSATIONS WITH MY

12   COLLEAGUES.

13   Q.      HAVE YOU LEARNED, FOR EXAMPLE, THROUGH CALLS

14   FROM PHARMACIES OR PHARMACISTS ABOUT ANY PATIENTS WHO

15   ARE HAVING PROBLEMS GETTING THEIR PRESCRIPTIONS BECAUSE

16   OF THE NEW RULES?

17              MS. BOLAND:  OBJECTION, CALLS FOR

18   HEARSAY.

19              THE COURT:  SUSTAINED.

20              MS. KOPPLIN:  IF I MIGHT CONFER WITH MY

21   COLLEAGUES FOR JUST A MOMENT, YOUR HONOR.

22              (PAUSE.)

23              MS. KOPPLIN:  THANK YOU FOR YOUR

24   TESTIMONY.

25              YOUR HONOR, NO FURTHER QUESTIONS.

1                    THE COURT:  ANY REDIRECT?

2                    MS. BOLAND:  NO REDIRECT, YOUR HONOR.

3                    THE COURT:  THANK YOU VERY MUCH.  YOU ARE

4    EXCUSED.

5                    OKAY.  WHAT I THINK WHAT WE WILL DO NOW

6    IF YOU ARE READY, YOU ARE UP.  TELL US WHAT YOU FOUND.

7                    MR. HEALY:  PERMISSION TO APPROACH, YOUR

8    HONOR?

9                    THE COURT:  YES.  AND YOU ARE MR. HEALY.

10                    MR. HEALY:  CHRISTOPHER HEALY.

11                    THE COURT:  OKAY.

12                    MR. HEALY:  THANK YOU, YOUR HONOR.  I

13   APOLOGIZE AGAIN FOR THE SCRAMBLING BACK AND FORTH.

14                    THE COURT:  NOT A PROBLEM.  I THINK I

15   ASKED YOU TO DO IT.  YOU WERE PERFECTLY WITHIN YOUR

16   RIGHTS.

17                    MR. HEALY:  SO I LOOKED INTO THE AGENCY'S

18   RATIONALE BEHIND THE STATEMENT YOUR HONOR READ FROM THE

19   BENCH THIS MORNING, WHICH I BELIEVE, IF I HAVE IT

20   CORRECT, I PUT ON THE SCREEN HERE.

21                    THE COURT:  WHAT ARE WE LOOKING AT HERE?

22                    MR. HEALY:  THIS IS THE STATEMENT I

23   BELIEVE -- IF YOU COULD CONFIRM FOR ME, THE STATEMENT

24   THAT YOU READ FROM THE BENCH THIS MORNING THAT WAS:  AS

25   REFLECTED IN LITIGATION PERTAINING TO THE MANDATE --

1              THE COURT:  YES.

2              MR. HEALY:  -- THEY WISH TO MAKE CHANGES

3   TO THEIR HEALTH PLANS THAT WILL REDUCE THE COST OF

4   INSURANCE COVERAGE FOR THE BENEFICIARIES, ET CETERA.

5              SO THIS STATEMENT READS:  AS REFLECTED IN

6   LITIGATION PERTAINING TO THE MANDATE, SOME ENTITIES ARE

7   IN GRANDFATHERED HEALTH PLANS THAT DO NOT COVER

8   CONTRACEPTION.  THEY WISH TO MAKE CHANGES TO THEIR

9   HEALTH PLANS THAT WILL REDUCE THE COST OF INSURANCE

10  COVERAGE FOR THEIR BENEFICIARIES OR POLICYHOLDERS BUT

11  WHICH WOULD CAUSE THE PLANS TO LOSE GRANDFATHERED

12  STATUS.  THEY ARE REFRAINING FROM MAKING THOSE CHANGES

13  AND THEREFORE ARE CONTINUING TO INCUR AND PASS ON HIGHER

14  INSURANCE COSTS TO PREVENT THE MANDATE FROM APPLYING TO

15  THEIR PLANS IN VIOLATION OF THEIR CONSCIENCES.

16              THE COURT:  SO WHEN I ASKED YOU -- I SAID

17  WE HAD GONE THROUGH 58,000 COMMENTS, AND WE HAD PUT IN

18  THE WORD "GRANDFATHER" OR "GRANDFATHERED" AND HAVE FOUND

19  NOTHING THAT WENT DIRECTLY TO THAT FINDING.  SO WHAT YOU

20  WERE GOING TO DO WAS FIND ME -- PERHAPS THERE WAS A

21  DIFFERENT WORD THAT WAS USED IN THE COMMENTS.

22              MR. HEALY:  SO THOSE 54,000 COMMENTS THAT

23  YOUR HONOR MENTIONED WERE COMMENTS WITH REGARD TO THE

24  2016 REQUEST FOR INFORMATION, WHICH HAD TO DO WITH WAYS

25  THAT THE DEPARTMENT MIGHT AMEND THE ACCOMODATION, NOT

1    THE GRANDFATHERED HEALTH PLANS, SO THAT MAY HAVE BEEN

2    THE REASON.

3                WE'VE ASKED THE AGENCY, AND THE AGENCY

4    POINTED OUT TWO PARTICULAR PREVIOUS COURT CASES THAT THE

5    AGENCY RELIED ON.  AS THEY MENTION IN THE RULE -- THEY

6    WROTE -- THEN IT SAYS:  AS REFLECTED IN LITIGATION

7    PERTAINING TO THE MANDATE.

8                SO THOSE TWO CASES THAT THE AGENCY --

9                THE COURT:  WHICH CASES ARE THOSE?

10               MR. HEALY:  THOSE ARE THE DIOCESE OF FORT

11   WAYNE VERSUS SEBELIUS.  THAT'S 988 F.SUPP.2D 958.  AND

12   ALSO ARCHDIOCESE OF ATLANTA.  SO ARCHDIOCESE OF ATLANTA,

13   THIS IS THE COMPLAINT FROM THAT CASE.  THAT IS CASE

14   NUMBER 1:12-CV-3489 IN THE NORTHERN DISTRICT OF GEORGIA.

15   I APOLOGIZE THAT I DON'T HAVE A FEDERAL CITATION FOR

16   THAT, BUT THAT IS THE CASE NUMBER.

17               AND THIS IS FROM THE COMPLAINT IN THAT

18   CASE.  IT SAYS:  BASED ON THE LEGAL OPINION OF COUNSEL,

19   PLAINTIFFS BELIEVE THAT THE ATLANTA PLAN AND SAVANNAH

20   PLAN CURRENTLY MEET THE AFFORDABLE CARE ACT'S DEFINITION

21   OF GRANDFATHERED PLAN.  AND LATER ON:  PLAINTIFFS WILL

22   LOSE THEIR GRANDFATHERED STATUS IN THE NEAR FUTURE FOR

23   REASONS THAT CANNOT BE AVOIDED --

24               THE COURT:  WHICH CASE IS THIS?

25               MR. HEALY:  THIS IS THE ARCHDIOCESE OF

1    ATLANTA CASE.

2                    THE COURT:  WHAT DATE WAS THIS DOCUMENT

3    YOU ARE SHOWING ME?

4                    MR. HEALY:  THAT WAS FROM 2012.

5                    THE COURT:  SINCE THE CONTRACEPTIVE

6    MANDATE -- SINCE THE NEW IFR HAS BEEN PUT INTO PLACE,

7    HAVE THESE FOLKS CHANGED THEIR PLAN?

8                    MR. HEALY:  I'M NOT AWARE WHETHER THESE

9    FOLKS HAVE CHANGED THEIR PLAN.

10                   THE SECOND CASE THAT THE AGENCY RELIED ON

11   IS THIS, WHICH IS THE DIOCESE OF FORT WAYNE CASE, WHICH

12   HAS THIS HIGHLIGHTED PORTION HERE ON THE SCREEN.  MAYBE

13   I CAN ZOOM OUT SO EVERYONE CAN SEE IT.  THIS WAS ONE OF

14   THE PREVIOUS CHALLENGES TO THE CONTRACEPTIVE COVERAGE

15   MANDATE.  IT SAYS THAT -- THIS IS FROM THE COURT'S

16   OPINION IN THAT CASE FROM THE NORTHERN DISTRICT OF

17   INDIANA.

18                   THE COURT:  WHAT IS THE CITE?

19                   MR. HEALY:  THAT WAS THE ONE I READ

20   BEFORE FROM 2013.  AND THAT SAYS:  CURRENTLY THE

21   DIOCESAN HEALTH PLAN ALSO MEETS THE ACA'S DEFINITION OF

22   A GRANDFATHERED PLAN AND INCLUDES A STATEMENT IN PLAN

23   MATERIALS PROVIDED TO PARTICIPANTS OR BENEFICIARIES THAT

24   IT BELIEVES IS A GRANDFATHERED PLAN AS IT IS REQUIRED TO

25   MAINTAIN ITS GRANDFATHERED STATUS.  BUT IN ORDER TO

1    MAINTAIN ITS GRANDFATHERED STATUS, THE DIOCESE FORGOES

2    APPROXIMATELY $180,000 A YEAR IN INCREASED PREMIUMS SO

3    THAT IT CAN PROTECT CATHOLIC CHARITIES FROM THE

4    CONTRACEPTIVE MANDATE.

5                    ABSENT MAINTAINING ITS GRANDFATHERED

6    STATUS AT A GREAT EXPENSE, THE ONLY OTHER OPTIONS WOULD

7    BE EITHER, ONE, SPONSOR A PLAN THAT WOULD PROVIDE THE

8    EMPLOYEES OF CATHOLIC CHARITIES WITH ACCESS TO FREE

9    CONTRACEPTION, ABORTION, INDUSTRY PRODUCTS,

10   STERILIZATION, AND RELATED COUNSELING; OR TWO, NO LONGER

11   EXTEND ITS PLAN TO CATHOLIC CHARITIES, SUBJECTING IT TO

12   MASSIVE FINES IF IT DOES NOT CONTRACT WITH ANOTHER

13   INSURANCE PROVIDER THAT WILL PROVIDE THE OBJECTIONABLE

14   COVERAGE.

15                   THE COURT:  DO WE KNOW WHETHER THE

16   PLAINTIFF IN THIS CASE HAS -- SUBSEQUENT TO THE

17   ENACTMENT OF THE NEW -- RATHER THE ISSUANCE OF THE NEW

18   IFRS HAS CHANGED THEIR PLAN?

19                   MR. HEALY:  I DO NOT KNOW THAT THEY HAVE.

20                   THE COURT:  SO APART FROM THESE TWO

21   CASES, THAT IS -- THAT IS WHAT YOU GOT?

22                   MR. HEALY:  THERE MAY BE OTHER COMMENTS.

23   WE HAD LOOKED THROUGH AS MANY OF THEM AS WE COULD IN THE

24   TIME WE HAD.  HOWEVER, WE HAVE IDENTIFIED NO PARTICULAR

25   COMMENTS.  THAT SAID, ALTHOUGH THESE TWO CASES WERE NOT

1    IN THE ADMINISTRATIVE RECORD, IT'S NOT GENERALLY THE

2    PRACTICE TO INCLUDE PRIOR COURT CASES IN ADMINISTRATIVE

3    RECORDS.  HOWEVER -- BASICALLY BECAUSE OF THE FACT THAT

4    THEY ARE ALREADY JUDICIALLY NOTICEABLE.  HOWEVER, THEY

5    WERE CITED IN THE RULES AND IT WAS SOMETHING THAT THE

6    AGENCY RELIED ON.

7                    THE COURT:  SO TO THE EXTENT THAT THIS

8    ISSUE, THE GRANDFATHER HEALTH PLANS WANTING TO MAKE

9    CHANGES AND NOT LOSE THEIR GRANDFATHER STATUS, TO THE

10   EXTENT THAT THAT WAS A UNDERLYING RATIONALE FOR THE NEW

11   IFRS, WE HAVE TWO PLANS RIGHT NOW?  TWO COURT CASES THAT

12   YOU HAVE BEEN UNABLE TO IDENTIFY, WHICH WARRANTED THE

13   CONCLUSION THAT THERE WAS GOOD LAW?

14                    MR. HEALY:  YES, THAT IS CORRECT, YOUR

15   HONOR, AND WE ARE HAPPY TO CONTINUE LOOKING THROUGH

16   OTHER COMMENTS THAT HAVE COME SINCE THEN.  WE HAD AN

17   OPEN COMMENT PERIOD THAT ENDED ON DECEMBER 5TH.

18   HOWEVER, AT THIS TIME WE HAVE NOT BEEN ABLE TO IDENTIFY

19   FURTHER COMMENTS.

20                    THE COURT:  WELL, I THINK THAT THE ISSUE

21   IS WHAT COMMENTS HAD COME IN AT THE TIME THE NEW IFRS

22   WERE ISSUED, BECAUSE THAT WAS THE REASON THAT THE

23   AGENCIES WERE SAYING THEY HAD GOOD CAUSE WAS BECAUSE OF

24   THOSE.  SO TO THE EXTENT THAT THINGS HAVE HAPPENED

25   SUBSEQUENTLY, I DON'T THINK IT'S RELEVANT TO MY

1     ANALYSIS.

2               MR. HEALY:  THAT MAKES SENSE.  THAT'S

3     CORRECT, YOUR HONOR.

4               THE COURT:  OKAY.  LET'S TAKE A BRIEF

5     BREAK AND THEN -- DID YOU WANT HALF AN HOUR TO CLOSE OR

6     15 MINUTES TO CLOSE?

7               MR. FISCHER:  YOUR HONOR, HALF AN HOUR,

8     ALTHOUGH I WILL TRY NOT TO TAKE ALL OF IT.

9               MR. DAVIS:  I THINK HALF AN HOUR IS FINE.

10    I WILL ALSO TRY NOT TO TAKE ALL OF IT.

11              THE COURT:  OKAY.  WE'RE DOING VERY WELL.

12    IT'S ONLY QUARTER TO 3.  I HAD GIVEN YOU UNTIL 6 SO WE

13    CAN PROBABLY GET OUT EARLIER THAN WE ANTICIPATED.

14              THE CLERK:  ALL RISE.

15              (BREAK TAKEN.)

16              THE COURT:  WHO'S DOING CLOSINGS FOR THE

17    COMMONWEALTH?

18              MR. FISCHER:  YOUR HONOR, I'M GOING TO DO

19    CLOSING FOR THE COMMONWEALTH.

20              THE COURT:  OKAY.

21              MR. FISCHER:  GOOD AFTERNOON, YOUR HONOR.

22              THE COURT:  GOOD AFTERNOON.

23              MR. FISCHER:  I THINK IT IS IMPORTANT TO

24    START BY REMEMBERING EXACTLY WHAT WE ARE CHALLENGING AND

25    WHAT WE ARE NOT CHALLENGING IN THESE PROCEEDINGS.

1                    MR. DAVIS SAID IN THE BEGINNING THAT

2       THESE RULES WERE NOT ISSUED ON A BLANK SLATE, AND THAT

3       IS ABSOLUTELY CORRECT.  A LOT HAS HAPPENED IN THIS AREA

4       BEFORE WE GET TO THIS POINT.

5                    WE ARE NOT CHALLENGING THE ORIGINAL

6       EXEMPTION FOR CHURCHES AND CLOSELY-RELATED INSTITUTIONS.

7       WE ARE NOT CHALLENGING THE ACCOMMODATION PROCESS THAT

8       WAS ORIGINALLY CREATED AND THEN EXPANDED AS A RESULT OF

9       THE SUPREME COURT'S HOBBY LOBBY DECISION.

10                   WHAT WE ARE CHALLENGING ARE TWO RULES

11      THAT ARE SWEEPING IN THEIR SCOPE.  THERE ARE A LOT OF

12      CONCERNS WE HAD ABOUT THESE RULES, BUT THERE ARE THREE

13      ASPECTS IN PARTICULAR THAT I WANT TO FOCUS ON.

14                   THE FIRST IS THAT FOR THE FIRST TIME, THE

15      RELIGIOUS EXEMPTION RULE ALLOWS PUBLICLY-TRADED

16      COMPANIES TO OPT OUT OF THE CONTRACEPTIVE MANDATE.  THAT

17      WAS NEVER THE CASE BEFORE.  THERE IS A LIMITED

18      JUSTIFICATION FOR THAT DECISION IN THE RULES, AND IT

19      POTENTIALLY THREATENS CONTRACEPTIVE COVERAGE FOR A

20      SIGNIFICANT NUMBER OF WOMEN.

21                   THE SECOND FACTOR THAT I'D LIKE TO

22      MENTION IS THAT AS A RESULT OF THESE TWO RULES, THE

23      ACCOMMODATION PROCESS IS NOW OPTIONAL.

24                   THE COURT:  IS NOW WHAT?

25                   MR. FISCHER:  OPTIONAL.  THERE IS NO

1    REQUIREMENT THAT COMPANIES THAT WISH TO OPT OUT NOTIFY

2    THEIR INSURANCE COMPANY OR THEIR THIRD-PARTY

3    ADMINISTRATOR OF THEIR DECISION SO THAT THEIR EMPLOYEES

4    CAN GET COVERAGE.  SO AS A RESULT OF THAT, WOMEN

5    EMPLOYED BY THE COMPANIES THAT ARE CURRENTLY USING THAT

6    PROCESS FACE A LOSS OF COVERAGE.

7                   AND THEN FINALLY, THE THIRD ISSUE I WOULD

8    LIKE TO TOUCH ON, WHICH YOUR HONOR DISCUSSED EARLIER, IS

9    THE MORAL EXEMPTION.  THE MORAL EXEMPTION IS INCREDIBLY

10   VAGUE, DOES NOT DEFINE EXACTLY WHAT'S MEANT BY A

11   SINCERELY-HELD MORAL BELIEF, AND AS I THINK YOUR HONOR'S

12   QUESTIONING REFLECTED, OPENS UP ALL SORTS OF POTENTIAL

13   PROBLEMS OF HOW DO FEDERAL AGENCIES DETERMINE WHETHER A

14   BELIEF IS SINCERELY HELD, WHAT THE NATURE OF THE BELIEF

15   IS, WHAT BELIEFS DO QUALIFY TO ALLOW SOMEBODY TO OPT

16   OUT, WHAT BELIEFS MAY NOT QUALIFY.  SO I THINK THAT RULE

17   BY ITSELF IS SIGNIFICANTLY PROBLEMATIC.

18                   WHAT WE ARE SEEKING AS A RESULT OF THIS

19   IS AN INJUNCTION THAT WOULD ESSENTIALLY TAKE US BACK TO

20   THE STATUS QUO BEFORE THESE RULES WERE ISSUED, BACK TO

21   OCTOBER 5TH OF THIS YEAR.

22                   IT IS OUR HOPE THAT AS A RESULT, AT THE

23   VERY LEAST, THE AGENCIES WILL FOLLOW THE CORRECT PROCESS

24   IF THEY TRY TO DO THIS AGAIN, BECAUSE WHAT WE HAVE HERE

25   IS A FLAWED PROCESS THAT PRODUCED A FLAWED RESULT.

1              WE THINK IT IS CLEAR THAT THE AGENCY HAS

2    VIOLATED THE PROCEDURAL REQUIREMENTS OF THE APA AND CAME

3    UP WITH A RESULT THAT VIOLATES THE SUBSTANTIVE

4    REQUIREMENTS OF THE APA, IS ARBITRARY AND CAPRICIOUS,

5    VIOLATES THE AFFORDABLE CARE ACT, AND HAS OTHER

6    SIGNIFICANT PROBLEMS.

7              THE COURT:  LET ME FOLLOW UP WITH YOU ON

8    THAT ONE.

9              WHEN YOUR COLLEAGUE OPENED, I ASKED HIM

10   WHETHER -- THERE CLEARLY IS A DISTINCTION BETWEEN THE

11   CLAIMS THAT ARE BROUGHT UNDER THE APA AND THE CLAIMS

12   THAT ARE THE CONSTITUTIONAL CLAIMS.

13             THE FISCHER:  YES, THAT'S CORRECT.

14             THE COURT:  AND AS YOU KNOW, WHEN A COURT

15   CAN REACH A STATUTORY CLAIM RATHER THAN A CONSTITUTIONAL

16   CLAIM, THE ADMONITION AT ALL LEVELS ALL OF THE WAY UP TO

17   THE SUPREME COURT AND THE THIRD CIRCUIT IS THAT THE

18   COURT SHOULD NOT REACH THE CONSTITUTIONAL ISSUES BUT

19   SHOULD PROCEED WITH THE PROCEDURAL ISSUES.

20             SO IF I WERE TO PROCEED WITH THE

21   PROCEDURAL ISSUES ALONE, AND ASSUMING THAT I WOULD DO IT

22   UNDER BOTH THE PROCEDURAL COMPONENT, THE NOTICE OF

23   COMMENT, AND THE SUBSTANTIVE COMPONENT, THE LACK OF GOOD

24   CAUSE, WHAT KIND OF INJUNCTION WOULD THE COMMONWEALTH BE

25   LOOKING FOR?

1          IN THOSE CIRCUMSTANCES, I THINK YOUR

2   COLLEAGUE SAID IF IT WAS ONLY THE PROCEDURAL, THEY WOULD

3   JUST GO BACK AND GO THROUGH THE PROCEDURE AND STILL HAVE

4   THE SAME RULES.

5          SO WHAT INJUNCTION WOULD YOU BE ASKING

6   FOR IN THOSE LIMITED CIRCUMSTANCES?

7          MR. FISCHER:  WE WOULD BE SEEKING AN

8   INJUNCTION PREVENTING THEM FROM ENFORCING THESE RULES,

9   AND OUR HOPE IS THAT, PARTICULARLY IF THERE IS A

10  SUBSTANTIVE COMPONENT TO YOUR HONOR'S RULING, IT WOULD

11  BE TAKEN BY THE AGENCIES -- AGENCIES AS AN INDICATION

12  THAT THE NEXT RULE THEY COME OUT WITH BETTER EITHER HAVE

13  MORE SUBSTANTIVE SUPPORT BEHIND IT OR ADDRESS THESE

14  ISSUES DIFFERENTLY, PARTICULARLY THE THREE THAT I

15  MENTIONED.

16          THE COURT:  SO HOW DOES THAT ISSUE -- HOW

17  IS THAT ISSUE LINED UP IN AN ORDER?  BECAUSE YOU ARE

18  NOT, YOU HAVE NOT ASKED FOR A MANDATORY INJUNCTION, YOU

19  HAVE NOT ASKED ME TO TELL THEM TO DO RULES IN A

20  PARTICULAR WAY, SO HOW WOULD AN ORDER LOOK THAT DEALS

21  WITH THE GOOD CAUSE COMPONENT IF I WERE TO RULE IN THAT

22  WAY.

23          MR. FISCHER:  AN ORDER COULD SIMPLY

24  PRECLUDE THEM FROM ENFORCING THESE TWO SPECIFIC RULES,

25  WHICH WOULD THEN REQUIRE THEM TO, AT THE VERY LEAST, GO

1    THROUGH THE PROCESS AGAIN, AND DEPENDING ON WHAT COMES

2    OUT OF THAT PROCESS, WE MAY BE BACK HERE AGAIN.  OUR

3    HOPE WOULD BE THAT THEY WOULD COME UP WITH A DIFFERENT

4    RESULT.

5              BUT I DON'T BELIEVE THERE IS ANYTHING

6    THIS COURT CAN DO TO ENJOIN THE NEXT RULE.  AND, YOU

7    KNOW, MAYBE WE ARE BACK HERE.  I HOPE THAT IS NOT THE

8    CASE.  HOPEFULLY THEY WILL GET THE MESSAGE AND MAKE SOME

9    CHANGES TO THE RULES THAT ADDRESS THE REAL ISSUES.

10             BUT I THINK THAT THE INJUNCTION WE HAVE

11   REQUESTED IS OF THESE TWO RULES AS THEY ARE CURRENTLY

12   MADE.

13             THE COURT:  OKAY.

14             MR. FISCHER:  SO LET ME TALK A LITTLE

15   MORE ABOUT THE PROCEDURAL VIOLATION OF THE APA.  THE

16   GOVERNMENT HAS ARGUED THAT THEY HAVE STATUTORY AUTHORITY

17   TO WAIVE NOTICE AND COMMENT.  WE ADDRESS THIS IN OUR

18   BRIEFS.  THE APA IS VERY CLEAR ABOUT THIS.  SECTION 559

19   SAYS:  SUBSEQUENT STATUTE MAY NOT HOLD -- MAY NOT BE

20   HELD TO SUPERSEDE OR MODIFY THIS SUBCHAPTER, AND SEVERAL

21   OTHERS, EXCEPT TO THE EXTENT IT DOES SO EXPRESSLY.

22             AND THE D.C. DISTRICT COURT IN COALITION

23   FOR PARITY VERSUS SEBELIUS LOOKED AT THE VERY SAME

24   AUTHORITY THAT THE AGENCIES ARE RELYING ON HERE,

25   ANALYZED IT UNDER SECTION 549 OF THE APA, AND SAID IT

1    CLEARLY DOES NOT EXPRESSLY MODIFY THE REQUIREMENTS OF

2    THE APA.

3              THE SECOND -- THE LANGUAGE THEY ARE

4    RELYING ON IS SIMPLY A GENERAL GRANT THAT SAYS:  THE

5    SECRETARY MAY PROMULGATE ANY INTERIM FINAL RULES AS THE

6    SECRETARY DETERMINES ARE APPROPRIATE TO CARRY OUT THIS

7    PART.

8              NOTHING ABOUT WAIVING NOTICE AND COMMENT,

9    NOTHING ABOUT PREEMPTING THE APA.  GIVEN THE CLEAR

10   REQUIREMENT IN THE APA THAT MODIFICATIONS HAVE TO BE

11   DONE EXPRESSLY, WE THINK IT'S CLEAR THAT THAT DOES NOT

12   GIVE THEM THE AUTHORITY THEY CLAIM IT DOES.

13             WE ALSO THINK IT IS FAIRLY CLEAR THEY

14   DON'T HAVE GOOD CAUSE.  THE GOOD CAUSE ARGUMENT, AS I

15   UNDERSTAND, IS ESSENTIALLY, WELL, THERE IS A LOT OF

16   LITIGATION GOING ON.  WE WANT TO WRAP IT UP, SO WE WANT

17   THESE RULES TO BE EFFECTIVE IMMEDIATELY.

18             NOW, IT IS INTERESTING, THEY HAVE ARGUED

19   THAT MANY OF THE PLAINTIFFS IN THOSE CASES ARE PROTECTED

20   BY INJUNCTIONS, WHICH IS TRUE.  SO IF THE ARGUMENT IS --

21   THE ARGUMENT IS WE NEED TO PROTECT THESE PEOPLE

22   IMMEDIATELY, WELL, BY THEIR OWN ADMISSION, MANY OF THEM

23   ALREADY DO HAVE PROTECTION.

24             WE TALKED EXTENSIVELY IN OUR BRIEF ABOUT

25   THE THIRD CIRCUIT'S DECISION IN UNITED STATES VERSUS

1    REYNOLDS BECAUSE IT SQUARELY REJECTS THE ARGUMENT THAT

2    RESOLVING UNCERTAINTY IS AN ADEQUATE JUSTIFICATION FOR

3    ISSUING IFRS.  THE THIRD CIRCUIT THERE SAID VERY CLEARLY

4    THAT THERE IS ALWAYS UNCERTAINTY IN THE RULEMAKING

5    PROCESS, AND PARTICULARLY IF AN IFR IS ISSUED AS THIS

6    ONE WAS, WITH A REQUEST FOR SUBSTANTIVE COMMENTS AND THE

7    STATEMENT FROM THE AGENCY THAT THEY MAY BE MAKING

8    FURTHER CHANGES TO THE RULE.  THERE IS SIMPLY NO

9    CERTAINTY THAT IS ACHIEVED AS A RESULT OF THAT.

10                   AND FINALLY, I THINK THERE IS AN ARGUMENT

11   THAT THEY MADE A FEW TIMES, WHICH IS THAT, WELL, IFR'S

12   WERE ISSUED EARLIER IN APPLYING THE AFFORDABLE CARE ACT

13   WOMEN'S HEALTH AMENDMENT, SO IT IS OKAY THIS TIME.

14                   BUT I THINK IF THE COURT LOOKS BACK TO

15   PRIESTS FOR LIFE, WHICH ADDRESSED THE PRIOR IFR THAT

16   THEY ARE TALKING ABOUT, THE SPECIFIC IFR THAT THEY CITED

17   TO YOU, WHICH IS AVAILABLE AT 79 FEDERAL REGISTER 51092,

18   WAS ISSUED FOLLOWING THE WHEATON COLLEGE DECISION, WHICH

19   CAME RIGHT AFTER HOBBY LOBBY.

20                   ON THE SAME DAY, THE AGENCIES ISSUED A

21   NOTICE OF PROPOSED RULEMAKING CALLED THE HOBBY LOBBY --

22   AND AN IFR THAT WAS BASED ON WHEATON COLLEGE.  HERE IS

23   WHAT THE WHEATON COLLEGE IFR SAID:  THESE INTERIM FINAL

24   REGULATIONS PROVIDED AN ALTERNATIVE PROCESS THAT AN

25   ELIGIBLE ORGANIZATION MAY USE TO PROVIDE NOTICE OF ITS

1    RELIGIOUS OBJECTIONS TO PROVIDING CONTRACEPTIVE COVERAGE

2    WHILE PRESERVING PARTICIPANTS' AND BENEFICIARIES' ACCESS

3    TO COVERAGE OF THE FULL RANGE OF FDA-APPROVED

4    CONTRACEPTIVES.

5                    ALL THAT DID IS IT SAID, UNDER THE

6    ACCOMMODATION BEFORE, YOU HAD TO PROVIDE NOTICE TO YOUR

7    INSURANCE COMPANY OR YOUR THIRD-PARTY ADMINISTRATOR.

8    THE COURT IN WHEATON COLLEGE ESSENTIALLY SAID, YOU WILL

9    HAVE TO ALSO LET THEM PROVIDE NOTICE TO HHS, AND THEN

10   YOU DO THE LEGWORK AND CONTACT THE THIRD-PARTY

11   ADMINISTRATOR OR INSURANCE COMPANY.

12                    SO ALL THIS REGULATION DID IS IT

13   ESSENTIALLY IMPLEMENTED WHAT THE COURT DIRECTED.  IT

14   SAID, WE ARE GOING TO CREATE ANOTHER PROCESS WHERE YOU

15   CAN SEND THE FORM TO US.  THAT IS A FAR CRY FROM THE

16   SWEEPING CHANGES THAT ARE AT ISSUE IN THIS CASE.

17                    YOUR HONOR, I WOULD LIKE TO GET INTO THE

18   SUBSTANTIVE APA DISCUSSION A LITTLE BIT BECAUSE I THINK

19   THAT IS IN MANY WAYS THE MOST IMPORTANT -- YOU KNOW, ONE

20   OF THE MOST IMPORTANT ISSUES IN THIS CASE.

21                    YOUR HONOR HAD ASKED ABOUT CHEVRON

22   DEFERENCE AND WHETHER THAT APPLIED HERE.  CHEVRON DOES

23   NOT APPLY EITHER TO THEIR INTERPRETATION OF THE

24   AFFORDABLE CARE ACT OR TO THEIR INTERPRETATION OF RFRA.

25                    WITH RESPECT TO RFRA, I THINK COUNSEL

1    CONCEDED EARLIER THAT -- THAT THEY DO NOT GET CHEVRON

2    DEFERENCE UNDER RFRA, AND CERTAINLY IN THE HOBBY LOBBY

3    DECISION, THERE WAS NOT EVEN A MENTION OF CHEVRON OR

4    WHETHER THE GOVERNMENT'S INTERPRETATION OF RFRA WAS

5    ENTITLED TO --

6              THE COURT:  SO STEP ZERO ON RFRA.

7              MR. FISCHER:  YES, IT'S A ZERO ON RFRA.

8    AND ACTUALLY, I BELIEVE IT'S STEP ZERO ON THE ACA TOO.

9              AND I WOULD REFER TO --

10             THE COURT:  SO -- WELL, WHY IT WOULD BE

11   STEP 1 BUT YOU WOULD BE ARGUING THAT THEY HAVE TAKEN

12   ULTRA VIRES ACTIONS UNDER STEP 1?

13             MR. FISCHER:  I BELIEVE IT COULD BE

14   FRANKLY ANY OF THE STEPS, I THINK.  BUT I JUST WANT TO

15   START AT STEP ZERO AND SAY THE SUPREME COURT DECISION IN

16   KING VERSUS BURWELL I THINK IS A GOOD EXAMPLE.  THAT WAS

17   THE CASE INVOLVING THE LANGUAGE IN THE ACA ABOUT TAX

18   CREDITS BEING AVAILABLE TO PEOPLE WHO PURCHASED HEALTH

19   COVERAGE ON AN EXCHANGE RUN BY THE STATE.  AND THE

20   QUESTION WAS WHETHER THAT APPLIED TO THE HEALTHCARE.GOV

21   OR BY THE FEDERAL GOVERNMENT.

22             CHIEF JUSTICE ROBERTS REJECTED THE

23   ARGUMENT THAT CHEVRON DEFERENCE APPLIED, AND HIS

24   REASONING WAS -- WAS THIS:  THE TAX CREDITS ARE AMONG

25   THE ACT'S KEY REFORMS INVOLVING BILLIONS OF DOLLARS IN

1    SPENDING EACH YEAR AND AFFECTING THE PRICE OF HEALTH

2    INSURANCE FOR MILLIONS OF PEOPLE.   WHETHER THOSE CREDITS

3    ARE AVAILABLE UNDER FEDERAL EXCHANGES IS THUS A QUESTION

4    OF DEEP ECONOMIC AND POLITICAL SIGNIFICANCE THAT IS

5    CENTRAL TO THE STATUTORY SCHEME.   HAD CONGRESS WISHED TO

6    ASSIGN THAT QUESTION TO AN AGENCY, IT SURELY WOULD HAVE

7    DONE SO EXPRESSLY.   IT IS ESPECIALLY UNLIKELY THAT

8    CONGRESS WOULD HAVE DELEGATED THIS DECISION TO THE IRS,

9    WHICH HAS NO EXPERTISE IN CRAFTING HEALTH INSURANCE

10   POLICY OF THIS SORT.

11             NOW HERE, THE STATUTE HAS A CLEAR

12   DELEGATION OF AUTHORITY TO IDENTIFY APPROPRIATE

13   PREVENTIVE SERVICES.   THAT IS TO THE HEALTH RESOURCES

14   AND SERVICE ADMINISTRATION.   HRSA HAS SIGNIFICANT

15   EXPERTISE ON PREVENTIVE MEDICINE, ON INCREASING ACCESS

16   TO HEALTHCARE, ON PROMOTING HEALTHCARE FOR UNDERSERVED

17   COMMUNITIES.   THERE IS NO EXPERTISE THERE IN DEFINING

18   EXEMPTIONS FOR EXISTING MANDATORY REQUIREMENTS.

19             IN FACT, THAT ACTUALLY RUNS COUNTER TO

20   THEIR MISSION.   THEIR MISSION IS TO INCREASE ACCESS TO

21   HEALTHCARE.   SO IT STRAINS CREDULITY TO SAY THAT

22   CONGRESS WOULD HAVE DELEGATED TO HRSA THE RESPONSIBILITY

23   TO INTERPRET THIS PROVISION IN A WAY THAT ALLOWED FOR

24   SIGNIFICANT EXEMPTIONS.

25             REGARDLESS, IF WE DO GET INTO THE CHEVRON

1    FRAMEWORK, THE GOVERNMENT NEEDS TO IDENTIFY THE LANGUAGE

2    IN THE ACA THAT THEY ARE INTERPRETING AND WHAT THEIR

3    INTERPRETATION IS SO THE COURT CAN ASSESS WHETHER THEIR

4    INTERPRETATION IS PRECLUDED BY THE LANGUAGE, AND IF NOT,

5    WHETHER IT'S REASONABLE.

6              AS I READ THE GOVERNMENT'S ARGUMENTS,

7    THEY REFER TO THE SECTION WHICH WE REFER TO.  IT SAYS:

8    A GROUP HEALTH PLAN AND HEALTH INSURANCE ISSUER OFFERING

9    GROUP OR INDIVIDUAL HEALTH INSURANCE COVERAGE SHALL, AT

10   A MINIMUM, PROVIDE COVERAGE FOR AND SHALL NOT IMPOSE ANY

11   CAUTIONARY REQUIREMENTS FOR -- AND THEN SUBSECTION 4 IS:

12   WITH RESPECT TO WOMEN, SUCH ADDITIONAL PREVENTIVE CARE

13   AND SCREENINGS NOT DESCRIBED IN PARAGRAPH 1 AS PROVIDED

14   FOR IN COMPREHENSIVE GUIDELINES SUPPORTED BY THE HRSA.

15             THE ONLY ARGUMENT I HAVE HEARD FROM THE

16   GOVERNMENT AS TO HOW THEY ARE INTERPRETING THAT UNDER

17   CHEVRON IS THAT SOMEHOW THE USE OF THE WORD "AS" BEFORE

18   "PROVIDED FOR" IMPLIES THAT HRSA -- AND THEIR QUOTE IS:

19   MAY DETERMINE NOT ONLY THE SERVICES COVERED BUT THE

20   MANNER OR REACH OF THAT COVERAGE.

21             AND THEN THEY GO ON TO SAY:  THE AGENCIES

22   READ THE STATUTE TO AUTHORIZE THEM TO CRAFT OR MODIFY

23   EXEMPTIONS FOR ANY CONTRACEPTIVE COVERAGE MANDATE AND

24   THAT REASONABLE CONSTRUCTION MUST PREVAIL.  AND THAT

25   PUTS A LOT OF -- THE WORD "AS" IS DOING A LOT OF WORK

1    THERE.   THAT IS THE INTERPRETATION THEY COME UP WITH.

2             HRSA HAS NO EXPERTISE IN THIS AREA AND

3    THERE IS SIMPLY NO WAY THAT I CAN SEE THAT THAT LANGUAGE

4    CAN REASONABLY BE READ TO SAY HRSA OR THE AGENCIES UNDER

5    WHICH HRSA IS WORKING CAN CREATE THESE SIGNIFICANT

6    CARVE-OUTS.

7             THE COURT:   SORRY, GO ON.

8             MR. FISCHER:   NO.

9             THE COURT:   SO I ASKED THE GOVERNMENT --

10   THE DEFENSE -- YOU ARE BOTH THE GOVERNMENT -- WHETHER --

11   JUST TO TALK ME THROUGH THIS NOTION THAT THERE IS THE --

12   THE ACA SAYS TO HRSA:   PROVIDES SOME GUIDELINES.   THE

13   GUIDELINES THAT ARE CREATED ON THE CONTRACEPTIVE

14   MANDATE.   AND THEN THE RULES, THE NEW IFR'S, ARE CREATED

15   AS AN EXCEPTION TO THE GUIDELINES, SO IT'S AN AGENCY

16   MODIFYING A GUIDELINE OR A RULE OF AN AGENCY.

17             AND I THINK THE RESPONSE OF THE

18   DEFENDANTS WAS PERFECTLY FINE, IT HAPPENS ALL THE TIME.

19   SO CAN YOU RESPOND TO THAT PARTICULAR POINT AND TELL

20   ME -- IT SEEMS A LITTLE ODD, AND TELL ME WHETHER IT'S

21   JUST ODD OR WHETHER THERE IS SOMETHING PROBLEMATIC ABOUT

22   IT.

23             MR. FISCHER:   WE BELIEVE IT'S SERIOUSLY

24   PROBLEMATIC.   THE AGENCY CANNOT MODIFY GUIDELINES IN A

25   WAY THAT CONFLICTS WITH THE STATUTORY DIRECTION THAT

1    CREATED THOSE GUIDELINES, AND THE DELEGATION WAS TO HRSA

2    AND IT WAS TO HRSA FOR A REASON, BECAUSE THEY HAVE

3    EXPERTISE IN IDENTIFYING PREVENTIVE MEDICINE.

4                   THERE HAS BEEN A LOT OF DISCUSSION ABOUT

5    HOW CONTRACEPTIVE COVERAGE IS NOT SPECIFICALLY MENTIONED

6    IN THE ACA.  WELL, I DON'T THINK WE WANT CONGRESS TO

7    IDENTIFY THE SPECIFIC PREVENTIVE CARE THAT INSURANCE

8    COMPANIES MUST PROVIDE.  CONGRESS, I BELIEVE, MADE A

9    WISE DECISION THAT THAT DECISION WAS GOING TO BE

10   DELEGATED TO HRSA, WHICH HAS EXPERTISE AND THEN COULD

11   MODIFY THE SERVICES THAT IT RECOMMENDED ON AN AS-NEEDED

12   BASIS, AS MEDICINE CHANGED, AS SCIENTIFIC ADVANCES MOVED

13   US FORWARD.

14                   SO THE IDEA THAT AN AGENCY CAN SIMPLY

15   TAKE A GRANT OF AUTHORITY THAT IS FAIRLY CLEARLY LIMITED

16   TOWARD IDENTIFYING THE SERVICES THAT HAVE TO BE PROVIDED

17   AND BLOW THAT UP INTO, WELL, WE CAN CREATE ENTIRE

18   EXEMPTIONS, BROAD EXEMPTIONS FROM THIS RULE THAT SAYS --

19   AND I REFER BACK TO THE PREFATORY LANGUAGE IN 42 U.S.C.

20   30GG-13, WHICH SAYS PROVIDERS OF HEALTH COVERAGE SHALL,

21   AT A MINIMUM, PROVIDE COVERAGE AND SHALL NOT IMPOSE ANY

22   COST SHARING REQUIREMENTS FOR.  THAT LANGUAGE IS ABOUT

23   AS MANDATORY AS YOU CAN GET.

24                   AND THEN IT LISTS THE FOUR THINGS.  AT

25   THE VERY BOTTOM IS THE WOMEN'S HEALTH AMENDMENT.  THE

1    GOVERNMENT SOMEHOW READS THE LANGUAGE IN THE WOMEN'S

2    HEALTH AMENDMENT TO APPLY BACK TO THE MANDATORY LANGUAGE

3    IN THE BEGINNING AND ALLOW HRSA, WHICH AGAIN, HAS NO

4    EXPERTISE HERE, TO CREATE BROAD EXEMPTIONS FROM IT.

5                    WE THINK THAT SIMPLY CAN'T BE SQUARED

6    WITH LANGUAGE OF THE STATUTE, AND IN ADDITION, FLIES

7    DIRECTLY IN THE FACE OF THE PURPOSE OF THE WOMEN'S

8    HEALTH AMENDMENT, WHICH WAS INTENDED TO IMPROVE WOMEN'S

9    ACCESS TO PREVENTIVE CARE.

10                   THE GOVERNMENT ALSO RELIES A LOT ON THE

11   EXISTENCE OF GRANDFATHER PLANS.  I THINK YOUR HONOR

12   DISCUSSED THAT.  THERE IS VERY LITTLE EVIDENCE IN THE

13   RECORD THAT GRANDFATHERED PLANS ARE CLAMORING FOR THE

14   ABILITY TO CHANGE, AND THIS -- THE CONTRACEPTIVE MANDATE

15   IS SOMEHOW BLOCKING THEM.

16                   BUT ALSO, AS YOU HEARD FROM DR. CHUANG,

17   THE NUMBER OF GRANDFATHER PLANS CONTINUES TO DECLINE.

18   IT WAS LIMITED TO BEGIN WITH.  AND THE FACT THAT

19   CONGRESS MADE WHAT APPARENTLY WAS A NECESSARY COMPROMISE

20   TO GET THE ACA PASSED DOES NOT UNDERMINE THE ARGUMENT

21   THAT THE CONTRACEPTIVE COVERAGE HERE SERVES A COMPELLING

22   AND IMPORTANT GOVERNMENT INTEREST.

23                   I ALSO THINK IT IS IMPORTANT TO REMEMBER

24   THAT THE ACA DOES NOT HAVE A CONSCIENCE CLAUSE.  ONE WAS

25   PROPOSED AND IT WAS REJECTED.  THROUGHOUT THE RULES, THE

1    ARGUMENT THE GOVERNMENT MAKES IS, WELL, OTHER STATUTES

2    HAVE THEM SO WE CAN RELY ON THAT HERE.  THAT IS SIMPLY

3    NOT THE CASE.  YOU CAN'T TAKE LANGUAGE FROM ANOTHER

4    STATUTE AND APPLY IT WHERE IT DOES NOT EXIST.

5                    AND WHAT'S MORE IS THE FACT THAT CONGRESS

6    REJECTED IT IS A PRETTY GOOD INDICATION THAT CONGRESS

7    DOES NOT BELIEVE THERE IS AN IMPLICIT CONSCIENCE CLAUSE

8    THAT IS ALREADY THERE.

9                    NOW, IN THEIR BRIEFING, AND THE

10   GOVERNMENT TO SOME EXTENT THE RULES SAID ALL OF THIS IS

11   REQUIRED UNDER RFRA, THAT WE'RE ALL THIS -- EXCEPT FOR

12   THE MORAL EXCEPTION, WHICH IS NOT A LAW REQUIRED UNDER

13   RFRA.

14                   AGAIN, THAT IS A MUCH BROADER READING OF

15   RFRA THAN ANY COURT HAS EVER ADOPTED.  AT THE VERY

16   LEAST, I'M NOT AWARE OF ANY DECISION HOLDING THAT RFRA

17   APPLIES TO PUBLICLY-TRADED COMPANIES.  I THINK IN SOME

18   WAYS THE IDEA THAT A PUBLICLY-TRADED COMPANY COULD

19   ENGAGE IN THE FREE EXERCISE OF RELIGION IS A LITTLE

20   QUESTIONABLE.  CERTAINLY THE SUPREME COURT HAS NEVER

21   HELD THAT.

22                   AND FOR THE AGENCIES TO UNILATERALLY SAY

23   WE THINK THIS IS WHAT RFRA MEANS I THINK GOES WELL

24   BEYOND THE SCOPE OF THEIR AUTHORITY.  THEY HAVE ALSO

25   DECIDED APPARENTLY THAT THE CONTRACEPTIVE MANDATE DOES

1    NOT SERVE A COMPELLING INTEREST.

2                    WELL, FIVE JUSTICES IN THE SUPREME COURT

3    IN HOBBY LOBBY SEEM TO DISAGREE.  THE FOUR CENTERS

4    CLEARLY SAID THAT IT SERVES A COMPELLING INTEREST, AND

5    JUSTICE KENNEDY DISCUSSED THE COMPELLING INTEREST, NEVER

6    ACTUALLY SAID SPECIFICALLY "I BELIEVE IT SERVES A

7    COMPELLING GOVERNMENT INTEREST," BUT MADE IT PRETTY

8    CLEAR THAT THAT WAS HIS BELIEF.  AND FRANKLY, THE

9    MAJORITY IN HOBBY LOBBY NEVER EVEN QUESTIONED THAT.

10   THEY JUST ASSUMED IT FOR PURPOSES OF THE OPINION.

11                   SO THE IDEA THAT RFRA SOMEHOW REQUIRES

12   WHAT THE GOVERNMENT IS DOING, THAT IT REQUIRES APPLYING

13   THIS TO PUBLICLY-TRADED COMPANIES, THAT IT REQUIRES

14   MAKING THE ACCOMMODATION PROCESS OPTIONAL IS NOT

15   SUPPORTED BY ANY OF THE CASE LAW THAT IS RELEVANT HERE.

16   AND IT'S NOT SUPPORTED BY A FAIR READING OF THE STATUTE.

17                   AND I THINK TO SEE THAT THAT IS THE CASE,

18   WE DON'T NEED TO LOOK ANY FURTHER THAN THE ZUBIK

19   DECISION, WHERE THE SUPREME COURT CLEARLY STRUGGLED WITH

20   APPLYING RFRA IN THE CONTEXT OF AN ENTITY WHO DID OBJECT

21   TO THE ACCOMMODATION PROCESS.  IF THE GOVERNMENT WAS

22   CORRECT AND THIS WAS A SLAM DUNK UNDER RFRA, ZUBIK WOULD

23   HAVE BEEN AN EASY DECISION FOR THE SUPREME COURT.

24                   IT WAS NOT.  ZUBIK EMPHASIZED THE NEED TO

25   BALANCE WHAT IT SAW AS LEGITIMATE EXERCISE OF RELIGION

1    AND THE NEEDS OF WOMEN AND THE COMPELLING GOVERNMENT

2    INTEREST IN SERVING AND PROVIDING ACCESS TO CARE --

3    WELL, ZUBIK DID NOT SPECIFICALLY FIND THAT IT WAS A

4    COMPELLING INTEREST, BUT I THINK THE FACT THAT THAT

5    DECISION CAME OUT THE WAY IT DID IS A SIGN -- IS A CLEAR

6    INDICATION THAT RFRA SIMPLY DOES NOT SAY WHAT THE

7    GOVERNMENT HERE BELIEVES IT SAYS.

8            I THINK -- I'M HAPPY TO COME BACK TO THE

9    CONSTITUTIONAL CLAIMS.  I WOULD ALSO LIKE TO GET INTO

10   THE HARM THAT PENNSYLVANIA WILL SUFFER, BECAUSE I THINK

11   THAT IS IMPORTANT AS WELL.  IT GOES BOTH TO THE

12   IRREPARABLE INJURY PRONG OF THE INJUNCTION AS WELL AS

13   STANDING THAT THE COMMONWEALTH HAS IN THIS CASE.

14           THERE HAS BEEN A LOT OF QUESTIONING TODAY

15   SUGGESTING, WELL, THE COMMONWEALTH CAN'T POINT TO ANY

16   SPECIFIC EMPLOYER WHO IS GOING TO TAKE ADVANTAGE OR WHO

17   HAS ANNOUNCED THEY ARE TAKING ADVANTAGE OF THIS.

18   WELL --

19           THE COURT:  WELL, ALSO, THEY CAN'T POINT

20   TO ANY PARTICULAR WOMAN.  SO TELL ME WHY -- GIVE ME A

21   RESPONSE TO THAT.

22           MR. FISCHER:  WELL, THAT IS A FUNCTION IN

23   MANY RESPECTS OF THE WAY THE RULES ARE DRAFTED.  THE

24   RULES ARE DRAFTED SO THAT EMPLOYERS CAN DO THIS QUIETLY.

25   THERE IS NO REQUIREMENT TO NOTIFY HHS.  THERE'S NO

1    REQUIREMENT TO MAKE A PUBLIC ANNOUNCEMENT.  THERE IS NOT

2    EVEN A REQUIREMENT TO CLEARLY COMMUNICATE TO ALL PLAN

3    MEMBERS WE ARE DROPPING YOUR CONTRACEPTION COVERAGE.

4                    AN EMPLOYER CAN DO THIS BY SIMPLY

5    INCLUDING IN THE SUMMARY OF BENEFITS OF COVERAGE THAT

6    THEY PROVIDE ON AN ANNUAL BASIS, THAT WE ALL GET, AND

7    PROBABLY MOST OF US DON'T NECESSARILY READ THAT

8    THOROUGHLY.  AS LONG AS SOMEWHERE IN THAT DOCUMENT THERE

9    IS AN INDICATION THAT CONTRACEPTION COVERAGE IS NOT

10   PROVIDED AND THAT DOCUMENT IS PROVIDED 30 DAYS PRIOR TO

11   THE START OF THE PLAN YEAR, THAT SATISFIES THE NOTICE

12   REQUIREMENTS.

13                   SO THE IDEA THAT SOMEHOW WE WOULD KNOW

14   ABOUT THIS, THAT IT WOULD BE WIDESPREAD KNOWLEDGE WHO IS

15   OPTING OUT, IS NOT CONSISTENT WITH THE WAY THE RULES ARE

16   WRITTEN.  NOW, THEY COULD HAVE WRITTEN THE RULES IN SUCH

17   A WAY THAT IT WOULD BE CLEAR HOW MANY COMPANIES ARE

18   TAKING ADVANTAGE, HOW MANY WOMEN ARE AFFECTED.  THEY

19   COULD HAVE REQUIRED -- THIS IS HHS -- THEY COULD HAVE

20   REQUIRED NOTICE TO STATE REGULATORS.  THEY DID NOT.

21                   AND HERE WE ARE IN A SITUATION WHERE IT

22   IS EXTREMELY DIFFICULT FOR ANYONE TO ESTIMATE EXACTLY

23   HOW MANY WOMEN ARE AFFECTED.  IN FACT, THE GOVERNMENT

24   CONCEDES THAT.  THEY SAY THEY DON'T EVEN KNOW HOW MANY

25   WOMEN ARE AFFECTED BY THE CURRENT ACCOMMODATION PROCESS.

1    THE ONLY NUMBERS THEY COME UP WITH ARE BASED ON THE

2    COMPANIES THAT HAVE NOTIFIED HHS UNDER THAT SPECIFIC

3    OPTION, AS WELL AS SOME COMPANIES THAT ARE SELF-INSURERS

4    WHERE THE THIRD-PARTY ADMINISTRATOR HAS BEEN IN CONTACT

5    WITH HHS.

6                    NOW, DESPITE NOT FULLY KNOWING HOW MANY

7    PEOPLE USE THE ACCOMMODATION, THEY DO TRY TO COME UP

8    WITH ESTIMATES IN THE RULES AS TO HOW MANY WOMEN WILL BE

9    AFFECTED.  THEY ESTIMATE THAT OVER 1 MILLION INDIVIDUALS

10   ARE COVERED BY PLANS THAT CURRENTLY USE THE

11   ACCOMMODATION PROCESS.  AND THEY GET THAT DOWN TO AN

12   ESTIMATE OF ROUGHLY 32,000 WOMEN NATIONWIDE WHO MAY LOSE

13   COVERAGE -- WHO WILL LOSE COVERAGE AS A RESULT OF THESE

14   RULES.

15                   NOW, WE BELIEVE THAT THERE ARE PROBLEMS

16   WITH THE WAY THEY ESTIMATED THOSE NUMBERS, BUT

17   REGARDLESS, THEIR OWN ESTIMATES TELL YOU THAT LARGE

18   NUMBERS OF WOMEN WILL BE AFFECTED, AND THAT WILL INCLUDE

19   LARGE NUMBERS OF WOMEN HERE IN PENNSYLVANIA.  AS WE

20   DETAIL IN OUR BRIEF, MANY OF THE PLAINTIFFS IN THESE

21   CASES WERE PENNSYLVANIA ENTITIES.

22                   YOU HAVE SEEN EVIDENCE OR YOU HAVE SEEN

23   ARGUMENTS IN SOME OF THE AMICUS BRIEFS ABOUT HOW THIS

24   RULE WILL AFFECT WOMEN IN DIFFERENT STATES ACROSS THE

25   COUNTRY.  I BELIEVE IN THE AMICUS BRIEFS SUBMITTED BY

1    THE OTHER STATES, THERE WAS AN ESTIMATE THAT OVER HALF A

2    MILLION WOMEN IN PENNSYLVANIA WHO CURRENTLY RECEIVE

3    EMPLOYER-SPONSORED COVERAGE WOULD BE ELIGIBLE FOR

4    STATE-FUNDED PROGRAMS IF THEY LOST THEIR COVERAGE AND

5    THEREFORE COULD WIND UP POSING A DIRECT COST TO THE

6    STATES.

7              AND YOU HAVE ALSO HEARD TESTIMONY FROM

8    OUR EXPERTS ABOUT THEIR EXPERIENCE WITH THE AFFORDABLE

9    CARE ACT, WHAT THAT HAS MEANT TO PENNSYLVANIA WOMEN, AND

10   THEREFORE WHAT THEY BELIEVE WILL HAPPEN IF WOMEN ARE

11   DENIED COVERAGE.

12             SO BECAUSE OF THIS 30-DAY OPTION THAT

13   ALLOWS AN EMPLOYER TO -- AN EMPLOYER OR ANY PLAN ENTITY,

14   ANY PLAN SPONSOR TO MODIFY OR ELIMINATE ITS

15   CONTRACEPTIVE BENEFITS AT THE BEGINNING OF A PLAN YEAR

16   WITH ONLY 30 DAYS' NOTICE, THAT IS WHY WE BELIEVE AN

17   INJUNCTION BY JANUARY 1ST IS IMPORTANT.  JANUARY 1ST IS

18   THE START OF THE PLAN YEAR FOR MANY EMPLOYERS, AND

19   THEREFORE WE BELIEVE ON THAT DAY MANY WOMEN WILL BE AT A

20   RISK OF LOSING THEIR COVERAGE.

21             PENNSYLVANIA IS ACTUALLY IN A UNIQUE

22   SITUATION AS WELL, BECAUSE UNLIKE A LOT OF OTHER STATES,

23   WE DO NOT HAVE A CONTRACEPTIVE PARITY STATUTE.  SO WOMEN

24   WHO ARE COVERED BY FULLY-INSURED PLANS THAT ARE NOT

25   REGULATED UNDER ERISA DO NOT HAVE A FALLBACK OPTION

1    WHERE THERE IS A STATE LAW THAT WOULD REQUIRE THEIR

2    EMPLOYER TO CONTINUE COVERING CONTRACEPTION.  SO THE

3    HARM IN PENNSYLVANIA WILL BE MORE SIGNIFICANT THAN IT IS

4    IN SOME OTHER STATES LIKE NEW YORK AND MASSACHUSETTS,

5    CALIFORNIA, WHERE THEY DO HAVE CONTRACEPTION PARITY

6    STATUTES.

7                   SO THE RESULT OF ALL OF THIS IS THAT

8    WOMEN WILL LOSE COVERAGE, THERE WILL BE COSTS IMPOSED ON

9    THE STATE BECAUSE SIGNIFICANT NUMBERS OF THESE WOMEN

10   WILL BE ELIGIBLE FOR STATE-FUNDED PROGRAMS OR WILL GO TO

11   CLINICS THAT RECEIVE STATE FUNDING, AND ULTIMATELY THE

12   STATE AND OTHER ENTITIES WILL BE PAYING THOSE COSTS.

13                  AGAIN, THAT IS NOT SOMETHING WE ARE JUST

14   SPECULATING ABOUT.  THERE IS EVIDENCE IN THE RECORD

15   ABOUT HOW THOSE PROGRAMS WORK AND IT'S ALSO REFLECTED IN

16   THE GOVERNMENT'S RULES.  WHEN THEY ARGUE THAT THE RULES

17   WILL NOT IMPOSE A SIGNIFICANT IMPACT ON WOMEN, ONE OF

18   THE POINTS THEY MAKE IS, WELL, THERE ARE ALL THESE OTHER

19   PROGRAMS OUT THERE, ALL THESE OTHER STATE-FUNDED

20   PROGRAMS, STATE AND FEDERAL GOVERNMENT-FUNDED PROGRAMS

21   THAT CAN PROVIDE COVERAGE, AND THEY POINT SPECIFICALLY

22   TO TITLE 10 CLINICS.

23                  SO EVEN THE GOVERNMENT ACKNOWLEDGES THAT

24   THERE WILL BE A SHIFT FROM EMPLOYERS TO PUBLICLY-FUNDED

25   PROGRAMS AS A RESULT OF THESE RULES.

1              FINALLY, YOUR HONOR, IN GETTING INTO

2     PENNSYLVANIA ENTITIES THAT MAY TAKE ADVANTAGE OF THE

3     EXEMPTION, WE HAVE INCLUDED IN EXHIBIT 20, WHICH IS IN

4     THE RECORD, A SUBSET OF DOCUMENTS FROM A FOIA REQUEST

5     THAT WAS A MADE OF THE GOVERNMENT, OF THE FEDERAL

6     AGENCIES, AND WHAT THESE DOCUMENTS ARE ARE SOME OF THE

7     NOTICES TO HHS AND SUBSEQUENT RESPONSES ABOUT ENTITIES,

8     AND MOST OF THE ONES IN EXHIBIT 20 ARE PENNSYLVANIA

9     ENTITIES, ENTITIES THAT WERE USING THE ACCOMMODATION

10    PROCESS.

11             NOW, AS I SAID EARLIER, THE GOVERNMENT

12    DOES NOT KNOW EVERYBODY WHO USES THE ACCOMMODATION

13    PROCESS BECAUSE NOT EVERYBODY NOTIFIES THE GOVERNMENT,

14    BUT HERE ARE SOME OF THE EXAMPLES OF PENNSYLVANIA

15    ENTITIES THAT HAVE USED THE ACCOMMODATION PROCESS, WHICH

16    AS A RESULT OF THESE RULES IS NOW OPTIONAL, AND IT'S

17    CERTAINLY A REASONABLE INFERENCE THAT ENTITIES THAT HAVE

18    A SINCERELY-HELD RELIGIOUS OBJECTION TO PROVIDING

19    CONTRACEPTIVE COVERAGE WILL CHOOSE, IF GIVEN THE

20    OPPORTUNITY, TO OPT OUT ENTIRELY RATHER THAN TO

21    PARTICIPATE IN A PROCESS WHICH SOME ENTITIES HAVE

22    ARGUED -- AND THIS HAS BEEN THE SUBJECT OF ZUBIK

23    LITIGATION -- SOME ENTITIES HAVE ARGUED NEVERTHELESS

24    STILL IMPOSES A SUBSTANTIAL BURDEN ON THEIR RELIGIOUS

25    BELIEFS.

1                    SO FOR ALL OF THOSE REASONS, WE THINK IT

2      IS FAIRLY CLEAR THAT THE RULES VIOLATE THE APA.  THEY

3      ARE ARBITRARY AND CAPRICIOUS, THEY ARE INCONSISTENT WITH

4      THE AFFORDABLE CARE ACT AND THE PROCESS THAT WAS

5      FOLLOWED WAS NOT LEGITIMATE, AND BECAUSE OF THAT HARM,

6      BECAUSE OF THAT ILLEGALITY, SUBSTANTIAL INJURY WILL

7      OCCUR IN THE COMMONWEALTH.

8                    I WANT TO RETURN TO JUST ONE ISSUE ON

9      STANDING BEFORE I WILL CONCLUDE, BUT THE COURT ASKED

10     EARLIER ABOUT THE EXTENT OF PENNSYLVANIA'S INJURY AND

11     HOW, AS A STATE, PENNSYLVANIA CAN BRING THIS ACTION.  WE

12     THINK IT IS FAIRLY CLEAR THAT MASSACHUSETTS VS. EPA

13     CONTROLS AND ALLOWS THE COMMONWEALTH TO BRING AN ACTION

14     CHALLENGING THE DECISIONS HERE IN THE FEDERAL

15     GOVERNMENT.  THE COURT POINTED OUT THAT THAT WAS THE

16     CASE INVOLVING INACTION RATHER THAN ACTION, BUT IN MANY

17     WAYS THIS CASE, ALTHOUGH IT IS CHALLENGING THE SPECIFIC

18     REGULATIONS THAT WERE ISSUED, ULTIMATELY IS ABOUT THE

19     GOVERNMENT CHOOSING NOT TO ENFORCE THE REQUIREMENTS OF

20     THE AFFORDABLE CARE ACT AND THE CONTRACEPTIVE MANDATE

21     AGAINST ENTITIES THAT OBJECT.  AS A RESULT OF THESE

22     RULES, THOSE LAWS, THOSE REQUIREMENTS WILL NO LONGER BE

23     ENFORCED.

24                    WHAT IS MORE, I DON'T THINK THAT FOR

25     STANDING ANALYSIS PURPOSES THERE IS A SIGNIFICANT

1    DIFFERENCE BETWEEN ACTION AND INACTION.  EITHER WAY,

2    PENNSYLVANIA'S HARMED, PENNSYLVANIA'S RESIDENTS ARE

3    HARMED, THE COMMONWEALTH'S QUASI-SOVEREIGN INTEREST IN

4    PROTECTING THE HEALTH AND SAFETY OF ITS RESIDENTS IS

5    GOING TO BE HARMED, AND FOR ALL OF THOSE REASONS, WE

6    BELIEVE THAT THE COMMONWEALTH DOES HAVE STANDING IN THIS

7    CASE.

8

9              THE COURT:  OKAY, I THINK YOUR COLLEAGUE

10   WANTS YOU TO TELL ME ONE MORE THING.

11              MR. FISCHER:  YOUR HONOR, I APOLOGIZE.  I

12   DO NOT BELIEVE I RESERVED ANY TIME FOR REBUTTAL.  WOULD

13   THAT BE POSSIBLE?  IF I HAVE TIME LEFT --

14              THE COURT:  THAT IS FINE.

15              MR. FISCHER:  OKAY.

16              THE COURT:  AS I SAID, IT'S ME AND YOU.

17   THERE IS NO ONE HERE SO IT'S FINE.  WE HAVE UNTIL

18   6 O'CLOCK SO LET'S --

19              MR. FISCHER:  SO -- YEAH.

20              THE COURT:  ARE YOU DONE NOW?

21              MR. FISCHER:  I JUST HAVE ONE MORE --

22              THE COURT:  GO AHEAD.

23              MR. FISCHER:  ON THIS QUESTION OF WHETHER

24   THE COMMONWEALTH WILL BE HARMED, IT REALLY COMES DOWN TO

25   COMMON SENSE.  WHAT THE GOVERNMENT IS SAYING IS THAT

1    DESPITE THESE SWEEPING NEW RULES THAT THEY ARGUE ARE SO

2    IMPORTANT THAT THEY HAVE TO BE IMPLEMENTED IMMEDIATELY

3    TO PROTECT PEOPLE THAT ARE SUFFERING, NEVERTHELESS,

4    NOBODY IN PENNSYLVANIA IS GOING TO BE HARMED BECAUSE NO

5    EMPLOYER IS GOING TO TAKE ADVANTAGE OF THEM.

6              NOW THAT JUST DEFIES LOGIC.  IT IS FAIRLY

7    CLEAR THAT THERE WILL BE WOMEN ACROSS THE COUNTRY AND IN

8    PENNSYLVANIA, BASED ON THEIR OWN ESTIMATES, BASED ON

9    PRIOR LITIGATION, BASED ON SOME OF THE DOCUMENTS IN THE

10   RECORD, THERE WILL BE WOMEN WHO ARE HARMED.  THAT WILL

11   CAUSE HARM TO THE COMMONWEALTH, AND CLEARLY WE BELIEVE

12   THAT THAT NOT ONLY GIVES US STANDING, BUT ALSO

13   ESTABLISHES INJURY FOR PURPOSES OF OUR INJUNCTION.

14              THANK YOU, YOUR HONOR.

15              THE COURT:  THANK YOU.

16              WHO WILL BE ARGUING ON BEHALF OF THE

17   DEFENDANTS?

18              MR. DAVIS:  I WILL, YOUR HONOR.

19              MAY I APPROACH, YOUR HONOR?

20              THE COURT:  YOU MAY.

21              MR. DAVIS:  IF YOUR HONOR WOULD INDULGE

22   ME AT THE BEGINNING, I WOULD LIKE TO MAKE A RECORD ON

23   CERTAIN EVIDENTIARY ISSUES.  SPECIFICALLY WE WOULD LIKE

24   TO MOVE TO STRIKE THE TESTIMONY OF DRS. WEISMAN, BUTTS

25   AND CHUANG TO THE EXTENT THEY TESTIFIED ABOUT THE IMPACT

1    OF THE NEW RULES ON WOMEN'S ACCESS.

2              THE COURT:  THE HORSE HAS LEFT THE BARN

3    ON THAT.  YOU HAD AN OPPORTUNITY, YOU HAD A LAWYER WHO

4    WAS HANDLING THAT ISSUE.  I RULED.

5              MR. DAVIS:  YOUR HONOR, CERTAIN THINGS

6    CAME UP THROUGH THE TESTIMONY AFTER THE OBJECTION WAS

7    MADE THAT I'D JUST LIKE TO PUT ON THE RECORD, IF YOU

8    DON'T MIND.

9              THE COURT:  I RULED AGAINST YOU.  I DO

10   MIND.  YOU DON'T GET TO HAVE A SECOND BITE AT THE APPLE.

11             GO AHEAD.  THIS IS NOW THE CLOSING

12   ARGUMENT PORTION OF THE PROCEEDING.

13             MR. DAVIS:  OKAY.  ON STANDING, YOUR

14   HONOR, YOU HEARD FROM DRS. WEISMAN, BUTTS AND CHUANG

15   THAT THEY ARE NOT AWARE OF A SINGLE INDIVIDUAL WHO WILL

16   BE AFFECTED BY THE NEW RULES AND THEY ARE NOT AWARE OF A

17   SINGLE EMPLOYER WHO WILL BE TAKING ADVANTAGE OF THE NEW

18   RULES.  I THINK IT WOULD BE EXTRAORDINARY TO GRANT AN

19   INJUNCTION THAT WOULD NOT BENEFIT A SINGLE IDENTIFIABLE

20   INDIVIDUAL.  I THINK THAT TESTIMONY WAS VERY TELLING.

21             THE COURT:  IF THEY HAD BEEN ABLE TO

22   IDENTIFY ONE PERSON, WOULD YOUR RESPONSE HAVE BEEN

23   DIFFERENT?

24             MR. DAVIS:  YOUR HONOR, I THINK IT MIGHT

25   HAVE BEEN DIFFERENT WITH RESPECT TO STANDING BUT NOT

```
 1    WITH RESPECT TO IRREPARABLE INJURY.  I THINK IRREPARABLE

 2    INJURY REQUIRES SOME SORT OF DAMAGE MORE THAN A MINOR

 3    AMOUNT, AND IT WOULD NOT BE DIFFERENT IN A SENSE -- WITH

 4    RESPECT TO STANDING, IN THE SENSE THAT THEY WOULD ALSO

 5    HAVE TO SHOW THAT THAT EMPLOYEE WOULD ACTUALLY QUALIFY

 6    FOR A STATE-FUNDED PROGRAM AND WOULD ACTUALLY GO SEEK

 7    COVERAGE FROM THAT STATE-FUNDED PROGRAM.  SO IF THEY

 8    COULD SHOW ALL OF THAT, MAYBE IT WOULD CHANGE THE

 9    STANDING ANALYSIS.

10              THE COURT:  WELL, LET'S FOCUS IN ON

11    STANDING THEN.

12              SO I'M LOOKING AT FEDERAL REGISTER 82-197

13    AND THERE IS A SECTION, THE RELIGIOUS EXEMPTION.  IT'S

14    THE DISCUSSION OF THE PEOPLE WHO WOULD BE IMPACTED OR

15    THE WOMEN WHO WOULD BE IMPACTED.  IT SAYS:  BASED ON OUR

16    LIMITED INFORMATION FROM THE LITIGATION AND

17    ACCOMMODATION NOTICES, WE EXPECT THAT THE OVERLAP IS

18    SIGNIFICANT.  NEVERTHELESS, IN ORDER TO ESTIMATE THE

19    POSSIBLE EFFECTS OF THESE RULES WE ASSUME THERE IS NO

20    OVERLAP BETWEEN THESE TWO NUMBERS AND THEREFORE -- AND

21    HERE IS THE IMPORTANT PART -- THAT THESE INTERIM FINAL

22    RULES WOULD AFFECT THE CONTRACEPTIVE COSTS OF

23    APPROXIMATELY 31,700 WOMEN.

24              SO I THINK THAT YOUR RULES ALONE SUGGEST

25    THAT -- WELL, THEY DON'T SUGGEST, THEY SAY THAT 31,700
```

1   WOMEN WILL BE AFFECTED.  AM I READING THAT CORRECTLY?

2               MR. DAVIS:  YOUR HONOR, THE RULES

3   ESTIMATE THAT SOME WOMEN WILL BE AFFECTED BY THIS.  THAT

4   ESTIMATE STANDARD IS LOWER THAN THE CERTAINLY IMPENDING

5   STANDARD NECESSARY TO SHOW STANDING.  IN A COURTROOM, I

6   THINK THE STANDARD IS CERTAINLY IMPENDING, REASONABLY

7   CERTAIN, AND I THINK THAT IS WHAT THEY FAILED TO SHOW

8   HERE.  AND AGAIN, YOU'D THINK THAT --

9               THE COURT:  SO INSTEAD OF STEPPING AWAY

10  FROM MY QUESTION, ANSWER MY QUESTION.  SO IN THE

11  REGULATIONS THERE IS A STATEMENT IS THAT THESE INTERIM

12  FINAL RULES WOULD AFFECT THE CONTRACEPTIVE COSTS OF

13  APPROXIMATELY 31,700 WOMEN.  IS THAT A CORRECT STATEMENT

14  OF WHAT THE RULES SAY?

15              MR. DAVIS:  YOUR HONOR, I DON'T HAVE THAT

16  STATEMENT RIGHT IN FRONT OF ME.  I ASSUME YOUR HONOR IS

17  READING IT CORRECTLY.

18              THE COURT:  SO GIVEN THE FACT THAT THE

19  RULES THEMSELVES HAVE SAID 31,700 WOMEN WILL BE -- THE

20  COST OF SEVEN -- 31,700 WOMEN WILL BE AFFECTED, HOW DOES

21  THAT IMPACT HERE ON THE STANDING ANALYSIS?

22              MR. DAVIS:  AGAIN, YOUR HONOR, IN THE

23  CONTEXT OF THE RULES, THAT IS AN ESTIMATE.  THAT IS NOT

24  A BLANKET STATEMENT THAT 31,000 WOMEN ARE DEFINITELY

25  GOING TO BE AFFECTED BY THESE RULES.  I FUNDAMENTALLY

1     DISAGREE WITH THE IDEA THAT THAT IS AN IRONCLAD

2     PREDICTION OF WHAT WILL HAPPEN.  THAT IS AN ESTIMATE.

3                     THE RULES IN OTHER PLACES SAY THAT

4     THEY -- THAT IT'S -- THIS ENDEAVOR IS FRAUGHT WITH

5     UNCERTAINTY, IT'S NOT CLEAR WHAT EFFECT THESE WILL HAVE,

6     THAT MANY EMPLOYERS ARE ALREADY PROTECTED BY

7     INJUNCTIONS.  I DON'T THINK THERE IS ANY WAY TO READ

8     THAT STATEMENT AS AN IRONCLAD PREDICTION THAT THIS IS

9     WHAT WILL HAPPEN.

10                    THE COURT:  GO AHEAD.

11                    MR. DAVIS:  I WOULD ALSO LIKE TO -- YOU

12    ALSO HEARD, ALSO ON THE STANDING QUESTION, YOUR HONOR,

13    YOU HEARD FROM THE WITNESSES THAT ACCESS TO

14    CONTRACEPTIVE COVERAGE HAS INCREASED IN THE YEAR AFTER

15    THE AFFORDABLE CARE ACT, THAT NO LONGER ARE THEY

16    BEING -- ARE DOCTORS BEING ASKED ABOUT COST-FREE

17    CONTRACEPTION.  I JUST WANTED TO POINT OUT THAT THIS NEW

18    WORLD THAT THEY ARE TALKING ABOUT AFTER THE AFFORDABLE

19    CARE ACT IS A WORLD WHERE EVERY KNOWN RELIGIOUS OBJECTOR

20    WAS ALREADY EXEMPT.  IT WAS ALREADY NOT PROVIDING

21    CONTRACEPTIVE COVERAGE, SO IT'S NOT CLEAR THEN WHY THESE

22    NEW RULES WOULD RETURN US BACK TO THE WORLD OF THE

23    PRE-ACA ERA.

24                    I'D ALSO LIKE TO RETURN TO WHAT WE TALKED

25    ABOUT EARLIER THIS MORNING, YOUR HONOR, ON THE MORAL

1    OBJECTORS WHO COULD -- WHETHER OR NOT THERE IS A WAY TO

2    POLICE SINCERITY IN THAT CONTEXT.  JUST TO ELABORATE ON

3    WHAT I SAID EARLIER, IT'S POSSIBLE FOR AN EMPLOYEE OF A

4    COMPANY WHO BELIEVES THAT HER EMPLOYER IS IMPROPERLY

5    ASSERTING A MORAL OBJECTION TO FILE A COMPLAINT UNDER

6    ERISA WITH THE DEPARTMENT OF LABOR.  LABOR HAS THE

7    AUTHORITY TO ENFORCE UNDER ERISA.

8                LABOR ALSO HAS THE AUTHORITY TO REFER TO

9    THE TREASURY DEPARTMENT, FOR IRS TO INVESTIGATE THE

10   COMPANY FOR FAILING TO PAY EXCISE TAXES, IN OTHER WORDS

11   FOR FAILING TO COMPLY WITH THE MANDATE.  AND SINCE

12   SINCERITY IS AN ELEMENT OF THE EXEMPTION, THAT WOULD BE

13   A LIVE ENFORCEMENT ISSUE IN THIS CONTEXT.

14                AND I ALSO ADD THAT AN EMPLOYEE IN THAT

15   CONTEXT WOULD CONCEIVABLY HAVE A TITLE VII REMEDY

16   AVAILABLE AGAINST HER EMPLOYER.

17                I WOULD ALSO, ALTHOUGH I KNOW YOUR HONOR

18   WAS NOT ENAMORED WITH THIS ARGUMENT, I WOULD JUST LIKE

19   TO ADD JUST A COUPLE OF QUICK WORDS ON THE RICCI VERSUS

20   DESTEFANO ARGUMENT.  YOUR HONOR HAD EXPRESSED CONCERN

21   THAT THAT CASE WAS NOT SUFFICIENTLY ON ALL FOURS WITH

22   THIS CASE BECAUSE IT INVOLVED A CITY AND NOT THE FEDERAL

23   GOVERNMENT FOR OTHER REASONS.  IF IT GIVES YOU ANY

24   SOLACE, YOUR HONOR, THERE ARE -- THERE IS AN ANALOGOUS

25   PRINCIPLE IN THE CONTEXT OF CHEVRON DEFERENCE THAT MAY

1    BE CLOSER TO THIS CASE.

2                    AND THERE IS A SUPREME COURT CASE CALLED

3    SCIALABBA, S-C-I-A-L-A-B-B-A, VERSUS CUELLAR DE OSORIO,

4    C-U-E-L-L-A-R D-E O-S-O-R-I-O, 134 S.CT 2191:  WHEN AN

5    AGENCY THUS RESOLVES STATUTORY TENSION, ORDINARY

6    PRINCIPLES OF ADMINISTRATIVE DEFERENCE REQUIRE US TO

7    DEFER.

8                    ANOTHER CASE -- I WILL GIVE YOU THE CITE

9    IN A SECOND -- SAYS THAT WHEN A STATUTORY SCHEME

10   CONTAINS A FUNDAMENTAL AMBIGUITY ARISING FROM THE

11   DIFFERENT MANDATES OF TWO PROVISIONS, IT IS APPROPRIATE

12   TO LOOK TO THE IMPLEMENTING AGENCY'S EXPERT

13   INTERPRETATION.

14                    SO I THINK THAT MIGHT BE CLOSER TO WHAT

15   YOUR HONOR WAS LOOKING FOR.

16                    THE COURT:  THAT IS BETTER.

17                    MR. DAVIS:  AND THAT CASE IS NATIONAL

18   ASSOCIATION OF HOMEBUILDERS VERSUS DEFENDERS OF

19   WILDLIFE.  551 U.S. 644-666.

20                    THE COURT:  SCIALABBA, WHAT YEAR WAS

21   SCIALABBA?

22                    MR. DAVIS:  I NEGLECTED TO WRITE DOWN THE

23   YEAR.  I THOUGHT I HAD THAT.

24                    ONE SECOND, YOUR HONOR.  I WILL GET THAT

25   FOR YOU.

1                    THE COURT:  OKAY.

2                    MR. DAVIS:  2014.

3                    THE COURT:  2014.

4                    MR. DAVIS:  YES.

5                    THE COURT:  OKAY.  I WILL TAKE A LOOK AT

6       THAT CASE.

7                    MR. DAVIS:  I WOULD LIKE TO RESPOND TO A

8       FEW THINGS THAT MY COLLEAGUE ON THE OTHER SIDE JUST

9       SAID.  HE SUGGESTED THAT RECOGNITION OF MORAL OBJECTIONS

10      IS UNPRECEDENTED, IF I HEARD HIM CORRECTLY.  THAT IS NOT

11      TRUE.  MORAL OBJECTIONS HAVE BEEN STANDARD IN THE LAW

12      FOR QUITE A LONG TIME.  IN FACT, PENNSYLVANIA HAS ITS

13      OWN CONSCIENCE CLAUSE PERMITTING MEDICAL PROFESSIONALS

14      TO OPT OUT OF PROVIDING ABORTIONS, FOR EXAMPLE, AND

15      THERE HAS BEEN THE CONSCIENCE CLAUSE EXEMPTING

16      CONSCIENTIOUS OBJECTORS FROM THE DRAFT.

17                   I WOULD ALSO LIKE TO ADDRESS THE KING

18      VERSUS BURWELL ISSUE THAT CAME UP, YOUR HONOR, IN THE

19      CONTEXT OF WHETHER OR NOT THE AGENCY'S INTERPRETATION IS

20      ENTITLED TO -- OF THE AFFORDABLE CARE ACT IS ENTITLED TO

21      CHEVRON DEFERENCE.  YOUR HONOR, IN KING VERSUS BURWELL

22      THE COURT HELD THAT WHETHER TAX CREDITS ARE AVAILABLE ON

23      FEDERAL EXCHANGES IS A MAJOR QUESTION, THAT IT WOULD BE

24      INCONCEIVABLE THAT CONGRESS WOULD HAVE DELEGATED THAT TO

25      THE -- IMPLICITLY DELEGATED THAT TO THE AGENCIES.

1          SO KING WAS ABOUT IMPLICIT DELEGATIONS

2    BUT THIS CASE IS ABOUT AN EXPLICIT DELEGATION OF

3    AUTHORITY AT 42 U.S.C. 300GG-13(A)(4).

4             ANOTHER POINT I'D LIKE TO CLARIFY THAT

5    CAME UP WAS THE QUESTION ABOUT WHETHER THE AGENCIES HAVE

6    AUTHORITY TO CREATE EXEMPTIONS FROM THE GUIDELINES,

7    WHICH WE DISCUSSED EARLIER.  I JUST WANTED TO CLARIFY

8    THAT THE EXEMPTIONS THEMSELVES ARE IN THE HRSA

9    GUIDELINES, SO IT'S NOT LIKE THESE RULES ARE CREATING

10   EXEMPTIONS TO HRSA'S GUIDELINES; THE GUIDELINES

11   THEMSELVES SPELL OUT THE RELIGIOUS AND MORAL EXEMPTIONS.

12             AND THAT IS TRUE NOT ONLY OF THESE RULES

13   OF THE GUIDELINES IN 2016, IT'S ALSO TRUE OF THE

14   GUIDELINES IN 2011, WHEN THE LAST ADMINISTRATION DID THE

15   RELIGIOUS EMPLOYER EXEMPTION.  THE HRSA GUIDELINES THERE

16   THEMSELVES INCORPORATED THE EXEMPTION, SO I DON'T THINK

17   THIS QUESTION ABOUT WHETHER AGENCIES CAN CREATE

18   EXCEPTIONS TO THE GUIDELINES IS REALLY PRESENTED HERE.

19             THERE WAS ALSO A REFERENCE TO ALL OF THE

20   PENNSYLVANIA ENTITIES THAT ARE USING THE ACCOMMODATION.

21   I JUST POINT OUT THERE, YOUR HONOR, THAT THERE IS NO

22   INDICATION THAT ANY OF THOSE ENTITIES ARE GOING TO

23   SWITCH FROM USING THE ACCOMMODATION TO USING THE

24   EXEMPTION.  IT MAY BE, LIKE FOR MANY ENTITIES, THAT THE

25   ACCOMMODATION SATISFIES THEIR RELIGIOUS EXEMPTIONS AND

1    THEY WON'T SWITCH TO ANYTHING ELSE.

2                    AND, FINALLY, YOUR HONOR, I THINK THIS

3    POINT ABOUT HOW -- ON IRREPARABLE INJURY, ABOUT HOW THE

4    EXCLUSION MUST BE CLEAR ON THE FACE OF THE PLAN DOCUMENT

5    AND THAT IS WHY MAYBE THESE WITNESSES DID NOT KNOW ABOUT

6    ANYONE WHO KNEW ABOUT ANYONE WHO WAS GOING TO LOSE

7    CONTRACEPTIVE COVERAGE, WELL, THERE IS ALSO A

8    REQUIREMENT THAT AN EMPLOYER WHO PLANS TO TAKE THIS

9    EXEMPTION NOTIFY ITS EMPLOYEES 30 DAYS BEFOREHAND AND

10   SEND OUT A PLAN DOCUMENT THAT -- WHERE THE EXCLUSION OF

11   COVERAGE IS APPARENT FROM THE FACE OF THE PLAN DOCUMENT.

12   AND WE HAVE HEARD NOTHING ABOUT ANY OF THOSE NOTICES

13   BEING SENT OUT.  NO WITNESS HAS TESTIFIED THAT THEY ARE

14   AWARE OF ANY OF THOSE NOTICES.  AND YOU WOULD THINK IF

15   THIS IMPACT WAS GOING TO BE AS WIDESPREAD AS THE

16   COMMONWEALTH SUGGESTS, WE WOULD HAVE HEARD SOME INKLING

17   OF THAT.  AND THE FACT IS THAT WE HAVE NOT.

18                    SO I JUST -- THE LAST POINT I WOULD JUST

19   LIKE TO MAKE, YOUR HONOR, IS THAT AGAIN, YOU ARE NOT

20   WRITING ON A BLANK SLATE HERE.  THERE IS A LOT OF WATER

21   UNDER THE BRIDGE.  THERE IS A LOT OF EXISTING

22   PRELIMINARY INJUNCTIONS AND PERMANENT INJUNCTIONS OUT

23   THERE THAT HAVE MEANT THAT THE STATE OF THE WORLD BEFORE

24   THESE NEW RULES CAME OUT WERE THAT MOST, MAYBE EVEN ALL

25   OF THE EMPLOYERS WHO OBJECTED TO PROVIDING CONTRACEPTIVE

1    COVERAGE WERE EXEMPT FROM THIS REQUIREMENT ALREADY.  SO

2    THERE IS NOT -- IT'S NOT CLEAR WHAT IMPACT AN INJUNCTION

3    WOULD HAVE.  AND IN THAT CIRCUMSTANCE, IT'S BLACK-LETTER

4    LAW THAT THE AGENCY SHOULD STAY ITS HAND -- OR THE COURT

5    SHOULD STAY ITS HAND.  IT'S BLACK-LETTER LAW THAT THE

6    COURT SHOULD STAY ITS HAND.

7                    YOUR HONOR, ON ONE MORE ISSUE, ON THE

8    APA, I JUST WOULD LIKE TO ADD THAT THIS CASE IS SUPPOSED

9    TO BE LIMITED TO THE ADMINISTRATIVE RECORD, AND THAT

10   WHILE I RECOGNIZE WHAT YOUR HONOR SAID ABOUT SOME OF

11   THESE WITNESSES' TESTIMONY --

12                    THE COURT:  I DON'T THINK THAT IS THE

13   CASE.  IF YOU READ MY ORDER ON THE MOTION IN LIMINE,

14   THAT IS NOT THE CASE.

15                    MR. DAVIS:  WELL --

16                    THE COURT:  DID YOU READ THE ORDER ON

17   MOTION IN LIMINE?

18                    MR. DAVIS:  I DID, YOUR HONOR.

19                    THE COURT:  THEREFORE, THE CASE IS NOT

20   SUPPOSED TO BE DECIDED ON THE ADMINISTRATIVE RECORD

21   ONLY.

22                    MR. DAVIS:  YOUR HONOR, I'M RESPECTFULLY

23   DISAGREEING WITH YOUR HONOR'S MOTION.

24                    THE COURT:  YOU CAN SAY THAT YOU BELIEVE

25   THAT THAT IS THE CASE, BUT I DON'T THINK YOU CAN SAY

1    SUPPOSED TO, BECAUSE THERE IS AN ORDER OF THIS COURT

2    WHICH PARTICULARLY DESCRIBES WHAT RECORD THIS DECISION

3    IS BEING MADE ON.  DO YOU UNDERSTAND THAT?

4                    MR. DAVIS:  FAIR ENOUGH, YOUR HONOR.  I

5    WILL PHRASE IT DIFFERENTLY.  I BELIEVE THAT THIS CASE

6    SHOULD BE DECIDED ON THE BASIS OF THE ADMINISTRATIVE

7    RECORD.  I DON'T BELIEVE THAT THE COURT'S RULING ON THE

8    MOTION IN LIMINE WAS CORRECT.  I THINK THAT THE WITNESS

9    TESTIMONY IN THIS CASE WENT FAR BEYOND THE

10   ADMINISTRATIVE RECORD.  I THINK IT WENT INTO QUESTIONING

11   THE CORRECTNESS AND WISDOM OF THE AGENCY'S DECISION.  I

12   THINK IT'S BLACK-LETTER LAW THAT THAT STUFF IS NOT

13   PROPER.

14                    THE COURT:  MOVE ON.  THAT WAS ON A

15   MOTION IN LIMINE.  WE ARE DOING THE CLOSING IN THIS CASE

16   RIGHT NOW.

17                    MR. DAVIS:  YOUR HONOR, THAT IS ALL I

18   HAVE, UNLESS YOU HAVE FURTHER QUESTIONS.

19                    THE COURT:  I HAVE NO FURTHER QUESTIONS.

20                    REBUTTAL.

21                    MR. FISCHER:  THANK YOU, YOUR HONOR.  I

22   WILL TRY TO KEEP THIS BRIEF.

23                    THE DISCUSSION THAT WE ARE HAVING ABOUT

24   THE MORAL EXEMPTION I THINK IS A GOOD METAPHOR FOR ALL

25   THE PROBLEMS WITH BOTH RULES.  THE FACT THAT WE ARE NOW

1    IN POSITION WHERE WE ARE HAVING A DEBATE ABOUT WHETHER

2    THE DEPARTMENT OF LABOR SHOULD BE INVESTIGATING WHETHER

3    EMPLOYERS' PROFESSED MORAL BELIEFS ARE SINCERE OR NOT,

4    AND THEY FEEL AN EMPLOYEE DENIED CONTRACEPTIVE COVERAGE

5    HAS TO FILE A TITLE VII CLAIM BECAUSE HER EMPLOYER, AS

6    THE COURT HYPOTHESIZED, MAY DECIDE THAT HE OBJECTS TO

7    WOMEN BEING IN THE WORKFORCE AND HE IS GOING TO DENY

8    CONTRACEPTIVE COVERAGE AS A RESULT OF THAT.  I THINK

9    THAT IS A WORLD WE DON'T WANT TO BE IN.

10          THE RELIGIOUS FREEDOM RESTORATION ACT

11    ADDRESSED THE TENSION INHERENT IN THAT ISSUE IN THE

12    CONTEXT OF RELIGIOUS BELIEFS AND STRUCK A BALANCE WHERE

13    COURTS GENERALLY DO NOT GET INTO THE SINCERITY OF

14    BELIEFS, NOR SHOULD THEY.  WHAT THEY CAN LOOK AT IS

15    WHETHER THOSE BELIEFS OR THE EXERCISE OF THOSE BELIEFS

16    IS SUBSTANTIALLY BURDENED BY GOVERNMENT PROGRAMS.  THAT

17    IS WHERE RFRA STRUCK THE BALANCE.  WHAT WE HAVE NOW IS

18    TWO RULES FROM THE GOVERNMENT THAT WOULD ESSENTIALLY

19    UPSET THAT BALANCE AND PUT EMPLOYEES AT THE WHIM OF THE

20    MORAL BELIEFS, WHATEVER THEY MAY BE, OF THEIR EMPLOYERS.

21    AND I THINK THE GOVERNMENT IS SUGGESTING AT LEAST THAT

22    AN EMPLOYER WHO HAD A MORAL BELIEF THAT WOMEN SHOULD NOT

23    BE IN THE WORKFORCE, THAT THAT WOULD NOT BE A

24    SINCERELY-HELD OR LEGITIMATE MORAL BELIEF.  THERE IS

25    NOTHING IN THE RULES THAT SAYS THAT.  THERE IS NOTHING

1    IN THE RULES THAT LIMITS THE TYPES OF MORAL BELIEFS THAT

2    AN ENTITY CAN PROFESS.

3                I WOULD LIKE TO THINK THAT HAD THIS GONE

4    THROUGH THE RIGHT PROCESS, THERE WOULD HAVE BEEN SOME

5    THOUGHT GIVEN TO THAT AND MAYBE THERE WOULD HAVE BEEN A

6    DIFFERENT RESULT AND WE WOULD NOT HAVE THIS SWEEPING

7    EXEMPTION, WE WOULD NOT HAVE THE PUBLICLY-TRADED COMPANY

8    OPTION UNDER THE RELIGIOUS EXEMPTION RULE, AND WE WOULD

9    NOT HAVE THE PROVISION MAKING THE ACCOMMODATION

10   OPTIONAL.  I THINK IN SOME WAYS THOSE ARE ALL THE

11   RESULTS OF A FLAWED PROCESS AS I SAID THAT LED TO A

12   FLAWED RESULT, BUT I ALSO THINK THAT BECAUSE THE RESULT

13   IS SO FLAWED, IT IS IMPORTANT TO GET THAT ON THE RECORD

14   AND MAKE CLEAR THAT IF WE ARE FORTUNATE, IF THE COURT

15   DOES GRANT AN INJUNCTION AND THE GOVERNMENT GOES BACK TO

16   THE DRAWING BOARD, ONE WOULD HOPE THAT THEY WOULD COME

17   UP -- IF THEY DECIDE THERE'S A NEED FOR FURTHER RULE

18   MAKING, ONE WOULD HOPE THAT THEY WOULD COME UP WITH A

19   RULE THAT IS MUCH NARROWER THAN THIS, THAT DOES NOT

20   ALLOW FOR SUCH SWEEPING OBJECTIONS, THAT IS MUCH MORE

21   JUSTIFIABLE UNDER THE AFFORDABLE CARE ACT AND UNDER

22   RFRA.

23                THE GOVERNMENT SAID -- TURNING BRIEFLY TO

24   THE HARM, AGAIN, THE GOVERNMENT HAS SAID WELL, EVERY

25   KNOWN RELIGIOUS OBJECTOR IS EXEMPT.  NOW, THAT IS SIMPLY

1    NOT THE CASE.

2              RELIGIOUS -- MANY RELIGIOUS OBJECTORS ARE

3    STILL OPERATING UNDER THE ACCOMMODATION PROCESS UNDER

4    WHICH THEIR EMPLOYEES DO GET HEALTH COVERAGE.  AND, IN

5    FACT, EVEN IF YOU LOOK AT WHAT IS REFERRED TO AS THE

6    ZUBIK INJUNCTION, THE ORDER FROM THE SUPREME COURT, THE

7    COURT DID NOT SAY YOUR EMPLOYEES DO NOT GET COVERAGE.

8    WHAT THEY SAID IS, HHS NOW KNOWS BY VIRTUE OF THIS

9    LITIGATION YOU OBJECT, SO THEY CAN GO AHEAD AND ARRANGE

10   FOR COVERAGE, AND THEY CAN'T FINE YOU FOR NOT PROVIDING

11   THE NOTICE.  NOW, SOME OF THOSE ENTITIES ARE COVERED BY

12   CHURCH PLANS, WHICH IS A SIDE ISSUE, AND THEIR

13   EMPLOYERS -- THEIR EMPLOYEES MAY NOT BE GETTING

14   COVERAGE.  BUT CERTAINLY TO STAY THAT ALL KNOWN

15   RELIGIOUS OBJECTORS ARE EXEMPT IS NOT CONSISTENT WITH

16   THE RECORD IN THIS CASE.

17             YOUR HONOR, THE GOVERNMENT COUNSEL HAS

18   TALKED A LITTLE BIT ABOUT THE NEED TO DEFER TO THEIR

19   INTERPRETATION AND CITED THE TWO CASES.  IN THOSE CASES

20   IT SOUNDS LIKE AT LEAST THERE WAS LEGITIMATE TENSION IN

21   ONE OR AMBIGUITY IN ANOTHER THAT ALLOWED THE GOVERNMENT

22   TO SAY WE ARE ADOPTING A REASONABLE INTERPRETATION.

23   HERE THERE SIMPLY ISN'T.  THERE'S NOT A BASIS FOR

24   READING INTO THE WOMEN'S HEALTH AMENDMENT THIS BROAD

25   AUTHORITY TO CARVE OUT EXEMPTIONS FROM WHAT IS A CLEAR

1    MANDATORY OBLIGATION THAT CONGRESS PASSED THAT THESE

2    PLAN SPONSORS HAVE TO PROVIDE AND HAVE TO NOT IMPOSE

3    COST SHARING REQUIREMENTS FOR THE NECESSARY PREVENTIVE

4    MEDICINE AS DEFINED BY HRSA, THIS IDEA THAT HR -- THE

5    GUIDELINES INCLUDE THE EXEMPTIONS.  WELL, THE AGENCIES

6    PROMULGATE THE EXEMPTIONS AND THEN THEY GIVE HRSA THE

7    AUTHORITY, AND THEY APPEAR ON THE WEB PAGE.  SO I DON'T

8    THINK IT'S THE CASE THAT HRSA IS EXERCISING ITS

9    INDEPENDENT AUTHORITY TO IMPLEMENT THESE GUIDELINES --

10   OR IMPLEMENT THESE EXCEPTIONS.

11              YOUR HONOR, LET'S RETURN TO THE THREE

12   MOST PROBLEMATIC ASPECTS THAT I MENTIONED IN THE

13   BEGINNING.  THE MORAL EXEMPTION RULE IS SIMPLY NOT

14   SUPPORTED BY THE RECORD.  THIS EXPANSION OF PUBLICLY

15   TRADED COMPANY IS NOT SUPPORTED.  AND THE RENDERING OF

16   THE ACCOMMODATION PROCESS OPTIONAL REALLY DOES THREATEN

17   TO TAKE AWAY COVERAGE FOR MANY WOMEN WHO WORK FOR

18   RELIGIOUS EMPLOYERS BUT WHO ARE NONETHELESS GETTING

19   CONTRACEPTIVE COVERAGE TODAY.

20              AND WITH RESPECT TO ALL OF THESE IN SOME

21   WAY, AT LEAST CERTAINLY THE MORAL EXEMPTION AND THE

22   PUBLIC-TRADED COMPANY EXPANSION, THE GOVERNMENT'S

23   RESPONSE IS, WELL, WE JUST DON'T THINK THAT MANY PEOPLE

24   ARE GOING TO TAKE ADVANTAGE OF IT.  THAT IN SOME WAYS IS

25   KIND OF A PERFECT EXAMPLE OF ARBITRARY AND CAPRICIOUS

1    RULEMAKING.  TO ALLOW FOR A SUCH SWEEPING EXEMPTION, BUT

2    THEN TO SAY WE ARE DOING THIS BECAUSE WE DON'T ACTUALLY

3    THINK THERE IS MUCH DEMAND FOR IT, WE DON'T THINK THERE

4    IS MUCH NEED FOR IT, THAT IS SIMPLY NOT HOW THE AGENCY

5    RULEMAKING PROCESS IS SUPPOSED TO WORK AND IT'S NOT THE

6    KIND OF RESULT THAT IS ENTITLED TO DEFERENCE OR ENTITLED

7    TO BE AFFIRMED BY A COURT.

8                    AND FOR ALL OF THOSE REASONS WE BELIEVE

9    THE RULES ARE ILLEGAL, THAT THEY WILL CAUSE IRREPARABLE

10   HARM TO THE COMMONWEALTH, TO THE COMMONWEALTH'S

11   RESIDENTS.  PUBLIC INTEREST STRONGLY FAVORS AN

12   INJUNCTION HERE, AND WE WOULD ASK THE COURT TO GRANT THE

13   COMMONWEALTH'S MOTION.  THANK YOU.

14                    THE COURT:  OKAY.  AS I SAID AT THE

15   BEGINNING OF THIS HEARING, I CONSIDERED ALL THE

16   BRIEFINGS SUBMITTED BY THE PARTIES WITH RESPECT TO THIS

17   PRELIMINARY INJUNCTION, INCLUDING THE COMMONWEALTH'S

18   MOTION FOR PRELIMINARY INJUNCTION AND ITS SUPPORTING

19   EXHIBITS, THE DEFENDANT'S RESPONSE IN OPPOSITION TO THE

20   MOTION FOR PRELIMINARY INJUNCTION, AND THE

21   COMMONWEALTH'S REPLY.  I HAVE ALSO CONSIDERED THE

22   ADMINISTRATIVE RECORD SUBMITTED BY THE DEFENDANTS.  I

23   ALSO WISH TO THANK THE AMICI FOR SUBMITTING THEIR

24   THOUGHTFUL BRIEFS IN THIS CASE.

25                    BASED ON THESE DOCUMENTS AND AS WELL AS

1      THE DOCUMENTS I HAVE RECEIVED AT TODAY'S HEARING, THE

2      TESTIMONY I HAVE HEARD AT TODAY'S HEARING, AND THE

3      ARGUMENT I HAVE HEARD, I WILL BE ABLE TO ISSUE AN

4      OPINION IN THE TIME SCALE REQUESTED BY PENNSYLVANIA,

5      WHICH IS PRIOR TO THE BEGINNING OF THE YEAR, AND WILL

6      ENDEAVOR TO GET THAT OPINION OUT AS SOON AS POSSIBLE.

7                       THANK YOU.  ANYTHING ELSE?

8                       MR. FISCHER:  NOTHING FURTHER FROM THE

9      COMMONWEALTH, YOUR HONOR.

10                      MR. DAVIS:  NOTHING FURTHER, YOUR HONOR.

11                      MR. GOLDMAN:  YOUR HONOR, I'M SORRY.  YOU

12     HAD SUGGESTED ON TUESDAY EVENING THAT YOU WANTED

13     FINDINGS OF FACT AND CONCLUSIONS OF LAW.

14                      THE COURT:  BASED ON WHAT I HAVE READ AND

15     WHAT I HAVE, I DON'T NEED YOU TO DO THAT.  I WILL -- WE

16     WILL BE ABLE TO DO THAT INTERNALLY.  I THINK YOU WERE

17     VERY CLEAR IN YOUR BRIEFS, AND I APPRECIATE THAT FROM

18     ALL SIDES.  SO TO THE EXTENT THAT MY PREVIOUS ORDER

19     INDICATES A TIME FOR POST-HEARING BRIEFING AND

20     POST-HEARING SUBMISSION OF FINDINGS OF FACT, I'M

21     ABROGATING THAT PORTION IN MY ORDER.  IT IS NOT

22     NECESSARY THAT YOU DO THAT.  SO INSTEAD OF HAVING TO GO

23     HOME RIGHT NOW AND START WRITING, YOU CAN, I DON'T KNOW,

24     GO AND HAVE A DRINK OR SOMETHING.

25                      ALL COUNSEL:  THANK YOU, YOUR HONOR.

1                    (HEARING CONCLUDED.)

2

3                    I CERTIFY THAT THE FOREGOING IS A CORRECT

4    TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

5    ABOVE-ENTITLED MATTER.

6

7

8    DATE                          OFFICIAL COURT REPORTER

9                                  SUZANNE R. WHITE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                           INDEX PAGE

2

3     WITNESSES              DIRECT    CROSS  REDIRECT    RECROSS

4     CAROL WEISMAN

5        BY MR. GOLDMAN        55        --      105        --

6        BY MS. KADE           --        97      --         --

7

8     SAMANTHA BUTTS

9        BY MR. GOLDMAN        113       --      152        --

10       BY MS. KADE           --        146     --         --

11

12    CYNTHIA CHUANG

13       BY MS. BOLAND         165       --      --         --

14       BY MS. KOPPLIN        --        193     --         --

15

16

17

18

19

20

21

22

23

24

25

## $

**$1,000** [2] - 134:23, 134:25
**$1,800** [1] - 135:19
**$180,000** [1] - 208:2
**$250** [1] - 13:2
**$30** [2] - 135:10, 135:13
**$360** [1] - 135:14
**$500** [1] - 92:18

## 0

**001** [1] - 187:8
**05** [2] - 77:4, 187:6

## 1

**1** [10] - 55:19, 95:11, 101:7, 101:12, 138:1, 186:7, 219:11, 219:12, 221:13, 229:9
**1.1** [1] - 82:3
**1.2** [1] - 108:2
**10** [6] - 99:5, 118:12, 118:17, 125:3, 133:23, 231:22
**100** [6] - 75:22, 76:17, 77:9, 91:18, 176:9, 176:18
**105** [2] - 74:18, 254:5
**106** [5] - 10:14, 74:22, 74:23, 80:17, 90:13
**107** [1] - 81:4
**109** [1] - 82:20
**11** [1] - 84:13
**11.5** [1] - 186:25
**1115** [1] - 81:25
**113** [1] - 254:9
**1160** [1] - 66:10
**12** [3] - 122:24, 140:21, 176:17
**125-PAGE** [1] - 159:2
**12:30** [1] - 157:10
**12TH** [1] - 2:7
**130** [1] - 186:15
**134** [1] - 241:4
**14** [1] - 1:8
**146** [1] - 254:10
**15** [5] - 3:15, 3:17, 10:11, 60:12, 210:6
**1500** [1] - 122:6
**152** [1] - 254:9
**159** [1] - 164:17
**16** [3] - 22:3, 64:10, 66:25
**165** [1] - 254:13
**16TH** [1] - 2:3

**17** [2] - 9:14, 175:20
**17-4540** [2] - 1:4, 3:7
**17.9** [1] - 186:17
**17120** [1] - 2:4
**18** [7] - 55:21, 55:23, 56:4, 177:13, 182:14, 183:20, 183:23
**1861** [2] - 36:10, 37:20
**188** [1] - 38:2
**19** [1] - 10:10
**19.3** [1] - 81:15
**19106** [2] - 1:9, 1:21
**19107** [1] - 2:7
**192** [1] - 38:2
**1923** [1] - 35:2
**193** [1] - 254:14
**1960** [1] - 102:17
**1972** [1] - 38:2
**1980** [1] - 66:11
**1987** [1] - 38:5
**1990** [2] - 101:16, 102:17
**1992** [1] - 115:11
**1994** [1] - 115:2
**1998** [2] - 115:6, 115:11
**1:12-CV-3489** [1] - 206:14
**1:30** [1] - 157:12
**1ST** [5] - 24:24, 25:9, 34:23, 230:17

## 2

**2** [4] - 76:18, 91:20, 95:12, 138:2
**2.2** [1] - 82:3
**2.5** [1] - 12:19
**20** [11] - 2:18, 10:10, 52:1, 90:23, 133:23, 170:4, 171:23, 171:24, 197:8, 232:3, 232:8
**2001** [1] - 167:10
**2002** [4] - 81:14, 82:2, 115:11, 115:14
**2003** [3] - 60:12, 83:13, 116:4
**2005** [1] - 115:14
**2006** [2] - 94:3, 116:4
**2007** [1] - 81:16
**2008** [3] - 70:4, 70:5, 83:14
**2010** [1] - 38:16
**2011** [12] - 26:12, 38:16, 44:6, 70:9, 70:12, 88:5, 102:10, 102:16, 104:14, 104:18, 243:14

**2012** [9] - 92:23, 100:3, 101:24, 109:21, 110:4, 181:2, 192:14, 207:4
**2013** [4] - 103:4, 103:14, 180:12, 207:20
**2014** [12] - 38:16, 41:10, 92:23, 94:3, 100:3, 110:4, 180:13, 180:25, 181:3, 188:22, 242:2, 242:3
**2015** [2] - 101:24, 109:21
**2016** [10] - 70:19, 99:15, 99:19, 104:10, 106:24, 144:14, 180:14, 180:25, 205:24, 243:13
**2017** [3] - 1:8, 28:8, 102:7
**2018** [1] - 24:24
**20530** [2] - 2:13, 2:18
**20S** [2] - 126:20, 127:13
**21** [1] - 2:7
**215)627-1882** [1] - 1:21
**2191** [1] - 241:4
**22** [2] - 10:3, 100:19
**221** [1] - 38:5
**223** [1] - 68:7
**23** [3] - 10:3, 43:9, 199:18
**230** [2] - 68:8, 68:13
**231** [1] - 84:18
**235** [1] - 86:13
**24** [6] - 59:11, 60:5, 186:15, 186:21, 187:18, 188:7
**256** [1] - 164:17
**26** [2] - 38:19, 173:6
**26(A** [2] - 64:23, 172:20
**27** [1] - 76:4
**29** [1] - 38:19

## 3

**3** [2] - 56:14, 210:12
**30** [12] - 8:16, 10:7, 10:15, 10:17, 10:23, 105:13, 127:16, 134:3, 137:8, 228:10, 230:16, 244:9
**30-DAY** [1] - 230:12
**300** [1] - 45:3

**300GG-13(A)(4)** [1] - 243:3
**30GG-13** [1] - 223:20
**30S** [1] - 126:20
**31** [7] - 102:4, 102:14, 105:13, 106:11, 109:6, 160:7, 198:10
**31,000** [1] - 238:24
**31,700** [5] - 237:23, 237:25, 238:13, 238:19, 238:20
**3133** [1] - 2:12
**32,000** [1] - 229:12
**34** [1] - 200:21
**35** [4] - 89:14, 143:25, 171:16, 201:6
**36** [2] - 10:18, 201:14
**37** [1] - 201:22
**38** [1] - 202:2
**39** [4] - 10:23, 104:9, 104:10, 202:9
**3B** [1] - 1:9
**3RD** [1] - 2:7

## 4

**4** [3] - 56:7, 56:8, 221:11
**40** [6] - 62:18, 88:25, 89:10, 126:18, 126:20, 182:14
**409** [1] - 38:2
**41** [2] - 10:11, 10:16
**42** [4] - 45:3, 71:14, 223:19, 243:3
**43** [1] - 10:16
**44** [1] - 98:18
**45** [11] - 70:6, 70:7, 70:12, 70:16, 70:21, 88:21, 88:23, 89:1, 89:14, 154:7, 202:16
**46** [1] - 101:8
**47804** [2] - 101:6, 101:12
**48** [1] - 10:22
**481** [1] - 38:5
**49** [4] - 10:6, 69:24, 70:2, 88:21
**49.7** [1] - 186:21

## 5

**5** [6] - 68:1, 74:18, 81:14, 118:12, 118:16
**5-3** [1] - 10:14
**5.1** [1] - 187:1
**5.3** [2] - 74:18, 80:18
**50** [4] - 10:6, 119:11, 119:19, 124:18

**51** [3] - 70:4, 70:21, 127:15
**51092** [1] - 217:17
**53** [4] - 143:19, 143:25, 148:8, 154:1
**54** [5] - 146:17, 147:12, 147:23, 148:9, 148:15
**54,000** [4] - 53:3, 53:7, 53:19, 205:22
**549** [1] - 215:25
**55** [3] - 146:23, 148:24, 254:5
**551** [1] - 241:19
**559** [1] - 215:18
**56** [1] - 149:5
**57** [1] - 149:10
**58** [7] - 10:24, 147:12, 147:23, 148:9, 149:14, 150:25, 151:8
**58,000** [1] - 205:17
**5TH** [3] - 36:14, 209:17, 212:21

## 6

**6** [13] - 3:12, 3:13, 79:25, 80:2, 80:12, 80:13, 80:18, 165:7, 176:17, 198:10, 210:12, 234:18
**601** [1] - 1:20
**644-666** [1] - 241:19

## 7

**7** [3] - 84:7, 84:10, 165:15
**7.2** [1] - 91:22
**70** [3] - 119:11, 119:19, 168:4
**700,000** [1] - 12:21
**702** [2] - 64:24, 172:21
**703** [2] - 64:24, 172:21
**705** [2] - 64:24, 172:21
**727** [3] - 186:16, 187:19, 188:7
**79** [1] - 217:17

## 8

**8** [8] - 84:8, 84:10, 90:23, 114:7, 143:22, 143:23, 144:1, 183:18
**8,000** [3] - 101:24, 110:6, 110:11
**8.4** [1] - 186:13
**80** [1] - 157:4

**800** [2] - 134:23, 134:25
**82-197** [1] - 237:12
**83** [1] - 186:12
**85** [3] - 76:1, 80:21, 81:2

## 9

**9** [3] - 114:7, 114:12, 143:25
**900** [1] - 93:1
**900-SOME** [1] - 110:9
**95** [1] - 73:6
**950** [1] - 2:12
**958** [1] - 206:11
**97** [1] - 254:6
**9833** [1] - 38:19
**984** [3] - 183:10, 186:10, 187:18
**988** [1] - 206:11
**99** [1] - 158:8
**9TH** [1] - 66:10

## A

**A)(4** [1] - 43:7
**ABILITY** [9] - 23:1, 44:25, 123:17, 123:19, 131:19, 141:23, 141:24, 156:13, 224:14
**ABLE** [32] - 7:13, 15:15, 34:4, 34:12, 35:15, 94:2, 94:10, 114:17, 131:22, 158:6, 159:2, 159:4, 159:6, 159:9, 177:16, 177:20, 177:21, 177:24, 178:2, 178:16, 178:19, 179:15, 179:17, 181:10, 181:11, 181:16, 183:6, 183:14, 209:18, 236:21, 252:3, 252:16
**ABNORMAL** [1] - 128:17
**ABORTION** [2] - 71:15, 208:9
**ABORTIONS** [3] - 96:23, 191:24, 242:14
**ABOUT** [164] - 5:11, 6:16, 15:7, 15:23, 18:18, 20:14, 22:8, 22:25, 23:17, 26:24, 27:16, 28:20, 28:24, 29:1, 29:21, 30:22,

31:17, 34:16, 34:24, 36:2, 36:21, 38:13, 38:20, 38:23, 38:25, 47:12, 48:24, 51:25, 52:14, 54:10, 56:23, 59:13, 63:24, 69:8, 74:4, 74:13, 75:3, 82:11, 82:24, 83:3, 83:4, 88:3, 88:4, 89:15, 89:22, 90:1, 92:6, 93:1, 93:19, 99:15, 105:17, 105:19, 105:25, 106:10, 106:21, 107:5, 107:6, 107:11, 107:25, 108:12, 108:18, 108:22, 109:4, 109:9, 109:11, 111:14, 111:22, 114:23, 116:13, 119:4, 120:24, 121:3, 123:3, 126:6, 128:22, 130:23, 131:19, 131:21, 133:25, 134:23, 141:11, 145:23, 147:17, 150:22, 151:15, 151:18, 154:5, 156:18, 163:5, 163:9, 164:25, 168:8, 168:13, 168:17, 168:19, 168:23, 170:2, 170:4, 170:24, 173:21, 174:8, 174:17, 176:22, 178:7, 178:8, 178:10, 178:12, 178:21, 180:4, 181:15, 181:17, 181:23, 182:1, 182:23, 183:18, 189:20, 190:12, 192:6, 195:5, 195:6, 196:10, 197:18, 198:20, 203:8, 203:14, 211:12, 215:15, 215:18, 216:8, 216:9, 216:24, 217:16, 218:21, 219:17, 222:21, 223:4, 223:22, 228:14, 229:23, 230:8, 231:14, 231:15, 232:7, 233:10, 233:18, 235:25, 239:16, 239:18, 239:25, 243:1,

243:2, 243:5, 243:17, 244:3, 244:5, 244:6, 244:12, 245:10, 246:23, 247:1, 249:18
**ABOVE** [2] - 76:9, 253:5
**ABOVE-ENTITLED** [1] - 253:5
**ABROGATING** [1] - 252:21
**ABSENT** [1] - 208:5
**ABSOLUTELY** [6] - 15:11, 18:10, 142:8, 174:14, 179:2, 211:3
**ABSTRACT** [1] - 106:13
**ABUNDANT** [1] - 79:23
**ACA** [34] - 11:17, 22:9, 28:3, 43:10, 43:25, 44:8, 45:2, 46:9, 120:20, 131:8, 132:22, 133:21, 136:12, 136:13, 136:18, 137:3, 137:8, 140:6, 153:17, 153:20, 153:22, 155:7, 155:12, 156:3, 198:11, 198:18, 219:8, 219:17, 221:2, 222:12, 223:6, 224:20, 224:24, 239:23
**ACA'S** [3] - 11:9, 23:18, 207:21
**ACADEMIC** [3] - 57:8, 59:20, 170:1
**ACADEMY** [1] - 66:20
**ACCEPT** [2] - 159:8, 187:6
**ACCEPTED** [6] - 87:3, 87:7, 87:11, 101:19, 102:23, 103:25
**ACCEPTING** [1] - 139:23
**ACCESS** [27] - 34:17, 62:22, 70:22, 71:7, 131:19, 131:22, 131:24, 136:17, 140:23, 140:24, 140:25, 141:23, 145:11, 146:25, 149:1, 156:7, 156:11, 191:14, 201:16, 208:8, 218:2, 220:15, 220:20, 224:9,

227:2, 236:1, 239:13
**ACCESSING** [1] - 145:11
**ACCOMMODATED** [1] - 198:3
**ACCOMMODATION** [26] - 6:25, 7:2, 40:15, 41:7, 46:21, 50:23, 50:25, 51:1, 211:7, 211:23, 218:6, 226:14, 226:21, 228:25, 229:7, 229:11, 232:9, 232:12, 232:15, 237:17, 243:20, 243:23, 243:25, 248:9, 249:3, 250:16
**ACCOMMODATIONS** [2] - 50:13, 198:1
**ACCOMMODATION** [1] - 205:25
**ACCORDING** [1] - 154:4
**ACCOUNT** [4] - 85:14, 107:10, 107:18, 108:11
**ACCOUNTABILITY** [1] - 7:1
**ACCOUNTED** [2] - 188:12, 188:15
**ACCUMULATED** [1] - 194:1
**ACCURACY** [1] - 155:6
**ACCURATE** [5] - 56:12, 114:20, 114:21, 165:13, 165:19
**ACCURATELY** [1] - 111:21
**ACHIEVE** [3] - 127:9, 129:14, 177:21
**ACHIEVED** [1] - 217:9
**ACHIEVING** [2] - 117:14, 172:7
**ACKNOWLEDGE** [1] - 6:15
**ACKNOWLEDGES** [1] - 231:23
**ACOSTA** [1] - 3:6
**ACQUIRING** [1] - 137:1
**ACROSS** [4] - 7:7, 111:25, 229:24, 235:7
**ACT** [59] - 6:20, 6:23, 9:10, 9:11, 12:8, 21:11, 21:14, 21:15, 22:7, 27:25, 42:18,

43:6, 45:12, 47:7, 47:10, 51:3, 51:20, 52:9, 63:13, 63:15, 63:21, 64:13, 67:4, 68:24, 78:16, 79:9, 87:9, 87:13, 90:6, 94:6, 94:10, 96:16, 100:16, 102:6, 112:12, 112:14, 112:16, 120:1, 120:4, 131:2, 131:5, 139:22, 140:1, 152:15, 154:20, 154:23, 178:14, 213:5, 217:12, 218:24, 230:9, 233:4, 233:20, 239:15, 239:19, 242:20, 247:10, 248:21
**ACT'S** [2] - 206:20, 219:25
**ACTING** [4] - 12:15, 19:8, 174:23, 183:17
**ACTION** [11] - 1:3, 15:9, 16:14, 16:16, 17:23, 35:10, 48:10, 233:11, 233:13, 233:16, 234:1
**ACTIONS** [2] - 17:11, 219:12
**ACTIVE** [4] - 102:4, 106:15, 106:18, 171:11
**ACTIVELY** [1] - 187:23
**ACTIVITIES** [2] - 126:2, 170:12
**ACTIVITY** [2] - 102:18, 107:1
**ACTUAL** [11] - 75:19, 141:10, 159:24, 200:2, 201:2, 201:11, 201:18, 201:24, 202:5, 202:12, 202:22
**ACTUALLY** [29] - 9:1, 17:18, 18:15, 19:6, 30:6, 30:25, 46:12, 47:6, 51:25, 76:20, 117:19, 134:13, 139:14, 160:8, 163:3, 163:14, 176:12, 181:7, 184:21, 189:8, 194:9, 200:12, 219:8, 220:19, 226:6, 230:21, 237:5, 237:6, 251:2
**ADD** [8] - 9:16, 22:1,

22:3, 22:17, 23:13, 240:14, 240:19, 245:8

**ADDITION** [10] - 7:17, 15:2, 17:15, 61:10, 69:8, 72:7, 128:7, 154:14, 171:10, 224:6

**ADDITIONAL** [15] - 7:11, 7:12, 9:16, 14:5, 14:14, 18:22, 19:17, 22:3, 22:17, 23:13, 78:22, 125:25, 135:4, 163:5, 221:12

**ADDITIVE** [1] - 134:16

**ADDRESS** [9] - 43:3, 43:5, 45:9, 158:2, 162:24, 214:13, 215:9, 215:17, 242:17

**ADDRESSED** [6] - 39:21, 51:15, 69:18, 73:4, 217:15, 247:11

**ADEQUATE** [1] - 217:2

**ADMINISTERED** [1] - 47:17

**ADMINISTRATION** [8] - 22:6, 38:15, 39:9, 42:21, 64:12, 78:5, 220:14, 243:14

**ADMINISTRATION'S** [1] - 39:15

**ADMINISTRATIVE** [11] - 6:23, 100:16, 152:15, 209:1, 209:2, 241:6, 245:9, 245:20, 246:6, 246:10, 251:22

**ADMINISTRATOR** [5] - 34:6, 212:3, 218:7, 218:11, 229:4

**ADMISSIBILITY** [4] - 24:10, 158:14, 159:4, 159:7

**ADMISSION** [1] - 216:22

**ADMIT** [5] - 17:16, 161:4, 161:12, 161:16, 172:23

**ADMITTED** [7] - 55:23, 56:1, 56:4, 65:13, 95:11, 114:8, 161:14

**ADMONITION** [2] - 8:2, 213:16

**ADOLESCENTS'** [1] - 63:2

**ADOPT** [1] - 78:13

**ADOPTED** [4] - 44:5,

78:14, 225:15

**ADOPTING** [2] - 92:13, 249:22

**ADULT** [3] - 127:16, 171:20, 171:21

**ADVANCE** [1] - 30:22

**ADVANCES** [1] - 223:12

**ADVANTAGE** [9] - 25:4, 129:18, 227:16, 227:17, 228:18, 232:2, 235:5, 236:17, 250:24

**ADVERSE** [6] - 103:20, 149:16, 151:1, 151:10, 202:10, 202:13

**ADVISORY** [1] - 68:25

**AFFAIRS** [3] - 61:9, 195:23, 195:24

**AFFECT** [12] - 95:19, 115:21, 123:25, 124:24, 125:18, 138:10, 138:23, 174:1, 188:14, 229:24, 237:22, 238:12

**AFFECTED** [14] - 26:21, 34:14, 83:21, 140:15, 228:18, 228:23, 228:25, 229:9, 229:18, 236:16, 238:1, 238:3, 238:20, 238:25

**AFFECTING** [2] - 83:5, 220:1

**AFFECTS** [2] - 79:6, 126:23

**AFFILIATED** [1] - 110:21

**AFFIRMANCE** [5] - 36:18, 37:1, 37:18, 37:22, 38:6

**AFFIRMATIVE** [2] - 15:8, 16:14

**AFFIRMED** [4] - 16:18, 17:2, 36:6, 251:7

**AFFORD** [2] - 80:25, 153:1

**AFFORDABILITY** [4] - 131:21, 136:17, 140:4, 145:12

**AFFORDABLE** [50] - 6:19, 12:8, 21:11, 22:7, 27:25, 42:18, 43:6, 45:12, 47:7, 51:20, 52:9, 63:12, 63:15, 63:21, 64:13,

67:4, 68:24, 78:16, 79:9, 87:9, 87:12, 90:6, 94:6, 94:10, 96:16, 102:6, 112:12, 112:13, 112:14, 112:16, 119:25, 120:4, 131:1, 131:5, 139:22, 140:1, 154:20, 154:23, 178:14, 206:20, 213:5, 217:12, 218:24, 230:8, 233:4, 233:20, 239:15, 239:18, 242:20, 248:21

**AFFORDED** [2] - 47:15, 50:7

**AFTER** [30] - 12:4, 12:9, 34:13, 58:8, 60:4, 60:5, 86:25, 94:6, 94:10, 102:6, 112:14, 115:3, 115:7, 133:25, 134:24, 136:12, 136:18, 139:25, 154:22, 155:7, 157:19, 176:14, 177:13, 188:23, 189:17, 189:20, 217:19, 236:6, 239:14, 239:18

**AFTERNOON** [4] - 162:11, 193:12, 210:21, 210:22

**AGAIN** [41] - 14:22, 17:2, 21:20, 31:13, 32:4, 33:16, 38:14, 42:19, 45:2, 46:14, 48:19, 61:3, 86:23, 103:2, 132:7, 139:17, 140:13, 140:25, 143:21, 144:19, 147:7, 148:18, 153:16, 153:22, 156:16, 162:12, 177:14, 191:11, 195:17, 201:15, 204:13, 212:24, 215:1, 215:2, 224:3, 225:14, 231:13, 238:8, 238:22, 244:19, 248:24

**AGAINST** [10] - 18:2, 32:9, 33:25, 35:3, 108:13, 145:11, 159:23, 233:21, 236:9, 240:16

**AGE** [7] - 126:15,

126:18, 126:20, 127:13, 172:5, 180:16, 193:1

**AGENCIES** [44] - 21:7, 21:13, 38:16, 39:3, 42:23, 44:2, 44:21, 44:25, 45:1, 45:4, 45:11, 45:14, 45:15, 45:23, 46:18, 46:20, 46:23, 47:1, 47:3, 47:13, 50:11, 50:13, 50:21, 51:11, 51:15, 51:21, 52:5, 159:25, 169:21, 209:23, 212:13, 212:23, 214:11, 215:24, 217:20, 221:21, 222:4, 225:22, 232:6, 242:25, 243:5, 243:17, 250:5

**AGENCY** [28] - 15:9, 17:22, 35:10, 39:17, 43:12, 44:8, 44:12, 44:18, 45:7, 48:16, 161:8, 173:3, 206:3, 206:5, 206:8, 207:10, 209:6, 213:1, 217:7, 220:6, 222:15, 222:16, 222:24, 223:14, 241:5, 245:4, 251:4

**AGENCY'S** [14] - 44:13, 44:18, 47:8, 49:19, 50:25, 51:19, 66:8, 112:24, 120:19, 172:25, 204:17, 241:12, 242:19, 246:11

**AGES** [1] - 182:14

**AGO** [4] - 28:1, 65:9, 170:14, 171:24

**AGREE** [9] - 27:14, 28:4, 28:19, 30:13, 32:23, 41:18, 106:2, 196:21, 198:17

**AGREED** [1] - 153:12

**AGREES** [1] - 77:23

**AHEAD** [5] - 5:21, 9:6, 9:24, 42:12, 42:15, 66:15, 80:9, 116:22, 121:11, 148:12, 161:23, 165:1, 173:8, 185:6, 234:22, 236:11, 239:10, 249:9

**AIDED** [1] - 1:24

**AL** [3] - 1:5, 2:19, 83:14

**ALEXANDER** [1] - 3:6

**ALL** [113] - 5:15, 6:12,

8:9, 9:1, 9:9, 12:3, 21:19, 24:2, 24:16, 25:2, 26:13, 27:2, 31:11, 35:24, 41:25, 42:4, 42:6, 42:11, 44:21, 52:8, 53:7, 54:12, 56:1, 59:22, 69:15, 69:24, 73:14, 74:9, 74:12, 75:7, 77:12, 77:15, 78:4, 83:17, 86:20, 87:5, 90:6, 94:4, 95:1, 97:3, 101:3, 101:5, 105:8, 105:10, 107:9, 107:13, 112:15, 113:5, 128:4, 128:10, 128:19, 130:8, 134:22, 136:12, 147:11, 147:22, 148:8, 148:19, 151:11, 152:3, 152:7, 153:9, 157:22, 163:20, 164:22, 169:1, 170:6, 170:10, 174:16, 176:1, 178:17, 182:20, 183:1, 183:12, 185:23, 192:11, 193:21, 196:1, 196:3, 198:19, 210:8, 210:10, 210:14, 212:12, 213:16, 218:5, 218:12, 222:18, 225:10, 225:11, 228:2, 228:6, 231:7, 231:18, 231:19, 233:1, 234:5, 237:8, 240:21, 243:19, 244:24, 246:17, 246:24, 248:10, 249:14, 250:20, 251:8, 251:15, 252:18, 252:25

**ALLEGATIONS** [2] - 6:3, 151:14

**ALLEGES** [2] - 17:8, 17:23

**ALLEGING** [2] - 17:24, 151:13

**ALLEVIATE** [2] - 46:19, 51:1

**ALLOW** [7] - 3:21, 20:7, 141:5, 212:15, 224:3, 248:20, 251:1

**ALLOWED** [6] - 3:15, 3:17, 30:15, 190:6, 220:23, 249:21

**ALLOWING** [1] - 177:19
**ALLOWS** [4] - 190:16, 211:15, 230:13, 233:13
**ALLUDES** [1] - 164:10
**ALMOST** [3] - 42:10, 91:24, 183:20
**ALONE** [2] - 213:21, 237:24
**ALONG** [6] - 24:3, 41:22, 78:7, 81:9, 126:2, 158:11
**ALPHABETICAL** [1] - 68:17
**ALREADY** [42] - 3:11, 6:3, 6:5, 6:24, 9:18, 9:22, 10:21, 13:21, 14:23, 21:19, 24:2, 25:14, 27:4, 27:5, 39:21, 43:5, 43:8, 68:4, 69:5, 69:9, 114:8, 163:20, 164:12, 164:19, 167:20, 181:19, 184:14, 194:10, 194:18, 196:16, 197:12, 199:15, 200:6, 200:7, 200:14, 209:4, 216:23, 225:8, 239:6, 239:20, 245:1
**ALSO** [115] - 3:16, 5:4, 5:17, 6:11, 8:22, 10:12, 10:15, 14:22, 15:14, 21:6, 21:12, 22:8, 22:15, 22:25, 23:6, 23:16, 23:19, 26:7, 27:19, 27:21, 34:24, 39:13, 43:19, 43:22, 43:23, 52:18, 59:22, 60:1, 61:4, 61:8, 63:20, 64:5, 72:4, 77:17, 79:19, 81:24, 82:24, 84:17, 85:7, 94:8, 95:21, 96:25, 99:23, 101:10, 103:1, 109:8, 115:4, 115:12, 115:14, 117:5, 117:7, 117:9, 119:14, 119:15, 119:16, 121:24, 122:2, 124:10, 128:8, 128:24, 129:2, 129:23, 130:16, 131:4, 139:25, 146:3, 150:5, 154:15, 154:22, 159:3,

163:6, 163:16, 166:9, 168:17, 169:4, 169:9, 169:21, 169:25, 170:15, 171:11, 173:21, 174:6, 177:7, 178:10, 184:23, 199:19, 206:12, 207:21, 210:10, 216:13, 218:9, 224:10, 224:16, 224:23, 225:24, 227:9, 227:19, 230:7, 231:15, 235:12, 237:4, 239:11, 239:12, 239:24, 240:8, 240:14, 240:17, 242:17, 243:13, 243:19, 244:7, 248:12, 251:21, 251:23
**ALTERNATIVE** [2] - 40:5, 217:24
**ALTERNATIVES** [1] - 27:21
**ALTHOUGH** [11] - 18:15, 81:10, 100:25, 102:19, 109:18, 187:12, 200:10, 208:25, 210:8, 233:17, 240:17
**ALTOGETHER** [3] - 11:17, 14:12, 179:1
**ALWAYS** [6] - 70:9, 79:11, 132:24, 132:25, 156:12, 217:4
**AM** [33] - 3:20, 4:17, 54:7, 56:22, 57:18, 58:8, 60:20, 64:9, 70:12, 72:23, 74:24, 76:3, 77:19, 80:19, 83:11, 84:21, 99:16, 105:13, 114:3, 116:6, 116:15, 118:1, 119:18, 120:2, 120:8, 127:4, 131:23, 136:2, 145:4, 166:12, 169:6, 179:15, 238:1
**AMBIGUITY** [3] - 20:14, 241:10, 249:21
**AMEND** [1] - 205:25
**AMENDMENT** [5] - 217:13, 223:25, 224:2, 224:8, 249:24
**AMERICAN** [1] - 104:3

**AMERICANS** [1] - 128:5
**AMICI** [1] - 251:23
**AMICUS** [2] - 229:23, 229:25
**AMONG** [7] - 94:12, 102:3, 106:14, 106:17, 107:1, 108:3, 219:24
**AMONGST** [1] - 183:7
**AMOUNT** [4] - 13:25, 86:4, 124:8, 237:3
**AN** [205] - 7:2, 7:14, 9:14, 9:18, 15:8, 15:9, 16:15, 16:16, 16:18, 17:2, 19:18, 20:11, 21:21, 25:1, 26:23, 27:8, 27:10, 28:11, 30:5, 30:16, 31:22, 32:5, 32:22, 33:6, 33:16, 34:3, 35:16, 35:17, 36:6, 36:10, 36:18, 37:5, 37:18, 37:22, 38:6, 39:1, 42:3, 44:12, 44:13, 44:18, 46:4, 46:21, 47:14, 47:17, 48:5, 48:7, 49:19, 50:5, 52:8, 55:7, 58:9, 58:25, 61:21, 61:24, 62:1, 64:18, 65:1, 65:5, 65:11, 65:13, 65:18, 65:19, 65:21, 70:18, 71:11, 71:19, 72:1, 72:13, 72:16, 76:13, 79:12, 79:23, 80:21, 81:24, 85:3, 91:24, 92:14, 92:15, 92:18, 93:15, 96:2, 96:4, 96:21, 97:5, 99:5, 100:11, 100:15, 102:4, 106:15, 106:16, 111:24, 114:3, 118:15, 119:16, 120:13, 120:17, 124:6, 126:15, 133:10, 138:20, 138:21, 139:11, 140:2, 141:5, 141:22, 145:4, 145:25, 146:4, 150:12, 151:19, 152:11, 152:14, 154:16, 154:17, 155:21, 157:12, 160:9, 164:17, 169:12, 169:13, 170:3, 170:18, 171:11, 171:19,

172:8, 172:12, 172:24, 172:25, 173:2, 179:3, 183:21, 188:5, 188:24, 190:12, 190:25, 195:22, 195:25, 196:25, 197:4, 197:12, 202:17, 209:16, 210:5, 210:7, 210:9, 212:19, 214:7, 214:11, 214:17, 214:20, 214:23, 217:2, 217:5, 217:10, 217:22, 217:24, 219:19, 220:6, 222:15, 222:16, 223:11, 223:14, 225:7, 226:20, 226:23, 228:4, 228:6, 228:9, 229:11, 230:1, 230:13, 230:16, 233:13, 236:3, 236:18, 238:23, 239:1, 239:2, 239:8, 240:3, 240:12, 240:14, 240:24, 241:4, 243:2, 244:8, 245:2, 246:1, 247:4, 247:22, 248:2, 248:15, 251:11, 252:3
**ANALOGOUS** [2] - 20:11, 240:24
**ANALOGY** [1] - 50:2
**ANALYSIS** [15] - 15:22, 17:6, 20:1, 35:22, 36:13, 37:6, 62:6, 94:4, 102:6, 132:22, 134:1, 210:1, 233:25, 237:9, 238:21
**ANALYZE** [1] - 49:9
**ANALYZED** [2] - 70:20, 215:25
**ANALYZING** [2] - 18:22, 109:16
**AND** [1047] - 2:5, 2:14, 3:4, 3:17, 4:11, 5:12, 5:16, 5:17, 6:6, 6:8, 6:11, 6:12, 6:18, 6:20, 6:23, 6:24, 7:1, 7:3, 7:7, 7:10, 7:11, 7:12, 7:18, 7:19, 7:24, 8:6, 8:10, 8:11, 8:15, 8:16, 8:19, 9:8, 9:10, 9:12, 9:15, 9:17, 9:19, 9:20, 9:21, 10:6, 10:10,

10:11, 10:16, 10:17, 10:23, 11:2, 11:5, 11:20, 11:22, 11:25, 12:8, 12:11, 12:13, 12:21, 13:2, 13:10, 13:14, 14:1, 14:6, 14:7, 14:14, 14:18, 14:22, 14:23, 15:2, 15:5, 15:7, 15:9, 15:13, 15:14, 15:23, 16:8, 16:25, 17:15, 17:18, 17:21, 18:7, 18:13, 18:19, 19:14, 20:6, 20:16, 20:17, 21:4, 21:10, 21:11, 21:12, 21:13, 21:14, 21:15, 21:16, 21:20, 21:21, 22:12, 22:18, 22:22, 22:25, 23:2, 23:3, 23:6, 23:12, 23:14, 23:20, 23:23, 24:3, 24:16, 24:17, 25:12, 26:2, 26:5, 26:9, 26:10, 26:13, 26:18, 26:25, 27:2, 27:21, 28:15, 28:16, 29:25, 30:9, 30:10, 30:17, 31:10, 31:18, 32:9, 32:18, 33:2, 33:8, 33:17, 34:2, 34:12, 35:6, 35:7, 35:12, 35:16, 35:18, 36:6, 37:4, 37:11, 37:16, 38:4, 38:16, 39:1, 39:6, 39:10, 39:14, 39:16, 39:20, 39:22, 39:24, 40:3, 40:5, 40:7, 40:22, 41:9, 41:14, 42:3, 43:4, 43:6, 43:9, 43:15, 43:16, 43:21, 43:24, 44:6, 44:9, 44:25, 45:6, 45:9, 45:15, 46:8, 46:14, 46:16, 46:19, 47:7, 47:12, 47:21, 48:1, 48:14, 48:15, 48:24, 49:8, 49:10, 49:17, 50:7, 50:21, 51:7, 51:8, 51:9, 51:13, 51:18, 51:20, 51:22, 51:25, 52:7, 52:17, 53:3, 53:8, 53:19, 53:24, 54:17, 54:21, 55:4, 55:7, 55:9, 56:1, 56:11, 56:14, 56:19, 56:24, 57:9, 57:11, 57:15, 58:12, 58:17, 59:3, 59:10, 59:13, 59:17, 59:20, 59:22, 60:1, 60:7,

60:10, 60:13, 60:17,
60:19, 60:25, 61:6,
61:10, 61:13, 61:20,
62:10, 62:19, 62:21,
63:7, 63:10, 63:17,
63:20, 63:23, 64:4,
64:7, 64:18, 64:24,
65:6, 65:16, 66:9,
66:17, 66:20, 66:21,
66:22, 66:23, 66:24,
67:2, 67:7, 67:11,
67:13, 67:16, 67:19,
68:1, 68:4, 68:7,
69:1, 69:3, 69:5,
69:6, 69:7, 69:14,
69:24, 70:5, 70:7,
70:10, 70:19, 70:21,
70:23, 71:3, 71:5,
71:17, 72:7, 72:9,
72:10, 72:11, 72:21,
73:4, 73:5, 73:8,
73:10, 73:14, 73:15,
73:16, 73:21, 74:3,
74:14, 74:18, 75:1,
75:5, 75:7, 75:9,
75:11, 75:16, 75:20,
75:21, 76:6, 76:8,
76:9, 76:13, 76:20,
76:25, 77:8, 77:14,
77:15, 77:17, 77:18,
78:1, 78:5, 78:12,
79:3, 79:8, 79:19,
80:19, 81:8, 81:19,
81:23, 82:3, 82:4,
82:6, 82:10, 82:11,
82:17, 83:2, 83:6,
83:10, 83:11, 83:12,
83:14, 84:6, 84:10,
84:19, 85:3, 85:6,
85:8, 85:20, 85:22,
85:24, 86:4, 86:5,
86:18, 86:21, 87:3,
87:11, 87:15, 88:4,
88:14, 88:18, 88:21,
88:25, 89:3, 89:14,
89:22, 90:4, 90:8,
90:13, 90:25, 91:1,
91:7, 91:17, 92:17,
92:18, 92:19, 92:23,
92:24, 93:3, 93:6,
94:2, 94:3, 94:9,
94:12, 94:14, 94:21,
94:22, 94:23, 95:2,
95:8, 95:10, 95:16,
95:24, 96:8, 96:11,
96:12, 96:21, 96:22,
97:1, 98:2, 98:3,
98:7, 98:9, 98:11,
98:12, 98:19, 98:23,
99:11, 100:14,
100:23, 101:1,

101:4, 101:7,
101:21, 101:24,
102:4, 102:15,
102:17, 103:14,
103:20, 104:18,
104:21, 105:13,
105:15, 105:20,
105:21, 106:2,
106:5, 106:11,
106:12, 106:21,
106:23, 106:25,
107:6, 107:10,
107:12, 107:16,
107:25, 108:1,
108:2, 108:11,
108:12, 108:13,
108:16, 109:7,
109:10, 109:11,
109:19, 109:20,
109:21, 110:5,
110:6, 110:13,
110:19, 110:25,
111:3, 111:5,
111:16, 111:17,
111:20, 111:22,
112:1, 112:5,
112:11, 112:12,
112:14, 113:3,
113:14, 113:18,
114:2, 114:4, 114:7,
114:9, 114:12,
114:18, 114:21,
115:1, 115:3, 115:5,
115:8, 115:10,
115:12, 115:14,
115:22, 116:1,
116:7, 116:9,
116:17, 116:22,
116:24, 117:3,
117:9, 117:18,
117:25, 118:2,
118:7, 118:8,
118:22, 119:1,
119:5, 119:12,
119:15, 119:17,
119:19, 119:20,
119:25, 120:7,
120:13, 121:9,
121:18, 122:2,
122:6, 122:12,
122:14, 122:17,
122:20, 122:21,
123:6, 123:13,
123:14, 123:15,
123:16, 123:17,
123:22, 124:4,
124:5, 124:6,
124:13, 124:17,
124:19, 125:9,
125:11, 125:15,
125:24, 125:25,

126:1, 126:3,
126:11, 126:15,
126:20, 126:21,
127:1, 127:4,
127:13, 127:20,
127:24, 128:3,
128:4, 128:14,
128:18, 128:21,
129:2, 129:20,
130:2, 130:8,
130:14, 130:21,
131:2, 131:5, 131:9,
131:15, 131:21,
132:1, 132:2,
132:11, 132:12,
132:16, 132:18,
132:19, 132:22,
133:2, 133:12,
133:14, 133:16,
133:25, 134:7,
134:21, 134:22,
134:24, 135:2,
135:16, 135:19,
135:24, 136:13,
137:8, 137:19,
137:23, 138:1,
138:6, 138:9,
138:13, 138:16,
139:8, 139:10,
139:25, 140:5,
140:22, 140:23,
140:24, 141:24,
142:1, 142:3, 142:4,
143:7, 143:14,
144:1, 145:11,
145:19, 146:2,
146:12, 146:23,
146:25, 147:11,
148:24, 149:1,
149:5, 149:10,
149:14, 149:16,
149:20, 150:11,
151:1, 151:2,
151:10, 151:12,
152:6, 152:10,
152:13, 152:25,
153:7, 153:13,
153:14, 153:18,
154:2, 154:6, 154:8,
154:17, 154:19,
155:3, 155:7,
155:12, 155:15,
155:21, 155:22,
155:24, 156:19,
157:12, 157:20,
158:13, 158:14,
159:5, 159:10,
159:14, 159:17,
159:25, 160:1,
160:7, 160:12,
160:23, 161:9,

161:13, 161:22,
161:24, 162:12,
162:16, 162:20,
163:6, 163:13,
163:14, 163:16,
164:3, 164:5,
164:11, 164:14,
164:22, 165:12,
165:13, 165:18,
165:19, 166:2,
166:5, 166:7,
166:18, 166:21,
167:7, 167:10,
167:19, 167:21,
168:9, 168:15,
168:18, 168:20,
168:22, 169:1,
169:4, 169:9,
169:13, 169:16,
170:5, 171:3,
171:18, 171:21,
171:25, 172:8,
172:21, 173:6,
173:14, 173:16,
173:18, 174:6,
174:9, 174:11,
174:19, 175:2,
175:9, 176:7,
176:12, 176:15,
176:21, 176:23,
177:4, 177:11,
177:14, 177:16,
177:21, 177:25,
178:1, 178:11,
178:14, 178:19,
178:20, 178:24,
179:11, 180:7,
180:12, 180:16,
180:18, 180:19,
180:20, 180:24,
181:5, 181:13,
181:14, 181:15,
181:18, 181:19,
182:13, 182:14,
182:16, 182:18,
182:20, 183:2,
183:3, 183:9,
183:11, 183:19,
183:21, 184:13,
184:24, 185:1,
185:20, 186:2,
186:7, 186:8,
186:14, 186:21,
187:1, 187:3, 187:5,
187:11, 187:15,
187:18, 187:21,
188:3, 188:4,
188:16, 188:24,
189:6, 190:5,
190:10, 190:18,
191:2, 191:17,

191:22, 191:23,
192:10, 192:20,
193:3, 193:22,
193:23, 193:25,
194:3, 194:4,
194:19, 195:14,
195:16, 195:20,
195:25, 196:18,
197:8, 197:11,
197:15, 197:21,
197:23, 198:3,
198:24, 199:9,
199:13, 199:19,
199:20, 199:23,
200:4, 200:16,
201:14, 201:16,
201:22, 202:2,
202:10, 202:16,
202:18, 202:19,
204:9, 204:13,
205:13, 205:17,
205:18, 206:3,
206:11, 206:17,
206:19, 206:21,
207:20, 207:22,
208:10, 209:5,
209:9, 209:15,
210:5, 210:24,
211:2, 211:6, 211:8,
211:18, 212:7,
212:11, 213:2,
213:4, 213:5,
213:11, 213:14,
213:17, 213:21,
213:23, 214:3,
214:9, 215:1, 215:6,
215:8, 215:17,
215:20, 215:22,
215:25, 216:8,
217:5, 217:6,
217:10, 217:22,
218:2, 218:9,
218:10, 218:22,
219:2, 219:8, 219:9,
219:15, 219:19,
219:23, 220:1,
220:4, 220:14,
221:2, 221:4, 221:8,
221:10, 221:11,
221:13, 221:18,
221:21, 221:23,
221:24, 222:2,
222:14, 222:17,
222:19, 222:20,
223:1, 223:2,
223:10, 223:17,
223:19, 223:21,
223:24, 224:3,
224:6, 224:14,
224:18, 224:22,
224:25, 225:4,

225:5, 225:9, 225:22, 226:4, 226:8, 226:16, 226:17, 226:22, 227:1, 227:2, 228:6, 228:10, 228:21, 229:11, 229:18, 230:4, 230:7, 230:9, 230:18, 231:4, 231:11, 231:12, 231:15, 231:20, 231:21, 232:6, 232:7, 232:8, 232:16, 232:22, 233:3, 233:4, 233:5, 233:10, 233:13, 233:20, 234:1, 234:4, 234:5, 234:16, 235:7, 235:11, 235:25, 236:14, 236:16, 237:3, 237:6, 237:13, 237:16, 237:20, 238:7, 238:8, 240:11, 240:14, 240:22, 241:2, 241:17, 242:14, 243:11, 243:12, 243:25, 244:2, 244:5, 244:9, 244:12, 244:14, 244:17, 244:22, 245:3, 245:9, 246:11, 247:4, 247:7, 247:12, 247:19, 247:21, 248:5, 248:6, 248:8, 248:14, 248:15, 248:21, 249:4, 249:9, 249:10, 249:12, 249:19, 250:2, 250:6, 250:7, 250:15, 250:20, 250:21, 250:25, 251:5, 251:8, 251:12, 251:18, 251:20, 251:25, 252:2, 252:5, 252:13, 252:14, 252:17, 252:19, 252:23, 252:24
**ANEMIA** [2] - 124:10, 124:12
**ANNOUNCED** [3] - 34:6, 199:15, 227:17
**ANNOUNCEMENT** [2] - 103:6, 228:1
**ANNUAL** [1] - 228:6
**ANNUALLY** [1] - 13:2
**ANOTHER** [17] - 45:9,

49:13, 65:24, 82:6, 87:22, 93:21, 99:19, 100:18, 107:12, 185:10, 195:23, 208:12, 218:14, 225:3, 241:8, 243:4, 249:21
**ANSWER** [13] - 30:21, 31:15, 45:12, 85:12, 108:19, 139:10, 140:17, 140:19, 140:20, 141:14, 147:19, 148:2, 238:10
**ANSWERS** [1] - 30:19
**ANTICIPATED** [1] - 210:13
**ANY** [129] - 3:21, 17:6, 18:23, 20:1, 20:14, 24:1, 26:22, 26:25, 34:20, 34:21, 35:23, 36:23, 37:21, 38:7, 39:7, 43:12, 46:23, 49:7, 53:10, 62:12, 62:21, 64:1, 64:4, 64:21, 65:6, 67:19, 69:4, 72:15, 74:7, 78:2, 87:8, 89:9, 89:17, 91:3, 91:4, 92:9, 99:18, 104:21, 105:3, 107:2, 110:11, 110:21, 111:4, 112:20, 114:18, 115:23, 118:20, 120:15, 131:11, 132:16, 132:17, 134:25, 140:14, 140:24, 141:10, 141:20, 145:1, 145:22, 145:23, 146:3, 147:24, 152:20, 154:25, 160:6, 168:5, 169:18, 170:7, 170:21, 172:4, 173:25, 174:1, 175:13, 178:23, 179:6, 179:20, 181:23, 182:20, 183:5, 185:22, 186:25, 191:1, 194:14, 194:22, 195:2, 195:8, 195:13, 199:1, 199:5, 199:10, 199:12, 199:13, 200:2, 200:7, 200:11, 200:15, 200:16, 201:2, 201:11, 201:18, 201:24,

202:5, 202:12, 202:22, 203:7, 203:8, 203:9, 203:14, 204:1, 216:5, 219:14, 221:10, 221:23, 223:21, 225:15, 225:16, 226:15, 226:18, 227:15, 227:20, 230:13, 230:14, 234:12, 239:7, 240:23, 243:22, 244:12, 244:14
**ANYBODY** [1] - 143:16
**ANYMORE** [1] - 188:6
**ANYONE** [10] - 34:9, 41:3, 83:25, 86:9, 155:6, 161:11, 196:8, 228:22, 244:6
**ANYTHING** [13] - 35:23, 37:17, 52:3, 54:2, 85:20, 112:18, 128:5, 136:14, 143:8, 148:19, 215:5, 244:1, 252:7
**ANYWAY** [1] - 137:15
**ANYWHERE** [2] - 126:19, 134:23
**APA** [27] - 8:6, 8:11, 8:12, 8:18, 8:20, 8:25, 9:2, 9:3, 9:12, 38:13, 39:2, 39:14, 44:24, 112:25, 172:25, 213:2, 213:4, 213:11, 215:15, 215:18, 215:25, 216:2, 216:9, 216:10, 218:18, 233:2, 245:8
**APART** [3] - 39:2, 111:6, 208:20
**APOLOGIES** [1] - 203:2
**APOLOGIZE** [7] - 18:17, 98:22, 151:5, 157:16, 204:13, 206:15, 234:11
**APPARENT** [2] - 43:1, 244:11
**APPARENTLY** [2] - 224:19, 225:25
**APPEAR** [2] - 108:20, 250:7
**APPEARANCES** [1] - 2:1
**APPEARS** [2] - 18:15, 165:13
**APPENDIX** [2] - 68:7,

84:18
**APPLE** [1] - 236:10
**APPLES** [2] - 109:11, 109:12
**APPLICABLE** [3] - 47:9, 49:1, 147:6
**APPLIED** [5] - 79:15, 85:19, 218:22, 219:20, 219:23
**APPLIES** [8] - 18:13, 28:3, 35:15, 49:8, 50:8, 120:25, 164:22, 225:17
**APPLY** [11] - 18:11, 18:12, 28:25, 36:11, 49:11, 52:11, 85:18, 179:17, 218:23, 224:2, 225:4
**APPLYING** [6] - 48:15, 205:14, 217:12, 226:12, 226:20
**APPRECIATE** [3] - 93:17, 99:17, 252:17
**APPROACH** [14] - 5:7, 25:19, 54:16, 54:17, 97:15, 105:5, 113:10, 155:24, 156:18, 158:3, 162:9, 193:8, 204:7, 235:19
**APPROACHED** [1] - 158:12
**APPROPRIATE** [14] - 25:14, 30:17, 32:13, 32:22, 39:8, 41:17, 49:3, 49:11, 49:25, 107:15, 121:4, 216:6, 220:12, 241:11
**APPROPRIATELY** [1] - 32:3
**APPROPRIATENESS** [1] - 107:11
**APPROVE** [1] - 82:17
**APPROVED** [4] - 78:5, 166:16, 178:18, 218:3
**APPROXIMATELY** [11] - 84:13, 91:10, 118:12, 118:16, 119:16, 122:6, 126:23, 134:3, 208:2, 237:23, 238:13
**ARBITRARY** [3] - 213:4, 233:3, 250:25
**ARCHDIOCESE** [3] - 206:12, 206:25
**ARE** [441] - 3:2, 6:4, 6:11, 6:18, 6:20,

6:21, 7:13, 8:4, 8:5, 8:8, 8:11, 9:8, 9:13, 9:19, 9:22, 10:12, 10:20, 11:21, 11:22, 11:23, 12:2, 13:2, 14:9, 14:13, 14:15, 15:17, 15:20, 16:16, 17:24, 17:25, 20:15, 21:13, 21:22, 21:24, 25:6, 26:6, 26:16, 26:18, 26:19, 27:4, 27:11, 28:18, 29:1, 29:5, 31:11, 32:19, 33:23, 34:19, 37:8, 38:20, 38:22, 38:24, 39:2, 39:8, 39:10, 40:22, 40:25, 41:17, 42:10, 45:11, 46:4, 46:15, 46:25, 47:1, 47:3, 47:10, 48:12, 48:20, 48:24, 51:24, 52:1, 54:5, 54:6, 54:14, 55:2, 56:1, 56:12, 56:17, 56:20, 57:17, 57:22, 57:24, 60:19, 60:23, 61:15, 61:17, 61:18, 63:14, 63:20, 68:10, 68:12, 68:23, 72:4, 72:5, 72:8, 72:18, 72:19, 72:24, 73:1, 73:7, 74:13, 74:20, 75:2, 75:5, 75:15, 76:8, 76:9, 76:17, 77:10, 77:12, 77:15, 79:5, 79:18, 83:11, 84:4, 84:9, 84:13, 86:18, 86:19, 86:20, 87:18, 87:21, 88:23, 90:8, 90:12, 91:21, 95:7, 95:13, 97:22, 99:3, 99:12, 99:23, 100:20, 100:23, 103:9, 103:20, 103:21, 105:10, 105:24, 106:3, 106:6, 107:20, 108:17, 108:21, 109:11, 111:3, 111:18, 112:15, 114:8, 114:10, 114:11, 114:15, 114:17, 114:18, 114:19, 116:5, 116:23, 117:11, 117:25, 119:5, 119:6, 119:25, 120:3, 120:6, 120:9, 121:4, 121:16, 121:17, 121:18, 122:2, 122:8,

123:23, 125:5,
125:11, 125:13,
125:15, 125:24,
126:1, 126:3,
126:11, 126:15,
126:18, 127:14,
127:19, 127:23,
127:24, 128:19,
128:22, 129:5,
129:7, 129:11,
130:14, 134:4,
134:25, 135:3,
135:10, 137:16,
137:23, 137:25,
138:3, 138:4, 139:1,
139:6, 140:15,
140:18, 142:5,
142:15, 144:7,
144:11, 144:14,
144:17, 144:23,
149:20, 149:23,
150:8, 150:14,
151:6, 151:13,
151:18, 151:25,
153:12, 153:13,
156:2, 157:1,
158:19, 158:24,
159:2, 159:3, 159:6,
159:8, 159:9,
159:16, 159:24,
159:25, 160:16,
161:2, 161:25,
162:3, 164:22,
164:25, 166:2,
166:7, 166:11,
168:8, 168:19,
168:22, 168:24,
169:1, 169:12,
169:15, 169:16,
170:6, 171:25,
172:6, 173:1,
173:14, 174:9,
174:15, 174:19,
174:22, 175:2,
175:4, 175:5,
175:10, 175:12,
176:5, 176:6,
176:10, 176:12,
176:15, 176:16,
176:18, 176:22,
176:25, 177:3,
177:12, 177:15,
180:16, 182:1,
185:16, 185:17,
186:10, 186:19,
187:14, 189:4,
189:13, 190:7,
190:12, 190:14,
190:15, 191:21,
192:9, 193:1,
193:14, 194:14,

194:17, 195:17,
196:3, 196:10,
196:15, 197:11,
197:18, 197:21,
198:1, 198:6, 198:7,
198:22, 198:23,
199:1, 199:5, 199:9,
199:16, 200:4,
200:10, 200:12,
201:19, 201:24,
202:12, 203:15,
204:3, 204:6, 204:9,
204:21, 205:6,
205:12, 205:13,
206:9, 206:10,
207:3, 209:4,
209:15, 210:24,
210:25, 211:5,
211:7, 211:10,
211:11, 211:12,
212:5, 212:18,
213:11, 213:12,
214:17, 215:7,
215:11, 215:24,
216:3, 216:6,
216:19, 217:16,
218:14, 218:16,
219:24, 220:3,
221:2, 221:16,
222:10, 222:13,
222:14, 224:13,
227:17, 227:23,
227:24, 228:3,
228:15, 228:17,
228:18, 228:21,
228:23, 228:25,
229:1, 229:3,
229:10, 229:15,
230:10, 230:24,
231:13, 231:18,
232:6, 232:8,
232:14, 233:3,
234:2, 234:20,
235:1, 235:3,
235:10, 236:15,
236:16, 238:24,
239:6, 239:15,
239:16, 239:18,
240:24, 242:22,
243:8, 243:9,
243:20, 243:22,
244:13, 244:19,
246:15, 246:23,
246:25, 247:1,
247:3, 248:10,
248:14, 249:2,
249:11, 249:15,
249:22, 250:18,
250:24, 251:2, 251:9
**AREA** [8] - 64:18,
93:13, 105:11,

114:4, 120:13,
193:23, 211:3, 222:2
**AREAS** [6] - 51:20,
62:24, 69:17, 148:8,
148:9, 172:12
**ARGUABLY** [1] -
40:25
**ARGUE** [3] - 128:3,
231:16, 235:1
**ARGUED** [5] - 19:21,
215:16, 216:18,
232:22, 232:23
**ARGUES** [2] - 43:10,
43:19
**ARGUING** [4] - 21:23,
47:1, 219:11, 235:16
**ARGUMENT** [18] -
43:22, 46:4, 46:6,
65:21, 65:24,
216:14, 216:20,
216:21, 217:1,
217:10, 219:23,
221:15, 224:20,
225:1, 236:12,
240:18, 240:20,
252:3
**ARGUMENTS** [3] -
5:16, 221:6, 229:23
**ARISING** [1] - 241:10
**ARKANSAS** [1] - 38:4
**ARM** [1] - 174:25
**AROUND** [14] - 14:7,
21:10, 67:12, 93:23,
97:1, 121:21, 134:6,
157:15, 157:17,
168:12, 169:10,
172:6, 197:8, 202:19
**ARRANGE** [1] - 249:9
**ARTICLE** [19] - 70:18,
102:5, 106:13,
158:12, 158:15,
158:18, 158:24,
159:15, 159:21,
160:7, 160:21,
160:25, 161:14,
161:17, 161:18,
162:2, 195:22,
195:23, 195:25
**ARTICLES** [21] -
61:11, 62:25, 117:9,
167:25, 168:2,
168:12, 168:22,
169:5, 193:25,
194:14, 194:17,
194:24, 195:5,
195:6, 195:8,
195:10, 195:16,
195:18, 195:21,
196:4
**AS** [279] - 5:22, 7:6,

7:9, 7:22, 8:8, 12:9,
12:15, 12:22, 13:18,
15:3, 16:5, 16:6,
16:7, 16:9, 16:12,
16:17, 18:8, 18:9,
18:25, 19:11, 19:21,
22:2, 22:3, 22:16,
22:17, 22:18, 22:20,
22:23, 23:4, 23:13,
23:22, 24:15, 25:9,
25:24, 27:8, 27:9,
28:3, 29:21, 30:3,
31:3, 32:15, 32:16,
34:5, 34:22, 35:4,
35:8, 37:4, 37:5,
38:17, 39:1, 39:7,
39:10, 39:11, 40:19,
41:4, 42:2, 43:14,
46:3, 46:10, 47:5,
49:19, 51:7, 52:8,
58:9, 58:15, 59:7,
60:2, 61:8, 61:21,
63:24, 64:6, 64:9,
64:18, 65:1, 65:11,
65:13, 65:17, 65:19,
67:5, 69:14, 69:18,
70:7, 70:9, 71:4,
73:13, 78:1, 78:6,
79:14, 79:25, 83:12,
85:3, 85:9, 92:10,
94:4, 95:11, 95:19,
95:25, 96:2, 96:5,
96:21, 99:20, 100:5,
100:8, 100:11,
100:14, 102:17,
103:22, 105:18,
106:17, 111:6, 111:7,
112:10, 116:16,
117:3, 117:5,
117:22, 118:2,
118:3, 118:13,
118:15, 119:8,
119:14, 120:13,
120:17, 120:22,
120:25, 121:24,
125:9, 125:16,
129:23, 131:23,
138:1, 138:10,
138:20, 138:22,
139:10, 140:10,
140:25, 141:5,
142:13, 144:3,
146:8, 146:10,
146:13, 146:19,
147:3, 147:9,
147:15, 148:1,
148:5, 148:19,
148:20, 149:2,
149:7, 149:12,
149:16, 152:10,
152:13, 154:6,

155:6, 155:20,
156:6, 156:8, 159:2,
162:15, 164:9,
164:23, 166:19,
167:9, 167:13,
167:14, 167:15,
168:20, 169:5,
169:23, 169:24,
170:3, 171:10,
172:12, 172:19,
172:20, 172:22,
174:25, 175:10,
175:11, 176:8,
177:19, 181:5,
181:13, 184:14,
188:12, 188:19,
190:12, 195:4,
195:18, 197:23,
200:9, 200:11,
200:21, 201:2,
201:7, 201:24,
202:4, 202:11,
202:21, 204:24,
205:5, 206:5, 206:6,
207:24, 208:23,
211:8, 211:22,
212:4, 212:11,
212:18, 212:22,
213:14, 214:11,
215:11, 216:5,
216:14, 217:5,
217:9, 221:6,
221:13, 221:16,
221:17, 221:25,
222:15, 223:11,
223:12, 223:23,
224:16, 226:25,
227:11, 227:12,
228:8, 229:3, 229:8,
229:13, 229:19,
230:22, 231:25,
232:11, 232:16,
233:11, 233:21,
234:16, 239:8,
244:15, 247:5,
247:8, 248:11,
249:5, 250:4,
251:14, 251:25,
252:6
**AS-NEEDED** [1] -
223:11
**ASARCO** [1] - 66:10
**ASIDE** [2] - 41:15,
73:10
**ASK** [29] - 5:25, 11:11,
20:24, 25:23, 31:24,
46:22, 56:23, 57:7,
59:13, 62:4, 68:1,
73:11, 85:11, 105:9,
114:9, 114:23,
116:13, 116:21,

123:3, 126:6, 130:23, 132:6, 133:2, 139:17, 145:5, 173:21, 193:13, 198:12, 251:12
**ASKED** [32] - 3:16, 33:6, 36:8, 66:23, 68:21, 68:22, 69:3, 69:6, 69:11, 78:23, 93:13, 105:8, 105:17, 105:25, 106:10, 141:9, 145:13, 154:13, 169:6, 169:9, 192:6, 198:18, 204:15, 205:16, 206:3, 213:9, 214:18, 214:19, 218:21, 222:9, 233:9, 239:16
**ASKING** [7] - 139:8, 139:9, 139:15, 140:16, 148:5, 150:14, 214:5
**ASKS** [1] - 7:23
**ASPECT** [1] - 69:4
**ASPECTS** [3] - 170:11, 211:13, 250:12
**ASSERT** [13] - 15:15, 16:8, 16:11, 18:2, 19:4, 20:8, 29:3, 29:16, 29:17, 29:22, 29:24, 30:5, 102:19
**ASSERTED** [1] - 48:6
**ASSERTING** [3] - 17:20, 19:18, 240:5
**ASSESS** [1] - 221:3
**ASSESSING** [2] - 11:8, 82:14
**ASSESSMENT** [1] - 125:25
**ASSESSMENTS** [1] - 132:15
**ASSIGN** [1] - 220:6
**ASSIST** [1] - 168:21
**ASSISTANCE** [2] - 13:24, 179:18
**ASSISTANT** [1] - 4:17
**ASSOCIATE** [5] - 58:9, 61:8, 117:23, 118:16, 170:14
**ASSOCIATED** [6] - 103:20, 108:8, 128:21, 128:22, 176:19, 177:15
**ASSOCIATION** [5] - 103:2, 103:12, 104:4, 104:11, 241:18

**ASSUME** [8] - 5:15, 21:23, 31:17, 77:17, 83:13, 158:21, 237:19, 238:16
**ASSUMED** [1] - 226:10
**ASSUMING** [3] - 24:5, 160:13, 213:21
**AT** [253] - 6:1, 6:10, 10:3, 10:6, 10:7, 10:10, 10:15, 10:16, 10:17, 10:18, 10:20, 10:21, 10:24, 11:13, 12:3, 16:22, 17:3, 17:18, 18:18, 21:14, 22:23, 23:14, 24:1, 25:11, 29:14, 30:9, 31:4, 31:10, 31:12, 33:13, 36:9, 37:13, 37:20, 38:2, 38:9, 40:20, 41:1, 42:6, 43:5, 49:5, 49:10, 52:8, 55:5, 55:22, 57:8, 57:12, 57:15, 57:24, 58:12, 58:15, 58:21, 58:25, 59:4, 59:10, 59:15, 61:2, 62:6, 63:11, 64:15, 66:10, 69:15, 69:23, 70:1, 70:2, 70:5, 71:23, 72:13, 72:16, 72:23, 74:14, 74:17, 75:6, 75:8, 75:9, 75:12, 75:18, 76:8, 77:6, 77:10, 79:1, 81:15, 81:20, 82:16, 83:7, 84:10, 86:2, 86:14, 86:18, 87:18, 90:2, 90:10, 91:14, 92:4, 93:5, 94:2, 94:4, 94:8, 95:7, 95:9, 98:17, 100:23, 101:21, 101:23, 103:21, 109:19, 111:4, 112:7, 112:8, 112:9, 114:9, 115:4, 115:9, 115:15, 115:17, 116:1, 116:15, 116:17, 116:23, 117:2, 119:2, 119:17, 120:9, 121:19, 122:3, 124:18, 128:5, 130:8, 134:3, 137:24, 138:4, 139:5, 143:25, 144:1, 146:11, 146:15, 146:16, 146:17, 146:21, 146:23, 147:2, 147:10, 148:1,

148:15, 148:19, 151:25, 154:19, 154:22, 157:12, 158:8, 159:3, 159:7, 159:25, 160:2, 160:6, 162:1, 164:19, 166:1, 166:2, 166:25, 167:5, 167:6, 167:8, 167:11, 170:7, 171:4, 171:8, 171:15, 171:16, 172:11, 175:17, 176:4, 176:21, 177:3, 177:13, 179:14, 181:17, 181:18, 182:17, 182:20, 182:25, 184:5, 184:22, 184:23, 185:18, 185:22, 185:23, 186:3, 186:5, 186:7, 186:8, 186:12, 186:13, 186:16, 186:18, 186:19, 186:21, 186:23, 188:7, 188:25, 190:8, 190:18, 192:11, 192:21, 194:8, 194:10, 194:23, 197:6, 198:9, 198:10, 198:23, 199:18, 200:5, 200:11, 204:21, 208:6, 209:18, 209:21, 212:22, 213:16, 214:25, 215:23, 217:17, 218:16, 219:15, 221:9, 223:21, 223:24, 225:15, 230:15, 230:19, 235:22, 236:10, 237:12, 242:5, 243:3, 247:14, 247:19, 247:21, 249:5, 249:20, 250:21, 251:14, 252:1, 252:2
**ATLANTA** [4] - 206:12, 206:19, 207:1
**ATTACHED** [2] - 65:9, 159:21
**ATTACHMENT** [6] - 158:12, 158:15, 158:17, 158:24, 159:1, 161:4
**ATTACHMENTS** [1] - 5:17

**ATTACK** [1] - 128:4
**ATTEMPT** [1] - 154:16
**ATTEND** [1] - 123:19
**ATTENTION** [7] - 14:14, 67:25, 83:23, 87:17, 104:8, 137:22, 180:3
**ATTORNEY** [14] - 2:2, 4:2, 4:6, 4:7, 4:9, 4:10, 4:14, 4:15, 4:17, 4:20, 5:1, 5:4, 15:21, 143:14
**ATTRIBUTE** [1] - 156:1
**ATTRIBUTED** [1] - 70:22
**AUGUST** [1] - 44:6
**AUTHENTICATION** [1] - 56:3
**AUTHENTICITY** [3] - 158:14, 159:3, 159:7
**AUTHOR** [3] - 81:22, 163:3, 195:14
**AUTHORED** [4] - 18:17, 62:21, 167:25, 168:5
**AUTHORITY** [38] - 38:18, 38:25, 39:4, 39:9, 42:8, 42:14, 42:17, 42:20, 42:23, 43:7, 43:12, 44:2, 44:8, 44:17, 44:21, 44:24, 45:1, 45:14, 45:16, 45:22, 46:2, 46:8, 46:11, 50:19, 136:16, 215:16, 215:24, 216:12, 220:12, 223:15, 225:24, 240:7, 240:8, 243:3, 243:6, 249:25, 250:7, 250:9
**AUTHORIZE** [2] - 50:21, 221:22
**AUTHORIZES** [1] - 46:14
**AUTHORIZING** [1] - 47:13
**AUTHORS** [2] - 71:9, 106:23
**AVAILABILITY** [1] - 52:18
**AVAILABLE** [17] - 73:9, 75:5, 75:8, 78:20, 82:18, 106:8, 107:14, 119:6, 149:25, 154:8, 175:16, 190:9, 217:17, 219:18, 220:3, 240:16, 242:22

**AVENUE** [2] - 2:12, 2:18
**AVERAGE** [4] - 88:18, 127:13, 135:10, 154:3
**AVERTED** [1] - 82:1
**AVERTING** [1] - 81:19
**AVOID** [3] - 173:18, 187:23, 188:1
**AVOIDED** [1] - 206:23
**AVOIDING** [2] - 48:6, 172:7
**AWARE** [26] - 9:13, 37:19, 37:21, 79:5, 107:9, 144:14, 144:15, 144:23, 145:4, 149:23, 192:18, 196:15, 196:18, 197:11, 197:18, 197:21, 199:1, 199:4, 199:5, 199:10, 199:12, 207:8, 225:16, 236:15, 236:16, 244:14
**AWARENESS** [1] - 77:14
**AWAY** [4] - 43:22, 192:19, 238:9, 250:17

---

**B**

**B-U-T-T-S** [1] - 113:21
**BABIES** [3] - 71:17, 72:5, 117:20
**BACK** [39] - 6:8, 6:11, 8:14, 8:16, 15:5, 17:25, 41:5, 41:10, 47:12, 53:14, 53:17, 53:24, 54:10, 74:17, 81:21, 113:4, 114:13, 118:9, 133:1, 136:19, 145:22, 146:16, 153:17, 157:12, 157:13, 184:22, 187:17, 204:13, 212:19, 212:20, 214:3, 215:2, 215:7, 217:14, 223:19, 224:2, 227:8, 239:22, 248:15
**BACKED** [2] - 49:1, 53:5
**BACKGROUND** [3] - 116:20, 166:22, 166:23
**BACKGROUNDS** [1] - 59:2

**BAD** [1] - 71:11

**BALANCE** [5] - 145:19, 226:25, 247:12, 247:17, 247:19

**BALANCED** [1] - 108:13

**BALANCING** [1] - 108:17

**BALLPARK** [1] - 168:1

**BARN** [1] - 236:2

**BARRIER** [12] - 11:8, 83:9, 92:13, 133:24, 146:25, 148:25, 175:11, 176:22, 191:13, 191:14, 201:15, 201:19

**BARRIERS** [1] - 147:4

**BASED** [52] - 8:13, 9:18, 16:11, 43:3, 61:18, 62:10, 64:17, 71:3, 75:10, 75:19, 79:12, 80:17, 83:18, 85:9, 86:6, 90:4, 93:22, 94:14, 94:25, 96:17, 100:20, 108:1, 108:10, 111:13, 111:15, 112:3, 120:12, 136:17, 139:21, 140:4, 140:24, 141:4, 141:10, 145:12, 145:16, 154:18, 156:17, 164:12, 171:5, 180:21, 181:7, 191:7, 206:18, 217:22, 229:1, 235:8, 235:9, 237:15, 251:25, 252:14

**BASELINE** [4] - 186:9, 186:21, 186:24, 187:18

**BASES** [2] - 42:7, 42:17

**BASICALLY** [2] - 94:6, 209:3

**BASIS** [18] - 12:5, 38:25, 46:1, 46:10, 48:8, 49:25, 50:19, 119:16, 125:8, 131:22, 139:3, 140:5, 151:3, 195:6, 223:12, 228:6, 246:6, 249:23

**BE** [220] - 3:12, 5:20, 7:14, 7:20, 8:10, 8:13, 8:16, 11:20,

14:10, 14:19, 14:24, 18:9, 20:8, 20:9, 23:4, 23:23, 24:8, 24:20, 25:3, 25:8, 26:21, 29:3, 29:16, 29:18, 30:2, 30:5, 30:15, 31:22, 32:2, 32:12, 34:14, 36:25, 37:1, 40:15, 44:3, 45:6, 45:21, 47:15, 48:9, 50:6, 50:11, 50:12, 51:10, 52:8, 53:10, 53:23, 54:10, 55:14, 56:8, 62:3, 66:7, 66:9, 67:14, 68:1, 68:5, 69:9, 72:6, 72:8, 72:20, 73:4, 76:18, 77:22, 78:6, 78:8, 78:20, 78:21, 78:24, 79:3, 79:15, 79:22, 80:11, 81:11, 81:14, 81:15, 82:18, 83:21, 87:13, 88:18, 89:8, 89:11, 89:15, 101:8, 107:14, 108:13, 108:14, 108:20, 113:4, 120:24, 122:7, 123:17, 123:21, 124:4, 124:5, 124:12, 130:11, 131:22, 133:23, 134:15, 134:22, 135:24, 137:17, 142:7, 147:6, 151:18, 151:20, 156:5, 157:12, 158:6, 159:22, 160:3, 162:6, 164:10, 164:24, 165:13, 166:17, 169:13, 169:18, 169:19, 169:24, 169:25, 173:20, 175:3, 175:8, 176:11, 177:9, 177:17, 177:19, 177:20, 177:21, 178:1, 179:17, 189:3, 189:13, 189:25, 190:22, 190:25, 191:1, 191:8, 191:11, 191:14, 191:16, 191:20, 191:22, 193:20, 195:4, 195:12, 200:15, 202:3, 206:23, 208:7, 208:22, 213:24, 214:5, 214:7,

214:11, 215:2, 215:3, 215:19, 216:10, 216:17, 217:7, 219:10, 219:11, 219:13, 222:4, 223:9, 223:16, 224:5, 228:14, 228:17, 229:8, 229:18, 230:3, 230:19, 231:3, 231:8, 231:10, 231:12, 231:24, 233:22, 234:5, 234:13, 234:24, 235:2, 235:4, 235:7, 235:10, 235:16, 236:16, 236:17, 236:18, 237:3, 237:14, 237:15, 238:1, 238:3, 238:19, 238:20, 238:25, 240:12, 241:1, 241:14, 242:23, 243:24, 244:4, 244:15, 245:9, 245:20, 246:6, 247:2, 247:9, 247:20, 247:23, 249:13, 251:7, 252:3, 252:16

**BEAR** [2] - 14:8, 192:1

**BEARAK** [5] - 106:11, 109:7, 110:25, 160:21, 195:16

**BECAME** [6] - 57:13, 59:3, 70:1, 71:23, 87:12, 131:6

**BECAUSE** [108] - 9:2, 9:3, 11:17, 14:16, 19:9, 20:25, 24:25, 25:7, 25:9, 27:1, 27:25, 29:11, 30:3, 31:9, 33:12, 33:23, 36:25, 41:2, 42:7, 43:17, 46:13, 51:2, 51:18, 52:19, 53:6, 55:13, 69:18, 71:2, 72:1, 73:1, 74:12, 80:23, 80:25, 83:2, 83:8, 88:5, 92:12, 92:14, 93:10, 94:20, 98:20, 98:24, 105:17, 106:6, 108:22, 108:24, 110:12, 111:20, 123:19, 125:7, 126:2, 134:4, 134:10, 136:3, 142:13, 145:1, 145:24, 145:25,

146:4, 148:4, 153:2, 153:10, 159:4, 160:11, 161:4, 161:18, 174:16, 177:14, 178:12, 179:1, 180:17, 188:5, 188:15, 190:6, 191:18, 192:10, 195:12, 196:21, 199:11, 200:13, 200:17, 201:3, 201:12, 201:19, 201:25, 202:13, 203:15, 209:3, 209:22, 209:23, 212:24, 214:17, 217:1, 218:18, 223:2, 227:10, 230:12, 230:22, 231:9, 232:13, 233:5, 233:6, 235:4, 240:22, 246:1, 247:5, 248:12, 251:2

**BECOME** [9] - 71:18, 72:2, 73:3, 76:1, 78:15, 137:18, 150:16, 173:18, 201:15

**BECOMES** [2] - 137:20, 172:8

**BECOMING** [4] - 126:12, 127:8, 134:13, 170:13

**BED** [1] - 126:4

**BEEN** [75] - 12:11, 16:24, 25:14, 27:6, 27:16, 27:19, 28:2, 28:5, 28:6, 34:12, 35:1, 37:13, 39:19, 39:21, 42:1, 49:12, 60:12, 62:13, 63:10, 65:6, 65:8, 82:5, 86:1, 86:6, 91:7, 91:8, 92:13, 93:9, 93:10, 93:21, 100:11, 100:14, 106:25, 108:9, 111:2, 118:20, 118:23, 118:24, 122:24, 125:3, 129:10, 139:10, 145:10, 145:19, 152:10, 152:13, 155:8, 157:13, 160:4, 169:23, 170:2, 170:5, 171:22, 189:8, 189:12, 192:18, 197:3, 200:5, 202:6,

206:1, 207:6, 209:12, 209:18, 223:4, 226:23, 227:14, 229:4, 232:22, 236:21, 236:22, 236:25, 242:11, 242:15, 248:4, 248:5

**BEETLESTONE** [1] - 1:11

**BEFORE** [65] - 1:11, 3:13, 5:9, 8:16, 11:9, 11:14, 11:17, 39:23, 41:19, 41:22, 46:3, 51:22, 53:17, 55:7, 55:11, 68:2, 70:13, 70:17, 70:25, 83:4, 83:24, 87:20, 95:8, 99:8, 107:16, 112:1, 112:10, 112:13, 119:14, 120:9, 120:10, 126:18, 131:1, 131:16, 136:12, 137:8, 139:22, 143:13, 144:21, 144:23, 147:15, 154:20, 155:24, 158:20, 160:15, 162:17, 162:24, 166:21, 176:22, 177:14, 180:4, 183:9, 187:24, 191:9, 195:18, 196:14, 207:20, 211:4, 211:17, 212:20, 218:6, 221:17, 233:9, 244:23

**BEFOREHAND** [1] - 244:9

**BEGAN** [1] - 180:5

**BEGIN** [3] - 5:9, 71:14, 224:18

**BEGINNING** [19] - 15:5, 71:4, 84:7, 84:11, 139:5, 181:17, 182:17, 183:16, 186:4, 186:10, 186:12, 187:21, 211:1, 224:3, 230:15, 235:22, 250:13, 251:15, 252:5

**BEHALF** [3] - 15:15, 30:23, 235:16

**BEHAVED** [1] - 183:2

**BEHAVIOR** [8] - 63:12, 75:20, 168:20, 181:15, 188:19, 189:4,

192:16, 195:20
**BEHAVIORS** [2] - 183:6, 183:12
**BEHIND** [4] - 182:4, 184:14, 204:18, 214:13
**BEING** [22] - 19:21, 58:25, 65:19, 79:20, 85:9, 112:23, 120:18, 141:9, 161:14, 172:23, 177:16, 177:24, 183:15, 189:14, 193:22, 219:18, 239:16, 244:13, 246:3, 247:7
**BELIEF** [7] - 51:6, 212:11, 212:14, 226:8, 247:22, 247:24
**BELIEFS** [10] - 212:15, 212:16, 232:25, 247:3, 247:12, 247:14, 247:15, 247:20, 248:1
**BELIEVE** [62] - 5:10, 9:15, 9:17, 11:2, 17:12, 17:25, 18:16, 18:21, 19:16, 20:3, 21:20, 24:14, 25:3, 30:14, 31:3, 48:8, 51:4, 51:8, 92:18, 95:16, 95:18, 95:24, 98:6, 105:14, 112:8, 114:19, 138:2, 138:9, 138:12, 138:16, 140:5, 140:11, 141:20, 143:22, 150:19, 153:22, 154:1, 158:13, 168:4, 190:21, 204:19, 204:23, 206:19, 215:5, 219:8, 219:13, 222:23, 223:8, 225:7, 226:6, 229:15, 229:25, 230:10, 230:16, 230:19, 234:6, 234:12, 235:11, 245:24, 246:5, 246:7, 251:8
**BELIEVED** [1] - 202:17
**BELIEVES** [4] - 31:10, 207:24, 227:7, 240:4
**BELOW** [3] - 89:10, 91:2, 102:13
**BENCH** [3] - 113:2,

204:19, 204:24
**BENEFICIARIES** [6] - 13:9, 13:13, 52:22, 205:4, 205:10, 207:23
**BENEFICIARIES'** [1] - 218:2
**BENEFIT** [3] - 12:20, 96:17, 236:19
**BENEFITED** [2] - 12:25, 190:3
**BENEFITS** [5] - 13:3, 74:11, 129:19, 228:5, 230:15
**BESIDE** [1] - 6:10
**BEST** [10] - 23:1, 23:22, 24:3, 35:14, 43:23, 132:2, 132:20, 132:23, 153:23, 190:12
**BETTER** [7] - 12:11, 19:24, 22:11, 23:20, 55:14, 214:12, 241:16
**BETWEEN** [24] - 14:10, 47:25, 48:3, 49:15, 50:23, 70:10, 88:20, 88:25, 89:14, 92:23, 101:24, 102:17, 109:21, 111:5, 111:16, 118:17, 160:6, 177:11, 182:14, 183:2, 187:20, 213:10, 234:1, 237:20
**BEYOND** [12] - 7:19, 24:23, 81:10, 108:20, 139:1, 150:5, 150:19, 151:22, 178:12, 198:7, 225:24, 246:9
**BIGGERS** [2] - 38:1, 38:2
**BILLING** [1] - 153:7
**BILLION** [4] - 81:14, 81:15, 82:3
**BILLIONS** [1] - 219:25
**BINDER** [8] - 55:7, 68:1, 114:6, 137:25, 165:7, 175:21, 183:24, 198:10
**BINDING** [2] - 16:20, 37:8
**BIOGRAPHIES** [1] - 68:10
**BIOGRAPHY** [2] - 68:14
**BIOMEDICAL** [1] - 187:5

**BIOSTATISTICS** [1] - 116:1
**BIRCWH** [2] - 170:16
**BIRTH** [26] - 11:22, 12:2, 72:6, 80:15, 91:7, 91:11, 91:14, 92:1, 92:11, 128:24, 129:17, 133:17, 133:20, 134:5, 134:9, 135:5, 136:1, 145:18, 149:25, 156:3, 175:6, 175:7, 177:13, 177:16, 188:6
**BIT** [11] - 21:1, 52:2, 88:18, 88:23, 123:3, 129:9, 134:18, 149:19, 171:7, 218:18, 249:18
**BITE** [1] - 236:10
**BLACK** [4] - 176:4, 245:3, 245:5, 246:12
**BLACK-LETTER** [3] - 245:3, 245:5, 246:12
**BLANK** [7] - 26:1, 27:2, 38:15, 42:20, 46:15, 211:2, 244:20
**BLANKET** [2] - 43:12, 238:24
**BLEEDING** [1] - 155:22
**BLOCKING** [1] - 224:15
**BLOG** [1] - 194:24
**BLOOD** [2] - 124:13, 124:14
**BLOW** [1] - 223:17
**BOARD** [8] - 30:13, 101:15, 116:5, 116:6, 116:10, 116:12, 169:7, 248:16
**BODY** [7] - 79:24, 82:13, 96:11, 106:7, 127:17, 194:1, 194:2
**BOLAND** [30] - 2:3, 4:5, 4:6, 98:12, 157:24, 162:9, 162:11, 162:12, 163:2, 163:10, 163:13, 163:22, 163:25, 165:2, 165:4, 172:11, 173:4, 173:9, 180:1, 182:2, 182:3, 184:12, 185:7, 191:12, 192:1, 192:4, 193:5, 203:17, 204:2, 254:13

**BOLD** [1] - 53:6
**BONE** [1] - 127:24
**BORN** [2] - 72:5, 72:6
**BORNE** [1] - 151:20
**BORROW** [1] - 48:22
**BORROWING** [1] - 48:13
**BOSTON** [1] - 167:11
**BOTH** [24] - 15:12, 16:6, 16:11, 19:19, 20:4, 64:7, 74:10, 105:17, 109:19, 112:9, 116:6, 122:9, 129:1, 130:15, 131:8, 136:20, 149:20, 153:13, 153:14, 186:21, 213:22, 222:10, 227:11, 246:25
**BOTTOM** [11] - 76:8, 77:5, 77:6, 77:10, 83:7, 86:14, 133:13, 144:1, 176:21, 223:25
**BRAND** [1] - 145:18
**BREACH** [1] - 7:10
**BREADTH** [1] - 43:1
**BREAK** [9] - 54:9, 54:13, 113:3, 113:7, 157:12, 157:23, 158:13, 210:5, 210:15
**BREAST** [2] - 108:3, 108:8
**BRIAN** [1] - 2:17
**BRIDGE** [4] - 26:13, 36:9, 36:17, 244:21
**BRIEF** [10] - 8:9, 15:20, 16:9, 43:9, 73:10, 113:3, 210:4, 216:24, 229:20, 246:22
**BRIEFING** [3] - 15:6, 225:9, 252:19
**BRIEFINGS** [1] - 251:16
**BRIEFLY** [14] - 56:11, 56:19, 56:23, 68:5, 74:25, 105:4, 111:12, 114:17, 114:23, 116:13, 123:9, 166:23, 176:1, 248:23
**BRIEFS** [7] - 5:16, 5:17, 215:18, 229:23, 229:25, 251:24, 252:17
**BRIGHT** [1] - 69:2
**BRING** [5] - 6:2, 21:25, 89:4, 233:11,

233:13
**BROAD** [6] - 6:21, 45:4, 45:22, 223:18, 224:4, 249:24
**BROADENED** [1] - 145:10
**BROADER** [2] - 67:9, 225:14
**BROADLY** [2] - 32:15, 42:22
**BROCK** [4] - 2:6, 4:11, 4:13, 4:14
**BROKE** [1] - 73:16
**BROUGHT** [1] - 213:11
**BUCK** [1] - 31:14
**BUCKING** [1] - 32:19
**BUILD** [2] - 129:6, 170:19
**BUILDING** [1] - 170:16
**BUILT** [1] - 129:5
**BULK** [2] - 155:20, 168:12
**BULLSEYE** [1] - 48:3
**BUNCH** [1] - 86:18
**BURDEN** [8] - 14:8, 34:11, 43:18, 46:17, 46:19, 50:24, 51:2, 232:24
**BURDENED** [1] - 247:16
**BURDENS** [1] - 14:6
**BURWELL** [3] - 219:16, 242:18, 242:21
**BUT** [161] - 5:14, 6:14, 8:22, 11:12, 14:22, 17:17, 18:17, 19:2, 20:5, 20:7, 20:13, 21:22, 25:2, 26:19, 27:16, 27:19, 27:24, 28:6, 28:18, 30:13, 30:23, 31:5, 34:5, 34:19, 37:21, 40:16, 41:8, 41:13, 41:17, 42:8, 45:17, 45:20, 47:8, 49:8, 49:22, 50:1, 50:4, 50:13, 52:23, 53:17, 55:15, 57:24, 59:14, 62:16, 63:9, 67:4, 70:25, 72:25, 74:20, 76:9, 78:11, 85:11, 86:2, 88:1, 89:21, 91:8, 91:13, 91:21, 93:23, 95:2, 95:9, 95:13, 101:5, 103:2, 104:10, 106:15, 108:7, 108:24, 111:21, 112:9,

118:10, 118:16, 119:6, 119:8, 121:20, 124:7, 125:6, 125:16, 126:6, 127:9, 128:11, 129:10, 130:12, 130:16, 134:10, 136:23, 137:24, 138:6, 138:14, 145:19, 147:2, 147:7, 148:4, 155:5, 156:17, 158:15, 158:24, 159:3, 159:21, 159:24, 160:10, 161:2, 161:6, 161:17, 162:5, 164:4, 164:21, 165:23, 169:25, 174:14, 174:17, 177:19, 179:4, 179:18, 180:5, 183:5, 185:22, 186:23, 187:15, 194:20, 197:2, 197:4, 197:10, 198:7, 199:1, 199:9, 200:14, 201:2, 201:11, 201:18, 201:23, 202:4, 202:11, 202:21, 202:25, 205:10, 206:16, 207:25, 211:12, 213:18, 215:5, 215:10, 217:14, 219:11, 219:14, 221:19, 224:16, 226:7, 227:4, 229:16, 232:14, 233:9, 233:16, 235:12, 236:25, 242:2, 245:25, 248:12, 249:14, 250:18, 251:1

**BUTTS** [22] - 10:17, 10:23, 22:15, 113:9, 113:15, 113:16, 113:21, 113:25, 114:1, 120:12, 142:24, 146:7, 147:22, 150:7, 151:8, 151:25, 152:17, 152:24, 164:11, 235:24, 236:14, 254:8

**BY** [165] - 1:24, 1:24, 6:17, 12:16, 13:6, 13:12, 16:18, 17:2, 18:17, 22:5, 24:2, 24:20, 25:13, 26:22,

27:5, 28:9, 33:24, 34:14, 36:6, 36:18, 37:18, 37:22, 38:6, 44:8, 45:6, 49:1, 50:2, 50:14, 50:17, 53:6, 55:1, 56:6, 56:24, 57:6, 58:7, 64:11, 66:3, 66:16, 69:5, 69:25, 70:19, 75:4, 75:12, 77:22, 78:18, 80:4, 80:10, 83:14, 84:3, 84:12, 85:15, 86:12, 89:7, 92:6, 93:18, 96:11, 97:19, 98:11, 98:16, 99:4, 99:12, 99:22, 102:16, 103:17, 104:3, 105:7, 105:23, 110:13, 111:7, 111:11, 111:25, 113:23, 117:1, 118:20, 118:23, 118:24, 119:7, 120:23, 121:12, 125:14, 126:3, 132:8, 133:7, 135:5, 136:10, 139:20, 140:15, 141:3, 141:18, 142:23, 143:24, 144:8, 144:16, 147:21, 148:14, 148:23, 149:20, 150:6, 150:8, 151:19, 151:20, 151:24, 152:23, 153:14, 159:5, 164:24, 165:4, 169:9, 169:24, 169:25, 170:5, 171:2, 172:20, 173:9, 176:4, 180:1, 182:3, 183:19, 185:7, 187:1, 191:2, 191:12, 192:4, 193:11, 195:22, 195:25, 202:6, 210:24, 212:5, 212:10, 212:17, 214:11, 216:20, 216:22, 219:19, 219:21, 221:4, 221:14, 226:15, 226:16, 228:4, 228:25, 229:10, 229:25, 230:17, 230:24, 236:16, 238:3, 238:25, 239:6, 247:16, 249:8, 249:11, 250:4, 250:14,

251:7, 251:16, 251:22, 252:4, 254:5, 254:6, 254:9, 254:10, 254:13, 254:14

**BYPASSING** [1] - 52:16

**BYPRODUCT** [1] - 156:8

# C

**C-H-U-A-N-G** [2] - 23:10, 162:23

**CALCULATE** [1] - 122:9

**CALIFORNIA** [2] - 167:3, 231:5

**CALIFORNIA'S** [1] - 81:25

**CALL** [8] - 33:3, 113:9, 119:16, 119:18, 122:12, 122:18, 162:13, 174:22

**CALLED** [11] - 18:5, 27:22, 61:21, 66:19, 75:16, 76:16, 94:2, 169:8, 217:21, 241:2

**CALLS** [2] - 203:13, 203:17

**CAME** [16] - 34:25, 37:15, 37:16, 152:25, 153:8, 153:17, 161:5, 168:14, 181:24, 213:2, 217:19, 227:5, 236:6, 242:18, 243:5, 244:24

**CAN** [155] - 3:23, 5:10, 7:25, 8:3, 14:11, 14:23, 16:11, 19:4, 21:21, 24:14, 29:2, 29:16, 29:17, 33:20, 34:20, 37:5, 41:19, 49:6, 49:20, 49:21, 50:16, 53:16, 53:24, 55:18, 55:22, 56:12, 56:14, 56:20, 57:1, 59:14, 62:3, 62:16, 62:24, 71:18, 72:10, 73:4, 79:25, 91:20, 92:15, 96:14, 100:4, 100:7, 107:14, 107:25, 113:2, 116:22, 122:7, 123:9, 123:13, 123:15, 123:24, 124:5, 124:8, 124:10, 124:12,

124:24, 127:7, 127:9, 127:15, 128:1, 128:24, 129:23, 129:25, 131:15, 132:20, 133:19, 134:15, 134:22, 135:10, 135:12, 135:24, 136:16, 136:22, 137:17, 137:18, 138:16, 139:17, 140:17, 140:20, 141:14, 142:8, 143:8, 143:20, 144:22, 145:16, 146:7, 146:12, 147:17, 152:5, 155:2, 155:4, 156:5, 156:11, 157:6, 160:2, 160:6, 161:4, 162:5, 163:5, 165:9, 167:24, 168:9, 169:18, 169:19, 169:24, 169:25, 170:24, 174:14, 175:17, 176:2, 176:6, 176:7, 176:17, 177:9, 177:17, 177:22, 178:21, 179:3, 180:4, 180:6, 185:8, 187:14, 188:21, 189:19, 191:14, 207:13, 208:3, 210:13, 212:4, 213:15, 215:6, 218:15, 221:3, 222:3, 222:4, 222:5, 222:19, 223:14, 223:17, 223:23, 225:2, 227:24, 228:4, 231:21, 233:11, 243:17, 245:24, 245:25, 247:14, 248:2, 249:9, 252:23

**CAN'T** [24] - 49:22, 95:3, 126:3, 137:6, 140:1, 146:2, 147:2, 147:5, 147:7, 148:15, 149:10, 161:12, 164:24, 191:19, 200:1, 201:2, 201:11, 201:18, 201:24, 224:5, 225:3, 227:15, 227:19, 249:10

**CANCER** [5] - 108:3, 108:8, 108:16

**CANCERS** [1] -

108:15

**CANNOT** [19] - 18:1, 35:2, 49:20, 88:18, 126:1, 137:3, 146:10, 146:17, 146:23, 147:12, 147:23, 148:24, 149:5, 149:14, 155:5, 194:9, 206:23, 222:24

**CAPABLE** [1] - 172:5

**CAPACITY** [4] - 72:15, 73:3, 96:2, 138:20

**CAPRICIOUS** [3] - 213:4, 233:3, 250:25

**CARDIOVASCULAR** [1] - 127:22

**CARE** [131] - 6:19, 7:8, 7:12, 11:9, 11:22, 12:7, 12:8, 12:20, 12:23, 13:1, 13:7, 21:11, 21:14, 22:7, 23:3, 27:25, 42:18, 43:6, 45:12, 47:7, 51:20, 52:9, 59:3, 62:6, 62:22, 63:1, 63:5, 63:7, 63:12, 63:15, 63:21, 64:13, 64:19, 64:20, 65:14, 67:4, 67:6, 67:8, 67:11, 67:14, 67:20, 68:23, 68:24, 69:4, 69:10, 70:13, 70:17, 71:1, 72:1, 72:3, 73:5, 73:23, 74:4, 78:6, 78:9, 78:15, 78:16, 78:20, 78:25, 79:4, 79:9, 87:9, 87:13, 90:6, 94:6, 94:10, 95:19, 96:3, 96:4, 96:16, 97:5, 97:6, 98:21, 98:25, 102:6, 105:21, 112:12, 112:13, 112:14, 112:16, 119:25, 120:4, 125:25, 131:2, 131:5, 132:18, 136:4, 139:22, 139:23, 140:1, 140:12, 141:20, 144:5, 146:19, 148:17, 150:8, 154:20, 154:23, 156:13, 156:18, 171:20, 172:13, 172:14, 178:6, 178:14, 179:12, 191:14, 191:15, 191:18, 193:22,

200:24, 201:8,
202:20, 202:23,
206:20, 213:5,
217:12, 218:24,
221:12, 223:7,
224:9, 227:2, 230:9,
233:4, 233:20,
239:15, 239:19,
242:20, 248:21
**CAREER** [7] - 62:13,
62:19, 124:17,
124:18, 168:3,
170:3, 177:21
**CAREERS** [2] -
170:17, 170:19
**CAROL** [6] - 22:1,
54:19, 54:23, 64:17,
254:4
**CARRIES** [1] - 137:20
**CARRY** [1] - 216:6
**CARRYING** [1] - 45:14
**CARVE** [5] - 44:11,
44:18, 44:22, 222:6,
249:25
**CARVE-OUTS** [1] -
222:6
**CARVEOUT** [1] - 37:9
**CARVING** [2] - 37:17,
44:12
**CASE** [103] - 3:7, 6:6,
6:16, 7:1, 15:17,
16:13, 16:15, 16:17,
16:18, 16:23, 17:17,
19:11, 19:13, 21:1,
21:23, 22:17, 26:14,
26:22, 27:1, 27:10,
27:20, 27:21, 35:19,
36:3, 36:4, 36:10,
36:23, 37:20, 37:21,
41:17, 41:23, 42:2,
44:9, 47:16, 49:5,
49:8, 49:9, 49:16,
49:17, 50:3, 50:5,
50:7, 50:9, 53:20,
53:24, 100:24,
112:25, 114:11,
120:20, 124:11,
144:19, 152:1,
154:18, 161:20,
172:25, 190:19,
191:11, 191:16,
200:19, 206:13,
206:16, 206:18,
206:24, 207:1,
207:10, 207:11,
207:16, 208:16,
211:17, 215:8,
218:16, 218:20,
219:17, 225:3,
226:15, 226:17,

227:13, 233:16,
233:17, 234:7,
240:21, 240:22,
241:1, 241:2, 241:8,
241:17, 242:6,
243:2, 245:8,
245:13, 245:14,
245:19, 245:25,
246:5, 246:9,
246:15, 249:1,
249:16, 250:8,
251:24
**CASES** [31] - 13:17,
14:22, 15:18, 15:20,
17:25, 20:9, 35:9,
37:7, 37:15, 37:16,
37:18, 37:25, 38:10,
49:25, 50:1, 50:2,
71:5, 127:9, 133:18,
136:5, 206:4, 206:8,
206:9, 208:21,
208:25, 209:2,
209:11, 216:19,
229:21, 249:19
**CATASTROPHIC** [2] -
7:20, 14:24
**CATEGORIES** [3] -
128:7, 130:5, 185:17
**CATHOLIC** [4] -
199:20, 208:3,
208:8, 208:11
**CAUGHT** [1] - 47:25
**CAUSAL** [1] - 102:19
**CAUSATION** [1] - 20:6
**CAUSE** [32] - 7:15,
7:18, 16:24, 39:13,
39:17, 40:8, 40:9,
41:13, 41:14, 41:19,
41:22, 42:2, 42:5,
42:6, 42:9, 52:23,
80:3, 98:19, 98:20,
98:23, 98:24,
124:19, 125:10,
160:13, 205:11,
209:23, 213:24,
214:21, 216:14,
235:11, 251:9
**CAUSED** [1] - 125:14
**CAUSES** [1] - 125:5
**CAUTIONARY** [1] -
221:11
**CDC** [5] - 169:20,
175:16, 175:24,
185:18, 190:7
**CENTER** [6] - 23:15,
166:1, 171:15,
179:14, 179:22,
179:24
**CENTERED** [3] -
169:22, 171:2,

180:10
**CENTERS** [1] - 226:3
**CENTRAL** [1] - 220:5
**CEO** [4] - 30:8, 31:3,
31:5, 33:11
**CERTAIN** [9] - 72:19,
89:6, 129:16,
129:23, 144:24,
180:21, 235:23,
236:5, 238:7
**CERTAINLY** [15] -
25:13, 147:3, 155:5,
156:16, 161:6,
173:21, 173:24,
189:19, 219:2,
225:20, 232:17,
238:4, 238:6,
249:14, 250:21
**CERTAINTY** [7] - 89:4,
96:5, 97:5, 131:19,
138:22, 188:19,
217:9
**CERTIFICATION** [3] -
51:3, 116:10, 116:12
**CERTIFIED** [4] - 36:4,
47:20, 116:5, 116:6
**CERTIFY** [2] - 47:23,
253:3
**CETERA** [1] - 205:4
**CHAIR** [1] - 68:18
**CHALLENGE** [4] -
15:8, 19:10, 34:9,
140:25
**CHALLENGES** [1] -
207:14
**CHALLENGING** [11] -
17:22, 18:3, 35:10,
197:22, 210:24,
210:25, 211:5,
211:7, 211:10,
233:14, 233:17
**CHANCE** [2] - 76:18,
80:21
**CHANGE** [28] - 19:15,
25:4, 25:8, 25:11,
27:11, 40:19, 41:1,
41:6, 41:9, 41:16,
42:4, 44:22, 58:6,
102:5, 135:12,
136:14, 136:15,
140:11, 159:20,
181:9, 187:9, 189:1,
189:4, 189:22,
192:23, 199:16,
224:14, 237:8
**CHANGED** [16] - 23:2,
25:14, 26:10, 70:3,
70:4, 102:1, 109:15,
155:15, 155:18,
187:14, 188:3,

188:19, 207:7,
207:9, 208:18,
223:12
**CHANGES** [22] -
40:17, 40:23, 52:20,
53:22, 102:3,
106:14, 127:14,
140:6, 160:6,
189:13, 192:13,
192:15, 192:19,
193:3, 195:19,
205:2, 205:8,
205:12, 209:9,
215:9, 217:8, 218:16
**CHANGING** [3] -
12:16, 156:19,
200:17
**CHARACTERISTICS**
[1] - 132:14
**CHARACTERIZE** [1] -
49:24
**CHARGE** [4] - 4:3,
67:10, 86:1, 192:21
**CHARGED** [1] - 67:1
**CHARITIES** [3] -
208:3, 208:8, 208:11
**CHART** [16] - 75:1,
76:12, 76:23, 80:17,
81:5, 90:10, 175:15,
175:24, 176:2,
176:3, 176:17,
178:9, 178:19,
184:13, 184:15,
190:7
**CHEAPER** [6] - 11:12,
11:13, 145:6,
145:14, 198:12,
198:18
**CHECK** [1] - 89:8
**CHEVRON** [12] - 47:1,
47:11, 51:15,
218:21, 218:22,
219:1, 219:3,
219:23, 220:25,
221:17, 240:25,
242:21
**CHIEF** [6] - 4:23,
166:4, 167:9, 170:9,
170:13, 219:22
**CHILD** [1] - 177:14
**CHILDREN** [6] - 43:4,
72:10, 177:8,
177:23, 177:24,
177:25
**CHOICE** [1] - 108:18
**CHOICES** [11] - 12:5,
12:10, 14:18, 22:12,
23:21, 30:16, 83:5,
83:21, 95:25, 190:7,
190:10

**CHOOSE** [11] - 14:10,
50:22, 58:12,
107:12, 107:15,
132:9, 178:24,
179:5, 191:19,
191:20, 232:19
**CHOOSING** [3] - 83:9,
189:13, 233:19
**CHOSE** [1] - 50:13
**CHOSEN** [2] - 64:9,
189:24
**CHRISTOPHER** [3] -
2:17, 5:1, 204:10
**CHRONIC** [14] -
117:17, 123:5,
124:8, 125:1, 125:5,
125:6, 125:10,
125:13, 125:17,
128:17, 130:12,
155:21, 168:16,
173:25
**CHRONICITY** [2] -
123:15, 123:23
**CHUANG** [27] - 10:10,
10:16, 10:22, 23:6,
23:8, 23:12, 93:6,
157:25, 162:13,
162:18, 162:22,
163:3, 163:14,
163:16, 165:6,
172:12, 173:10,
182:5, 184:12,
184:17, 191:25,
193:12, 193:16,
224:16, 235:25,
236:14, 254:12
**CHURCH** [3] - 43:22,
145:3, 249:12
**CHURCHES** [3] -
43:14, 43:15, 211:6
**CIRCUIT** [9] - 16:22,
18:16, 36:15, 39:14,
49:2, 66:10, 164:16,
213:17, 217:3
**CIRCUIT'S** [3] - 16:21,
42:10, 216:25
**CIRCUMSTANCE** [3] -
31:24, 33:15, 245:3
**CIRCUMSTANCES** [3]
- 32:5, 214:1, 214:6
**CITATION** [3] - 81:21,
82:6, 206:15
**CITATIONS** [1] - 83:11
**CITE** [6] - 37:25,
101:4, 103:1, 152:6,
207:18, 241:8
**CITED** [15] - 18:16,
93:9, 102:16, 105:9,
105:10, 106:3,
107:4, 158:7,

159:19, 194:14, 194:17, 195:3, 209:5, 217:16, 249:19
**CITES** [2] - 102:4, 104:10
**CITIZENS** [10] - 15:16, 17:22, 19:5, 19:10, 19:13, 20:17, 21:6, 21:12, 24:17, 35:3
**CITY** [8] - 47:17, 47:19, 47:20, 47:22, 47:23, 47:25, 48:3, 240:22
**CIVIL** [5] - 1:3, 2:11, 4:4, 9:10, 172:20
**CLAIM** [12] - 8:19, 8:20, 8:25, 9:2, 29:3, 29:17, 29:22, 94:21, 213:15, 213:16, 216:12, 247:5
**CLAIMED** [1] - 99:6
**CLAIMING** [1] - 34:13
**CLAIMS** [24] - 8:3, 8:5, 8:7, 8:9, 8:11, 8:17, 8:19, 9:8, 9:12, 24:16, 62:6, 93:22, 94:1, 94:14, 94:16, 94:23, 95:1, 111:13, 111:17, 112:3, 213:11, 213:12, 227:9
**CLAMORING** [1] - 224:13
**CLARIFICATION** [3] - 164:1, 187:11, 192:5
**CLARIFY** [9] - 5:10, 152:5, 154:12, 160:19, 163:15, 164:5, 180:24, 243:4, 243:7
**CLASS** [1] - 129:9
**CLAUSE** [6] - 9:11, 19:7, 224:24, 225:7, 242:13, 242:15
**CLEAN** [2] - 19:14, 98:15
**CLEAR** [27] - 8:10, 17:12, 18:9, 23:24, 28:18, 45:13, 45:21, 148:4, 213:1, 215:18, 216:9, 216:11, 216:13, 220:11, 226:8, 227:5, 228:17, 233:2, 233:12, 235:7, 239:5, 239:21, 244:4, 245:2, 248:14, 249:25, 252:17

**CLEARINGHOUSE** [1] - 154:5
**CLEARLY** [13] - 17:10, 17:11, 27:15, 96:24, 159:5, 213:10, 216:1, 217:3, 223:15, 226:4, 226:19, 228:2, 235:11
**CLERK** [9] - 3:1, 54:12, 54:21, 113:5, 113:13, 113:18, 157:22, 162:20, 210:14
**CLIMATE** [1] - 19:15
**CLINIC** [3] - 167:3, 167:5, 171:16
**CLINICAL** [7] - 61:16, 61:17, 61:20, 115:25, 117:7, 118:13, 163:17
**CLINICALLY** [1] - 103:6
**CLINICS** [3] - 14:6, 231:11, 231:22
**CLOSE** [3] - 88:17, 210:5, 210:6
**CLOSELY** [5] - 29:2, 29:4, 29:19, 177:15, 211:6
**CLOSELY-HELD** [2] - 29:2, 29:4
**CLOSELY-RELATED** [1] - 211:6
**CLOSELY-SPACED** [1] - 177:15
**CLOSER** [2] - 241:1, 241:14
**CLOSING** [5] - 3:17, 3:18, 210:19, 236:11, 246:15
**CLOSINGS** [2] - 5:12, 210:16
**CM** [1] - 1:19
**CO** [20] - 59:20, 79:13, 79:18, 79:22, 79:24, 80:3, 80:12, 80:13, 80:18, 83:5, 90:7, 96:11, 96:13, 96:15, 97:9, 106:23, 153:10, 178:20, 192:22
**CO-AUTHORS** [1] - 106:23
**CO-COUNSEL** [1] - 97:9
**CO-LED** [1] - 59:20
**CO-PAY** [9] - 79:13, 79:22, 80:3, 80:12, 80:13, 80:18, 90:7,

153:10, 192:22
**CO-PAYMENTS** [1] - 83:5
**CO-PAYS** [7] - 79:18, 79:24, 90:7, 96:11, 96:13, 96:15, 178:20
**COALITION** [1] - 215:22
**COASTLINE** [1] - 19:20
**COHORT** [4] - 90:3, 92:24, 93:23, 110:1
**COLLAPSES** [1] - 185:24
**COLLEAGUE** [4] - 213:9, 214:2, 234:9, 242:8
**COLLEAGUES** [4] - 93:5, 195:25, 203:12, 203:21
**COLLECTION** [1] - 70:10
**COLLECTIVELY** [1] - 99:20
**COLLEGE** [15] - 26:9, 40:1, 41:2, 55:5, 56:24, 60:7, 60:10, 60:17, 93:6, 114:24, 114:25, 217:18, 217:22, 217:23, 218:8
**COLOR** [1] - 9:17
**COLORECTAL** [1] - 108:16
**COLUMN** [6] - 75:19, 75:21, 76:6, 103:11, 186:9, 187:3
**COLUMNS** [1] - 75:15
**COMBINATION** [1] - 91:8
**COMBINED** [1] - 91:16
**COME** [22] - 15:22, 69:7, 117:13, 118:9, 121:14, 121:16, 121:20, 121:21, 125:22, 133:1, 157:13, 192:20, 209:16, 209:21, 214:12, 215:3, 222:1, 227:8, 229:1, 229:7, 248:16, 248:18
**COMES** [4] - 106:22, 137:6, 215:1, 234:24
**COMFORTABLE** [1] - 56:20
**COMING** [1] - 173:3
**COMMENT** [13] - 8:15, 39:1, 39:20, 42:3,

52:17, 53:8, 160:5, 160:12, 209:17, 213:23, 215:17, 216:8
**COMMENTARY** [1] - 53:21
**COMMENTS** [17] - 39:22, 39:23, 53:3, 53:8, 53:11, 53:19, 106:6, 205:17, 205:21, 205:22, 205:23, 208:22, 208:25, 209:16, 209:19, 209:21, 217:6
**COMMITTEE** [44] - 22:4, 64:10, 66:24, 66:25, 67:1, 67:7, 67:16, 67:22, 68:3, 68:11, 68:21, 69:1, 69:11, 69:14, 69:23, 70:3, 73:11, 73:12, 73:13, 73:14, 73:24, 75:7, 77:24, 78:2, 78:4, 78:10, 78:23, 82:13, 83:18, 83:24, 83:25, 84:2, 84:21, 85:5, 85:8, 85:18, 85:22, 86:5, 86:20, 87:1, 98:2, 102:10, 107:13, 107:17
**COMMITTEE'S** [7] - 10:14, 81:10, 85:9, 87:2, 105:9, 105:11, 105:15
**COMMON** [7] - 69:20, 72:20, 125:10, 125:16, 126:21, 127:25, 234:25
**COMMONLY** [4] - 125:7, 174:22, 175:15, 194:17
**COMMONLY-CITED** [1] - 194:17
**COMMONWEALTH** [42] - 1:3, 2:8, 3:3, 4:3, 5:24, 7:9, 7:14, 7:16, 7:18, 7:23, 12:18, 14:1, 14:4, 14:7, 15:3, 15:8, 15:11, 16:4, 16:5, 17:8, 19:4, 20:8, 21:17, 24:18, 35:21, 113:8, 157:20, 158:10, 162:12, 210:17, 210:19, 213:24, 227:13, 227:15, 233:7, 233:13, 234:6, 234:24, 235:11,

244:16, 251:10, 252:9
**COMMONWEALTH'S** [11] - 3:9, 26:15, 34:16, 54:19, 113:16, 162:18, 234:3, 251:10, 251:13, 251:17, 251:21
**COMMUNICATE** [1] - 228:2
**COMMUNITIES** [1] - 220:17
**COMMUNITY** [5] - 101:19, 102:24, 103:25, 107:9, 121:25
**COMPANIES** [12] - 28:25, 198:5, 198:7, 211:16, 212:1, 212:5, 223:8, 225:17, 226:13, 228:17, 229:2, 229:3
**COMPANY** [14] - 29:19, 30:8, 30:12, 30:23, 36:10, 212:2, 218:7, 218:11, 225:18, 240:4, 240:10, 248:7, 250:15, 250:22
**COMPARE** [3] - 109:10, 112:6, 134:14
**COMPARED** [3] - 43:2, 134:8, 135:25
**COMPARISON** [1] - 49:15
**COMPELLING** [13] - 47:5, 51:11, 51:13, 51:17, 51:18, 52:5, 224:21, 226:1, 226:4, 226:5, 226:7, 227:1, 227:4
**COMPLAIN** [2] - 31:17, 33:16
**COMPLAINT** [6] - 151:13, 158:7, 159:18, 206:13, 206:17, 240:5
**COMPLETE** [3] - 165:13, 165:19, 177:20
**COMPLETED** [4] - 166:25, 167:7, 181:13, 182:17
**COMPLIANCE** [1] - 133:11
**COMPLICATED** [1] - 137:17
**COMPLICATIONS** [1]

- 103:21

**COMPLICIT** [1] - 51:5

**COMPLY** [1] - 240:11

**COMPONENT** [6] - 117:15, 159:10, 213:22, 213:23, 214:10, 214:21

**COMPONENTS** [1] - 105:21

**COMPOUND** [1] - 148:8

**COMPREHENSIVE** [2] - 132:11, 221:14

**COMPROMISE** [1] - 224:19

**COMPUTER** [2] - 1:24, 1:24

**COMPUTER-AIDED** [1] - 1:24

**CONCEDE** [1] - 156:20

**CONCEDED** [1] - 219:1

**CONCEDES** [1] - 228:24

**CONCEIVABLY** [2] - 31:24, 240:15

**CONCEIVE** [1] - 22:21

**CONCEPT** [5] - 18:4, 18:8, 19:17, 33:1, 33:4

**CONCERN** [5] - 108:25, 109:4, 131:21, 147:3, 240:20

**CONCERNED** [5] - 37:6, 93:20, 122:7, 145:23, 146:4

**CONCERNING** [1] - 104:22

**CONCERNS** [7] - 34:16, 49:17, 49:19, 145:23, 153:17, 153:22, 211:12

**CONCLUDE** [1] - 233:9

**CONCLUDED** [4] - 50:22, 93:25, 102:2, 253:1

**CONCLUSION** [5] - 24:13, 53:7, 111:6, 111:8, 209:13

**CONCLUSIONS** [6] - 52:6, 69:8, 92:10, 107:3, 164:13, 252:13

**CONCOMITANT** [1] - 107:1

**CONCOMITANTLY** [1] - 191:24

**CONCRETE** [1] - 35:16

**CONDITION** [5] - 10:9, 123:15, 126:14, 132:2, 132:13

**CONDITIONS** [6] - 75:23, 123:17, 129:25, 155:17, 168:16, 190:14

**CONDOM** [1] - 77:15

**CONDOMS** [2] - 175:12, 176:23

**CONDUCT** [5] - 58:15, 62:2, 66:22, 166:9, 167:15

**CONDUCTED** [10] - 62:2, 63:3, 63:5, 63:7, 83:14, 100:2, 100:3, 101:25, 111:25, 169:2

**CONDUCTING** [2] - 61:3, 180:7

**CONFER** [2] - 47:11, 203:20

**CONFERENCE** [4] - 5:11, 6:1, 7:3, 184:6

**CONFERS** [1] - 18:24

**CONFIDENTIAL** [1] - 159:5

**CONFIDENTIALITY** [1] - 159:10

**CONFIRM** [1] - 56:12, 56:20, 114:18, 165:19, 204:23

**CONFLICT** [1] - 43:20

**CONFLICTING** [2] - 47:14, 50:6

**CONFLICTS** [2] - 45:18, 222:25

**CONFUSED** [1] - 105:17

**CONFUSING** [1] - 17:16

**CONGRESS** [14] - 43:11, 45:13, 52:7, 52:10, 220:5, 220:8, 220:22, 223:6, 223:8, 224:19, 225:5, 225:6, 242:24, 250:1

**CONNECTING** [1] - 38:21

**CONNECTION** [4] - 22:7, 49:21, 64:12, 122:21

**CONSCIENCE** [5] - 28:5, 224:24, 225:7, 242:13, 242:15

**CONSCIENCES** [1] - 205:15

**CONSCIENTIOUS** [1] - 242:16

**CONSCIOUS** [1] - 48:10

**CONSENTED** [1] - 182:16

**CONSEQUENCES** [16] - 71:14, 71:17, 71:24, 72:8, 72:11, 127:18, 127:21, 127:25, 141:17, 142:3, 148:6, 149:16, 151:2, 151:10, 202:11, 202:13

**CONSIDER** [21] - 9:9, 49:22, 68:21, 69:11, 69:13, 82:10, 85:5, 86:1, 92:16, 124:4, 132:13, 148:1, 156:6, 165:22, 173:16, 190:9, 190:10, 190:13, 190:16, 193:16, 195:4

**CONSIDERABLE** [1] - 92:15

**CONSIDERATION** [2] - 81:11, 160:1

**CONSIDERATIONS** [2] - 173:14, 174:17

**CONSIDERED** [6] - 47:11, 74:8, 74:9, 77:20, 251:15, 251:21

**CONSIDERING** [2] - 24:16, 173:24

**CONSIDERS** [1] - 188:17

**CONSISTENT** [5] - 189:6, 189:15, 189:16, 228:15, 249:15

**CONSTITUTIONAL** [8] - 8:2, 8:5, 9:1, 9:4, 213:12, 213:15, 213:18, 227:9

**CONSTRAINTS** [1] - 6:22

**CONSTRUCT** [1] - 30:12

**CONSTRUCTION** [1] - 221:24

**CONSULT** [1] - 97:9

**CONSULTATION** [1] - 132:20

**CONTACT** [2] - 218:10, 229:4

**CONTACTED** [1] - 198:12

**CONTAINED** [2] - 56:21, 63:21

**CONTAINS** [1] - 241:10

**CONTENT** [1] - 65:7

**CONTENTS** [1] - 56:12

**CONTEXT** [33] - 8:4, 27:24, 28:2, 28:17, 28:22, 29:17, 30:18, 36:3, 36:21, 36:24, 37:10, 45:15, 49:12, 49:13, 49:18, 50:1, 50:3, 50:9, 61:15, 63:5, 65:5, 88:10, 88:11, 159:13, 168:24, 226:20, 238:23, 240:2, 240:13, 240:15, 240:25, 242:19, 247:12

**CONTINGENT** [1] - 14:2

**CONTINUE** [5] - 34:7, 71:16, 142:16, 209:15, 231:2

**CONTINUES** [1] - 224:17

**CONTINUING** [1] - 205:13

**CONTRA** [1] - 142:7

**CONTRACEPTION** [115] - 10:19, 10:20, 11:9, 11:12, 11:16, 11:24, 12:3, 12:15, 14:12, 14:13, 34:18, 44:1, 52:8, 65:14, 70:23, 70:24, 71:4, 71:7, 73:7, 73:8, 73:21, 73:25, 74:5, 74:7, 74:10, 74:11, 74:13, 74:14, 75:8, 75:11, 75:20, 75:25, 76:7, 77:12, 77:25, 78:3, 78:7, 79:1, 79:6, 79:20, 80:4, 80:19, 81:2, 81:11, 82:15, 83:10, 83:20, 85:17, 89:24, 90:7, 90:9, 90:12, 94:9, 96:13, 98:25, 101:1, 104:11, 105:12, 106:17, 106:20, 107:6, 107:10, 107:17, 107:21, 108:4, 108:6, 108:12, 108:14, 108:23, 119:22, 128:20, 128:23, 129:4, 130:15,

145:6, 145:14, 166:16, 167:22, 168:6, 168:8, 168:13, 172:8, 173:15, 174:12, 174:13, 174:20, 177:9, 178:1, 178:8, 178:25, 179:1, 180:18, 181:17, 182:23, 192:7, 192:8, 193:4, 195:5, 196:1, 197:25, 198:13, 198:19, 205:8, 208:9, 228:3, 228:9, 231:2, 231:5, 239:17

**CONTRACEPTION'S** [2] - 103:2, 103:12

**CONTRACEPTIONS** [1] - 79:14

**CONTRACEPTIVE** [216] - 6:19, 7:3, 7:8, 7:11, 7:13, 11:10, 11:14, 11:15, 11:18, 11:22, 12:4, 12:5, 12:9, 12:10, 12:20, 12:23, 13:1, 13:7, 13:8, 13:12, 13:16, 13:20, 13:23, 14:16, 14:18, 14:21, 21:11, 21:14, 22:10, 23:1, 23:3, 23:18, 26:3, 26:11, 26:17, 26:24, 27:4, 27:7, 27:12, 30:4, 30:11, 31:6, 32:7, 32:17, 33:8, 34:7, 39:15, 41:4, 44:4, 44:7, 44:10, 44:12, 51:5, 62:13, 62:17, 62:22, 63:1, 63:3, 63:4, 63:9, 63:12, 63:20, 64:20, 67:8, 67:20, 70:13, 70:17, 71:1, 73:9, 75:2, 75:4, 75:6, 75:10, 75:14, 77:2, 78:20, 79:10, 79:11, 79:14, 79:17, 81:15, 83:5, 83:21, 94:3, 95:19, 95:25, 96:4, 96:10, 97:6, 98:21, 99:13, 99:24, 101:25, 102:1, 102:3, 102:5, 102:17, 103:7, 105:20, 106:14, 106:16, 107:7, 108:18, 109:14, 109:15, 109:19, 111:19, 111:22, 112:8, 120:3,

130:21, 131:2,
131:6, 131:16,
135:24, 136:13,
140:6, 140:12,
144:5, 144:11,
144:17, 144:25,
145:24, 146:8,
146:19, 147:1,
148:17, 166:11,
166:13, 166:18,
168:15, 168:19,
168:21, 168:23,
168:25, 170:22,
171:5, 171:6,
172:14, 173:12,
173:22, 174:2,
174:4, 174:18,
174:23, 174:24,
175:7, 175:8, 176:7,
178:6, 178:23,
179:7, 179:11,
179:22, 180:23,
181:10, 181:15,
181:19, 183:6,
183:11, 183:15,
185:15, 185:23,
188:23, 189:1,
189:2, 189:4, 189:5,
189:10, 189:11,
189:21, 190:2,
191:9, 191:14,
191:15, 191:18,
192:19, 195:20,
196:2, 196:3,
196:11, 197:6,
197:16, 197:22,
199:6, 199:22,
200:23, 200:24,
201:8, 201:16,
207:5, 207:14,
208:4, 211:16,
211:19, 218:1,
221:23, 222:13,
223:5, 224:14,
224:21, 225:25,
230:15, 230:23,
232:19, 233:20,
237:22, 238:12,
239:14, 239:21,
244:7, 244:25,
247:4, 247:8, 250:19

**CONTRACEPTIVES**
[37] - 10:12, 11:19,
11:25, 12:1, 13:19,
22:19, 22:23, 33:12,
77:11, 78:5, 79:22,
80:22, 80:24,
103:18, 129:2,
129:12, 130:4,
130:18, 130:20,
130:24, 131:1,

131:4, 131:12,
131:16, 149:1,
149:19, 149:20,
153:12, 153:14,
171:25, 173:10,
176:25, 177:7,
183:18, 196:19,
196:23, 218:4
**CONTRACT** [1] -
208:12
**CONTRAINDICATED**
[1] - 142:8
**CONTRARY** [1] -
29:11
**CONTRAST** [2] -
109:10, 135:5
**CONTRIBUTES** [1] -
108:5
**CONTROL** [28] -
11:22, 12:3, 71:23,
80:15, 86:5, 91:4,
91:7, 91:11, 91:14,
92:2, 92:11, 128:24,
129:17, 133:17,
133:21, 134:5,
134:9, 135:5, 136:1,
145:18, 149:25,
156:3, 175:6, 175:7,
177:17, 182:19,
183:13, 188:6
**CONTROLLING** [1] -
130:1
**CONTROLS** [1] -
233:13
**CONVENED** [2] - 22:5,
64:11
**CONVERSATION** [4] -
128:12, 146:1,
172:9, 178:8
**CONVERSATIONS** [1]
- 203:11
**CONVICTION** [11] -
28:12, 28:13, 29:25,
30:9, 30:17, 32:3,
32:12, 32:13, 32:20,
32:22, 33:11
**CONVICTIONS** [1] -
31:22
**CONVINCED** [1] -
17:4
**COPY** [2] - 114:12,
158:19
**CORPORATE** [1] -
30:21
**CORRECT** [131] -
25:12, 28:3, 32:22,
44:14, 44:15, 45:19,
45:20, 46:7, 48:17,
58:8, 60:6, 60:8,
60:9, 64:9, 70:12,

70:15, 76:3, 76:6,
76:15, 76:18, 76:19,
76:21, 76:24, 77:19,
81:22, 83:11, 83:16,
84:21, 87:15, 88:6,
90:21, 90:24, 92:3,
92:8, 94:15, 99:1,
99:9, 99:10, 99:13,
100:13, 100:16,
100:17, 100:22,
101:16, 101:17,
102:8, 102:11,
102:20, 102:24,
103:22, 104:1,
104:5, 104:12,
104:16, 104:17,
104:19, 104:22,
104:23, 106:13,
107:18, 109:22,
112:4, 117:21,
118:18, 118:19,
119:21, 121:7,
122:3, 123:7, 123:8,
126:25, 127:4,
127:6, 128:8,
130:10, 131:23,
132:4, 135:19,
136:2, 139:23,
139:24, 140:3,
140:8, 144:5,
147:14, 147:25,
148:17, 148:21,
149:3, 149:8,
149:12, 149:13,
149:17, 149:18,
149:21, 150:17,
161:14, 161:15,
163:13, 166:8,
171:13, 181:1,
196:12, 197:17,
197:25, 198:24,
198:25, 199:3,
200:3, 201:4, 201:5,
201:20, 201:21,
201:25, 202:1,
202:7, 202:8,
202:14, 202:15,
202:24, 203:1,
204:20, 209:14,
210:3, 211:3,
212:23, 213:13,
226:22, 238:13,
246:8, 253:3
**CORRECTLY** [11] -
41:25, 76:12, 78:17,
136:2, 198:15,
199:24, 200:25,
201:9, 238:1,
238:17, 242:10
**CORRECTNESS** [6] -
66:8, 112:24,

120:19, 172:24,
173:2, 246:11
**COST** [64] - 7:9, 7:11,
11:8, 11:17, 11:20,
12:7, 13:21, 22:12,
23:20, 30:4, 34:7,
52:19, 52:21, 59:3,
62:6, 78:10, 78:16,
79:5, 79:11, 81:12,
81:14, 81:23, 82:2,
82:14, 83:8, 83:22,
85:6, 86:2, 87:14,
89:23, 92:13, 92:14,
92:15, 92:16, 134:8,
134:9, 134:12,
134:15, 134:21,
135:8, 135:17,
136:3, 145:23,
146:18, 150:7,
151:2, 151:13,
151:18, 156:9,
178:7, 178:13,
179:1, 179:4,
191:13, 191:18,
192:7, 198:14,
205:3, 205:9,
223:22, 230:5,
238:20, 239:16,
250:3
**COST-EFFECTIVE** [2]
- 22:12, 23:20
**COST-FREE** [1] -
239:16
**COST-PROHIBITIVE**
[1] - 178:13
**COSTS** [42] - 13:23,
69:11, 69:13, 78:8,
78:22, 81:12, 82:10,
82:11, 82:24, 85:5,
89:18, 89:21, 92:18,
94:5, 96:20, 109:19,
112:8, 133:14,
134:6, 134:25,
135:4, 148:16,
150:22, 156:11,
166:17, 178:10,
178:12, 178:15,
178:18, 178:21,
189:11, 191:10,
192:10, 201:8,
201:12, 201:15,
205:14, 231:8,
231:12, 237:22,
238:12
**COULD** [50] - 8:25,
12:20, 18:9, 19:7,
19:10, 19:12, 31:24,
32:10, 34:13, 40:15,
41:7, 50:12, 52:23,
53:8, 53:10, 53:15,

53:17, 56:19, 58:15,
68:6, 74:25, 80:3,
80:11, 80:13, 80:25,
88:5, 89:11, 114:7,
118:22, 142:1,
146:2, 153:1, 157:3,
178:12, 189:5,
193:17, 196:20,
197:4, 204:23,
208:23, 214:23,
219:13, 223:10,
225:18, 228:16,
228:19, 230:5,
237:8, 240:1
**COUNSEL** [23] - 2:8,
2:19, 4:23, 6:10,
6:14, 11:4, 23:24,
65:17, 97:9, 105:8,
105:14, 105:24,
143:13, 148:5,
153:12, 154:13,
164:10, 173:11,
178:15, 206:18,
218:25, 249:17,
252:25
**COUNSELED** [1] -
178:7
**COUNSELING** [9] -
63:4, 78:7, 107:11,
108:11, 174:12,
175:14, 180:21,
191:10, 208:10
**COUNT** [1] - 62:15
**COUNTED** [1] - 188:5
**COUNTER** [2] -
125:23, 220:19
**COUNTERINTUITIVE**
[1] - 129:13
**COUNTRY** [13] - 7:7,
21:10, 28:19, 58:19,
93:24, 95:1, 97:1,
111:25, 127:2,
199:14, 202:19,
229:25, 235:7
**COUPLE** [10] - 28:11,
30:19, 59:20,
166:22, 187:11,
190:8, 192:17,
193:13, 195:11,
240:19
**COURSE** [6] - 5:15,
38:6, 86:4, 156:5,
181:12, 188:2
**COURT** [382] - 1:1,
1:19, 3:1, 3:2, 4:11,
5:6, 5:8, 5:13, 6:15,
7:23, 8:1, 8:2, 8:18,
9:6, 9:24, 10:25,
11:4, 15:4, 15:17,
15:21, 16:2, 16:13,

16:17, 16:19, 17:3,
17:12, 17:19, 18:4,
18:7, 18:11, 18:21,
19:3, 19:23, 20:13,
20:19, 20:22, 21:3,
21:18, 21:25, 22:13,
23:8, 23:11, 24:5,
24:12, 24:19, 25:6,
25:16, 25:18, 25:20,
25:25, 26:7, 27:14,
27:24, 28:9, 29:5,
29:7, 29:10, 29:14,
30:7, 31:2, 31:8,
31:14, 31:21, 32:2,
32:11, 32:19, 32:25,
33:10, 33:19, 33:21,
34:5, 36:2, 36:4,
36:7, 36:14, 36:17,
36:18, 36:20, 37:3,
37:6, 37:18, 37:23,
37:24, 38:3, 38:5,
38:7, 38:9, 38:20,
39:5, 40:10, 40:16,
40:21, 41:12, 41:13,
41:21, 42:12, 42:15,
44:4, 44:15, 44:17,
45:17, 45:25, 46:3,
46:22, 47:13, 47:16,
48:4, 48:12, 48:20,
49:2, 49:6, 50:16,
51:6, 51:7, 51:24,
52:14, 53:2, 53:15,
54:2, 54:5, 54:8,
54:14, 54:17, 55:12,
55:18, 55:22, 56:1,
57:2, 57:5, 57:22,
57:25, 58:3, 58:5,
64:21, 65:12, 65:20,
65:23, 66:2, 66:5,
66:11, 66:13, 80:8,
82:9, 83:3, 83:4,
84:6, 84:9, 85:13,
86:11, 87:20, 88:3,
88:9, 88:14, 88:20,
88:25, 89:3, 89:9,
89:13, 89:17, 89:22,
90:1, 90:10, 90:15,
90:19, 90:22, 90:25,
91:3, 91:9, 91:13,
91:19, 92:1, 92:4,
92:6, 92:9, 92:21,
92:24, 93:3, 93:7,
93:12, 93:17, 95:8,
97:4, 97:10, 97:13,
97:16, 98:11, 98:14,
100:11, 100:14,
103:8, 103:13,
103:16, 105:2,
105:18, 108:21,
109:3, 109:8,
109:20, 109:25,

110:3, 110:5,
110:10, 110:15,
110:21, 110:24,
111:2, 111:10,
112:19, 113:1,
113:11, 116:22,
120:9, 120:15,
120:21, 121:2,
121:6, 121:9,
121:11, 132:6,
133:5, 139:3,
139:12, 139:16,
140:17, 141:13,
142:18, 142:20,
143:20, 143:23,
147:20, 148:7,
148:12, 150:4,
150:20, 150:24,
151:4, 151:6,
151:11, 151:15,
151:23, 152:10,
152:13, 152:20,
156:25, 157:6,
157:10, 157:18,
158:2, 158:4, 158:9,
158:16, 158:21,
159:8, 160:9, 161:3,
161:16, 161:23,
162:3, 162:8,
162:10, 162:16,
162:24, 163:8,
163:11, 163:19,
163:24, 164:7,
164:20, 165:9,
165:16, 165:22,
166:24, 172:17,
173:1, 173:5,
179:23, 180:6,
181:25, 184:2,
184:10, 184:16,
184:17, 185:1,
185:5, 191:3, 191:5,
192:3, 193:7, 193:9,
203:19, 204:1,
204:3, 204:9,
204:11, 204:14,
204:21, 205:1,
205:16, 206:4,
206:9, 206:24,
207:2, 207:5,
207:18, 208:15,
208:20, 209:2,
209:7, 209:11,
209:20, 210:4,
210:11, 210:16,
210:20, 210:22,
211:24, 213:7,
213:14, 213:17,
213:18, 214:16,
215:6, 215:13,
215:22, 217:14,

218:8, 218:13,
219:6, 219:10,
219:15, 221:3,
222:7, 222:9,
225:15, 225:20,
226:2, 226:19,
226:23, 227:19,
233:9, 233:15,
234:9, 234:14,
234:16, 234:20,
234:22, 235:15,
235:20, 236:2,
236:9, 236:21,
237:10, 238:9,
238:18, 239:10,
241:2, 241:16,
241:20, 242:1,
242:3, 242:5,
242:22, 245:4,
245:6, 245:12,
245:16, 245:19,
245:24, 246:1,
246:14, 246:19,
247:6, 248:14,
249:6, 249:7, 251:7,
251:12, 251:14,
252:14, 253:8
**COURT'S** [10] - 5:25,
16:19, 37:1, 40:1,
40:2, 136:7, 160:18,
207:15, 211:9, 246:7
**COURTHOUSE** [1] -
1:20
**COURTROOM** [3] -
1:9, 3:11, 238:5
**COURTS** [3] - 37:8,
51:10, 247:13
**COVER** [5] - 7:11,
42:25, 43:25, 71:4,
205:7
**COVERAGE** [131] -
7:8, 7:13, 13:8,
13:13, 13:16, 13:18,
13:23, 14:17, 14:21,
23:5, 26:3, 26:11,
26:17, 26:18, 26:24,
27:4, 27:7, 27:12,
30:4, 31:6, 31:9,
32:7, 32:17, 33:8,
34:3, 34:7, 34:12,
34:22, 36:1, 39:15,
41:4, 43:21, 51:5,
52:22, 71:6, 79:10,
79:11, 96:10, 99:13,
99:24, 100:5, 100:8,
101:25, 109:14,
131:21, 140:7,
140:12, 141:6,
144:4, 144:5,
144:12, 144:18,

144:25, 145:17,
145:24, 146:8,
146:13, 147:9,
150:11, 150:15,
151:16, 153:3,
153:7, 180:18,
192:19, 196:11,
196:16, 196:19,
196:23, 197:16,
197:25, 199:6,
199:11, 199:15,
199:22, 200:2,
200:6, 200:8,
200:12, 200:14,
200:15, 200:24,
201:3, 201:7,
202:20, 202:23,
205:4, 205:10,
207:14, 208:14,
211:19, 212:4,
212:6, 218:1, 218:3,
219:19, 221:9,
221:10, 221:20,
221:23, 223:5,
223:20, 223:21,
224:21, 228:3,
228:5, 228:9,
229:13, 230:3,
230:4, 230:11,
230:20, 231:8,
231:21, 232:19,
237:7, 239:14,
239:21, 244:7,
244:11, 245:1,
247:4, 247:8, 249:4,
249:7, 249:10,
249:14, 250:17,
250:19
**COVERED** [16] -
42:24, 44:3, 45:6,
52:8, 69:5, 69:9,
87:13, 150:8,
151:19, 159:5,
166:17, 221:19,
229:10, 230:24,
249:11
**COVERING** [4] - 31:1,
52:12, 151:18, 231:2
**COVERS** [1] - 178:17
**CRAFT** [2] - 42:21,
221:22
**CRAFTING** [2] - 45:16,
220:9
**CREATE** [10] - 124:6,
129:16, 141:19,
184:18, 218:14,
222:5, 223:17,
224:4, 243:6, 243:17
**CREATED** [6] -
184:19, 184:20,

211:8, 222:13,
222:14, 223:1
**CREATING** [1] - 243:9
**CREATION** [1] - 59:7
**CREDITS** [4] - 219:18,
219:24, 220:2,
242:22
**CREDULITY** [1] -
220:21
**CRITICAL** [1] - 127:17
**CRITICIZES** [1] - 85:8
**CROSS** [5] - 97:18,
108:20, 142:22,
193:10, 254:3
**CROSS-
  EXAMINATION** [2] -
142:22, 193:10
**CRY** [1] - 218:15
**CRYSTAL** [1] - 18:9
**CUELLAR** [2] - 241:3,
241:4
**CUMULATIVE** [2] -
162:15, 164:18
**CURRENT** [11] - 7:10,
60:13, 88:19,
114:21, 116:14,
119:4, 139:7, 139:8,
140:22, 197:11,
228:25
**CURRENTLY** [19] -
26:18, 27:12, 35:25,
88:22, 99:4, 99:12,
99:23, 109:9,
116:14, 144:8,
144:11, 144:17,
147:24, 206:20,
207:20, 212:5,
215:11, 229:10,
230:2
**CURRICULUM** [2] -
114:14, 143:6
**CV** [5] - 56:10, 98:2,
165:17, 165:22,
169:12
**CYCLES** [1] - 129:6
**CYNTHIA** [6] - 23:6,
93:6, 157:24,
162:13, 162:18,
254:12

# D

**D.C** [5] - 18:16, 27:21,
39:14, 42:10, 215:22
**DAILY** [3] - 126:2,
195:4, 195:6
**DAMAGE** [2] - 35:23,
237:2
**DAMAGES** [1] - 7:9
**DAME** [2] - 34:5

**DANGEROUS** [1] - 137:11
**DANISH** [2] - 107:22, 108:2
**DAPA** [1] - 16:23
**DATA** [36] - 62:6, 70:10, 70:11, 75:2, 75:5, 75:11, 75:19, 88:4, 88:5, 88:7, 88:11, 89:7, 91:4, 93:22, 94:14, 94:16, 94:23, 111:13, 111:15, 111:17, 111:18, 112:3, 112:13, 112:15, 154:4, 155:2, 181:24, 184:9, 184:11, 184:13, 185:1, 185:12, 185:21, 185:25
**DATABASE** [3] - 94:2, 94:25, 95:2
**DATE** [5] - 24:20, 24:24, 24:25, 207:2, 253:8
**DATES** [1] - 164:1
**DAVIS** [77] - 2:11, 4:16, 4:17, 25:19, 25:21, 25:22, 27:18, 28:4, 28:23, 29:6, 29:8, 29:13, 29:15, 30:19, 31:5, 31:13, 31:16, 31:23, 32:4, 32:14, 32:23, 33:3, 33:14, 33:20, 33:22, 36:16, 36:23, 37:14, 38:12, 38:24, 39:6, 40:13, 40:18, 40:24, 41:24, 42:13, 42:16, 44:14, 44:16, 44:20, 45:20, 46:1, 46:7, 46:25, 48:18, 49:4, 49:23, 50:18, 52:4, 53:1, 53:13, 54:1, 54:3, 55:9, 57:19, 210:9, 211:1, 235:18, 235:21, 236:5, 236:13, 236:24, 238:2, 238:15, 238:22, 239:11, 241:17, 241:22, 242:2, 242:4, 242:7, 245:15, 245:18, 245:22, 246:4, 246:17, 252:10
**DAY** [4] - 53:18, 192:25, 217:20, 230:19
**DAYS** [3] - 8:16,

228:10, 244:9
**DAYS'** [1] - 230:16
**DC** [2] - 2:13, 2:18
**DE** [2] - 241:3, 241:4
**DEALS** [1] - 214:20
**DEAN** [1] - 61:9
**DEATH** [1] - 128:6
**DEBATE** [1] - 247:1
**DEBILITATED** [1] - 126:3
**DEBILITATING** [2] - 125:20, 125:23
**DECEMBER** [3] - 1:8, 200:1, 209:17
**DECIDE** [7] - 28:15, 44:2, 78:13, 82:17, 178:24, 247:6, 248:17
**DECIDED** [11] - 8:22, 8:25, 16:24, 24:21, 46:20, 52:11, 82:13, 188:3, 225:25, 245:20, 246:6
**DECIDES** [2] - 33:1, 135:2
**DECIDING** [2] - 29:2, 160:17
**DECISION** [53] - 16:19, 16:21, 17:2, 17:19, 18:16, 37:1, 37:4, 37:22, 37:23, 38:3, 38:6, 39:16, 40:1, 40:3, 41:11, 42:10, 63:3, 66:9, 66:11, 82:16, 82:19, 85:9, 100:15, 108:18, 112:24, 120:20, 132:20, 152:14, 168:21, 171:6, 172:25, 174:10, 180:23, 181:10, 182:24, 189:17, 189:21, 211:9, 211:18, 212:3, 216:25, 217:18, 219:3, 219:15, 220:8, 223:9, 225:16, 226:19, 226:23, 227:5, 246:2, 246:11
**DECISION-MAKERS** [2] - 82:16, 82:19
**DECISION-MAKING** [11] - 63:3, 85:9, 100:15, 152:14, 168:21, 171:6, 180:23, 181:10, 182:24, 189:17, 189:21
**DECISIONS** [2] -

74:13, 233:14
**DECLARATION** [49] - 10:3, 10:6, 10:7, 10:9, 10:10, 10:15, 10:16, 10:17, 10:18, 10:22, 10:23, 10:24, 22:2, 22:16, 26:23, 56:18, 65:8, 65:19, 98:1, 98:8, 98:17, 100:19, 143:4, 143:5, 143:12, 143:15, 143:18, 143:19, 146:16, 146:17, 147:12, 150:22, 151:22, 164:13, 165:11, 193:17, 193:24, 194:3, 194:7, 194:8, 194:10, 194:12, 194:23, 195:9, 196:6, 198:9, 199:18
**DECLARATIONS** [2] - 6:4, 114:11
**DECLINE** [3] - 70:20, 70:22, 224:17
**DECLINED** [4] - 70:5, 94:5, 106:25, 197:9
**DECLINING** [1] - 197:3
**DECREASED** [3] - 70:16, 126:10, 126:12
**DEDUCTIBLE** [1] - 79:15
**DEDUCTIBLES** [1] - 178:20
**DEEP** [3] - 24:7, 103:22, 220:4
**DEFENDANT'S** [2] - 17:11, 251:19
**DEFENDANTS** [8] - 6:17, 8:11, 8:14, 24:6, 43:12, 222:18, 235:17, 251:22
**DEFENDERS** [1] - 241:18
**DEFENSE** [3] - 3:25, 25:18, 222:10
**DEFER** [2] - 241:7, 249:18
**DEFERENCE** [17] - 18:22, 19:18, 45:11, 45:19, 47:2, 47:3, 47:11, 51:16, 51:21, 52:10, 218:22, 219:2, 219:23, 240:25, 241:6, 242:21, 251:6
**DEFIES** [1] - 235:6
**DEFINE** [1] - 212:10

**DEFINED** [1] - 250:4
**DEFINING** [1] - 220:17
**DEFINITELY** [1] - 238:24
**DEFINITION** [3] - 126:17, 206:20, 207:21
**DEFINITIVE** [2] - 75:3, 111:21
**DEFINITIVELY** [1] - 95:3
**DEGREE** [10] - 31:25, 89:4, 96:5, 97:4, 123:15, 128:11, 138:22, 163:25, 167:7, 188:18
**DELAY** [4] - 40:3, 40:4, 40:6, 192:13
**DELAYED** [1] - 72:1
**DELAYING** [1] - 52:18
**DELEGATED** [7] - 19:6, 45:13, 220:8, 220:22, 223:10, 242:24, 242:25
**DELEGATES** [1] - 44:2
**DELEGATION** [4] - 42:23, 220:12, 223:1, 243:2
**DELEGATIONS** [1] - 243:1
**DELIBERATIONS** [2] - 73:15, 86:7
**DELIVERED** [1] - 59:2
**DEMAND** [1] - 251:3
**DEMONSTRATE** [1] - 184:16
**DEMONSTRATED** [1] - 23:17
**DEMONSTRATES** [1] - 22:10
**DEMONSTRATIVE** [4] - 24:11, 55:17, 55:20, 163:6
**DENIED** [2] - 230:11, 247:4
**DENY** [1] - 247:7
**DENYING** [1] - 27:9
**DEPARTMENT** [32] - 2:10, 2:15, 3:4, 3:5, 3:7, 4:18, 4:21, 4:24, 5:2, 5:5, 12:13, 12:24, 13:6, 31:18, 31:21, 31:23, 32:10, 32:11, 33:17, 33:18, 33:19, 67:2, 78:12, 87:2, 87:10, 161:6, 161:9, 179:14, 205:25, 240:6, 240:9, 247:2

**DEPEND** [2] - 32:5, 79:20
**DEPENDING** [3] - 90:19, 150:11, 215:1
**DEPENDS** [3] - 79:19, 119:13, 135:9
**DEPLETION** [1] - 126:9
**DEPO** - 175:8
**DEPO-PROVERA** [1] - 175:8
**DEPOSED** [1] - 34:18
**DEPOSITIONS** [1] - 65:6
**DEPRESSED** [1] - 71:18
**DEPRESSION** [2] - 104:12, 107:6
**DEPRIVED** [1] - 127:23
**DEPTH** [2] - 155:3, 164:3
**DEPUTY** [5] - 4:2, 4:6, 4:9, 4:14, 4:17
**DESCRIBE** [6] - 40:19, 59:15, 123:9, 131:15, 147:11, 166:23
**DESCRIBED** [4] - 120:23, 128:16, 141:4, 221:13
**DESCRIBES** [3] - 75:9, 85:4, 246:2
**DESCRIBING** [1] - 187:24
**DESCRIPTIVE** [1] - 102:6
**DESIGNATED** [1] - 87:13
**DESIGNED** [1] - 59:17
**DESIRE** [1] - 179:3
**DESIRES** [1] - 172:6
**DESPITE** [3] - 82:22, 229:6, 235:1
**DESTEFANO** [2] - 47:16, 240:20
**DETAIL** [1] - 229:20
**DETAILS** [2] - 164:2, 182:7
**DETERMINATION** [6] - 28:15, 30:10, 41:14, 41:19, 41:22, 49:19
**DETERMINE** [14] - 28:11, 28:12, 30:16, 32:21, 49:10, 66:8, 101:25, 109:14, 112:23, 120:19, 161:19, 172:24, 212:13, 221:19

DETERMINED [3] -
3:11, 8:21, 78:25
DETERMINES [2] -
39:8, 216:6
DETERMINING [2] -
32:12, 46:18
DEVELOP [2] - 43:7,
45:4
DEVELOPED [1] -
49:12
DEVELOPMENT [1] -
103:6
DEVICE [10] - 92:17,
130:22, 134:7,
134:22, 134:24,
135:3, 135:23,
175:1, 192:10
DEVICES [5] - 76:10,
76:13, 90:17, 92:7,
135:21
DIABETIC [1] - 71:21
DIAGNOSED [1] -
127:12
DIAGNOSES [1] -
132:19
DID [122] - 5:13, 8:8,
15:22, 17:4, 26:22,
30:6, 36:15, 38:15,
39:12, 40:17, 43:8,
47:22, 52:2, 52:7,
55:14, 56:24, 57:15,
58:12, 58:17, 58:20,
58:22, 59:15, 59:22,
60:1, 60:10, 67:16,
67:22, 69:14, 69:15,
73:11, 73:15, 78:2,
78:10, 78:18, 79:10,
80:18, 80:19, 80:23,
83:25, 85:16, 85:17,
85:20, 90:2, 92:9,
93:3, 93:15, 96:24,
97:25, 98:7, 102:5,
102:19, 104:15,
104:18, 104:21,
110:6, 114:24,
115:1, 115:3, 115:5,
115:7, 115:8,
115:10, 115:12,
115:13, 133:16,
136:14, 136:18,
143:3, 143:11,
150:15, 154:14,
154:19, 154:21,
154:22, 154:24,
154:25, 163:17,
167:11, 167:12,
167:15, 167:17,
178:23, 179:23,
181:5, 181:8,
182:19, 183:4,

183:11, 184:17,
184:21, 188:13,
192:21, 192:22,
193:16, 194:4,
194:6, 194:14,
194:16, 194:20,
196:5, 197:24,
198:15, 198:16,
199:24, 199:25,
200:25, 201:9,
210:5, 218:5,
218:12, 226:20,
227:3, 227:5,
228:20, 243:14,
244:5, 245:16,
245:18, 249:7
DIDN'T [8] - 40:16,
65:20, 65:23, 80:14,
159:20, 183:4,
188:5, 188:24
DIE [2] - 128:1, 142:10
DIFFERENCE [6] -
111:16, 145:24,
181:8, 183:2,
186:22, 234:1
DIFFERENCES [5] -
111:3, 111:4,
131:11, 183:5,
186:19
DIFFERENT [34] -
17:5, 24:16, 28:20,
36:22, 36:25, 50:2,
50:8, 52:6, 53:11,
59:1, 59:18, 61:19,
133:2, 152:6, 174:4,
178:10, 178:21,
179:5, 180:19,
180:20, 182:21,
182:22, 185:14,
186:1, 187:20,
198:12, 205:21,
215:3, 229:24,
236:23, 236:25,
237:3, 241:11, 248:6
DIFFERENTLY [2] -
214:14, 246:5
DIFFERS [1] - 187:16
DIFFICULT [3] - 51:8,
140:23, 228:22
DIFFICULTY [2] -
117:14, 137:1
DIG [1] - 134:17
DIMINISHED [1] -
127:8
DIOCESAN [1] -
207:21
DIOCESE [3] - 206:10,
207:11, 208:1
DIRECT [20] - 16:6,
16:12, 16:25, 17:8,

17:13, 54:25, 74:17,
81:12, 82:20, 82:21,
84:6, 84:17, 86:13,
113:22, 114:7,
150:19, 151:22,
165:3, 230:5, 254:3
DIRECTED [2] - 20:5,
218:13
DIRECTION [2] -
16:17, 222:25
DIRECTLY [3] - 39:13,
205:19, 224:7
DIRECTOR [2] -
170:14, 170:15
DIRECTORS [1] -
30:13
DISADVANTAGE [1] -
103:19
DISAGREE [5] -
49:24, 51:6, 107:3,
226:3, 239:1
DISAGREED [1] -
85:23
DISAGREEING [1] -
245:23
DISCLOSE [1] -
120:17
DISCLOSED [3] -
65:8, 65:11, 172:19
DISCLOSURE [3] -
64:23, 65:1, 181:23
DISCONTINUED [1] -
80:24
DISCOURAGE [2] -
79:25, 96:14
DISCRETION [4] -
45:3, 45:4, 46:18,
46:20
DISCRIMINATION [7]
- 9:11, 32:9, 48:6,
48:13, 49:17, 49:18,
71:6
DISCRIMINATORY [2]
- 48:10, 48:13
DISCUSS [5] - 78:10,
143:14, 171:7,
172:6, 174:3
DISCUSSED [10] -
16:9, 17:18, 18:14,
41:3, 131:20,
141:25, 212:8,
224:12, 226:5, 243:7
DISCUSSING [1] -
42:1
DISCUSSION [6] -
35:13, 74:3, 218:18,
223:4, 237:14,
246:23
DISCUSSIONS [2] -
28:5, 73:14

DISEASE [4] - 126:19,
127:12, 127:22,
128:3
DISORDER [10] -
123:9, 123:20,
124:1, 124:15,
125:2, 125:19,
126:7, 126:8, 127:4,
137:20
DISORDERS [19] -
115:22, 117:16,
117:17, 117:18,
123:5, 123:11,
123:25, 125:1,
126:6, 128:8,
128:14, 128:17,
128:21, 137:16,
137:18, 141:25,
142:2, 142:3, 142:6
DISPARATE [7] -
47:18, 47:21, 47:24,
47:25, 48:1, 48:7,
48:9
DISRUPTED [1] -
202:6
DISRUPTION [1] -
202:3
DISRUPTIONS [1] -
149:11
DISRUPTIVE [1] - 72:9
DISSENT [7] - 84:19,
85:3, 85:16, 85:19,
85:21, 85:23, 86:22
DISSENTED [2] -
84:22, 85:2
DISSENTING [1] -
86:14
DISSERTATION [1] -
59:20
DISTINCTION [2] -
91:13, 213:10
DISTINGUISHED [2] -
60:16, 60:23
DISTRICT [6] - 1:1,
1:2, 17:19, 206:14,
207:16, 215:22
DIVERSE [2] - 62:3,
121:15
DIVIDED [10] - 16:18,
17:2, 36:6, 36:18,
37:6, 37:8, 37:18,
37:23, 38:7, 185:16
DIVISION [8] - 2:11,
4:4, 166:4, 170:10,
170:11, 170:12,
170:13, 170:15
DO [250] - 3:21, 3:22,
7:4, 9:8, 17:22,
18:12, 21:22, 23:22,
23:24, 23:25, 24:3,

24:15, 24:16, 30:16,
34:12, 37:11, 37:12,
39:1, 39:4, 39:10,
41:18, 42:2, 44:9,
45:2, 47:2, 47:13,
48:23, 48:25, 49:9,
49:10, 51:17, 52:25,
53:16, 53:18, 53:24,
54:6, 55:4, 55:13,
56:2, 56:9, 57:3,
59:22, 61:10, 61:11,
61:20, 62:3, 62:9,
62:10, 62:20, 66:17,
66:18, 68:16, 69:20,
70:3, 70:8, 70:16,
73:3, 78:23, 80:2,
83:19, 83:20, 84:5,
84:6, 84:19, 84:24,
85:2, 86:3, 86:16,
87:8, 89:4, 91:3,
91:14, 95:4, 95:16,
95:18, 95:21, 95:24,
96:4, 97:3, 99:3,
99:5, 99:11, 99:15,
99:18, 99:22, 101:1,
105:3, 106:2, 106:7,
106:8, 107:2,
108:24, 109:20,
110:10, 110:24,
111:13, 112:5,
114:2, 115:3, 115:7,
115:10, 115:12,
115:23, 116:14,
117:3, 117:5, 117:6,
117:7, 117:8, 117:9,
117:10, 117:12,
117:15, 118:2,
118:4, 118:5, 119:9,
119:14, 119:15,
119:22, 119:24,
121:13, 121:14,
121:21, 121:24,
122:1, 122:5,
123:19, 125:4,
127:10, 128:13,
129:2, 130:5, 130:8,
130:19, 130:25,
131:10, 132:9,
132:22, 133:13,
134:6, 137:11,
137:13, 138:9,
138:12, 138:16,
138:19, 138:21,
140:10, 141:5,
141:20, 144:7,
144:9, 144:10,
144:13, 144:16,
144:20, 146:6,
153:8, 153:18,
153:24, 154:2,
156:1, 156:13,

156:14, 156:15,
157:11, 158:16,
159:9, 162:17,
163:19, 165:23,
166:9, 166:10,
167:25, 169:4,
169:16, 170:7,
171:18, 173:11,
173:13, 174:11,
175:13, 177:7,
178:2, 178:3,
178:14, 179:10,
188:15, 189:10,
190:21, 194:11,
194:13, 194:22,
195:2, 196:25,
197:2, 198:3, 198:5,
198:7, 200:7,
200:10, 200:14,
200:16, 200:19,
203:4, 203:6, 204:5,
204:15, 205:7,
205:20, 205:24,
208:15, 208:19,
210:18, 212:13,
212:15, 212:24,
213:21, 214:19,
215:6, 216:23,
218:10, 219:1,
220:25, 227:24,
228:4, 229:7,
230:23, 230:25,
231:5, 234:12,
236:9, 246:3,
247:13, 249:4,
249:7, 252:15,
252:16, 252:22
**DOCTOR** [28] - 22:18,
23:13, 57:17, 60:19,
60:21, 61:6, 80:4,
117:3, 117:11,
119:9, 121:13,
121:25, 123:21,
131:23, 147:17,
165:21, 166:7,
167:23, 171:12,
175:19, 176:1,
177:6, 180:2,
183:23, 190:2,
192:5, 192:25, 193:5
**DOCTOR'S** [1] - 119:4
**DOCTORAL** [2] -
59:19, 61:6
**DOCTORS** [4] - 12:7,
60:23, 203:5, 239:16
**DOCTRINE** [1] - 15:15
**DOCUMENT** [24] -
56:9, 56:17, 68:2,
84:4, 114:13, 138:6,
143:6, 148:1, 158:5,

158:7, 158:11,
159:2, 159:19,
161:8, 165:9,
165:16, 175:23,
184:1, 207:2, 228:8,
228:10, 244:4,
244:10, 244:11
**DOCUMENTED** [2] -
81:24, 195:19
**DOCUMENTS** [16] -
5:19, 97:25, 114:18,
114:21, 143:3,
143:10, 186:6,
193:16, 193:18,
193:19, 193:21,
232:4, 232:6, 235:9,
251:25, 252:1
**DOES** [91] - 15:7,
15:12, 16:6, 18:11,
18:12, 19:16, 19:25,
20:7, 28:10, 28:11,
28:15, 28:25, 29:13,
29:21, 30:13, 30:25,
31:3, 31:5, 31:19,
36:11, 41:8, 43:25,
44:1, 44:9, 46:13,
46:23, 50:20, 50:21,
51:12, 53:13, 55:12,
61:24, 71:11, 75:7,
79:8, 81:17, 83:1,
83:3, 83:19, 85:11,
90:15, 96:24,
115:19, 118:11,
118:14, 122:14,
122:16, 122:17,
122:19, 122:20,
122:22, 123:25,
124:19, 125:17,
128:23, 135:8,
142:12, 147:5,
150:11, 159:15,
160:13, 160:15,
161:6, 169:13,
173:19, 174:12,
179:11, 179:18,
188:13, 208:12,
212:10, 214:16,
215:21, 216:1,
216:11, 216:12,
218:22, 224:20,
224:24, 225:4,
225:7, 225:25,
227:6, 232:12,
234:6, 238:20,
248:15, 248:19,
250:16
**DOESN'T** [2] - 13:10,
82:25
**DOING** [21] - 45:8,
45:24, 48:21, 97:22,

122:12, 129:7,
141:24, 157:13,
157:19, 159:16,
160:1, 160:16,
181:16, 193:14,
193:25, 210:11,
210:16, 221:25,
226:12, 246:15,
251:2
**DOLLARS** [4] - 13:2,
81:19, 92:16, 219:25
**DON'T** [92] - 15:22,
19:1, 24:4, 25:15,
26:25, 27:22, 31:14,
32:23, 34:19, 35:22,
35:23, 36:10, 36:23,
40:13, 40:18, 41:21,
42:6, 44:11, 45:21,
46:11, 51:15, 55:13,
57:2, 57:5, 62:15,
74:1, 75:18, 81:3,
90:15, 91:12, 92:19,
95:8, 108:21,
110:12, 110:14,
111:9, 127:5,
137:23, 139:14,
139:17, 140:7,
146:1, 150:2,
159:14, 160:10,
161:3, 161:4, 161:5,
161:7, 161:10,
161:11, 161:17,
161:25, 164:24,
183:9, 184:10,
192:24, 197:10,
197:20, 199:8,
199:13, 200:11,
202:5, 202:11,
202:22, 203:8,
206:15, 209:25,
215:5, 216:14,
223:6, 226:18,
228:7, 228:24,
233:24, 236:8,
236:10, 237:25,
238:15, 239:7,
243:16, 245:12,
245:25, 246:7,
247:9, 250:7,
250:23, 251:2,
251:3, 252:15,
252:23
**DONALD** [4] - 1:5,
2:19, 3:3
**DONE** [9] - 62:18,
64:1, 89:17, 109:25,
110:13, 184:5,
216:11, 220:7,
234:20
**DOUBLED** [1] - 90:9

**DOUBT** [3] - 20:14,
30:2, 99:18
**DOWN** [9] - 21:22,
70:13, 76:6, 175:3,
175:5, 189:11,
229:11, 234:24,
241:22
**DOZENS** [1] - 26:1
**DR** [48] - 22:1, 22:15,
23:6, 55:2, 56:7,
64:16, 65:7, 65:17,
84:25, 85:1, 85:3,
85:21, 86:9, 86:21,
93:6, 97:20, 104:24,
105:14, 113:9,
113:16, 113:25,
120:11, 142:24,
146:7, 147:22,
150:7, 151:8,
151:25, 152:17,
152:24, 162:13,
163:3, 163:4,
163:14, 163:16,
163:17, 164:4,
164:11, 165:6,
172:12, 173:10,
181:2, 182:5,
184:12, 191:25,
193:12, 193:16,
224:16
**DRAFT** [12] - 84:3,
158:19, 159:5,
159:10, 159:22,
160:3, 160:4,
160:14, 161:1,
161:5, 162:1, 242:16
**DRAFTED** [3] -
184:12, 227:23,
227:24
**DRAW** [3] - 49:15,
49:21
**DRAWING** [1] - 248:16
**DRAWN** [1] - 107:3
**DRINK** [1] - 252:24
**DRIVE** [1] - 171:17
**DRIVING** [1] - 156:21
**DROP** [3] - 26:24,
34:3, 187:20
**DROPPED** [2] - 187:1,
188:13
**DROPPING** [1] - 228:3
**DRS** [2] - 235:24,
236:14
**DRUG** [2] - 71:6, 78:5
**DUE** [8] - 13:14,
13:20, 81:14,
131:20, 198:13,
199:7, 202:21,
202:23
**DUNK** [1] - 226:22

**DUPLICATIVE** [2] -
23:23, 164:11
**DURATION** [1] - 124:3
**DURING** [13] - 28:6,
59:14, 59:23, 71:19,
71:24, 115:10,
116:2, 131:12,
133:22, 158:13,
168:18, 188:10,
188:11
**DUTIES** [1] - 118:10
**DUTY** [2] - 19:10, 35:5

## E

**EACH** [5] - 3:15, 3:18,
5:11, 75:10, 220:1
**EARLIER** [20] - 19:1,
34:25, 35:13, 44:23,
100:2, 170:9, 171:1,
173:17, 181:2,
182:10, 192:5,
210:13, 212:8,
217:12, 219:1,
232:11, 233:10,
239:25, 240:3, 243:7
**EARLY** [1] - 126:13
**EASILY** [1] - 137:6
**EAST** [1] - 171:16
**EASTERN** [1] - 1:2
**EASY** [2] - 89:8,
226:23
**ECONOMIC** [9] - 7:9,
7:16, 7:17, 7:19,
14:6, 15:2, 15:13,
72:11, 220:4
**ECONOMIST** [1] -
85:3
**EDITORIAL** [2] -
101:15, 169:7
**EDUCATION** [6] -
56:24, 64:17, 72:9,
114:24, 115:23,
120:12
**EDUCATIONAL** [2] -
72:22, 166:23
**EFFECT** [34] - 15:1,
22:9, 23:19, 26:6,
37:19, 70:14, 71:1,
80:11, 83:4, 87:8,
94:7, 94:11, 96:5,
99:9, 104:15,
104:18, 112:14,
112:15, 136:13,
137:3, 141:6,
141:20, 144:21,
144:24, 145:7,
145:10, 145:15,
156:4, 170:24,
171:4, 188:23,

188:24, 192:14, 239:5
**EFFECTIVE** [42] - 10:12, 10:20, 11:12, 11:21, 12:1, 13:20, 22:11, 22:12, 23:20, 25:7, 70:23, 73:9, 74:14, 76:7, 77:6, 78:24, 79:1, 81:12, 83:9, 90:8, 92:13, 96:20, 135:21, 135:22, 135:23, 135:24, 156:3, 174:13, 174:16, 174:19, 174:21, 175:2, 176:5, 176:12, 177:2, 189:24, 189:25, 191:22, 195:20, 196:2, 216:17
**EFFECTIVENESS** [21] - 74:10, 75:4, 75:6, 75:10, 75:11, 81:23, 82:14, 83:20, 85:6, 86:2, 86:3, 90:11, 101:1, 174:11, 174:18, 175:9, 175:10, 175:12, 175:18, 176:8, 176:16
**EFFECTS** [12] - 19:15, 74:7, 74:10, 78:1, 103:20, 107:9, 107:17, 108:12, 174:4, 174:6, 190:15, 237:19
**EFFICACY** [3] - 78:1, 129:20, 175:5
**EFFICIENT** [1] - 8:14
**EFFORTS** [1] - 8:6
**EIGHT** [8] - 51:25, 54:10, 67:18, 67:21, 85:17, 87:5, 91:17, 92:7
**EIGHTFOLD** [1] - 91:24
**EITHER** [20] - 69:25, 73:7, 79:13, 87:21, 88:10, 90:22, 90:23, 91:20, 125:21, 136:20, 136:21, 159:6, 172:7, 186:22, 199:10, 199:13, 208:7, 214:12, 218:23, 234:1
**ELABORATE** [1] - 240:2
**ELEMENT** [1] - 240:12
**ELEMENTS** [1] - 17:13

**ELEVATED** [2] - 108:8, 155:10
**ELICIT** [1] - 163:1
**ELICITED** [1] - 24:8
**ELIGIBLE** [4] - 14:9, 217:25, 230:3, 231:10
**ELIMINATE** [2] - 199:21, 230:14
**ELIMINATED** [1] - 83:22
**ELIMINATION** [1] - 156:10
**ELIZABETH** [6] - 2:15, 4:20, 58:2, 58:3, 97:22, 143:1
**ELMO** [4] - 74:19, 81:7, 90:14, 101:11
**ELSE** [12] - 37:17, 52:3, 54:2, 93:3, 112:18, 143:8, 143:16, 148:19, 190:1, 196:8, 244:1, 252:7
**ELSE'S** [1] - 155:6
**ELSEWHERE** [1] - 7:14
**EMERGENCY** [2] - 167:22, 168:13
**EMERGES** [1] - 17:18
**EMPHASIZED** [1] - 226:24
**EMPIRICAL** [1] - 100:21
**EMPLOYED** [5] - 166:2, 200:4, 200:5, 200:11, 212:5
**EMPLOYEE** [7] - 32:5, 33:16, 34:22, 237:5, 240:3, 240:14, 247:4
**EMPLOYEE'S** [1] - 151:19
**EMPLOYEES** [15] - 13:8, 13:13, 27:5, 27:13, 31:17, 43:13, 52:13, 121:18, 208:8, 212:3, 244:9, 247:19, 249:4, 249:7, 249:13
**EMPLOYER** [38] - 7:4, 26:23, 29:24, 29:25, 30:5, 30:24, 32:17, 33:6, 33:9, 34:3, 34:21, 42:22, 48:5, 48:8, 71:3, 79:12, 90:4, 94:25, 98:21, 98:25, 146:4, 165:25, 199:22, 227:16, 228:4, 230:3, 230:13,

231:2, 235:5, 236:17, 240:4, 240:16, 243:15, 244:8, 247:5, 247:22
**EMPLOYER'S** [1] - 7:2
**EMPLOYER-BASED** [4] - 71:3, 79:12, 90:4, 94:25
**EMPLOYER-SPONSORED** [2] - 199:22, 230:3
**EMPLOYERS** [25] - 13:5, 13:11, 13:16, 13:17, 13:22, 23:5, 25:4, 27:3, 35:25, 96:10, 99:3, 99:11, 144:7, 144:10, 144:24, 149:23, 199:1, 227:24, 230:18, 231:24, 239:6, 244:25, 247:20, 249:13, 250:18
**EMPLOYERS'** [1] - 247:3
**EMPOWERED** [1] - 177:20
**ENACT** [1] - 49:20
**ENACTED** [3] - 39:19, 43:6, 44:7
**ENACTMENT** [1] - 208:17
**ENAMORED** [1] - 240:18
**ENCOUNTER** [1] - 179:10
**ENCOURAGED** [1] - 12:14
**END** [10] - 53:17, 136:3, 181:18, 182:25, 183:1, 183:19, 186:5, 186:16, 187:1, 187:21
**ENDEAVOR** [2] - 239:4, 252:6
**ENDED** [1] - 209:17
**ENDOCRINE** [1] - 117:15
**ENDOCRINOLOGIST** [1] - 116:16
**ENDOCRINOLOGY** [8] - 114:4, 115:14, 115:17, 115:20, 116:2, 116:7, 116:9, 118:8
**ENDOMETRIAL** [1] - 108:16
**ENDOMETRIOSIS** [5] - 125:9, 125:10,

125:14, 125:16, 129:24
**ENDS** [1] - 134:13
**ENFORCE** [5] - 7:23, 21:7, 35:5, 233:19, 240:7
**ENFORCED** [1] - 233:23
**ENFORCEMENT** [1] - 240:13
**ENFORCING** [4] - 21:13, 33:25, 214:8, 214:24
**ENGAGE** [2] - 48:5, 225:19
**ENGLAND** [1] - 70:19
**ENHANCES** [1] - 129:20
**ENJOIN** [2] - 8:12, 215:6
**ENOUGH** [4] - 11:7, 51:1, 162:7, 246:4
**ENROLL** [1] - 14:3
**ENROLLED** [4] - 12:21, 182:16, 186:11, 187:25
**ENROLLMENT** [3] - 14:2, 25:1, 25:10
**ENTIRE** [5] - 28:13, 85:18, 85:19, 199:14, 223:17
**ENTIRELY** [1] - 232:20
**ENTIRETY** [2] - 100:24, 152:1
**ENTITIES** [27] - 26:2, 29:2, 41:7, 50:22, 51:2, 51:4, 99:22, 144:16, 197:23, 198:4, 198:23, 205:6, 229:21, 231:12, 232:2, 232:7, 232:9, 232:15, 232:17, 232:21, 232:23, 233:21, 243:20, 243:22, 243:24, 249:11
**ENTITLED** [20] - 30:22, 35:21, 36:19, 37:1, 37:19, 37:24, 38:7, 45:11, 45:19, 47:1, 47:3, 52:10, 84:19, 102:5, 219:5, 242:20, 251:6, 253:5
**ENTITY** [9] - 28:12, 31:22, 47:14, 48:15, 49:18, 50:5, 226:20, 230:13, 248:2
**ENTRY** [1] - 72:1

**ENVIRONMENT** [2] - 19:14, 21:5
**ENVIRONMENTAL** [2] - 19:5, 118:25
**EPA** [13] - 16:10, 18:15, 19:2, 19:6, 19:7, 19:8, 20:13, 21:1, 21:5, 35:12, 35:17, 66:10, 233:12
**EPA'S** [1] - 19:11
**EPIDEMIOLOGY** [2] - 115:25, 167:13
**EQUAL** [1] - 9:9
**EQUALLY** [8] - 36:6, 36:18, 37:5, 37:8, 37:18, 37:23, 38:7, 50:8
**EQUALS** [2] - 187:18, 187:19
**ERA** [1] - 239:23
**ERISA** [5] - 13:12, 24:25, 230:25, 240:6, 240:7
**ERODED** [1] - 19:21
**ESCAPE** [1] - 26:20
**ESPECIALLY** [3] - 59:19, 134:13, 220:7
**ESQUIRE** [11] - 1:11, 2:2, 2:3, 2:6, 2:6, 2:11, 2:15, 2:16, 2:16, 2:17, 2:17
**ESSENCE** [1] - 18:20
**ESSENTIALLY** [7] - 19:3, 139:4, 212:19, 216:15, 218:8, 218:13, 247:18
**ESTABLISH** [2] - 17:1, 111:3
**ESTABLISHED** [3] - 58:25, 155:23, 155:24
**ESTABLISHES** [1] - 235:13
**ESTABLISHMENT** [1] - 9:11
**ESTIMATE** [16] - 62:16, 62:18, 99:5, 133:19, 133:22, 136:23, 197:4, 228:22, 229:9, 229:12, 230:1, 237:18, 238:3, 238:4, 238:23, 239:2
**ESTIMATED** [3] - 81:13, 81:15, 229:16
**ESTIMATES** [5] - 12:24, 89:21, 229:8, 229:17, 235:8
**ESTIMATING** [1] - 91:23

**ESTROGEN** [5] - 127:5, 127:11, 127:20, 127:23, 128:1

**ET** [4] - 1:5, 2:19, 83:14, 205:4

**ETHAN** [3] - 2:11, 4:17, 25:22

**EVALUATION** [3] - 81:24, 117:13, 132:12

**EVEN** [30] - 14:24, 19:1, 24:23, 34:13, 37:7, 39:2, 40:19, 41:8, 42:6, 46:13, 50:8, 50:13, 50:20, 51:6, 51:15, 79:24, 80:2, 80:11, 96:13, 144:23, 153:9, 197:4, 198:19, 219:3, 226:9, 228:2, 228:24, 231:23, 244:24, 249:5

**EVENING** [2] - 6:1, 252:12

**EVENLY** [2] - 16:18, 17:2

**EVENT** [1] - 42:8

**EVENTS** [1] - 103:20

**EVER** [5] - 34:9, 61:21, 68:2, 124:14, 225:15

**EVERY** [10] - 37:20, 79:22, 94:20, 172:6, 192:25, 194:20, 197:3, 197:9, 239:19, 248:24

**EVERYBODY** [4] - 6:13, 33:1, 232:12, 232:13

**EVERYONE** [3] - 54:9, 101:11, 207:13

**EVERYONE'S** [1] - 104:8

**EVERYTHING** [8] - 24:7, 24:10, 55:15, 55:16, 55:23, 98:5, 164:3, 165:23

**EVIDENCE** [33] - 43:3, 43:24, 48:8, 55:11, 56:5, 62:10, 67:5, 68:4, 71:16, 83:12, 83:17, 83:19, 83:20, 85:9, 86:6, 100:21, 101:3, 106:7, 114:8, 152:3, 152:6, 155:19, 155:20, 155:24, 156:19, 158:11, 164:14, 172:21, 172:23,

191:1, 224:12, 229:22, 231:14

**EVIDENCE-BASED** [1] - 85:9

**EVIDENTIARY** [1] - 235:23

**EXACT** [2] - 50:1, 70:10

**EXACTLY** [7] - 12:8, 52:1, 159:21, 180:6, 210:24, 212:10, 228:22

**EXAM** [2] - 47:17, 47:18

**EXAMINATION** [9] - 54:25, 97:18, 105:6, 113:22, 142:22, 152:22, 165:3, 175:17, 193:10

**EXAMPLE** [17] - 12:2, 16:10, 27:8, 34:3, 71:18, 71:21, 80:16, 130:11, 169:21, 194:6, 194:24, 195:15, 199:16, 203:13, 219:16, 242:14, 250:25

**EXAMPLES** [4] - 62:24, 107:2, 168:9, 232:14

**EXCELLENT** [2] - 93:16, 155:21

**EXCEPT** [7] - 24:10, 36:20, 55:16, 55:23, 68:17, 215:21, 225:11

**EXCEPTION** [7] - 6:24, 26:19, 35:9, 44:18, 77:13, 222:15, 225:12

**EXCEPTIONS** [6] - 6:21, 6:24, 44:11, 44:13, 243:18, 250:10

**EXCESSIVELY** [2] - 123:12

**EXCHANGE** [1] - 219:19

**EXCHANGES** [2] - 220:3, 242:23

**EXCISE** [1] - 240:10

**EXCLUDED** [1] - 188:9

**EXCLUSION** [3] - 164:17, 244:4, 244:10

**EXCLUSIVELY** [1] - 63:9

**EXCUSE** [1] - 142:7

**EXCUSED** [3] - 113:6,

157:9, 204:4

**EXECUTIVE** [2] - 4:2, 48:16

**EXEMPT** [8] - 30:1, 32:17, 33:9, 196:16, 239:20, 245:1, 248:25, 249:15

**EXEMPTING** [1] - 242:15

**EXEMPTION** [64] - 6:17, 6:18, 27:15, 27:17, 27:18, 28:1, 28:2, 28:3, 28:7, 28:10, 28:22, 28:24, 29:1, 29:11, 29:18, 29:24, 33:5, 38:21, 38:22, 40:22, 42:22, 43:14, 43:23, 46:5, 46:6, 46:9, 46:14, 46:21, 50:10, 52:18, 95:10, 95:11, 95:14, 95:22, 99:6, 120:6, 120:7, 138:1, 138:2, 138:7, 138:13, 145:25, 190:18, 196:11, 197:12, 199:11, 201:12, 211:6, 211:15, 212:9, 232:3, 237:13, 240:12, 243:15, 243:16, 243:24, 244:9, 246:24, 248:7, 248:8, 250:13, 250:21, 251:1

**EXEMPTIONS** [44] - 6:18, 13:15, 25:7, 40:7, 40:22, 42:14, 44:9, 44:10, 44:22, 46:2, 46:11, 46:13, 104:16, 104:19, 104:22, 121:4, 141:6, 141:17, 141:19, 144:20, 145:2, 173:3, 196:14, 197:12, 198:20, 198:22, 198:23, 199:2, 199:7, 199:23, 220:18, 220:24, 221:23, 223:18, 224:4, 243:6, 243:8, 243:10, 243:11, 243:25, 249:25, 250:5, 250:6

**EXERCISE** [4] - 160:10, 225:19, 226:25, 247:15

**EXERCISING** [3] - 45:15, 46:19, 250:8

**EXHAUSTIVELY** [1] - 37:20

**EXHIBIT** [18] - 55:7, 55:23, 56:4, 56:8, 56:14, 68:1, 74:18, 95:11, 95:12, 101:7, 101:8, 114:6, 137:25, 138:1, 138:2, 163:6, 232:3, 232:8

**EXHIBITS** [5] - 24:11, 55:10, 55:19, 114:7, 251:19

**EXIST** [2] - 43:8, 225:4

**EXISTED** [1] - 196:14

**EXISTENCE** [4] - 43:5, 152:25, 198:20, 224:11

**EXISTING** [7] - 6:24, 67:10, 69:5, 69:18, 99:7, 220:18, 244:21

**EXPAND** [1] - 41:6

**EXPANDED** [3] - 40:14, 78:9, 211:8

**EXPANDING** [1] - 147:4

**EXPANSION** [3] - 12:22, 250:14, 250:22

**EXPECT** [5] - 76:1, 76:4, 77:6, 96:21, 237:17

**EXPECTED** [2] - 65:2, 75:21

**EXPECTING** [1] - 72:2

**EXPENSE** [1] - 208:6

**EXPENSIVE** [9] - 11:19, 134:4, 134:13, 176:25, 177:4, 191:21, 192:6, 192:8, 192:9

**EXPERIENCE** [19] - 64:18, 120:13, 127:16, 130:23, 130:25, 131:8, 133:22, 139:21, 140:21, 140:22, 141:1, 141:4, 173:22, 178:22, 178:23, 189:16, 191:6, 191:8, 230:8

**EXPERIENCED** [2] - 131:14, 179:6

**EXPERIENCING** [2] - 128:6, 201:19

**EXPERT** [27] - 64:18, 64:23, 65:1, 65:3, 65:11, 65:13, 65:18, 65:19, 66:7, 69:7, 96:2, 97:5, 100:12,

100:15, 112:22, 120:13, 120:17, 120:18, 138:20, 139:11, 152:11, 152:14, 164:17, 172:12, 172:19, 172:23, 241:12

**EXPERTISE** [14] - 46:24, 47:4, 47:8, 139:1, 141:12, 142:16, 153:6, 220:9, 220:15, 220:17, 222:2, 223:3, 223:10, 224:4

**EXPERTS** [6] - 66:21, 84:4, 164:18, 172:19, 172:22, 230:8

**EXPLAIN** [3] - 75:1, 180:5, 187:14

**EXPLAINED** [3] - 35:4, 51:8, 78:1

**EXPLAINING** [1] - 26:23

**EXPLAINS** [1] - 19:16

**EXPLICIT** [1] - 243:2

**EXPOSED** [1] - 39:23

**EXPOSES** [1] - 43:15

**EXPRESSED** [2] - 96:24, 240:20

**EXPRESSLY** [6] - 39:14, 52:10, 215:21, 216:1, 216:11, 220:7

**EXTEND** [2] - 134:12, 208:11

**EXTENSIVE** [1] - 62:16

**EXTENSIVELY** [1] - 216:24

**EXTENT** [23] - 5:18, 18:23, 20:4, 20:14, 66:6, 86:9, 91:20, 112:23, 120:18, 123:14, 124:7, 141:9, 142:4, 145:4, 172:23, 209:7, 209:10, 209:24, 215:21, 225:10, 233:10, 235:25, 252:18

**EXTRAORDINARY** [1] - 236:18

**EXTREMELY** [1] - 228:22

---

**F**

---

**F.3D** [1] - 164:17

**F.SUPP.2D** [1] -

206:11
**FACE** [11] - 14:21,
14:22, 125:2, 151:1,
151:9, 201:23,
202:10, 212:6,
224:7, 244:4, 244:11
**FACED** [5] - 47:14,
50:6, 149:6, 149:7,
149:15
**FACING** [2] - 201:25,
202:12
**FACT** [32] - 9:19, 17:9,
17:10, 21:14, 22:10,
23:19, 27:11, 30:14,
32:6, 32:8, 65:7,
69:12, 74:14, 107:8,
107:16, 161:20,
161:25, 188:13,
192:20, 209:3,
220:19, 224:18,
225:5, 227:4,
228:23, 238:18,
242:12, 244:17,
246:25, 249:5,
252:13, 252:20
**FACTOR** [1] - 211:21
**FACTORS** [4] - 41:11,
42:1, 74:12, 156:6
**FACTS** [4] - 6:4, 9:19,
9:25, 163:20
**FACULTY** [4] - 58:14,
61:1, 61:9, 116:17
**FAIL** [2] - 11:16, 13:19
**FAILED** [3] - 21:7,
119:14, 238:7
**FAILING** [3] - 96:18,
240:10, 240:11
**FAILS** [1] - 48:10
**FAILURE** [6] - 120:17,
123:6, 126:7,
126:16, 126:22,
128:18
**FAILURES** [1] - 75:12
**FAIR** [8] - 11:7, 59:6,
62:9, 63:14, 88:20,
162:7, 226:16, 246:4
**FAIRLY** [6] - 17:12,
216:13, 223:15,
233:2, 233:12, 235:6
**FALL** [3] - 43:14, 47:7,
180:11
**FALLBACK** [1] -
230:25
**FALLS** [1] - 48:16
**FAMILIAR** [18] - 5:16,
56:17, 63:14, 63:20,
74:20, 87:19,
105:10, 105:13,
105:24, 107:20,
119:25, 120:3,

120:6, 138:3,
144:19, 166:11,
194:19, 198:2
**FAMILIARIZED** [1] -
98:3
**FAMILIES** [1] - 12:12
**FAMILY** [13] - 14:1,
14:6, 72:12, 81:24,
81:25, 111:23,
167:3, 167:5,
175:11, 176:24,
184:24, 194:17
**FAR** [1] - 37:4, 95:19,
131:18, 136:22,
142:15, 145:11,
145:19, 151:21,
199:3, 218:15, 246:9
**FASHION** [1] - 53:23
**FASTER** [1] - 53:23
**FATAL** [1] - 14:24
**FAVORS** [1] - 251:11
**FCRR** [1] - 1:19
**FDA** [4] - 78:4, 166:16,
178:18, 218:3
**FDA-APPROVED** [3] -
166:16, 178:18,
218:3
**FEAR** [1] - 191:22
**FEDERAL** [33] - 17:22,
17:23, 18:2, 18:3,
26:10, 33:25, 35:3,
35:6, 35:10, 48:16,
50:4, 64:23, 64:24,
101:7, 101:12,
105:15, 105:19,
111:6, 111:25,
169:19, 172:20,
172:21, 206:15,
212:13, 217:17,
219:21, 220:3,
231:20, 232:5,
233:14, 237:12,
240:22, 242:23
**FEDERALLY** [2] -
179:21, 179:24
**FEDERALLY-
QUALIFIED** [2] -
179:21, 179:24
**FEE** [2] - 12:17,
192:11
**FEEL** [8] - 24:2, 52:3,
93:13, 96:17,
116:23, 129:9,
177:23, 247:4
**FEES** [1] - 134:22
**FELL** [1] - 145:1
**FELLOWS** [2] - 118:7,
122:21
**FELLOWSHIP** [8] -
115:12, 115:13,

116:2, 167:11,
167:13, 167:16,
167:17, 168:12
**FELT** [1] - 86:6
**FEMALE** [5] - 76:8,
76:20, 103:7,
126:10, 172:4
**FERTILITY** [3] - 77:14,
116:10, 117:19
**FERTILIZATION** [1] -
129:8
**FEW** [10] - 28:1, 86:13,
118:22, 163:14,
165:5, 165:24,
171:8, 183:17,
217:11, 242:8
**FIELD** [9] - 35:7,
58:22, 58:24, 59:1,
59:7, 96:2, 115:20,
193:23, 195:6
**FIFTH** [2] - 16:21,
16:22
**FIGHT** [1] - 11:6
**FILE** [2] - 240:5, 247:5
**FILL** [3] - 11:10,
11:15, 133:8
**FILLING** [3] - 132:24,
133:12, 155:1
**FINAL** [13] - 38:17,
39:7, 39:10, 39:23,
84:3, 157:20,
159:24, 160:15,
160:25, 216:5,
217:23, 237:21,
238:12
**FINALIZATION** [1] -
83:24
**FINALIZED** [1] - 83:25
**FINALLY** [5] - 26:9,
212:7, 217:10,
232:1, 244:2
**FINANCIAL** [10] -
10:5, 13:24, 14:21,
16:7, 16:25, 17:9,
133:24, 149:6,
177:22, 179:14
**FINANCIALLY** [2] -
177:23, 179:16
**FIND** [7] - 20:18, 37:5,
91:15, 179:18,
181:5, 205:20, 227:3
**FINDING** [4] - 39:17,
108:7, 183:22,
205:19
**FINDINGS** [7] - 9:19,
83:18, 112:5, 163:7,
188:14, 252:13,
252:20
**FINE** [5] - 5:15, 33:13,
33:14, 49:21, 210:9,

222:18, 234:14,
234:17, 249:10
**FINER** [1] - 70:19
**FINES** [1] - 208:12
**FINISH** [3] - 3:13,
177:21
**FINISHED** [2] - 87:1,
161:8
**FIREFIGHTERS** [3] -
47:18, 47:19, 47:22
**FIRST** [34] - 1:20,
18:15, 21:25, 25:2,
26:8, 26:15, 28:23,
30:20, 42:18, 43:16,
52:7, 68:6, 68:18,
68:22, 74:20, 85:25,
94:4, 97:25, 101:10,
101:21, 101:22,
106:10, 113:20,
114:13, 126:6,
131:15, 143:3,
172:18, 185:15,
185:18, 185:24,
186:7, 211:14
**FIRSTHAND** [1] -
123:22
**FISCHER** [35] - 2:6,
4:8, 4:9, 15:24, 16:3,
16:4, 16:15, 18:6,
18:10, 18:13, 20:3,
20:20, 20:21, 20:24,
210:7, 210:18,
210:21, 210:23,
211:25, 213:13,
214:7, 214:23,
215:14, 219:7,
219:13, 222:8,
222:23, 227:22,
234:11, 234:15,
234:19, 234:21,
234:23, 246:21,
252:8
**FIVE** [13] - 9:8, 9:9,
74:2, 82:4, 134:11,
134:12, 134:19,
135:1, 135:3,
135:16, 135:17,
155:13, 226:2
**FIVE-YEAR** [1] - 135:1
**FIVEFOLD** [4] - 155:8,
156:1, 156:15,
156:21
**FLASHES** [1] - 127:20
**FLATLY** [1] - 37:16
**FLAWED** [5] - 212:25,
248:11, 248:12,
248:13
**FLIES** [1] - 224:6
**FLIP** [5] - 56:11,
56:14, 165:12,

165:18, 185:8
**FLOATING** [2] - 33:1,
33:4
**FLOOR** [3] - 1:20, 2:3,
2:7
**FLUCTUATIONS** [1] -
154:18
**FOCUS** [16] - 57:8,
57:11, 61:2, 61:3,
69:15, 73:12, 87:23,
104:8, 108:25,
109:4, 119:8,
167:19, 167:21,
168:14, 211:13,
237:10
**FOCUSED** [4] - 46:6,
85:16, 100:25,
105:20
**FOCUSES** [1] - 110:18
**FOCUSING** [2] - 8:5,
8:9
**FOIA** [1] - 232:4
**FOLKS** [3] - 3:10,
110:6, 207:7, 207:9
**FOLLOW** [6] - 33:20,
93:12, 94:21,
181:11, 212:23,
213:7
**FOLLOWED** [1] -
233:5
**FOLLOWING** [12] -
6:1, 6:6, 10:1, 63:12,
90:5, 103:8, 112:12,
167:7, 167:10,
168:13, 196:3,
217:18
**FONT** [1] - 104:9
**FOOD** [1] - 78:5
**FOOTNOTE** [8] -
102:4, 104:9,
104:10, 106:11,
109:6, 160:22,
160:25
**FOR** [377] - 1:2, 2:8,
2:19, 3:9, 3:10, 3:15,
3:16, 3:18, 4:3, 5:1,
5:12, 5:23, 6:15, 7:3,
7:8, 7:12, 7:20, 8:15,
8:16, 9:14, 10:5,
10:9, 11:12, 11:19,
12:2, 12:11, 12:17,
13:23, 14:9, 15:9,
15:22, 16:4, 19:24,
20:9, 20:25, 22:5,
23:2, 23:4, 24:7,
24:10, 24:20, 25:22,
27:6, 27:7, 27:22,
29:8, 31:1, 33:17,
35:9, 39:16, 40:5,
40:8, 40:10, 40:20,

41:11, 41:13, 41:20, 42:14, 43:4, 43:14, 43:16, 43:21, 44:17, 45:1, 45:4, 46:2, 46:8, 46:11, 47:17, 47:20, 47:23, 48:6, 50:19, 50:23, 52:16, 52:22, 54:22, 55:4, 55:16, 57:20, 57:25, 59:10, 61:9, 62:1, 64:11, 64:19, 65:6, 65:17, 67:3, 67:11, 67:13, 67:14, 68:17, 69:3, 71:17, 71:18, 71:20, 72:9, 72:10, 72:11, 72:13, 72:23, 73:10, 73:16, 77:19, 78:8, 78:24, 79:13, 79:17, 80:15, 82:4, 82:16, 85:11, 86:9, 90:7, 96:3, 96:9, 96:19, 96:25, 97:5, 97:6, 101:11, 103:6, 103:21, 106:2, 106:3, 106:13, 107:15, 108:3, 108:8, 108:9, 110:18, 112:21, 113:14, 113:19, 113:24, 114:2, 116:20, 116:21, 117:12, 117:13, 119:15, 120:17, 123:5, 123:17, 123:25, 124:6, 124:8, 124:11, 125:25, 127:13, 128:16, 128:19, 129:6, 129:8, 129:17, 130:3, 130:5, 130:11, 130:15, 130:16, 131:20, 132:2, 132:13, 132:17, 132:18, 132:23, 133:2, 133:13, 133:20, 134:11, 134:25, 135:3, 135:11, 135:25, 136:4, 136:5, 136:20, 136:25, 137:11, 137:16, 139:8, 139:9, 139:15, 140:2, 140:5, 140:8, 140:16, 142:1, 142:6, 142:9, 142:12, 144:5, 145:5, 145:13, 147:1, 147:22, 148:16, 149:2,

153:5, 153:13, 154:5, 154:19, 154:22, 155:17, 155:19, 155:21, 156:12, 156:14, 156:18, 156:21, 157:11, 157:12, 157:16, 160:5, 162:21, 163:25, 164:6, 164:8, 164:23, 165:9, 165:16, 166:15, 166:23, 167:4, 169:5, 169:6, 169:8, 169:21, 170:14, 170:15, 170:16, 170:19, 172:13, 172:18, 172:22, 173:19, 173:23, 174:10, 174:23, 177:25, 178:11, 179:17, 179:19, 179:22, 180:18, 180:24, 181:14, 182:10, 182:16, 183:4, 183:12, 184:1, 184:16, 184:18, 184:19, 184:20, 184:24, 187:7, 187:12, 188:1, 188:12, 188:15, 189:11, 190:5, 190:12, 190:15, 192:5, 192:10, 194:6, 194:23, 194:25, 195:8, 195:15, 195:17, 196:4, 196:5, 196:19, 196:23, 197:12, 198:12, 198:18, 198:23, 199:16, 199:19, 200:17, 200:24, 201:8, 201:17, 203:13, 203:17, 203:21, 203:23, 204:13, 204:23, 205:4, 205:10, 205:24, 206:15, 206:22, 209:10, 210:16, 210:19, 211:6, 211:14, 211:18, 211:19, 213:25, 214:6, 214:18, 215:23, 217:2, 217:6, 217:15, 220:2, 220:16, 220:18, 220:23, 221:10, 221:11, 221:14, 221:18,

221:23, 223:2, 223:22, 224:13, 225:11, 225:22, 226:10, 226:23, 228:22, 230:3, 230:18, 231:10, 233:1, 233:24, 234:5, 234:12, 235:13, 237:6, 240:3, 240:9, 240:10, 240:11, 240:23, 241:15, 241:25, 242:12, 242:14, 243:24, 246:24, 248:17, 248:20, 249:10, 249:23, 250:3, 250:17, 251:1, 251:3, 251:4, 251:8, 251:18, 251:20, 251:23, 252:19

**FORCE** [4] - 37:24, 45:14, 68:25, 156:21

**FORCED** [2] - 7:10, 14:10

**FOREGO** [1] - 10:19

**FOREGOING** [1] - 253:3

**FORGET** [1] - 18:17

**FORGIVE** [2] - 15:19, 123:21

**FORGO** [2] - 178:25, 191:18

**FORGOES** [1] - 208:1

**FORM** [9] - 51:3, 51:4, 65:8, 145:6, 145:14, 156:3, 161:7, 184:15, 218:15

**FORMALIZED** [1] - 84:2

**FORMATS** [1] - 186:1

**FORMING** [1] - 68:20

**FORMS** [8] - 11:19, 83:9, 90:9, 90:11, 92:11, 136:20, 145:18, 174:19

**FORT** [2] - 206:10, 207:11

**FORTH** [5] - 24:7, 109:5, 111:6, 160:5, 204:13

**FORTUNATE** [1] - 248:14

**FORWARD** [1] - 223:13

**FOUND** [9] - 16:25, 106:15, 108:2, 112:5, 112:9, 181:7, 183:1, 204:6, 205:18

**FOUNDATION** [3] -

24:1, 24:7, 56:2

**FOUNDATIONAL** [1] - 57:20

**FOUNDATIONS** [2] - 119:1, 169:24

**FOUR** [5] - 17:3, 26:7, 185:16, 223:24, 226:3

**FOURS** [2] - 42:11, 240:21

**FRACTURE** [1] - 127:24

**FRAME** [5] - 110:1, 180:24, 188:10, 188:11, 188:20

**FRAMES** [1] - 164:5

**FRAMEWORK** [1] - 221:1

**FRANKLY** [3] - 18:25, 219:14, 226:8

**FRAUGHT** [1] - 239:4

**FREE** [9] - 12:4, 33:1, 33:4, 52:3, 93:14, 140:18, 208:8, 225:19, 239:16

**FREE-FLOATING** [2] - 33:1, 33:4

**FREEDOM** [2] - 47:9, 190:11, 247:10

**FREQUENCY** [2] - 123:13, 195:11

**FREQUENT** [1] - 123:13

**FREQUENTLY** [2] - 169:6, 169:9

**FRIENDS** [1] - 164:22

**FROM** [145] - 3:12, 4:14, 6:7, 12:20, 12:25, 17:5, 19:5, 19:8, 19:14, 25:24, 26:17, 33:25, 34:15, 35:25, 39:2, 43:17, 45:7, 45:23, 46:16, 48:13, 48:23, 50:7, 53:21, 55:2, 55:3, 58:9, 59:1, 65:18, 66:10, 70:21, 75:2, 78:1, 79:25, 84:22, 91:6, 93:8, 94:3, 94:23, 94:24, 95:1, 96:11, 103:3, 104:22, 106:12, 107:3, 111:6, 112:5, 115:5, 115:11, 115:14, 117:16, 121:14, 121:16, 121:17, 121:20, 121:21, 122:10, 123:1, 125:18, 126:16, 126:19,

128:1, 128:2, 128:14, 129:3, 129:12, 133:11, 134:23, 143:13, 145:24, 153:24, 154:4, 157:1, 157:20, 158:22, 160:22, 161:5, 162:12, 163:1, 167:24, 169:4, 169:12, 171:23, 174:14, 181:12, 181:24, 184:4, 184:21, 184:25, 185:2, 185:3, 185:10, 186:3, 189:5, 191:5, 191:19, 194:1, 196:16, 198:8, 203:3, 203:7, 203:14, 204:18, 204:24, 205:12, 205:14, 206:13, 206:17, 207:4, 207:15, 207:16, 207:20, 208:3, 208:20, 214:8, 214:24, 217:7, 218:15, 221:15, 223:18, 224:4, 224:16, 225:3, 230:7, 231:24, 232:4, 236:14, 237:7, 237:16, 238:10, 239:13, 241:10, 242:16, 243:6, 243:23, 244:11, 245:1, 247:18, 249:6, 249:25, 252:8, 252:17, 253:4

**FRONT** [12] - 11:13, 11:20, 92:19, 107:22, 114:6, 134:8, 134:21, 178:19, 192:7, 192:9, 192:11, 238:16

**FULL** [10] - 7:25, 54:21, 78:19, 81:5, 101:22, 113:18, 190:7, 190:16, 191:19, 218:3

**FULLY** [3] - 106:7, 229:6, 230:24

**FULLY-INSURED** [1] - 230:24

**FUNCTION** [3] - 48:17, 126:2, 227:22

**FUNCTIONING** [2] -

115:22, 126:9
**FUNDAMENTAL** [1] -
241:10
**FUNDAMENTALLY**
[1] - 238:25
**FUNDED** [21] - 118:20,
118:23, 118:24,
169:16, 169:18,
169:19, 169:23,
169:24, 169:25,
170:5, 170:6,
170:18, 171:2,
180:10, 230:4,
231:10, 231:19,
231:20, 231:24,
237:6, 237:7
**FUNDING** [4] - 14:9,
103:5, 180:11,
231:11
**FURTHER** [21] - 7:16,
51:22, 73:16, 97:11,
105:1, 109:1,
112:17, 120:10,
134:25, 142:19,
156:23, 193:6,
203:25, 209:19,
217:8, 226:18,
246:18, 246:19,
248:17, 252:8,
252:10
**FUTURE** [3] - 147:6,
173:20, 206:22
**FUTURES** [1] - 69:2

## G

**GAIN** [1] - 168:18
**GAP** [2] - 69:18, 70:9
**GAPS** [1] - 69:3
**GAVE** [4] - 48:4,
133:9, 153:1, 184:23
**GENDER** [1] - 57:13
**GENERAL** [30] - 2:2,
4:2, 4:7, 4:9, 4:10,
4:14, 4:15, 4:17,
30:20, 44:21, 50:4,
67:15, 94:19, 96:12,
99:16, 116:6, 142:4,
145:19, 148:6,
149:20, 164:4,
166:3, 166:4,
167:11, 167:12,
170:10, 184:22,
194:2, 216:4
**GENERAL'S** [1] -
143:14
**GENERALLY** [20] -
11:25, 37:7, 47:9,
47:10, 59:14, 62:20,
79:18, 87:19,

101:19, 102:23,
103:25, 117:11,
123:1, 128:10,
130:18, 138:3,
180:4, 187:5, 209:1,
247:13
**GENERATE** [1] -
188:16
**GENERATED** [1] -
94:21
**GENERIC** [1] - 145:17
**GEORGIA** [1] - 206:14
**GESTATIONAL** [1] -
168:18
**GET** [45] - 7:13, 9:1,
41:19, 51:15, 53:14,
53:17, 53:24, 54:9,
72:3, 76:4, 76:6,
87:21, 88:5, 116:24,
126:3, 127:7,
131:22, 133:10,
137:12, 137:14,
154:17, 156:11,
166:21, 179:3,
182:19, 188:4,
210:13, 211:4,
212:4, 215:8,
218:17, 219:1,
220:25, 223:23,
224:20, 227:9,
228:6, 229:11,
236:10, 241:24,
247:13, 248:13,
249:4, 249:7, 252:6
**GETS** [3] - 13:25,
161:9, 174:25
**GETTING** [11] - 76:18,
92:14, 104:9,
129:10, 133:12,
139:2, 177:14,
203:15, 232:1,
249:13, 250:18
**GG-13(A)(4** [1] - 45:3
**GIVE** [19] - 18:22,
26:16, 34:4, 39:3,
43:12, 52:2, 60:1,
61:13, 62:24, 74:19,
136:22, 157:4,
162:25, 168:9,
197:4, 216:12,
227:20, 241:8, 250:6
**GIVEN** [17] - 8:1,
19:18, 25:14, 35:19,
36:9, 44:8, 52:16,
63:18, 63:24, 70:25,
77:24, 210:12,
216:9, 232:19,
238:18, 248:5
**GIVES** [3] - 190:10,
235:12, 240:23

**GIVING** [1] - 168:1
**GLOBAL** [1] - 15:16
**GLOBALLY** [1] -
110:20
**GLOSS** [2] - 19:24,
20:4
**GLUCOSE** [1] - 71:22
**GO** [49] - 5:21, 8:14,
9:6, 9:24, 42:1,
42:12, 42:15, 46:3,
51:22, 54:6, 54:14,
56:24, 56:25, 60:10,
66:15, 75:24, 80:9,
80:21, 87:20, 106:9,
114:24, 116:22,
121:11, 126:1,
137:17, 137:23,
148:12, 161:23,
163:19, 164:3,
164:23, 165:1,
173:8, 173:14,
185:6, 186:14,
214:3, 214:25,
221:21, 222:7,
231:10, 234:22,
236:11, 237:6,
239:10, 249:9,
252:22, 252:24
**GOAL** [1] - 180:7
**GOALS** [3] - 177:20,
177:22
**GOES** [10] - 51:13,
51:20, 68:8, 139:1,
151:21, 161:9,
225:23, 227:11,
248:15
**GOING** [62] - 3:20,
3:21, 14:11, 17:25,
20:15, 22:17, 26:16,
31:12, 32:8, 32:21,
34:3, 34:12, 34:19,
34:22, 41:4, 41:22,
48:25, 51:23, 54:5,
59:13, 66:7, 74:18,
76:6, 81:7, 82:16,
87:21, 101:6,
101:10, 104:8,
116:23, 116:24,
119:3, 121:2, 126:5,
151:17, 161:17,
162:4, 165:23,
173:1, 173:2, 182:1,
188:25, 190:25,
191:1, 193:13,
199:16, 200:12,
205:20, 210:18,
216:16, 218:14,
223:9, 227:16,
234:5, 235:4, 235:5,
238:25, 243:22,

244:6, 244:15,
247:7, 250:24
**GOLDMAN** [105] - 2:2,
4:1, 4:2, 5:6, 5:7,
5:9, 5:22, 5:23, 8:1,
8:8, 8:24, 9:7, 9:25,
11:3, 11:7, 15:4,
15:11, 15:19, 15:25,
16:5, 20:22, 20:24,
21:4, 21:19, 22:14,
23:9, 23:12, 24:13,
24:22, 25:12, 25:17,
54:7, 54:15, 55:1,
55:24, 56:6, 57:6,
58:7, 64:15, 65:4,
65:16, 65:22, 65:25,
66:3, 66:16, 80:10,
84:12, 85:15, 86:12,
87:21, 88:1, 90:13,
93:15, 93:18, 97:8,
97:11, 98:12, 105:4,
105:7, 105:23,
109:1, 111:11,
112:17, 113:8,
113:23, 116:19,
117:1, 119:3, 119:7,
120:10, 120:24,
121:5, 121:12,
132:8, 133:7, 136:7,
136:10, 139:13,
139:19, 139:20,
141:3, 141:18,
142:19, 147:16,
148:3, 148:18,
150:1, 150:18,
151:21, 152:21,
152:23, 156:23,
158:1, 158:5,
158:10, 158:18,
159:17, 160:18,
160:21, 161:21,
161:24, 162:7,
252:11, 254:5, 254:9
**GONE** [8] - 22:9,
23:18, 70:13, 71:20,
163:20, 189:11,
205:17, 248:3
**GOOD** [46] - 4:5, 4:8,
4:16, 4:19, 4:22,
4:25, 5:3, 5:20, 9:18,
16:3, 25:21, 39:13,
39:17, 40:8, 41:12,
41:14, 41:19, 41:22,
42:2, 42:5, 42:6,
42:8, 58:17, 94:21,
97:20, 97:21, 97:24,
136:4, 142:24,
142:25, 160:12,
162:11, 193:12,
193:15, 209:13,
209:23, 210:21,

210:22, 213:23,
214:21, 216:14,
219:16, 225:6,
246:24
**GOT** [7] - 58:8,
101:14, 103:13,
183:3, 188:9,
188:10, 208:21
**GOVERNING** [2] -
26:11, 45:5
**GOVERNMENT** [55] -
13:24, 14:10, 17:7,
18:3, 26:10, 32:6,
33:25, 35:3, 35:6,
39:25, 40:2, 50:4,
51:13, 56:4, 66:23,
111:25, 158:13,
160:23, 161:13,
169:19, 215:16,
219:21, 221:1,
221:16, 222:9,
222:10, 224:1,
224:10, 224:22,
225:1, 225:10,
226:7, 226:12,
226:21, 227:1,
227:7, 228:23,
231:20, 231:23,
232:5, 232:11,
232:13, 233:15,
233:19, 234:25,
240:23, 247:16,
247:18, 247:21,
248:15, 248:23,
248:24, 249:17,
249:21
**GOVERNMENT'S** [7] -
16:23, 100:15,
152:14, 219:4,
221:6, 231:16,
250:22
**GOVERNMENT-
FUNDED** [1] - 231:20
**GRADUATE** [4] -
57:13, 58:15, 115:1,
115:5
**GRADUATED** [2] -
167:1, 171:23
**GRANDFATHER** [5] -
52:12, 205:18,
209:9, 224:11,
224:17
**GRANDFATHERED**
[23] - 52:15, 52:20,
52:24, 53:9, 53:12,
53:21, 145:2,
196:15, 196:22,
197:8, 205:7,
205:11, 205:18,
206:1, 206:21,

206:22, 207:22,
207:24, 207:25,
208:1, 208:5, 209:8,
224:13
**GRANDFATHERING**
[1] - 157:14
**GRANT** [8] - 43:7,
45:4, 45:22, 216:4,
223:15, 236:18,
248:15, 251:12
**GRANTED** [1] - 156:7
**GRANTING** [1] - 27:10
**GRANTS** [3] - 118:20,
118:22, 170:5
**GREAT** [4] - 59:24,
165:15, 165:21,
208:6
**GREATER** [3] - 128:5,
134:10, 156:13
**GROUNDS** [3] - 9:4,
164:18
**GROUP** [14] - 42:24,
43:25, 66:21, 84:3,
98:21, 98:25,
122:11, 182:19,
183:4, 183:13,
202:20, 221:8, 221:9
**GROUPS** [10] - 52:19,
72:19, 180:20,
180:21, 182:19,
182:21, 183:1,
183:3, 183:13
**GROWTH** [1] - 111:24
**GUESS** [1] - 193:4
**GUIDANCE** [1] - 6:6
**GUIDELINE** [1] -
222:16
**GUIDELINES** [23] -
42:25, 43:5, 43:8,
68:23, 69:5, 69:19,
177:12, 221:14,
222:12, 222:13,
222:15, 222:24,
223:1, 243:6, 243:9,
243:10, 243:13,
243:14, 243:15,
243:18, 250:5, 250:9
**GUTTMACHER** [18] -
89:7, 102:2, 106:12,
109:5, 109:13,
109:22, 110:6,
110:13, 110:15,
110:17, 111:5,
111:12, 112:6,
112:7, 112:13,
154:4, 154:9, 160:22
**GUYS** [1] - 195:15
**GYNECOLOGIST** [2] -
114:3, 125:4
**GYNECOLOGY** [4] -

60:17, 115:9, 116:7,
118:7

# H

**HABITS** [1] - 102:5
**HAD** [99] - 5:10, 6:12,
6:13, 12:10, 16:24,
19:8, 19:10, 19:20,
21:8, 30:8, 35:13,
36:5, 39:19, 39:21,
65:17, 70:13, 71:22,
79:9, 79:11, 80:18,
82:9, 84:2, 85:8,
85:25, 86:5, 86:6,
87:8, 90:4, 90:6,
91:5, 91:7, 91:8,
95:13, 96:15, 96:16,
105:8, 109:5, 110:7,
112:1, 112:13,
123:22, 124:14,
133:13, 136:6,
137:1, 145:5,
145:22, 146:1,
148:25, 149:11,
153:10, 153:17,
153:18, 155:13,
156:12, 164:19,
167:20, 181:14,
181:23, 182:13,
184:5, 187:1, 187:7,
189:19, 189:22,
190:17, 191:10,
192:20, 194:2,
194:9, 194:11,
198:13, 200:5,
200:14, 203:11,
205:17, 205:24,
208:23, 208:24,
209:16, 209:21,
209:23, 210:12,
211:12, 218:6,
218:21, 220:5,
236:3, 236:21,
240:20, 241:23,
247:22, 248:3,
252:12
**HALF** [7] - 5:12, 62:19,
210:5, 210:7, 210:9,
230:1
**HALF-HOUR** [2] - 5:12
**HAND** [7] - 48:1, 48:2,
101:23, 113:13,
245:4, 245:5, 245:6
**HANDED** [1] - 159:1
**HANDLING** [1] - 236:4
**HANDY** [1] - 175:17
**HAPPEN** [7] - 127:15,
133:9, 141:10,
191:17, 230:10,

239:2, 239:9
**HAPPENED** [4] -
86:25, 147:18,
209:24, 211:3
**HAPPENING** [1] -
126:18
**HAPPENS** [5] - 29:23,
127:10, 137:14,
177:2, 222:18
**HAPPY** [6] - 49:22,
148:10, 157:18,
161:16, 209:15,
227:8
**HARD** [4] - 6:15,
20:11, 114:15,
136:24
**HARD-PRESSED** [1] -
136:24
**HARM** [30] - 7:16,
7:19, 13:25, 14:21,
14:22, 14:24, 15:2,
15:13, 15:14, 16:7,
16:25, 17:9, 19:5,
98:20, 98:24, 149:7,
151:12, 201:23,
201:25, 202:18,
227:10, 231:3,
233:5, 235:11,
248:24, 251:10
**HARMED** [9] - 14:19,
21:7, 23:4, 234:2,
234:3, 234:5,
234:24, 235:4,
235:10
**HARMFUL** [1] - 19:14
**HARMS** [5] - 7:17,
147:11, 147:14,
147:22, 147:25
**HARRISBURG** [1] -
2:4
**HARVARD** [2] -
114:25, 115:4
**HAS** [140] - 11:20,
11:24, 12:14, 13:4,
13:10, 15:13, 18:21,
21:17, 22:9, 22:10,
22:16, 23:17, 23:18,
23:19, 25:14, 26:10,
27:16, 28:1, 28:5,
28:6, 28:12, 31:8,
33:6, 35:1, 35:4,
36:17, 37:13, 37:21,
43:14, 45:13, 47:14,
48:8, 48:23, 49:12,
64:1, 64:4, 64:25,
65:8, 70:3, 70:5,
71:13, 71:21, 77:22,
83:3, 83:20, 85:12,
88:2, 92:13, 93:10,
100:5, 100:8,

106:25, 108:9,
118:20, 120:25,
124:2, 130:12,
132:15, 132:16,
134:6, 134:7, 135:2,
137:1, 137:4,
139:10, 140:2,
140:14, 145:5,
145:10, 145:19,
146:8, 146:13,
147:8, 147:18,
147:24, 148:17,
148:18, 148:25,
149:6, 149:7,
149:11, 149:15,
155:8, 155:18,
160:4, 161:13,
163:17, 165:22,
171:20, 173:23,
173:25, 174:17,
184:13, 189:8,
189:22, 190:2,
190:4, 190:6, 194:1,
195:19, 197:3,
197:9, 198:11,
202:6, 207:6,
207:12, 208:16,
208:18, 211:3,
213:1, 213:5,
215:16, 220:9,
220:11, 220:14,
222:2, 223:4,
223:10, 224:3,
225:15, 225:20,
227:13, 227:14,
227:17, 229:4,
230:9, 232:22,
236:2, 239:14,
240:6, 240:8,
242:12, 242:15,
244:13, 247:5,
248:24, 249:17
**HAVE** [417] - 3:8, 3:11,
3:14, 3:15, 3:16,
3:17, 3:23, 5:11,
5:15, 6:11, 6:13,
7:22, 7:25, 8:18, 9:8,
9:15, 11:5, 12:11,
12:21, 12:25, 13:1,
13:9, 13:18, 13:21,
14:3, 14:13, 14:25,
15:8, 15:12, 16:6,
17:4, 18:7, 20:22,
21:15, 23:24, 23:25,
24:1, 24:2, 24:4,
24:9, 24:21, 25:1,
25:13, 25:15, 26:2,
27:4, 27:6, 28:20,
29:10, 30:6, 30:25,
31:5, 31:19, 32:12,
32:21, 33:11, 34:9,

34:17, 34:18, 35:19,
35:23, 35:24, 37:7,
37:20, 41:3, 41:17,
41:18, 41:21, 42:1,
42:6, 42:17, 44:12,
44:21, 44:25, 46:12,
46:18, 46:23, 48:25,
50:21, 51:11, 51:21,
52:3, 53:4, 53:16,
55:7, 55:13, 55:15,
56:2, 57:19, 58:6,
58:17, 58:18, 60:12,
60:25, 62:12, 62:15,
62:17, 62:18, 62:20,
62:21, 62:25, 63:3,
63:5, 63:7, 63:10,
63:17, 63:19, 63:23,
64:1, 65:5, 65:18,
65:20, 65:23, 67:5,
68:2, 70:11, 71:19,
71:22, 72:2, 72:10,
73:3, 73:8, 73:12,
77:4, 79:11, 79:16,
80:14, 82:2, 82:5,
83:19, 85:5, 85:7,
88:10, 89:17, 89:20,
89:22, 91:20, 92:17,
92:19, 93:9, 93:13,
93:21, 93:25, 95:9,
95:13, 95:21, 96:4,
96:15, 96:20, 97:3,
97:8, 98:18, 99:5,
99:6, 99:18, 100:11,
100:14, 100:19,
100:23, 101:3,
101:15, 102:2,
103:19, 104:25,
105:3, 105:19,
105:20, 106:25,
107:2, 111:2, 111:4,
111:20, 112:5,
112:18, 112:19,
115:23, 117:20,
118:22, 118:24,
121:15, 122:2,
122:23, 122:24,
124:1, 124:14,
124:22, 125:4,
125:20, 125:24,
127:8, 129:15,
129:24, 130:25,
131:4, 131:8,
131:11, 131:14,
132:16, 133:23,
136:24, 136:25,
137:23, 138:6,
138:8, 138:14,
138:17, 138:21,
140:7, 140:12,
141:1, 141:5, 141:7,
141:20, 141:25,

142:2, 142:12,
143:18, 144:3,
144:10, 145:13,
146:6, 146:24,
148:6, 149:23,
151:25, 152:2,
152:3, 152:7,
152:10, 152:12,
152:13, 152:16,
153:17, 155:9,
155:13, 155:15,
156:6, 156:12,
156:13, 156:20,
156:25, 157:11,
157:13, 157:14,
158:5, 159:23,
160:24, 161:11,
161:17, 162:17,
163:6, 163:20,
164:11, 164:24,
166:18, 166:20,
168:2, 168:5, 170:2,
170:5, 170:7,
170:21, 171:18,
171:22, 172:4,
174:8, 175:16,
177:22, 177:24,
178:3, 178:16,
178:20, 178:23,
179:4, 179:6, 179:9,
179:11, 179:13,
180:18, 181:22,
187:24, 188:5,
189:5, 189:9,
189:11, 189:20,
189:22, 189:24,
190:6, 190:9,
190:17, 190:20,
191:16, 192:10,
192:18, 193:6,
194:23, 194:25,
195:10, 195:15,
195:16, 196:25,
197:24, 199:2,
199:6, 199:10,
199:15, 200:4,
200:5, 200:6, 200:7,
200:10, 200:14,
201:3, 201:12,
202:22, 203:3,
203:7, 203:8, 203:9,
203:11, 203:13,
204:19, 205:18,
206:1, 206:15,
207:7, 207:9,
208:19, 208:24,
209:11, 209:12,
209:16, 209:18,
209:24, 212:24,
214:3, 214:12,
214:18, 214:19,

215:10, 215:16,
216:10, 216:14,
216:18, 216:23,
218:9, 219:11,
220:6, 220:8,
220:22, 221:15,
223:2, 223:16,
224:24, 225:2,
225:24, 226:23,
228:16, 228:19,
229:2, 229:22,
230:7, 230:23,
230:25, 231:5,
232:3, 232:15,
232:17, 232:21,
232:23, 234:6,
234:13, 234:17,
234:21, 235:2,
236:10, 236:22,
236:25, 237:5,
238:15, 238:19,
239:5, 240:15,
242:11, 242:24,
243:5, 244:12,
244:16, 244:17,
244:23, 245:3,
246:18, 246:19,
247:17, 248:4,
248:5, 248:6, 248:7,
248:9, 250:2,
251:21, 252:1,
252:2, 252:3,
252:14, 252:15,
252:24
**HAVEN** [2] - 47:17,
49:16
**HAVEN'T** [1] - 34:12
**HAVING** [13] - 12:7,
72:13, 72:16,
100:25, 103:19,
111:21, 117:14,
155:22, 190:8,
203:15, 246:23,
247:1, 252:22
**HE** [12] - 18:18, 31:8,
31:9, 31:10, 85:2,
85:4, 85:7, 85:8,
139:8, 242:9, 247:6,
247:7
**HEAD** [3] - 136:1,
143:10
**HEADER** [1] - 187:17
**HEADING** [1] - 42:4
**HEALTH** [106] - 3:4,
10:9, 12:11, 12:13,
13:3, 15:1, 16:8,
17:21, 22:6, 22:12,
23:21, 42:24, 43:25,
52:15, 52:19, 52:20,
52:21, 53:9, 53:12,

53:21, 53:22, 58:18,
58:21, 58:24, 59:8,
60:16, 61:6, 62:6,
62:20, 63:6, 64:12,
67:2, 71:17, 71:20,
72:7, 77:25, 78:12,
79:2, 79:13, 79:19,
79:25, 82:4, 86:3,
87:3, 87:11, 90:4,
94:1, 96:6, 99:1,
101:16, 102:8,
102:22, 103:5,
103:15, 110:19,
118:25, 120:14,
121:1, 121:18,
123:16, 138:21,
138:23, 140:22,
151:19, 154:6,
166:5, 167:21,
169:8, 169:11,
169:20, 170:17,
170:20, 173:24,
178:3, 178:16,
178:17, 179:21,
179:24, 182:13,
190:13, 195:23,
195:24, 199:20,
202:21, 205:3,
205:7, 205:9, 206:1,
207:21, 209:8,
217:13, 219:18,
220:1, 220:9,
220:13, 221:8,
221:9, 223:20,
223:25, 224:2,
224:8, 234:4, 249:4,
249:24
**HEALTHCARE** [16] -
24:25, 57:15, 58:23,
59:2, 59:5, 59:7,
61:4, 63:8, 77:22,
96:12, 167:4,
167:21, 169:11,
220:16, 220:21
**HEALTHCARE.GOV**
[1] - 219:20
**HEALTHY** [1] - 193:1
**HEALY** [22] - 2:17,
4:25, 5:1, 157:16,
204:7, 204:9,
204:10, 204:12,
204:17, 204:22,
205:2, 205:22,
206:10, 206:25,
207:4, 207:8,
207:19, 208:19,
208:22, 209:14,
210:2
**HEAR** [7] - 14:23,
22:22, 25:24, 34:15,

158:22, 164:25,
182:7
**HEARD** [14] - 24:2,
203:3, 203:7,
221:15, 224:16,
230:7, 236:14,
239:12, 239:13,
242:10, 244:12,
244:16, 252:2, 252:3
**HEARING** [10] - 1:14,
3:8, 3:20, 159:13,
251:15, 252:1,
252:2, 252:19,
252:20, 253:1
**HEARSAY** [3] - 85:11,
85:12, 203:18
**HEART** [2] - 128:3,
128:4
**HEAVIER** [1] - 124:4
**HEAVILY** [1] - 160:24
**HEAVY** [2] - 123:12,
135:25
**HELD** [16] - 29:2, 29:4,
29:19, 29:25, 30:8,
32:3, 37:21, 38:6,
48:4, 212:11,
212:14, 215:20,
225:21, 232:18,
242:22, 247:24
**HELLO** [1] - 143:2
**HELP** [12] - 28:21,
117:19, 129:4,
129:19, 129:23,
129:25, 153:7,
170:18, 179:17,
180:22, 181:9,
182:24
**HELPED** [3] - 125:24,
171:6, 189:22
**HELPFUL** [2] - 144:1,
177:10
**HELPING** [2] - 22:21,
177:10
**HELPS** [3] - 129:6,
129:16, 129:22
**HER** [43] - 22:8, 22:20,
22:23, 23:1, 23:17,
55:14, 64:17, 65:7,
65:8, 66:11, 71:22,
72:11, 80:20, 80:25,
81:1, 119:4, 120:12,
120:17, 120:25,
123:17, 123:19,
127:13, 127:16,
127:17, 139:1,
140:14, 141:9,
141:12, 150:21,
162:17, 172:6,
173:1, 173:19,
173:21, 173:23,

173:24, 174:7,
174:10, 184:15,
240:4, 240:16, 247:5
**HERE** [103] - 3:2, 4:12,
5:23, 6:13, 6:14,
8:16, 9:8, 14:3,
15:25, 17:8, 17:24,
18:25, 20:14, 20:18,
20:25, 21:2, 21:9,
21:13, 21:15, 21:17,
27:20, 32:8, 35:19,
35:23, 38:14, 38:23,
39:16, 39:18, 39:20,
39:22, 39:24, 40:1,
40:5, 40:9, 41:3,
42:11, 42:19, 45:9,
45:20, 45:21, 46:11,
46:23, 48:11, 48:24,
49:8, 49:17, 49:18,
50:8, 50:9, 50:19,
50:21, 54:10, 95:9,
106:3, 106:20,
109:23, 110:5,
115:23, 147:7,
158:23, 159:16,
160:11, 160:16,
161:1, 161:2,
161:11, 164:22,
164:23, 167:9,
187:14, 195:12,
196:7, 196:10,
198:23, 200:1,
204:20, 204:21,
207:12, 212:24,
215:2, 215:7,
215:24, 217:22,
218:22, 220:11,
224:4, 224:21,
225:2, 226:15,
227:7, 228:21,
229:19, 232:14,
233:14, 234:17,
237:21, 238:8,
238:21, 243:18,
244:20, 249:23,
251:12
**HERSELF** [3] - 86:10,
184:12, 184:13
**HERSHEY** [9] - 23:15,
166:1, 166:2, 170:7,
171:15, 171:17,
178:4, 179:14
**HHS** [8] - 39:23,
218:9, 227:25,
228:19, 229:2,
229:5, 232:7, 249:8
**HIGH** [2] - 70:21,
89:11
**HIGHER** [5] - 96:20,
103:21, 154:2,

154:6, 205:13
**HIGHEST** [2] - 175:4, 176:5
**HIGHLIGHT** [1] - 165:24
**HIGHLIGHTED** [1] - 207:12
**HIGHLY** [3] - 79:1, 81:12, 164:10
**HIGHMARK** [1] - 182:9
**HIM** [2] - 213:9, 242:10
**HIP** [1] - 127:24
**HIS** [8] - 30:12, 30:13, 85:3, 85:4, 86:21, 139:8, 219:23, 226:8
**HISTORICALLY** [1] - 92:12
**HISTORY** [1] - 43:11
**HIT** [1] - 48:3
**HOBBY** [11] - 26:8, 43:17, 46:16, 51:6, 198:6, 211:9, 217:19, 217:21, 219:2, 226:3, 226:9
**HOLD** [5] - 96:25, 97:3, 142:12, 162:16, 215:19
**HOLDERS** [1] - 52:23
**HOLDING** [2] - 41:23, 225:16
**HOME** [7] - 30:9, 31:4, 31:10, 31:11, 31:12, 33:13, 252:23
**HOMEBUILDERS** [1] - 241:18
**HONOR** [231] - 4:1, 4:5, 4:8, 4:13, 4:16, 4:19, 4:22, 4:25, 5:3, 5:7, 5:9, 5:22, 6:2, 8:9, 8:17, 8:24, 9:8, 9:9, 9:15, 9:17, 9:23, 13:4, 15:24, 16:1, 16:3, 16:20, 20:3, 20:21, 21:20, 21:21, 21:24, 22:14, 22:16, 23:24, 24:9, 24:13, 24:15, 24:22, 25:12, 25:17, 25:19, 25:21, 25:24, 26:20, 27:1, 27:9, 27:19, 28:5, 28:23, 29:6, 29:13, 30:20, 31:13, 31:17, 32:15, 32:24, 33:3, 33:15, 33:23, 34:10, 34:11, 34:20, 35:1, 35:12, 36:16, 37:14, 37:25, 38:13, 38:14, 38:24, 39:12, 40:14, 40:20, 40:25, 41:8,

41:24, 42:16, 42:19, 44:20, 45:2, 45:21, 46:2, 46:7, 46:15, 46:25, 48:19, 49:4, 49:23, 50:14, 50:18, 51:22, 53:1, 53:13, 54:4, 54:7, 54:15, 55:9, 55:21, 55:24, 55:25, 56:25, 57:4, 57:19, 57:24, 58:2, 64:15, 64:22, 65:4, 65:10, 65:16, 65:25, 66:6, 85:10, 86:8, 88:2, 90:14, 97:8, 97:11, 97:14, 97:15, 97:17, 103:10, 104:25, 105:5, 108:19, 109:2, 112:18, 112:21, 112:25, 113:10, 116:19, 116:25, 119:3, 120:11, 120:16, 120:20, 121:8, 121:10, 136:8, 138:25, 139:11, 139:14, 140:13, 141:8, 142:15, 142:21, 147:16, 148:3, 148:11, 150:1, 151:20, 151:21, 152:18, 152:21, 156:24, 158:1, 158:3, 158:6, 158:25, 160:19, 161:15, 162:7, 162:11, 162:14, 163:2, 163:13, 164:9, 165:2, 172:11, 172:16, 173:4, 181:21, 184:8, 190:24, 192:2, 193:8, 203:21, 203:25, 204:2, 204:8, 204:12, 204:18, 205:23, 209:15, 210:3, 210:7, 210:18, 210:21, 212:8, 218:17, 218:21, 224:11, 232:1, 234:11, 235:14, 235:18, 235:19, 235:21, 236:5, 236:14, 236:24, 238:2, 238:15, 238:16, 238:22, 239:12, 239:25, 240:17, 240:20, 240:24, 241:15, 241:24,

242:18, 242:21, 243:21, 244:2, 244:19, 245:7, 245:10, 245:18, 245:22, 246:4, 246:17, 246:21, 249:17, 250:11, 252:9, 252:10, 252:11, 252:25
**HONOR'S** [7] - 6:6, 30:23, 45:10, 51:14, 212:11, 214:10, 245:23
**HONORABLE** [1] - 1:11
**HONORS** [1] - 167:2
**HOPE** [8] - 24:15, 171:17, 212:22, 214:9, 215:3, 215:7, 248:16, 248:18
**HOPEFULLY** [1] - 215:8
**HOPING** [1] - 74:25
**HOPKINS** [7] - 57:9, 58:9, 58:12, 58:21, 59:10, 59:16, 60:4
**HORMONAL** [14] - 77:1, 103:18, 104:11, 107:5, 107:21, 108:4, 108:6, 108:9, 108:10, 108:14, 128:20, 128:23, 129:4, 175:5
**HORMONES** [3] - 115:21, 126:11, 127:17
**HORSE** [1] - 236:2
**HOSPITAL** [5] - 12:17, 116:16, 117:3, 121:25, 167:9
**HOSPITALIZED** [1] - 124:12
**HOT** [1] - 127:19
**HOUR** [6] - 5:12, 157:12, 210:5, 210:7, 210:9
**HOURS** [7] - 118:11, 118:12, 118:14, 118:17, 119:9, 119:11, 119:19
**HOUSEKEEPING** [1] - 165:5
**HOUSES** [3] - 43:15, 197:12, 197:15
**HOW** [87] - 3:11, 5:14, 18:11, 18:12, 22:22, 22:25, 23:4, 28:10, 28:11, 28:12, 28:15, 30:16, 46:18, 49:24,

59:2, 62:16, 67:19, 69:20, 70:25, 73:24, 79:8, 83:21, 91:10, 92:22, 97:22, 99:3, 106:21, 110:7, 110:14, 112:5, 115:21, 116:3, 118:10, 118:14, 119:9, 122:5, 123:24, 124:17, 125:2, 125:17, 126:15, 126:21, 128:13, 132:9, 133:25, 135:8, 135:12, 136:18, 144:7, 150:2, 159:15, 160:13, 160:15, 166:2, 168:1, 169:16, 170:2, 171:22, 172:3, 174:12, 193:14, 196:25, 197:18, 197:20, 198:3, 198:7, 212:13, 214:16, 214:20, 221:16, 223:5, 228:17, 228:18, 228:23, 228:24, 229:6, 229:8, 229:23, 231:15, 233:11, 238:20, 244:3, 251:4
**HOWEVER** [9] - 13:4, 16:21, 181:10, 182:25, 187:22, 208:24, 209:3, 209:4, 209:18
**HR** [1] - 250:4
**HRSA** [21] - 22:6, 42:25, 44:5, 87:7, 220:14, 220:22, 221:14, 221:18, 222:2, 222:4, 222:5, 222:12, 223:1, 223:2, 223:10, 224:3, 243:8, 243:15, 250:4, 250:6, 250:8
**HRSA'S** [1] - 243:10
**HUDMAN** [1] - 83:12
**HUDSON** [2] - 36:9, 36:17
**HUH** [1] - 86:23
**HUMAN** [6] - 3:4, 12:14, 67:2, 78:12, 87:3, 87:11
**HUNDRED** [3] - 77:3, 126:24, 127:1
**HYPERLINK** [1] - 158:8

**HYPOTHESIS** [1] - 189:3
**HYPOTHESIZED** [1] - 247:6
**HYPOTHETICAL** [4] - 30:24, 31:14, 31:16, 32:20
**HYSTERECTOMY** [1] - 188:10

## I

**I'D** [6] - 87:17, 114:8, 211:21, 236:7, 239:24, 243:4
**I'LL** [2] - 29:10, 52:4
**I'M** [93] - 3:21, 4:6, 4:13, 4:17, 4:20, 4:23, 5:1, 5:4, 5:16, 5:23, 23:9, 24:5, 28:9, 31:2, 34:8, 34:10, 37:19, 37:21, 49:21, 50:16, 51:23, 53:16, 55:5, 57:24, 58:1, 59:13, 65:22, 68:9, 72:25, 74:18, 74:23, 81:7, 89:12, 101:6, 101:10, 101:21, 103:8, 103:10, 104:8, 105:14, 105:17, 116:17, 119:3, 126:5, 129:9, 129:10, 136:23, 139:14, 143:25, 144:15, 145:8, 148:1, 148:10, 153:11, 157:18, 159:9, 161:16, 161:17, 165:23, 166:3, 166:4, 166:5, 169:7, 169:9, 170:9, 170:15, 178:16, 178:18, 181:21, 184:8, 186:7, 193:13, 193:19, 194:5, 194:9, 198:2, 198:9, 199:4, 199:8, 199:12, 203:3, 207:8, 210:18, 225:16, 227:8, 237:12, 245:22, 252:11, 252:20
**I'VE** [2] - 63:2, 93:14
**IDEA** [8] - 168:1, 196:25, 223:14, 225:18, 226:11, 228:13, 239:1, 250:4
**IDENTICAL** [3] - 40:11, 40:14, 41:15

**IDENTIFIABLE** [1] - 236:19
**IDENTIFIED** [3] - 69:17, 111:4, 208:24
**IDENTIFY** [35] - 73:15, 100:4, 100:7, 114:16, 146:7, 146:10, 146:12, 146:18, 146:23, 147:2, 147:5, 147:8, 147:13, 147:18, 147:23, 148:16, 148:24, 149:5, 149:10, 149:14, 165:9, 165:16, 175:23, 184:1, 200:2, 201:2, 201:11, 201:18, 201:24, 209:12, 209:18, 220:12, 221:1, 223:7, 236:22
**IDENTIFYING** [2] - 223:3, 223:16
**IF** [207] - 3:12, 5:10, 5:14, 5:25, 7:4, 8:12, 8:21, 8:22, 8:24, 9:21, 14:11, 15:9, 20:23, 20:24, 21:21, 24:1, 25:14, 25:23, 30:7, 30:23, 31:11, 32:5, 32:15, 32:18, 32:20, 33:8, 33:11, 39:12, 40:7, 40:18, 41:8, 41:24, 42:9, 43:13, 44:25, 45:17, 46:13, 47:20, 47:22, 48:7, 48:9, 48:24, 49:4, 49:14, 49:20, 49:21, 50:14, 50:20, 51:6, 52:3, 53:13, 53:15, 53:17, 55:7, 55:9, 55:14, 56:7, 56:11, 56:14, 56:19, 56:20, 56:25, 57:7, 62:7, 64:15, 67:19, 68:1, 68:6, 68:13, 70:3, 74:19, 75:25, 76:3, 76:5, 76:12, 78:14, 79:12, 79:21, 80:18, 80:22, 80:24, 81:2, 81:9, 82:20, 82:21, 83:22, 84:6, 84:18, 85:20, 86:13, 87:7, 87:8, 87:21, 88:1, 89:13, 92:1, 92:7, 93:12, 93:14, 93:19, 94:24, 95:4, 95:7, 96:15, 97:8, 105:4, 105:8, 107:20, 111:13,

114:7, 114:9, 114:12, 114:18, 114:19, 116:22, 123:18, 123:21, 124:1, 126:15, 127:12, 134:13, 135:2, 137:14, 137:17, 137:20, 137:24, 139:13, 140:17, 141:20, 142:12, 144:1, 146:3, 148:5, 148:8, 150:18, 152:24, 152:25, 153:8, 153:16, 153:18, 154:2, 156:14, 157:3, 158:1, 159:25, 160:6, 165:12, 171:5, 173:17, 173:25, 176:1, 179:15, 179:16, 179:18, 180:5, 180:22, 181:2, 182:23, 184:7, 185:8, 186:8, 186:14, 186:18, 186:19, 186:23, 191:17, 191:19, 192:13, 194:9, 194:11, 195:7, 195:13, 198:1, 203:20, 204:6, 204:19, 204:23, 208:12, 212:24, 213:20, 214:2, 214:9, 214:21, 216:20, 217:5, 217:14, 220:25, 221:4, 226:21, 230:4, 230:10, 232:19, 234:13, 235:21, 236:7, 236:21, 237:7, 240:23, 242:10, 244:14, 245:13, 248:14, 248:17, 249:5
**IFR** [13] - 39:1, 39:18, 39:21, 40:14, 41:1, 42:2, 42:3, 207:6, 217:5, 217:15, 217:16, 217:22, 217:23
**IFR'S** [2] - 217:11, 222:14
**IFRS** [9] - 38:18, 39:15, 40:11, 52:16, 160:23, 208:18, 209:11, 209:21, 217:3
**IGNORE** [1] - 37:12

**ILLEGAL** [1] - 251:9
**ILLEGALITY** [1] - 233:6
**IMAGINE** [2] - 191:8, 191:10
**IMMEDIATE** [3] - 98:19, 98:23, 202:18
**IMMEDIATELY** [4] - 25:8, 216:17, 216:22, 235:2
**IMMUNIZATION** [1] - 69:1
**IMMUNIZATIONS** [1] - 43:4
**IMPACT** [24] - 19:25, 34:17, 36:12, 44:10, 47:21, 47:25, 48:7, 48:9, 89:23, 95:25, 123:14, 123:16, 123:17, 124:6, 138:17, 141:22, 160:16, 170:21, 190:21, 231:17, 235:25, 238:21, 244:15, 245:2
**IMPACTED** [3] - 72:18, 237:14, 237:15
**IMPACTS** [1] - 108:22
**IMPAIRED** [1] - 123:18
**IMPAIRMENT** [1] - 127:19
**IMPENDING** [2] - 238:4, 238:6
**IMPERATIVE** [1] - 30:15
**IMPERIL** [1] - 43:17
**IMPLANT** [7] - 77:1, 91:1, 92:15, 92:18, 174:24, 176:7, 176:12
**IMPLANTED** [5] - 76:25, 77:2, 92:18, 155:13, 174:25
**IMPLANTS** [5] - 76:9, 83:10, 90:8, 94:12, 112:11
**IMPLEMENT** [2] - 250:9, 250:10
**IMPLEMENTATION** [4] - 39:24, 40:3, 40:4, 40:6
**IMPLEMENTED** [3] - 16:24, 218:13, 235:2
**IMPLEMENTING** [1] - 241:12
**IMPLICATES** [1] - 51:8
**IMPLICATION** [1] - 107:7

**IMPLICIT** [2] - 225:7, 243:1
**IMPLICITLY** [1] - 242:25
**IMPLIES** [1] - 221:18
**IMPORTANT** [22] - 24:25, 51:9, 74:13, 107:8, 172:9, 174:2, 174:10, 174:18, 177:10, 177:18, 177:19, 178:1, 210:23, 218:19, 218:20, 224:22, 224:23, 227:11, 230:17, 235:2, 237:21, 248:13
**IMPOSE** [7] - 3:20, 14:5, 30:12, 221:10, 223:21, 231:17, 250:2
**IMPOSED** [1] - 231:8
**IMPOSES** [4] - 43:18, 46:17, 50:24, 232:24
**IMPOSSIBLE** [2] - 34:8, 147:19
**IMPRESSION** [1] - 26:16
**IMPROPER** [1] - 172:22
**IMPROPERLY** [1] - 240:4
**IMPROVE** [2] - 86:3, 224:8
**IMPROVED** [1] - 70:22
**IMPROVEMENT** [1] - 106:16
**IN** [831] - 1:1, 3:2, 3:10, 3:19, 3:22, 4:3, 5:11, 5:17, 5:19, 6:3, 6:5, 6:25, 7:1, 7:3, 7:6, 7:15, 7:17, 7:18, 7:22, 8:4, 9:17, 9:19, 9:22, 9:25, 10:2, 10:5, 10:9, 10:12, 10:15, 10:21, 11:2, 11:5, 11:13, 11:19, 11:24, 12:19, 12:21, 12:25, 13:17, 14:3, 14:15, 14:23, 14:25, 15:2, 15:12, 15:16, 15:20, 16:8, 16:9, 16:17, 16:23, 17:9, 17:10, 17:12, 17:15, 17:18, 17:19, 17:21, 17:22, 17:23, 18:3, 18:9, 18:14, 18:15, 18:22, 19:2, 19:5, 19:11, 19:13, 19:19, 20:1, 20:8, 20:17, 21:7, 21:14, 21:20,

22:2, 22:6, 22:8, 22:10, 22:11, 22:13, 22:16, 22:24, 23:15, 23:19, 23:23, 24:13, 24:17, 25:7, 25:8, 25:24, 26:6, 26:7, 26:8, 26:9, 26:14, 26:22, 26:25, 27:9, 27:10, 27:20, 27:21, 27:24, 28:2, 28:8, 28:14, 28:17, 28:22, 29:2, 29:17, 30:11, 30:12, 30:14, 30:17, 31:19, 31:24, 32:6, 32:8, 33:15, 35:5, 35:9, 35:16, 35:20, 35:22, 36:3, 36:4, 36:12, 36:14, 37:9, 37:15, 38:16, 39:15, 39:17, 40:1, 40:3, 40:8, 40:10, 40:17, 41:1, 41:10, 41:11, 41:13, 41:17, 41:23, 42:2, 42:6, 42:8, 42:16, 42:25, 43:5, 43:10, 44:6, 44:8, 44:24, 45:7, 45:11, 45:15, 45:16, 45:23, 46:18, 46:19, 47:15, 47:16, 48:3, 48:5, 48:8, 49:7, 49:8, 49:12, 49:13, 49:18, 49:25, 50:1, 50:3, 50:8, 50:9, 50:24, 51:5, 51:19, 52:6, 52:16, 53:4, 53:5, 53:10, 53:20, 53:23, 54:9, 54:10, 57:7, 57:13, 58:14, 58:18, 58:19, 58:20, 59:6, 59:19, 60:12, 60:17, 60:24, 61:5, 61:6, 61:10, 61:15, 61:21, 62:4, 62:5, 62:18, 62:24, 63:4, 63:6, 63:11, 63:21, 64:2, 64:7, 64:12, 64:18, 65:7, 65:8, 65:13, 66:7, 66:11, 66:12, 67:4, 67:14, 67:15, 68:1, 68:4, 68:20, 68:23, 69:8, 69:9, 69:12, 69:18, 69:21, 69:22, 70:4, 70:12, 70:18, 70:19, 70:20, 71:2, 71:6, 71:15, 71:25, 72:3, 72:7, 72:20, 73:7, 73:14, 74:13, 74:14, 75:13, 75:15, 75:17, 75:22, 76:1, 76:10, 76:17,

77:7, 78:20, 79:12, 81:13, 81:14, 81:16, 81:19, 81:24, 82:1, 82:2, 83:5, 83:12, 84:4, 85:6, 86:1, 86:3, 86:6, 86:13, 87:18, 87:23, 88:1, 88:6, 88:10, 88:12, 88:15, 88:23, 89:11, 89:18, 89:24, 90:4, 90:5, 91:19, 92:5, 92:25, 93:2, 93:11, 93:13, 93:20, 93:21, 93:23, 94:3, 94:12, 94:19, 96:2, 96:6, 96:12, 96:13, 96:22, 97:5, 97:25, 98:4, 98:7, 99:16, 99:19, 100:3, 100:4, 100:7, 100:18, 100:23, 100:24, 101:19, 102:3, 102:7, 102:16, 102:23, 103:1, 103:3, 103:4, 103:5, 103:9, 103:10, 103:14, 103:25, 105:9, 105:10, 105:11, 106:14, 106:16, 106:18, 106:20, 106:24, 107:1, 107:6, 107:8, 107:11, 107:16, 107:18, 107:22, 107:23, 108:11, 108:17, 109:5, 109:16, 109:21, 110:8, 110:10, 110:19, 111:6, 111:13, 111:16, 111:19, 112:11, 112:25, 113:4, 114:4, 114:6, 114:19, 115:2, 115:6, 115:8, 115:13, 115:22, 115:25, 116:2, 116:6, 116:7, 116:19, 117:15, 117:19, 117:22, 118:6, 118:7, 119:5, 120:13, 120:20, 120:25, 121:18, 122:10, 122:11, 122:20, 123:13, 123:18, 123:24, 124:3, 124:4, 124:11, 124:17, 124:18, 125:7, 125:17, 126:9, 127:1, 127:2, 127:9,

127:12, 128:7, 128:12, 129:7, 129:9, 129:16, 129:19, 129:23, 130:2, 130:8, 130:23, 131:8, 131:11, 131:17, 132:14, 132:20, 133:6, 133:12, 133:18, 133:22, 135:3, 135:24, 136:15, 136:16, 136:23, 136:25, 137:25, 138:4, 138:11, 138:20, 138:23, 140:11, 140:22, 140:25, 141:1, 141:7, 141:11, 141:21, 141:24, 142:3, 142:4, 142:5, 142:9, 143:3, 143:11, 143:19, 145:17, 145:19, 145:21, 145:24, 146:7, 146:12, 146:18, 146:22, 146:24, 147:8, 147:11, 147:13, 147:22, 147:24, 148:5, 148:8, 148:16, 148:24, 148:25, 149:5, 149:6, 149:10, 149:11, 149:14, 149:15, 149:19, 151:8, 151:13, 152:1, 153:6, 153:25, 154:7, 154:14, 154:16, 155:3, 155:4, 155:7, 155:8, 155:9, 155:14, 156:2, 156:12, 156:17, 156:22, 158:7, 159:12, 159:18, 160:1, 160:2, 160:3, 160:7, 160:23, 160:25, 161:1, 161:2, 161:8, 161:20, 161:25, 162:4, 162:5, 162:25, 164:3, 164:16, 165:7, 167:2, 167:3, 167:9, 167:10, 167:14, 167:20, 168:11, 168:15, 168:24, 169:5, 169:18, 170:3, 170:12, 170:17, 170:20, 171:8, 171:10,

171:17, 172:12, 172:25, 173:3, 173:10, 173:20, 173:22, 174:6, 175:9, 175:12, 175:13, 175:17, 176:3, 176:18, 176:21, 177:7, 177:10, 177:20, 178:4, 178:7, 178:19, 178:22, 179:13, 179:19, 180:7, 180:11, 180:13, 180:20, 181:9, 181:13, 181:19, 181:24, 182:11, 182:12, 182:15, 182:16, 183:7, 183:10, 183:16, 183:20, 183:23, 184:13, 184:15, 184:23, 185:1, 185:16, 185:23, 186:1, 186:7, 186:11, 186:22, 187:3, 187:5, 187:9, 187:20, 187:22, 188:22, 189:1, 189:4, 189:9, 189:13, 189:16, 189:17, 189:18, 190:2, 190:18, 190:23, 191:17, 191:23, 191:24, 192:7, 192:12, 192:13, 192:14, 192:15, 192:19, 192:23, 193:4, 193:16, 193:23, 194:15, 194:16, 194:17, 194:23, 195:2, 195:3, 195:7, 195:10, 195:13, 195:17, 195:19, 195:22, 195:24, 196:1, 196:2, 196:4, 197:1, 197:9, 197:19, 198:4, 198:10, 198:20, 199:1, 199:5, 199:9, 199:13, 199:14, 200:1, 200:19, 200:21, 201:6, 201:14, 201:22, 202:2, 202:9, 202:16, 202:18, 203:3, 203:9, 204:25, 205:5, 205:7, 205:15, 205:17, 205:21,

206:5, 206:6, 206:14, 206:17, 206:22, 207:16, 207:22, 207:25, 208:2, 208:16, 208:23, 209:1, 209:2, 209:5, 209:21, 210:25, 211:1, 211:3, 211:11, 211:13, 211:18, 214:1, 214:6, 214:17, 214:19, 214:21, 215:17, 215:22, 216:10, 216:19, 216:24, 216:25, 217:4, 217:12, 218:8, 218:16, 218:19, 218:20, 219:2, 219:15, 219:17, 219:25, 220:9, 220:17, 220:19, 220:23, 221:2, 221:13, 221:14, 222:2, 222:24, 223:3, 223:6, 223:19, 224:1, 224:3, 224:6, 224:7, 224:12, 225:9, 225:17, 225:19, 226:2, 226:3, 226:9, 226:20, 227:2, 227:13, 227:22, 228:5, 228:8, 228:16, 228:21, 228:23, 229:4, 229:8, 229:19, 229:20, 229:23, 229:24, 229:25, 230:2, 230:21, 231:3, 231:4, 231:14, 231:15, 232:1, 232:3, 232:8, 232:21, 233:7, 233:14, 233:16, 234:3, 234:6, 235:4, 235:7, 235:9, 237:3, 237:4, 237:10, 237:18, 238:5, 238:10, 238:16, 238:22, 239:3, 239:14, 240:2, 240:10, 240:13, 240:14, 240:25, 241:9, 242:11, 242:12, 242:18, 242:21, 243:8, 243:13, 243:14, 245:3, 245:13, 245:17, 246:8,

246:9, 246:15, 247:1, 247:7, 247:9, 247:11, 247:23, 247:25, 248:1, 248:10, 249:4, 249:16, 249:19, 249:20, 249:21, 250:12, 250:20, 250:24, 251:19, 251:24, 252:4, 252:17, 252:21, 253:4

**INACCURACIES** [1] - 114:19

**INACTION** [5] - 16:14, 16:15, 19:11, 233:16, 234:1

**INAFFORDABILITY** [1] - 133:14

**INC** [1] - 164:16

**INCLINED** [1] - 21:22

**INCLUDE** [18] - 10:1, 46:12, 57:15, 58:22, 68:24, 122:14, 122:17, 122:20, 123:11, 127:21, 128:12, 130:21, 168:10, 174:24, 191:10, 209:2, 229:18, 250:5

**INCLUDED** [7] - 67:14, 95:5, 167:13, 185:1, 187:22, 193:24, 232:3

**INCLUDES** [5] - 22:20, 63:9, 118:18, 175:6, 207:22

**INCLUDING** [14] - 36:5, 64:19, 65:14, 75:9, 77:25, 96:3, 97:6, 112:2, 117:17, 170:11, 172:13, 183:13, 228:5, 251:17

**INCOME** [3] - 14:8, 72:21, 80:13

**INCONCEIVABLE** [1] - 242:24

**INCONSISTENT** [2] - 43:23, 233:3

**INCONSISTENTLY** [2] - 73:8, 80:23

**INCORPORATE** [1] - 128:20

**INCORPORATED** [1] - 243:16

**INCORPORATES** [1] - 139:5

**INCREASE** [17] - 7:15, 43:21, 52:19, 81:1,

91:24, 94:12, 96:22, 107:1, 112:11, 130:2, 142:1, 142:8, 155:8, 155:10, 156:2, 156:15, 220:20

**INCREASED** [10] - 71:7, 102:17, 102:19, 106:16, 127:22, 127:23, 155:13, 156:21, 208:2, 239:14

**INCREASES** [3] - 82:22, 128:6, 196:2

**INCREASING** [2] - 71:2, 220:15

**INCREDIBLY** [5] - 6:21, 124:5, 137:17, 156:7, 212:9

**INCUR** [1] - 205:13

**INDEPENDENT** [2] - 39:3, 250:9

**INDEX** [1] - 254:1

**INDIANA** [1] - 207:17

**INDICATE** [1] - 187:6

**INDICATED** [4] - 16:17, 92:21, 103:5, 103:18

**INDICATES** [1] - 252:19

**INDICATION** [8] - 41:3, 91:4, 188:6, 214:11, 225:6, 227:6, 228:9, 243:22

**INDICATIONS** [1] - 128:19

**INDIVIDUAL** [12] - 122:8, 122:9, 122:13, 132:14, 145:17, 146:11, 146:21, 155:4, 190:13, 221:9, 236:15, 236:20

**INDIVIDUALIZE** [1] - 132:18

**INDIVIDUALLY** [1] - 148:11

**INDIVIDUALS** [4] - 26:25, 199:5, 200:19, 229:9

**INDULGE** [1] - 235:21

**INDULGENCE** [3] - 5:25, 136:7, 160:18

**INDUSTRY** [1] - 208:9

**INFERENCE** [1] - 232:17

**INFERTILITY** [13] - 22:20, 114:5, 115:14, 116:8, 117:14, 118:8,

122:11, 128:8, 128:15, 129:3, 129:12, 129:15, 129:19

**INFLUENTIAL** [1] - 156:7

**INFORMATION** [11] - 47:10, 82:15, 82:18, 111:22, 154:5, 154:8, 163:5, 182:23, 195:1, 205:24, 237:16

**INFORMED** [1] - 12:10

**INHERENT** [3] - 44:24, 78:20, 247:11

**INITIAL** [1] - 11:20

**INITIATE** [1] - 19:12

**INITIATING** [1] - 129:22

**INJECTABLE** [1] - 175:8

**INJUNCTION** [41] - 1:14, 3:9, 7:24, 8:4, 9:14, 9:18, 21:21, 24:14, 27:10, 33:24, 65:5, 99:4, 99:15, 99:19, 99:20, 99:23, 144:8, 144:14, 144:15, 144:17, 146:5, 159:13, 160:17, 202:17, 212:19, 213:24, 214:5, 214:8, 214:18, 215:10, 227:12, 230:17, 235:13, 236:19, 245:2, 248:15, 249:6, 251:12, 251:17, 251:18, 251:20

**INJUNCTIONS** [9] - 26:5, 27:5, 99:12, 144:11, 197:24, 216:20, 239:7, 244:22

**INJURIES** [1] - 20:8

**INJURY** [16] - 16:12, 17:9, 17:10, 18:23, 18:24, 20:5, 20:15, 35:16, 35:17, 227:12, 233:6, 233:10, 235:13, 237:1, 237:2, 244:3

**INKLING** [1] - 244:16

**INNER** [1] - 174:25

**INQUIRY** [1] - 19:25

**INSERTED** [3] - 134:24, 155:9

**INSERTION** [3] - 134:7, 134:22,

192:11

**INSOFAR** [1] - 138:10

**INSTANCE** [2] - 127:13, 129:8

**INSTANCES** [1] - 53:20

**INSTANTANEOUS** [1] - 192:15

**INSTANTIATED** [1] - 28:13

**INSTEAD** [12] - 11:11, 11:16, 35:10, 39:1, 42:3, 44:2, 48:2, 50:1, 50:3, 190:8, 238:9, 252:22

**INSTITUTE** [24] - 22:4, 64:10, 66:4, 66:17, 66:19, 89:7, 102:2, 106:12, 107:13, 109:5, 109:13, 110:13, 110:16, 110:17, 110:18, 111:5, 111:12, 112:6, 154:4, 154:9, 160:22, 169:23, 171:3, 180:11

**INSTITUTE'S** [1] - 44:6

**INSTITUTES** [6] - 102:22, 103:5, 103:15, 118:24, 118:25, 169:20

**INSTITUTIONS** [5] - 169:25, 170:1, 199:21, 200:6, 211:6

**INSTRUCTED** [1] - 82:10

**INSTRUCTIVE** [1] - 16:22

**INSURANCE** [36] - 7:8, 12:24, 13:6, 30:11, 52:19, 52:22, 90:4, 100:12, 144:4, 145:25, 150:8, 150:14, 151:16, 152:11, 178:3, 178:17, 179:11, 179:19, 182:10, 182:14, 198:14, 199:20, 200:23, 205:4, 205:9, 205:14, 208:13, 212:2, 218:7, 218:11, 220:2, 220:9, 221:8, 221:9, 223:7

**INSURED** [15] - 90:3, 93:2, 94:1, 94:13, 153:19, 166:15, 178:4, 178:15,

179:8, 180:16, 180:17, 182:12, 190:22, 190:23, 230:24

**INSURER** [1] - 7:2

**INSURERS** [2] - 95:1, 229:3

**INTEGRATE** [1] - 129:4

**INTEGRATION** [1] - 63:6

**INTEND** [4] - 87:24, 150:16, 162:25, 163:19

**INTENDED** [5] - 12:8, 43:11, 150:12, 150:15, 224:8

**INTENDING** [1] - 173:17

**INTENTIONAL** [1] - 48:5

**INTERDISCIPLINAR Y** [2] - 59:1, 170:17

**INTEREST** [28] - 16:8, 17:21, 19:4, 19:13, 19:19, 19:22, 20:17, 20:18, 35:16, 35:21, 47:5, 51:11, 51:13, 51:17, 51:18, 52:5, 116:20, 167:20, 224:22, 226:1, 226:4, 226:5, 226:7, 227:2, 227:4, 234:3, 251:11

**INTERESTED** [3] - 57:13, 176:11, 182:11

**INTERESTING** [3] - 160:9, 183:21, 216:18

**INTERESTINGLY** [1] - 174:14

**INTERFERE** [1] - 40:6

**INTERIM** [9] - 3:19, 38:17, 39:7, 39:10, 39:23, 216:5, 217:23, 237:21, 238:11

**INTERNAL** [8] - 166:4, 167:8, 167:11, 167:12, 170:10, 171:16, 171:19, 184:22

**INTERNALLY** [1] - 252:16

**INTERNIST** [1] - 166:3

**INTERPRET** [1] - 220:23

**INTERPRETATION** [14] - 45:17, 51:19,

52:9, 71:9, 218:23, 218:24, 219:4, 221:3, 221:4, 222:1, 241:13, 242:19, 249:19, 249:22

**INTERPRETATIONS** [1] - 47:6

**INTERPRETING** [3] - 45:11, 221:2, 221:16

**INTERVAL** [1] - 134:9

**INTERVENE** [1] - 27:10

**INTERVENTION** [4] - 182:20, 183:3, 183:5, 188:24

**INTERVENTIONS** [4] - 62:7, 171:5, 180:22, 181:8

**INTO** [67] - 7:10, 22:9, 23:18, 41:19, 46:3, 51:10, 55:11, 56:4, 63:6, 70:14, 71:1, 71:20, 72:1, 73:16, 82:15, 85:14, 87:21, 88:11, 89:18, 94:7, 94:11, 95:1, 99:9, 107:10, 107:17, 108:11, 112:14, 112:15, 114:8, 129:5, 134:17, 136:13, 137:3, 137:17, 137:20, 139:2, 144:21, 144:24, 145:7, 145:10, 145:15, 152:24, 153:5, 155:9, 156:4, 158:11, 161:10, 166:21, 173:14, 174:12, 180:19, 182:18, 185:16, 185:25, 188:23, 192:14, 197:7, 204:17, 207:6, 218:17, 220:25, 223:17, 227:9, 232:1, 246:10, 247:13, 249:24

**INTRAMURAL** [1] - 119:1

**INTRAUTERINE** [7] - 76:10, 76:13, 90:17, 92:7, 130:22, 135:23, 175:1

**INTRODUCTIONS** [1] - 3:24

**INVESTIGATE** [3] - 32:10, 73:17, 240:9

**INVESTIGATED** [2] - 89:20, 89:23

**INVESTIGATES** [1] - 115:21

**INVESTIGATING** [1] - 247:2

**INVESTIGATION** [4] - 61:20, 73:16, 153:5, 153:7

**INVESTIGATIONS** [5] - 61:16, 61:17, 62:12, 62:17, 169:17

**INVESTIGATOR** [7] - 61:21, 61:24, 61:25, 62:1, 169:13, 169:14, 170:3

**INVESTIGATORS** [1] - 170:19

**INVITATIONS** [1] - 182:13

**INVITE** [1] - 104:21

**INVITED** [1] - 182:15

**INVOKE** [1] - 41:7

**INVOKED** [2] - 40:15, 199:2

**INVOLVE** [2] - 47:6, 50:2

**INVOLVED** [9] - 59:4, 62:17, 63:11, 67:19, 93:21, 170:2, 170:21, 198:6, 240:22

**INVOLVES** [3] - 62:4, 62:5, 153:6

**INVOLVING** [16] - 16:14, 17:6, 17:7, 20:12, 67:8, 71:5, 73:25, 85:17, 93:22, 96:12, 101:24, 107:21, 219:17, 219:25, 233:16

**IOM** [8] - 98:2, 101:1, 102:11, 102:16, 104:14, 104:15, 104:18, 104:21

**IRONCLAD** [2] - 239:1, 239:8

**IRREGULAR** [1] - 123:13

**IRREPARABLE** [6] - 202:18, 227:12, 237:1, 244:3, 251:9

**IRREVERSIBLE** [2] - 98:19, 98:24

**IRS** [3] - 31:18, 220:8, 240:9

**IS** [881] - 3:7, 3:19, 3:20, 4:1, 4:6, 4:9, 4:11, 4:20, 5:1, 5:4, 5:14, 5:19, 5:23, 6:16, 6:20, 8:10, 8:19, 9:17, 10:1,

10:2, 10:5, 10:8, 10:13, 10:21, 10:25, 11:8, 12:8, 13:3, 14:2, 15:2, 15:6, 15:7, 15:9, 15:12, 15:15, 15:21, 16:10, 16:16, 16:19, 16:22, 17:5, 17:9, 17:10, 17:11, 17:16, 17:18, 17:20, 17:23, 17:24, 18:4, 18:8, 18:14, 18:21, 18:23, 19:17, 19:23, 19:24, 20:4, 20:5, 20:6, 20:13, 20:14, 20:15, 20:18, 21:4, 21:9, 21:15, 21:19, 22:1, 22:17, 22:22, 23:23, 24:7, 24:15, 24:19, 24:22, 24:24, 24:25, 25:9, 25:10, 25:13, 25:23, 25:25, 26:12, 26:22, 26:24, 27:1, 27:17, 27:18, 27:23, 27:25, 28:12, 28:15, 28:16, 28:21, 28:24, 29:15, 30:1, 30:4, 30:14, 30:16, 30:20, 30:22, 31:7, 32:3, 32:6, 32:8, 32:9, 32:13, 32:15, 32:16, 32:17, 32:20, 32:21, 32:22, 32:25, 33:4, 33:6, 33:8, 33:9, 33:11, 33:13, 33:14, 33:17, 34:1, 34:2, 34:10, 34:11, 34:22, 35:4, 35:7, 35:8, 35:10, 35:15, 35:18, 35:21, 35:24, 36:9, 36:10, 36:11, 36:18, 36:21, 37:3, 37:9, 37:11, 37:12, 37:18, 37:23, 38:2, 38:7, 38:14, 38:22, 39:8, 40:8, 41:2, 41:3, 41:4, 41:9, 41:10, 41:21, 42:4, 42:5, 42:18, 42:19, 42:20, 42:22, 43:1, 43:13, 43:20, 43:24, 44:15, 44:17, 44:20, 45:1, 45:6, 45:10, 45:12, 45:18, 45:21, 45:22, 45:23, 46:2, 46:6, 46:9, 46:11, 47:5, 47:8, 48:11, 48:15, 48:17, 48:20, 48:22, 49:3, 49:9, 49:10, 49:11, 49:15, 49:24, 50:8, 50:14, 50:19, 51:18,

52:1, 52:9, 53:9, 53:18, 54:10, 55:11, 55:19, 55:21, 55:23, 56:9, 56:10, 56:18, 58:1, 59:2, 59:6, 59:22, 60:13, 60:15, 61:2, 61:3, 61:20, 61:24, 62:1, 62:9, 62:10, 62:15, 63:14, 65:2, 65:5, 65:9, 65:13, 65:14, 66:4, 66:7, 66:9, 66:13, 66:17, 66:19, 66:20, 68:3, 68:4, 68:7, 68:14, 68:17, 68:18, 69:3, 69:4, 69:21, 69:22, 70:5, 70:7, 70:9, 70:11, 71:11, 71:16, 72:13, 72:16, 72:25, 74:14, 74:16, 74:20, 74:24, 75:3, 75:7, 75:11, 75:12, 75:16, 75:17, 75:18, 75:19, 75:21, 75:25, 76:13, 76:16, 76:20, 76:24, 76:25, 77:1, 77:2, 77:3, 77:5, 77:20, 77:21, 78:4, 79:1, 79:2, 79:21, 79:23, 80:11, 80:18, 81:10, 81:11, 81:21, 81:22, 81:24, 82:6, 82:8, 82:12, 82:23, 85:3, 85:24, 86:9, 86:21, 86:23, 87:10, 87:15, 87:16, 87:23, 88:1, 88:15, 88:23, 89:9, 89:10, 90:13, 91:1, 91:13, 91:14, 91:16, 91:19, 91:21, 92:15, 93:10, 94:16, 94:20, 94:21, 95:2, 95:10, 95:11, 96:8, 97:22, 98:5, 98:15, 98:18, 98:22, 99:8, 100:20, 100:21, 101:7, 101:9, 101:10, 101:12, 101:18, 102:4, 102:8, 102:20, 102:22, 102:23, 102:24, 103:22, 103:24, 104:6, 104:9, 104:12, 106:5, 106:7, 106:12, 106:20, 107:7, 107:8, 107:9, 107:10, 107:15, 108:5, 108:9, 108:11, 108:15, 108:17, 108:25,

109:9, 109:21, 109:22, 109:23, 109:24, 110:15, 110:17, 110:21, 111:12, 111:16, 111:23, 111:24, 112:23, 113:20, 113:21, 114:6, 114:12, 114:13, 115:20, 116:10, 116:11, 116:23, 117:22, 118:15, 119:11, 119:12, 119:13, 119:19, 120:4, 120:18, 120:22, 120:23, 121:2, 121:6, 122:7, 123:6, 123:8, 123:9, 123:12, 123:18, 124:2, 124:3, 124:9, 125:6, 125:7, 125:9, 125:10, 125:16, 126:7, 126:8, 126:13, 126:15, 126:21, 127:1, 127:3, 127:12, 127:15, 128:4, 128:10, 129:20, 129:24, 130:10, 130:11, 132:2, 134:4, 134:9, 134:14, 134:21, 134:24, 135:6, 135:13, 135:16, 135:19, 135:21, 135:22, 135:23, 136:5, 137:11, 138:1, 138:2, 138:13, 139:7, 139:8, 139:9, 139:14, 139:16, 139:18, 140:15, 141:9, 141:11, 141:22, 143:1, 143:21, 143:22, 143:25, 144:1, 145:8, 147:1, 147:3, 147:17, 148:5, 148:7, 148:9, 149:1, 150:3, 150:9, 150:12, 150:19, 150:21, 150:24, 151:3, 151:11, 151:13, 151:14, 151:17, 154:1, 154:2, 154:5, 154:6, 154:7, 154:8, 154:10, 156:7, 156:14, 156:16, 156:20, 157:10, 157:11, 157:24,

158:6, 158:7, 158:12, 158:17, 158:18, 159:12, 159:14, 159:15, 159:17, 159:20, 159:23, 160:2, 160:3, 160:7, 160:9, 160:10, 160:11, 160:14, 160:16, 160:23, 160:25, 161:1, 161:8, 161:11, 161:12, 161:19, 161:20, 161:24, 161:25, 162:1, 162:5, 162:22, 163:8, 163:11, 163:14, 163:16, 164:1, 164:7, 164:21, 165:11, 165:17, 165:19, 166:13, 168:17, 169:22, 170:18, 171:1, 171:12, 171:14, 171:16, 172:23, 173:2, 173:6, 173:16, 173:17, 173:19, 174:1, 174:2, 174:5, 174:13, 174:18, 174:24, 175:15, 175:24, 176:3, 176:6, 176:8, 176:14, 176:19, 177:14, 177:19, 177:25, 178:4, 179:11, 179:15, 179:19, 184:3, 184:9, 184:11, 184:15, 184:21, 185:2, 185:3, 185:9, 185:10, 185:14, 185:18, 185:19, 185:20, 185:21, 185:25, 186:5, 186:9, 187:4, 187:12, 187:15, 188:6, 188:15, 188:18, 188:21, 189:4, 189:6, 189:14, 189:16, 190:25, 191:1, 191:13, 192:8, 192:23, 193:4, 193:12, 195:25, 197:10, 198:9, 200:17, 201:16, 202:17, 204:22, 206:13, 206:16, 206:17, 206:24, 206:25, 207:11,

207:15, 207:18,
207:24, 208:21,
209:14, 209:21,
210:9, 210:23,
211:3, 211:14,
211:17, 211:22,
211:23, 211:24,
211:25, 212:8,
212:9, 212:14,
212:15, 212:17,
212:19, 212:22,
212:25, 213:1,
213:4, 213:10,
213:17, 214:9,
214:17, 215:5,
215:7, 215:11,
215:18, 216:4,
216:13, 216:15,
216:18, 216:20,
216:21, 217:2,
217:4, 217:5, 217:8,
217:9, 217:10,
217:11, 217:13,
217:17, 217:22,
218:5, 218:12,
218:15, 218:19,
219:16, 220:3,
220:4, 220:7,
220:13, 220:17,
220:20, 221:3,
221:4, 221:11,
221:17, 221:18,
221:25, 222:1,
222:3, 222:5,
222:11, 222:21,
223:5, 223:15,
223:22, 223:25,
224:12, 224:15,
224:23, 225:1,
225:2, 225:5, 225:6,
225:7, 225:8,
225:10, 225:12,
225:14, 225:19,
225:23, 226:12,
226:14, 226:15,
226:17, 227:5,
227:11, 227:16,
227:22, 227:25,
228:1, 228:9,
228:10, 228:14,
228:15, 228:19,
228:22, 230:16,
230:17, 230:21,
231:1, 231:3, 231:7,
231:13, 231:14,
231:18, 232:3,
232:16, 233:2,
233:12, 233:17,
233:18, 233:24,
233:25, 234:4,
234:14, 234:17,

234:25, 235:4,
235:5, 235:6,
236:11, 237:13,
237:17, 237:19,
237:21, 238:4,
238:6, 238:7,
238:11, 238:13,
238:16, 238:23,
239:1, 239:2, 239:4,
239:7, 239:8,
239:19, 240:1,
240:4, 240:12,
240:24, 241:2,
241:11, 241:16,
241:17, 242:10,
242:19, 242:20,
242:23, 243:2,
243:12, 243:18,
243:21, 244:5,
244:7, 244:11,
244:17, 244:19,
244:20, 244:21,
245:2, 245:8,
245:12, 245:14,
245:19, 245:25,
246:1, 246:3,
246:12, 246:17,
246:24, 247:7,
247:9, 247:14,
247:16, 247:17,
247:21, 247:24,
247:25, 248:13,
248:19, 248:20,
248:25, 249:5,
249:8, 249:12,
249:15, 249:25,
250:8, 250:13,
250:15, 250:23,
250:24, 251:3,
251:4, 251:5, 251:6,
252:5, 252:21, 253:3
**ISN'T** [2] - 27:17,
249:23
**ISSUANCE** [1] -
208:17
**ISSUE** [47] - 7:24,
8:23, 9:18, 13:25,
15:6, 21:15, 21:21,
24:14, 37:5, 38:13,
40:20, 41:1, 42:6,
42:9, 51:17, 51:18,
52:5, 67:16, 67:22,
69:15, 74:3, 87:18,
95:8, 100:23, 102:7,
120:9, 138:4, 152:1,
161:1, 164:19,
173:2, 190:18,
198:23, 209:8,
209:20, 212:7,
214:16, 214:17,
218:16, 233:8,

236:4, 240:13,
242:18, 245:7,
247:11, 249:12,
252:3
**ISSUED** [16] - 28:1,
38:16, 39:18, 66:12,
67:18, 160:12,
160:14, 160:15,
209:22, 211:2,
212:20, 217:5,
217:12, 217:18,
217:20, 233:18
**ISSUER** [1] - 221:8
**ISSUES** [23] - 8:3, 9:1,
26:7, 26:14, 28:5,
36:5, 39:20, 47:6,
57:14, 101:16,
102:8, 110:19,
135:2, 140:4, 169:8,
173:25, 213:18,
213:19, 213:21,
214:14, 215:9,
218:20, 235:23
**ISSUING** [1] - 217:3
**IT** [445] - 3:19, 5:13,
7:12, 8:3, 8:13, 8:21,
8:22, 8:25, 9:2, 11:6,
13:17, 15:12, 15:13,
15:15, 16:15, 16:19,
16:24, 17:10, 17:11,
17:22, 17:23, 18:9,
18:11, 18:12, 18:13,
19:9, 19:12, 19:24,
19:25, 20:4, 20:5,
20:6, 20:7, 20:13,
21:16, 23:19, 24:20,
25:10, 25:13, 25:25,
26:19, 27:17, 27:25,
28:3, 28:12, 28:20,
29:3, 29:11, 29:13,
29:14, 29:16, 29:22,
31:17, 32:1, 32:4,
32:14, 32:22, 32:25,
33:2, 33:4, 35:1,
35:4, 35:15, 35:19,
36:6, 36:11, 36:21,
37:12, 37:13, 39:11,
39:17, 40:24, 41:5,
41:9, 41:16, 41:21,
42:11, 42:23, 43:18,
44:1, 44:2, 44:20,
45:18, 45:23, 46:4,
47:20, 47:22, 48:4,
48:9, 48:15, 48:16,
48:18, 48:21, 49:8,
49:11, 49:12, 49:20,
49:22, 49:24, 50:8,
50:12, 50:21, 51:7,
51:20, 51:25, 52:17,
53:6, 53:7, 53:16,

55:12, 55:13, 55:21,
56:11, 57:1, 57:2,
57:3, 57:5, 59:6,
61:20, 62:5, 62:9,
63:14, 63:18, 65:18,
66:9, 66:20, 67:7,
67:9, 68:1, 68:5,
68:7, 68:17, 69:15,
69:18, 70:2, 70:3,
70:4, 70:5, 70:21,
71:11, 73:23, 74:16,
74:24, 75:1, 75:9,
77:21, 79:19, 79:21,
81:9, 81:10, 81:11,
81:16, 81:23, 82:25,
83:1, 83:3, 83:6,
83:7, 84:1, 84:3,
85:17, 86:14, 87:1,
87:10, 88:1, 88:18,
89:8, 89:10, 89:11,
90:13, 90:15, 91:21,
93:1, 93:7, 93:17,
94:21, 95:2, 95:6,
95:16, 95:17, 95:18,
95:19, 95:25, 98:10,
98:18, 98:22,
100:19, 101:5,
101:7, 101:10,
101:14, 103:13,
104:6, 105:18,
106:12, 108:2,
108:5, 108:11,
108:13, 109:23,
110:5, 110:21,
111:1, 111:15,
112:8, 112:23,
116:23, 120:18,
120:23, 120:25,
122:16, 122:17,
122:19, 122:20,
122:22, 123:25,
124:2, 124:8,
124:24, 125:6,
126:23, 129:1,
129:6, 129:16,
129:22, 129:23,
129:25, 131:15,
132:24, 133:13,
134:3, 134:6,
134:12, 134:14,
135:9, 135:17,
137:1, 137:11,
138:10, 138:14,
138:16, 138:17,
139:18, 141:22,
143:22, 143:23,
147:6, 150:12,
150:21, 151:11,
151:19, 153:2,
154:6, 154:10,
156:5, 156:16,

157:10, 157:19,
158:18, 159:3,
159:4, 159:9,
159:14, 159:15,
159:18, 159:19,
159:20, 159:21,
159:23, 160:10,
160:15, 161:4,
161:5, 161:6, 161:8,
161:11, 161:12,
161:18, 161:20,
162:4, 162:5, 162:6,
164:21, 164:23,
165:13, 165:19,
165:23, 169:13,
169:15, 169:24,
169:25, 172:23,
174:14, 176:8,
176:17, 177:2,
179:4, 180:13,
180:22, 181:2,
184:14, 184:19,
184:20, 185:14,
185:24, 185:25,
186:8, 186:9,
186:15, 186:20,
187:3, 187:12,
187:18, 187:19,
188:16, 188:22,
190:4, 190:6,
190:10, 190:15,
191:8, 191:13,
192:14, 197:9,
202:25, 204:15,
204:19, 206:6,
206:18, 207:13,
207:15, 207:24,
208:3, 208:11,
208:12, 209:5,
210:8, 210:10,
210:23, 211:18,
212:22, 213:1,
213:21, 214:2,
214:10, 214:13,
215:21, 215:25,
216:12, 216:13,
216:16, 216:18,
217:1, 217:13,
218:5, 218:12,
218:13, 219:10,
219:13, 220:6,
220:7, 220:21,
221:7, 222:18,
222:20, 222:22,
223:2, 223:11,
223:24, 224:4,
224:18, 224:23,
224:25, 225:4,
225:6, 226:4, 226:6,
226:7, 226:10,
226:12, 226:13,

226:24, 226:25, 227:3, 227:5, 227:7, 227:11, 228:14, 228:17, 228:21, 231:3, 233:1, 233:12, 233:17, 234:24, 235:6, 236:18, 236:24, 237:3, 237:8, 237:15, 238:17, 239:20, 240:22, 240:23, 241:11, 242:23, 243:24, 246:5, 246:10, 248:13, 249:20, 250:24, 251:3, 251:4, 252:21

**IT'S** [105] - 5:18, 7:9, 9:14, 10:15, 11:2, 11:5, 14:23, 17:12, 19:1, 19:18, 20:4, 20:11, 21:15, 23:9, 23:12, 27:1, 30:25, 31:2, 32:8, 34:8, 34:10, 36:11, 36:25, 43:23, 44:24, 45:13, 50:9, 58:25, 61:18, 66:2, 66:10, 71:4, 74:22, 83:13, 84:18, 84:19, 88:17, 89:13, 90:20, 90:22, 90:23, 91:24, 94:18, 94:25, 104:3, 107:12, 108:1, 116:12, 125:3, 125:7, 125:22, 126:8, 126:14, 126:24, 129:10, 138:6, 147:18, 148:4, 148:7, 150:4, 159:5, 159:14, 159:19, 161:1, 161:18, 162:12, 164:25, 171:19, 172:5, 172:22, 177:25, 185:22, 191:1, 209:1, 209:25, 210:12, 216:11, 219:7, 219:8, 221:5, 222:15, 222:20, 222:23, 226:16, 231:15, 232:16, 234:16, 234:17, 237:13, 239:4, 239:5, 239:21, 240:3, 243:9, 243:13, 245:2, 245:3, 245:5, 246:12, 250:8, 251:5

**ITEMS** [1] - 43:3

**ITS** [53] - 12:17, 13:8,

13:13, 15:16, 16:8, 16:9, 17:20, 17:21, 19:4, 19:5, 19:10, 19:13, 19:19, 19:22, 20:17, 34:6, 35:2, 35:5, 35:16, 35:20, 35:22, 39:23, 42:25, 43:9, 43:10, 43:24, 67:23, 68:20, 69:14, 83:18, 83:25, 84:2, 85:6, 107:18, 108:7, 131:2, 131:5, 195:14, 207:25, 208:1, 208:5, 208:11, 217:25, 230:14, 234:4, 242:12, 244:9, 245:4, 245:5, 245:6, 250:8, 251:18

**ITSELF** [6] - 10:14, 35:18, 42:19, 43:17, 92:17, 212:17

**IUD** [21] - 76:13, 76:16, 90:16, 92:14, 92:15, 134:7, 134:10, 135:1, 135:17, 136:17, 137:1, 137:5, 140:2, 155:3, 155:13, 155:19, 175:1, 176:7, 176:12, 179:4

**IUD'S** [12] - 83:10, 90:8, 90:12, 91:5, 92:2, 92:11, 94:12, 112:11, 128:25, 134:1, 155:9, 156:2

**IUDS** [5] - 11:18, 11:21, 12:2, 134:4, 156:22

---

## J

**JAMA** [2] - 103:24, 104:10

**JANUARY** [5] - 24:24, 25:9, 34:23, 230:17

**JARRING** [1] - 124:5

**JOB** [4] - 60:13, 86:1, 93:16, 177:21

**JOBS** [1] - 124:24

**JOHNS** [7] - 57:9, 58:9, 58:12, 58:21, 59:10, 59:15, 60:4

**JOINED** [1] - 58:21

**JONATHAN** [6] - 2:2, 4:2, 5:23, 98:9, 98:11, 98:12

**JONES** [4] - 106:11, 109:7, 110:25, 195:16

**JOURNAL** [2] - 70:19, 169:7

**JOURNALS** [2] - 169:7, 169:10

**JUDGE** [4] - 15:19, 18:18, 150:18, 168:1

**JUDICIAL** [1] - 45:19

**JUDICIALLY** [1] - 209:4

**JUMP** [1] - 186:3

**JUNE** [1] - 102:7

**JUNIOR** [1] - 170:19

**JURISDICTION** [1] - 37:17

**JURISDICTIONAL** [7] - 36:21, 36:24, 36:25, 37:4, 37:6, 37:22, 37:23

**JURISPRUDENCE** [5] - 18:9, 48:14, 48:23, 49:10, 49:12

**JURISPRUDENTIAL** [1] - 49:15

**JURY** [2] - 55:13, 164:24

**JUST** [118] - 6:14, 11:1, 13:2, 15:4, 25:15, 28:8, 29:3, 29:16, 29:24, 31:15, 32:25, 37:11, 38:25, 44:21, 44:24, 45:2, 49:8, 49:22, 51:23, 52:4, 53:6, 54:10, 55:13, 55:18, 55:22, 56:11, 58:24, 65:16, 65:20, 65:23, 76:9, 83:4, 93:9, 93:19, 93:23, 93:25, 99:8, 102:13, 103:2, 106:23, 108:1, 109:11, 112:21, 114:8, 114:15, 114:18, 116:19, 119:6, 128:11, 134:17, 141:15, 143:20, 146:16, 148:1, 149:24, 153:15, 154:11, 156:13, 158:22, 159:1, 159:11, 160:19, 161:10, 161:19, 161:21, 161:24, 162:1, 162:3, 162:17, 163:25, 164:4, 164:5, 164:23, 165:5, 165:12, 165:18, 166:21, 166:22, 168:1, 168:9, 174:7,

175:24, 176:1, 184:15, 185:8, 185:14, 185:22, 185:24, 186:2, 187:10, 187:11, 187:22, 193:2, 193:13, 198:20, 199:9, 203:21, 214:3, 219:14, 222:11, 222:21, 226:10, 231:13, 233:8, 234:21, 235:6, 236:7, 239:17, 240:2, 240:18, 240:19, 242:8, 243:7, 243:21, 244:18, 245:8, 250:23

**JUSTICE** [9] - 2:10, 2:15, 4:18, 4:21, 4:24, 5:2, 5:5, 219:22, 226:5

**JUSTICES** [2] - 17:3, 226:2

**JUSTIFIABLE** [1] - 248:21

**JUSTIFICATION** [2] - 211:18, 217:2

**JUSTIN** [2] - 2:16, 4:23

---

## K

**KADE** [68] - 2:15, 4:19, 4:20, 24:9, 55:16, 55:21, 55:25, 57:4, 57:23, 58:2, 58:4, 58:5, 64:22, 65:10, 66:5, 66:6, 80:7, 85:10, 86:8, 97:13, 97:14, 97:17, 97:19, 97:22, 98:16, 103:10, 103:14, 103:17, 104:24, 108:19, 112:21, 116:25, 120:16, 120:23, 121:8, 121:10, 132:5, 133:4, 138:25, 139:7, 140:13, 141:8, 142:15, 142:21, 142:23, 143:1, 143:22, 143:24, 147:21, 148:10, 148:13, 148:14, 148:20, 148:23, 150:6, 150:21, 150:25, 151:5, 151:8, 151:12, 151:17, 151:24, 152:18,

158:25, 161:15, 254:6, 254:10

**KAISER** [1] - 83:15

**KAVANAUGH** [1] - 195:25

**KEEP** [5] - 21:23, 24:17, 25:24, 135:2, 246:22

**KENNEDY** [1] - 226:5

**KEPT** [1] - 122:23

**KEY** [2] - 73:15, 219:25

**KILLER** [1] - 128:4

**KIND** [13] - 29:22, 30:22, 31:25, 49:7, 62:9, 92:19, 117:11, 132:9, 171:18, 174:8, 213:24, 250:25, 251:6

**KINDLY** [6] - 165:6, 165:12, 165:16, 165:18, 168:9, 175:23

**KINDS** [3] - 44:3, 61:19, 107:10

**KING** [4] - 219:16, 242:17, 242:21, 243:1

**KNEW** [5] - 67:12, 78:14, 91:6, 195:12, 244:6

**KNOW** [106] - 9:13, 11:1, 22:2, 22:16, 25:15, 34:19, 36:10, 40:18, 43:17, 46:16, 56:9, 62:15, 68:16, 69:20, 70:3, 70:8, 70:10, 70:16, 81:3, 83:3, 84:5, 84:24, 85:2, 87:7, 87:8, 94:24, 95:4, 95:13, 96:11, 96:17, 99:3, 99:11, 99:15, 99:22, 109:20, 110:10, 110:14, 110:24, 111:13, 127:13, 128:10, 135:10, 136:22, 138:6, 144:7, 144:10, 144:16, 144:20, 146:3, 146:6, 150:2, 153:2, 153:4, 153:8, 153:9, 153:16, 153:18, 153:24, 154:2, 156:14, 156:15, 159:1, 159:14, 161:4, 161:7, 161:11, 161:25, 164:21, 164:23, 174:7,

189:10, 191:5, 192:24, 195:15, 197:2, 197:6, 197:10, 197:20, 198:3, 198:5, 198:7, 199:8, 199:13, 200:7, 200:11, 200:15, 200:16, 200:19, 202:5, 202:11, 202:22, 208:15, 208:19, 213:14, 215:7, 218:19, 228:13, 228:24, 232:12, 240:17, 244:5, 252:23

KNOWING [1] - 229:6
KNOWLEDGE [9] - 64:17, 120:12, 123:22, 128:11, 140:14, 189:7, 194:1, 194:2, 228:14
KNOWN [7] - 65:18, 72:8, 83:7, 108:9, 239:19, 248:25, 249:14
KNOWS [3] - 34:5, 141:11, 249:8
KOPPLIN [17] - 2:16, 5:3, 5:4, 162:14, 164:9, 172:15, 172:18, 181:21, 184:8, 190:24, 193:7, 193:8, 193:11, 193:13, 203:20, 203:23, 254:14

**L**

LABELED [1] - 159:5
LABOR [14] - 3:7, 31:18, 31:21, 31:23, 32:10, 32:11, 33:16, 33:17, 33:19, 240:6, 240:8, 247:2
LACK [2] - 133:11, 213:23
LAID [3] - 7:22, 9:5, 9:14
LAND [1] - 6:20
LANGUAGE [14] - 43:10, 45:18, 125:17, 216:3, 219:17, 221:1, 221:4, 222:3, 223:19, 223:22, 224:1, 224:2, 224:6, 225:3
LARC [1] - 189:25

LARCS [18] - 12:14, 174:22, 174:23, 175:4, 176:6, 177:3, 183:17, 183:19, 183:20, 185:19, 186:3, 186:5, 186:8, 186:14, 186:16, 189:14, 192:9
LARGE [6] - 25:3, 47:2, 96:11, 108:2, 229:17, 229:19
LARGER [1] - 93:22
LAST [20] - 23:6, 38:15, 39:15, 42:21, 51:14, 68:13, 68:14, 68:16, 81:5, 86:23, 106:18, 113:21, 154:11, 185:20, 186:24, 195:10, 195:23, 195:24, 243:14, 244:18
LASTS [3] - 124:7, 134:11, 134:19
LATE [2] - 93:22, 148:4
LATER [7] - 34:5, 37:16, 87:22, 87:25, 160:3, 206:21
LATEST [1] - 88:5
LAW [29] - 4:4, 6:20, 7:22, 7:24, 9:2, 9:4, 13:9, 17:17, 21:5, 21:7, 21:9, 30:21, 40:17, 45:15, 48:13, 49:8, 49:9, 87:15, 131:2, 131:6, 209:13, 225:12, 226:15, 231:1, 242:11, 245:4, 245:5, 246:12, 252:13
LAWS [3] - 7:11, 38:18, 233:22
LAWSUITS [1] - 26:4
LAWYER [3] - 72:25, 99:16, 236:3
LAWYERS [2] - 6:10, 196:7
LAY [2] - 56:2, 194:25
LAYING [1] - 24:1
LEAD [7] - 57:20, 57:25, 116:21, 124:8, 124:10, 163:3, 163:14
LEADING [4] - 71:23, 80:7, 132:5, 133:4
LEAKED [2] - 158:19, 159:23
LEARN [1] - 183:11
LEARNED [2] - 203:8,

203:13
LEARNING [1] - 189:20
LEAST [12] - 11:13, 17:3, 115:17, 124:18, 134:3, 177:13, 212:23, 214:25, 225:16, 247:21, 249:20, 250:21
LEAVE [2] - 113:2, 157:7
LECTURER [1] - 193:23
LED [3] - 59:17, 59:20, 248:11
LEEWAY [3] - 47:15, 48:4, 50:7
LEFT [4] - 101:23, 176:17, 234:13, 236:2
LEFT-HAND [1] - 101:23
LEGAL [4] - 47:15, 50:4, 50:6, 206:18
LEGISLATION [1] - 71:5
LEGISLATIVE [1] - 43:11
LEGITIMATE [4] - 226:25, 233:5, 247:24, 249:20
LEGWORK [1] - 218:10
LENGTH [4] - 17:18, 18:18, 164:19, 171:8
LESS [23] - 10:20, 11:12, 13:20, 14:17, 20:6, 76:10, 76:20, 77:7, 91:24, 111:19, 131:18, 134:13, 136:4, 136:22, 145:11, 145:19, 174:16, 176:9, 187:6, 187:8, 189:24, 191:21, 191:22
LESS-EFFECTIVE [1] - 189:24
LET [14] - 3:10, 36:2, 46:22, 52:14, 73:10, 109:3, 137:2, 158:21, 158:22, 162:16, 162:17, 213:7, 215:14, 218:9
LET'S [8] - 88:3, 158:21, 193:21, 198:22, 210:4, 234:18, 237:10, 250:11

LETTER [3] - 245:3, 245:5, 246:12
LEVEL [10] - 57:12, 57:13, 58:16, 59:18, 61:5, 81:20, 82:8, 146:1, 175:3, 176:16
LEVELS [4] - 71:22, 72:22, 125:25, 213:16
LIABILITY [2] - 48:9, 50:12
LIFE [19] - 27:22, 39:16, 40:8, 40:10, 40:20, 41:11, 41:13, 41:20, 123:14, 124:6, 127:16, 127:19, 135:1, 137:19, 142:9, 168:20, 177:20, 217:15
LIFE-THREATENING [2] - 137:19, 142:9
LIGHT [1] - 37:15
LIKE [96] - 9:21, 13:9, 20:13, 20:25, 24:2, 29:22, 33:5, 34:24, 35:23, 38:12, 38:15, 38:17, 39:16, 39:18, 39:20, 39:22, 39:24, 41:2, 42:13, 45:9, 47:9, 48:18, 48:21, 53:18, 55:10, 56:23, 64:16, 67:25, 74:17, 76:17, 79:21, 81:4, 81:8, 82:20, 84:17, 87:17, 95:9, 113:8, 114:8, 114:14, 116:13, 119:8, 120:11, 123:3, 123:23, 126:13, 128:11, 129:7, 129:9, 130:13, 130:23, 131:15, 134:17, 137:22, 137:24, 138:10, 145:2, 145:3, 158:6, 158:11, 161:7, 161:10, 165:15, 168:11, 169:19, 169:21, 170:9, 172:12, 173:17, 175:20, 180:2, 183:23, 187:12, 198:6, 199:15, 203:7, 211:21, 212:8, 218:17, 227:9, 231:4, 235:22, 235:23, 236:7, 239:11, 239:24, 240:18,

242:7, 242:17, 243:4, 243:9, 243:24, 244:19, 245:8, 248:3, 249:20
LIKELIHOOD [1] - 130:2
LIKELY [7] - 6:7, 14:13, 25:10, 50:11, 72:6, 96:5, 191:20
LIKEWISE [1] - 102:18
LIMINE [5] - 66:12, 245:13, 245:17, 246:8, 246:15
LIMIT [1] - 141:24
LIMITED [8] - 67:8, 162:4, 211:17, 214:6, 223:15, 224:18, 237:16, 245:9
LIMITS [1] - 248:1
LINE [7] - 48:23, 49:15, 77:5, 142:17, 154:11, 161:22, 181:22
LINED [3] - 159:23, 176:10, 214:17
LINES [2] - 90:18, 176:4
LIST [4] - 9:21, 53:19, 147:22, 193:17
LISTED [3] - 84:4, 148:8, 176:8
LISTEN [2] - 34:20, 69:7
LISTENING [1] - 12:6
LISTS [1] - 223:24
LITERATURE [8] - 67:12, 69:6, 74:9, 79:24, 82:14, 96:18, 189:9, 194:18
LITIGANT [2] - 20:9, 20:12
LITIGATION [17] - 19:12, 27:16, 27:19, 27:22, 28:2, 28:7, 46:16, 197:21, 197:22, 204:25, 205:6, 206:6, 216:16, 232:23, 235:9, 237:16, 249:9
LITTLE [24] - 11:5, 21:1, 26:8, 27:8, 27:9, 27:11, 28:9, 33:23, 34:24, 38:12, 52:2, 88:18, 88:23, 123:3, 129:9, 134:17, 149:19, 171:7, 215:14, 218:18, 222:20, 224:12, 225:19,

249:18
**LIVE** [2] - 6:2, 240:13
**LIVED** [1] - 182:12
**LIVES** [1] - 125:18
**LIVING** [4] - 55:4, 114:2, 126:2, 167:2
**LO** [3] - 85:1, 85:3, 86:21
**LOBBY** [11] - 26:8, 43:18, 46:16, 51:7, 198:6, 211:9, 217:19, 217:21, 219:2, 226:3, 226:9
**LOCATE** [1] - 53:8
**LOCATED** [2] - 171:14, 171:16
**LODGED** [1] - 139:4
**LOGIC** [1] - 235:6
**LOGICAL** [1] - 49:7
**LONG** [13] - 11:13, 12:15, 32:16, 95:13, 124:3, 127:21, 138:6, 138:13, 171:22, 174:23, 183:17, 228:8, 242:12
**LONG-ACTING** [3] - 12:15, 174:23, 183:17
**LONG-TERM** [1] - 127:21
**LONGER** [5] - 14:20, 188:5, 208:10, 233:22, 239:15
**LOOK** [37] - 29:14, 29:22, 36:9, 38:9, 49:5, 49:10, 59:4, 62:6, 69:3, 75:18, 82:16, 86:2, 91:14, 94:2, 95:9, 114:9, 114:12, 114:17, 114:21, 137:24, 154:19, 154:22, 160:2, 160:6, 161:7, 161:10, 175:17, 186:8, 186:18, 186:19, 186:23, 214:20, 226:18, 241:12, 242:5, 247:14, 249:5
**LOOKED** [15] - 16:22, 37:20, 75:12, 88:11, 94:4, 94:8, 109:19, 112:9, 171:4, 185:18, 190:8, 194:23, 204:17, 208:23, 215:23
**LOOKING** [25] - 63:11, 75:12, 90:10, 92:4, 98:17, 101:21,

102:13, 112:7, 112:8, 125:24, 146:16, 146:17, 146:23, 148:1, 148:15, 159:25, 185:22, 186:7, 198:9, 199:18, 204:21, 209:15, 213:25, 237:12, 241:15
**LOOKS** [5] - 29:23, 76:16, 114:14, 187:12, 217:14
**LOSASSO'S** [1] - 85:21
**LOSE** [25] - 7:7, 13:15, 14:16, 34:12, 34:22, 41:4, 52:23, 98:20, 98:24, 124:19, 144:4, 199:14, 200:2, 200:12, 200:22, 200:23, 201:7, 202:19, 205:11, 206:22, 209:9, 229:12, 229:13, 231:8, 244:6
**LOSING** [2] - 200:15, 230:20
**LOSS** [4] - 127:24, 128:1, 153:5, 212:6
**LOST** [12] - 100:5, 100:8, 146:8, 146:13, 147:8, 153:2, 199:6, 199:10, 200:7, 201:3, 202:22, 230:4
**LOT** [20] - 26:12, 27:16, 47:6, 71:16, 148:9, 181:14, 190:11, 194:16, 211:3, 211:11, 216:15, 221:25, 223:4, 224:10, 227:14, 230:22, 244:20, 244:21
**LOW** [6] - 14:8, 72:6, 72:21, 80:13, 127:20, 177:16
**LOWER** [5] - 72:21, 88:18, 88:23, 154:2, 238:4
**LOWERED** [1] - 71:8
**LOWEST** [4] - 175:9, 175:12, 176:21, 177:5
**LUNCH** [3] - 53:24, 157:11, 157:12
**LUNCHEON** [1] - 157:23
**LYDIA** [1] - 195:22

**LYING** [1] - 123:21

# M

**M.D.'S** [1] - 60:25
**MADE** [20] - 5:17, 6:3, 12:10, 23:24, 30:10, 39:17, 41:13, 51:4, 52:5, 78:20, 107:14, 192:21, 215:12, 217:11, 223:8, 224:19, 226:7, 232:5, 236:7, 246:3
**MAIN** [1] - 85:4
**MAINTAIN** [4] - 7:24, 171:11, 207:25, 208:1
**MAINTAINING** [1] - 208:5
**MAJOR** [2] - 79:2, 242:23
**MAJORITY** [3] - 157:3, 168:7, 226:9
**MAKE** [35] - 12:5, 14:17, 30:15, 40:16, 41:18, 41:21, 45:14, 49:14, 51:23, 52:20, 53:5, 53:22, 60:1, 65:21, 65:24, 67:13, 75:18, 78:2, 78:17, 80:3, 132:22, 137:2, 139:17, 141:15, 141:22, 181:8, 205:2, 205:8, 209:8, 215:8, 228:1, 231:18, 235:22, 244:19, 248:14
**MAKERS** [2] - 82:16, 82:19
**MAKES** [4] - 28:14, 210:2, 225:1
**MAKING** [32] - 22:11, 23:19, 39:20, 46:4, 52:17, 63:3, 67:1, 78:11, 78:18, 85:6, 85:9, 98:14, 100:15, 107:18, 108:17, 132:19, 139:6, 152:14, 160:1, 168:21, 171:6, 180:23, 181:10, 182:24, 189:17, 189:21, 193:3, 205:12, 217:7, 226:14, 248:9, 248:18
**MALE** [1] - 76:8
**MANAGE** [2] - 128:20, 129:6
**MANAGED** [2] - 63:5,

136:24
**MANAGEMENT** [1] - 155:17
**MANAGING** [1] - 135:25
**MANDATE** [97] - 6:19, 11:10, 11:14, 11:18, 11:24, 12:4, 12:9, 12:21, 12:23, 13:1, 13:7, 21:11, 22:10, 23:3, 23:18, 33:25, 43:16, 43:17, 44:5, 44:7, 44:11, 44:12, 46:17, 50:23, 51:12, 52:8, 63:21, 70:13, 70:17, 71:1, 94:6, 94:11, 102:1, 104:22, 109:15, 120:3, 131:2, 131:6, 131:17, 131:18, 136:13, 140:6, 140:24, 144:21, 144:25, 145:6, 145:9, 145:14, 145:20, 145:21, 155:23, 155:25, 156:8, 156:20, 166:11, 166:14, 166:15, 166:19, 168:23, 168:25, 170:22, 178:6, 178:23, 179:7, 181:19, 188:23, 189:2, 189:5, 189:10, 189:12, 189:18, 189:20, 190:3, 191:9, 192:13, 196:3, 196:11, 196:16, 197:6, 197:23, 204:25, 205:6, 205:14, 206:7, 207:6, 207:15, 208:4, 211:16, 221:23, 222:14, 224:14, 225:25, 233:20, 240:11
**MANDATES** [1] - 241:11
**MANDATORY** [6] - 141:6, 214:18, 220:18, 223:23, 224:2, 250:1
**MANNER** [1] - 221:20
**MANY** [66] - 13:22, 14:15, 14:20, 24:25, 25:2, 26:6, 27:2, 27:4, 34:1, 51:2, 60:23, 62:16, 67:19, 73:24, 91:10, 92:19,

99:3, 103:19, 110:7, 116:3, 118:10, 118:14, 119:9, 121:16, 121:20, 122:5, 124:17, 125:2, 133:13, 144:7, 153:23, 164:13, 168:1, 170:2, 173:16, 176:19, 179:2, 193:24, 194:18, 195:10, 196:25, 197:18, 197:20, 198:3, 198:7, 208:23, 216:19, 216:22, 218:19, 227:23, 228:17, 228:18, 228:23, 228:24, 229:6, 229:8, 229:20, 230:18, 230:19, 233:16, 239:6, 243:24, 249:2, 250:17, 250:23
**MARCH** [1] - 27:22
**MARKED** [2] - 95:10, 138:1
**MARKET** [1] - 1:20
**MARKETPLACES** [2] - 100:12, 152:11
**MARKETSCAN** [1] - 94:2
**MARRIAGE** [1] - 102:18
**MARRY** [1] - 21:1
**MASSACHUSETTS** [23] - 2:18, 16:10, 16:13, 18:1, 18:14, 19:2, 19:3, 19:4, 19:8, 19:9, 19:21, 20:12, 21:1, 21:4, 21:6, 21:8, 35:1, 35:12, 35:17, 35:20, 231:4, 233:12
**MASSIVE** [1] - 208:12
**MASTERS** [5] - 59:18, 61:5, 115:25, 116:3, 167:13
**MATERIALS** [1] - 207:23
**MATTER** [12] - 3:2, 8:3, 24:21, 31:4, 55:12, 65:2, 71:12, 87:18, 158:2, 158:23, 159:20, 253:5
**MATTERS** [2] - 26:13, 165:5
**MAY** [93] - 5:7, 5:8, 5:25, 6:14, 7:20,

9:21, 13:9, 15:25, 16:2, 17:22, 20:8, 20:24, 25:8, 25:19, 25:20, 39:7, 48:5, 50:2, 54:15, 54:17, 54:18, 55:7, 57:7, 57:8, 57:19, 58:6, 64:15, 68:5, 72:2, 81:9, 82:20, 82:21, 84:6, 84:18, 86:13, 93:19, 95:7, 97:8, 97:16, 102:7, 105:4, 107:20, 111:20, 113:10, 113:11, 116:20, 130:2, 132:16, 132:17, 139:13, 140:25, 142:7, 142:10, 147:6, 150:18, 153:17, 158:1, 158:2, 158:4, 160:7, 161:21, 162:9, 162:10, 174:1, 179:17, 189:13, 191:20, 192:18, 193:8, 193:9, 200:6, 200:14, 200:15, 206:1, 208:22, 212:16, 215:2, 215:19, 216:5, 217:7, 217:25, 221:19, 229:12, 232:2, 235:19, 235:20, 240:25, 243:24, 247:6, 247:20, 249:13
**MAYBE** [10] - 27:2, 84:25, 195:11, 197:7, 207:12, 215:7, 237:8, 244:5, 244:24, 248:5
**ME** [71] - 3:10, 6:10, 9:23, 15:19, 15:23, 18:11, 24:21, 28:21, 33:11, 36:2, 36:11, 46:22, 48:25, 49:3, 52:14, 53:17, 53:19, 53:25, 73:10, 74:19, 87:23, 88:14, 90:1, 106:8, 109:3, 109:8, 110:6, 114:9, 115:11, 116:24, 123:21, 123:24, 125:8, 125:22, 129:12, 137:2, 142:7, 143:13, 143:20, 150:14, 150:24, 158:21, 158:22, 162:17, 162:25, 164:25, 183:4, 192:1,

192:20, 192:22, 196:21, 197:4, 198:12, 198:17, 204:23, 205:20, 207:3, 213:7, 214:19, 215:14, 222:11, 222:20, 227:20, 234:10, 234:16, 235:22, 238:16
**MEAN** [14] - 23:3, 29:24, 78:14, 80:14, 91:23, 98:12, 115:19, 123:25, 128:24, 147:6, 156:16, 159:13, 160:13, 169:13
**MEANS** [14] - 24:2, 28:10, 49:2, 69:25, 75:12, 79:12, 79:22, 123:22, 124:2, 126:17, 127:15, 169:15, 203:8, 225:23
**MEANT** [4] - 90:6, 212:10, 230:9, 244:23
**MEDICAID** [5] - 12:22, 14:1, 81:25, 179:17, 179:19
**MEDICAL** [59] - 7:19, 12:6, 14:14, 14:22, 22:18, 23:13, 23:15, 57:17, 60:21, 60:24, 60:25, 64:19, 65:14, 66:21, 73:5, 81:12, 96:3, 97:5, 104:3, 107:9, 115:4, 116:17, 117:2, 118:6, 118:9, 119:9, 123:4, 123:20, 132:1, 132:17, 142:3, 142:6, 149:7, 149:12, 149:16, 151:2, 151:10, 166:1, 167:6, 167:7, 167:12, 168:16, 171:9, 171:11, 171:15, 171:23, 171:25, 172:13, 173:25, 179:14, 201:23, 201:25, 202:4, 202:6, 202:11, 202:13, 203:4, 242:13
**MEDICALLY** [5] - 12:10, 14:18, 147:1, 149:2, 201:16
**MEDICATION** [2] - 132:2, 132:23

**MEDICATIONS** [5] - 94:19, 94:22, 125:24, 129:14, 173:25
**MEDICINE** [27] - 22:24, 55:6, 60:8, 60:11, 60:18, 66:4, 66:17, 66:19, 66:20, 70:19, 93:6, 107:13, 115:21, 166:4, 166:5, 167:8, 167:11, 167:14, 170:10, 171:16, 171:19, 171:22, 184:22, 220:15, 223:3, 223:12, 250:4
**MEDICINE'S** [1] - 64:10
**MEDICINES** [1] - 22:4
**MEET** [4] - 98:7, 143:11, 196:5, 206:20
**MEETING** [4] - 69:23, 75:7, 184:22, 184:24
**MEETS** [1] - 207:21
**MELLON** [4] - 18:1, 35:2, 35:4, 35:9
**MELNIKAS** [1] - 102:16
**MEMBER** [3] - 73:13, 84:21, 123:18
**MEMBERS** [9] - 6:11, 6:14, 22:4, 64:10, 66:25, 73:24, 85:22, 86:20, 228:3
**MEMORY** [2] - 136:25, 137:7
**MEN** [5] - 21:12, 72:16, 149:20, 153:13, 153:14
**MENOPAUSE** [2] - 126:13, 127:14
**MENSTRUAL** [3] - 124:2, 135:25, 155:22
**MENSTRUATION** [8] - 117:17, 123:5, 123:10, 123:11, 123:12, 124:1, 124:15, 128:17
**MENTION** [5] - 44:1, 119:14, 206:5, 211:22, 219:3
**MENTIONED** [15] - 44:23, 49:16, 67:4, 112:10, 123:4, 129:25, 156:18, 170:9, 173:17, 187:24, 195:18, 205:23, 214:15,

223:5, 250:12
**MESSAGE** [1] - 215:8
**MET** [3] - 70:3, 143:13, 196:7
**METAPHOR** [1] - 246:24
**METHOD** [23] - 11:21, 12:3, 75:10, 75:14, 75:22, 76:5, 79:21, 96:20, 107:15, 174:13, 176:24, 179:5, 185:21, 185:23, 186:23, 186:24, 186:25, 189:23, 189:24, 189:25, 192:8, 198:12
**METHODOLOGY** [3] - 181:23, 182:4, 184:14
**METHODS** [55] - 11:12, 12:1, 13:20, 61:24, 62:2, 73:9, 75:8, 76:7, 77:6, 77:12, 77:13, 77:14, 77:16, 92:14, 94:8, 107:12, 107:14, 108:4, 108:6, 108:9, 108:11, 108:14, 149:25, 173:22, 174:2, 174:5, 174:9, 174:16, 174:21, 175:6, 175:10, 175:11, 175:14, 176:5, 176:11, 176:13, 176:22, 177:3, 177:4, 178:10, 178:11, 178:18, 178:21, 182:8, 183:15, 185:19, 185:20, 186:20, 187:13, 189:13, 190:12, 191:2, 192:6, 195:21, 198:19
**MICHAEL** [4] - 2:6, 2:16, 4:9, 16:4
**MICHIGAN** [2] - 60:5, 167:1
**MIDDLE** [4] - 82:21, 103:1, 103:11, 180:14
**MIGHT** [23] - 33:16, 67:4, 71:19, 71:22, 83:21, 88:18, 130:11, 138:17, 141:10, 164:23, 173:19, 176:11, 179:3, 187:19, 192:25, 193:1,

193:19, 199:21, 203:9, 203:20, 205:25, 236:24, 241:14
**MILLION** [4] - 12:19, 13:2, 229:9, 230:2
**MILLIONS** [5] - 26:17, 26:21, 34:13, 52:12, 220:2
**MIND** [8] - 25:24, 53:13, 156:12, 167:25, 188:3, 189:22, 236:8, 236:10
**MINIMUM** [2] - 221:10, 223:21
**MINOR** [1] - 237:2
**MINORITY** [1] - 47:19
**MINUTES** [9] - 3:15, 3:17, 51:25, 52:1, 54:10, 54:11, 113:4, 171:8, 210:6
**MIRENA** [16] - 76:16, 90:20, 130:21, 134:11, 134:19, 135:1, 135:17, 136:25, 137:4, 137:9, 155:3, 155:8, 155:13, 155:19, 156:2, 156:22
**MISS** [1] - 124:22
**MISSED** [1] - 93:14
**MISSION** [2] - 220:20
**MISTAKE** [1] - 192:21
**MISTAKEN** [2] - 181:3, 181:4
**MISTAKES** [1] - 75:18
**MISTIMED** [1] - 69:25
**MITIGATE** [1] - 128:21
**MNUCHIN** [1] - 3:5
**MODERATE** [1] - 124:9
**MODERN** [2] - 107:21, 108:6
**MODIFICATIONS** [1] - 216:10
**MODIFIED** [1] - 111:7
**MODIFY** [6] - 215:20, 216:1, 221:22, 222:24, 223:11, 230:14
**MODIFYING** [2] - 39:18, 222:16
**MOMENT** [14] - 20:25, 58:1, 58:5, 73:10, 74:20, 81:8, 97:9, 146:11, 146:15, 147:2, 147:10, 160:2, 192:1, 203:21
**MONEY** [5] - 14:1,

14:4, 80:14, 92:20, 136:3
**MONTH** [5] - 65:9, 106:18, 135:11, 135:13, 192:22
**MONTHLY** [5] - 79:21, 119:16, 134:15, 135:6, 135:11
**MONTHS** [6] - 160:15, 177:13, 186:15, 186:21, 187:18, 188:7
**MOOT** [1] - 173:6
**MOOTED** [1] - 37:13
**MORAL** [66] - 6:18, 26:2, 27:16, 27:18, 27:25, 28:2, 28:3, 28:7, 28:10, 28:12, 28:16, 28:18, 28:24, 29:3, 29:10, 29:25, 30:8, 30:14, 30:17, 31:3, 31:6, 31:8, 31:22, 32:3, 32:7, 32:12, 32:13, 32:16, 32:20, 32:22, 33:7, 33:11, 40:7, 40:22, 44:9, 46:5, 46:8, 51:9, 95:11, 95:21, 104:19, 120:6, 138:1, 138:13, 149:24, 190:18, 198:24, 199:23, 212:9, 212:11, 225:12, 239:25, 240:5, 242:9, 242:11, 243:11, 246:24, 247:3, 247:20, 247:22, 247:24, 248:1, 250:13, 250:21
**MORALITY** [2] - 28:21
**MORE** [79] - 7:1, 8:17, 11:21, 11:25, 12:1, 12:10, 12:19, 14:3, 14:4, 14:13, 15:16, 20:22, 22:11, 22:12, 23:20, 40:19, 40:25, 41:9, 52:2, 63:10, 70:23, 72:5, 72:18, 72:20, 73:19, 85:8, 90:9, 96:9, 96:18, 96:19, 96:22, 106:8, 106:19, 106:25, 108:6, 122:24, 123:3, 124:3, 127:21, 134:4, 134:18, 135:11, 135:21, 135:22, 135:23, 135:24, 136:3, 137:18,

140:23, 141:5, 141:16, 156:3, 157:5, 164:1, 164:2, 168:18, 171:8, 176:12, 176:25, 177:15, 189:14, 189:25, 190:11, 191:20, 195:11, 195:20, 196:2, 214:13, 215:15, 225:5, 231:3, 233:24, 234:10, 234:21, 237:2, 245:7, 248:20
**MORE-EFFECTIVE** [1] - 189:25
**MORNING** [17] - 4:5, 4:8, 4:16, 4:19, 4:22, 4:25, 5:3, 16:3, 25:21, 97:20, 97:21, 97:23, 142:24, 142:25, 204:19, 204:24, 239:25
**MOST** [40] - 11:18, 70:11, 76:7, 77:5, 83:9, 90:8, 91:7, 91:9, 92:13, 94:18, 95:2, 106:1, 111:21, 124:9, 124:11, 125:16, 127:17, 127:25, 130:20, 136:16, 155:2, 155:3, 166:15, 174:19, 174:21, 175:2, 176:5, 177:2, 177:3, 178:3, 192:6, 192:8, 192:9, 192:25, 218:19, 218:20, 228:7, 232:8, 244:24, 250:12
**MOSTLY** [3] - 3:10, 171:20, 178:4
**MOTION** [16] - 3:9, 7:22, 9:15, 9:19, 27:10, 65:9, 66:11, 160:17, 245:13, 245:17, 245:23, 246:8, 246:15, 251:13, 251:18, 251:20
**MOVE** [10] - 9:23, 33:21, 38:11, 42:13, 92:10, 108:24, 151:23, 158:11, 235:24, 246:14
**MOVED** [2] - 55:10, 223:12
**MOVEMENT** [1] - 146:22

**MOVING** [2] - 3:24, 118:13
**MPH** [1] - 61:5
**MR** [227] - 4:1, 4:8, 4:16, 4:22, 4:25, 5:6, 5:7, 5:9, 5:22, 8:1, 8:8, 8:24, 9:7, 9:25, 11:3, 11:7, 15:4, 15:11, 15:19, 15:24, 15:25, 16:3, 16:5, 16:15, 18:6, 18:10, 18:13, 20:3, 20:20, 20:21, 20:22, 20:24, 21:4, 21:19, 22:14, 23:9, 23:12, 24:13, 24:22, 25:12, 25:17, 25:19, 25:21, 27:18, 28:4, 28:23, 29:6, 29:8, 29:13, 29:15, 30:19, 31:5, 31:13, 31:16, 31:23, 32:4, 32:14, 32:23, 33:3, 33:14, 33:20, 33:22, 36:16, 36:23, 37:14, 38:12, 38:24, 39:6, 40:13, 40:18, 40:24, 41:24, 42:13, 42:16, 44:14, 44:16, 44:20, 45:20, 46:1, 46:7, 46:25, 48:18, 49:4, 49:23, 50:18, 52:4, 53:1, 53:13, 54:1, 54:3, 54:7, 54:15, 55:1, 55:9, 55:24, 56:6, 57:6, 57:19, 58:7, 64:15, 65:4, 65:16, 65:22, 65:25, 66:3, 66:16, 80:10, 84:12, 84:24, 85:15, 86:12, 87:21, 88:1, 90:13, 93:15, 93:18, 97:8, 97:11, 105:4, 105:7, 105:23, 109:1, 111:11, 112:17, 113:8, 113:23, 116:19, 117:1, 119:3, 119:7, 120:10, 120:24, 121:5, 121:12, 132:8, 133:7, 136:7, 136:10, 139:13, 139:19, 139:20, 141:3, 141:18, 142:19, 147:16, 148:3, 148:18, 150:1, 150:18, 151:21, 152:21, 152:23, 156:23, 157:16, 158:1, 158:5, 158:10, 158:18, 159:17,

160:18, 160:21, 161:21, 161:24, 162:7, 204:7, 204:9, 204:10, 204:12, 204:17, 204:22, 205:2, 205:22, 206:10, 206:25, 207:4, 207:8, 207:19, 208:19, 208:22, 209:14, 210:2, 210:7, 210:9, 210:18, 210:21, 210:23, 211:1, 211:25, 214:7, 214:23, 215:14, 219:7, 219:13, 222:8, 222:23, 227:22, 234:11, 234:15, 234:19, 234:21, 234:23, 235:18, 235:21, 236:5, 236:13, 236:24, 238:2, 238:15, 238:22, 239:11, 241:17, 241:22, 242:2, 242:4, 242:7, 245:15, 245:18, 245:22, 246:4, 246:17, 246:21, 252:8, 252:10, 252:11, 254:5, 254:9
**MS** [106] - 4:5, 4:13, 4:19, 5:3, 24:9, 55:16, 55:21, 55:25, 57:4, 57:23, 58:2, 58:4, 58:5, 64:22, 65:10, 66:5, 66:6, 80:7, 85:10, 86:8, 97:13, 97:14, 97:17, 97:19, 98:16, 103:10, 103:14, 103:17, 104:24, 108:19, 112:21, 116:25, 120:16, 120:23, 121:8, 121:10, 132:5, 133:4, 138:25, 139:7, 140:13, 141:8, 142:15, 142:21, 142:23, 143:22, 143:24, 147:21, 148:10, 148:13, 148:14, 148:20, 148:23, 150:6, 150:21, 150:25, 151:5, 151:8, 151:12, 151:17, 151:24, 152:18, 157:24, 158:25, 161:15,

162:9, 162:11, 162:14, 163:2, 163:10, 163:13, 163:22, 163:25, 164:9, 165:2, 165:4, 172:11, 172:15, 172:18, 173:4, 173:9, 180:1, 181:21, 182:2, 182:3, 184:8, 184:12, 184:17, 185:7, 190:24, 191:12, 192:1, 192:4, 193:5, 193:7, 193:8, 193:11, 203:17, 203:20, 203:23, 204:2, 254:6, 254:10, 254:13, 254:14
**MUCH** [21] - 6:25, 11:21, 14:8, 21:16, 25:16, 40:11, 49:7, 65:7, 105:2, 135:8, 145:10, 155:6, 164:14, 186:22, 193:5, 204:3, 225:14, 248:19, 248:20, 251:3, 251:4
**MULTIFACTORIAL** [2] - 156:5, 156:17
**MULTIPLE** [1] - 26:11
**MUNICIPALITY** [2] - 48:14, 50:3
**MUST** [6] - 14:4, 19:25, 65:18, 221:24, 223:8, 244:4
**MY** [107] - 3:19, 4:1, 4:6, 4:9, 4:19, 4:25, 5:4, 5:23, 37:11, 47:12, 56:10, 56:18, 59:24, 61:3, 61:8, 62:19, 71:4, 74:20, 87:10, 87:16, 97:9, 97:22, 98:2, 100:1, 108:25, 109:4, 114:11, 114:14, 116:2, 118:15, 119:15, 121:15, 122:10, 124:18, 125:7, 133:11, 133:22, 136:15, 139:7, 140:21, 140:22, 140:24, 141:1, 141:22, 143:1, 143:5, 143:10, 145:9, 148:2, 151:17, 153:23, 154:16, 155:4, 155:6, 155:7, 155:9, 155:14,

155:17, 155:23, 156:12, 156:17, 156:18, 156:22, 163:3, 163:8, 163:22, 165:11, 165:17, 166:25, 167:7, 167:8, 167:9, 167:22, 168:12, 168:14, 168:19, 169:23, 171:1, 171:3, 171:20, 175:17, 178:4, 180:3, 180:9, 184:5, 185:3, 189:3, 191:7, 191:22, 192:12, 193:12, 194:8, 195:1, 195:4, 195:7, 199:19, 203:11, 203:20, 209:25, 238:10, 242:8, 245:13, 252:18, 252:21

**MYSELF** [1] - 98:3

**N**

**NAME** [21] - 4:1, 4:6, 4:9, 4:20, 5:1, 5:4, 5:23, 18:17, 54:22, 58:1, 86:23, 97:22, 113:14, 113:19, 113:20, 113:21, 113:24, 118:22, 143:1, 162:21, 193:12
**NAMED** [1] - 68:23
**NAMES** [3] - 84:4, 86:18, 145:18
**NARROW** [1] - 120:22
**NARROWER** [2] - 6:25, 248:19
**NATIONAL** [20] - 64:7, 66:20, 81:20, 88:17, 88:22, 93:25, 94:25, 102:22, 103:4, 103:14, 111:23, 111:24, 112:2, 118:24, 118:25, 127:3, 154:3, 169:20, 184:6, 241:17
**NATIONALLY** [1] - 199:10
**NATIONWIDE** [1] - 229:12
**NATURAL** [3] - 127:14, 175:11, 176:23
**NATURE** [4] - 79:20, 147:4, 154:18,

212:14
**NEAR** [2] - 195:6, 206:22
**NEAR-DAILY** [1] - 195:6
**NEARLY** [1] - 81:14
**NECESSARILY** [4] - 85:11, 153:2, 153:4, 228:7
**NECESSARY** [7] - 19:1, 24:23, 202:17, 224:19, 238:5, 250:3, 252:22
**NEED** [20] - 3:22, 7:12, 10:25, 11:1, 15:4, 15:5, 49:14, 52:3, 57:2, 57:3, 57:5, 77:19, 124:12, 216:21, 226:18, 226:24, 248:17, 249:18, 251:4, 252:15
**NEEDED** [2] - 82:5, 223:11
**NEEDING** [1] - 179:11
**NEEDS** [8] - 12:6, 108:13, 123:19, 131:24, 132:1, 132:19, 221:1, 227:1
**NEGATIVE** [7] - 15:1, 71:13, 71:16, 72:11, 74:7, 77:25, 107:17
**NEGATIVELY** [1] - 141:23
**NEGLECTED** [1] - 241:22
**NEIL** [2] - 38:1
**NEUTRAL** [1] - 30:4
**NEVER** [4] - 211:17, 225:20, 226:5, 226:9
**NEVERTHELESS** [3] - 232:23, 235:3, 237:18
**NEW** [90] - 6:16, 7:4, 7:6, 7:18, 13:14, 14:5, 14:17, 14:25, 23:4, 25:1, 25:5, 26:16, 27:17, 27:18, 27:23, 27:25, 34:17, 38:17, 40:11, 41:5, 47:17, 49:16, 70:18, 87:19, 98:19, 98:23, 99:8, 100:1, 100:5, 100:8, 100:20, 103:6, 107:8, 107:20, 107:23, 108:9, 120:6, 138:3, 140:15, 144:21, 144:23, 146:9, 146:10, 146:14,

147:9, 148:20, 149:2, 149:7, 149:12, 149:17, 153:10, 160:11, 163:3, 163:8, 163:22, 167:6, 171:1, 171:3, 180:3, 180:9, 184:5, 185:3, 192:12, 196:10, 196:14, 198:22, 198:23, 199:2, 199:7, 199:23, 200:9, 200:13, 201:3, 201:15, 201:20, 203:16, 207:6, 208:17, 209:10, 209:21, 222:14, 231:4, 235:1, 236:1, 236:16, 236:17, 239:17, 239:22, 244:24
**NEWSPAPER** [2] - 161:18, 194:24
**NEXT** [17] - 106:22, 151:17, 157:24, 162:8, 175:3, 175:5, 175:9, 176:10, 176:14, 176:16, 185:8, 186:9, 186:14, 186:18, 188:1, 214:12, 215:6
**NICOLE** [9] - 2:3, 2:6, 4:6, 4:11, 4:13, 98:9, 98:11, 98:12, 162:12
**NIGHT** [1] - 127:20
**NIGHTS** [1] - 119:17
**NIH** [2] - 169:24, 170:18
**NIH-FUNDED** [1] - 170:18
**NO** [112] - 8:24, 10:25, 12:3, 13:4, 13:10, 14:20, 17:5, 25:8, 28:2, 31:2, 31:23, 32:23, 34:7, 35:4, 35:8, 37:3, 38:24, 41:3, 49:6, 51:24, 57:4, 65:6, 67:10, 69:12, 72:24, 73:13, 75:25, 81:2, 89:23, 90:7, 91:12, 99:21, 100:6, 100:10, 102:3, 106:4, 106:14, 106:25, 110:23, 112:21, 121:5, 133:2, 135:2, 135:3, 140:14, 143:10, 143:17, 146:15, 146:22,

148:22, 149:4, 149:9, 152:9, 152:12, 152:16, 153:15, 159:19, 160:4, 161:19, 164:21, 166:17, 173:4, 178:18, 178:20, 179:9, 183:2, 185:21, 185:23, 186:19, 186:24, 188:5, 188:15, 193:6, 194:21, 195:1, 196:9, 197:20, 198:5, 198:11, 199:4, 199:8, 199:12, 199:17, 200:9, 200:20, 201:13, 203:25, 204:2, 208:10, 208:24, 211:25, 217:8, 220:9, 220:17, 222:2, 222:3, 222:8, 224:3, 227:25, 233:22, 234:17, 235:4, 237:19, 239:15, 243:21, 244:13, 246:19
**NO-METHOD** [1] - 186:24
**NOBODY** [2] - 33:2, 235:4
**NON** [1] - 60:23
**NON-DOCTORS** [1] - 60:23
**NONCOMPLIANCE** [1] - 50:24
**NONCONTRACEPTI VE** [1] - 129:18
**NONE** [6] - 26:20, 75:9, 77:17, 77:18, 145:5, 198:18
**NONETHELESS** [1] - 250:18
**NONFEDERAL** [1] - 169:21
**NONGOVERNMENT AL** [1] - 66:20
**NONLEADING** [1] - 133:6
**NONPREGNANCY** [1] - 130:16
**NONPREGNANCY-PREVENTION** [1] - 130:16
**NONPRESCRIPTION** [2] - 185:20, 186:23
**NONPROFIT** [2] - 29:4, 29:19

**NONPROFITS** [1] - 99:6
**NOR** [2] - 26:22, 155:18, 247:14
**NORMAL** [3] - 124:4, 126:9, 126:10
**NORMATIVE** [1] - 30:12
**NORTHERN** [3] - 167:2, 206:14, 207:16
**NOT** [405] - 3:20, 5:13, 5:19, 6:2, 6:14, 7:4, 7:13, 8:2, 8:13, 9:4, 10:13, 11:5, 11:10, 11:13, 11:15, 13:3, 14:9, 14:21, 16:19, 16:20, 18:8, 18:23, 20:9, 21:13, 23:23, 24:6, 25:2, 25:15, 25:25, 26:20, 27:1, 27:6, 27:11, 27:12, 28:6, 28:16, 28:20, 28:25, 29:8, 29:13, 30:10, 30:13, 30:25, 31:2, 31:5, 31:20, 32:6, 32:13, 32:14, 32:22, 33:12, 33:14, 34:8, 34:18, 35:7, 36:1, 36:5, 36:11, 36:18, 37:8, 37:19, 37:20, 37:21, 38:7, 38:14, 39:12, 40:22, 40:24, 40:25, 41:9, 42:2, 42:5, 42:19, 43:8, 43:25, 44:1, 45:18, 46:4, 46:13, 46:15, 46:25, 47:10, 47:22, 48:18, 48:21, 49:9, 49:25, 50:14, 50:16, 50:21, 51:1, 51:10, 51:12, 51:23, 52:8, 52:11, 53:8, 53:13, 55:12, 55:14, 56:2, 56:25, 57:12, 57:17, 57:18, 57:24, 59:13, 60:19, 60:20, 60:22, 63:9, 64:25, 65:6, 65:10, 66:9, 67:4, 69:4, 69:12, 69:18, 69:25, 71:19, 71:22, 72:2, 72:24, 73:1, 73:3, 73:7, 78:10, 79:5, 79:10, 80:3, 80:14, 80:18, 80:19, 80:23, 80:25, 82:10, 82:18, 83:19, 83:25, 85:9, 85:11, 85:13, 86:1, 89:12, 89:21, 91:21, 93:10,

93:23, 96:19, 99:5, 99:12, 99:16, 99:23, 100:11, 100:14, 100:20, 101:5, 102:19, 103:8, 104:15, 104:18, 104:21, 105:15, 106:7, 106:17, 106:20, 108:9, 108:25, 110:18, 111:4, 111:15, 111:20, 112:7, 114:15, 121:2, 121:3, 125:14, 125:15, 125:24, 127:10, 128:10, 130:8, 132:16, 132:25, 133:8, 133:11, 139:10, 139:18, 139:22, 141:10, 144:9, 144:11, 144:13, 144:15, 144:17, 144:19, 144:24, 145:8, 146:2, 146:3, 146:6, 146:15, 146:21, 147:5, 147:6, 147:10, 147:18, 148:4, 150:3, 150:11, 150:15, 151:19, 152:10, 152:12, 152:13, 152:16, 153:1, 153:4, 153:11, 155:18, 156:19, 157:18, 158:15, 158:24, 159:2, 159:4, 159:6, 159:8, 159:9, 159:14, 159:23, 161:2, 161:6, 161:13, 161:25, 163:11, 163:17, 165:23, 172:19, 173:23, 174:6, 174:9, 178:1, 178:12, 178:24, 179:9, 179:11, 179:18, 181:8, 181:22, 182:19, 183:4, 186:22, 186:25, 189:23, 190:15, 190:25, 192:18, 192:21, 192:22, 193:19, 194:5, 194:11, 194:12, 194:13, 194:20, 194:25, 196:19, 196:22, 197:2, 197:4, 197:16, 197:24,

198:5, 198:7, 199:1, 199:4, 199:5, 199:8, 199:9, 199:12, 200:6, 200:9, 200:14, 200:15, 200:19, 202:25, 203:11, 204:14, 205:7, 205:25, 207:8, 208:12, 208:19, 208:25, 209:1, 209:9, 209:18, 210:8, 210:10, 210:25, 211:2, 211:5, 211:7, 212:10, 212:16, 213:18, 214:18, 214:19, 215:7, 215:19, 216:1, 216:11, 218:23, 219:1, 219:3, 221:4, 221:10, 221:13, 221:19, 223:5, 223:21, 224:20, 224:24, 225:3, 225:4, 225:7, 225:12, 225:16, 226:1, 226:14, 226:16, 226:24, 227:3, 227:6, 228:1, 228:9, 228:15, 228:20, 229:6, 230:23, 230:24, 230:25, 231:13, 231:17, 232:12, 232:13, 233:5, 233:19, 234:12, 235:12, 236:15, 236:16, 236:19, 236:25, 237:3, 238:23, 239:5, 239:20, 239:21, 240:1, 240:18, 240:21, 240:22, 242:10, 242:19, 243:9, 243:12, 244:5, 244:17, 244:19, 245:2, 245:14, 245:19, 246:12, 247:3, 247:13, 247:22, 247:23, 248:6, 248:7, 248:9, 248:19, 249:1, 249:7, 249:10, 249:13, 249:15, 249:23, 250:2, 250:13, 250:15, 251:4, 251:5, 252:21

**NOT-FOR-PROFIT** [1] - 110:18
**NOTABLE** [1] - 136:15

**NOTE** [1] - 95:10
**NOTED** [2] - 81:11, 106:20
**NOTHING** [21] - 11:23, 43:10, 45:7, 45:23, 48:23, 91:8, 97:11, 104:25, 109:1, 112:17, 112:19, 142:19, 156:23, 205:19, 216:8, 216:9, 244:12, 247:25, 252:8, 252:10
**NOTICE** [22] - 8:15, 25:14, 26:20, 39:1, 39:19, 42:3, 52:17, 154:25, 160:5, 160:12, 169:12, 213:22, 215:17, 216:8, 217:21, 217:25, 218:6, 218:9, 228:11, 228:20, 230:16, 249:11
**NOTICEABLE** [1] - 209:4
**NOTICES** [4] - 232:7, 237:17, 244:12, 244:14
**NOTIFIED** [1] - 229:2
**NOTIFIES** [1] - 232:13
**NOTIFY** [3] - 212:1, 227:25, 244:9
**NOTION** [1] - 222:11
**NOTRE** [2] - 34:5
**NOW** [60] - 3:12, 16:17, 18:25, 21:21, 24:14, 25:9, 28:8, 36:8, 51:12, 52:1, 53:16, 54:6, 66:19, 70:5, 87:17, 95:7, 139:1, 139:6, 143:9, 156:2, 156:11, 157:10, 158:20, 159:19, 162:6, 165:15, 168:4, 171:9, 180:2, 196:14, 197:10, 198:9, 198:22, 200:1, 200:11, 200:20, 200:21, 204:5, 209:11, 211:23, 211:24, 216:18, 220:11, 225:9, 228:16, 229:6, 229:15, 232:11, 232:16, 234:20, 235:6, 236:11, 246:16, 246:25, 247:17,

248:25, 249:8, 249:11, 252:23
**NUANCE** [1] - 9:17
**NUMBER** [45] - 1:3, 3:7, 6:7, 36:5, 59:17, 70:7, 70:8, 70:12, 70:16, 71:13, 72:4, 75:13, 75:21, 88:19, 118:18, 122:12, 122:14, 125:5, 128:4, 136:23, 140:11, 145:1, 154:1, 154:7, 155:8, 155:12, 157:4, 169:18, 177:24, 186:3, 186:4, 187:13, 187:14, 187:15, 188:17, 192:23, 197:2, 197:3, 197:5, 197:7, 197:10, 206:14, 206:16, 211:20, 224:17
**NUMBERS** [11] - 71:3, 135:12, 187:9, 187:20, 188:12, 229:1, 229:16, 229:18, 229:19, 231:9, 237:20
**NUMERAL** [1] - 84:10
**NUMEROUS** [1] - 167:25
**NUTSHELL** [1] - 162:25
**NW** [2] - 2:12, 2:18

**O**

**O'CLOCK** [1] - 234:18
**O'MALLEY** [1] - 83:13
**OATH** [1] - 6:3
**OBESE** [1] - 103:20
**OBJECT** [14] - 27:3, 64:22, 86:8, 116:23, 120:16, 142:16, 150:18, 162:14, 172:15, 181:22, 184:9, 226:20, 233:21, 249:9
**OBJECTED** [4] - 51:2, 65:17, 161:14, 244:25
**OBJECTING** [2] - 50:22, 158:23
**OBJECTION** [37] - 30:22, 30:25, 31:6, 31:7, 31:8, 32:7, 32:16, 33:7, 65:13, 66:13, 80:7, 85:4, 85:10, 112:22,

120:15, 132:5, 133:4, 138:25, 139:4, 139:5, 139:7, 140:13, 141:8, 147:16, 148:3, 148:18, 150:1, 150:3, 162:25, 173:5, 173:7, 190:24, 203:17, 232:18, 236:6, 240:5
**OBJECTIONABLE** [2] - 116:24, 208:13
**OBJECTIONS** [9] - 26:2, 64:21, 121:7, 149:24, 198:24, 218:1, 242:9, 242:11, 248:20
**OBJECTIVE** [1] - 83:17
**OBJECTOR** [2] - 239:19, 248:25
**OBJECTORS** [5] - 40:5, 240:1, 242:16, 249:2, 249:15
**OBJECTS** [2] - 58:5, 247:6
**OBLIGATION** [1] - 250:1
**OBLIGATIONS** [2] - 47:15, 50:6
**OBSERVE** [1] - 106:14
**OBSERVED** [2] - 102:2, 108:5
**OBSERVES** [1] - 102:16
**OBSTETRICIAN** [1] - 114:3
**OBSTETRICS** [4] - 60:17, 115:8, 116:6, 118:7
**OBTAIN** [1] - 179:19
**OBTAINED** [1] - 197:23
**OBVIOUSLY** [7] - 11:23, 65:4, 124:5, 135:9, 172:8, 174:2, 178:11
**OCCASION** [1] - 95:14
**OCCASIONS** [1] - 179:2
**OCCUR** [5] - 8:21, 8:23, 73:6, 75:13, 233:7
**OCCURRED** [1] - 188:22
**OCTOBER** [1] - 212:21
**ODD** [2] - 222:20, 222:21

**ODDS** [2] - 126:12, 127:8

**OF** [1226] - 1:2, 1:3, 2:2, 2:8, 2:10, 2:15, 3:2, 3:3, 3:4, 3:5, 3:7, 4:3, 4:7, 4:10, 4:14, 4:18, 4:21, 4:24, 5:2, 5:5, 5:15, 5:24, 6:7, 6:8, 6:11, 6:14, 6:20, 6:23, 7:1, 7:6, 7:11, 7:21, 8:4, 8:9, 9:1, 9:9, 9:13, 9:14, 9:19, 10:14, 10:20, 11:12, 11:17, 11:18, 11:19, 11:20, 11:21, 12:1, 12:3, 12:5, 12:6, 12:7, 12:11, 12:13, 12:14, 12:16, 12:18, 12:22, 12:24, 13:6, 13:7, 13:16, 13:17, 13:19, 13:25, 14:7, 14:8, 14:11, 15:1, 15:6, 15:9, 15:13, 15:16, 15:18, 16:6, 16:9, 16:11, 16:25, 17:3, 17:13, 17:21, 17:23, 18:8, 18:20, 18:23, 19:3, 19:4, 19:13, 19:15, 19:17, 19:22, 19:24, 20:1, 20:11, 21:6, 21:12, 21:19, 21:24, 22:3, 22:4, 22:19, 22:20, 22:23, 22:24, 23:5, 23:17, 23:23, 24:1, 24:6, 24:10, 24:16, 24:18, 25:2, 25:4, 25:9, 26:1, 26:4, 26:6, 26:12, 26:13, 26:17, 26:20, 26:21, 26:23, 27:2, 27:16, 27:24, 28:2, 28:5, 28:11, 28:17, 28:22, 29:2, 29:4, 29:5, 29:17, 29:18, 29:19, 29:22, 30:8, 30:11, 30:13, 30:19, 30:21, 30:22, 30:23, 31:19, 31:21, 31:22, 31:23, 31:25, 32:25, 34:1, 34:3, 34:4, 34:13, 34:20, 34:22, 35:5, 35:6, 35:10, 35:18, 36:3, 36:5, 36:8, 36:12, 37:10, 37:15, 37:21, 37:23, 37:24, 38:6, 38:25, 39:1, 39:14, 39:22, 40:3, 40:4, 40:6, 41:4, 41:11, 41:19, 41:22, 41:25,

42:3, 42:4, 42:5, 42:7, 42:9, 42:17, 42:20, 42:23, 43:1, 43:2, 43:4, 43:7, 43:9, 43:10, 43:15, 43:20, 43:24, 44:3, 44:6, 45:4, 45:5, 45:10, 45:15, 45:22, 46:1, 46:8, 46:10, 46:16, 46:23, 47:3, 47:6, 47:9, 47:17, 48:2, 48:6, 48:23, 49:5, 49:7, 49:11, 49:18, 49:25, 50:3, 51:3, 51:9, 51:14, 51:19, 52:6, 52:9, 52:12, 52:15, 52:18, 52:19, 52:21, 53:17, 53:19, 53:20, 55:5, 56:12, 56:14, 57:8, 57:20, 58:22, 58:24, 59:3, 59:7, 59:17, 59:20, 59:24, 60:5, 60:7, 60:10, 60:16, 60:17, 61:2, 61:3, 61:6, 61:8, 61:15, 61:19, 62:2, 62:6, 62:9, 62:12, 62:19, 62:24, 63:2, 63:4, 63:5, 63:6, 63:8, 64:1, 64:4, 64:6, 64:9, 64:10, 64:18, 64:23, 65:1, 65:5, 65:7, 65:8, 66:4, 66:8, 66:17, 66:19, 66:20, 66:21, 66:24, 66:25, 67:2, 67:6, 67:7, 67:12, 67:19, 67:21, 68:3, 68:7, 68:10, 68:22, 69:4, 69:10, 69:14, 69:15, 69:17, 69:24, 70:8, 70:9, 70:19, 70:21, 71:2, 71:3, 71:5, 71:8, 71:9, 71:13, 71:14, 71:15, 71:16, 72:4, 72:5, 72:9, 72:15, 72:16, 73:6, 73:13, 73:14, 73:18, 73:20, 73:24, 74:4, 74:7, 74:9, 74:10, 74:11, 74:12, 75:5, 75:8, 75:10, 75:11, 75:13, 75:19, 75:20, 75:21, 75:23, 76:7, 76:17, 76:18, 77:3, 77:7, 77:9, 77:12, 77:13, 77:25, 78:6, 78:12, 78:15, 78:19, 78:25, 79:3, 79:5, 79:6, 79:16, 79:20,

79:24, 80:11, 80:17, 80:20, 80:24, 81:1, 81:9, 81:10, 81:12, 81:18, 81:23, 81:24, 82:13, 82:14, 83:4, 83:7, 83:8, 83:9, 83:20, 83:23, 83:24, 84:3, 84:7, 84:18, 84:21, 85:16, 85:20, 86:2, 86:4, 86:5, 86:18, 86:20, 87:2, 87:5, 87:11, 87:12, 88:10, 88:15, 89:4, 89:18, 89:21, 89:23, 90:3, 90:5, 90:7, 90:9, 90:11, 91:7, 91:18, 92:11, 92:14, 92:16, 92:19, 92:20, 92:24, 93:6, 93:22, 93:23, 94:1, 94:4, 94:8, 94:12, 94:17, 94:19, 94:22, 95:4, 95:17, 96:2, 96:5, 96:6, 96:10, 96:11, 96:12, 96:17, 96:21, 96:25, 97:3, 97:5, 98:3, 99:6, 100:5, 100:8, 101:3, 101:5, 101:6, 101:8, 101:12, 101:15, 101:22, 102:7, 102:18, 102:22, 103:5, 103:6, 103:15, 103:19, 104:11, 104:15, 104:19, 105:8, 105:10, 105:11, 106:1, 106:7, 106:16, 107:2, 107:5, 107:6, 107:9, 107:10, 107:11, 107:13, 107:17, 108:2, 108:4, 108:6, 108:7, 108:8, 108:10, 108:12, 108:14, 108:15, 108:20, 108:22, 108:25, 109:4, 110:1, 111:22, 111:23, 111:24, 112:11, 112:24, 114:4, 114:6, 114:13, 115:9, 115:15, 115:20, 116:1, 116:10, 116:15, 116:17, 116:18, 116:20, 117:2, 117:11, 117:13, 117:15, 117:16, 117:17, 118:2, 118:20,

118:22, 118:24, 118:25, 119:2, 119:14, 119:20, 120:4, 120:13, 120:19, 121:6, 121:19, 122:10, 122:21, 122:23, 123:5, 123:9, 123:11, 123:14, 123:15, 123:18, 123:22, 124:6, 124:8, 124:9, 124:19, 125:1, 125:2, 125:3, 125:5, 125:10, 125:13, 125:16, 125:18, 125:21, 125:25, 126:2, 126:4, 126:5, 126:7, 126:9, 126:10, 126:12, 126:17, 126:18, 126:20, 126:23, 126:24, 127:1, 127:8, 127:14, 127:16, 127:18, 127:19, 127:20, 127:21, 127:22, 127:23, 127:24, 128:1, 128:4, 128:5, 128:6, 128:7, 128:11, 128:17, 128:19, 128:21, 129:16, 129:18, 129:20, 129:22, 129:24, 130:1, 130:5, 130:18, 131:12, 131:19, 132:9, 132:12, 132:14, 132:19, 132:23, 133:11, 133:13, 133:14, 133:19, 133:23, 133:24, 134:1, 134:9, 135:1, 135:16, 135:21, 135:24, 136:3, 136:17, 136:23, 136:24, 137:3, 137:4, 137:6, 137:16, 138:22, 138:23, 139:1, 139:3, 139:10, 140:7, 140:11, 140:14, 140:21, 140:23, 141:10, 141:12, 141:17, 141:23, 141:25, 142:2, 142:3, 142:5, 142:13, 142:17, 143:10, 143:19, 143:25, 144:3,

144:14, 144:15, 145:1, 145:4, 145:5, 145:6, 145:13, 145:14, 145:16, 145:17, 145:18, 145:19, 145:22, 145:23, 145:24, 145:25, 146:1, 146:3, 146:9, 146:10, 146:13, 146:17, 146:18, 146:19, 146:25, 147:4, 147:9, 147:11, 147:12, 147:22, 147:24, 148:5, 148:8, 148:9, 148:19, 148:20, 149:1, 149:2, 149:7, 149:11, 149:12, 149:17, 149:25, 150:7, 150:19, 150:21, 150:22, 150:25, 151:2, 151:3, 151:9, 151:13, 151:14, 151:18, 152:3, 152:7, 153:9, 153:10, 153:23, 153:24, 154:9, 154:11, 154:17, 154:18, 155:8, 155:12, 155:17, 155:19, 155:20, 156:3, 156:5, 156:6, 156:8, 156:10, 156:22, 157:1, 158:12, 158:14, 158:19, 158:23, 159:3, 159:4, 159:11, 159:12, 159:13, 159:18, 159:22, 160:1, 160:14, 160:25, 161:6, 162:1, 164:1, 164:2, 164:4, 164:5, 164:11, 164:13, 164:14, 164:17, 166:4, 166:5, 166:13, 166:17, 166:19, 166:22, 167:1, 167:13, 167:15, 167:17, 167:19, 167:22, 168:1, 168:7, 168:9, 168:10, 168:12, 168:22, 168:24, 169:1, 169:7, 169:18, 169:20, 169:23, 170:9, 170:10, 170:11, 170:21, 171:4,

171:18, 171:25,
172:4, 172:5, 172:6,
172:9, 172:13,
172:20, 172:21,
172:24, 173:2,
174:1, 174:4, 174:6,
174:8, 174:10,
174:11, 174:13,
174:16, 174:19,
174:25, 175:4,
175:9, 175:10,
175:12, 175:20,
176:17, 177:13,
177:17, 177:24,
178:3, 178:10,
178:18, 178:19,
179:1, 179:3, 180:6,
180:11, 180:13,
180:14, 180:15,
180:20, 181:5,
181:12, 181:14,
181:17, 181:18,
181:22, 182:7,
182:12, 182:14,
182:17, 182:18,
182:22, 182:25,
183:1, 183:12,
183:15, 183:16,
183:19, 183:20,
184:4, 184:9,
184:11, 184:22,
186:3, 186:4, 186:5,
186:10, 186:12,
186:13, 186:16,
186:20, 186:25,
187:1, 187:4, 187:6,
187:11, 187:13,
187:15, 187:21,
188:2, 188:12,
188:14, 188:19,
188:24, 189:10,
189:17, 189:21,
190:7, 190:8,
190:10, 190:16,
190:21, 191:1,
191:18, 191:20,
192:6, 192:7, 192:8,
192:17, 192:18,
193:2, 193:19,
193:21, 193:24,
193:25, 194:1,
194:2, 194:10,
194:14, 194:17,
194:18, 194:19,
194:21, 195:4,
195:11, 195:14,
195:20, 195:21,
196:18, 196:21,
196:25, 197:4,
197:7, 197:12,
197:15, 197:18,

197:23, 198:3,
198:12, 198:18,
198:19, 199:1,
199:5, 199:10,
199:11, 199:12,
199:13, 199:19,
200:7, 200:9,
200:11, 200:13,
200:15, 200:16,
200:17, 200:22,
201:2, 201:3,
201:12, 201:16,
201:19, 201:24,
201:25, 202:3,
202:4, 202:5, 202:9,
202:11, 202:13,
202:17, 202:21,
202:22, 203:7,
203:16, 205:3,
205:9, 205:15,
206:10, 206:12,
206:14, 206:18,
206:21, 206:25,
207:11, 207:13,
207:16, 207:21,
208:8, 208:17,
208:23, 209:3,
209:23, 210:8,
210:10, 211:8,
211:11, 211:16,
211:20, 211:22,
212:3, 212:4, 212:6,
212:12, 212:13,
212:14, 212:18,
212:21, 213:2,
213:4, 213:16,
213:22, 213:23,
213:24, 215:2,
215:11, 215:15,
215:25, 216:1,
216:15, 216:19,
216:22, 217:9,
217:21, 217:25,
218:3, 218:20,
218:23, 218:24,
219:3, 219:4,
219:14, 219:25,
220:1, 220:2, 220:4,
220:10, 220:12,
221:17, 221:20,
221:25, 222:16,
222:17, 223:4,
223:15, 223:20,
224:6, 224:7,
224:11, 224:17,
225:10, 225:14,
225:16, 225:19,
225:24, 226:10,
226:15, 226:16,
226:20, 226:25,
227:1, 227:12,

227:14, 227:17,
227:23, 228:5,
228:7, 228:11,
229:12, 229:13,
229:18, 229:19,
229:20, 229:23,
230:12, 230:15,
230:18, 230:20,
230:22, 231:7,
231:9, 231:17,
231:25, 232:2,
232:4, 232:5, 232:6,
232:8, 232:14,
232:16, 232:22,
233:1, 233:5, 233:6,
233:10, 233:19,
233:21, 234:4,
234:5, 234:23,
235:5, 235:9,
235:13, 235:16,
235:24, 236:1,
236:12, 236:15,
236:16, 236:17,
237:2, 237:8,
237:14, 237:19,
237:22, 238:9,
238:12, 238:14,
238:16, 238:20,
238:23, 239:2,
239:22, 240:3,
240:6, 240:12,
240:19, 240:25,
241:6, 241:11,
241:18, 242:9,
242:14, 242:19,
242:20, 243:2,
243:12, 243:13,
243:19, 243:22,
244:4, 244:10,
244:11, 244:12,
244:14, 244:17,
244:20, 244:21,
244:23, 244:25,
245:10, 246:1,
246:6, 246:11,
247:2, 247:8,
247:12, 247:13,
247:15, 247:19,
247:20, 248:1,
248:11, 249:8,
249:11, 250:14,
250:15, 250:20,
250:24, 250:25,
251:6, 251:8,
251:15, 252:5,
252:13, 252:20,
252:22, 253:4
**OFF** [4] - 143:10,
161:9, 165:5, 165:25
**OFFER** [8] - 34:7,
129:6, 129:15,

132:17, 163:5,
163:18, 172:12,
184:10
**OFFERED** [5] - 58:14,
65:19, 66:7, 112:23,
120:18
**OFFERING** [3] - 13:5,
13:11, 221:8
**OFFICE** [5] - 2:2, 4:7,
4:10, 4:14, 143:14
**OFFICIAL** [3] - 1:19,
170:7, 253:8
**OFTEN** [3] - 71:25,
136:18, 176:18
**OH** [5] - 58:18, 67:10,
74:6, 74:9, 192:20
**OKAY** [74] - 9:6,
20:19, 21:3, 21:18,
23:11, 24:12, 25:6,
25:16, 29:7, 33:10,
33:19, 39:5, 54:2,
54:5, 55:18, 57:22,
57:25, 65:12, 66:13,
88:9, 89:17, 89:22,
90:19, 91:3, 103:16,
105:2, 109:3,
111:10, 114:15,
121:2, 121:6,
129:10, 136:22,
139:16, 144:2,
148:13, 148:15,
156:25, 157:6,
158:9, 158:24,
161:3, 162:8,
162:16, 162:24,
163:11, 163:19,
164:7, 164:20,
165:1, 171:7,
175:22, 180:2,
180:24, 181:5,
182:8, 183:25,
185:5, 190:15,
192:3, 204:5,
204:11, 210:4,
210:11, 210:20,
215:13, 217:13,
234:9, 234:15,
236:13, 242:1,
242:5, 251:14
**OLD** [5] - 36:10,
36:11, 37:12,
126:15, 127:15
**OLDER** [2] - 108:7,
108:10
**ON** [287] - 3:8, 3:24,
5:11, 6:1, 6:23, 7:21,
8:3, 8:6, 8:8, 8:9,
8:13, 8:17, 9:4, 9:14,
9:18, 9:23, 10:13,
10:14, 11:6, 12:5,

14:1, 14:5, 14:6,
15:1, 15:15, 15:17,
16:16, 16:20, 17:17,
19:1, 20:1, 21:16,
21:24, 22:4, 25:1,
25:25, 26:7, 26:15,
27:2, 30:12, 30:23,
32:5, 32:8, 33:20,
33:21, 34:17, 36:12,
38:11, 38:14, 39:9,
39:11, 42:10, 42:19,
43:9, 44:10, 46:6,
46:14, 46:15, 47:3,
48:1, 48:2, 49:25,
51:11, 51:16, 51:17,
52:1, 52:4, 53:14,
59:18, 61:1, 61:4,
62:10, 63:3, 63:18,
64:1, 64:5, 64:10,
64:17, 65:2, 68:10,
68:13, 69:1, 69:15,
73:11, 73:21, 73:23,
73:25, 74:3, 74:10,
74:19, 75:5, 75:10,
75:19, 75:24, 76:23,
79:19, 79:20, 80:17,
81:4, 81:7, 83:18,
83:25, 84:9, 85:16,
85:25, 87:8, 87:22,
87:23, 87:25, 88:7,
89:8, 90:13, 90:19,
93:12, 93:22, 94:14,
96:6, 96:17, 98:9,
100:12, 100:15,
100:25, 101:11,
101:15, 101:23,
102:10, 104:11,
105:20, 106:9,
108:1, 108:10,
108:24, 110:19,
111:13, 111:15,
112:3, 114:12,
116:15, 116:17,
118:13, 119:8,
119:13, 119:16,
119:17, 119:18,
119:19, 120:12,
122:18, 124:6,
124:15, 125:8,
129:2, 131:22,
135:9, 135:10,
136:17, 136:19,
138:17, 139:21,
140:4, 140:24,
141:4, 141:7,
141:10, 141:21,
141:23, 145:12,
145:16, 145:19,
145:23, 150:11,
151:23, 152:11,
152:14, 154:8,

154:18, 156:17,
157:14, 158:22,
159:20, 160:16,
160:24, 161:5,
161:18, 162:6,
162:16, 163:3,
164:12, 164:14,
164:18, 164:19,
165:23, 166:22,
169:7, 173:2, 173:7,
174:25, 175:16,
176:17, 185:18,
185:22, 186:6,
188:25, 190:7,
190:22, 191:7,
195:6, 204:20,
205:13, 206:5,
206:18, 206:21,
207:10, 207:12,
209:6, 209:17,
211:2, 211:13,
212:8, 213:7, 215:1,
215:24, 216:4,
216:16, 217:20,
217:22, 219:6,
219:7, 219:8,
219:19, 220:15,
220:16, 221:21,
222:7, 222:13,
223:11, 224:10,
225:2, 228:6, 229:1,
230:19, 231:8,
231:17, 232:24,
233:8, 234:23,
235:8, 235:9,
235:16, 235:22,
236:1, 236:3, 236:7,
236:13, 237:10,
237:15, 238:21,
239:12, 239:25,
240:2, 240:19,
240:21, 242:8,
242:22, 244:3,
244:4, 244:20,
245:7, 245:13,
245:16, 245:20,
246:3, 246:6, 246:7,
246:14, 248:13,
250:7, 251:25,
252:12, 252:14
**ONCE** [4] - 132:22,
161:8, 192:11, 193:2
**ONE** [97] - 5:10, 8:19,
11:18, 13:10, 17:17,
20:25, 22:3, 25:23,
28:7, 28:10, 28:15,
30:16, 36:8, 39:14,
40:20, 41:10, 41:12,
45:10, 48:1, 48:23,
49:12, 52:15, 55:19,
64:9, 66:24, 67:21,

69:17, 73:18, 73:20,
74:19, 75:16, 76:5,
76:10, 76:16, 77:7,
80:20, 82:23, 85:16,
92:1, 92:7, 95:4,
97:9, 121:6, 121:9,
124:9, 125:16,
126:23, 126:24,
127:1, 127:16,
128:4, 129:24,
134:8, 134:12,
137:6, 141:16,
142:12, 145:1,
151:14, 154:11,
156:6, 156:25,
157:1, 161:22,
163:11, 173:7,
176:9, 182:18,
182:19, 185:25,
192:1, 192:23,
194:21, 198:13,
207:13, 207:19,
208:7, 213:8, 217:6,
218:19, 224:24,
231:17, 233:8,
234:10, 234:17,
234:21, 236:22,
241:24, 245:7,
248:16, 248:18,
249:21
**ONE-TIME** [2] - 134:8,
134:12
**ONES** [6] - 77:10,
108:7, 138:10,
170:6, 176:16, 232:8
**ONGOING** [3] -
111:24, 202:20,
202:23
**ONLY** [36] - 7:23, 8:21,
10:13, 14:21, 22:3,
28:1, 29:1, 29:15,
32:18, 33:5, 34:2,
37:5, 41:10, 64:9,
86:2, 91:17, 93:20,
99:16, 112:8,
149:23, 153:16,
164:25, 188:7,
188:25, 190:8,
193:1, 208:6,
210:12, 214:2,
221:15, 221:19,
229:1, 230:16,
235:12, 243:12,
245:21
**ONSET** [1] - 126:17
**OPEN** [4] - 25:1,
25:10, 96:9, 209:17
**OPENED** [1] - 213:9
**OPENING** [2] - 3:14,
3:16

**OPENINGS** [1] - 5:12
**OPENS** [2] - 3:1,
212:12
**OPERATING** [1] -
249:3
**OPINION** [22] - 36:7,
96:4, 96:8, 96:24,
98:18, 98:23,
100:20, 138:21,
141:5, 142:12,
156:17, 173:2,
188:18, 190:2,
190:25, 191:13,
191:17, 206:18,
207:16, 226:10,
252:4, 252:6
**OPINIONS** [2] - 97:3,
174:8
**OPPORTUNITY** [6] -
96:9, 103:5, 181:11,
190:17, 232:20,
236:3
**OPPOSED** [1] - 108:7
**OPPOSING** [1] - 11:4
**OPPOSITION** [1] -
251:19
**OPT** [12] - 13:7, 13:12,
13:16, 23:5, 40:5,
43:13, 96:10,
211:16, 212:1,
212:15, 232:20,
242:14
**OPT-OUT** [2] - 40:5,
43:13
**OPTIMAL** [2] - 71:20,
72:3
**OPTIMALLY** [1] -
107:15
**OPTING** [4] - 11:11,
11:15, 96:19, 228:15
**OPTION** [4] - 229:3,
230:12, 230:25,
248:8
**OPTIONAL** [6] -
211:23, 211:25,
226:14, 232:16,
248:10, 250:16
**OPTIONS** [16] - 100:1,
163:4, 163:23,
171:1, 171:3,
173:12, 180:3,
180:9, 184:5, 185:4,
190:16, 191:20,
191:21, 191:22,
192:12, 208:6
**OPTS** [1] - 7:4
**OR** [175] - 7:14, 8:5,
10:19, 12:3, 13:5,
13:8, 13:11, 13:13,
13:17, 13:19, 14:11,

15:18, 18:23, 19:25,
20:8, 20:14, 28:3,
28:19, 28:20, 29:4,
31:18, 31:20, 32:13,
32:22, 33:7, 34:21,
35:5, 36:5, 37:12,
37:17, 41:16, 41:21,
42:1, 42:5, 42:24,
43:10, 43:12, 44:7,
47:10, 48:6, 48:21,
49:2, 49:20, 50:23,
52:22, 56:2, 62:8,
65:1, 66:8, 67:9,
69:25, 72:6, 73:7,
73:18, 73:19, 79:5,
79:12, 80:3, 80:24,
82:18, 84:25, 85:17,
87:22, 88:10, 90:20,
90:23, 91:8, 91:21,
92:14, 100:21,
107:8, 109:11,
114:19, 116:10,
120:19, 120:22,
120:23, 121:3,
122:8, 123:13,
124:3, 125:21,
127:2, 128:24,
133:2, 133:12,
135:11, 135:21,
136:20, 142:8,
145:18, 148:5,
148:19, 149:7,
149:24, 150:3,
150:12, 150:15,
151:22, 153:17,
153:20, 154:2,
157:4, 159:7, 160:5,
169:11, 169:20,
172:7, 172:21,
172:24, 173:18,
173:23, 174:6,
174:9, 175:1, 175:8,
178:20, 178:25,
179:18, 179:19,
179:21, 181:9,
181:24, 184:18,
188:10, 189:23,
189:25, 190:1,
190:15, 191:14,
194:12, 199:14,
200:4, 202:13,
203:14, 205:10,
205:18, 207:23,
208:10, 210:5,
212:2, 214:13,
215:20, 218:7,
218:11, 218:24,
219:3, 219:21,
221:9, 221:20,
221:22, 222:4,
222:16, 222:21,

227:16, 229:22,
230:13, 230:14,
231:10, 237:14,
240:1, 242:19,
245:4, 247:3,
247:15, 247:24,
249:21, 250:10,
251:6, 252:24
**ORAL** [8] - 12:2,
79:21, 80:22, 80:24,
130:21, 133:17,
133:20, 135:5
**ORANGES** [1] -
109:11
**ORDER** [21] - 3:22,
30:12, 53:5, 54:9,
66:7, 97:25, 98:7,
143:3, 143:11,
180:20, 207:25,
214:17, 214:20,
214:23, 237:18,
245:13, 245:16,
246:1, 249:6,
252:18, 252:21
**ORDINARY** [1] - 241:5
**ORGANIZATION** [4] -
28:14, 29:4, 102:23,
217:25
**ORGANIZATIONS** [2]
- 27:6, 34:2
**ORGANIZED** [1] -
176:3
**ORIGINAL** [5] - 38:21,
42:21, 43:14, 43:22,
211:5
**ORIGINALLY** [2] -
55:3, 211:8
**OSORIO** [2] - 241:3,
241:4
**OTHER** [89] - 6:4,
13:9, 14:6, 15:2,
16:25, 17:6, 17:7,
28:14, 29:21, 34:1,
41:12, 43:2, 48:2,
50:19, 52:2, 71:3,
73:22, 74:11, 79:12,
85:22, 86:3, 86:9,
86:20, 92:11,
106:21, 107:2,
108:13, 108:15,
111:14, 115:23,
117:18, 119:1,
121:9, 121:17,
143:10, 149:16,
151:1, 151:10,
154:11, 161:22,
164:18, 169:5,
169:9, 172:19,
172:22, 173:25,
174:16, 175:5,

179:18, 179:20,
182:20, 185:19,
186:20, 187:13,
188:8, 188:25,
189:6, 189:8,
189:15, 192:14,
194:2, 194:22,
195:3, 195:17,
195:18, 197:22,
199:21, 202:10,
202:13, 203:4,
203:8, 203:9, 208:6,
208:22, 209:16,
213:5, 225:1, 230:1,
230:22, 231:4,
231:12, 231:18,
231:19, 239:3,
240:10, 240:23,
242:8
**OTHERS** [10] - 47:10,
62:8, 66:23, 72:19,
77:15, 93:6, 130:8,
155:5, 177:1, 215:21
**OTHERWISE** [4] -
53:23, 80:5, 82:5,
203:1
**OUGHT** [4] - 67:14,
69:9, 78:24, 79:3
**OUR** [48] - 6:1, 6:5,
7:22, 8:8, 9:14, 9:19,
9:20, 15:20, 16:9,
21:23, 23:22, 23:25,
24:3, 42:7, 42:16,
65:9, 67:10, 82:15,
86:1, 86:5, 86:6,
86:21, 109:18,
110:8, 111:21,
112:9, 112:22,
122:11, 141:24,
157:24, 158:7,
159:18, 179:13,
181:7, 183:5, 184:4,
187:4, 188:24,
212:22, 214:9,
215:2, 215:17,
216:24, 229:20,
230:8, 235:13,
237:15
**OURSELVES** [1] -
24:4
**OUT** [67] - 7:4, 7:22,
9:5, 9:14, 9:22, 13:7,
13:12, 13:16, 14:11,
23:5, 30:3, 32:21,
37:17, 40:5, 43:13,
44:11, 44:13, 44:18,
44:22, 76:17, 77:3,
77:9, 79:16, 83:6,
86:5, 91:18, 92:20,
96:10, 119:6, 126:3,

126:24, 127:1,
140:7, 149:19,
166:17, 178:9,
178:18, 182:13,
186:15, 188:13,
189:6, 189:10,
194:4, 206:4,
207:13, 210:13,
211:16, 212:1,
212:16, 214:12,
215:2, 216:6, 227:5,
228:15, 231:19,
232:20, 233:15,
239:17, 242:14,
243:11, 243:21,
244:10, 244:13,
244:22, 244:24,
249:25, 252:6
**OUT-OF-POCKET** [3]
- 166:17, 178:18,
189:10
**OUTCOMES** [5] -
75:20, 123:16,
169:22, 171:2,
180:10
**OUTLINES** [1] - 23:25
**OUTS** [1] - 222:6
**OUTSIDE** [11] - 6:22,
64:5, 84:4, 84:13,
88:10, 96:25,
102:18, 125:21,
141:11, 142:13,
142:16
**OUTSTANDING** [1] -
155:21
**OVARIAN** [7] - 108:15,
123:6, 126:7, 126:9,
126:16, 126:21,
128:18
**OVARIES** [3] - 126:11,
127:5, 127:10
**OVER** [41] - 12:21,
13:1, 19:24, 26:1,
26:3, 27:19, 27:23,
28:7, 51:23, 53:24,
57:1, 62:18, 65:9,
66:2, 93:1, 94:9,
95:1, 101:24, 108:4,
119:4, 122:24,
125:23, 134:12,
134:15, 134:25,
135:12, 135:16,
140:21, 154:17,
155:10, 155:16,
163:20, 181:12,
183:12, 186:14,
188:2, 188:19,
192:13, 229:9, 230:1
**OVER-THE-
COUNTER** [1] -

125:23
**OVERALL** [2] -
129:21, 145:10
**OVERLAP** [5] -
118:15, 118:17,
118:18, 237:17,
237:20
**OVERRULE** [2] -
65:12, 121:9
**OVERRULED** [4] -
141:13, 181:25,
185:5, 191:3
**OVERRULING** [1] -
173:7
**OVERSEE** [1] - 170:10
**OVERSEEING** [1] -
62:1
**OVERVIEW** [1] - 164:4
**OWN** [18] - 19:19,
23:17, 30:15,
120:25, 122:10,
136:15, 143:5,
155:4, 155:6, 155:7,
174:7, 189:17,
190:13, 190:14,
216:22, 229:17,
235:8, 242:13
**OWNERS** [2] - 29:4,
29:18

---

# P

**PA** [4] - 1:9, 1:21, 2:4,
2:7
**PACE** [2] - 122:23,
195:22
**PACT** [1] - 81:25
**PAGE** [26] - 9:14,
10:14, 43:9, 68:7,
68:8, 68:13, 74:18,
74:22, 80:17, 81:4,
82:20, 84:5, 84:18,
86:13, 90:13, 101:6,
101:8, 101:12,
107:23, 114:13,
143:25, 144:1,
185:8, 250:7, 254:1
**PAGES** [3] - 52:7,
84:9, 86:13
**PAID** [2] - 11:20, 79:13
**PAIN** [16] - 117:17,
123:6, 125:1, 125:5,
125:6, 125:11,
125:13, 125:17,
125:21, 126:3,
128:17, 128:18,
130:12, 142:1,
155:22
**PANEL** [1] - 104:21
**PAPER** [5] - 83:13,

93:10, 106:24,
110:25
**PAPERS** [2] - 9:20,
26:16
**PAR** [1] - 21:16
**PARAGARD** [1] -
90:20
**PARAGRAPH** [47] -
10:7, 10:15, 10:18,
10:22, 10:23, 10:24,
81:5, 81:8, 82:10,
82:21, 82:24, 83:7,
83:12, 98:18,
100:18, 100:19,
101:22, 102:14,
103:1, 103:4, 103:9,
103:11, 143:19,
143:25, 146:17,
146:23, 148:8,
148:15, 148:24,
149:5, 149:10,
149:14, 150:25,
151:6, 151:8, 158:8,
198:10, 199:18,
200:21, 201:6,
201:14, 201:22,
202:2, 202:9,
202:16, 221:13
**PARAGRAPHS** [8] -
10:3, 10:6, 10:10,
10:11, 10:16, 10:17,
147:12, 147:23
**PARAMETERS** [1] -
180:6
**PARDON** [1] - 115:11
**PARENS** [10] - 15:14,
16:7, 16:12, 17:15,
17:17, 18:2, 18:18,
34:25, 35:3, 35:8
**PARENTHESES** [1] -
81:16
**PARENTHOOD** [1] -
179:21
**PARITY** [3] - 215:23,
230:23, 231:5
**PART** [35] - 22:20,
22:23, 35:4, 42:9,
51:19, 52:6, 59:6,
59:24, 61:8, 67:6,
69:9, 69:14, 73:18,
73:20, 78:6, 78:15,
78:25, 79:3, 87:12,
94:4, 116:10, 118:2,
119:14, 120:4,
158:12, 159:18,
166:19, 167:15,
171:25, 172:5,
172:9, 174:25,
194:4, 216:7, 237:21
**PARTICIPANT** [1] -

181:13
**PARTICIPANTS** [3] -
110:14, 180:12,
207:23
**PARTICIPANTS'** [1] -
218:2
**PARTICIPATE** [2] -
182:15, 232:21
**PARTICIPATED** [1] -
73:14
**PARTICIPATING** [1] -
183:7
**PARTICULAR** [26] -
3:21, 20:2, 31:25,
49:11, 49:20, 87:18,
93:13, 96:13,
132:19, 173:5,
173:15, 174:5,
174:11, 174:13,
175:13, 182:20,
184:18, 195:2,
195:8, 195:13,
206:4, 208:24,
211:13, 214:20,
222:19, 227:20
**PARTICULARLY** [8] -
20:5, 36:13, 61:5,
181:9, 214:9,
214:14, 217:5, 246:2
**PARTIES** [5] - 3:13,
3:14, 3:16, 6:2,
251:16
**PARTNERED** [1] -
182:9
**PARTS** [2] - 95:17,
174:10
**PARTUM** [1] - 12:15
**PARTY** [5] - 34:6,
212:2, 218:7,
218:10, 229:4
**PASS** [2] - 158:6,
205:13
**PASSAGE** [1] - 90:5
**PASSED** [5] - 28:8,
198:11, 198:18,
224:20, 250:1
**PAST** [3] - 26:1, 51:25,
173:22
**PATCH** [2] - 175:7,
176:15
**PATCHWORK** [1] -
26:4
**PATIENT** [33] -
121:13, 121:15,
122:8, 122:10,
124:6, 124:11,
124:12, 124:15,
125:4, 129:17,
131:19, 132:14,
132:21, 132:23,

135:2, 136:24, 137:4, 140:2, 141:2, 152:25, 153:8, 154:15, 154:16, 154:19, 169:22, 171:2, 172:4, 179:16, 179:17, 179:18, 180:10, 190:11, 198:11
PATIENT'S [1] - 132:12
PATIENT-CENTERED [3] - 169:22, 171:2, 180:10
PATIENTS [89] - 11:10, 11:14, 11:19, 12:4, 12:9, 14:16, 22:19, 23:2, 23:14, 62:8, 117:12, 117:13, 118:10, 119:23, 121:14, 121:15, 121:21, 122:2, 122:5, 122:6, 122:8, 122:9, 122:13, 122:17, 122:20, 122:23, 122:25, 125:20, 125:22, 126:16, 126:19, 128:13, 128:14, 128:16, 129:2, 129:7, 130:5, 130:19, 130:24, 131:1, 131:5, 131:12, 131:22, 132:10, 132:24, 133:8, 133:13, 133:20, 133:23, 134:2, 135:10, 136:18, 137:11, 138:10, 138:17, 140:7, 140:15, 142:10, 145:5, 145:13, 145:22, 147:6, 155:1, 155:9, 155:12, 156:2, 156:18, 157:1, 171:21, 173:11, 175:14, 178:3, 178:15, 178:24, 179:7, 179:8, 189:20, 192:20, 198:18, 199:19, 200:2, 200:4, 200:5, 200:10, 200:15, 200:16, 203:9, 203:14
PATIENTS' [2] - 131:24, 202:4
PATRIAE [10] - 15:14,

16:7, 16:12, 17:15, 17:17, 18:2, 18:19, 34:25, 35:3, 35:8
PATTERNS [9] - 94:22, 102:1, 102:3, 106:14, 109:15, 109:19, 111:19, 112:9, 154:17
PAUSE [3] - 136:9, 160:20, 203:22
PAY [15] - 79:13, 79:16, 79:22, 80:3, 80:12, 80:13, 80:18, 90:7, 92:20, 135:10, 140:7, 153:10, 192:10, 192:22, 240:10
PAYING [3] - 14:11, 136:3, 231:12
PAYMENT [1] - 12:17
PAYMENTS [1] - 83:5
PAYS [7] - 79:18, 79:24, 90:7, 96:11, 96:13, 96:15, 178:20
PCORI [3] - 169:22, 171:2, 180:10
PECULIAR [1] - 187:19
PEER [4] - 104:6, 110:25, 169:5, 169:6
PELVIC [12] - 117:17, 123:6, 125:1, 125:5, 125:6, 125:11, 125:13, 125:17, 125:21, 128:17, 130:12, 155:22
PENALTIES [1] - 50:23
PENN [11] - 55:5, 60:7, 60:10, 61:2, 90:2, 93:5, 122:3, 166:1, 166:2, 168:14, 170:16
PENNSYLVANIA [109] - 1:2, 1:3, 2:8, 2:12, 3:3, 4:3, 5:24, 7:7, 12:13, 12:20, 12:25, 13:4, 13:6, 13:10, 14:7, 14:8, 15:1, 21:12, 22:13, 22:24, 23:15, 24:20, 27:20, 34:4, 34:21, 43:9, 43:19, 55:3, 64:2, 64:6, 64:8, 87:23, 88:12, 88:16, 88:24, 89:19, 89:24, 90:4, 93:2, 93:20, 93:23, 95:4, 96:6, 96:25, 100:4, 110:2, 110:8, 110:11, 112:2,

115:9, 115:15, 116:1, 116:16, 116:18, 117:2, 119:2, 121:19, 121:20, 127:2, 138:11, 138:24, 140:12, 141:7, 141:11, 141:21, 142:13, 146:8, 146:18, 146:24, 147:8, 147:13, 147:24, 148:16, 148:25, 149:6, 149:11, 149:15, 153:25, 157:2, 163:9, 181:12, 182:12, 190:23, 197:1, 197:19, 198:4, 198:6, 198:8, 199:2, 199:6, 199:9, 199:14, 202:19, 227:10, 229:19, 229:21, 230:2, 230:9, 230:21, 231:3, 232:2, 232:8, 232:14, 233:11, 235:4, 235:8, 242:12, 243:20, 252:4
PENNSYLVANIA'S [4] - 34:11, 233:10, 234:2
PENNSYLVANIANS [1] - 12:21
PEOPLE [26] - 14:3, 21:10, 28:20, 29:17, 59:1, 62:4, 64:2, 64:5, 68:10, 75:17, 75:20, 79:25, 86:19, 94:18, 111:20, 148:6, 187:16, 199:10, 199:13, 216:21, 219:18, 220:2, 229:7, 235:3, 237:14, 250:23
PER [11] - 75:22, 76:11, 91:18, 118:12, 118:17, 119:11, 122:6, 135:11, 176:9, 176:18
PERCENT [37] - 69:24, 70:2, 70:4, 70:6, 70:7, 70:12, 70:21, 71:14, 73:6, 80:21, 81:2, 88:21, 88:23, 89:1, 89:10, 89:14, 92:7, 99:6, 125:3, 126:23, 133:23, 134:3,

137:8, 153:24, 154:1, 154:7, 157:4, 183:18, 183:20, 186:13, 186:17, 186:21, 186:25, 187:1, 197:8
PERCENTAGE [8] - 88:14, 88:15, 91:10, 133:19, 134:1, 157:1, 187:12, 187:15
PERCENTAGES [1] - 186:20
PERFECT [6] - 48:3, 75:16, 75:17, 157:11, 250:25
PERFECTLY [2] - 204:15, 222:18
PERFORM [4] - 122:15, 124:14, 129:19, 132:11
PERFORMED [5] - 22:9, 64:5, 92:22, 107:22, 109:10
PERHAPS [2] - 195:11, 205:20
PERIOD [9] - 25:10, 32:18, 71:2, 90:5, 94:9, 124:3, 154:20, 183:12, 209:17
PERIODS [6] - 125:11, 125:21, 125:22, 128:18, 131:13, 135:25
PERMANENT [5] - 26:5, 39:24, 176:10, 176:13, 244:22
PERMANENTE [1] - 83:15
PERMISSION [5] - 57:20, 57:25, 97:15, 116:21, 204:7
PERMIT [1] - 43:13
PERMITTED [1] - 66:9
PERMITTING [1] - 242:13
PERSON [7] - 65:1, 84:24, 146:11, 146:21, 150:15, 179:20, 236:22
PERSONAL [2] - 140:14, 174:7
PERSONALLY [4] - 141:1, 169:2, 173:24, 179:20
PERSPECTIVE [5] - 22:3, 22:18, 23:13, 133:11, 163:17
PERSUADED [2] - 50:14, 50:17

PERTAIN [2] - 155:3, 159:15
PERTAINING [3] - 204:25, 205:6, 206:7
PERTAINS [1] - 48:14
PH.D [1] - 58:9
PH.D.'S [1] - 61:1
PHARMACIES [1] - 203:14
PHARMACISTS [1] - 203:14
PHARMACY [1] - 192:21
PHENOMENON [2] - 145:4, 179:6
PHILADELPHIA [6] - 1:9, 1:21, 2:7, 22:24, 121:24, 167:9
PHILOSOPHY [1] - 51:9
PHONE [2] - 5:11, 98:9
PHRASE [3] - 18:15, 115:16, 246:5
PHYSICIAN [4] - 60:22, 163:16, 166:3, 193:2
PHYSICIANS [3] - 11:11, 75:4, 121:17
PILL [13] - 91:17, 96:19, 128:24, 130:21, 134:9, 135:5, 136:1, 145:18, 175:6, 176:15, 176:19, 190:1
PILLS [10] - 11:22, 12:3, 80:15, 91:8, 91:11, 91:14, 129:17, 133:17, 133:21, 134:5
PITTSBURGH [1] - 55:3
PLACE [11] - 24:17, 25:7, 81:7, 131:17, 133:16, 135:3, 160:6, 181:20, 189:18, 197:7, 207:6
PLACES [1] - 239:3
PLAIN [2] - 45:18, 125:17
PLAINLY [1] - 7:21
PLAINTIFF [3] - 26:22, 64:25, 208:16
PLAINTIFF'S [1] - 3:20
PLAINTIFFS [7] - 17:7, 17:8, 151:12, 206:19, 206:21, 216:19, 229:20

**PLAINTIFFS'** [2] - 3:24, 164:9

**PLAN** [32] - 30:11, 53:9, 53:12, 53:21, 79:13, 79:19, 145:2, 145:3, 151:19, 206:19, 206:20, 206:21, 207:7, 207:9, 207:21, 207:22, 207:24, 208:7, 208:11, 208:18, 221:8, 228:2, 228:11, 230:13, 230:14, 230:15, 230:18, 244:4, 244:10, 244:11, 250:2

**PLANNED** [1] - 179:21

**PLANNING** [12] - 14:2, 14:6, 81:24, 81:25, 167:3, 167:5, 168:20, 175:11, 176:24, 177:8, 184:24, 194:18

**PLANS** [45] - 13:5, 13:11, 24:25, 25:1, 25:8, 25:10, 25:13, 42:24, 43:25, 52:12, 52:15, 52:20, 52:21, 52:23, 53:23, 63:5, 71:3, 72:9, 99:1, 196:15, 196:18, 196:22, 196:25, 197:8, 198:14, 199:15, 199:23, 202:21, 205:3, 205:7, 205:9, 205:11, 205:15, 206:1, 209:8, 209:11, 224:11, 224:13, 224:17, 229:10, 230:24, 244:8, 249:12

**PLAY** [3] - 173:10, 174:12, 177:7

**PLAYED** [1] - 59:6

**PLEASE** [12] - 3:23, 54:22, 87:23, 106:9, 113:9, 113:13, 113:19, 113:24, 162:20, 165:10, 182:5, 184:1

**POCKET** [7] - 14:11, 79:17, 92:20, 140:8, 166:17, 178:18, 189:10

**POINT** [41] - 9:7, 24:1, 25:11, 26:13, 30:3, 34:20, 35:15, 37:3, 37:13, 45:2, 46:15,

47:12, 55:23, 57:24, 85:25, 107:5, 107:6, 111:4, 116:23, 119:6, 125:23, 150:24, 159:3, 159:7, 159:12, 160:7, 160:11, 164:15, 165:15, 175:20, 183:23, 211:4, 222:19, 227:15, 227:19, 231:21, 239:17, 243:4, 243:21, 244:3, 244:18

**POINTED** [2] - 206:4, 233:15

**POINTS** [6] - 83:6, 163:15, 165:24, 187:11, 192:5, 231:18

**POISED** [1] - 21:24

**POLICE** [2] - 31:25, 240:2

**POLICES** [1] - 33:2

**POLICIES** [2] - 12:17, 25:3

**POLICING** [3] - 31:19, 31:22, 32:2

**POLICY** [5] - 12:18, 16:23, 52:22, 192:23, 220:10

**POLICYHOLDERS** [1] - 205:10

**POLICYMAKERS** [1] - 66:23

**POLITICAL** [2] - 110:22, 220:4

**POPULATION** [5] - 61:18, 121:16, 129:16, 141:2, 178:5

**POPULATION-BASED** [1] - 61:18

**PORTION** [3] - 207:12, 236:12, 252:21

**POSES** [1] - 30:24

**POSING** [1] - 230:5

**POSITION** [8] - 15:10, 50:14, 51:12, 58:14, 60:15, 140:22, 160:24, 247:1

**POSITIVE** [1] - 29:5

**POSSIBILITY** [1] - 89:9

**POSSIBLE** [6] - 5:18, 25:13, 234:13, 237:19, 240:3, 252:6

**POSSIBLY** [1] - 53:10

**POST** [15] - 12:15, 23:2, 112:15, 131:9, 140:6, 145:20,

145:21, 153:17, 153:20, 153:22, 155:12, 252:19, 252:20

**POST-ACA** [1] - 140:6

**POST-HEARING** [2] - 252:19, 252:20

**POSTMENOPAUSAL** [1] - 130:12

**POSTS** [1] - 194:24

**POTENTIAL** [3] - 71:24, 81:18, 212:12

**POTENTIALLY** [4] - 136:5, 137:19, 147:4, 211:19

**POWER** [2] - 35:4, 35:5

**PRACTICAL** [1] - 123:24

**PRACTICE** [36] - 22:20, 22:23, 69:1, 118:9, 120:25, 122:11, 123:4, 125:7, 131:11, 136:16, 154:17, 155:4, 155:6, 155:7, 155:10, 155:14, 155:23, 156:22, 171:10, 171:12, 171:14, 171:15, 171:18, 171:19, 171:20, 172:1, 173:11, 178:4, 178:22, 179:13, 189:17, 203:4, 203:9, 209:2

**PRACTICES** [1] - 155:15

**PRACTICING** [4] - 140:21, 163:16, 166:7, 171:22

**PRE** [8] - 23:2, 131:8, 132:22, 133:21, 145:20, 155:12, 177:16, 239:23

**PRE-ACA** [4] - 131:8, 132:22, 133:21, 239:23

**PRE-TERM** [1] - 177:16

**PRECEDENT** [4] - 37:8, 49:2, 49:3, 164:21

**PRECEDENTIAL** [4] - 36:19, 37:19, 37:24, 38:8

**PRECEPTS** [1] - 28:18

**PRECIPITOUSLY** [1] - 94:5

**PRECISE** [1] - 197:10

**PRECISELY** [2] - 194:9, 197:2

**PRECLUDE** [1] - 214:24

**PRECLUDED** [1] - 221:4

**PRECONCEPTION** [2] - 63:8, 73:23

**PREDICTION** [4] - 140:16, 140:18, 239:2, 239:8

**PREEMPTING** [1] - 216:9

**PREFATORY** [1] - 223:19

**PREFER** [2] - 9:23, 56:25

**PREFERENCE** [1] - 174:7

**PREFERENCES** [1] - 190:14

**PREFERRED** [2] - 85:5, 85:7

**PREGNANCIES** [40] - 7:15, 12:16, 14:14, 69:24, 71:15, 71:25, 72:5, 72:8, 72:20, 73:6, 75:13, 75:22, 81:20, 82:1, 88:8, 88:9, 88:12, 88:15, 89:18, 91:18, 106:23, 106:24, 142:4, 142:5, 150:7, 150:23, 151:3, 151:10, 151:14, 151:18, 176:18, 176:20, 177:11, 177:15, 177:17, 191:23, 202:10, 202:12

**PREGNANCY** [58] - 9:11, 10:1, 10:4, 10:8, 10:13, 10:21, 69:16, 69:21, 69:22, 70:20, 71:8, 71:11, 71:13, 71:19, 71:20, 71:22, 71:24, 72:14, 72:17, 72:23, 73:4, 73:21, 74:12, 74:15, 76:11, 77:7, 79:2, 80:20, 81:1, 81:13, 91:20, 96:22, 111:23, 117:14, 127:9, 130:6, 130:9, 130:15, 137:17, 137:18, 137:21, 142:6, 142:7, 149:16, 150:12, 151:1, 153:25, 154:6, 168:15,

168:18, 172:5, 172:7, 172:8, 173:18, 176:9, 187:23, 188:1

**PREGNANT** [22] - 31:11, 70:1, 71:23, 72:2, 72:3, 73:3, 76:1, 76:4, 76:18, 91:21, 126:12, 127:7, 127:8, 137:12, 137:14, 137:20, 150:16, 173:18, 173:20, 177:14, 188:4

**PREJUDICED** [1] - 164:24

**PRELIMINARY** [11] - 1:14, 3:19, 7:24, 8:4, 26:5, 159:13, 160:17, 244:22, 251:17, 251:18, 251:20

**PREMATURE** [6] - 123:6, 126:7, 126:8, 126:16, 126:21, 128:18

**PREMATURELY** [1] - 127:23

**PREMISE** [2] - 81:21, 82:7

**PREMISES** [1] - 106:2

**PREMIUMS** [1] - 208:2

**PRENATAL** [3] - 72:1, 72:3, 150:8

**PREPARATION** [4] - 93:11, 135:9, 195:17, 196:4

**PREPARATIONS** [1] - 134:14

**PREPARE** [7] - 98:1, 98:7, 143:4, 143:5, 143:11, 195:8, 196:5

**PREPARED** [2] - 164:2, 194:8

**PREPARING** [4] - 193:17, 194:3, 194:7, 194:23

**PREROGATIVE** [1] - 20:16

**PREROGATIVES** [1] - 19:20

**PRESCRIBE** [11] - 23:1, 119:22, 130:4, 130:6, 130:8, 130:14, 130:19, 132:1, 132:10, 133:25, 134:11

**PRESCRIBED** [4] - 80:4, 131:4, 133:17, 198:13

**PRESCRIBING** [6] - 94:22, 130:24, 130:25, 131:12, 131:16, 155:15
**PRESCRIPTION** [32] - 71:6, 77:10, 77:13, 77:15, 77:20, 79:23, 80:15, 80:19, 80:23, 94:19, 94:20, 132:10, 132:23, 133:2, 133:3, 133:8, 133:12, 133:20, 134:2, 135:6, 135:11, 135:22, 137:4, 139:23, 140:2, 153:1, 153:9, 153:13, 185:19, 186:20, 187:13
**PRESCRIPTIONS** [11] - 11:11, 11:15, 23:2, 80:25, 96:19, 133:24, 136:19, 140:8, 153:18, 155:1, 203:15
**PRESENT** [1] - 65:2
**PRESENTATION** [3] - 184:4, 184:21, 184:23
**PRESENTATIONS** [6] - 60:1, 61:13, 63:18, 63:24, 184:25, 185:11
**PRESENTED** [5] - 100:11, 100:14, 152:10, 152:13, 243:18
**PRESENTING** [1] - 184:5
**PRESERVING** [1] - 218:2
**PRESS** [1] - 194:25
**PRESSED** [1] - 136:24
**PRESUMABLY** [2] - 8:13, 8:14
**PRETERM** [1] - 72:6
**PRETEXT** [2] - 31:1, 31:3
**PRETTY** [9] - 40:11, 49:1, 49:7, 58:17, 79:18, 89:6, 188:22, 225:6, 226:7
**PREVAIL** [1] - 221:24
**PREVAILS** [1] - 30:17
**PREVALENCE** [1] - 127:3
**PREVALENT** [2] - 10:2, 69:23
**PREVENT** [5] - 130:6, 130:9, 130:15, 202:18, 205:14

**PREVENTABLE** [1] - 10:8
**PREVENTATIVE** [10] - 22:5, 64:11, 64:19, 65:13, 74:4, 172:13, 200:24, 202:20, 202:23, 202:25
**PREVENTING** [6] - 10:4, 10:13, 74:12, 74:15, 79:1, 214:8
**PREVENTION** [1] - 130:16
**PREVENTIVE** [35] - 43:21, 44:3, 45:5, 52:11, 67:3, 67:6, 67:13, 67:14, 68:23, 68:24, 69:4, 69:10, 73:5, 78:6, 78:15, 78:24, 78:25, 79:3, 87:13, 96:3, 97:5, 98:20, 98:25, 105:21, 144:5, 167:14, 169:11, 202:25, 220:13, 220:15, 221:12, 223:3, 223:7, 224:9, 250:3
**PREVIOUS** [4] - 50:25, 206:4, 207:14, 252:18
**PREVIOUSLY** [5] - 44:19, 51:14, 163:4, 163:18, 189:23
**PRICE** [2] - 2:11, 220:1
**PRIESTS** [9] - 39:16, 40:8, 40:10, 40:20, 41:11, 41:13, 41:20, 217:15
**PRIMARILY** [2] - 9:16, 143:7
**PRIMARY** [9] - 63:7, 67:11, 143:6, 156:14, 156:21, 167:17, 167:21, 171:20, 193:22
**PRINCIPLE** [3] - 50:5, 50:7, 240:25
**PRINCIPLES** [3] - 30:21, 191:2, 241:6
**PRIOR** [25] - 38:17, 39:9, 40:11, 79:9, 91:5, 130:1, 131:18, 132:15, 140:23, 154:13, 155:7, 155:23, 163:15, 170:13, 173:22, 178:6, 178:22, 197:11, 197:21, 209:2, 217:15,

228:10, 235:9, 252:5
**PRIVATE** [11] - 17:7, 20:9, 20:12, 66:21, 79:13, 81:19, 110:18, 169:24, 178:16, 182:9, 198:14
**PRIVATELY** [12] - 90:3, 93:2, 94:1, 153:19, 166:15, 178:15, 179:8, 180:16, 180:17, 182:11, 190:22, 190:23
**PRIVATELY-INSURED** [8] - 90:3, 93:2, 94:1, 178:15, 179:8, 180:17, 190:22, 190:23
**PRIVILEGES** [1] - 159:6
**PROBABLY** [7] - 5:20, 32:1, 157:4, 168:7, 193:2, 210:13, 228:7
**PROBLEM** [7] - 79:3, 124:7, 145:20, 148:7, 157:18, 203:10, 204:14
**PROBLEMATIC** [4] - 212:17, 222:21, 222:24, 250:12
**PROBLEMS** [8] - 111:20, 124:9, 124:11, 203:15, 212:13, 213:6, 229:15, 246:25
**PROCEDURAL** [15] - 8:6, 8:11, 8:12, 8:19, 8:21, 9:12, 38:13, 158:2, 158:23, 213:2, 213:19, 213:21, 213:22, 214:2, 215:15
**PROCEDURE** [6] - 6:23, 77:21, 100:16, 152:15, 172:20, 214:3
**PROCEDURES** [3] - 119:13, 119:15, 122:12
**PROCEED** [6] - 3:12, 3:22, 21:18, 120:10, 213:19, 213:20
**PROCEEDING** [4] - 65:5, 138:4, 184:18, 236:12
**PROCEEDINGS** [3] - 1:24, 210:25, 253:4
**PROCESS** [29] - 24:6, 100:15, 129:17,

143:14, 152:14, 211:7, 211:23, 212:6, 212:23, 212:25, 215:1, 215:2, 217:5, 217:24, 218:14, 226:14, 226:21, 228:25, 229:11, 232:10, 232:13, 232:15, 232:21, 233:4, 248:4, 248:11, 249:3, 250:16, 251:5
**PRODUCE** [4] - 91:17, 126:11, 127:5, 127:11
**PRODUCED** [5] - 1:24, 26:4, 47:18, 102:10, 212:25
**PRODUCES** [1] - 127:17
**PRODUCT** [2] - 169:1, 191:1
**PRODUCTION** [1] - 126:10
**PRODUCTIVE** [1] - 123:18
**PRODUCTS** [2] - 103:7, 208:9
**PROFESS** [1] - 248:2
**PROFESSED** [1] - 247:3
**PROFESSIONAL** [1] - 77:22
**PROFESSIONALS** [1] - 242:13
**PROFESSOR** [12] - 55:5, 60:16, 117:5, 117:22, 117:23, 118:3, 118:16, 163:21, 164:11, 166:5, 166:7, 171:10
**PROFESSORIAL** [1] - 118:10
**PROFESSORS** [2] - 60:24, 122:3
**PROFFER** [2] - 64:16, 120:11
**PROFIT** [1] - 110:18
**PROGESTIN** [1] - 91:17
**PROGESTIN-ONLY** [1] - 91:17
**PROGRAM** [14] - 14:2, 16:23, 58:17, 58:18, 60:24, 61:5, 61:7, 82:1, 82:2, 116:3, 170:16, 170:18, 237:6, 237:7
**PROGRAMS** [12] -

13:24, 14:4, 14:10, 59:21, 230:4, 231:10, 231:15, 231:19, 231:20, 231:25, 247:16
**PROHIBIT** [1] - 19:8
**PROHIBITIVE** [2] - 178:13, 179:4
**PROHIBITS** [4] - 33:24, 45:7, 45:23, 51:7
**PROJECT** [5] - 38:4, 62:2, 170:24, 170:25, 171:7
**PROJECTS** [8] - 59:17, 59:20, 62:18, 119:5, 169:16, 170:2, 170:5, 170:21
**PROMOTING** [1] - 220:16
**PROMOTIONS** [1] - 59:14
**PROMULGATE** [3] - 39:7, 216:5, 250:6
**PROMULGATED** [5] - 6:17, 6:22, 44:7, 44:19, 160:8
**PRONG** [4] - 8:22, 8:23, 20:6, 227:12
**PRONGS** [2] - 20:1, 20:7
**PRONOUNCED** [1] - 23:12
**PROOF** [1] - 184:11
**PROPER** [1] - 246:13
**PROPOSED** [2] - 217:21, 224:25
**PROPOSITION** [1] - 109:16
**PROTECT** [6] - 19:10, 19:12, 24:17, 208:3, 216:21, 235:3
**PROTECTED** [10] - 21:6, 27:5, 33:24, 99:4, 99:12, 99:22, 144:8, 144:16, 216:19, 239:6
**PROTECTING** [8] - 16:8, 17:21, 19:5, 19:19, 20:17, 21:5, 35:20, 234:4
**PROTECTION** [3] - 9:10, 19:14, 216:23
**PROTECTIVE** [1] - 108:14
**PROTECTS** [2] - 21:10, 21:12
**PROTOCOLS** [1] - 129:5
**PROVE** [1] - 82:6

**PROVERA** [1] - 175:8
**PROVIDE** [32] - 7:3, 13:8, 13:12, 13:23, 22:25, 23:16, 30:10, 32:16, 33:12, 38:18, 42:24, 44:23, 48:25, 53:19, 66:22, 77:23, 98:1, 141:9, 144:25, 170:18, 197:24, 208:7, 208:13, 217:25, 218:6, 218:9, 221:10, 223:8, 223:21, 228:6, 231:21, 250:2
**PROVIDED** [14] - 53:4, 64:25, 77:22, 78:6, 85:12, 94:20, 182:22, 207:23, 217:24, 221:13, 221:18, 223:16, 228:10
**PROVIDER** [5] - 147:3, 182:10, 190:11, 193:22, 208:13
**PROVIDERS** [3] - 12:18, 193:3, 223:20
**PROVIDES** [3] - 42:23, 45:3, 222:12
**PROVIDING** [28] - 13:17, 23:5, 27:3, 27:12, 30:3, 31:6, 31:9, 32:7, 33:7, 36:1, 51:5, 89:23, 99:13, 99:23, 144:11, 144:17, 167:4, 196:19, 196:23, 197:16, 218:1, 227:2, 232:18, 239:20, 242:14, 244:25, 249:10
**PROVISION** [7] - 47:21, 47:24, 48:1, 48:2, 67:5, 220:23, 248:9
**PROVISIONS** [1] - 241:11
**PSYCHIATRY** [2] - 103:24, 104:10
**PUBLIC** [10] - 58:18, 60:16, 61:6, 81:19, 82:4, 159:19, 166:5, 228:1, 250:22, 251:11
**PUBLIC-TRADED** [1] - 250:22
**PUBLICATION** [4] - 101:18, 103:24, 104:10, 106:12

**PUBLICATIONS** [10] - 60:2, 62:21, 119:5, 168:4, 168:5, 168:8, 168:17, 168:19, 169:1, 169:5
**PUBLICLY** [8] - 28:25, 211:15, 225:17, 225:18, 226:13, 231:24, 248:7, 250:14
**PUBLICLY-FUNDED** [1] - 231:24
**PUBLICLY-TRADED** [5] - 211:15, 225:17, 225:18, 226:13, 248:7
**PUBLISH** [2] - 61:11, 117:9
**PUBLISHED** [13] - 62:25, 70:18, 93:7, 93:9, 93:10, 102:7, 104:3, 106:24, 108:1, 163:12, 195:22, 195:24, 196:1
**PUBLISHES** [1] - 89:7
**PULL** [1] - 178:9
**PURCHASED** [2] - 134:24, 219:18
**PURELY** [3] - 12:5, 130:6, 145:12
**PURPORTS** [2] - 159:22, 160:3
**PURPOSE** [8] - 43:20, 43:24, 48:6, 66:25, 67:7, 167:17, 180:15, 224:7
**PURPOSES** [6] - 130:15, 130:16, 131:20, 226:10, 233:25, 235:13
**PURSUANT** [2] - 114:11, 144:25
**PURSUING** [1] - 8:5
**PUSH** [1] - 136:18
**PUSHBACK** [1] - 145:11
**PUSHING** [1] - 145:22
**PUT** [22] - 8:15, 24:6, 25:7, 32:14, 48:18, 48:21, 74:19, 82:15, 95:1, 101:10, 160:5, 162:4, 162:5, 178:19, 184:7, 184:13, 189:18, 204:20, 205:17, 207:6, 236:7, 247:19
**PUTS** [2] - 128:5, 221:25
**PUTTING** [2] - 41:15,

184:15
**PUZZLED** [1] - 28:9

## Q

**QUALIFIED** [3] - 139:10, 179:21, 179:24
**QUALIFIES** [1] - 179:16
**QUALIFY** [4] - 179:19, 212:15, 212:16, 237:5
**QUALITY** [4] - 59:3, 123:14, 124:6, 127:19
**QUARTER** [1] - 210:12
**QUASI** [5] - 17:20, 18:19, 20:17, 35:20, 234:3
**QUASI-SOVEREIGN** [3] - 18:19, 20:17, 234:3
**QUESTION** [49] - 15:7, 29:15, 29:20, 29:21, 30:21, 31:15, 33:6, 37:11, 41:25, 44:25, 45:12, 46:23, 48:22, 51:9, 53:14, 55:14, 74:20, 80:9, 85:11, 105:19, 132:6, 133:6, 139:8, 139:9, 139:17, 140:18, 140:20, 141:16, 144:22, 147:17, 148:2, 151:15, 151:17, 152:5, 156:25, 157:1, 194:5, 195:7, 219:20, 220:3, 220:6, 234:23, 238:10, 239:12, 242:23, 243:5, 243:17
**QUESTIONABLE** [1] - 225:20
**QUESTIONED** [2] - 55:11, 226:9
**QUESTIONING** [7] - 51:7, 142:17, 154:11, 181:22, 212:12, 227:14, 246:10
**QUESTIONS** [23] - 28:11, 28:22, 36:8, 45:10, 47:4, 51:14, 51:16, 57:7, 57:21, 57:23, 62:5, 88:2, 93:13, 114:15,

116:20, 119:4, 166:22, 181:15, 193:6, 193:13, 203:25, 246:18, 246:19
**QUICK** [4] - 54:9, 74:19, 158:2, 240:19
**QUIETLY** [1] - 227:24
**QUITE** [5] - 27:15, 28:18, 62:3, 69:23, 242:12
**QUO** [3] - 7:25, 24:17, 212:20
**QUOTE** [2] - 66:10, 221:18

## R

**RACIALLY** [1] - 47:18
**RAGLAND** [1] - 38:5
**RAISE** [3] - 23:22, 87:24, 113:13
**RAN** [1] - 180:14
**RANDOMIZED** [3] - 180:19, 182:6, 182:18
**RANGE** [7] - 78:19, 119:11, 119:12, 119:13, 149:25, 190:7, 218:3
**RATE** [6] - 12:16, 70:21, 71:8, 80:20, 88:22, 96:22
**RATES** [2] - 70:11, 176:8
**RATHER** [8] - 16:14, 46:21, 92:2, 92:11, 208:17, 213:15, 232:20, 233:16
**RATIONALE** [5] - 49:1, 53:2, 164:8, 204:18, 209:10
**RE** [1] - 98:3
**RE-FAMILIARIZED** [1] - 98:3
**REACH** [8] - 8:2, 42:6, 42:8, 92:9, 177:22, 213:15, 213:18, 221:20
**REACHES** [1] - 164:13
**READ** [48] - 5:15, 37:15, 42:9, 81:8, 81:9, 95:14, 95:21, 100:23, 101:3, 105:8, 105:19, 109:5, 138:7, 138:14, 151:25, 152:3, 152:7, 190:17, 190:20, 194:6, 194:10,

194:11, 194:14, 194:16, 194:19, 194:20, 195:3, 195:6, 195:8, 195:10, 195:16, 195:21, 198:15, 199:24, 200:25, 201:9, 204:18, 204:24, 207:19, 221:6, 221:22, 222:4, 228:7, 239:7, 245:13, 245:16, 252:14
**READING** [12] - 83:2, 103:3, 151:7, 193:24, 194:16, 194:20, 195:5, 225:14, 226:16, 238:1, 238:17, 249:24
**READS** [2] - 205:5, 224:1
**READY** [4] - 24:15, 54:6, 54:14, 204:6
**REAL** [6] - 15:13, 27:20, 31:7, 125:18, 215:9
**REALITY** [1] - 50:10
**REALIZE** [2] - 104:9, 192:22
**REALIZED** [1] - 72:2
**REALLY** [20] - 17:5, 30:4, 30:25, 31:3, 55:12, 57:12, 72:15, 74:1, 75:18, 179:3, 185:21, 185:24, 185:25, 186:19, 188:25, 190:12, 190:15, 234:24, 243:18, 250:16
**REASK** [2] - 80:9, 133:5
**REASON** [18] - 8:10, 24:24, 30:5, 50:2, 99:18, 107:12, 147:5, 153:5, 153:9, 156:14, 159:18, 164:21, 172:17, 182:10, 190:5, 206:2, 209:22, 223:2
**REASONABLE** [8] - 96:5, 97:4, 138:22, 188:18, 221:5, 221:24, 232:17, 249:22
**REASONABLY** [3] - 46:20, 222:4, 238:6
**REASONED** [1] - 52:6
**REASONING** [4] - 49:5, 49:25, 133:16,

219:24
REASONS [9] - 52:16, 107:2, 172:18, 188:8, 206:23, 233:1, 234:5, 240:23, 251:8
REASSURE [1] - 178:19
REBECCA [3] - 2:16, 5:4, 193:12
REBUTTAL [2] - 234:12, 246:20
RECALL [12] - 5:13, 52:25, 91:10, 111:20, 140:1, 145:16, 194:11, 194:13, 194:22, 195:2, 195:13, 197:7
RECALLED [1] - 195:7
RECEIPT [1] - 63:4
RECEIVE [6] - 14:20, 124:13, 179:22, 199:19, 230:2, 231:11
RECEIVED [4] - 115:25, 180:11, 180:21, 252:1
RECEIVING [2] - 26:18, 27:7
RECENT [5] - 70:11, 83:8, 83:14, 90:3, 136:25
RECENTLY [10] - 39:19, 63:10, 89:21, 92:22, 93:25, 106:25, 107:22, 168:19, 196:4
RECOGNITION [1] - 242:9
RECOGNIZE [3] - 20:16, 114:9, 245:10
RECOGNIZED [2] - 27:9, 47:14
RECOGNIZES [2] - 50:5, 50:10
RECOLLECTION [1] - 153:23
RECOMMEND [1] - 78:23
RECOMMENDATION [3] - 44:6, 69:15, 78:2
RECOMMENDATIONS [25] - 12:6, 66:22, 67:2, 67:8, 67:11, 67:13, 67:17, 67:18, 67:23, 68:20, 68:25, 69:1, 69:2, 74:4, 78:11, 78:13, 78:19, 78:21, 82:17, 85:6, 85:17, 87:4, 87:8,

87:12, 107:18
RECOMMENDED [9] - 78:4, 78:21, 107:13, 136:25, 147:1, 149:2, 178:25, 201:17, 223:11
RECOMMENDING [1] - 173:15
RECORD [43] - 6:5, 9:22, 9:25, 10:21, 11:1, 11:2, 11:5, 14:23, 21:20, 22:2, 23:23, 53:5, 53:6, 54:22, 65:17, 98:15, 112:22, 113:14, 113:19, 113:24, 119:5, 162:4, 162:5, 162:21, 164:6, 209:1, 224:13, 231:14, 232:4, 235:10, 235:22, 236:7, 245:9, 245:20, 246:2, 246:7, 246:10, 248:13, 249:16, 250:14, 251:22, 253:4
RECORDED [1] - 1:24
RECORDS [5] - 154:15, 154:16, 154:19, 154:22, 209:3
RECROSS [4] - 105:3, 105:6, 112:20, 254:3
RECRUIT [1] - 180:15
RECRUITED [3] - 180:17, 180:18, 182:7
RECRUITING [2] - 180:12, 182:11
RECRUITMENT [1] - 182:8
REDIRECT [5] - 152:20, 152:22, 204:1, 204:2, 254:3
REDRESSABILITY [1] - 20:7
REDRESSABLE [1] - 17:11
REDUCE [5] - 12:16, 52:21, 108:15, 205:3, 205:9
REDUCED [2] - 6:7, 188:12
REDUCING [2] - 92:5, 92:6
REDUCTION [3] - 91:19, 91:22, 156:10
REFER [12] - 10:25, 81:4, 81:17, 128:24,

165:6, 179:15, 179:20, 219:9, 221:7, 223:19, 240:8
REFERENCE [4] - 102:13, 106:10, 106:22, 243:19
REFERENCED [2] - 53:9, 180:4
REFERENCES [2] - 98:3, 105:13
REFERRED [8] - 66:11, 112:1, 121:17, 125:8, 170:25, 194:25, 249:5
REFERRING [10] - 68:5, 99:20, 100:2, 105:15, 175:24, 193:20, 198:1, 201:6, 201:22, 202:2
REFERS [2] - 81:18, 129:1
REFILLED [1] - 79:23
REFLECT [1] - 106:7
REFLECTED [6] - 186:5, 204:25, 205:5, 206:6, 212:12, 231:15
REFLECTING [2] - 163:7, 185:12
REFLECTS [2] - 155:5, 176:2
REFORMS [1] - 219:25
REFRAINING [1] - 205:12
REFUSE [2] - 13:22, 133:20
REFUSED [1] - 140:2
REGARD [3] - 170:8, 192:12, 205:23
REGARDING [9] - 78:2, 78:7, 106:23, 163:22, 168:5, 173:11, 175:14, 178:15, 195:24
REGARDLESS [2] - 220:25, 229:17
REGISTER [7] - 101:7, 101:13, 105:16, 105:19, 111:7, 217:17, 237:12
REGULAR [1] - 125:8
REGULARLY [3] - 130:20, 134:11, 169:9
REGULATED [3] - 13:6, 13:12, 230:25
REGULATION [4] - 13:5, 13:11, 49:20,

218:12
REGULATIONS [11] - 6:16, 13:15, 21:14, 39:19, 40:12, 159:14, 159:22, 159:24, 217:24, 233:18, 238:11
REGULATORS [1] - 228:20
REGULATORY [1] - 44:21
REINFORCES [1] - 21:16
REJECT [2] - 134:2, 153:18
REJECTED [4] - 137:4, 219:22, 224:25, 225:6
REJECTING [1] - 137:9
REJECTS [1] - 217:1
RELATE [1] - 196:2
RELATED [8] - 57:13, 62:13, 62:25, 64:2, 64:5, 169:10, 208:10, 211:6
RELATING [1] - 62:22
RELATIONS [2] - 35:6, 72:16
RELATIONSHIP [1] - 102:20
RELATIVE [1] - 108:3
RELATIVELY [3] - 41:6, 142:7, 183:17
RELEVANT [7] - 20:6, 101:19, 103:25, 115:23, 160:11, 209:25, 226:15
RELIABILITY [2] - 111:16, 188:14
RELIABLE [4] - 94:16, 94:18, 111:19, 191:1
RELIED [5] - 39:9, 160:24, 206:5, 207:10, 209:6
RELIEF [1] - 17:12
RELIES [2] - 164:14, 224:10
RELIGION [4] - 28:17, 51:9, 225:19, 226:25
RELIGIOUS [53] - 6:17, 6:24, 26:2, 27:3, 27:6, 27:15, 29:1, 29:9, 29:18, 29:23, 31:20, 33:5, 33:7, 34:1, 38:21, 38:22, 40:5, 40:7, 40:22, 42:21, 44:10, 46:6, 46:14, 50:20, 95:10, 95:14, 99:3,

104:15, 120:7, 137:25, 138:7, 144:7, 149:24, 190:18, 198:24, 199:23, 211:15, 218:1, 232:18, 232:24, 237:13, 239:19, 243:11, 243:15, 243:25, 247:10, 247:12, 248:8, 248:25, 249:2, 249:15, 250:18
RELY [5] - 19:1, 101:4, 152:4, 161:18, 225:2
RELYING [5] - 15:17, 39:10, 162:6, 215:24, 216:4
REMAIN [1] - 30:9
REMARKABLY [1] - 159:24
REMEDY [1] - 240:15
REMEDYING [1] - 48:7
REMEMBER [5] - 74:1, 88:19, 143:8, 194:9, 224:23
REMEMBERING [1] - 210:24
REMOVED [1] - 96:17
RENDERING [1] - 250:15
RENE [1] - 3:6
RENEW [6] - 80:15, 80:19, 80:23, 80:25, 96:18, 112:22
REPACKAGED [1] - 185:14
REPEAT [4] - 5:19, 6:3, 164:3, 196:20
REPEATEDLY [1] - 36:17
REPHRASE [1] - 144:22
REPLY [1] - 251:21
REPORT [29] - 10:14, 67:22, 68:3, 68:7, 74:17, 82:15, 82:17, 83:24, 83:25, 84:3, 84:16, 84:18, 84:22, 85:4, 85:18, 85:19, 86:25, 87:2, 98:2, 98:4, 101:2, 102:11, 104:14, 104:15, 104:18, 105:9, 105:11, 105:15, 107:20
REPORTED [1] - 181:16

**REPORTER** [2] - 1:19, 253:8
**REPRESENT** [1] - 35:2
**REPRESENTS** [2] - 35:8, 122:13
**REPRODUCTIVE** [27] - 62:20, 63:6, 72:15, 110:19, 114:4, 115:13, 115:16, 115:20, 115:22, 116:2, 116:7, 116:9, 116:16, 117:15, 117:18, 118:8, 120:14, 121:1, 138:21, 138:23, 154:6, 167:4, 167:21, 168:20, 172:5, 180:16, 193:1
**REPRODUCTIVE-AGE** [2] - 180:16, 193:1
**REQUEST** [3] - 205:24, 217:6, 232:4
**REQUESTED** [3] - 3:14, 215:11, 252:4
**REQUIRE** [10] - 7:1, 7:2, 14:14, 43:25, 46:13, 50:20, 124:12, 214:25, 231:1, 241:6
**REQUIRED** [9] - 64:25, 108:17, 144:24, 172:20, 207:24, 225:11, 225:12, 228:19, 228:20
**REQUIREMENT** [9] - 26:3, 52:11, 212:1, 216:10, 227:25, 228:1, 228:2, 244:8, 245:1
**REQUIREMENTS** [10] - 213:2, 213:4, 216:1, 220:18, 221:11, 223:22, 228:12, 233:19, 233:22, 250:3
**REQUIRES** [7] - 46:12, 64:23, 119:17, 226:11, 226:12, 226:13, 237:2
**REQUIRING** [4] - 13:5, 13:11, 48:2, 50:22
**REREAD** [3] - 29:10, 98:2, 196:4
**RESEARCH** [45] - 23:17, 58:10, 58:15, 58:20, 58:24, 59:8,

59:17, 59:23, 59:24, 61:4, 61:15, 62:2, 62:3, 62:4, 89:18, 96:12, 110:18, 117:7, 118:2, 118:20, 119:20, 157:14, 166:9, 166:21, 167:15, 167:18, 167:19, 167:22, 169:2, 169:18, 169:22, 170:8, 170:11, 170:14, 170:15, 170:17, 170:20, 171:2, 180:11, 180:12, 187:5, 189:6, 193:25, 195:5, 195:19
**RESEARCHED** [3] - 63:17, 63:23, 166:18
**RESEARCHER** [5] - 22:18, 23:14, 118:13, 169:15, 193:23
**RESEARCHERS** [1] - 59:4
**RESEARCHING** [1] - 61:10
**RESERVED** [1] - 234:12
**RESIDENCY** [6] - 115:7, 115:8, 115:10, 167:8, 167:10, 167:14
**RESIDENTS** [7] - 16:9, 19:22, 118:6, 122:21, 234:2, 234:4, 251:11
**RESOLVE** [1] - 8:3
**RESOLVES** [1] - 241:5
**RESOLVING** [1] - 217:2
**RESOURCES** [3] - 22:6, 64:12, 220:13
**RESPECT** [18] - 27:15, 35:5, 46:5, 46:24, 88:11, 102:15, 111:7, 154:25, 159:10, 163:15, 173:6, 218:25, 221:12, 236:25, 237:1, 237:4, 250:20, 251:16
**RESPECTFULLY** [2] - 49:23, 245:22
**RESPECTS** [1] - 227:23
**RESPOND** [5] - 46:20, 111:20, 139:13,

222:19, 242:7
**RESPONDING** [3] - 39:25, 40:2, 41:2
**RESPONSE** [8] - 84:19, 86:14, 86:21, 222:17, 227:21, 236:22, 250:23, 251:19
**RESPONSES** [1] - 232:7
**RESPONSIBILITIES** [2] - 59:25, 118:15
**RESPONSIBILITY** [3] - 19:6, 19:9, 220:22
**RESPONSIBLE** [1] - 62:1
**RESPONSIBLY** [2] - 106:19
**RESTORATION** [1] - 247:10
**RESTRUCTURED** [2] - 6:5, 23:25
**RESULT** [53] - 7:6, 12:9, 12:22, 13:18, 16:6, 41:4, 43:16, 71:4, 71:15, 71:25, 76:10, 93:9, 96:21, 100:5, 100:8, 142:3, 144:3, 146:9, 146:10, 146:13, 146:19, 147:9, 148:5, 148:19, 148:20, 149:2, 149:7, 149:12, 149:17, 181:5, 197:23, 200:9, 200:22, 201:7, 211:8, 211:22, 212:4, 212:18, 212:22, 212:25, 213:3, 215:4, 217:9, 229:13, 231:7, 231:25, 232:16, 233:21, 247:8, 248:6, 248:12, 251:6
**RESULTED** [4] - 11:24, 22:11, 23:19, 189:5
**RESULTING** [1] - 126:9
**RESULTS** [9] - 10:4, 47:19, 47:20, 47:23, 93:8, 184:3, 185:4, 187:8, 248:11
**RETHOUGHT** [1] - 189:21
**RETURN** [6] - 126:5, 178:24, 233:8, 239:22, 239:24, 250:11

**RETURNING** [2] - 33:22, 121:13
**REVERSIBLE** [4] - 90:9, 174:21, 174:23, 183:18
**REVIEW** [11] - 56:19, 69:6, 84:1, 97:25, 143:3, 154:15, 165:23, 169:6, 169:8, 169:10, 194:4
**REVIEWED** [11] - 84:3, 84:14, 104:6, 110:25, 143:5, 143:7, 152:2, 154:13, 154:16, 187:10, 195:21
**REVIEWER** [1] - 169:5
**REVIEWERS** [1] - 84:13
**REYNOLDS** [1] - 217:1
**RFRA** [34] - 46:2, 46:5, 46:11, 46:12, 46:13, 46:14, 46:24, 47:2, 47:5, 47:8, 47:12, 50:11, 50:12, 50:20, 51:16, 51:17, 218:24, 218:25, 219:2, 219:4, 219:6, 219:7, 225:11, 225:13, 225:15, 225:16, 225:23, 226:11, 226:20, 226:22, 227:6, 247:17, 248:22
**RICCI** [2] - 47:16, 240:19
**RIGHT** [44] - 8:16, 16:16, 21:21, 25:9, 51:20, 76:13, 77:5, 79:18, 80:2, 80:20, 89:15, 91:1, 100:12, 100:21, 109:8, 113:13, 132:3, 143:8, 146:20, 147:9, 150:9, 150:13, 152:11, 152:15, 159:9, 159:17, 168:4, 171:12, 175:4, 176:1, 176:10, 177:25, 183:13, 192:19, 198:21, 200:11, 200:16, 200:19, 209:11, 217:19, 238:16, 246:16, 248:4, 252:23
**RIGHTLY** [1] - 28:19
**RIGHTS** [3] - 9:10,

35:5, 204:16
**RING** [2] - 175:7, 176:15
**RISE** [8] - 54:12, 113:5, 146:19, 157:22, 191:23, 191:24, 201:8, 210:14
**RISEN** [3] - 148:17, 148:19, 201:12
**RISK** [20] - 10:20, 48:10, 72:13, 72:16, 72:19, 72:23, 81:1, 91:25, 92:5, 92:6, 103:21, 107:6, 108:3, 108:8, 127:22, 127:23, 128:5, 128:6, 132:16, 230:20
**RISKS** [6] - 107:5, 108:12, 108:15, 123:16, 128:21, 142:8
**RIVER** [1] - 36:9
**ROBERT** [1] - 164:16
**ROBERTS** [1] - 219:22
**ROBUST** [1] - 74:3
**ROD** [1] - 174:24
**ROLE** [9] - 6:14, 22:8, 31:19, 33:17, 73:11, 117:22, 118:3, 173:10, 177:7
**ROLES** [1] - 170:7
**ROLL** [2] - 15:5, 88:6
**ROMAN** [4] - 84:7, 84:10
**ROOM** [2] - 2:12, 175:17
**ROUGHLY** [22] - 62:16, 69:20, 73:24, 118:10, 118:14, 119:9, 119:11, 122:5, 124:17, 125:2, 126:15, 126:21, 133:19, 133:23, 135:8, 135:13, 135:17, 135:19, 137:8, 229:12
**ROUTINE** [3] - 67:14, 69:10, 78:25
**ROW** [14] - 76:1, 176:4, 177:3, 185:18, 185:19, 185:20, 185:25, 186:8, 186:15, 186:22, 186:24, 187:18
**ROWS** [3] - 176:3, 185:25, 186:18

RPR [1] - 1:19
RULE [47] - 6:18, 6:22,
26:19, 28:7, 28:24,
29:1, 32:20, 35:9,
39:17, 39:20, 39:23,
40:4, 50:20, 52:7,
52:17, 64:23, 64:24,
95:10, 95:11, 95:14,
95:22, 120:7, 138:1,
138:2, 138:7, 138:9,
138:13, 144:21,
160:1, 172:20,
173:6, 206:5,
211:15, 212:16,
214:12, 214:21,
215:6, 217:8,
222:16, 223:18,
229:24, 248:8,
248:17, 248:19,
250:13
RULED [2] - 236:4,
236:9
RULEMAKING [4] -
217:4, 217:21,
251:1, 251:5
RULEMAKINGS [1] -
28:6
RULES [172] - 3:21,
7:4, 7:6, 7:18, 7:21,
8:13, 8:15, 9:3,
13:14, 14:5, 14:17,
14:25, 23:4, 25:5,
26:11, 26:16, 26:22,
30:3, 34:10, 34:17,
38:17, 39:7, 39:10,
41:5, 41:6, 43:20,
44:13, 44:19, 44:22,
45:5, 45:14, 45:16,
55:10, 87:17, 87:19,
95:7, 96:6, 96:9,
98:19, 98:23, 99:7,
99:8, 100:5, 100:9,
100:20, 100:23,
101:3, 101:21,
102:15, 103:1,
103:4, 137:23,
138:4, 138:23,
140:10, 140:11,
140:15, 140:25,
141:5, 141:19,
142:14, 144:4,
144:23, 146:9,
146:10, 146:14,
146:19, 147:9,
148:5, 148:20,
149:3, 149:8,
149:12, 149:17,
151:25, 152:2,
152:3, 152:6, 152:7,
152:24, 153:3,
153:10, 158:19,
160:4, 160:8,
160:11, 160:14,
160:23, 160:24,
161:2, 161:7,
161:10, 162:1,
172:21, 190:18,
190:21, 194:6,
194:10, 194:11,
194:15, 194:16,
194:20, 195:3,
200:9, 200:13,
200:18, 200:22,
201:3, 201:15,
201:20, 201:25,
202:6, 202:14,
202:17, 202:21,
202:23, 203:16,
209:5, 211:2,
211:10, 211:12,
211:18, 211:22,
212:20, 214:4,
214:8, 214:19,
214:24, 215:9,
215:11, 216:5,
216:17, 222:14,
224:25, 225:10,
227:23, 227:24,
228:15, 228:16,
229:8, 229:14,
231:16, 231:25,
232:16, 233:2,
233:22, 235:1,
236:1, 236:16,
236:18, 237:19,
237:22, 237:24,
238:2, 238:12,
238:14, 238:19,
238:23, 238:25,
239:3, 239:22,
243:9, 243:12,
244:24, 246:25,
247:18, 247:25,
248:1, 251:9
RULING [2] - 214:10,
246:7
RUN [2] - 11:14,
219:19
RUNNING [2] -
157:15, 157:16
RUNS [2] - 29:19,
220:19
RUSH [1] - 192:24
RÉSUMÉ [3] - 62:15,
154:14, 167:24

S

S-A-M-A-N-T-H-A [1] -
113:21
S.CT [1] - 241:4

SAFELY [1] - 21:21
SAFER [3] - 22:11,
23:20, 129:17
SAFETY [3] - 129:20,
174:1, 234:4
SAID [51] - 5:23, 8:20,
16:5, 18:25, 19:3,
29:11, 36:17, 37:7,
37:16, 37:18, 41:14,
41:16, 46:10, 70:2,
88:4, 105:20, 109:4,
111:21, 134:19,
135:6, 147:15,
159:11, 162:2,
164:4, 168:11,
183:9, 187:25,
205:16, 208:25,
211:1, 214:2,
215:25, 217:3,
217:23, 218:5,
218:8, 218:14,
225:10, 226:4,
226:6, 232:11,
234:16, 238:19,
240:3, 242:9,
245:10, 248:11,
248:23, 248:24,
249:8, 251:14
SAMANTHA [7] -
22:15, 113:9,
113:15, 113:16,
114:1, 120:12, 254:8
SAME [32] - 8:15,
8:23, 29:16, 34:1,
39:9, 41:20, 48:11,
50:1, 50:9, 76:14,
109:16, 125:9,
138:22, 141:8,
161:2, 164:13,
164:14, 164:19,
172:18, 172:22,
185:10, 185:12,
185:21, 185:25,
187:12, 187:15,
195:24, 201:22,
202:2, 214:4,
215:23, 217:20
SAMPLE [3] - 108:2,
186:13, 188:17
SANDBERG [3] - 2:16,
4:22, 4:23
SANTELLI [3] -
102:15, 106:22,
106:23
SASSO [5] - 84:24,
84:25, 85:1, 85:3,
86:21
SATISFIES [2] -
228:11, 243:25
SATISFY [1] - 17:13

SAVANNAH [1] -
206:19
SAVED [1] - 13:1
SAVINGS [3] - 10:5,
81:14, 81:19
SAW [2] - 186:2,
226:25
SAY [76] - 11:1, 11:2,
18:1, 18:7, 18:8,
20:4, 24:23, 28:24,
30:2, 32:5, 32:15,
33:5, 33:14, 33:15,
33:22, 34:19, 37:12,
37:13, 37:14, 39:6,
40:21, 40:24, 40:25,
41:8, 42:5, 49:8,
49:22, 52:3, 52:4,
59:6, 62:9, 62:19,
63:14, 74:1, 78:18,
87:7, 88:20, 89:3,
89:13, 90:15, 91:9,
95:3, 101:5, 101:18,
101:21, 102:15,
103:4, 106:8, 107:7,
118:16, 124:18,
128:23, 157:4,
175:3, 179:23,
188:21, 189:19,
192:20, 193:21,
202:25, 219:15,
220:21, 221:21,
222:4, 225:22,
227:6, 228:24,
237:25, 238:14,
239:3, 245:24,
245:25, 249:7,
249:22, 251:2
SAYING [8] - 20:13,
25:6, 34:8, 34:10,
161:18, 161:25,
209:23, 234:25
SAYS [38] - 11:4,
33:11, 35:19, 36:24,
81:16, 81:23, 86:14,
106:13, 109:23,
110:5, 151:9,
151:11, 158:18,
159:20, 161:5,
166:15, 176:17,
186:8, 186:9,
186:15, 187:4,
187:18, 206:6,
206:18, 207:15,
207:20, 215:19,
216:4, 221:7,
222:12, 223:18,
223:20, 227:7,
237:15, 241:9,
247:25
SCALE [1] - 252:4

SCALED [1] - 6:8
SCALIA [1] - 18:18
SCAN [2] - 67:10,
68:22
SCHEME [2] - 220:5,
241:9
SCHOLARLY [4] -
64:1, 64:4, 167:25,
168:2
SCHOOL [9] - 22:24,
60:24, 115:4,
116:17, 117:2,
164:16, 167:6,
171:23, 177:21
SCHOOLS [2] - 60:25,
199:20
SCIALABBA [4] -
241:3, 241:20,
241:21
SCIENCE [2] - 62:10,
129:9
SCIENCES [2] - 60:17,
166:6
SCIENTIFIC [9] -
66:21, 67:12, 69:6,
100:21, 101:19,
102:24, 103:25,
193:25, 223:12
SCIENTIST [1] - 58:10
SCOPE [11] - 6:25,
81:10, 108:20,
120:22, 139:1,
141:12, 150:5,
150:19, 150:21,
211:11, 225:24
SCOTT [1] - 2:2
SCRAMBLING [1] -
204:13
SCREEN [2] - 204:20,
207:12
SCREENINGS [1] -
221:13
SEARCH [1] - 53:18
SEARCHED [1] - 53:7
SEBELIUS [2] -
206:11, 215:23
SEC [1] - 162:16
SECOND [16] - 38:22,
46:1, 46:10, 52:10,
103:3, 172:22,
177:4, 185:19,
185:21, 185:24,
207:10, 211:21,
216:3, 236:10,
241:9, 241:24
SECONDLY [1] -
192:24
SECRETARY [4] -
39:7, 39:8, 216:5,
216:6

**SECTION** [5] - 68:8, 215:18, 215:25, 221:7, 237:13
**SECTIONS** [1] - 100:25
**SECTOR** [1] - 82:4
**SEE** [55] - 26:25, 36:23, 41:9, 57:23, 62:7, 76:1, 76:4, 77:6, 84:19, 86:16, 90:16, 96:18, 96:21, 109:10, 117:13, 117:16, 121:21, 122:5, 122:10, 122:18, 122:20, 123:11, 125:6, 125:15, 125:20, 125:22, 126:18, 127:25, 135:12, 143:23, 157:19, 167:24, 171:5, 176:6, 176:8, 176:11, 176:14, 176:17, 180:20, 180:22, 181:11, 181:16, 182:21, 182:23, 183:5, 183:6, 183:14, 186:24, 188:24, 191:23, 192:15, 193:1, 207:13, 222:3, 226:17
**SEEING** [5] - 122:23, 122:24, 187:14, 189:4, 193:3
**SEEK** [4] - 13:23, 194:4, 199:21, 237:6
**SEEKING** [3] - 6:6, 212:18, 214:7
**SEEM** [2] - 187:19, 226:3
**SEEMS** [5] - 20:13, 65:18, 82:11, 129:13, 222:20
**SEEN** [10] - 13:21, 25:15, 68:2, 99:5, 120:25, 131:11, 157:14, 191:16, 229:22
**SELECTED** [1] - 110:14
**SELECTIVE** [1] - 106:6
**SELF** [3] - 51:3, 121:17, 229:3
**SELF-CERTIFICATION** [1] - 51:3
**SELF-INSURERS** [1] - 229:3

**SELF-REFERRED** [1] - 121:17
**SEND** [2] - 218:15, 244:10
**SENSE** [8] - 15:16, 140:24, 141:10, 141:22, 210:2, 234:25, 237:3, 237:4
**SENT** [3] - 16:18, 182:13, 244:13
**SENTENCE** [2] - 102:14, 103:3
**SEPARATE** [5] - 38:18, 39:3, 42:7, 42:17, 169:4
**SEPARATED** [1] - 176:4
**SERIOUS** [6] - 103:21, 123:20, 127:21, 127:25, 142:2, 142:6
**SERIOUSLY** [1] - 222:23
**SERVE** [5] - 51:12, 61:21, 121:24, 169:4, 226:1
**SERVED** [1] - 101:15
**SERVES** [3] - 224:21, 226:4, 226:6
**SERVICE** [3] - 12:17, 77:23, 220:14
**SERVICES** [42] - 3:5, 12:14, 14:2, 22:5, 22:6, 30:11, 43:4, 43:21, 44:3, 45:5, 52:11, 58:21, 58:24, 59:8, 63:6, 64:11, 64:12, 67:3, 67:13, 68:25, 69:8, 73:5, 78:12, 78:24, 79:14, 79:17, 80:1, 82:4, 86:2, 87:3, 87:11, 87:13, 119:1, 167:4, 179:16, 179:22, 220:13, 221:19, 223:11, 223:16
**SERVING** [1] - 227:2
**SET** [7] - 15:18, 49:11, 109:5, 111:6, 132:19, 190:16, 191:20
**SETTING** [1] - 24:7
**SETTINGS** [1] - 63:7
**SETTLED** [1] - 35:1
**SEVEN** [1] - 238:20
**SEVERAL** [7] - 52:7, 129:14, 168:24, 177:12, 189:8, 195:17, 215:20
**SEVERE** [9] - 123:16, 124:9, 124:10,

124:11, 125:11, 125:20, 128:18, 137:19
**SEXUAL** [3] - 72:16, 102:18, 107:1
**SEXUALLY** [3] - 102:3, 106:15, 106:17
**SHALL** [7] - 18:8, 42:24, 42:25, 221:9, 221:10, 223:20, 223:21
**SHARED** [1] - 97:4
**SHARING** [7] - 78:16, 79:11, 83:8, 83:22, 87:14, 223:22, 250:3
**SHE** [46] - 4:11, 22:1, 22:2, 22:8, 22:16, 22:17, 22:22, 22:25, 23:13, 23:16, 65:13, 65:19, 68:18, 70:1, 71:23, 72:3, 80:14, 80:22, 80:23, 80:24, 80:25, 105:17, 120:25, 121:2, 123:18, 123:19, 127:15, 137:20, 139:10, 140:14, 141:9, 141:11, 150:22, 163:5, 163:16, 164:1, 164:13, 173:2, 173:19, 173:25, 174:1, 174:17, 179:4, 184:13
**SHEPHERD** [1] - 24:3
**SHIFT** [2] - 35:25, 231:24
**SHORT** [1] - 127:18
**SHORT-TERM** [1] - 127:18
**SHORTLY** [1] - 188:22
**SHOT** [1] - 176:15
**SHOULD** [31] - 5:15, 8:2, 18:21, 26:20, 30:9, 31:4, 31:9, 31:10, 37:15, 44:3, 47:15, 50:6, 51:10, 54:8, 66:9, 68:1, 78:6, 81:11, 101:8, 108:24, 177:13, 187:24, 213:18, 213:19, 245:4, 245:5, 245:6, 246:6, 247:2, 247:14, 247:22
**SHOW** [12] - 9:2, 34:11, 35:15, 72:5, 75:7, 94:10, 108:14, 189:12, 237:5,

237:8, 238:5, 238:7
**SHOWED** [1] - 90:11
**SHOWING** [5] - 79:24, 91:4, 106:24, 185:25, 207:3
**SHOWN** [1] - 189:9
**SHOWS** [3] - 75:21, 185:15, 187:8
**SIDE** [15] - 3:24, 3:25, 52:2, 74:7, 74:10, 101:23, 103:19, 107:9, 108:12, 174:4, 174:6, 176:17, 190:15, 242:8, 249:12
**SIDES** [1] - 252:18
**SIGN** [1] - 227:5
**SIGNIFICANCE** [4] - 42:4, 187:5, 187:7, 220:4
**SIGNIFICANT** [28] - 40:17, 40:19, 40:23, 41:1, 41:6, 41:10, 41:16, 94:11, 112:10, 124:8, 124:10, 127:19, 133:14, 134:8, 136:15, 153:5, 156:10, 187:9, 211:20, 213:6, 220:14, 220:24, 222:5, 231:3, 231:9, 231:17, 233:25, 237:18
**SIGNIFICANTLY** [12] - 6:5, 123:14, 123:16, 124:3, 126:10, 126:12, 134:10, 134:15, 155:10, 155:16, 156:19, 212:17
**SILLIMAN** [8] - 36:9, 36:12, 36:20, 36:24, 37:4, 37:9, 37:12, 37:15
**SIMILAR** [6] - 29:23, 125:12, 126:14, 159:25, 185:17, 191:8
**SIMILARITIES** [1] - 111:3
**SIMILARLY** [9] - 13:10, 19:9, 21:9, 95:21, 95:24, 101:23, 138:13, 183:2
**SIMPLY** [14] - 92:19, 214:23, 216:4, 217:8, 222:3, 223:14, 224:5,

225:2, 227:6, 228:4, 248:25, 249:23, 250:13, 251:4
**SINCE** [38] - 9:22, 19:8, 22:9, 23:18, 26:12, 35:1, 36:17, 36:23, 37:20, 37:21, 70:5, 82:13, 101:16, 119:5, 128:3, 131:5, 137:2, 140:14, 145:6, 145:9, 145:14, 152:24, 156:3, 156:19, 173:10, 178:14, 179:7, 188:21, 189:9, 189:11, 194:19, 197:9, 198:11, 198:17, 207:5, 207:6, 209:16, 240:11
**SINCERE** [10] - 30:6, 30:25, 32:6, 32:16, 33:7, 33:11, 149:24, 150:3, 198:24, 247:3
**SINCERELY** [7] - 29:25, 30:8, 51:4, 212:11, 212:14, 232:18, 247:24
**SINCERELY-HELD** [5] - 29:25, 30:8, 212:11, 232:18, 247:24
**SINCERITY** [5] - 31:19, 31:20, 240:2, 240:12, 247:13
**SINGLE** [23] - 34:21, 53:8, 100:4, 100:7, 137:3, 140:1, 146:7, 146:12, 146:18, 146:24, 147:8, 147:13, 147:23, 148:16, 148:25, 149:6, 149:10, 149:15, 194:20, 236:15, 236:17, 236:19
**SISTERS** [5] - 26:8, 27:8, 27:9, 27:11, 33:23
**SIT** [1] - 21:22
**SITTING** [2] - 143:13, 147:7
**SITUATION** [7] - 20:12, 30:24, 31:25, 173:24, 200:17, 228:21, 230:22
**SIX** [4] - 6:7, 6:12, 26:1, 90:17
**SIZE** [1] - 188:17
**SKIN** [1] - 77:2

**SKIP** [1] - 119:4
**SLAM** [1] - 226:22
**SLATE** [7] - 26:1, 27:2, 38:15, 42:20, 46:16, 211:2, 244:20
**SLIGHTLY** [1] - 91:24
**SMALL** [10] - 79:18, 79:24, 79:25, 80:12, 80:13, 84:7, 96:13, 108:7, 163:25
**SMALLER** [1] - 104:9
**SO** [352] - 5:18, 9:7, 14:3, 15:9, 16:19, 17:3, 17:12, 17:22, 19:8, 19:23, 21:19, 24:4, 24:15, 24:16, 24:19, 25:2, 25:6, 27:5, 27:22, 28:1, 28:9, 28:21, 29:1, 29:2, 29:15, 29:19, 30:4, 31:21, 32:2, 32:11, 32:25, 33:10, 36:4, 36:11, 37:7, 37:11, 40:7, 40:21, 43:19, 44:8, 44:12, 47:15, 47:24, 48:11, 48:12, 48:21, 49:2, 49:14, 52:1, 52:2, 53:3, 53:5, 53:9, 54:5, 54:10, 55:13, 55:18, 60:4, 60:12, 61:18, 63:2, 63:14, 65:18, 70:11, 70:25, 71:7, 72:13, 72:15, 73:2, 75:2, 75:15, 75:18, 75:25, 76:3, 77:10, 77:21, 78:25, 79:11, 79:15, 80:11, 80:17, 81:21, 82:9, 84:13, 86:25, 88:10, 88:25, 89:2, 89:4, 89:5, 89:8, 89:13, 90:2, 90:10, 90:19, 91:16, 91:19, 92:4, 92:9, 94:21, 94:25, 95:19, 96:15, 96:24, 98:6, 99:8, 99:11, 101:7, 101:18, 102:13, 103:18, 106:10, 106:22, 107:14, 108:16, 109:13, 109:25, 110:10, 111:9, 112:7, 115:16, 115:20, 117:14, 118:18, 119:16, 121:2, 121:6, 123:13, 124:2, 125:3, 125:20, 125:25, 126:24,

127:12, 127:18, 128:13, 128:16, 129:17, 130:4, 131:8, 131:18, 131:23, 132:11, 134:17, 135:11, 135:13, 135:21, 136:12, 139:16, 139:17, 140:7, 141:4, 141:15, 141:24, 142:15, 143:3, 145:13, 145:21, 146:3, 146:16, 147:4, 147:11, 148:15, 149:19, 151:19, 152:6, 155:2, 155:10, 155:12, 155:23, 156:1, 156:13, 157:19, 158:10, 158:21, 159:2, 159:6, 159:12, 159:15, 159:17, 159:19, 159:25, 160:5, 160:13, 160:21, 161:10, 161:12, 162:3, 163:5, 163:16, 164:24, 165:22, 166:7, 168:11, 169:8, 169:18, 169:25, 170:10, 170:25, 171:19, 171:21, 171:24, 172:3, 172:8, 173:5, 173:16, 174:21, 175:4, 175:6, 175:16, 175:17, 176:3, 176:4, 176:6, 176:16, 177:2, 177:3, 177:9, 177:12, 177:16, 177:20, 177:22, 177:23, 178:9, 178:18, 179:4, 179:14, 180:9, 180:13, 180:24, 181:2, 181:7, 181:15, 182:9, 182:13, 183:4, 183:14, 183:16, 183:21, 184:17, 185:15, 185:18, 185:23, 185:25, 186:7, 186:12, 187:7, 187:17, 187:19, 187:23, 188:4, 188:6, 188:11, 188:18, 189:3, 189:14,

190:8, 191:7, 191:10, 191:22, 192:22, 192:23, 192:25, 193:2, 194:11, 194:18, 195:5, 195:15, 195:16, 195:21, 196:10, 196:21, 197:15, 197:24, 198:1, 198:9, 198:17, 199:2, 199:5, 200:1, 200:6, 200:10, 204:17, 205:5, 205:16, 205:19, 205:22, 206:1, 206:8, 206:12, 207:13, 208:2, 208:20, 209:7, 209:24, 210:12, 212:3, 212:4, 212:16, 213:20, 214:5, 214:16, 214:20, 215:14, 215:21, 216:16, 216:20, 217:13, 218:12, 219:6, 219:10, 220:7, 220:21, 221:3, 222:9, 222:15, 222:19, 223:14, 225:2, 226:11, 227:20, 227:24, 228:13, 230:12, 230:23, 231:2, 231:7, 231:23, 233:1, 234:17, 234:18, 234:19, 235:1, 237:7, 237:12, 237:24, 238:9, 238:10, 238:18, 239:21, 241:14, 243:1, 243:9, 243:16, 244:18, 245:1, 248:13, 249:9, 250:7, 252:18, 252:22
**SOCIAL** [2] - 82:4, 179:13
**SOCIETY** [2] - 184:22, 184:24
**SOCIOLOGY** [1] - 57:10
**SOLACE** [1] - 240:24
**SOLELY** [1] - 46:6
**SOLICITUDE** [10] - 18:5, 18:8, 18:14, 18:20, 19:2, 19:17, 19:23, 35:13, 35:14, 35:22

**SOME** [131] - 6:14, 7:20, 9:15, 13:17, 13:19, 14:22, 15:6, 17:16, 20:4, 20:9, 23:16, 23:17, 24:1, 33:17, 35:25, 47:3, 47:15, 48:4, 48:25, 50:7, 53:20, 57:7, 57:20, 62:24, 63:11, 64:7, 69:7, 72:18, 73:15, 79:9, 79:10, 80:3, 88:1, 88:6, 91:8, 93:8, 94:18, 98:3, 101:5, 108:10, 118:17, 121:17, 121:18, 122:7, 123:1, 125:15, 127:9, 127:21, 128:21, 129:18, 130:1, 130:2, 130:5, 131:19, 133:18, 134:14, 135:10, 135:25, 136:5, 142:2, 142:5, 142:9, 144:4, 145:13, 145:16, 149:23, 150:25, 151:9, 160:14, 161:9, 164:1, 168:9, 168:10, 168:17, 168:22, 169:21, 169:23, 173:14, 174:15, 176:25, 178:11, 180:20, 184:4, 188:3, 188:8, 188:9, 188:12, 188:13, 189:12, 189:13, 189:19, 189:21, 189:23, 190:22, 194:19, 195:21, 196:15, 196:18, 196:21, 197:15, 197:23, 199:19, 200:10, 200:22, 200:23, 202:9, 205:6, 215:8, 222:12, 225:10, 225:17, 229:3, 229:23, 231:4, 232:6, 232:14, 232:21, 232:23, 235:9, 237:2, 238:3, 244:16, 245:10, 248:4, 248:10, 249:11, 250:20, 250:24
**SOMEBODY** [3] - 147:5, 153:6, 212:15
**SOMEHOW** [7] - 36:25, 37:13, 221:17, 224:1,

224:15, 226:11, 228:13
**SOMEONE** [5] - 32:21, 34:11, 53:16, 130:11, 179:15
**SOMEONE'S** [1] - 150:2
**SOMETHING** [18] - 27:17, 29:11, 79:16, 87:24, 93:14, 107:8, 125:6, 125:7, 130:13, 145:3, 147:18, 156:11, 178:7, 190:1, 209:5, 222:21, 231:13, 252:24
**SOMETIMES** [9] - 11:16, 61:17, 61:18, 62:3, 62:5, 62:7, 126:1, 126:3, 174:8
**SOMEWHAT** [1] - 17:16
**SOMEWHERE** [5] - 88:20, 88:25, 89:14, 186:6, 228:8
**SOON** [2] - 24:15, 252:6
**SORRY** [19] - 23:9, 58:1, 65:22, 72:25, 74:23, 75:24, 77:24, 103:8, 103:10, 105:14, 124:22, 148:4, 181:21, 184:8, 196:20, 200:23, 203:3, 222:7, 252:11
**SORT** [7] - 32:25, 81:9, 83:23, 94:16, 124:19, 220:10, 237:2
**SORTED** [1] - 54:9
**SORTS** [1] - 212:12
**SOUND** [2] - 14:18, 100:21
**SOUNDS** [1] - 249:20
**SOURCE** [6] - 42:20, 46:8, 75:3, 111:22, 184:9, 184:11
**SOURCES** [11] - 68:22, 69:9, 105:9, 105:10, 105:24, 106:21, 119:1, 121:16, 121:20, 122:10, 194:4
**SOVEREIGN** [9] - 17:20, 18:19, 19:12, 19:19, 20:16, 20:17, 35:16, 35:20, 234:3
**SPACE** [1] - 41:20
**SPACED** [1] - 177:15

**SPACING** [3] - 72:10, 177:11, 177:17
**SPANS** [1] - 52:7
**SPEAK** [10] - 22:8, 22:15, 117:9, 136:16, 141:16, 146:2, 155:2, 155:5, 164:2, 182:4
**SPEAKERS** [1] - 104:21
**SPEAKING** [8] - 6:13, 59:14, 86:9, 112:2, 117:11, 130:18, 140:21, 192:7
**SPECIAL** [10] - 18:5, 18:8, 18:14, 18:20, 19:2, 19:17, 19:23, 35:13, 35:14, 35:21
**SPECIALIZE** [1] - 114:3
**SPECIFIC** [20] - 34:2, 46:24, 62:24, 66:24, 67:3, 67:12, 73:11, 73:12, 101:6, 123:4, 132:16, 146:11, 146:21, 194:4, 214:24, 217:16, 223:7, 227:16, 229:2, 233:17
**SPECIFICALLY** [21] - 12:1, 59:4, 62:22, 69:12, 81:5, 83:6, 85:25, 95:9, 105:11, 108:22, 121:3, 137:24, 146:2, 164:15, 168:22, 182:11, 223:5, 226:6, 227:3, 231:21, 235:23
**SPECIFIES** [1] - 42:25
**SPECTRUM** [1] - 190:10
**SPECULATING** [1] - 231:14
**SPECULATION** [1] - 35:24
**SPELL** [4] - 54:21, 113:18, 162:20, 243:11
**SPELLED** [1] - 162:22
**SPEND** [2] - 14:5, 61:8
**SPENDING** [1] - 220:1
**SPENDS** [1] - 14:1
**SPENT** [1] - 167:2
**SPERMICIDE** [1] - 176:23
**SPERMICIDES** [1] - 77:13
**SPOKE** [3] - 93:19, 98:9, 111:14

**SPOKEN** [1] - 5:10
**SPONGE** [1] - 77:14
**SPONSOR** [2] - 208:7, 230:14
**SPONSORED** [2] - 199:22, 230:3
**SPONSORS** [1] - 250:2
**SPOUSES** [1] - 13:18
**SPRING** [2] - 180:13, 184:23
**SQUARE** [1] - 2:3
**SQUARED** [1] - 224:5
**SQUARELY** [2] - 47:7, 217:1
**STABLE** [1] - 177:23
**STAND** [5] - 15:25, 54:18, 113:9, 127:15, 157:7
**STANDARD** [5] - 9:13, 238:4, 238:5, 238:6, 242:11
**STANDING** [44] - 15:6, 15:7, 15:8, 15:12, 15:15, 15:21, 16:6, 16:7, 16:11, 17:1, 17:4, 17:6, 17:13, 18:2, 18:19, 18:24, 19:25, 20:1, 21:8, 21:16, 26:15, 33:23, 34:9, 35:22, 36:4, 36:6, 36:13, 37:10, 227:13, 233:9, 233:25, 234:6, 235:12, 236:13, 236:25, 237:4, 237:9, 237:11, 238:5, 238:21, 239:12
**STANDS** [2] - 170:16, 174:22
**START** [11] - 25:1, 25:4, 101:22, 103:3, 165:5, 165:25, 210:24, 219:15, 228:11, 230:18, 252:23
**STARTED** [6] - 51:25, 167:6, 168:11, 180:12, 188:22, 194:3
**STARTS** [3] - 101:22, 102:14, 103:11
**STATE** [60] - 13:24, 13:25, 14:4, 14:9, 16:11, 16:24, 17:1, 17:4, 17:20, 18:1, 18:21, 19:3, 19:12, 19:18, 19:22, 20:8, 35:2, 35:7, 35:10,

35:15, 35:18, 35:20, 48:15, 49:18, 54:21, 55:5, 60:7, 60:10, 61:2, 71:5, 82:2, 82:8, 89:7, 90:2, 93:5, 113:14, 113:18, 113:24, 151:20, 162:20, 166:1, 166:2, 168:14, 170:16, 182:12, 219:19, 228:20, 230:4, 231:1, 231:9, 231:10, 231:11, 231:12, 231:19, 231:20, 233:11, 237:6, 237:7, 244:23
**STATE'S** [2] - 20:16, 35:24
**STATE-BY-STATE** [1] - 89:7
**STATE-FUNDED** [5] - 230:4, 231:10, 231:19, 237:6, 237:7
**STATED** [12] - 131:20, 159:18, 182:10, 198:10, 199:19, 200:21, 201:7, 201:14, 201:23, 202:3, 202:9, 202:16
**STATEMENT** [13] - 53:6, 86:15, 204:18, 204:22, 204:23, 205:5, 207:22, 217:7, 238:11, 238:13, 238:16, 238:24, 239:8
**STATEMENTS** [5] - 3:15, 3:16, 3:17, 3:18, 56:20
**STATES** [32] - 1:1, 2:10, 3:4, 3:5, 3:6, 10:2, 13:9, 16:16, 16:25, 17:19, 18:22, 25:22, 26:6, 35:7, 36:3, 36:13, 36:14, 69:22, 81:13, 94:23, 95:2, 95:5, 100:8, 110:19, 146:13, 154:7, 216:25, 229:24, 230:1, 230:6, 230:22, 231:4
**STATISTICAL** [8] - 139:9, 140:16, 140:18, 186:3, 187:4, 187:7, 188:16
**STATISTICALLY** [2] - 112:10, 187:9
**STATISTICS** [1] - 139:2

**STATUS** [11] - 7:25, 24:17, 52:24, 71:20, 205:12, 206:22, 207:25, 208:1, 208:6, 209:9, 212:20
**STATUTE** [19] - 13:5, 13:11, 17:24, 18:3, 35:11, 42:22, 43:1, 43:3, 43:20, 45:7, 45:22, 47:9, 215:19, 220:11, 221:22, 224:6, 225:4, 226:16, 230:23
**STATUTE'S** [2] - 43:24, 45:18
**STATUTES** [6] - 39:3, 39:6, 44:23, 48:4, 225:1, 231:6
**STATUTORY** [17] - 8:3, 38:18, 38:25, 42:7, 42:14, 42:17, 45:1, 46:1, 46:8, 46:10, 50:19, 213:15, 215:16, 220:5, 222:25, 241:5, 241:9
**STAY** [10] - 20:25, 31:4, 31:10, 31:12, 33:13, 245:4, 245:5, 245:6, 249:14
**STEAD** [1] - 9:18
**STEINBERG** [3] - 10:7, 10:17, 10:23
**STENOTYPE** [1] - 1:24
**STENOTYPE-COMPUTER** [1] - 1:24
**STEP** [8] - 7:3, 7:10, 73:10, 219:6, 219:8, 219:11, 219:12, 219:15
**STEPPING** [1] - 238:9
**STEPS** [1] - 219:14
**STERILIZATION** [8] - 76:9, 76:21, 77:19, 79:15, 176:10, 176:13, 188:11, 208:10
**STETSON** [1] - 164:16
**STEVE** [1] - 3:5
**STILL** [14] - 26:6, 32:19, 50:4, 93:11, 127:7, 127:9, 145:13, 160:10, 178:14, 200:1, 201:11, 214:3, 232:24, 249:3
**STIMSON** [1] - 2:17
**STIPULATE** [7] -

55:19, 55:22, 57:1, 158:14, 159:2, 159:4, 159:6
**STIPULATED** [2] - 24:9, 55:15
**STOP** [4] - 14:12, 54:3, 87:23, 151:4
**STRAINS** [1] - 220:21
**STRAWBERRY** [1] - 2:3
**STREET** [2] - 1:20, 2:7
**STRICT** [1] - 126:17
**STRIKE** [2] - 136:11, 235:24
**STRONG** [4] - 48:8, 49:1, 167:20, 174:8
**STRONGLY** [1] - 251:11
**STRUCK** [2] - 247:12, 247:17
**STRUGGLED** [1] - 226:19
**STUDENTS** [6] - 59:18, 59:19, 61:5, 61:6, 118:6, 122:2
**STUDIED** [1] - 57:10
**STUDIES** [22] - 61:18, 61:19, 61:22, 63:2, 63:5, 63:8, 63:11, 64:7, 66:22, 72:4, 77:24, 83:8, 107:3, 108:10, 108:13, 152:6, 152:8, 189:9, 189:12, 189:15, 195:2
**STUDY** [107] - 22:9, 69:14, 77:25, 81:18, 82:8, 83:14, 90:3, 91:7, 92:21, 92:25, 93:4, 93:9, 93:19, 93:21, 94:1, 94:14, 94:16, 94:19, 94:24, 100:1, 101:24, 102:16, 102:19, 104:15, 104:18, 106:15, 106:20, 107:25, 108:1, 108:5, 109:5, 109:9, 109:13, 109:17, 109:18, 109:22, 109:25, 110:2, 110:8, 111:5, 111:13, 111:14, 112:2, 112:6, 112:7, 112:9, 112:13, 163:4, 163:6, 163:8, 163:9, 163:23, 164:1, 164:2, 164:5, 164:6, 171:1, 171:3, 171:4, 180:3, 180:5,

180:7, 180:8, 180:9, 180:13, 180:15, 180:25, 181:6, 181:13, 181:17, 181:18, 181:24, 182:5, 182:15, 182:17, 182:18, 182:25, 183:8, 183:10, 183:16, 183:19, 183:21, 184:5, 184:19, 184:20, 185:16, 186:4, 186:5, 186:10, 186:11, 186:13, 186:16, 187:2, 187:21, 187:23, 187:25, 188:2, 188:21, 188:22, 188:24, 192:12, 195:14

**STUDYING** [2] - 59:2, 111:19

**STUFF** [1] - 246:12

**SUBCHAPTER** [1] - 215:20

**SUBGROUP** [3] - 73:21, 73:23, 73:25

**SUBGROUPS** [2] - 73:17, 73:18, 73:20

**SUBJECT** [6] - 48:9, 50:11, 50:12, 65:1, 146:4, 232:22

**SUBJECTED** [1] - 39:21

**SUBJECTING** [1] - 208:11

**SUBMISSION** [1] - 252:20

**SUBMIT** [1] - 26:23

**SUBMITTED** [3] - 229:25, 251:16, 251:22

**SUBMITTING** [3] - 51:3, 51:4, 251:23

**SUBSECTION** [2] - 43:7, 221:11

**SUBSECTIONS** [2] - 43:2, 43:3

**SUBSEQUENT** [5] - 37:7, 194:19, 208:16, 215:19, 232:7

**SUBSEQUENTLY** [1] - 209:25

**SUBSET** [2] - 149:24, 232:4

**SUBSIDIARY** [2] - 47:4, 51:16

**SUBSPECIALITY** [1] - 116:11

**SUBSPECIALTY** [2] - 115:13, 116:12

**SUBSTANTIAL** [7] - 43:18, 46:17, 50:24, 51:2, 67:5, 232:24, 233:6

**SUBSTANTIALLY** [1] - 247:16

**SUBSTANTIVE** [12] - 8:6, 8:17, 8:20, 8:22, 8:25, 9:12, 213:3, 213:23, 214:10, 214:13, 217:6, 218:18

**SUBSTANTIVELY** [1] - 9:3

**SUCH** [14] - 12:3, 47:4, 79:14, 103:21, 140:25, 156:11, 175:10, 175:11, 187:20, 201:19, 221:12, 228:16, 248:20, 251:1

**SUDDEN** [1] - 153:10

**SUDDENLY** [1] - 96:16

**SUE** [2] - 47:20, 47:23

**SUED** [2] - 26:2, 27:4

**SUFFER** [12] - 7:9, 7:19, 15:14, 117:16, 125:18, 126:16, 126:19, 128:1, 129:3, 147:13, 153:24, 227:10

**SUFFERED** [4] - 15:13, 18:23, 147:24, 148:6

**SUFFERING** [4] - 128:14, 129:12, 142:1, 235:3

**SUFFICIENT** [5] - 17:1, 20:10, 20:15, 20:18, 39:13

**SUFFICIENTLY** [1] - 240:21

**SUGGEST** [3] - 177:12, 237:24, 237:25

**SUGGESTED** [4] - 53:22, 125:3, 242:9, 252:12

**SUGGESTING** [3] - 31:2, 227:15, 247:21

**SUGGESTS** [4] - 37:9, 43:11, 106:18, 244:16

**SUITED** [1] - 190:12

**SUM** [1] - 14:25

**SUMMARY** [1] - 228:5

**SUPERSEDE** [1] -

215:20

**SUPERVISED** [1] - 59:19

**SUPPORT** [4] - 15:9, 67:5, 170:18, 214:13

**SUPPORTED** [5] - 221:14, 226:15, 226:16, 250:14, 250:15

**SUPPORTING** [3] - 155:19, 155:20, 251:18

**SUPPOSED** [7] - 78:8, 126:11, 127:14, 245:8, 245:20, 246:1, 251:5

**SUPPOSEDLY** [1] - 26:21

**SUPREMACY** [1] - 19:7

**SUPREME** [22] - 16:19, 26:7, 36:4, 37:24, 38:3, 38:5, 40:1, 40:2, 47:13, 47:16, 48:4, 49:2, 51:7, 211:9, 213:17, 219:15, 225:20, 226:2, 226:19, 226:23, 241:2, 249:6

**SURE** [36] - 28:23, 51:23, 53:5, 53:16, 57:24, 75:2, 78:17, 89:12, 98:14, 137:2, 139:18, 139:19, 141:15, 141:19, 143:22, 145:8, 153:11, 159:9, 163:2, 166:25, 168:11, 170:25, 174:21, 176:3, 180:9, 182:6, 183:14, 184:3, 187:17, 191:7, 193:19, 194:5, 195:7, 195:10, 195:13

**SURELY** [1] - 220:6

**SURGERIES** [1] - 122:14

**SURGICAL** [3] - 77:21, 119:15, 122:12

**SURPRISED** [1] - 176:19

**SURVEY** [7] - 62:4, 111:15, 111:17, 111:18, 111:23, 111:24, 182:17

**SURVEYS** [3] - 110:13, 181:14

**SUSPECT** [1] - 34:15

**SUSTAINED** [13] - 80:8, 85:13, 86:11, 132:6, 133:5, 139:12, 142:18, 147:20, 150:4, 150:20, 151:23, 203:19

**SUZANNE** [2] - 1:19, 253:9

**SWALLOW** [2] - 6:21, 26:19

**SWEAR** [1] - 113:12

**SWEATS** [1] - 127:20

**SWEEPING** [6] - 211:11, 218:16, 235:1, 248:6, 248:20, 251:1

**SWITCH** [2] - 243:23, 244:1

**SWORN** [4] - 54:20, 113:17, 162:17, 162:19

**SYLLOGISM** [1] - 49:7

**SYMPTOMS** [4] - 126:18, 127:20, 130:1, 132:12

**SYSTEM** [1] - 121:18

**SYSTEMATIC** [1] - 62:5

**T**

**TAB** [14] - 56:7, 56:14, 68:1, 101:9, 101:10, 101:12, 114:12, 143:20, 143:22, 165:7, 165:15, 175:20, 183:23, 198:10

**TABLE** [16] - 6:10, 10:14, 74:18, 74:21, 75:15, 78:1, 80:18, 184:3, 184:21, 184:24, 185:2, 185:10, 185:15, 185:21, 185:24, 186:7

**TAKE** [36] - 8:15, 27:8, 29:14, 38:9, 48:10, 48:22, 49:7, 49:10, 54:8, 54:18, 73:10, 81:8, 85:13, 95:7, 113:3, 118:11, 118:14, 119:16, 129:18, 133:16, 161:7, 181:11, 187:17, 210:4, 210:8, 210:10, 212:19, 223:15,

225:3, 227:16, 232:2, 235:5, 242:5, 244:8, 250:17, 250:24

**TAKEN** [15] - 51:12, 54:13, 66:14, 107:10, 108:11, 113:7, 157:23, 184:3, 184:4, 184:21, 184:25, 185:2, 210:15, 214:11, 219:11

**TAKES** [1] - 88:6

**TAKING** [10] - 25:4, 48:12, 74:11, 122:12, 133:12, 160:23, 174:1, 227:17, 228:18, 236:17

**TALK** [16] - 34:24, 36:2, 38:12, 52:14, 82:11, 83:3, 88:3, 109:3, 157:19, 178:10, 178:12, 178:21, 182:1, 190:11, 215:14, 222:11

**TALKED** [11] - 18:18, 36:20, 88:4, 108:22, 128:22, 163:9, 176:22, 198:20, 216:24, 239:24, 249:18

**TALKING** [9] - 29:1, 38:20, 38:23, 38:25, 48:24, 109:11, 174:17, 217:16, 239:18

**TALKS** [2] - 82:24, 150:22

**TARGETED** [1] - 57:7

**TASK** [1] - 68:25

**TASKS** [1] - 58:6

**TAUGHT** [3] - 59:18, 63:17, 63:23

**TAX** [3] - 219:17, 219:24, 242:22

**TAXES** [1] - 240:10

**TEACH** [5] - 58:15, 61:4, 118:2, 118:5, 118:6

**TEACHER** [2] - 22:18, 23:14

**TEACHING** [5] - 59:22, 61:10, 119:20, 122:21, 175:13

**TEAM** [1] - 6:11

**TECHNICAL** [1] - 47:8

**TECHNOLOGY** [1] -

75:3
**TEEN** [3] - 102:18, 106:23, 106:24
**TEENS** [2] - 102:15, 107:1
**TELL** [31] - 3:10, 15:23, 18:11, 36:10, 49:3, 50:16, 53:19, 88:14, 90:1, 107:25, 114:9, 116:24, 123:24, 143:20, 155:4, 161:11, 161:17, 162:6, 165:12, 170:24, 178:16, 180:4, 180:6, 185:8, 204:6, 214:19, 222:19, 222:20, 227:20, 229:17, 234:10
**TELLING** [3] - 33:10, 83:4, 236:20
**TEMPLE** [1] - 167:8
**TEN** [2] - 54:10, 113:4
**TEND** [1] - 72:20
**TENS** [1] - 52:12
**TENSION** [3] - 241:5, 247:11, 249:20
**TENURED** [1] - 117:25
**TERM** [5] - 19:24, 127:18, 127:21, 135:16, 177:16
**TERMINOLOGY** [1] - 53:11
**TERMS** [13] - 11:19, 15:12, 29:2, 99:16, 123:24, 132:14, 135:24, 136:23, 145:17, 160:1, 174:6, 189:17, 192:7
**TERRITORY** [2] - 35:18, 35:24
**TEST** [3] - 62:7, 187:4, 188:16
**TESTIFIED** [19] - 98:18, 98:22, 100:19, 107:16, 139:21, 139:25, 140:5, 143:18, 144:3, 145:8, 163:4, 164:12, 164:19, 171:11, 181:2, 184:14, 186:2, 235:25, 244:13
**TESTIFY** [4] - 23:7, 104:22, 121:3, 196:10
**TESTIMONY** [29] - 6:8, 9:16, 22:25, 23:16, 64:24, 65:3, 65:7, 65:11, 66:7, 68:5,

69:7, 111:7, 112:23, 120:18, 120:24, 145:9, 154:14, 161:19, 163:15, 164:10, 184:15, 203:24, 230:7, 235:24, 236:6, 236:20, 245:11, 246:9, 252:2
**TEXAS** [7] - 16:16, 16:25, 17:19, 36:3, 36:5, 36:12, 36:14
**TEXT** [1] - 43:24
**TEXTBOOK** [2] - 16:10, 17:10
**THAN** [48] - 11:22, 11:23, 12:2, 12:19, 16:14, 40:19, 41:1, 41:10, 46:21, 53:11, 53:23, 67:9, 72:18, 74:12, 76:10, 76:20, 77:7, 86:10, 86:21, 90:9, 91:24, 92:2, 92:11, 120:22, 122:24, 124:4, 134:4, 145:20, 154:2, 176:9, 176:12, 176:25, 187:6, 187:8, 194:2, 195:3, 195:11, 198:13, 210:13, 213:15, 225:15, 226:18, 231:3, 232:20, 233:16, 237:2, 238:4, 248:19
**THANK** [52] - 5:22, 11:3, 15:24, 20:19, 20:21, 21:18, 24:12, 25:16, 25:17, 65:25, 77:18, 97:14, 97:17, 98:14, 99:17, 104:24, 104:25, 105:2, 111:10, 113:2, 114:22, 116:25, 121:10, 142:21, 152:17, 152:18, 152:19, 157:6, 157:8, 157:21, 158:25, 165:2, 165:21, 167:23, 172:10, 175:19, 177:6, 184:7, 191:25, 193:5, 193:15, 203:2, 203:23, 204:3, 204:12, 235:14, 235:15, 246:21, 251:13, 251:23, 252:7, 252:25

**THANKS** [1] - 97:24
**THAT** [1412] - 3:19, 3:23, 5:11, 5:13, 5:14, 5:15, 5:16, 5:17, 5:18, 5:19, 6:4, 6:21, 7:5, 7:23, 8:2, 8:13, 8:23, 9:2, 9:15, 9:17, 9:19, 10:2, 10:5, 10:13, 10:21, 11:2, 11:14, 12:4, 12:25, 13:3, 13:7, 13:9, 13:12, 14:3, 14:8, 14:23, 15:2, 15:6, 15:10, 15:12, 15:22, 15:23, 16:18, 16:23, 17:1, 17:2, 17:4, 17:9, 17:13, 17:17, 17:20, 17:23, 17:24, 18:1, 18:7, 18:16, 18:21, 18:23, 18:24, 19:6, 19:9, 19:11, 19:13, 19:16, 19:17, 19:20, 19:25, 20:4, 20:8, 20:13, 20:18, 21:4, 21:7, 21:9, 21:12, 21:15, 21:16, 21:19, 21:22, 21:24, 22:5, 22:9, 22:10, 23:3, 23:17, 23:18, 23:25, 24:2, 24:3, 24:5, 24:7, 24:14, 24:15, 24:24, 25:2, 25:6, 25:8, 25:10, 25:11, 25:13, 25:15, 25:25, 26:16, 26:18, 26:19, 26:20, 26:23, 27:11, 27:19, 27:23, 28:4, 28:7, 28:12, 28:13, 28:18, 28:24, 29:5, 29:12, 29:16, 29:20, 29:25, 30:2, 30:9, 30:14, 30:15, 30:18, 30:20, 30:22, 31:4, 31:9, 31:10, 31:16, 31:17, 31:24, 31:25, 32:6, 32:8, 32:9, 32:10, 32:14, 32:17, 32:18, 32:23, 33:1, 33:4, 33:5, 33:6, 33:8, 33:13, 33:14, 33:15, 33:20, 34:2, 34:3, 34:6, 34:8, 34:10, 34:13, 34:17, 34:25, 35:2, 35:7, 35:9, 35:13, 35:15, 35:17, 35:18, 35:23, 35:25, 36:4, 36:8, 36:13, 36:16, 36:17, 36:24, 36:25, 37:1, 37:4, 37:6, 37:9, 37:12,

37:13, 37:15, 37:16, 37:21, 37:22, 38:2, 38:6, 38:22, 39:3, 39:6, 39:8, 39:9, 39:12, 39:17, 39:19, 40:21, 40:24, 41:1, 41:2, 41:3, 41:7, 41:9, 41:10, 41:14, 41:18, 41:20, 41:21, 41:22, 41:23, 41:25, 42:2, 42:4, 42:9, 42:20, 42:24, 43:2, 43:5, 43:8, 43:10, 43:11, 43:13, 43:16, 43:18, 43:19, 43:21, 44:15, 44:21, 44:23, 44:24, 44:25, 45:2, 45:7, 45:8, 45:12, 45:13, 45:16, 45:21, 45:23, 46:3, 46:12, 46:17, 46:19, 47:1, 47:2, 47:4, 47:10, 47:14, 47:19, 47:22, 48:5, 48:8, 48:14, 48:16, 48:17, 48:18, 48:20, 48:21, 48:25, 49:2, 49:3, 49:9, 49:14, 49:16, 49:21, 49:24, 50:2, 50:3, 50:5, 50:7, 50:9, 50:10, 50:12, 50:13, 50:14, 50:17, 50:19, 50:22, 51:1, 51:4, 51:6, 51:9, 51:12, 51:18, 52:4, 52:7, 52:8, 52:9, 52:16, 52:21, 52:25, 53:5, 53:8, 53:10, 53:14, 53:16, 53:22, 53:24, 54:10, 55:19, 55:23, 56:9, 56:10, 56:12, 56:15, 56:17, 56:18, 56:19, 57:11, 57:15, 57:22, 58:8, 58:22, 58:25, 59:6, 59:14, 59:15, 59:22, 59:23, 60:13, 60:24, 62:2, 62:9, 63:14, 63:24, 64:9, 64:11, 65:6, 65:14, 65:18, 65:19, 66:6, 66:9, 66:11, 66:12, 66:24, 66:25, 67:1, 67:3, 67:7, 67:9, 68:4, 68:8, 68:14, 68:23, 69:4, 69:17, 69:25, 70:1, 70:2, 70:7, 70:8, 70:9, 70:11, 70:12, 70:20, 70:25, 71:2, 71:9, 71:16, 71:23, 72:4, 72:5, 72:25,

74:19, 74:24, 75:1, 75:6, 75:13, 75:14, 75:22, 76:4, 76:9, 76:13, 76:16, 76:17, 76:20, 76:24, 76:25, 77:1, 77:2, 77:3, 77:20, 78:1, 78:4, 78:12, 78:14, 78:17, 78:18, 78:19, 78:21, 78:24, 78:25, 79:8, 79:12, 79:19, 79:22, 79:24, 80:2, 80:4, 80:14, 80:18, 80:20, 81:3, 81:7, 81:8, 81:11, 81:17, 81:18, 81:21, 82:5, 82:6, 82:7, 82:8, 82:9, 82:11, 82:21, 82:23, 82:24, 83:3, 83:7, 83:8, 83:11, 83:17, 84:19, 84:21, 84:24, 85:4, 85:5, 85:7, 85:14, 85:16, 85:24, 86:1, 86:4, 86:6, 86:9, 86:16, 86:21, 87:7, 87:8, 87:10, 87:15, 87:16, 87:24, 88:4, 89:4, 89:9, 89:14, 90:1, 90:6, 90:10, 91:2, 91:6, 91:14, 91:15, 91:16, 91:25, 92:19, 92:21, 93:8, 93:10, 94:4, 94:9, 94:10, 94:14, 95:7, 95:10, 95:24, 96:8, 96:13, 96:16, 96:18, 96:20, 96:21, 96:24, 96:25, 97:3, 98:4, 98:5, 98:18, 98:19, 98:22, 98:23, 99:5, 99:8, 99:11, 99:12, 99:17, 99:18, 99:19, 99:22, 100:1, 100:2, 100:3, 100:19, 100:20, 100:21, 100:23, 101:3, 101:8, 101:9, 101:18, 101:22, 102:2, 102:4, 102:8, 102:10, 102:14, 102:16, 102:20, 102:23, 102:24, 103:3, 103:11, 103:18, 103:22, 103:24, 104:12, 105:24, 106:5, 106:7, 106:10, 106:13, 106:15, 106:18, 106:20, 106:24, 106:25, 107:4, 107:7, 107:8,

| | | | | |
|---|---|---|---|---|
| 107:10, 107:12, | 139:4, 139:10, | 172:23, 173:5, | 199:2, 199:15, | 221:2, 221:16, |
| 107:13, 107:14, | 139:13, 139:14, | 173:7, 173:14, | 199:24, 200:7, | 221:17, 221:18, |
| 107:15, 107:16, | 139:16, 139:17, | 173:19, 174:1, | 200:19, 200:21, | 221:20, 221:24, |
| 107:21, 107:22, | 139:21, 139:25, | 174:2, 174:12, | 200:25, 201:9, | 222:1, 222:3, |
| 107:25, 108:1, | 140:1, 140:5, 140:6, | 174:17, 174:24, | 201:14, 201:16, | 222:11, 222:13, |
| 108:5, 108:9, | 140:15, 140:24, | 175:6, 175:8, | 201:23, 201:25, | 222:19, 222:25, |
| 108:13, 108:15, | 140:25, 141:1, | 175:15, 175:16, | 202:3, 202:9, | 223:7, 223:9, |
| 109:9, 109:15, | 141:4, 141:9, | 175:23, 176:6, | 202:16, 203:7, | 223:11, 223:14, |
| 109:16, 109:22, | 141:11, 141:22, | 176:11, 176:14, | 204:24, 205:3, | 223:15, 223:16, |
| 109:23, 109:24, | 141:25, 142:5, | 176:16, 176:19, | 205:7, 205:9, | 223:17, 223:18, |
| 110:18, 111:4, | 142:8, 142:12, | 176:22, 177:2, | 205:19, 205:21, | 223:22, 224:5, |
| 111:18, 111:21, | 143:6, 143:19, | 177:12, 177:14, | 205:22, 205:25, | 224:12, 224:13, |
| 112:3, 112:5, | 143:21, 144:1, | 178:2, 178:7, | 206:1, 206:4, 206:8, | 224:18, 224:21, |
| 114:13, 115:3, | 144:3, 144:10, | 178:12, 178:17, | 206:13, 206:15, | 224:24, 225:2, |
| 115:7, 115:19, | 144:15, 144:16, | 178:20, 178:25, | 206:16, 206:17, | 225:5, 225:6, 225:8, |
| 115:21, 116:3, | 144:19, 144:20, | 179:6, 179:17, | 206:19, 206:23, | 225:11, 225:14, |
| 116:10, 116:11, | 144:22, 144:23, | 179:20, 181:3, | 207:4, 207:10, | 225:16, 225:18, |
| 117:18, 118:2, | 145:3, 145:4, 145:8, | 181:4, 181:7, | 207:15, 207:16, | 225:21, 225:25, |
| 118:11, 118:14, | 145:9, 145:22, | 181:11, 181:23, | 207:19, 207:20, | 226:4, 226:8, 226:9, |
| 118:18, 119:6, | 146:1, 146:2, 147:1, | 182:1, 182:22, | 207:23, 208:3, | 226:11, 226:12, |
| 119:12, 119:13, | 147:5, 147:6, | 183:1, 183:3, 183:4, | 208:7, 208:13, | 226:13, 226:15, |
| 119:14, 119:17, | 147:11, 147:18, | 183:11, 183:21, | 208:19, 208:21, | 226:17, 227:3, |
| 119:19, 120:4, | 147:22, 148:9, | 184:3, 184:4, 185:9, | 208:25, 209:3, | 227:4, 227:6, |
| 121:6, 122:7, 122:9, | 149:1, 149:23, | 185:10, 185:16, | 209:5, 209:7, | 227:10, 227:11, |
| 122:12, 122:14, | 150:7, 150:9, | 185:17, 186:2, | 209:10, 209:11, | 227:13, 227:21, |
| 123:4, 123:6, 123:8, | 150:11, 150:24, | 186:5, 186:7, 186:9, | 209:13, 209:14, | 227:22, 227:24, |
| 123:11, 123:12, | 151:11, 151:12, | 186:13, 186:24, | 209:16, 209:17, | 228:5, 228:6, 228:7, |
| 123:19, 124:2, | 151:25, 152:3, | 187:1, 187:8, | 209:20, 209:22, | 228:8, 228:9, |
| 124:3, 124:7, 125:3, | 152:5, 152:25, | 187:10, 187:19, | 209:24, 210:2, | 228:10, 228:11, |
| 125:6, 125:7, 125:9, | 153:2, 153:4, 153:7, | 187:25, 188:6, | 211:1, 211:2, 211:7, | 228:13, 228:14, |
| 125:13, 125:18, | 153:9, 153:12, | 188:8, 188:10, | 211:11, 211:13, | 228:17, 228:24, |
| 125:23, 126:7, | 153:23, 154:1, | 188:11, 188:13, | 211:14, 211:16, | 229:2, 229:3, 229:9, |
| 126:11, 126:13, | 154:2, 154:8, 155:2, | 188:14, 188:15, | 211:18, 211:21, | 229:10, 229:11, |
| 126:17, 127:1, | 156:6, 156:11, | 188:21, 188:25, | 211:22, 212:1, | 229:15, 229:17, |
| 127:3, 127:4, | 156:12, 156:14, | 189:3, 189:4, 189:6, | 212:3, 212:4, 212:5, | 229:18, 230:1, |
| 127:13, 127:15, | 156:20, 157:13, | 189:9, 189:10, | 212:16, 212:19, | 230:9, 230:12, |
| 127:17, 127:18, | 157:19, 158:5, | 189:12, 189:13, | 212:22, 212:25, | 230:16, 230:19, |
| 127:25, 128:2, | 158:7, 158:18, | 189:19, 189:22, | 213:1, 213:3, 213:8, | 230:24, 231:1, |
| 128:3, 128:5, 128:6, | 158:19, 159:8, | 189:24, 189:25, | 213:11, 213:12, | 231:7, 231:11, |
| 128:10, 128:12, | 159:10, 160:9, | 190:7, 190:25, | 213:17, 213:21, | 231:13, 231:16, |
| 128:22, 128:23, | 160:11, 160:14, | 191:8, 191:11, | 214:9, 214:12, | 231:21, 231:23, |
| 128:24, 129:5, | 160:24, 161:12, | 191:13, 191:16, | 214:14, 214:16, | 232:2, 232:5, 232:9, |
| 129:6, 129:13, | 161:13, 161:19, | 191:19, 191:22, | 214:17, 214:20, | 232:15, 232:17, |
| 129:15, 129:20, | 161:24, 161:25, | 192:15, 192:22, | 214:21, 215:2, | 233:2, 233:4, 233:5, |
| 130:2, 130:10, | 162:1, 162:5, 162:6, | 192:23, 194:1, | 215:3, 215:7, 215:9, | 233:6, 233:12, |
| 130:11, 130:13, | 163:4, 163:6, 163:9, | 194:8, 194:14, | 215:10, 215:16, | 233:15, 233:18, |
| 130:20, 131:14, | 163:11, 163:17, | 194:22, 195:2, | 215:24, 216:4, | 233:21, 233:24, |
| 131:22, 131:23, | 163:20, 164:3, | 195:8, 195:12, | 216:10, 216:11, | 234:6, 234:13, |
| 132:3, 132:17, | 164:20, 165:9, | 195:14, 195:15, | 216:19, 217:1, | 234:14, 234:25, |
| 132:20, 133:16, | 165:11, 165:16, | 195:16, 195:18, | 217:4, 217:7, 217:9, | 235:1, 235:2, 235:3, |
| 133:22, 134:2, | 165:17, 165:19, | 195:19, 195:22, | 217:11, 217:15, | 235:6, 235:7, |
| 134:4, 134:10, | 166:15, 166:16, | 196:1, 196:4, | 217:16, 217:22, | 235:10, 235:12, |
| 134:12, 134:15, | 166:21, 167:10, | 196:15, 196:18, | 217:24, 218:5, | 236:3, 236:4, 236:7, |
| 134:17, 134:19, | 167:24, 168:10, | 196:20, 196:21, | 218:15, 218:16, | 236:15, 236:19, |
| 135:6, 135:8, | 168:12, 168:14, | 197:7, 197:9, | 218:19, 218:22, | 236:20, 237:4, |
| 135:17, 135:19, | 169:2, 169:4, | 197:11, 197:16, | 219:1, 219:11, | 237:5, 237:7, 237:8, |
| 136:3, 136:5, | 169:12, 170:6, | 197:21, 197:23, | 219:16, 219:20, | 237:17, 237:21, |
| 136:11, 136:12, | 170:24, 170:25, | 198:2, 198:5, 198:6, | 219:23, 220:4, | 237:24, 237:25, |
| 136:24, 137:2, | 171:1, 171:7, | 198:7, 198:11, | 220:6, 220:7, | 238:1, 238:3, 238:7, |
| 137:6, 137:20, | 171:11, 171:12, | 198:15, 198:17, | 220:13, 220:19, | 238:8, 238:11, |
| 138:4, 138:9, 139:3, | 172:9, 172:15, | 198:20, 198:22, | 220:21, 220:23, | 238:13, 238:15, |

238:18, 238:21, 238:23, 238:24, 239:1, 239:2, 239:3, 239:4, 239:6, 239:8, 239:13, 239:15, 239:17, 239:18, 240:2, 240:4, 240:12, 240:14, 240:21, 240:25, 241:9, 241:14, 241:16, 241:17, 241:23, 241:24, 242:6, 242:8, 242:9, 242:10, 242:18, 242:22, 242:23, 242:24, 242:25, 243:4, 243:8, 243:12, 243:20, 243:21, 243:22, 243:24, 244:5, 244:8, 244:10, 244:13, 244:17, 244:19, 244:23, 244:24, 245:3, 245:4, 245:5, 245:8, 245:9, 245:12, 245:14, 245:24, 245:25, 246:3, 246:5, 246:7, 246:8, 246:12, 246:14, 246:17, 246:23, 246:25, 247:6, 247:8, 247:9, 247:11, 247:16, 247:18, 247:19, 247:21, 247:22, 247:23, 247:25, 248:1, 248:3, 248:5, 248:11, 248:12, 248:13, 248:14, 248:16, 248:18, 248:19, 248:20, 248:25, 249:14, 249:21, 250:1, 250:4, 250:8, 250:12, 250:23, 250:24, 251:4, 251:6, 251:9, 252:6, 252:12, 252:15, 252:16, 252:17, 252:18, 252:21, 252:22, 253:3 **THAT'S** [21] - 21:10, 29:8, 29:20, 38:1, 38:5, 44:14, 45:20, 46:7, 74:18, 76:14, 98:10, 117:21, 127:6, 132:4, 164:17, 168:7, 181:1, 198:21, 206:11, 210:2,

213:13 **THE** [2887] - 1:1, 1:2, 1:11, 2:2, 2:8, 3:1, 3:2, 3:5, 3:8, 3:10, 3:11, 3:12, 3:14, 3:16, 3:19, 3:20, 3:23, 3:24, 4:2, 4:3, 4:6, 4:7, 4:10, 4:11, 4:14, 4:18, 4:20, 4:23, 5:1, 5:5, 5:6, 5:8, 5:11, 5:13, 5:16, 5:17, 5:18, 5:23, 5:25, 6:2, 6:3, 6:5, 6:7, 6:8, 6:10, 6:11, 6:15, 6:17, 6:18, 6:19, 6:20, 6:21, 6:22, 6:23, 7:1, 7:4, 7:7, 7:9, 7:10, 7:11, 7:12, 7:14, 7:15, 7:17, 7:21, 7:22, 7:23, 7:24, 8:1, 8:4, 8:5, 8:6, 8:9, 8:10, 8:11, 8:12, 8:14, 8:15, 8:17, 8:18, 8:20, 8:21, 8:22, 8:25, 9:1, 9:2, 9:3, 9:4, 9:6, 9:10, 9:11, 9:12, 9:13, 9:18, 9:19, 9:22, 9:24, 9:25, 10:1, 10:2, 10:5, 10:6, 10:9, 10:10, 10:14, 10:15, 10:16, 10:17, 10:21, 10:23, 10:25, 11:1, 11:2, 11:4, 11:5, 11:9, 11:13, 11:17, 11:18, 11:20, 11:24, 12:4, 12:5, 12:6, 12:7, 12:8, 12:9, 12:11, 12:13, 12:14, 12:16, 12:18, 12:20, 12:22, 12:24, 12:25, 13:1, 13:2, 13:3, 13:6, 13:7, 13:14, 13:17, 13:20, 13:25, 14:1, 14:3, 14:4, 14:5, 14:7, 14:17, 14:23, 14:25, 15:1, 15:2, 15:3, 15:4, 15:5, 15:6, 15:7, 15:11, 15:14, 15:17, 15:19, 15:21, 15:22, 16:2, 16:4, 16:5, 16:7, 16:8, 16:13, 16:17, 16:19, 16:21, 16:22, 16:23, 16:24, 17:3, 17:4, 17:8, 17:10, 17:13, 17:18, 17:21, 18:2, 18:4, 18:7, 18:9, 18:11, 18:13, 18:15, 18:16,

18:17, 18:20, 18:21, 18:22, 19:2, 19:3, 19:7, 19:13, 19:14, 19:16, 19:21, 19:23, 19:24, 20:1, 20:5, 20:6, 20:7, 20:13, 20:14, 20:16, 20:19, 20:22, 21:1, 21:3, 21:5, 21:6, 21:10, 21:11, 21:12, 21:13, 21:14, 21:15, 21:16, 21:18, 21:20, 21:25, 22:2, 22:4, 22:5, 22:6, 22:7, 22:9, 22:10, 22:13, 22:23, 23:1, 23:4, 23:8, 23:11, 23:14, 23:18, 23:23, 24:5, 24:6, 24:10, 24:12, 24:16, 24:17, 24:18, 24:19, 24:24, 25:1, 25:2, 25:6, 25:7, 25:9, 25:10, 25:13, 25:16, 25:18, 25:20, 25:22, 25:24, 26:1, 26:3, 26:5, 26:7, 26:10, 26:11, 26:12, 26:13, 26:15, 26:16, 26:19, 27:2, 27:8, 27:9, 27:11, 27:14, 27:15, 27:16, 27:18, 27:20, 27:22, 27:24, 27:25, 28:2, 28:3, 28:6, 28:9, 28:10, 28:13, 28:15, 28:17, 28:21, 28:22, 28:23, 28:24, 28:25, 29:3, 29:5, 29:7, 29:10, 29:14, 29:15, 29:16, 29:17, 29:18, 29:24, 30:3, 30:7, 30:8, 30:11, 30:13, 30:20, 30:21, 30:23, 30:24, 31:2, 31:3, 31:5, 31:7, 31:8, 31:11, 31:14, 31:15, 31:18, 31:19, 31:20, 31:21, 31:22, 31:23, 32:2, 32:5, 32:6, 32:10, 32:11, 32:19, 32:20, 32:25, 33:5, 33:10, 33:11, 33:16, 33:17, 33:19, 33:21, 33:23, 33:24, 33:25, 34:1, 34:2, 34:4, 34:5, 34:15, 34:16, 34:17, 34:25, 35:3, 35:6, 35:7, 35:9, 35:13, 35:14, 35:15, 35:17, 35:18, 35:21, 35:24, 36:2, 36:3, 36:4, 36:8,

36:11, 36:12, 36:13, 36:14, 36:17, 36:20, 36:21, 36:24, 37:1, 37:3, 37:5, 37:9, 37:15, 37:16, 37:24, 37:25, 38:9, 38:13, 38:15, 38:16, 38:20, 38:21, 38:22, 38:25, 39:2, 39:3, 39:5, 39:7, 39:8, 39:9, 39:13, 39:14, 39:15, 39:16, 39:17, 39:18, 39:20, 39:21, 39:24, 39:25, 40:1, 40:2, 40:4, 40:6, 40:10, 40:11, 40:14, 40:15, 40:16, 40:17, 40:19, 40:21, 40:22, 41:1, 41:6, 41:7, 41:10, 41:11, 41:12, 41:13, 41:19, 41:20, 41:23, 41:25, 42:2, 42:4, 42:6, 42:7, 42:8, 42:10, 42:12, 42:13, 42:14, 42:15, 42:18, 42:20, 42:21, 42:22, 42:23, 43:1, 43:2, 43:5, 43:6, 43:10, 43:13, 43:16, 43:17, 43:19, 43:20, 43:22, 43:23, 43:25, 44:2, 44:4, 44:5, 44:6, 44:8, 44:9, 44:10, 44:11, 44:15, 44:17, 44:23, 44:24, 44:25, 45:2, 45:4, 45:7, 45:10, 45:11, 45:12, 45:13, 45:14, 45:15, 45:17, 45:18, 45:22, 45:23, 45:25, 46:1, 46:3, 46:5, 46:6, 46:8, 46:9, 46:10, 46:11, 46:12, 46:14, 46:17, 46:18, 46:20, 46:22, 46:23, 47:1, 47:2, 47:3, 47:7, 47:8, 47:9, 47:13, 47:16, 47:17, 47:18, 47:19, 47:20, 47:22, 47:23, 47:25, 48:1, 48:2, 48:4, 48:6, 48:7, 48:10, 48:11, 48:12, 48:13, 48:16, 48:20, 48:21, 49:5, 49:6, 49:8, 49:10, 49:15, 49:16, 49:17, 49:18, 49:25, 50:1, 50:3, 50:4, 50:9, 50:10, 50:11, 50:13, 50:16, 50:19, 50:20, 50:21, 50:23, 50:24,

50:25, 51:2, 51:4, 51:7, 51:11, 51:12, 51:13, 51:15, 51:16, 51:17, 51:18, 51:19, 51:20, 51:21, 51:24, 52:2, 52:4, 52:5, 52:6, 52:9, 52:11, 52:14, 52:15, 52:16, 52:18, 52:19, 52:21, 52:23, 53:2, 53:4, 53:6, 53:10, 53:15, 53:17, 53:18, 53:20, 53:23, 54:2, 54:5, 54:8, 54:12, 54:14, 54:17, 54:18, 54:21, 54:22, 54:23, 55:5, 55:10, 55:11, 55:12, 55:18, 55:19, 55:22, 56:1, 56:12, 56:14, 56:20, 56:24, 57:2, 57:5, 57:8, 57:12, 57:22, 57:23, 57:25, 58:1, 58:3, 58:5, 58:15, 58:18, 58:19, 58:20, 58:21, 58:22, 58:24, 59:2, 59:3, 59:6, 59:15, 60:17, 60:24, 61:2, 61:3, 61:5, 61:6, 61:15, 62:2, 62:3, 62:10, 62:12, 63:4, 63:12, 63:15, 63:20, 63:21, 64:1, 64:4, 64:10, 64:11, 64:13, 64:18, 64:21, 64:24, 64:25, 65:1, 65:2, 65:5, 65:8, 65:12, 65:17, 65:19, 65:20, 65:23, 66:2, 66:4, 66:5, 66:6, 66:8, 66:11, 66:13, 66:17, 66:19, 66:25, 67:2, 67:4, 67:7, 67:10, 67:12, 67:16, 67:21, 67:22, 68:3, 68:7, 68:10, 68:13, 68:17, 68:21, 68:22, 68:23, 68:24, 68:25, 69:2, 69:6, 69:11, 69:14, 69:15, 69:17, 69:22, 69:23, 70:1, 70:2, 70:7, 70:10, 70:11, 70:13, 70:16, 70:17, 70:18, 70:20, 70:21, 70:22, 71:1, 71:8, 71:9, 71:17, 71:20, 71:23, 71:24, 72:1, 72:7, 72:11, 73:3, 73:11, 73:12, 73:13, 73:14, 73:21, 73:22, 73:24, 73:25, 74:3, 74:9,

74:17, 74:19, 75:3,
75:5, 75:6, 75:8,
75:9, 75:11, 75:12,
75:15, 75:18, 75:21,
75:23, 75:25, 76:5,
76:6, 76:7, 76:8,
76:14, 76:23, 77:1,
77:2, 77:5, 77:6,
77:10, 77:12, 77:13,
77:14, 77:15, 77:23,
77:24, 78:2, 78:4,
78:8, 78:10, 78:11,
78:16, 78:18, 78:19,
78:20, 78:23, 79:5,
79:9, 79:19, 79:20,
80:8, 80:9, 80:11,
80:14, 80:17, 80:19,
81:4, 81:5, 81:7,
81:10, 81:12, 81:13,
81:18, 81:20, 81:21,
81:22, 81:23, 82:1,
82:2, 82:9, 82:13,
82:14, 82:15, 82:16,
82:17, 82:18, 82:19,
82:23, 83:2, 83:3,
83:4, 83:6, 83:7,
83:9, 83:10, 83:17,
83:19, 83:23, 83:24,
83:25, 84:2, 84:3,
84:5, 84:6, 84:9,
84:10, 84:11, 84:18,
84:21, 84:22, 85:4,
85:5, 85:7, 85:8,
85:10, 85:11, 85:13,
85:16, 85:18, 85:19,
85:22, 85:23, 85:25,
86:4, 86:5, 86:8,
86:11, 86:14, 86:18,
86:20, 86:25, 87:2,
87:3, 87:7, 87:9,
87:10, 87:12, 87:15,
87:17, 87:20, 88:3,
88:4, 88:5, 88:7,
88:9, 88:13, 88:14,
88:15, 88:17, 88:19,
88:20, 88:22, 88:25,
89:2, 89:3, 89:6,
89:7, 89:9, 89:11,
89:13, 89:16, 89:17,
89:18, 89:20, 89:22,
89:23, 89:25, 90:1,
90:2, 90:5, 90:8,
90:10, 90:11, 90:13,
90:15, 90:16, 90:17,
90:19, 90:21, 90:22,
90:24, 90:25, 91:1,
91:3, 91:6, 91:9,
91:12, 91:13, 91:14,
91:16, 91:19, 91:20,
91:23, 92:1, 92:3,
92:4, 92:5, 92:6,

92:8, 92:9, 92:12,
92:14, 92:16, 92:17,
92:21, 92:23, 92:24,
92:25, 93:1, 93:3,
93:5, 93:7, 93:8,
93:9, 93:12, 93:13,
93:17, 93:19, 93:23,
94:6, 94:8, 94:10,
94:12, 94:18, 94:19,
94:23, 95:1, 95:4,
95:7, 95:8, 95:10,
95:11, 95:14, 95:21,
96:2, 96:5, 96:6,
96:9, 96:16, 96:22,
97:1, 97:4, 97:10,
97:13, 97:16, 98:2,
98:3, 98:9, 98:11,
98:13, 98:14, 98:19,
98:23, 99:6, 99:7,
99:8, 99:11, 99:15,
99:20, 99:22, 100:1,
100:5, 100:7, 100:8,
100:15, 100:16,
100:20, 100:23,
100:25, 101:1,
101:3, 101:7,
101:10, 101:11,
101:12, 101:15,
101:19, 101:21,
101:22, 101:23,
102:1, 102:2, 102:6,
102:7, 102:10,
102:13, 102:14,
102:15, 102:19,
102:22, 102:23,
103:1, 103:3, 103:4,
103:6, 103:8,
103:11, 103:13,
103:14, 103:16,
103:19, 103:25,
104:3, 104:9,
104:11, 104:14,
104:15, 104:18,
104:21, 104:22,
105:2, 105:8, 105:9,
105:10, 105:11,
105:15, 105:18,
105:19, 105:20,
105:22, 105:24,
106:2, 106:7,
106:10, 106:11,
106:12, 106:13,
106:18, 106:21,
106:22, 107:3,
107:5, 107:6, 107:7,
107:9, 107:11,
107:13, 107:16,
107:22, 107:23,
108:6, 108:10,
108:12, 108:15,
108:20, 108:21,

109:3, 109:5, 109:7,
109:8, 109:13,
109:14, 109:16,
109:18, 109:20,
109:24, 109:25,
110:1, 110:2, 110:3,
110:4, 110:5, 110:8,
110:10, 110:12,
110:13, 110:15,
110:17, 110:19,
110:21, 110:23,
110:24, 110:25,
111:1, 111:2, 111:5,
111:6, 111:8, 111:9,
111:10, 111:14,
111:23, 111:25,
112:5, 112:6, 112:7,
112:11, 112:12,
112:13, 112:14,
112:19, 112:21,
112:22, 112:23,
112:24, 113:1,
113:2, 113:5, 113:8,
113:9, 113:11,
113:12, 113:13,
113:14, 113:15,
113:18, 113:19,
113:20, 113:24,
114:4, 114:12,
114:13, 114:15,
114:21, 115:9,
115:15, 115:16,
115:20, 116:1,
116:9, 116:15,
116:17, 116:18,
116:19, 116:22,
117:2, 117:13,
117:15, 118:18,
118:22, 118:24,
118:25, 119:2,
119:4, 119:5,
119:11, 119:17,
119:25, 120:3,
120:4, 120:6, 120:9,
120:13, 120:15,
120:18, 120:19,
120:21, 120:22,
120:24, 121:2,
121:3, 121:6, 121:9,
121:11, 121:18,
121:19, 121:21,
122:14, 122:24,
123:11, 123:14,
123:15, 123:18,
123:20, 124:7,
124:9, 124:11,
125:1, 125:4, 125:9,
125:16, 125:18,
125:23, 126:6,
126:11, 126:17,
126:18, 126:20,

127:2, 127:13,
127:16, 127:18,
127:21, 127:24,
128:4, 128:12,
128:14, 128:16,
128:21, 128:24,
129:5, 129:6,
129:14, 129:15,
129:17, 129:20,
129:22, 129:24,
130:2, 130:20,
130:21, 131:1,
131:2, 131:5, 131:6,
131:16, 131:18,
131:20, 131:24,
132:2, 132:6,
132:12, 132:13,
132:14, 132:18,
132:19, 132:20,
132:23, 133:5,
133:8, 133:11,
133:12, 133:13,
134:1, 134:6, 134:7,
134:9, 134:10,
134:11, 134:21,
134:22, 134:24,
134:25, 135:1,
135:2, 135:3, 135:5,
135:9, 135:12,
135:16, 135:17,
135:23, 136:1,
136:3, 136:5,
136:12, 136:13,
136:16, 136:17,
136:18, 136:23,
137:2, 137:8, 137:9,
137:22, 137:25,
138:1, 138:7,
138:10, 138:13,
138:17, 138:23,
139:1, 139:3, 139:4,
139:5, 139:12,
139:16, 139:17,
139:22, 139:25,
140:5, 140:6,
140:10, 140:11,
140:15, 140:17,
140:20, 140:23,
141:5, 141:6, 141:9,
141:11, 141:13,
141:15, 141:16,
141:17, 141:19,
141:23, 141:25,
142:2, 142:4,
142:13, 142:18,
142:20, 143:5,
143:6, 143:10,
143:13, 143:14,
143:20, 143:23,
144:1, 144:3,
144:14, 144:20,

144:21, 144:23,
144:25, 145:6,
145:9, 145:14,
145:16, 145:18,
145:22, 146:9,
146:10, 146:12,
146:13, 146:19,
146:25, 147:3,
147:4, 147:9,
147:11, 147:16,
147:17, 147:20,
147:22, 148:1,
148:5, 148:7, 148:8,
148:12, 148:20,
148:22, 149:2,
149:7, 149:12,
149:25, 150:2,
150:4, 150:5, 150:7,
150:15, 150:19,
150:20, 150:21,
150:22, 150:24,
151:2, 151:3, 151:4,
151:6, 151:11,
151:12, 151:13,
151:15, 151:18,
151:20, 151:22,
151:23, 151:25,
152:2, 152:3, 152:6,
152:7, 152:14,
152:15, 152:19,
152:20, 152:24,
153:1, 153:3, 153:5,
153:9, 153:16,
153:23, 153:24,
154:3, 154:4, 154:6,
154:7, 154:8, 154:9,
154:18, 154:20,
154:22, 155:2,
155:3, 155:7, 155:8,
155:12, 155:17,
155:18, 155:19,
155:20, 155:23,
155:24, 155:25,
156:3, 156:6, 156:7,
156:8, 156:14,
156:15, 156:17,
156:19, 156:20,
156:21, 156:25,
157:3, 157:6, 157:7,
157:8, 157:10,
157:14, 157:16,
157:18, 157:20,
157:22, 158:2,
158:4, 158:9,
158:10, 158:11,
158:12, 158:13,
158:14, 158:15,
158:16, 158:18,
158:19, 158:21,
158:22, 158:24,
159:1, 159:3, 159:4,

159:7, 159:8,
159:10, 159:12,
159:14, 159:18,
159:21, 159:22,
159:23, 159:25,
160:7, 160:9,
160:11, 160:14,
160:15, 160:17,
160:21, 160:22,
160:23, 160:24,
160:25, 161:1,
161:2, 161:3, 161:4,
161:6, 161:7, 161:8,
161:10, 161:13,
161:14, 161:16,
161:20, 161:23,
162:1, 162:2, 162:3,
162:4, 162:5, 162:8,
162:10, 162:12,
162:16, 162:20,
162:21, 162:22,
162:24, 163:3,
163:8, 163:11,
163:14, 163:15,
163:17, 163:19,
163:20, 163:22,
163:24, 164:1,
164:2, 164:5, 164:6,
164:7, 164:10,
164:12, 164:13,
164:14, 164:16,
164:17, 164:19,
164:20, 165:7,
165:9, 165:16,
165:22, 166:1,
166:4, 166:11,
166:13, 166:15,
166:18, 166:24,
167:1, 167:17,
167:19, 167:21,
168:1, 168:7,
168:10, 168:12,
168:23, 168:24,
169:1, 169:7,
169:19, 169:20,
169:22, 169:24,
170:6, 170:9,
170:11, 170:12,
170:14, 170:15,
170:21, 170:22,
170:25, 171:1,
171:2, 171:3, 171:4,
171:15, 172:12,
172:17, 172:18,
172:19, 172:22,
172:23, 172:24,
173:1, 173:2, 173:3,
173:5, 173:6,
173:20, 173:22,
174:1, 174:10,
174:11, 174:16,

174:19, 174:21,
174:23, 174:24,
174:25, 175:1,
175:2, 175:3, 175:4,
175:5, 175:6, 175:7,
175:9, 175:12,
175:14, 175:16,
175:17, 175:21,
175:24, 176:3,
176:4, 176:5, 176:6,
176:7, 176:10,
176:11, 176:12,
176:14, 176:15,
176:16, 176:17,
176:19, 176:21,
176:22, 176:23,
177:2, 177:3, 177:4,
177:11, 177:13,
177:17, 177:24,
178:6, 178:7,
178:10, 178:14,
178:17, 178:21,
178:22, 178:25,
179:7, 179:14,
179:16, 179:18,
179:23, 179:25,
180:3, 180:6, 180:7,
180:9, 180:10,
180:11, 180:12,
180:13, 180:14,
180:15, 180:20,
180:24, 181:11,
181:12, 181:13,
181:14, 181:17,
181:18, 181:19,
181:23, 181:25,
182:4, 182:7,
182:10, 182:12,
182:14, 182:15,
182:17, 182:18,
182:20, 182:25,
183:1, 183:3, 183:6,
183:7, 183:10,
183:11, 183:13,
183:15, 183:16,
183:17, 183:19,
183:20, 183:24,
184:1, 184:5, 184:9,
184:10, 184:11,
184:13, 184:14,
184:16, 184:17,
184:19, 184:20,
184:22, 184:23,
185:1, 185:3, 185:5,
185:8, 185:10,
185:12, 185:15,
185:16, 185:18,
185:19, 185:20,
185:21, 185:23,
185:25, 186:3,
186:4, 186:5, 186:8,

186:9, 186:10,
186:11, 186:12,
186:13, 186:14,
186:16, 186:18,
186:19, 186:22,
186:23, 186:24,
187:1, 187:3, 187:4,
187:7, 187:12,
187:13, 187:15,
187:17, 187:20,
187:21, 187:22,
187:24, 188:1,
188:2, 188:12,
188:13, 188:14,
188:16, 188:17,
188:21, 188:22,
188:23, 188:25,
189:1, 189:4, 189:5,
189:9, 189:11,
189:18, 189:20,
190:2, 190:9,
190:10, 190:16,
190:17, 190:21,
191:1, 191:2, 191:3,
191:4, 191:5, 191:7,
191:9, 191:11,
191:16, 191:19,
191:20, 191:21,
192:3, 192:6, 192:8,
192:9, 192:10,
192:12, 192:13,
192:18, 192:21,
192:25, 193:2,
193:7, 193:9,
193:17, 193:24,
193:25, 194:2,
194:3, 194:5, 194:6,
194:8, 194:10,
194:11, 194:14,
194:15, 194:16,
194:17, 194:20,
194:25, 195:3,
195:8, 195:10,
195:14, 195:15,
195:24, 196:3,
196:7, 196:10,
196:11, 196:16,
197:2, 197:3, 197:6,
197:7, 197:10,
197:11, 197:22,
198:5, 198:10,
198:11, 198:13,
198:17, 198:22,
198:23, 199:2,
199:7, 199:11,
199:14, 199:23,
200:9, 200:13,
200:17, 201:3,
201:12, 201:14,
201:16, 201:19,
201:22, 201:25,

202:6, 202:13,
202:17, 202:19,
202:21, 202:23,
203:16, 203:19,
204:1, 204:3, 204:9,
204:11, 204:13,
204:14, 204:17,
204:18, 204:20,
204:21, 204:22,
204:23, 204:24,
204:25, 205:1,
205:3, 205:4, 205:6,
205:9, 205:11,
205:14, 205:16,
205:18, 205:21,
205:23, 205:25,
206:1, 206:2, 206:3,
206:4, 206:5, 206:7,
206:8, 206:9,
206:10, 206:13,
206:14, 206:16,
206:17, 206:18,
206:19, 206:20,
206:22, 206:24,
206:25, 207:2,
207:5, 207:6,
207:10, 207:11,
207:12, 207:14,
207:15, 207:16,
207:18, 207:19,
207:20, 207:21,
208:1, 208:3, 208:6,
208:7, 208:13,
208:15, 208:16,
208:17, 208:20,
208:23, 209:1,
209:3, 209:5, 209:7,
209:8, 209:9,
209:10, 209:12,
209:20, 209:21,
209:22, 209:24,
210:4, 210:11,
210:14, 210:16,
210:19, 210:20,
210:22, 211:1,
211:5, 211:7, 211:9,
211:14, 211:16,
211:17, 211:18,
211:21, 211:22,
211:24, 212:5,
212:7, 212:9,
212:14, 212:20,
212:22, 212:23,
213:1, 213:2, 213:3,
213:4, 213:5, 213:7,
213:10, 213:11,
213:12, 213:13,
213:14, 213:16,
213:17, 213:18,
213:19, 213:20,
213:22, 213:23,

213:24, 214:2,
214:3, 214:4,
214:11, 214:12,
214:14, 214:16,
214:21, 214:25,
215:1, 215:6, 215:7,
215:8, 215:9,
215:10, 215:13,
215:15, 215:18,
215:21, 215:22,
215:23, 215:24,
215:25, 216:1,
216:2, 216:3, 216:4,
216:5, 216:9,
216:10, 216:12,
216:14, 216:19,
216:20, 216:21,
216:25, 217:1,
217:3, 217:4, 217:6,
217:7, 217:8,
217:12, 217:14,
217:15, 217:16,
217:18, 217:20,
217:21, 217:23,
218:3, 218:5, 218:8,
218:10, 218:13,
218:15, 218:17,
218:19, 218:20,
218:23, 219:2,
219:4, 219:6, 219:8,
219:10, 219:14,
219:15, 219:17,
219:19, 219:20,
219:21, 219:22,
219:24, 219:25,
220:1, 220:5, 220:8,
220:11, 220:13,
220:22, 220:25,
221:1, 221:2, 221:3,
221:4, 221:6, 221:7,
221:14, 221:15,
221:17, 221:19,
221:21, 221:22,
221:25, 222:1,
222:4, 222:7, 222:9,
222:10, 222:11,
222:12, 222:13,
222:14, 222:15,
222:17, 222:18,
222:24, 222:25,
223:1, 223:6, 223:7,
223:11, 223:14,
223:16, 223:19,
223:24, 223:25,
224:1, 224:2, 224:3,
224:6, 224:7,
224:10, 224:12,
224:13, 224:14,
224:17, 224:18,
224:20, 224:21,
224:24, 224:25,

225:1, 225:3, 225:5,
225:9, 225:10,
225:12, 225:15,
225:18, 225:19,
225:20, 225:22,
225:24, 225:25,
226:2, 226:3, 226:5,
226:8, 226:10,
226:11, 226:12,
226:14, 226:15,
226:16, 226:17,
226:18, 226:19,
226:20, 226:21,
226:23, 226:24,
227:1, 227:4, 227:5,
227:6, 227:8,
227:10, 227:11,
227:12, 227:13,
227:15, 227:19,
227:23, 228:5,
228:11, 228:13,
228:15, 228:16,
228:23, 228:25,
229:1, 229:4, 229:7,
229:8, 229:10,
229:16, 229:20,
229:23, 229:24,
229:25, 230:1,
230:5, 230:8,
230:15, 230:18,
231:2, 231:7, 231:9,
231:11, 231:14,
231:16, 231:18,
231:23, 232:2,
232:4, 232:5, 232:6,
232:8, 232:9,
232:11, 232:12,
232:13, 232:14,
232:15, 232:19,
232:22, 233:2,
233:4, 233:7, 233:9,
233:10, 233:13,
233:14, 233:15,
233:17, 233:18,
233:19, 233:20,
234:3, 234:4, 234:6,
234:9, 234:14,
234:16, 234:20,
234:22, 234:24,
234:25, 235:7,
235:9, 235:11,
235:15, 235:16,
235:20, 235:22,
235:24, 235:25,
236:1, 236:2, 236:6,
236:7, 236:9,
236:10, 236:11,
236:12, 236:16,
236:17, 236:21,
237:4, 237:8,
237:10, 237:13,

237:14, 237:15,
237:16, 237:17,
237:18, 237:21,
237:22, 238:2,
238:4, 238:6, 238:9,
238:10, 238:12,
238:14, 238:18,
238:19, 238:21,
238:22, 238:23,
239:1, 239:3,
239:10, 239:12,
239:13, 239:14,
239:15, 239:18,
239:22, 239:25,
240:6, 240:8, 240:9,
240:11, 240:12,
240:19, 240:22,
240:25, 241:8,
241:10, 241:12,
241:16, 241:20,
241:22, 242:1,
242:3, 242:5, 242:8,
242:11, 242:15,
242:16, 242:17,
242:18, 242:19,
242:20, 242:22,
242:25, 243:5,
243:6, 243:8,
243:10, 243:11,
243:13, 243:14,
243:15, 243:16,
243:18, 243:19,
243:20, 243:23,
243:24, 244:3,
244:4, 244:10,
244:11, 244:15,
244:17, 244:18,
244:21, 244:23,
244:25, 245:4,
245:5, 245:7, 245:9,
245:12, 245:13,
245:14, 245:16,
245:19, 245:20,
245:24, 245:25,
246:6, 246:7, 246:8,
246:9, 246:11,
246:14, 246:15,
246:19, 246:23,
246:24, 246:25,
247:2, 247:6, 247:7,
247:10, 247:11,
247:13, 247:15,
247:17, 247:18,
247:19, 247:21,
247:23, 247:25,
248:1, 248:4, 248:7,
248:8, 248:9,
248:10, 248:12,
248:13, 248:14,
248:15, 248:16,
248:21, 248:23,

248:24, 249:1,
249:3, 249:5, 249:6,
249:11, 249:16,
249:17, 249:18,
249:19, 249:21,
249:24, 250:3,
250:4, 250:5, 250:6,
250:7, 250:8,
250:11, 250:12,
250:13, 250:14,
250:15, 250:16,
250:21, 250:22,
251:4, 251:5, 251:9,
251:10, 251:12,
251:14, 251:15,
251:16, 251:17,
251:19, 251:20,
251:21, 251:22,
251:23, 252:1,
252:2, 252:4, 252:5,
252:8, 252:14,
252:18, 253:3, 253:4
**THEIR** [128] - 6:4,
6:15, 7:7, 11:10,
11:11, 11:15, 12:6,
12:11, 13:16, 13:17,
13:23, 23:5, 27:12,
30:15, 34:16, 35:5,
35:6, 44:22, 47:4,
52:21, 52:22, 53:22,
59:19, 67:5, 72:10,
79:15, 79:17, 80:4,
90:7, 95:1, 96:19,
98:21, 98:25,
100:24, 112:15,
124:24, 125:21,
125:22, 126:2,
126:20, 129:18,
130:1, 132:2,
132:13, 132:18,
145:25, 146:4,
149:11, 151:13,
151:14, 152:1,
153:9, 153:18,
156:12, 170:19,
171:6, 176:8,
177:10, 177:11,
177:20, 177:21,
177:22, 177:23,
178:17, 179:22,
180:22, 181:9,
182:24, 188:3,
188:10, 188:19,
189:21, 189:22,
190:11, 190:13,
190:14, 192:19,
193:1, 193:3, 193:4,
199:6, 199:15,
199:20, 199:22,
200:12, 201:7,
202:20, 202:22,

203:15, 205:3,
205:8, 205:10,
205:15, 206:22,
207:7, 207:9,
208:18, 209:9,
211:11, 212:2,
212:3, 216:22,
218:23, 218:24,
220:20, 221:2,
221:3, 221:18,
225:9, 225:24,
229:17, 230:4,
230:8, 230:20,
231:1, 232:24,
235:8, 243:25,
247:20, 249:4,
249:12, 249:13,
249:18, 251:23
**THEM** [87] - 3:15,
3:17, 3:21, 8:15, 9:9,
12:11, 14:5, 23:22,
25:2, 26:23, 33:13,
34:1, 34:20, 35:8,
44:22, 45:6, 46:13,
51:5, 53:4, 62:19,
67:19, 87:5, 91:7,
95:9, 106:1, 106:2,
107:15, 109:10,
114:9, 114:19,
118:17, 124:1,
125:24, 128:22,
130:3, 130:6, 130:8,
132:2, 133:9,
136:19, 137:14,
137:24, 137:25,
140:10, 145:23,
146:3, 147:1,
148:10, 149:2,
153:1, 168:24,
169:8, 177:25,
178:19, 178:20,
179:15, 179:22,
180:17, 180:19,
180:22, 182:15,
182:24, 189:22,
190:12, 190:15,
190:16, 190:20,
194:18, 194:19,
194:21, 200:12,
201:17, 203:7,
208:23, 214:8,
214:19, 214:24,
214:25, 216:12,
216:22, 218:9,
221:22, 224:15,
225:2, 235:5
**THEME** [2] - 17:17,
25:23
**THEMSELVES** [5] -
33:1, 238:19, 243:8,
243:11, 243:16

**THEN** [79] - 3:13, 8:16,
9:12, 11:5, 14:17,
15:14, 18:17, 23:3,
26:8, 26:9, 29:25,
32:9, 32:17, 33:8,
36:6, 37:21, 41:5,
41:16, 57:9, 58:6,
60:7, 63:10, 69:5,
70:5, 71:7, 75:9,
76:3, 76:6, 78:12,
78:14, 80:17, 81:15,
81:23, 83:14, 87:12,
87:15, 132:1,
135:16, 136:2,
139:25, 144:18,
159:15, 161:9,
161:22, 167:2,
167:6, 167:10,
168:18, 173:6,
175:2, 175:9,
176:21, 177:4,
186:8, 186:14,
186:21, 186:23,
187:3, 188:3,
189:24, 197:10,
198:17, 206:6,
209:16, 210:5,
211:8, 212:7,
214:25, 218:9,
221:11, 221:21,
222:14, 223:10,
223:24, 237:11,
239:21, 250:6, 251:2
**THEORY** [6] - 16:12,
17:14, 17:16, 17:17,
19:11, 34:25
**THERE** [251] - 6:4,
6:11, 7:14, 10:25,
17:16, 17:25, 19:17,
19:20, 20:14, 20:18,
21:5, 21:9, 24:19,
24:22, 25:8, 25:9,
25:23, 26:12, 27:15,
27:20, 27:21, 28:1,
28:5, 28:6, 28:18,
30:4, 30:14, 32:6,
32:15, 32:16, 32:20,
32:21, 33:17, 35:8,
37:5, 37:9, 39:2,
39:13, 39:16, 39:18,
39:20, 39:22, 39:24,
39:25, 40:3, 40:7,
40:8, 41:3, 41:5,
41:14, 41:15, 41:16,
42:2, 42:5, 44:17,
45:1, 45:6, 45:23,
47:5, 53:3, 53:10,
53:20, 54:3, 56:21,
57:7, 57:11, 58:10,
60:12, 60:15, 60:23,
65:5, 68:9, 69:4,

70:9, 70:18, 71:16,
72:4, 72:18, 72:19,
74:3, 75:15, 75:16,
76:16, 76:18, 77:3,
79:22, 79:23, 82:13,
83:11, 84:13, 86:18,
87:20, 89:9, 91:3,
91:4, 91:13, 91:19,
94:11, 94:20, 99:19,
106:25, 108:17,
110:11, 111:3,
111:16, 111:18,
114:6, 114:18,
115:5, 116:17,
118:15, 119:12,
119:13, 122:6,
125:5, 125:13,
125:15, 126:8,
126:15, 128:19,
129:10, 130:14,
131:18, 133:1,
134:14, 134:25,
135:3, 135:10,
137:16, 143:8,
144:20, 145:10,
155:7, 159:15,
160:3, 160:4,
161:19, 164:21,
166:3, 167:22,
168:17, 173:16,
174:15, 175:15,
176:7, 176:8,
177:12, 178:11,
179:2, 183:2, 183:9,
183:16, 183:18,
183:19, 186:10,
186:15, 186:18,
186:25, 187:8,
187:19, 188:7,
188:8, 188:9, 189:7,
189:8, 189:12,
190:25, 192:13,
192:23, 195:17,
195:22, 195:23,
195:25, 196:15,
197:1, 197:12,
197:15, 197:18,
197:22, 202:3,
205:20, 208:22,
209:13, 211:11,
211:12, 211:17,
211:25, 213:10,
214:9, 215:5,
216:15, 217:3,
217:4, 217:8,
217:10, 219:3,
220:17, 222:1,
222:3, 222:11,
222:21, 223:4,
224:12, 225:7,
225:8, 227:14,

227:25, 228:1,
228:8, 229:15,
230:1, 231:1, 231:8,
231:14, 231:18,
231:19, 231:24,
233:25, 234:17,
235:7, 235:10,
237:13, 237:19,
238:11, 239:7,
240:1, 240:24,
241:2, 242:15,
243:15, 243:19,
243:21, 244:7,
244:20, 244:21,
244:23, 245:2,
246:1, 247:24,
247:25, 248:4,
248:5, 249:20,
249:23, 251:3
**THERE'S** [11] - 22:1,
27:19, 65:6, 163:14,
168:4, 169:21,
189:12, 195:18,
227:25, 248:17,
249:23
**THEREFORE** [16] -
13:14, 14:18, 21:8,
30:10, 36:11, 56:2,
72:10, 79:3, 196:19,
197:15, 205:13,
230:5, 230:10,
230:19, 237:20,
245:19
**THERETO** [1] - 5:18
**THESE** [116] - 6:18,
7:4, 7:6, 7:17, 13:15,
13:19, 14:3, 14:15,
25:5, 26:7, 26:22,
34:9, 34:18, 39:10,
41:5, 42:1, 45:16,
46:2, 57:20, 71:9,
75:2, 75:5, 77:5,
78:13, 86:2, 87:11,
87:19, 91:5, 92:10,
92:13, 94:12, 96:9,
110:12, 114:11,
116:20, 123:25,
125:25, 126:5,
127:14, 130:4,
131:12, 131:19,
138:3, 138:22,
140:8, 140:25,
141:23, 145:11,
147:4, 149:17,
150:25, 151:2,
151:9, 153:10,
155:19, 156:18,
160:4, 181:12,
186:6, 187:8, 187:9,
196:14, 196:18,
196:22, 198:19,

200:5, 200:11,
200:22, 201:6,
202:2, 202:4, 202:9,
207:7, 207:8,
208:20, 208:25,
210:25, 211:2,
211:12, 211:22,
212:20, 214:8,
214:13, 214:24,
215:11, 216:17,
216:21, 217:23,
222:5, 229:13,
229:20, 231:9,
231:18, 231:19,
231:25, 232:6,
232:16, 233:21,
235:1, 237:19,
237:20, 237:21,
238:11, 238:25,
239:5, 239:21,
243:9, 243:12,
244:5, 244:24,
245:11, 250:1,
250:9, 250:10,
250:20, 251:25
**THEY** [215] - 3:22,
6:20, 6:21, 6:22,
6:25, 7:2, 9:22,
13:18, 14:11, 14:17,
14:18, 26:18, 30:14,
31:11, 34:12, 34:19,
40:12, 40:13, 40:16,
40:17, 40:25, 41:15,
44:11, 47:7, 47:20,
47:23, 51:17, 53:10,
53:22, 56:1, 58:17,
58:18, 61:17, 61:18,
62:7, 65:10, 65:18,
66:18, 68:12, 69:25,
71:19, 77:10, 78:14,
79:12, 79:13, 80:5,
86:3, 87:12, 90:6,
94:9, 95:13, 98:20,
98:24, 103:18,
106:2, 106:6,
107:12, 107:14,
110:14, 114:10,
114:19, 119:5,
119:6, 121:16,
121:20, 125:11,
125:24, 126:3,
127:7, 127:8, 127:9,
132:16, 133:1,
137:14, 137:18,
137:23, 137:25,
140:7, 141:6,
141:20, 145:1,
145:2, 153:1, 153:2,
153:11, 158:13,
159:24, 164:24,
169:19, 171:5,

174:9, 175:2, 176:9,
177:22, 177:23,
177:25, 178:1,
178:12, 178:20,
179:17, 180:19,
181:8, 181:13,
181:16, 182:17,
182:18, 182:19,
182:21, 187:25,
188:4, 188:5,
188:10, 190:9,
190:13, 191:20,
192:21, 192:22,
192:25, 193:3,
197:24, 199:16,
200:6, 200:14,
201:23, 203:7,
205:2, 205:8,
205:12, 206:5,
208:19, 209:4,
209:23, 212:24,
214:2, 214:12,
215:3, 215:8,
215:11, 215:16,
216:3, 216:12,
216:13, 216:18,
217:7, 217:11,
217:16, 219:1,
219:11, 221:2,
221:7, 221:16,
221:21, 222:1,
223:2, 225:24,
226:10, 227:17,
227:19, 228:6,
228:16, 228:18,
228:19, 228:20,
228:24, 229:1,
229:7, 229:9,
229:11, 229:16,
230:4, 230:10,
231:5, 231:16,
231:18, 231:21,
233:2, 233:3, 235:1,
235:2, 235:25,
236:15, 236:16,
236:21, 237:4,
237:7, 237:25,
238:7, 239:4,
239:15, 239:18,
244:1, 244:13,
247:4, 247:14,
247:20, 248:16,
248:17, 248:18,
249:8, 249:9,
249:10, 250:6,
250:7, 251:9
**THING** [11] - 5:10,
5:20, 28:24, 50:9,
71:11, 76:14, 83:2,
94:17, 124:19,
188:25, 234:10

**THINGS** [12] - 14:15,
125:12, 129:14,
156:17, 161:19,
173:16, 192:17,
194:22, 209:24,
223:24, 236:5, 242:8
**THINK** [159] - 3:22,
8:20, 15:6, 16:10,
16:22, 17:5, 19:1,
20:5, 20:6, 20:11,
27:22, 29:3, 29:16,
29:22, 30:20, 31:13,
32:4, 32:10, 35:14,
35:22, 36:16, 37:3,
39:2, 39:12, 40:7,
40:8, 40:13, 41:13,
41:25, 42:3, 42:9,
42:10, 44:20, 44:23,
44:24, 44:25, 45:21,
45:22, 47:2, 49:4,
49:24, 50:20, 51:17,
51:24, 52:2, 52:15,
52:17, 53:4, 53:16,
53:24, 54:8, 68:17,
85:20, 88:4, 89:2,
89:3, 89:5, 93:14,
94:18, 95:2, 95:8,
106:6, 108:21,
108:24, 111:9,
111:18, 128:10,
136:24, 137:3,
137:6, 137:23,
139:5, 139:14,
146:1, 147:3, 155:5,
156:5, 156:16,
158:16, 161:3,
161:13, 161:17,
170:4, 173:6,
173:19, 177:9,
177:24, 179:3,
183:9, 186:2,
189:14, 190:4,
190:6, 191:19,
192:20, 204:5,
204:14, 209:20,
209:25, 210:9,
210:23, 212:11,
212:16, 213:1,
214:1, 215:10,
216:11, 216:13,
217:10, 217:14,
218:18, 218:25,
219:14, 219:16,
222:17, 223:6,
224:5, 224:11,
224:23, 225:17,
225:23, 226:17,
227:4, 227:8,
227:10, 233:1,
233:12, 233:24,
234:9, 236:18,

236:20, 236:24, 237:1, 237:24, 238:6, 238:7, 238:8, 239:7, 241:14, 243:16, 244:2, 244:14, 245:12, 245:25, 246:8, 246:10, 246:12, 246:24, 247:8, 247:21, 248:3, 248:10, 248:12, 250:8, 250:23, 251:3, 252:16

THINKS [3] - 24:20, 31:9, 41:9

THIRD [16] - 34:6, 49:2, 62:19, 157:20, 164:16, 185:20, 186:22, 187:3, 212:2, 212:7, 213:17, 216:25, 217:3, 218:7, 218:10, 229:4

THIRD-PARTY [5] - 34:6, 212:2, 218:7, 218:10, 229:4

THIRTIES [1] - 89:12

THIS [303] - 3:7, 3:11, 3:19, 6:16, 7:8, 7:18, 7:21, 8:4, 8:10, 13:10, 13:21, 13:25, 17:5, 17:12, 17:18, 18:4, 19:11, 20:15, 22:17, 24:14, 24:21, 25:9, 25:25, 26:13, 26:14, 26:22, 27:1, 27:10, 27:16, 28:7, 29:22, 30:2, 30:5, 34:14, 35:18, 37:9, 37:13, 39:1, 39:4, 40:19, 41:9, 41:17, 42:20, 44:9, 45:15, 45:24, 46:15, 47:13, 49:5, 51:13, 55:22, 57:1, 57:24, 64:2, 64:5, 64:16, 65:1, 65:4, 66:7, 66:24, 68:2, 68:3, 74:21, 75:7, 75:21, 76:12, 78:9, 78:19, 82:2, 82:10, 83:12, 83:19, 83:20, 84:4, 84:14, 86:25, 87:18, 87:21, 87:22, 87:24, 88:10, 92:21, 93:13, 94:9, 94:16, 95:2, 96:17, 97:12, 97:23, 99:8, 100:11, 100:14, 100:24, 101:7, 101:12, 103:1,

103:9, 106:11, 107:8, 108:4, 108:19, 108:25, 109:20, 109:21, 110:24, 111:4, 111:12, 111:13, 112:25, 114:11, 114:14, 120:11, 120:20, 122:23, 123:13, 123:22, 124:5, 124:19, 125:2, 126:19, 127:12, 133:13, 138:4, 138:25, 140:15, 140:20, 142:16, 142:17, 145:19, 145:23, 146:11, 146:15, 146:21, 146:24, 147:2, 147:10, 150:19, 151:21, 152:1, 152:10, 152:13, 154:18, 155:18, 155:20, 156:1, 156:8, 158:6, 158:11, 159:1, 159:3, 159:7, 159:12, 159:13, 159:17, 159:19, 160:2, 160:7, 160:13, 160:14, 160:24, 161:1, 161:25, 162:1, 162:15, 163:1, 172:11, 172:19, 175:24, 176:2, 178:9, 178:19, 180:4, 180:25, 181:5, 181:22, 181:24, 182:4, 182:6, 183:12, 184:1, 184:3, 184:9, 184:13, 184:14, 184:18, 184:21, 184:24, 185:3, 188:20, 189:1, 189:14, 189:16, 190:18, 190:25, 192:22, 193:23, 195:6, 196:1, 196:4, 197:21, 203:9, 204:19, 204:22, 204:24, 205:5, 206:13, 206:17, 206:24, 206:25, 207:2, 207:11, 207:12, 207:13, 207:15, 208:16, 209:7, 209:18, 211:3, 211:4, 212:18, 212:21,

212:24, 215:6, 215:17, 215:18, 215:20, 216:6, 217:5, 217:13, 218:12, 218:16, 218:20, 219:24, 220:8, 220:10, 220:23, 222:2, 222:11, 223:18, 224:14, 225:10, 225:11, 225:23, 226:13, 226:22, 227:13, 227:17, 227:24, 228:4, 228:14, 228:19, 229:23, 230:12, 231:7, 232:22, 233:11, 233:17, 234:6, 234:23, 236:11, 238:3, 239:4, 239:8, 239:17, 239:25, 240:13, 240:18, 240:22, 241:1, 243:2, 243:17, 244:2, 244:8, 244:15, 245:1, 245:8, 246:1, 246:2, 246:5, 246:9, 246:15, 246:22, 248:3, 248:6, 248:19, 249:8, 249:16, 249:24, 250:4, 250:14, 251:2, 251:15, 251:16, 251:24

THOROUGH [1] - 132:11

THOROUGHLY [1] - 228:8

THOSE [122] - 5:19, 6:8, 9:21, 13:2, 26:4, 26:21, 27:6, 28:22, 37:17, 38:9, 38:17, 39:6, 41:25, 43:3, 47:6, 48:3, 51:3, 52:15, 53:7, 59:4, 61:15, 61:21, 68:10, 68:24, 69:5, 69:8, 69:9, 71:15, 73:17, 73:18, 74:12, 79:10, 86:19, 86:20, 108:22, 110:11, 110:14, 111:18, 114:9, 114:18, 122:8, 125:15, 127:24, 128:7, 128:14, 128:19, 128:20, 129:20, 129:23, 129:25, 130:2, 133:14,

133:24, 135:21, 137:18, 142:2, 142:3, 142:5, 144:10, 147:14, 147:25, 148:6, 150:8, 152:7, 153:19, 154:19, 155:16, 163:7, 168:22, 169:1, 170:5, 170:6, 174:9, 175:12, 176:4, 176:5, 176:13, 176:15, 179:16, 182:23, 184:25, 185:17, 185:24, 188:4, 189:15, 190:8, 190:21, 195:3, 195:21, 196:3, 196:22, 196:25, 197:18, 198:3, 203:11, 205:12, 205:22, 206:8, 206:9, 206:10, 209:24, 214:1, 214:6, 216:19, 220:2, 223:1, 229:16, 231:12, 231:15, 233:1, 233:22, 234:5, 243:22, 244:12, 244:14, 247:15, 248:10, 249:11, 249:19, 251:8

THOUGH [4] - 37:7, 50:8, 51:15, 198:19

THOUGHT [5] - 29:11, 93:15, 183:21, 241:23, 248:5

THOUGHTFUL [1] - 251:24

THOUSAND [1] - 92:16

THOUSANDS [2] - 39:22

THREAT [1] - 140:24

THREATEN [1] - 250:16

THREATENING [2] - 137:19, 142:9

THREATENS [1] - 211:19

THREE [23] - 6:8, 21:25, 38:15, 38:18, 39:2, 42:17, 43:2, 69:9, 74:1, 116:4, 128:7, 128:14, 128:16, 128:19, 176:3, 180:19, 182:18, 183:1,

183:12, 185:24, 211:12, 214:14, 250:11

THRESHOLD [1] - 41:18

THROMBOSIS [1] - 103:22

THROUGH [50] - 7:14, 9:1, 10:3, 10:6, 10:10, 10:16, 13:18, 13:24, 14:9, 17:11, 24:6, 39:1, 42:3, 55:19, 56:11, 56:15, 57:1, 68:8, 73:5, 74:25, 84:7, 94:3, 100:3, 110:4, 114:17, 137:24, 147:12, 147:23, 148:9, 148:10, 165:12, 165:18, 169:19, 169:20, 176:2, 180:10, 180:25, 181:3, 199:20, 199:22, 203:8, 203:13, 205:17, 208:23, 209:15, 214:3, 215:1, 222:11, 236:6, 248:4

THROUGHOUT [10] - 26:5, 28:13, 62:12, 68:4, 152:7, 168:2, 170:3, 181:18, 183:15, 224:25

THURSDAY [1] - 1:8

THUS [3] - 41:14, 220:3, 241:5

TIED [1] - 51:19

TIER [10] - 175:4, 175:5, 175:9, 175:10, 175:12, 176:5, 176:14, 176:21, 177:4, 177:5

TIERS [1] - 185:17

TIME [79] - 5:14, 17:4, 20:23, 31:11, 43:6, 43:16, 51:23, 52:1, 57:15, 58:21, 58:25, 59:14, 59:23, 61:8, 64:16, 65:6, 69:23, 70:1, 70:2, 71:2, 71:23, 72:3, 75:6, 75:8, 79:23, 83:7, 85:8, 86:4, 88:6, 94:9, 94:20, 108:4, 108:10, 110:1, 116:20, 124:8, 131:13, 133:22, 134:8, 134:12, 134:15, 135:12,

141:16, 146:22, 154:17, 154:20, 155:11, 157:11, 160:2, 160:3, 160:7, 162:1, 164:5, 168:13, 172:4, 172:11, 177:10, 180:24, 183:12, 186:13, 188:10, 188:11, 188:20, 189:1, 192:13, 194:8, 194:10, 197:6, 208:24, 209:18, 209:21, 211:14, 217:13, 222:18, 234:12, 234:13, 242:12, 252:4, 252:19

**TIMES** [11] - 26:8, 26:12, 38:16, 107:23, 124:17, 124:18, 130:14, 133:1, 135:17, 155:13, 217:11

**TIMING** [3] - 129:22, 173:19, 193:2

**TITLE** [8] - 9:10, 47:21, 47:24, 117:22, 195:14, 231:22, 240:15, 247:5

**TO** [1233] - 3:20, 3:21, 3:22, 3:24, 5:14, 5:18, 6:2, 6:3, 6:6, 6:7, 6:15, 6:19, 7:2, 7:9, 7:10, 7:13, 7:17, 7:19, 7:24, 8:10, 8:12, 9:1, 9:7, 9:9, 9:16, 9:18, 9:21, 9:23, 10:25, 11:2, 11:8, 11:11, 11:16, 11:20, 12:5, 12:6, 12:7, 12:16, 13:7, 13:8, 13:12, 13:13, 13:14, 13:19, 13:20, 13:22, 13:25, 14:3, 14:10, 14:13, 14:14, 15:2, 15:3, 15:5, 15:8, 15:15, 16:8, 17:1, 17:10, 17:25, 18:7, 18:22, 18:23, 19:1, 19:6, 19:10, 19:12, 19:18, 20:4, 20:5, 20:6, 20:8, 20:11, 20:12, 20:14, 20:15, 20:23, 20:24, 20:25, 21:7, 21:22, 21:25, 22:17, 22:19, 23:1, 23:22, 23:24, 24:3, 24:4, 24:8, 24:10, 24:17, 24:21,

25:24, 26:13, 26:17, 26:24, 27:3, 27:10, 27:12, 27:15, 28:3, 28:25, 29:10, 29:12, 29:21, 29:22, 29:23, 30:5, 30:10, 30:12, 30:15, 30:19, 30:22, 31:6, 31:7, 31:8, 31:12, 31:18, 31:25, 32:5, 32:6, 32:7, 32:12, 32:16, 32:21, 33:7, 33:12, 33:13, 33:16, 33:22, 34:3, 34:4, 34:7, 34:9, 34:11, 34:12, 34:17, 34:19, 34:20, 34:22, 34:24, 35:5, 35:9, 35:14, 35:15, 35:16, 35:17, 35:21, 35:24, 36:1, 36:2, 36:9, 36:19, 37:2, 37:11, 37:19, 37:24, 37:25, 38:7, 38:12, 38:25, 39:4, 39:10, 39:21, 39:23, 39:25, 40:2, 40:11, 41:2, 41:4, 41:6, 41:17, 41:18, 41:21, 42:1, 42:2, 42:6, 42:8, 42:13, 42:21, 42:23, 43:2, 43:7, 43:11, 43:12, 43:13, 43:14, 43:15, 43:21, 43:25, 44:2, 44:8, 44:11, 44:13, 44:18, 44:22, 45:1, 45:2, 45:4, 45:9, 45:11, 45:12, 45:13, 45:14, 45:19, 45:21, 46:5, 46:12, 46:18, 46:20, 46:24, 47:1, 47:3, 47:11, 47:12, 47:13, 48:3, 48:8, 48:9, 48:10, 48:14, 48:15, 48:16, 48:23, 48:25, 49:3, 49:11, 49:14, 49:15, 49:18, 49:19, 49:22, 49:25, 50:1, 50:2, 50:11, 50:12, 50:22, 51:1, 51:2, 51:6, 51:13, 51:19, 51:20, 51:23, 52:1, 52:3, 52:10, 52:11, 52:12, 52:14, 52:20, 52:23, 53:4, 53:5, 53:14, 53:17, 53:18, 53:22, 53:25, 54:6, 54:9, 54:11, 54:14, 55:15, 56:2, 56:7, 56:23, 56:24, 56:25, 57:20, 57:25, 58:6, 58:12, 59:4,

59:6, 59:13, 60:4, 60:7, 60:10, 61:10, 62:6, 62:7, 62:9, 62:13, 62:15, 62:19, 62:20, 62:22, 62:25, 63:14, 64:2, 64:5, 64:16, 65:2, 65:9, 65:17, 65:21, 65:24, 66:6, 66:7, 66:11, 66:22, 67:2, 67:5, 67:8, 67:10, 67:14, 67:25, 68:5, 68:6, 68:13, 68:21, 68:22, 69:3, 69:6, 69:7, 69:8, 69:9, 69:11, 69:12, 70:4, 70:21, 70:22, 71:4, 71:7, 71:14, 71:23, 72:2, 72:3, 72:6, 72:7, 72:8, 72:20, 73:3, 73:17, 74:1, 74:17, 74:18, 74:19, 75:1, 76:1, 76:4, 76:7, 77:6, 77:22, 77:23, 78:8, 78:10, 78:11, 78:13, 78:17, 78:18, 78:22, 78:23, 78:24, 79:3, 79:9, 79:15, 79:16, 80:3, 80:13, 80:14, 80:21, 80:25, 81:2, 81:4, 81:7, 81:8, 81:14, 81:15, 81:17, 81:18, 81:19, 81:21, 82:6, 82:10, 82:11, 82:15, 82:16, 82:17, 82:18, 82:20, 82:21, 83:9, 83:11, 83:12, 83:19, 83:20, 83:23, 84:6, 84:17, 85:4, 85:18, 85:19, 86:1, 86:2, 86:5, 86:8, 86:13, 86:14, 86:21, 86:25, 87:2, 87:13, 87:17, 87:21, 87:23, 87:24, 88:6, 88:11, 88:17, 88:20, 89:4, 89:8, 89:13, 89:24, 91:5, 91:20, 92:1, 92:7, 92:10, 92:13, 92:15, 92:17, 92:18, 92:20, 93:9, 93:12, 94:2, 94:5, 94:10, 94:16, 94:18, 94:21, 95:7, 95:9, 95:10, 95:14, 96:4, 96:5, 96:10, 96:18, 96:21, 97:9, 97:15, 97:25, 98:1, 98:7, 98:17, 98:20, 98:24, 99:18, 99:20, 100:2, 100:11, 100:14,

100:18, 101:1, 101:6, 101:10, 101:25, 102:7, 102:13, 102:15, 104:8, 104:14, 104:21, 105:9, 105:15, 106:8, 107:14, 108:7, 108:13, 108:14, 108:15, 108:20, 109:3, 109:10, 109:13, 111:2, 111:7, 112:2, 112:22, 112:23, 113:9, 114:7, 114:8, 114:11, 114:12, 114:16, 114:17, 114:23, 114:24, 114:25, 115:4, 115:11, 116:13, 116:21, 116:23, 116:24, 118:9, 118:12, 118:13, 118:16, 119:3, 119:6, 119:8, 119:11, 119:14, 119:19, 120:11, 120:17, 120:18, 120:25, 121:2, 121:13, 121:21, 123:2, 123:3, 123:14, 123:17, 123:19, 124:4, 124:7, 124:8, 124:9, 124:10, 124:12, 124:14, 124:19, 124:22, 125:1, 125:3, 125:4, 125:8, 125:22, 125:23, 126:1, 126:5, 126:6, 126:11, 126:20, 127:10, 127:14, 127:15, 128:7, 128:11, 128:19, 128:20, 128:21, 128:24, 129:1, 129:4, 129:12, 129:14, 129:15, 129:19, 130:1, 130:4, 130:6, 130:9, 130:15, 130:19, 130:23, 130:24, 131:1, 131:4, 131:12, 131:18, 131:19, 131:20, 131:22, 132:10, 133:1, 133:10, 133:12, 133:13, 133:23, 133:24, 134:6, 134:9, 134:14, 134:17,

134:23, 134:25, 135:2, 136:1, 136:2, 136:16, 136:17, 136:19, 136:22, 136:24, 137:6, 137:12, 137:14, 137:19, 137:22, 137:23, 137:24, 138:21, 138:22, 139:8, 139:13, 140:7, 140:19, 140:21, 140:23, 140:24, 141:5, 141:6, 141:9, 141:15, 141:16, 141:19, 141:23, 141:24, 142:4, 142:16, 142:17, 143:3, 143:5, 143:11, 143:14, 143:18, 144:20, 144:24, 144:25, 145:4, 145:5, 146:2, 146:4, 146:25, 147:6, 147:19, 148:2, 148:10, 148:25, 149:1, 149:19, 149:24, 150:16, 150:24, 151:17, 152:10, 152:13, 152:25, 153:7, 153:8, 153:17, 153:18, 153:22, 154:4, 154:12, 154:14, 154:16, 154:25, 155:2, 155:3, 155:5, 155:7, 155:23, 156:1, 156:6, 156:7, 156:11, 156:12, 156:13, 156:18, 156:20, 157:18, 157:19, 158:6, 158:11, 158:14, 158:15, 158:23, 159:2, 159:4, 159:6, 159:9, 159:10, 159:15, 159:21, 159:22, 160:3, 160:19, 160:22, 161:9, 161:11, 161:14, 161:16, 161:17, 161:18, 161:19, 162:4, 162:15, 162:25, 163:15, 163:19, 163:25, 164:2, 164:5, 164:10, 164:12, 164:25, 165:5, 165:6, 165:13, 165:15,

165:22, 165:23, 165:24, 165:25, 168:14, 168:20, 169:6, 169:10, 169:13, 170:8, 170:13, 170:18, 170:19, 170:24, 170:25, 171:5, 171:9, 171:10, 172:6, 172:12, 172:15, 172:19, 172:23, 172:24, 173:1, 173:2, 173:6, 173:16, 173:17, 173:18, 173:20, 174:3, 174:5, 174:9, 174:15, 175:20, 175:25, 176:10, 176:11, 176:17, 177:16, 177:19, 177:20, 177:21, 177:24, 178:2, 178:6, 178:16, 178:19, 178:22, 178:24, 178:25, 179:3, 179:4, 179:15, 179:17, 179:19, 179:20, 179:22, 180:2, 180:3, 180:5, 180:15, 180:18, 180:20, 180:22, 180:24, 181:10, 181:11, 181:16, 181:22, 182:1, 182:4, 182:7, 182:13, 182:15, 182:23, 183:6, 183:14, 183:23, 184:14, 184:15, 185:8, 185:17, 186:4, 186:14, 187:1, 187:6, 187:17, 187:23, 188:1, 188:4, 188:6, 188:19, 189:7, 189:12, 189:24, 190:6, 190:9, 190:10, 190:11, 190:16, 190:17, 190:25, 191:1, 191:8, 191:10, 191:13, 191:14, 191:20, 192:10, 192:12, 192:20, 192:24, 193:13, 193:20, 194:20, 194:25, 195:4, 195:8, 196:2, 196:5, 196:10, 196:11, 197:11, 197:21,

197:24, 198:1, 198:12, 198:13, 198:22, 199:7, 199:16, 199:21, 200:12, 201:6, 201:15, 201:16, 201:22, 202:2, 202:17, 202:18, 202:21, 202:23, 204:7, 204:15, 204:25, 205:2, 205:3, 205:6, 205:8, 205:11, 205:13, 205:14, 205:19, 205:20, 205:23, 205:24, 206:7, 207:14, 207:23, 207:24, 207:25, 208:8, 208:11, 208:16, 209:2, 209:7, 209:8, 209:9, 209:12, 209:15, 209:18, 209:24, 209:25, 210:5, 210:6, 210:8, 210:10, 210:12, 210:18, 210:23, 211:4, 211:13, 211:16, 211:21, 212:1, 212:8, 212:15, 212:19, 212:20, 212:24, 213:16, 213:20, 214:10, 214:19, 214:21, 214:25, 215:6, 215:9, 215:17, 215:20, 215:21, 216:6, 216:10, 216:16, 216:17, 216:21, 217:8, 217:14, 217:17, 217:25, 218:1, 218:3, 218:6, 218:9, 218:14, 218:15, 218:17, 218:23, 218:24, 218:25, 219:5, 219:9, 219:14, 219:18, 219:20, 220:5, 220:6, 220:8, 220:12, 220:13, 220:16, 220:19, 220:20, 220:21, 220:22, 220:23, 221:1, 221:7, 221:12, 221:16, 221:21, 221:22, 222:4, 222:11, 222:12, 222:15, 222:19, 223:1, 223:2, 223:6, 223:9,

223:10, 223:16, 223:19, 224:2, 224:4, 224:8, 224:9, 224:14, 224:17, 224:18, 224:20, 224:23, 225:10, 225:17, 225:22, 226:3, 226:13, 226:17, 226:18, 226:21, 226:24, 227:2, 227:8, 227:9, 227:11, 227:15, 227:16, 227:20, 227:21, 227:25, 228:1, 228:2, 228:10, 228:20, 228:22, 229:7, 229:8, 229:11, 230:5, 230:9, 230:13, 230:14, 231:2, 231:10, 231:22, 231:24, 232:7, 232:18, 232:20, 233:8, 233:13, 233:19, 234:5, 234:10, 234:24, 235:2, 235:3, 235:4, 235:5, 235:11, 235:22, 235:24, 235:25, 236:7, 236:10, 236:18, 236:21, 236:25, 237:1, 237:4, 237:5, 237:18, 238:5, 238:7, 238:25, 239:7, 239:11, 239:13, 239:17, 239:22, 239:24, 240:1, 240:2, 240:5, 240:7, 240:8, 240:9, 240:10, 240:11, 240:19, 241:1, 241:6, 241:12, 241:14, 241:22, 242:7, 242:14, 242:17, 242:20, 242:24, 242:25, 243:4, 243:6, 243:7, 243:10, 243:18, 243:19, 243:22, 243:23, 244:1, 244:6, 244:8, 244:15, 244:19, 244:25, 245:8, 245:9, 245:20, 246:1, 246:22, 247:5, 247:6, 247:7, 247:9, 248:3, 248:5, 248:11, 248:13, 248:15, 248:23,

249:5, 249:14, 249:18, 249:22, 249:25, 250:2, 250:9, 250:11, 250:17, 250:20, 250:24, 251:1, 251:2, 251:5, 251:6, 251:7, 251:10, 251:12, 251:16, 251:19, 251:23, 252:3, 252:5, 252:6, 252:15, 252:16, 252:18, 252:22
**TODAY** [31] - 3:8, 7:23, 9:16, 21:25, 22:3, 22:15, 23:7, 25:24, 26:6, 34:15, 70:3, 70:8, 73:9, 97:4, 115:24, 120:9, 147:5, 147:7, 160:16, 195:12, 195:17, 196:10, 200:1, 201:2, 201:18, 201:24, 202:4, 202:11, 202:21, 227:14, 250:19
**TODAY'S** [2] - 252:1, 252:2
**TOGETHER** [2] - 6:12, 175:18
**TOLD** [9] - 47:19, 47:22, 69:12, 82:9, 86:1, 109:8, 110:6, 123:21, 152:25
**TOLERATE** [3] - 174:5, 174:6, 174:16
**TOO** [4] - 7:7, 37:12, 188:9, 219:8
**TOOK** [2] - 107:17, 160:6
**TOOL** [1] - 168:20
**TOOLS** [1] - 175:13
**TOP** [12] - 6:23, 7:21, 21:24, 58:18, 75:9, 75:25, 86:18, 119:19, 143:10, 144:1, 176:4, 177:3
**TOPIC** [4] - 64:2, 64:5, 69:17, 195:25
**TOPICS** [6] - 59:18, 61:4, 73:16, 73:17, 168:10, 169:10
**TOTAL** [1] - 134:6
**TOTALLY** [2] - 33:4, 89:12
**TOUCH** [1] - 212:8
**TOWARD** [4] - 76:7, 83:6, 168:14, 223:16
**TOWARDS** [1] -

164:15
**TRACEABLE** [1] - 17:10
**TRADED** [8] - 28:25, 211:15, 225:17, 225:18, 226:13, 248:7, 250:15, 250:22
**TRAINING** [8] - 59:1, 64:18, 118:7, 120:13, 166:25, 167:8, 167:18, 168:12
**TRANSCRIPT** [2] - 1:24, 253:4
**TRANSCRIPTION** [1] - 1:24
**TRANSFORMED** [1] - 161:9
**TRANSFUSION** [2] - 124:13, 124:14
**TREASURY** [4] - 3:6, 31:18, 161:6, 240:9
**TREAT** [11] - 22:19, 117:18, 119:22, 123:5, 128:8, 128:13, 129:11, 137:11, 138:11, 138:18, 141:24
**TREATMENT** [11] - 47:24, 48:1, 126:5, 130:1, 132:17, 149:12, 155:18, 155:21, 156:8, 202:4, 202:6
**TREATMENTS** [13] - 129:5, 129:7, 129:15, 129:19, 129:21, 129:23, 130:3, 131:20, 132:15, 133:15, 141:24, 145:12, 155:20
**TREATS** [1] - 23:14
**TRENDS** [2] - 94:3, 154:25
**TRIAL** [6] - 4:20, 4:23, 5:1, 5:4, 7:25, 182:6
**TRIGGER** [1] - 47:4
**TRIVEDI** [1] - 83:13
**TRUE** [11] - 29:8, 33:8, 34:1, 43:13, 45:21, 48:11, 96:25, 216:20, 242:11, 243:12, 243:13
**TRUISMS** [1] - 14:15
**TRUMP** [3] - 1:5, 2:19, 3:3
**TRUSSELL** [2] - 81:16, 81:22

**TRY** [9] - 20:25, 133:10, 136:22, 161:22, 210:8, 210:10, 212:24, 229:7, 246:22
**TRYING** [6] - 111:2, 170:19, 173:18, 187:23, 187:25, 188:4
**TUBAL** [1] - 188:11
**TUESDAY** [2] - 6:1, 252:12
**TUONG** [1] - 23:8
**TURN** [13] - 56:7, 67:25, 68:6, 68:13, 83:23, 87:17, 100:18, 101:6, 104:14, 137:22, 171:9, 180:2, 198:22
**TURNED** [1] - 168:14
**TURNING** [4] - 98:17, 125:1, 143:18, 248:23
**TWICE** [1] - 115:17
**TWO** [40] - 6:16, 8:18, 30:17, 48:3, 73:20, 75:15, 82:3, 90:5, 110:13, 121:3, 127:24, 131:13, 164:18, 170:13, 171:4, 180:13, 181:12, 182:20, 182:21, 182:22, 183:1, 186:1, 186:18, 188:2, 192:5, 206:4, 206:8, 208:10, 208:20, 208:25, 209:11, 211:10, 211:22, 214:24, 215:11, 237:20, 241:11, 247:18, 249:19
**TWO-YEAR** [4] - 90:5, 171:4, 180:13, 188:2
**TYPE** [2] - 125:2, 139:10
**TYPES** [11] - 45:5, 125:13, 130:18, 133:24, 141:25, 182:22, 183:14, 185:16, 193:19, 193:21, 248:1
**TYPICAL** [4] - 75:16, 75:19, 75:23, 90:23
**TYPICALLY** [1] - 60:25, 79:16, 150:8

## U

**U.S** [8] - 2:15, 4:18,

5:2, 38:2, 38:5, 68:24, 69:24, 241:19
**U.S.C** [5] - 38:19, 45:3, 223:19, 243:3
**ULTIMATELY** [6] - 11:13, 35:25, 67:16, 67:22, 231:11, 233:18
**ULTRA** [1] - 219:12
**UNABLE** [2] - 179:19, 209:12
**UNADORNED** [1] - 46:17
**UNCERTAINTY** [3] - 217:2, 217:4, 239:5
**UNCOMMONLY** [1] - 125:15
**UNDER** [77] - 6:3, 6:19, 7:10, 8:20, 8:21, 8:22, 8:25, 9:10, 12:22, 14:17, 15:14, 17:13, 17:15, 19:7, 19:11, 23:4, 26:12, 31:16, 39:13, 39:19, 42:4, 44:7, 46:5, 47:2, 47:5, 48:16, 50:11, 50:12, 51:16, 53:11, 64:22, 64:24, 71:22, 75:23, 76:12, 77:2, 78:16, 90:22, 95:18, 96:15, 98:21, 98:25, 99:6, 100:16, 102:1, 109:14, 140:10, 145:1, 152:15, 153:3, 198:14, 199:23, 201:14, 202:20, 213:11, 213:22, 215:25, 218:5, 219:2, 219:12, 220:3, 221:16, 222:4, 225:11, 225:12, 226:22, 229:2, 230:25, 240:5, 240:7, 244:21, 248:8, 248:21, 249:3
**UNDERGRADUATE** [2] - 57:12, 166:25
**UNDERLYING** [1] - 209:10
**UNDERMINE** [1] - 224:20
**UNDERMINED** [1] - 21:15
**UNDERPINNINGS** [1] - 132:13
**UNDERSERVED** [1] - 220:16
**UNDERSTAND** [38] -

24:19, 28:17, 28:21, 35:14, 41:24, 45:25, 46:4, 50:18, 55:10, 66:1, 76:12, 78:17, 78:18, 80:2, 95:16, 95:17, 95:18, 95:24, 105:18, 113:1, 120:21, 136:2, 137:2, 138:9, 138:16, 138:17, 140:10, 141:16, 157:13, 160:10, 161:21, 162:3, 164:20, 180:5, 194:5, 197:9, 216:25, 246:3
**UNDERSTANDING** [6] - 71:5, 87:10, 87:16, 133:10, 154:17, 166:13
**UNDERSTOOD** [1] - 68:19
**UNDERTAKE** [1] - 19:25
**UNDESIRABLE** [1] - 103:19
**UNFORTUNATELY** [2] - 183:4, 191:21
**UNIFORMLY** [1] - 139:22
**UNILATERALLY** [1] - 225:22
**UNINSURED** [1] - 179:15
**UNINTENDED** [57] - 7:15, 10:1, 10:4, 10:8, 10:13, 10:20, 12:16, 69:16, 69:20, 69:22, 69:24, 70:20, 71:8, 71:11, 71:13, 71:14, 71:19, 71:21, 71:25, 72:5, 72:8, 72:13, 72:17, 72:20, 72:23, 73:4, 73:6, 73:21, 74:15, 79:2, 80:20, 81:1, 81:13, 81:20, 82:1, 88:7, 88:9, 88:11, 88:15, 89:18, 96:22, 111:23, 142:4, 142:5, 149:15, 150:12, 150:22, 151:1, 151:2, 151:9, 151:14, 151:18, 153:25, 168:15, 191:23, 202:10, 202:12
**UNINTENTIONAL** [1] - 48:7
**UNIQUE** [2] - 132:19,

230:21
**UNITED** [21] - 1:1, 2:10, 3:4, 3:5, 3:6, 10:2, 16:16, 17:19, 25:22, 26:6, 35:7, 36:3, 36:13, 36:14, 69:22, 81:13, 100:7, 110:19, 146:13, 154:7, 216:25
**UNIVERSITY** [21] - 22:23, 34:4, 57:9, 58:13, 58:22, 59:10, 59:16, 60:4, 60:5, 115:9, 115:15, 116:1, 116:15, 116:18, 117:2, 119:2, 121:19, 167:1, 167:7, 167:12
**UNLESS** [5] - 9:22, 11:4, 30:5, 112:18, 246:18
**UNLIKE** [3] - 28:25, 112:12, 230:22
**UNLIKELY** [1] - 220:7
**UNPLANNED** [1] - 14:13
**UNPOLICED** [1] - 33:4
**UNPRECEDENTED** [1] - 242:10
**UNPUBLISHED** [1] - 109:9
**UNTIL** [9] - 3:12, 7:25, 28:8, 57:23, 115:14, 116:4, 180:14, 210:12, 234:17
**UP** [56] - 8:15, 11:13, 11:20, 15:22, 21:1, 33:20, 34:25, 49:1, 53:6, 66:5, 70:4, 73:16, 74:19, 81:7, 81:21, 90:18, 92:15, 92:18, 93:12, 96:9, 116:24, 122:23, 125:3, 126:20, 134:8, 134:13, 134:21, 136:3, 158:6, 159:23, 173:3, 176:7, 176:10, 187:17, 192:7, 192:9, 192:11, 204:6, 212:12, 213:3, 213:7, 213:16, 214:17, 215:3, 216:16, 222:1, 223:17, 229:1, 229:7, 230:5, 236:6, 242:18, 243:5, 248:17, 248:18
**UP-FRONT** [4] -

134:8, 134:21, 192:7, 192:9
**UPFRONT** [2] - 92:14, 96:20
**UPHELD** [2] - 39:14, 164:18
**UPON** [4] - 14:2, 100:20, 101:4, 152:4
**UPSET** [1] - 247:19
**UPSETTING** [1] - 124:5
**UPTAKE** [1] - 195:20
**URGE** [1] - 34:19
**URGED** [1] - 6:2
**URGING** [1] - 9:8
**US** [24] - 24:3, 53:4, 56:25, 64:25, 74:25, 75:1, 107:25, 129:22, 158:20, 161:11, 165:12, 170:24, 172:20, 180:4, 181:14, 185:9, 204:6, 212:19, 218:15, 223:13, 228:7, 235:12, 239:22, 241:6
**USAGE** [1] - 109:15
**USE** [73] - 5:14, 10:19, 11:16, 12:14, 13:19, 13:20, 18:12, 50:1, 61:25, 62:3, 62:13, 62:17, 63:9, 75:13, 75:16, 75:17, 75:19, 75:23, 77:7, 79:6, 80:3, 80:5, 80:19, 80:24, 81:15, 90:7, 90:23, 92:1, 92:7, 94:3, 94:12, 94:19, 94:22, 96:12, 96:14, 102:1, 102:3, 102:5, 102:17, 106:14, 106:16, 107:7, 108:8, 109:19, 111:19, 111:22, 112:9, 112:11, 129:2, 129:14, 130:20, 146:25, 149:1, 150:7, 155:19, 168:15, 173:1, 174:9, 175:13, 175:15, 181:15, 188:6, 189:25, 196:2, 201:16, 217:25, 221:17, 229:7, 229:10
**USED** [23] - 30:3, 42:21, 75:4, 75:25, 76:3, 76:5, 79:21,

80:22, 81:2, 91:5, 94:9, 108:3, 115:16, 149:20, 153:13, 153:14, 172:24, 181:23, 183:15, 185:16, 189:14, 205:21, 232:15

**USEFUL** [3] - 24:20, 24:23, 103:7

**USES** [2] - 22:19, 232:12

**USING** [37] - 11:25, 12:2, 14:12, 22:22, 70:23, 73:7, 73:8, 74:13, 75:20, 75:22, 76:17, 79:25, 91:5, 91:7, 91:8, 91:10, 92:10, 94:1, 106:19, 108:6, 123:23, 156:2, 183:17, 183:19, 183:20, 186:3, 186:4, 186:14, 186:16, 186:25, 189:23, 189:24, 212:5, 232:9, 243:20, 243:23

**USUAL** [1] - 195:11

**USUALLY** [6] - 125:23, 153:6, 161:7, 161:10, 169:10, 175:16

**UTILIZATION** [2] - 140:23, 156:22

**UTILIZE** [3] - 155:18, 156:8, 156:12

**V**

**VAGINAL** [1] - 175:7

**VAGUE** [2] - 148:4, 212:10

**VALID** [1] - 8:11

**VALUE** [5] - 187:4, 187:6, 187:7, 188:16

**VARIATION** [3] - 122:7, 123:1, 145:17

**VARIES** [1] - 150:15

**VARIETY** [6] - 22:19, 52:5, 61:19, 117:16, 122:10, 137:16

**VARIOUS** [2] - 90:11, 175:14

**VARY** [2] - 150:11, 174:14

**VENOUS** [1] - 103:22

**VERSION** [2] - 160:14, 160:15

**VERSUS** [30] - 3:3, 16:10, 16:16, 17:19,

18:1, 19:2, 20:13, 21:5, 35:2, 35:12, 35:17, 36:3, 36:9, 36:12, 36:14, 38:1, 38:4, 47:16, 145:18, 185:23, 206:11, 215:23, 216:25, 219:16, 240:19, 241:3, 241:18, 242:18, 242:21

**VERY** [47] - 5:16, 8:10, 8:13, 15:5, 21:16, 23:24, 25:16, 28:20, 29:23, 62:16, 73:8, 76:8, 79:24, 84:11, 86:6, 96:13, 99:16, 105:2, 105:4, 111:12, 125:11, 136:23, 142:6, 164:4, 166:23, 174:2, 174:8, 174:9, 174:18, 176:1, 176:4, 177:9, 177:17, 177:25, 193:5, 204:3, 210:11, 212:23, 214:25, 215:18, 215:23, 217:3, 223:25, 224:12, 225:15, 236:20, 252:17

**VIEW** [6] - 3:19, 36:12, 41:21, 42:7, 42:16, 50:25

**VIEWPOINT** [1] - 110:22

**VIEWS** [1] - 28:20

**VII** [3] - 9:10, 240:15, 247:5

**VII'S** [2] - 47:21, 47:24

**VIOLATE** [3] - 7:21, 9:3, 233:2

**VIOLATED** [3] - 8:12, 9:3, 213:2

**VIOLATES** [2] - 213:3, 213:5

**VIOLATING** [2] - 47:21, 47:24

**VIOLATION** [3] - 17:23, 205:15, 215:15

**VIRES** [1] - 219:12

**VIRTUALLY** [2] - 26:13, 40:14

**VIRTUE** [1] - 249:8

**VISIT** [2] - 92:17, 172:6

**VISITS** [2] - 122:8, 125:4

**VITAE** [2] - 114:14,

143:6

**VITRO** [1] - 129:7

**VOLUME** [1] - 124:4

**VOX** [1] - 159:15

**VS** [3] - 1:4, 18:14, 233:12

**W**

**W-E-I-S-M-A-N** [1] - 54:24

**WADING** [1] - 51:10

**WAIT** [3] - 151:4, 177:13

**WAIVE** [1] - 215:17

**WAIVER** [1] - 82:1

**WAIVING** [1] - 216:8

**WALK** [3] - 74:25, 148:10, 176:2

**WANT** [31] - 5:14, 19:24, 20:23, 33:12, 49:14, 51:23, 78:17, 83:23, 87:23, 93:12, 100:18, 104:14, 105:9, 106:8, 109:4, 109:10, 141:15, 154:11, 165:23, 173:20, 174:9, 177:25, 182:7, 210:5, 211:13, 216:16, 219:14, 223:6, 233:8, 247:9

**WANTED** [13] - 6:15, 65:15, 69:25, 82:18, 114:16, 114:23, 119:6, 126:6, 171:9, 180:17, 239:17, 243:7, 252:12

**WANTING** [1] - 209:8

**WANTS** [1] - 234:10

**WARRANTED** [1] - 209:12

**WAS** [276] - 9:3, 16:15, 16:18, 17:1, 17:2, 19:6, 19:21, 21:5, 22:5, 27:20, 27:21, 28:1, 28:8, 34:4, 35:17, 37:4, 37:5, 39:12, 39:13, 39:18, 39:25, 40:2, 40:7, 41:1, 41:5, 41:12, 41:14, 41:15, 41:16, 41:17, 41:21, 42:2, 43:6, 43:7, 44:5, 44:7, 47:25, 51:1, 52:17, 53:5, 53:6, 53:7, 53:20, 57:8, 57:11, 58:14, 58:24, 59:24, 64:11, 65:19, 66:12, 66:25, 67:1,

67:7, 67:9, 67:10, 68:20, 69:11, 69:17, 69:18, 69:23, 70:2, 70:18, 70:25, 71:9, 72:1, 72:3, 73:15, 73:20, 73:22, 73:23, 74:3, 74:25, 75:7, 76:3, 76:5, 78:8, 78:23, 79:23, 80:4, 81:2, 81:13, 82:11, 82:13, 83:7, 83:8, 83:17, 84:3, 84:24, 85:4, 85:16, 86:1, 86:5, 87:1, 88:5, 91:3, 91:4, 92:22, 92:24, 93:1, 93:7, 94:11, 94:14, 94:23, 95:4, 95:6, 99:19, 100:1, 100:2, 100:3, 102:7, 105:14, 105:19, 106:10, 106:11, 107:21, 107:22, 108:1, 109:13, 109:15, 109:25, 110:1, 110:25, 111:1, 111:3, 111:13, 111:15, 112:3, 112:7, 112:8, 116:3, 116:9, 131:15, 131:17, 131:18, 134:1, 134:3, 136:12, 139:3, 143:6, 143:8, 145:9, 146:4, 151:15, 153:2, 153:10, 155:22, 159:21, 159:22, 160:15, 160:22, 163:3, 164:18, 167:10, 167:18, 167:19, 167:22, 169:23, 170:14, 170:25, 171:1, 171:3, 172:19, 175:24, 178:6, 179:4, 180:3, 180:7, 180:9, 180:13, 180:15, 180:25, 181:2, 181:3, 181:4, 181:19, 181:23, 182:6, 182:19, 183:2, 183:21, 184:24, 186:13, 186:17, 186:20, 187:8, 187:9, 187:19, 187:24, 188:7, 188:25, 189:1, 189:18, 192:12, 192:23, 194:18, 195:7,

195:13, 195:14, 195:22, 195:23, 196:1, 197:8, 197:12, 197:22, 204:24, 205:20, 205:21, 207:2, 207:4, 207:13, 207:19, 209:5, 209:10, 209:13, 209:22, 209:23, 211:8, 211:17, 214:2, 217:6, 217:18, 217:22, 219:3, 219:4, 219:16, 219:20, 219:24, 222:18, 223:1, 223:2, 223:9, 224:8, 224:18, 224:19, 224:24, 224:25, 226:8, 226:21, 226:22, 226:24, 227:3, 230:1, 232:5, 233:4, 233:5, 233:15, 236:4, 236:6, 236:20, 239:20, 240:18, 240:21, 241:15, 241:20, 243:1, 243:5, 243:19, 244:6, 244:15, 246:8, 246:14, 249:20

**WASHINGTON** [2] - 2:13, 2:18

**WASN'T** [2] - 16:13, 192:14

**WATER** [2] - 26:12, 244:20

**WAY** [39] - 5:13, 21:7, 25:13, 35:14, 40:15, 40:24, 41:7, 41:9, 53:10, 56:25, 62:5, 75:11, 88:1, 94:16, 94:18, 94:21, 111:14, 114:12, 129:19, 133:6, 142:9, 162:5, 179:20, 185:14, 213:16, 214:20, 214:22, 220:23, 222:3, 222:25, 227:5, 227:23, 228:15, 228:17, 229:16, 234:1, 239:7, 240:1, 250:21

**WAYNE** [2] - 206:11, 207:11

**WAYS** [9] - 14:15, 141:1, 169:18, 205:24, 218:19,

225:18, 233:17,
248:10, 250:24
**WE** [337] - 3:2, 3:8,
3:12, 3:13, 3:23,
5:10, 5:11, 6:5, 6:7,
6:8, 6:11, 6:12, 7:22,
7:25, 8:8, 8:16, 9:5,
9:8, 9:15, 9:17, 11:5,
13:21, 16:9, 16:10,
16:17, 16:21, 17:5,
17:12, 17:13, 17:24,
18:8, 18:16, 18:20,
18:25, 19:16, 20:15,
21:20, 21:22, 21:23,
21:24, 23:22, 23:25,
24:3, 24:9, 24:14,
25:3, 25:15, 25:23,
25:24, 26:25, 28:18,
29:1, 33:20, 34:18,
35:13, 35:22, 35:23,
35:24, 37:5, 38:22,
38:24, 39:10, 42:1,
42:10, 42:16, 43:17,
46:16, 46:25, 47:2,
48:24, 49:9, 49:10,
53:4, 53:7, 53:8,
53:9, 53:14, 54:5,
54:8, 54:9, 55:13,
55:18, 55:22, 57:1,
57:5, 58:6, 62:2,
62:4, 62:7, 64:22,
67:11, 67:18, 68:22,
69:3, 69:6, 69:12,
70:10, 70:11, 73:8,
73:15, 74:9, 75:18,
76:1, 76:6, 78:11,
78:13, 78:25, 82:18,
84:9, 85:25, 86:5,
86:6, 86:8, 88:23,
90:2, 91:6, 93:25,
94:2, 94:4, 94:8,
94:10, 95:8, 96:11,
96:18, 96:21, 102:2,
106:13, 108:20,
108:21, 109:11,
112:1, 112:9,
112:13, 112:22,
113:3, 120:16,
124:4, 125:15,
127:13, 127:25,
128:10, 128:16,
128:22, 129:4,
129:5, 129:6, 129:7,
129:14, 129:15,
129:18, 131:20,
133:10, 137:23,
139:1, 139:17,
142:15, 142:16,
146:1, 156:6,
157:11, 157:12,
157:13, 158:12,

159:1, 159:2, 159:3,
159:6, 159:16,
159:18, 159:20,
160:16, 161:4,
161:5, 161:11,
161:24, 161:25,
162:3, 162:4, 162:5,
162:12, 162:14,
163:6, 164:22,
164:23, 164:24,
166:21, 171:4,
171:7, 172:15,
174:22, 175:17,
176:22, 178:12,
178:21, 179:13,
180:11, 180:12,
180:16, 180:17,
180:18, 181:7,
181:10, 181:11,
181:15, 181:21,
181:22, 182:6,
182:9, 182:10,
182:13, 183:1,
183:4, 183:6,
183:14, 183:21,
184:4, 184:9,
184:21, 185:17,
187:5, 187:7,
187:14, 187:22,
187:25, 188:21,
188:23, 189:3,
189:10, 190:7,
191:22, 198:20,
201:11, 202:4,
204:5, 204:21,
205:17, 208:15,
208:23, 208:24,
209:11, 209:15,
209:16, 209:18,
210:12, 210:13,
210:24, 210:25,
211:4, 211:5, 211:7,
211:10, 211:12,
212:18, 212:24,
213:1, 214:7, 215:2,
215:7, 215:10,
215:17, 216:11,
216:13, 216:16,
216:21, 216:24,
218:14, 220:25,
221:7, 222:23,
223:6, 223:17,
224:5, 225:2,
225:23, 226:18,
228:3, 228:6,
228:13, 228:21,
229:15, 229:19,
230:16, 230:19,
230:23, 231:13,
232:3, 233:1,
233:11, 234:5,

234:17, 235:11,
235:23, 237:17,
237:19, 239:24,
243:7, 244:12,
244:16, 244:17,
246:15, 246:23,
246:25, 247:1,
247:9, 247:17,
248:6, 248:7, 248:8,
248:14, 249:22,
250:23, 251:2,
251:3, 251:8,
251:12, 252:15
**WE'RE** [4] - 8:9,
99:19, 210:11,
225:11
**WE'VE** [1] - 206:3
**WEB** [4] - 171:5,
180:21, 181:7, 250:7
**WEB-BASED** [3] -
171:5, 180:21, 181:7
**WEBSITE** [5] - 154:8,
175:16, 183:3,
183:5, 185:18
**WEBSITES** [2] -
182:22, 182:23
**WEEK** [7] - 118:11,
118:12, 118:14,
118:17, 119:9,
119:11, 119:19
**WEEKENDS** [1] -
119:17
**WEEKS** [2] - 28:1,
195:11
**WEIGH** [1] - 12:7
**WEIGHED** [1] - 26:7
**WEIGHT** [5] - 36:19,
38:8, 72:6, 168:18,
177:16
**WEISMAN** [26] - 10:2,
10:5, 10:9, 10:15,
10:21, 22:1, 54:19,
54:23, 55:2, 56:7,
64:17, 65:17, 86:9,
97:20, 104:24,
105:14, 163:4,
163:9, 163:17,
163:21, 164:4,
164:11, 181:2,
235:24, 236:14,
254:4
**WEISMAN'S** [1] - 65:7
**WELFARE** [2] - 16:9,
17:21
**WELL** [106] - 8:18,
9:13, 16:7, 16:12,
18:4, 19:21, 22:2,
22:17, 27:14, 27:24,
28:11, 30:7, 30:19,
32:19, 35:1, 36:20,

39:11, 40:10, 40:16,
40:18, 41:12, 43:14,
44:4, 44:5, 46:22,
48:20, 49:8, 50:12,
52:6, 53:15, 54:8,
58:15, 60:2, 62:18,
63:24, 64:6, 77:21,
78:10, 80:22, 81:18,
83:12, 85:22, 85:25,
88:3, 93:17, 105:17,
107:5, 108:21,
109:23, 120:17,
125:16, 128:3,
129:23, 137:16,
139:7, 142:13,
147:2, 148:7,
155:22, 155:24,
160:2, 161:3,
164:23, 167:9,
167:14, 169:23,
171:23, 173:16,
173:23, 174:25,
184:10, 188:12,
188:21, 189:19,
192:17, 193:22,
209:20, 210:11,
216:15, 216:22,
217:11, 219:10,
223:6, 223:17,
225:1, 225:23,
226:2, 227:3,
227:11, 227:12,
227:15, 227:18,
227:19, 227:22,
229:3, 230:22,
231:18, 237:10,
237:25, 244:7,
245:15, 248:24,
250:5, 250:23,
251:25
**WELL-REASONED** [1]
- 52:6
**WELLESLEY** [1] -
57:9
**WENDY** [1] - 1:11
**WENT** [28] - 60:4,
60:7, 70:4, 70:13,
71:1, 87:2, 94:6,
94:11, 99:8, 112:14,
112:15, 114:25,
115:4, 136:13,
137:3, 144:21,
144:24, 145:6,
145:10, 145:14,
152:24, 156:3,
188:23, 192:14,
197:7, 205:19,
246:9, 246:10
**WERE** [149] - 6:22,
6:25, 8:12, 11:18,

12:4, 16:18, 17:4,
25:7, 32:5, 40:11,
40:13, 41:15, 42:8,
43:5, 45:15, 51:6,
52:16, 53:3, 64:9,
65:10, 66:24, 67:4,
68:16, 68:22, 69:3,
69:6, 69:12, 69:24,
69:25, 71:3, 73:18,
73:24, 74:7, 78:11,
78:14, 79:12, 82:9,
82:16, 83:4, 83:22,
89:13, 91:10, 92:1,
92:7, 94:2, 94:10,
96:16, 100:2,
102:10, 106:17,
106:19, 107:4,
108:5, 109:16,
110:11, 110:12,
112:1, 122:18,
131:2, 132:24,
133:1, 137:8,
139:22, 144:20,
144:24, 145:2,
145:3, 145:21,
145:22, 145:23,
146:3, 153:19,
153:23, 155:1,
155:24, 159:1,
160:1, 160:4, 160:8,
160:12, 168:13,
178:11, 178:13,
179:2, 180:6,
180:19, 181:10,
181:11, 181:16,
182:11, 182:14,
182:18, 182:21,
183:6, 183:7,
183:10, 183:12,
183:15, 183:15,
183:16, 183:18,
183:20, 185:22,
186:14, 186:15,
186:25, 187:23,
187:25, 188:4,
188:5, 188:8, 188:9,
189:23, 193:3,
194:7, 196:15,
196:16, 196:18,
196:22, 197:1,
197:15, 197:16,
197:18, 198:4,
198:6, 198:20,
204:15, 205:20,
205:23, 208:25,
209:5, 209:22,
209:23, 211:2,
212:20, 213:20,
214:21, 217:12,
229:21, 232:9,
233:18, 244:24,

245:1, 252:16
**WEREN'T** [1] - 40:12
**WEST** [2] - 22:24,
121:24
**WHAT** [242] - 3:22,
5:19, 8:20, 11:1,
12:8, 15:9, 17:24,
23:3, 23:23, 28:10,
28:15, 28:16, 28:21,
29:21, 29:23, 30:7,
30:16, 32:8, 32:12,
33:10, 34:10, 34:19,
35:18, 36:11, 38:22,
44:3, 44:17, 45:5,
48:20, 48:24, 49:9,
49:14, 53:18, 54:5,
55:4, 56:9, 57:8,
57:23, 58:1, 58:3,
60:15, 61:2, 61:24,
65:14, 66:4, 66:17,
66:25, 67:11, 67:13,
68:20, 69:8, 73:15,
73:22, 75:7, 75:18,
75:21, 76:25, 78:8,
78:23, 80:11, 81:17,
83:3, 84:9, 85:20,
86:25, 88:15, 89:4,
89:22, 91:4, 91:21,
92:24, 94:23, 96:8,
96:17, 97:25, 101:9,
108:4, 109:23,
110:1, 110:15,
111:2, 114:2,
114:10, 114:13,
115:3, 115:10,
115:19, 117:11,
117:12, 117:15,
120:25, 123:9,
123:22, 123:25,
124:2, 126:7,
127:10, 128:10,
130:18, 131:15,
132:15, 132:16,
133:9, 133:19,
134:1, 134:21,
137:14, 139:8,
139:14, 139:18,
141:6, 141:10,
141:20, 143:3,
143:20, 145:8,
154:13, 154:25,
156:1, 157:1,
157:11, 158:16,
158:23, 159:11,
159:12, 159:14,
159:16, 159:20,
159:21, 159:25,
160:3, 160:6,
160:16, 161:10,
161:11, 161:12,
162:25, 164:7,

164:11, 164:24,
166:13, 167:19,
169:13, 171:18,
172:6, 173:14,
173:18, 173:23,
174:5, 174:8,
174:19, 174:22,
175:2, 176:2,
179:10, 180:6,
180:7, 181:5,
181:16, 183:6,
183:11, 183:14,
184:9, 184:11,
185:9, 187:14,
188:18, 188:21,
189:3, 190:5,
190:12, 190:13,
190:14, 190:21,
191:5, 191:17,
192:7, 193:4,
193:16, 193:19,
194:4, 195:14,
197:10, 204:5,
204:6, 204:21,
205:19, 207:2,
207:18, 208:21,
209:21, 210:24,
210:25, 211:10,
211:24, 212:14,
212:15, 212:16,
212:18, 212:24,
213:24, 214:5,
215:1, 217:23,
218:13, 221:2,
224:19, 225:23,
226:12, 226:25,
227:6, 230:9,
230:10, 232:6,
233:24, 234:25,
238:7, 238:14,
239:2, 239:5, 239:9,
239:24, 240:3,
241:14, 241:20,
245:2, 245:10,
246:2, 247:14,
247:17, 249:5,
249:8, 249:25,
252:14, 252:15
**WHAT'S** [4] - 61:21,
66:5, 212:10, 225:5
**WHATEVER** [3] -
42:25, 162:1, 247:20
**WHEATON** [7] - 26:9,
40:1, 41:2, 217:18,
217:22, 217:23,
218:8
**WHEN** [76] - 8:3,
13:16, 16:11, 18:12,
19:18, 35:15, 37:5,
43:2, 49:9, 49:12,
60:10, 61:20, 62:9,

66:23, 70:8, 70:10,
84:2, 87:7, 87:10,
89:3, 91:9, 92:16,
100:1, 100:2, 107:8,
109:20, 109:25,
112:1, 115:1, 115:5,
119:17, 119:22,
122:9, 122:18,
125:22, 127:14,
127:22, 128:23,
129:7, 129:11,
130:4, 130:14,
133:1, 133:8,
133:16, 133:25,
134:8, 134:12,
136:11, 157:13,
160:7, 164:18,
168:11, 168:14,
169:16, 173:19,
177:23, 177:25,
178:9, 179:10,
187:24, 188:15,
190:13, 191:9,
193:3, 194:3, 194:6,
194:12, 194:16,
205:16, 213:9,
213:14, 231:16,
241:4, 241:9, 243:14
**WHERE** [57] - 7:13,
15:15, 17:20, 18:18,
25:1, 25:3, 28:19,
30:24, 35:9, 51:20,
55:2, 56:24, 75:17,
90:15, 91:14,
102:13, 103:9,
114:24, 116:14,
121:13, 121:14,
122:7, 126:8,
134:14, 150:24,
161:4, 164:17,
167:1, 167:3,
169:23, 171:4,
171:14, 176:6,
176:14, 178:23,
179:3, 181:24,
182:21, 185:2,
186:8, 186:9,
186:10, 186:15,
187:3, 187:18,
218:14, 225:4,
226:19, 228:21,
229:4, 231:1, 231:5,
239:19, 244:10,
247:1, 247:12,
247:17
**WHETHER** [64] -
18:23, 20:15, 28:19,
31:24, 32:3, 32:13,
32:21, 33:6, 34:20,
36:5, 41:15, 41:16,
42:1, 42:5, 45:1,

45:10, 47:5, 48:21,
49:11, 49:19, 78:13,
79:5, 82:17, 90:20,
101:25, 109:11,
109:14, 110:10,
110:24, 121:3,
131:21, 138:22,
147:17, 150:2,
150:12, 150:14,
150:15, 159:9,
161:8, 161:20,
189:25, 207:8,
208:15, 212:13,
213:10, 218:22,
219:4, 219:20,
220:2, 221:3, 221:5,
222:10, 222:20,
222:21, 234:23,
240:1, 242:19,
242:22, 243:5,
243:17, 247:1,
247:2, 247:15
**WHICH** [131] - 6:1,
6:20, 6:25, 7:15,
7:19, 11:20, 12:7,
12:11, 15:17, 15:18,
21:6, 22:20, 24:20,
26:6, 29:18, 33:24,
35:7, 36:10, 36:21,
43:15, 43:20, 43:24,
45:3, 45:10, 48:15,
48:23, 49:16, 49:19,
50:14, 51:14, 52:23,
53:20, 53:21, 55:19,
56:7, 58:14, 62:4,
62:25, 63:8, 65:2,
65:8, 73:20, 75:3,
75:12, 75:19, 75:25,
76:10, 78:13, 79:2,
87:18, 90:6, 90:8,
91:17, 94:5, 102:4,
102:7, 106:7,
106:18, 106:22,
109:9, 111:24,
114:7, 120:9, 124:9,
124:10, 129:24,
132:9, 134:7, 134:8,
135:16, 135:21,
137:16, 139:8,
141:5, 141:19,
141:25, 143:25,
151:6, 153:6, 154:5,
155:4, 155:17,
157:10, 158:12,
159:22, 160:16,
160:25, 167:13,
169:22, 170:18,
171:16, 174:22,
174:24, 180:3,
186:13, 186:16,
187:8, 191:21,

198:9, 199:21,
204:19, 205:11,
205:24, 206:9,
206:24, 207:11,
209:12, 212:8,
214:25, 216:20,
217:11, 217:15,
217:17, 217:18,
220:9, 221:7, 222:5,
223:10, 223:20,
224:3, 224:8,
225:12, 232:3,
232:15, 232:21,
243:7, 246:2, 249:4,
249:12, 252:5
**WHILE** [5] - 25:8,
59:15, 129:10,
218:2, 245:10
**WHIM** [1] - 247:19
**WHITE** [3] - 1:19,
47:22, 253:9
**WHO** [152] - 7:12,
10:19, 12:25, 14:9,
14:12, 14:20, 15:21,
15:22, 22:19, 23:14,
26:18, 26:21, 27:3,
27:5, 28:14, 29:2,
29:15, 29:17, 30:17,
30:22, 32:2, 34:11,
34:22, 45:6, 60:23,
66:21, 71:21, 72:13,
72:16, 72:18, 73:7,
76:17, 77:22, 79:10,
82:16, 84:14, 86:19,
87:3, 90:3, 93:3,
96:15, 98:7, 100:5,
100:8, 106:17,
108:3, 108:5,
111:18, 117:13,
117:16, 118:5,
122:2, 125:18,
125:20, 126:1,
126:16, 126:19,
128:1, 129:3,
129:11, 129:24,
130:11, 134:2,
135:10, 137:1,
137:4, 137:19,
140:2, 140:12,
142:1, 143:11,
146:8, 146:13,
146:24, 147:8,
147:13, 147:24,
148:25, 149:6,
149:11, 149:15,
153:8, 153:16,
153:17, 153:24,
155:12, 156:2,
174:15, 178:16,
179:10, 180:16,
182:12, 182:13,

182:16, 183:7, 183:10, 185:22, 187:23, 187:25, 188:9, 189:20, 189:23, 192:25, 195:13, 196:5, 199:6, 199:10, 199:14, 200:2, 200:4, 200:5, 200:10, 200:12, 200:15, 201:3, 201:6, 201:11, 201:19, 201:24, 202:12, 202:19, 202:22, 203:9, 203:14, 219:18, 226:20, 227:16, 228:14, 229:12, 229:13, 230:2, 230:24, 232:12, 235:10, 235:16, 236:3, 236:15, 236:17, 237:14, 237:15, 240:1, 240:4, 244:6, 244:8, 244:25, 247:22, 250:17, 250:18

**WHO'S** [5] - 34:3, 165:25, 172:4, 172:5, 210:16

**WHOEVER** [1] - 29:19

**WHOLE** [3] - 15:3, 83:2, 190:9

**WHOM** [4] - 13:18, 136:25, 137:11, 142:6

**WHOSE** [7] - 13:22, 84:4, 127:10, 146:18, 148:16, 200:16, 202:5

**WHY** [37] - 8:10, 15:22, 24:24, 26:25, 34:2, 36:21, 48:22, 58:12, 68:16, 70:16, 72:25, 82:11, 84:24, 85:2, 85:24, 92:9, 92:10, 106:5, 107:2, 107:12, 119:12, 139:16, 159:18, 160:10, 164:21, 184:10, 187:15, 188:6, 188:19, 192:12, 192:14, 219:10, 227:20, 230:16, 239:21, 244:5

**WIDELY** [1] - 30:3

**WIDESPREAD** [2] - 228:14, 244:15

**WILDLIFE** [1] - 241:19

**WILL** [172] - 3:11, 3:12, 3:13, 7:7, 7:8, 7:12, 7:14, 7:15, 7:18, 11:2, 11:5, 13:15, 13:19, 13:20, 13:23, 14:5, 14:8, 14:10, 14:16, 14:17, 14:19, 14:21, 14:22, 14:23, 14:25, 15:13, 17:16, 21:23, 22:1, 22:2, 22:8, 22:15, 22:22, 22:25, 23:3, 23:4, 23:6, 23:13, 23:16, 23:22, 24:3, 24:6, 24:15, 24:16, 25:3, 25:4, 25:10, 26:19, 26:21, 29:14, 29:24, 30:2, 34:15, 34:17, 35:25, 38:9, 45:5, 45:6, 48:9, 52:21, 53:14, 54:3, 54:9, 81:9, 85:13, 95:8, 98:19, 98:20, 98:23, 98:24, 103:2, 113:3, 113:24, 118:9, 120:24, 130:3, 140:11, 141:20, 141:22, 142:1, 144:4, 146:19, 146:24, 147:13, 151:1, 151:9, 157:11, 157:12, 157:19, 158:13, 162:4, 162:5, 165:6, 165:12, 165:16, 165:18, 166:22, 171:7, 175:23, 182:4, 184:1, 186:24, 187:17, 190:22, 191:17, 199:14, 200:2, 200:22, 200:23, 201:8, 201:15, 202:10, 202:19, 204:5, 205:3, 205:9, 206:21, 208:13, 210:8, 210:10, 212:23, 215:8, 218:8, 227:10, 229:8, 229:13, 229:18, 229:24, 230:10, 230:19, 231:3, 231:8, 231:10, 231:12, 231:17, 231:24, 232:19, 233:6, 233:9, 233:22, 234:24, 235:7, 235:10, 235:16, 235:18, 236:15, 236:17, 238:1, 238:3, 238:19, 238:20, 239:2, 239:5, 239:9, 241:8, 241:24, 242:5, 246:5, 246:22, 251:9, 252:3, 252:5, 252:15, 252:16

**WILLING** [2] - 174:5, 174:15

**WIND** [1] - 230:5

**WINDOW** [1] - 25:3

**WIPE** [1] - 43:22

**WISDOM** [5] - 66:8, 112:24, 120:19, 172:24, 246:11

**WISE** [1] - 223:9

**WISH** [6] - 52:20, 53:22, 205:2, 205:8, 212:1, 251:23

**WISHED** [1] - 220:5

**WITH** [222] - 3:23, 4:7, 4:9, 4:18, 4:20, 4:23, 5:5, 5:16, 21:1, 22:7, 26:2, 27:14, 28:4, 28:20, 29:23, 30:14, 32:23, 35:6, 38:21, 40:6, 41:22, 42:11, 43:20, 43:23, 45:18, 46:4, 46:21, 46:24, 47:14, 48:24, 48:25, 49:24, 50:6, 51:6, 52:20, 56:17, 56:20, 57:22, 59:4, 62:7, 62:20, 63:14, 63:20, 64:13, 64:25, 67:1, 67:22, 71:14, 71:20, 72:6, 72:16, 72:21, 74:20, 75:13, 77:5, 77:13, 78:7, 81:9, 81:14, 83:19, 83:21, 85:23, 87:1, 87:19, 87:22, 87:24, 88:11, 93:22, 97:4, 97:9, 97:12, 98:3, 98:7, 98:9, 101:1, 101:22, 102:14, 102:15, 103:11, 103:20, 104:11, 105:10, 105:13, 105:24, 106:2, 107:3, 107:20, 108:8, 108:19, 110:21, 111:7, 112:6, 118:9, 118:15, 118:17, 119:25, 120:3, 120:6, 122:21, 123:1, 124:15, 125:4, 125:11, 125:21, 127:4, 127:12, 128:13, 128:18, 128:22, 129:4, 129:11, 129:12, 129:15, 129:22, 129:25, 132:20, 133:13, 134:6, 136:16, 137:18, 138:3, 141:1, 142:6, 143:11, 143:13, 144:19, 153:6, 153:7, 153:12, 153:22, 154:25, 155:2, 155:6, 158:2, 158:7, 158:11, 158:24, 159:9, 163:15, 163:20, 166:11, 166:17, 167:1, 168:15, 168:21, 170:7, 171:6, 173:3, 173:6, 173:22, 176:19, 177:15, 178:18, 179:6, 180:22, 182:9, 182:24, 183:5, 188:18, 189:6, 189:14, 189:15, 189:16, 190:11, 192:1, 192:9, 194:19, 196:5, 196:7, 196:21, 197:3, 198:2, 198:17, 198:23, 203:4, 203:11, 203:20, 205:23, 205:24, 208:8, 208:12, 213:3, 213:7, 213:19, 213:20, 214:12, 214:21, 215:3, 217:6, 218:25, 221:12, 222:1, 222:25, 224:6, 224:18, 226:19, 228:15, 229:1, 229:5, 229:8, 229:16, 230:8, 230:16, 233:3, 236:25, 237:1, 237:3, 239:1, 239:4, 240:6, 240:11, 240:18, 240:21, 245:23, 246:25, 248:18, 249:15, 250:20, 251:16

**WITHDRAW** [1] - 26:17

**WITHDRAWAL** [5] - 76:3, 76:5, 77:14, 175:10, 176:23

**WITHIN** [12] - 47:7, 57:11, 59:7, 60:24, 73:12, 76:5, 80:20, 82:3, 97:4, 150:21, 204:15

**WITHOUT** [16] - 12:7, 14:11, 36:7, 37:17, 78:15, 78:21, 83:2, 87:14, 96:10, 127:16, 140:18, 153:4, 160:12, 178:1, 178:21

**WITNESS** [86] - 6:13, 23:25, 34:16, 54:18, 54:19, 54:23, 55:11, 64:16, 65:2, 84:10, 87:22, 87:25, 88:7, 88:13, 88:17, 88:22, 89:2, 89:6, 89:11, 89:16, 89:20, 89:25, 90:2, 90:17, 90:21, 90:24, 91:1, 91:6, 91:12, 91:16, 91:23, 92:3, 92:5, 92:8, 92:12, 92:23, 93:1, 93:5, 93:8, 97:12, 98:13, 105:22, 109:7, 109:18, 109:24, 110:2, 110:4, 110:8, 110:12, 110:17, 110:23, 111:1, 111:9, 113:6, 113:12, 113:15, 113:17, 113:20, 114:6, 120:11, 140:20, 141:15, 142:20, 148:22, 150:2, 152:19, 157:3, 157:8, 157:9, 157:20, 157:24, 162:8, 162:15, 162:18, 162:22, 163:1, 179:25, 184:20, 185:3, 191:2, 191:4, 191:7, 244:13, 246:8

**WITNESS'** [2] - 142:16, 164:12

**WITNESSES** [12] - 6:2, 6:7, 6:9, 6:12, 9:16, 21:25, 25:25, 34:18, 54:6, 239:13, 244:5, 254:3

**WITNESSES'** [1] - 245:11

**WOMAN** [33] - 70:1, 71:21, 72:1, 72:11, 72:15, 73:1, 80:13, 80:18, 100:4, 100:7, 123:17, 124:2,

127:12, 137:19,
146:7, 146:12,
146:18, 146:24,
147:8, 147:13,
147:24, 148:16,
148:25, 149:6,
149:11, 149:15,
173:17, 174:5,
174:15, 179:3,
179:10, 227:20
**WOMEN** [262] - 7:3,
7:6, 7:12, 7:13, 7:18,
7:20, 10:5, 10:9,
10:19, 11:25, 12:2,
12:19, 12:25, 13:15,
13:19, 13:22, 14:9,
14:12, 14:20, 15:1,
21:10, 21:13, 22:5,
22:11, 22:21, 23:4,
23:19, 26:18, 26:21,
30:9, 30:15, 31:4,
31:9, 31:10, 32:9,
33:12, 34:13, 64:11,
64:19, 67:3, 67:15,
69:21, 70:23, 71:17,
71:18, 72:21, 73:7,
75:22, 76:1, 76:4,
76:17, 77:3, 77:9,
78:8, 78:11, 78:22,
78:24, 79:9, 79:16,
80:3, 83:9, 89:24,
90:3, 91:5, 91:18,
92:10, 92:19, 92:25,
93:2, 93:20, 93:23,
94:1, 94:5, 94:13,
96:3, 96:6, 96:11,
96:15, 96:18, 96:25,
97:6, 98:20, 98:24,
101:24, 102:4,
103:21, 106:15,
106:17, 106:19,
107:11, 107:14,
107:22, 108:2,
108:3, 108:5,
108:12, 109:21,
110:6, 110:7,
110:11, 111:24,
112:3, 115:22,
117:16, 117:19,
119:15, 123:5,
123:25, 124:19,
125:2, 125:18,
126:1, 126:23,
126:24, 127:1,
127:10, 127:22,
128:1, 128:4,
129:11, 129:16,
129:24, 129:25,
130:2, 135:25,
136:3, 136:5,
138:23, 139:22,

140:11, 141:7,
141:10, 141:21,
141:23, 142:1,
142:5, 142:9,
142:13, 144:4,
149:20, 151:1,
151:9, 153:13,
153:14, 153:15,
153:16, 153:19,
153:24, 156:7,
156:11, 166:16,
168:15, 171:6,
171:20, 171:21,
172:13, 174:7,
174:15, 176:9,
176:18, 177:10,
177:12, 177:19,
178:11, 178:16,
180:16, 180:17,
181:9, 181:12,
181:16, 182:12,
182:13, 182:16,
183:7, 183:10,
183:17, 183:19,
183:20, 185:22,
186:3, 186:4,
186:10, 186:12,
186:15, 186:16,
186:25, 187:22,
187:25, 188:3,
188:4, 188:7, 188:8,
188:13, 188:19,
189:11, 189:13,
189:23, 190:3,
190:6, 190:9,
190:22, 190:23,
191:17, 191:19,
192:18, 192:24,
192:25, 193:1,
200:22, 200:23,
201:3, 201:6,
201:11, 201:19,
201:23, 201:24,
202:3, 202:5,
202:10, 202:12,
202:18, 202:22,
211:20, 212:4,
221:12, 227:1,
228:18, 228:23,
228:25, 229:8,
229:12, 229:18,
229:19, 229:24,
230:2, 230:9,
230:10, 230:19,
230:23, 231:8,
231:9, 231:17,
235:7, 235:10,
237:15, 237:23,
238:1, 238:3,
238:13, 238:19,
238:20, 238:24,

247:7, 247:22,
250:17
**WOMEN'S** [47] -
34:17, 58:22, 59:5,
59:7, 61:4, 62:20,
63:4, 63:7, 63:8,
63:11, 67:6, 67:11,
69:4, 69:10, 72:9,
78:6, 78:15, 79:2,
79:6, 83:5, 83:21,
95:19, 95:25,
101:16, 102:8,
120:14, 121:1,
127:5, 138:20,
140:22, 146:25,
149:1, 167:20,
169:8, 169:11,
170:17, 170:20,
189:17, 192:15,
201:15, 217:13,
223:25, 224:1,
224:7, 224:8, 236:1,
249:24
**WON** [2] - 65:20,
65:23
**WON'T** [3] - 162:6,
164:3, 244:1
**WONDER** [1] - 53:9
**WONDERING** [1] -
82:11
**WORD** [4] - 205:18,
205:21, 221:17,
221:25
**WORDED** [1] - 42:22
**WORDS** [7] - 28:14,
86:3, 90:16, 123:23,
192:14, 240:10,
240:19
**WORK** [45] - 6:15,
27:5, 57:8, 58:12,
58:20, 59:15, 59:22,
61:2, 61:3, 62:7,
62:10, 63:3, 64:1,
64:4, 72:9, 79:8,
86:5, 116:14,
116:15, 117:3,
117:5, 117:19,
118:13, 119:8,
119:10, 119:15,
119:17, 121:13,
124:20, 124:22,
126:1, 130:3, 166:1,
166:19, 169:4,
169:23, 171:10,
195:4, 199:19,
221:25, 231:15,
250:17, 251:5
**WORKED** [9] - 6:12,
58:9, 58:20, 59:10,
132:15, 132:16,

167:3, 173:23
**WORKER** [1] - 179:13
**WORKFORCE** [4] -
30:13, 123:18,
247:7, 247:23
**WORKING** [4] - 3:12,
122:11, 194:3, 222:5
**WORLD** [8] - 75:17,
121:22, 145:21,
239:18, 239:19,
239:22, 244:23,
247:9
**WORLDS** [1] - 131:8
**WORSE** [1] - 200:17
**WORSENING** [1] -
142:2
**WORSHIP** [3] - 43:15,
197:13, 197:16
**WOULD** [283] - 5:11,
5:19, 6:13, 8:13,
8:14, 8:16, 8:21,
8:23, 9:2, 9:21, 9:23,
11:10, 11:14, 16:24,
20:4, 20:9, 20:25,
21:22, 24:20, 24:23,
25:23, 27:11, 29:3,
29:16, 29:18, 30:21,
31:17, 31:22, 32:2,
32:4, 32:11, 32:14,
32:15, 33:5, 33:14,
33:15, 33:22, 34:6,
34:9, 34:24, 36:24,
37:1, 37:14, 37:25,
38:12, 40:4, 40:6,
40:18, 40:21, 40:24,
40:25, 41:8, 42:5,
42:13, 43:15, 43:16,
43:22, 45:2, 45:9,
47:20, 47:23, 48:18,
48:22, 50:11, 52:18,
53:18, 53:23, 55:10,
55:13, 56:7, 56:8,
56:11, 56:23, 56:25,
62:19, 64:16, 67:25,
68:6, 74:1, 74:17,
76:1, 76:4, 76:18,
77:3, 77:6, 77:19,
78:12, 78:14, 78:15,
78:21, 79:15, 79:16,
79:20, 79:22, 80:5,
80:14, 80:21, 81:1,
81:4, 81:7, 82:2,
82:5, 82:20, 84:17,
85:5, 85:7, 89:8,
89:14, 91:17, 92:10,
95:9, 95:19, 95:25,
96:18, 96:20, 96:21,
101:5, 101:18,
107:7, 112:22,
113:8, 116:13,

118:16, 119:8,
120:11, 122:17,
122:20, 123:3,
123:21, 124:18,
128:3, 128:11,
130:23, 131:22,
131:23, 132:1,
132:9, 133:1, 133:8,
133:9, 133:10,
133:20, 133:23,
133:25, 134:2,
134:17, 135:17,
137:22, 138:10,
138:23, 141:7,
146:3, 150:2,
151:19, 153:2,
153:4, 153:8,
153:11, 155:3,
156:20, 157:4,
158:6, 158:10,
162:14, 164:10,
164:15, 165:15,
166:17, 168:10,
172:12, 172:15,
175:3, 175:6,
175:20, 178:1,
178:9, 178:10,
178:20, 178:24,
179:4, 179:20,
180:2, 180:22,
181:22, 182:21,
182:24, 183:23,
184:9, 189:3, 191:8,
191:10, 191:11,
191:22, 191:23,
192:15, 193:4,
194:22, 194:25,
195:12, 196:21,
198:17, 201:7,
201:23, 202:3,
205:11, 208:6,
208:7, 212:7,
212:19, 213:21,
213:24, 214:2,
214:5, 214:7,
214:10, 214:20,
214:25, 215:3,
218:17, 219:9,
219:10, 219:11,
220:6, 220:8,
220:22, 226:22,
227:9, 228:13,
228:14, 228:17,
230:3, 231:1,
234:12, 235:21,
235:22, 235:23,
236:18, 236:19,
236:22, 237:3,
237:4, 237:5, 237:6,
237:8, 237:14,
237:15, 237:22,

238:12, 239:11, 239:22, 240:12, 240:15, 240:17, 240:18, 242:7, 242:17, 242:23, 242:24, 244:14, 244:16, 244:18, 245:3, 245:8, 247:18, 247:23, 248:3, 248:4, 248:5, 248:6, 248:7, 248:8, 248:16, 248:18, 251:12

**WOULDN'T** [3] - 30:5, 32:1, 33:3
**WRAP** [1] - 216:16
**WRIGHT** [1] - 3:4
**WRIT** [1] - 47:2
**WRITE** [1] - 241:22
**WRITERS'** [1] - 38:4
**WRITING** [7] - 25:25, 27:2, 38:14, 42:19, 46:15, 244:20, 252:23
**WRITTEN** [5] - 63:17, 63:23, 168:3, 168:2, 228:16
**WRONGLY** [1] - 28:19
**WROTE** [2] - 194:12, 206:6

---

## Y

**YEAH** [7] - 91:23, 168:11, 175:24, 177:9, 179:25, 189:8, 234:19
**YEAR** [41] - 25:2, 75:13, 75:22, 76:2, 76:5, 76:11, 76:17, 77:7, 80:21, 90:5, 91:18, 122:5, 122:6, 123:2, 135:1, 135:14, 167:2, 167:4, 171:4, 176:9, 176:18, 180:13, 188:1, 188:2, 193:2, 195:23, 195:24, 196:1, 197:3, 197:9, 208:2, 212:21, 220:1, 228:11, 230:15, 230:18, 239:14, 241:20, 241:23, 252:5
**YEARS** [29] - 26:1, 27:7, 46:16, 59:11, 60:5, 60:12, 82:3, 82:4, 112:11, 115:10, 116:3, 116:4, 122:24, 127:15, 127:16,

134:11, 134:12, 134:19, 135:3, 135:16, 140:21, 155:16, 170:14, 171:23, 171:24, 181:13, 183:1, 193:24, 193:25
**YEP** [1] - 86:24
**YES** [216] - 4:13, 18:6, 22:14, 22:22, 29:6, 44:16, 45:13, 53:1, 54:1, 54:15, 55:24, 55:25, 56:10, 56:13, 56:16, 56:18, 56:22, 57:16, 57:24, 58:11, 59:9, 59:12, 59:24, 60:3, 60:14, 60:25, 61:12, 61:14, 61:23, 62:11, 62:14, 62:23, 63:2, 63:16, 63:22, 63:25, 64:3, 64:7, 64:14, 65:16, 67:18, 67:24, 68:3, 68:9, 68:12, 68:15, 69:17, 71:10, 73:6, 74:6, 74:9, 74:16, 74:22, 74:24, 76:22, 77:18, 77:21, 79:7, 80:6, 81:1, 81:6, 81:22, 82:8, 82:23, 83:1, 83:6, 83:19, 84:2, 84:15, 84:20, 84:23, 85:1, 86:17, 87:6, 88:13, 89:16, 89:25, 91:6, 92:12, 93:25, 95:6, 95:15, 95:20, 95:23, 96:1, 96:7, 97:2, 97:7, 97:10, 98:13, 99:2, 99:10, 99:14, 99:25, 100:25, 101:20, 102:9, 102:12, 102:21, 102:25, 103:23, 104:2, 104:7, 104:13, 104:20, 105:20, 105:22, 106:1, 107:19, 107:24, 109:7, 109:18, 109:24, 110:3, 111:1, 113:1, 115:18, 117:4, 117:24, 118:1, 118:21, 120:5, 120:16, 121:8, 121:23, 122:4, 123:2, 124:16, 124:21, 124:23, 124:25, 126:14, 128:9, 130:7, 130:13, 130:17,

131:3, 131:7, 131:10, 131:14, 131:25, 133:18, 134:20, 135:7, 135:15, 135:18, 135:20, 136:6, 136:15, 137:10, 138:5, 138:15, 140:4, 140:9, 142:11, 143:7, 143:23, 144:6, 149:22, 150:10, 152:2, 152:21, 153:21, 155:14, 156:10, 158:25, 160:21, 163:10, 163:24, 165:8, 165:11, 165:14, 165:17, 165:20, 166:12, 166:20, 167:18, 168:7, 168:25, 169:3, 169:6, 170:6, 170:23, 172:2, 173:13, 174:17, 177:2, 178:4, 178:5, 178:9, 179:2, 181:4, 181:7, 182:2, 183:14, 185:13, 185:15, 190:1, 190:4, 190:20, 191:16, 195:5, 196:13, 196:17, 196:24, 197:14, 198:1, 199:25, 201:1, 201:10, 204:9, 205:1, 209:14, 213:13, 219:7, 242:4
**YESTERDAY** [1] - 66:12
**YET** [7] - 11:21, 25:15, 82:10, 93:10, 147:18, 163:12
**YORK** [3] - 107:23, 167:6, 231:4
**YOU** [809] - 5:8, 5:14, 5:15, 5:17, 5:18, 5:22, 8:4, 8:5, 8:12, 8:18, 8:20, 8:24, 8:25, 9:13, 11:1, 11:2, 11:3, 14:23, 15:5, 15:17, 15:22, 15:24, 16:2, 16:16, 19:20, 20:19, 20:21, 20:22, 20:23, 21:18, 21:22, 22:2, 22:16, 22:22, 23:23, 24:1, 24:2, 24:4, 24:6, 24:12, 24:14, 24:15, 25:6, 25:16, 25:17,

25:20, 27:14, 28:19, 29:5, 30:16, 32:19, 34:15, 36:2, 36:8, 37:11, 37:14, 38:20, 40:21, 41:18, 42:5, 42:8, 42:9, 44:12, 46:3, 46:4, 46:11, 46:15, 46:22, 48:12, 48:20, 48:21, 48:22, 48:24, 48:25, 49:4, 49:6, 49:14, 49:16, 49:20, 49:21, 49:22, 49:24, 50:16, 50:20, 51:24, 51:25, 52:1, 52:3, 52:14, 52:25, 53:4, 53:14, 53:15, 53:16, 53:17, 53:18, 53:24, 54:6, 54:14, 54:17, 55:2, 55:4, 55:7, 55:8, 55:10, 55:14, 55:15, 56:2, 56:7, 56:9, 56:11, 56:12, 56:14, 56:17, 56:19, 56:20, 56:23, 56:24, 56:25, 57:3, 57:17, 57:22, 58:8, 58:9, 58:12, 58:20, 58:21, 59:6, 59:10, 59:13, 59:15, 59:22, 60:1, 60:4, 60:7, 60:10, 60:19, 61:10, 61:11, 61:20, 62:9, 62:10, 62:15, 62:16, 62:21, 62:24, 62:25, 63:14, 63:17, 63:20, 63:23, 64:1, 64:9, 65:14, 65:20, 65:23, 65:25, 66:24, 68:2, 68:6, 68:16, 69:20, 70:2, 70:3, 70:8, 70:16, 72:24, 73:1, 73:3, 73:11, 73:18, 74:17, 74:20, 74:25, 75:21, 76:4, 77:3, 77:6, 77:18, 77:19, 78:1, 78:18, 79:5, 81:4, 81:8, 81:9, 82:9, 82:20, 82:21, 83:3, 84:5, 84:6, 84:17, 84:19, 84:24, 85:2, 85:20, 86:13, 86:16, 87:7, 87:8, 87:18, 87:20, 87:21, 87:24, 88:3, 88:4, 88:5, 88:10, 89:3, 89:4, 89:17, 89:23, 91:9, 91:20, 91:21, 92:9, 92:16, 92:21, 93:3, 93:10, 93:12, 93:14, 93:15, 93:19, 93:21, 94:24, 95:4,

95:7, 95:13, 95:16, 95:18, 95:21, 95:24, 96:4, 96:24, 97:3, 97:14, 97:16, 97:17, 97:22, 97:25, 98:7, 98:12, 98:14, 98:18, 98:22, 99:3, 99:11, 99:15, 99:17, 99:18, 99:22, 100:1, 100:4, 100:7, 100:11, 100:14, 100:19, 100:23, 101:3, 101:15, 101:18, 102:10, 103:9, 104:24, 104:25, 105:2, 105:3, 105:8, 105:10, 105:19, 105:20, 105:24, 105:25, 106:2, 106:8, 107:2, 107:3, 107:16, 107:20, 107:25, 108:22, 109:2, 109:3, 109:4, 109:8, 109:9, 109:16, 109:20, 110:6, 110:10, 110:24, 111:10, 111:13, 111:14, 112:1, 112:5, 112:18, 113:2, 113:11, 113:24, 114:2, 114:7, 114:8, 114:9, 114:10, 114:12, 114:16, 114:17, 114:19, 114:22, 114:23, 115:1, 115:2, 115:3, 115:5, 115:7, 115:10, 115:12, 115:23, 116:5, 116:13, 116:14, 116:22, 116:23, 116:25, 117:3, 117:5, 117:7, 117:9, 117:11, 117:12, 117:19, 117:25, 118:2, 118:5, 118:22, 119:9, 119:22, 119:25, 120:3, 120:6, 121:10, 121:14, 121:21, 121:24, 122:2, 122:5, 122:15, 122:17, 122:18, 122:20, 122:23, 122:24, 123:3, 123:4, 123:9, 123:22, 123:23, 123:24, 124:1, 124:14, 126:6, 128:5, 128:8,

128:13, 128:23, 129:2, 129:11, 130:4, 130:5, 130:8, 130:14, 130:19, 130:23, 130:25, 131:4, 131:8, 131:11, 131:15, 131:23, 132:1, 132:9, 132:22, 133:2, 133:9, 133:16, 133:19, 133:25, 134:12, 134:14, 134:19, 135:5, 135:9, 135:11, 136:2, 136:11, 136:22, 136:23, 137:3, 137:11, 137:17, 138:3, 138:6, 138:9, 138:10, 138:14, 138:16, 138:17, 138:21, 139:4, 139:5, 139:17, 139:18, 139:25, 140:1, 140:5, 140:10, 140:17, 140:18, 141:4, 141:5, 141:14, 141:20, 142:12, 142:21, 143:3, 143:8, 143:11, 143:18, 143:20, 144:3, 144:7, 144:10, 144:14, 144:16, 144:20, 144:22, 144:23, 145:22, 146:3, 146:7, 146:12, 146:17, 146:23, 147:7, 147:11, 147:12, 147:22, 147:23, 148:15, 148:24, 149:5, 149:10, 149:14, 149:23, 150:14, 151:6, 151:25, 152:3, 152:5, 152:7, 152:10, 152:13, 152:17, 152:18, 152:19, 152:25, 153:1, 153:2, 153:8, 153:12, 153:16, 153:17, 153:18, 153:24, 154:2, 154:13, 154:14, 154:19, 154:22, 154:25, 155:4, 156:1, 156:14, 156:15, 157:4, 157:6, 157:8, 157:13, 157:14,

157:19, 157:21, 158:4, 158:16, 158:22, 158:23, 158:25, 159:1, 159:8, 159:9, 159:11, 159:25, 160:2, 160:5, 161:17, 162:6, 162:10, 162:17, 162:25, 163:19, 163:20, 164:15, 164:21, 164:23, 165:2, 165:6, 165:9, 165:12, 165:15, 165:16, 165:18, 165:21, 166:2, 166:7, 166:9, 166:11, 166:18, 166:22, 167:15, 167:23, 167:25, 168:2, 168:5, 168:9, 169:4, 169:12, 169:15, 169:16, 170:2, 170:7, 170:24, 171:10, 171:11, 171:18, 171:22, 172:10, 173:1, 173:7, 173:11, 174:7, 175:3, 175:13, 175:19, 175:20, 175:23, 176:1, 176:6, 176:7, 176:11, 176:14, 176:16, 177:6, 178:7, 178:14, 178:23, 178:24, 178:25, 179:6, 179:10, 179:23, 180:4, 180:5, 181:5, 182:1, 182:4, 182:7, 183:11, 183:23, 184:1, 184:7, 184:10, 184:17, 184:18, 185:8, 186:2, 186:8, 186:14, 186:18, 186:19, 186:23, 186:24, 187:14, 187:17, 188:15, 190:17, 190:21, 191:5, 191:25, 192:6, 192:10, 192:15, 192:24, 193:5, 193:9, 193:13, 193:14, 193:15, 193:16, 193:17, 193:19, 194:2, 194:3, 194:4, 194:6, 194:11, 194:12, 194:14,

194:22, 195:2, 195:7, 195:8, 195:13, 195:15, 196:5, 196:10, 196:14, 196:20, 196:21, 196:25, 197:4, 197:11, 197:18, 197:21, 198:1, 198:3, 198:10, 198:16, 198:17, 199:1, 199:5, 199:9, 199:13, 199:18, 199:25, 200:1, 200:7, 200:10, 200:11, 200:16, 200:21, 201:2, 201:7, 201:14, 201:18, 201:23, 201:24, 202:3, 202:5, 202:9, 202:11, 202:16, 202:21, 203:2, 203:3, 203:4, 203:7, 203:8, 203:13, 203:23, 204:3, 204:6, 204:9, 204:12, 204:15, 204:23, 204:24, 205:16, 205:19, 207:3, 208:21, 209:12, 210:5, 210:12, 213:7, 213:14, 214:5, 214:17, 214:18, 215:6, 217:17, 218:6, 218:8, 218:10, 218:14, 218:19, 219:11, 222:10, 222:19, 223:23, 224:16, 225:3, 229:17, 229:22, 230:7, 234:10, 234:16, 234:20, 235:14, 235:15, 235:20, 236:3, 236:7, 236:9, 236:10, 236:14, 239:11, 239:13, 240:23, 241:8, 241:25, 244:14, 244:19, 245:13, 245:16, 245:24, 245:25, 246:3, 246:18, 246:21, 249:5, 249:9, 249:10, 251:13, 252:7, 252:11, 252:12, 252:15, 252:16, 252:22, 252:23, 252:25

YOU'D [3] - 68:13, 137:24, 238:8
YOU'LL [1] - 74:19
YOU'RE [6] - 33:10, 38:21, 116:24, 157:19, 158:23, 196:18
YOU'VE [5] - 64:4, 115:16, 139:21, 167:24, 169:2
YOUNG [1] - 106:17
YOUNGER [2] - 72:21, 106:18
YOUR [419] - 4:1, 4:5, 4:8, 4:13, 4:16, 4:19, 4:22, 4:25, 5:3, 5:7, 5:9, 5:14, 5:17, 5:22, 6:2, 6:6, 8:6, 8:9, 8:17, 8:24, 9:7, 9:9, 9:15, 9:17, 9:22, 13:4, 15:9, 15:24, 15:25, 16:3, 16:20, 20:3, 20:21, 21:20, 21:24, 22:14, 22:16, 23:24, 24:9, 24:13, 24:15, 24:22, 25:12, 25:17, 25:19, 25:21, 25:23, 26:20, 27:1, 27:9, 27:19, 28:4, 28:23, 29:6, 29:13, 29:21, 30:20, 30:23, 31:13, 31:16, 32:15, 32:24, 33:3, 33:15, 33:23, 34:10, 34:11, 34:19, 34:25, 35:12, 36:12, 36:16, 37:14, 37:25, 38:13, 38:14, 38:24, 39:12, 40:14, 40:20, 40:25, 41:8, 41:21, 41:24, 42:16, 42:19, 44:20, 45:2, 46:5, 46:7, 46:15, 46:25, 48:19, 49:4, 49:23, 50:14, 50:18, 51:14, 51:22, 53:1, 53:13, 54:3, 54:6, 54:7, 54:15, 54:21, 55:9, 55:10, 55:21, 55:24, 55:25, 56:23, 56:25, 57:4, 57:8, 57:19, 57:24, 58:1, 58:2, 58:8, 59:13, 60:13, 60:15, 61:2, 61:15, 62:12, 62:15, 64:15, 64:22, 65:4, 65:10, 65:12, 65:16, 65:25, 66:6, 66:13, 67:25, 68:1, 68:5, 68:14, 73:11, 83:23,

85:10, 86:8, 86:23, 87:17, 88:2, 90:10, 90:14, 96:2, 97:3, 97:8, 97:11, 97:14, 97:15, 97:17, 98:1, 98:8, 98:17, 98:18, 98:23, 100:18, 100:20, 103:10, 104:25, 105:5, 108:19, 109:1, 109:16, 109:25, 111:5, 111:7, 112:17, 112:21, 112:25, 113:10, 113:13, 113:14, 113:18, 113:24, 114:23, 115:10, 116:10, 116:13, 116:19, 116:25, 117:12, 117:19, 117:22, 118:9, 118:10, 118:13, 118:20, 119:3, 119:8, 119:20, 119:23, 120:11, 120:16, 120:20, 121:6, 121:8, 121:10, 121:13, 121:14, 122:21, 123:4, 124:17, 126:5, 126:15, 128:6, 128:11, 128:13, 130:5, 130:19, 130:23, 130:24, 131:1, 131:11, 132:22, 132:23, 133:19, 134:1, 136:7, 136:18, 136:19, 137:4, 137:22, 137:25, 138:20, 138:25, 139:3, 139:11, 139:14, 139:21, 139:23, 140:6, 140:13, 141:8, 142:15, 142:20, 142:21, 143:4, 143:11, 143:18, 143:19, 145:5, 145:13, 146:16, 146:17, 147:12, 147:16, 148:2, 148:3, 148:11, 150:1, 151:15, 151:20, 151:21, 152:18, 152:21, 154:14, 154:15, 155:15, 156:2, 156:23, 157:1, 158:1, 158:3, 158:6, 158:25,

160:11, 160:18,
161:15, 162:7,
162:8, 162:11,
162:14, 162:20,
162:24, 163:2,
163:13, 164:7,
164:9, 165:2,
165:22, 165:25,
166:13, 166:19,
166:22, 166:23,
167:15, 167:19,
167:24, 168:2,
169:12, 169:16,
170:3, 170:21,
171:9, 171:10,
171:14, 171:25,
172:11, 172:16,
173:4, 173:11,
174:12, 178:3,
178:15, 178:22,
180:2, 180:7,
181:21, 184:8,
188:14, 188:18,
189:7, 189:16,
190:2, 190:24,
191:5, 191:13,
191:17, 192:2,
193:8, 193:17,
194:7, 194:12,
194:23, 196:5,
198:9, 198:18,
199:18, 203:4,
203:9, 203:21,
203:23, 203:25,
204:2, 204:7,
204:12, 204:15,
204:18, 205:23,
209:14, 210:3,
210:7, 210:18,
210:21, 212:8,
212:11, 213:9,
214:1, 214:10,
218:6, 218:7,
218:17, 218:21,
224:11, 228:3,
232:1, 234:9,
234:11, 235:14,
235:18, 235:19,
235:21, 236:5,
236:13, 236:22,
236:24, 237:24,
238:2, 238:15,
238:16, 238:22,
239:12, 239:25,
240:17, 240:20,
240:24, 241:15,
241:24, 242:18,
242:21, 243:21,
244:2, 244:19,
245:7, 245:10,
245:18, 245:22,

245:23, 246:4,
246:17, 246:21,
249:7, 249:17,
250:11, 252:9,
252:10, 252:11,
252:17, 252:25
**YOURS** [1] - 110:1

## Z

**ZERO** [5] - 94:5,
219:6, 219:7, 219:8,
219:15
**ZOLNA** [1] - 70:19
**ZOOM** [1] - 207:13
**ZOOMING** [1] - 149:19
**ZUBIK** [13] - 26:9,
33:24, 40:3, 99:15,
99:20, 99:23,
144:14, 226:18,
226:22, 226:24,
227:3, 232:22, 249:6