IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA ,**<br>            Plaintiff,<br><br>                    v.<br><br>**DONALD J. TRUMP, DONALD J. WRIGHT, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, STEVEN T. MNUCHIN, UNITED STATES DEPARTMENT OF THE TREASURY, RENE ALEXANDER ACOSTA AND THE UNITED STATES DEPARTMENT OF LABOR,**<br>            Defendants. | **CIVIL ACTION**<br><br><br><br>**NO.  17-4540** |

## O R D E R

**AND NOW**, this 8th day of February, 2018, upon consideration of Defendants' Motion to Stay (ECF No. 72), and in light of Plaintiff's representation that the Motion is unopposed, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.  This civil action shall be marked **STAYED** pending Defendant's appeal of this Court's Order on Pennsylvania's Motion for Preliminary Injunction (ECF No. 59 & 60) to the Third Circuit Court of Appeals.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mark this Action **CLOSED** for statistical purposes and place the matter in the civil suspense file.

                                                                                        **BY THE COURT:**


                                                                                        /s/Wendy Beetlestone, J.

                                                                                        _____
                                                                                        **WENDY BEETLESTONE, J.**