Aug 31, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Dr. Roberta Nauman

0151703

Aug 31, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Kim Seals

**0151704**

Aug 31, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

In the 21st century, contrqaceptves should be a non-CONTROVERSIAL no
brainer & basic human right for women; For those who oppose
abortion, CONTRACEPTIVES SHOULD BE SOMETHING THEY SUPPORT---and their
oppostion should make HHS QUESTION WHAT THEIR AGENDA REALLY IS.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.
DO NOT ALLOW THE CVATHOLIC CHURCH AND FUNDAMENTALIST PROTETANTS TO
IMPOSE THEIR RELIGION ON ALL OF US.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Lydia Howell

0151705

Aug 31, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Susan Lynch

0151706

Aug 31, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Salim Ali

Aug 31, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Dr. Dan Moorman

0151708

Aug 31, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Tracy Blount

**0151709**

Aug 31, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Dr. Anne Anglim

**0151710**

Aug 31, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Leigh Ann Spence

**0151711**

Aug 31, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Concetta Gleason

Aug 31, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. John Simanton

Aug 31, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Terry Strauss

Aug 31, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Clayton Graham

0151715

Aug 31, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Elisabeth Hershey

0151716

Aug 31, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Edward Mitchell

**0151717**

Aug 31, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Rodolfo Franco

0151718

Aug 31, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. Patrick Mcgorty

0151719

Aug 31, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Karen Fishkin

0151720

Aug 31, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Benjamin Thomas

**0151721**

Aug 31, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Dr. Keith Runion

**0151722**

Aug 31, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. Joe Keller

0151723

Aug 31, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Joe Keller

0151724

Aug 31, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Vince Mendieta

**0151725**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Dr. Nancy Berkheiser, M.D.

0151726

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Jessica Miller

0151727

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Harald Matej

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. Edward Sauer

0151729

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. Glenn Thompson

**0151730**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. Bob Fischella

0151731

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Birdie Blaine

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Sherrell Cuneo

0151733

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. David Hill

**0151734**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Carol Schultz

0151735

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Rhonda Elsen

**0151736**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. Tom Sanchez

0151737

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Sarah Freshley

**0151738**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Abigail Woodward

0151739

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Laru Dekock

0151740

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Suzanne McManus

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. C. Blackman

**0151742**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

IF YA LET GET TAKEN AWAY OUR "RIGHTS" THEN ALL US SMART
STRONG WOMEN ARE GONNA LEAVE THIS COUNTRY AND TAKE OUR SPENDING POWER
WITH US.   DO YOU NEED ANY BIGGER REASON THAN THAT. AND I WOULD LIKE IT
IF YOU WOULD KICK A LITTLE MORE REPUBLICAN A** PLEASE!
The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. valerie mcnulty

**0151743**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

When I was in my 30s, I wanted a tubal ligation. I was unable to get it
under the aegis of the Coast Guard [in which I was an active duty
member at the time], because they had a contract with a Catholic
hospital. I feel that was unfair to me as a service member and
undermined my religious liberty. My personal decision concerning my
body did not accord with Catholic precepts, so I was denied coverage of
a routine procedure.

I have always felt strongly that good birth control and prevention is
better than the alternatives.

Make birth control affordable! NO Exceptions!

Sincerely,
Ms. M J Millard (USCG, Ret.)

**0151744**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. vik sarakula

0151745

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Danny Dwinell

**0151746**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Ms. Patricia Fontana

**0151747**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

Show some backbone.   Protect choice from the right-wing nuts.   You
continue to "compromise", they continue to take turf.

Sincerely,
Dr. Michael Healy

0151748

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mrs. Anne Moore

**0151749**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Shana Tighi

**0151750**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Dr. Diego Estrada

**0151751**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Gustavo Gil

**0151752**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Mike Bell

0151753

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Shelby Solomon

**0151754**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Joost Meijer

0151755

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. russell Davis

**0151756**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Dr. Sarah Avery

0151757

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Joanie Laine

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Michael Harper

0151759

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Dr. Ch. Rosen

0151760

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Patricia Carltpn-McQueen

0151761

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Joe Everette

0151762

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.
Indeed, one wonders why any religious institution would feel the need
to enforce their beliefs upon their   faithful employees in this manner
when the employee would be within their rights to leave such beneifits
unclaimed for religious reasons volunatirly at any time.     But, I
expect my government to assure that this exception be appropriately
limited in its application,   in a practical manner,   to those for which
it was intended and not to broaden its application.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Jed Ivory

0151763

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Dr. Mary Gaillard

0151764

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Dr. James Pate

0151765

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Ms. Grace Wamble

0151766

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. David King

0151767

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. David Handy

0151768

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Cindy Melbie

**0151769**

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Loretta Thompson

**0151770**

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Keep religion out of a woman's rights. Cpmtrace[tove services should be
made more available to prevent unwanted preganancys not less!   Stand up
for all women not just the few.

