# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f13-nfq6
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7123
CA

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
    CA,  92602
**Organization:** National Partnership for Women & Famiies

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f13-rq4d
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7124
UT

---

## Submitter Information

**Name:** Maria Lisonbee
**Address:**
   Salt Lake City,  UT,  84106
**Email:** abuelamaria@hotmail.com
**Organization:** None

---

## General Comment

Please review information regarding health coverage for women, as it should be covered in full including BASIC medications needed such as the pill and other form of protection. Employers should not discriminate against women employees by witholding insurance coverage. Women are most affected by this discrimination. This should not be given as a right: they hire child bearing age women, that health coverage should be included in the health insurance.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f13-egla
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7125
CA

## Submitter Information

**Name:** Jon Anderholm
**Address:**
    Cazadero,  CA,  95421
**Email:** xunbio@hotmail.com
**Organization:** Xun Biosphere Project

## General Comment

All of the contraceptive services.... need to be covered under ACA

381586

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f13-agzr
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7126
VA

## Submitter Information

**Name:** Kathy Fletcher
**Address:**
   Fuquay Varina,  VA,  27526
**Email:** kfletch01@msn.com
**Organization:** NA

## General Comment

See attached file(s)

## Attachments

Fletcher-K_2014-10-15_22578700

Catholics for Choice

Dear Secretary Perez,

As a Catholic, I, like the majority of the 70 million Catholics in the United States, support contraceptive coverage and religious liberty for all people, no matter where they work. I was therefore outraged by the Supreme Court's decision in Burwell v. Hobby Lobby, which sided against the employees who need access to reproductive healthcare. I believe that women are moral agents whose consciences should be respected, not trumped, by their employers.

I am entirely against the proposed rule, which would expand the "accommodation" for nonprofit religious organizations to include some for-profit corporations. As a Catholic, I do not believe that any corporation should qualify for an "accommodation" for religious beliefs, as this would amount to bestowing the right of "conscience" upon an institution. This runs contrary to the core teachings of my Catholic faith, including the respect for individual conscience, the call to social justice and a regard for religious pluralism.

If the departments proceed with this proposed rule, however, I ask that they begin by first and foremost considering the employees who would be affected by that decision. These employees' healthcare needs and conscience rights deserve protection from interference. I strongly urge that when the departments define which organizations are eligible for the accommodation, they make women workers and dependents—the ones whose religious liberty rights and healthcare needs could be harmed—the deciding factor in their decision. If even one woman finds her conscience trumped because of the departments' rules, that would be one woman too many.

My Catholic faith leads me to believe that no woman should be left without the ability to follow her conscience in deciding what is best for herself and her family, simply because of where she works. Because of this belief, I also strongly oppose the exemption that leaves women working for churches, dioceses and certain other religious institutions without any required contraceptive coverage. While considering modifications to the rules for organizations eligible for the "accommodation," I also ask that the departments expand the current "accommodation" for nonprofits to include currently exempted religious institutions. As an example, there are more than 160,000 people working for Catholic parishes in the United States. These workers include women and men, some with families and some without. Who are we to decide which of these workers, their children or their spouses should be left without the means to make the conscience-based decision to use contraception?

The majority of Catholics agree with me. We support timely, seamless contraceptive coverage for all women—not red tape and discrimination. Sixty-three percent of Catholic voters believe that health insurance, whether private or government-run, should cover contraception. Ninety-nine percent of sexually experienced Catholic women have used birth control. All women need access to affordable care.

As a Catholic, I am called to show solidarity with and compassion for the poor. Expanding access to contraception by making it more affordable will make a difference in the lives of

many women and their families. For many, it already has. I urge the departments not to stop short of the laudable goal set by the Affordable Care Act: to ensure all Americans have access to the healthcare services they need. Every woman should be included in these benefits. No matter where they work, all women's human dignity, conscience rights and religious liberty should be respected and protected. As Catholic, I ask you to ensure that no woman worker anywhere is let down.

Sincerely,

Kathy Fletcher
1401 Dairy Glen Drive
Fuquay Varina , VA 27526

919-285-4139

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f13-9xae
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7127
CA

## Submitter Information

**Name:** Neil Brydon
**Address:**
    CA,  92103
**Organization:** NA

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

381590

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 03, 2017<br>**Received:** October 20, 2014<br>**Status:** Posted<br>**Posted:** July 13, 2015<br>**Tracking No.** 1jy-8f13-pqgc<br>**Comments Due:** October 21, 2014<br>**Submission Type:** Web |

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7128
NH

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
  NH,  03842
**Organization:** NA

---

## General Comment

Unless Hobby Lobby is going to divest from all stocks of companies that are involved abortions, they are hypocrites. Millions of women, myself included, use birth control medication for reasons having nothing whatsoever to do with birth control. We use it to regulate extreme periods, to maintain hormonal balances during menopause, and to manage other issues related to women's health. No one's employer should have the right to dictate medical decisions based on their personal preferences. That is a choice that must be left to doctors and patients.

381591

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f13-w6uj
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7129
CA

---

## Submitter Information

**Name:** Nancy Hiestand
**Address:**
    CA,  95616-3523
**Organization:** NA

---

## General Comment

I support the administrations efforts to ensure that women have coverage for the full range of contraceptive methods without copays, no matter where they work.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f13-3vnv
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7130
WI

## Submitter Information

**Name:** Alexa Hollywood
**Address:**
   Milwaukee,  WI,  53211
**Email:** a.hollywood@sbcglobal.net
**Organization:** NA

## General Comment

I believe That corporations do not have the right to decide Whether or not a woman employed by them should have the added burden of paying for contraception.

381593

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f13-f8d2
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7131
TX

---

## Submitter Information

**Name:** Max Sped
**Address:**
    Austin,  TX,  78728-4128
**Email:** max.sped@hotmail.com
**Organization:** National Partnership

---

## General Comment

Females have the right to control their own bodies the same as men do.
I believe that "Coverage of Certain Preventive Services under the Affordable Care Act" should be there for them.

**381594**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f13-12qw
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7132
NE

---

## Submitter Information

**Name:** kathy dewispelare
**Address:**
    Omaha,  NE,  68104
**Email:** kathy.dewispelare@yahoo.com
**Organization:** NA

---

## General Comment

The control an employer has over his employees life should not extend into the home. Family decisions should be made by the family and whether the employer agrees or disagrees should not be a factor.

381595

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f13-lrb6
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7133
MI

---

## Submitter Information

**Name:** Jessica Sevilla
**Address:**
   Royal Oak,  MI,  48073
**Email:** jsevill3@yahoo.com
**Organization:** NA

---

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

381596

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f13-5hck
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7134
MI

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
    MI,  48310
**Organization:** NA

---

## General Comment

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses. Birth control is used to treat a variety of conditions, one of which is planning a pregnancy and should be decided upon by the patient and doctor, as is with every other type of medication on the market today. To have an employer decide for a patient, and one that only impact females, is nothing but a discriminatory practice and should not be allowed.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f13-685v
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7135
MN

---

## Submitter Information

**Name:** Sharon McKenna
**Address:**
   Plymouth,  MN,  55441
**Email:** mckenna45@gmail.com
**Organization:** NA

---

## General Comment

Why is there such need to control women? Are we not independent, smart people? Pick some other issue to get rid of your need to control/anger/religious beliefs.

**381598**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f13-w8bo
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7136
AK

---

## Submitter Information

**Name:** Sarah Burther
**Address:**
    Anchorage,  AK,  99517
**Organization:** NA

---

## General Comment

It is unfair and unethical to allow businesses to make reproductive choices for their employees. Imagine a woman whose health would be at risk were she to carry another child and who could not afford to purchase birth control without insurance coverage. This legislation puts too much control into the hands of business owners, who have no right to make hide decisions for their staff.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 03, 2017 |
| **Received:** October 20, 2014 |
| **Status:** Posted |
| **Posted:** July 13, 2015 |
| **Tracking No.** 1jy-8f13-zqh2 |
| **Comments Due:** October 21, 2014 |
| **Submission Type:** Web |

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7137
NH

## Submitter Information

**Name:** Elaine Flockhart
**Address:**
    Exeter,  NH,  03833
**Email:** hartflock@comcast.net
**Organization:** NA

## General Comment

See attached file(s)

## Attachments

Flockhart-E_2014-10-14_16287561

381600

Catholics for Choice

Dear Secretary Perez,

As a Catholic, I, like the majority of the 70 million Catholics in the United States, support contraceptive coverage and religious liberty for all people, no matter where they work. I was therefore outraged by the Supreme Court's decision in Burwell v. Hobby Lobby, which sided against the employees who need access to reproductive healthcare. I believe that women are moral agents whose consciences should be respected, not trumped, by their employers.

I am entirely against the proposed rule, which would expand the "accommodation" for nonprofit religious organizations to include some for-profit corporations. As a Catholic, I do not believe that any corporation should qualify for an "accommodation" for religious beliefs, as this would amount to bestowing the right of "conscience" upon an institution. This runs contrary to the core teachings of my Catholic faith, including the respect for individual conscience, the call to social justice and a regard for religious pluralism.

If the departments proceed with this proposed rule, however, I ask that they begin by first and foremost considering the employees who would be affected by that decision. These employees' healthcare needs and conscience rights deserve protection from interference. I strongly urge that when the departments define which organizations are eligible for the accommodation, they make women workers and dependents—the ones whose religious liberty rights and healthcare needs could be harmed—the deciding factor in their decision. If even one woman finds her conscience trumped because of the departments' rules, that would be one woman too many.

My Catholic faith leads me to believe that no woman should be left without the ability to follow her conscience in deciding what is best for herself and her family, simply because of where she works. Because of this belief, I also strongly oppose the exemption that leaves women working for churches, dioceses and certain other religious institutions without any required contraceptive coverage. While considering modifications to the rules for organizations eligible for the "accommodation," I also ask that the departments expand the current "accommodation" for nonprofits to include currently exempted religious institutions. As an example, there are more than 160,000 people working for Catholic parishes in the United States. These workers include women and men, some with families and some without. Who are we to decide which of these workers, their children or their spouses should be left without the means to make the conscience-based decision to use contraception?

The majority of Catholics agree with me. We support timely, seamless contraceptive coverage for all women—not red tape and discrimination. Sixty-three percent of Catholic voters believe that health insurance, whether private or government-run, should cover contraception. Ninety-nine percent of sexually experienced Catholic women have used birth control. All women need access to affordable care.

As a Catholic, I am called to show solidarity with and compassion for the poor. Expanding access to contraception by making it more affordable will make a difference in the lives of

many women and their families. For many, it already has. I urge the departments not to stop short of the laudable goal set by the Affordable Care Act: to ensure all Americans have access to the healthcare services they need. Every woman should be included in these benefits. No matter where they work, all women's human dignity, conscience rights and religious liberty should be respected and protected. As Catholic, I ask you to ensure that no woman worker anywhere is let down.

Sincerely,

Representative Eileen C. Flockhart
62 Park Ct.
Exeter, NH 03833

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f13-ts8f
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7138
TX

---

## Submitter Information

**Name:** Jennifer Smith
**Address:**
 Houston,  TX,  77006-5323
**Email:** smithjj3@aol.com
**Organization:** NA

---

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

A woman's birth control is not her boss business. I strongly urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

381603

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f13-zmjw
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7139
MN

---

## Submitter Information

**Name:** Zak Lemmer
**Address:**
    MN,  55404
**Organization:** NA

---

## General Comment

'In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity. '

Seconded, loudly.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f13-ikff
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7140
AZ

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
   AZ,  85032-4207
**Organization:** National Partnership for Women & Families

## General Comment

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. No one but a woman, her partner and her Medical Doctor should have any input on what is available and what is right for a woman to use to maintain her health. These are personal decisions to be made by the person
involved, not some outside person or company with special beliefs that they want to impose on everyone else. This is a health issue, not a religious or political issue and should be treated as such.

381605

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-h0sz
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7141
MI

---

## Submitter Information

**Name:** Karen Donahue
**Address:**
 Detroit,  MI,  48226
**Email:** kdonahue@mercywmw.org
**Organization:** NA

---

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

381606

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-rnw2
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7142
MO

## Submitter Information

**Name:** Kathy Green
**Address:**
    Gladstone,  MO,  64119
**Organization:** NA

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

No woman's birth control is her boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

Sincerely,

Kathy Green

**381607**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-b3bq
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7143
CA

## Submitter Information

**Name:** Mitch Dalition
**Address:**
   San Francisco,  CA,  94117
**Email:** mitchdsf@gmail.com
**Organization:** NA

## General Comment

In the wake of the Supreme Courts harmful and ridiculous Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-jsmn
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7144
NY

---

## Submitter Information

**Name:** L. Anonymous
**Address:**
    NY,  NY,  10025
**Organization:** none

---

## General Comment

Why is it that Viagra and related drugs are covered and the Republicans are fighting coverage for women?

381609

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-knl7
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7145
CA

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
   CA,  91106
**Organization:** NA

---

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My health care is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-n6wl
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7146
TX

---

## Submitter Information

**Name:** tonia deur
**Address:**
   amarillo,  TX,  79106
**Email:** toniadeur@gmail.com
**Organization:** NA

---

## General Comment

It is my body and my life. I am neither a breeding machine,a punching bag, or your property. I am a free thing person who should be in control of her own destiny.#Wematter. #Wevote.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-malj
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7147
NY

## Submitter Information

**Name:** Sybil Lefferts
**Address:**
    E.Setauker,  NY,  11733
**Email:** sybillefferts@aol.com
**Organization:** NA

## General Comment

Please keep bosses out of women's reproductive choices. If this regulatory action helps in this issue, I totally support it and urge you to do whatever you can to mitigate the disastrous Hobby Lobby Supreme Court decision.

381612

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-lc1i
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7148
CA

## Submitter Information

**Name:** Leslie Van Exel
**Address:**
   Costa Mesa,  CA,  92627
**Email:** les@fo2k.com
**Organization:** NA

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-gbgu
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7149
NY

---

## Submitter Information

**Name:** Timothy Liebe
**Address:**
    Syracuse,  NY,  13210
**Email:** tliebe@gmail.com
**Organization:** National Partnership

---

## General Comment

Employers have no business, and no right, to force their dogma down their employees' throats. THEIR "religious freedom" ends where somebody else's begins - and by using their power over their employees, they are in fact doing the very OPPOSITE of what the First Amendment says they can.

381614

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-74ds
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7150
CA

---

## Submitter Information

**Name:** Donna Heim
**Address:**
    Huntington Beach,  CA,  92646
**Email:** dmheim123@gmail.com
**Organization:** NA

---

## General Comment

In order to make abortion a rare occurrence in our society, women's access to contraception must not be compromised. It's ironic that the same "religious" employers who want to block contraception for others, are also outraged about abortion and want to block other women's access to abortion too. These people should mind their own business, and make decisions only about their own private lives, and not interfere with the health choices of women who work for them.

381615

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-ia3i
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7151
NJ

---

## Submitter Information

**Name:** Ruth Webb
**Address:**
   Dumont,  NJ,  07628
**Email:** CesNastoya@aol.com
**Organization:** NA

---

## General Comment

As a woman and active citizen, I support all efforts to provide full insurance coverage to women of all available birth control methods without copay and regardless of where they may work. Women deserve the right to choice birth control methods right for them and the option of using birth control with full support as with any other medical prescription. Complete and effective medical coverage should be the right of all citizens of the United States and most especially to our women who face added reproductive responsibilities and decisions. I defend and support an administration who fights to support and protect these rights. Thank you.

381616

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-a4ot
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7152
IL

## Submitter Information

**Name:** Arthur McKay
**Address:**
    Mount Prospect,  IL,  60056-3819
**Email:** patnarthur@sbcglobal.net
**Organization:** NA

## General Comment

Corporations should not be making the health care decisions for anyone in the USA. By not allowing the insurance coverage for forms of birth control that they DEEM appropriate they are making the health care decisions and not the doctors. What next will the corporations be making? CORPORATIONS ARE NOT PEOPLE!

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-b0ik
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7153
CA

---

## Submitter Information

**Name:** Anje Waters
**Address:**
    Nevada City,  CA,  95959
**Email:** anjewa@gmail.com
**Organization:** NA

---

## General Comment

See attached file(s)

---

## Attachments

Waters-A_2014-10-3_24142681

Catholics for Choice

Dear Secretary Perez,

As a Catholic, I, like the majority of the 70 million Catholics in the United States, support contraceptive coverage and religious liberty for all people, no matter where they work. I was therefore outraged by the Supreme Court's decision in Burwell v. Hobby Lobby, which sided against the employees who need access to reproductive healthcare. I believe that women are moral agents whose consciences should be respected, not trumped, by their employers.

I am entirely against the proposed rule, which would expand the "accommodation" for nonprofit religious organizations to include some for-profit corporations. As a Catholic, I do not believe that any corporation should qualify for an "accommodation" for religious beliefs, as this would amount to bestowing the right of "conscience" upon an institution. This runs contrary to the core teachings of my Catholic faith, including the respect for individual conscience, the call to social justice and a regard for religious pluralism.

If the departments proceed with this proposed rule, however, I ask that they begin by first and foremost considering the employees who would be affected by that decision. These employees' healthcare needs and conscience rights deserve protection from interference. I strongly urge that when the departments define which organizations are eligible for the accommodation, they make women workers and dependents—the ones whose religious liberty rights and healthcare needs could be harmed—the deciding factor in their decision. If even one woman finds her conscience trumped because of the departments' rules, that would be one woman too many.

My Catholic faith leads me to believe that no woman should be left without the ability to follow her conscience in deciding what is best for herself and her family, simply because of where she works. Because of this belief, I also strongly oppose the exemption that leaves women working for churches, dioceses and certain other religious institutions without any required contraceptive coverage. While considering modifications to the rules for organizations eligible for the "accommodation," I also ask that the departments expand the current "accommodation" for nonprofits to include currently exempted religious institutions. As an example, there are more than 160,000 people working for Catholic parishes in the United States. These workers include women and men, some with families and some without. Who are we to decide which of these workers, their children or their spouses should be left without the means to make the conscience-based decision to use contraception?

The majority of Catholics agree with me. We support timely, seamless contraceptive coverage for all women—not red tape and discrimination. Sixty-three percent of Catholic voters believe that health insurance, whether private or government-run, should cover contraception. Ninety-nine percent of sexually experienced Catholic women have used birth control. All women need access to affordable care.

As a Catholic, I am called to show solidarity with and compassion for the poor. Expanding access to contraception by making it more affordable will make a difference in the lives of

many women and their families. For many, it already has. I urge the departments not to stop short of the laudable goal set by the Affordable Care Act: to ensure all Americans have access to the healthcare services they need. Every woman should be included in these benefits. No matter where they work, all women's human dignity, conscience rights and religious liberty should be respected and protected. As Catholic, I ask you to ensure that no woman worker anywhere is let down.

Sincerely,

Anje Waters
980 Gold Flat Rd
Nevada City, CA 95959

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-bgf4
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7154
OR

---

## Submitter Information

**Name:** Robert Ruff
**Address:**
    Turner,  OR,  97392
**Email:** bobbybob13@meritel.net
**Organization:** Planned Parenthood

---

## General Comment

My wife's health issues are not the business of her boss.

381621

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-x6wg
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7155
MI

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
    MI,  48348
**Organization:** NA

---

## General Comment

Pretending to care about the people because you are religious, (superstitious) does not give your purpose validity.

381622

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-36n9
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7156
WA

## Submitter Information

**Name:** Annette Huenke
**Address:**
    Port Townsend,  WA,  98368
**Email:** omnibus@olympus.net
**Organization:** NA

## General Comment

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

381623

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-fn1b
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7157
NJ

---

## Submitter Information

**Name:** O. Ruiz
**Address:**
    Clifton,  NJ,  07013
**Email:** osiel2001@yahoo.com
**Organization:** NA

---

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

**381624**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-gwbr
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7158
TX

## Submitter Information

**Name:** Lin Willett
**Address:**
   Grapevine,  TX,  76051
**Organization:** NA

## General Comment

I have no interest in interfering in your ability to receive insurance supported erectile dysfunction medications, I expect the same for birth control, I also expect science to be respected in the matter of the day after pill.

Hobby Lobby lost me as a customer for life, the blasphemy of claiming religious exemption.

381625

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-dhd9
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7159
TX

---

## Submitter Information

**Name:** meredith ryan
**Address:**
    kingwood,  TX,  77339
**Organization:** NA

---

## General Comment

It personally doesn't affect me now, but in the event that it did, it's nobody's business save for mine and my doctor and for companies to think that they know BETTER than their female employees what they need and what kind of healthcare they should have is a tragic misapprehension on their part.

381626

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-re1e
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7160
NY

---

## Submitter Information

**Name:** josh e
**Address:**
    NY,  10025
**Organization:** NA

---

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

381627

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-fj5y
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7161
DC

## Submitter Information

**Name:** Peggy Ye
**Address:**
    Washington,  DC,  20008
**Email:** pegsie@yahoo.com
**Organization:** NA

## General Comment

As an Obstetrician Gynecologist who takes care of women of reproductive age, I help patients choose a contraceptive method that works with their needs and desires every day. Unfortunately, part of my conversation with the patient often includes a question about their insurance. Often I have to change my recommendation for a specific oral contraceptive pill or contraceptive device based on her insurance.

I believe that these decisions should be made purely on medical grounds, rather than based on the type of insurance the patient has. Every woman should have true access to the contraceptive method of her choice, without copay, regardless of which company supplies her insurance and regardless of her employer.

I have strongly supported the contraceptive coverage provision in the PPACA because contraception is part of basic health care. I urge the Obama administration to do all it can to ensure all women have coverage for the contraceptive method of her choice, without copays.

381628

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-h4q5
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7162
NY

---

## Submitter Information

**Name:** C Love
**Address:**
    NY,  12211
**Organization:** NA

---

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods. Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses. We would never tell men what health care decisions they should make!

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-h4fe
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7163
ME

---

## Submitter Information

**Name:** Elinor Neuhauser
**Address:**
    ME,  04614
**Email:** ellieneu@hotmailo.com
**Organization:** NA

---

## General Comment

I have submitted comments, signed petitions, etc. previously.

I didn't realized the state of this country has reached the point that bosses ( corporate and otherwise) can be dictators! Yes, as a medical professional who has dealt with the results limited contraceptive and abortion services , I am angry at what is happening to women's ( primarily poorer women's) health services!

Please take action to correct this injustice!

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-fn44
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7164
NJ

## Submitter Information

**Name:** Sharon Rosen
**Address:**
    Lakewood,  NJ,  08701
**Email:** sharrosen@aol.com
**Organization:** NA

## General Comment

The religious beliefs or lack of them are irrevelant in an individuals personal rights whether they be religious practices or health care decisions. The constitution is supposed to protect us from religious beliefs being forced upon us by the state or other individuals.

381631

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-9t9w
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7165
FL

---

## Submitter Information

**Name:** Mr & Mrs Dennis Roderigues
**Address:**
    Pinellas Park,  FL,  33781
**Email:** TerrysDen@tampabay.rr.com
**Organization:** NA

---

## General Comment

Women should have the right to choose about birth control or anything else that pertains to their own body !
After all, it is their body !!!!

381632

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-p9av
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7166
CA

---

## Submitter Information

**Name:** Jessica Landon
**Address:**
    Long Beach,  CA,  90804
**Email:** jk_landon@yahoo.com
**Organization:** NA

---

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-824b
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7167
FL

## Submitter Information

**Name:** Patricia DeLuca
**Address:**
    Nokomis, FL, 34275
**Email:** rickscustompainting@comcast.net
**Organization:** Rick's Custom painting

## General Comment

My boss does not want to know the medicine I need ! That is between the doctor and the patient. The conversation about medications is not to be discussed by the employer and employee. The employer stated that unless the medication would have a negative effect on the efficiency of job production due to side effects there is not a reason to have the conversation. End of conversation.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-mdaw
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7168
TX

---

## Submitter Information

**Name:** Carolyn Szymanski
**Address:**
   Round Mountain,  TX,  78663-8521
**Email:** wrecks@wildblue.net
**Organization:** NA

---

## General Comment

Religious leaders should not control the government since we do not get to vote for or against them. Women seem to be the scapegoats for religious leaders. Seems that "God" hates women.

381635

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-9e1n
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7169
AZ

## Submitter Information

**Name:** Adam Freden
**Address:**
    Tucson,  AZ,  85710
**Email:** TeslaGuy@Gmail.com
**Organization:** NA

## General Comment

I can't believe this is still an issue!

381636

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-b2lg
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7170
NY

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
   NY,  11221
**Organization:** NA

---

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

381637

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-f5ns
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7171
OK

---

## Submitter Information

**Name:** Cynthia Stevenson
**Address:**
    Stillwater,  OK,  74074
**Email:** tattingaway@gmail.com
**Organization:** NA

---

## General Comment

When bosses can dictate what you can and cannot have in medical care it makes the employees slaves. That is wrong. Please vote for coverage of all preventive services under the Affordable Care Act. Thank you.

381638

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-b039
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7172
ME

---

## Submitter Information

**Name:** Christine Lomaka
**Address:**
    Portland,  ME,  04101
**Organization:** NA

---

## General Comment

My health care, something that affects my family as well as myself, is not the business of my boss or place of business.

381639

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-lx7d
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7173
MN

## Submitter Information

**Name:** Marilyn Williams
**Address:**
  Blaine,  MN,  55434
**Email:** m-will@umn.edu
**Organization:** NA

## General Comment

This is just another way Big Business gets out of having to provide benefits to its employees. Another way to make women pay more for there health care. Make men pay for viagra and other special medications they need.

381640

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-4m3n
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7174
CA

## Submitter Information

**Name:** Michelle Flood
**Address:**
  Cameron Park,  CA,  95682
**Email:** michellelflood@gmail.com
**Organization:** NA

## General Comment

See attached file(s)

## Attachments

Flood-M_2014-10-3_24135764 (2)

381641

Catholics for Choice

Dear Secretary Perez,

As a Catholic, I, like the majority of the 70 million Catholics in the United States, support contraceptive coverage and religious liberty for all people, no matter where they work. I was therefore outraged by the Supreme Court's decision in Burwell v. Hobby Lobby, which sided against the employees who need access to reproductive healthcare. I believe that women are moral agents whose consciences should be respected, not trumped, by their employers.

I am entirely against the proposed rule, which would expand the "accommodation" for nonprofit religious organizations to include some for-profit corporations. As a Catholic, I do not believe that any corporation should qualify for an "accommodation" for religious beliefs, as this would amount to bestowing the right of "conscience" upon an institution. This runs contrary to the core teachings of my Catholic faith, including the respect for individual conscience, the call to social justice and a regard for religious pluralism.

If the departments proceed with this proposed rule, however, I ask that they begin by first and foremost considering the employees who would be affected by that decision. These employees' healthcare needs and conscience rights deserve protection from interference. I strongly urge that when the departments define which organizations are eligible for the accommodation, they make women workers and dependents—the ones whose religious liberty rights and healthcare needs could be harmed—the deciding factor in their decision. If even one woman finds her conscience trumped because of the departments' rules, that would be one woman too many.

My Catholic faith leads me to believe that no woman should be left without the ability to follow her conscience in deciding what is best for herself and her family, simply because of where she works. Because of this belief, I also strongly oppose the exemption that leaves women working for churches, dioceses and certain other religious institutions without any required contraceptive coverage. While considering modifications to the rules for organizations eligible for the "accommodation," I also ask that the departments expand the current "accommodation" for nonprofits to include currently exempted religious institutions. As an example, there are more than 160,000 people working for Catholic parishes in the United States. These workers include women and men, some with families and some without. Who are we to decide which of these workers, their children or their spouses should be left without the means to make the conscience-based decision to use contraception?

The majority of Catholics agree with me. We support timely, seamless contraceptive coverage for all women—not red tape and discrimination. Sixty-three percent of Catholic voters believe that health insurance, whether private or government-run, should cover contraception. Ninety-nine percent of sexually experienced Catholic women have used birth control. All women need access to affordable care.

As a Catholic, I am called to show solidarity with and compassion for the poor. Expanding access to contraception by making it more affordable will make a difference in the lives of

381642

many women and their families. For many, it already has. I urge the departments not to stop short of the laudable goal set by the Affordable Care Act: to ensure all Americans have access to the healthcare services they need. Every woman should be included in these benefits. No matter where they work, all women's human dignity, conscience rights and religious liberty should be respected and protected. As Catholic, I ask you to ensure that no woman worker anywhere is let down.

Sincerely,

Michelle Flood
3251 Cessna Dr
Cameron Park, CA 95682

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-utyp
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7175
IL

---

## Submitter Information

**Name:** Julia Beckman
**Address:**
   Darien,  IL,  60561
**Email:** beckman110@comcast.net
**Organization:** NA

---

## General Comment

I urge the administration to do everything in the President's power to make contraceptive coverage available to all women - regardless of their employer, profession or age.
I'm very glad this rule is under consideration!

**381644**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-8ido
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7176
MN

---

## Submitter Information

**Name:** Hal Moore
**Address:**
    Duluth,  MN,  55811-5928
**Email:** hmoore@clearwire.net
**Organization:** none

---

## General Comment

It is religious conservatives and reactionaries who are obstruting women's access to certain sexual technologies beause they claim it is againt their religious convictions. But I've never heard a word about E.D. drugs or vascetomies being against so called religious convictions. Furthermore, as a religious person and former ordained minister I would counter that the God who supposedly revealed himself and his laws in the Bible is today revealing himself in and through the sciences. It this regard it is interesting that a world population reaches a certain critical level, the pill came along. As population increases became even more problematic additional contraceptive means became available. Is there a message here perhaps from a "god" who is interested in our welfare and the health of the planet?

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-urav
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7177
OR

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
   OR,  97402
**Organization:** NA

---

## General Comment

I support the administrations efforts to ensure that women have coverage for the full range of contraceptive methods without copays, no matter where they work.

**381646**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-mkbq
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7178
PA

---

## Submitter Information

**Name:** John Margerum
**Address:**
    Philadelphia,  PA,  19129
**Email:** jmargerum1@gmail.com
**Organization:** NA

---

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-qm3s
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7179
CA

---

## Submitter Information

**Name:** Melissa Misner
**Address:**
    Morgan hill,  CA,  95037
**Organization:** NA

---

## General Comment

I am sorry, you don't seem to understand why government has such a low rating. It's because you can not see people as being people, you can only see non corporal entities. Women are human beings, you exist because of one. Women are 100% capable of taking care of themselves, they also are completely capable of determining who they are. Somewhere, government got the rather stupid idea that women need a random man to tell them who they are and make choices for them. Nothing could be further from the truth. No employer should ever have controll over any employees reproductive rights. That puts the employees in an ridiculous position of having their personal under the controll of their boss, leaving them nothing more than slaves. Since it is illegal to ask if someone is planning on having children in an interview, that should continue for the entirety of employment.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-xtp4
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7180
CA

---

## Submitter Information

**Name:** Jack Schlotte
**Address:**
    San Diego,  CA,  92163-5153
**Email:** photojack53@yahoo.com
**Organization:** NA

---

## General Comment

The Supreme Court Hobby Lobby decision was partisan and WRONG! If they conduct business in public, they HAVE to abide by federal laws, PERIOD. This mixes church and state in the worst way and gives BIGOTED private citizens control over others health and safety. This should NEVER be allowed!

381649

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-kkho
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7181
CA

---

## Submitter Information

**Name:** Cynthia Hobgood Strauss
**Address:**
   Oakland,  CA,  94607
**Email:** cyntherkay@yahoo.com
**Organization:** NA

---

## General Comment

You have no right to interfere with a woman's medical issues.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-e9h5
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7182
CA

---

## Submitter Information

**Name:** Dan Fogarty
**Address:**
   Santa Rosa,  CA,  94509
**Email:** fogarty830@aol.com
**Organization:** NA

---

## General Comment

See attached file(s)

---

## Attachments

Fogarty-D_2014-10-3_24136378

Catholics for Choice

Dear Secretary Perez,

As a Catholic, I, like the majority of the 70 million Catholics in the United States, support contraceptive coverage and religious liberty for all people, no matter where they work. I was therefore outraged by the Supreme Court's decision in Burwell v. Hobby Lobby, which sided against the employees who need access to reproductive healthcare. I believe that women are moral agents whose consciences should be respected, not trumped, by their employers.

I am entirely against the proposed rule, which would expand the "accommodation" for nonprofit religious organizations to include some for-profit corporations. As a Catholic, I do not believe that any corporation should qualify for an "accommodation" for religious beliefs, as this would amount to bestowing the right of "conscience" upon an institution. This runs contrary to the core teachings of my Catholic faith, including the respect for individual conscience, the call to social justice and a regard for religious pluralism.

If the departments proceed with this proposed rule, however, I ask that they begin by first and foremost considering the employees who would be affected by that decision. These employees' healthcare needs and conscience rights deserve protection from interference. I strongly urge that when the departments define which organizations are eligible for the accommodation, they make women workers and dependents—the ones whose religious liberty rights and healthcare needs could be harmed—the deciding factor in their decision. If even one woman finds her conscience trumped because of the departments' rules, that would be one woman too many.

My Catholic faith leads me to believe that no woman should be left without the ability to follow her conscience in deciding what is best for herself and her family, simply because of where she works. Because of this belief, I also strongly oppose the exemption that leaves women working for churches, dioceses and certain other religious institutions without any required contraceptive coverage. While considering modifications to the rules for organizations eligible for the "accommodation," I also ask that the departments expand the current "accommodation" for nonprofits to include currently exempted religious institutions. As an example, there are more than 160,000 people working for Catholic parishes in the United States. These workers include women and men, some with families and some without. Who are we to decide which of these workers, their children or their spouses should be left without the means to make the conscience-based decision to use contraception?

The majority of Catholics agree with me. We support timely, seamless contraceptive coverage for all women—not red tape and discrimination. Sixty-three percent of Catholic voters believe that health insurance, whether private or government-run, should cover contraception. Ninety-nine percent of sexually experienced Catholic women have used birth control. All women need access to affordable care.

