UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 17-3679

_____

COMMONWEALTH OF PENNSYLVANIA

v.

PRESIDENT UNITED STATES OF AMERICA; ACTING SECRETARY OF UNITED
STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES
DEPARTMENT OF HEALTH AND HUMAN SERVICES; SECRETARY OF THE
TREASURY; UNITED STATES DEPARTMENT OF THE TREASURY;
SECRETARY UNITED STATES DEPARTMENT OF LABOR; UNITED STATES
DEPARTMENT OF LABOR

\*LITTLE SISTERS OF THE POOR SAINTS PETER AND PAUL HOME

Appellant

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2-17-cv-4540)
District Judge: Honorable Wendy Beetlestone

_____

Argued March 23, 2018
Before: HARDIMAN, BIBAS, and ROTH, *Circuit Judges*.

_____

JUDGMENT

_____

This cause came on to be heard on the record from the United States District Court
for the Eastern District of Pennsylvania and was argued on March 23, 2018.

_____

\* Pursuant to Fed. R. App. P. 12(a)

On consideration whereof, it is now hereby ORDERED and ADJUDGED that the order of the District Court entered December 8, 2017, be and the same is hereby REVERSED and REMANDED. All of the above in accordance with the Opinion of this Court. The mandate shall issue forthwith.

No costs shall be taxed.

Attest:


s/ Patricia S. Dodszuweit

DATED:  April 24, 2018        Clerk

**Certified as a true copy and issued in lieu
of a formal mandate on**    04/24/18

**Teste:** *Patricia A. Dodszuweit*

**Clerk, U.S. Court of Appeals for the Third Circuit**