# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA,<br><br>             Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>             Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 2:17-cv-04540 (WB)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that Joel McElvain respectfully withdraws his appearance as counsel for the Defendants in the above-captioned case. Justin M. Sandberg will continue to serve as lead counsel for the Defendants.

Dated: July 2, 2018

Respectfully Submitted,

CHAD A. READLER
Acting Assistant Attorney General

LOUIS D. LAPPEN
United States Attorney

ETHAN P. DAVIS
Deputy Assistant Attorney General

*/s/ Joel McElvain*
JOEL McELVAIN (DC Bar # 448431)
Assistant Branch Director
JUSTIN M. SANDBERG (IL Bar# 6278377)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20001
(202) 514-2988
Joel.McElvain@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2018, I caused the foregoing Notice of Withdrawal of Appearance to be filed with the Clerk of Court via CM/ECF. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

*/s/ Joel McElvain*
JOEL McELVAIN