## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | |
| Plaintiff, | |
| v. | No. 17-CV-4540-WB |
| DONALD J. TRUMP, *in his official capacity as President of the United States*; ALEX M. AZAR II, *in his official capacity as Secretary of Health and Human Services;* UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; STEVEN T. MNUCHIN, *in his official capacity as Secretary of the Treasury*; UNITED STATES DEPARTMENT OF THE TREASURY; RENE ALEXANDER ACOSTA, *in his official capacity as Secretary of Labor;* and UNITED STATES DEPARTMENT OF LABOR, | |
| Defendants, | |
| LITTLE SISTERS OF THE POOR SAINTS PETER AND PAUL HOME, | |
| Intervenor-Defendant. | |

### DEFENDANT-INTERVENOR'S MOTION TO APPEAR BY TELEPHONE

Date: December 13, 2018
Time: 3:30 pm
Courtroom: 3B
Judge: Hon. Wendy Beetlestone

Defendant-Intervenor the Little Sisters of the Poor Saints Peter and Paul Home (the "Little Sisters") hereby seeks leave to appear by telephone at the status conference scheduled for December 13, 2013. Counsel for the Little Sisters are located in Washington, D.C. and believe that they can present their position by phone. Therefore, pursuant to this Court's procedures, they seek leave to do so. Pennsylvania and the federal defendants do not oppose this request to appear by telephone.

Dated: December 10, 2018

Respectfully submitted,

/s/ Mark Rienzi
Mark Rienzi, *pro hac vice*
Eric C. Rassbach *pro hac vice* pending
Lori Windham *pro hac vice*
The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW, Suite 700
Washington, DC 20036
Telephone: (202) 955-0095
Facsimile: (202) 955-0090

Nicholas M. Centrella
Conrad O'Brien PC
1500 Market Street, Suite 3900
Philadelphia, PA 19102-2100
Telephone: (215) 864-8098
Facsimile: (215) 864-0798
ncentrella@conradobrien.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was electronically filed with the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania using the CM/ECF system, and that service will be effectuated through the CM/ECF system.

Dated: December 10, 2018

 /s/ *Mark Rienzi*
Mark Rienzi