# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA ,** <br>     **Plaintiff,** <br><br> **v.** <br><br> **DONALD J. TRUMP, DONALD J. WRIGHT, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, STEVEN T. MNUCHIN, UNITED STATES DEPARTMENT OF THE TREASURY, RENE ALEXANDER ACOSTA AND THE UNITED STATES DEPARTMENT OF LABOR,** <br>     **Defendants,** <br><br> **LITTLE SISTERS OF THE POOR SAINTS PETER AND PAUL HOME,** <br>     **Intervenor-Defendant.** | **CIVIL ACTION** <br><br><br> **NO. 17-4540** |

# O R D E R

**AND NOW**, this 14th day of December, 2018, upon consideration of Plaintiff's Motion to Lift Stay of District Court Proceedings (ECF No. 81), and Defendants' responses thereto (ECF Nos. 82 & 85), **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the Clerk of Court shall transfer this case to the Court's active docket.

**IT IS FURTHER ORDERED** that:

1. Plaintiff shall supplement or amend its complaint and file a Motion for Preliminary Injunction no later than December 17, 2018;

2. Defendants shall file briefing in response to Plaintiff's Motion for Preliminary Injunction no later than January 3, 2019;

3. Plaintiff shall file any reply briefing in further support of their Motion for a Preliminary Injunction no later than January 7, 2019;

4. Any *amicus curiae* briefs shall be filed no later than January 7, 2019;

5. A Hearing on Plaintiff's Motion for Preliminary Injunction shall commence on **Thursday, January 10, 2019 at 9:00 a.m.** before the Honorable Wendy Beetlestone, in Courtroom 3B, 601 Market Street, Philadelphia, Pennsylvania, 19106.

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

_____
**WENDY BEETLESTONE, J.**