UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA and STATE OF NEW JERSEY,<br><br>      Plaintiffs,<br><br>      v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*; ALEX M. AZAR II, *in his official capacity as Secretary of Health and Human Services*; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; STEVEN T. MNUCHIN, *in his official capacity as Secretary of the Treasury*; UNITED STATES DEPARTMENT OF THE TREASURY; RENE ALEXANDER ACOSTA, *in his official capacity as Secretary of Labor*; UNITED STATES DEPARTMENT OF LABOR; and UNITED STATES OF AMERICA.<br><br>      Defendants. | No. 2:17-cv-04540-WB |

**INDEX OF EXHIBITS**
**TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

| | |
|---|---|
| A | *Religious Exemptions and Accommodations for Coverage of Certain Preventive Services Under the Affordable Care Act*, 83 Fed. Reg. 57,536 (Nov. 15, 2018) |
| B | *Moral Exemptions and Accommodations for Coverage of Certain Preventive Services Under the Affordable Care Act*, 83 Fed. Reg. 57,592 (Nov. 15, 2018) |
| C | *Religious Exemptions and Accommodations for Coverage of Certain Preventive Services Under the Affordable Care Act*, 82 Fed. Reg. 47,792 (Oct. 13, 2017) |
| D | *Moral Exemptions and Accommodations for Coverage of Certain Preventive Services Under the Affordable Care Act*, 82 Fed. Reg. 47,838 (Oct. 13, 2017) |
| E | Memorandum of Law in Support of Plaintiff's Motion for a Preliminary Injunction, ECF No. 8-2 (Nov. 2, 2017) |
| F | Institute of Medicine, *Clinical Preventive Services for Women: Closing the Gaps* (2011) |
| G | Health Resources & Services Administration, *Women's Preventive Services Guidelines* (2011) |
| H | Health Resources & Services Administration, *Women's Preventive Services Guidelines* (2016) |
| I | Executive Order No. 13798, *Promoting Free Speech and Religious Liberty* (May 4, 2017) |
| J | Transcript of Preliminary Injunction Hearing (Dec. 14, 2017) |

| | |
|---|---|
| K | Declaration of Kathryn Kost |
| L | Declaration of Cynthia Chuang, M.D., MSc |
| M | Declaration of Carol Weisman, Ph.D |
| N | Snyder, *et al.*, *The Impact of the Affordable Care Act on Contraceptive Use and Costs among Privately Insured Women*, Women's Health Issues 28-3 (2018) |
| O | Declaration of Samantha Butts, M.D., MSCE |
| P | Declaration of Seth Mendelsohn |
| Q | Declaration of Leesa Allen |
| R | Declaration of Dayle Steinberg |
| S | Declaration of Sarah Adelman |
| T | Declaration of Philip Gennace |
| U | Declaration of Elizabeth Coulter |
| V | Spreadsheet from Administrative Record (Bates No. 669264) |
| W | Spreadsheet from Administrative Record (Bates No. 670107) |
| X | Comments on Interim Final Rules (Dec. 5, 2017) |