# EXHIBIT V

Draft--For Discussion Purposes

| Case | Plaintiffs | Type: For-profit (F), Nonprofit (N), House of Worship (H), IA (II), Church Plan (C), Pro-life (P), Grandfathered (G) | Number of Employees/Students | Document employee number located within | Are students/employees counted in final total? | If not counted, explanation why | Number counted towards final total | Total employees (minus HoW/IA and SICPs) | Total students at relevant universities |
|---|---|---|---|---|---|---|---|---|---|
| Am. Pulverizer Co. v. U.S. Dep't of Health and Human Servs., No. 6:12-cv-03459, 2012 WL 6951316 (W.D. Mo. Dec. 20, 2012); | | F | 175 employees | Complaint | Yes | | 175 | 175 | |
| American Family Association v. Sebelius, 1:13-cv 00032-SA-DAS (N.D. Miss. Feb. 20, 2013) | | N | 135 employees | Complaint | Yes | | 135 | 135 | |
| Annex Med., Inc. v. Burwell, No. 13-1118, 2013 WL 1276025 (8th Cir. Feb. 1, 2013) | | F | 18 employees | Complaint | Yes | | 18 | 18 | |
| Archdiocese of St. Louis v. Burwell, No. 4:13-cv-02300 (E.D. MO), No. 14-3016 (8th Cir.) | Archdiocese of St. Louis | H | 7,800 employees/staff | Complaint | No | Diocese self-insured plan (see Brandt v Burwell note below | 0 | 0 | |
| | Catholic Charities of St. Louis | C | 1600 employees | Complaint | No | same | 0 | 0 | |
| Armstrong v. Burwell, No. 1:13-cv-00563-RBJ (D. Colo. Sept. 17, 2013); gov't appeal dismissed Sept. 4, 2014 (10th Cir. order); | | F | 730 employees | Complaint | Yes | | 730 | 730 | |
| Association of Christian Schools International v. Burwell, No. 1:14-cv-2966 (D. Colo.), No. 14-1492 (10th Cir.) | Association of Christian Schools International | N | 140 employees | Complaint | Yes | | 140 | 140 | |
| | Samaritan Ministries International | N | 133 employees | Complaint | Yes | | 133 | 133 | |
| | Taylor University | N | 1,900 Students; 641 Employees | Complaint | Students = no; employees = yes | Complaint does not state that they offer a student health plan; therefore students not counted | 641 | 641 | 0 |
| | Indiana Wesleyan University | N | 15,000 students; 3,565 employees (1,018 FT and 2,547 PT) | Complaint | Students = no; employees = partial | Complaint does not state that they offer a student health plan; therefore students not counted. Complaint states that 890 employees enroll in the plan. Because other entities usually provide the overall number of employees, not the number enrolled in the plan, and in the IFR we estimate 62% of all employees are in plans, this number is upscaled to 890/62%=1435. | 1,435 | 1,435 | 0 |
| Autocam Corp. v. Burwell, 730 F.3d 618 (6th Cir. Sept. 17, 2013), | Autocam | F | 478 employees | Complaint | Yes | | 478 | 478 | |
| | Autocam Medical | F | 183 employees | Complaint | Yes | | 183 | 183 | |
| Ave Maria Foundation v. Burwell, No. 2:13-cv-15198 (E.D. Mich.), Nos. 14-1310 (6th Cir.) | The Ave Maria Foundation | N | 51 employees | Estimated number based on online information | Yes | | 51 | 51 | |
| | Ave Maria Communications | N | 19 employees | Form W-3 filing | Yes | | 19 | 19 | |
| | Domino's Farms Petting Farm | N | 18 employees | Form W-3 filing | Yes | | 18 | 18 | |
| | Rhodora J. Donahue Academy, Inc. | N | 26 employees | Website | Yes | | 26 | 26 | |
| | Thomas More Law Center | N | 14 employees | Form W-3 filing | Yes | | 14 | 14 | |
| Ave Maria School of Law v. Burwell, No. 2:13-cv-00795 (M.D. Fl.), Nos. 14-15777 (11th Cir.) | | N | 68 employees | Complaint | Employees = yes; students = no | Complaint does not state that they offer a sudent health plan; therefore students not counted | 68 | 68 | 0 |
| Ave Maria University v. Burwell, No. 2:13-cv-00630 (M.D. Fla.), Nos. 14-15780 (11th Cir.) | | N | 150 employees | Complaint | Employees = yes; students = no | Complaint does not state that they offer a sudent health plan; therefore students not counted | 150 | 150 | 0 |
| Barron Indus., Inc. v. Burwell, No. 1:13-cv-01330-KBJ (D.D.C. Sept. 25, 2013); | | F | 56 employees | Complaint | Yes | | 56 | 56 | |
| Beckwith Elec. Co. v. Burwell, No. 8:16-cv-1944 (M.D. Fla.) | | F | 126 employees | Complaint | Yes | | 126 | 126 | |
| Belmont Abbey College v. Sebelius, et al., No. 1:11-cv-01989 (D.D.C. Nov. 10, 2011) | | N | 1,600 students; 305 employees | Complaint | Yes | | 1,600 students; 305 employees | 305 | 1,600 |
| Bick Holdings, Inc. v. Burwell, No. 4:13-cv-00462-AGF (E.D. Mo. Apr. 1, 2013); | | F | 196 employees | Complaint | Yes | | 196 | 196 | |
| Brandt v. Burwell, No. 2:14-cv-00681 (W.D. Pa.), Nos. 14-3663, 14-4087 (3d Cir.) | Diocese of Greensburg | H | 3,100 employees; 5,000 other participants in plan (this is a high number- it includes employees from other Dioceses) | Complaint | No | Diocese self-insured plan; Government argued that these and all similar Catholic diocese-sponsored self-insured plans and entities participating in such plans that are litigants represented by Jones Day likely qualify to be church plans exempt from ERISA. See, e.g., Doc. # 23, 2:14-cv-00681-AJS (W.D. Pa.). We cannot force such plan TPAs to offer contraceptive payments, and it is likely the churches will tell them not to, and the TPAs will not make the offers. | 0 | 0 | |
| | Catholic Charities | C | 18 employees | Complaint | No | Diocese self-insured plan | 0 | 0 | |
| | St. John School | C | 13 employees | Complaint | No | Diocese self-insured plan | 0 | 0 | |

