# EXHIBIT W

DRAFT:  INFORMATION NOT RELEASABLE TO THE PUBLIC UNLESS AUTHORIZED BY LAW: This information has not been pub icly disclosed and may be privileged and confidential.  It is for internal government use only and must not be disseminated  distributed  or copied to persons not authorized to receive the information.  Unauthorized disclosure may result in prosecution to the fu l extent of the law.

Notification from Elig ble Organizations to HHS Regarding Religious Objections to Providing Contraceptive Coverage

**Redacted**

| | Tracking number | Date notification received | Received via mail or e-mail? | Eligible Organization Information | | Type of organization (Non-profit or other) | Plaintiff in Litigation? (Yes or No) (See instruction #2 above) | Contraceptive services not provided | Plan Information | | Plan type (Student Plan, Church Plan, Other) | Fully insured, self-insured or both? | Name of issuer (enter N/A if none) |
| | | | | Name of eligible organization | Contact information for eligible organization | | | | Plan name | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Redacted | | | | Redacted | | | | Redacted | | | | Redacted |
| 7 | | 8/26/2014 | E-mail | Cummins Al ison Corp and Cummins Illinois  Inc. | | Other | No | Plan B  Ella  Mirena  Copper IUDs | | | Other | self-insured | |
| 8 | | | | | | | | | | | Other | Fully insured | |
| 9 | | 9/8/2014 | E-mail | Loyola University | | Non-profit | No | All | | | Other | Fully insured | |
| 10 | | | | | | | | | | | Other | Fully insured | |
| 11 | | 9/10/2014 | E-mail | Valley Forge Christian College | | Non-profit | Yes | Ullpristal (aka E la)  Levonorgestrel (aka Plan B  Plan B One-Step  Next Choice)  Intrauterine Devices (of any type)  Abortion services except to save the life of the mother | | | Other | Fully insured | |
| 12 | | | | | | | | | | | Other | self-insured | |
| 13 | | 9/19/2014 | E-mail | Sisters of the Order of St. Dominic of Grand Rapids (Dominican Sisters) | | Non-Profit | No | All | | | Other | Fully insured | |
| 14 | | 9/19/2014 | E-mail | Continuant | | Other | No | Emergency Contraceptives & IUD's | | | Other | Fully Insured | |
| 15 | | | | | | | | | | | Other | Fully Insured | |
| 16 | | 10/ /2014 | E-mail | Management Analysis and Ut lization  Inc. | | Other | No | "All abortifacient coverages  such as  but not limited to  morning after and week after services" | | | Other | Both | |
| 17 | | | | | | | | | | | Other | Both | |
| 18 | | | | | | | | | | | Other | self-insured | |
| 19 | | 10/6/2014 | E-mail | Holy Ghost Preparatory School | | Non-profit | No | All | | | Other | Fully insured | |
| 20 | | 10/9/2014 | Ma l | The Catholic Diocese of Memphis in Tennesee | | Non-profit | | | | | Church Plan | self-insured | |
| 21 | | 10/9/2014 | Ma l | Belhaven University | | Non-profit | | All | | | Other | self-insured | |
| 22 | | | | | | | | | | | Other | self-insured | |
| 23 | | | | | | | | | | | Other | self-insured | |
| 24 | | 10/10/2014 | E-mail | Bingaman and Son Lumber Inc. PO Box 247 1195 Creek Mountain Rd Kreamer  PA 17833 | | Other | | Plan B  Ella  Mirena  Paraguard | | | Other | Fully insured | |
| 25 | | | | | | | | | | | Other | Fully insured | |

670107



| Tracking number | Date notification received | Received via mail or e-mail? | Name of eligible organization | Contact information for eligible organization | Type of organization (Non-profit or other) | Plaintiff in Litigation? (Yes or No) (See instruction #2 above) | Contraceptive services not provided | Plan name | Plan type (Student Plan, Church Plan, Other) | Fully insured, self-insured or both? | Name of issuer (enter N/A if none) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Redacted | | | | Redacted | | | | Redacted | Other | Fully insured | Redacted |
| | 10/15/2014 | E-mail | Loyola University | | Non-profit | No | All | | Other | Fully insured | |
| | | | | | | | | | Other | Fully insured | |
| | | | | | | | | | Other | Fully insured | |
| | 10/16/2014 | Litigation | Wheaton College | | Non-profit | Yes | "Abortion-causing drugs  abortion procedures  and related services  but has no religious objection to providing coverage for contraceptive drugs and devices that prevent conception (as opposed to interfering with the continued survival of a human embryo). Specifica ly identifies Plan B  ella  and certain unspecified IUDs as drugs and devices to which it has religious objections." | | Other | self-insured | |
| | | | | | | | | | Other | self-insured | |
| | | | | | | | | | Student | Fully insured | |
| | 10/20/2014 | Ma l | Carithers-Wallace-Courtenay LLC | | Other | | | | | | |
| | 10/29/2014 | Email | Contract Packaging  Inc. | | Other | | Plan B  E la  Next Choice | | Other | | |
| | 11/5/2014 | Ma l | Avesta Homes LLC | | Other | | All | | Other | Fully Insured | |
| | 11/1  /2014 | E-mail | Kent Manufacturing Company | | Other | | | | | | |
| | 11/14/2014 | Ma l | Dakota Tube Inc | | Other | | | | | | |
| | 11/18/2014 | E-mail | Oral Roberts University | | Non-profit | | EC Plan B One-step (the morning after pil ); Ella Ulipristal Acetate (the week after pil ); copper intrauterine devices; hormonal intrauterine devices; as wel as any other drug device  procedure  or mechanism which has the purpose or effect of preventing an already fertilized egg from developing further by inhibiting or terminating its attachment to the uterus" | | Other | Fully insured | |

Notifications

**670109**



| | M | N | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Service Provider Information | | | | | | | Action Taken | | |
| | Contact Information for Issuer (enter N/A if none) | Name of TPA (enter N/A if none) | Contact Information for TPA (enter N/A if none) | Original Information or updated Information? | For updated Information, date the Information is effective | For updated Information, summary of changes | For fu ly insured plans, date letter sent to Issuer by HHS | For self-insured plan, date notification forwarded to DOL | For for-profit organizations, date letter sent to organization (see Instruction #1 above) | Notes | |
| | Redacted | Redacted | Redacted | | | Redacted | | | | | |
| 26 | | | | Updated | 1/ /2015 | | | | | | |
| 27 | | | | Updated | 1/1/2015 | | | | | | |
| 28 | | | | Updated | 1/1/2015 | | | | | | |
| 29 | | | | Original | N/A | | | | | | |
| 30 | | | | Original | N/A | | | | | | |
| 31 | | | | Original | N/A | | | | | | |
| 32 | | | | Original | N/A | | | | | | |
| 33 | | | | | | | | | | | |
| 34 | | | | Original | N/A | | | | | | |
| 35 | | | | Original | N/A | | | | | | |
| 36 | | | | | | | | | | | |
| 37 | | | | | | | | | | | |
| 38 | | | | Original | N/A | | | | | | |

