UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| COMMONWEALTH of PENNSYLVANIA, et al., | : |
| Plaintiffs | : Case No. 2:17-cv-04540-WB |
| v. | : Hon. Wendy Beetlestone |
| DONALD J. TRUMP, et al. | : |
| Defendants. | : |

---

**CONSENT MOTION FOR LEAVE TO APPEAR AS AMICI CURIAE
AND TO FILE A BRIEF AMICI CURIAE IN SUPPORT OF
PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Non-parties American Nurses Association, American College of Obstetricians & Gynecologists, American Academy of Nursing, American Academy of Pediatrics, and Physicians for Reproductive Health ("Health Professional Organizations") move this Court for an Order, in the form attached, granting them leave to appear as amici curiae and to file a Brief Amici Curiae.

All parties have given blanket consent to the participation of amici in this proceeding. Recognizing the Court's discretion over amicus participation, however, the Health Professional Organizations respectfully submit a Memorandum in support of their Motion for Leave. The Health Professional Organizations' proposed Brief Amici Curiae in support of the Plaintiffs' Motion for a Preliminary Injunction is attached as Exhibit A to that Memorandum.

                        Respectfully submitted:

                          /s/  *Lisa A. Mathewson*
                        Lisa A. Mathewson
                        PA Bar. No. 77137
                        The Law Offices of Lisa A. Mathewson, LLC
                        123 South Broad Street, Suite 810
                        Philadelphia, PA 19109
                        (215) 399-9592
                        lam@mathewson-law.com


                        Bruce H. Schneider*
                        Michele L. Pahmer*
                        Gilana Keller*
                        Stroock & Stroock & Lavan LLP
                        180 Maiden Lane
                        New York, NY 10038
                        (212) 806-5636

                        *Attorneys for Amici Curiae*

                        **Not admitted in the Eastern District of PA*

Dated:  January 7, 2019

CERTIFICATE OF SERVICE

     I certify that on this date I served via electronic filing a true and correct copy of the foregoing Consent Motion with Proposed Order, Memorandum of Law in support, and the Exhibit thereto (proposed Brief Amici Curiae) on all parties of record.

                                          /s/ *Lisa A. Mathewson*
                                          Lisa A. Mathewson

January 7, 2019