# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA and STATE OF NEW JERSEY<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Case No. 2:17-cv-04540-WB |

## [PROPOSED] ORDER

The Motion for Leave to File *Amici Curiae* Brief of the Commonwealths of Massachusetts and Virginia, the States of California, Connecticut, Delaware, Hawai'i, Illinois, Iowa, Maine, Maryland, Michigan, Minnesota, Nevada, New Mexico, New York, North Carolina, Oregon, Rhode Island, Vermont, and Washington, and the District of Columbia in support of Plaintiffs' Motion for a Preliminary Injunction is GRANTED.

_____           _____
Date                                                                    Hon. Wendy Beetleston
                                                                              United States District Judge