# SUPPLEMENTAL EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA et al.,<br><br>     Plaintiffs,<br> v.<br>DONALD J. TRUMP et al.,<br><br>     Defendants. | No. 2:17-cv-04540-WB |

### SUPPLEMENTAL DECLARATION OF KATHRYN KOST

  I, Kathryn Kost, hereby submit this supplemental declaration in support of the Motion for Preliminary Injunction filed by Plaintiffs in the above-captioned matter and, in support thereof, state as follows:

  1. I am the Acting Vice President for Domestic Research at the Guttmacher Institute, a private, independent, nonprofit, nonpartisan research and policy organization committed to advancing sexual and reproductive health and rights in the United States and globally.

  2. On December 14, 2018, I submitted a declaration in support of the Motion for Preliminary Injunction in this matter as an expert on reproductive health care, family planning, and unintended pregnancy, and the impact on individuals, families, and the public health from access to contraception and related care, or interference with that care, in the United States.

  3. I understand that this lawsuit involves a challenge to the federal government's Final Rules ("Final Rules") regarding the Affordable Care Act's ("ACA") contraceptive coverage mandate. In my expert opinion, the Final Rules would compromise women's ability to obtain contraceptive methods, services and counseling and, in particular, to consistently use the best methods for them, thus putting them at heightened risk of unintended pregnancy.

4. The Final Rules would have public health and fiscal consequences in states across the country. If unable to access contraceptive coverage through their employer or university, some lower-income women who meet the strict income requirements of public programs would rely on publicly funded services to access this beneficial service. Many women who lose or lack contraceptive coverage because their employer or university objects, however, would not meet the strict income and eligibility requirements of public programs, and if as a result they are not using their preferred or the most effective methods for them, or if cost forces them to forgo contraceptive use periodically or altogether, they would be at increased risk of unintended pregnancy. The costs of the resulting unintended pregnancies often then fall to the states because the federal government cannot or will not withstand these costs.

5. Examples of this impact for the plaintiff states were included in my original declaration. In this supplemental declaration, I include data for all 50 states and the District of Columbia in a table as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: January 7, 2019

*[signature: Kathryn Kost]*

By: Kathryn Kost
Acting Vice President for Domestic Research
The Guttmacher Institute

