UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

COMMONWEALTH of PENNSYLVANIA, et al.,

      Plaintiffs

v.

DONALD J. TRUMP, et al.

      Defendants.

No. 2:17-cv-04540-WB

FILED
JAN 08 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk

---

## ORDER

Upon consideration of the Consent Motion for Leave to Appear as Amici Curiae and to File a Brief Amici Curiae in Support of Plaintiffs' Motion for a Preliminary Injunction by American Nurses Association, American College of Obstetricians & Gynecologists, American Academy of Nursing, American Academy of Pediatrics, and Physicians for Reproductive Health, it is hereby ORDERED that the Motion is GRANTED.

The Brief Amici Curiae attached as Exhibit A to the Memorandum in support of the Motion is hereby accepted for filing.

IT IS SO ORDERED.

BY THE COURT:

1/7/2019
Date

_____
The Honorable Wendy Beetlestone
United States District Judge