Sincerely,
Mrs. Kick Anna

**0151771**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Sylvia De Baca

0151772

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Jason Burgess

**0151773**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Kimberly Christensen

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. ed bebelheimer

0151775

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Joan Robertson

0151776

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Elizabeth Felton

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Andrew Windsor

**0151778**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Barbara Zaroff

0151779

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. cynthia hellmuth

0151780

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Mike Young

**0151781**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Lindsey Shere

0151782

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. John Alessi

**0151783**

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Leann Ramirez

0151784

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mrs. Antonia Salaz-Siania

0151785

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. Michael Fleming

0151786

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Juan Galindo

**0151787**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Donnella Mitchell

0151788

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are **all** free to make personal decisions such
as whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Laura Sternberg

0151789

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Gregory Kampwirth

0151790

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Ross Votaw

**0151791**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. sennja joyner

**0151792**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Elizabeth Demirjian

0151793

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Gerardo Cornejo

0151794

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Jill Harris

0151795

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Rudy Shafiq

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. John Astaunda

**0151797**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. William Ewald

0151798

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Brooke Clyde

**0151799**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Peter Brackner

**0151800**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Birce Altiok

**0151801**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception should be limited to houses of worship or
other institutions that primarily serve and employ people of the faith,
and whose primary purpose is religious. Anything broader would harm
women, compromise health care, and undermine religious liberty for all
of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that each of us should be free to make personal
decisions, including whether and when to use birth control, based upon
our individual beliefs and according to what is best for our health and
the well-being of our families.

Sincerely,
Mr. Charles Kocher

**0151802**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. Oscar Brambila

**0151803**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Alec McDougall

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Ms. Maria Salazar

0151805

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Audrey Rosser

**0151806**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Christine Tonry

**0151807**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Dr. Kenneth Berri

0151808

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Dr. James Pate

0151809

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Stephen Jung

**0151810**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Jason Reid

0151811

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Jim Magaw

0151812

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Eldon Leuning

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Joy Quick

0151814

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Miss Kristine Andarmani

0151815

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Troy Schreiber

**0151816**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Freedom of choice over our own bodies is a basic right. Each person should have the means and opportunity to avail herself of any and all services and information in order to make an informed choice. Reproductive matters should be in the hands of women, and they should be able to choose what is best for them without restriction.

Sincerely,
Ms. Cindy Spencer

**0151817**

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Doug Wagoner

**0151818**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Martha Champion

0151819

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. David Marconi

**0151820**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

Remember contraceptives prevent abortions.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Stan Sheldon-Lander

0151821

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Robert Schaffer

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Richard Stallman

0151823

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Ms. Helena Caston

**0151824**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Dr. Jaime Nahman

0151825

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Charles Kingma

0151826

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Dr. Loui Franke

0151827

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. William Smith

0151828

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. Paul Ellison

**0151829**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Tyreece Rogers

**0151830**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Ms. Diane Alpern

0151831

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Ms. Linda Sims

0151832

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Peggy Ochoa

0151833

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. David Dunn

0151834

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Ron Edwards

0151835

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. Charles McIntyre Jr.

0151836

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Laura Huddlestone

**0151837**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Sally Rosoff

0151838

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. Vince Mendieta

0151839

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Those who WANT to live in a country where women have no reproductive
rights should move to Afghanistan or Saudi Arabia and let the rest of
us enjoy the freedoms enshrined in our legal code.

Sincerely,
Ms. Kimberly Nelon

**0151840**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Please, protect a woman's right to chose and to access what they need
to protect themselves in any manner they choose.

Sincerely,
Mr. mike fabi

**0151841**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. Linwood Morrison

**0151842**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Beverly Jennings

0151843

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families

Despite aggressive actions on the part of the religious right, I
believe most Americans still believe in the separation of church and
state.  When religious organizations become as political as they have
in more recent years, it is very evident that they have no intentions
of remaining in their place.  Please do not allow them to continue to
chip away at  our hard earned reproductive rights by not
allowing any further compromising of the Required Health Plan Coverage
Guidelines. Thank you for continuing to listen to women. They do know
what is best for themselves and their families.

Thank you !

.

Sincerely,
Ms. Betty Deugenio

0151844

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Annmarie Sauer

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Cindy Chilton

0151846

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Cathy Galligan

**0151847**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Cathy Galligan

**0151848**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Gregory Robert

0151849

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Benjamin Oppenheim

**0151850**

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Bash Sher

0151851

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. Gordon Macginitie

**0151852**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

I am Catholic and I appreciate your sensitivity in making an exception
for religious institutions, but I wish my religion and others would
realize that family planning and access to contraceptives is not
pro-abortion but rather very much pro-life.

Sincerely,
Ms. Elizabeth Sheppard

0151853

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Katelyn Finn

0151854

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Beth Fiedorek

0151855

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Judith Sweeney

0151856

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

The Republicans' attack on women's reproductive rights abhors me.   I
vote and I advocate for rights for all Americans.   I view them as
cowards and un-American.