As a Catholic, I am called to show solidarity with and compassion for the poor. Expanding access to contraception by making it more affordable will make a difference in the lives of

many women and their families. For many, it already has. I urge the departments not to stop short of the laudable goal set by the Affordable Care Act: to ensure all Americans have access to the healthcare services they need. Every woman should be included in these benefits. No matter where they work, all women's human dignity, conscience rights and religious liberty should be respected and protected. As Catholic, I ask you to ensure that no woman worker anywhere is let down.

Sincerely,

Dan Fogarty
5423 Yerba Buena Rd
Santa Rosa, CA 95409

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-nevt
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7183
PA

---

## Submitter Information

**Name:** Stephen Dempsey
**Address:**
    Cochranville,  PA,  19330-1773
**Email:** chairman@epix.net
**Organization:** NA

---

## General Comment

No one not the Federal Government, State Governments, or any other entities have the right to interfere with Women Rights. A woman can and should be able to control all health issues pertaining to her. Do not attempt to limit her rights if you do not do the same for all males.

381654

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-rnm9
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7184
MI

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
    MI,  49635
**Organization:** NA

---

## General Comment

I believe it is wrong to deny Certain Preventive Services under the Affordable Care Act to employees based on employer religious beliefs. First it will be womens reproductive health issues, then it will be denial of coverage for blood transfusions for Jehovah's Witness employers, then denial of most coverage for Christian Science employers ......... I believe this proposed rule has its object to "cherry-pick" the ACA into ohblivion. Do employees have to check their employer's religious beliefs before taking a job?

Let's stop the cherry-picking and let America join the rest of the developed world with universal health care!

381655

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-elyy
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7185
MD

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
    MD,  21204
**Organization:** NA

## General Comment

This is none of an employer's business - period.

381656

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-anpe
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7186
NJ

---

## Submitter Information

**Name:** Robert Sala
**Address:**
    NJ,  07823
**Organization:** NA

---

## General Comment

An employer should be concerned solely with an employee's job performance, not with what any individual does in his/her private life. This includes contraception and the availability of contraceptive measures. To open the possibility of denial of these services to half the population based upon the caprices of an employer is contrary to American values. Women should have access to contraceptive measures without copays.

381657

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-pwcl
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7187
GA

---

## Submitter Information

**Name:** Christy McGill
**Address:**
   Macon,  GA,  31216
**Email:** jcmac147@cox.net
**Organization:** NA

---

## General Comment

Hobby Lobby you should be ashamed of yourselves. You know the main reason that you do not want to cover women fully is the money. You have plenty and I KNOW that you have a hell lot more than your employees. Do not shortchange the women you employ.

381658

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-ql10
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7188
DC

## Submitter Information

**Name:** Shireen Parsons
**Address:**
    Washington,  DC,  20011
**Email:** pachamama3@gmail.com
**Organization:** NA

## General Comment

My working hours belong to my employer. My personal life and my personal decisions belong to me, and are none of my employer's business!!

381659

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-wb9e
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7189
MI

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
    MI,  49756
**Organization:** Medicare Medicaid services

---

## General Comment

There is no valid reason for anyone to know what issues or conversations occur between anyone and their Doctor

381660

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-4uk6
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7190
WI

## Submitter Information

**Name:** Robert Lotzer
**Address:**
   Mauston,  WI,  53948
**Email:** rlotzer@hotmail.com
**Organization:** NA

## General Comment

If Hobby Lobby is a "person" and the controller of that "person", the CEO, can deny providing contraception to his female employees based on his religious belief can he not also require all employees work on any day, even religious holidays, that his religion does not observe? A Jewish owned company can deny Christmas and Easter? A Lutheran owned company can deny Passover? Can Hobby Lobby require employees to work Saturday but not Sunday even if that person is Jewish? And furthermore this is fundamentally against the Constitution of the American people and that article supersedes any State Constitution.

381661

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-64z8
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7191
CA

---

## Submitter Information

**Name:** Neal Steiner
**Address:**
    Los Angeles,  CA,  90034
**Email:** nrspacific@yahoo.com
**Organization:** NA

---

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

Thank you.

381662

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-gzvx
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7192
NY

## Submitter Information

**Name:** Lynn Waterman
**Address:**
   Sand Lake,  NY,  12153
**Email:** lynnw120@verizon.net
**Organization:** NA

## General Comment

See attached file(s)

## Attachments

Waterman-L_2014-10-3_24151977

381663

Catholics for Choice

Dear Secretary Perez,

As a Catholic, I, like the majority of the 70 million Catholics in the United States, support contraceptive coverage and religious liberty for all people, no matter where they work. I was therefore outraged by the Supreme Court's decision in Burwell v. Hobby Lobby, which sided against the employees who need access to reproductive healthcare. I believe that women are moral agents whose consciences should be respected, not trumped, by their employers.

I am entirely against the proposed rule, which would expand the "accommodation" for nonprofit religious organizations to include some for-profit corporations. As a Catholic, I do not believe that any corporation should qualify for an "accommodation" for religious beliefs, as this would amount to bestowing the right of "conscience" upon an institution. This runs contrary to the core teachings of my Catholic faith, including the respect for individual conscience, the call to social justice and a regard for religious pluralism.

If the departments proceed with this proposed rule, however, I ask that they begin by first and foremost considering the employees who would be affected by that decision. These employees' healthcare needs and conscience rights deserve protection from interference. I strongly urge that when the departments define which organizations are eligible for the accommodation, they make women workers and dependents—the ones whose religious liberty rights and healthcare needs could be harmed—the deciding factor in their decision. If even one woman finds her conscience trumped because of the departments' rules, that would be one woman too many.

My Catholic faith leads me to believe that no woman should be left without the ability to follow her conscience in deciding what is best for herself and her family, simply because of where she works. Because of this belief, I also strongly oppose the exemption that leaves women working for churches, dioceses and certain other religious institutions without any required contraceptive coverage. While considering modifications to the rules for organizations eligible for the "accommodation," I also ask that the departments expand the current "accommodation" for nonprofits to include currently exempted religious institutions. As an example, there are more than 160,000 people working for Catholic parishes in the United States. These workers include women and men, some with families and some without. Who are we to decide which of these workers, their children or their spouses should be left without the means to make the conscience-based decision to use contraception?

The majority of Catholics agree with me. We support timely, seamless contraceptive coverage for all women—not red tape and discrimination. Sixty-three percent of Catholic voters believe that health insurance, whether private or government-run, should cover contraception. Ninety-nine percent of sexually experienced Catholic women have used birth control. All women need access to affordable care.

As a Catholic, I am called to show solidarity with and compassion for the poor. Expanding access to contraception by making it more affordable will make a difference in the lives of

many women and their families. For many, it already has. I urge the departments not to stop short of the laudable goal set by the Affordable Care Act: to ensure all Americans have access to the healthcare services they need. Every woman should be included in these benefits. No matter where they work, all women's human dignity, conscience rights and religious liberty should be respected and protected. As Catholic, I ask you to ensure that no woman worker anywhere is let down.

Sincerely,

Lynn Waterman
120 Mosher Rd
Sand Lake, NY 12153

381665

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-ac5h
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7193
MN

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
   MN,  55113
**Organization:** NA

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-mh1j
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7194
PA

## Submitter Information

**Name:** P. A. O'Connor
**Address:**
    8264 Lyons Rd.,  PA,  17268
**Email:** antietam2013@centurylink.net
**Organization:** Private citizen and tax payer

## General Comment

Hobby Lobby, nor any other orgn, has any right to decide to restrict health care for women. Period. Full stop.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-ouq3
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7195
CA

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
    CA,  94901
**Organization:** NA

---

## General Comment

I support the Obama administrations efforts to prevent bosses from denying women access to contraception without copays.

**381668**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-gwi9
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7196
WA

---

## Submitter Information

**Name:** Amanda DeShazo
**Address:**
    University Place,  WA,  98467
**Email:** adeshazo@live.com
**Organization:** NA

---

## General Comment

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses. I don't believe that a corporation's classified religion should dictate whether women are able to conceive or not conceive children. A corporation is not a person, and therefore should have no entitlement on whether they can claim a religion or not. Our founding fathers believed in a separation of church and state, and to me that means that religion cannot dictate the women's right to reproductive rights. This Supreme Court ruling reinforces inequality in our country toward women and the poor, and I believe that if I cannot afford birth control I should have the right under the Affordable Care Act to be able to receive it. I believe that it is my right under the Affordable Care Act to be granted affordable health care by my government, in all of my health related decisions, regardless of my employer's beliefs.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 03, 2017 |
| **Received:** October 20, 2014 |
| **Status:** Posted |
| **Posted:** July 13, 2015 |
| **Tracking No.** 1jy-8f14-aq4n |
| **Comments Due:** October 21, 2014 |
| **Submission Type:** Web |

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7197
NM

## Submitter Information

**Name:** Barbara Folse
**Address:**
    Abuquerque,  NM,  87108
**Email:** befdbd@msn.com
**Organization:** NA

## General Comment

See attached file(s)

## Attachments

Folse-B_2014-10-4_24152035

**381670**

Catholics for Choice

Dear Secretary Perez,

As a Catholic, I, like the majority of the 70 million Catholics in the United States, support contraceptive coverage and religious liberty for all people, no matter where they work. I was therefore outraged by the Supreme Court's decision in Burwell v. Hobby Lobby, which sided against the employees who need access to reproductive healthcare. I believe that women are moral agents whose consciences should be respected, not trumped, by their employers.

I am entirely against the proposed rule, which would expand the "accommodation" for nonprofit religious organizations to include some for-profit corporations. As a Catholic, I do not believe that any corporation should qualify for an "accommodation" for religious beliefs, as this would amount to bestowing the right of "conscience" upon an institution. This runs contrary to the core teachings of my Catholic faith, including the respect for individual conscience, the call to social justice and a regard for religious pluralism.

If the departments proceed with this proposed rule, however, I ask that they begin by first and foremost considering the employees who would be affected by that decision. These employees' healthcare needs and conscience rights deserve protection from interference. I strongly urge that when the departments define which organizations are eligible for the accommodation, they make women workers and dependents—the ones whose religious liberty rights and healthcare needs could be harmed—the deciding factor in their decision. If even one woman finds her conscience trumped because of the departments' rules, that would be one woman too many.

My Catholic faith leads me to believe that no woman should be left without the ability to follow her conscience in deciding what is best for herself and her family, simply because of where she works. Because of this belief, I also strongly oppose the exemption that leaves women working for churches, dioceses and certain other religious institutions without any required contraceptive coverage. While considering modifications to the rules for organizations eligible for the "accommodation," I also ask that the departments expand the current "accommodation" for nonprofits to include currently exempted religious institutions. As an example, there are more than 160,000 people working for Catholic parishes in the United States. These workers include women and men, some with families and some without. Who are we to decide which of these workers, their children or their spouses should be left without the means to make the conscience-based decision to use contraception?

The majority of Catholics agree with me. We support timely, seamless contraceptive coverage for all women—not red tape and discrimination. Sixty-three percent of Catholic voters believe that health insurance, whether private or government-run, should cover contraception. Ninety-nine percent of sexually experienced Catholic women have used birth control. All women need access to affordable care.

As a Catholic, I am called to show solidarity with and compassion for the poor. Expanding access to contraception by making it more affordable will make a difference in the lives of

many women and their families. For many, it already has. I urge the departments not to stop short of the laudable goal set by the Affordable Care Act: to ensure all Americans have access to the healthcare services they need. Every woman should be included in these benefits. No matter where they work, all women's human dignity, conscience rights and religious liberty should be respected and protected. As Catholic, I ask you to ensure that no woman worker anywhere is let down.

Sincerely,

Barbara Folse
617 Espanola St NE
Albuquerque, NM 87108

5053691761

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-3acm
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7198
MD

---

## Submitter Information

**Name:** elizabeth reindollar
**Address:**
   Laurel,  MD,  20708
**Email:** eadollar@yahoo.com
**Organization:** NA

---

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-u1fn
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7199
CA

## Submitter Information

**Name:** Lily Anonymous
**Address:**
    CA,  95975-0242
**Organization:** NA

## General Comment

No business should be able to mandate what health care procedures that an employee is eligible to receive. We need single payer health care for all citizen and visitors to our county, just like all the other industrialized countries now have in place. Get business out of health care and out of government.
Sincerely,
Lily Marie,
10995 Garden Ln./ P.O.Box 242
Rough & Ready, CA 95945

381674

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-l8wh
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7200
OR

## Submitter Information

**Name:** Nannette Taylor
**Address:**
    Damascus,  OR,  97089-6599
**Organization:** NA

## General Comment

I strongly support the administrations efforts to ensure that women have coverage for the full range of contraceptive methods without copays, no matter where they work. It is their right and it is your responsibility to make sure this happens.

381675

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-s0qd
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7201
MI

---

## Submitter Information

**Name:** richard ramey
**Address:**
    jackson,  MI,  49202
**Email:** guitarmahn@gmail.com
**Organization:** NA

---

## General Comment

Blatant Christians rulings open a never ending revolving door of rules from religions, or simply a allegiance to Christianity both of which are radically wrong since the founders meant to shield us FROM religion also

381676

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-hgen
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7202
MS

## Submitter Information

**Name:** Kaleigh Thacker
**Address:**
   Hernando,  MS,  38632
**Email:** kaleighthacker@yahoo.com
**Organization:** NA

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

381677

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-dpny
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7203
PA

---

## Submitter Information

**Name:** Jocelyn G. T. Anthony
**Address:**
    Philadelphia,  PA,  19119
**Email:** jgtanthony@gmai.com
**Organization:** NA

---

## General Comment

Birth control is the business of the people directly involved, not for an employer to make decisions about. Please keep Hobby Lobby and other businesses out of birth control decisions for their employees.

Thank you for considering my message.


Sincerely,

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-26yr
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7204
FL

---

## Submitter Information

**Name:** Elmo Dunn
**Address:**
    Longwood,  FL,  32779
**Email:** russdunn63@yahoo.com
**Organization:** NA

---

## General Comment

It is critical that all women have coverage for the full range of contraceptive methods without any co-pays. It does not matter where they work. There should be no exceptions based on religion or other factors.

381679

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-i9av
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7205
FL

## Submitter Information

**Name:** Patricia McDonald
**Address:**
    Winter Park,  FL,  32792
**Email:** patmcdonald@cfl.rr.com
**Organization:** NA

## General Comment

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

**381680**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-jlvp
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7206
IL

---

## Submitter Information

**Name:** Adele Gleason
**Address:**
    Chicago,  IL,  60645
**Organization:** NA

---

## General Comment

It is not an employers business what healthcare i use or do not use. An exemption for religious reasons for the employer is not freedom of religion, it is limiting the employees privacy. This is wrong.

381681

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-55gu
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7207
CA

## Submitter Information

**Name:** Gary Dowling
**Address:**
    Pope Valley,  CA,  94567
**Organization:** NA

## General Comment

Reverse the Hobby Lobby decision, keep personal religious beliefs, personal.

381682

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-geiv
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7208
WA

---

## Submitter Information

**Name:** Gail Gosney Wrede
**Address:**
    Olympia,  WA,  98502
**Email:** gailcg@comcast.net
**Organization:** NA

---

## General Comment

Every woman has a right to choose when she will become pregnant and choose to raise a child(ren). Birth control is essential to protect this right. This is an individual decision, NOT a corporate decision. Birth control is as essential to health as is blood pressure medication. This is not a corporate decision.

**381683**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-d5ld
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7209
NJ

---

## Submitter Information

**Name:** Geraldine Misiewicz
**Address:**
    Sayreville,  NJ,  08872
**Organization:** NA

---

## General Comment

Given the Supreme Court's harmful Hobby Lobby decision, it is very important to me that we, as a nation, do not allow for-profit companies to dictate to their female employees how they spend their pay, and yes, health care coverage is part of the pay an employee receives. Birth control coverage is an important part of health care coverage, and for-profit corporations do not have the right to impose restrictions on this type of coverage. I support the Obama administration's effort to ensure that all women have contraceptive coverage without copays, regardless of their bosses' beliefs. My contraception is a decision that concerns me and my doctor, and no one else. I urge the Obama administration to do all that it can to ensure all women have access to all contraceptive methods without copays.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-g59o
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7210
FL

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
    FL,  33063
**Organization:** NA

---

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

381685

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-wn2s
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7211
FL

## Submitter Information

**Name:** David Kline
**Address:**
  Lake Worth,  FL,  33460
**Email:** growth88@gmail.com
**Organization:** NA

## General Comment

Outdated ideas about contraception and religious opposition to legally accepted practices by a small, but very vocal corporate minority should not color the debate over applicable medical procedures for employees. Why does the corporation have its nose in an employees medical history to begin with? How is that acceptable? There is no moral dilemna here, just as there would be none should the employee choose to spend their paycheck supporting reproductive rights, satanic rituals, or "sharia" lobbying. The health care coverage is part of the employees pay benefits. The employer may provide the employee with coverage, but ultimately that coverage should comply with the law.

381686

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-rqd8
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7212
MA

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
    MA,  02474
**Organization:** NA

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

381687

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-12yf
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7213
TX

---

## Submitter Information

**Name:** Shannon Zander
**Address:**
   Hewitt,  TX,  76643
**Email:** SHANNON4@GRANDECOM.NET
**Organization:** Ms.

---

## General Comment

No person should ever be able to decide for someone else what they think is best for them. No one can fully know what someone else is going through or has gone through to make a decision for them and limit them.

381688

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-aq6a
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7214
OH

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
    OH,  44281
**Organization:** NA

## General Comment

Let's keep religion out of this & find a common-sense solution to help those who need it most to lighten their financial burden vis--vis healthcare w/o stepping on religious sensibilities! Many solutions have been proposed; please set aside personal agendas & do the right thing!!

381689

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-brvb
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7215
PA

---

## Submitter Information

**Name:** Elizabeth Webb
**Address:**
   Atglen,  PA,  19310
**Email:** elizabethwebb@frontier.com
**Organization:** NA

---

## General Comment

Birth control access for women is a critical health issue. I know first hand as I was told by my doctors after almost dying when having my second child that I must ensure that I never get pregnant again as it is way to dangerous for my health. Please note also that I have been happily married for 27 years to my one and only husband. Many other women have it much worse on this issue, and have situations such as related to health, age, family and work problems and poverty wherein they must be able to plan for, space out and / or prevent pregnancies.

381690

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-hc7j
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7216
CA

## Submitter Information

**Name:** Cathy Foxhoven
**Address:**
    Millbrae,  CA,  94030
**Email:** iambasque@gmail.com
**Organization:** NA

## General Comment

See attached file(s)

## Attachments

Foxhoven-C_2014-10-3_24145805

Catholics for Choice

Dear Secretary Perez,

As a Catholic, I, like the majority of the 70 million Catholics in the United States, support contraceptive coverage and religious liberty for all people, no matter where they work. I was therefore outraged by the Supreme Court's decision in Burwell v. Hobby Lobby, which sided against the employees who need access to reproductive healthcare. I believe that women are moral agents whose consciences should be respected, not trumped, by their employers.

I am entirely against the proposed rule, which would expand the "accommodation" for nonprofit religious organizations to include some for-profit corporations. As a Catholic, I do not believe that any corporation should qualify for an "accommodation" for religious beliefs, as this would amount to bestowing the right of "conscience" upon an institution. This runs contrary to the core teachings of my Catholic faith, including the respect for individual conscience, the call to social justice and a regard for religious pluralism.

If the departments proceed with this proposed rule, however, I ask that they begin by first and foremost considering the employees who would be affected by that decision. These employees' healthcare needs and conscience rights deserve protection from interference. I strongly urge that when the departments define which organizations are eligible for the accommodation, they make women workers and dependents—the ones whose religious liberty rights and healthcare needs could be harmed—the deciding factor in their decision. If even one woman finds her conscience trumped because of the departments' rules, that would be one woman too many.

My Catholic faith leads me to believe that no woman should be left without the ability to follow her conscience in deciding what is best for herself and her family, simply because of where she works. Because of this belief, I also strongly oppose the exemption that leaves women working for churches, dioceses and certain other religious institutions without any required contraceptive coverage. While considering modifications to the rules for organizations eligible for the "accommodation," I also ask that the departments expand the current "accommodation" for nonprofits to include currently exempted religious institutions. As an example, there are more than 160,000 people working for Catholic parishes in the United States. These workers include women and men, some with families and some without. Who are we to decide which of these workers, their children or their spouses should be left without the means to make the conscience-based decision to use contraception?

The majority of Catholics agree with me. We support timely, seamless contraceptive coverage for all women—not red tape and discrimination. Sixty-three percent of Catholic voters believe that health insurance, whether private or government-run, should cover contraception. Ninety-nine percent of sexually experienced Catholic women have used birth control. All women need access to affordable care.

As a Catholic, I am called to show solidarity with and compassion for the poor. Expanding access to contraception by making it more affordable will make a difference in the lives of

381692

many women and their families. For many, it already has. I urge the departments not to stop short of the laudable goal set by the Affordable Care Act: to ensure all Americans have access to the healthcare services they need. Every woman should be included in these benefits. No matter where they work, all women's human dignity, conscience rights and religious liberty should be respected and protected. As Catholic, I ask you to ensure that no woman worker anywhere is let down.

Sincerely,

Cathy Foxhoven
295 Vallejo Ct
Millbrae, CA 94030

381693

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-liyg
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7217
GA

---

## Submitter Information

**Name:** Rebecca Dries
**Address:**
    Decatur,  GA,  30030
**Email:** rebeccalinn07@gmail.com
**Organization:** NA

---

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

381694

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-cu4x
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7218
NJ

---

## Submitter Information

**Name:** Rebecca Rabinowitz
**Address:**
    NJ,  08075-1350
**Organization:** National Partnership

---

## General Comment

I fervently hope that CMS and HHS will recognize that women require a full complement of healthcare services, which incorporates reproductive healthcare - contraception, preventive screenings, abortion if necessary, peri-menopausal and post-menopausal support, etc. None of these services should be ANY business or concern of an employer - these are private medical decisions and isses which in no way should be disclosed to, nor require the "permission" of an employer. They should NOT be subject to an employer's personal religious beliefs - that is patronizing, patriarchal, and frankly totally discriminatory and insulting against/to women. It is an outrage and an egregious overreach to permit employers to intrude upon, and insert themselves between women and their physicians or other healthcare providers. We are NOT second class citizens, and we should not be treated this way.

I believe that every woman should have full, unfettered access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

381695

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-m7si
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7219
CA

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
    Palo Alto,  CA,  94306
**Organization:** NA

---

## General Comment

Please do all you can to ensure women have access to birth control for the sale of women's health and families.

**381696**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-y94v
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7220
MD

## Submitter Information

**Name:** Kay Travis
**Address:**
   Gaithersburg,  MD,  20877
**Email:** ktravis62@comcast.net
**Organization:** NA

## General Comment

I am very opposed to the ruling that bosses of companies can deny paid birth control to their employees! These workers are likely to be among the lower paid people who can ill afford to pay for it themselves. And of course, without birth control they are likely to have larger families whose needs may not be met because of the low earnings of the parents.

Voters who are against paying birth control for working women also tend to be those who oppose aid to low income families.

They also tend to want to deny higher investment in education, especially early childhood classes which can be vital to many children.

Many that oppose all these things favor tax breaks for corporations at the expense of our low income citizens. Our country does not need such a class war! The 1% gets what they want, and the 98% are left wanting.

381697

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-x7sb
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7221
CA

## Submitter Information

**Name:** Nancy Eichler
**Address:**
    Albany,  CA,  94706
**Email:** nancy.eichler@gmail.com
**Organization:** NA

## General Comment

Contraception to prevent pregnancy is the sole and private responsibility of the user. Interference that in any way prevents that use, by an employer, the government or other entities, should absolutely be prohibited and without exception.

381698

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-97ie
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7222
NJ

## Submitter Information

**Name:** David Wasserman
**Address:**
   Fort Lee,  NJ,  07024
**Email:** dawassermanmd@aol.com
**Organization:** NA

## General Comment

See attached file(s)

## Attachments

Wasserman-D_2014-10-3_24148046

**381699**

Catholics for Choice

Dear Secretary Perez,

As a Catholic, I, like the majority of the 70 million Catholics in the United States, support contraceptive coverage and religious liberty for all people, no matter where they work. I was therefore outraged by the Supreme Court's decision in Burwell v. Hobby Lobby, which sided against the employees who need access to reproductive healthcare. I believe that women are moral agents whose consciences should be respected, not trumped, by their employers.

I am entirely against the proposed rule, which would expand the "accommodation" for nonprofit religious organizations to include some for-profit corporations. As a Catholic, I do not believe that any corporation should qualify for an "accommodation" for religious beliefs, as this would amount to bestowing the right of "conscience" upon an institution. This runs contrary to the core teachings of my Catholic faith, including the respect for individual conscience, the call to social justice and a regard for religious pluralism.

If the departments proceed with this proposed rule, however, I ask that they begin by first and foremost considering the employees who would be affected by that decision. These employees' healthcare needs and conscience rights deserve protection from interference. I strongly urge that when the departments define which organizations are eligible for the accommodation, they make women workers and dependents—the ones whose religious liberty rights and healthcare needs could be harmed—the deciding factor in their decision. If even one woman finds her conscience trumped because of the departments' rules, that would be one woman too many.

My Catholic faith leads me to believe that no woman should be left without the ability to follow her conscience in deciding what is best for herself and her family, simply because of where she works. Because of this belief, I also strongly oppose the exemption that leaves women working for churches, dioceses and certain other religious institutions without any required contraceptive coverage. While considering modifications to the rules for organizations eligible for the "accommodation," I also ask that the departments expand the current "accommodation" for nonprofits to include currently exempted religious institutions. As an example, there are more than 160,000 people working for Catholic parishes in the United States. These workers include women and men, some with families and some without. Who are we to decide which of these workers, their children or their spouses should be left without the means to make the conscience-based decision to use contraception?

The majority of Catholics agree with me. We support timely, seamless contraceptive coverage for all women—not red tape and discrimination. Sixty-three percent of Catholic voters believe that health insurance, whether private or government-run, should cover contraception. Ninety-nine percent of sexually experienced Catholic women have used birth control. All women need access to affordable care.

As a Catholic, I am called to show solidarity with and compassion for the poor. Expanding access to contraception by making it more affordable will make a difference in the lives of

381700

many women and their families. For many, it already has. I urge the departments not to stop short of the laudable goal set by the Affordable Care Act: to ensure all Americans have access to the healthcare services they need. Every woman should be included in these benefits. No matter where they work, all women's human dignity, conscience rights and religious liberty should be respected and protected. As Catholic, I ask you to ensure that no woman worker anywhere is let down.

Sincerely,

David Wasserman
1434 12th St
Fort Lee, NJ 07024

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-4vje
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7223
IL

---

## Submitter Information

**Name:** Andrew Rowlas
**Address:**
    Chicago,  IL,  60645
**Organization:** self

---

## General Comment

The Hobby Lobby decision by the Supreme Court is a wrong decision. It is political to an extreme. Birth control is an individual's right not a n employer's right. If an employer doesn't believe in birth control then he or she does not have to practice it but that does not mean that they have the right to interfere with an employee's right to practice it. Every American today deserves full health coverage including contraceptive coverage.

381702

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-j8od
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7224
FL

---

## Submitter Information

**Name:** Sondra Sparapani
**Address:**
   E. Palatka,  FL,  32131
**Email:** femstallion@gmail.com
**Organization:** Ms.

---

## General Comment

Can't even believe we're discussing this....I can't believe that they won't cover this issue. Stop trying to control our bodies. It's insulting on every level.

**381703**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-x51n
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7225
GA

---

## Submitter Information

**Name:** Andy Lynn
**Address:**
      Douglasville,  GA,  30135
**Email:** ascottlynn@yahoo.com
**Organization:** NA

---

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

381704

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-hsl5
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7226
CT

## Submitter Information

**Name:** Anna Bigazzi
**Address:**
   Farmington,  CT,  06032
**Email:** bigazzi@hartford.edu
**Organization:** NA

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

**381705**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-4o5t
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7227
CT

---

## Submitter Information

**Name:** Stephanie C Fox
**Address:**
    Bloomfield,  CT,  06002
**Email:** scfjdqueenbee@yahoo.com
**Organization:** NA

---

## General Comment

See attached file(s)

---

## Attachments

Fox-S_2014-10-3_24153443

**381706**

Catholics for Choice

Dear Secretary Perez,

As a Catholic, I, like the majority of the 70 million Catholics in the United States, support contraceptive coverage and religious liberty for all people, no matter where they work. I was therefore outraged by the Supreme Court's decision in Burwell v. Hobby Lobby, which sided against the employees who need access to reproductive healthcare. I believe that women are moral agents whose consciences should be respected, not trumped, by their employers.

I am entirely against the proposed rule, which would expand the "accommodation" for nonprofit religious organizations to include some for-profit corporations. As a Catholic, I do not believe that any corporation should qualify for an "accommodation" for religious beliefs, as this would amount to bestowing the right of "conscience" upon an institution. This runs contrary to the core teachings of my Catholic faith, including the respect for individual conscience, the call to social justice and a regard for religious pluralism.

If the departments proceed with this proposed rule, however, I ask that they begin by first and foremost considering the employees who would be affected by that decision. These employees' healthcare needs and conscience rights deserve protection from interference. I strongly urge that when the departments define which organizations are eligible for the accommodation, they make women workers and dependents—the ones whose religious liberty rights and healthcare needs could be harmed—the deciding factor in their decision. If even one woman finds her conscience trumped because of the departments' rules, that would be one woman too many.

My Catholic faith leads me to believe that no woman should be left without the ability to follow her conscience in deciding what is best for herself and her family, simply because of where she works. Because of this belief, I also strongly oppose the exemption that leaves women working for churches, dioceses and certain other religious institutions without any required contraceptive coverage. While considering modifications to the rules for organizations eligible for the "accommodation," I also ask that the departments expand the current "accommodation" for nonprofits to include currently exempted religious institutions. As an example, there are more than 160,000 people working for Catholic parishes in the United States. These workers include women and men, some with families and some without. Who are we to decide which of these workers, their children or their spouses should be left without the means to make the conscience-based decision to use contraception?

The majority of Catholics agree with me. We support timely, seamless contraceptive coverage for all women—not red tape and discrimination. Sixty-three percent of Catholic voters believe that health insurance, whether private or government-run, should cover contraception. Ninety-nine percent of sexually experienced Catholic women have used birth control. All women need access to affordable care.

As a Catholic, I am called to show solidarity with and compassion for the poor. Expanding access to contraception by making it more affordable will make a difference in the lives of

many women and their families. For many, it already has. I urge the departments not to stop short of the laudable goal set by the Affordable Care Act: to ensure all Americans have access to the healthcare services they need. Every woman should be included in these benefits. No matter where they work, all women's human dignity, conscience rights and religious liberty should be respected and protected. As Catholic, I ask you to ensure that no woman worker anywhere is let down.

Sincerely,

Stephanie C. Fox
4 Wyndcliffe Park
Bloomfield, CT 06002

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-70zs
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7228
CA

---

## Submitter Information

**Name:** Carla Anonymous
**Address:**
   CA,  91711
**Organization:** NA

---

## General Comment

Access to all forms of birth control is imperative for all women, and the Supreme Court's decision in the Hobby Lobby case was harmful and set a horrible precident. I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

381709

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-rxnk
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7229
MI

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
    MI,  48309
**Organization:** NA

---

## General Comment

Birth Control should be available for all women who want or need it. It isn't the boss's business what any woman uses for birth control.

381710

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-9zmq
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7230
CA

---

## Submitter Information

**Name:** Ariel Adams
**Address:**
   Albany,  CA,  94706
**Email:** ariel@lilygilder.org
**Organization:** NA

---

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-6dbp
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7231
HI

## Submitter Information

**Name:** Laurel Whillock
**Address:**
   Kailua Kona,  HI,  96740
**Email:** lwhillock@hawaiiantel.net
**Organization:** NA

## General Comment

When I owned a business with 80 employees It never occurred to me to try and dictate their moral or spiritual beliefs. Their, and my, personal lives were just that - personal. One of the basic tenets of this great country is the freedom of belief and I hold that to include freedom of choice. No employer has the right to tell someone who relies upon them for a livelihood what they should do beyond the confines of the workplace, or what to think within the confines of their mind. Wars have been fought and lives freely given to avoid the tyranny of living under the thumb of dictators. Like it or not, employees must have the options to make their own moral decisions in personal matters.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-tpxc
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7232
OR

---

## Submitter Information

**Name:** David Wilson
**Address:**
    Myrtle Point,  OR,  97458
**Email:** dscottwilson2002@yahoo.com
**Organization:** NA

---

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

**381713**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-p918
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7233
MN

---

## Submitter Information

**Name:** Terrie Christian
**Address:**
    Plymouth,  MN,  55441
**Email:** terriepc@msn.com
**Organization:** NA

---

## General Comment

Dear Health and Human Services,

Employers have no business telling women and families what their health care regarding family planning can be. This is not just a woman's issue, it is an economic issue for the whole country. If a woman cannot control her fertility then she cannot truly be economically secure. Women today make up a large percentage of the workforce and many are single mothers and/or the family's main breadwinner.

What is next? Employers telling people they cannot have some other form of health care that is against some employer's religion? This should be unconstitutional based on the right to freedom FROM religion.

Please fix what the so called supreme court got wrong.