**669264**

Draft--For Discussion Purposes

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Case | Plaintiffs | Type: For-profit (F), Nonprofit (N), House of Worship or IA (H), Church Plan (C), Pro-life (P), Grandfathered (G) | Number of Employees/Students | Document employee number located within | Are students/employees counted in final total? | If not counted, explanation why | Number counted towards final total | Total employees (minus HoW/IA and SICPs) | Total students at relevant universities |
| 28 | Briscoe v. Burwell, No. 1:13-cv-00285-WYD-BNB (D. Colo. Sept. 6, 2013); gov't appeal dismissed Sept. 4, 2014 (10th Cir. order); | Briscoe owns all plaintiff organizations involved: Continuum Health Partnerships, Inc./ Mountain States Health Properties, LLC/ Continuum Health Management, LLC/ CH-Greeley, LLC | F | 200 employees | Complaint | Yes | | 200 | 200 | |
| 29 | Catholic Benefits Association LCA v. Burwell *CBA 1*), No. 5:14-cv-00240 (W.D. Okla.), Catholic Benefits Association LCA v. Burwell (CBA II), No. 5:14-cv-00685 (W.D. Okla.),Nos. 14-6171, 14-6163, 15-6029, 15-6037, 15-6139, 16-6030, 16-6217 (10th Cir.) | Catholic Benefits Associatoin | N | Unknown | N/A | To estimate the number in CBA plans that may be effected, 10,000 used. | CBA does not carry its own insurance | 0 | 10,000 | |
| 30 | | Catholic Insurance Company | N | Unknown | N/A | No | CBA owns CIC, so we assume CIC also does not offer insurance | 0 | 0 | |
| 31 | | Archdiocese of Baltimore | H | 5, 500 participants | Complaint | No | Diocese self-insured plan | 0 | 0 | |
| 32 | | Cathedral Foundation (AKA Catholic Review Media) | C | 32 employees | Complaint | No | Diocese self-insured plan | 0 | 0 | |
| 33 | | Archdiocese of Oklahoma City- Complaint lists Mount St. Mary, St. Ann, and Office of Catholic Schools as sub-ministries | H | Unknown (see St. Ann, Mount St. Mary and Office of Catholic Schools below) | | No | Diocese self-insured plan | 0 | | |
| 34 | | St. Ann | C | 78 employees | Form W-3 filing | No | Diocese self-insured plan | 0 | 0 | |
| 35 | | Mount St. Mary | C | Unknown | | No | Diocese self-insured plan | 0 | 0 | |
| 36 | | Office of Catholic Schools | C | | | | Diocese self-insured plan | 0 | 0 | |
| 37 | | Villa St. Francis Catholic Care Center | N | 100 participants | Complaint | Yes | | 100 | 100 | |
| 38 | | Goodwill Publishers | N | 140 employees | Complaint | Yes | | 140 | 140 | |
| 39 | | Catholic Charities Oklahoma City | C | 103 employees | Form W-3 filing | No | Diocese self-insured plan | 0 | 0 | |
| 40 | | All Saints | C | Unknown | | No | Diocese self-insured plan | 0 | 0 | |
| 41 | | Catholic Charities and Family Services, Diocese of Norwich | N | 69 employees | Second Complaint | Yes | | 69 | 69 | |
| 42 | Catholic Charities of the Archdioceses of Philadelphia v. Burwell, No. 2:14-cv-3096 (E.D. Pa.), No. 14-3126 (3d Cir.) | Catholic Social Services | C | 626 employees | Form W-3 filing | No | Diocese self-insured plan | 0 | 0 | |
| 43 | | St. Francis Homes for Boys | C | 227 employees | Form W-3 filing | No | Diocese self-insured plan | 0 | 0 | |
| 44 | | St. Edmund's Home for Children | C | 226 employees | Form W-3 filing | No | Diocese self-insured plan | 0 | 0 | |
| 45 | | Don Guanella Village | C | 413 employees | Form W-3 filing | No | Diocese self-insured plan | 0 | 0 | |
| 46 | | Divine Providence Village | C | 667 employees | Form W-3 filing | No | Diocese self-insured plan | 0 | 0 | |
| 47 | | St. Gabriel's System | C | 458 employees | Form W-3 filing | No | Diocese self-insured plan | 0 | 0 | |
| 48 | | Catholic Community Services | C | 92 | Form W-3 filing | No | Diocese self-insured plan | 0 | 0 | |
| 49 | | Nutritional Development Services | C | 64 | Form W-3 filing | No | Diocese self-insured plan | 0 | 0 | |
| 50 | | Villa St. Martha | C | 117 employees | Form W-3 filing | No | Diocese self-insured plan | 0 | 0 | |
| 51 | | St. Monica Manor | C | 356 employees | Form W-3 filing | No | Diocese self-insured plan | 0 | 0 | |
| 52 | | St. John Neumann Nursing Home | C | 360 Employees | Form W-3 filing | No | Diocese self-insured plan | 0 | 0 | |
| 53 | | Immaculate Mary Home | C | 490 Employees | Form W-3 filing | No | Diocese self-insured plan | 0 | 0 | |
| 54 | | St. Francis Country House | C | 488 employees | Form W-3 filing | No | Diocese self-insured plan | 0 | 0 | |
| 55 | | St. Martha Manor | C | 272 employees | Form W-3 filing | No | Diocese self-insured plan | 0 | 0 | |
| 56 | | St. Mary Manor | C | 339 employees | Form W-3 filing | No | Diocese self-insured plan | 0 | 0 | |
| 57 | | St. John Vianney Center | C | 84 employees | Form W-3 filing | No | Diocese self-insured plan | 0 | 0 | |
| 58 | | Catholic Clinical Consultants | C | 19 | Form W-3 filing | No | | 0 | 0 | |
| 59 | Catholic Diocese of Beaumont v. Burwell, No. 1:13-cv-00709 (E.D. Tex.), No. 14-40212 (5th Cir.) | Diocese | H | 950 employees; 232 staff at schools | Complaint | No | Offers coverage through Christian Brothers Employee Benefit Trust- a self insured church plan | 0 | 0 | |
| 60 | | Catholic Charities of Southeast Texas, Inc. | C | 18 employees | Complaint | | Offers coverage through Christian Brothers Employee Benefit Trust- a self insured church plan | 0 | 0 | |
| 61 | Catholic Diocese of Biloxi v. Burwell, No. 1:14-cv-00146 (S.D. Miss.) | Diocese of Jackson | H | 900 employees | Complaint | No | Diocese self-insured plan | 0 | 0 | |
| 62 | | Catholic Charities | C | 140 employees | Complaint | No | Diocese self-insured plan | 0 | 0 | |
| 63 | | Vicksburg | C | 70 employees | Website | No | Diocese self-insured plan | 0 | 0 | |
| 64 | | St Joseph | C | 85 employees | Website | No | Diocese self-insured plan | 0 | 0 | |
| 65 | | Diocese of Biloxi | H | 600 employees | Complaint | No | Diocese self-insured plan | 0 | 0 | |
| 66 | | De L'epee Deaf Center | C | 5 employees | Form W-3 filing | No | Diocese self-insured plan | 0 | 0 | |
| 67 | | Catholic Social & Community Services Inc. | C | 20 employees | Form W-3 filing | no | Diocese self-insured plan | 0 | 0 | |
| 68 | | Resurrection Catholic and Sacred Heart | C | 200 employees | Complaint | No | Diocese self-insured plan | 0 | 0 | |