Notifications

**670110**

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Eligible Organization Information | | | | | | Plan Information | | |
| | Tracking number | Date notification received | Received via mail or e-mail? | Name of eligible organization | Contact information for eligible organization | Type of organization (Non-profit or other) | Plaintiff in Litigation? (Yes or No) (See instruction #2 above) | Contraceptive services not provided | Plan name | Plan type (Student Plan, Church Plan, Other) | Fully insured, self-insured or both? | Name of issuer (enter N/A if none) |
| | Redacted | | | | Redacted | | | - Plan B (levonorgestrel) and its generic equivalents - ella (ulipristal acetate) - ParaGard (copper IUD) - Mirena and Skyla (levonorgestrel-releasing IUDs) | Redacted | Other | Self-insured | Redacted |
| 39 | | 11/20/2014 | E-mail | J.E. Dunn Construction Group Inc. | | Other | | | | | | |
| 40 | | | | | | | | | | Other | Self-insured | |
| 41 | | | | | | | | | | Other | self-insured | |
| 42 | | 12/5/2014 | E-mail | Greenville College | | Non-profit | | Plan B Ella and a I IUDs | | Other | self-insured | |
| 43 | | | | | | | | | | Other | self-insured | |
| 44 | | 12/9/2014 | E-mail | Covenant Presbyterian Church | | Non-profit | | | | | | |
| 45 | | 12/17/2014 | E-mail | Trinity Schools Inc. D/B/A Trinity School at River Ridge | | Non-profit | No | | | Other? | Fully insured? | |
| 46 | | 12/17/2014 | E-mail | People of Praise Minnesota Inc. | | Non-profit | No | | | Other? | Fully insured? | |
| 47 | | 12/2 /2014 | E-mail | Oral Roberts University | | Non-profit | | EC Plan B One-step (the morning after pil ); Ella Ulipristal Acetate (the week after pil ); copper Intrauterine devices; hormonal Intrauterine devices; as we l as any other drug device procedure or mechanism which has the purpose or effect of preventing an already fertilized egg from developing further by inhibiting or terminating its attachment to the uterus" | | Other | self-insured | |
| 48 | | 1/9/2015 | Ma l | ParishSOFT LLC | | Other | | "All contraceptive medications and procedures (ster lization abortions Rx contraceptive devices etc.)" | | Other | Fully insured | |
| 49 | | | | | | | | | | Other | Fully insured | |
| 50 | | 1/12/2015 | Ma l | DAS Companies Inc. | | Other | | All | | Other | self-insured | |
| 51 | | 1/30/2015 | E-mail | Illinois Baptist Children's Home and Fam ly Services | | Non-profit | No | | | | | |
| 52 | | 2/1 /2015 | Ma l | Olivet Nazarene University | | Non-profit | No | "the Health Plan w ll not provide pay for and/or facilitate access to abortion-inducing products and related counseling. This includes the use of Yaz EllaOne and the Copper-T IUD when prescribed with a diagnosis of pregnancy." The Health Plan will require a prior authorization for the dispensing of Yaz EllaOne and the Copper-T IUD. Coverage of these products will not be allowed until a doctor confirms the use of the medications for non-abortifacient purposes." Plan B will be non-covered." | | Other | Fully insured | |
| 53 | | 4/15/2015 | Ma l | St. Raphael Health Plan - all participating employers (196 4) | | Non-profit | | All | | Church Plan | self-insured | |



| Tracking number | Date notification received | Received via mail or e-mail? | Name of eligible organization | Contact information for eligible organization | Type of organization (Non-profit or other) | Plaintiff in Litigation? (Yes or No) (See instruction K2 above) | Contraceptive services not provided | Plan name | Plan type (Student Plan, Church Plan, Other) | Fully insured, self-insured or both? | Name of issuer (enter N/A if none) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Eligible Organization Information | | | | | | Plan Information | | |
| Redacted | 5/4/2015 | Ma l | Society of the Precious Blood | Redacted | Non-profit | | All | Redacted | Other | Fully insured | Redacted |
| | 5/22/2015 | E-mail | Michael James Sales Tax Solutions  LLC | | Other | | "Any and a l abortifacients" | | Other | Fully insured | |
| | 07/087/15 | Litigation (Zub k v. Burwell) | The ROMAN CATHOLIC DIOCESE OF PITTSBURGH (* exempt) | | Non-profit | Yes | All | | Church Plan | self-insured | |
| | 07/087/15 | Litigation (Zub k v. Burwell) | THE ROMAN CATHOLIC DIOCESE OF ERIE (*exempt) | | Non-profit | Yes | All | | Church Plan | self-insured | |
| | 07/087/15 | Litigation (Zubik v. Burwell) | CATHOLIC CHARITIES OF THE DIOCESE OF PITTSBURGH  INC. | | Non-profit | Yes | All | | Church Plan | self-insured | |
| | 07/087/15 | Litigation (Zubik v. Burwell) | THE CATHOLIC CEMETERIES ASSOCIATION OF THE DIOCESE OF PITTSBURGH | | Non-profit | Yes | All | | Church Plan | self-insured | |
| | 07/087/15 | Litigation (Zubik v. Burwell) | ST. MARTIN CENTER  INC. | | Non-profit | Yes | All | | Church Plan | self-insured | |
| | 07/087/15 | Litigation (Zubik v. Burwell) | PRINCE OF PEACE CENTER  INC. | | Non-profit | Yes | All | | Church Plan | self-insured | |
| | 07/087/15 | Litigation (Zub k v. Burwell) | ERIE CATHOLIC PREPARATORY SCHOOL | | Non-profit | Yes | All | | Church Plan | self-insured | |
| | 8/3/2015 | Mail | Oral Roberts University | | Non-profit | | EC Plan B One-step (the morning after pil ); Ella Ulipristal Acetate (the week after pil ); copper intrauterine devices; hormonal intrauterine devices; as we l as any other drug device  procedure  or mechanism which has the purpose or effect of preventing an already fertilized egg from developing further by inhibiting or terminating its attachment to the uterus" | | Student | Fully insured | |

| | M | N | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Service Provider Information | | | For updated | | | | Action Taken | | |
| 5 | | | | Original information | information, date the | | For fully insured plans, | | For for-profit organizations, date letter sent to | | |
| 6 | | Contact information for issuer (enter N/A if none) | Name of TPA (enter N/A if none) | Contact information for TPA (enter N/A if none) | or updated information? | information is effective | For updated information, summary of changes | date letter sent to issuer by HHS | For self-insured plan, date notification forwarded to DOL | organization (see instruction #1 above) | Notes |
| | | Redacted | Redacted | Redacted | | | Redacted | | | | |
| 54 | | | | Original | N/A | | | | | | |
| 55 | | | | Original | N/A | | | | | | |
| 56 | | | | Original | N/A | | | | | | |
| 57 | | | | Original | N/A | | | | | | |
| 58 | | | | Original | N/A | | | | | | |
| 59 | | | | Original | N/A | | | | | | |
| 60 | | | | Original | N/A | | | | | | |
| 61 | | | | Original | N/A | | | | | | |
| 62 | | | | Original | N/A | | | | | | |
| 63 | | | | Original | N/A | | | | | | |