**Exhibit A: State-Specific Data on Impact**

| | Medicaid eligibility, as % of federal poverty level (as of January 2018) | | | Women needing publicly supported contraceptive services and supplies, 2014 | | Unintended pregnancies, 2010 | | % of unplanned births paid for by public insurance programs, 2010 | Public costs for unintended pregnancies, 2010 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Childless adults | Parents | Family planning specific | Number | % of need met by publicly supported providers | Number | Rate per 1,000 women 15–44 | | State (in millions) | Federal (in millions) |
| Alabama | — | 18% | 146% | 332,750 | 31% | 46,000 | 48 | 61.6% | $72.6 | $250.5 |
| Alaska | 138% | 139% | — | 41,200 | 63% | 8,000 | 54 | 64.3% | 42.9 | 70.8 |
| Arizona | 138% | 138% | — | 465,450 | 15% | 61,000 | 49 | 64.6% | 161.5 | 509.4 |
| Arkansas | 138% | 138% | — | 204,850 | 29% | 29,000 | 50 | 72.3% | 61.9 | 266.8 |
| California | 138% | 138% | 200% | 2,643,580 | 50% | 393,000 | 50 | 64.3% | 689.3 | 1,062.1 |
| Colorado | 138% | 138% | — | 326,490 | 38% | 43,000 | 42 | 63.8% | 91.1 | 146.1 |
| Connecticut | 138% | 138% | 263% | 183,070 | 38% | 32,000 | 46 | 60.8% | 80.1 | 128.4 |
| Delaware | 138% | 138% | — | 50,100 | 30% | 11,000 | 62 | 71.3% | 36.0 | 58.2 |
| District of Columbia | 215% | 221% | — | 44,910 | 84% | 10,000 | 58 | 84.6% | 13.3 | 50.9 |
| Florida | — | 33% | — | 1,216,520 | 17% | 207,000 | 58 | 70.6% | 427.1 | 892.8 |
| Georgia | — | 36% | 200% | 695,120 | 16% | 119,000 | 57 | 80.5% | 229.7 | 687.7 |
| Hawaii | 138% | 138% | — | 73,090 | 25% | 16,000 | 61 | 49.9% | 37.8 | 76.7 |
| Idaho | — | 26% | — | 113,020 | 21% | 12,000 | 38 | 60.4% | 18.5 | 70.2 |
| Illinois | 138% | 138% | — | 772,510 | 20% | 128,000 | 49 | 78.3% | 352.2 | 571.5 |
| Indiana | 139% | 139% | 146% | 446,230 | 19% | 55,000 | 43 | 64.6% | 91.4 | 284.6 |
| Iowa | 138% | 138% | — | 190,270 | 29% | 23,000 | 39 | 61.5% | 48.3 | 127.6 |
| Kansas | — | 38% | — | 188,100 | 17% | 24,000 | 43 | 47.2% | 50.4 | 115.7 |
| Kentucky | 138% | 138% | — | 284,530 | 24% | 34,000 | 40 | 66.8% | 75.0 | 302.8 |
| Louisiana | 138% | 138% | 138% | 321,480 | 15% | 53,000 | 57 | 78.7% | 120.6 | 530.4 |
| Maine | — | 105% | 214% | 78,880 | 33% | 9,000 | 37 | 74.7% | 14.6 | 43.6 |
| Maryland | 138% | 138% | 200% | 298,190 | 25% | 71,000 | 60 | 58.2% | 180.9 | 285.4 |
| Massachusetts | 138% | 138% | — | 373,060 | 25% | 54,000 | 40 | 56.4% | 138.3 | 219.6 |
| Michigan | 138% | 138% | — | 635,660 | 16% | 93,000 | 49 | 71.9% | 177.0 | 485.1 |
| Minnesota | 138% | 138% | 200% | 294,680 | 29% | 38,000 | 36 | 66.7% | 128.7 | 203.9 |
| Mississippi | — | 27% | 199% | 213,930 | 28% | 35,000 | 57 | 81.9% | 40.4 | 226.7 |
| Missouri | — | 22% | — | 391,510 | 18% | 54,000 | 46 | 72.2% | 132.6 | 385.9 |
| Montana | 138% | 138% | 216% | 66,380 | 41% | 7,000 | 42 | 47.8% | 9.1 | 31.7 |
| Nebraska | — | 63% | — | 118,170 | 20% | 14,000 | 41 | 63.1% | 41.7 | 91.9 |
| Nevada | 138% | 138% | — | 194,430 | 10% | 29,000 | 54 | 60.0% | 37.1 | 65.8 |
| New Hampshire | 138% | 138% | 201% | 65,530 | 29% | 8,000 | 32 | 52.7% | 10.3 | 16.5 |
| New Jersey | 138% | 138% | — | 455,260 | 22% | 97,000 | 56 | 52.4% | 186.1 | 291.0 |
| New Mexico | 138% | 138% | 255% | 151,950 | 28% | 22,000 | 56 | 77.1% | 47.9 | 191.2 |
| New York | 138% | 138% | 223% | 1,227,170 | 32% | 246,000 | 61 | 70.2% | 601.1 | 937.7 |
| North Carolina | — | 43% | 200% | 667,910 | 20% | 95,000 | 49 | 74.8% | 214.7 | 643.5 |
| North Dakota | 138% | 138% | — | 44,180 | 26% | 5,000 | 41 | 36.8% | 7.7 | 17.9 |
| Ohio | 138% | 138% | — | 730,110 | 14% | 109,000 | 49 | 68.7% | 218.8 | 605.8 |
| Oklahoma | — | 45% | 138% | 256,880 | 31% | 36,000 | 49 | 80.7% | 77.0 | 254.0 |
| Oregon | 138% | 138% | 250% | 270,990 | 39% | 31,000 | 41 | 69.9% | 47.2 | 122.7 |
| Pennsylvania | 138% | 138% | 220% | 745,550 | 29% | 115,000 | 47 | 53.5% | 248.2 | 478.6 |
| Rhode Island | 138% | 138% | — | 71,320 | 35% | 9,000 | 43 | 70.1% | 27.5 | 48.7 |
| South Carolina | — | 67% | 199% | 323,140 | 31% | 42,000 | 46 | 78.6% | 84.0 | 327.3 |
| South Dakota | — | 50% | — | 52,610 | 27% | 7,000 | 46 | 46.2% | 14.4 | 35.0 |
| Tennessee | — | 98% | — | 434,440 | 26% | 62,000 | 49 | 73.7% | 130.7 | 400.0 |
| Texas | — | 18% | — | 1,795,160 | 10% | 298,000 | 56 | 73.7% | 842.6 | 2,056.8 |
| Utah | — | 60% | — | 207,350 | 22% | 24,000 | 40 | 53.3% | 30.4 | 127.6 |
| Vermont | 138% | 138% | — | 35,810 | 59% | 4,000 | 36 | 73.5% | 9.6 | 21.8 |
| Virginia | — | 38% | 205% | 447,970 | 17% | 84,000 | 51 | 45.4% | 194.6 | 312.0 |
| Washington | 138% | 138% | 260% | 429,300 | 26% | 61,000 | 45 | 63.1% | 177.1 | 290.7 |
| West Virginia | 138% | 138% | — | 110,910 | 47% | 15,000 | 43 | 76.0% | 24.9 | 120.5 |
| Wisconsin | 100% | 100% | 306% | 353,620 | 22% | 42,000 | 38 | 62.0% | 92.1 | 221.4 |
| Wyoming | — | 55% | — | 34,630 | 30% | 4,000 | 42 | 67.4% | 21.3 | 34.1 |

*Sources:* References 113–117.