Sincerely,
Mr. DUANE WALL

**0151857**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Betsy Wolf-Graves

0151858

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Lynda Naclerio

0151859

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Miss Caitlin Russell

0151860

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Jordan Tjersland

0151861

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Jenny Diehl

**0151862**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Robin Denaro

0151863

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Jeffrey Lutes

0151864

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. danny grantham

**0151865**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

Contraception is every womans right! This is anpersonal matter and it
MUST NOT BE ALLOWED TO BE DICTATED BY THE GOVERNMENT!!! i amnsixk and
tired of polititians trying to find any way they can to affect a womans
reproductive choices! This is blatently outside the boundaries of the
government/ citizen relationship! There are fundamental rights that ALL
people must have that government MUST RECOGNISE is NONe OF THEIr
BuSINESS! A womans right to choose birth control, a womans right to
choose abortion, a persons right to marry the person of their choice
regardless of gender, these are the most obvious examples, yet they
continue to be the most controvercial! Why? It all comes down to
CHOICE! We all have the right to choose for ourselves! No one else can
xhoose for us! Just because you have your viewpoint - for whatever your
reason (ie: religious beliefs) , does not give you a superior right to
mine! Particularly religious reasons as no two religions ever seem to
agree on anything! How would it EVER be resolved if not by the person
themselves to make their own choice?!!! I am really getting tired of
repeatedly having to tell the government to get out of my life and out
of my reproductive and relationship desisions!!
Thank you, Kimberly Rice The following is a form letter statement i
also agree with.
The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Kimberly Rice

0151866

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. martin kroon

**0151867**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Eric Schultz

**0151868**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. john fritz

0151869

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. Richard Zoah-Henderson

0151870

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Sunil Misra

**0151871**

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Carol Peterson

**0151872**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Nancy Skeeen

**0151873**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Nicole Kowach

0151874

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Alberto Rivera

0151875

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G, 200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Ms. Lisa Dowling

0151876

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

I don't understand why this is an issue. I strongly support coverage of
ALL health care deemed medically necessary by a person and his or her
doctor.

Sincerely,
Ms. Christine Abbey

**0151877**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. Lucien Fontaine

0151878

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Priscilla Elfrey

0151879

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. Richard Sampey

**0151880**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Do NOT allow religionists the excuse to discriminate, while hiding
behind their 'holy scriptures'.   That's setting up a double standard.

Sincerely,
Mr. Jason Brose

0151881

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. Michael Parrish

**0151882**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Dr. Corinna Hasbach

**0151883**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Alexis Montgomery

**0151884**

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Ms. Anna Berg

**0151885**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. Greg Tutko

**0151886**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Robert Gustafson

0151887

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Connie Day

**0151888**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Barbara Ringhiser

0151889

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Tom Huber

**0151890**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Jeane Garrett

**0151891**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. Bernard MARCHOIS

0151892

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Ana Alvarez

**0151893**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. nicholas stancioff

0151894

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Katherine Hix

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Miss Cynthia Feranandez

**0151896**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Jordanna Freedman

0151897

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Daniel Hereford

**0151898**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Evan Kegley

0151899

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Health Care is a Right, not a privilege for those who have
discretionary funds.   Health Care also is a private matter, not to be
infringed upon by others who have different views.

Sincerely,
Ms. M. Gladis

**0151900**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

A woman's privacy and rights concerning her body is no business of
employers or government!

Sincerely,
Ms. Tish Wilson

**0151901**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.
Would also like to add on a personal note that fanatical religious groups, be they Muslim or Evangelical Christians, need to keep their personal views to themselves and stop worrying about what their neighbors are doing. The sad truth is that the world is overpopulated. People are going to continue to engage in sex for pleasure, and therefore need a way to curb population growth. Period.

Sincerely,
Mr. Perry Jock

**0151902**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Tim Maness

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Andrea Chipman

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Brian Plummer

**0151905**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. Robert Fitzgerald

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. John Gouvas

**0151907**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.
The separation of church and state is vital.   Forcing religious beliefs
upon the general population is unconstitutional and unfair.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Thank you for your time in reading this letter.   Remember, the more
unwanted babies the more medicare and welfare dollars we need to spend.
And those dollars do not even cover the NEEDs of the children born.