**381714**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-jxxv
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7234
ME

---

## Submitter Information

**Name:** Lindsey Piper
**Address:**
    Belfast,  ME,  04915
**Email:** lindsey@mabelwadsworth.org
**Organization:** NA

---

## General Comment

I am in support of the administrations efforts to ensure that women have coverage for the full range of contraceptive methods without copays, no matter where they work. (not my boss' business act)

**381715**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-oohl
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7235
MI

---

## Submitter Information

**Name:** Judy Pigg Behrendt
**Address:**
   Kalamazoo,  MI,  49009
**Email:** prismx2@gmail.com
**Organization:** NA

---

## General Comment

The move to take away coverage for women's health care, i.e. birth control from their insurance, it an outrage. This is against any past practice and shows a basic misunderstanding of the need for this coverage. Issues like these, to limit women's access to birth control, is making coverage piecemeal to be removed one by one. As a woman I have certainly used health care coverage provided by my employer for birth control, gynecological treatment, cancer screening and other issues relating my health. Women need to be treated equally in society and in their work life. We need the same consideration as men and it's wrong for men to decide what should be provided to women. The Affordable Care Act has changed a lot about healthcare for many people who never had this coverage before. It is saving health care dollars. Birth control is not a small issue and those that think that women can buy this for themselves, creates an inequality for those that can't afford to do this,

This proposal to remove birth control coverage is nothing more than a right wing effort to prevent abortion or what they have identified as the death of a fetus that is expelled due to birth control. This is makes no legitimate sense and women should not be treated differently. Women can chose whatever to use whichever birth control method they want or not. Providing birth control coverage allows for freedom of choice. Those that don't chose birth control can do that without limiting other's choices. Women want their own ability to make decisions about their lives, not have those decisions taken away or made for them.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 03, 2017<br>**Received:** October 20, 2014<br>**Status:** Posted<br>**Posted:** July 13, 2015<br>**Tracking No.** 1jy-8f14-qob4<br>**Comments Due:** October 21, 2014<br>**Submission Type:** Web |

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7236
MA

---

## Submitter Information

**Name:** Cheryl Zoll
**Address:**
    Florence,  MA,  01062
**Email:** czoll@tapestryhealth.org
**Organization:** NA

---

## General Comment

The government has a compelling interest in providing preventive health care for both men and women with no cost-sharing or undue burden. By allowing corporations to determine, based on non-medical considerations, whether a woman can easily access preventive services like contraception, violates her right of access. To expand further the exemptions of Hobby Lobby is to further erode women's basic rights and does not serve the government's interest.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-sgj6
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7237
PA

---

## Submitter Information

**Name:** Bill Deutschlander
**Address:**
    nw prov,  PA,  17560
**Email:** billastt@gmail.com
**Organization:** NA

---

## General Comment

Health care and reproductive rights are the sole responsibility of the individual or individuals.

Employers or government officials are not empowered by God to interfere or intimidate with this personal right.

Employers or government officials are not empowered to act as or for God!

Health care and reproductive decisions are SOLEY between the individual or individuals and their God!

381718

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-nxam
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7238
CA

---

## Submitter Information

**Name:** Wallace Iimura
**Address:**
    CUPERTINO,  CA,  95014-2206
**Email:** WIIMURA@GMAIL.COM
**Organization:** NA

---

## General Comment

Providing free contraceptive coverage today will save health care costs in the long run.

381719

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-ny5e
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7239
SD

---

## Submitter Information

**Name:** Jace DeCory
**Address:**
    Spearfish,  SD,  57783
**Organization:** NA

---

## General Comment

Respected Colleagues: It is my hope and prayers that you will seriously consider the consequences of interfering with a woman's physical right to take care of her own body. As a Lakota grandmother, our governmental leaders did not meddle in women's business-- these kinds of decisions were left to the women. How can the people (men and women) make legislation or have governance over their mother, aunties, sisters or grandmothers' bodies? It is ludicrous to our thinking. But since there is a law in the US government that allows women the right to abortion, the right to choose, then this is still the law of the land. Men need to take care of their own bodies and their own physical responsibilities. A woman knows the importance of life and can make decisions according to her own individual mind and spirit. Thank you for listening. Be well, Jace DeCory

381720

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-apcp
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7240
CO

## Submitter Information

**Name:** Beth Blomquist
**Address:**
   Golden,  CO,  80401
**Email:** khittee@yahoo.com
**Organization:** NA

## General Comment

As a concerned citizen, I seek to comment on new proposals to amend the federal health care law requiring for-profit corporations and non-profit organizations, or else health insurance providers, to cover preventive health services, such as contraception, without charging a co-payment. I understand that the federal government must craft rules regarding the contraceptive mandate that comply with the Supreme Courts decision in Burwell v. Hobby Lobby.

In drawing its accommodations, I urge the government to be guided by the purpose behind the contraception mandate: to ensure women have complete access to preventive care, including contraception, without co-pay. As any accommodations place an increased burden on women who have a right under the Affordable Care Act to quality, affordable preventive care, accommodations must be limited to the greatest possible extent permissible by law. In regards to for-profit corporations, I request that HHS crafts its rule to limit the definition of closely held corporations to small companies where the ownership is restricted to a limited group of individuals who actively participate in the management of the day-to-day operations of the corporation. Thank you for considering my comments.

381721

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-n0ed
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7241
TX

---

## Submitter Information

**Name:** Susan and John Teague
**Address:**
    Austin,  TX,  78734
**Email:** susea@austin.rr.com
**Organization:** NA

---

## General Comment

My husband and I ask, please pass the Not My Boss Business Act to fix the Supreme Court's disastrous Hobby Lobby ruling, We support the Obama administrations efforts to prevent bosses from denying women access to contraception without co-pays.

I have a BS in Nursing and have fought for women's healthcare and privacy and personal choice all my life. We believe that a woman's healthcare is between her and her doctor. We in the values this country was founded upon of separation of church and state. We believe that private corporate entities and the courts and some religious organizations are misguided and are trying to reach beyond the scope of good faith, fairness, common sense and the Constitution of the USA. Is this what Judges do? Private corporate entities should not dictate to anyone their healthcare.

We feel our Texas representatives who in the guise of religion force their misguided beliefs where they do not belong and they do not speak for us! We consider them false prophets and pretenders. Because of dirty politics and false religion, we wonder who protects women and their rights and their privacy in this country as the dog is wagged and people suffer because money and powerful corporate interests talk too much. Our courts are not only for the wealthy and powerful, the politically connected and private corporate entities and corporate religious groups! Our country was founded on freedom of religion and our Courts should not allow a takeover of anyone's individual personal freedom guaranteed under the Constitution of the USA!

We ask that the U.S. Department of Health and Human Services (HHS) ensure that women have birth control coverage regardless of their bosses beliefs.

381722

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-v5s8
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7242
NC

---

## Submitter Information

**Name:** Samuel Speciale
**Address:**
   Asheville,  NC,  28806
**Email:** sgspeciale@yahoo.com
**Organization:** NA

---

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods. Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

381723

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-d2l0
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7243
MT

---

## Submitter Information

**Name:** Sandra DiMauro
**Address:**
    Great Falls,  MT,  59405
**Email:** miked1675@aol.com
**Organization:** none

---

## General Comment

It is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

**381724**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-xp7z
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7244
OR

---

## Submitter Information

**Name:** Jay Humphrey
**Address:**
    Estacada,  OR,  97023-9417
**Email:** blue1jay@yahoo.com
**Organization:** NA

---

## General Comment

A woman's ability to access birth control through her health insurance should not be controlled by someone else's moral beliefs. If my employer was a member of the Church of the First Born does that mean I shouldn't receive health insurance or be limited to prayer for my health concerns? If my employer is a Jehovah Witness should I not be covered for blood products? Could my Christian Scientist employer deny my blood pressure medication that would place my live in peril. No! Of course not! Then why can an employer deny a woman birth control coverage? Please support the half of our population who should be able to control their lives by using birth control.

381725

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-ijuf
**Comments Due:** October 21, 2014
**Submission Type:** Web

# PUBLIC SUBMISSION

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7245
TX

---

## Submitter Information

**Name:** Karen Sharp
**Address:**
Wolfforth, TX, 79382
**Email:** karensharp@gmail.com
**Organization:** NA

---

## General Comment

Corporations are not people. Corporations should not be able to decide reproductive decisions for their employees.
Every U.S. citizen should be able to make their own decisions about reproduction. Since males cannot reproduce, women should have affordable or free (depending on income level) reproductive products available.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 03, 2017 |
| **Received:** October 20, 2014 |
| **Status:** Posted |
| **Posted:** July 13, 2015 |
| **Tracking No.** 1jy-8f14-ic2c |
| **Comments Due:** October 21, 2014 |
| **Submission Type:** Web |

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7246
WI

## Submitter Information

**Name:** Rebecca Brodie
**Address:**
    Milwaukee,  WI,  53207
**Organization:** NA

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

381727

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-n9vn
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7247
MN

---

## Submitter Information

**Name:** Robert Allen
**Address:**
   West Saint Paul,  MN,  55118
**Email:** robert_allen_123@msn.com
**Organization:** My Self

---

## General Comment

A person's personal health has nothing to do with someone else having a religious belief!

**381728**

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 03, 2017 |
| **Received:** October 20, 2014 |
| **Status:** Posted |
| **Posted:** July 13, 2015 |
| **Tracking No.** 1jy-8f14-bkhp |
| **Comments Due:** October 21, 2014 |
| **Submission Type:** Web |

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7248
NC

---

## Submitter Information

**Name:** Carolyn Pilgrim
**Address:**
    Waynesville,  NC,  28785
**Email:** crpilgm@gmail.com
**Organization:** NA

---

## General Comment

Medical decisions should be between a woman and her doctor. An employer has no business using religious opinions dictate medical treatment for an employee.

381729

# PUBLIC SUBMISSION

| | |
|---|---|
| **As of:** November 03, 2017 |
| **Received:** October 20, 2014 |
| **Status:** Posted |
| **Posted:** July 13, 2015 |
| **Tracking No.** 1jy-8f14-cnm4 |
| **Comments Due:** October 21, 2014 |
| **Submission Type:** Web |

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7249
CA

---

## Submitter Information

**Name:** max calvillo
**Address:**
   saugus,  CA,  91350
**Email:** maxcalvillo@hotmail.com
**Organization:** NA

---

## General Comment

No more unwanted babies for the tax payers to support ! Thx

381730

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-9qmw
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7250
KS

---

## Submitter Information

**Name:** Lil Peck
**Address:**
    Manhattan,  KS,  66502
**Email:** lilpeck@gmail.com
**Organization:** NA

---

## General Comment

Health care and prescriptions are PRIVATE and none of an employer's business.

381731

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-cam2
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7251
NY

---

## Submitter Information

**Name:** stacy rauch
**Address:**
   NY,  10016
**Email:** stacyr27@earthlink.net
**Organization:** NA

---

## General Comment

No Boss, or man should have any involvement in my personal health choices. EVER!! They also should not be allowed to decide if they want to treat me equally to a male employee in terms of prescription medications. They must allow ANY and all medications- regardless of their personal choices/religious feelings. I feel this way about religious organizations also. No religious organization should be allowed to deny coverage to any employee for any prescription for any reason.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-gtt4
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7252
PA

---

## Submitter Information

**Name:** Karrin Herring
**Address:**
    Aliquippa,  PA,  15001
**Email:** drienzgood@Outlook.com
**Organization:** NA

---

## General Comment

I personally take offence to the direction of this country, in particular the GOP/right wing agenda to set the clock back decades by attempting to destroy the fundamental right to decide what I want to do with MY body. When and how I decide to take birth control or anything regarding my personal health. It is not my employer's business to delve into my personal life and what my decision's are. Please don't let this happen to this country. We are facing a critical point in the lives of women right now with the decision of the Supreme Court.

381733

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-63o2
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7253
NH

---

## Submitter Information

**Name:** Virginia Johnston
**Address:**
    Pelham,  NH,  03076
**Organization:** NA

---

## General Comment

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

**381734**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-h1bo
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7254
PA

---

## Submitter Information

**Name:** Crissi Walturz
**Address:**
    Easton,  PA,  18042
**Email:** clutz801@hotmail.com
**Organization:** NA

---

## General Comment

See attached file(s)

---

## Attachments

Walturz-C_2014-10-15_24155699

**381735**

Catholics for Choice

Dear Secretary Perez,

As a Catholic, I, like the majority of the 70 million Catholics in the United States, support contraceptive coverage and religious liberty for all people, no matter where they work. I was therefore outraged by the Supreme Court's decision in Burwell v. Hobby Lobby, which sided against the employees who need access to reproductive healthcare. I believe that women are moral agents whose consciences should be respected, not trumped, by their employers.

I am entirely against the proposed rule, which would expand the "accommodation" for nonprofit religious organizations to include some for-profit corporations. As a Catholic, I do not believe that any corporation should qualify for an "accommodation" for religious beliefs, as this would amount to bestowing the right of "conscience" upon an institution. This runs contrary to the core teachings of my Catholic faith, including the respect for individual conscience, the call to social justice and a regard for religious pluralism.

If the departments proceed with this proposed rule, however, I ask that they begin by first and foremost considering the employees who would be affected by that decision. These employees' healthcare needs and conscience rights deserve protection from interference. I strongly urge that when the departments define which organizations are eligible for the accommodation, they make women workers and dependents—the ones whose religious liberty rights and healthcare needs could be harmed—the deciding factor in their decision. If even one woman finds her conscience trumped because of the departments' rules, that would be one woman too many.

My Catholic faith leads me to believe that no woman should be left without the ability to follow her conscience in deciding what is best for herself and her family, simply because of where she works. Because of this belief, I also strongly oppose the exemption that leaves women working for churches, dioceses and certain other religious institutions without any required contraceptive coverage. While considering modifications to the rules for organizations eligible for the "accommodation," I also ask that the departments expand the current "accommodation" for nonprofits to include currently exempted religious institutions. As an example, there are more than 160,000 people working for Catholic parishes in the United States. These workers include women and men, some with families and some without. Who are we to decide which of these workers, their children or their spouses should be left without the means to make the conscience-based decision to use contraception?

The majority of Catholics agree with me. We support timely, seamless contraceptive coverage for all women—not red tape and discrimination. Sixty-three percent of Catholic voters believe that health insurance, whether private or government-run, should cover contraception. Ninety-nine percent of sexually experienced Catholic women have used birth control. All women need access to affordable care.

As a Catholic, I am called to show solidarity with and compassion for the poor. Expanding access to contraception by making it more affordable will make a difference in the lives of

many women and their families. For many, it already has. I urge the departments not to stop short of the laudable goal set by the Affordable Care Act: to ensure all Americans have access to the healthcare services they need. Every woman should be included in these benefits. No matter where they work, all women's human dignity, conscience rights and religious liberty should be respected and protected. As Catholic, I ask you to ensure that no woman worker anywhere is let down.

Sincerely,

Crissi Walturz
204 N 10th St
Easton, PA 18042

381737

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-jgjj
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7255
IL

---

## Submitter Information

**Name:** Kerry Kuhn
**Address:**
    Schaumburg,  IL,  60193
**Email:** kerrylkuhn@gmail.com
**Organization:** NA

---

## General Comment

Nobody other than my doctor has any business telling me what I can and cannot do with my health. It does not matter if it is my reproductive health or any other part of me. It is ALL between me and my doctor (and my spouse if I had one.)

381738

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-qqvl
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7256
aquitaine

## Submitter Information

**Name:** ana cleja
**Address:**
    fumel,  aquitaine,  France,  47500
**Email:** ana.cleja@gmail.com
**Organization:** none

## General Comment

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

381739

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-w8tk
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7257
GA

## Submitter Information

**Name:** Susan Kraus
**Address:**
    Young Harris,  GA,  30582
**Email:** krausms@yahoo.com
**Organization:** NA

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

381740

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-4e9h
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7258
OR

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
   Portland,  OR,  97222
**Organization:** NA

---

## General Comment

No one individual or small group of individual's should be able to determine access to any form of health care for another.

381741

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-5l6h
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7259
OH

---

## Submitter Information

**Name:** Virginia Ekker
**Address:**
    Strongsville,  OH,  44136
**Email:** gekker59@aol.com
**Organization:** NA

---

## General Comment

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

381742

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 03, 2017 |
| **Received:** October 20, 2014 |
| **Status:** Posted |
| **Posted:** July 13, 2015 |
| **Tracking No.** 1jy-8f14-7vgx |
| **Comments Due:** October 21, 2014 |
| **Submission Type:** Web |

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7260
CA

## Submitter Information

**Name:** Douglas Holmes
**Address:**
   Danville,  CA,  94526
**Email:** dwholmes41@gmail.com
**Organization:** NA

## General Comment

Everyone is kidding, right?

This is no "deeply held religious belief" for Hobby Lobby. They make their profits buying product from China, a country that forces abortions on women who already have one child, and then selling that product here for their business purposes.

How does that fit with a "deeply held religious belief?"
Just another screaming example of hypocrisy for profit by US corporations.
Deeply held religious beliefs should play out in a person's or a corporation's practice. You know, "do what i do, not what I say" and "By their fruits you shall know them."

I don't know how the Supreme Court Justices managed to overlook this jarring misapplication of their "logic," but you shouldn't overlook Hobby Lobby's own failure to practice their "deeply held religious belief."

**381743**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-5e4v
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7261
FL

---

## Submitter Information

**Name:** Tracy Barnes
**Address:**
    Orlando,  FL,  32822
**Email:** Tracydcb@yahoo.com
**Organization:** NA

---

## General Comment

Men, in particular, have no business telling women what prescriptions they can take or what method of birth control is appropriate. Women have unique medical situations which men will never suffer for. We certainly don't need unwanted/unplanned children that are thrust upon us due to MALE SEXUAL ACTIVITY! That's right, women don't get pregnant alone. But we sure do take care of the children alone, and usually in poverty. WHY DO HEALTH INSURANCE COMPANIES PAY FOR VIAGRA AND THE SUCH AND YET NOT BIRTH CONTROL? One activity leads to anther!!! ENFORCING CHILD SUPPORT LAWS, will also cut down on unwanted pregnancies. MUCH CHEAPER TO AVOID A PREGNANCY THAN TO HAVE THE CHILDREN AND THEN GO ON WELFARE!!! $230,000 to pay for a child's rearing before college! DOES THE GOVERNMENT WANT TO REAR THE UNWANTED CHILDREN? No. DOES THE REPUBLICAN PARTY WANT TO PAY TO REAR THE UNWANTED CHILDREN? No. Where does that leave us? AND DON'T EVEN THINK OF THRUSTING RELIGIOUS BELIEFS ON THE REST OF US! I do not believe in your God, nor any religion! Religion has no business in government! Just about everyone believes that - except when its comes to "their" religion. Get rid of religion in government and we most likely would not even be debating this issue!

**381744**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-ae8e
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7262
KS

---

## Submitter Information

**Name:** Robert Golden
**Address:**
    Shawnee,  KS,  66216
**Email:** bobgolden14@yahoo.com
**Organization:** erulemaking

---

## General Comment

Stay out of peoples personal business and focus only on your business. Everybody has the right to choice what to do with their body and how to live their live as long as it does not interfere with others.
Coverage for preventive care should be allowed in all businesses.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-q1ki
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7263
VT

---

## Submitter Information

**Name:** Mary Sonnekson
**Address:**
    VT,  05143
**Email:** sunxsun@comcast.net
**Organization:** NA

---

## General Comment

I believe every woman should have access to contraceptions as part of insurance coverage, no matter who her employer is, as that woman is paying for her insurance as part of her job. This is called religious freedom for her, as her religious belief about it should take precedence over her employer's beliefs. The employer does not have to use contraception if they believe it is evil, (strangely, most of the people loudly weighing in on it will never have the problem, as they are men), but they have no right to impose their belief on someone else. Our Democracy was created with religious freedom as it's core belief. Since our supreme court rulling, which I believe is a travesty, this is not going to happen for certain women, and so it is the government's responsiblity to pick up these costs.

With all the many years a woman has to worry about unwanted pregnancy, and then bears the stress and risks of a pregnancy that she goes through when having a child, sometimes by herself, the man having abdicated his responsibility; it is so despicable that there are people who have the temerity to inject themselves into a discussion and decision that relates to women, when they are overwhelming people who will never have to experience it.

There would be another way to deal with this, which would be to make contraception available for every woman who needs it for free through her Doctor. Personally, I favor this. It should be no one's business what health care choices a woman makes and this method would remove it completely from the scrutiny of people who are zealots. Are we returning to the day of the Scarlett Letter? Please derail this scaffold of humilition that is being set up for women.

Sincerely,
Mary Sonnekson

**381746**

381747

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-vbdo
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7264
IL

---

## Submitter Information

**Name:** Charlotte Frisbie
**Address:**
    edwardsville,  IL,  62025
**Organization:** NA

---

## General Comment

It is VERY IMPORTANT to ALL WOMEN in this country that our health coverage INCLUDES all contraceptive methods available without copays. THis should not be up to our employers to decide whether or not we have that right; to even think that way puts human rights back in the dark ages in this country. Please support our coverage without trying to chip away further at women's rights,

381748

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-3ur4
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7265
Staffordshire

---

## Submitter Information

**Name:** Edna Mullen
**Address:**
    Stoke-on-Trent,  Staffordshire,  United Kingdom,  ST3 2AY
**Email:** mullentim13@yahoo.co.uk
**Organization:** NA

---

## General Comment

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.


I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

**381749**

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 03, 2017 |
| **Received:** October 20, 2014 |
| **Status:** Posted |
| **Posted:** July 13, 2015 |
| **Tracking No.** 1jy-8f14-9a94 |
| **Comments Due:** October 21, 2014 |
| **Submission Type:** Web |

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7266
CA

---

## Submitter Information

**Name:** ruth belonsky
**Address:**
    Hawthorne,  CA,  90250
**Email:** ruthbelonsky@gmail.com
**Organization:** not organization

---

## General Comment

The company's religious beliefs should not have control over my body. Every woman should have the same right to Preventive Services under the Affordable Care Act, regardless of religious beliefs of the provider.

**381750**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-wimy
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7267
HI

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
    kailua kona,  HI,  96740
**Organization:** NA

---

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods. Actually it doesn't really matter if it is a for profit or non profit why should a woman's healthcare be dictated by an employer?

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-ydes
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7268
MD

## Submitter Information

**Name:** Joseph Walstrum
**Address:**
   Parkville,  MD,  21234
**Email:** amsat11@gmail.com
**Organization:** NA

## General Comment

See attached file(s)

## Attachments

Walstrum-J_2014-10-4_24145972

381752

Catholics for Choice

Dear Secretary Perez,

As a Catholic, I, like the majority of the 70 million Catholics in the United States, support contraceptive coverage and religious liberty for all people, no matter where they work. I was therefore outraged by the Supreme Court's decision in Burwell v. Hobby Lobby, which sided against the employees who need access to reproductive healthcare. I believe that women are moral agents whose consciences should be respected, not trumped, by their employers.

I am entirely against the proposed rule, which would expand the "accommodation" for nonprofit religious organizations to include some for-profit corporations. As a Catholic, I do not believe that any corporation should qualify for an "accommodation" for religious beliefs, as this would amount to bestowing the right of "conscience" upon an institution. This runs contrary to the core teachings of my Catholic faith, including the respect for individual conscience, the call to social justice and a regard for religious pluralism.

If the departments proceed with this proposed rule, however, I ask that they begin by first and foremost considering the employees who would be affected by that decision. These employees' healthcare needs and conscience rights deserve protection from interference. I strongly urge that when the departments define which organizations are eligible for the accommodation, they make women workers and dependents—the ones whose religious liberty rights and healthcare needs could be harmed—the deciding factor in their decision. If even one woman finds her conscience trumped because of the departments' rules, that would be one woman too many.

My Catholic faith leads me to believe that no woman should be left without the ability to follow her conscience in deciding what is best for herself and her family, simply because of where she works. Because of this belief, I also strongly oppose the exemption that leaves women working for churches, dioceses and certain other religious institutions without any required contraceptive coverage. While considering modifications to the rules for organizations eligible for the "accommodation," I also ask that the departments expand the current "accommodation" for nonprofits to include currently exempted religious institutions. As an example, there are more than 160,000 people working for Catholic parishes in the United States. These workers include women and men, some with families and some without. Who are we to decide which of these workers, their children or their spouses should be left without the means to make the conscience-based decision to use contraception?

The majority of Catholics agree with me. We support timely, seamless contraceptive coverage for all women—not red tape and discrimination. Sixty-three percent of Catholic voters believe that health insurance, whether private or government-run, should cover contraception. Ninety-nine percent of sexually experienced Catholic women have used birth control. All women need access to affordable care.

As a Catholic, I am called to show solidarity with and compassion for the poor. Expanding access to contraception by making it more affordable will make a difference in the lives of

many women and their families. For many, it already has. I urge the departments not to stop short of the laudable goal set by the Affordable Care Act: to ensure all Americans have access to the healthcare services they need. Every woman should be included in these benefits. No matter where they work, all women's human dignity, conscience rights and religious liberty should be respected and protected. As Catholic, I ask you to ensure that no woman worker anywhere is let down.

Sincerely,

Joseph Walstrum
9106 Covered Bridge Rd
Parkville, MD 21234

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-mz6j
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7269
NY

## Submitter Information

**Name:** Miranda Trimmier
**Address:**
    Brooklyn,  NY,  11233
**Email:** mirandatrimmier@gmail.com
**Organization:** NA

## General Comment

I was horrified at the Supreme Court's Hobby Lobby decision. It's a totally inappropriate intrusion on a woman's right to make health decisions for herself and her family. It's also a totally inappropriate intrusion on a woman's right to build a healthy economic life for herself and her family. Access to free contraception gives women more control over their economic situations. It's unconscionable to make women pay out of pocket -- or risk pregnancy they can't afford -- because they have bosses who don't 'believe' in contraception. And when women have these kinds of barriers to their individual and economic health, it's bad for US society at large.

I urge the Obama administration to do whatever it can to ensure that all women have access to free contraception.

381755

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-9u66
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7270
NC

---

## Submitter Information

**Name:** Stephen Fortune
**Address:**
　 charlotte,  NC,  28205
**Email:** sfortune5427@yahoo.com
**Organization:** Mecklenburg CountyDemocratic Party

---

## General Comment

Every Woman has the right to Birth Control but not the type that causes birth defects or ovarian cancer either, the currently products that cause these conditions must be removed from the market. All products that are cancer causing should be removed from harming woman, from Shampoos, Conditioners, hair products, to skin products. Without taking care of the Woman,our future generation of children have no hope to be born. For those that are rapped, disable, handicapped because of these drugs should be compensated.All the manufactures of these products must be fined, and federal charged, stop making these products period. Bring back the Sherman Anti-Trust Act, and Make them responsible for the manufacturing products that are harmful and it will make a really big difference in our future.

Stephen Paul Fortune
Chair Person MCDP
Mecklenburg County Democratic Party
We Stand for the People, especially the Woman and Children!
980 348 1458

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 03, 2017 |
| **Received:** October 20, 2014 |
| **Status:** Posted |
| **Posted:** July 13, 2015 |
| **Tracking No.** 1jy-8f14-env6 |
| **Comments Due:** October 21, 2014 |
| **Submission Type:** Web |

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7271
CA

## Submitter Information

**Name:** Marijeanne Sarraille
**Address:**
    Pittsburg,  CA,  94565-5135
**Email:** msarrail@live.com
**Organization:** NA

## General Comment

All women should be able to obtain contraception for free? Do something!

**381757**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f13-ipsm
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7272
NY

---

## Submitter Information

**Name:** martin nydick
**Address:**
    ny,  NY,  10128
**Email:** glandoc195@aol.com
**Organization:** NA

---

## General Comment

Contraceptive services are necessary for a womans health. There is no logical/ethical excuse for an employer to deny insurance coverage for that aspect of care. If they don't want to cover health at all, that is their option. But to allow them to prescribe which kind of care a woman should get is interference with the womans rights and is sex discrimination. Do they refuse Viagra coverage?
MNydick

381758

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-mvpl
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7273
TN

## Submitter Information

**Name:** Jean Gray
**Address:**
    Nashville,  TN,  37221
**Email:** jeanpgray@gmail.com
**Organization:** NA

## General Comment

Women should be able to make their decisions about their health --with their doctor and husband, partner

and family--not the government !! Not regulated by laws !!

381759

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-xqbo
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7274
MT

---

## Submitter Information

**Name:** Ann King
**Address:**
   Busby,  MT,  59016
**Email:** moxieking@otmail.com
**Organization:** NA

---

## General Comment

I am writing to express my strongly held opinion that bosses have absolutely no business making any type of healthcare decisions concerning their employees. There must remain a strong and clear separation between a boss maintaining jurisdiction over work duties and keeping a clear distance from personal healthcare decisions over the part of employees..

**381760**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-x4tb
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7275
OH

---

## Submitter Information

**Name:** Douglas Berger
**Address:**
    Findlay,  OH,  45840
**Email:** dberger@dougberger.net
**Organization:** NA

---

## General Comment

As a concerned citizen, I seek to comment on new proposals to amend the federal health care law requiring for-profit corporations and non-profit organizations, or else health insurance providers, to cover preventive health services, such as contraception, without charging a co-payment. I understand that the federal government must craft rules regarding the contraceptive mandate that comply with the Supreme Courts decision in Burwell v. Hobby Lobby.

In drawing its accommodations, I urge the government to be guided by the purpose behind the contraception mandate: to ensure women have complete access to preventive care, including contraception, without co-pay. As any accommodations place an increased burden on women who have a right under the Affordable Care Act to quality, affordable preventive care, accommodations must be limited to the greatest possible extent permissible by law. In regards to for-profit corporations, I request that HHS crafts its rule to limit the definition of closely held corporations to small companies where the ownership is restricted to a limited group of individuals who actively participate in the management of the day-to-day operations of the corporation. Thank you for considering my comments.

381761

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-sj67
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7276
WI

## Submitter Information

**Name:** A S k
**Address:**
   WI,  54635
**Organization:** NA

## General Comment

The BOSSES should stay out of OUR business........................


Also, the ACA is a good thing and is helping a lot of people..........
Let's give them another year for everybody to get things more in order.......


I don't see anybody else coming up with a better plan. GIVE IT A CHANCE!!!!!!!!!

381762

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-mmgd
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7277
MO

---

## Submitter Information

**Name:** Virginia Anderson-Dunbar
**Address:**
    St. Louis,  MO,  63036
**Email:** vadunbar@cwa6300.org
**Organization:** CWA

---

## General Comment

Women have the right to contraceptive coverage through insurance coverage. If men could get pregnant we would not have these issue dealing with birth control.

381763

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-eozq
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7278
OR

---

## Submitter Information

**Name:** James Freeberg
**Address:**
     Ashland,  OR,  97520
**Email:** jfreeberg0@aol.com
**Organization:** NA

---

## General Comment

I strongly believe every woman should have coverage for the full range of contraceptive measures without copays, and regardless of their bosses' beliefs!

381764

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-b3vx
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7279
GA

---

## Submitter Information

**Name:** Lester Sheran
**Address:**
   Powder Springs,  GA,  30127
**Organization:** Hobby Lobby

---

## General Comment

Remember separation of Church and State? Who I work for has no jurisdication over what I believe. My religious beliefs are personal and private and not subject to review, Because someone runs a business gives him no right to impose his or her religious belief on me.

381765

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-j2rf
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7280
CT

---

## Submitter Information

**Name:** John Hubbard
**Address:**
    New Haven,  CT,  06511
**Email:** johncraighubbard@gmail.com
**Organization:** NA

---

## General Comment

A woman's employer has no right, legally or religious, to impede her ability to access any health service or medication, including birth control. This is a basic and egregious violation of individual right and needs to be reversed immediately.

**381766**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-fi0y
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7281
NH

---

## Submitter Information

**Name:** Barbara HIrai
**Address:**
   NH,  03784
**Organization:** NA

---

## General Comment

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

381767

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-umwo
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7282
CO

## Submitter Information

**Name:** Frances Frainaguirre
**Address:**
    Denver,  CO,  80211
**Email:** jaguirrejja@aol.com
**Organization:** NA

## General Comment

See attached file(s)

## Attachments

Frainaguirre-F_2014-10-6_24136472

381768

Catholics for Choice

Dear Secretary Perez,

As a Catholic, I, like the majority of the 70 million Catholics in the United States, support contraceptive coverage and religious liberty for all people, no matter where they work. I was therefore outraged by the Supreme Court's decision in Burwell v. Hobby Lobby, which sided against the employees who need access to reproductive healthcare. I believe that women are moral agents whose consciences should be respected, not trumped, by their employers.

I am entirely against the proposed rule, which would expand the "accommodation" for nonprofit religious organizations to include some for-profit corporations. As a Catholic, I do not believe that any corporation should qualify for an "accommodation" for religious beliefs, as this would amount to bestowing the right of "conscience" upon an institution. This runs contrary to the core teachings of my Catholic faith, including the respect for individual conscience, the call to social justice and a regard for religious pluralism.

If the departments proceed with this proposed rule, however, I ask that they begin by first and foremost considering the employees who would be affected by that decision. These employees' healthcare needs and conscience rights deserve protection from interference. I strongly urge that when the departments define which organizations are eligible for the accommodation, they make women workers and dependents—the ones whose religious liberty rights and healthcare needs could be harmed—the deciding factor in their decision. If even one woman finds her conscience trumped because of the departments' rules, that would be one woman too many.

My Catholic faith leads me to believe that no woman should be left without the ability to follow her conscience in deciding what is best for herself and her family, simply because of where she works. Because of this belief, I also strongly oppose the exemption that leaves women working for churches, dioceses and certain other religious institutions without any required contraceptive coverage. While considering modifications to the rules for organizations eligible for the "accommodation," I also ask that the departments expand the current "accommodation" for nonprofits to include currently exempted religious institutions. As an example, there are more than 160,000 people working for Catholic parishes in the United States. These workers include women and men, some with families and some without. Who are we to decide which of these workers, their children or their spouses should be left without the means to make the conscience-based decision to use contraception?

The majority of Catholics agree with me. We support timely, seamless contraceptive coverage for all women—not red tape and discrimination. Sixty-three percent of Catholic voters believe that health insurance, whether private or government-run, should cover contraception. Ninety-nine percent of sexually experienced Catholic women have used birth control. All women need access to affordable care.