Draft--For Discussion Purposes

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Case | Plaintiffs | Type: For-profit (F), Nonprofit (N), House of Worship or IA (H), Church Plan (C), Pro-life (P), Grandfathered (G) | Number of Employees/Students | Document employee number located within | Are students/employees counted in final total? | If not counted, explanation why | Number counted towards final total | Total employees (minus HoW/IA and SICPs) | Total students at relevant universities |
| 69 | | St. Dominic-Jackson Memorial Hospital and affiliated locations and programs | G | 2,200 employees | Complaint | No | Self-insured plan sponsored by Catholic affiliated hospital; grandfathered and already omits contraceptives, so could retain grandfathered status or pursue church plan status to continue omitting. | 0 | 0 | |
| 70 | Conlon, Bishop of Catholic Diocese of Joliet v. Sebelius, 1:12-cv-03932 (N.D. Ill. May 21, 2012) | Diocese of Joliet | H | At least 1,570 employees | Complaint | No | Diocese self-insured plan | 0 | 0 | |
| 71 | | Catholic Charities of Joliet | C | 240 employees | Complaint | No | Diocese self-insured plan | 0 | 0 | |
| 72 | | Diocese of Springfield | C | 2585 employees | Complaint | No | Diocese self-insured plan | 0 | 0 | |
| 73 | | Catholic Charities of Springfield | C | 200 employees | Complaint | No | Diocese self-insured plan | 0 | 0 | |
| 74 | | Catholic Charities of Chicago | C | 2700 employees | Complaint | Yes | Self-funded welfare benefit plan but not sure if church plan | 2,700 | 2,700 | |
| 75 | Catholic Diocese of Nashville v. Burwell, No. 3:13-cv-1303 (M.D. Tenn.), No. 13-6640 (6th Cir.) | Diocese of Nashville | H | 1200 employees | Complaint | No | House of Worship, fully insured | 0 | 0 | |
| 76 | | Catholic Charities | N | 115 employees | Complaint | Yes | | 115 | 115 | |
| 77 | | Aquinas College | N | 16 employees | Website | employees: yes; students: no | Website/news reports indicate recent drastic downsizing of workforce; students not counted because complaint does not allege a student plan | 16 | 16 | 0 |
| 78 | | Camp Marymount | N | 75 employees | Complaint | Yes | | 75 | 75 | |
| 79 | | MQA | N | 85 employees | Complaint | Yes | | 85 | 85 | |
| 80 | | St. Mary Villa | N | 50 employees | Complaint | Yes | | 50 | 50 | |
| 81 | | Dominican Sisters | H | 23 employees | | No | Religious order | 0 | 0 | |
| 82 | Catholic Diocese of Peoria v. Sebelius, 1:12-cv-01276 JES-BGC (C.D. Ill. August 9, 2012) | | H | Unknown | | No | Diocese self-insured plan (court order, 2013 WL 74240), and grandfathered | 0 | 0 | |
| 83 | Catholic Health Care System v. Burwell, No. 1:12-cv-02542 (E.D.N.Y.), No. 14-427 (2d Cir.); **PACER** | Archdiocese of New York | H | 10,000 employees | Complaint | No | In the lawsuit the government took the position that this is a self-insured church plan. See, e.g., 987 F.Supp.2d at 242 | 0 | 0 | |
| 84 | | ArchCare | C | 4,000 employees | Complaint | No | Catholic hospital self-insured plan? | 0 | 0 | |
| 85 | | Catholic Health Services of Long Island | C | 17,000 employees | Complaint | No | Catholic hospital self-insured plan | 0 | 0 | |
| 86 | | The Diocese of Rockville Centre | H | 2,000 employees | Complaint | No | In the lawsuit the government took the position that this is a self-insured church plan. See, e.g., 987 F.Supp.2d at 242 | 0 | 0 | |
| 87 | | Monsignor Farrel High School | | 73 employees | Website | No | In the lawsuit the government took the position that this is a self-insured church plan. See, e.g., 987 F.Supp.2d at 242 | 0 | 0 | |
| 88 | | Cardinal Spellman High School | C | 100 employees | Complaint | No | In the lawsuit the government took the position that this is a self-insured church plan. See, e.g., 987 F.Supp.2d at 242 | 0 | 0 | |
| 89 | Christian & Missionary Alliance Foundation, Inc., No. 2:14-cv-00580 (M.D. FL.), Nos. 15-11437, 15-11635 (11th Cir.) | CMA d/b/a Shell Point Retirement Center | | 1247 employees | Form W-3 filing | Yes | | 1,247 | 1,247 | |
| 90 | | Alliance Community for Retirement Living | | 344 employees | Form W-3 filing | Yes | | 344 | 344 | |
| 91 | | Alliance Home of Carlisle | | 219 employees | Form W-3 filing | Yes | | 219 | 219 | |
| 92 | | Town and Country Manor | | 365 employees | Form W-3 filing | Yes | | 365 | 365 | |
| 93 | | Simpson University | | 815 employees | Complaint | employees: yes; students: no | Complaint does not seek relief for any student plan | 815 | 815 | 0 |
| 94 | | Crown College | | 114 employees | Form W-3 filing; student enrollment: https://www.crown.edu/about/quick-facts/ ("nearly 1,300 students") | Yes | | 1,275 students; 114 employees | 114 | 1,275 |
| 95 | Christian Employers Alliance v. Burwell, No. 3:16-cv-309 (D.N.D.) | Christian Employers Alliance | | Unknown | | No | No claim was made for CEA plans, and no list of members beyond TBC and TIC | 0 | 0 | |
| 96 | | Trinity Bible College | | 249 employees | Form W-3 filing | Yes | | 249 | 249 | |
| 97 | | Treasure Island Coins | | 9 staff | Website | employees: yes; students: no | complaint does not mention student plan | 9 | 9 | |
| 98 | Colorado Christian Univ. v. Burwell, No. 1:13-cv-02105 (D. Colo.), No. 14-1329 (10th Cir.) | Colorado Christian University | | 5,300 students; 680 employees | Complaint | Yes | | 5,300 students; 680 employees | 680 | 5,300 |
| 99 | Conestoga Wood Specialties Corp. v. Burwell (Burwell v. Hobby Lobby Stores, Inc.), No. 13-356 (U.S. June 30, 2014); | Conestoga Wood Specialties Corp. (Individual operators of Conestoga Wood Specialties Corporation are the three other named plaintiffs) | | 950 employees | Complaint | Yes | | 950 | 950 | |