Notifications

| | A | B | C | D | Eligible Organization Information | | | H | I | Plan Information | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Tracking number | Date notification received | Received via mail or e-mail? | Name of eligible organization | Contact information for eligible organization | Type of organization (Non-profit or other) | Plaintiff in Litigation? (Yes or No) (See instruction K2 above) | Contraceptive services not provided | Plan name | Plan type (Student Plan, Church Plan, Other) | Fully insured, self-insured or both? | Name of issuer (enter N/A if none) |
| 64 | Redacted | 8/2/2015 | E-mail | Cummins-Al ison Corp and Cummins II inois Inc | Redacted | Other | No | Plan B  Ella  Mirena  Copper IUDs | Redacted | Other | self-insured | Redacted |
| 65 | | 9/25/2015 | E-mail | Weingartz Supply Co. Inc. & W & P Management LLC | | Other | Yes | All contraceptive services | | | Fully insured | |
| 66 | | 10/14/2015 | Ma l | Carolyn's Place  Inc. | | Non-profit | | All contraceptive services | | | Fully insured | |
| 67 | | 10/14/2015 | Ma l | Dakota Tube Inc | | Other | | | | | | |
| 68 | | 10/28/2015 | Ma l | Tyndale House Publishers  Inc. | | Other | | post-conceptive medications and devices  namely emergency contraceptives such as the "morning-after pill " the "week-after pi l " and intrauterine devices | | Other | Self-insured | |
| 69 | | 10/29/2015 | E-mail | Electrolock  Inc.  Dunstone Co. Inc. and Stone River Mgmt. Co. LLC. | | Other | | All | | Other | self-insured | |
| 70 | | 11/19/2015 | Ma l | Management  Analysis and Ut lization  Inc. | | Other | | Ella  Plan B  Plan B One Step  Next Choice  Next Choice One Dose  My Way  and Take Action | | Other | Fully insured | |
| 71 | | | | | | | | | | | Fully insured | |
| 72 | | | | | | | | | | | self-insured | |
| 73 | | 12/17/2015 | SWIFT | Conestoga Wood Specialties Corp. Conestoga Transportation  Inc. Phone: 717-445-6701 | | Other | Yes | Any hormonal drugs or IUDs | | Other | self-insured | |
| 74 | | 12/2/2015 | E-mail | St. Joseph's Abby (AKA. Cistercian Abby of Spencer) | | Non-profit | No | ALL contraceptive services required to be covered under PHS Act section 2713  as added by the Affordable Care Act  and incorporated into ERISA section 715 and Code section 9815 | | Church Plan | Fully insured | |
| 75 | | 12/2/2015 | Ma l | Dakota Tube Inc. | | Other | | | | | | |
| 76 | | 1/28/2016 | Ma l | Community Foundation of Northwest Indiana  Inc. St. Mary Medical Center St. Catherine Hospital | | Non-profit | | All - "objection to providing coverage of all contraceptive services required to be covered under PHS Act section 2713  as added by the Affordable Care Act  and incorporated into ERISA section 715 and Code section 9815." | | Other | Self-insured | |
| 77 | | 2/2/2016 | E-mail | Miller Contracting Services Inc. | | Other | | All | | Other | | |
| 78 | | 3/3/2016 | E-mail | Earth Sun Moon Trading company  Inc | | Other | | All | | Other | Fully insured | |

Notifications

**670115**



| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **Eligible Organization Information** | | | | | | **Plan Information** | | |
| | Tracking number | Date notification received | Received via mail or e-mail? | Name of eligible organization | Contact information for eligible organization | Type of organization (Non-profit or other) | Plaintiff in Litigation? (Yes or No) (See instruction #2 above) | Contraceptive services not provided | Plan name | Plan type (Student Plan, Church Plan, Other) | Fully insured, self-insured or both? | Name of issuer (enter N/A if none) |
| | Redacted | 3/7/2016 | E-mail | Luurtsema Sales | Redacted | Other | | All | Redacted | Other | Fully insured | Redacted |
| | | 3/24/2016 | E-mail | Continuum Health Partnerships Inc. / Continuum Health Management LLC / Mountain States Health Properties LLC. | | Other | | Abortion causing drugs  devices and sterilizations; patient education and counseling for all women with reproductive capacity. | | Other | self-insured | |
| | | 3/28/2016 | E-Mail | Fresh Unlimited  Inc. | | Other | | All | | Other | Fully Insured | |
| | | 4/1/2016 | E-mail | Sarkes Tarzian  Inc. | | Other | | All | | Other | Fully insured | |
| | | 7/19/2016 | E-Mail | Mersino Management Company / Mersino Southwest. LLC / Mersino Enterprise Inc. / Global Pump Company / Mersino Properties Company. LLC / Mersino Dewatering Inc. | | Other | Yes | All | | Other | self-insured | |
| | | 7/26/2016 | Litigation: 2nd Circuit Court 1:12-cv-02542-BMC Catholic Health Care System | Catholic Health Care System (aka ArchCare) | | | Yes | abortion-inducing drugs  sterilizations  contraceptives | | | self-insured | |
| | | | | Cardinal Spellman High School | | | Yes | | | | self-insured | |
| | | | | Monsignor Farrell High School | | | | | | | self-insured | |
| | | | | Catholic Health Services of Long Island | | | Yes | | | | self-insured | |
| | | 7/26/2016 | Litigation: Geneva 3nd Circuit Court 2:12-cv-00207 | Geneva College (employee) | | | Yes | abortion-inducing drugs | | Other | Fully Insured | |
| | | | | Geneva Co lege (Student) | | | Yes | | | Student | Fully Insured | |
| | | 7/26/2016 | Litigation: Persico 3nd Circuit Court 1-13-cv-00303 | The Roman Catholic Diocese of Erie* (exempt) | Non-profit | | Yes | abortion-inducing drugs  contraceptives  or sterilization | | Church Plan | self-insured | |
| | | | | Erie Catholic Preparatory School | Non-profit | | | | | | | |
| | | | | PRINCE OF PEACE CENTER  INC. | Non-profit | | | | | | | |
| | | | | ST. MARTIN CENTER  INC. | Non-profit | | | | | | | |
| | | 7/26/2016 | Litigation: Zubik 3nd Circuit Court 2-12-cv-00676 | Catholic Charities of Pittsburgh / Diocese of Pittsburgh* (Exempt) | Non-profit | | Yes | abortion-inducing drugs  contraceptives  or sterilization | | Church Plan | self-insured | |
| | | 7/26/2016 | Litigation: Catholic Diocese of Beaumont 5th Circuit Court | Catholic Charities of Southeast Texas / Catholic Diocese of Beaumont* (Exempt) | | | Yes | abortifacients  contraception  and ster lization | | Other | self-insured | |

Notifications

**670117**

| | M | N | O | P | Q | R | S | T | U | V | W |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | | Service Provider Information | | | | | | | Action Taken | | |
| 6 | Contact information for issuer (enter N/A if none) | Name of TPA (enter N/A if none) | Contact information for TPA (enter N/A if none) | Original information or updated information? | For updated information, date the information is effective | For updated information, summary of changes | For fu ly insured plans, date letter sent to issuer by HHS | For self-insured plan, date notification forwarded to DOL | For for-profit organizations, date letter rexx to organization (see instruction #1 above) | Notes | |
| 79 | Redacted | Redacted | Redacted | Original | N/A | Redacted | | | | | |
| 80 | | | | Original | N/A | | | | | | |
| 81 | | | | | | | | | | | |
| 82 | | | | | | | | | | | |
| 83 | | | | Original | N/A | | | | | | |
| 84 | | | | Original | N/A | | | | | | |
| 85 | | | | | | | | | | | |
| 86 | | | | Original | N/A | | | | | | |
| 87 | | | | | | | | | | | |
| 88 | | | | | | | | | | | |
| 89 | | | | | | | | | | | |
| 90 | | | | | | | | | | | |
| 91 | | | | Original | N/A | | | | | | |
| 92 | | | | Original | N/A | | | | | | |
| 93 | | | | Original | N/A | | | | | | |
| 94 | | | | Original | N/A | | | | | | |
| 95 | | | | Original | N/A | | | | | | |
| 96 | | | | Original | N/A | | | | | | |
| 97 | | | | Updated | N/A | | | | | | |
| 98 | | | | | | | | | | | |
| 99 | | | | | | | | | | | |
| 100 | | | | | | | | | | | |
| 101 | | | | Updated | N/A | | | | | | |
| 102 | | | | | | | | | | | |
| 103 | | | | Original | N/A | | | | | | |
| 104 | | | | | | | | | | | |