Sincerely,
Mrs. Mary Peterson

**0151908**

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Audrey Beavers

**0151909**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

Religious organizations should have no say in governmental policies in
the United States of America. Governmental policies should have no say
in a person's personal life choices.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Daniel Page

**0151910**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Dr. Carol Sperry

**0151911**

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Ellanor Revenga

**0151912**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mrs. Alana Gielczyk

**0151913**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Robert Webster

**0151914**

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Ameneya Phillips

**0151915**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Dr. Jacqueline Thomas

0151916

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Darren Albertson

0151917

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Craig Martin

**0151918**

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Abraham Omorenimwen Oboruemuh

0151919

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Dr. Ghida Banat

**0151920**

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Donald Williams

**0151921**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. Steven Stone

0151922

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Dr. Karen Hochman

0151923

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Abraham Omorenimwen Oboruemuh

0151924

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Marshall Sutherland

**0151925**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Ms. Kathleen Rothwell

0151926

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. Spitzer James

0151927

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Carolyn Johnson

0151928

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Brian Schoenwandt

0151929

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

As a clergyman, I believe that HHS should not permit institutions to
impose their religious tenets on employees who do not share those
beliefs. At its core, religious freedom means that we are all free to
make personal decisions such as whether and when to use birth control
based on our own beliefs and according to what is best for our health
and the well-being of our families.

Sincerely,
Mr. Terry Heislen

0151930

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Larry Walden

0151931

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Jeremy Faulkner

**0151932**

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Heidi Parvela

0151933

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Jess Freeman

**0151934**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. Dane Swindell

0151935

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would greatly harm
women, compromise health care, and undermine religious liberty for all
of us, which would be intolerable.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions, such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Marilyn Voorhies

**0151936**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Donna Lehnus

**0151937**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Ms. Amy Biggs

**0151938**

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Ms. Amy Biggs

**0151939**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

thank you Francis Garcia

Sincerely,
Mr. Francis Garcia

**0151940**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. George Hughan

0151941

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Emmalee Clark

0151942

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Ms. Dannie Hart

**0151943**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Tim Herman

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Nicole Tscheligi Frenk

0151945

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Franziska Wittenstein

0151946

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Andrew Mccowan

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Miss Heather Southerland

0151948

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Shaun Melvin

0151949

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Spencer Selander

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mrs. Barbara Hall

**0151951**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Gregory Leduc

**0151952**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. pasqual pelosi

**0151953**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Dr. Kenneth Ruby

0151954

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Susan Haines

0151955

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. Harvey Miskerik

0151956

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. James Fields

**0151957**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Jacquie Billing

**0151958**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Tony Lortz`

**0151959**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Minerva Hallowell

**0151960**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Diana Cioffari

**0151961**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Crystal Foster

**0151962**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Ms. Vicki Morris

**0151963**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Susan Wuerl

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Ms. Stephanie Mitchell

0151965

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. M. Voronovszky

0151966

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mrs. Julie Burns

**0151967**

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mrs. Naomi Peck

0151968

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

As a physician retired from a practice of pediatrics in an undeerserved
innercity community, I found access to resources to pay for
contraception was imperative for family planning, and onerous
impediments to choice for needed procedures often guaranteed larger
than desired family size, that in turn thwarting plans for maternal
education and/or employment.

Sincerely,
Dr. James Leu

**0151969**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Louise Jacob

0151970

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Louise Jacob

**0151971**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us. This is very important to maintain the principle of separation of church and state which is a cornerstone of American values.

Therefore the Department of Health and Human Services should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families. Thank you so much for your consideration. This is a crucial time in America for the preservation of our core values.

Sincerely,
Ms. Donna Buell

**0151972**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Jacqueline Konwinski

0151973

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Susan Gunther

**0151974**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Dr. Emerelle Rhodes

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. Stephen Critelli

0151976

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Kamau Odinga

0151977

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Tierney Grinavic

0151978

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. John Martin

0151979

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Matt Coles

**0151980**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Daniel McCaffrey

**0151981**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Mike Raymond

**0151982**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. Michael Hart

0151983

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. Kevin Devone

0151984

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Robyn Harber

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of a particular
faith, and whose primary purpose is religious. Anything broader would
harm women, compromise health care, and undermine religious liberty for
all of us.   Denying women access to contraception essentially makes
them slaves to particular religious beliefs, even though they may not
share those beliefs.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.   While I would not force a religious institution to provide
contraceptive services, neither would I deny those services to any
woman who needs them.   Do not broaden the exemptions--they go plenty
far enough.   Do not allow government to interfere with women's
reproductive rights.

Sincerely,
Ms. Mary Lambert

**0151986**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Ms. Deborah Rotunda

0151987

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mrs. sue johnson filley

**0151988**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Ms. Ginny Goormastic Basaric

**0151989**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Ms. Laminda Mozon-Whitfield

0151990

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. marilyn rowse

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Alison Krich

0151992

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Ms. Anneke Corbett

0151993

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Joan Baur

**0151994**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Dr. Steven Royce

**0151995**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Ananda Richmond

**0151996**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Barry Hart

0151997

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. shon michael

**0151998**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Pat Smith

**0151999**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. Kenneth Mostella

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Wade Wasserman

**0152001**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Janice VrMeer

**0152002**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Fred Rakevich

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Nicole Torgesen

**0152004**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Dr. Jane Morgan

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

Women should have the only say over their Bodies. This is Opression 7
Slavery and Un Constitutional to take any rights away.