As a Catholic, I am called to show solidarity with and compassion for the poor. Expanding access to contraception by making it more affordable will make a difference in the lives of

many women and their families. For many, it already has. I urge the departments not to stop short of the laudable goal set by the Affordable Care Act: to ensure all Americans have access to the healthcare services they need. Every woman should be included in these benefits. No matter where they work, all women's human dignity, conscience rights and religious liberty should be respected and protected. As Catholic, I ask you to ensure that no woman worker anywhere is let down.

Sincerely,

Frances Frainaguirre
1840 W 40th Ave
Denver, CO 80211

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-n23k
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7283
CA

## Submitter Information

**Name:** Sylvia Selverston
**Address:**
    SAN DIEGO,  CA,  92111
**Email:** sillygranma@yahoo.com
**Organization:** NA

## General Comment

Only my doctor and I should make decisions regarding my health.
An employer can choose to hire me but not to be my doctor.

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-k9vo
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7284
IL

---

## Submitter Information

**Name:** george kiebala
**Address:**
    rolling meadows,  IL,  60008
**Email:** gkiebala@earthlink.net
**Organization:** NA

---

## General Comment

It seems simple... employers have no business at all deciding which forms of coverage will be allowed in employees insurance plans. Certainly not based on anything having to do with religion.

**381772**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-du7i
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7285
CT

## Submitter Information

**Name:** Mike Zello
**Address:**
    Wolcott,  CT,  06716
**Email:** w1vru@arrl.net
**Organization:** NA

## General Comment

The Hobby Lobby desicion, which is one of many poorly drawn desicions by this purely partisan Supreme Court is a total
reversal and goes against the 1st Amendmant which references the "Seperation of Church and State". Jefferson Davis
saw the ramifications of one religion creating laws that would limit the rights of other religions or groups in a democratically free society. The Hobby Lobby desicion does just what Jefferson Davis warned would happen if this was allowed to happen. This is just the first step in the removal of all our constitutional rights.

This Supreme Court scares the hell out of me and quite honestly believe that at some point in time, probably after the "Roberts Court" is gone, this ruling will be seen for what it is, The Religious Right, trying to enact laws and control
this nation, and will be overturned.

381773

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 03, 2017<br>**Received:** October 20, 2014<br>**Status:** Posted<br>**Posted:** July 13, 2015<br>**Tracking No.** 1jy-8f14-wy1q<br>**Comments Due:** October 21, 2014<br>**Submission Type:** Web |

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7286
CA

## Submitter Information

**Name:** D. L.
**Address:**
    Santa Monica,  CA,  90405
**Organization:** NA

## General Comment

I support the administrations efforts to ensure that women have coverage for the full range of contraceptive methods without co-pays, regardless of where they work.

**381774**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-at2m
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7287
WA

---

## Submitter Information

**Name:** Rev Minshew
**Address:**
    WA,  98125
**Organization:** National Partnership

---

## General Comment

Employers have no business in healthcare. SCOTUS' decision is immoral. It needs to be changed. When an employer is in anothers medical business it is invasive and immoral. What gives them the right to pick and choose what health care options a person chooses? What will be next, men's viagra?
Medical issues are between a patient and the physician or other medical staff. Not the employer.
This decision of SCOTUS allows religion to be used in its most offensive way; to deny the right of another based on a narrow minded prejudice. The Bible Says... is not a reason to deny medical options in our civil society.

**381775**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-d8zp
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7288
KS

## Submitter Information

**Name:** Roberta Schwartz
**Address:**
   Lawrence,  KS,  66046
**Email:** rfschwar@ku.edu
**Organization:** NA

## General Comment

I firmly believe that no corporation, no matter how tightly owned, should be allowed to make decisions about what specific medications and treatments will be covered by an insurance plan. The ramifications are worrisome: will closely held corporations owned by Christian Scientists be allowed to provide no health insurance? Or those owned by Scientologists to omit psychiatric coverage? Moreover, the expense of certain birth control pills, which are sometimes prescribed for reasons other than contraception, may be prohibitive for some women, denying them needed treatment for endometriosis and other gynecological conditions.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-lcq9
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7289
CA

---

## Submitter Information

**Name:** Andree Dailey
**Address:**
    Redwood City,  CA,  94062
**Email:** andi@sat.com
**Organization:** NA

---

## General Comment

I think this ruling sets a dangerous precedent by 1) allowing corporations to "have" religion" and 2) letting that corporation have objections to medical care and decisions on the grounds of that "religion". This opens the door to fraudulent claims based on "religious" beliefs which are really used to limit health care options. Just like as what has already been done. Wonder why viagra isn't restricted?

381777

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-x04j
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7290
OH

---

## Submitter Information

**Name:** Betty Combs
**Address:**
    Londonderry,  OH,  45647-9751
**Email:** Betty609@webtv.net
**Organization:** NA

---

## General Comment

All women should have coverage for the full range of contraceptive methods without copays. No matter where they work. This is very important to all women. .

381778

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-tk6u
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7291
NM

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
   Santa Fe,  NM,  87506
**Email:** 98vetgrad@gmail.com
**Organization:** National Partnership for Women and Families

## General Comment

It is not acceptable that a business should be able to dictate healthcare to women. Reproductive rights should be assured as part of any proper health care program. Reproductive rights are essential to women's health, welfare and freedom. It is not a matter that should be determined by a third party that knows nothing of a woman's private health or life situation.

Please take the proper steps to insure that women and their rights are protected.

Thank you.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-psh6
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7292
WI

---

## Submitter Information

**Name:** Elizabeth Dahlk
**Address:**
   Milwaukee,  WI,  53212
**Organization:** NA

---

## General Comment

One's personal beliefs should not be allowed to deny the rights of others. Our nation's Constitution and laws protect an individual's right to make choices, in this case to choose when to be a parent. As citizens we are required by law to pay taxes, some of which may go toward policies one may not support, but we understand that the government serves the needs of the majority. Employers must not have the power to deny their employees health care.

381780

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-mrv0
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7293
LA

---

## Submitter Information

**Name:** Elizabeth Smith
**Address:**
  New Orleans,  LA,  70117
**Email:** smithe2383@hotmail.com
**Organization:** NA

---

## General Comment

PLEASE pass the Not My Boss' Business Act! The Hobby Lobby ruling is nothing but yet another misogynistic attack in this country, using religion as an excuse to spread their hate. The singling out of women and their healthcare decisions is disgusting.

381781

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-zqr9
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7294
CA

---

## Submitter Information

**Name:** George Goffe
**Address:**
    San Jose,  CA,  95124-6542
**Email:** grgoffe@yahoo.com
**Organization:** NA

---

## General Comment

As I see it, the Supreme Court has sanctioned the imposition of OTHER PEOPLES religious beliefs on their employees. The Justices who voted for this travesty should be impeached because they are NOT doing their jobs and are in fact, violating the very constitution they have been put into office to defend.

381782

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-bpb2
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7295
CO

---

## Submitter Information

**Name:** Scott Engles
**Address:**
   Fort Collins,  CO,  80524
**Organization:** NA

---

## General Comment

I know that the following paragraph was composed by someone other than myself, but it says what I believe in a better way than I could.

The Proposed Rule only makes the situation worse for closely-held for-profit organizations because, instead of exempting them, it requires them to facilitate contraceptive coverage. I urge you to rescind the Administration's contraceptive mandate. All organizations and individuals should be allowed to offer, sponsor, and obtain health coverage that does not violate their moral and religious convictions.

The contraceptive mandate is NOT good health care; in fact it is the opposite. Therefore, there are at least two good reasons for opposing it: first, it coerces others to participate in, and enable it, and second, what they are participating in and enabling is bad, not good.

381783

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-yymj
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7296
CO

## Submitter Information

**Name:** Lisa Goodrich
**Address:**
    Boulder,  CO,  80302
**Email:** lisagdance@gmail.com
**Organization:** NA

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-265x
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7297
OH

## Submitter Information

**Name:** Michele-Marie Merritt
**Address:**
    Cincinnati,  OH,  45248
**Email:** MickeyMerritt@zoomtown.com
**Organization:** NA

## General Comment

I feel that employers have no right to determine what type, if any, birth control method should be used by their employees.

381785

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-c4gu
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7298
CA

---

## Submitter Information

**Name:** Maxine Litwak
**Address:**
   Novato,  CA,  94949
**Email:** mglitwak@umich.edu
**Organization:** NA

---

## General Comment

A woman's health is her own business. It is essential that she be able to determine what is correct for her (in concert with her chosen health care provider's advice). Her workplace boss and his beliefs should have NO part in determining her care.

In light of the harmful decision by the Supreme Court in the Hobby Lobby case, I strongly urge the Obama administration to do all it can to create strong rules protecting all women's health, and very narrowly defining "closely held for-profit entity". I fully support the Administration in ensuring that women can make their own health care decision--and especially that all women have coverage for the FULL range of contraceptive methods without copays.

Thank you.

381786

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-cdhx
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7299
MO

---

## Submitter Information

**Name:** Jane Wood
**Address:**
   St Louis,  MO,  63108
**Email:** jane.f.wood@gmail.com
**Organization:** NA

---

## General Comment

Birth control is not an employer's right. I urge the Obama Administration to do all it can to ensure that all women have coverage for a full range of contraceptive methods without copays.

381787

# PUBLIC SUBMISSION

| | |
|---|---|
| **As of:** November 03, 2017 | |
| **Received:** October 20, 2014 | |
| **Status:** Posted | |
| **Posted:** July 13, 2015 | |
| **Tracking No.** 1jy-8f14-ocx3 | |
| **Comments Due:** October 21, 2014 | |
| **Submission Type:** Web | |

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7300
TX

---

## Submitter Information

**Name:** Jill Alcott
**Address:**
    Dallas,  TX,  75214
**Email:** Jillalcott@gmail.com
**Organization:** NA

---

## General Comment

It's not anyone's business but the woman's. Everyone else should stay out of Vaginas without Invitation!

**381788**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-k7mz
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7301
CA

---

## Submitter Information

**Name:** Clyde Willson
**Address:**
     Oakland,  CA,  94606
**Organization:** Planned Parenthood

---

## General Comment

Please adopt regulations to the effect that women are entitled to contraceptive coverage regardless of the belief system(s) of the employer. Thank you for listening!

381789

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-poy8
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7302
NC

---

## Submitter Information

**Name:** Myron and Barbara Dice
**Address:**
    Pinehurst,  NC,  28374
**Email:** mbdice@earthlink.net
**Organization:** NA

---

## General Comment

All Americans deserve all preventive tests and procedures so that our
medical costs will go down and also keep unnecessary persons out
of the high cost of ER visits. There should NOT be discrimination
on any level for health care in the greatest nation in the world.
Corporations DO NOT have the right to pick and chose what
they will pay for in any circumstance.

381790

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-3jk3
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7303
CA

## Submitter Information

**Name:** Chris Dawson
**Address:**
    Playa Del Rey,  CA,  90293
**Email:** chrisddawson@ca.rr.com
**Organization:** NA

## General Comment

I feel that preventing access to birth control by the government or private industry, is a violation of a Civil Right. While my religious beliefs are against it, that is for me as an individual to decide and does not apply to anyone else, unless they so believe and so choose. I do not believe that the religious moral grounds should make law.

Please do not prevent a woman's access to medical care based only on religious/social morals. Leave it to the individual to decide.

After all, if we wouldallow an individual the right to carry a tool that is made solely to kill other humans - guns (which I am also opposed to) - then we should also have the right to a pill/procedure that does the same. Leave it to the person to decide.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-wupq
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7304
NC

---

## Submitter Information

**Name:** Virginia Anonymous
**Address:**
   NC,  28718
**Organization:** NA

---

## General Comment

Every woman should have access to contraception through her health insurance. Business owners and officers should not be able to say whether or what kind of contraception is "acceptable" to them. A woman's health care decisions should only be between that woman and her doctor. I support the Obama administration's efforts to ensure that all women have access to contraception coverage without copays, regardless of their bosses' beliefs.

381792

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-k889
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7305
TX

## Submitter Information

**Name:** Gina Mundy
**Address:**
    Austin,  TX,  78730
**Email:** gmundy@builderhomesite.com
**Organization:** NA

## General Comment

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by their bosses.

**381793**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-oy9j
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7306
CA

## Submitter Information

**Name:** lynda leigh
**Address:**
    Santa Cruz,  CA,  95062
**Email:** lynda.leigh1@gmail.com
**Organization:** NA

## General Comment

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

**381794**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-hgzx
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7307
PA

---

## Submitter Information

**Name:** Michael GrowMiller
**Address:**
   Glenside,  PA,  19038
**Email:** mpgrowmiller@gmail.com
**Organization:** NA

---

## General Comment

Where will this "religious exemption" crazy talk end? How does a voluntary membership organization usurped the right over tax paying citizens?

**381795**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-eeos
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7308
MN

---

## Submitter Information

**Name:** Colleen Mashuga
**Address:**
    Saint Paul,  MN,  55122
**Organization:** NA

---

## General Comment

The Proposed Rule only makes the situation worse for closely-held for-profit organizations because, instead of exempting them, it requires them to facilitate contraceptive coverage. I urge you to rescind the Administration's contraceptive mandate. All organizations and individuals should be allowed to offer, sponsor, and obtain health coverage that does not violate their moral and religious convictions.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-zpm7
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7309
NJ

## Submitter Information

**Name:** Matthew Franck
**Address:**
    Highland Park,  NJ,  08904
**Email:** cnjmatt@optonline.net
**Organization:** NA

## General Comment

See attached file(s)

## Attachments

Franck-M_2014-10-3_24141846

381797

Catholics for Choice

Dear Secretary Perez,

As a Catholic, I, like the majority of the 70 million Catholics in the United States, support contraceptive coverage and religious liberty for all people, no matter where they work. I was therefore outraged by the Supreme Court's decision in Burwell v. Hobby Lobby, which sided against the employees who need access to reproductive healthcare. I believe that women are moral agents whose consciences should be respected, not trumped, by their employers.

I am entirely against the proposed rule, which would expand the "accommodation" for nonprofit religious organizations to include some for-profit corporations. As a Catholic, I do not believe that any corporation should qualify for an "accommodation" for religious beliefs, as this would amount to bestowing the right of "conscience" upon an institution. This runs contrary to the core teachings of my Catholic faith, including the respect for individual conscience, the call to social justice and a regard for religious pluralism.

If the departments proceed with this proposed rule, however, I ask that they begin by first and foremost considering the employees who would be affected by that decision. These employees' healthcare needs and conscience rights deserve protection from interference. I strongly urge that when the departments define which organizations are eligible for the accommodation, they make women workers and dependents—the ones whose religious liberty rights and healthcare needs could be harmed—the deciding factor in their decision. If even one woman finds her conscience trumped because of the departments' rules, that would be one woman too many.

My Catholic faith leads me to believe that no woman should be left without the ability to follow her conscience in deciding what is best for herself and her family, simply because of where she works. Because of this belief, I also strongly oppose the exemption that leaves women working for churches, dioceses and certain other religious institutions without any required contraceptive coverage. While considering modifications to the rules for organizations eligible for the "accommodation," I also ask that the departments expand the current "accommodation" for nonprofits to include currently exempted religious institutions. As an example, there are more than 160,000 people working for Catholic parishes in the United States. These workers include women and men, some with families and some without. Who are we to decide which of these workers, their children or their spouses should be left without the means to make the conscience-based decision to use contraception?

The majority of Catholics agree with me. We support timely, seamless contraceptive coverage for all women—not red tape and discrimination. Sixty-three percent of Catholic voters believe that health insurance, whether private or government-run, should cover contraception. Ninety-nine percent of sexually experienced Catholic women have used birth control. All women need access to affordable care.

As a Catholic, I am called to show solidarity with and compassion for the poor. Expanding access to contraception by making it more affordable will make a difference in the lives of

many women and their families. For many, it already has. I urge the departments not to stop short of the laudable goal set by the Affordable Care Act: to ensure all Americans have access to the healthcare services they need. Every woman should be included in these benefits. No matter where they work, all women's human dignity, conscience rights and religious liberty should be respected and protected. As Catholic, I ask you to ensure that no woman worker anywhere is let down.

Sincerely,

Matthew Franck
19 Raritan Ave Apt B5
Highland Park, NJ 08904

7323090520

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-fosp
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7310
CO

---

## Submitter Information

**Name:** Laurie Kleisinger
**Address:**
    Edwards,  CO,  81632
**Email:** lauriekleisinger@gmail.com
**Organization:** NA

---

## General Comment

Birth control is a personal health care decision that is an essential part of women's basic health care, not to mention an incredibly powerful economic decision for an individual and/or family. Not only is the requirement of payment for birth control a burden on someone who is poor, the result of no birth control - an unplanned pregnancy - can be economically devastating creating cycles of poverty. Allowing businesses to opt out of providing this coverage as dictated by the ACA is dangerous and misguided. It accelerates the slide down that slippery slope that allows misogyny to be legislated. It allows the views and biases of the powerful few to be forced upon the many, thus taking away their freedoms - exactly the opposite of what the US Constitution and the spirit of the USA stands for.

Thank you for your consideration.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-sntu
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7311
GA

---

## Submitter Information

**Name:** Judy Brouillette
**Address:**
    Columbus,  GA,  31901
**Email:** jfbtyndrum@knology.net
**Organization:** NA

---

## General Comment

All businesses should be held responsible for providing contraceptive coverage to female employees. Unwanted pregnancies cause much suffering and poverty, not to mention abuse of children.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-q92u
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7312
TX

---

## Submitter Information

**Name:** Joyce Couvillion
**Address:**
   Houston,  TX,  77077
**Organization:** National Partnership for Women and Families

---

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

If owners of "closely-held" corporations want their business to follow their religion, they need to dissolve the corporation do business another way. By imposing their religion on the business itself, they are piercing the corporate shield and no longer deserve the protections offered by a corporate structure.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

381802

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-qgk5
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7313
WA

---

## Submitter Information

**Name:** Jeffrey Panciera
**Address:**
    Seattle,  WA,  98118
**Email:** jeffiejimmie@gmail.com
**Organization:** none

---

## General Comment

Women's contraception is clearly a part of women's health care. The choice of whether to use it as part of health care clearly, just as clearly, belongs to the woman counseled by her doctor. ALL products and procedures necessary for a healthy life should be on the table and available to all health care consumers. Companies owned by Jehovah Witnesses should not be able to block coverage for blood transfusions, companies owned by Christian Scientists should not be able to block all medical care, and businesses owned by Catholics should not be able to block coverage for a service that is used by nearly ALL Catholic women at some time during their lives. The various practices and rules of various religion are a vestige of a more superstitious age during which people killed each other over religious differences. There are those in the world today who are trying to extend the age of superstition, killing and suffering. They must not win.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-8qob
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7314
TX

---

## Submitter Information

**Name:** Ed Werth
**Address:**
   Dallas,  TX,  75223-1239
**Email:** eswerth@gmail.com
**Organization:** NA

---

## General Comment

It would seem that it would not be possible to say that owners of businesses as well as all of their employees have the same religious beliefs. Our founding fathers were intelligent enough to understand this and provided for the freedom for each of us to believe or not believe in any religion of our choice without penalty for doing so. I believe that it is wrong to allow any person or organization to penalize another for their beliefs or no beliefs. As it has been said, it is none of their business.

Sincerely,

Ed Werth

381804

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-vdpk
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7315
OR

## Submitter Information

**Name:** Carol Doehne
**Address:**
    Portland,  OR,  97223
**Email:** cdoehne@gmail.com
**Organization:** NA

## General Comment

It is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-3obf
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7316
TN

## Submitter Information

**Name:** jennifer johns
**Address:**
    Nashville,  TN,  37218
**Email:** jjjohns32@hotmail.com
**Organization:** NA

## General Comment

I have a right to choose birth control and that should be a provided option by my health insurance coverage provided to me by my employer.

**381806**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-kddw
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7317
MO

---

## Submitter Information

**Name:** Mindy Rouff
**Address:**
   St.Louis,  MO,  63116
**Email:** mmrouff@gmail.com
**Organization:** NA

---

## General Comment

Please do everything you can to ensure women have access to low cost contraceptives through their health insurance. No boss should be able to deny a woman her choice of birth control. I have endometriosis and chronic pelvic pain and I've been prescribed birth control pills for these conditions & no one has a right to interfere with that situation. Even if a woman doesn't take birth control pills for health & takes them for birth control, as intended, no boss or politician should interfere in that situation. Finally, I have been uninsured before & birth control pills were not cheap. In fact, I had to rely on Planned Parenthood. Women should not be burdened with higher birth control costs due to the religious beliefs of her boss.

381807

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-fhbr
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7318
NY

## Submitter Information

**Name:** Alvaro Franco
**Address:**
 New York, NY, 10465
**Email:** agfranco89@gmail.com
**Organization:** NA

## General Comment

See attached file(s)

## Attachments

Franco-A_2014-10-7_24148727

381808

Catholics for Choice

Dear Secretary Perez,

As a Catholic, I, like the majority of the 70 million Catholics in the United States, support contraceptive coverage and religious liberty for all people, no matter where they work. I was therefore outraged by the Supreme Court's decision in Burwell v. Hobby Lobby, which sided against the employees who need access to reproductive healthcare. I believe that women are moral agents whose consciences should be respected, not trumped, by their employers.

I am entirely against the proposed rule, which would expand the "accommodation" for nonprofit religious organizations to include some for-profit corporations. As a Catholic, I do not believe that any corporation should qualify for an "accommodation" for religious beliefs, as this would amount to bestowing the right of "conscience" upon an institution. This runs contrary to the core teachings of my Catholic faith, including the respect for individual conscience, the call to social justice and a regard for religious pluralism.

If the departments proceed with this proposed rule, however, I ask that they begin by first and foremost considering the employees who would be affected by that decision. These employees' healthcare needs and conscience rights deserve protection from interference. I strongly urge that when the departments define which organizations are eligible for the accommodation, they make women workers and dependents—the ones whose religious liberty rights and healthcare needs could be harmed—the deciding factor in their decision. If even one woman finds her conscience trumped because of the departments' rules, that would be one woman too many.

My Catholic faith leads me to believe that no woman should be left without the ability to follow her conscience in deciding what is best for herself and her family, simply because of where she works. Because of this belief, I also strongly oppose the exemption that leaves women working for churches, dioceses and certain other religious institutions without any required contraceptive coverage. While considering modifications to the rules for organizations eligible for the "accommodation," I also ask that the departments expand the current "accommodation" for nonprofits to include currently exempted religious institutions. As an example, there are more than 160,000 people working for Catholic parishes in the United States. These workers include women and men, some with families and some without. Who are we to decide which of these workers, their children or their spouses should be left without the means to make the conscience-based decision to use contraception?

The majority of Catholics agree with me. We support timely, seamless contraceptive coverage for all women—not red tape and discrimination. Sixty-three percent of Catholic voters believe that health insurance, whether private or government-run, should cover contraception. Ninety-nine percent of sexually experienced Catholic women have used birth control. All women need access to affordable care.

As a Catholic, I am called to show solidarity with and compassion for the poor. Expanding access to contraception by making it more affordable will make a difference in the lives of

many women and their families. For many, it already has. I urge the departments not to stop short of the laudable goal set by the Affordable Care Act: to ensure all Americans have access to the healthcare services they need. Every woman should be included in these benefits. No matter where they work, all women's human dignity, conscience rights and religious liberty should be respected and protected. As Catholic, I ask you to ensure that no woman worker anywhere is let down.

Sincerely,

ÁLvaro Franco
3058 Cross Bronx Expy
New York, NY 10465

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-vq1q
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7319
TX

---

## Submitter Information

**Name:** Aninymous Anonymous
**Address:**
   Austin,  TX,  78701
**Email:** mgaubry@earthlink.net
**Organization:** DANA

---

## General Comment

This bill MUST pass.....

381811

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-zfmr
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7320
KY

---

## Submitter Information

**Name:** Rachel Onstott
**Address:**
    Louisville,  KY,  40206
**Email:** emailracheljo@yahoo.com
**Organization:** National Partnership for Women & Families

---

## General Comment

I believe every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-jyvn
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7321
AR

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
   AR,  72211
**Organization:** NA

---

## General Comment

Please allow any woman the right to her choice of birth control. Any woman should have the right to choose or not choose to use birth control. Every child conceived has a birth right to be wanted.

381813

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-fkvk
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7322
NE

---

## Submitter Information

**Name:** Jeanne Neumann Glasford
**Address:**
    Omaha,  NE,  68106
**Organization:** NA

---

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

Thank you,
Jeanne E. Neumann Glasford

381814

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-wen8
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7323
CA

---

## Submitter Information

**Name:** Margie Mulligan
**Address:**
   Hemet,  CA,  92543
**Email:** engyheal@earthlink.net
**Organization:** NA

---

## General Comment

Since the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

381815

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-8ktx
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7324
PA

---

## Submitter Information

**Name:** Mary Clark
**Address:**
   Elkins Park,  PA,  19027
**Email:** mary@strategicdesign.us.com
**Organization:** NA

---

## General Comment

One's employer having *any* say -- or even any information -- about *any* of their male or female employees' personal health issues -- including access to contraception, family planning, and abortion -- puts the employee's health and well being at risk, and impacts public health and wellbeing also.

The Affordable Care Act has it totally right about access to contraception for women and men with no co-pay.

Individuals' right to medical privacy about our very bodies and health must be protected from meddling by all employers. Employers should not ever have power over anything their employees do that is not part of their actual jobs. It's gross overreach and a recipe for medical and social disaster.

Furthermore, Freedom of Religion is a fundamental American right -- for we the PEOPLE, not for we the BOSSES or we the CORPORATIONS... Employers' Religious Beliefs should *never* be allowed to trump their employees' Religious Freedom.

That is nothing but RELIGIOUS TYRANNY.

As a critical agency whose mandate is to serve and protect American's public health and economic wellbeing, the CMS MUST stand for our best health freedom and our religious freedom.

PLEASE, stand for justice and health. Protect our rights for coverage of ALL legal medical services

**381816**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-phzu
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7325
TX

---

## Submitter Information

**Name:** Harry Boucher
**Address:**
   Dallas,  TX,  75254
**Email:** sonnyboucher@hotmail.com
**Organization:** NA

---

## General Comment

In the wake of the Supreme Courts removing an individuals right to freedom of choice in the WRONG, RELIGIOUS DRIVEN and HARMFUL Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

I support: All and any efforts efforts to ensure that all women have contraceptive coverage regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

Birth control is NOT a bosss business or HIS decision in a PERSON'S PRIVATE LIFE to do harm or to hamper, retard, a person's freedom of choice in anyway. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

**381817**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-w2mp
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7326
PA

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
    PA,  15301
**Organization:** NA

---

## General Comment

Women should have the right to choose their method of contraception and have complete access to what they want. Religious beliefs of their employees should not make that most private decision for them.

381818

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 03, 2017 |
| **Received:** October 20, 2014 |
| **Status:** Posted |
| **Posted:** July 13, 2015 |
| **Tracking No.** 1jy-8f14-5119 |
| **Comments Due:** October 21, 2014 |
| **Submission Type:** Web |

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7327
LA

---

## Submitter Information

**Name:** lawrence wiedemann
**Address:**
    Metairie,  LA,  70005
**Email:** ldwiedemann@gmail.com
**Organization:** Mr.

---

## General Comment

A woman should have the right to determine whether, or not, she wishes tio become pregnant, and when.

381819

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-yd1i
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7328
OR

---

## Submitter Information

**Name:** Veronica Z
**Address:**
   Florence,  OR,  97439
**Email:** vcz1@oregonfast.net
**Organization:** NA

---

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

381820

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-i10n
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7329
WA

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
   Everson,  WA,  98247-943
**Email:** soares6474@gmail.com
**Organization:** NA

---

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-1qpy
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7330
CT

---

## Submitter Information

**Name:** Sarah Berry
**Address:**
    New Haven,  CT,  06511
**Email:** sarah.berry@yale.edu
**Organization:** NA

---

## General Comment

Dear Madam or Sir;
Birth Control is a basic health care need for women - and men - and should not be subject to an employer's opinion. In addition, due to HIPPA regulations and privacy, birth control should not be in an employer's purview.

The expense of medical insurance is so critical to whether a woman actually receives medical care that I also believe birth control should be provided without a copay. The Supreme Court's decision is especially harmful to poorer women, as it is mostly the poor that are stuck in low paying jobs such as those found at Hobby Lobby.
Thank you,
Sarah Berry

**381822**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-w1c6
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7331
IL

---

## Submitter Information

**Name:** Chris Caron
**Address:**
    Franklin Park,  IL,  60131
**Organization:** NA

---

## General Comment

Medication is medication, no doubt about it, birth control IS medication. It's used to treat a multitude of medical issues. AND it helps couples have healthy sex lives and allow for children when couples are mentally, physically, and financially ready.

Contraception is the responsibility of everyone! Too many children are born in this world to parents who can't/won't take care of them. Further taxing the system in place to care for such children. Additionally, the adoption process can't handle the number of children that need placement.

Secondly the amount of money necessary to care for these children ultimately comes from the tax payers. AND the safety nets used to care for these children are always in jeopardy from political groups who feel it's not a citizens responsibility to care for abandoned children. Thus further creating the problem of run aways, child trafficking, drug abuse, criminal activity, and incarceration of children left to the streets, and not raised in loving homes. Who pays for all of that if not the tax payer? It's folly to believe our country would be better served without social monetary support.

More tax payer money is spent during the life of an abandoned child than on the contraception necessary to prevent the unwanted pregnancy. I understand the religious reasons for "right to life" and the want to not abort children. So I say lets focus our efforts on preventing the pregnancy to begin with. Make "the Pill", condoms, "the morning after pill", etc... more available! Preventing pregnancy is key to lowering expenditures of "safety nets", penal institutions, and low income crime.

381823

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-4qkn
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7332
TX

---

## Submitter Information

**Name:** Becky Berry
**Address:**
    Stephenville,  TX,  76401
**Email:** rebeccalynn.berry@yahoo.com
**Organization:** NA

---

## General Comment

The Hobby Lobby decision is despicable. A corporation forcing its religious beliefs on its employees is just wrong. It is also unconstitutional, or was.

381824

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-ov5g
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7333
NY

---

## Submitter Information

**Name:** Howard Goldstein
**Address:**
   New York, NY, 10033
**Email:** hgoldstein@gsrlaw.com
**Organization:** NA

---

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

Birth control is not a woman's boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

381825

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-vbrj
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7334
PA

---

## Submitter Information

**Name:** Mark Zang
**Address:**
     Pittsburgh,  PA,  15207-1752
**Email:** zangkram@gmail.com
**Organization:** NA

---

## General Comment

A woman's personal rights (any person's personal rights) should be given more consideration than any individual's moral, ethical, or religious views when it comes to following the rule of law. It falls under the aegis of "separation of church and state". Those who object because of what they say are Christian values are reminded of the New Testament "render to Caesar what are Caesar's". Keep personal beliefs personal, but all should follow the law equally. Do not give in to the Hobby Lobby, for that would merely open a loophole for anyone to deny any woman her rights.
If I object to some governmental allocation and I withhold that percentage of my tax money, "on moral grounds", then I will be fined and possibly jailed. If the law were changed to allow my action, I'm sure many would jump on the bandwagon, and the ability to levy taxes would be undermined.
We can't allow individual "exceptions" to our laws, our system, or our laws and our system will lose the ability to function properly.
This is merely one more veiled attack on the Affordable Care Act.
Do not allow it.

381826

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-hsrl
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7335
AL

## Submitter Information

**Name:** terri tippett
**Address:**
    Huntsville,  AL,  35802
**Organization:** NA

## General Comment

support the administrations efforts to ensure that women have coverage for the full range of contraceptive methods without copays, no matter where they work.

381827

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-sk2n
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7336
MA

---

## Submitter Information

**Name:** Christine M. Roane
**Address:**
    Springfield,  MA,  01104
**Email:** cmroane@cool-universe.com
**Organization:** NA

---

## General Comment

I am writing to register my support for the Obama administrations efforts to prevent bosses from denying women access to contraception without copays. As American citizens with equal rights - coverage of women's birth control - should in no way be barred because of their bosses beliefs.

Freedom of religion and freedom from religion -- are cherished freedoms for living, breathing people, not for business entities.

The right of a woman to control when she has children is the single, most powerful determinant of her future economic security - or a life in poverty.

Businesses must not be allowed to discriminate against - and financially punish women on the grounds of religion.

If a business does not abide by the law of the land - because of it's religion, the business should be dissolved, - and the devout may form a church.

**381828**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-fat3
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7337
IL

## Submitter Information

**Name:** Gwendolyn Walski
**Address:**
    Oak Park,  IL,  60304
**Email:** gwalski@sbcglobal.net
**Organization:** NA

## General Comment

See attached file(s)

## Attachments

Walski-G_2014-10-14_24150160

381829

Catholics for Choice

Dear Secretary Perez,

As a Catholic, I, like the majority of the 70 million Catholics in the United States, support contraceptive coverage and religious liberty for all people, no matter where they work. I was therefore outraged by the Supreme Court's decision in Burwell v. Hobby Lobby, which sided against the employees who need access to reproductive healthcare. I believe that women are moral agents whose consciences should be respected, not trumped, by their employers.

I am entirely against the proposed rule, which would expand the "accommodation" for nonprofit religious organizations to include some for-profit corporations. As a Catholic, I do not believe that any corporation should qualify for an "accommodation" for religious beliefs, as this would amount to bestowing the right of "conscience" upon an institution. This runs contrary to the core teachings of my Catholic faith, including the respect for individual conscience, the call to social justice and a regard for religious pluralism.

If the departments proceed with this proposed rule, however, I ask that they begin by first and foremost considering the employees who would be affected by that decision. These employees' healthcare needs and conscience rights deserve protection from interference. I strongly urge that when the departments define which organizations are eligible for the accommodation, they make women workers and dependents—the ones whose religious liberty rights and healthcare needs could be harmed—the deciding factor in their decision. If even one woman finds her conscience trumped because of the departments' rules, that would be one woman too many.