**669266**

Draft--For Discussion Purposes

| | Case | Plaintiffs | Type: For-profit (F), Nonprofit (N), House of Worship or IA (H), Church Plan (C), Pro-life (P), Grandfathered (G) | Number of Employees/Students | Document employee number located within | Are students/employees counted in final total? | If not counted, explanation why | Number counted towards final total | Total employees (minus HoW/IA and SICPs) | Total students at relevant universities |
|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | D | E | F | G | H | I | J |
| 100 | Diocese of Cheyenne v. Burwell, No. 2:14-cv-00021 (D. Wyo.), No. 14-8040 (10th Cir.) | Diocese of Cheyenne | | 16 employees plus over 100 teachers | Complaint | No | Diocese self-insured plan | 0 | 0 | |
| 101 | | Catholic Charities | | 6 employees | Complaint | No | Diocese self-insured plan | 0 | 0 | |
| 102 | | St. Anthony School | | 41 employees | Complaint | No | Diocese self-insured plan | 0 | 0 | |
| 103 | | St. Joseph's Home | | 130 employees, 62 orphan children | Complaint | No | Diocese self-insured plan | 0 | 0 | |
| 104 | | JPIICS | | 20 | Complaint | No | Diocese self-insured plan | 0 | 0 | |
| 105 | | Wyoming Catholic College | | 32 employees | Complaint | No | Offers coverage through Christian Brothers Employee Benefit Trust- a self insured church plan | 0 | 0 | 0 |
| 106 | Diocese of Fort Wayne-South Bend Inc. v. Burwell, No. 1:12-cv-00159 (N.D. Ind.), No. 14-1431 (7th Cir.) | Diocese of Fort Wayne South Bend | | 2,741 employees | Complaint | No | Diocese self-insured plan; also grandfathered | 0 | 0 | |
| 107 | | Catholic Charities | | 39 employees | Complaint | No | Diocese self-insured plan | 0 | 0 | |
| 108 | | St Anne Home | | 310 employees | Complaint | Yes | Self-insured plan, but not sure if it is a church plan | 310 | 310 | |
| 109 | | University of St Francis | | 2,300 students, 413 employees | Complaint | employees: yes; students: no | No student plan discussed; Employees are offered a self-insured health plan, but not sure it is a church plan, so included | 413 | 413 | 0 |
| 110 | | Our Sunday Visitor | | 300 employees | Complaint | Yes | Self-insured plan, but not sure if it is a church plan | 300 | 300 | |
| 111 | | Specialty Physicians | | 342 employees | Complaint | Yes | | 342 | 342 | |
| 112 | | Franciscan Alliance | | 18,000 employees | Complaint | Partial | All but 1,733 employees are on a church plan exempt from ERISA. See: https://www.franciscanhealth.org/sites/default/files/2015%20employee%20benefit%20booklet.pdf  (Only employees in Illinois are in BCBS plans and there are 1733 of those employees according to complaint) | 1,733 | 1,733 | |
| 113 | Doboszenski & Sons, Inc. v. Burwell, No. 0:13-cv-03148-JNE-FLN (D. Minn. Nov. 11, 2013); | | | 32 employees | Complaint | Yes | | 32 | 32 | |
| 114 | Dobson v. Burwell, No. 1:13-cv-03326 (D. Colo.), No. 14-1233 (10th Cir.) | | | 28 employees | Complaint | Yes | | 28 | 28 | |
| 115 | Domino's Farms Corporation v. Sebelius et al., No. 12-cv-15488 (E.D. Mich. Dec. 20, 2012) | | | 89 employees | Complaint | Yes | | 89 | 89 | |
| 116 | Dordt Coll. v. Burwell, No. 5:13-cv-04100 (N.D. Iowa, Western Divison), No. 14-2726 (8th Cir.) | Dordt College | | 1,400 students, 280 employees | Complaint | Yes | | 1,400 students, 280 employees | 280 | 1,400 |
| 117 | | Cornerstone University | | 2,923 students, 294 employees | Complaint | employees: yes; students: no | No student plan discussed | 294 | 294 | 0 |
| 118 | East Texas Baptist Univ. v. Burwell, No. 4:12-cv-03009 (S.D. Tex.), No. 14-20112 (5th Cir.) | Houston Baptist University | | 2,589 students, 416 employees | Complaint | No | Self-insured church plan | 0 | 0 | 0 |
| 119 | | East Texas Baptist Univeristy | | 1,290 students, 283 employees | Complaint | Yes | | 1,290 students, 283 employees | 283 | 1,290 |
| 120 | | Westminster Theological Seminary (Intervenor) | | 60 FT, 65 PT employees, 620 students | Complaint in intervention | employees: yes; students: no | complaint does not mention student plan | 125 | 125 | 0 |
| 121 | Eden Foods, Inc. v. Burwell, No. 13-1677 (6th Cir. June 28, 2013), | | | 128 employees | Complaint | Yes | | 128 | 128 | |
| 122 | Eternal Word Television Network, Inc. v. Burwell, No. 1:13-cv-00521 (S.D. AL), No. 14-12696 (11th Cir.) | | | 350 employees | Complaint | Yes | | 350 | 350 | |
| 123 | Fellowship of Catholic University Students v. Burwell, No. 1:13-cv-03263-MSK-KMT (D. Colo. Apr. 23, 2014) | | | 450 employees | Complaint | No | Case resolved on basis that plaintiff is integrated auxilary | 0 | 0 | |
| 124 | Feltl & Co., Inc. v. Burwell, No. 13-CV-2635 DWF/JJK (D. Minn. Nov. 8, 2013); | Complaint lists two owners of the company as individual plaintiffs | | 4 employees | Website | Yes | | 4 | 4 | |
| 125 | Franciscan University v. Sebelius, 2:12-CV-440 (S.D. Ohio) | | | Unknown | Complaint | No | Sued while grandfathered and then dropped student plan. With no additional suit, no apparent affect from rule. | 0 | 0 | 0 |
| 126 | Geneva College v. Burwell, No. 2:12-cv-00207 (W.D. Pa.), Nos. 13-3536, 14-1374 (3rd. Cir.) | Geneva College | | 1,850 students, 350 employees | Complaint | Yes | | 1,850 students, 350 employees | 350 | 1,850 |
| 127 | | Seneca Hardwood Lumber | | 22 employees | Complaint | No | Permanent injunction shields rule from previous rule | 0 | 0 | |
| 128 | Gilardi v. U.S. Dep't of Health and Human Servs., No. 13-5069, 2013 WL 5854246 (D.C. Cir. Nov. 1, | Freshway Foods | | 340 employees | Complaint | Yes | | 340 | 340 | |
| 129 | | Freshway Logistics | | 55 employees | Complaint | Yes | | 55 | 55 | |
| 130 | Grace Schools v. Burwell, No. 3:12-cv-00459 (N.D. Ind.), No. 14-1430 (7th Cir.) | Grace College and Seminary | | 2,700 students, 457 employees | Complaint | Yes | | 2,700 students, 457 employees | 457 | 2,700 |
| 131 | | Biola University | | 6,222 students, 856 employees | Complaint | Yes | | 6,222 students, 856 employees | 856 | 6,222 |