Notifications

**670118**

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | | | | | Eligible Organization Information | | | | | Plan Information | | |
| 6 | Tracking number | Date notification received | Received via mail or e-mail? | Name of eligible organization | Contact information for eligible organization | Type of organization (Non-profit or other) | Plaintiff in Litigation? (Yes or No) (See instruction #2 above) | Contraceptive services not provided | Plan name | Plan type (Student Plan, Church Plan, Other) | Fully insured, self-insured or both? | Name of issuer (enter N/A if none) |
| 105 | Redacted | 7/26/2016 | Litigation: ETBU 5th Circuit Court 4:12-CV-3009 | East Texas Baptist University (employee) | Redacted | | Yes | "abortion-inducing drugs ... and related services" NOT including contraceptives (compl. ¶ 28) | Redacted | Other | self-insured | Redacted |
| 106 | | | | Houston Baptist | | | Yes | | | | | |
| 107 | | | | Westminster | | | Yes | | | | self-insured | |
| 108 | | 7/26/2016 | Litigation: University of Dallas 5th Circuit Court 4:12-cv-314 | Roman Catholic Diocese of Fort Worth* (Exempt) | | Non-profit | Yes | "abortion-inducing drugs " sterilization and contraception | | Church Plan | self-insured | |
| 109 | | | | University of Dallas (employee) | | | Yes | "abortion-inducing drugs" and sterilization | | | self-insured | |
| 110 | | | | University of Dallas (student) | | | Yes | "abortion-inducing drugs " sterilization and contraception (prescribed to treat a medical condition only not to prevent pregnancy) | | Student | Fully-insured | |
| 111 | | | | Catholic Charities Fort Worth | | | Yes | abortion-inducing drugs sterilization and contraception | | | Fully Insured | |
| 112 | | | | Aquinas College Nashville | | | | | | | | |
| 113 | | | | Camp Marymount Inc. | | | | | | | | |
| 114 | | 7/26/2016 | Litigation: Catholic Diocese of Nashville 6th Circuit Court 3:13-cv-01303 | Catholic Charities of Tennessee | | | Yes | "abortion-inducing products " sterilization and contraception | | | Fully Insured | |
| 115 | | | | The Catholic Diocese of Nashville* (Exempt) | | | | | | | | |
| 116 | | | | Dominican Sisters of St. Cecilia* (Exempt) | | | | | | | | |
| 117 | | | | Mary Queen of Angels | | | | | | | | |
| 118 | | | | St. Mary's Villa Inc. | | | | | | | | |
| 119 | | 7/26/2016 | Litigation: MCC 6th Circuit Court 1:13-cv-01247-GJQ | Catholic Family Services (aka Catholic Charities of Kalamazoo) | | | Yes | contraception and sterilization | | | self-insured | |
| 120 | | | | Michigan Catholic Conference* (Exempt) | | | | | | | | |
| 121 | | 7/26/2016 | Litigation: Catholic Charities of Ft. Wayne 7th Circuit Court 1:12-cv-00159-JD-RBC | Catholic Charities of Ft. Wayne | | | Yes | "abortion-inducing products " sterilization and contraception | | | Self-insured | |
| 122 | | | | Diocese of Ft. Wayne* (Exempt) | | | Yes | "abortion-inducing products " sterilization and contraception | | | Self-insured | |
| 123 | | | | Franciscan Alliance | | | Yes | "abortion-inducing products " sterilization and contraception | | | Both | |
| 124 | | | | Our Sunday Visitor | | | Yes | "abortion-inducing products " sterilization and contraception | | | Self-insured | |
| 125 | | | | Specialty Physicians of Illinois | | | Yes | "abortion-inducing products " sterilization and contraception | | | Fully-insured | |
| 126 | | | | St. Anne Home | | | Yes | "abortion-inducing products " sterilization and contraception | | | Self-insured | |
| 127 | | | | University of St. Francis | | | Yes | "abortion-inducing products " sterilization and contraception | | | Self-insured | |

Notifications

670119

| | Service Provider Information | | | Original information or updated information? | For updated information, date the information is effective | | For updated information, summary of changes | For fu ly insured plans, date letter sent to issuer by HHS | For self-insured plan, date notification forwarded to DOL | Action Taken | | Notes | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Contact information for issuer (enter N/A if none) | Name of TPA (enter N/A if none) | Contact information for TPA (enter N/A if none) | | | | | | | For for-profit organizations, date letter sent to organization (see instruction #1 above) | | | |
| 105 | Redacted | Redacted | Redacted | Original | N/A | Redacted | | | | | | | |
| 106 | | | | Original | N/A | | | | | | | | |
| 107 | | | | Original | N/A | | | | | | | | |
| 108 | | | | Original | N/A | | | | | | | | |
| 109 | | | | Original | N/A | | | | | | | | |
| 110 | | | | Original | N/A | | | | | | | | |
| 111 | | | | Original | N/A | | | | | | | | |
| 112 | | | | Original | N/A | | | | | | | | |
| 113 | | | | Original | N/A | | | | | | | | |
| 114 | | | | Original | N/A | | | | | | | | |
| 115 | | | | Original | N/A | | | | | | | | |
| 116 | | | | Original | N/A | | | | | | | | |
| 117 | | | | Original | N/A | | | | | | | | |
| 118 | | | | Original | N/A | | | | | | | | |
| 119 | | | | Original | N/A | | | | | | | | |
| 120 | | | | Original | N/A | | | | | | | | |
| 121 | | | | Original | N/A | | | | | | | | |
| 122 | | | | Original | N/A | | | | | | | | |
| 123 | | | | Original | N/A | | | | | | | | |
| 124 | | | | Original | N/A | | | | | | | | |
| 125 | | | | Original | N/A | | | | | | | | |
| 126 | | | | Original | N/A | | | | | | | | |
| 127 | | | | Original | N/A | | | | | | | | |