I for One was raped by an Uncle and got Rid of the Bastards baby I
didn't want nor did I want a constant Reminder of even tho the baby
didn't asked to be conceived. It was against My Will and done the best
thing for the both of Us.

Stopped a Life time of Hell and Toment. I'm 59 now and still have
bitterness about it. This man even raped his own daughter & made
her have the baby, who was miserably treated all his life. He should
have served LIFE.in prison and didn't. Found out "WE" were nt
his only victims he had many, He deserves to rot in Jail then Hell. but
won't because they let him out. Justice was not Served.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Mary Blair

0152006

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. Mark Lee

0152007

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Andrea Taylor-Blenis

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. Paul Dembski

**0152009**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Paul Dembski

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. Arthur Roach

0152011

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Marjory Stanley

**0152012**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. gene Groom

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Dr. Philip Gallo

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. Christopher Davis

**0152015**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Shannon Caruso

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Claire Welt

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. William Miller

**0152018**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. James Conn

**0152019**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Kristin Hurley

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Georgiana Wells

**0152021**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Sara Paulson

**0152022**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Richard Alter

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Abdul-aleem Ahmed

0152024

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Gabe Ormsby

**0152025**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

I don't believe anyone should deny a woman the right to affordable
contraceptives. There should be no question about them being covered by
medical insurance, especially since there doesn't seem to be any
problem with men getting their Viagra pills at an affordable price as
well as getting them covered under their health care insurance. Since
women bear the result of "Viagra and the lack of affordable
contraceptive products", the choice is most definitely ours.
Please support the Women's Preventive Services Guidelines.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Linda Brown

0152026

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. David Follman

0152027

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Charles Wood

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Alexander DeSantiago

**0152029**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Humam Talhami

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Christine Welch

**0152031**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Leo Frumkin

**0152032**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Sherry Frumkin

0152033

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Ms. Jennifer Thompson

0152034

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. George Bullock

0152035

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Dr. Amy Mass

**0152036**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Kristen Zehner

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Kristen Zehner

0152038

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Terri Mittenthal

**0152039**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. Matthew Kimball

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Curtis Skurka

0152041

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Victoria Hall

**0152042**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Ms. Netii Ross

**0152043**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Robert Mosher

0152044

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Maria Jackson

**0152045**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-
being of our families.
If the anti-choice people agree legally to adopt and bring up the to-be
aborted fetuses as soon as they are born, OK; also they should bear the
cost of the birth.

Sincerely,
Mrs. Therese Tanalski

0152046

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine First Amendment-guaranteed
religious liberty for all of us.

Many people object to abortion, including I. However, our feelings on
this subject are not an appropriate basis for law. Making sure that
women have access to contraception is one way to reduce the number of
abortions without denying women their rights established under Roe v.
Wade. Moreover, millions of women have medical conditions that make
pregnancy too dangerous for them (and/or the fetus). Others require
medications that cannot be taken during pregnancy. Such women
absolutely need to be able to obtain birth control.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Dr. Dan Muldoon

**0152047**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Elizabeth Johnson

0152048

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Linda Ng

**0152049**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Christine LeBeau

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Ms. Jean Dunlap

0152051

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Kathryn Smith

0152052

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Robert Vanderhoff

0152053

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. M Gutierrez

**0152054**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Mairi Meredith

**0152055**

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

It's time to stop buckling in the name of compromise to any and all
hiccups from the right .The new HHS policy also creates a special
exception for certain religious employers, allowing them to deny
coverage for contraceptive services. This exception must be limited to
houses of worship or other institutions that primarily serve and employ
people of the faith, and whose primary purpose is religious. Anything
broader would harm women, compromise health care, and undermine
religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Robert Linde

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Drew Peltier

0152057

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Elaine Warren

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Barb Fitzgerald

**0152059**

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Kim Burke

**0152060**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Edward Connors

0152061

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new Health and Human Services policy also creates a special
exception for certain religious employers, allowing them to deny
coverage for contraceptive services.

I urge you to see that this exception is limited to houses of worship
or other institutions that primarily serve and employ people of the
faith and whose primary purpose is religious. Anything broader would
harm women, compromise health care and undermine religious liberty for
all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Thank you.

Sincerely,
Ms. J Rigney

0152062

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Barbara Fussiner

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. John Moszyk

**0152064**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Rebecca Glenn

0152065

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Carroll Munz

0152066

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. David Amendola

**0152067**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Ms. Nancy Bush

**0152068**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. john c betz

0152069

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Martha Molpus

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Audrey J. Scotti

0152071

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. kurt adelberg

0152072

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Jonathan DeKock

**0152073**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. jerry garcia

**0152074**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Geralyn Leannah

**0152075**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Dr. marcia hopkins

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Gayle de Mille

**0152077**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Paul Curtin

0152078

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Carolyn Mills

0152079

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Britton Saunders

0152080

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Robert Garber

0152081

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. alice speakman

**0152082**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. Arthur Coates

**0152083**

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.
Women should have the right to contraceptives without having to have
their employer approve it!