My Catholic faith leads me to believe that no woman should be left without the ability to follow her conscience in deciding what is best for herself and her family, simply because of where she works. Because of this belief, I also strongly oppose the exemption that leaves women working for churches, dioceses and certain other religious institutions without any required contraceptive coverage. While considering modifications to the rules for organizations eligible for the "accommodation," I also ask that the departments expand the current "accommodation" for nonprofits to include currently exempted religious institutions. As an example, there are more than 160,000 people working for Catholic parishes in the United States. These workers include women and men, some with families and some without. Who are we to decide which of these workers, their children or their spouses should be left without the means to make the conscience-based decision to use contraception?

The majority of Catholics agree with me. We support timely, seamless contraceptive coverage for all women—not red tape and discrimination. Sixty-three percent of Catholic voters believe that health insurance, whether private or government-run, should cover contraception. Ninety-nine percent of sexually experienced Catholic women have used birth control. All women need access to affordable care.

As a Catholic, I am called to show solidarity with and compassion for the poor. Expanding access to contraception by making it more affordable will make a difference in the lives of

many women and their families. For many, it already has. I urge the departments not to stop short of the laudable goal set by the Affordable Care Act: to ensure all Americans have access to the healthcare services they need. Every woman should be included in these benefits. No matter where they work, all women's human dignity, conscience rights and religious liberty should be respected and protected. As Catholic, I ask you to ensure that no woman worker anywhere is let down.

Sincerely,

Gwendolyn Walski
1139 Clinton Ave
Oak Park, IL 60304

7083866907

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-malq
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7338
KS

---

## Submitter Information

**Name:** Terry Barham
**Address:**
   KS,  66109
**Organization:** NA

---

## General Comment

Friends,

Women should have the right to decide what's best for themselves, their well-being, their bodies, their reproductive systems -- not company bosses and boards. We don't live in the "dark ages" of old thought--where women were to stay home, raise kids, not speak up but have men do the talking. We live in a time of individuals being able to make choices. Women are individuals, contributors to the well-being of our country just like men. Let women out of the men-imposed barriers now.

Terry Barham

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-6dsu
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7339
WI

## Submitter Information

**Name:** Julie Korn
**Address:**
   WI,  54729
**Organization:** NA

## General Comment

The amount of children we have in our family is our decision, not anyone elses. Religion should have no choce in my decision, or my family. What happened to separation of church and state? I do not tell them they cannot do something because I make a choice, be it children, food, housing, or the pets I chose. The products I buy. None of this is their decision it is ours. I expect the same from everyone else.Birth control is a personal decision, and cuts the abortion rates down to near zero. I do not understand why noone seems to see this.You want less abortions, stay out of the birth control decision. It is not yours to make.

381833

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-4kwf
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7340
MI

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
   MI,  48161
**Organization:** NA

---

## General Comment

Since the beginning of time rich men and religious sects have been trying to keep we women and less well-to-do or poor people down and tell us what to do with our bodies, children, and futures. Now Mother Earth will show you what corruption, greed and violent unhealthy pollution of mind, body, and souls effects. It's all over now baby blue. You just don't care and Michael Moore was right - STUPID WHITE MEN. We relations of this earth oppose you and shake our heads at your destruction-even if you think a right-winged stupid secret sect of so called Jesus businessmen and the unintelligent elite + Tea Party will get you all the money and power in the world. You aren't fooling anyone.

381834

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-na8o
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7341
IA

## Submitter Information

**Name:** Dave Frank
**Address:**
   Ankeny,  IA,  50023
**Email:** dfrank1214@mchsi.com
**Organization:** NA

## General Comment

See attached file(s)

## Attachments

Frank-D_2014-10-3_24149679

381835

Catholics for Choice

Dear Secretary Perez,

As a Catholic, I, like the majority of the 70 million Catholics in the United States, support contraceptive coverage and religious liberty for all people, no matter where they work. I was therefore outraged by the Supreme Court's decision in Burwell v. Hobby Lobby, which sided against the employees who need access to reproductive healthcare. I believe that women are moral agents whose consciences should be respected, not trumped, by their employers.

I am entirely against the proposed rule, which would expand the "accommodation" for nonprofit religious organizations to include some for-profit corporations. As a Catholic, I do not believe that any corporation should qualify for an "accommodation" for religious beliefs, as this would amount to bestowing the right of "conscience" upon an institution. This runs contrary to the core teachings of my Catholic faith, including the respect for individual conscience, the call to social justice and a regard for religious pluralism.

If the departments proceed with this proposed rule, however, I ask that they begin by first and foremost considering the employees who would be affected by that decision. These employees' healthcare needs and conscience rights deserve protection from interference. I strongly urge that when the departments define which organizations are eligible for the accommodation, they make women workers and dependents—the ones whose religious liberty rights and healthcare needs could be harmed—the deciding factor in their decision. If even one woman finds her conscience trumped because of the departments' rules, that would be one woman too many.

My Catholic faith leads me to believe that no woman should be left without the ability to follow her conscience in deciding what is best for herself and her family, simply because of where she works. Because of this belief, I also strongly oppose the exemption that leaves women working for churches, dioceses and certain other religious institutions without any required contraceptive coverage. While considering modifications to the rules for organizations eligible for the "accommodation," I also ask that the departments expand the current "accommodation" for nonprofits to include currently exempted religious institutions. As an example, there are more than 160,000 people working for Catholic parishes in the United States. These workers include women and men, some with families and some without. Who are we to decide which of these workers, their children or their spouses should be left without the means to make the conscience-based decision to use contraception?

The majority of Catholics agree with me. We support timely, seamless contraceptive coverage for all women—not red tape and discrimination. Sixty-three percent of Catholic voters believe that health insurance, whether private or government-run, should cover contraception. Ninety-nine percent of sexually experienced Catholic women have used birth control. All women need access to affordable care.

As a Catholic, I am called to show solidarity with and compassion for the poor. Expanding access to contraception by making it more affordable will make a difference in the lives of

many women and their families. For many, it already has. I urge the departments not to stop short of the laudable goal set by the Affordable Care Act: to ensure all Americans have access to the healthcare services they need. Every woman should be included in these benefits. No matter where they work, all women's human dignity, conscience rights and religious liberty should be respected and protected. As Catholic, I ask you to ensure that no woman worker anywhere is let down.

Sincerely,

Dave Frank
1214 NW Cedarwood Dr
Ankeny, IA 50023

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-bysn
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7342
OR

## Submitter Information

**Name:** Kyle Rolnick
**Address:**
    Lorane, OR,  97451
**Organization:** NA

## General Comment

All women have a right to birth control coverage. This should be a woman's choice, not an employer's choice.
It is discrimination when the employer excludes this type of coverage and it is discrimination that you allow it. A
business has no religious beliefs. This is not expressing freedom of religion, this is forcing the person who
controls the businesses' religious beliefs on it's employees: it is the opposite of freedom of religion.
The Affordable care act should provide the same rights to ALL.
Thank you.

**381838**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-hf0i
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7343
TX

## Submitter Information

**Name:** Brooke Seals
**Address:**
   Houston,  TX,  77072
**Email:** brookeaseals@gmail.com
**Organization:** NA

## General Comment

All employers should be required to provide unamended coverage for their employees.

**381839**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-x905
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7344
CO

## Submitter Information

**Name:** Carole Onderdonk
**Address:**
   Eagle,  CO,  81631
**Email:** conderdonk0316@gmail.com
**Organization:** NA

## General Comment

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

**381840**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-1rs1
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7345
PA

---

## Submitter Information

**Name:** John Csaszar
**Address:**
    Fleetwood,  PA,  19522
**Email:** jcsaszar@gmail.com
**Organization:** NA

---

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

Women's birth control is not the boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

**381841**

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 03, 2017<br>**Received:** October 20, 2014<br>**Status:** Posted<br>**Posted:** July 13, 2015<br>**Tracking No.** 1jy-8f14-oqjg<br>**Comments Due:** October 21, 2014<br>**Submission Type:** Web |

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7346
MN

---

## Submitter Information

**Name:** Susan Hempel
**Address:**
    Rockford,  MN,  55373
**Organization:** NA

---

## General Comment

We need to keep employers out of the healthcare of their workers. Employers views have no rights to be between an employee and their doctor. Don't throw your religious beliefs onto others, it is your own relationship between you and your God. What happened to separation between church and state!?

381842

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-l3bv
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7347
ME

## Submitter Information

**Name:** James Taylor
**Address:**
    Houlton,  ME,  04730
**Email:** jim.taylor@ieee.org
**Organization:** National Partnership for Women & Families

## General Comment

I believe that it is critically important to me that for-profit corporations (like Hobby Lobby) not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, NOT BY EMPLOYERS.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

Birth control is not a boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

381843

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-o8b6
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7348
NY

---

## Submitter Information

**Name:** Crystal Smith
**Address:**
     West Nyack,  NY,  10994
**Email:** ms_crys_smith@yahoo.com
**Organization:** National Partnership for Women and Families

---

## General Comment

The Not My Boss' Business Act is extremely important and needs to be passed. My employer has no right to invade my personal life and dictate what happens in it. If this is allowed then what else will it introduce in the future? If employers can control this intimate, private aspect of people's lives, then when will it end? A line needs to be drawn now. I believe it is responsible for individuals to use contraceptives and to put barriers on that will hurt society at large. Let us make the right decision today!

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-7k93
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7349
NY

## Submitter Information

**Name:** Merrill Frank
**Address:**
    Jackson Heights,  NY,  11372
**Email:** M664@AOL.COM
**Organization:** NA

## General Comment

See attached file(s)

## Attachments

Frank-M_2014-10-3_24146224

381845

Catholics for Choice

Dear Secretary Perez,

As a Catholic, I, like the majority of the 70 million Catholics in the United States, support contraceptive coverage and religious liberty for all people, no matter where they work. I was therefore outraged by the Supreme Court's decision in Burwell v. Hobby Lobby, which sided against the employees who need access to reproductive healthcare. I believe that women are moral agents whose consciences should be respected, not trumped, by their employers.

I am entirely against the proposed rule, which would expand the "accommodation" for nonprofit religious organizations to include some for-profit corporations. As a Catholic, I do not believe that any corporation should qualify for an "accommodation" for religious beliefs, as this would amount to bestowing the right of "conscience" upon an institution. This runs contrary to the core teachings of my Catholic faith, including the respect for individual conscience, the call to social justice and a regard for religious pluralism.

If the departments proceed with this proposed rule, however, I ask that they begin by first and foremost considering the employees who would be affected by that decision. These employees' healthcare needs and conscience rights deserve protection from interference. I strongly urge that when the departments define which organizations are eligible for the accommodation, they make women workers and dependents—the ones whose religious liberty rights and healthcare needs could be harmed—the deciding factor in their decision. If even one woman finds her conscience trumped because of the departments' rules, that would be one woman too many.

My Catholic faith leads me to believe that no woman should be left without the ability to follow her conscience in deciding what is best for herself and her family, simply because of where she works. Because of this belief, I also strongly oppose the exemption that leaves women working for churches, dioceses and certain other religious institutions without any required contraceptive coverage. While considering modifications to the rules for organizations eligible for the "accommodation," I also ask that the departments expand the current "accommodation" for nonprofits to include currently exempted religious institutions. As an example, there are more than 160,000 people working for Catholic parishes in the United States. These workers include women and men, some with families and some without. Who are we to decide which of these workers, their children or their spouses should be left without the means to make the conscience-based decision to use contraception?

The majority of Catholics agree with me. We support timely, seamless contraceptive coverage for all women—not red tape and discrimination. Sixty-three percent of Catholic voters believe that health insurance, whether private or government-run, should cover contraception. Ninety-nine percent of sexually experienced Catholic women have used birth control. All women need access to affordable care.

As a Catholic, I am called to show solidarity with and compassion for the poor. Expanding access to contraception by making it more affordable will make a difference in the lives of

many women and their families. For many, it already has. I urge the departments not to stop short of the laudable goal set by the Affordable Care Act: to ensure all Americans have access to the healthcare services they need. Every woman should be included in these benefits. No matter where they work, all women's human dignity, conscience rights and religious liberty should be respected and protected. As Catholic, I ask you to ensure that no woman worker anywhere is let down.

Sincerely,

Merrill Frank
33-25 92nd St, #5J
Jackson Heights, NY 11372

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-cnkc
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7350
CA

---

## Submitter Information

**Name:** Phyllis Lager
**Address:**
    Livermore,  CA,  94550
**Email:** phyllis@privateplanets.net
**Organization:** National Partnership for Women & Families

---

## General Comment

Contraception coverage without copayments should be available to all women. Corporations, politicians, bosses, or others should not be allowed to deny these rights!

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-3xxm
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7351
HI

---

## Submitter Information

**Name:** Jacqui Skill
**Address:**
    lahina,  HI,  96761
**Email:** jjinparadise@gmail.com
**Organization:** Women's rights

---

## General Comment

Women should have the right to contraception!

381849

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-jsg7
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7352
TX

---

## Submitter Information

**Name:** Barbara Navarro
**Address:**
    Magnolia,  TX,  77355
**Email:** bnavarro48@yahoo.com
**Organization:** NA

---

## General Comment

The owners of Hobby Lobby have a right to decide what contraceptive coverage is right for them and their families, based on their religious convictions. They do not have the right to make that decision for their employees. No employer should have the right to impose their religious values on their employees' private lives.

**381850**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-yaz3
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7353
CA

---

## Submitter Information

**Name:** Colleen Abel
**Address:**
    CA,  90064
**Organization:** NA

---

## General Comment

As a concerned citizen, I seek to comment on new proposals to amend the federal health care law requiring for-profit corporations and non-profit organizations, or else health insurance providers, to cover preventive health services, such as contraception, without charging a co-payment. I understand that the federal government must craft rules regarding the contraceptive mandate that comply with the Supreme Courts decision in Burwell v. Hobby Lobby.

In drawing its accommodations, I urge the government to be guided by the purpose behind the contraception mandate: to ensure women have complete access to preventive care, including contraception, without co-pay. As any accommodations place an increased burden on women who have a right under the Affordable Care Act to quality, affordable preventive care, accommodations must be limited to the greatest possible extent permissible by law. In regards to for-profit corporations, I request that HHS crafts its rule to limit the definition of closely held corporations to small companies where the ownership is restricted to a limited group of individuals who actively participate in the management of the day-to-day operations of the corporation. Thank you for considering my comments.

**381851**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-kmqg
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7354
NM

---

## Submitter Information

**Name:** Carlin Freeman
**Address:**
    Albuquerque,  NM,  87110
**Email:** linfree@rocketmail.com
**Organization:** Myself

---

## General Comment

This is a private medical issue. It is the law of the land that HIPPA regulations apply. Birth control has been available to women and families(including vasectomy) for over half a century. In the name of religious rights, people have tried polygamy, enslavement, disfigurement, starvation etc.,etc. It is a false use of the right. No owner of a company is required to use the services of a practitioner of medicine or gynecogy for themselves. But once they have entered the public sphere, other rights and obligations apply. If we cannot modify insurance law to cover usual medical practice then the people of the United States have no alternative but to institute single payer insurance for all to cut the bizarre and medieval beliefs of a few out of our public discourse.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-l1x5
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7355
RI

---

## Submitter Information

**Name:** Susan Walsh
**Address:**
    Pawtucket,  RI,  02860
**Email:** suewalsh1@aol.com
**Organization:** NA

---

## General Comment

See attached file(s)

---

## Attachments

Walsh-S_2014-10-14_24149168

381853

Catholics for Choice

Dear Secretary Perez,

As a Catholic, I, like the majority of the 70 million Catholics in the United States, support contraceptive coverage and religious liberty for all people, no matter where they work. I was therefore outraged by the Supreme Court's decision in Burwell v. Hobby Lobby, which sided against the employees who need access to reproductive healthcare. I believe that women are moral agents whose consciences should be respected, not trumped, by their employers.

I am entirely against the proposed rule, which would expand the "accommodation" for nonprofit religious organizations to include some for-profit corporations. As a Catholic, I do not believe that any corporation should qualify for an "accommodation" for religious beliefs, as this would amount to bestowing the right of "conscience" upon an institution. This runs contrary to the core teachings of my Catholic faith, including the respect for individual conscience, the call to social justice and a regard for religious pluralism.

If the departments proceed with this proposed rule, however, I ask that they begin by first and foremost considering the employees who would be affected by that decision. These employees' healthcare needs and conscience rights deserve protection from interference. I strongly urge that when the departments define which organizations are eligible for the accommodation, they make women workers and dependents—the ones whose religious liberty rights and healthcare needs could be harmed—the deciding factor in their decision. If even one woman finds her conscience trumped because of the departments' rules, that would be one woman too many.

My Catholic faith leads me to believe that no woman should be left without the ability to follow her conscience in deciding what is best for herself and her family, simply because of where she works. Because of this belief, I also strongly oppose the exemption that leaves women working for churches, dioceses and certain other religious institutions without any required contraceptive coverage. While considering modifications to the rules for organizations eligible for the "accommodation," I also ask that the departments expand the current "accommodation" for nonprofits to include currently exempted religious institutions. As an example, there are more than 160,000 people working for Catholic parishes in the United States. These workers include women and men, some with families and some without. Who are we to decide which of these workers, their children or their spouses should be left without the means to make the conscience-based decision to use contraception?

The majority of Catholics agree with me. We support timely, seamless contraceptive coverage for all women—not red tape and discrimination. Sixty-three percent of Catholic voters believe that health insurance, whether private or government-run, should cover contraception. Ninety-nine percent of sexually experienced Catholic women have used birth control. All women need access to affordable care.

As a Catholic, I am called to show solidarity with and compassion for the poor. Expanding access to contraception by making it more affordable will make a difference in the lives of

381854

many women and their families. For many, it already has. I urge the departments not to stop short of the laudable goal set by the Affordable Care Act: to ensure all Americans have access to the healthcare services they need. Every woman should be included in these benefits. No matter where they work, all women's human dignity, conscience rights and religious liberty should be respected and protected. As Catholic, I ask you to ensure that no woman worker anywhere is let down.

Sincerely,

Susan Walsh
55 Armistice Blvd
Pawtucket, RI 02860

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-ab0c
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7356
OR

---

## Submitter Information

**Name:** Frankie Harvey-Shea
**Address:**
    OR,  97756
**Organization:** NA

---

## General Comment

No one has the right to tell me what I can and cannot do with my body. Employers do not have the right to invade my privacy just because they provide pay for services rendered. The religious and philosophical beliefs of my employers are theirs, and theirs alone. They have no right under the U. S. Constitution to force their beliefs on their employees. I, and I alone, have the right to make decisions concerning my health and well being. Do not take that right away from me because I am female.

381856

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-r7vz
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7357
PA

## Submitter Information

**Name:** Karina Conkrite
**Address:**
   Philadelphia,  PA,  19131
**Email:** Karina.conkrite@gmail.com
**Organization:** NA

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

381857

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-mtmp
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7358
IL

---

## Submitter Information

**Name:** Meredith West
**Address:**
    Chicago,  IL,  60622
**Email:** mawest06@gmail.com
**Organization:** NA

---

## General Comment

No boss should have authority over a woman's right to family planning or health matters.

**381858**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-daop
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7359
CA

## Submitter Information

**Name:** Claudia Linhares
**Address:**
    Alameda,  CA,  94501
**Email:** mentalfloss46@aol.com
**Organization:** NA

## General Comment

I support the Not My Boss' Business Act. Per the Hobby Lobby ruling, it is not the business of a "Boss" to make a health decision concerning female health care and in particular regarding birth control and co-pays on behalf of women. In fact it is an insult to American women and health professionals. I doubt the court would make such a ruling concerning men and their personal medical decision (such as Viagra, etc.). Shame on the Supreme Court!

381859

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-hkah
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7360
MI

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
    MI,  48842
**Organization:** My Self

---

## General Comment

If you let bosses determine what health coverage a person should get, the next step will be for bosses to determine what political party people should belong to who work for them.

**381860**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-cljg
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7361
NC

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
   NC,  28560
**Organization:** Individual

## General Comment

First, birth control methods ought to be available to all men & women, so that abortion (except for medical necessities) becomes a method of the past. There is no need in this "modern" era for abortion even to be an issue. If we rapidly move in that direction of significantly reduced abortions, insurance provided by employers would not even have to consider the abortion issue. If "mistakes" continue to be made and abortions continue to be considered a solution, then adoption should be considered a primary option (counseling) before any abortion should even be considered. If pregnant women are not qualified (not HS graduates/not 21/can not financially support a child), then, by law, that child should be adoptable; Sterilization might even be considered.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-so1y
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7362
TX

---

## Submitter Information

**Name:** Christopher Dowling
**Address:**
    Austin,  TX,  78734
**Email:** cod188@juno.com
**Organization:** NA

---

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-lkpj
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7363
TX

---

## Submitter Information

**Name:** Debbie Ledbetter
**Address:**
    Gordonville, TX, 76245
**Email:** debbieledbetter2000@yahoo.com
**Organization:** NA

---

## General Comment

It is NO body's business what I do with my body or what type of birth control I use especially my employer. They don't want to pay for birth control, abortions OR welfare yet they also DON'T pay wages EQUAL to men's pay. This is just ridiculous! Stay OUT of our business AND let us make our own contraceptive decisions!!! You are NOT a religious institution so shouldn't be able to use this as an excuse to get this exemption! There is a HIPAA rule. Use it! Privacy. Our business. Not yours.

381863

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-l7u2
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7364
MO

---

## Submitter Information

**Name:** Bruce Lowrey
**Address:**
    Independence,  MO,  64055-1858
**Email:** brucelowrey@comcast.net
**Organization:** NA

---

## General Comment

Personal health care decisions should be made by the person, sometimes with consultation by members of the family, not by the employer.

381864

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-uro7
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7365
NY

---

## Submitter Information

**Name:** Worth Anonymous
**Address:**
    NY,  12204-1208
**Organization:** NA

---

## General Comment

Birth control should be a decision made by a woman and her doctor. Businesses should have no input in this matter. And yes, insurance should cover it, just as insurance covers a wide range of other medical services that some people (fortunately) will never need.

**381865**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-n3mx
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7366
WA

## Submitter Information

**Name:** Alisha Freeman
**Address:**
    Port Orchard,  WA,  98366
**Email:** alishafreeman@hotmail.com
**Organization:** NA

## General Comment

See attached file(s)

## Attachments

Freeman-A_2014-10-8_24135740

Catholics for Choice

Dear Secretary Perez,

As a Catholic, I, like the majority of the 70 million Catholics in the United States, support contraceptive coverage and religious liberty for all people, no matter where they work. I was therefore outraged by the Supreme Court's decision in Burwell v. Hobby Lobby, which sided against the employees who need access to reproductive healthcare. I believe that women are moral agents whose consciences should be respected, not trumped, by their employers.

I am entirely against the proposed rule, which would expand the "accommodation" for nonprofit religious organizations to include some for-profit corporations. As a Catholic, I do not believe that any corporation should qualify for an "accommodation" for religious beliefs, as this would amount to bestowing the right of "conscience" upon an institution. This runs contrary to the core teachings of my Catholic faith, including the respect for individual conscience, the call to social justice and a regard for religious pluralism.

If the departments proceed with this proposed rule, however, I ask that they begin by first and foremost considering the employees who would be affected by that decision. These employees' healthcare needs and conscience rights deserve protection from interference. I strongly urge that when the departments define which organizations are eligible for the accommodation, they make women workers and dependents—the ones whose religious liberty rights and healthcare needs could be harmed—the deciding factor in their decision. If even one woman finds her conscience trumped because of the departments' rules, that would be one woman too many.

My Catholic faith leads me to believe that no woman should be left without the ability to follow her conscience in deciding what is best for herself and her family, simply because of where she works. Because of this belief, I also strongly oppose the exemption that leaves women working for churches, dioceses and certain other religious institutions without any required contraceptive coverage. While considering modifications to the rules for organizations eligible for the "accommodation," I also ask that the departments expand the current "accommodation" for nonprofits to include currently exempted religious institutions. As an example, there are more than 160,000 people working for Catholic parishes in the United States. These workers include women and men, some with families and some without. Who are we to decide which of these workers, their children or their spouses should be left without the means to make the conscience-based decision to use contraception?

The majority of Catholics agree with me. We support timely, seamless contraceptive coverage for all women—not red tape and discrimination. Sixty-three percent of Catholic voters believe that health insurance, whether private or government-run, should cover contraception. Ninety-nine percent of sexually experienced Catholic women have used birth control. All women need access to affordable care.

As a Catholic, I am called to show solidarity with and compassion for the poor. Expanding access to contraception by making it more affordable will make a difference in the lives of

many women and their families. For many, it already has. I urge the departments not to stop short of the laudable goal set by the Affordable Care Act: to ensure all Americans have access to the healthcare services they need. Every woman should be included in these benefits. No matter where they work, all women's human dignity, conscience rights and religious liberty should be respected and protected. As Catholic, I ask you to ensure that no woman worker anywhere is let down.

Sincerely,

Alisha Freeman
6875 E Cascade Dr
Port Orchard, WA 98366

381868

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-8nsa
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7367
MA

---

## Submitter Information

**Name:** Kathleen Lique
**Address:**
    Salem,  MA,  01970
**Email:** kquinn310@gmail.com
**Organization:** NA

---

## General Comment

I support the U.S. Department of Health and Human Services's (HHS) proposed rules that would help ensure that women have birth control coverage regardless of their bosses beliefs.

I understand that these rules ensure that women have coverage for the full range of contraceptive methods without copays, no matter where they work.

381869

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-63mj
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7368
VA

---

## Submitter Information

**Name:** Robert Hunt
**Address:**
   Richmond,  VA,  23235
**Email:** rahunt1@hotmail.com
**Organization:** NA

---

## General Comment

Rights! This is about every women's right to decide, for herself, her course of action about her body. Her Bill of Rights !!!
No employer has that right to force her to his/her way of thinking. Do not deny her right to life, liberty and the pursuit of happiness which seem to be guaranteed to white males only. Do the right thing. Remember your mothers who were denied so many American Rights for so long.
Robert Hunt

381870

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-g7vj
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7369
WA

## Submitter Information

**Name:** Byron Smith
**Address:**
　　Spokane,  WA,  99207-3106
**Email:** byron.smith5662@yahoo.com
**Organization:** NA

## General Comment

Hobby Lobby is a joke. If this is how you treat your women, by taking away the type of care, that women need is wrong. My question is who made you judge and jury on a womans body. What gives you the right to interfere between a woman and her doctor.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-xzm2
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7370
FL

## Submitter Information

**Name:** Charles Sanders
**Address:**
    South Miami,  FL,  33143
**Email:** charles.sanders@prodigy.net
**Organization:** NA

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

381872

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-14b7
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7371
CA

## Submitter Information

**Name:** Colleen Carter
**Address:**
    Canyon Country,  CA,  91387
**Email:** colleen@plazatravel.com
**Organization:** NA

## General Comment

Employers have no right to restrict their employees right to any kind of health care. If you let an employer say women should not have reproductive care covered, then what is next? Some religions don't believe in blood transfusions. This must stop!

381873

# PUBLIC SUBMISSION

As of: November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-z6yc
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7372
CA

## Submitter Information

**Name:** Terry Gragg
**Address:**
   San Clemente,  CA,  92672
**Organization:** NA

## General Comment

The Supreme Court does not have the right to force their religious beliefs on people. Religion has no place in the bedroom, the work place, or government. Just like I should not be forcing my views on others the Supreme Court or employer should not be able to force their religious views down my throat. What if I thought female should have an abortion would it be okay for me to force that on anyone? No and this is the same thing.

381874

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-j517
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7373
MI

---

## Submitter Information

**Name:** Geoffrey Owen
**Address:**
   Waterford,  MI,  48328
**Email:** geof01@gmail.com
**Organization:** National Partnership for Women and Families

---

## General Comment

Hobby Lobby and other corporate entities chose incorporation as a means to protect themselves as individuals from actions taken against their companies. For them to then claim a right as an individual that pertains to the operation of the corporation is having it both ways. Does this mean they no longer have the protection of the corporation? If they can dictate their personal preference from the other side of the corporate veil then there can be no veil or protection. It cannot be both ways.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

I am fine with their right to a personal belief. I am not fine with a a "closely held for-profit entity" having such a belief. It is one way or the other. Corporate Protection or Personal Belief, not both.

381875

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-n13b
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7374
NJ

## Submitter Information

**Name:** Lara Freidenfelds
**Address:**
    Chatham,  NJ,  07928
**Email:** lara@post.harvard.edu
**Organization:** NA

## General Comment

See attached file(s)

## Attachments

Freidenfelds-L_2014-10-3_28563016

381876

Catholics for Choice

Dear Secretary Perez,

As a Catholic, I, like the majority of the 70 million Catholics in the United States, support contraceptive coverage and religious liberty for all people, no matter where they work. I was therefore outraged by the Supreme Court's decision in Burwell v. Hobby Lobby, which sided against the employees who need access to reproductive healthcare. I believe that women are moral agents whose consciences should be respected, not trumped, by their employers.

I am entirely against the proposed rule, which would expand the "accommodation" for nonprofit religious organizations to include some for-profit corporations. As a Catholic, I do not believe that any corporation should qualify for an "accommodation" for religious beliefs, as this would amount to bestowing the right of "conscience" upon an institution. This runs contrary to the core teachings of my Catholic faith, including the respect for individual conscience, the call to social justice and a regard for religious pluralism.

If the departments proceed with this proposed rule, however, I ask that they begin by first and foremost considering the employees who would be affected by that decision. These employees' healthcare needs and conscience rights deserve protection from interference. I strongly urge that when the departments define which organizations are eligible for the accommodation, they make women workers and dependents—the ones whose religious liberty rights and healthcare needs could be harmed—the deciding factor in their decision. If even one woman finds her conscience trumped because of the departments' rules, that would be one woman too many.

My Catholic faith leads me to believe that no woman should be left without the ability to follow her conscience in deciding what is best for herself and her family, simply because of where she works. Because of this belief, I also strongly oppose the exemption that leaves women working for churches, dioceses and certain other religious institutions without any required contraceptive coverage. While considering modifications to the rules for organizations eligible for the "accommodation," I also ask that the departments expand the current "accommodation" for nonprofits to include currently exempted religious institutions. As an example, there are more than 160,000 people working for Catholic parishes in the United States. These workers include women and men, some with families and some without. Who are we to decide which of these workers, their children or their spouses should be left without the means to make the conscience-based decision to use contraception?

The majority of Catholics agree with me. We support timely, seamless contraceptive coverage for all women—not red tape and discrimination. Sixty-three percent of Catholic voters believe that health insurance, whether private or government-run, should cover contraception. Ninety-nine percent of sexually experienced Catholic women have used birth control. All women need access to affordable care.

As a Catholic, I am called to show solidarity with and compassion for the poor. Expanding access to contraception by making it more affordable will make a difference in the lives of

381877

many women and their families. For many, it already has. I urge the departments not to stop short of the laudable goal set by the Affordable Care Act: to ensure all Americans have access to the healthcare services they need. Every woman should be included in these benefits. No matter where they work, all women's human dignity, conscience rights and religious liberty should be respected and protected. As Catholic, I ask you to ensure that no woman worker anywhere is let down.

Sincerely,

Lara Freidenfelds

Lara Freidenfelds
118 Hillside Ave
Chatham, NJ 7928

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-xbc5
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7375
TX

---

## Submitter Information

**Name:** B Bradley
**Address:**
    Mansfield,  TX,  76063
**Email:** baronda@sbcglobal.net
**Organization:** National Partnership for Women & Families

---

## General Comment

No company's beliefs should be able to trump proven scientific facts. Allowing companies like Hobby Lobby (especially because they primarily hire women of child-bearing age) to object to law based upon their beliefs (unproven feelings) to determine what they will and will not fund means that female workers face even harsher burdens when searching for employment options--they'll likely earn less, PLUS they may be forced to pay more for the birth control option which should be theirs by right and by law, should they go to work for a company with ignorant beliefs about how birth control works.

Separation of church and state should remain the law of the land--the SCOTUS ruling on being able to object to proven birth control methods was inappropriate, ill-considered, and decided by a majority that will never bear a child, wanted or unwanted. In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their INFORMED, SCIENCE-BASED health care providers, not by Bible-based bosses.

Every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

Birth control choice does not belong in my boss' hands. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

**381879**

381880

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-hmpl
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7376
CT

---

## Submitter Information

**Name:** Elizabeth Vitale
**Address:**
    Hartford,  CT,  06105
**Email:** lizvitale@gmail.com
**Organization:** NA

---

## General Comment

Please protect workers from interference in their private health decision by their employers. It is really a violation of privacy for employers to have that kind of involvement in these very personal matters. Thank you.

381881

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-eqcg
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7377
CA

## Submitter Information

**Name:** parvaneh showrai
**Address:**
    santa monica,  CA,  90291
**Email:** parvaneh_showrai@yahoo.com
**Organization:** NA

## General Comment

government should not lobbyists should not interfere in the health issues of the people.

381882

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-yl9d
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7378
FL

---

## Submitter Information

**Name:** Patrick McGann
**Address:**
  Marianna,  FL,  32446
**Email:** mcgann.pat@gmail.com
**Organization:** NA

---

## General Comment

My wife and I are disturbed at the decision SCOTUS reached in the Hobby Lobby case. The founding fathers clearly intended that the USA be a secular democratic republic, where religion and government were seperate. That employers are permitted to impose their claimed religious beliefs on their employees, who are not and cannot be bound to the employer's thinking in that and other respects should be unquestionable.
Companies who serve the public are not allowed to discriminate on race, creed or color with respect to their business activity; the same principle, guaranteed by our Constitution, should apply in non-business relationships with employees as well.
If it requires new law, or new rules, or even an amendment to assure employees' freedom of religion in these cases, I strongly support that action.