669267

Draft--For Discussion Purposes

| Case | Plaintiffs | Type: For-profit (F), Nonprofit (N), House of Worship or IA (H), Church Plan (C), Pro-life (P), Grandfathered (G) | Number of Employees/Students | Document employee number located within | Are students/employees counted in final total? | If not counted, explanation why | Number counted towards final total | Total employees (minus HoW/IA and SICPs) | Total students at relevant universities |
|---|---|---|---|---|---|---|---|---|---|
| Grote Indus. LLC v. Burwell, No. 13-1077, 2013 WL 5960692 (7th Cir. Nov. 8, 2013), cert. denied sub nom. Burwell v. Korte, No. 13-937 (U.S. July 1, 2014); | | | 1,148 employees | | Yes | | 1,148 | 1,148 | |
| Hall v. Burwell, No. 0:13-cv-00295-JRT-LIB (D. Minn. Apr. 2, 2013); | | | Approximately 50 employees | Complaint and online news reports | Yes | | 50 | 50 | |
| Hartenbower v. U.S. Dep't of Health and Human Servs., No. 1:13-cv-02253 (N.D. Ill. Apr. 18, 2013); | Hart Electric | | 54 employees (including owners) | Complaint | Yes | | 54 | 54 | |
| | H.I. Hart | | 7 employees | Complaint | Yes | | 7 | 7 | |
| Hastings Chrysler Center, Inc. v. Burwell, No. 0:14-cv-00265-PAM-JJG (D. Minn. May 28, 2014); | | | 60 employees | Complaint | Yes | | 60 | 60 | |
| Hobby Lobby Stores, Inc., et al. v. Sebelius, et al., No. | Hobby Lobby | | 13,240 employees | Complaint | Yes | | 13,240 | 13,240 | |
| CIV-12-1000-HE (W.D. Okla. Oct. 2, 2012); Burwell | Mardel | | 372 employees | Complaint | Yes | | 372 | 372 | |
| Holland v. U.S. Dep't of Health and Human Servs, No. 13-15487 (S.D. W. Va. July 15, 2014); | | | 150 employees | Complaint | Yes | | 150 | 150 | |
| Infrastructure Alternatives, Inc. v. Burwell, No. 1:13-cv-00031-RJJ (W.D. Mich. Sept. 30, 2013) | | | 70 employees | Complaint | Yes | | 70 | 70 | |
| Insight for Living Ministries v. Burwell, No. 4:14-cv-675 (E.D. Tex.), No. 15-40031 (5th Cir.) | | | 108 employees | Form W-3 filing | Yes | | 108 | 108 | |
| Johnson Welded Prods. v. Burwell, No. 1:16-cv-557 (D.D.C.) | | | 421 employees (including Lilli Johnson) | Complaint | Yes | | 421 | 421 | |
| Korte v. Burwell, No. 12-3841, 2013 WL 5960692 (7th Cir. Nov. 8, 2013), cert. denied No. 13-937 (U.S. July 1, 2014); | | | 90 employees | Complaint | Yes | | 90 | 90 | |
| Legatus v. Burwell, No. 2:12-cv-12061-RHC-MJH (E.D. Mich. Dec. 20, 2013) | Legatus | | 69 employees | Complaint | Yes | | 69 | 69 | |
| | Weingartz Supply Company, W&P Management LLC, and subsidiaries | | 170 employees | Complaint | Yes | | 170 | 170 | |
| Lindsay v. U.S. Dep't of Health and Human Servs., No. 13-cv-1210 (N.D. Ill. Mar. 20, 2013); | | | 70 employees | Complaint | Yes | | 70 | 70 | |
| Little Sisters of the Poor Home for the Aged v. Burwell, No. 1:13-cv-2611 (D. Colo.), No. 13-1540 (10th Cir.) | Christian Brothers Employee Benefit Trust ( Little Sisters uses Christian Brothers Employee Benefit Trust, and Christian Brothers Services is the TPA for the Christian Brothers Employee Benefit Trust) | | 5,000 employees | Complaint | No | Self-insured church plan | 0 | 0 | |
| Louisiana Coll. v. Burwell, No. 1:12-cv-00463 (W.D. La.), No. 14-31167 (5th Cir.) | | | 1,450 students, 260 employees | Complaint | No | | 0 | 0 | 0 |
| March for Life v. Burwell, No. 1:14-cv-1149 (D.D.C.), No. 15-5301 (D.C. Cir.) | | | 2 employees covered in plan; less than 10 overall | | No | All employees must/do oppose the coverage; therefore not counting as affected by rule | 0 | 0 | |
| Media Research Center v. Sebelius, No. 1:14-CV-379 (E.D. Virginia) | | | 114 employees | Complaint | Yes | | 114 | 114 | |
| Mersino Mgmt. Co. v. Burwell, No. 13-1944 (6th Cir. July 9, 2014) | | | 110 employees | Complaint | Yes | | 110 | 110 | |
| Michigan Catholic Conf. v. Burwell, No. 1:13-cv- | Michigan Catholic Charities | | 6,429 employees | Complaint | No | Self-insured church plan | 0 | 0 | |
| 1247 (W.D. Mich.), No. 13-2723 (6th Cir.) | Catholic Charities | | 55 employees | Complaint | No | Self-insured church plan | 0 | 0 | |
| Midwest Fastener Corp. v. Burwell, No. 1:13-cv-01337-ESH (D.D.C. Oct. 16, 2013); | | | 187 employees | Complaint | Yes | | 187 | 187 | |
| MK Chambers Co. v. Dep't of Health and Human Servs., No. 13-cv-11379 (E.D. Mich. Nov. 21, 2014) | | | 106 employees | Business profile on manta.org | Yes | | 106 | 106 | |
| Nagle, Christopher, et al. v. Kathleen Sebelius, et al.; No. 2:13-cv-12036-VAR-DRG (E.D. Mich. May 10, 2013) (AKA "M&N Plastics") | | | 109 employees | Complaint | Yes | | 109 | 109 | |
| Newland v. Burwell, 881 F. Supp. 2d 1287 (D. Colo. July 27, 2012), affirmed on appeal, No. 12-1380 (10th Cir. Oct. 3, 2013) | | | Unknown | | No | Permanent injunction | 0 | | |
| O'Brien v. U.S. Dep't of Health & Human Servs., No. 12-3357 (8th Cir. Nov. 28, 2012) | | | 87 employees | Complaint | Yes | | 87 | 87 | |
| Ozinga v. Burwell, No. 1:13-cv-3292 (N.D. Ill.), No. 15-3648 (7th Cir.) | | | 675+ employees | Complaint | Partial | Only 110 obtain insurance through the plan that would be affected by the exemption. This is upscaled to 110/62%=178 | 178 | 178 | |
| Persico v. Burwell, No. 1:13-cv-0303 (W.D. Pa.), Nos. 14-1376 (3d Cir.); | Cathlice Diocese of Erie | | 1,500 employees | Complaint | No | Diocese self-insured plan | 0 | 0 | |
| | St Martin Center | | 61 employees | Form W-3 filing | No | Diocese self-insured plan | 0 | 0 | |
| formerly Most Reverend Donald W. Trautman, Bishop | Prince of Peace Center | | 20 employees | Form W-3 filing | No | Diocese self-insured plan | 0 | 0 | |
| of the Roman Catholic Diocese of Erie, et al., v. Sebelius, No. 1:12-cv-00123-SPB (W.D. Pa. May 30, | Erie Catholic Preparatory School | | 80 employees | Complaint | No | Diocese self-insured plan | 0 | 0 | |
| Priests for Life, No. 1:13-cv-01261 (D.D.C.), No. 13-5368 (D.C. Cir.) | | | 60 employees | Website | Yes | | 60 | 60 | |