Notifications

**670120**

| Tracking number | Date notification received | Received via mail or e-mail? | Eligible Organization Information | | | Type of organization (Non-profit or other) | Plaintiff in Litigation? (Yes or No) [See instruction #2 above] | Contraceptive services not provided | Plan Information | | | Name of issuer (enter N/A if none) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Name of eligible organization | Contact information for eligible organization | | | | | Plan name | Plan type (Student Plan, Church Plan, Other) | Fully insured, self-insured or both? | |
| Redacted | | | | Redacted | | | | | Redacted | | | Redacted |
| | 7/26/2016 | Litigation: Grace Schools 7th Circuit Court 3:12-cv-00459-JD-CAN | Biola University (employee) | | | | Yes | "abortion-inducing drugs like ella and Plan B" but not other contraceptives | | | Fully Insured | |
| | | | Biola University (student) | | | | Yes | "abortion-inducing drugs like ella and Plan B" but not other contraceptives | | Student | Fully Insured | |
| | | | Grace Schools (employee) | | | | Yes | "abortifacient drugs" but not all contraceptives | | | Self-insured | |
| | | | Grace Schools (student) | | | | Yes | "abortifacient drugs" but not all contraceptives | | Student | Fully Insured | |
| | 7/26/2016 | Litigation: CNS 8th Circuit Court 2:12-cv-00092 | CNS International Ministries (holding company for other listed plaintiffs: Sharpe Holdings Inc. Ozark Nat'l Life Ins. Co. and N.I.S. Financial Services Inc ) | | | | Yes | Plan B ella Copper IUDs | | | Self-insured | |
| | | | Heartland Christian College | | | | Yes | Plan B ella Copper IUDs | | | Self-insured | |
| | 7/26/2016 | Litigation: Dordt 8th Circuit Court 5:13-cv-04100 | Cornerstone University | | | | Yes | "post-coital 'emergency contraceptives" such as "ella Plan B and IUDs | | | Fully-insured | |
| | | | Dordt College (employee) | | | | | | | Self-insured | |
| | | | Dordt College (student) | | | | | | Student | Fully-insured | |
| | 7/26/2016 | Litigation: Little Sisters 0th Circuit Court No. 13-1540 (10th Cir) Appeal of No. 1:13-CV-02611 (D. Co.) | Little Sisters of the Poor Baltimore Inc. ( Little Sisters of Baltimore") | | Non-profit | | Yes | "sterilization contraceptives and drugs that cause abortions." "contraceptives abort facient drugs sterilizations and related education and counseling " | | | self-insured | |
| | | | Little Sisters of the Poor Home for the Aged Denver Colorado ("Little Sisters of Denver") | | Non-profit | | | | | | | |
| | 7/26/2016 | Litigation: Reaching Souls | Reaching Souls Truett-McConnell College | | | | Yes | ella Plan B Plan B one-step Next Choice Copper IUDs IUDs w/Progestin | | Church Plan | self-insured | |
| | 7/26/2016 | Litigation: Southern Nazarene 0th Circuit Court No. 14-6026 (10th Cir) appeal of No. 5:13 CV-01015-F (W.D. Okla.) | Mid-America Christian | | | | | "contraceptives abortifacients [such as Plan B and e la] and related counseling to their employees and students." | | | self-insured | |
| | | | Oklahoma Baptist (employee) | | | | | | | Fully-insured | |
| | | | Oklahoma Baptist (student) | | | | | | Student | Fully-insured | |
| | | | Oklahoma Wesleyan | | | | Yes | Plan B ella and IUDs | | | Fully-insured | |
| | | | Southern Nazarene University (employee) | | | | | "contraceptives abortifacients [such as Plan B and e la] and related counseling to their employees and students." | | | Partially self-insured, Insured for claims over $100 000 | |

| | Service Provider Information | | Original information or updated information? | For updated information, date the information is effective | | For updated information, summary of changes | For fu ly insured plans, date letter sent to issuer by HHS | For self-insured plan, date notification forwarded to DOL | Action Taken<br>For for-profit organizations, date letter xnxt to organization (see instruction #1 above) | Notes | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Contact information for issuer (enter N/A if none) | Name of TPA (enter N/A if none) | Contact information for TPA (enter N/A if none) | | | | | | | | | |
| Redacted | Redacted | Redacted | | | Redacted | | | | | |
| | | | Original | N/A | | | | | | |
| | | | Original | N/A | | | | | | |
| | | | Original | N/A | | | | | | |
| | | | Original | N/A | | | | | | |
| | | | Original | N/A | | | | | | |
| | | | Original | N/A | | | | | | |
| | | | Original | N/A | | | | | | |
| | | | Original | N/A | | | | | | |
| | | | Original | N/A | | | | | | |
| | | | Original | N/A | | | | | | |
| | | | Original | N/A | | | | | | |

**670122**

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Eligible Organization Information | | Plaintiff in Litigation? | | | Plan Information | | Issuer of |
| 6 | Tracking number | Date notification received | Received via mail or e-mail? | Name of eligible organization | Contact information for eligible organization | Type of organization (Non-profit or other) | (Yes or No) (See instruction #2 above) | Contraceptive services not provided | Plan name | Plan type (Student Plan, Church Plan, Other) | Fully insured, self-insured or both? | issuer (enter N/A if none) |
| 146 | Redacted | | Litigation: Priests for Life DC 1:13-cv-01261 | Southern Nazarene University (student) | Redacted | | Yes | "contraception  sterilization  [and] abortifacients" | Redacted | Student | Fully-insured | Redacted |
| 147 | | 7/26/2016 | | Priests for Life | | | | | | | Fully-insured | |
| 148 | | | | Archdiocese of Washington ( listed in complaint as "Roman Catholic Archbishop of Washington  D.C." andas "Archdiocese of Washington")" (exempt) | | | | | | | self-insured | |
| 149 | | | | Catholic Charities of the Archdiocese of Washington  Inc. | | | | | | | | |
| 150 | | | | Catholic Information Center  Inc | | | | | | | | |
| 151 | | | Litigation: RCAW DC 1:13-cv-01441 | The Catholic University of America | | | Yes | abortion-inducing products  contraception  or sterilization | | | Fully-insured | |
| 152 | | 7/26/2016 | | The Catholic University of America (student) | | | | | | Student | Fully-insured | |
| 153 | | | | The Consortium of Catholic Academies of the Archdiocese o Washington  D.C. | | | | | | | | |
| 154 | | | | Archbishop Carroll High School | | | | | | | | |
| 155 | | | | Don Bosco Cristo Rey High School of the Achdiocese of Washington  D.C. | | | | | | | self-insured | |
| 156 | | | | Mary of Nazareth Roman Catholic Elementary School  Inc. | | | | | | | | |
| 157 | | | | Roman Catholic Archbishop of Washington | | | | | | | | |
| 158 | | | | Victory Housing  Inc. | | | | | | | | |
| 159 | | | | Thomas Aquinas College | | | | | | | | |
| 160 | | 7/26/2016 | Litigation: Beckwith Electric 11th Circuit (M.D. FL) 8:16-cv-01944 | Beckwith Electric Co.  Inc. | | Other | Yes | "emergency contraception " "abort facients " "any drugs devices  and services capable of ending innocent human life" (spec fica ly lists Plan B  ella  and the IUD as examples of "abortifacients") | | Other | self-insured | |
| 161 | | 7/26/2016 | Litigation: Johnson Welded DC(DCC) 1:16-cv-00557 | Johnson Welded Products  Inc. | | Other | Yes | "all of the contraceptive services required by the contraceptive services mandate" | | Other | Not Indicated | |
| 162 | | 8/5/2016 | Ma l | Society of the Precious Blood | | Non-profit | No | All | | Other | Fully insured | |
| 163 | | 9/1/2016 | Litigation: Catho ic Charities Archdiocese of Ph ladelphia 3rd Circuit  2:14-cv-03096-AB | Catholic Charities of the Archdiocese of Philadelphia d/b/a Catho ic Social Services | | Non-profit | Yes | "a l of the required contraceptive services  with  the exception of the prescription and use of contraceptive medications for non-contraceptive  medical purposes." | | Church Plan | Self-insured | |
| 164 | | 9/1/2016 | Litigation: Catho ic Charities Archdiocese of Ph ladelphia 3rd Circuit  2:14-cv-03096-AB | St. John's Orphan Asylum | | Non-profit | Yes | "a l of the required contraceptive services  with  the exception of the prescription and use of contraceptive medications for non-contraceptive  medical purposes." | | Church Plan | Self-insured | |