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Crystal Depew

0152084

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Gayle Cormier

0152085

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. peggy shannon

0152086

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Dr. Alison Simmerman

0152087

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. KEVIN RILEY

**0152088**

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Lori Kegler

**0152089**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. William Schricker

**0152090**

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Especially, if a "Catholic" hospital is the only option for
some women, then by law they it should honor the right that an American
woman has, to choose such an option as abortion.   It is deeply
troubling to me that the so-called religious rights of an institution,
should mean more than the human rights of an American citizen!

Sincerely,
Ms. Virginia DeHaan

**0152091**

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Dr. Ruth Butler

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Andrew Segal

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Sharon Rothe

0152094

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Please keep women safe and in control of their own bodies.

Sincerely,
Ms. Nancy Peterson

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Ann Yoder

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Leonard Harris

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Ms. Sinda Nichols

**0152098**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Darcie Deaville

**0152099**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Helen Johnson

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Lynn Miller

0152101

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Jacqueline Votanek

**0152102**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. James Gaidry

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Dr. Kathryn Scott

**0152104**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Emma Steiner

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. Charles Ripp

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Richard Cory

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Robert Wales

**0152108**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Gail Laker-Phelps

0152109

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Sharon Villagomez

0152110

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

Women who work for these religious employers can decide what is best
for them rather than having the employer decide for them. It is likely
that they may not choose to use it. But they should have the right to
choose as any other woman.

Sincerely,
Ms. Catherine Dorner

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Susan Wiseman

**0152112**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Judith Linden

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Julia Imbarrato

0152114

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Brook Boese

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Mary Ann Fleming

0152116

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. Christopher McCluskey

0152117

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Jillian Elliott

0152118

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. George L. Trigg

0152119

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Barrie Colbath

**0152120**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Alexandra Birt

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Raymond Gardner

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Martin Ruther

**0152123**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Ellen Fox

0152124

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Dr. Susan McNamara

0152125

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Ms. Marlene Tendler

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Ms. Judy Nakadegawa

**0152127**

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Thoimas Boyles

0152128

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Dr. Mary` Glenn

**0152129**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

I believe in personal choice in family planning. In fact, the Constitution protects us from religious impositions on our basic freedom. Religious fanatics are already denying women the right to choose an abortion even in dire circumstances. Yet no one is forcing women who do not want contraception to use it. But the choice should be a private one. Besides health concerns, over-population is a world-wide problem.

Sincerely,
Mrs. Janet Muir

**0152130**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Zachary Stark-MacMillan

**0152131**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Ed Gartin

0152132

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Agnes Smith

0152133

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mrs. Joan Troxa

0152134

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Dr. Thomas Strunk

0152135

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Richard Whelan

0152136

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Bobo Greenberg

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

I am appalled at the spurious notion promulgated by the religious right that women can "afford $5 coffee drinks but not $5 co-pays".

Sincerely,
Mr. Scott Roderick

0152138

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Elvis Cayford

0152139

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Terry McNicholas

0152140

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Who do these people think they are? More zealot attitudes. Don't let
them take our freedoms away!

Sincerely,
Mr. Ted Barrett

**0152141**

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Miss Jacklyn Anderson

0152142

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Mark Austin

0152143

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Christopher Foran

**0152144**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Who do you think you are? Infringing on people rights. You people
make me sick. You cock sucking bastards don't deserve civilized talk.
Get off of your religious deities dick and clean the garbage of your
faith out of your god damn ears and leave peoples rights and freedom
alone. God is a business and you fucking worthless pieces of shit want
to oppress with your faith. Fuck you and your worthless blinding faith.
May you all choke on each others dicks you fucking assholes.

Sincerely,
Mr. Blake Caven

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Sally Giles

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Steven Rosenberg

0152147

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Stephanie Glover

**0152148**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. janie thomas

0152149

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. John Shabanowitz

0152150

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Miss Sheryl McCabe

0152151

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Dr. Stephen Payne

0152152

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mrs. Carol Kuhr

**0152153**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Dr. Kimberlee Trudeau

0152154

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mrs. joyce banzhaf

0152155

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Linda Sullivan

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Ms. Jeanabeth Halley

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

It strikes me as disingenuous that the US government pays for
contraceptives for wild horses and refuses to support women who choose
to use contraceptives.

Sincerely,
Mrs. Mariann Maris

**0152158**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Jonathan Michals

**0152159**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. PAMELA BURNS

**0152160**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Earl Larsen

0152161

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Geraldine Karpel

0152162

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Mark Warner

**0152163**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

The very institutions that want to impose their religious objections to
birth control oppose abortion.   Abortion is not necessary if birth
control is available. They do not have any objection to insurance
paying for Viagara.   Please do not allow religious zealots to keep
women from having the health care services which women and their
doctors choose.