381883

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-rjc8
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7379
CO

---

## Submitter Information

**Name:** Andrea Peterson
**Address:**
    Longmont,  CO,  80501
**Email:** bandmanager007@hotmail.com
**Organization:** NA

---

## General Comment

A job is a job and nothing else. Our bosses only business should be like it always has been, only about our job and nothing else. I thought this was a free country? It's becoming increasingly less and less a free country when these types of legislation get passed. My boss has no business in my personal life and what I do outside of work, especially where it comes to my contraception choices. With the economy being tight and not being able to afford children, and with the population of humans reaching a critical point, women should be able to have affordable contraception. Thank you.

381884

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-gzi8
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7380
MA

---

## Submitter Information

**Name:** Jennifer Salhus
**Address:**
   Norfolk,  MA,  02056
**Email:** jsalhus@hotmail.com
**Organization:** NA

---

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

381885

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-8njb
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7381
MD

---

## Submitter Information

**Name:** J. B. Van Wely
**Address:**
    Baltimore,  MD,  21231
**Email:** bvanwely@myself.com
**Organization:** National Partnership for Women & Families

---

## General Comment

Your employer does not get to decide on appropriate health care.

381886

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-ehc5
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7382
WA

---

## Submitter Information

**Name:** Phyllis J. Kirk
**Address:**
   Burien,  WA,  98148-1472
**Email:** sttchurchlady@comcast.net
**Organization:** League of Women Voters

---

## General Comment

I am nearly 84 years old, and I am not personally affected by this legislation, but my birth control programs were not the business of anyone but me and my physician. That is how it should remain for the future. The religious beliefs of my employer are protected by law but so are mine! Let's keep it that way!

381887

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-nujs
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7383
IL

---

## Submitter Information

**Name:** Bradley Birge
**Address:**
      Chicago,  IL,  60661
**Email:** Bradleybirge@gmail.com
**Organization:** NA

---

## General Comment

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, only.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs.

We need strong rules that protect womens health and that narrowly define closely held for-profit entities

Birth control is not a boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

**381888**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-10ey
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7384
TX

---

## Submitter Information

**Name:** John Meier
**Address:**
    Abilene,  TX,  79605
**Email:** ldsmeier@gmail.com
**Organization:** NA

---

## General Comment

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

**381889**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-yf7s
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7385
NC

---

## Submitter Information

**Name:** Bea C.
**Address:**
    Charlotte,  NC,  28212
**Email:** abellacooper@gmail.com
**Organization:** NA

---

## General Comment

An employer has no business determining an employee's health care. Period. Some argue that if you work for a religious business you know ahead of time about this. Well and good if Hobby Lobby served only a Christian clientele; hired only Christian employees. But, they don't, and they don't.

I have been personally effected by a similar situation- blackballed as an adjunct professor because of my relationship to one of the college's victims. They can't get rid of her for fighting for a birth control option as part of their health insurance- so they got rid of me. This is an example of the impact of these personal beliefs and decisions on others.

381890

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-oolu
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7386
CA

## Submitter Information

**Name:** Rodney Wallwork
**Address:**
    San Luis Obispo,  CA,  93405
**Email:** wallwork.rodney@gmail.com
**Organization:** NA

## General Comment

See attached file(s)

## Attachments

Wallwork-R_2014-10-3_24148372

381891

Catholics for Choice

Dear Secretary Perez,

As a Catholic, I, like the majority of the 70 million Catholics in the United States, support contraceptive coverage and religious liberty for all people, no matter where they work. I was therefore outraged by the Supreme Court's decision in Burwell v. Hobby Lobby, which sided against the employees who need access to reproductive healthcare. I believe that women are moral agents whose consciences should be respected, not trumped, by their employers.

I am entirely against the proposed rule, which would expand the "accommodation" for nonprofit religious organizations to include some for-profit corporations. As a Catholic, I do not believe that any corporation should qualify for an "accommodation" for religious beliefs, as this would amount to bestowing the right of "conscience" upon an institution. This runs contrary to the core teachings of my Catholic faith, including the respect for individual conscience, the call to social justice and a regard for religious pluralism.

If the departments proceed with this proposed rule, however, I ask that they begin by first and foremost considering the employees who would be affected by that decision. These employees' healthcare needs and conscience rights deserve protection from interference. I strongly urge that when the departments define which organizations are eligible for the accommodation, they make women workers and dependents—the ones whose religious liberty rights and healthcare needs could be harmed—the deciding factor in their decision. If even one woman finds her conscience trumped because of the departments' rules, that would be one woman too many.

My Catholic faith leads me to believe that no woman should be left without the ability to follow her conscience in deciding what is best for herself and her family, simply because of where she works. Because of this belief, I also strongly oppose the exemption that leaves women working for churches, dioceses and certain other religious institutions without any required contraceptive coverage. While considering modifications to the rules for organizations eligible for the "accommodation," I also ask that the departments expand the current "accommodation" for nonprofits to include currently exempted religious institutions. As an example, there are more than 160,000 people working for Catholic parishes in the United States. These workers include women and men, some with families and some without. Who are we to decide which of these workers, their children or their spouses should be left without the means to make the conscience-based decision to use contraception?

The majority of Catholics agree with me. We support timely, seamless contraceptive coverage for all women—not red tape and discrimination. Sixty-three percent of Catholic voters believe that health insurance, whether private or government-run, should cover contraception. Ninety-nine percent of sexually experienced Catholic women have used birth control. All women need access to affordable care.

As a Catholic, I am called to show solidarity with and compassion for the poor. Expanding access to contraception by making it more affordable will make a difference in the lives of

381892

many women and their families. For many, it already has. I urge the departments not to stop short of the laudable goal set by the Affordable Care Act: to ensure all Americans have access to the healthcare services they need. Every woman should be included in these benefits. No matter where they work, all women's human dignity, conscience rights and religious liberty should be respected and protected. As Catholic, I ask you to ensure that no woman worker anywhere is let down.

Sincerely,

Rodney Wallwork
1517 Balboa St
San Luis Obispo, CA 93405

381893

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-95l7
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7387
WV

---

## Submitter Information

**Name:** Catherine Rodgers
**Address:**
    Berkeley Springs, WV, 25411
**Email:** catrodgers@yahoo.com
**Organization:** NA

---

## General Comment

The government needs to force companies to provide coverage for birth control. They cover Viagra and women need to be protected from all the unwanted pregnancies from Viagra! Birth control and ABORTION services are GOOD FOR SOCIETY. Corporations want to make this about economics, they need more consumers and that should not happen on backs of women. Over rule the corporations for the needs of the women in your country!

381894

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-ccfo
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7388
CA

---

## Submitter Information

**Name:** Leonard Conly
**Address:**
   Berkeley,  CA,  94706-2353
**Email:** lconly@lmi.net
**Organization:** National Partnership for Women and Families

---

## General Comment

I support the Obama administrations efforts to ensure that women have coverage for the full range of contraceptive methods without copays, no matter where they work.

381895

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-ftyd
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7389
CT

---

## Submitter Information

**Name:** Ruth Martin
**Address:**
    Bristol,  CT,  06010
**Email:** scorp3700@hotmail.com
**Organization:** NA

---

## General Comment

My boss does not have the right to dictate my reproductive health. This needs to be fixed now!

381896

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-6sif
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7390
PA

---

## Submitter Information

**Name:** Laura Ann Haarmeyer
**Address:**
    Scranton,  PA,  18505
**Email:** haarmeyer2@comcast.net
**Organization:** NA

---

## General Comment

Women's healthcare must not be dictated by business owners, religious organizations, or politicians. We are not second-class citizens who need to be patronized, nor are women incapable of making our own health- and reproductive- decisions in concert with our families and our doctors.

381897

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-jq0x
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7391
NY

---

## Submitter Information

**Name:** cenie cafarelli
**Address:**
   Pittsford,  NY,  14534-2235
**Email:** mollyclelia@aol.com
**Organization:** NA

---

## General Comment

As a pediatrician, I know that a woman is best able to make the decisions regarding her family. She must take into account her family's ability to care for a child throughout life.
This is not a decision for an employer to make. Birth control is a woman' s and family's choice. I know from my younger patients, that lack of ability to pay for birth control, leads to earlier pregnancies when a new mother is not emotionally or financially ready to provide for her child, and leading to an ongoing cycle of poverty, reduced education, and missed employment.
Birth control, without charge, must be maintained in the affordable care act.

**381898**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-ej0u
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7392
NY

---

## Submitter Information

**Name:** Bridget Baker
**Address:**
    Johnsonville,  NY,  12094
**Email:** BridgetKathleen1@gmail.com
**Organization:** NA

---

## General Comment

I was disgusted with the Supreme Court's Hobby Lobby ruling as it denies women the assurance that they have a right to health insurance; I also firmly believe that the Hobby Lobby ruling is in sync with the Citizens United decision in which corporations are given person-hood. Let me be perfectly clear - corporations are not persons and the idea that these fraudulent excuses for person-hood could be given the right to use religious beliefs as a means to deny basic access to care is illustrative of the extent to which corporations have effectively bought their way into gaining special interests, controlling the government and oppressing half of the U.S. population.

I support the Obama administrations efforts to prevent employers from denying women access to contraceptives without co-pays. Over the counter birth control is a joke and we all know it. Insurance should not be denied to women for ob/gyn care - if insurance companies can provide prescription coverage for erectile dysfunction which is not a medical crisis by any means, then they can provide coverage for women's prescriptions which DO have life saving and improving benefits such as reducing the risk of breast and ovarian cancer!

**381899**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-3whr
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7393
MA

---

## Submitter Information

**Name:** Achmad Chadran
**Address:**
  Harvard,  MA,  01451
**Email:** dunia.deeds@gmail.com
**Organization:** NA

---

## General Comment

As a citizen, a voter, an employee and a former small businees owner, I firmly believe in the sanctity of individual privacy and freedom to choose, whether this choice relates to politics, religion, or healthcare choices. No employer should have the right to deny any healthcare service to its employees on the basis of opinion, ideology, or religious doctrine.

381900

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-a97h
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7394
WA

---

## Submitter Information

**Name:** Mason Frichette
**Address:**
   Sequim,  WA,  98382
**Email:** mfrichette@gmail.com
**Organization:** NA

---

## General Comment

See attached file(s)

---

## Attachments

Frichette-M_2014-10-5_24136561

381901

Catholics for Choice

Dear Secretary Perez,

As a Catholic, I, like the majority of the 70 million Catholics in the United States, support contraceptive coverage and religious liberty for all people, no matter where they work. I was therefore outraged by the Supreme Court's decision in Burwell v. Hobby Lobby, which sided against the employees who need access to reproductive healthcare. I believe that women are moral agents whose consciences should be respected, not trumped, by their employers.

I am entirely against the proposed rule, which would expand the "accommodation" for nonprofit religious organizations to include some for-profit corporations. As a Catholic, I do not believe that any corporation should qualify for an "accommodation" for religious beliefs, as this would amount to bestowing the right of "conscience" upon an institution. This runs contrary to the core teachings of my Catholic faith, including the respect for individual conscience, the call to social justice and a regard for religious pluralism.

If the departments proceed with this proposed rule, however, I ask that they begin by first and foremost considering the employees who would be affected by that decision. These employees' healthcare needs and conscience rights deserve protection from interference. I strongly urge that when the departments define which organizations are eligible for the accommodation, they make women workers and dependents—the ones whose religious liberty rights and healthcare needs could be harmed—the deciding factor in their decision. If even one woman finds her conscience trumped because of the departments' rules, that would be one woman too many.

My Catholic faith leads me to believe that no woman should be left without the ability to follow her conscience in deciding what is best for herself and her family, simply because of where she works. Because of this belief, I also strongly oppose the exemption that leaves women working for churches, dioceses and certain other religious institutions without any required contraceptive coverage. While considering modifications to the rules for organizations eligible for the "accommodation," I also ask that the departments expand the current "accommodation" for nonprofits to include currently exempted religious institutions. As an example, there are more than 160,000 people working for Catholic parishes in the United States. These workers include women and men, some with families and some without. Who are we to decide which of these workers, their children or their spouses should be left without the means to make the conscience-based decision to use contraception?

The majority of Catholics agree with me. We support timely, seamless contraceptive coverage for all women—not red tape and discrimination. Sixty-three percent of Catholic voters believe that health insurance, whether private or government-run, should cover contraception. Ninety-nine percent of sexually experienced Catholic women have used birth control. All women need access to affordable care.

As a Catholic, I am called to show solidarity with and compassion for the poor. Expanding access to contraception by making it more affordable will make a difference in the lives of

many women and their families. For many, it already has. I urge the departments not to stop short of the laudable goal set by the Affordable Care Act: to ensure all Americans have access to the healthcare services they need. Every woman should be included in these benefits. No matter where they work, all women's human dignity, conscience rights and religious liberty should be respected and protected. As Catholic, I ask you to ensure that no woman worker anywhere is let down.

Sincerely,

Mason Frichette
12 Pearl Pl
Sequim, WA 98382

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-m9we
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7395
AL

---

## Submitter Information

**Name:** Joshua Williams
**Address:**
    Birmingham,  AL,  35235
**Email:** schmottguy@gmail.com
**Organization:** NA

---

## General Comment

Since the Supreme Court's flawed and harmful Hobby Lobby decision, which put the ideology of a handful of wealthy individuals above the well-being of their employees and the rest of the country, it is VITAL to me that for-profit organizations are barred from denying women coverage for the full range of contraceptive methods. Birth control is among the most basic forms of health care for women, and every woman should have access to her choice of contraceptive method without copay. Health care is not some sort of gift from the employer, it is compensation to the employee for work done. It should be no more the employer's business what services their employees make use of than what the employee chooses to do with their paychecks.

I strongly support the efforts by the Obama administration to ensure that women everywhere have access to contraceptive coverage without copays, regardless of their employers' beliefs. This country needs strong rules that protect women's health-care, and narrowly define "closely held for-profit entities." I urge the administration to do all in it's power to ensure that all women have full coverage for the entire range of contraceptive methods, without their employers being able to erect obstacles to it in the form of copays. Thank you for your time.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 03, 2017 |
| **Received:** October 20, 2014 |
| **Status:** Posted |
| **Posted:** July 13, 2015 |
| **Tracking No.** 1jy-8f14-ggi6 |
| **Comments Due:** October 21, 2014 |
| **Submission Type:** Web |

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7396
NY

---

## Submitter Information

**Name:** Carla Cherry
**Address:**
    New York,  NY,  10019
**Email:** carlaremy@gmail.com
**Organization:** none

---

## General Comment

No boss should have a say in the health decisions of an employee ever for any reason whatsoever.

**381905**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-b4ug
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7397
MA

## Submitter Information

**Name:** James Hollomon
**Address:**
   Everett,  MA,  02149
**Email:** ETpro@etproductions.com
**Organization:** ET Productions

## General Comment

I own a small business, but I don't think it's my job to make health care decisions for those who work for me. Religious convictions do not change that. Any boss has a perfect right to hold their own religious beliefs, but not the right to force them onto others.

381906

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-r2gn
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7398
IL

---

## Submitter Information

**Name:** Jan Dreyer
**Address:**
    Lockport,  IL,  60441
**Email:** jmdreyer@lths.org
**Organization:** NA

---

## General Comment

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses".

Employers (usually men) should NOT have the right to decide what a woman does with her body. Whether choosing to use birth control to prevent a pregnancy, regulate a menstrual cycle or end a pregnancy. We women are tied of being regarded as second class citizens, whether it applies to health care coverage (men are allowed to purchase Viagra with no questions asked) or the fact that women are paid less than a man for doing the same job.

THIS HAS TO STOP NOW. THOSE WARS WERE FOUGHT YEARS AGO AND NEED NOT BE FOUGHT AGAIN.

381907

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-wnvc
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7399
CA

## Submitter Information

**Name:** Rev. Lee Feldman-Redick
**Address:**
   CA,  94703
**Organization:** Defend Science

## General Comment

Women's health and well-being do not belong to the caprice of their employers; women have the right to control their own bodies.

381908

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-upbk
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7400
MD

## Submitter Information

**Name:** Arlene Schler
**Address:**
    Bethesda,  MD,  20814
**Email:** acs1231@comcast.net
**Organization:** NA

## General Comment

In the wake of the Supreme Courts harmful and poorly reasoned Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic preventative health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I strongly believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs.

We need strong rules that protect womens health-from birth control to domestic violence--and that narrowly define closely held for-profit entity.

381909

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-an8q
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7401
FL

---

## Submitter Information

**Name:** Mary Sue Baker
**Address:**
    Sarasota,  FL,  34241
**Email:** marysue@sarasotains.com
**Organization:** NA

---

## General Comment

Corporations have no right to interfere in employees' personal beliefs or get involved in choosing what medical treatments they receive. It is outrageous that the court has granted "personhood" to these financial entities. Is the court now going to decide that the corporations have the right to vote in the elections? I think that the government should be working for the real people and not helping the corporations get more rights and make more money.
Thank you,
Mary Sue Baker
6318 Goldfinch St
Sarasota, FL 34241

**381910**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-v3n0
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7402
OH

---

## Submitter Information

**Name:** Marjorie Shook
**Address:**
    Madison,  OH,  44057
**Email:** shook.marje@gmail.com
**Organization:** NA

---

## General Comment

This is an important health issue, please see that all women have the ability to secure contraceptives without copay. Health needs should not depend on your boss and should not be available just to those who are better off financially.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-k0uu
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7403
GA

## Submitter Information

**Name:** Ellen Shockley
**Address:**
    Commerce,  GA,  30530
**Organization:** NA

## General Comment

The Proposed Rule only makes the situation worse for closely-held for-profit organizations because, instead of exempting them, it requires them to facilitate contraceptive coverage. I urge you to rescind the Administration's contraceptive mandate. All organizations and individuals should be allowed to offer, sponsor, and obtain health coverage that does not violate their moral and religious convictions.

381912

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-c54z
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7404
WI

---

## Submitter Information

**Name:** Joyce Frohn
**Address:**
    Oshkosh,  WI,  54901
**Email:** ahengst1@new.rr.com
**Organization:** NA

---

## General Comment

See attached file(s)

---

## Attachments

Frohn-J_2014-10-3_1518372 (2)

**381913**

Catholics for Choice

Dear Secretary Perez,

I, like the majority of the 70 million Catholics in the United States, support contraceptive coverage and religious liberty for all people, no matter where they work. I was therefore outraged by the Supreme Court's decision in Burwell v. Hobby Lobby, which sided against the employees who need access to reproductive healthcare. I believe that women are moral agents whose consciences should be respected, not trumped, by their employers.

I am entirely against the proposed rule, which would expand the "accommodation" for nonprofit religious organizations to include some for-profit corporations. As a Catholic, I do not believe that any corporation should qualify for an "accommodation" for religious beliefs, as this would amount to bestowing the right of "conscience" upon an institution. This runs contrary to the core teachings of my Catholic faith, including the respect for individual conscience, the call to social justice and a regard for religious pluralism.

If the departments proceed with this proposed rule, however, I ask that they begin by first and foremost considering the employees who would be affected by that decision. These employees' healthcare needs and conscience rights deserve protection from interference. I strongly urge that when the departments define which organizations are eligible for the accommodation, they make women workers and dependents—the ones whose religious liberty rights and healthcare needs could be harmed—the deciding factor in their decision. If even one woman finds her conscience trumped because of the departments' rules, that would be one woman too many.

My Catholic faith leads me to believe that no woman should be left without the ability to follow her conscience in deciding what is best for herself and her family, simply because of where she works. Because of this belief, I also strongly oppose the exemption that leaves women working for churches, dioceses and certain other religious institutions without any required contraceptive coverage. While considering modifications to the rules for organizations eligible for the "accommodation," I also ask that the departments expand the current "accommodation" for nonprofits to include currently exempted religious institutions. As an example, there are more than 160,000 people working for Catholic parishes in the United States. These workers include women and men, some with families and some without. Who are we to decide which of these workers, their children or their spouses should be left without the means to make the conscience-based decision to use contraception?

The majority of Catholics agree with me. We support timely, seamless contraceptive coverage for all women—not red tape and discrimination. Sixty-three percent of Catholic voters believe that health insurance, whether private or government-run, should cover contraception. Ninety-nine percent of sexually experienced Catholic women have used birth control. All women need access to affordable care.

As a Catholic, I am called to show solidarity with and compassion for the poor. Expanding access to contraception by making it more affordable will make a difference in the lives of many women and their families. For many, it already has. I urge the departments not to

stop short of the laudable goal set by the Affordable Care Act: to ensure all Americans have access to the healthcare services they need. Every woman should be included in these benefits. No matter where they work, all women's human dignity, conscience rights and religious liberty should be respected and protected. As Catholic, I ask you to ensure that no woman worker anywhere is let down.

Sincerely,

Joyce Frohn
425 Congress Ave
Oshkosh, WI 54901

23

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-19q1
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7405
WA

---

## Submitter Information

**Name:** Robert Walling
**Address:**
    Seattle,  WA,  98122
**Email:** Mayfaire5469@yahoo.com
**Organization:** NA

---

## General Comment

See attached file(s)

---

## Attachments

Walling-R_2014-10-3_24155016

Catholics for Choice

Dear Secretary Perez,

As a Catholic, I, like the majority of the 70 million Catholics in the United States, support contraceptive coverage and religious liberty for all people, no matter where they work. I was therefore outraged by the Supreme Court's decision in Burwell v. Hobby Lobby, which sided against the employees who need access to reproductive healthcare. I believe that women are moral agents whose consciences should be respected, not trumped, by their employers.

I am entirely against the proposed rule, which would expand the "accommodation" for nonprofit religious organizations to include some for-profit corporations. As a Catholic, I do not believe that any corporation should qualify for an "accommodation" for religious beliefs, as this would amount to bestowing the right of "conscience" upon an institution. This runs contrary to the core teachings of my Catholic faith, including the respect for individual conscience, the call to social justice and a regard for religious pluralism.

If the departments proceed with this proposed rule, however, I ask that they begin by first and foremost considering the employees who would be affected by that decision. These employees' healthcare needs and conscience rights deserve protection from interference. I strongly urge that when the departments define which organizations are eligible for the accommodation, they make women workers and dependents—the ones whose religious liberty rights and healthcare needs could be harmed—the deciding factor in their decision. If even one woman finds her conscience trumped because of the departments' rules, that would be one woman too many.

My Catholic faith leads me to believe that no woman should be left without the ability to follow her conscience in deciding what is best for herself and her family, simply because of where she works. Because of this belief, I also strongly oppose the exemption that leaves women working for churches, dioceses and certain other religious institutions without any required contraceptive coverage. While considering modifications to the rules for organizations eligible for the "accommodation," I also ask that the departments expand the current "accommodation" for nonprofits to include currently exempted religious institutions. As an example, there are more than 160,000 people working for Catholic parishes in the United States. These workers include women and men, some with families and some without. Who are we to decide which of these workers, their children or their spouses should be left without the means to make the conscience-based decision to use contraception?

The majority of Catholics agree with me. We support timely, seamless contraceptive coverage for all women—not red tape and discrimination. Sixty-three percent of Catholic voters believe that health insurance, whether private or government-run, should cover contraception. Ninety-nine percent of sexually experienced Catholic women have used birth control. All women need access to affordable care.

As a Catholic, I am called to show solidarity with and compassion for the poor. Expanding access to contraception by making it more affordable will make a difference in the lives of

many women and their families. For many, it already has. I urge the departments not to stop short of the laudable goal set by the Affordable Care Act: to ensure all Americans have access to the healthcare services they need. Every woman should be included in these benefits. No matter where they work, all women's human dignity, conscience rights and religious liberty should be respected and protected. As Catholic, I ask you to ensure that no woman worker anywhere is let down.

Sincerely,

Robert Walling
1122 E Pike St, #1020
Seattle, WA 98122

206 516-9010

381918

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-uzsd
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7406
MO

---

## Submitter Information

**Name:** Kathy Nevins
**Address:**
    Jefferson City,  MO,  65101-9619
**Email:** wdhd@aol.com
**Organization:** NA

---

## General Comment

Since the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.
Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by corporations.

381919

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-xhig
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7407
TX

---

## Submitter Information

**Name:** Shauna Bradford
**Address:**
    Austin,  TX,  78749
**Email:** ueen.mcclanless@gmail.com
**Organization:** NA

---

## General Comment

Employer provided group health insurance is part of my compensation...they can't tell me what I can spend my salary on how can they tell me what I can or cannot do with my body...that is between me and my doctor. This was a horrible sexist decision that would have never happened if this was about Viagra. NO MAN has the right to tell me what to do with my body.

381920

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-u8ln
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7408
IL

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
   IL,  60614
**Organization:** NA

---

## General Comment

I am a male employee of the federal government. But I am writing to you now strictly as a believer in decency and common sense. No one should be allowed to make medical decisions for anyone save for that person herself - not her government and certainly not her employer. The Affordable Care Act was created with the intention of increasing Americans' access to healthcare; it runs contrary to the spirit of the bill to allow corporations to refuse to extend coverage to their female employees' reproductive health care simply because they would prefer not to pay for it or believe it to be wrong to have women control their own reproductive health. Put simply, the sexual and reproductive health decisions people make are no one's business but their own, and the opinions of their employers are irrelevant. Please, do everything in your power to make sure that all Americans have equal, ensured access to all forms of health care, including birth control and other reproductive health medication and procedures.

381921

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-k11p
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7409
PA

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
    PA,  15201
**Organization:** NA

---

## General Comment

All women should have access to preventative care, including anything related to reproductive health, regardless of where they work. Women (not their bosses or men in congress) should be able to make their own choices about their bodies.

381922

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-28uw
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7410
ID

---

## Submitter Information

**Name:** Susan Chaloupka
**Address:**
    Boise,  ID,  83702
**Organization:** Ms.

---

## General Comment

I find it hard to believe that HHS would allow an employer to determine my options for health care, particularly in this area. My medical decisions should be between myself, my family and my doctors. It is not for my employers or their church to decide.

381923

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-65ns
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7411
GA

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
  GA,  31088
**Organization:** NA

---

## General Comment

An employer has no business poking into their workers' private healthcare concerns.

381924

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-7lql
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7412
MN

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
    MN,  56180
**Organization:** NA

---

## General Comment

Bosses have no right to deny women the rights they need to protect their bodies. Only women themselves have the right to make decisions to protect themselves. NO BOSS should be allowed to tell their women employees what they can and cannot do to protect themselves from pregnancy!!

**381925**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-cem0
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7413
NC

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
    NC,  28150
**Organization:** NA

---

## General Comment

Conservatives make a big deal of the government coming between patients and doctors, but they're okay with random private citizens and for-profit corporations coming between women and our doctors? I'm a Christian, too, but sorry. Such double standards and hypocrisy are despicable.

The Hobby Lobby ruling was a joke. Do whatever you can to protect the privacy and respect the dignity of women. It's nobody and no boss's business why anyone, women including, is taking legally prescribed medication. What interpretation of the 1st, 4th, and 9th amendments allows for such intrusion and violation of privacy?

**381926**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-uknf
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7414
NY

## Submitter Information

**Name:** al lum
**Address:**
   NY,  13635
**Email:** allum@tds.net
**Organization:** NA

## General Comment

We need to tell congress, if you cant physically get pregnant don't try and p-ass laws to control those who can !

381927

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-cxev
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7415
MI

---

## Submitter Information

**Name:** Michael Woerner
**Address:**
   Grand Rapids,  MI,  49504
**Email:** boybear1963@hotmail.com
**Organization:** NA

---

## General Comment

Dear sir/madam,
Contraception and safe abortions are important to me because, as a person who is a product of rape, my mother didn't have the choice. Employers should not be forcing their morality on employees, either. The workplace needs to be neutral on these issues, and stay out of an employee's private decisions!

381928

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-3us3
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7416
VT

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
    Newport Center,  VT,  05857
**Email:** isomarks@hotmail.com
**Organization:** NA

---

## General Comment

As a large company you have no right to discriminate against women on the basis of religious doctrine.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-lzvr
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7417
FL

---

## Submitter Information

**Name:** Brian Ainsley
**Address:**
    Orlando,  FL,  32810
**Email:** Brian.Ainsley@gmail.com
**Organization:** NA

---

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

Birth control is not a boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

**381930**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-nvri
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7418
CA

---

## Submitter Information

**Name:** Stephanie Stilwell
**Address:**
     Mountain View,  CA,  94040
**Email:** stilwellphotography@gmail.com
**Organization:** NA

---

## General Comment

Dear HHS,

I am a Woman and I am writing to you today to say that discrimination to women, gay, lesbian, bisexual, black, white, brown, red, human, nonhuman, AND any other kind of different class of living creatures - MUST END! Equality for all must continue to rise! In this case, at this moment, we are discussing Women's Health Coverage. Women have the RIGHT to Health Coverage and that includes access to Contraception without Co-Pays. These Businesses- like Hobby Lobby- that are not allowing this - will not survive - this we can be sure of. No matter what, fear will never never win. Instead of putting energy into supporting any kind of closed-mindedness - we should All be putting our energy into how we can raise more money and support into BETTER Parent Education and BETTER Mental Health Services...so we can avoid running across ignorant/fearful people like the Boss/es/Owner/s of Hobby Lobby.

Thank you for your time in this matter.

Forever for Equal Rights(Love),
Stephanie Stilwell

381931

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-lz7i
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7419
CA

---

## Submitter Information

**Name:** Andrea Lueskow
**Address:**
  Pomona,  CA,  91768
**Email:** amlueskow@csupomona.edu
**Organization:** NA

---

## General Comment

All women deserve access to basic health care and birth control options with out a copay. Someone's employer should not have the right to take that away. Every woman should have coverage for all contraception methods. Birth control is not my boss's business or decision!

**381932**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-lmrv
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7420
OH

---

## Submitter Information

**Name:** Donald McCabe
**Address:**
    Clinton,  OH,  44216
**Organization:** NA

---

## General Comment

The Proposed Rule only makes the situation worse for closely-held for-profit organizations because, instead of exempting them, it requires them to facilitate contraceptive coverage. I urge you to rescind the Administration's contraceptive mandate. All organizations and individuals should be allowed to offer, sponsor, and obtain health coverage that does not violate their moral and religious convictions.

I can not offer a response to the "accommodations" in your legal terms, which tends to frustrate me and I am sure many who feel that such language is only meant to quiet the masses, to demonstrate their low estate. With that in mind I will try to use an analogy of what I think is being attempted.

A man has had enough of his 30 yrs of marriage and so regretfully he resides to take the life of his wife. So he begins to plot the crime. As he progresses thru his planning he is haunted by the ugliness of the act that he is planning. So to diminish his part in the crime he decides to find someone who will do it for him. This will keep his hands clean. For a brief time he feels slightly relieved, but it hits him that he needs to be removed completely for the action. After much thought, he develops a unique approach to the problem, "Why not remove the direct exchange or payment"" After much effort he uncovers a third party method of exchange. He now will not have the blood of his wife on his hands and he will not be directly paying for it. That is the answer. He can now sleep at night. He will not be responsible for her death. Problem solved! What a stupid man. Wouldn't you agree"

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-1j9m
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7421
CT

---

## Submitter Information

**Name:** Martha Stephens
**Address:**
   Old Saybrook,  CT,  06475
**Email:** stephens.m81@gmail.com
**Organization:** NA

---

## General Comment

BUSINESS OWNERS WITH RELIGIOUS AND PERHAPS FINANCIAL INTERESTS SHOULD NOT BE
ABLE TO PREVENT WOMEN FROM RECEIVING CONTRACEPTION, IN THEIR HEALTH INSURANCE
PLANS ESPECIALLY SINCE THE AFFORDABLE CARE ACT REQUIRES INSURANCE TO PROVIDE
FOR THIS. I ALSO SEE THIS AS RELATED TO THE ISSUE OF SEPARATION OF CHURCH AND
STATE WHICH SEEMS TO BE INCREASINGLY DISREGARDED..
MARTHA STEPHENS

381934

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-tpo0
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7422
WA

---

## Submitter Information

**Name:** Linda Wasserman
**Address:**
  Tacoma,  WA,  98406-8114
**Email:** 2catwoman@centurylink.net
**Organization:** NA

---

## General Comment

Why place women's contraceptive rights back to the 60's? I am on RN who actually worked on behalf of this in the late 60's early 70's and we are still fighting this battle. It is shameful!!!

381935

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-ts1e
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7423
NM

---

## Submitter Information

**Name:** Irene Walkiw
**Address:**
    Albuquerque,  NM,  87107
**Email:** ijwalkiw@hotmail.com
**Organization:** NA

---

## General Comment

See attached file(s)

---

## Attachments

Walkiw-I_2014-10-3_24157119

381936

Catholics for Choice

Dear Secretary Perez,

As a Catholic, I, like the majority of the 70 million Catholics in the United States, support contraceptive coverage and religious liberty for all people, no matter where they work. I was therefore outraged by the Supreme Court's decision in Burwell v. Hobby Lobby, which sided against the employees who need access to reproductive healthcare. I believe that women are moral agents whose consciences should be respected, not trumped, by their employers.

I am entirely against the proposed rule, which would expand the "accommodation" for nonprofit religious organizations to include some for-profit corporations. As a Catholic, I do not believe that any corporation should qualify for an "accommodation" for religious beliefs, as this would amount to bestowing the right of "conscience" upon an institution. This runs contrary to the core teachings of my Catholic faith, including the respect for individual conscience, the call to social justice and a regard for religious pluralism.

If the departments proceed with this proposed rule, however, I ask that they begin by first and foremost considering the employees who would be affected by that decision. These employees' healthcare needs and conscience rights deserve protection from interference. I strongly urge that when the departments define which organizations are eligible for the accommodation, they make women workers and dependents—the ones whose religious liberty rights and healthcare needs could be harmed—the deciding factor in their decision. If even one woman finds her conscience trumped because of the departments' rules, that would be one woman too many.