Draft--For Discussion Purposes

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| | Case | Plaintiffs | Type: For-profit (F), Nonprofit (N), House of Worship or IA (H), Church Plan (C), Pro-life (P), Grandfathered (G) | Number of Employees/Students | Document employee number located within | Are students/employees counted in final total? | If not counted, explanation why | Number counted towards final total | Total employees (minus HoW/IA and SICPs) | Total students at relevant universities |
| 165 | Randy Reed Auto. Inc. v. Burwell, No. 5:13-cv-6117-SJ-ODS (W.D. Mo. Dec. 3, 2013); | | | approximately 179 employees | Complaint | Yes | | 179 | 179 | |
| 166 | Reaching Souls Int'l, Inc. v. Burwell, No. 5:13-cv-01092 (W.D. Okla.), No. 14-6028 (10th Cir.) | | | 78,000 participants (pastors, employees, and their families) | Complaint | No | Self insured church plan | 0 | 0 | |
| 167 | Real Alternatives, Inc. v. Burwell, No. 1:15-cv-105 (M.D. Pa.), No. 16-1275 (3d Cir.) | | | 3 employees | Complaint | No | All employees must/do oppose the coverage; therefore not counting as affected by rule | 0 | 0 | |
| 168 | Right to Life of Michigan v. Kathleen Sebelius; No. 1:13-CV-01202 (W.D. Mich. Nov. 22, 2013) | | | 43 employees | Complaint | No | All employees must/do oppose the coverage; therefore not counting as affected by rule | 0 | 0 | |
| 169 | Roman Catholic Archbishop of Washington v. Burwell, No. 1:13-cv-01441 (D.D.C.), Nos. 13-5371, 14-5021 (D.C. Cir.) | Cathloic University | | 7,000 students, 1,766 employees | Complaint | Yes | | 7,000 students, 1,766 employees | 1,766 | 7,000 |
| 170 | | Archdiocese of Washington | | 2,100 eligible employees, 1,200 teachers/employees at schools | Complaint | No | Diocese self-insured plan | 0 | 0 | |
| 171 | | Thomas Aquinas College | | 370 students, 78 eligible employees | Complaint | No | Church plan and complaint does not state that it offers student insurance | 0 | 0 | 0 |
| 172 | | Consortium of Catholic Academies | | 119 employees | Complaint | No | Diocese self-insured plan | 0 | 0 | |
| 173 | | Archbishop Carroll | | 70 employees | Complaint | No | Diocese self-insured plan | 0 | 0 | |
| 174 | | Don Bosco | | 51 employees | Complaint | No | Diocese self-insured plan | 0 | 0 | |
| 175 | | Catholic Information Center | | 9 employees | Complaint | No | Diocese self-insured plan | 0 | 0 | |
| 176 | | Mary of Nazareth | | 44 employees | Complaint | No | Diocese self-insured plan | 0 | 0 | |
| 177 | | Catholic Charities | | 890 employees | Complaint | No | Diocese self-insured plan | 0 | 0 | |
| 178 | | Victory Housing | | 184 employees | Complaint | No | Diocese self-insured plan | 0 | 0 | |
| 179 | Roman Catholic Archdiocese of Atlanta v. Burwell, No. 1:12-cv-03489 (N.D. Ga.), Nos. 14-12890, 14-13239 (11th Cir.) | Roman Catholic Archdiocese of Atlanta | | 9,800 students, 4,200 employees | Complaint | No | Diocese self-insured plan | 0 | 0 | |
| 180 | | Catholic Charities | | 75 employees | Complaint | No | Diocese self-insured plan | 0 | 0 | |
| 181 | | CENG | | 200 employees | Complaint | No | Diocese self-insured plan | 0 | 0 | |
| 182 | | Diocese of Savannah | | 5,000 students; hundreds of employees | Complaint | No | Diocese self-insured plan | 0 | 0 | |