Notifications

670123



| | A | B | C | D | Eligible Organization Information | | F | G | H | | I | Plan Information | | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Tracking number | Date notification received | Received via mail or e-mail? | Name of eligible organization | Contact information for eligible organization | | Type of organization (Non-profit or other) | Plaintiff in Litigation? (Yes or No) (See instruction #2 above) | Contraceptive services not provided | | Plan name | Plan type (Student Plan, Church Plan, Other) | Fully insured, self-insured or both? | Name of issuer (enter N/A if none) |
| 165 | Redacted | 9/1/2016 | Litigation: Catholic Charities Archdiocese of Philadelphia 3rd Circuit 2:14-cv-03096-AB | St. Edmond's Home for Crippled Children | Redacted | | Non-profit | Yes | "all of the required contraceptive services with the exception of the prescription and use of contraceptive medications for non-contraceptive medical purposes." | | Redacted | Church Plan | Self-insured | Redacted |
| 166 | | 9/1/2016 | Litigation: Catholic Charities Archdiocese of Philadelphia 3rd Circuit 2:14-cv-03096-AB | Don Guanella Village of the Archdiocese of Philadelphia | | | Non-profit | Yes | "all of the required contraceptive services with the exception of the prescription and use of contraceptive medications for non-contraceptive medical purposes." | | | Church Plan | Self-insured | |
| 167 | | 9/1/2016 | Litigation: Catholic Charities Archdiocese of Philadelphia 3rd Circuit 2:14-cv-03096-AB | Divine Providence Village | | | Non-profit | Yes | "all of the required contraceptive services with the exception of the prescription and use of contraceptive medications for non-contraceptive medical purposes." | | | Church Plan | Self-insured | |
| 168 | | 9/1/2016 | Litigation: Catholic Charities Archdiocese of Philadelphia 3rd Circuit 2:14-cv-03096-AB | Philadelphia Protectory for Boys d/b/a St. Gabriel's System | | | Non-profit | Yes | "all of the required contraceptive services with the exception of the prescription and use of contraceptive medications for non-contraceptive medical purposes." | | | Church Plan | Self-insured | |
| 169 | | 9/1/2016 | Litigation: Catholic Charities Archdiocese of Philadelphia 3rd Circuit 2:14-cv-03096-AB | Catholic Community Services Inc. | | | Non-profit | Yes | "all of the required contraceptive services with the exception of the prescription and use of contraceptive medications for non-contraceptive medical purposes." | | | Church Plan | Self-insured | |
| 170 | | 9/1/2016 | Litigation: Catholic Charities Archdiocese of Philadelphia 3rd Circuit 2:14-cv-03096-AB | Nutritional Development Services Inc. | | | Non-profit | Yes | "all of the required contraceptive services with the exception of the prescription and use of contraceptive medications for non-contraceptive medical purposes." | | | Church Plan | Self-insured | |
| 171 | | 9/1/2016 | Litigation: Catholic Charities Archdiocese of Philadelphia 3rd Circuit 2:14-cv-03096-AB | Catholic Health Care Services - Supportive Independent Living d/b/a Villa St. Martha and Community Based Services | | | Non-profit | Yes | "all of the required contraceptive services with the exception of the prescription and use of contraceptive medications for non-contraceptive medical purposes." | | | Church Plan | Self-insured | |
| 172 | | 9/1/2016 | Litigation: Catholic Charities Archdiocese of Philadelphia 3rd Circuit 2:14-cv-03096-AB | St. John Vianney Center | | | Non-profit | Yes | "all of the required contraceptive services with the exception of the prescription and use of contraceptive medications for non-contraceptive medical purposes." | | | Church Plan | Self-insured | |
| 173 | | 9/1/2016 | Litigation: Catholic Charities Archdiocese of Philadelphia 3rd Circuit 2:14-cv-03096-AB | Catholic Clinical Consultants | | | Non-profit | Yes | "all of the required contraceptive services with the exception of the prescription and use of contraceptive medications for non-contraceptive medical purposes." | | | Church Plan | Self-insured | |
| 174 | | 9/1/2016 | Litigation: Catholic Charities Archdiocese of Philadelphia 3rd Circuit 2:14-cv-03096-AB | Roman Catholic Archdiocese of Philadelphia | | | Non-profit | Yes | "all of the required contraceptive services with the exception of the prescription and use of contraceptive medications for non-contraceptive medical purposes." | | | Church Plan | Self-insured | |
| 175 | | 9/15/2015 | Litigation: Diocese of Cheyenne 10th Circuit court 14-8040 | Diocese of Cheyenne | | | Non-profit | Yes | "to providing procuring or facilitating access to abortion-inducing products abortion sterilization or contraceptives" except when "prescribed with the intent of treating a medical condition not with the intent to prevent pregnancy or to induce abortion." | | | Church Plan | Self-insured | |
| 176 | | 9/15/2015 | Litigation: Diocese of Cheyenne 10th Circuit court 14-8040 | Catholic Charities of Wyoming | | | Non-profit | Yes | "to providing procuring or facilitating access to abortion-inducing products abortion sterilization or contraceptives" except when "prescribed with the intent of treating a medical condition not with the intent to prevent pregnancy or to induce abortion." | | | Church Plan | Self-insured | |
| 177 | | 9/15/2015 | Litigation: Diocese of Cheyenne 10th Circuit court 14-8040 | Saint Joseph's Children's Home | | | Non-profit | Yes | "to providing procuring or facilitating access to abortion-inducing products abortion sterilization or contraceptives" except when "prescribed with the intent of treating a medical condition not with the intent to prevent pregnancy or to induce abortion." | | | Church Plan | Self-insured | |

Notifications

| | Service Provider Information | | Original information or updated information? | For updated information, date the information is effective | | Action Taken | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Contact information for issuer (enter N/A if none) | Name of TPA (enter N/A if none) | Contact information for TPA (enter N/A if none) | | | For updated information, summary of changes | For fu ly insured plans, date letter sent to issuer by HHS | For self-insured plan, date notification forwarded to DOL | For for-profit organizations, date letter sent to organization (see instruction #1 above) | Notes | | |
| Redacted | Redacted | Redacted | Original | N/A | Redacted | | | | | | |
| | | | Original | N/A | | | | | | | |
| | | | Original | N/A | | | | | | | |
| | | | Original | N/A | | | | | | | |
| | | | Original | N/A | | | | | | | |
| | | | Original | N/A | | | | | | | |
| | | | Original | N/A | | | | | | | |
| | | | Original | N/A | | | | | | | |
| | | | Original | N/A | | | | | | | |
| | | | Original | N/A | | | | | | | |
| | | | Original | N/A | | | | | | | |
| | | | Original | N/A | | | | | | | |
| | | | Original | N/A | | | | | | | |