Sincerely,
Ms. Barbara Martin

**0152164**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Hope Mclean

0152165

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Evelyn Hayhurst

**0152166**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Trebor Gibson

0152167

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. John Gallagher

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. John &amp; Leslie McKeon

0152169

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Mary Koehmstedt

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Patricia Luken

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Dr. Dalia Adeina

0152172

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Margret Ball

**0152173**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Janet Bayer

0152174

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Charles Meyer

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Judith Lawrence

**0152176**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Judith Lawrence

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Leah Hunt

**0152178**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Miss seraptia seely

**0152179**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

Please continue to fight against any infringement on our freedom and
support every American's right to his or her own beliefs, religious and
otherwise.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Jennifer Sasseen

**0152180**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Ramona Hillier-O'Hara

**0152181**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Kenneth Elmes

0152182

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Mark Stone

0152183

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. anna Rita Barron

0152184

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Michele Nihipali

0152185

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Miss Mary Jane Smythe

**0152186**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Peter and Gert Coleman

**0152187**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Carole Damico

0152188

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Dan Deans

0152189

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Jennifer Jones

0152190

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Dacia Dyer

**0152191**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. John Daniel Fullerton

0152192

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Linda Smith Cohen

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Mary Owens

**0152194**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Casey Jo Remy

**0152195**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Ms. G Bedrosian

0152196

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. William Mountrey

0152197

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Rita Deutsch

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Gerard Deutsch

**0152199**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Les Gorsuch

**0152200**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Nancy Sopher

**0152201**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Karen Winograde

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Madeline Johnson


**0152203**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G, 200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Ms. Donna Krause

**0152204**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Betty Kenley

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Miss Samantha McKnight

0152206

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. Lawrence Press

**0152207**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Miriam Vieni

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Dr. Irene Schulman

0152209

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Pamela Hussey

0152210

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. David McCray

0152211

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Wayne Mullins

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Dionne Graham

0152213

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Michael Wolf

0152214

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Sean Parrott

**0152215**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Susan Davidson

**0152216**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Steven Bodnar

0152217

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Carol Hinkelman

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Gene Stewart

**0152219**

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Marcus Connaghan

**0152220**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mrs. HerbandLizzy Poole

**0152221**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Isabelle Mogadam

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Arno Yaeckel

**0152223**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Shelly Bekele

**0152224**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.          Make sure the division between Church and State is
maintained.   A woman's right to decide her own   reproductive choices
MUST BE MAINTAINED. Please don't return up to the 'dark ages.'

Sincerely,
Ms. Renee Weiss

**0152225**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Bob Bronfen

0152226

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Jeff Gammill

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

This is 2011 ! FAMILIES SHOULD BE A QUESTION OF CHOICE AND FORETHOUGHT
!

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Dr. Robin Elms

**0152228**

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. PHYLLIS HOLCOMB

0152229

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Lawrence Blacik

**0152230**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Arthur Murray

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. GHAY HOLCOMB

0152232

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Timothy Dunleavy

**0152233**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. Merritt Tilley Iii

0152234

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Lorna Bosnos

0152235

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Emily Schoales

0152236

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Megan Bott

**0152237**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Rich Blair

0152238

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. Robert Banever

0152239

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Please make sure that this wonderful benefit for all of America, not
just women comes to fruition! It is so important!

Sincerely,
Mrs. Christine Stewart

**0152240**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Patrice Johnson

0152241

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Robb Leach

0152242

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Sybil Kohl

0152243

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Bettina Bruning

**0152244**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

President Obama,
This is another good idea that you'll probably fold on.   Can't you
stand for just one thing?

Sincerely,
Mr. Robert Woodruff

0152245

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

I stronlgy support the freedom for women to make their own choice
relating to healthcare, birthcontrol and pregnancy. I support Women's
Preventive Services: Required Health Plan Coverage Guidelins, which
will make effective birth dcontrol more affordabel for millions of
women.

Sincerely,
Mr. Zaki Sabih

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Larry Parker

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Beau Barnett

0152248

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Zsanine Alexander

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Dr. Michael Rabbino

**0152250**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Jill Friedman

0152251

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Christine Schardt

**0152252**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Tony Craney

0152253

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Andrea Reed

0152254

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. David Strong

0152255

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. David Jacques

**0152256**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Susan Jacobson

0152257

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Carol Levy

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Virginia Peacock

0152259

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Barbara Petersen

**0152260**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Cecilia Carey

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. John King

**0152262**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Population growth is bad for the Earth.

Sincerely,
Mr. Timothy Mann

**0152263**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Nicole Schwartz

0152264

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Hilda Andrews

0152265

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. William Caine

0152266

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Dorothy Brito

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Judy Johnson

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Nancy Alicia Wayland

**0152269**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

This goes against the Constitution of the United States, and was the
reason why most of the American Immagrants came from Europe to the New
land, to worship the way they wanted with religious freedom.