My Catholic faith leads me to believe that no woman should be left without the ability to follow her conscience in deciding what is best for herself and her family, simply because of where she works. Because of this belief, I also strongly oppose the exemption that leaves women working for churches, dioceses and certain other religious institutions without any required contraceptive coverage. While considering modifications to the rules for organizations eligible for the "accommodation," I also ask that the departments expand the current "accommodation" for nonprofits to include currently exempted religious institutions. As an example, there are more than 160,000 people working for Catholic parishes in the United States. These workers include women and men, some with families and some without. Who are we to decide which of these workers, their children or their spouses should be left without the means to make the conscience-based decision to use contraception?

The majority of Catholics agree with me. We support timely, seamless contraceptive coverage for all women—not red tape and discrimination. Sixty-three percent of Catholic voters believe that health insurance, whether private or government-run, should cover contraception. Ninety-nine percent of sexually experienced Catholic women have used birth control. All women need access to affordable care.

As a Catholic, I am called to show solidarity with and compassion for the poor. Expanding access to contraception by making it more affordable will make a difference in the lives of

381937

many women and their families. For many, it already has. I urge the departments not to stop short of the laudable goal set by the Affordable Care Act: to ensure all Americans have access to the healthcare services they need. Every woman should be included in these benefits. No matter where they work, all women's human dignity, conscience rights and religious liberty should be respected and protected. As Catholic, I ask you to ensure that no woman worker anywhere is let down.

Sincerely,

Irene Walkiw
4608 3rd St NW
Albuquerque, NM 87107

381938

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-iye9
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7424
PA

---

## Submitter Information

**Name:** Richard Eckman
**Address:**
    Pittsburgh,  PA,  15221
**Organization:** NA

---

## General Comment

It is unconscionable to deny women coverage for reproductive health. It is allowing the viewpoints of a small, select few to make a crucial healthcare decision for thousands of others. This has nothing to do with respecting religious freedom. It has everything to do with a group of people who oppose the Affordable Care Act trying to chip a large chunk of it away in order to fit their personal perceptions of right and wrong. It has nothing to do with healthcare - but everything to do with a small group of people who hate President Obama. It is clear that, in order to provide comprehensive preventative care for women, reproductive health is a crucial component necessary to ensure that those women who either choose or need to prevent pregnancy have the ability to do so. If medications for erectile dysfunction are covered, then it's ridiculously hypocritical to deny coverage for birth control for women. If Hobby Lobby is as morally opposed to reproductive healthcare coverage as they claim, then all erectile dysfunction medications - Viaga, Cialis, etc. - should similarly be outside the scope of coverage, as well.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-ejab
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7425
CA

## Submitter Information

**Name:** John Kenton
**Address:**
    Riverside,  CA,  92518
**Email:** jfkenton@gmail.com
**Organization:** NA

## General Comment

I understand that there is an effort to provide women with medical health care in planning their reproductive processes and planning birth control. The Supreme Court's ruling exempting Hobby Lobby from the federal law that does this is absurd. Women should not be denied health care mandated by the Congress' ACA should not have that health care denied because their employer wants to go to church on Sunday (or whatever day).

381940

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-o6mi
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7426
UT

---

## Submitter Information

**Name:** Mary Barker
**Address:**
    UT,  84108
**Organization:** NA

---

## General Comment

To Whom It May Concern,

Without employees - lawyers, accountants, sales representatives, administrative assistants, the cleaning crew, etc. - no enterprise can thrive. Employees are not ancillary to enterprises but rather partners to them. To attach strings on their compensation packages according to the interests and opinions of the individual owners is no more legitimate than would be the employees attaching similar strings on how owners use the profits of their joint enterprise. After all, the labor of employees contributed to them.

Moreover, compensation packages that include things that go against an owners personal religious beliefs (like contraceptives) do not violate owners' First Amendment rights. Compensation to employees gives employees what they have earned. Employees are free to exercise their own consciences in terms of how they make use of them. However they choose, it is not the same as the owner having engaged in the same choice/behavior. (If an employee uses a paycheck to buy pornography, the one issuing the paycheck has not thereby supported or engaged in porn.) If owners' whims are the deciding factor, however, then they employees rights have been abused - the owners' religious beliefs have been foisted on them.

If the Hobby Lobby decision is allowed to stand, then one would have to justify Jehovah's Witnesses and Seventh Day Adventists denying their employees what they find objectionable in today's medical care (blood transfusions, for example). This is crazy. Owners should be able to make decisions about their personal lives, and employees about theirs.

Please devise regulations that respect the autonomy of us all.

Thank you,

**381941**

Mary Barker

381942

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-sact
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7427
WI

---

## Submitter Information

**Name:** Charles Gaulke
**Address:**
   Hartland,  WI,  53029-9057
**Email:** chuck_gaulke@bradycorp.com
**Organization:** NA

---

## General Comment

Birth control should be a decision between a woman and her doctor not made by any corporation.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administration efforts to ensure that all women have contraceptive coverage with no copay, regardless of their bosses beliefs. We need strong rules that protect women's health and their choice as US citizens and that thus define "closely held for profit entity."

A woman's birth control choice should not be made by any boss or corporation. I urge the Obama administration to do everything in its power to restore this personal choice to the rightful place that being with the woman and her doctor.

381943

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-94cr
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7428
NY

---

## Submitter Information

**Name:** Philippa Proudfoot
**Address:**
    Rochester,  NY,  14611
**Organization:** NA

---

## General Comment

EVERYONE deserves equal access to health care.
Bosses have no business determining their employees' reproductive options.

381944

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-zi3d
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7429
MA

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
    MA,  02769
**Organization:** NA

---

## General Comment

It is extremely important to me that corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses or companies.

Once we allow companies to start defining what they will and will not cover because of "their beliefs", we are opening up a huge can of worms for companies to deny anything and everything.

Birth control is not a boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

381945

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-1an9
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7430
VT

## Submitter Information

**Name:** Kristina Creighton
**Address:**
   Granville,  VT,  05747
**Email:** pracpalate@aol.com
**Organization:** NA

## General Comment

Contraception and abortion are personal matters, and corporations have no right to interfere in a woman's decision. NO ONE has the right to interfere in a woman's decision, but especially her employer.

**381946**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-kl7n
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7431
PA

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
    PA,  19063
**Organization:** NA

---

## General Comment

Put all the ED meds on the bill in addition to contraception and see how far it gets. If your religion says you must not use contraceptives I will not insist that you do.
Men can "get it up" for four hours and require hospital care that is covered by insurance without anyone questioning the med being on the "covered" list. Lets say that men need their significant other to request the Viagra in order for a doctor to write a script.
Lets even the playing field and see who yells foul!

381947

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-2ref
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7432
CA

---

## Submitter Information

**Name:** Christopher Eckman
**Address:**
    CA,  93455
**Organization:** National Partnership for Women & Families

---

## General Comment

Employers should not be making moral decisions for their employees. It is not their place.

**381948**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-djqp
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7433
NC

---

## Submitter Information

**Name:** linda pucci
**Address:**
   graham,  NC,  27253
**Email:** gearrhartpucci@gmail.com
**Organization:** NA

---

## General Comment

I feel it is unreasonable for an employer to determine whether or not an employee can have any kind of insurance coverage. This targets women who are less fortunate than the employer and should not be allowed.

381949

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-qtk0
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7434
CA

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
    SAN FRANCISCO,  CA,  94127
**Organization:** National Partnership for Women & Families

---

## General Comment

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

**381950**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-dvkq
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7435
CO

---

## Submitter Information

**Name:** Valerie Etter
**Address:**
    Clifton,  CO,  81520
**Organization:** NA

---

## General Comment

There is a significant issue on this Hobby Lobby ruling that is called discrimination based on gender and it's against federal law. Healthcare is private and until businesses are no longer involved with employer-paid health insurance, businesses must not discriminate based on gender. Women, as well as men, have privacy rights based on decisions they make on their own healthcare. Women are being selected out for discrimination and this cannot stand, and that is why I take a stand today.

381951

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-zdsv
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7436
WA

---

## Submitter Information

**Name:** Carole Henry
**Address:**
   Seabeck,  WA,  98380
**Email:** xmas_carole@hotmail.com
**Organization:** NA

---

## General Comment

In regard to contraceptives and preventative medical services, I want to be on record saying that what I and my partner (as anyone and his or her partner) must have respect to privacy. It is of no business to anyone outside of that relationship what a person chooses in regard to his or her own family. Family planning is personal, and many are choosing to wait to have children or choosing not to have children. If contraceptives are their choice, so be it. Preventative medical services are necessary, and much less expensive than the alternative.

As a social worker, I worked for nearly 20 years in public child welfare. The number of unwanted children and children born to persons who did not have access to contraception is staggering. These children grow up in foster care and detention facilities, many going on to have more unwanted children or landing in our prison system. The expense in dollars as well as damage to communities is immense. Rather than encourage this status quo, we must educate in regard to, and give access to, family planning services, however those look.

I currently work for a large Franciscan (Catholic) corporation. I know what they believe, and I must abide by their beliefs when I am speaking as a representative of their agency, but they do not get involved in my personal life and do not deny my choices. Keep personal choices out of the hands of bosses!

381952

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-br89
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7437
OR

---

## Submitter Information

**Name:** marian ellette
**Address:**
    hillsboro,  OR,  97124
**Organization:** NA

---

## General Comment

who is going to pay and support these children that are not wanted!!!!!!

381953

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-vb9a
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7438
OR

## Submitter Information

**Name:** Charlotte Maloney
**Address:**
   Eugene,  OR,  97405
**Email:** charm71@comcast.net
**Organization:** NA

## General Comment

I strongly support the CMS proposed rule to make birth control services available without cost to all women-addressing the effect of the Supreme court's "Hobby Lobby Decision."

I am disappointed in the necessity of this being made available through employer-provided insurance as a part of the ACA. However, I strongly believe that the provision is critical for the reproductive health of the effected working women and, it benefits the whole nation for "every child to be a wanted child."

**381954**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-xjpm
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7439
CA

---

## Submitter Information

**Name:** Andy Lupenko
**Address:**
   CA,  91945
**Organization:** NA

---

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

381955

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-x05q
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7440
NY

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
   Brooklyn, NY, 11231
**Organization:** NA

---

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

381956

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-b6jj
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7441
CA

---

## Submitter Information

**Name:** Kari Stalbaum-Grilley
**Address:**
    Vallejo,  CA,  94590
**Organization:** NA

---

## General Comment

The Proposed Rule only makes the situation worse for closely-held for-profit organizations because, instead of exempting them, it requires them to facilitate contraceptive coverage. I urge you to rescind the Administration's contraceptive mandate. All organizations and individuals should be allowed to offer, sponsor, and obtain health coverage that does not violate their moral and religious convictions.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-2kts
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7442
NM

---

## Submitter Information

**Name:** Kenneth Brown
**Address:**
   Los Lunas,  NM,  87031
**Organization:** NA

---

## General Comment

The Proposed Rule only makes the situation worse for closely-held for-profit organizations because, instead of exempting them, it requires them to facilitate contraceptive coverage. I urge you to rescind the Administration's contraceptive mandate. All organizations and individuals should be allowed to offer, sponsor, and obtain health coverage that does not violate their moral and religious convictions.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-20pg
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7443
PA

---

## Submitter Information

**Name:** Ralph Fulio
**Address:**
    East Stroudsburg,  PA,  18302
**Email:** rfrulio@gmail.com
**Organization:** NA

---

## General Comment

See attached file(s)

---

## Attachments

Frulio-R_2014-10-3_24147096

381959

Catholics for Choice

Dear Secretary Perez,

As a Catholic, I, like the majority of the 70 million Catholics in the United States, support contraceptive coverage and religious liberty for all people, no matter where they work. I was therefore outraged by the Supreme Court's decision in Burwell v. Hobby Lobby, which sided against the employees who need access to reproductive healthcare. I believe that women are moral agents whose consciences should be respected, not trumped, by their employers.

I am entirely against the proposed rule, which would expand the "accommodation" for nonprofit religious organizations to include some for-profit corporations. As a Catholic, I do not believe that any corporation should qualify for an "accommodation" for religious beliefs, as this would amount to bestowing the right of "conscience" upon an institution. This runs contrary to the core teachings of my Catholic faith, including the respect for individual conscience, the call to social justice and a regard for religious pluralism.

If the departments proceed with this proposed rule, however, I ask that they begin by first and foremost considering the employees who would be affected by that decision. These employees' healthcare needs and conscience rights deserve protection from interference. I strongly urge that when the departments define which organizations are eligible for the accommodation, they make women workers and dependents—the ones whose religious liberty rights and healthcare needs could be harmed—the deciding factor in their decision. If even one woman finds her conscience trumped because of the departments' rules, that would be one woman too many.

My Catholic faith leads me to believe that no woman should be left without the ability to follow her conscience in deciding what is best for herself and her family, simply because of where she works. Because of this belief, I also strongly oppose the exemption that leaves women working for churches, dioceses and certain other religious institutions without any required contraceptive coverage. While considering modifications to the rules for organizations eligible for the "accommodation," I also ask that the departments expand the current "accommodation" for nonprofits to include currently exempted religious institutions. As an example, there are more than 160,000 people working for Catholic parishes in the United States. These workers include women and men, some with families and some without. Who are we to decide which of these workers, their children or their spouses should be left without the means to make the conscience-based decision to use contraception?

The majority of Catholics agree with me. We support timely, seamless contraceptive coverage for all women—not red tape and discrimination. Sixty-three percent of Catholic voters believe that health insurance, whether private or government-run, should cover contraception. Ninety-nine percent of sexually experienced Catholic women have used birth control. All women need access to affordable care.

As a Catholic, I am called to show solidarity with and compassion for the poor. Expanding access to contraception by making it more affordable will make a difference in the lives of

381960

many women and their families. For many, it already has. I urge the departments not to stop short of the laudable goal set by the Affordable Care Act: to ensure all Americans have access to the healthcare services they need. Every woman should be included in these benefits. No matter where they work, all women's human dignity, conscience rights and religious liberty should be respected and protected. As Catholic, I ask you to ensure that no woman worker anywhere is let down.

Sincerely,

Ralph Frulio
709 Pine Hill Rd
East Stroudsburg, PA 18302

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-f18f
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7444
OH

---

## Submitter Information

**Name:** Bob Franer
**Address:**
    Fayetteville,  OH,  45118
**Organization:** NA

---

## General Comment

The Proposed Rule only makes the situation worse for closely-held for-profit organizations because, instead of exempting them, it requires them to facilitate contraceptive coverage. I urge you to rescind the Administration's contraceptive mandate. All organizations and individuals should be allowed to offer, sponsor, and obtain health coverage that does not violate their moral and religious convictions.

**381962**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-bfue
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7445
WA

---

## Submitter Information

**Name:** Kathryn Goldberg
**Address:**
   Carlton,  WA,  98814
**Email:** mccraystreet@yahoo.com
**Organization:** NA

---

## General Comment

Corporations and businesses are not individuals with religious views and beliefs. They have no right to control the private legal activities of their employees outside of work. The right to decide on contraception and family planning is one of the most basic and fundamental of an individual's rights. Employers have no business or right to infringe upon this private right.

If contraception is against an individual's beliefs--then don't use it. But that does not give anyone the right to dictate what another person decides is right herself and her family.

The cost of raising a child has increased drastically in this country--like other unavoidable costs to maintain a middle or even lower-middle class lifestyle. The average worker is barely able to keep up with the costs. And contraceptive costs are prohibitive for low income workers--like the employees of Hobby Lobby and other retail workers.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-bas3
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7446
TX

---

## Submitter Information

**Name:** Linda Lester
**Address:**
2238 Hidden Meadow,  TX,  78130
**Email:** lstellma@att.net
**Organization:** NA

---

## General Comment

Bosses have no right to impose their so called religious liberty on their employees by denying access to birth control. It was a sad day when the Supreme Court said otherwise. This will open the door to every religion wanting to deny some aspect of health care to their employees, ie transfusions, health care at all, etc. based on their religion. This should be covered and if people "choose" to exercise their religious liberty, they do not have to purchase it. This is totally discriminatory towards women, as I see no efforts to stop providing vasectomy services to men.

There must be consistency and allowing this sort of privilege to employers (who should not be considered "people") only will perpetuate a piece meal and a la carte approach to health care for everyone.

When will this insanity stop. Hobby Lobby is now involved in perpetuating their religious philosophy in text books in public schools in Oklahoma.

PS--I have already stopped shopping at Hobby Lobby and will never set foot in their store again.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-qlu0
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7447
WA

---

## Submitter Information

**Name:** Nina French
**Address:**
    Seattle,  WA,  98178
**Email:** snowflakeschance@yahoo.com
**Organization:** NA

---

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

381965

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-ngkr
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7448
IL

---

## Submitter Information

**Name:** Cindy Hoyle
**Address:**
   Carol Stream,  IL,  60188
**Email:** choyle56@gmail.com
**Organization:** NA

---

## General Comment

Women have a right to take care of their own bodies. If they need medications they should be paid for the same as any other medication is paid for by their employer.

**381966**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-voy9
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7449
GA

---

## Submitter Information

**Name:** Lynn Edgar
**Address:**
    Decatur,  GA,  30030
**Email:** edgar@ufl.edu
**Organization:** NA

---

## General Comment

I am from an older generation that did not have access to medical coverage for birth control, nor for maternity coverage. I personally had a number of medical problems that interfered with my ability to get pregnant and being able to carry a baby to full term. It was neither my nor my husband's boss' business as to whether or not I used birth control or got medical help in carrying our children. While I am glad reality is practiced more openly today, it still is NOT the role of employers' to regulate women's use of contraception. In fact, rather than using the rationality of financial cost, perhaps male employers should pay for their male employees condoms (usually cheaper than female contraception). Then, if women become pregnant, their male partners can pay all costs for the females' pregnancy care including time off of work for MD appointments and delivery recovery, delivery cost, and the next 21 years of their children's expenses, including education. Companies can regulate men's salaries rather than women's.

**381967**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-6qal
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7450
WI

---

## Submitter Information

**Name:** Dianne Wagner
**Address:**
   De Pere,  WI,  54115
**Email:** wagnerdianne@yahoo.com
**Organization:** NA

---

## General Comment

See attached file(s)

---

## Attachments

Wagner-D_2014-10-14_24147771

**381968**

Catholics for Choice

Dear Secretary Perez,

As a Catholic, I, like the majority of the 70 million Catholics in the United States, support contraceptive coverage and religious liberty for all people, no matter where they work. I was therefore outraged by the Supreme Court's decision in Burwell v. Hobby Lobby, which sided against the employees who need access to reproductive healthcare. I believe that women are moral agents whose consciences should be respected, not trumped, by their employers.

I am entirely against the proposed rule, which would expand the "accommodation" for nonprofit religious organizations to include some for-profit corporations. As a Catholic, I do not believe that any corporation should qualify for an "accommodation" for religious beliefs, as this would amount to bestowing the right of "conscience" upon an institution. This runs contrary to the core teachings of my Catholic faith, including the respect for individual conscience, the call to social justice and a regard for religious pluralism.

If the departments proceed with this proposed rule, however, I ask that they begin by first and foremost considering the employees who would be affected by that decision. These employees' healthcare needs and conscience rights deserve protection from interference. I strongly urge that when the departments define which organizations are eligible for the accommodation, they make women workers and dependents—the ones whose religious liberty rights and healthcare needs could be harmed—the deciding factor in their decision. If even one woman finds her conscience trumped because of the departments' rules, that would be one woman too many.

My Catholic faith leads me to believe that no woman should be left without the ability to follow her conscience in deciding what is best for herself and her family, simply because of where she works. Because of this belief, I also strongly oppose the exemption that leaves women working for churches, dioceses and certain other religious institutions without any required contraceptive coverage. While considering modifications to the rules for organizations eligible for the "accommodation," I also ask that the departments expand the current "accommodation" for nonprofits to include currently exempted religious institutions. As an example, there are more than 160,000 people working for Catholic parishes in the United States. These workers include women and men, some with families and some without. Who are we to decide which of these workers, their children or their spouses should be left without the means to make the conscience-based decision to use contraception?

The majority of Catholics agree with me. We support timely, seamless contraceptive coverage for all women—not red tape and discrimination. Sixty-three percent of Catholic voters believe that health insurance, whether private or government-run, should cover contraception. Ninety-nine percent of sexually experienced Catholic women have used birth control. All women need access to affordable care.

As a Catholic, I am called to show solidarity with and compassion for the poor. Expanding access to contraception by making it more affordable will make a difference in the lives of

many women and their families. For many, it already has. I urge the departments not to stop short of the laudable goal set by the Affordable Care Act: to ensure all Americans have access to the healthcare services they need. Every woman should be included in these benefits. No matter where they work, all women's human dignity, conscience rights and religious liberty should be respected and protected. As Catholic, I ask you to ensure that no woman worker anywhere is let down.

Sincerely,

Dianne Wagner
1807 Ridgeway Dr, Unit 35
De Pere, WI 54115

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-wsop
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7451
NH

## Submitter Information

**Name:** Helen Tam-Semmens
**Address:**
    NH,  03464
**Organization:** NA

## General Comment

Bosses have no business in denying women access to contraception without copays. They have no right to deny coverage based on their own religious beliefs. What if some bosses don't believe in western medicine at all and only believe in faith healing?

381971

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-crad
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7452
VA

---

## Submitter Information

**Name:** Vanessa Lasko
**Address:**
  Virginia beach,  VA,  23454
**Email:** Worldsolution@peacemail.com
**Organization:** NA

---

## General Comment

We need to provide contraception to our public. For health reasons and to prevent unwanted pregnancy.its a no brainer

381972

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-j0by
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7453
OR

---

## Submitter Information

**Name:** Ann Clakrson, PhD
**Address:**
    Portland,  OR,  97202-4205
**Email:** abcphdpdx@spiritone.com
**Organization:** NA

---

## General Comment

Contraception is basic to women's reproductive health, both for family planning and various health conditions.

381973

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-o91m
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7454
MN

## Submitter Information

**Name:** Joan Dircks
**Address:**
    Minneapolis,  MN,  55421
**Organization:** NA

## General Comment

The Proposed Rule only makes the situation worse for closely-held for-profit organizations because, instead of exempting them, it requires them to facilitate contraceptive coverage. I urge you to rescind the Administration's contraceptive mandate. All organizations and individuals should be allowed to offer, sponsor, and obtain health coverage that does not violate their moral and religious convictions.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-osfk
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7455
MN

---

## Submitter Information

**Name:** Joan Dircks
**Address:**
    Minneapolis,  MN,  55421
**Organization:** NA

---

## General Comment

The Proposed Rule only makes the situation worse for closely-held for-profit organizations because, instead of exempting them, it requires them to facilitate contraceptive coverage. I urge you to rescind the Administration's contraceptive mandate. All organizations and individuals should be allowed to offer, sponsor, and obtain health coverage that does not violate their moral and religious convictions.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-6v3c
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7456
NY

## Submitter Information

**Name:** Deborah Gaffaney
**Address:**
   New York,  NY,  10036
**Email:** Debojg@gmail.com
**Organization:** NA

## General Comment

See attached file(s)

## Attachments

Gaffaney-D_2014-10-14_24140991

381976

Catholics for Choice

Dear Secretary Perez,

As a Catholic, I, like the majority of the 70 million Catholics in the United States, support contraceptive coverage and religious liberty for all people, no matter where they work. I was therefore outraged by the Supreme Court's decision in Burwell v. Hobby Lobby, which sided against the employees who need access to reproductive healthcare. I believe that women are moral agents whose consciences should be respected, not trumped, by their employers.

I am entirely against the proposed rule, which would expand the "accommodation" for nonprofit religious organizations to include some for-profit corporations. As a Catholic, I do not believe that any corporation should qualify for an "accommodation" for religious beliefs, as this would amount to bestowing the right of "conscience" upon an institution. This runs contrary to the core teachings of my Catholic faith, including the respect for individual conscience, the call to social justice and a regard for religious pluralism.

If the departments proceed with this proposed rule, however, I ask that they begin by first and foremost considering the employees who would be affected by that decision. These employees' healthcare needs and conscience rights deserve protection from interference. I strongly urge that when the departments define which organizations are eligible for the accommodation, they make women workers and dependents—the ones whose religious liberty rights and healthcare needs could be harmed—the deciding factor in their decision. If even one woman finds her conscience trumped because of the departments' rules, that would be one woman too many.

My Catholic faith leads me to believe that no woman should be left without the ability to follow her conscience in deciding what is best for herself and her family, simply because of where she works. Because of this belief, I also strongly oppose the exemption that leaves women working for churches, dioceses and certain other religious institutions without any required contraceptive coverage. While considering modifications to the rules for organizations eligible for the "accommodation," I also ask that the departments expand the current "accommodation" for nonprofits to include currently exempted religious institutions. As an example, there are more than 160,000 people working for Catholic parishes in the United States. These workers include women and men, some with families and some without. Who are we to decide which of these workers, their children or their spouses should be left without the means to make the conscience-based decision to use contraception?

The majority of Catholics agree with me. We support timely, seamless contraceptive coverage for all women—not red tape and discrimination. Sixty-three percent of Catholic voters believe that health insurance, whether private or government-run, should cover contraception. Ninety-nine percent of sexually experienced Catholic women have used birth control. All women need access to affordable care.

As a Catholic, I am called to show solidarity with and compassion for the poor. Expanding access to contraception by making it more affordable will make a difference in the lives of

many women and their families. For many, it already has. I urge the departments not to stop short of the laudable goal set by the Affordable Care Act: to ensure all Americans have access to the healthcare services they need. Every woman should be included in these benefits. No matter where they work, all women's human dignity, conscience rights and religious liberty should be respected and protected. As Catholic, I ask you to ensure that no woman worker anywhere is let down.

Sincerely,

Deborah Gaffaney
464 W 47th St
New York, NY 10036

9175667180

381978

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-hqbs
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7457
FL

## Submitter Information

**Name:** Linda Komosa
**Address:**
    Vero Beach,  FL,  32966
**Email:** lkomosa811@gmail.com
**Organization:** NA

## General Comment

The decisions pertaining to one's personal life should NOT be made by an employer!

**381979**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-xcd1
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7458
OH

---

## Submitter Information

**Name:** Michael $ Marlene LaChat
**Address:**
      Ostrander,  OH,  43061-0039
**Email:** mmlachat@yahoo.com
**Organization:** NA

---

## General Comment

Women bear the brunt the costs of childbearing. It's their decision, not yours. You are not their physicians.

**381980**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-976h
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7459
MI

---

## Submitter Information

**Name:** Judith Shane
**Address:**
    Owosso,  MI,  48867
**Email:** diffs777@yahoo.com
**Organization:** National Partnership for Women and Families

---

## General Comment

it's utterly outrageous that in 2014 we are debating whether WOMEN have the RIGHT to make their own reproductive decisions. Please do the right thing and make sure that NO BOSS has the right to FORCE his/her RELIGIOUS BELIEFS on any employee. Thank you

**381981**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-2b7z
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7460
CA

---

## Submitter Information

**Name:** Martha Cooper
**Address:**
    CA,  95691
**Organization:** NA

---

## General Comment

I support the administrations efforts to ensure that women have coverage for the full range of contraceptive methods without copays, no matter where they work. To do otherwise will be disastrous to our country.

**381982**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-rtvo
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7461
IN

---

## Submitter Information

**Name:** Candie Glisson
**Address:**
     West Lafayette,  IN,  47906
**Email:** Jnpr2316@aol.com
**Organization:** NA

---

## General Comment

The decision for Hobby Lobby was yet another step backwards for women. The use of contraceptives is a highly personal matter between a woman and her doctor, not her boss or the Supreme Court. While this is seen as a religious victory for corporations such as Hobby Lobby, it is yet another attack in the War on Women. Decisions such as this will only lead to the eventual exclusion of women in all sectors of public life. By taking away a woman's right to birth control coverage, employers are at the forefront of firmly entrenching women as second-class citizens of this country, again.
Please stop this trend in its tracks by ensuring that women have coverage for the full range of contraceptive methods without copays, no matter where they work.

Thank you for your time.

381983

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-fxc8
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7462
OH

---

## Submitter Information

**Name:** Sharon Luebke
**Address:**
    Fort Loramie,  OH,  45845
**Organization:** NA

---

## General Comment

The Proposed Rule only makes the situation worse for closely-held for-profit organizations because, instead of exempting them, it requires them to facilitate contraceptive coverage. I urge you to rescind the Administration's contraceptive mandate. All organizations and individuals should be allowed to offer, sponsor, and obtain health coverage that does not violate their moral and religious convictions.

381984

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-i4pb
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7463
CO

## Submitter Information

**Name:** Elizabeth Asnicar
**Address:**
   Lyons,  CO,  80540
**Email:** Asnicar5@msn.com
**Organization:** National Partnership.org

## General Comment

Basic fairness, as well as privacy concerns, should ensure a woman's right to the full range of contraceptive methods,
regardless of her employer's religious views. Thank you.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-6kyi
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7464
OH

---

## Submitter Information

**Name:** Lois Whealey
**Address:**
    Athens,  OH,  45701
**Email:** lw182104@ohio.edu
**Organization:** Planned Parenthood

---

## General Comment

Women's health care and coverage for it, should not be determined by business owners' beliefs. Women have a right to comprehensive and necessary health care as determined by themselves, their families and their medical professionals.
Specifically, WOMEN not BOSSES should decide whether they will employ contraceptives to plan for their own families.
The Affordable Health Care Act should be fully implemented without interference by employers.

**381986**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-xz9o
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7465
FL

---

## Submitter Information

**Name:** Elizabeth Iglesias
**Address:**
    Coral Gables,  FL,  33146
**Email:** iglesias@law.miami.edu
**Organization:** NA

---

## General Comment

I support the proposed new rule to ensure that women have coverage for the full range of contraceptive methods without copays, no matter where they work. Public health, respect for the integrity of women as moral agents and autonomous individuals, and the goal of securing equal opportunity for all women regardless of race, class, religion or other factor all warrant this rule, as women have many necessary and proper reasons as much for using birth control as for not using it at different times in their lives. Employers should focus on the excellence of the products and services they produce, not on the contraceptive methods their employees do or do not use. Thank you for this initiative.

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-x48z
**Comments Due:** October 21, 2014
**Submission Type:** Web

# PUBLIC SUBMISSION

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7466
CA

## Submitter Information

**Name:** pATRICK Gaffney
**Address:**
    Sacramento,  CA,  95816
**Email:** gaffneyp@aol.com
**Organization:** NA

## General Comment

See attached file(s)

## Attachments

Gafney-P_2014-10-3_24155105

381988

Catholics for Choice

Dear Secretary Perez,

As a Catholic, I, like the majority of the 70 million Catholics in the United States, support contraceptive coverage and religious liberty for all people, no matter where they work. I was therefore outraged by the Supreme Court's decision in Burwell v. Hobby Lobby, which sided against the employees who need access to reproductive healthcare. I believe that women are moral agents whose consciences should be respected, not trumped, by their employers.

I am entirely against the proposed rule, which would expand the "accommodation" for nonprofit religious organizations to include some for-profit corporations. As a Catholic, I do not believe that any corporation should qualify for an "accommodation" for religious beliefs, as this would amount to bestowing the right of "conscience" upon an institution. This runs contrary to the core teachings of my Catholic faith, including the respect for individual conscience, the call to social justice and a regard for religious pluralism.

If the departments proceed with this proposed rule, however, I ask that they begin by first and foremost considering the employees who would be affected by that decision. These employees' healthcare needs and conscience rights deserve protection from interference. I strongly urge that when the departments define which organizations are eligible for the accommodation, they make women workers and dependents—the ones whose religious liberty rights and healthcare needs could be harmed—the deciding factor in their decision. If even one woman finds her conscience trumped because of the departments' rules, that would be one woman too many.

My Catholic faith leads me to believe that no woman should be left without the ability to follow her conscience in deciding what is best for herself and her family, simply because of where she works. Because of this belief, I also strongly oppose the exemption that leaves women working for churches, dioceses and certain other religious institutions without any required contraceptive coverage. While considering modifications to the rules for organizations eligible for the "accommodation," I also ask that the departments expand the current "accommodation" for nonprofits to include currently exempted religious institutions. As an example, there are more than 160,000 people working for Catholic parishes in the United States. These workers include women and men, some with families and some without. Who are we to decide which of these workers, their children or their spouses should be left without the means to make the conscience-based decision to use contraception?

The majority of Catholics agree with me. We support timely, seamless contraceptive coverage for all women—not red tape and discrimination. Sixty-three percent of Catholic voters believe that health insurance, whether private or government-run, should cover contraception. Ninety-nine percent of sexually experienced Catholic women have used birth control. All women need access to affordable care.

As a Catholic, I am called to show solidarity with and compassion for the poor. Expanding access to contraception by making it more affordable will make a difference in the lives of

381989

many women and their families. For many, it already has. I urge the departments not to stop short of the laudable goal set by the Affordable Care Act: to ensure all Americans have access to the healthcare services they need. Every woman should be included in these benefits. No matter where they work, all women's human dignity, conscience rights and religious liberty should be respected and protected. As Catholic, I ask you to ensure that no woman worker anywhere is let down.

Sincerely,

Patrick Gaffney
3225 I St
Sacramento, CA 95816

381990

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-y48g
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7467
MI

---

## Submitter Information

**Name:** Janet Danek
**Address:**
    Midland,  MI,  48640
**Organization:** NA

---

## General Comment

To whom is may concern - which is every American:

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

And finally, I have been fighting this battle for over 40 years and find it hard to believe it is still an issue. From my heart, I believe if it was limiting the rights of men, it would not be an issue.

No for profit corporation should be allowed to deny some coverage from some groups based on their religious beliefs.

381991

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-iwhz
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7468
ID

## Submitter Information

**Name:** keli domeny
**Address:**
  Boise, ID, 83712
**Organization:** NA

## General Comment

If companies want to make rules about covering contraception for women then they also need to stop covering Viagra for men. Or is a man's erection more important than a women trying to be responsible about her health care. P.S. it's none if anyone else's business.