| 183 | Roman Catholic Diocese of Dallas v. Sebelius, No. 3:12-cv-01589-B (N.D. Tex.) | | | 900 students; 100+ employees | Complaint | No | Diocese self-insured plan | 0 | 0 | |
| 184 | School of the Ozarks v. Rightchoice Managed Care, Inc., No. 6:13-cv-03157 (W.D. Mo.), No. 15-1330 (8th Cir.) | | | 1,442 students, 601 employees | Students - online; employees - Form w3 Filing | Employees only | Complaint does not say they offer a student plan | 601 | 601 | |
| 185 | Sharpe Holdings, Inc. v. Burwell, No. 2:12-cv-92 (E.D. Mo.) and CNS Intl Ministries, No. 14-1507 (8th Cir.) | Sharpe | | 50 employees | 2dam complaint and Linked in | Yes | | 50 | 50 | |
| 186 | | Ozark | | 51 employees | 2dam complaint and Linked in | Yes | | 51 | 51 | |
| 187 | | CNS International Ministries | | 204 employees | Form W-3 filing | Yes | | 204 | 204 | |
| 188 | | NIS Financial | | 49 employees | 2dam Complaint | Yes | | 49 | 49 | |
| 189 | | CNS Corp | | 49 employees | 2dam Complaint | Yes | | 49 | 49 | |
| 190 | | Heartland Christian College | | 12 employees | Form W-3 filing | Employees only | Complaint does not say they offer a student plan | 12 | 12 | 0 |
| 191 | Sioux Chief Mfg. Co. v. Burwell, No. 13-0036-CV-W ODS (W.D. Mo. Feb. 28, 2013); | | | 370 employees | Complaint | Yes | | 370 | 370 | |
| 192 | SMA, LLC v. Burwell, No. 0:13-cv-01375-ADM-LIB (D. Minn. July 8, 2013). | | | 35 employees | Complaint | Yes | | 35 | 35 | |
| 193 | Southern Nazarene Univ. v. Burwell, No. 5:13-cv-1015 (W.D. Okla.), No. 14-6026 (10th Cir.) | Southern Nazarene University | | 2,100 students, 505 employees | Complaint | Yes | | 2,100 students, 505 employees | 505 | 2,100 |
| 194 | | OK Weselan University | | 1,220 students, 557 employees | Complaint | Employees only | Complaint does not say they offer a student plan | 557 employees | 557 | 0 |
| 195 | | OK Baptist University | | 1,900 students, 328 employees | Complaint | Yes | | 1,900 students, 328 employees | 328 | 1,900 |
| 196 | | Mid America Christian University | | 1,447 stuends, 298 employees | Complaint | No | Mid America Christian Univ is on Guidestone, a self-insured church plan | 0 | 0 | |
| 197 | Stewart v. Burwell, No. 1:13-cv-01879 (D.D.C. Apr. 3, 2014); | Encompass Develop, Design & Construct, LLC | | 43 employees | Complaint | Yes | | 43 | 43 | |
| 198 | Stinson Electric, Inc. v. Burwell, No. 14-00830-PJS-JJG (D. Minn. April 30, 2014); | | | 19 employees | Business profile on manta.org | Yes | | 19 | 19 | |
| 199 | The C.W. Zumbiel Co. v. Burwell, No. 1:13-cv-01611 (D.D.C. Nov. 27, 2013); | | | 350 employees | Complaint | Yes | | 350 | 350 | |
| 200 | The Criswell College v. Sebelius, No. 3:12-cv-04404-N (N.D. Tex.) | | | 322 students, 50 employees | Complaint | Employees only | Complaint does not say they offer a student plan | 50 | 50 | |
| 201 | The QC Grp., Inc., v. Burwell, No. 0:13-cv-01726-JRT-SER (D. Minn. Sept. 11, 2013); | | | 62 employees | Complaint | Yes | | 62 | 62 | |
| 202 | Thomas G. Wenski v. Kathleen Sebelius; No. 12-cv-23820-Graham/Goodman (S.D. Fla. Nov. 7, 2012) | Archdiocese of Miami | | Unknown | | No | House of worship | 0 | 0 | |
| 203 | | Catholic Health Services | | 2,000 employees | Complaint | Yes | | 2,000 | 2,000 | |
| 204 | | Catholic Hospice | | 610 employees | Form W-3 filing | Yes | | 610 | 610 | |