Notifications

**670126**

| | Tracking number | Date notification received | Received via mail or e-mail? | Name of eligible organization | Contact information for eligible organization | Type of organization (Non-profit or other) | Plaintiff in Litigation? (Yes or No) (See instruction #2 above) | Contraceptive services not provided | Plan name | Plan type (Student Plan, Church Plan, Other) | Fully insured, self-insured or both? | Name of issuer [enter N/A if none] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Eligible Organization Information | | Plan Information | | |
| 178 | Redacted | 9/15/2015 | Litigation: Diocese of Cheyenne 10th Circuit court 14-8040 | St. Anthony Tri-Parish Catholic School | Redacted | Non-profit | Yes | "to providing  procuring  or fac ilitating access to abortion-inducing products  abortion  steri ization  or contraceptives" except when "prescribed with the intent of treating a medical condition  not with the intent to prevent pregnancy or to induce abortion." | Redacted | Church Plan | Self-insured | Redacted |
| 179 | | 9/15/2015 | Litigation: Diocese of Cheyenne 10th Circuit court 14-8040 | Wyoming Catholic College | | Non-profit | Yes | " abortion-inducing products or ster lization" except " contraceptives only when prescribed with the intent of treating a medical condition  not with the intent to prevent pregnancy." | | Church Plan | Self-insured | |
| 180 | | 9/15/2015 | Litigation: Colorado Christian University 10th Circuit Court 14-1329 | Colorado Christian University (employee) | | Non-profit | Yes | "coverage for a l services  drugs  and devices that could terminate human life from the moment of conception including medical abortions  emergency contraceptives l ke Plan B and E la  and IUDs" and "other contraceptives." | | Other | self-insured | |
| 181 | | 9/15/2015 | Litigation: Colorado Christian University 10th Circuit Court 14-1330 | Colorado Christian University (student) | | Non-profit | Yes | "coverage for abortions and all contraceptives  including emergency contraceptives and IUDs." | | Student | Fully Insured | |
| 182 | | 9/15/2015 | Litigation: Dobson 10th Circuit Court 14-1233 | Family Talk | | Non-profit | Yes | "abortion-inducing or implantation-preventing drugs ncluding IUDs and  related education and counseling spec ficaly IUDs and  emergency contraception' such as Plan B and Ella" and "any counse ing or referrals to promote or refer for … such abortion-inducing drugs  and IUDs " | | Other | Partia ly Self-insured with a stop-loss provider and a third-party administrator | |
| 183 | | 9/15/2015 | Litigation: Ass'n of Christian Schools Int'l v. Burwell 10th Circuit Court No. 14-1492 | Association of Christian Schools International (employee) | | Non-profit | Yes | "the procurement of  participation in  facilitation of  or payment for abortion (including abortion-causing drugs and devices like Plan B  ella  and IUDs)" | | Other | self-insured | |
| 184 | | 9/15/2015 | Litigation: Ass'n of Christian Schools Int'l v. Burwell 10th Circuit Court No. 14-1492 | Samaritan Ministries International (employee) | | Non-profit | Yes | "the procurement of  participation in  facilitation of  or payment for abortion (including abortion-causing drugs and devices like Plan B  ella  and IUDs)" | | Other | self-insured | |
| 185 | | 9/15/2015 | Litigation: Ass'n of Christian Schools Int'l v. Burwell 10th Circuit Court No. 14-1492 | Taylor University (employee) | | Non-profit | Yes | "the procurement of  participation in  facilitation of  or payment for abortion (including abortion-causing drugs and devices like Plan B  ella  and IUDs)" | | Other | self-insured | |
| 186 | | 9/15/2015 | Litigation: Ass'n of Christian Schools Int'l v. Burwell 10th Circuit Court No. 14-1492 | Indiana Wesleyan University | | Non-profit | Yes | "the procurement of  participation in  facilitation of  or payment for abortion (including abortion-causing drugs and devices like Plan B  ella  and IUDs)" | | Other | self-insured | |
| 187 | | 9/15/2015 | Litigation: Ass'n of Christian Schools Int'l v. Burwell 10th Circuit Court No. 14-1492 | Asbury Theological Seminary | | Non-profit | Yes | "the procurement of  participation in  facilitation of  or payment for abortion (including abortion-causing drugs and devices like Plan B  ella  and IUDs)" | | Other | self-insured | |
| 188 | | 9/15/2015 | Litigation: Ass'n of Christian Schools Int'l v. Burwell 10th Circuit Court No. 14-1492 | Alliance Defending Freedom | | Non-profit | Yes | "emergency contraceptive medications  hormonal contraceptive medications and devices  and implanted contraceptive devices  or related counseling or referrals to promote the use of such items" | | Other | self-insured | |
| 189 | | 9/20/2016 | Litigation: Catholic Benefits Ass'n LCA v. Burwell 10th Circuit Court Nos. 14-6163  14-6171 | Good Will Pub ishers  Inc. | | Other | Yes | "contraception  abortion-inducing drugs or devices  sterilization  and related counseling" | | Other | Fully-insured | |
| 190 | | 9/20/2016 | Litigation: Catholic Benefits Ass'n LCA v. Burwell 10th Circuit Court Nos. 14-6163  14-6171 | Catholic Charities of the Archdiocese of Oklahoma City | | Non-profit | Yes | "contraception  abortion-inducing drugs or devices  sterilization  and related counseling" | | likely church plan  but never alleged | self-insured | |
| 191 | | 9/20/2016 | Litigation: Catholic Benefits Ass'n LCA v. Burwell 10th Circuit Court Nos. 14-6163  14-6171 | All Saints Catholic School | | Non-profit | Yes | "contraception  abortion-inducing drugs or devices  sterilization  and related counseling" | | likely church plan  but never alleged | self-insured | |

Notifications

**670127**

| | Service Provider Information | | Original information or updated information? | For updated information, date the information is effective | For updated information, summary of changes | For fu ly insured plans, date letter sent to issuer by HHS | For self-insured plan, date notification forwarded to DOL | For for-profit organizations, date letter sent to organization (see instruction #1 above) | Notes |
|---|---|---|---|---|---|---|---|---|---|
| Contact information for issuer (enter N/A if none) | Name of TPA (enter N/A if none) | Contact information for TPA (enter N/A if none) | | | | | | Action Taken | |
| Redacted | Redacted | Redacted | Original | N/A | Redacted | | | | |
| | | | Original | N/A | | | | | |
| | | | Original | N/A | | | | | |
| | | | Original | N/A | | | | | |
| | | | Original | N/A | | | | | |
| | | | Original | N/A | | | | | |
| | | | Original | N/A | | | | | |
| | | | Original | N/A | | | | | |
| | | | Original | N/A | | | | | |
| | | | Original | N/A | | | | | |
| | | | Original | N/A | | | | | |
| | | | Original | N/A | | | | | |
| | | | Original | N/A | | | | | |
| | | | Original | N/A | | | | | |
| | | | Original | N/A | | | | | |