This goes against the Foundation of America.

Helping with Contraceptives will reduce health care costs that everyone
including the Far Right, Insurance Companies are complaining about the
cost to cover people on health care....I wonder why they do not get it?

Sincerely,
Mr. Alfred Peterson

0152270

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Tj Helman

**0152271**

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Tj Helman

0152272

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Cheryl Lussier

**0152273**

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Joline Pelletier

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Steve Mendoza

0152275

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Ariela Perez-Wallach

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Philip Abrahamson

**0152277**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Julia Simic

0152278

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Dr. Abner Shimony

0152279

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Judith Kahle

0152280

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Wilma Wever

**0152281**

Sep 1, 2011

Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;  Medicaid Services, Department of  Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. John Vojtisek

0152282

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mrs. Marilyn Stoknes

0152283

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

SeeThe new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

I couldn't say it any more clearly than what has been written above,
but remember contraception avoids the use of abortions many many times.
Not allowing contraception puts the total burden on the women. We need
to keep state & church separate.

Sincerely,
Ms. Daphne Cooper

**0152284**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Dr. Mary Meyers

0152285

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

Please prove that the HHS is comprised of actual, real human beings who
are capable or intelligent thought and human emotion, and not merely
puppets dancing on the strings of Puppet Masters who seek to control
humans through refusing them the ability to make their own intelligent
decisions.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. N Langley

**0152286**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

No employer should have any ability to interfere in family planning.

No employer should have any ability to impose their religious tenets on employees.

Sincerely,
Ms. Susan Chandler

0152287

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Gwynn Schmid

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Susan Gilbert

0152289

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Elaine Fischer

**0152290**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Ronald Bandes

0152291

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Elaine Fischer

0152292

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Karly Larson

0152293

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

President Obama, please stop giving in to the pressures of the
Republicans in Congress. and whoever else is pressuring you..you are
beginning to lose support from those of us that have had so much faith
in you.

Sincerely,
Mrs. Sue Halpern

**0152294**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

A few years ago I spoke with some antichoice protestors picketing
Planned Parenthood.   I asked if they were against contraception as well
as against abortion-"Absolutely." Then I asked if they
supported the WIC program, food stamps, AFDC, public child care, or
public preschool (Headstart); "Certainly not--all socialist
programs." I summarized: So you believe that every time a woman
has sex, she should produce a child and take care of it without any
public assistance. Also, these particular five protestors also believed
that if only a woman or a fetus could be kept alive, the fetus was most
important to save. I wondered if it could be because it might be male.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mrs. Carol Lilleberg

**0152295**

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Carol Mcwhirter

0152296

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Jonathan Wohlschlag

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Donald Little

0152298

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make effective birth control more affordable for millions of women. Women need access to contraceptives to prevent unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very important step for women's well-being.

The new HHS policy also creates a special exception for certain religious employers, allowing them to deny coverage for contraceptive services. This exception must be limited to houses of worship or other institutions that primarily serve and employ people of the faith, and whose primary purpose is religious. Anything broader would harm women, compromise health care, and undermine religious liberty for all of us. But some groups are mounting a campaign to make the exceptions even broader in an attempt to diminish this step forward.

HHS should not permit institutions to impose their religious tenets on employees who do not share those beliefs. At its core, religious freedom means that we are all free to make personal decisions such as whether and when to use birth control based on our own beliefs and according to what is best for our health and the well-being of our families.

Sincerely,
Mr. Howard Black

0152299

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. James Trimm

**0152300**

Sep 1, 2011

Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp;   Medicaid Services, Department of   Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Madelaine Matej

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Ms. Ursula Connolly

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. J. R. Bertram

0152303

Sep 1, 2011

Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,
200 Independence Avenue, SW
Washington, DC 20201

Subject: Protect Women's Access to Birth Control (CMS-9992-IFC2)

Dear Centers for Medicare &amp; Medicaid Services, Department of Health and Human Services, Room 445-G,,

I strongly support the Women's Preventive Services: Required Health Plan Coverage Guidelines, which will make
effective birth control more affordable for millions of women. Women need access to contraceptives to prevent
unintended pregnancies, plan the size of their families, and protect their health. Thank you for taking this very
important step for women's well-being.

The new HHS policy also creates a special exception for certain
religious employers, allowing them to deny coverage for contraceptive
services. This exception must be limited to houses of worship or other
institutions that primarily serve and employ people of the faith, and
whose primary purpose is religious. Anything broader would harm women,
compromise health care, and undermine religious liberty for all of us.

HHS should not permit institutions to impose their religious tenets on
employees who do not share those beliefs. At its core, religious
freedom means that we are all free to make personal decisions such as
whether and when to use birth control based on our own beliefs and
according to what is best for our health and the well-being of our
families.

Sincerely,
Mr. Adam Vining

**0152304**