381992

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-g7c4
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7469
WA

---

## Submitter Information

**Name:** Linda K Lindquist
**Address:**
   Shoreline,  WA,  98177-2359
**Email:** rbgardener@comcast.net
**Organization:** National Partnership

---

## General Comment

Bosses control our standard of living, they control our waking and sleeping hours, they control the time we spend with our families. They should have NO control over our reproductive choices. They need to stay out of our bedrooms and out of our healthcare decisions. I am dumbfounded that this is even an issue, are they asking to restrict access to Viagra?

381993

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-wc47
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7470
WA

---

## Submitter Information

**Name:** Heidi Stach
**Address:**
    Lakewood,  WA,  98499
**Email:** karmavsdogma69@gmail.com
**Organization:** personal

---

## General Comment

Medical issues no matter what they are, are private. If we give employers the right to deny certain medical practices because they do not agree it is the first step to controlling employees home and private lives.

Where will they go next? Controlling the food we eat, decor of our homes , who we associate with, our choice of companions?
At some point big business needs to be stopped.
We are a country that thrives on freedom, freedom of speech and choice.

We fight wars to ensure these freedoms for citizens of other countries but, here in our own country we are slowly trying to remove the very core of what we stand for.

The practice of regulating the human body is personal, I do not understand the desire to set women back 100 years.

If procedures and medications are being restricted for women than they should be restricted for men also.
If birth control is to be thrown to the wayside than men should not be covered for any type of procedure which enhances libido or promises to enhance their sexual ability.
God has given us the right to our own bodies, our own choices. We will survive and choose our path, our entrance into the hear after is our concern.

When God said judge not lest ye be judged he was speaking to everyone.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-4jw6
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7471
NJ

## Submitter Information

**Name:** Stanley Sherman
**Address:**
   Clifton,  NJ,  07011
**Email:** 9stuv9@gmail.com
**Organization:** NA

## General Comment

Woman's coverage

## Attachments

Womans coverage

381995

I would like to see women have birth control coverage for the full range of contraceptive methods without being subjected to co-payments under the Affordable Care Act regardless of whom their employer(s) are. Employer's religious beliefs have no place in rescinding U.S. federal laws.  For example, an employer could form a religion, if one doesn't already exist, and argue that their religious beliefs excuse them from paying all taxes.  How ridiculous their argument is.

I would like to see women have birth control coverage for the full range of contraceptive methods without being subjected to co-payments under the Affordable Care Act regardless of whom their employer(s) are. Employer's religious beliefs have no place in rescinding U.S. federal laws.  For example, an employer could form a religion, if one doesn't already exist, and argue that their religious beliefs excuse them from paying all taxes.  How ridiculous their argument is.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-uifx
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7472
NJ

---

## Submitter Information

**Name:** Mary Ann T
**Address:**
    Sewell,  NJ,  08080
**Organization:** NA

---

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

381998

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-83yv
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7473
NH

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
   NH,  03581
**Email:** pathbg@ne.rr.con
**Organization:** Betty A. Gosselin

---

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

**381999**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-xg7t
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7474
NV

## Submitter Information

**Name:** Marilen Nelson
**Address:**
   Reno,  NV,  89509
**Email:** rnomarilen@gmail.com
**Organization:** NA

## General Comment

Women need protection from unwanted pregnancies. I don't see Hobby Lobby offering to raise the unwanted children so why not give it to them? Whether you like it or not it is part of health care. I'm boycotting your store until you give it to them.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-y0ub
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7475
FL

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
  FL,  32159
**Organization:** NA

---

## General Comment

Business owners that see medical issues as religious issues ought not be allowed to impose their views on their own workers or the local medical workers -- even Jesus didn't pay attention to bigots and bullies, other than to scold or exorcize

382001

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-i6jx
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7476
MN

---

## Submitter Information

**Name:** Lisa Schmidt
**Address:**
  Hendricks,  MN,  56136
**Email:** flinnstones@hotmail.com
**Organization:** NA

---

## General Comment

Denying women access to birth control is inherently discriminatory.

**382002**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-c6ug
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7477
WI

---

## Submitter Information

**Name:** Helen Gambon
**Address:**
    waukesha,  WI,  53186
**Email:** helen@skyshooter.com
**Organization:** NA

---

## General Comment

See attached file(s)

---

## Attachments

Gambon-H_2014-10-3_23918272

Catholics for Choice

Dear Secretary Perez,

As a Catholic, I, like the majority of the 70 million Catholics in the United States, support contraceptive coverage and religious liberty for all people, no matter where they work. I was therefore outraged by the Supreme Court's decision in Burwell v. Hobby Lobby, which sided against the employees who need access to reproductive healthcare. I believe that women are moral agents whose consciences should be respected, not trumped, by their employers.

I am entirely against the proposed rule, which would expand the "accommodation" for nonprofit religious organizations to include some for-profit corporations. As a Catholic, I do not believe that any corporation should qualify for an "accommodation" for religious beliefs, as this would amount to bestowing the right of "conscience" upon an institution. This runs contrary to the core teachings of my Catholic faith, including the respect for individual conscience, the call to social justice and a regard for religious pluralism.

If the departments proceed with this proposed rule, however, I ask that they begin by first and foremost considering the employees who would be affected by that decision. These employees' healthcare needs and conscience rights deserve protection from interference. I strongly urge that when the departments define which organizations are eligible for the accommodation, they make women workers and dependents—the ones whose religious liberty rights and healthcare needs could be harmed—the deciding factor in their decision. If even one woman finds her conscience trumped because of the departments' rules, that would be one woman too many.

My Catholic faith leads me to believe that no woman should be left without the ability to follow her conscience in deciding what is best for herself and her family, simply because of where she works. Because of this belief, I also strongly oppose the exemption that leaves women working for churches, dioceses and certain other religious institutions without any required contraceptive coverage. While considering modifications to the rules for organizations eligible for the "accommodation," I also ask that the departments expand the current "accommodation" for nonprofits to include currently exempted religious institutions. As an example, there are more than 160,000 people working for Catholic parishes in the United States. These workers include women and men, some with families and some without. Who are we to decide which of these workers, their children or their spouses should be left without the means to make the conscience-based decision to use contraception?

The majority of Catholics agree with me. We support timely, seamless contraceptive coverage for all women—not red tape and discrimination. Sixty-three percent of Catholic voters believe that health insurance, whether private or government-run, should cover contraception. Ninety-nine percent of sexually experienced Catholic women have used birth control. All women need access to affordable care.

As a Catholic, I am called to show solidarity with and compassion for the poor. Expanding access to contraception by making it more affordable will make a difference in the lives of

many women and their families. For many, it already has. I urge the departments not to stop short of the laudable goal set by the Affordable Care Act: to ensure all Americans have access to the healthcare services they need. Every woman should be included in these benefits. No matter where they work, all women's human dignity, conscience rights and religious liberty should be respected and protected. As Catholic, I ask you to ensure that no woman worker anywhere is let down.

Sincerely,

helen Gambon
george hunt circle 527
waukesha, WI 53186

262 798 0350

382005

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-jfh2
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7478
NM

---

## Submitter Information

**Name:** Cynthia Von Hendricks
**Address:**
    Albuquerque,  NM,  87110
**Email:** cvh55@hotmail.com
**Organization:** NA

---

## General Comment

See attached file(s)

---

## Attachments

Von Hendricks-C_2014-10-3_24151631

**382006**

Catholics for Choice

Dear Secretary Perez,

As a Catholic, I, like the majority of the 70 million Catholics in the United States, support contraceptive coverage and religious liberty for all people, no matter where they work. I was therefore outraged by the Supreme Court's decision in Burwell v. Hobby Lobby, which sided against the employees who need access to reproductive healthcare. I believe that women are moral agents whose consciences should be respected, not trumped, by their employers.

I am entirely against the proposed rule, which would expand the "accommodation" for nonprofit religious organizations to include some for-profit corporations. As a Catholic, I do not believe that any corporation should qualify for an "accommodation" for religious beliefs, as this would amount to bestowing the right of "conscience" upon an institution. This runs contrary to the core teachings of my Catholic faith, including the respect for individual conscience, the call to social justice and a regard for religious pluralism.

If the departments proceed with this proposed rule, however, I ask that they begin by first and foremost considering the employees who would be affected by that decision. These employees' healthcare needs and conscience rights deserve protection from interference. I strongly urge that when the departments define which organizations are eligible for the accommodation, they make women workers and dependents—the ones whose religious liberty rights and healthcare needs could be harmed—the deciding factor in their decision. If even one woman finds her conscience trumped because of the departments' rules, that would be one woman too many.

My Catholic faith leads me to believe that no woman should be left without the ability to follow her conscience in deciding what is best for herself and her family, simply because of where she works. Because of this belief, I also strongly oppose the exemption that leaves women working for churches, dioceses and certain other religious institutions without any required contraceptive coverage. While considering modifications to the rules for organizations eligible for the "accommodation," I also ask that the departments expand the current "accommodation" for nonprofits to include currently exempted religious institutions. As an example, there are more than 160,000 people working for Catholic parishes in the United States. These workers include women and men, some with families and some without. Who are we to decide which of these workers, their children or their spouses should be left without the means to make the conscience-based decision to use contraception?

The majority of Catholics agree with me. We support timely, seamless contraceptive coverage for all women—not red tape and discrimination. Sixty-three percent of Catholic voters believe that health insurance, whether private or government-run, should cover contraception. Ninety-nine percent of sexually experienced Catholic women have used birth control. All women need access to affordable care.

As a Catholic, I am called to show solidarity with and compassion for the poor. Expanding access to contraception by making it more affordable will make a difference in the lives of

many women and their families. For many, it already has. I urge the departments not to stop short of the laudable goal set by the Affordable Care Act: to ensure all Americans have access to the healthcare services they need. Every woman should be included in these benefits. No matter where they work, all women's human dignity, conscience rights and religious liberty should be respected and protected. As Catholic, I ask you to ensure that no woman worker anywhere is let down.

Sincerely,

Cynthia  Von Hendricks
7819 Bellamah Ave NE
Albuquerque, NM 87110

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-c6bq
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7479
OR

---

## Submitter Information

**Name:** John DeJarnatt
**Address:**
    Salem,  OR,  97304
**Email:** johndej@comcast.net
**Organization:** NA

---

## General Comment

The relationship between medical providers and patients should never be influenced or impacted by the religious beliefs of anyone, particularly the employer of the patient.

**382009**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-cgt7
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7480
ME

---

## Submitter Information

**Name:** Susan Wind
**Address:**
   Rockland,  ME,  04841
**Email:** suwind@gwi.net
**Organization:** NA

---

## General Comment

Women's employers have zero business realting to women's personal choices, specifically relating to birth control. Apparently the Supreme Court has chosen to ignore a basic principle of US government, Separation of Church and State.
there is NO Justice in having employers religious beliefs or other judgments disctate national policay regarding healthcare for women.

382010

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-cwto
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7481
NC

---

## Submitter Information

**Name:** Mary Longstreth
**Address:**
   Asheville,  NC,  28801
**Email:** mzlongstreth@gmail.com
**Organization:** NA

---

## General Comment

Your power to act on behalf of women's need to have the fullest protection possible regarding the healthy, accessibility, and safe means for planning family life and birth control is exceedingly important and needed. Please provide preventive services coverage to support care for women's bodies and family well-being in our nation. As a licensed Social Worker I have often encountered this need among those served.

382011

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-a6wg
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7482
CO

---

## Submitter Information

**Name:** Wesley Duran
**Address:**
    Twin Lakes,  CO,  81251
**Email:** wes_duran@yahoo.com
**Organization:** NA

---

## General Comment

These decisions are between doctor and patient ONLY. Make that happen.

382012

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-lmrl
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7483
CA

## Submitter Information

**Name:** Lourdes Garcia
**Address:**
   Simi Valley,  CA,  93065
**Email:** LGarcia973@AOL.com
**Organization:** NA

## General Comment

See attached file(s)

## Attachments

Garcia-L_2014-10-6_24151682

382013

Catholics for Choice

Dear Secretary Perez,

As a Catholic, I, like the majority of the 70 million Catholics in the United States, support contraceptive coverage and religious liberty for all people, no matter where they work. I was therefore outraged by the Supreme Court's decision in Burwell v. Hobby Lobby, which sided against the employees who need access to reproductive healthcare. I believe that women are moral agents whose consciences should be respected, not trumped, by their employers.

I am entirely against the proposed rule, which would expand the "accommodation" for nonprofit religious organizations to include some for-profit corporations. As a Catholic, I do not believe that any corporation should qualify for an "accommodation" for religious beliefs, as this would amount to bestowing the right of "conscience" upon an institution. This runs contrary to the core teachings of my Catholic faith, including the respect for individual conscience, the call to social justice and a regard for religious pluralism.

If the departments proceed with this proposed rule, however, I ask that they begin by first and foremost considering the employees who would be affected by that decision. These employees' healthcare needs and conscience rights deserve protection from interference. I strongly urge that when the departments define which organizations are eligible for the accommodation, they make women workers and dependents—the ones whose religious liberty rights and healthcare needs could be harmed—the deciding factor in their decision. If even one woman finds her conscience trumped because of the departments' rules, that would be one woman too many.

My Catholic faith leads me to believe that no woman should be left without the ability to follow her conscience in deciding what is best for herself and her family, simply because of where she works. Because of this belief, I also strongly oppose the exemption that leaves women working for churches, dioceses and certain other religious institutions without any required contraceptive coverage. While considering modifications to the rules for organizations eligible for the "accommodation," I also ask that the departments expand the current "accommodation" for nonprofits to include currently exempted religious institutions. As an example, there are more than 160,000 people working for Catholic parishes in the United States. These workers include women and men, some with families and some without. Who are we to decide which of these workers, their children or their spouses should be left without the means to make the conscience-based decision to use contraception?

The majority of Catholics agree with me. We support timely, seamless contraceptive coverage for all women—not red tape and discrimination. Sixty-three percent of Catholic voters believe that health insurance, whether private or government-run, should cover contraception. Ninety-nine percent of sexually experienced Catholic women have used birth control. All women need access to affordable care.

As a Catholic, I am called to show solidarity with and compassion for the poor. Expanding access to contraception by making it more affordable will make a difference in the lives of

many women and their families. For many, it already has. I urge the departments not to stop short of the laudable goal set by the Affordable Care Act: to ensure all Americans have access to the healthcare services they need. Every woman should be included in these benefits. No matter where they work, all women's human dignity, conscience rights and religious liberty should be respected and protected. As Catholic, I ask you to ensure that no woman worker anywhere is let down.

Sincerely,

Lourdes Garcia
40 E Boulder Creek Rd
Simi Valley, CA 93065

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-2fda
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7484
CA

---

## Submitter Information

**Name:** Anonymous Anonymous
**Address:**
    CA,  90806
**Organization:** NA

---

## General Comment

Birth control is a private health issue between patient and doctor. No one else. My understanding was that HIPPA mandated this so I don't understand why this is even being debated.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-u7sq
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7485
IL

## Submitter Information

**Name:** Mady Newfield
**Address:**
   Saint Charles,  IL,  60174
**Organization:** NA

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

Thank you for your understanding and for taking my concerns into consideration.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-enk1
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7486
AZ

## Submitter Information

**Name:** thomas dunlap
**Address:**
    phoenix,  AZ,  85013
**Organization:** NA

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

382018

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 03, 2017 |
| **Received:** October 20, 2014 |
| **Status:** Posted |
| **Posted:** July 13, 2015 |
| **Tracking No.** 1jy-8f14-noop |
| **Comments Due:** October 21, 2014 |
| **Submission Type:** Web |

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7487
MA

---

## Submitter Information

**Name:** Sarah Heintz
**Address:**
   Cambridge,  MA,  02139
**Email:** meridian4@comcast.net
**Organization:** NA

---

## General Comment

Please do not let Politics, with a "capitol" P, rule on needs of very real IMPORTANCE to women!!

**382019**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-tqmk
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7488
CO

---

## Submitter Information

**Name:** Arn McConnell
**Address:**
    Grand Junction,  CO,  81503
**Email:** amccon1@bresnan.net
**Organization:** NA

---

## General Comment

As a concerned citizen, I seek to comment on new proposals to amend the federal health care law requiring for-profit corporations and non-profit organizations, or else health insurance providers, to cover preventive health services, such as contraception, without charging a co-payment. I understand that the federal government must craft rules regarding the contraceptive mandate that comply with the Supreme Courts decision in Burwell v. Hobby Lobby.

In drawing its accommodations, I urge the government to be guided by the purpose behind the contraception mandate: to ensure women have complete access to preventive care, including contraception, without co-pay. As any accommodations place an increased burden on women who have a right under the Affordable Care Act to quality, affordable preventive care, accommodations must be limited to the greatest possible extent permissible by law. In regards to for-profit corporations, I request that HHS crafts its rule to limit the definition of closely held corporations to small companies where the ownership is restricted to a limited group of individuals who actively participate in the management of the day-to-day operations of the corporation. Thank you for considering my comments.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-64si
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7489
CA

---

## Submitter Information

**Name:** James Jewell
**Address:**
    San Francisco,  CA,  94107
**Email:** jjewell@arch-llight.com
**Organization:** NA

---

## General Comment

Please provided adequate access for all women to"preventive services".

382021

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-vil3
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7490
MO

---

## Submitter Information

**Name:** bruce Anonymous
**Address:**
    MO,  65804
**Email:** bherdman@yahoo.com
**Organization:** NA

---

## General Comment

The Hobby Lobby decision should have included the withdrawal of their incorporation tax advantages. Seriously, this is a flawed decision which Congress needs to fix. What's next? A closely held corporation declaring that hiring minorities is against their religious beliefs? Deciding that their religion does not allow women to be in positions of authority over men?

The goofiness must end. And soon. Women deserve complete health care from their employer, regardless of the employer's superstitions. We need to move into the 21st century as a people, that includes all people.

I will be watching and plan on voting with this as one of my prime reasons for accepting or rejecting a candidate.

382022

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-fg88
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7491
TX

## Submitter Information

**Name:** Beth Garcia
**Address:**
    Alpine,  TX,  79830
**Email:** garciabeth2003@yahoo.com
**Organization:** NA

## General Comment

See attached file(s)

## Attachments

Garcia-B_2014-10-3_24152440

382023

Catholics for Choice

Dear Secretary Perez,

As a Catholic, I, like the majority of the 70 million Catholics in the United States, support contraceptive coverage and religious liberty for all people, no matter where they work. I was therefore outraged by the Supreme Court's decision in Burwell v. Hobby Lobby, which sided against the employees who need access to reproductive healthcare. I believe that women are moral agents whose consciences should be respected, not trumped, by their employers.

I am entirely against the proposed rule, which would expand the "accommodation" for nonprofit religious organizations to include some for-profit corporations. As a Catholic, I do not believe that any corporation should qualify for an "accommodation" for religious beliefs, as this would amount to bestowing the right of "conscience" upon an institution. This runs contrary to the core teachings of my Catholic faith, including the respect for individual conscience, the call to social justice and a regard for religious pluralism.

If the departments proceed with this proposed rule, however, I ask that they begin by first and foremost considering the employees who would be affected by that decision. These employees' healthcare needs and conscience rights deserve protection from interference. I strongly urge that when the departments define which organizations are eligible for the accommodation, they make women workers and dependents—the ones whose religious liberty rights and healthcare needs could be harmed—the deciding factor in their decision. If even one woman finds her conscience trumped because of the departments' rules, that would be one woman too many.

My Catholic faith leads me to believe that no woman should be left without the ability to follow her conscience in deciding what is best for herself and her family, simply because of where she works. Because of this belief, I also strongly oppose the exemption that leaves women working for churches, dioceses and certain other religious institutions without any required contraceptive coverage. While considering modifications to the rules for organizations eligible for the "accommodation," I also ask that the departments expand the current "accommodation" for nonprofits to include currently exempted religious institutions. As an example, there are more than 160,000 people working for Catholic parishes in the United States. These workers include women and men, some with families and some without. Who are we to decide which of these workers, their children or their spouses should be left without the means to make the conscience-based decision to use contraception?

The majority of Catholics agree with me. We support timely, seamless contraceptive coverage for all women—not red tape and discrimination. Sixty-three percent of Catholic voters believe that health insurance, whether private or government-run, should cover contraception. Ninety-nine percent of sexually experienced Catholic women have used birth control. All women need access to affordable care.

As a Catholic, I am called to show solidarity with and compassion for the poor. Expanding access to contraception by making it more affordable will make a difference in the lives of

many women and their families. For many, it already has. I urge the departments not to stop short of the laudable goal set by the Affordable Care Act: to ensure all Americans have access to the healthcare services they need. Every woman should be included in these benefits. No matter where they work, all women's human dignity, conscience rights and religious liberty should be respected and protected. As Catholic, I ask you to ensure that no woman worker anywhere is let down.

Sincerely,

Beth Garcia
801 N Orange St, #17
Alpine, TX 79830

382025

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 03, 2017 |
| **Received:** October 20, 2014 |
| **Status:** Posted |
| **Posted:** July 13, 2015 |
| **Tracking No.** 1jy-8f14-if3d |
| **Comments Due:** October 21, 2014 |
| **Submission Type:** Web |

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7492
CO

---

## Submitter Information

**Name:** Kristine Blanco-Hallman
**Address:**
   Lakewood,  CO,  80214
**Email:** kblancohallman@gmail.com
**Organization:** NA

---

## General Comment

This is preposterous and an outrage. I'm 61 years old so many ships have sailed and reproduction is one of them. However, I have not gone brain dead and don't plan on doing so. That's why Hobby Lobby will never see me entering their "establishment" again.

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-bhv7
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7493
FL

## Submitter Information

**Name:** Leonel Picun
**Address:**
    Hollywood,  FL,  33021-4952
**Email:** leonelp@msn.com
**Organization:** NA

## General Comment

I fully support the coverage of contraceptive methods under regular medical plans; nobody can impose religious believes that are strictly personal upon other individuals.
While I do respect all believes I'm convince that everybody is free of making their own decisions, even when our personals believes might be in direct conflict, no religion should be dictating civil matters and individuals making decisions that might be in contradiction with religious principles should face their own conscious; we have no right to impose ourselves over them.

382027

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-4mqz
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7494
ME

## Submitter Information

**Name:** Michael MacPherson
**Address:**
    Milbridge,  ME,  04658
**Email:** mmtigermac@yahoo.com
**Organization:** NA

## General Comment

Those who run this country including Wall Street, Banks, corporations, the rich, ALEC and the Koch Brother's are taking a part the Constitution piece by piece in order to take all rights away from the middle class and the poor. The budget is being balanced on the backs of the poor and middle class, when money is needed the trillion dollars going to Wall Street, Banks, corporations, the rich, ALEC and the Koch Brother's in taxpayer's money in the form of subsidies and the huge tax breaks to the richest people and corporations is held sacred and cannot be touched.

These rich people and corporations want to make two classes of people the rich and the poor or in other words the haves and the have naughts. This is where Hobby Lobby and those who run Hobby Lobby come in, they, like their corporate brother's want to ignore the weakened Constitution and interject corporate law in it's place, because they have the advantage of a Supreme Court with 5 right wing corporate leaning justices who ignore the Constitution and are making laws that favor corporations, so Hobby Lobby can get away with making decisions that involve the private lives of their employees.

Corporations have got to only deal with corporate business and only the work performance of their employees while on the job, with nothing that has to do with their employees private business, including medical plans, religion or anything that effects their lives once they leave the private property of those they work for.

382028

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-sf1e
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7495
CA

---

## Submitter Information

**Name:** Connie von Kohler
**Address:**
    West Covina,  CA,  91790
**Email:** cvonkohler@hotmail.com
**Organization:** NA

---

## General Comment

In the wake of the Supreme Courts harmful Hobby Lobby decision, it is critically important to me that for-profit corporations not be allowed to deny women coverage for the full range of contraceptive methods.

Birth control is basic health care for women, and womens health care decisions should be made by women and their health care providers, not by bosses.

I believe that every woman should have access to the contraceptive method of her choice without a copay, and I support the Obama administrations efforts to ensure that all women have contraceptive coverage without copays, regardless of their bosses beliefs. We need strong rules that protect womens health and that narrowly define closely held for-profit entity.

My birth control is not my boss business. I urge the Obama administration to do all it can to ensure that all women have coverage for the full range of contraceptive methods without copays.

382029

# PUBLIC SUBMISSION

| |
|---|
| **As of:** November 03, 2017 |
| **Received:** October 20, 2014 |
| **Status:** Posted |
| **Posted:** July 13, 2015 |
| **Tracking No.** 1jy-8f14-77rv |
| **Comments Due:** October 21, 2014 |
| **Submission Type:** Web |

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7496
VA

## Submitter Information

**Name:** Rebecca Hoskins
**Address:**
  Fredericksburg,  VA,  22405
**Email:** dhos768923@aol.com
**Organization:** NA

## General Comment

It is none of my employer s business on what me and my doctor decide to do about my health

**382030**

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-qux4
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7497
VI

---

## Submitter Information

**Name:** jeraldine eason
**Address:**
    St. Thomas,  VI,  00804
**Email:** jeraldineeason@yahoo.com
**Organization:** NA

---

## General Comment

I think that its time these bosses (male bosses ) mostly stopped trying to tell women what to do with their bodies, If they are so concerned about abortion why do they cover viagra, they want the men to have more sex and the women to get all the resposibilty of pregnancy and childbirth, not to mention the great number of deadbeat dads, so who has to take care of these viagra babies? the women, Perhaps what we need is a law that forces men to use condoms or not have sex and fine them a lot of money if they get someone pregnant. If men only wanted to have sex when they wanted to make a baby we would'nt have this problem but we all know thats not the case, Please stop trying to tell others how to live and worry about your own life, remember "No man can know the mind of God" and Judge not lest ye be judged.

382031

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-9gax
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7498
CA

---

## Submitter Information

**Name:** Robert Pedretti
**Address:**
   San Jose,  CA,  95125
**Email:** bob341@comcast.net
**Organization:** NA

---

## General Comment

The Hobby Lobby decision is ludicrous. For profit business has no right to impose its supposed "religious" beliefs on its employees. Health care is a personal decision and not one that an organization should dictate. Contraception is a medical issue and a personal decision that should be left to the individual not a corporation. Interesting that Hobby Lobby has investments in other companies that produce birth control materials.

382032

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-7zcj
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7499
AZ

## Submitter Information

**Name:** Dania Garcia
**Address:**
    Phoenix,  AZ,  85009
**Email:** daniagarcia98@yahoo.com
**Organization:** NA

## General Comment

See attached file(s)

## Attachments

Garcia-D_2014-10-14_26097832

382033

Catholics for Choice

Dear Secretary Perez,

As a Catholic, I, like the majority of the 70 million Catholics in the United States, support contraceptive coverage and religious liberty for all people, no matter where they work. I was therefore outraged by the Supreme Court's decision in Burwell v. Hobby Lobby, which sided against the employees who need access to reproductive healthcare. I believe that women are moral agents whose consciences should be respected, not trumped, by their employers.

I am entirely against the proposed rule, which would expand the "accommodation" for nonprofit religious organizations to include some for-profit corporations. As a Catholic, I do not believe that any corporation should qualify for an "accommodation" for religious beliefs, as this would amount to bestowing the right of "conscience" upon an institution. This runs contrary to the core teachings of my Catholic faith, including the respect for individual conscience, the call to social justice and a regard for religious pluralism.

If the departments proceed with this proposed rule, however, I ask that they begin by first and foremost considering the employees who would be affected by that decision. These employees' healthcare needs and conscience rights deserve protection from interference. I strongly urge that when the departments define which organizations are eligible for the accommodation, they make women workers and dependents—the ones whose religious liberty rights and healthcare needs could be harmed—the deciding factor in their decision. If even one woman finds her conscience trumped because of the departments' rules, that would be one woman too many.

My Catholic faith leads me to believe that no woman should be left without the ability to follow her conscience in deciding what is best for herself and her family, simply because of where she works. Because of this belief, I also strongly oppose the exemption that leaves women working for churches, dioceses and certain other religious institutions without any required contraceptive coverage. While considering modifications to the rules for organizations eligible for the "accommodation," I also ask that the departments expand the current "accommodation" for nonprofits to include currently exempted religious institutions. As an example, there are more than 160,000 people working for Catholic parishes in the United States. These workers include women and men, some with families and some without. Who are we to decide which of these workers, their children or their spouses should be left without the means to make the conscience-based decision to use contraception?

The majority of Catholics agree with me. We support timely, seamless contraceptive coverage for all women—not red tape and discrimination. Sixty-three percent of Catholic voters believe that health insurance, whether private or government-run, should cover contraception. Ninety-nine percent of sexually experienced Catholic women have used birth control. All women need access to affordable care.

As a Catholic, I am called to show solidarity with and compassion for the poor. Expanding access to contraception by making it more affordable will make a difference in the lives of

many women and their families. For many, it already has. I urge the departments not to stop short of the laudable goal set by the Affordable Care Act: to ensure all Americans have access to the healthcare services they need. Every woman should be included in these benefits. No matter where they work, all women's human dignity, conscience rights and religious liberty should be respected and protected. As Catholic, I ask you to ensure that no woman worker anywhere is let down.

Sincerely,

Dania Garcia
4004 W. Coronado Rd.
Phoenix, AZ 85009

382035

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-ires
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7500
CA

---

## Submitter Information

**Name:** Ron Vizansky
**Address:**
   Oxnard,  CA,  93036
**Email:** vizaviz@earthlink.net
**Organization:** NA

---

## General Comment

See attached file(s)

---

## Attachments

Vizansky-R_2014-10-3_24141336

**382036**

Catholics for Choice

Dear Secretary Perez,

As a Catholic, I, like the majority of the 70 million Catholics in the United States, support contraceptive coverage and religious liberty for all people, no matter where they work. I was therefore outraged by the Supreme Court's decision in Burwell v. Hobby Lobby, which sided against the employees who need access to reproductive healthcare. I believe that women are moral agents whose consciences should be respected, not trumped, by their employers.

I am entirely against the proposed rule, which would expand the "accommodation" for nonprofit religious organizations to include some for-profit corporations. As a Catholic, I do not believe that any corporation should qualify for an "accommodation" for religious beliefs, as this would amount to bestowing the right of "conscience" upon an institution. This runs contrary to the core teachings of my Catholic faith, including the respect for individual conscience, the call to social justice and a regard for religious pluralism.

If the departments proceed with this proposed rule, however, I ask that they begin by first and foremost considering the employees who would be affected by that decision. These employees' healthcare needs and conscience rights deserve protection from interference. I strongly urge that when the departments define which organizations are eligible for the accommodation, they make women workers and dependents—the ones whose religious liberty rights and healthcare needs could be harmed—the deciding factor in their decision. If even one woman finds her conscience trumped because of the departments' rules, that would be one woman too many.

My Catholic faith leads me to believe that no woman should be left without the ability to follow her conscience in deciding what is best for herself and her family, simply because of where she works. Because of this belief, I also strongly oppose the exemption that leaves women working for churches, dioceses and certain other religious institutions without any required contraceptive coverage. While considering modifications to the rules for organizations eligible for the "accommodation," I also ask that the departments expand the current "accommodation" for nonprofits to include currently exempted religious institutions. As an example, there are more than 160,000 people working for Catholic parishes in the United States. These workers include women and men, some with families and some without. Who are we to decide which of these workers, their children or their spouses should be left without the means to make the conscience-based decision to use contraception?

The majority of Catholics agree with me. We support timely, seamless contraceptive coverage for all women—not red tape and discrimination. Sixty-three percent of Catholic voters believe that health insurance, whether private or government-run, should cover contraception. Ninety-nine percent of sexually experienced Catholic women have used birth control. All women need access to affordable care.

As a Catholic, I am called to show solidarity with and compassion for the poor. Expanding access to contraception by making it more affordable will make a difference in the lives of

many women and their families. For many, it already has. I urge the departments not to stop short of the laudable goal set by the Affordable Care Act: to ensure all Americans have access to the healthcare services they need. Every woman should be included in these benefits. No matter where they work, all women's human dignity, conscience rights and religious liberty should be respected and protected. As Catholic, I ask you to ensure that no woman worker anywhere is let down.

Sincerely,

Ron Vizansky
2071 Corto Trl
Oxnard, CA 93036

# PUBLIC SUBMISSION

**As of:** November 03, 2017
**Received:** October 20, 2014
**Status:** Posted
**Posted:** July 13, 2015
**Tracking No.** 1jy-8f14-rdg0
**Comments Due:** October 21, 2014
**Submission Type:** Web

**Docket:** CMS-2014-0115
Certain Preventive Services; Eligible Organizations CMS-9940-P

**Comment On:** CMS-2014-0115-0002
Coverage of Certain Preventive Services under the Affordable Care Act

**Document:** CMS-2014-0115-7501
CA

---

## Submitter Information

**Name:** Sarah G
**Address:**
　　Glendale,  CA,  91206
**Organization:** Center for Inquiry

---

## General Comment

As a concerned citizen, I seek to comment on new proposals to amend the federal health care law requiring for-profit corporations and non-profit organizations, or else health insurance providers, to cover preventive health services, such as contraception, without charging a co-payment. I understand that the federal government must craft rules regarding the contraceptive mandate that comply with the Supreme Courts decision in Burwell v. Hobby Lobby.

In drawing its accommodations, I urge the government to be guided by the purpose behind the contraception mandate: to ensure women have complete access to preventive care, including contraception, without co-pay. As any accommodations place an increased burden on women who have a right under the Affordable Care Act to quality, affordable preventive care, accommodations must be limited to the greatest possible extent permissible by law. In regards to for-profit corporations, I request that HHS crafts its rule to limit the definition of closely held corporations to small companies where the ownership is restricted to a limited group of individuals who actively participate in the management of the day-to-day operations of the corporation. Thank you for considering my comments.

**382039**