**669269**

Draft--For Discussion Purposes

| | Case | Plaintiffs | Type: For-profit (F), Nonprofit (N), House of Worship or IA (H), Church Plan (C), Pro-life (P), Grandfathered (G) | Number of Employees/Students | Document employee number located within | Are students/employees counted in final total? | If not counted, explanation why | Number counted towards final total | Total employees (minus HoW/IA and SICPs) | Total students at relevant universities |
|---|---|---|---|---|---|---|---|---|---|---|
| 205 | | St. Thomas University | | Unknown | | No | Lawsuit mentions St. Thomas University but asserts no claims for its health plans | 0 | 0 | 0 |
| 206 | Tonn & Blank Constr. v. Burwell, No. 1:12-cv-00325-JD-RBC (N.D. Ind. Apr. 1, 2013); | | | 60 employees | Complaint | Yes | | 60 | 60 | |
| 207 | Trijicon, Inc. v. Burwell, No. 1:13-cv-1207 (D.D.C.) | | | 469 employees | Complaint | Yes | | 469 | 469 | |
| 208 | Tyndale House Publishers, Inc. v. Burwell, 904 F. Supp. 2d 106 (D.D.C. Nov. 16, 2012); | | | 260 employees | Complaint | Yes | | 260 | 260 | |
| 209 | Union University v. Burwell, No. 1:14-cv-1079 (W.D. Tenn.) | | | 2,829 students, 1,116 employees | Students - online; employees - Form w3 Filing | Employees only | Complaint does not say they offer a student plan | 1,116 employees | 1,116 | 0 |
| 210 | Univ of Dallas v. Burwell, No. 4:12-cv-00314 (N.D. Tex.), No. 14-10241 (5th Cir.), Nos. 14-10661 (5th Cir.) | Roman Catholic Diocese of Fort Worth | | 6,500 students, 2,000 employees | | No | Offers coverage through Christian Brothers Employee Benefit Trust- a self insured church plan | 0 | 0 | |
| 211 | | University of Dallas | | 2,600 students, 725 employees | Complaint | Yes | | 2,600 students, 725 employees | 725 | 2,600 |
| 212 | | Catholic Charities | | 332 employees | Complaint | Yes | | 332 | 332 | |
| 213 | Univ. of Notre Dame v. Burwell, No. 3:13-cv-1276 (N.D. Ind.), No. 13-3853 (7th Cir.) | Our Lady Of Victory Catholic School | | 23 employees | Complaint | No | Offers coverage through Christian Brothers Employee Benefit Trust- a self insured church plan | 0 | 0 | |
| 214 | | | | 11,500 students, 5,000 employees | Complaint | yes | | 11,500 students, 5,000 employees | 5,000 | 11,500 |
| 215 | Valley Forge Christian College of the Assemblies of God v. Burwell, No. 14-4622 (E.D. Pa. Aug. 14, 2014) | | | Unknown | Complaint | No | Plaintiff voluntarily dismissed suit; our understanding is they were satisfied with previous accommodation | 0 | 0 | 0 |
| 216 | Weingartz Supply Co. v. Burwell, No. 2:12-cv-12061 (E.D. Mich.), No. 14-1183 (6th Cir.) | | | 170 employees | DC Ruling | Yes | | 170 | 170 | |
| 217 | Wheaton College v. Burwell, No. 1:13-cv-08910 (N.D. Ill.), No. 14-2396 (7th Cir.) | | | 870 Employees | Complaint | Yes | Note: Students not counted because complaint states that Wheaton dropped student coverage | 870 | 870 | 0 |
| 218 | Williams v. Burwell, No. 1:13-cv-01699 (D.D.C. Nov. 19, 2013); | | | 3 employees | Complaint | Yes | | 3 | 3 | |
| 219 | Willis Law v. Burwell, No. 1:13-cv-01124-CKK (D.D.C. Aug. 23, 2013); | | | 15 employees | Complaint | Yes | | 15 | 15 | |
| 220 | Yep v. Seblius, No. 1:12-cv-6756 (N.D. Ill.), Triune Health Group, Inc. v. Burwell, No. 1:12-cv-06756 (N.D. Ill.); No. 13-1478 (7th Cir.) | | | 4 employees | Website | Yes | | 4 | 4 | |
| 221 | Zubik v. Burwell, No. 2:13-cv-1459 (W.D. Pa.), Nos. 14-1377 | Diocese | | 140+ full-time employees | Complaint | No | Diocese self-insured plan | 0 | 0 | |
| 222 | (3d Cir.) | Catholic Charities | | 115 employees | Complaint | No | Diocese self-insured plan | 0 | 0 | |
| 223 | | Catholic Cemeteries | | 207 employees | Complaint | No | Diocese self-insured plan. Cemeteries was covered by the diocese's previous self-insured plan the Catholic Employers Benefits Plan; the new complaint says that CEBS was converted to the Catholic Benefits Trust, and Cemeteries are omitted as co-plaintiffs | 0 | 0 | |
| 224 | | | | | | | | Total | 64,352 | 46,737 |
| 225 | | | | | | | | | | 7% of students use university sponsored plans http://www.gao.gov/new.items/d08389.pdf |
| 226 | | | | | | | | Total | 64,352 | 3,272 |
| 227 | | | | | | | | | 64,352 employees in affected plans | 3,272 students in affected plans |

669270