Notifications

**670128**

| Tracking number | Date notification received | Received via mail or e-mail? | Name of eligible organization | Contact information for eligible organization | Type of organization (Non-profit or other) | Plaintiff in Litigation? (Yes or No) (See instruction #2 above) | Contraceptive services not provided | Plan name | Plan type (Student Plan, Church Plan, Other) | Fully insured, self-insured or both? | Name of issuer (enter N/A if none) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Plan Information | | |
| | | | Eligible Organization Information | | | | | | | | |
| Redacted | 9/20/2016 | Litigation: Catholic Benefits Ass'n LCA v. Burwell 10th Circuit Court Nos. 14-6163 14-6171 | The Cathedral Foundation d/b/a Catholic Review Media | Redacted | Non-profit | Yes | "contraception  abortion-inducing drugs or devices  sterilization  and related counseling" | Redacted | likely church plan  but  never alleged | self-insured | Redacted |
| | 9/20/2016 | Litigation: Catholic Benefits Ass'n LCA v. Burwell 10th Circuit Court Nos. 14-6163 14-6171 | Vi la St. Francis Catholic Care Center  Inc. | | Non-profit | Yes | "contraception  abortion-inducing drugs or devices  sterilization  and related counseling" | | Other | Fully-insured | |
| | 10/6/2016 | Litigation: Roman Catholic Archdiocese of Atlanta  et al. v. Secretary  U.S. Dep't of Health & Human Servs  et al Nos. 14-12890  14-12239 | THE ROMAN CATHOLIC ARCHDIOCESE OF ATLANTA  an association of churches and schools | | Non-profit | Yes | "abortion-inducing products  contraception  steri ization  and related counse ing"  "unless they are necessary for medica ly diagnosed conditions unrelated to contraception." | | Church Plan | self-insured | |
| | 10/6/2016 | Litigation: Roman Catholic Archdiocese of Atlanta  et al. v. Secretary  U.S. Dep't of Health & Human Servs  et al Nos. 14-12890  14-12240 | THE MOST REVEREND WILTON D GREGORY and his successors  Archbishop of the Roman Catholic Archdiocese of Atlanta | | Non-profit | Yes | "abortion-inducing products  contraception  steri ization  and related counse ing"  "unless they are necessary for medica ly diagnosed conditions unrelated to contraception." | | Church Plan | self-insured | |
| | 10/6/2016 | Litigation: Roman Catholic Archdiocese of Atlanta  et al. v. Secretary  U.S. Dep't of Health & Human Servs  et al Nos. 14-12890  14-12241 | CATHOLIC CHARITIES OF THE ARCHDIOCESE OF ATLANTA  INC.  a Georgia non-profit corporation | | Non-profit | Yes | "abortion-inducing products  contraception  steri ization  and related counse ing"  "unless they are necessary for medica ly diagnosed conditions unrelated to contraception." | | Church Plan | Self-insured | |
| | 10/6/2016 | Litigation: Roman Catholic Archdiocese of Atlanta  et al. v. Secretary  U.S. Dep't of Health & Human Servs  et al Nos. 14-12890  14-12242 | Catho ic Education of North Georgia  Inc. (CENGI) | | Other | Yes | "abortion-inducing products  contraception  steri ization  and related counse ing"  "unless they are necessary for medica ly diagnosed conditions unrelated to contraception." | | Church Plan | Self-insured | |
| | 10/6/2016 | Litigation: Roman Catholic Archdiocese of Atlanta  et al. v. Secretary  U.S. Dep't of Health & Human Servs  et al Nos. 14-12890  14-12243 | THE ROMAN CATHOLIC DIOCESE OF SAVANNAH  an ecclesiastical territory | | Non-profit | Yes | "abortion-inducing products  contraception  steri ization  and related counse ing"  "unless they are necessary for medica ly diagnosed conditions unrelated to contraception." | | Church Plan | Self-insured | |
| | 10/6/2016 | Litigation: Roman Catholic Archdiocese of Atlanta  et al. v. Secretary  U.S. Dep't of Health & Human Servs  et al Nos. 14-12890  14-12244 | THE MOST REVEREND JOHN HARTMAYER and his successors  Bishop of The Roman Catholic Diocese of Savannah  et al. | | Non-profit | Yes | "abortion-inducing products  contraception  steri ization  and related counse ing"  "unless they are necessary for medica ly diagnosed conditions unrelated to contraception." | | Church Plan | Self-insured | |
| | 10/6/2016 | Eternal Word Television Network v. Burwell  No. 14-12696 | Eternal Word Television Network  Inc. | | Non-profit | Yes | "artificial contraception  steri ization or abortion  or related education and counseling." | | other | Self-insured | |
| | 11/ /2016 | Email/mail | Bick Group  Inc. | | Other | Yes | "all contraceptive services" | | Other | Fully-insured | |
| | 11/9/2016 | Email | The Energy Lab INC | | Other | No | All | | Other | Fully-insured | |
| | 11/2 /2016 | Email | Marian University | | Non-profit | No | All | | Church Plan | self-insured | |

Notifications

**670129**

| | Service Provider Information | | | | | | | | Action Taken | |
| M | N | O | P | Q | R | S | T | U | V | W |
| Contact information for issuer (enter N/A if none) | Name of TPA (enter N/A if none) | Contact information for TPA (enter N/A if none) | Original information or updated information? | For updated information, date the information is effective | For updated information, summary of changes | For fu ly insured plans, date letter sent to issuer by HHS | For self-insured plan, date notification forwarded to DOL | For for-profit organizations, date letter rnsrt to organization (see instruction #1 above) | Notes | |
| Redacted | Redacted | Redacted | Original | N/A | Redacted | | | | | |
| | | | Original | N/A | | | | | | |
| | | | Original | N/A | | | | | | |
| | | | Original | N/A | | | | | | |
| | | | Original | N/A | | | | | | |
| | | | Original | N/A | | | | | | |
| | | | Original | N/A | | | | | | |
| | | | Original | N/A | | | | | | |
| | | | Original | N/A | | | | | | |
| | | | Original | N/A | | | | | | |
| | | | Original | N/A | | | | | | |
| | | | Original | N/A | | | | | | |

Notifications



| Tracking number | Date notification received | Received via mail or e-mail? | Name of eligible organization | Contact information for eligible organization | Type of organization (Non-profit or other) | Plaintiff in Litigation? (Yes or No) (See instruction #2 above) | Contraceptive services not provided | Plan name | Plan type (Student Plan, Church Plan, Other) | Fully insured, self-insured or both? | Name of issuer (enter N/A if none) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **Eligible Organization Information** | | | | | **Plan Information** | | |
| Redacted | | | | Redacted | | | | Redacted | | | Redacted |
| | 11/29/2016 | Litigation: Louisiana College v. Burwel l et al. No. 14-01167 | Louisiana College | | Non-profit | Yes | Objects to providing: RU-486; Plan B; ella; "counseling regarding the use of abortifacients like ella and Plan B;" and any "drugs  devices  services or procedures contrary to its faith." Sec. Am. Compl. Dist. Ct. Dkt 77 at ¶¶ 27-33  "While excluding abortifacients like ella and Plan B  LC's employee health plan does cover contraceptives that prevent ovulation." Sec. Am. Compl. Dist. Ct. Dkt 77 at ¶ 97 | | Church Plan | self-insured | |
| | 4/2 /2017 | Ma l | Continuum Health Partnerships Inc. | | Other | No | Abortion causing drugs  devices and sterilizations; patient education and counseling for all women with reproductive capacity. | | Other | self-insured | |
| | | | Continuum Health Management  LLC | | | | | | | | |
| | | | Mountain States Health Properties  LLC | | | | | | | | |

670131





Addresses

**670133**