# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b2e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12817
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Rhonda Pardoe

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

0044374

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b36
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12818
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Phillip Parker

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Sincerely,

Phillip W. Parker
933 Webb Street
Lafayette, LA 70501

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b37
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12819
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Lawrence J & Theresa M Muskevitsch

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics
to choose between our faith and health care. By making this insurance coverage mandatory, our
government has violated the consciences of faithful Catholics and infringed on our rights to practice
our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of
Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by
lay Catholics. These Catholic institutions—as well as individual Catholic employers and health
insurance purchasers—are being forced by the government to violate their religious beliefs.
Mandatory contraception and sterilization coverage in college student insurance plans force Catholic
colleges to undermine their missions as Catholic institutions. Please repeal these regulations and
protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044376**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b2f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12820
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Anthony

## General Comment

The Democrats and Obama should stop being such blatant Nazis.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b38
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12821
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Julie Perron

---

## General Comment

I object to any government regulations which would:

•require women's health plans to cover sterilization and contraception, including "abortifacients" that cause abortion

•force many Catholic colleges, schools, and charities to violate their CATHOLIC identity by providing immoral health benefits

•force college student insurance plans—even on CATHOLIC campuses—to offer FREE birth control and sterilization to college girls.

The U.S. is a democracy, not a dictatorship.

Sincerely,
Julie Perron

**0044378**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b3a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12822
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Carl Ohnemus

## General Comment

Do not take away our rights

**0044379**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b3b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12823
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Susan Zook

## General Comment

Stop Now

**0044380**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b3c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12824
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Larry Bassett
**Organization:** self

## General Comment

While not a Roman Catholic, I am absolutely catholic in nature and fully subscribe to the catholicism that I profess in the Apostles Creed. That which endangers and offends any within the Body of Christ offends and endangers all. Accordingly I stand with the Cardinal Newman Society and with the Roman Catholic Bishops as they proptest against provisions of the Health Care Law that provide for aborificants or otherwise provide for any type of abortive drug or procedure.
While I look forward to the day when the U. S. Supreme Court reverses Rowe v Wade, proper application of that ruling should not force religious persons or organizations to support in any way, financial or otherwise, practices which violate long held, traditional, moral beliefs. Our US Constitution protects such beliefs and yet this administration ignores them, substituting their own. Stop it!

**0044381**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b31
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12825
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Ann Uzzardi

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044382**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b33
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12826
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Donna Bethell
**Organization:** Imago Dei

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans forces Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044383**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b3e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12827
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Darcie Knapschaefer
**Organization:** FAMILY

---

## General Comment

Government Officials:

This is APPALLING!

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

This is CRAZY!

Darcie Knapschaefer

**0044384**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b3f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12828
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mark Frye
**Organization:** Just a concerned Catholic

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b41
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12829
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Karen Gardner
**Organization:** N/A

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force people to choose between spiritual health and bodily health. To make this insurance coverage mandatory, our government will violate the consciences of people of faith and infringe upon rights to practice religious beliefs. The regulations' religious employer exemption will not protect MANY organizations not owned by the Church. These institutions are being forced by the government to violate their religious beliefs. Of course, not everyone works for these employers, and individuals who purchase health insurance will also be Forced by the government to violate their religion. This is not government involvement we need! Mandatory contraception and sterilization coverage in college student insurance plans force colleges to undermine their missions as religious institutions. Please REPEAL these regulations! Protect the religious freedoms we are guaranteed by the First Amendment. Thank you!

**0044386**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b42
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12830
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Edward Cote
**Organization:** Cardinal Newman Society

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044387**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b34
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12831
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Stephen Gilson
**Organization:** U.S. Army

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care.
By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs.
The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.
Please repeal these regulations and protect the religious freedoms guaranteed by the First Amendment.

**0044388**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b43
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12832
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** CARMELITA MANGILIT,md
**Organization:** MEMBER AMERICAN ACADEMY OF PEDIATRICS

---

## General Comment

i AM TOTALLY AGAINST DOCUMENT id os 2011=0023=0002 because it is a violation of the teachings of my catholic faith.

0044389

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b44
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12833
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Kelly Rogers

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0044390**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b45
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12834
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mary Jo Gremling

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b49
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12835
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Colleen Conzalina

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

Please do the right thing and do not put this regulation into effect.

**0044392**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b4a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12836
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Damien Horn

---

## General Comment

Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.

**0044393**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b4c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12837
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Dan Gurta
**Organization:** none

---

## General Comment

Antone who thinks that they can pass a law that restricts what religion a person can practice is an enemy of the U.S.A.

The Pro-life people do not attempt to impose their beliefs on the nation and in this they are patriots. The pro-death people want to impose their beliefs that unwanted unborn babies should be killed and the very elderly who are not good for anything anymore should be killed as well. These are the traitors of the U.S.A.

Religious institutions that hire should not have to submit to the tyranny of despots and finance activities that violate their religion.

**0044394**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b46
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12838
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Terry Alley

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment

**0044395**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b4d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12839
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** John

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b47
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12840
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** james seippel
**Organization:** none

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044397**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b4e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12841
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Dennis Mihora
**Organization:** Independents of California

## General Comment

This program is wrong for so many reasons. It violates the conscience of American Catholic voters. It
is like a Chinese sterilization and abortion program. It is wrong. it discriminates against those who
have a decent and respecting morality.

**0044398**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b4f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12842
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Leslie Hammer

## General Comment

The HHS regulations on sterilization and contraception force Catholics to choose between faith and health care. By making this insurance coverage mandatory, the government violates the consciences of Catholics and infringes on our rights to practice our faith. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. In addition it forces everyone to pay for the agenda of a few. These procedures are not free -- the insurance companies will make us all pay! Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044399**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b50
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12843
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Robert Sierra

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment

**0044400**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b48
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12844
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Lorene C. Mullins

## General Comment

I vehemently oppose the new "health care" regulations being discussed. Pregnancy is not a disease, nor is it a condition that individuals must be protected from. A person's sexual choices are their own. If a woman chooses to be sexually active, she can assume personal responsibility for her decision. I resent that as a tax-payer who opposes abortion & sterilization, my tax dollars will go to supply individuals with free birth control, abortificants and sterilization. Worse still, these regulations also blatently violate the religious freedoms of faith-based colleges and individuals who--as lay people-- are not covered by the religious employer exemption.

Please repeal these regulations and protect the religious freedoms guaranteed in our Constitution.

**0044401**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b51
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12845
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Darwin Messerly
**Organization:** Church of the Sacred Heart

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044402**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b52
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12846
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** James
**Organization:** Individual

---

## General Comment

The HHS's decision to impose their will and principals on a Catholic organization is immoral, unethical and violate the First Amendmant. It clearly violates the principle stated in the Amendment stating: "impeding the free exercise of religion".

People are first of all responsible for their actions and if they are in a position where they want assistance then privately funded organizations can choose to assist them. Forcing a Catholic based organization to provide services that violate their basic principals is unjust.

To forceable impose your will is not a solution to a problem that is not a health issue but rather a personal issue.

0044403

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b53
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12847
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Thomas Collier
**Organization:** Private citizen

## General Comment

I most vigorously oppose the recent mandate that requires all insurance companies, including private insurers cover contraception without co-pay, as well as sterilization procedures.

Choice should be afforded private insurers. Choice should be afforded all of those entities who conscientiously object to providing these services - not just under the proposed definition that  is so narrow as to exclude virtually all entities that follow non- discrimination laws.

**0044404**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b5d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12848
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Bobette Pestana
**Organization:** Catholic Church

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044405**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b5e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12849
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Brian Hanifan

---

## General Comment

You cannot require us to provide health care that violates our religion.

**0044406**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b55
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12850
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Stephanie Kropog

---

## General Comment

Instead of our young people being taught to say no or refrain from immoral acitivity, we serve it up to them on a silver platter. How about instead of making things easier, we make them more accountable for their actions? Don't you think this will make fore a more accountable adult? Here's a suggestion...put prayer back in schools, allow the Pledge to be spoken loud and clear, tight up the rules instead of letting them take the easy way out.....Build character!!!

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b60
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12851
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Karl

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044408**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b61
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12852
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Kevin Grisamore

---

## General Comment

Dear HHS,

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Sincerely,

Kevin Grisamore

**0044409**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b62
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12853
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** harry skolodz
**Organization:** k of c

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044410**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b56
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12854
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Robert Coover

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044411**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b63
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12855
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Sarah Smith

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

As a start to reining in the cost of health care, insurance should be scaled back to cover catastrophic expenses -- those which actually bankrupt families -- and not usual expenses which people can well afford on their own. To include these items, to make them mandatory, is an offensive power grab and exacerbates the financial difficulties which plague our great country.

**0044412**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b57
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12856
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Raymond Falcsik

## General Comment

I adamantly oppose President Obama mandate regarding the inclusion of abortion, contraceptives and sterilization. The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044413

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b58
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12857
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044414**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b59
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12858
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** John Dixon

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b64
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12859
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Thomas Hughes

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0044416**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b65
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12860
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Ridge Sink
**Organization:** Catholic Church

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044417**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b5a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12861
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Lorraine De Land

## General Comment

Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion. Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase.

These regulations should respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0044418**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b66
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12862
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Lilian Rodriguez

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044419**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b67
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12863
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Edmond Diorio
**Organization:** Law Office

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b68
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12864
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Jamie Ballenger
**Organization:** Citizen

---

## General Comment

We are entitled to form our conscience, and live by it. Both, as individuals, and as a community.
Please come up with laws allowing our citizens to live out their faith traditions without fear. Pax
Christi, Jamie Ballenger.

**0044421**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b5b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12865
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Frank Harris

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044422**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b5c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12866
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Barbara Cooper
**Organization:** Self

---

## General Comment

This is a disgusting trampelling of our Religion & Religious of Freedom Rights. Why are you so intent on KILLING AMERICAN BABIES?? you let the muslims breed & breed voters while you intend to kill ours!! STAY OUT OF OUR RELIGIOUS HOUSES & RIGHTS!! THIS IS STILL AMERICA!!

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b71
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12867
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Joseph Anderson
**Organization:** None

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b72
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12868
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Jodi Beyers

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044425**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b69
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12869
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Warren Kneis
**Organization:** Retired

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

My right to practice my faith without interference from the government in any fashion is guaranteed by the US Constitution and is what I signed up yo protect when I signed up to join the US Marines in 1955.
Warren D. Kneis

**0044426**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b74
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12870
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Maura O'Donnell
**Organization:** I am a Catholic American and I vote

---

## General Comment

Please keep your evil legislation out of my Catholic church, schools, campuses, charities or anything that pertains to Holy Mother Church. She is the last beacon of light and truth in this world. We stand alone as every other institution one by one has fallen into the lies of moral relativism.

Jesus promised the gates of hell would not pervail over the church He started. The only thing you will accomplish is raising up more saints. Look to your history books. The more you persecute us the more you sanctify us.

May the Lord have mercy on all who knowingly promote this evil.

In His Most Holy Name,
Maura O'Donnell
Bay Village, OH

**0044427**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b75
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12871
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** J Sibayan

## General Comment

Proud to be a Roman Catholic and encourage life. I do not want my tax dollars be spent for contraception or anything along those lines.

0044428

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b6b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12872
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Rose Hoffman
**Organization:** Roman Catholic

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044429

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b76
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12873
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** David Reyes

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Thank you.

**0044430**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b6c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12874
Comment on FR Doc # 2011-19684

---

# Submitter Information

**Name:** Colleen Kaelin

---

# General Comment

You have no right to force Catholics to pay for Contraceptives,Sterilizations, abortion coverage in insurance policies or as taxpayers in the USA!

**0044431**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b78
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12875
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Michael McMahon

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0044432**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b6d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12876
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mary Ellen Jensen

## General Comment

The new HHS regulations on sterilization and contraception (including abortificacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044433

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b6e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12877
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Kelly Smith

---

## General Comment

The new regulations on sterilization and contraception are a terrible affront on the rights of the Catholic Church. This is a terrible human rights violation. What happened to freedom of conscience? These regulations are nothing more than communist rule.

0044434

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b6f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12878
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Colleen Martin

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b70
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12879
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Buck Danielson
**Organization:** Retired

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044436**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b7c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12880
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mary K Kearney
**Organization:** Cardinal Newman Socity

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044437

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b7a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12881
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Chris Weber

---

## General Comment

As a Catholic, the new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044438**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b7e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12882
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Ornella Quinn

## General Comment

I strongly oppose the contraception and sterilization mandate for insurance companies.

Although, the mandate includes a so-called "religious exemption", the provision is so narrowly defined that it only includes those organizations that hire or serve members of the same religious faith.

Under this fig leaf of an exemption, virtually no Catholic organization or charity would be eligible.

Catholic organizations that serve the sick and the poor have always opened their doors to persons of all faith or no faith. But under this new rule, if a Catholic institution employs or cares for a non-Catholic, they will not qualify for the exemption. Our government is effectively saying, in order to care for our neighbors, we must discriminate and only help our fellow Catholics. This is a direct violation of our calling to go and spread the Gospel to all nations.

**0044439**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b7f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12883
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Kathleen Fenniman

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044440**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b80
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12884
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Ann Whelan

## General Comment

Please do not violate my CHOICE of religious beliefs.

It's a matter of conscience and no government can regulate that.

Mrs. Ann Whelan

0044441

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b85
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12885
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mirta

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendm

**0044442**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b81
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12886
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** John Kegaly
**Organization:** Individual

---

## General Comment

Obama Administration :
As a practicing Roman Cartholic I am appalled at the fact that the proposed Obama Care provisions would require Catholic institutions health care programs to include abortion assistance, sterilization, contraception and other requirements that would force practiciing Catholics and Catholic health care and academic institutions to support such deviations from Catholic Doctrine and Teaching.
I urge you to file the entire bill in the recycling bin and start over with the consideration off ALL Americans , not just the ultra liberal left wing element which appears dedicated to destroying all that this great country used to stand for.

**0044443**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b82
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12887
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Chris Castagnoli

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044444**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b87
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12888
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Monica Padera

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044445**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b88
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12889
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Doug Warrens
**Organization:** Self

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044446**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b83
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12890
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Pamela Gagliano

---

## General Comment

My civil rights are mine and legislation must at all times reflect those given rights. Helping others with their health care at that cost is unforgivable, surely there is a much better way, you are our elected reps, well then represent us too, and do the job you are elected for and paid for handsomely at our cost.
Why are you not in the so called health plan for all Americans??? why do you not contirbute to SS??? WHY? It is time to take that action and not legislate what we don't want.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b84
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12891
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** James Rimelspach

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Orthodox Christians to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Orthodox Christians and infringed on our rights to practice our religious beliefs. Please repeal these regulations and protect the religious freedom of Orthodox Christians as guaranteed by the First Amendment.

**0044448**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b89
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12892
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Eileen Muench

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044449**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b8f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12893
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Anthony Stockus

---

## General Comment

Please respect conscience rights of US citizens. Do not allow HHS mandate against life to go forward.

Thank you

Anthony Stockus

**0044450**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b8c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12894
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Andy Kwari

## General Comment

I demand that the Obama Administration revoke new healthcare regulations that violate our rights.

Here are what I demand the Obama Adminsitration to revoke:

require women's health plans to cover sterilization and contraception, including "abortifacients" that cause abortion...

force many Catholic colleges, schools, and charities to violate their CATHOLIC identity by providing immoral health benefits...

force college student insurance plans—even on CATHOLIC campuses—to offer FREE birth control and sterilization to college girls!

Thank you

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b91
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12895
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Cindy Yamnitz

---

## General Comment

I urge you to please repeal the new HHS regulations on sterilization and contraceptives. The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b92
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12896
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Margaret and William Natalie

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044453**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b8e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12897
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** michael henry

## General Comment

I am Catholic, and the new HHS regulations violate my belief of the sanctity of life. Pres Obama has said he would not hesitate to provide his daughters with an abortion, but my belief holds that to be murder. Please repeal these regulations on conception and sterilization.

**0044454**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b93
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12898
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Lilly Weathers

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs.
Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.
As a voter, I will definitely be looking at the voting records of my representatives and senators, and of course the president on issues that violate my religious freedom for upcoming elections. Thank you for your time.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b94
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12899
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

Please repeal the new HHS regulations on sterilization and contraception (including abortifactants). As currently written, these regulations require practicing Catholics to choose between free observance of our faith and forced acceptance of offensive stipulations in the Adminstration's universal health care plan. By making this coverage mandatory, the government has violated Catholic's rights and consciences. The religious employer exemption does not cover institutions and organizations run by lay Catholics. Given our First Amendment rights, no Catholic should be forced to accept yet another unconscionable move by the federal government. Again, please REPEAL these new HHS regulations. May God have mercy on us.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b95
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12900
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** James deLeon

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044457**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b96
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12901
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Daniel Gallagher
**Organization:** Private Citizen and Registered Voter

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044458**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b9a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12902
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Patricia McBride

---

## General Comment

The new HHS regulations (Document ID HHS-OS-2011-0023-0002) on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment. Mr. Obama is a servant of the people of this great nation and is also subject to it's laws whether he likes them or not. Freedom of religion is one of those laws.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b97
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12903
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Rosemary Carroll

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044460

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b9b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12904
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** CAROL JOHNSTON

## General Comment

THE devil IS ALIVE & WELL .........I CANNOT WAIT TILL YOU ARE THROWN OUT OF OFFICE !! YOU ARE A DISGRACE TO THE HUMAN RACE!!

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b98
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12905
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mike McEuen

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044462

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ba3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12906
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Sue R

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044463**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b9d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12907
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Harold Furlong
**Organization:** REtired

---

## General Comment

We must oppose all attempts by the government to impose a violation of our Catholic religious principles as superior to our religious ethic. Especially in regards to questions regarding contraceptives, abortion, and sterialization.

Sincerely
H. Furlong

**0044464**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ba4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12908
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Melinda Planchard

---

## General Comment

You are overstepping your authority on the public. Feds have no business in this!

**0044465**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b9e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12909
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mary Scott

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs.
Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.
Abortion is murder and abortifacient birth control are murder weapons. It is anti-American to use them and anti-American to force its citizens into being accomplices. We trust our government to do the right thing!

**0044466**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19b9f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12910
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Richard Fairbank
**Organization:** attorney

## General Comment

The Federal Government should not intrude into areas not authorized by the Constitution. It should not mandate insurance coverage for contraception, sterilization and abortions. It should not attempt to compel Americans to pay for coverage that violates their conscience and religious freedoms. Trampling the freedoms of all under the pretext of helping some, is not what this country was founded upon.

0044467

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ba0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12911
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** James Freet

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

It is really an attack on the 1st Admendment. The 1st Admentment is just as sacred as the 2nd Admentment. It is as sacred as all other Admentments. I know those who do not believe in a freedom of religion or even in god have no use for the 1st Admentment. I do not own any guns, still believe others should have that right because of the 2nd admentment.

**0044468**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ba5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12912
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Suzanne Galligan

---

## General Comment

The new HHS regulations requiring mandatory sterilization and contraception (including agortifacients) insurance coverage for all Americans are a violation of my Roman Catholic beliefs. Please repeal these and protect the religious freedom of Catholics as guaranteed by the First Ammendment.

**0044469**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ba6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12913
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Judy Hodges

---

## General Comment

Thank you for allowing me to comment. I feel very strongly that these new healthcare regulations need to be revoked for the following reasons: The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044470**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ba7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12914
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Michael Phelan

## General Comment

I am gravely concerned with the recent ruling requiring nearly all insurance coverage to cover contraception as a preventative measure. This coverage was compared to the government covering the "flu shot" for free. Astounding. That is an appropriate analogy only if we are afraid children make us sick. Is that where we are as a nation"

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0044471**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bad
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12915
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Ed Arroyo

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044472**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ba9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12916
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Kim Peltier

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044473**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19baa
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12917
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Thomas Galia

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044474**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bae
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12918
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Kimberly Jackson

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044475

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19baf
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12919
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Ann Hawkins

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044476**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bac
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12920
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Tom Fitzsimmons

---

## General Comment

I object to the proposed rules that would require insurers to cover contraception and "emergency contraception" (morning-after pill type abortion), and see the rules as they apply to insurers and hospitals as a violation of religious conscience.

**0044477**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bb7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12921
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Kelly Comeau

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044478**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bb0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12922
Comment on FR Doc # 2011-19684

## Submitter Information

## General Comment

Get out of our lives, get out of my church, stop tearing at the fabric of this country. The complete disregard for human life is completely disgusting. We have become a country that protects everyone except our most innocent. By the way tell the president babies are not "mistakes."

0044479

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bb8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12923
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Laura Rahe

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044480**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bb1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12924
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Curtis Street

## General Comment

I am STRONGLY opposed to any federal mandate for insurance coverage of sterilization and contraception, including "abortifacients" that cause abortion! Birth control is not health care, it is health destruction, preventing and destroying new human lives.

Study upon study has shown the direct rise in breast cancer rates of women that use birth control. But the federal government isn't really concerned about the health of women, but rather lining the pockets of Planned Parenthood.

Now that our country is in financial crisis and our government is struggling to demand more money of citizens to fund it's population control agenda, it is instead making new laws that require other companies to do it's dirty work.

This is absolutely disgusting! The Obama administration is blatantly disregarding the will of the people. We do NOT want to fund abortion or birth control in any way! We made our voices heard from the start with ObamaCare, and we still haven't changed our minds!

**0044481**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bba
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12925
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** GORDON KREMER

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044482**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bb2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12926
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mary Wyman

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044483**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bb3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12927
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Deborah Kaufman

---

## General Comment

Dear Sirs:
I am writing in regards to the work in place to remove the conscience clause for Medical and Pharmacy workers. This
clause was put into place so that these valuable workers are able to follow their choice of careers as well as their own carefully formed consciences. To remove this protection from them will force many out of the medical field completely as well as give some of them no option other than to perform acts against their own values.
This is not a viable option for them and not a choice that they should have to make.

0044484

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bb5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12928
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Jane Irwin
**Organization:** Individual Concerned Catholic American

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044485**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bbb
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12929
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Peter Vogt

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044486

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bbc
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12930
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Sharron Bubenik

---

## General Comment

I am writing to protest the portion of the Health bill that violates every practicing Catholics Religious Freedom...especially in requiring abortions and abortion meds available in Catholic Institutions, including Catholic universities...those who want to use those services have many options in this country. I have noted that this country has become much more aware of Muslim religious precepts and makes sure they are respected across the land.

I demand the same Religious Freedom rights for Catholics and Catholic Institutions.

Thank you.

**0044487**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bbe
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12931
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Walter Miller
**Organization:** American college of surgeons

## General Comment

President Obama; It is clear that your machine is relentless is pursuing goals which interfere with issues that affect my conscience. I will work to defeat your reelection. Walter J Miller MD

**0044488**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bc2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12932
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Sean Tobin

## General Comment

Please repeal thsee regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment!! Hands off my FAITH!!!

**0044489**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bbf
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12933
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Sheila Beller

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044490**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bc3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12934
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Wayne Rodabaugh

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044491**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bc4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12935
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Charles Miller

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044492

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bc0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12936
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Gina Smith

---

## General Comment

It saddens me to see how much you disreguard the rights of the most vunerable among us, the unborn. They should have the same rights as every individual, no matter what race, religion, or sex. People should not be forced to preform, offer or accept abortion as an alternative to health care. Please change the healthcare bill back to help everyone in America, the One Nationn Under God. May God Bless You and guide you to lead the Nation back to greatness.

0044493

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bc5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12937
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** CHARLOTTE BELDEN
**Organization:** CATHOLIC

## General Comment

THIS IS A REQUEST THAT YOU STOP TRYING TO FORCE RELIGIOUS OR MORAL INSTITUTIONS TO VIOLATE THEIR BELIEFS AND UNDERWIRITE THE CONTRACEPTION AND ABORTION INDUSTRIES. IT IS NOT RIGHT TO FORCE THE DEMISE OF ALL SUCH INSTITUTIONS AS THEY ARE NEEDED MORE NOW THAN EVER TO TRY TO BRING SANITY AND MORALITY TO OUR SOCIETY!!!

0044494

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bcb
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12938
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Edward Charles, Sr Olivares
**Organization:** Retireed -Active Roman Catholic

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044495**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bcc
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12939
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Eric Watson

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044496**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bc6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12940
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Greg Colton

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044497**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bc8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12941
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Sharron Lassiter
**Organization:** Church Member

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Christians to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Christians and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Christian colleges, schools, and organizations which are not owned by the Church, but instead run by lay Christians. These Christian institutions—as well as individual Christian employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Christian colleges to undermine their missions as Christian institutions. Please repeal these regulations and protect the religious freedom as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bc9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12942
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Joseph Kirkconnell

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

May the Lord bless you and keep you.

**0044499**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bca
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12943
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Deborah & Gary Motl
**Organization:** none

---

## General Comment

This man is evil, he is not a man of GOD!

0044500

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bce
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12944
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** William J. Gazzerro

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044501**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bcf
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12945
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Domenic Pitrelli

---

## General Comment

If need be, I would shut down all catholic hospitals until the law is amended. See if the health system can get along without us catholics.

0044502

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bd0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12946
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** William Ryan

---

## General Comment

I am not in favor of the new HHS regulations on sterilization and contraception (including abortifacients). They force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment. Thank you.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bd8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12947
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Peter Kwasniewski
**Organization:** Wyoming Catholic College

## General Comment

The new HHS regulations on sterilization and contraception force Catholics to choose between our religious beliefs and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religion.

The regulations' religious employer exemption will NOT protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers —are being forced by the government to violate their religious beliefs.

Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bd1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12948
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mich Stronczek

## General Comment

Abortion Hurts women. There are options. Killing is wrong.
No one should be forced to pay for another persons actions.

0044505

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bd9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12949
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jean
**Organization:** Pro-Life of Mercer County, PA

## General Comment

Catholics are being forced to choose between their faith and health care because of new HHS regulations. Mandatory insurance coverage will include sterilization contraception and abortifacients, putting faithful Catholics in a moral dilemma. This is a blatant violation of their consciences! Sadly, employer exemption fail to protect many Catholic organizations which are not owned by the Church, but run by lay individuals. Catholic icolleges will be forced to violate their religious beliefs, accepting mandatory contraception and sterilization coverage in college insurance plans undermining the mission of these Catholic institutions. Please protect the religious freedom of Catholics as guaranteed by the First Amendment by repealing these terrible regulations.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bd2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12950
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Linda A. Costello

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044507

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bd3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12951
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** James Mueller
**Organization:** Catholic run business

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics
to choose between our faith and health care. By making this insurance coverage mandatory, our
government has violated the consciences of faithful Catholics and infringed on our rights to practice
our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of
Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by
lay Catholics. These Catholic institutions—as well as individual Catholic employers and health
insurance purchasers—are being forced by the government to violate their religious beliefs.
Mandatory contraception and sterilization coverage in college student insurance plans force Catholic
colleges to undermine their missions as Catholic institutions. Please repeal these regulations and
protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044508**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bd4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12952
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Charol Abrams
**Organization:** none

## General Comment

The new HHS regulations concerning sterilization and contraception (including abortifacients) force Catholic citizens to choose between our faith and health care. By declaring that this insurance coverage is mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' exemption for a religious employer will not protect the hundreds of Catholic colleges, schools, and organizations that are not owned by the Church, but instead run by lay Catholics to foster Catholic values.

These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college-student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.

Our government officials swear an oath to preserve, protect, and defend the Constitution of the United States, so please do your duty. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044509**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19be2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12953
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Vicky Watson
**Organization:** Voter

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044510**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19be3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12954
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Maureen Pratt

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044511**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bdb
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12955
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** T Doyle

## General Comment

I am opposed to many facets of the Healthcare Act. Most importantly, I am strongly opposed to any provision that requires Catholic hospitals, institutions, and/or individuals to participate in or contribute financially to immoral practices such as abortion and artificial birth control. It is wrong to force Catholics to choose between violeating the tenets of their religion or violating the law. That is not the way the founders intended this great country to operate.

0044512

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19be4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12956
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Patrick Leonard

---

## General Comment

I strongly resent my tax dollars going towards abortions. There is no way that this insurance policy can stand without a strong influx of tax dollars. If my taxes are used to support something against my religion, then I must decide if I can morally pay them.

**0044513**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bdc
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12957
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jim Beck
**Organization:** The Cardinal Newman Society

## General Comment

Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
Patient Protection and Affordable Care Act: Amendment (Document ID HHS-OS-2011-0023-0002)

We want the government to get out of our lives. Please revoke these new regulations. We do a
better job with managing ourselves than all the debt that the government has placed on us and our
children.

**0044514**

# PUBLIC SUBMISSION

| |
|---|
| **As of:** April 02, 2012 |
| **Received:** September 14, 2011 |
| **Status:** Posted |
| **Posted:** October 31, 2011 |
| **Tracking No.** 80f19be5 |
| **Comments Due:** September 30, 2011 |
| **Submission Type:** Web |

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12958
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mary Weaver Mann
**Organization:** the Catholic Church

## General Comment

Personally, I would expect 1/5th to 1/6th of our hospitals to have to close if these regulations are not changed.

WHERE WILL THOSE PATIENTS GO, PLEASE? (To say nothing of lost jobs and revenue for so many localities!)

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044515**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bdd
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12959
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mark Schueller

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bde
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12960
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jane Garwood
**Organization:** Asclepion Publishing, LLC

## General Comment

President Obama:

Please halt PPACA's assault on conscience rights. It is a Constitutional violation, plain and simple.

**0044517**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19be7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12961
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Christian Watson
**Organization:** Voter

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044518

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19be8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12962
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Bethany Meola

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0044519**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19be9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12963
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Robyn Kerchner

---

## General Comment

let's not forget where we came from. following our religious beliefs and our consciences is a core value of American citizens. Do not allow regulations that would infringe on these rights. MANY services today are provided by the very organizations that would be deeply impacted by the loss or "flimsey" clauses in regard to conscience protection. We are a great nation walking toward a slippery slope. Please don't let this happen. Thank You

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bea
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12964
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Kathy Taylor
**Organization:** Holy Roman Catholic Church

---

## General Comment

As Catholic Christians we understand that if we live by God's laws we will always be living above the laws of mankind. There has been a shift away from God's laws in this country, laws of mankind are not in line with God's laws, so Christians must make a stand against those laws or rules which are unjust, or act against our consciences. Our great command is to love God first and then to love one another. There is no love shown in killing babies at any time or point in a pregnancy, and love is prohibited or incomplete when birth control, which by the way has done nothing to control births, and sterilization are forced into peoples lives directly or indirecty. You are either with God or against Him. I am with Him, and I pray for those who are against Him, bcause they will need someone to pray for them.

**0044521**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19beb
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12965
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Rick Simpkins

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044522**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bec
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12966
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Albert Holder
**Organization:** retired teacher

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19be0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12967
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** paul kane

## General Comment

Please stop your attacks on my Catholic Church and our religion!!

0044524

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19be1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12968
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** marcelle zuniga

---

## General Comment

I don't want to be pressured to participate in any way in something that violates my religious freedom. As a Catholic I can't support any kind of mandatory coverage for contraception or abortifacients.

**0044525**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bf6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12969
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Margaret Hohnberger
**Organization:** Catholic church member

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044526**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bee
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12970
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Amedeo Colucci
**Organization:** Cardinal Newman Society

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044527

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bef
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12971
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

To: The Obama Administration

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bf8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12972
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Barbara Kraft

## General Comment

The new HHS regulations on sterilization and contraception(including abortifacients) force Catholics to choose between faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. The Catholic institutions, as well as individual Catholic employers and health insurance purchasers, are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college students insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044529

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bf0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12973
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Judith Case

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044530**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bf1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12974
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jeff Watson
**Organization:** Voter

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044531**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bf2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12975
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** william mikesell

---

## General Comment

We have had enough ! We do not wish to be billed to destroy human life or to force us to pay for others birth control and lack of "self control" Our health care should not be forced to cover these immoral and unnecessary procedures!

0044532

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bf9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12976
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Thomas Quinn
**Organization:** Immaculte Conception Seminary

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044533**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bf3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12977
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Linda Hubbard
**Organization:** Catholic

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044534**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bfa
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12978
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Michael O'Brien

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

The First Amendment has no meaning if the government can force a Catholic institution to provide contraception and sterilization coverage. Several forms of contraception have the potential to result in an abortion. Therefore, these regulations would force Catholic institutions to fund abortion. How can that be constitutional?

**0044535**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bfb
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12979
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044536**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bf4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12980
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Robert Zimmerman

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044537**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bfc
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12981
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Julie Wanta

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044538**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bfd
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12982
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** David Cox

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044539**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19bf5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12983
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Corrine Josten

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0044540**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c00
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12984
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** JoAnn Thornton

## General Comment

Please repeal the regulations and protect the religious freedom of Catholics as guaranteed by the 1st Amendment

0044541

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c01
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12985
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Jay Watson
**Organization:** Voter

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044542**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c02
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12986
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Wlamir Amós Saint Martin
**Organization:** Wlamir

---

## General Comment

Keep it up Obama! Increasingly putting Catholics against the wall! I think Americans have never had a president with such a dubious form of government. Onward Catholic! With the Church of Christ until the death!

0044543

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c03
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12987
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Marvin Westendorp

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044544**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c0a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12988
Comment on FR Doc # 2011-19684

---

# Submitter Information

**Name:** Jo Ann Moe

---

# General Comment

I protest the government supporting abortion.

**0044545**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c0b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12989
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Dale Spencer
**Organization:** Retired

---

## General Comment

The Affordable Care Act will be renamed to:
"Unaffordable Care Act", unless it is completely repealed.

**0044546**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c05
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12990
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** John Case

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044547**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c0c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12991
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Paul R. T. Mathis
**Organization:** Calix Society

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044548

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c06
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12992
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Barbara Kessler

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044549

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c0d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12993
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Thomas Vaughan

## General Comment

Pregnancy is not an illness, and so the classification of contraception and sterilization as "preventive" is an abuse of the word. In the context of a health plan, prevention refers properly to the avoidance of disease. For the government to require health plans to provide these services is to engage in propagandist double-speak, to violate the natural law, and to inhibit the religious freedom of institutions whose mission is to promote a culture of life.

**0044550**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c0e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12994
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** dr, james mittelstadt
**Organization:** private independent voting citizen

## General Comment

Dear Mr. President,

I am wiriting to complain vociferously aboout your new mandates in the health insurance field that definitely is a back door totalitarian merhod of destorying and subverting the religious beliefs of millions of u.s. citizens.

I consider that a blatant infingement upon re;igious beliefs and is against the constitution. You are supposed to be an expert in constitutional law. Where is your so called iintelligence in this matter?

Thank you,

Dr.James Mittelstadt

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c07
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12995
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Sharon Eversvik
**Organization:** St. John's Catholic Church

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044552**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c0f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12996
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Leona Tearr
**Organization:** None

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c10
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12997
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Ron Greulich
**Organization:** Archdiocese of Indianapolis

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044554**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c08
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12998
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Maura Hogan
**Organization:** self

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044555

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c09
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-12999
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Vernon Hubbard
**Organization:** Catholic

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c14
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13000
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Ilona Spina

## General Comment

To the Obama "health Plan"

This is a free country. Do NOT force your Godless policies on others!!

**0044557**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c11
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13001
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Kathleen Joyce

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044558**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c15
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13002
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Sara Buscher
**Organization:** none

---

## General Comment

Religious institutions that serve the public should not be required to provide insurance coverage for abortions, contraception and other "services" contrary to their beliefs, nor should professionals who work for these institutions be required to provide services contrary to their religious beliefs.

**0044559**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c12
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13003
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Michal Leonczuk

---

## General Comment

I demand that the Obama Administration revoke new healthcare regulations that blatantly violate our —yours, mine, the Church's—religious freedom.

**0044560**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c13
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13004
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Constance

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044561**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c1e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13005
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Janine Schneider

---

## General Comment

This is unconscionalbe that sterilization and contraception may be mandated as part of a health care plan. I am offended and shocked that our government would aid people in committing these sins at my expense. This is a direct attack on religious freedom and I urge you to oppose this.

0044562

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c17
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13006
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Damaris Montero

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044563**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c1f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13007
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** LISA BRINDLEY
**Organization:** SELF

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044564**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c20
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13008
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Susan Kulha
**Organization:** A Concerned Citizen

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment. Thank you for your time in considering this important opinion.

0044565

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c21
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13009
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jim Mazurek

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c22
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13010
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Elizabeth Duke

## General Comment

I demand that Obama Administration revoke new healthcare regulations that violate my religious freedom.

**0044567**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c23
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13011
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Robert LaCombe

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c24
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13012
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c18
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13013
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Kathryn Giordano

## General Comment

I do not want my religious freedom taken away by the Patient Protection and Affordable Care ACT. Do not force your morals on me.

0044570

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c26
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13014
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Giles Hadrych
**Organization:** None

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044571**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c27
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13015
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mike and Teresa Tario
**Organization:** Cardinal Newman Society

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044572**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c19
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13016
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Evelyn Sucgang

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044573

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c28
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13017
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** jim skelly

## General Comment

Stop these egregious health regulations that interfere with religious beliefs.

**0044574**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c1a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13018
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Nancy Murphy
**Organization:** Epiphany Cathedral Right to Life

## General Comment

Please understand that we feel strongly that no government should force insurance on people who do not believe in abortion in any form. We are a people of life.

We also do not believe taxpayers should be forced to pay for abortion clinics like Planned Parenthood when we are firmly against abortion.

Please respect our rights. Thank you.
Nancy & Tom Murphy

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c29
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13019
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Sr. Mary Helen Nixon
**Organization:** Carmelite Monastery, Terre Haute

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044576**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c1b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13020
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Paul Danaher

---

## General Comment

Please uphold the conscience clause for medical providers.

**0044577**

# PUBLIC SUBMISSION

| |
|---|
| **As of:** April 02, 2012 |
| **Received:** September 14, 2011 |
| **Status:** Posted |
| **Posted:** October 31, 2011 |
| **Tracking No.** 80f19c1c |
| **Comments Due:** September 30, 2011 |
| **Submission Type:** Web |

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13021
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Madeleine Faust
**Organization:** N/A

---

## General Comment

The new HHS regulations on sterilization and contraception will force Catholics to chose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, organizations which are not owned by the Church but run by lay Catholics. The Catholic institutions, a/w/a Catholic employers and health insurance purchasers, are being forced to violate their religious beliefs by the government. Mandatory contraception and sterilization coverage in student health care insurance plans forces Catholic colleges to undermine their own mission. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044578**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c1d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13022
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** philip balmforth

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics
to choose between our faith and health care. By making this insurance coverage mandatory, our
government has violated the consciences of faithful Catholics and infringed on our rights to practice
our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of
Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by
lay Catholics. These Catholic institutions—as well as individual Catholic employers and health
insurance purchasers—are being forced by the government to violate their religious beliefs.
Mandatory contraception and sterilization coverage in college student insurance plans force Catholic
colleges to undermine their missions as Catholic institutions. Please repeal these regulations and
protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044579**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c2a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13023
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** John and Liz Post

---

## General Comment

My husband and I are devout Catholics and are distressed by the new HHS regulations on sterilization and contraception (including abortifacients) that force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment. May God bless you for your courage in standing against this evil in disguise. Sincerely, John and Liz Post

**0044580**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c2b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13024
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Michael Pallas
**Organization:** Roman Catholic Church

---

## General Comment

Mr. President:
I am an ardent Roman Catholic and believe that life begins at conception and should end in a natural death.

With that said, this bill is a horrendous bill and also, it is unconstitutional. By forcing all health plans to cover thing that the Catholic Church opposes, i.e. sterilization and contraception. By doing so, you then force Catholic organizations and schools to provide such things they are morally opposed to in their health plans, and this violates the freedom of religion and separation of church and state guaranteed in the United Stated Constitution. Therefore, these regulations need to be repealed.

**0044581**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c32
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13025
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Matt London

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044582**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c33
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13026
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** rebecca cook

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044583**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c2c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13027
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Barbara Muth

## General Comment

I can't believe what you are doing to our Country.....you need to listen to the People!

0044584

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c34
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13028
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** M A
**Organization:** Independent Freeman

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044585**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c2d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13029
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** AIDEE FLORES
**Organization:** CARDINAL NEWMAN SOCIETY

## General Comment

Stay away from our sons and daughters with your new regulations that violate our faith and beliefs. The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044586**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c2e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13030
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Stephen & Sharon Graham

## General Comment

Stay out of our lives--especially our moral lives. It is wrong of you to demand that people go against their consciences in the area of birth control and abortion.

**0044587**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c2f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13031
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Patricia Forman
**Organization:** Cardinal Newman

---

## General Comment

To whom it may concern.
Please respect the rights of conscious of individual Catholics and other religious. Do not force us as individuals, organizations, and businesses to fund immoral practices. Do not require health plans to pay for and provide contraception, abortion, and euthanasia drugs. This also forces everyone to pay for an elective drug that isn't necessary for life such as heart medicine or insulin to foster someone else's life style. If they are truly adults and capable of making that decision to have sex they are capable of paying for it.Thank you.

0044588

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c35
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13032
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Helen Faust
**Organization:** Citizen

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

I would like to say more but am afraid I would be reported to the Obama police state web site

**0044589**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c30
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13033
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Patricia Tomaskovic
**Organization:** USA

## General Comment

The new Health Care Plan violates my religious freedom. I'm Catholic and PRO LIFE. I'm offened that MY TAX dollars will pay for abortions and require Catholic organizations to cover such actions. This is a MORTAL SIN and how dare this administration demand this of us. If any other religion ie. Muslums felt this deeply about an issue they would be granted a waiver. However, this adm. is out to offend and attack God and Christians as offten as possible. Actions speek louder than words.

**0044590**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c31
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13034
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mary Linda Caffarelli

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044591**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c36
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13035
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Tom Lavin
**Organization:** Self

## General Comment

Concerning Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment (Document ID HHS-OS-2011-0023-0002), repeal it. No religion should be forced to comply with federal mandates which are not "pro-life." If the Federal Government has a death wish, let it be known now, so that we can eliminate the cancer before it kills us.

**0044592**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c3c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13036
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c3e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13037
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mary Murphy

---

## General Comment

Please co-sponsor the Respect for Rights of Conscience Act (H.R. 1179).
This measure ensures that the rights of conscience of all participants in our nation's health care system will be respected. I do not support a federal government mandate that ignores the rights of religious entities. Thank you for taking a stand in support of religious liberty.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c3f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13038
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Tarese Hammes

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044595**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c37
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13039
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** James Monaghan

## General Comment

Please respect the conscience of Catholics who are opposed to funding contraceptives and abortion.

0044596

# PUBLIC SUBMISSION

| |
|---|
| **As of:** April 02, 2012 |
| **Received:** September 14, 2011 |
| **Status:** Posted |
| **Posted:** October 31, 2011 |
| **Tracking No.** 80f19c38 |
| **Comments Due:** September 30, 2011 |
| **Submission Type:** Web |

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13040
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** WILLIAM DEMPSEY

## General Comment

Totally opposed to OBAMACARE as contrary to the constitution.

0044597

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c40
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13041
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** marie devoss
**Organization:** catholic church

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044598**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c41
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13042
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Michael Ryman

---

## General Comment

Can these regulations . .. this is an assualt on religion

**0044599**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c3b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13043
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** K. Kumler
**Organization:** Citizen

---

## General Comment

Please do not force me to pay for abortion-inducing drugs with my healthcare premiums. Pregnancy is not a disease, and people of faith should not be coerced into paying for drugs that violate their consciences.

**0044600**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c52
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13044
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Anthony Kizlauskas
**Organization:** none

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c42
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13045
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** W. Lawrence Wescott II

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044602**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c43
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13046
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Jen Hula

---

## General Comment

Please do not do this! It is not right. Think about it!

0044603

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c44
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13047
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** R C

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044604**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c53
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13048
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Tim Simunds

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044605**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c55
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13049
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** David Cabral
**Organization:** St. Finbars Parish

## General Comment

I wish to call for a repeal of the HHS regulations as it it infringes on the religious freedoms of Catholics as guaranteed by the First Amendment.

0044606

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c57
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13050
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Ted Alfermann

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044607**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c58
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13051
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Randall Engel
**Organization:** St. Joseph Catholic Church - Richardson, TX

## General Comment

The regulations which you are about to impose are offensive to my concience and to all of us who hold life and personhood sacred. What you are about to do will cripple the efforts of Catholic hospitals and other institutions from carrying out their mission of care and will lead to their eventual distruction. You may have the power now to implement this offense, but it is only a matter of time and you will no longer have the power.

**0044608**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c5a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13052
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Lanette Nordquist

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c5b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13053
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** joan skelly

## General Comment

stop these proposed health regs that interfere with religious beliefs. Thank you.

**0044610**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c5c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13054
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Patricia Vas

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.
Please recind this new policy immediately.
Patricia Vas

**0044611**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c5d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13055
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

The Obama administration seems to not understand religious liberty by their forcing the new HHS regulations on sterilization and contraception, including aborifatients. This violates the rights of faithful Catholics and others and infringes on their rights to practice their religious beliefs, as guaranteed by the First Amendment. This will not protect Catholic (and others who agree) colleges, schools, and organizations or individual health care employers and health insurance purchasers. No one should be forced by the government to violate their religious beliefs!! This is America!

0044612

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c5f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13056
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Tom Wagener
**Organization:** Self

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044613

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c60
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13057
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** JAMES BLESSINGER
**Organization:** CORPUS CHRISTI CATHOLIC CHURCH

## General Comment

It appears to me that the new HHS regulations on sterilization and contraception (including abortifacients ) force Catholic Christians to choose between strongly held christian values and health care. By making this kind of insurance coverage mandatory our government is violating the consciences of faithful Catholics and infringes on our rights to practice our religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. I ask you to protect our rights and religious freedom as Catholic Americans as guaranteed by the First Amendment.
Please repeal these regulations. Thank you.

0044614

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c61
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13058
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Bob Tomaskovic
**Organization:** USA

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044615

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c59
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13059
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Michaelene Prater

## General Comment

The new HHS regulations on sterilization and contraception force Christians to choose between their faith and health care. By making insurance coverage mandatory, our government has violated the consciences of Christians and in fringed on their rights to practice religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and other organizations which are not owned by the Church, but instead run by lay Catholics or other Christians. These institutions--as well as individual Christian employers and health insurance purchasers--are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic Christian institutions. Please repeal these regulations and protect the religious freedom of Christians as guaranteed by the First Amendment.

**0044616**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c62
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13060
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Paul Palowitch

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044617**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c63
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13061
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** ann flannery

## General Comment

i ask that you repeal the new hhs regulations that force catholics to violate their religious beliefs and undermine the very mission of catholic institutions. thank you.

0044618

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c64
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13062
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Theresa Curran
**Organization:** Cardinal Newman Society

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c65
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13063
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Lester Murphy
**Organization:** retired

---

## General Comment

this attack on religion will weaken the position of the united states worldwide. you, the government have consistantly undermined the foundation of morality and families, 50 million abortions is 1/3 of the present generation since roe vs wade... a situation that will not allow any country to survive for long. If for anything else, for the loss of talent, revenue and diversity.

0044620

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c6e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13064
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Regina Karako

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044621**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c6f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13065
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Claire Metz

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c66
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13066
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Marguerite Stauver
**Organization:** Immaculate Conception Catholic Church

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044623

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c70
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13067
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** William Munk

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force people of faith to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful believers of many faiths and infringed on our rights to practice our religious beliefs. Specifically, the regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics and other Christian believers as guaranteed by the First Amendment.

**0044624**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c71
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13068
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Peter Kelly
**Organization:** Resurrection Parish, Farmingville NY

---

## General Comment

Do not violate the religious conscience rights of thousands of Catholics and Catholic institutions. We will not stand for it!!

Peter Kelly

**0044625**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c67
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13069
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Ronald Redler

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044626**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c68
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13070
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Stephen Thordarson

---

## General Comment

America was founded by a great group of men who listened to their conscience when it told them
that they could no loger follow the King and his unjust laws.
No you seek to stamp out this most valuable right that made our country different than any that has
come before it. You have shown me that my rights come second to your personal interests. I will be
voting for someone who has a better vision for America.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c72
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13071
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Brenda mannschreck
**Organization:** Speech Pathologist private practice

## General Comment

Please revoke the Health care law. It goes against all Christian values. It allow sterilization,abortion and birth control. Significantly against my religion. I have worked for forty-years. It is a crime to use my money against health care that is against my religion.

0044628

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c73
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13072
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Michael Prisco

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044629

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c69
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13073
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mary Therese Lanuti

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044630**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c74
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13074
Comment on FR Doc # 2011-19684

---

# Submitter Information

**Name:** Jessica Montgomery

---

# General Comment

Do not force Catholic institutions to provide birth control or other contraceptives and abortion on their campuses.

**0044631**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c75
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13075
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Ray Humble
**Organization:** Catholic University Graduate

## General Comment

The health care legislation that will require Catholic Universities
to provide monies for contraceptives et al are against my beliefs and those of the universities involved. Please defeat this measure

**0044632**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c6a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13076
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Louis Poulin
**Organization:** All Catholic Churches

---

## General Comment

I oppose and kind of legislation that discriminates and applies their conditions of new laws in congress against the principals of any church's belief's and rules.

I also oppose sharia law as it contains horrific rules against women.

I do believe that the Federal government practice SEPARATION OF CHURCH AND STATE as directed by our constitution.

0044633

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c6b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13077
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Susan Stanich
**Organization:** none

## General Comment

Mandatory regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. Government should not violate the consciences of faithful Catholics and infringe on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics.

These Catholic institutions—as well as individual Catholic employers and health insurance purchasers —are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044634

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c77
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13078
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Peter Hetherman

---

## General Comment

I object to the new HHS regulations for the following reasons:

Making buying a product, health insurance, mandatory. I personally see the reason for health insurance, but it should not be mandatory, and I believe this requirement is unconstitutional.

Having government panels review and decide treatments, rather than a persons own health professional. An individual must be able to rely on his/her own health professionals recommendations.

Requiring sterilization, contraception, abortion coverage in the plan, even when the provider objects on their own religious beliefs, whether they provide these services thru a religious owned facility or a privately owned facility, or a government owned facility.

**0044635**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c78
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13079
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Harry J Tucci Jr

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044636**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c79
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13080
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Debora Branecky

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044637**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c6c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13081
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** John Laboe

## General Comment

The institutionalized assault upon the private expression of moral principles as contained in ObamaCare must and will be resisted by every legal and political means available to us. These regulations are not those that a majority of the electorate would embrace and will eventually fall -- to the extent that democracy is permitted to function.

**0044638**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c6d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13082
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Peter Connolly

---

## General Comment

New HHS regulations on sterilization and contraception violate the rights of those of the Catholic Faith. They infringe on our right to practice our religious beliefs. The religious employer" exemption" will not protect many Catholic colleges, schools, and organizations which are not owned by the Church, by lay Catholics. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment. And stop this unceasing invasion of our religious rights and our rights as citizens. You have overstepped yourself beyond belief.

**0044639**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c82
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13083
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Bill Brucks

---

## General Comment

As Catholics, we can not let this administration take away more of our freedoms. It is our right to choose life!! The government has again over stepped their authority. Please vote this anti-God administration out of office!!

**0044640**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c7a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13084
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Kelly Bunting

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044641**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c83
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13085
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Catherine Turner

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044642

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c84
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13086
Comment on FR Doc # 2011-19684

---

# Submitter Information

**Name:** GRACIELA VELA

---

# General Comment

STOP ABORTION

**0044643**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c7b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13087
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** James GURN
**Organization:** None

---

## General Comment

This latest"shot-across-the-bow"from the Obama administration

to the Catholic Faith per HHS w the "sterilization 'n contraception

forced implementation w/in Catholic colleges is NOT CONSTITU-

TIONAL and CANNOT be acceptable to me nor anyother citizen

who beleives in the SEPARATION of CHURCH 'N STATE

declaration. These diabolical manuveurs HAVE TO BE DEFEATED
for our nation to survive and SURVIVE WE SHALL!

James Gurn

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c7d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13088
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Sue F.

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044645**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c86
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13089
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jim DeSmet

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044646**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c7e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13090
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Kaitlyn Tomaskovic
**Organization:** Student

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044647

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c7f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13091
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Nancy Parks

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044648**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c87
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13092
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** E. Bloch

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044649**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c80
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13093
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Sean Duerr

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044650**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c81
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13094
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Margaret King

---

## General Comment

To whom it may concern:

You have no right to make a business do something that is against their religion. It is you who shout, when it is convenient, that Church and State should be separate. Someday, you will stand before God and have to answer for this atrocity. May god have mercy on you.

**0044651**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c8c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13095
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jaime Rivera

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044652**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c8d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13096
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

"The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions as well as individual Catholic employers and health insurance purchasersare being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment."

**0044653**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c89
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13097
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mark Kalpakgian

---

## General Comment

I am very concerned that the new health care regulations will:

- require women's health plans to cover sterilization and contraception, including "abortifacients" that cause abortion...

- force many Catholic colleges, schools, and charities to violate their CATHOLIC identity by providing immoral health benefits...

- force college student insurance plans—even on CATHOLIC campuses—to offer FREE birth control and sterilization to college girls!

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. Please prevent this from happening.

**0044654**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c8e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13098
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Phyllis Reagan
**Organization:** Catholic Church

## General Comment

In reference to Group Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment (Document ID HHS-OS-2011-0023-0002). This is to inform you I am opposed to any mandatory provisions that violate citizens freedom of conscience in matters of birth control, abortion, sterilization.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c8a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13099
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Paula Hellenbrand

## General Comment

Please DO NOT support the coverage of preventative services under the Patient Protection and Affordable Care Act.

**0044656**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c8b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13100
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jane Malak

## General Comment

I do not want to be forced to pay for items that are not in accord with the catholic church teaching. Let everyone pay for their own birth control, why should i pay for things i do not believe it. You are forcing people to choose between their faith and your spreading the wealth initiatives.
Do not pass this bill with this language included that forces us to include birth control and abortion funding.

0044657

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c96
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13101
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** john nicholson

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment

**0044658**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c90
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13102
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Justin Jurek

## General Comment

The sterilization and contraception mandates fly in the face God's law and violate the conscience rights of health care workers by forcing them to provide something morally offensive to them. This vile mandate should be scrapped.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c91
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13103
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Michelle Tomaskovic
**Organization:** student

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044660**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c97
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13104
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Kent Kelly

---

## General Comment

Mr. President,

Please stop promulgating more and more regulations!!!!

Government is already too big. Too expensive. Gov is the problem.

The Patient Protection and Affordable Care Act: Amendment is simply another example. Stop. Stop. Stop.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c93
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13105
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Steve Purves
**Organization:** None

## General Comment

It is unbelievable to me that so many men and women have been able to rise to the federal government in all three branches that have no idea what American freedom is or what the "American Dream" is. The American Dream is FREEDOM.

This country was founded to free God's children to worship Him freely, with our work, with our words and with our freely given charity in all forms as directed by our Lord Jesus and his Catholic (Universal) Church here on earth. This is the definition of "Freedom of Religion".

Politicians under the influence of the Liberal Spirit of Satan have fought day and night to restrict this charitable freedom by destroying this God given free nation. For decades this spirit has slowly rewritten history, infiltrated our education system, taken control of the news and entertainment media and now has control of two (down from three) branches of the federal government. You have shoved your culture of death upon us, promoted homosexuality and now are trying to force us to accept the sexual abuse of young children as "normal" behavior. For decades God's children in America have been drunk with your wine but, today God's children and his Catholic Church are awake!
We don't want your money or your lies about what the future will be like if we just trust your liberal tales!! Your day has come, God will not be mocked! All I have to say is REPENT. This law is not going to be enforced and those that have worked so hard to push it through are going to lose their jobs. Today it is time to consider your eternal future. Regardless of what you believe every life is eternal and it is your choice to spend eternity with God or not. I will be praying for you to make the right choice...

**0044662**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c98
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13106
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Robert & Mary Christman
**Organization:** Voters

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044663**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c94
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13107
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Therese

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044664**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c95
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13108
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Dr. William Farmer
**Organization:** Transplant support Grp of So. Texas/ St. Anselm's

## General Comment

The regulations requiring Catholic Schools and Hospitals to provide birth-control and abortion services of all kinds under the obscenity called "Obamacare", is utterly abhorrent to all that is American, Constitutional, and moral - this and all other regulations imposed by this ridiculous excuse for an Administration must be repealed, revoked, and sent to abyss from whence they came.

**0044665**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c99
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13109
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Lynn Staley

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics, Orthodox and like-minded Protestants as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c9a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13110
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** James Nolan

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044667**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ca3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13111
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Christopher Morrell
**Organization:** Texas Wesleyan Law

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044668**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ca4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13112
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mark Smith

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044669**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c9b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13113
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mary Murphy
**Organization:** St. Margaret Mary CHurch

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) are unacceptable. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment

**0044670**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ca5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13114
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** James Fleming,Jr.

---

## General Comment

The government can not force individuals or institutions to have or provide insurance that covers abortion and related services.

0044671

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c9c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13115
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** marilyn zayac

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044672**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c9d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13116
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Richard McNally

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ca6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13117
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** James Kirk

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044674**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ca7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13118
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mark Kilkeary

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19c9f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13119
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** ROBERT GREENE

## General Comment

For a bunch of people so in tune with sensitivity, you have no tolerance whatsoever for Christian principles. You are not our masters. Stop dictating. The mandates in your monstrous, destructive act force people to support procedures antithetical to their faith. You actually think you have the authority to engineer people's beliefs. Why don't you go back to the academic closets you came from and continue writing your utopian socialist fantasies for each other. You are too destructive in the real world.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ca9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13120
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** David LaCava

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment
Get your culture of death out of our Catholic schools!!!

0044677

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cae
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13121
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Catherine Tackman

---

## General Comment

As a Catholic, I strongly oppose birth control, and any thing that forces Catholic institutions to go against their morals. That is not freedom.

0044678

# PUBLIC SUBMISSION

| |
|---|
| **As of:** April 02, 2012 |
| **Received:** September 14, 2011 |
| **Status:** Posted |
| **Posted:** October 31, 2011 |
| **Tracking No.** 80f19caf |
| **Comments Due:** September 30, 2011 |
| **Submission Type:** Web |

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13122
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Patricia Meccia

## General Comment

Do not force secularism on religious institutions. Would you force Jewish schools to offer pork on their menus? Would you bully Islamic students this way??

0044679

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cb0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13123
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Daniel McNicoll
**Organization:** McNicoll Consulting Corp

---

## General Comment

To Whom It May Concern:

I am writing today to ask in the strongest way possible that you rescind the unjust and coercive mandate that all "contraceptives" and sterilization procedures be covered by private health insurance with no co-pay to patients. If you do not reverse course I ask you to expand conscience protections for any organizations that provide individual and group insurance and have moral or religious objections. I strongly oppose the government forcing free insurance coverage on Americans especially for drugs and devices that I oppose because some of these can cause an abortion (such as ella and Plan B).

I also ask you to reconsider your definition of religious employer and offer an authentic conscience protection for any organization and business that has moral or religious objection to providing such insurance to their employees. This legal mandate clearly violates the spirit of conscience laws which prohibit government discrimination against those who object to various health services on moral or religious grounds. The definition of "religious employer" in the regulation is so narrow as to only include churches, but will still mean that a host of businesses and organizations that have conscience objections will be required to choose between either violating their conscience or not being able to offer employees health insurance.

Please protect the conscience rights of insurers, providers and people like me who object to being forced by the federal government to offer or subsidize contraceptives and sterilization services, especially when some of these drugs can take the life of early unborn children. No Americans should be forced by the federal government to essentially subsidize services they object to. I again urge you in the strongest way possible to reverse course and remove contraceptives and sterilizations from the list of mandatory preventive services.

**0044680**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cb1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13124
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Nicholas Weiler
**Organization:** Retired

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044681**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cb2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13125
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Frank Molnar
**Organization:** Catholic

---

## General Comment

Sir:

I object to your complete dismissal of the right to worship, believe and practice my, our, religion--Catholic--as we wish, as we must. Having spent my early years in a Communist country, Hungary, I am especially sensitive to dictatorial powers exercised to limit and eliminate religious freedom for all religions other than Muslim. I ask that you withdraw the ill-conceived amendment, HHS-OS-2011-0023-0002.

Sincerely,

**0044682**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19caa
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13126
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Edwina Hopkins
**Organization:** Daughters of the Immaculata

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044683**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cb4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13127
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Paul Thibault

## General Comment

I am strongly opposed to mandating support for contraceptive and abortifacient procedures that violate my moral principles.

0044684

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cb5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13128
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Paul Donahue

---

## General Comment

Our government is blatantly violating ours, yours, mine and the Church's religious freedom. This is wrong. This is not freedom!!

**0044685**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cab
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13129
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Stephannie Toland
**Organization:** American mother

## General Comment

I object profoundly to your regulations that are interferring with the conscience clause. As usual this administration and its regulation czar is using everything in thier power to promote abortion and planned parenthood. Catholic colleges and universities have thier rights which have always been upheld until this administration came into office. On one hand you preach separation of church and state so what do you call this as in regard to Christian and Catholic schools?

0044686

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cb7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13130
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Rufino Alejandro
**Organization:** Knights of Columbus

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044687**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cac
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13131
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Kathleen Frasco

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our right to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions - as well as individual Catholic employers and health insurance purchasers - are being forced by the government to violate their religious beliefs. Mandatory contraception and sterliization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044688**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cc1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13132
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Jack Bartlett

---

## General Comment

Without LIFE there is no liberty or pursuit of happiness!

**0044689**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cb8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13133
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Michael Verzola

---

## General Comment

Let's keep the government out of our church, especially when it comes down to what we Catholics consider to be a mortal sin (even if you don't agree, it is our doctrine). The Health Care Bill will require Catholic institutions to cover abortions. Please remove all this wording from the bill, or modify it with statements that waive religious institutions from the mandates that are contrary to their beliefs.

**0044690**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cb9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13134
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Jerry

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044691**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cba
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13135
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Kathy Taylor

## General Comment

Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion. Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase.

These regulations should respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0044692**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cc3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13136
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Theresa Feely
**Organization:** none

## General Comment

The Federal Government has no right to interfere with the religious beliefs and teachings of Catholic
schools. Making demands that are contrary to Catholic teachings is blatant overstepping by the
Obama administration and should be challenged at every step. They're called Catholic Schools for a
reason whether the administration likes it or not.

**0044693**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cc4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13137
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Hermilo Quintero
**Organization:** self

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044694

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cbb
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13138
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mary Wolff

---

## General Comment

You're FIRED!

0044695

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cbc
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13139
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Jennifer Cagliuso
**Organization:** JJDDV

---

## General Comment

Do not force immoral ways upon Catholics.
Stay out of the Catholic colleges and hospitals.
Where is the tolerance you always brag about?

Do the RIGHT thing.

**0044696**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cc5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13140
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment

**0044697**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cbe
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13141
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Debra Holbus
**Organization:** Catholic

## General Comment

For the Love of God, I implore you to revoke this un-precedented attack on Christian morals
(document ID HHS-OS-2011-oo23-0002), by limiting our right to follow our consciences! Sincerley,
Debra Holbus

0044698

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cbf
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13142
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mary Jo Koltuniuk

## General Comment

The new regulations put forth by the Group Health Plans and Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act will seriously violate and compromise the morals and conscience of millions of Christians in the United States. Please stand up for the rights of all Americans and not just a select few. Not every American can in good conscience help a woman harm themselves or the life of another. They should have that freedom protected in our great country.

0044699

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cc7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13143
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044700**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cc8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13144
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Charles Doerr
**Organization:** Home

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044701**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cc0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13145
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Dr. Timothy Reisenauer

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics because it requires me to spend my money to purchase services which murder an unborn person. It infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment. The constitution protects my right to practice my religion unhindered by government interference. the goverment interferes when it moves to force me to participate financially under threat of law in an act which I and millions of other people, Catholic, Muslim, and Jewish alike, know to be the taking of an innocent person's life.

The logic is undeniable. If it is murder to kill an innocent 13 year old child it is therefore murder to kill a 13 minute old child and therefroe murder to kill a ( minus 13 minute old) child and therefore murder to kill a ( minus 9 month old child). A person's a person no matter how small (or old). Dr. Tim Reisenauer

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ccb
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13146
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** THOMAS CORRIGAN
**Organization:** N/A

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044703

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cc9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13147
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Stanley Kata
**Organization:** Resurrection Catholic Church

---

## General Comment

I am against the "government" trying to take away my freedom.

Government is the problem.

**0044704**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ccc
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13148
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Val Buchmiller
**Organization:** Retired

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044705**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cd5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13149
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

Please, return to America and get US on the right track. Socialism has been tried, and fails.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ccd
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13150
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Ernie Kluft

## General Comment

I strongly oppose forcing religious organizations to violate their beliefs to implement Obamacare.... It defininately violates the First Amendment offering religious freedom....

**0044707**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cce
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13151
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Janet Burrow

---

## General Comment

HHS-OS-2011-0023-9992 will require us to pay for things that violate our consciences and religious convictions. Please change the requirements.

Thank you.

**0044708**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cd7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13152
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Irene Dominiak

---

## General Comment

President Obama:
The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Irene Dominiak

**0044709**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ccf
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13153
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** T Rosa

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044710**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cd9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13154
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Juan Castaneda

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cd0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13155
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Frances (Frankie) Rudometkin

## General Comment

May God have mercy on you!

0044712

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cda
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13156
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Stephen Leech
**Organization:** St. Vincent de Paul Society

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044713

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cd1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13157
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Denice Flannigan

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044714**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cdc
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13158
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** dolores puchi
**Organization:** St. John Vianney Church, Sedona AZ

## General Comment

I do not want any public funds to go towards funding for sterilization, contraceptives, etc. which prevent birth or cause abortions. No one of faith who oppose such practices should have to participate against their will in providing these.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cde
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13159
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Joseph

## General Comment

I fully agree with the following statement drafted by the Cardinal Newman Society:

"The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment. "

0044716

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cd3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13160
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

This is an attack on Article 3 of the 1st Ammendment of the Constitution in which the government shall not interfere in the free exercise of religion. This specification forces those who are Catholic as well as Catholic institutions to act in ways that are in direct conflict with their beliefs and practices. This prescription of the plan was disguised in thousands of pages of text in order to achieve passage. While it suits followers of earthly gods and saviours, it subjects those on the front lines who submit to a higher power into an immoral and demonic dilemma. This provision in the act should be repealed immediately.

**0044717**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cd4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13161
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Robert J. Awerkamp
**Organization:** Owner of small business that is self insured for health coverage

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044718**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cdf
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13162
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044719**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cea
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13163
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Brad Danforth

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044720**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ceb
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13164
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jennifer Salemi

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044721**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ce0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13165
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Sr Madeleine McGill
**Organization:** Dominican Sisters of Blauvelt, N.Y. 10913

## General Comment

I am greatlyl displeased with the interference of the President of this country. Our catholic church stands for high
principles. In no way should our nation impose views that are contrary to what we believe God Himself would want His
p eople to practice and obey all their life long. Do not interfer in the lives of our wonderful teachings of our catholic church.......

**0044722**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ce1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13166
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Joan Smith

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044723**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cec
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13167
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Joseph Reimers

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the
government should require all Americans to purchase. Please remove sterilization and prescription
contraceptives from the list of "preventive services" the federal government is mandating in private
health plans. It is especially important to exclude any drug that may cause an early abortion, and to
fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's
new rule protects almost no one. I urge you to allow all organizations and individuals to offer,
sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0044724**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ced
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13168
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Diane Waldo
**Organization:** Catholic

## General Comment

Do not force me to spend my money for abortions when I am morally opposed to them.

0044725

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ce2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13169
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Tom Burke
**Organization:** Painesville, Ohio

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ce3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13170
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Scott Bowhay

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044727**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cee
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13171
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** John Bartell

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044728**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cef
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13172
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Christian Platania

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044729**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ce4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13173
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Adrienne Iannuzzi

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044730

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ce5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13174
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** James Link

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044731**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ce6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13175
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Jerome Ruesch
**Organization:** A Cathoilc US citizen

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemptionwill not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions - as well as individual Catholic employers and health insurance purchasers - are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteednby the First Amendment.

**0044732**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ce7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13176
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Thomas Conti

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044733**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cf0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13177
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Warren Gale

---

## General Comment

Get out of the unconstitutional health care business. You can't even run a post office properly!

0044734

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ce8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13178
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** KATHARINE SANTOS

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044735**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cf4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13179
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Tim O Donnell

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044736**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cf1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13180
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Terry Hardy
**Organization:** A US Citizen, Taxpayer and Catholic Voter

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cf5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13181
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Barbara D D'Ercole

---

## General Comment

To the Obama Administration:
I urge you to please stop the violation that is in the new Health Care Reform, that will not allow doctors and hospitals and colleges campuses to follow their consciences, and not provide services such as sterilization, abortion, etc.

0044738

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cf2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13182
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Constance Burek

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

As the parent of two college students who are currently enrolled at a midwestern Catholic College, I am bound to protecting their religious beliefs and freedoms. I urge you to prayerfully consider this situation and vote to repeal these HHS regulations.

**0044739**

# PUBLIC SUBMISSION

| |
|---|
| **As of:** April 02, 2012 |
| **Received:** September 14, 2011 |
| **Status:** Posted |
| **Posted:** October 31, 2011 |
| **Tracking No.** 80f19cf6 |
| **Comments Due:** September 30, 2011 |
| **Submission Type:** Web |

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13183
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Dan Mishler

## General Comment

I am against insurance companies being forced to cover abortions, birth control methods, and any thing else that harms an unborn child. Obamacare must be repealed!

0044740

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cfd
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13184
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Leilani Frietas

---

## General Comment

I do not belileve that Catholic medical personnel or hospitals should be forced to provide abortions, or pregnancy prevention services against their conscience and moral beliefs. I believe that any person of any faith or whose moral conscience is opposed to these practice be exempt from providing or assisting in them. Thank you for considering my viewpoint. Leilani Frietas

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cfe
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13185
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** James Bailoni
**Organization:** KNIGHTS OF COLUMBUS

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044742**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cf7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13186
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Alice Moore

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The reulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions - as well as individual Catholic employers and health insurance purchasers - are being forced by the government to violoate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044743**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cff
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13187
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Regina Davison
**Organization:** Catholic American

## General Comment

I object to the government requiring Catholic colleges to provide health care insurance that includes
contraceptives and abortion coverage. The United States has always been a country where freedom
to practice your religion was safe-guarded. Please make sure that the United States continues to
uphold this standard of the free practice of religion for all of its citizens, including Catholics.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d00
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13188
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Teri Carmona
**Organization:** ACTS

## General Comment

President Obama needs not to make this a socialist nation!

0044745

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d02
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13189
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Rev. David Fulton
**Organization:** Archdiocese of Omaha

---

## General Comment

I am getting very tired of this administration's policies that disregard conscience, including mandating that insurance companies cover contraceptive drugs and devices. Please consider people's consciences when moral questions intersect government policy decisions.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cfa
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13190
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Ken Marco

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044747**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cfb
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13191
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Teresa Bergman

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Sincerely,
Teresa Bergman

**0044748**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19cfc
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13192
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Janice Schultz-Aldrich

## General Comment

The new HHS regulations on sterilization and contraception--including and especially abortifacients--force us Catholics to choose between our faith and health care. Making this insurance coverage mandatory violates our consciences and infringes on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions--as well as individual Catholic employers and health insurance purchasers--are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044749**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d07
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13193
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Ezekiel Stear
**Organization:** St. Lawrence Catholic Center

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044750**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d08
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13194
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Jennifer Roche

---

## General Comment

This is un American and I am against Obama care! I don't want gov't controlling this aspect of my life. I am Catholic and I have moral issues against abortion.

**0044751**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d04
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13195
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Dan and Marvis Stafford

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

The country is wearing thin on patience with the legislation and regulation coming from Washington. We will not stand for this. We will demand freedom and change from your overbearing controls.

**0044752**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d09
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13196
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** George Borowski

---

## General Comment

Dear President Obama,

You PROMISED to have a totally transparent administration. In reality you have forced your political agenda upon the American citizenry without transparency as promised.

Such is the case of your health care plan. You did NOT give me and all other citizens an opportunity to review, consider or evaluate your one-sided health care program as you promised. We now take offense not only to your under-handed methods but more importantly, the contents of this Ill conceived and totally non-sustainable, socialistic government controlled program.

I totally object to your methods and the contents of Obama care. It must be done away with before it's tenicles penetrate our free market system and destroy more freedoms.

0044753

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d05
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13197
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** RICHARD BARAJAS
**Organization:** DON'T HAVE ONE

---

## General Comment

IF PEOPLE WANT TO BE ASSOCIATED WITH ABORTIONISTS,
LET THEM GO WHERE IT IS TOLERATED. It is a heinous enough act, ....don't force it on people who consider
it anathema. Catholic schools and others of similar position
should be left to their curriculum and NOT BE INFRINGED ON
by those who are above and "know better than the rest of the common herd".

**0044754**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d0a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13198
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Michael Garvey

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

0044755

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d0b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13199
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Diane Gutierrez

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** April 02, 2012 |
| **Received:** September 14, 2011 |
| **Status:** Posted |
| **Posted:** October 31, 2011 |
| **Tracking No.** 80f19d06 |
| **Comments Due:** September 30, 2011 |
| **Submission Type:** Web |

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13200
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Theresa Pearson

---

## General Comment

I could have sworn that President Obama, during his inauguration, swore to uphold the constitution of the United States. The 4th Amendment is a part of this constitution. Why is he and his administration violating our rights by forcing people to do things that viiolate the constitution? Is he trying to make this country into a monarchy or socialist ruled society? Does he think that he is above the law, that he can do anything he wants? Does he want to keep our courts so busy spending money that we don't have to stop him from doing what he should not have been doing anyway? Exactly what is his agenda? Could he really be trying to subjugate the people of the United States so that he can rule? Stop this insane business of telling people how to run their lives. Birth control is so cheap already that it does not need to be forced down any businesses throat. It is a chioce of who takes birth control. It is not a life threatening health issue.

**0044757**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d0c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13201
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Tracy Beberwyck
**Organization:** U.S. citizen

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044758**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d12
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13202
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Theresa Albright
**Organization:** Parent/Concerned Citizen of USA

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.
Mrs. Theresa Albright, MA

**0044759**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d0d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13203
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Ken Martin

## General Comment

The mandate of reproductive controls is a clear violation of the historic position of our government and degrades our moral standing with young citizens and around the world. No individual or institution should be forced to compromise their Christian beliefs in order to obey a governmnet manadate, and this portion of the law must be receded immediately.

**0044760**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d13
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13204
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** steve roche

---

## General Comment

Please respect our religious beliefs. Thank you

**0044761**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d0e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13205
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Dr and Mrs Ed Knish

## General Comment

Dear President Obama-
Regarding Group Health Plans and Heaalth Insurance Issuers Relating to Coverage of Preventive Services Under PPACA:
Please do not force Catholic health care workers, Catholic Universities, Catholic Hospitals and many other Cathlic organizations out of business by failing to protect our American rights to exercise our consciences. Catholics and Catholic organizations should not be forced to provide or cooperate in any activities that provide unnatural birth control, sterilization or abortion.
Life is precious, and life is always a gift from God. Please let us live according to our Catholic beliefs.
Thanks and God bless-
Paula Knish RN
Ed Knish MD

0044762

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d0f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13206
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Michelle Switzer
**Organization:** U.S. citizen

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d14
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13207
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Katie Williams

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044764

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d15
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13208
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Stan Simmer
**Organization:** Catholic voter

## General Comment

Obama Administration,

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions-as well as individual Catholic employers and health insurance purchasers-are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment. Thank You.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d17
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13209
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Brent Moberg

---

## General Comment

Please stop tying the hands of doctors, religious institutions, and individuals with this anti-life rule.

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

I implorer you to immediately override this horrific HHS rule.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d18
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13210
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Daniel Gallaugher

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0044767**

# PUBLIC SUBMISSION

| |
|---|
| **As of:** April 02, 2012 |
| **Received:** September 14, 2011 |
| **Status:** Posted |
| **Posted:** October 31, 2011 |
| **Tracking No.** 80f19d1a |
| **Comments Due:** September 30, 2011 |
| **Submission Type:** Web |

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13211
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Cheryl Bercier

## General Comment

Dear Sir:
You MUST allow for faithful Catholics to opt out of anything having to do with forced participation, whether financial or practical, in the evils of abortion, sterilization, and artificial contraception. There MUST be allowances for Catholics and Catholic institutions and businesses to opt out of this healthcare mandate due to items in it which violate our conscience. This is a republic founded on the principles of freedom of religious expression, which this mandate blatantly violates.

Thank you for listening.

**0044768**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d10
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13212
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Steven Kallesser

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions as well as individual Catholic employers and health insurance purchasersare being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044769**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d1b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13213
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Terence Lee

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044770**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d25
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13214
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Karen Jordan

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044771**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d1c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13215
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Aixa Feliciano

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044772

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d1d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13216
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Laura Wojcik
**Organization:** Cardinal Newman Society

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** April 02, 2012 |
| **Received:** September 14, 2011 |
| **Status:** Posted |
| **Posted:** October 31, 2011 |
| **Tracking No.** 80f19d1e |
| **Comments Due:** September 30, 2011 |
| **Submission Type:** Web |

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13217
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Regina Durel

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044774**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d26
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13218
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Sally J Wenzel

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044775**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d1f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13219
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Timothy Anderson

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044776**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d20
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13220
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Dot & Dave Hassler

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044777**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d21
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13221
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

I do not wish to:
"require women's health plans to cover sterilization and contraception, including "abortifacients" that cause abortion...

force many Catholic colleges, schools, and charities to violate their CATHOLIC identity by providing immoral health benefits...

force college student insurance plans—even on CATHOLIC campuses—to offer FREE birth control and sterilization to college girls!"
I sdon't want my taxes to pay for these things which I consider wrong.

**0044778**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d27
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13222
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Sydney McGyver
**Organization:** Cardinal Newman Institute Student

## General Comment

Stop your evil ways. We do not want your idea's of immorality shoved on us. This is not your job as elected officials. Your job is to defend our rights not take them away.

**0044779**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d28
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13223
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Terri Krause

---

## General Comment

When government begins to make laws that violate one's religious beliefs, it has become the very monster the early settlers were fleeing from when they left England. Is that what America has become?

**0044780**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d29
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13224
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Dianne

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044781**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d23
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13225
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** John Smithhisler

---

## General Comment

I would like to comment on the decision to comment on the guidelines requiring almost all private health plans to cover contraception and sterilization as "preventive services" for women.

Being in the health care field I understand what increases costs in the health care system. If the HHS decided that certain preventative measures would be mandated such as cholesterol lowering drugs, dietary training classes, hypertensive drugs, etc. which would prevent chronic or life-threatening diseases< I would support your efforts. But to decide that mandating services and pharmaceuticals for a specifically defined group of individuals is discriminatory and ludicrous! Why would you encourage women to take a drug that has known detrimental side-effects" Why would you encourage women to take a drug that could cause the additional use of health care services as a result of those side-effects.

Being a CEO of a faith-based organization I know that this new rule will cause a number of health care workers to reassess being in a field where the government mandates procedures that conflict with their religious beliefs. If you decide to proceed with this ridiculous rule at least allow those with religious objections to opt out. This new rule provides a narrow religious exemption and protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

Thank you.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d2a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13226
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Linda Zachar

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044783**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d2b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13227
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** MICHAEL J BRUNING
**Organization:** PERSONAL

## General Comment

The tragic reality of what we see here in this action by the Obama Administration is a direct result of the Churches failings to use the full force of its "authority" to remind Catholic lawmakers that they should not and cannot use their legislative positions to support/promote laws that undermine life, especially life that is directly related to the unborn.

For far too many years, the Church has been willing to sleep in the same bed with their archrivals.....ploiticians.....for the purpose of having the ability and the prestige of rubbing elbows with each other in order to be of mutual benefit. However, the relationship was doomed from the very beginning and the "church", because of its heretical relationship with government....chose to abandon the Word of God and the Teachings of Jesus christ with impunity. Indeed, it also abandoned many of the faithful as well.

One would hope.....and pray daily, for the spiritual repatriation of the church and its leadership, but, when all is said and done, the church will continue to suffer because of its own unwillingness to reform itself and return to its divine roots.

There should be no doubt in anyone's mind that the employee's of the government will always put the actions of the government first, over any other consideration, especially those that will only serve to undermione their authority and their positions and rank. The Church does the same thing and has been doing this since molesting boys, selling indulgences and ignoring the abortion issue became the rage of the day. The church fathers have no scruples and they have no belief in a prctice that requires faith. The secularization of the Church has become a reality on their watch and they are not about to change the direction it is going. That is why the pews are empty and the confessionals are barren.

May God have mercy on us all.

0044784

0044785

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d2c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13228
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Katrina Johnson

## General Comment

President Obama, For Catholics respect for life includes respect for self and others, not treating others as objects, but as subjects. That is why our faith does not coincide with mandatory health care insurance which includes contraceptives, sterilization and abortifacients. Please do not make us choose between health care and our faith. Aborted fetuses were human, they could not grow to be anything but human beings.
Sincerely,
Kat Johnson

**0044786**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d2f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13229
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Michelle Michieli

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044787**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d30
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13230
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

EVERYTHING begins with LIFE!!!!!!!!!

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d2d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13231
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** John Thoo

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Thank you.

**0044789**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d31
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13232
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Sandy Vasek

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044790**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d32
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13233
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** JAMES MCDADE
**Organization:** JAMES TECHNICAL

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d2e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13234
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Steve Roper

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044792**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d3c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13235
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Eleanor Nishio

---

## General Comment

The new regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d34
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13236
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Joseph Kwarta

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044794**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d3d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13237
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Heidi Frechin

---

## General Comment

This country is founded upon freedom of religion. If this basic and inalienable right is violated in the name of care, we are no better than the political tyrannies we oppose. Coercing institutions to violate their religious foundation and identity is wrong.

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

Please, for the sake of religious freedom, this must be reconsidered.

0044795

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d35
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13238
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Marie Hawbecker
**Organization:** Hawbecker Family

---

## General Comment

To the Obama Administration:

As a citizen of a free country, I fail to understand why we should be forced to purchase and provide morally unacceptable services that we do not want and are totally against our faith beliefs. One of the reasons our Founding Fathers came to this country and swore their allegiance to it is because the governments of other countries refused to acceppt their deeply felt religious beliefs. When the American people voted to place your administration in office, they voted for change. This is not change. This is Washington business as usual. This is ignoring the faith and beliefs of the people. If you force this medical system on us, you are not only going back to the bad policies of the past, you are also going back to the tyranny our Founding Fathers came to our shores to escape.

Please save our freedom, and do not do this to us!

**0044796**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d3e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13239
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Beth Wasko

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044797

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d36
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13240
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Gary Bourbeau

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) and force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment and upheld consistently by our greatest leaders, George Washington and Abraham Lincoln.

**0044798**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d3f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13241
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Barb Vomund

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044799**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d37
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13242
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Daniel Froment

## General Comment

Stop the murder of our own children!

0044800

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d38
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13243
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Charlie King

---

## General Comment

I find that your changes in the Health Plan requiring women's health plans to cover sterilization and contraception, including "abortifacients" that cause abortion, absolutely revolting. As a Catholic I find these changes revolting and they strongly violate my conscience. I will have to fight thiese changes with all that I have. God would not want me to do anything else.
I will fight against all those in favor of forcing these changes down the throat of all of us.
Thanks,
Charlie

**0044801**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d40
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13244
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** OWEM KENNEDY

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d41
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13245
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Carol Winstanley
**Organization:** private citizen

## General Comment

he new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

If freedom of religion is a "right" for Americans, forcing someone to violate that belief is a blatant exercise of power by the "stonger". Please do not support this amendment

**0044803**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d42
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13246
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Laura Hamer

## General Comment

It is with great presidence that I write to you to uphold the laws that protect all religious freedoms for all people. By mandating health plans and facilities to provide all options approved by the FDA for sterilization and prescriptive contraceptions that have refused such services in the past based solely on religious beliefs is a true violation of Constitutional Rights. Providing assistance to those religious institutions who help the poor and underpriveleged does not open the door for government to step in and dictate their policies and procedures.

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

0044804

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d48
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13247
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Michael Jacobs
**Organization:** Retired but Still Vote

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d49
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13248
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Leanne

## General Comment

This is a threat to catholic teaching! It is not conducive to our stand on health issues and could cause confusion and immoral practice among our young adults with these services so readily available. We will not allow this amendment which tramples our religious freedom and rejects our religious truths without a fight! Please repeal these regulations!

0044806

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d4a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13249
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Gary Eisenbarth

## General Comment

Please review Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment (Document ID HHS-OS-2011-0023-0002). My concern is very simple. The rule would apply to Catholic institutions and are directly in opposition to Catholic belief. The government should respect individual religious belief and not require people or institutions to do things that they believe are immoral.

**0044807**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d4b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13250
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Paul Lorentz

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044808**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d45
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13251
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Robert

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044809**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d4c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13252
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Father Justin Damien
**Organization:** St. Benedict's Abbey

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Sincerely,
Fr. Justin D. Dean, OSB

**0044810**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d4d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13253
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** ELIZABETH SCHNEIDER

## General Comment

REJECT OBAMACARE!
RESPECT LIFE!

**0044811**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d4e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13254
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Rita Biegel
**Organization:** St. Anthony Hospital, Michigan City, In 46360

## General Comment

What is next, if our freedom of Conscience is taken from us? One nation under God, with liberty and justice to all.

0044812

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d51
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13255
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Carol Fay
**Organization:** none

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d52
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13256
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Rebecca Daigle

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d5a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13257
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** DAVID MALLE

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044815**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d5b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13258
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Sarah Belanger

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care.  By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs.  The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics.  These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs.  Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.  Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d5c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13259
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Linus Langer

## General Comment

We are Catholic. We oppose your plans which are immoral.

0044817

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d54
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13260
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Matthew Huntley, Jr
**Organization:** A Catholic American Patriot

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044818

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d55
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13261
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jeffrey Nunes
**Organization:** Roman Catholic

## General Comment

The Federal Government under our First Amendment has an obligation to not interfere with the free exercise of religion which are blatantly doing by attempting to force people who oppose for religious reasons abortion and birth control in any way, shape form or verbiage.

This interference with our religious practices and beliefs is blatantly set forth under the windy title; Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment (Document ID HHS-OS-2011-0023-0002)

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d56
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13262
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Peter Thomas

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d57
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13263
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mary Davis

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044821

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d5e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13264
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Grace Legaspi

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044822**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d58
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13265
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Bertha

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044823**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d59
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13266
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** christine ross

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044824**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d64
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13267
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Sammye Zuniga

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044825**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d5f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13268
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Vickie Cross

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d65
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13269
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Howard T Clark
**Organization:** A Citizen of the USA

## General Comment

The new HHS regulations on sterilization and conception(including abortificatents) force catholics to choose between our faith adn health care. Bynkaing the insurance coverage mandatory, our governmant has violated the consciences of faithful Catholics and infringed on our rights to practice ourreligious beleifs. The regualions' religius employer exemption will not protect the hundreds of Catholic Colleges, schools, an organizations which are not owned by the Church, but instead run by lay Catholics. THese Catholic insttitutions, as wll as individual Catholic employers and health insurance purchasers are being forced by the government to violate their religious beleifs. MAndatory conraception and sterilization covergae in college students insurance plans force Catholic colleges to undermine their missions asCAtholic instituitons. Repeal these regulations and protect the religious freedom of Cathoics as guaranrteed by the First Amendment.

0044827

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d60
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13270
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Vito Scopa

## General Comment

Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendmen

0044828

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d66
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13271
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** allen ross

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044829**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d61
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13272
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Bernadette Gibson, LPN
**Organization:** Personal

## General Comment

I agree with the Cardinal Newman Society that the new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has DELIBERATELY violated the consciences of faithful Catholics and infringed on our constitutional rights to practice our religious beliefs. These regulations wage war against people practicing Christian beliefs.

The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being COERCED by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

The power to regulate is the power to destroy. Are you deliberately trying to destroy the Catholic Church? Please do not drive Catholics from the Democratic Party. Again, please repeal these regulations. Protect the right of religious freedom and the right not to have an "Established Church" in the government which mandates how people must behave.

Bernadette Gibson, LPN

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d67
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13273
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** William Ridgeway JR.

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044831**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d62
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13274
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mike Cross

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044832**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d63
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13275
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Pete Kleff

## General Comment

I am a Antiochian Orthodox Christian. I am deeply troubled by the current and proposed infusion of federal government requirements which interfere with freedom of religion guaranteed by the First Amendment. As an attorney and professor, I see no Consdtitutional justification for the actions of the Obama Administration in this arena.

**0044833**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d6e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13276
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mary Jane Kane
**Organization:** Cardinal Newman Society

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044834**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d6f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13277
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Elizabeth Wenzel

## General Comment

Hello!

I am a Pre-Medicine student, plan to attend medical school next year, and am completely opposed to the new HHS regulations. The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044835**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d70
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13278
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Louise Ritz

---

## General Comment

Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion. Pregnancy is not a disease. Drugs and surgeries to prevent pregnancy are not basic health care that the government should require all Americans to purchase.

These regulations need to respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0044836**

# PUBLIC SUBMISSION

| |
|---|
| **As of:** April 02, 2012 |
| **Received:** September 14, 2011 |
| **Status:** Posted |
| **Posted:** October 31, 2011 |
| **Tracking No.** 80f19d6a |
| **Comments Due:** September 30, 2011 |
| **Submission Type:** Web |

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13279
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Steven Ramey

---

## General Comment

Don't force me to be a part of killing the children of our future.

**0044837**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d71
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13280
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mark Loos
**Organization:** Abolish Abortion Across America [www.4a4life.org]

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044838**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d6b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13281
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Michelle Rontell

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044839**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d72
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13282
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Layton C Binon
**Organization:** Private Citizen and member of Knights os Columbus

## General Comment

I am deeply offended that Obama Care is trying to force abortion and sterilization on Catholic citizens. I hope you will cease this attempt to violate the rights of citizens with these measures.

0044840

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d6c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13283
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** alina sturgis

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044841**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d73
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13284
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d74
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13285
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Joanne
**Organization:** US Citizen

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044843**

# PUBLIC SUBMISSION

| |
|---|
| **As of:** April 02, 2012 |
| **Received:** September 14, 2011 |
| **Status:** Posted |
| **Posted:** October 31, 2011 |
| **Tracking No.** 80f19d6d |
| **Comments Due:** September 30, 2011 |
| **Submission Type:** Web |

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13286
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Barbara Downey

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044844**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d82
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13287
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Andrew Harrod

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d83
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13288
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Penny Cowan
**Organization:** Sacred Heart Social Justice Committee, Bellingham, WA

## General Comment

Please DO NOT force me to buy or provide insurance that includes practices and drugs that violate my conscience. Our nation simply cannot exclude one segment of citizens (the unborn) from protection under the law, nor can we force citizens to act against our consciences. When our constitution guarantees religious freedom, it does not simply permit us to worship as we choose -- it also gives us freedom to interact in the public square in grave matters such as this one. May God help America! PLEASE DO NOT ENACT THESE REGULATIONS!

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d84
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13289
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** cindy carroll

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044847**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d85
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13290
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Gerald Suther
**Organization:** Private

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044848

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d76
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13291
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Raymond Auld

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044849**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d86
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13292
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Leo Hunt

---

## General Comment

Obamacare must be eliminated!

**0044850**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d87
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13293
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Jennifer Keck
**Organization:** Catholic Church Parishoner

---

## General Comment

To Whom It May Concern,

Please note that if these regulations come to be, and Catholics are forced into contraception, birth control, and abortions, you will have many Catholics (many of whom are conservative, wealthy Americans who pay LOTS of taxes!) who will not tolerate this - actions will be taken to relocate our families to other areas of the world that are not so primitive, or we will happily undergo arrest, persecution, prosecution to defend our Catholic values. (Read: If you think the prisons / justice system is overcrowded now....just wait!)

This legislation should NOT NOT NOT NOT NOT be passed! Would you like it, Mr. President, if when Sasha goes to college she is offered free birth control, encouraging her promiscuity? I think NOT! Think as a Christian and not as a politician. Politics and legislation are important, yet - but not at the cost of SALVATION. Think it through, legislators. Do what you know is right.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d8d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13294
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Maureen Hanson
**Organization:** Independent Citizen

## General Comment

Our federal government does not have the right to mandate that each citizens purchase health insurance and furthermore to require that health care providers include contraceptions and sterilization in the healthcare. Having health insurance does not make us healthier, it may make us less responsible for our health because many people want to believe that you can take a pill to help with a health problem. The prescriptions drugs that people continue to take, because their doctors think this will help them actually just maintains their disease and does not help them to get well. I think our health care industry is in a shambles from most aspects and it is a crime to support it. We need to focus on preventive healthcare and the only part government health care should pay for is emergency first aid/life threatening situations. Prescription drugs alter a persons normal health level. When our body has been altered by drugs, we may make choices that we would otherwise not make, and these choices will have life altering consequences for our future.

0044852

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d88
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13295
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Matthew Habiger
**Organization:** St. Benedict's Abbey

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044853

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d89
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13296
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Ruth deMille
**Organization:** Cardinal Newman Society

## General Comment

Your healthcare bill goes too far. Infringing upon the rights and beliefs of Amercans against the Constitution that you took an oath to support.

Making it mandatory for college students to defile their own faith bu either sterilization or abortion is NOT freedom of choice!

A privately funded college is just that PRIVATE! Please do not attempt to mix Church and State! You have your turf. Although under God all is His. One nation under God, so we shall remain forever!

**0044854**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d8e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13297
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Paul Koster

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs.
The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs.
Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d8f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13298
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Kevin

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044856

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d8a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13299
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jerome Rosenbloom

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044857

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d8b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13300
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Julie Werst
**Organization:** just a voting citizen

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs.
The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.
Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

A nation that kills its youth has a dismal future.

Sincerely,
Julie Werst

**0044858**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d96
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13301
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Gwendolyn Kasprzycki
**Organization:** Catholic Church

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044859**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d91
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13302
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Ron & Marilyn Summers
**Organization:** Holy Family Catholic Church

## General Comment

We are opposed to any mandate that forces any individual to personally or professionally to violate Christian principles.

Repeal the Healthcare Law

0044860

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d93
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13303
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** David Hicks
**Organization:** Conerned Cathalic

## General Comment

How can we stand by and allow the results of the Religious rights of our citizens to be regulated by the government.. As a voter and a Catholic I feel strongly our first ammendment rights are being tested by suggesting any form of abortion or sterilization

Group Health Plans and Heath Insuraance Issuers related to Coverage Preventive Services under Patient Protection and Affordable Care Act: (Document ID HHS-OS-2011-0023-002

Please help us to continue to be the greatest country in the world...

**0044861**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d94
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13304
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Fred Isaacs
**Organization:** Jurisconsult, LLC

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d97
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13305
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Michael & Maria Haley

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d99
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13306
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Claudia Essma

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044864**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d9a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13307
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** William Watts
**Organization:** The Cardinal Newman Society

## General Comment

The new HHS regulations on sterilization and contraception force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our constitutional rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs.

These regulations will certainly be challenged in the courts if enacted.

Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Do not enact these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d9b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13308
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** John McGalloway
**Organization:** Self Employed

## General Comment

Respect the Constitution and the rule of law and respect the consciences of faithful Catholics who will not have our religious freedoms trampled upon by so called Czars. We will not support immoral "health benefits". Stop the discrimination against Churches and people with religious beliefs. More people attend church services on Sundays than all sporting events combined -- and we are eager to express our beliefs come the next election!

0044866

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19d95
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13309
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Kathleen McLaughlin

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19da1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13310
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Lynwood Prest
**Organization:** Private Individual

## General Comment

To whom it may concern:
The Obama Health Plan that has been signed into law is violating our private rights and consciences. The new HHS regulations on sterilization and contraception (including abortifacients) forces Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs.

The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs.

Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. The US Government was never founded for the purpose of forcing its citizens to go against their principals of right and wrong. This law does just that.

Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Thank you.

Lynwood V. Prest
Groton. MA

**0044868**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19da3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13311
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** James Kinkade

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19da4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13312
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Joan Bristow

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044870**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19da5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13313
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Diana Freyberger

---

## General Comment

Birth control, including abortifacients, are not acceptable to Roman Catholics--or to other people of sense. Requiring them to be provided by Catholic colleges, hospitals, or doctors is a clear violation of the Constitution, which forbids the government to favor one religion over another. Abortifacients, of course, are manifestly not health care, since they pretty well destroy the health of the patient given them. And they don't do the mom carrying her any good either.

Just stop doing this. Just stop. Turn away from the evil, and respect the rights of your Catholic brothers and sisters who must not be expected to choose between common decency and health care. You must not ask me to support the killing of innocent children as the price for health care that I and my family need.

Killing is not health care. Stop the insanity! Health care must *heal*. It is hard to even know how to address reasoning so misguided that it would force those who wish to provide healthcare--to provide for killing the innocent also.

It is, again, evil. Decent people must all stand with those who oppose the killing of innocent children, and with those who wish to be allowed to live their faith without government mandates to sin.

Blessings,

Diana

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19da6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13314
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Ken

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044872**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19da7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13315
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** David Smith

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044873**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19da8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13316
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Joanne Buto

## General Comment

Dear President Obama,

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Very sincerely,

Joanne Buto

**0044874**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19daa
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13317
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Holly Simonich

---

## General Comment

The requirement for private insurance to provide contraceptive services and abortion services is immoral. Private businesses/churches, etc., have the right to decide what benefits they want to provide. I am praying for your conversion.

0044875

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dac
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13318
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Lawrence Peterson

---

## General Comment

ObamaCare is unconstitional and unacceptable to me as a Catholic. It must be revoked.

**0044876**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dad
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13319
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** SHARON HERMEL

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044877**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dae
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13320
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Angela Smith

## General Comment

The big problem with the new HHS regulations on sterilization and contraception is that it if a religious institution wants to opt out, the exceptions to the law are so absurdly narrow, that very few of the institutions that religious organizations run would qualify. For instance, a shelter for the homeless, ran by a church, that employs 100% Catholics but serves those that may not be Catholic are then not exempt from the law. That is ridiculous. The Church, in its very nature, does not limit itself to only its own kind. The Church in its very essense is open to help all the come for its help. Please, with greatest concern, review and change these limitatins. For if you do not, may religious places may be forced to go agianst their core beliefs and the impact will be felt through out all the branches of the church.
The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal

**0044878**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19daf
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13321
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** David Speach

## General Comment

Please support the protection of freedom of conscience in medical decision making for health care providers. This includes prescription medications, oral contraceptives and referral for sterilization, euthanasia and abortion.

**0044879**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19db0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13322
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Gerald Monaghan
**Organization:** Our Mother of sorrows Church, Diocese of Rochester, NY

## General Comment

Obama Administration,

Please repeal the HHH regulation mandating coverage for sterilization and contraception including abortifacients. This regulation violates the religious rights of Catholic organizations, especially those operated by lay catholics and those that minister to non-catholics as well as catholics.

**0044880**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19db1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13323
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Dolores Thompson

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044881**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19db2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13324
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Camilo Pedrano

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19db3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13325
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044883**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19db4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13326
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Christine Mello

## General Comment

Please consider the following; forcing persons to go against their religious beliefs is not what our Constitution stands for.

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044884**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19db5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13327
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Joel Gibbons
**Organization:** Logistic Research & Trading Co.

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044885**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19db6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13328
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jack Gallagher
**Organization:** N/A

## General Comment

We, as Catholics, are in this situation due to a complete failure of senior leadership in the Catholic Church. The law that was passed, known as ObamaCare, which allowed these regulations to be published in the first place, was heralded by prominent Catholics in Congress as well as by lobbying groups that included Catholic clergymen (and clergywomen). No consequences of any kind were meted out to those Catholic sponsors and promoters of the legislation. Now we are told that the U.S. Bishops (really? all of them? - I doubt it) are "preparing to launch a nationwide campaign on this critical issue." How are we supposed to have faith in the credibility of these Bishops in their opposition to "new health regulations" when they couldn't even muster the gumption to openly oppose the Catholics who wrote/promoted ObamaCare? Now we lay Catholics are asked to support this very late-in-the-game effort by the Bishops? To what end, may I ask?

Are the U.S. Bishops going to be recommending civil disobedience to these new regulations by Catholic hospitals and Catholic colleges? And if those hospitals and colleges refuse to engage in such civil disobedience, then what?

Hopefully the Bishops will not be openly crossing the line into political opposition that would jeopardize tax exempt status. I certainly do not recommend that any Church sponsored activity be engaged in for the purpose of changing the law or the regulations via promotion of, or opposition to, candidates, etc.

I find it impossible to support an effort by the Bishops until I know what that effort entails, and we shall see. But it should be made perfectly clear that we are here in this awful predicament because these very same Bishops have a long history of failing to make any efforts at reining in the rogue clergy who seem to think that alignment with the party of the Democrats makes them good, unassailable Catholics by default. God help us all.

**0044886**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19db8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13329
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jay Matuga
**Organization:** Retired

## General Comment

Do not infringe upon my religious freedom.

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044887

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19db9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13330
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Joy Garrison

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044888**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dbb
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13331
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Gary Terschluse

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044889

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dbc
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13332
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Angela Schm

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044890**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dbd
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13333
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Andrew Rosato

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044891**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dbe
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13334
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Eugene Karam

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044892**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dbf
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13335
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Patricia Commender

## General Comment

The new HHS regulations on sterilization & contracepeption (including abortifacients) violates the first amendment By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044893

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dc0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13336
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Joseph Stalmach
**Organization:** private

## General Comment

Dear Sir or Madam,
The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. I obect to that strenuosly. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.
Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.
Sincerely yours,
Joseph Stalmach

**0044894**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dc1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13337
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Ellen Firsching

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) will force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044895

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dc2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13338
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Joseph Stalmach
**Organization:** private

## General Comment

Dear Sir or Madam,
The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. I obect to that strenuosly. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.
Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.
Sincerely yours,
Joseph Stalmach

**0044896**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dc3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13339
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Denise Trahan
**Organization:** I'm just a citizen concerned about the Health Plan and it's components

## General Comment

I pay for my own insurance and am glad to do it. I think that those who can't afford it have been going to charity hospitals on tax payers dime for a long long time... my own mother had to deliver one of my siblings at a charity hospital because they didn't have insurance. However, I do not think it's the governments place to force to me get my insurance where they want me to get it and limit me to services the government body thinks I should get.

I am against birth control... especially when my tax dollars are used to pay for it!

Put the whole government body... past and present on the public sucial security pland and this health care plan... do it.. and don't allow any exemptions to it!

0044897

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dc4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13340
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Joseph Stalmach
**Organization:** private

## General Comment

Dear Sir or Madam,
The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. I obect to that strenuosly. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.
Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.
Sincerely yours,
Joseph Stalmach

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dc5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13341
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Susan Gursky

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the
government should require all Americans to purchase. Please remove sterilization and prescription
contraceptives from the list of "preventive services" the federal government is mandating in private
health plans. It is especially important to exclude any drug that may cause an early abortion, and to
fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's
new rule protects almost no one. I urge you to allow all organizations and individuals to offer,
sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0044899**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dc6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13342
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Linda Cox
**Organization:** Blessed Sacrament Parish

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044900**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dc7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13343
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Steve DeWitt
**Organization:** Cardinal Newman Society

---

## General Comment

Stop the Obamacare provision requiring abortions, and contraceptives at all schools, including high schools, colleges, and universities. The current provision violates my belief that all life is valuable, even a human fetis.

**0044901**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dc8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13344
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Joseph Stalmach
**Organization:** private

## General Comment

Dear Sir or Madam,
The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. I obect to that strenuosly. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.
Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.
Sincerely yours,
Joseph Stalmach

**0044902**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dc9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13345
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Sherri Craig
**Organization:** Cardinal Newman Society

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044903

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dca
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13346
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Carlo Salzano

## General Comment

Please record my opposition to the proposed amendment to the preventive services act.

**0044904**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dcb
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13347
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Ann Smith
**Organization:** "Free American"

## General Comment

I (and many, many, many other Americans) am SOOOO SICK of the super congress, the unethical/corrupt government and president stepping all over our rights and freedoms that OUR Constitution and Declaration of Independence that OUR country was and STILL IS founded upon!!! We are NOT blind and see SOOOOO many violations DAILY to OUR freedoms and rights as US Citizens!!!

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dcc
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13348
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** William Rothe
**Organization:** Registered Voter in Texas

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dcd
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13349
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Denise Trahan
**Organization:** I'm just a citizen concerned about the Health Plan and it's components

---

## General Comment

I pay for my own insurance and am glad to do it. I think that those who can't afford it have been going to charity hospitals on tax payers dime for a long long time... my own mother had to deliver one of my siblings at a charity hospital because they didn't have insurance. However, I do not think it's the governments place to force to me get my insurance where they want me to get it and limit me to services the government body thinks I should get.

I am against birth control... especially when my tax dollars are used to pay for it!

Put the whole government body... past and present on the public sucial security pland and this health care plan... do it.. and don't allow any exemptions to it!

0044907

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dce
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13350
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Berneta Schneider

## General Comment

Repeal OBAMACARE now, please!
Respect life and God's law.

**0044908**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dcf
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13351
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Michael Vogelpohl
**Organization:** Catholic Church

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044909**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dd1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13352
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Richard Cipolla

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044910**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dd2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13353
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Diane Ridgeway

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044911**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dd3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13354
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Marcela Bonilla
**Organization:** private citizen

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dd4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13355
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Jake McCoy

---

## General Comment

I'm writing to dispute this policy of requiring Church's to provide immoral medical services to their employees. This is a BLATANT VIOLATION of the Separation of Church & State. The state has no authority in this matter, it is a matter of religious freedom. Please reconsider this action.

**0044913**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dd5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13356
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Marcela Bonilla
**Organization:** private citizen

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044914**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dd6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13357
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Richard Reschick

## General Comment

"VIOLATION OF OUR RELIGIOUS FREEDOM!"

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dd7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13358
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Michael Clemons

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044916**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dd8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13359
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jean Sheehan

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044917**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dda
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13360
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Suzanne Technow

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044918**

# PUBLIC SUBMISSION

| |
|---|
| **As of:** April 02, 2012 |
| **Received:** September 14, 2011 |
| **Status:** Posted |
| **Posted:** October 31, 2011 |
| **Tracking No.** 80f19ddb |
| **Comments Due:** September 30, 2011 |
| **Submission Type:** Web |

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13361
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Sharon Pichler

---

## General Comment

I think it is OUTRAGEOUS that Catholic institutions (including Catholic churches) are being required to provide "services" or "benefits" that directly contradict Church teachings. Although there is an conscience exemption, it is so narrowly defined that most churches won't even qualify! If people want to have abortions, the Catholic Church can not stop them, but to force us to PAY for these people to kill their babies is disgraceful! In what way is abortion "preventive services"? Perhaps you do not agree with Catholic Church teaching on the sanctity of human life (from conception to natural death) but Catholics (and other religious groups) should not and must not be prevented by the federal government from living their faith and living according to their conscience. This legislation CAN NOT stand!

**0044919**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ddd
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13362
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Katrina Ederer

---

## General Comment

Dear Me. President,

I am sending this to you to urge you to re-consider your new health care regulations. It is utterly unconstitutional to "require women's health plans to cover sterilization and contraception, including "abortifacients" that cause abortion...
force many Catholic colleges, schools, and charities to violate their CATHOLIC identity by providing immoral health benefits...
force college student insurance plans—even on CATHOLIC campuses—to offer FREE birth control and sterilization to college girls!"
We are a nation formed by religious standards and we need to uphold those standards. Not necessarily for religious reasons as much as plain old moral and ethical rights and wrongs. To force an individual that is devoting their lives to helping other people go against their beliefs and conscience is undermining everything this country fought for and believes in. Thank you for your time.

Sincerely,

Katrina Ederer

**0044920**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ddc
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13363
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Eric Lund

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044921**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dde
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13364
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Janet Deken

---

## General Comment

Please repeal the new HHS regulations on sterilization and contraception and protect the religious freedom of Catholics as guaranteed by the First Amendment. By making this insurance coverage mandatory, the government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations, not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers should not be forced by the government to violate their religious beliefs, by participating in the mandatory contraception and sterilization coverage. We should not be forced to choose between our faith and health care. It is your duty to repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment. Thank You.

**0044922**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ddf
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13365
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Marianne Weber

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics as well as other denominations to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics, certain Protestant groups and orthodox Jews and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics, certain Protestant denominations and orthodox Jews as guaranteed by the First Amendment.

**0044923**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19de0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13366
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Joyce Bogovic
**Organization:** Lebhar-Friedman, Inc.

---

## General Comment

Has everyone lost their fear of Almight God? The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044924

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19de1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13367
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mary Poston

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044925**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19de2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13368
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Stanley Don Ragsdale
**Organization:** Catholic Church

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044926

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19de3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13369
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Robert McGowan

## General Comment

As an American citizen, taxpayer and believer in responsible government, I take gross exception to the consideration for mandatory "pregnancy preventive services" in ANY legislation whatsoever. It is my conviction that the government has completely overstepped its' boundaries in "dictating" this forced coverage on all American's that actually impacts a very small percentage of our legal population.

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

As a believer in "Life at Conception", I will do everything in my power to publically diminish and hold accountable all of those individuals in the Legislature, Congress, Senate and any Government Agency that supports this legislation.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19de4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13370
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Dean Schoppe

---

## General Comment

With the ever increasing onslaught of diseases, the HHS needs to focus on those that do detriment to the body.

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0044928**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19de5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13371
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Jim Hill
**Organization:** Personal

---

## General Comment

The new HHS regulations require medical policies to include contraception and sterilizations. This goes against my belief as a Catholic and feel discriminated against. It also goes beyond what our founding Father entended in the Constitution. Please protect our rights against this type of regulation in any form. This is blatenly against freedom of religion.

**0044929**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19de7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13372
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Donna Davoren

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

Please do not continue this attack on pregnant women and their unborn children. And please recognize that too much government is dangerous for all of us. We must work together as a nation to make sure that our God-given freedoms are preserved.

**0044930**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19de8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13373
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Narciso Sanchez

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044931**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19de9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13374
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Geoffrey Hornbeck
**Organization:** Citizen of the United States of America

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044932**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dea
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13375
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Kevin Bull

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044933**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19df1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13376
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Denise DiMuzio
**Organization:** Catholic U.S. Citizen

## General Comment

Gentlemen:
I respectfully ask that you do not pass the HHS-OS-2011-0023-0002 Amendment. As a faithful Catholic this bill does not allow my Catholic institutions who serve all faiths to provide health care according to the faith based rules which govern it. It also will force my Catholic institutions to dispense and provide medications which destroy innocent human life in its very early developement! Please, I beg you as a concerned taxpayor and fellow citizen of these unborn people; do not pass this amendment!

Sincerely,
Denise M. DiMuzio

**0044934**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19df3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13377
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Therese Stampor

---

## General Comment

In regards to Document ID HHS-OS-2011-0002: If religion is excluded from government, shouldn't government be excluded from religion? It should not be the policy of HHS to MAKE anyone DO things contrary to their religious belief. My money should not be used to go against my faith. Government needs to butt out of this. If private funds wish to include this type of coverage, it should be their choice, not mandatory.

0044935

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19deb
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13378
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Thomas Lachowicz

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044936

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dec
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13379
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** sr mary francis werner
**Organization:** mount assisi academy

---

## General Comment

The freedom of the American people is again under threat by the Obama Administration. The new health regulations...which greatly limit the frredom of choice for life issues...needs to be stopped.

I am counting on our elected officials to speak out for those without an immediate voice...the unborn...and those adults challenged to choose life!

thank you!

0044937

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ded
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13380
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Jorge F. Vargas
**Organization:** Harte Hanks, Inc.

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment

**0044938**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19def
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13381
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mary Hill

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044939**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19df0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13382
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** BERNARD HETTINGER
**Organization:** Cardinal Newman Society

## General Comment

GET RID OFf OBAMA CARE, NOW! i CAN'T AFFORD ANY MORE GIVE A WAYS!. IF IT'S SUCH A GOOD THING WHY DON'T ALL POLITICIANS GIVE UP THE PLAN THEY HAVE AND GO TO THIS?

**0044940**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dfb
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13383
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Donna Troyanowski

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044941**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dfc
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13384
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Janet Deken
**Organization:** djfpoef

---

## General Comment

Please repeal the new HHS regulations on sterilization and contraception and protect the religious freedom of Catholics as guaranteed by the First Amendment. By making this insurance coverage mandatory, the government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations, not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers should not be forced by the government to violate their religious beliefs, by participating in the mandatory contraception and sterilization coverage. We should not be forced to choose between our faith and health care. It is your duty to repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment. Thank you.

**0044942**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dfd
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13385
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** marion campbell
**Organization:** Registered nurse

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044943**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dfe
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13386
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Ruth Holewinski
**Organization:** Our Lady of the Assumption Church, Carmichael, CA

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19df5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13387
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** MARY HASSETT

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044945**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19dff
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13388
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Sandra Fanguy

## General Comment

if we were Muslim I bet there would not be an issue here. Law abiding true God loving Americans are
having their rights trampled daily due to a president who is in bed wwith the Muslim brotherhood.
Respect our rights as true Americans .

**0044946**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e00
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13389
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Kathleen McPherson
**Organization:** n/a

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the conscience of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions - as well as individual Catholic employers and health insurance purchasers-are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment!

**0044947**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e01
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13390
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Joseph Pagani
**Organization:** Retired

## General Comment

Dear Kathleen Sebelius
The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care.By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations religious employer exemption will not protect the hundreds of Catholic colleges, schools and organizations which are not owned by the Catholic Church, but instead run by lay Catholics. These Catholic institutions--as well as individual catholic employers and health insurance purchasers--are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic collegesto undermine the missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044948**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e02
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13391
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Anne R

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between their faith and health care. By making this insurance coverage mandatory, our government violates the consciences of faithful Catholics and infringes on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment just as the religious freedom of other faiths are so earnestly protected.

**0044949**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e03
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13392
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Thomas Prevish

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044950**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e04
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13393
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Martin Vandeven

## General Comment

The proposed regulation violates my beliefs and must not be included in any regulation. Please delete this requirement government health regulations.

Martin Vandeven

0044951

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e05
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13394
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Fran Gildon
**Organization:** Catholic Church

## General Comment

Please remove the regulation in the health care bill that affects conscientious objection to birth control issues. It is very unfortunate that your Health and Human Services person (NOT a PRACTICING CATHOLIC) can be forcing such things on hospitals, schools, clinics, etc. that are being run by religious groups. The more we learn about the "health care that HAD to be passed"...the more horific it becomes. I guess we should have clearly realized that a person (MR OBAMA) that could continually vote for late term abortions would want to have such things pushed thru as much as possible. We pray every day that GOD can forgive our country for what our lawmakers are putting into affect.

**0044952**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e07
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13395
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Eleanor B. Pangilinan

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment

0044953

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e08
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13396
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** CHRISTINE GRIFFIN

## General Comment

PLEASE DO NOT ALLOW THE VIOLATION OF RELIGIOUS FREEDOM BY FORCING CATHOLIC-RUN AGENCIES TO PROVIDE HEALTH-CARE COVERAGE THAT INCLUDES CONTRACEPTIVE METHODS THAT VIOLATE CONSCIENCE.

**0044954**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e09
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13397
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mark Pharo

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044955**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e0a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13398
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Theresa Spooner

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044956**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19df6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13399
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Christine Mullen

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044957**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19df7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13400
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Joey Nilan

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044958**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19df8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13401
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Vicki Toumayan

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0044959**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19df9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13402
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Jennifer Duquaine

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044960**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e0b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13403
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Benita Habib

---

## General Comment

Please do not enforce certain actions on our society that you see right and just for our fellow citizens. When actually it is not needed within our culture, nor right and Just. Our vote must count. You represent us the people and we say no to this amendment.

**0044961**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e0c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13404
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Denis Goyet

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044962**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e0d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13405
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Kathleen Skelly

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044963**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e0e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13406
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Richard Schaper
**Organization:** The Cardinal Newman Society

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044964

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e10
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13407
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Marika Smith

## General Comment

I am strongly opposed to the proposed HHS mandates regarding contraceptives and sterilization procedures. This are contrary to
real health care for women and men.

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

I support health care that does not require the sacrifice of small human beings, or the mutilation of women's childbearing capacities.

**0044965**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e19
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13408
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Stuart Holland

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0044966**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e1a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13409
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Virginia Geisler
**Organization:** Catholic Church member

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044967

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e11
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13410
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Sheila Patterson
**Organization:** Roman Catholic Church

## General Comment

This federal sanction of euthanasia at the cost of religious freedom by will sink the Obama administration and make a laughing stock of the United States of America.

0044968

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e1d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13411
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** JOAN CHAMBERS

---

## General Comment

Delete the sterilization "benefit" from any of the insurances.
Do away with Obamacare totally. This is not helping the American people and it is tready on my rights. I do NOT want this to be a part of the American way of life and I do NOT want to pay one thin dime for anyone else to kill another human being.

**0044969**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e1e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13412
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mary Clifford RN

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, this administration has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. We demand that you respect our constitutional rights: Repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044970**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e1f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13413
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Albert Gubbins
**Organization:** Self

## General Comment

The new HHS regulations on sterilization and contraception force Catholics to choose between our faith and health care.
Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044971**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e13
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13414
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Joe Ciufo
**Organization:** n/a

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044972**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e14
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13415
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Harold Felter

## General Comment

Stronger conscience protection need. Religious freedom must be protected.

0044973

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e22
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13416
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Rose Jensen

## General Comment

Do not put this burden on Catholic Hospitals. My father was a GP at St. Mary's and St Vincent's. This would have been horrible for his ability to practice medicine, and obey his conscience. He has died, but this is terrible for those who practice medicine now.

0044974

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e15
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13417
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Michael Ruppenthal

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044975**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e23
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13418
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Lois Donovan

## General Comment

I want to see Obama's healthcare revoked

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e16
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13419
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mark O'Donnell

---

## General Comment

I agree completely with these thoughts:

"The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment."

**0044977**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e25
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13420
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Paul Karlovich

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) violate the separation of church and force Catholics to choose between our faith and health care. The long term outcome will be less health care for those who need it most. All because you wish to impose your views of sterilization, contraception and abortion on an institution with legitimate and well-stated opposing views. This is exactly the freedom that our constitution was created to protect against. I ask you to do the right thing and protect the rights of all citizens, including those with whom you don't agree. I want you to repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044978**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e26
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13421
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Rebecca Ziemba
**Organization:** Catholic

## General Comment

Health care is outrageous....It violates my rights as a parent as Catholic ,to force contraception and sterilization plans into collage-age plans is an atomic bomb to demoralize our young adult American parents who are truly doing their job do not want this freedom to be a slut.This issue does not belong in everyones health care.

0044979

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e27
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13422
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Brian Goulet

---

## General Comment

I believe in the goodness of people in America. I believe in democracy and the greatness of this country. I believe in freedom, a believe that was also shared by the Founding Fathers. I know that we should never be forced to do something we know to be morally wrong. I know that this country was created with religious freedoms and that the government cannot take away those freedoms. I know that the Department of Health and Human Services is trying to force private health insurers to provide contraception and I know that is morally wrong and against our rights as citizens of America. I hope this is fixed before it is a problem. I hope the right thing is done.

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

Thank you for your time. Please do the right thing, not the most beneficial to yourself, not what will get you the most money or the most power to rule over others. Please continue the greatness of the United States of America and ensure our inalienable rights to be upheld. Thank you.

**0044980**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e28
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13423
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Kathy Cobb

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0044981**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e29
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13424
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Janice Hoelscher

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e2b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13425
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Donna Bond
**Organization:** individual

---

## General Comment

Please repeal the new HHS regulations on sterilization and contraception that violet the consciences of faithful Catholics and infringe on our rights to practice our religious beliefs. Catholic institutions are being forces to violate their religious beliefs. Please protect the religious freedom of Catholics and others as quaranteed by the First Amendment.

**0044983**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e18
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13426
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** John Thieme
**Organization:** Private citizen

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044984**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e2d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13427
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Daniel Schmitz

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0044985**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e2e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13428
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Heidi Santschi

## General Comment

The following response was not written by me, however it expresses my view very well. I cherish our freedoms, and want this amendment repealed.
The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e2f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13429
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Paulette Kuta

---

## General Comment

Secretary Sebelius,
Pregnancy is not a disease which needs to be prevented. The gov't should not require Americans to purchase insurance that covers contaceptives or any other method that kills babies.
Please remove these from the list of "preventive services" that the federal gov't is mandating in private health insurance.
Also,it is necessary that any regulation needs to fully respect religious liberty. The narrow religious exemption in HHS' s proposal rule is practically worthless as it will protect almost no one. I urge you to allow organizations and individuals to offer, sponsor, and obtain health coverage that does not violate their moral and religious convictions.

**0044987**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e37
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13430
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Regis Dugan
**Organization:** home

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and homicide. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044988**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e38
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13431
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Glenn Purdy

## General Comment

To All Concerned:

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

With Respect,

Glenn Purdy

0044989

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e39
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13432
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** John Salitore

## General Comment

Why does the Government make me choose between health care and my religous convictions, ie birth control/abortions, and expect me to pay for it.

0044990

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e31
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13433
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** John Bischoff
**Organization:** Self

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044991**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e3a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13434
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044992**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e32
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13435
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Nancy Rasmussen
**Organization:** Catholic Church

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044993**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e33
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13436
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** shirley ducey

## General Comment

Ms. Sebelius: You are a disgrace to your faith! Please re-think this hideous proposal. Thank you, Shirley Ducey

**0044994**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e3b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13437
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Matthew Hardey

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between faith and health care.

By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.

jPlease repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0044995**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e34
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13438
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Frank Solis

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics.

0044996

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e3c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13439
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Dennis Ferrara
**Organization:** Roman Caholic Church

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0044997

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e35
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13440
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** R Fischer
**Organization:** personal

---

## General Comment

This simply violates our constitution. Nuff said!!!!

**0044998**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e3d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13441
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Pat and Charles Wiswall
**Organization:** US Catholic citizens

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.

America was founded on the right to religious freedom. When the rights of one group is denied, the rights of all are put in jeopardy.

Please repeal the HHS regulations on sterilization and contraception (including abortifacients) and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e3e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13442
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Nyana Janowsky

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045000**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e41
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13443
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Marjorie Shrder

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.


Sincerely,

Marjorie Shrider

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e42
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13444
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Thomas A. Corcoran
**Organization:** Retired

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045002**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e3f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13445
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Scott Stanton

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045003**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e43
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13446
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Heidi Wood

---

## General Comment

Dear Leaders in Government,

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Sincerely,

Heidi Wood

**0045004**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e40
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13447
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mr. & Mrs. Charles aloney

---

## General Comment

Please remove the regulation that provides for sterilization and contraception including abortion, from your healthcare bill. It goes against our Catholic belief. This is taking away our freedom. We do not want our Catholic colleges forced to provide these in their health-care plans. They do not come under the Catholic Churches exemption.

Sincerely,

Charles and Margaret Maloney

0045005

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e4b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13448
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** REBECCa Bruce
**Organization:** Lector at the Cathedral of the Blessed Sacrament

## General Comment

Abortion is a criminal offense that is why America is in chaortic world. Pls understand that if people take good care of animals why people has the option to abort a child. This is monstrous and not acceptable.

The moment of conception, the is baby is a human being and why shd we chose the option to abort.

People has the freedom to chose our healthcare and not to be demanded which healthcare to chose…this is insane.

Things makes complicated for people who does not understand what is to be healthy or not.

Why don't you people fr the government make a test and study w/in your family to do abortion and see the result or make the option to chose a healthcare that you have to dictate what type of healthcare that has to be applied w/in the members of your family and explain to us the result.

**0045006**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e4c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13449
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Clovis Guevara

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e4d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13450
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** anne hamer
**Organization:** Catholic

---

## General Comment

Catholics do NOT believe in abortion and should not be forced to endorse this policy of murder.

**0045008**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e4e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13451
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Patrick O'Rourke
**Organization:** The Catholic Church

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045009**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e4f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13452
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Doris Engeman

---

## General Comment

Greetings!

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

Thank you for your prayerful and thoughtful consideration.

**0045010**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e50
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13453
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Kerryl Helton

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045011**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e51
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13454
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Carmen Martinez

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045012**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e52
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13455
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Tom Ewert

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045013**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e54
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13456
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Catherine Stanton
**Organization:** St. Andrew Parish, Colchester, CT

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045014**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e48
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13457
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jon Rivera
**Organization:** Private Citizen

## General Comment

The new HHS regulations on sterilization and contraception ( including abortifacients ) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045015**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e49
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13458
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** jane deChantal
**Organization:** Visitation Monastery and School

## General Comment

Obama's "health care" program is a farce and I truly believe is harmful to Americans. Let Obama and those who adhere to his ludicrous program of "health care" check the Constitution and the Bible. Obama is violating BOTH.

**0045016**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e59
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13459
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Sonia Maskas

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care.  By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs.  The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics.  These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.  Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment

**0045017**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e4a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13460
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e5b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13461
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Barbara Chan

## General Comment

The word "Health" and "Care", I thought it means "carefully bringing the sick to good health". How can we qualify Known complications of sterilization and prescription contraceptives as being careful" When did the natural reproductive system works in women is consider unhealthy. It is so clear.

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

If the government wants to help, please encourage education on natural family planning. It is not too late to educate young adults to respect their bodies, to focus in what will bring them true value and confidence in life and to become the Americans that we can be proud of and build our country on solid grounds… Please! do not go to the wrong direction.

**0045019**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e5c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13462
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Nat & Cassandra barbara

---

## General Comment

We are appalled at legislation that would make taxpayers purchase insurance that would have in their coverage preventive services for women, such as sterilization, contraceptives, etc..
This not only goes against our religious beliefs, and our right of conscience, but is dictatorial and not democratic.
Have we lost our conscience completely? Have we no fear of God? Our time on earth is short. We will reap in eternity the seeds that we sow on this earth.
Get rid of this legislation.

**0045020**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e5d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13463
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** David Jones

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045021**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e64
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13464
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Rebecca Tan

---

## General Comment

he new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045022**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e65
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13465
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Kevin Leaver

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045023**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e5f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13466
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Megan Homan

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.
Thank you for listening,
Megan C. Homan

**0045024**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e66
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13467
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Armando Sandoval
**Organization:** Myself

---

## General Comment

Please do not FORCE those who object to your coverage of Preventive Services to do something that is against their consciences and religious beliefs.

**0045025**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e60
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13468
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** David Younger

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045026**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e67
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13469
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Kristen Hetzel

---

## General Comment

The new HHS regulations on sterilization and contraception force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045027**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e61
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13470
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Eugene Lamb

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045028**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e68
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13471
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Denise Sobilo
**Organization:** A ve Maria School of Law

---

## General Comment

I oppose as a matter of faith and conscience the implementation of the policies re: abortion and contraception related provisions.

**0045029**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e6c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13472
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** John Gruber
**Organization:** Independent voter

---

## General Comment

The proposed Health regulations affecting the "conscience exceptions" for professionals and organizations must be changed from the current/proposed language.

The governments attempt to control the national conscience is despicable. Any legislator that votes in favor of the current language should be tossed out in the next election as they do not understand or appreciate the rights violations they are imposing on those with a consecince.

The current language is unconstitutional and must be changed !

**0045030**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e6f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13473
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Connie Yates
**Organization:** individual

## General Comment

It is blatantly unconstitutional to allow the rule: Group Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment (Document ID HHS0-OS-2011-0023-0002) to go into effect. Please repeal these regulations and protect the religious freedom of ALL CITIZENS as guaranteed by the First Amendment.

**0045031**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e70
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13474
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Alison Morrison

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045032**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e71
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13475
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** James Seurynck
**Organization:** Catholic Church

## General Comment

Why would a person elect to subscribe to something that is morally wrong? To elect something that is so limiting in the scope of our existence so that they elect eternal condemnation amaizes me. remember, if you believe it or not is not going to change what happens to us at the end of our mortal life. Our responsibility is to make sure that our decisions are morally correct. God bless you and guide you.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e72
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13476
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** John McKenna
**Organization:** Self

## General Comment

I feel strongly on this issue and feel that government involement is not warranted.

0045034

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e69
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13477
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** John Hussey
**Organization:** Roman Catholic

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045035**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e6a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13478
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** David Bodien

## General Comment

This violates my religious beliefs, and as such I should not be required to fund.

This is the government bailing people who do not take any responsibility for the sexual conduct - nor bear any financial accountability for their choices.. Choices come with consequences. I should not have to pay for other's lack of integrity.

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045036

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e74
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13479
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Susan Bertaux
**Organization:** Roman Catholic Church

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith & health care. We would be forced to violate our religious beliefs.
Please repeal these regulations to protect the religious freedom of Catholics guaranteed by the First Ammendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e75
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13480
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Virginia Williams

## General Comment

The new HHS regulations on sterilization & contraception(including abortifacients) force Catholics to choose between our faith and health care!! By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics, and infringed on our right to practice our religious beliefs. The regulations' religious employer exemption will NOT protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the church,but instead run by Castholics! These Catholic instutitions--as well as individual Catholic employers and health insurance purchasers are being FORCED BY THE GOVERNMENT TO VIOLATE THEIR RELIGIOUS BELIEFS!
Mandatory contraception and sterilization coverage in college insurance plans force Catholic colleges to undermine their missions as Catholic institutions.
Please REPEAL these regulations and protect the religious freedom as GUARANTEED by the First Amendment!!

**0045038**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e76
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13481
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Emily Goodrich Gazda

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045039**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e6b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13482
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Kris Walters

---

## General Comment

I do not support the mandate/rule requiring the offering contraception and preventive services.

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045040**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e80
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13483
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mary Ann Vann

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045041**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e81
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13484
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** lisa bourey
**Organization:** catholicvote

---

## General Comment

As a registered Democrat and a registered nurse I believe that
the new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e82
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13485
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** MARY DIBBLE

---

## General Comment

I am against this bill it is wrong and should not stand

**0045043**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e77
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13486
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** george j carroll
**Organization:** Member of the Catholic Church

## General Comment

he new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045044**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e84
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13487
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Lucille Bringenberg

## General Comment

ObamaCare violates my religious rights as an American citizen and must be revoked. It is a violation of my Constitutional freedoms. I do not need the Government mandating that I purchase products or services that violate my freedom to make my own decisions regarding what I need or want.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e78
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13488
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Joseph Mersol
**Organization:** Knights of Columbus

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045046**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e79
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13489
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Sara Giorgis
**Organization:** Cardinal Newman Society

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045047**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e85
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13490
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** El Gee
**Organization:** Cardinal Newman Society

---

## General Comment

Totally opposed to above rule & Obama Plan in general.
Please be as cognizant & respectul of religious beliefs/teachings as govt. is of being politically correct
in other areas dealing w/freedom!!!

0045048

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e7a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13491
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Barbara Brummitt
**Organization:** St. Monica Catholic Church

## General Comment

My rights for religious freedom are being violated as well as those rights of religious freedom for Catholic colleges and hospitals. it is against our faith to support abortion, or anything that interfers with our God given riht to bear children such as the pill etc. I strongly oppose any pro-abortion language in my health care proposals.I am a member ofSst. Monica Curch but am writing this on the basis of myu own conscience, not as a representative of the church.

0045049

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e87
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13492
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Sandra Knopf

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045050**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e88
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13493
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jeannie Presley

## General Comment

I object to your interference with the freedom or Religion guaranteed in our Constitution. You should not try to dictate what Catholic colleges must do in the way of health care. Pleas withdraw your present plans and give us all freedom of conscience in our religious beliefs.

0045051

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e89
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13494
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Brian Fowler

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e7b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13495
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Charles Talley, Ph.D.

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045053

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e8a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13496
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Rosemary Pitlyk

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e7c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13497
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Jean Neis

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045055**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e7e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13498
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** JoAnn Calvaruso

---

## General Comment

I Pray for you my brothers & sisters in Christ, Please the time is so dark right now in the word so now is when we must stand up for God and for His Son Jesus. He has not forgot about us He Stands ready to fight with us. Stand by your Catholic Vales to God and God will stand by us, In Jesus Name I Pray do not forget who died on The Cross to open the Gates of Haven for us.Amen

**0045056**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e8b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13499
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Robert Allard

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045057**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e8c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13500
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Chris Bearden
**Organization:** John Paul II High School

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045058

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e7f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13501
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Rev. Augustine Judd, OP

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045059**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e8d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13502
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Emile Casadaban

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045060**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e8e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13503
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** kathy goodfellow

---

## General Comment

This new rule stands in the face of all the Catholic Church stands for....to force secular befiefs on a religious institution, school, employer or college is discriminatory and "the government" has absolutely no right to conflict with the tennets of the faith.
As a mother, the thought that a catholic school would be FORCED to support abortion, etc to girls, employees in the school puts the meaning of life and marriage in the gutter...which appears to be where all the liberals would like it to be....Life is meaningless, so lets kill it quick....

Sorry state of affairs for our culture and world....and to know the HHS is headed by a so called "Catholic"...what a joke...she is just a henchwoman....

**0045061**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e90
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13504
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Kathy Schur
**Organization:** Stay at home mom

## General Comment

I am very upset that our government would force our families to have insurance this is against my moral code. It is already terrible that planned parenthood pushes abortion! I was pushed to have an abortion a long time ago and know a few others thathad similar experiences. I was not given the proper information about the precious life that was in me and this has effected my soul for eternity. It has taken a life time to forgive myself and others. Even my own parents realized that were directed wrong! Our government should be directing our young that all life is precious and to take responsibility for our actions.

**0045062**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e91
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13505
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Gary Frederick
**Organization:** Retired

## General Comment

President Oboma, you should be very thankful that your mother was pro-life. You will not destroy this country.

0045063

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e95
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13506
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Cindy Baeumler

---

## General Comment

Dear Sir/Madam:

I would like to take a moment to express my extreme displeasure with the new HHS regulations on sterilization and contraception (including abortifacients). From a purely political standpoint, these regulations force Catholic institutions to implement policies in direct contradiction to a key belief; sanctity and protection of human life. From a moral perspective, I believe abortion is wrong. From conception, life is present. From a philosophical and social perspective, abortion is wrong; it supports a disregard for life and is damaging to the woman emotionally. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment, and do your part in ensuring a society that values the sanctity of life and the well being of its members.

**0045064**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e92
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13507
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Shain and Diane DeVan

## General Comment

Please support Catholic teaching. Do not allow any type of abortion or contraceptive teaching

**0045065**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e96
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13508
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Robert Kopka

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045066

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e93
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13509
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Bob Creedon

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

I demand that the Obama Administration revoke these new healthcare regulations that blatantly violate mine & the Church's—religious freedom.

**0045067**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e97
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13510
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Teresa Spracklen

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045068**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e98
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13511
Comment on FR Doc # 2011-19684

## Submitter Information

## General Comment

The new regulations from HHS requiring those, whose religious faith and convictions differ, on being required to furnish, support, or pay for so-called health services dealing with various aspects of population growth is a violation of religious freedom . This is wrong and should not be mandatory and compulsory and violates the first right expressed in the First Amendment of the Constitution. Therefore, I am asking for reconsideration of this controversial policy which demands adherence for those opposed on religious belief.

0045069

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e9a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13512
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Daniel Kinnik

---

## General Comment

I am vehemently against Obamacare for many reasons but especiallly since it violates my beliefs as a Catholic regarding the respect for life. Obamacare is also a violation of the U.S. Constitution. This law is an abomination and is contrary to the beliefs of the majority of all good people in the US. It must be repealed immediately. Please do not wait!!!!!!!!!!!!!!!

**0045070**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e9f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13513
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Hayden Mercer

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045071**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19e9d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13514
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Stephen Schnelker

## General Comment

Dear Obama Administration:

It is outrageous that you would create any type of legislation that, in effect, forces Catholics to participate in the issuance of contraceptives, the practice of abortion, or any other mandate that results in death to innocents (an action revulsed by most since the days of Herod).

Why do I suspect you would not trample on the religious rights, beliefs and practices of Muslims as you are wont to do with Catholics?

Stephen Schnelker
317.896.1111

**0045072**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ea8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13515
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** L. Bell
**Organization:** individual

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care.  By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs.  The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics.  These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs.  Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.  Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045073**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ea0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13516
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Peter Kneusel
**Organization:** Citizen

## General Comment

Just a reminder that the role of government is to serve the people, not drive them into a corner where they have to choose between losing most of their business or betraying their values.

0045074

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ea9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13517
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Frank Denke
**Organization:** Retired IBM

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ea1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13518
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mr. and Mrs. Barry Quinn

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045076**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ea2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13519
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Megan Homan

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

Thank you for listening.

**0045077**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19eaa
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13520
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** jacqueline tigges
**Organization:** catholic

---

## General Comment

As a Catholic I deeply resent having to go along with providing abortions funds which to anyone.

**0045078**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19eab
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13521
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** John Pellegrini
**Organization:** None

## General Comment

Keep your politics and personnel views (both useless in my opinion) out of my religious beliefs. Haven't you ruined the country enough?

**0045079**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19eac
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13522
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Robert Milanowski

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045080**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ea3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13523
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Arthur Schaefer
**Organization:** citizen

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045081**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ea4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13524
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Adrian Akau
**Organization:** None

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** April 02, 2012 |
| **Received:** September 14, 2011 |
| **Status:** Posted |
| **Posted:** October 31, 2011 |
| **Tracking No.** 80f19ea6 |
| **Comments Due:** September 30, 2011 |
| **Submission Type:** Web |

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13525
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jessica Dominguez

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045083**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ea7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13526
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Patricia Thomas

## General Comment

As a mother of four wonderful children and a practicing Catholic, I am very opposed to this mandate. I do not want my tax dollars to pay for abortion or contraceptives and sterlization that I am both morally and religiously opposed.

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045084**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19eae
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13527
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jennifer Marciano

## General Comment

Mr. President:

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Sincerely,
Mrs. Jennifer Marciano

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19eaf
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13528
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Pamela Birdsall

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045086**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19eb0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13529
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Frank Cestone

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045087**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19eb3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13530
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** James W SCHENKEL
**Organization:** Hucks Transmission Shop

---

## General Comment

Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

The new HHS regulations on sterilization and contraception and abortifacients force Catholics to choose between faith and health care. Our government will violate the consciences of faithful Catholics and infringe on our rights to practice our religious beliefs.

Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs.

**0045088**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19eb4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13531
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Raymond Anater
**Organization:** Private Citizen

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

As devoted Catholic Husband and Father with three (3) college age daughters, QUITE TRAMPLING ALL OVER MY RIGHTS AND MY DAUGHTER"S RIGHTS TO PRACTICE OUR RELIGIOUS AND NATURAL LAW BELIEFS!!!!!!!

**0045089**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ebc
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13532
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Dan Minnaert

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045090**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ebd
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13533
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Bernard Knier
**Organization:** Private

---

## General Comment

To All Concerned;
The mandate in this bill does not take into consideration the moral values held dear by many people who believe the use of artificial birth control goes against God's plan. To legislate this ruling into law would mean many who believe in Natural Family Planning only would be forced to seek employment in another field or, in the case of an institution would be forced to close its doors.
I hope you reconsider this problem and change the possible exclusion of these individuals and institutions.

**0045091**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ebe
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13534
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Dexter Koehl

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045092**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ebf
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13535
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** marianna

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045093**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ec0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13536
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045094**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19eb6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13537
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Brian Amundsen

## General Comment

Dear Sirs; The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. If this insurance coverage is made mandatory, then the government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious covenants and beliefs. There is no real exemption for Catholic colleges, schools, and organizations run by lay Catholics. We will be forced to either deny employment, service, enrollment and funds from non-Catholics to meet the regulations exemption or shutdown the plans currently offered. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment to practice our faith without interference from the government. I feel strongly about this and feel these regulations go far beyond what Congress authorized and are contrary to the specific exemptions that Congress included in the law. Please consider so that lawsuits maybe avoided.

Sincerely hoping you hear God's voice today,
Brian Amundsen, 3048 Woodale Drive, Mounds View MN

**0045095**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19eb7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13538
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Ellen LaScotte

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045096**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19eb8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13539
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jack Lowe

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.I think this is all
getting out of hand. The Government needs to back off telling the
citizens they have to help supply the impliments to carry out the
murder of unborn children. Some of you people in the Gov. think
you have the RIGHT TO CHOOSE for everyone,Your WRONG- we all have the God given RIGHT TO CHOOSE on this matter for ourseleves.

**0045097**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ec3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13540
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Marianne Stook

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care.  By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs.  The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics.  These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs.  Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.  Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ec4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13541
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Michael Engberg

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045099**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ec5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13542
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Margaret Campbell
**Organization:** Cardinal Newman Society

## General Comment

I wholeheartedly protest the proposed regulation violating the consciences of millions of Americans by requiring abortion related health care coverage. This is an invasion of privacy guaranteed by the U.S. Constitution. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics.

Furthermore, these regulations will undermine the missions of Catholic colleges as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Sincerely,

Margaret Campbell

**0045100**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ec6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13543
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Pat Kolb
**Organization:** Catholic

## General Comment

How could you allow our religious freedoms be compromised in this heatlh care plan. This must change. We answer to God frist and the government has no right to force us to deny God's commands. Woe to United States of America. God will not tolerate this behavior. We already are killing the babies our future priests, nuns, parents, goverment leaders, and tax payers. Know were are having to pay for the continued evil acts because our governement is afraid to say no in the name of God. Woe to our country. I continue to pray for God's will be done.

**0045101**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ec7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13544
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Anna Bonk
**Organization:** A dedicated Catholic

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

The United States is on a slippery slope, just as Ancient Rome fell, so will our country, if things do not change. Since Roe vs Wade in the 1970's we have steadily declined morally and have lost our conscience in regard to good and evil. Please change this law to prevent obvious evil, such as, requiring that people violate their conscience by forcing them to allow sterilization, contraception, etc.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ec8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13545
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** audrey wiegel
**Organization:** prolife

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045103**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19eba
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13546
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Lucille Lailhengue

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Respectfully,

**0045104**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ec9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13547
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Theresa Luley
**Organization:** US citizen

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045105

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ebb
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13548
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Timothy Morris
**Organization:** self

---

## General Comment

This is not acceptable to me and my family in any way. This is wrong on every level.

Thank you for your consideration.

0045106

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ed0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13549
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Dan Foreman

---

## General Comment

Not that it will do any good to try to reason with Communists bent on the destruction of America, but until he provides a REAL birth certificate, I reject obama as president and everything he stands for.

**0045107**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ecb
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13550
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** John F. Cherry MD
**Organization:** Retired

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

I believe these 'regulations' are LAWS and should be approved by our Congress, not a regulatory agency. We must put these suggestions to a Constitutional test and proper legislative process. Again, I am opposed to these tactics and ideas.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ecc
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13551
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** L. G. Roland

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045109**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ecf
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13552
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Cheryl Dazey
**Organization:** Franciscan St. Margaret Health

## General Comment

The new obamacare regulations on sterilization and contraception (including abortifacients) force many of us, especially Catholics to choose between our faith and health care...and for many their job. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045110**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19edb
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13553
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Cindy Ropp

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19edc
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13554
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Denis Laplante

## General Comment

This new HHS regulations on sterilization and contraception (including abortifacients) force the Catholics of USA to choose between their and health care. It's contrary to true justice.
By making this insurance coverage mandatory, this U.S. administration has violated the consciences of faithful Catholics and infringed on theirrights to practice their religious beliefs.
The regulation's religious employer exemption won't protect the hundreds of Catholic colleges, schools and organizations which are not owned by the Church but instead run by lay Catholics.
These Catholic institutions -as well as individual Catholic employers and health insurance purchasers - are being forced by the government, contrary to elementary justice, to violate their religious beliefs.
Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their very missions as Catholic institutions.
Please don't act as though you were leaders of the late USSR! Please repeal these regulations and protect the rights of American Catholics to freedom of faith as guaranteed by the First Amendment.
Thank you!

**0045112**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19edd
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13555
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Daniel O'Brien
**Organization:** Private Citizen

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045113**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ede
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13556
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Carmela DeNobile

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045114**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19edf
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13557
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Robert Geiger

## General Comment

This is a blatant disregard of my moral principles and I will fight this until it is dropped.

**0045115**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ed1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13558
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Charlotte Sczepanski

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045116**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ee0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13559
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Matthew Robe
**Organization:** Professional Contractors & Engineers, Inc.

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. It also increaes employer costs in the form of higher insurance premiums to employers already struggling in today's. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations in order to protect the religious freedom of Catholics as guaranteed by the First Amendment and to help reduce overhead costs of struggling small employers.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ee1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13560
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** maria giron

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045118**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ed2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13561
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Margaret Mans
**Organization:** Right to Life of Kansas, West Sedgwick County

---

## General Comment

We oppose the federal mandate for insurance companies to pay for contraception and abortion. That is NOT health care. We can hardly afford health insurance now. This is a violation of our religious rights and is not in the realm of good government!

0045119

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ee3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13562
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Gerald Schwalb
**Organization:** Catholic Church

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045120**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ed4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13563
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Rosemarie McManus
**Organization:** Spirit of Love, Catholic Charismatic Group

## General Comment

I strongly object and decline to have my constitutional rights violated by the Obama Government Administration. As a taxpayer, I abhor the poisonous uses of my freedom in my financial responsiibilities.

0045121

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ee4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13564
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Danny Muniz

## General Comment

Please respect the right of individuals not to be forced to violate their consciences and repeal the onerous regulations that are against the morality of Catholics.

0045122

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ed6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13565
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** beth Richards

## General Comment

I strongly urge you to repeal the regulations on sterilization and contraception and protect the religious freedom of Catholics as guaranteed by the First Amendment. The rules and regulations represent tyrranical methods of governance by unelected officials. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. Though Catholics have long been disdained by the governing bodies of the United States, this is clearly an new kind of attack on expression of strong held religious views. Your violation of personal freedoms will be responded to a loud voice.

**0045123**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ee5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13566
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** jen binns

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045124**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ee7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13567
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** John Vaughan
**Organization:** St. Stephen Cathedral, Owensboro, KY

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045125

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ee8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13568
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Clarence J. Kellerman
**Organization:** Individual

## General Comment

"Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of 'preventive services' the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions."

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ed7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13569
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Andrew Baalman
**Organization:** Catholic Church

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19eea
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13570
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Erica Jackson
**Organization:** Misericordia Home

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045128

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ed8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13571
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Clifford Amore

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045129**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ed9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13572
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Michelle Swing
**Organization:** St. Francis of Assisi Parishoner

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045130**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19eee
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13573
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** louis morelli
**Organization:** retired

---

## General Comment

It is incredible how eroded the Constitutional is. How can these usurpers violate the law. Remember the Constitution is the well spring from which all laws promulgate without which there is no Country. Have we lost our way are we being taken over by a foreign force that has paid all these syncopate politicians (save Ron Paul) to do their bidding. I think so, remember Jesus himself showed us the real culprits when he took a whip to them in the temple--"The Money Changers" they are the culprits. All we can do is pray the money changers are too powerful now..

Lou Morelli

**0045131**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19eef
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13574
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045132

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ef0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13575
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Katia Chantiri
**Organization:** A consciencous person

## General Comment

First: Obama, if your mother had aborted you, you would not have the chance to be the president of the United states.
Second: I want my hard working money taxes to go to life projects not to death concentration camps.
Third: People are smart, they are supposed to be responsible of their own actions. If a person kills another person, he is in prison for life.. How with good conscience you are allowing killing the vurenable. What a controversy.
Fourth: America stands for "Human Rights", wher is the unborn human right? are you afraid so much of his/her human rights? so, you decide on eliminating them. What kind of democracy you are leading.
Fith: Obama, Killing was never a winning act, it is all destruction. You are enabling people to kill freely. So, America is the country of hatred and violence and death of the human life and existence.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19eed
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13576
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Pamela Brown
**Organization:** Catholic pharmacists

## General Comment

Please repeal the regulations and protect the religious freedom of catholic christians as guaranteed by the first amendment. This is not improving healthcare but disregarding the sanctity of all life. Is this really the land of the free when I am forced to do something I believe is morally wrong?

0045134

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ef8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13577
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Frank Schwamberger
**Organization:** Retired Indivdual

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045135**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ef1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13578
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mark Valentine

---

## General Comment

There are so many implications of this part of the health care bill that will directly affect Catholic organizations in a negative way and the government would be forcing Catholics to go against their faith if they wanted to stay in business. Please extend the same courtesy to Catholic organizations that is extended to others by not forcing them into conformity against their religion.

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ef2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13579
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Robert Joyce

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045137**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ef4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13580
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Tony Weber

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045138**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19efa
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13581
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Michelle Vidal

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045139**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ef5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13582
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** David Cuddihy

## General Comment

The new HHS regulations on sterilization and contraception force Catholics to violate our conciences. By making this insurance coverage mandatory, our government has violated infringed on our rights to practice our religious beliefs. the religious employer exemption is so limited that it will not protect the hundreds of Catholic institutions - schools, hospitals, colleges, charitable organizations - that are run by lay Catholics. Mandatory coverage in college student insurance plans force Catholic colleges to violate their religious beliefs. These regulations subvert the mission of Catholic organizations, squelching their Catholic identity.
Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19efc
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13583
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Patrick Finn

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045141**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19efd
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13584
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Robert Fgouth
**Organization:** Just a voter

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045142**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ef7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13585
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Jan Moore

---

## General Comment

Stop obombacare period! Esp. in regard to free abortions, birth control pills ect.

0045143

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f02
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13586
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Nancy Schlageter

---

## General Comment

Please allow our Catholic Universities to manage our schools as was intended when we opted to send our children there for their extended education. We chose these schools for a specific reason; extension of their religious education. We did not pay for private schools for just any reasin. We expected that they be taught a necessity of life; their beliefs and expectations. Please leave us alone to run our own institutions; we were doiing a great job without your interference.

0045144

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f04
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13587
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** anthony casale

---

## General Comment

The heath care bill is an archaic and flawed system. The best the Government can do is to set up a CURE mentality and environment. The treatment of disease with technology and prescriptions will only escalate the cost to a point that any sick person will be a HUGE Liability to the system.

The Government must take a lead in CURING diseases. If the government monies is tied up with treatment the curing of disease will be impossible.
tony

0045145

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19efe
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13588
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Brenda DesOrmeaux

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. This is a violation of the consciences of faithful Catholics and infringes on our rights to practice our religious beliefs.

We are being forced by the government to violate our religious beliefs.

Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.

Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19eff
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13589
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Laura Hales

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f00
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13590
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Pat Glenn

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs.

Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.

Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045148**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f05
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13591
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Leslie Verdin

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of preventive services the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convistions.

**0045149**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f06
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13592
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** George Vaughan

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045150**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f0d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13593
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Suzanne Legg

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f08
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13594
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Richard Highduke

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045152**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f0e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13595
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Gloria Relloma
**Organization:** Workers of St. Joseph, Perpetual Adoration Ministry,Legion of Mary Aux.

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government is violating the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f09
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13596
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Sincerely,
The Conza Family

**0045154**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f0f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13597
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Richard Stahl
**Organization:** Analytical Chemist

## General Comment

The majority of American's and Marylander's disagree with the Obamacare bill and it needs to be repealed! There are much better and more efficient ways of fixing our health insurance problems over having a mandated or nationalized system!

0045155

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f0a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13598
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Tom Gehrlein

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f10
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13599
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jacqueline K. Mazza
**Organization:** Mazza Design SOlutions, LLC

## General Comment

I am outraged at the arrogance of the government to stick its nose into my religious beliefs. That is not the American way. I offer a generous health plan to my employees that is really supportive of their life and health. I do not support death on demand.

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.

Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f12
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13600
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Franklin Visek
**Organization:** none

## General Comment

Don't you folks ever listen to the people. Stop with this IMPERIAL Administration.

Do not use MY money for birth control, sterilizations, and even abortion drugs for women?

May God have mercy, F.J. Visek

**0045158**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f17
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13601
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mary Moran

---

## General Comment

Please do not ask Americans to ignore their consciences, and be forced to provide abortifacents under health care policies.
Don't put people on the line, and force them to choose between their beliefs and values, and their jobs. I believe strongly that all children are created by our God and must have a chance at life.
Therefore I protest Document ID HHS-OS-2011-0023-0002, as a ciitzen, as a mother, as a taxpayer and as a Christian.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f18
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13602
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Crystal Jauregui

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045160**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f19
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13603
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** James Kloza

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care.

By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs.

The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics.

These Catholic institutions—as well as individual Catholic employers and health insurance purchasers —are being forced by the government to violate their religious beliefs.

Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please REPEAL these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045161**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f1a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13604
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Terence Mackin
**Organization:** Self

---

## General Comment

The new HHS regulations on sterilization and contraception will force Catholics to choose between our religious faith and health care. By making this insurance coverage mandatory, the government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f15
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13605
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Patti Lyon

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045163**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f1b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13606
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Edward Maher
**Organization:** None

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

This is violative of women's rights and unconscionable

**0045164**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f20
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13607
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Thomas Sepulveda

---

## General Comment

HHS-OS-2011-0023-0002

This amendment is a direct assult against the Constitutional guarantee of Freedom of Religion.

0045165

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f1d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13608
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Donald Henke
**Organization:** Kenrick-Glennon Seminary

## General Comment

The new HHS regulations regarding sterilization and contraception (including abortifacients) force Catholics to to make a morally impossible choice between the truths of our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f22
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13609
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Tony Talavera

## General Comment

I personly think that health plans that cover preventitive services like abortion or conceptive measures are morally wrong and against what Roman Catholics preach.

It is a flagrant display of duplicity that weakens a Catholic's image in the world's stage.

0045167

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f1e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13610
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** D Shaw

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Why would anyone want to encourage young girls to get sterilized by offering free procedures? I can't understand that. No human being should be able to understand that.

**0045168**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f1f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13611
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Dan & Pat Moriarty
**Organization:** Self

## General Comment

Always support freedom of conscience and stop government under Obama from depriving us of our right of conscience in all fields especially the medical field, in adoption rights, and relgious rights of conscience.

**0045169**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f23
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13612
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** charles laczkoskie
**Organization:** laczkoskie self-defense

---

## General Comment

America is clearly the land of freedom and choice. There can be no law that mandates or forces to buy or give to that which we don believe. Therefore, forced abortion under the new health law is illegal, un-constitutional. So is the very law that tries to madate this. we cannot be forced to buy anything in the U.S.A.

**0045170**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f2a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13613
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** vincent meyer

## General Comment

New HHS regulations on sterilization and contraception violate the conscience of CAtholics. With these regulations the government will force Catholics to violate their religiuos beliefs.

Please repleal these regulations.

0045171

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f25
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13614
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Richard Klingeisen

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045172**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f2b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13615
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** martha vedder

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the
government should require all Americans to purchase. Please remove sterilization and prescription
contraceptives from the list of "preventive services" the federal government is mandating in private
health plans. It is especially important to exclude any drug that may cause an early abortion, and to
fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's
new rule protects almost no one. I urge you to allow all organizations and individuals to offer,
sponsor and obtain health coverage that does not violate their moral and religious convictions.

Do not violate Americans moral and religious convictions.

**0045173**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f2c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13616
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Nicholas Guisto

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045174**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f27
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13617
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Nancy Broussard
**Organization:** Cardinal Newman Society

## General Comment

We are tired of all of the rules appearing in legislation from this administration which are eroding the moral fabric of this country. Catholics in the United States are insensed that abortion is being funded with tax dollars without our cries being heard. Allowing our young girls to be guided to the new medical views of this administration is leading our youth down a path that will be irreversible. Please Review Group Health Plans and Health Insurasnce Insurrers relating to preventative service under patient protectionand affordable care act.(Document ID HHS-0s-2011-0023-0002)

Thank you for listening to the concerns of citizens who care about The morality and freedom of our country.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f2d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13618
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Joe Schooff
**Organization:** Joseph H. Schooff

## General Comment

oBAMACARE HAS NO BUSINESS FORCING cATHOLICS TO GO AGAINST THEIR BELIEFS. oBAMACARE FORCES cATHOLICS TO PERFORM ABORTIONS AGAINST THEIR WILL. tHIS IS NOT FREEDOM OF RELIGION. hE IS NOT RULER OF EVERYONE'S MIND. hE IS NOT FORCED TO GO AGAINST HIS MUSLIM BELIEFS. NEXT,HE WILL BE ENFORCING SHARIA LAW ON US.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f29
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13619
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Craig Paulitz

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045177**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f34
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13620
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Jim Sinnerud
**Organization:** Creighton Prep

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045178**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f2e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13621
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Steve Pederson
**Organization:** NDCA

---

## General Comment

See attached file(s)

---

## Attachments

HHS comments on Health Care Plan

**0045179**

September 14, 2011

Centers for Medicare & Medicaid Services,
Department of Health and Human Services,
Attention: CMS-9989-P
P.O. Box 8010
Baltimore, MD 21244-8010

Below are the North Dakota Chiropractic Association comments in response to CMS' Patient Protection and Affordable Care Act; Establishment of Exchanges and Qualified Health Plans Proposed Rule.

**Entities Eligible to Carry Out Exchange Functions (§155.110)**

 The North Dakota Chiropractic Association (NDCA) strongly supports HHS' proposal to preclude health insurance issuers from being hired to carry out responsibilities of Exchanges.  NDCA also supports HHS' proposal to require that the voting members of an Exchange governing board represent consumer interests by ensuring that membership may not consist of a majority of representatives of health insurance issuers, agents, or brokers, or any other individual licensed to sell health insurance.  We also believe that it would be beneficial to require those organizations that are hired to perform responsibilities of Exchanges and those that serve on Exchange governing boards be required to disclose conflict of interest information.

The NDCA also recommends that HHS require that at least two members of Exchange boards have experience as healthcare providers within the Exchange jurisdiction and that one member represent the Medical Doctor (MD/DO) community and the other healthcare provider member represent providers who are not Medical Doctors. We believe that the inclusion of individuals with healthcare provider experience on the Exchange governing boards will help the Exchanges achieve HHS' goal of ensuring that the Exchange board as a whole has the necessary technical expertise to ensure successful operations.

The NDCA also supports HHS' proposal to require that Exchange boards hold regular public meetings to provide the public with opportunities to observe and comment on Exchange policies and procedures. Ensuring the opportunity for public input into Exchange policies and procedures will be critical to the success of the Exchange.

**Stakeholder consultation (§155.130)**

The NDCA recommends that HHS more clearly specify by regulation the types of providers with whom Exchanges must consult.  The NDCA recommends that HHS indicate that "healthcare providers (to include both MD/DO and non-MD/DO providers)" must be consulted in Exchange development and operations. As HHS clearly recognizes the primary care crisis that our country will be facing in the coming years, we believe that it is critical that states be directed to look beyond traditional medical providers in gathering input on the appropriate operations of exchanges with regard to healthcare professionals.

**Establishment of Exchange network adequacy standards (§155.1050)**

In delineating QHP requirements with regard to network adequacy, The NDCA believes that HHS should clearly communicate that all QHPs are required to adhere to PPACA's Health Insurance Market Reforms Section 2706 "Non-discrimination in Healthcare." As HHS is aware, this provision indicates that "a group health plan and a health insurance issuer offering group or individual health insurance coverage shall not discriminate with respect to participation under the plan or coverage against any health care provider who is acting within the scope of that provider's license or certification under applicable State law."  In HHS'

0045180

regulations pertaining to network adequacy considerations, we believe it is critical for HHS to ensure that Exchanges and QHPs are aware of and are fully complying with this federal provision.

Given, the primary care provider shortage facing the nation, the NDCA strongly supports HHS' recommendation to states, Exchanges and health insurance issuers to "consider broadly defining the types of providers that furnish primary care services." The NDCA believes this statement is so important because Doctors of Chiropractic can help fill the workforce gap. Doctors of chiropractic are physicians who are educated and licensed to diagnose, treat, manage or co-manage their patients' conditions and refer to other providers, when necessary. Doctors of Chiropractic are also well trained in the cost-effective treatment of common conditions impacting the health of Americans. For example, studies show that low back problems are the most prevalent pain complaint affecting the general population, with up to 75 percent of Americans experiencing low back pain in their lifetime. The cost of treating spinal pain has made it the sixth most expensive medical condition in America at $86 billion in 2005--a 65 percent increase since 1997.

Recent research also reveals that utilizing Doctors of Chiropractic may lead to lower health care costs. A 2010 study of patients with low back pain who initiated care with a Doctor of Chiropractic resulted in 40% lower health care costs when compared with care initiated through a medical doctor.[1] Another study found that patients using chiropractic physicians as their primary care providers had significant decreases in hospital admissions (43%), pharmaceutical costs (52%) and outpatient surgeries and procedures (43%).[2] These findings were confirmed in a follow up study of the same population.[3] A study published in the British Medical Journal found that patients receiving manipulation and exercise had lower relative treatment costs and experienced more treatment benefits than those treated with general medical care.[4] The NDCA appreciates HHS' recognition of the need to broadly define primary care to ensure that patient access is not compromised and recent research supports the strong and important role DCs can play as primary care providers.

Thank you for the opportunity to comment on these proposed regulations.

Sincerely,



The North Dakota Chiropractic Association
Dr. Steve Pederson
President

[1] Cost of Care for Common Back Pain Conditions Initiated With Chiropractic Doctor vs. Medical Doctor/Doctor of Osteopathy as First Physician:Experience of One Tennessee-Based General Health Insurer," Journal of Manipulative and Physiological Therapeutics (JMPT), 2010.
[2] Sarnat, R.; Winterstein, J. Clinical and Cost Outcomes of an Integrative Medicine IPA. JMPT, 2004.
[3] Sarnat, R.; Winterstein, J; Cambron JA. Clinical and Cost Outcomes of an Integrative Medicine IPA; an additional 3-year update. JMPT, 2007.
[4] United Kingdom Back Pain, Exercise and Manipulation Randomized Trial: Cost Effectiveness of Physical Treatments for Back Pain In Primary Care. BMJ. 2004 Dec 11;329(7479):1381. Epub 2004 Nov 19.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f36
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13622
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** kenneth lange
**Organization:** not applicable

---

## General Comment

Please do not force institutions and individuals to act against their religious beliefs and personal consciences as proposed under the Patient Protection and Affordable Care Act: Amendment(Document ID HHS-OS-2011-0023-0002).

Thank you.

**0045182**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f37
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13623
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Karen Cooper
**Organization:** The Cooper Household

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f30
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13624
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Nik Kleber

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045184**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f31
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13625
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Clara Schous

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f32
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13626
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mike Eddings

---

## General Comment

Revoke the new healthcare regulations that blatantly violate our—yours, mine, the Church's—religious freedom.

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs.

The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs.

Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f33
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13627
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Denise Koranek
**Organization:** None

## General Comment

Whatever happened to freedom to choose? Freedom of religion? Why is the current administration rewriting our Constitution? This ruling does not affect Catholics only but people of conscience of all faiths. Delete this provision NOW!!

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045187**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f38
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13628
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Joyce Simoes
**Organization:** Catholic

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045188**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f3a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13629
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** ROBERT HARGARTEN
**Organization:** AUBURN HILLS ANIMAL HOSPITAL

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045189

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f3e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13630
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Heidi Giebel
**Organization:** University of St. Thomas

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045190**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f3f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13631
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Shari Van Blokland

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045191**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f40
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13632
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Janet Wright

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care.  By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs.  The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics.  These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs.  Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.  Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045192**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f3b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13633
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Melissa Paulitz

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045193**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f41
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13634
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mary Blackwood
**Organization:** None

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care.  By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs.  The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics.  These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs.  Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.  Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f42
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13635
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mary Stirton

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045195**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f44
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13636
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Russell Smith
**Organization:** None

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Thes regulations must be repealed. Please protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f45
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13637
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mary Fonseca

---

## General Comment

I strongly object to the government usurping my religious freedom by forcing me to have insurance that provides contraception and abotifacients. There is no reason I should have to support much less pay for something that is contrary to my beliefs. You must stop abusing the Constitution!

0045197

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f4a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13638
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Ned Zerwic
**Organization:** The Cardinal Newman Society

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045198

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f46
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13639
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Georgie Petitjean

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045199**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f47
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13640
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** concerned voter

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045200**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f52
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13641
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Eduardo Barberena
**Organization:** Cardinal Newman Society

## General Comment

Our catholiics belief are being forced by the government to violate those religious beliefs.

**0045201**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f4c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13642
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Joyce Young
**Organization:** Cardinal Newman Society

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045202**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f4d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13643
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Nancy Nizzo

---

## General Comment

Catholics definitely should not have to choose between health care and their faith. When this kind of insurance is made mandatory by the government, our personal rights to practice freedom of religion guaranteed by the Constitution
is being seriously violated!
Catholic institutions , Catholic employers, and health insurance purchasers will find themselves battling mandatory contraception, sterlization, and the issue of abortion.
Please consider repealing these regulations! This is America and freedom of religious practices have been promised everyone since the passage of the First Amendment by our forefathers. I will pray for you and all of America!
God Bless You and may America always be "One nation under God!
Thank You!

**0045203**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f4e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13644
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mother Henrie Marie Siegrist, OAR
**Organization:** Augustinian Recollect

---

## General Comment

Pregnancy is not a disease and drugs and surgeries to prevent it are not basic health care that the government should REQUIRE all Americans to purchase. Please remove sterilization and perscription contraceptives from the list of preventive services' the federal govenrnment is MANDATING in private health plans. Ti is expecially important to exclude any drug that may cause an early abortion and to fully respect religious freedom as other federal laws do. the narrow religious exemption in HHS's new rule protects almost on one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

This Admendment, ID HHS-OS_2011_0023_0002, is truly an offense to American freedom and to American people period, especially those who would like a decent place to live and get health care, not murders for hire from their government.

Thank you for adding my name to the list who oppose this mandate of your ruling on Group Health Plans.

**0045204**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f4f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13645
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Carol Sbarboro

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions - as well as individual Catholic employers and health insurance purchasers - are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. PLEASE REPEAL THESE REGULATIONS AND PROTECT THE RELIGIOUS FREEDOM OF CATHOLICS AS GUARANTEED BY THE FIRST AMENDMENT!!

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f53
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13646
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Anthony Draeger

---

## General Comment

I oppose the new HHS regulations on sterilization and contraception that make insurance coverage mandatory.

This violates my religious beliefs.

Please repeal these regulations.

**0045206**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f55
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13647
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Christine Geurkink

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f50
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13648
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Cecilia M Davis
**Organization:** Roman Catholic Colleges

## General Comment

Please do not force this ruling on Catholic colleges. It violates all like-minded Catholics' freedom of religion.

**0045208**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f51
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13649
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** susan jagoda

## General Comment

this is like requiring muslims to pay for ham sandwiches and beer for everyone else.
though i think the president is much more careful about the sensibilities of gays and muslims than about catholics. ironic because catholics provide a disproportionate amount ot the care of the unfortunate in this country. what will happen when he has driven us out of business? who will step up? (sharia for gay adoptions?? or for women's health? i don't think so.) sj

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f56
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13650
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Adolf
**Organization:** Retired Engineer and Scientist

## General Comment

Full religious conscience exceptions have to be guaranteed

0045210

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f57
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13651
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Julianne Langevin

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045211**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f58
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13652
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Richard Tracy

---

## General Comment

Please remove sterilization and contraceptives from the list of "preventive services", these are not required services and are not moral.

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f5d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13653
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** S W

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045213**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f59
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13654
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** julie power

## General Comment

Catholics are entitled to follow their faith and its teachings.This bill plans to trample over their rights under the First Amendment.Repeal this totally biased and unjust legislation.

0045214

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f5a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13655
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Francis Bane

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f5e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13656
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Nancy Bakos

---

## General Comment

Regarding the conscience objection of Catholics and the promotion of baby killing. Catholics should not participate in any way shape or form of this issue. This is the same as other religons making acceptions for their employees in not being around pork or pork products. If you tolerate even ONE "intolerance" then you need to accept all intolerances. You're quite mistaken if you think Catholics are just going to change. They will NOT provide these services. Already Catholic hospitals have chosen to close and or lock their doors. This is 30% of the hospitals here in the UNITED STATES. This is PRIVATE PROPERTY not public property. With your intolerant ways-I fully expect to see more hospital closings. Or very limited services.

**0045216**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f60
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13657
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Peter Smyczek

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045217**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f68
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13658
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Douglas Touchet

## General Comment

This country is rooted in Christianity and not some cult from the middle east

0045218

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f61
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13659
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Barbara Kane
**Organization:** Concerned catholic ciitizen

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045219**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f63
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13660
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Keefe Jackson

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045220**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f64
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13661
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Nancy Hinke

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045221**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f65
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13662
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** charles ennis
**Organization:** none

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045222

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f76
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13663
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** James Morris
**Organization:** James Hervey Morris Architecture & Design

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045223

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f78
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13664
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Thomas Kralik
**Organization:** none

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045224**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f69
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13665
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Kenneth Rehder

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045225**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f6a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13666
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** C Jeanne Bryant

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045226**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f79
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13667
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Gerald Asher
**Organization:** A very concerned taxpayer

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045227**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f7a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13668
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Resa Sucietto

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment. Please recognize our rights to freely practice our faith in all phases of our lives. I believe our country was founded on this right.

**0045228**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f7c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13669
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Larry Carrico

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045229**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f6c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13670
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Dorothy Tillberg
**Organization:** Cardinal Newman Society

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045230**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f6d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13671
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Judd Lawrie
**Organization:** Lawrie CPA Group

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045231

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f7d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13672
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Michelle Fleury
**Organization:** A Deeply Concerned Voter

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045232**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f6f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13673
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Scott Stanton

---

## General Comment

As a citizen of the United States, I am very concerned about continuing encroachment by the Federal government upon my First Amendment Rights. In reference to HHS regulations, which violate conscience and religious liberty in "preventative services" I particularly object to an attempt to invalidate the bioethical position, and conscience rights, of Catholic, any many other, Citizens by coercive regulations.

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

I urge you to redress this shameful overreaching of government authority.

**0045233**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f7e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13674
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Kathy McCoy

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f70
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13675
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Robert Peters
**Organization:** US Voter

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045235**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f7f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13676
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Elena Nunez

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045236**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f71
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13677
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Sandy Benavides

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045237**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f80
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13678
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** John Harrington
**Organization:** Roman Catholic Priest

## General Comment

Dear Sir:

The new HHS federal mandate will require private insurers to provide women with coverage for FDA approved contraception, including sterilization and contraceptives that have abortifacient effects. Such nation wide government coercion of religious people and groups to sell, broker or purchase "services" to which they have a medical or religious objection represents an unprecedented attack on religious liberty. Such a federal mandate is contrary to the ethical and religious priniciples which are the bedrock of our country's laws. This policy should be repealed immediately.

**0045238**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f81
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13679
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Maria Raab

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. PLEASE repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045239**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f82
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13680
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Constance Darcy

## General Comment

No agency or health care company should be forced to provide services that are reprehensible and against its conscience. That goes for individuals as well!
Sincerely,
Constance Darcy

**0045240**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f8a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13681
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Dan Krall

## General Comment

Forcing this regulation onto Catholic institutions violates our religious freedoms which are spelled out in the US Constitution unlike health care which is not.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f8c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13682
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Tony Piermatteo
**Organization:** N/A

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045242

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f8e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13683
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** James Cheek

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045243

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f8f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13684
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mary Taylor

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045244**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f83
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13685
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** George Hodges
**Organization:** Knights of ColumbusThese regulations

## General Comment

These regulations infringe on my religious beliefs, against aborations...

**0045245**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f90
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13686
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** David Rumback

## General Comment

I am writing to voice my opposition to the forcing of private organizations and persons to providing coverage for contraception and or sterilization. Please respect the basic conscience rights of citzens.

0045246

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f91
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13687
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Bonnie Moos

## General Comment

Stop forcing regulations on American citizens. Your interference with beliefs of our Catholic faith are illegal and morally wrong.

0045247

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f92
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13688
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Monika Sumcizk

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.
This forced coverage is immoral and unacceptable.

**0045248**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f9d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13689
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Nicholas Veith

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force many people of faith to choose between their faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of Americans everywhere and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as countless other employers and health insurance purchasers of many faiths—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Americans as guaranteed by the First Amendment.

**0045249**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f9e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13690
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Dr and Mrs. Robert R Wheatley
**Organization:** Vice president, Bionetics

---

## General Comment

Dear President Obama,

I regret that you have continued to display total rejection of the what is good for this country through your implmentation of Preventative Services abortion activities.

We plan to do all I can this next election to throw you out of office and remove the medical nightmare you have imposed on the citizens of this country.

And we are former Democrats until you showed up!

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f85
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13691
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** WILLIAM VAN RIPER III

---

## General Comment

Until Obamacare is completely repealed, please implement true and full conscience clause exemptions for Catholic institutions and individuals.

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs.

The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs.

Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

The year 2012 is soon upon us and with it, God willing, a complete repudiation of the socialist schemes of the incumbents.

**0045251**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f86
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13692
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Martin Lopez

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19f87
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13693
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Thomas Nemeth
**Organization:** American citizen voter

---

## General Comment

As a voter, I am highly distressed to learn of the Obama administration's decision to force profoundly anti-Christian policies on Christians, people of faith, and those who see the outright hostility against human life contained in Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment (Document ID HHS-OS-2011-0023-0002). I urge all lawmakers not/not to support blatantly the Administration's pro-death policies and which tramples on the faith of all and will seriously and negatively impact Catholic and other Christian institutions.

**0045253**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fa1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13694
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Wilbur Bagley
**Organization:** Citizen

## General Comment

I oppose the regulations that affect abortion and contrception in the Affordable Care Act.

0045254

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fa7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13695
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Denise Piskorz

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fa2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13696
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Armida Cubillas

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045256**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fa8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13697
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** John Martin
**Organization:** I am just a concerned citizen

---

## General Comment

Dear Lawmakers:

I am very concerned about the proposed coverage of preventive services under the the patient protection and affordable care act, admentment HHS-OS-2011-0023-0002.

As a life long catholic and taxpayer I want to voice my disapprove of this legislation. The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Thank you, I pray that you do the right thing and abandon this legislation. John Martin

**0045257**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fa3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13698
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Edward Crockett
**Organization:** Private citizen but

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fa4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13699
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Patricia Demarest

---

## General Comment

The sweeping HHS contraceptive mandate violates the conscience rights of many people of faith. In requiring almost all private health plans to cover contraception and sterilizations as "preventive services" for women, buyers of these health plans will be supporting through their purchase actions that violate their conscience. Some of the "emergency contraception " drugs are abortifacient drugs which prevent conception by taking the newly created human life. The religious exception for this rule is so narrow that religious Colleges, Hospitals, Social Services entities would be forced to choose between faith and health. Hospitals and schools would shut down and in this terrible economic time, the public institutions would be forced to pick up the slack. This infringement on the constituitonal right to the free practice of religion is beyond anything I ever thought could happen in my country. Remove this regulation.

0045259

# PUBLIC SUBMISSION

As of: April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fa9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13700
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Rosemary Ames

## General Comment

As a Catholic I am very much againts Obama's health care plan. It does not give us the freedom that we deserve as a Catholic. We do not believe in sterilization, contraception and abortion or any part of it.

**0045260**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19faa
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13701
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Nathaniel Sokol

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045261**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fab
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13702
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mary Jean Schweiter-Lowe

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutionsâ€"as well as individual Catholic employers and health insurance purchasersâ€"are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fac
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13703
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Marina Heredia

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045263**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fad
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13704
Comment on FR Doc # 2011-19684

---

# Submitter Information

**Name:** Thomas Love

---

# General Comment

Your proposed health rule changes are wrong and the regulators aare wrong. Keep out of our daily llives. Do you thing we wre stupid???

**0045264**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fae
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13705
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Roland Mayer
**Organization:** None

## General Comment

I am strongly opposed to the IOM recommendation to HHS that suggest that pregnancy is a disease for which preventive procedures are necessary. I am also shocked at the narrowly crafted conscience clause that would not include Catholic institutions like hospitals and universities. Implying that pregnancy is a disease goes against all scientific knowledge; the very narrowly crafted conscience clause infringes on the First Amendment rights of Catholic institutions. Surely, our great country can do better than this! Roland J. Mayer, Ontonagon, MI

**0045265**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fa5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13706
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Paul Santero

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045266**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19faf
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13707
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Theresa McAlpin
**Organization:** Roman Catholic

---

## General Comment

I pray your eyes will be opened to the truth. Life is about all of God's creation and here in the USA especially we should have the freedom to live in truth and love.
Please do not continue to be blind to God's laws. They were given to us for our benefit, for our happiness, for us to spend eternity with Him in heaven. To deny truth is to choose to live apart from Him, and I KNOW He wants all of us to spend eternity together. But, that is your choice.
Do not force your choice on the American people; only God can be our god, else we choose to loose everything.
I pray for you daily to see the light.
Father, forgive him, he knows not what he does.
God Bless, Theresa McaAlpin

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fa6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13708
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Thomas Nath
**Organization:** Concerned Citizen

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045268**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fb1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13709
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Daniel DUFFY SR
**Organization:** SELF

---

## General Comment

PERTINENT TO: Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment (Document ID HHS-OS-2011-0023-0002) -
I AM TOTALLY AGAINST ANY RESTRICTIVE CLAUSES THAT INTERFERE WITH THE FREEDOM OF ANY BUSINESS TO CONDUCT SUCH BUSINESS IN ACCORDANCE WITH THEIR RELIGIOUS VIEWS.

**0045269**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fbb
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13710
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

I truly believe this health care idea is truly damaging to our catholic way of life. If you choose it for yourself, that is your own problem, but for me to choose it for others makes it our problem. I do not believe in this plan that undermines the mission of real catholics!!!

**0045270**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fb2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13711
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Rosemary Dunn

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045271**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fbc
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13712
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Fred CaChat

---

## General Comment

Again we face proposed legislation that attacks the very principle of Life. Must we be at war with Life even to the extent of preventing it" Is Life such an evil thing" Respect for Life begins in the human heart. Apparently America is losing its heart for Life in all of its stages. Just because many of us have difficulty thinking of anyone else's Life but our own doesn't mean we have the right to prevent the Life of others.

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

We hope you have the good sense to realize what this issue means to the moral fabric of our country and society. Please do the right thing and make a Life-Respecting choice when you vote on this matter. Without an enduring hope for Life in our culture, we become our own worst terrorists.

**0045272**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fbd
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13713
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Janette Perez

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045273**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fbe
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13714
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Thomas Moffitt
**Organization:** Retired

---

## General Comment

I find the requirements of Patient Protection and Affordable
Care Act extremely troubling. I seem to recall the US
Constitution, Amendment 1 clearly states Congress shall make No law respecting an establashment of religion, or
PROBHITING THE FREE EXERCISE THEREOF.

By mandating Catholics and others implement coverages and
procedures inimical to their regliious beliefs is clearly UN-CONSTITUTIONAL.

Please respect our nation's laws and remove the requirement
of all to subscribe to the mandates currently contained in
this egregious legislation.

**0045274**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fb3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13715
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Bill Wehnert
**Organization:** Personal Concern

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045275**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fbf
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13716
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Vincent Lewis

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045276**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fc0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13717
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Barbara Sanborn
**Organization:** NA

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045277**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fc1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13718
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Michael Finch

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045278

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fb4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13719
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jude Mc Feely
**Organization:** Franciscan Friars of the Immaculate

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045279**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fb5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13720
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Loralee Culbert
**Organization:** St. Charles Borromeo parish

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. PLEASE REPEAL THESE REGULATIONS and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fc2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13721
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Patricia Bluett

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045281**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fb6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13722
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Leslie Thomas

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045282**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fb8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13723
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Marilyn Pipkin

---

## General Comment

As a taxpaying citizen I strongly object to the government forcing, through "healthcare" that I regard as immoral. Requiring that all employers, colleges etc. require providing contraception, sterilization coverage is a violation kof religious freedom.

Do not pass this immoral legislation.

0045283

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fc3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13724
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Richard O'Leary

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045284**

# PUBLIC SUBMISSION

| |
|---|
| **As of:** April 02, 2012 |
| **Received:** September 14, 2011 |
| **Status:** Posted |
| **Posted:** October 31, 2011 |
| **Tracking No.** 80f19fb9 |
| **Comments Due:** September 30, 2011 |
| **Submission Type:** Web |

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13725
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

The Heaklthcare law is a violation of Church and state separation in that it infringes upon my Roman Catholic beliefs in the sactredness of al life, It fosters unsafe sex and promotes lawlessness by the most vunerable of our citizens

**0045285**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fc4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13726
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Brianne Tafuro

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045286**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fc5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13727
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** John Yumoto

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045287**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fc6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13728
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Susan Kimbell

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045288**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fc8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13729
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Joe Wathen

## General Comment

Dear Mr. President and Congres,

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Please listen to this message.

Sincerely,
Joe Wathen

**0045289**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fc9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13730
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Liz Williams

## General Comment

Please consider the life-threatening implications of this law. Contraception, sterilization and abortion steal life. They don't improve it. Catholic institutions seek to promote, value and cherish life and they do this faithfully, providing a valuable service to our communities and our nation. Their commitment to life is well-reasoned, but it is beautifully faith-based. No other viewpoint can accomplish what the Catholic viewpoint has with respect to honoring and dignifying all individuals, as this effort is based in the belief that we are made in God's own image and are deserving of every dignity. Contraception, sterilization and abortion demean this dignity, in all parties associated with it.

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045290**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fca
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13731
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Rosemary Woerner

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045291**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fcf
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13732
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** William Lyons

---

## General Comment

The following text, although prepared by a concerned group, expresses in a good way what I myself wish to tell you:

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Respectfully submitted..........

**0045292**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fcc
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13733
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Carolyn Rife

## General Comment

My comment is regarding the coverage of preventive services under the Patient Protection and Affordable Care Act: Amendment (Document ID HHS-OS-2011-0023-0002). No citizens of this great country should be forced to pay for any other citizen's birth control or sterilization. Fertility is not a disease and does not need to be "treated" with pills, devices or self mutilation. Considering the side effects of the pill, including an increased chance of breast cancer, it is healthier for women to stay away from any of these things. Women choosing to have sex need to decide to pay for their own birth control. It's outrageous to put this burden on anyone other than the person using it. Carolyn Rife

**0045293**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fd1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13734
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Chris Petroff
**Organization:** Dzialo Physiatry Consulting

---

## General Comment

As a physician I will have an issue practicing with this ammendment

0045294

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fcd
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13735
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Evelyn Ong
**Organization:** CNS

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045295

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fd2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13736
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Marguerite Charvat
**Organization:** Roman Catholic Church

## General Comment

Stop Obamacare. It only denegrates women and God's natural laws.

0045296

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fce
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13737
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Joy Volpi, Ph.D.

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045297**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fd9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13738
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Lisa Johnson

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045298**

# PUBLIC SUBMISSION

As of: April 02, 2012
Received: September 14, 2011
Status: Posted
Posted: October 31, 2011
Tracking No. 80f19fd4
Comments Due: September 30, 2011
Submission Type: Web

Docket: HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

Comment On: HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

Document: HHS-OS-2011-0023-13739
Comment on FR Doc # 2011-19684

## Submitter Information

Name: doc adams
Organization: N/A -- Self

## General Comment

I am opposed to everything that the O'bama Administration has proposed / adopted regarding mandatory health coverage and mandatory requirements involving contraception and abortion, both of which are immoral...and against my Roman Catholic religion!

O'bama is occupying our White House as an impostor president, and should be ousted from there ASAP! He had no qualifications to become president...ignorant voters put him in the presidency, and he still doesn't have a clue! No community agitator is worthy of being president of the U.S., and living in our White House!

**0045299**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fd5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13740
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** lizz toma

## General Comment

I am a conscienceous objector of any abortion/sterilization being funded by my tax dollars.

**0045300**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fd6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13741
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** John McDonough
**Organization:** Individual

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045301**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fd8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13742
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Timothy Brocker

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care, which is unconscionable.

By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs.

The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs.

Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.

Please repeal these regulations and protect the religious freedom of Catholics and other religious groups, as guaranteed by the First Amendment.

**0045302**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fdb
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13743
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Kerry Zuhlke

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045303**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fdc
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13744
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Patricia McGuire

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fed
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13745
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Martin Schmitz
**Organization:** Conventual Franciscan Friars of Marytown

## General Comment

Our first and best President, George Washington, who had great principles of philosophy and respect for all, must be turning over in his grave. He had a firm belief in God and ruled our country according to those beliefs, and great things happened for the benefit of ALL PEOPLE. He treated all with great respect and courtesy. He did not hesitate to stand up for what was best for our country and for each person.

During times of war his men who defended our country, saw him kneel down on the battlefied in prayer, begging for the special help of our creator, knowing he was personally very limited, for he needed heavenly guidance.

To lead our country without God's help is genocide, we are not able to goven and guide with our puny minds. He put his life on the line, even at the cost of personal gain, for the benefit of others! God help us--God Bless American!

**0045305**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fde
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13746
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Judith Reid

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045306**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fe0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13747
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** John Ferriss

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

This is simply unacceptable, and this regulation should be revoked immediately.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fee
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13748
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Daniel Gorman
**Organization:** Christendom College

## General Comment

Where does the government get the right to deny Catholics
the ability to practice their religion--specifically regarding the
sanctity of life from the moment of conception and the sancitity of the marriage act? Your new HHS regulations requiring coverage of sterilization and contraception (including abortion via abortifacients) blatantly does that.
Catholic colleges will be forced to violate their reason for being, that is, to educate and develop faithful members of the Church. And the government will be promoting a particular, secular "religion" in violation of the beliefs of millions
and of freedom of religion. Repeal these obnoxious regulations immediately.

**0045308**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fe1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13749
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Ashley Lange

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045309**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fef
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13750
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Halina Jecmenica

---

## General Comment

Greetings,

The only great nation is the holy nation, rich in true obedience, and carried away by a divine passion for GOD and all holy things. The idea of the supreme law of the land is falsely interpreted to mean that it is of a higher signification THAN THE LAW OF GOD
.
MEN commit a public crime in acting as though THERE WERE NO GOD!

At the end of our life (it will be soon), each one of us WILL stand in front of GOD, ONE and ONLY, TRUE KING of HEAVEN AND EARTH and will be judged by THE JUDGE. We will be accountable for the erroneous, unjust laws, false freedom in the false name of 'liberty'.......to do WHAT?......good or evil.

WOE, to those who call evil good and good evil!

May God Have Mercy on us!

In prayers,
Halina

**0045310**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ff0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13751
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** John Kukula

---

## General Comment

Respectfully, it is absolutely sad that you would even consider, let alone demand that tax dollars be used to prevent and end life and then restrict the freedom of an individual' conscience in providing health care following God's command. What part of thou shall not kill do you not understand? Please change this document to be that of true health "care" for illnesses and injury and allow people to follow God's law, instead of man's law.

**0045311**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19fe2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13752
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** charles serio

---

## General Comment

I will oppose your pro-abortion and anti-women legislation with every ounce of my courage and strength.
Yes, it is anti-women. Abortion kills the baby and the emotional stability of the woman who has the abortion.
I have seen it hundreds of times.
No to genocide abortion.

0045312

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ffa
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13753
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Serge Plourde

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045313**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ffb
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13754
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** William P. Grossklas, Sr.
**Organization:** None

---

## General Comment

To Whom It May Concern:

The new HHS regulations on sterilization and contraception, including abortifacients, force Catholics to choose between our faith and health care.

By making this insurance coverage mandatory, our government has violated our freedom of choice in healthcare. Additionally, the consciences of faithful Catholics has been grossly violated and these regulations have infringed on our rights to practice our religious beliefs.

The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics.

These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.

These regulations need to be repealed to protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045314**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ff3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13755
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Rita Vargo

## General Comment

I am opposed to the new healthcare plan (ID HHS-OS-2011-0023-0002). I feel this is too much government control of women's health care and insurance companies.

0045315

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ff4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13756
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Kathleen Beauchamp

## General Comment

Atheism is a belief. A belief that God does not exist. Therefore, allowing one belief to overshadow another is biased. In the health care field, if one has a belief that abortion, birth control or sterilization is immoral and that is their "belief", then they have a right to have their belief respected. They should not be forced to participate. Also tax payer money should not be involved. This government is taking every individual right away from us and I always believed that the government was by and for the people!

0045316

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ffc
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13757
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Maria Maddox

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045317**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ffd
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13758
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Glenda DeJean
**Organization:** individual

## General Comment

I would like to share my experience as a young college teenage girl. I was 18.6 years of old, pregnant and unmarried. The father of my child did not want to assume any responibility for her. He was 6 years older than I and separated from his wife. I was hurt when I found out his circumstances I hardly knew him. I was a Catholic at the time. I went to the doctor to confirm my pregnancy. He sent me to take a glucose tolerance test at a lab. I was on medi-cal . To my amazement the nurse asked me if I wanted a therapeutic abortion. That was January, 1971. I said no I don't believe in it. Please allow other college girls in simiilar situations to have the same choice. Do not violate their consciences.

0045318

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ffe
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13759
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Danny Killeen

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045319**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ff5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13760
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** David Vu

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care.  By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs.  The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics.  These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.  Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045320**

# PUBLIC SUBMISSION

| |
|---|
| **As of:** April 02, 2012 |
| **Received:** September 14, 2011 |
| **Status:** Posted |
| **Posted:** October 31, 2011 |
| **Tracking No.** 80f19fff |
| **Comments Due:** September 30, 2011 |
| **Submission Type:** Web |

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13761
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** joseph maloney

## General Comment

Keep your Health Care and leave my faith alone!

0045321

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f19ff6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13762
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Coleen Demko

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045322**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a000
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13763
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Maureen Russell

---

## General Comment

It is unacceptable that you would require Catholic institutions to go against their own belief system. You would require us to pay for the killing of our own children. That is exactly what you are asking the Church to do.

0045323

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a001
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13764
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Heather Hain

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics
to choose between our faith and health care. By making this insurance coverage mandatory, our
government has violated the consciences of faithful Catholics and infringed on our rights to practice
our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of
Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by
lay Catholics. These Catholic institutions—as well as individual Catholic employers and health
insurance purchasers—are being forced by the government to violate their religious beliefs.
Mandatory contraception and sterilization coverage in college student insurance plans force Catholic
colleges to undermine their missions as Catholic institutions. Please repeal these regulations and
protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045324**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a002
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13765
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Federico Derby
**Organization:** Personal

---

## General Comment

Given the power that has been invested on you, you must treat the majority with the right and respect that they deserve in their beliefs.
I do not agree with the free health program and we should work more on limiting the awards given to those who demand mal practice so that the cost of health care can come down. Put this money in the development of new technologies and allow more people to be able to afford health care at reasonable cost instead of giving them everything.
Fred

0045325

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a004
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13766
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Steve Beuerle

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045326**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a003
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13767
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jerald Archer

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045327**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a00e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13768
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Kyle Broderson

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045328

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a006
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13769
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Nance Shaw

---

## General Comment

Stop this madness! The third "back-up way" the pill works is to cause an early abortion. Americans are NOT supposed to have to pay for other people's abortions!

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

Also, the pill GREATLY increases a woman's chance of getting breast cancer!

**0045329**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a00f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13770
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Ivanka Paraga

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment

**0045330**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a007
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13771
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Joseph Siegel
**Organization:** Catholic Father of 4 daughters

## General Comment

I believe in free choice for all individuals. However, madatory regulations by the U.S. Government under Document ID HHS-OS-2011-0023-0002 is not FREE CHOICE.

Such an Amendment should not be passed.

0045331

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a010
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13772
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Stan Simons

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045332**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a008
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13773
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Miriam Martinez

---

## General Comment

Mandatory contraception and sterilization coverage in college students insurance plans force catholic colleges to undermine their missions as catholic institutions. Please repeal these regulations and protect the religios freedom of Catholics as agreed on the F Amendment.

Our government is violating the conscienses of faithful catholics and infringed our rights.

0045333

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a013
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13774
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Stephen Schappa

## General Comment

It is SO simple. It's called freedom of religion. Ever heard of it? Let Catholics follow their consciences.

Easy, isn't it.

**0045334**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a014
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13775
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mary D.

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.
PLEASE REPEAL THESE REGULATIOINS AND PROTECT THE RELIGIOUS FREEDOM OF CATHOLICS AS GUARANTEED BY THE FIRST AMENDMENT.

**0045335**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a016
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13776
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Curtis Carlson

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045336**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a009
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13777
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mary Bernard
**Organization:** self

## General Comment

I do not want to pay for abortions or public birth control in any way, shape, or fashion.
I do not want to have my Catholic schools or universities support it, either.
What I really want is full disclosure of the effects of any form of birth control on the physical body and mental state. That should be full disclosure on tv just as the other prescription drugs are - why isn't that the case? We know there are dangerous side effects, but you never see that talked about.

**0045337**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a017
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13778
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** John Klein

---

## General Comment

I strongly oppose any effort to mandate contraceptive coverage in health insurance. It violates my conscience and goes agianst the tenants of the faith I practice. This is wrong and no government institution should or even has the right to do this.

0045338

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a018
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13779
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Isaac Block
**Organization:** Roman Catholic Church

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045339**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a01a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13780
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mary Gallagher

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, hospitals and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045340**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a00a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13781
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Gina Nakagawa
**Organization:** Faithful Catholic

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

I have copied this protest, because I wish to remain civil, and the palpable evil emitted by this administration infuriates me. I pray for the salvation of all your souls every day. God bless you. God help you. God bless America.

**0045341**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a00c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13782
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** James Joy

## General Comment

I have to object to the government requiring insurance coverage for birth control. Pregnancy is not an impairment.

0045342

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a01b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13783
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Margaret Rhodes

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045343**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a01c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13784
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** James Todd

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Just pretend we were muslims asking for religious sensitivity.

**0045344**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a022
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13785
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Eugene Hill

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045345**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a023
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13786
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Monica Sumnicht

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045346

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a01d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13787
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** jane conder

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045347**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a024
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13788
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Loretta Knippel
**Organization:** Legion of Mary Catholic Ministry

## General Comment

AS A DEVOUT AND WITH GOOD MORAL CATHOLIC I STRONGLY OPPOSE HHS REGULATIONS DOCUMENT ID HHS-OS 2011-0023-0002. THIS VIOLATES CONSCEINCE OF FAITHFUL CATHOLICS AND INFRINGED OUR RIGHTS TO PRACTICE OUR RELIGIOUS BELIEF. PLEASE REPEAL THESE REGULATIONS AND PROTECT THE RELIGIOUS FREEDOM OF CATHOLICS AS GUARANTEED BY THE FIRST AMENDEMENT.

**0045348**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a01e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13789
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Cynthia Vega

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045349**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a01f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13790
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Virginia Sullivan

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045350**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a020
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13791
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** John McMahon
**Organization:** Self

## General Comment

Our founding fathers made up the constitution based in their formulation of conscience. Please do not any Catholic institution Toviolate it's properly formed morals. The laws that justify the destruction of life violate a fetus or (yet to be
Born) fetus the right to life and the pursuit of happiness.

**0045351**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a021
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13792
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Daniela Neuenschwander

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045352**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a02c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13793
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Brian Mullaney

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045353

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a025
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13794
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Richard Uhrie
**Organization:** St Catherines Catholic Church

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

As I have heard in another setting, "abortion is not health care because killing isn't healing."

**0045354**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a027
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13795
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** JOHN MICHAEL CONOYER

---

## General Comment

I OBJECT TO THE BIRTH CONTROL AND RELATED MATTERS THAT YOU REQUIRE BE PART OF "HEALTHCARE". SUCH PROVISIONS ARE CONSIDERED IMMORAL IN THE CATHOLIC COMMUNITY AND MOST OF THE MAINSTREAM CHRISTIAN COMMUNITY. I URGE YOU TO DELETE THESE IMMORAL AND UNNECESSARY THINGS FROM THE ENFORCEMENT OF THE LAW.

J. M. CONOYER

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a026
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13796
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** David Blair

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045356**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a02d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13797
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Veronica Wagner
**Organization:** American Catholic Citizen

---

## General Comment

Obama's Health Care bill is unconstiual and not what we Americans should be forced into! The Congress failed to read or understand the bill before passing and there are MANY items that are against MY RELIGION! Stop the dictatorship! Our only hope is that the Supreme Court will have some comon sense.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a02f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13798
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mary Rita Murphy

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045358**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a030
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13799
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Geralyn Suhor
**Organization:** N/A

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a028
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13800
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Edward Noonan

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045360**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a029
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13801
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Marita Pfau

---

## General Comment

Please follow the below message and protect our rights and human life which is only God's right to give and take.

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045361**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a031
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13802
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Kathleen Bucher
**Organization:** self

## General Comment

PP&ACA regulations concerning mandoatory coverage for birth control & sterilization are a SERIOUS VIOLATION OF 1ST AMENDMENT RIGHTS. Catholic organizations run by the laiety are living out the faith - as mandated by Jesus - they are his hands and feet. The laitey cannot be separated from the Church institution in its mission. The regulations Pres. Obama and HHS Sec. Sebelius are requiring are a HUGE violation of religious freedom. It amounts to the U.S. government forcing people to violate their religious freedom. It is especially heinous in its requirement to provide STUDENTS with this sort of coverage, as it is in polar opposition to the tenets of the Catholic faith and tantamount to government imposition of a quasi-religious philosophical belief.

It is unconstitutional, morally abhorrent, and quite frankly - frighteningly evil.

0045362

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a032
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13803
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Joseph Taranto

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a033
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13804
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Kenneth Devine
**Organization:** Cardinal Newman Society

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics
to choose between our faith and health care. By making this insurance coverage mandatory, our
government has violated the consciences of faithful Catholics and infringed on our rights to practice
our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of
Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by
lay Catholics. These Catholic institutions—as well as individual Catholic employers and health
insurance purchasers—are being forced by the government to violate their religious beliefs.
Mandatory contraception and sterilization coverage in college student insurance plans force Catholic
colleges to undermine their missions as Catholic institutions. Please repeal these regulations and
protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

As of: April 02, 2012
Received: September 14, 2011
Status: Posted
Posted: October 31, 2011
Tracking No. 80f1a02a
Comments Due: September 30, 2011
Submission Type: Web

Docket: HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

Comment On: HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

Document: HHS-OS-2011-0023-13805
Comment on FR Doc # 2011-19684

## Submitter Information

Name: John Poston

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045365

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a02b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13806
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** qc qc

---

## General Comment

Mr. Obama, our president, you need to stop forcing down people's throats you health care decision to fund abortions. The federal government works for the people and the majority of Americans do not support abortions. Please do the right thing rather then the things you want for yourself and your extreme view points. Almost all Muslims and most Christians, and most decent people, do not support abortions!

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a034
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13807
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Jim Conner
**Organization:** Semonin Realtors

---

## General Comment

Let' please be neutral about insurance & women's health care especially as it relates to women on college campuses. What do we, as a nation, really have to gain by pushing such a liberal health care agenda? Please!

**0045367**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a037
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13808
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** karen snyder

## General Comment

I respectfully ask that you consider the health care workers rights who will be required to fulfill this mandate. I have been employed in the healthcare field since early 1960's when we fought against having to assist in abortions peformed in hospital settings, I have worked in agencies where contraception is handed out in mass quantities & patients do not have a clue how it works & employees act like it is their place to prevent a pregnancy at all costs to the patient, believing & promoting the marketing & propaganda from pharmaceutical companies. Please allow the healthcare workers the right & respect their religious freedom & their ability to serve their patients.

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045368**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a035
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13809
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Rick Comstoock
**Organization:** Work of Christ Community

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics and all persons of faith who have strong moral objections to abortion as guaranteed by the First Amendment.

Freedom of conscience must be protected in every institution and at all levels of involvement. Conscientious objection is a universal right and cannot be abrogated by law or secularist, non-faith ideological political pressure. Abrogating freedom of conscience would create an atmosphere of fear and intimidation for which our government must not be allowed to impose or continue.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a03a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13810
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Franklin Ray

---

## General Comment

Please stop turning us into your home country of Kenya!!

**0045370**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a03b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13811
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Caroline Schippers

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045371**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a040
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13812
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Lea Thibault

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045372

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a041
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13813
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Tom OBryan
**Organization:** Private Citizen

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a03c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13814
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Robert Budesky

## General Comment

I believe the new HHS regulations on sterilization and contraception force Catholics to choose between our faith and health care.
By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs.
The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs.
Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.
Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment and stop the social engineering that is becoming evident in recent government regulations.

**0045374**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a03d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13815
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Wendy Kirkwood

## General Comment

I am opposed to the legislation that would implement the new health care law... the U.S. Department of Health and Human Services (HHS) has now issued a rule mandating contraceptive and sterilization coverage in almost all private health plans nationwide. The USCCB General Counsel, criticizing this "nationwide government coercion of religious people and groups to sell, broker or purchase 'services' to which they have a moral or religious objection," has called it "an unprecedented attack on religious liberty.

**0045375**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a043
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13816
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Marian Sneeringer

---

## General Comment

This legislation is eliminating our rights as Catholic citizens to be able to act as our conscience dictates - please repeal this plan - it does not respect women in many ways - this is not good legislation. Marian Sneeringer

**0045376**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a044
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13817
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jean Alexander
**Organization:** Cardinal Newman Society

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government violates the consciences of faithful Catholics and infringes on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. I respectfully request that you repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045377**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a045
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13818
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Nina Bryhn, MD

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045378**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a046
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13819
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Carol Maxwell
**Organization:** Private

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045379**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a047
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13820
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** David Burns, Jr.
**Organization:** none

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045380**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a048
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13821
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** James Tsakanikas
**Organization:** None

---

## General Comment

The gloves are off, to this point and time civility has kept back the personal confrontations, but now you are planning evil that will affect many that are near and dear to me. Your HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between the teaching brought to us by Christ Jesus, the foundation of our faith and health care. There is no question in my mind which I will uphold. You have a person in charge of the HHS that claims roots in Catholicism but so to was Hitler for religious background.

By making your insurance coverage mandatory, our government and all those that have taken part in this dastardly deed, have violated the consciences of faithful Catholics and other Christian denomination infringing on our rights to practice our religious beliefs. You and your cohorts (in crime, yes it is criminal) have also blatantly violate the commerce clause so the "means justify the ends", and we all know what political realm this comes from. The regulations' religious employer exemption does not and will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics that hold firm to faith causing them to be disobedient or simply close down. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. I do not ask you to "Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment," but demand it. cease and desist from destroying Catholic religious liberties but the Constitution of the United States of America as well, unless this is your goal.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a049
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13822
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Wanda Hartman

---

## General Comment

Conscience Rights must be Protected in Health Care

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

I strongly oppose paying for someone else to be sterilized or to be given free birth control, including the morning after abortion pill. This must not happen.

**0045382**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a04a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13823
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Molly Mehan

## General Comment

I am opposed to the requirement that insurance plans cover contraception and sterilization. This violates the rights of Catholics and others to practice their religion in good conscience. Please repeal these regulations as they are completely unjust.

**0045383**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a054
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13824
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Dorothy Martin
**Organization:** Nurse

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care.
These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

AS A NURSE WHO WAS FORCED TO ASSIST IN ABORTION SURGERY, I KNOW WHAT I AM SAYING. THIS KIND OF LEGISLATION VIOLATES MY BELIEFS AND ELIMINATES THE RIGHTS GIVEN TO ME BY THE FIRST AMMENDMENT. DO NOT FORCE ME TO PARTICIPATE IN WHAT WILL DESTROY MY LIFE. STOP THIS INTERFERENCE IN WHAT IS MY MEDICAL CHOICE.

**0045384**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a04b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13825
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Laura Smrecek
**Organization:** prolifer

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a056
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13826
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** John Jenks
**Organization:** Retired

## General Comment

This is what we get with Muslim leadership.

**0045386**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a057
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13827
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Margaret Reilly

---

## General Comment

It is against the conscience of Catholics to support abortion or birth control. This religious belief needs to be respected by our government. Many Catholic agencies lighten the social burden on our government and need to be supported in the free practice of their faith.

**0045387**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a04d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13828
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Margaret Albright

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045388**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a058
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13829
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** George & Donna-Jean Gulyas
**Organization:** GUSTO! Enterprises

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay catholics. These Catholic institutions--are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Ammendment.

0045389

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a04f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13830
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Diane Shofner
**Organization:** catholic

---

## General Comment

sample text to copy or help you draft your own comment:

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Diane Shofner

**0045390**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a05a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13831
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Eileen Cochran
**Organization:** private corporation

---

## General Comment

The HHS regulations are blatantly violating the rights of Catholic Americans to practice their beliefs. It is not tolerable or legal in this country for government to force individuals to violate their religious beliefs when it in no way harms those individuals or fellow citizens. Government needs to ill back and get it's tentacle out of every aspect of life in America. This country has gone so far backwards in the last 3 years it is absolutely staggering and those paying attention are going to have to be the voice for the ignorant.

**0045391**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a05b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13832
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** maureen kraemer

## General Comment

please cease this mandate on contrception for this future health plan. it totally violates my Faith beliefs. please end this atrocity for our country -- one nation under God

0045392

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a05c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13833
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Lori Pieper

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045393**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a050
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13834
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Thomas Kelly
**Organization:** My Family

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045394

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a052
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13835
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Analee Tegeler

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045395

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a053
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13836
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Olivier Lemaignen

---

## General Comment

It is unconscionable to propose legislation that clearly counters religious freedoms and negatively affects the level of care for a significant portion of the US population. That's exactly what you are doing with the PPACA amendment despite the way you are attempting to portray it.

Many organizations that provide care to the US population are Catholic organizations. They serve the general population regardless of their beliefs and religious affiliation (or lack thereof).

By forcing these organizations to submit themselves to constraints they cannot accept, you are essentially shutting them down. As a result, you are also shutting down quality care for a lot of folks who are relying on Catholic organizations to provide health care to them.

I urge you to revisit your proposal to avoid alienating so many and negatively impacting the level of care that will be available to the US population.

**0045396**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a061
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13837
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Theresa Currey

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045397**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a062
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13838
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Edward McGowan
**Organization:** Catholic

## General Comment

slowly but surely Mr. Obama, you and your socialistic form of government are forcing us catholics/Christians into a corner, and when forced into a corner, we tend to come out fighting. Now, you are forcing Christians to submit to your ridiculous amendment, HHS-OS-2011-0023-0002, What in the world is wrong with you and your cronies up there in Washington D.C. We Catholic/Christians adhere to certain moral valuse, and we will not deter from them just because you "Think" you are doing what is right or not. Wake Up! Let me give you a short version of the bible teachings. What was a sin, 2,000-5,000 years ago is "STILL A SIN TODAY". Allow us Catholics/Christians the right to Adhere to our moral values, and not be forced to make a decision "just to keep our jobs".

0045398

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a063
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13839
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** George Hoppenjan

## General Comment

This is a violation of my religious beliefs. This is unbelievable that you would even try to install such a requirement that goes against so many Americans. I hope that those who have come up with this will see the error and correct it.

**0045399**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a05d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13840
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045400**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a06b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13841
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** mark buynak

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045401

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a064
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13842
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Leah Rieckens

---

## General Comment

I am writing to ask you to revoke the new healthcare regulations. The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment. Please listen to the people of America and don't violate our rights.

0045402

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a06d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13843
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** James Foote

---

## General Comment

We demand that the Obama Administration revoke new healthcare regulations that blatantly violate our religious freedom.

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045403

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a06e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13844
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jean Cooper
**Organization:** Cardinal Newman Society

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045404

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a066
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13845
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** gerard lachiewicz

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a06f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13846
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** David Frickey

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045406**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a070
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13847
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Bill Litzendorf

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045407**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a067
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13848
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** David Seiner

---

## General Comment

The new HHS regulations on sterilization & contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the church, but instead run by lay Catholics. These Catholic institutions-as well as individual Catholic employers and health insurance purchasers-are being forced by the government to violate their religious beliefs. Mandatory contraception & sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the FIRST AMENDMENT.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a068
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13849
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Rebecca Taylor

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045409

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a069
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13850
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Brian Flatley, SR

---

## General Comment

To our National leaders;

You have the option to mandate health care provisions that make available birth control and abortion to all Christians in our Country. You may believe this legislation is in the best interests of my fellow citizens, however it violates laws handed down to us by God. "Thou shalt not kill!" It also violates words given to us by our Lord and Saviour, Jesus Christ: "lead us not into temptation, but deliver us from evil."
You should stand up to your professed faiths. Even if you're not Catholic, it is still my understanding that all Christian Faiths still believe in and say the Our Father. Well, say it a little more often and maybe you'll be able to stand up and profess it.
God bless and protect you,

Brian

**0045410**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a06a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13851
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Brendan Case

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Thank you for your consideration.

**0045411**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a072
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13852
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** MSgt Joseph Trovini USAF Retired
**Organization:** USAF Retored

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment

**0045412**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a073
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13853
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jane Franzese
**Organization:** Roman Catholic

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment

**0045413**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a075
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13854
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Robert Burns

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment

**0045414**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a076
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13855
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Joseph Footer

## General Comment

Proposed regulations which require religious institutions to violate their teachings and beliefs are
repugnant and intolerable. Religious institutions should be granted exemptions based on conscience.

0045415

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a078
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13856
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Edward Scott

## General Comment

Please do not require violation of religous conscience. Required insurance coverage for contraception, forced coverage for abortions, adoption to same sex couples, all violate religous freedom, one of the foundations of our country.

**0045416**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a074
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13857
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Myra Camp

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045417**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a07f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13858
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Terry Leedy

---

## General Comment

I want to express my extreme disappointment regarding the new HHS regulations on sterilization and contraception (including abortifacients) that force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Terry & Kay Leedy

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a079
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13859
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Theresa Caviness
**Organization:** Cardinal Newman Society

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045419**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a081
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13860
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Andrew Mehan
**Organization:** concerned Catholic

---

## General Comment

In the name of all that is holy I beschee you, the goverment, to not force religious institutions to have to make choices that are not in accordance to our beliefe s

**0045420**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a082
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13861
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Marie Ruiz

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045421

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a07a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13862
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Gloria Stewart

## General Comment

Catholic teaching leads us to compassion for the poor and afflicted, so it is with tremendous regret that I stand opposed to your plan for healthcare coverage for all. The call to compassion takes into account the spiritual as well as physical well-being of all, therefore we must stand firm against things that according to the teachings of the church and the Ten Commandments are morally wrong. We are not trying to impose our sense of morality on others, but we are asking the same respect for matters of conscience to which all peoples are entitled. We respectfully implore you to modify the requirements for health insurance coverage relating to those procedures which violate the teachings of the Catholic Church. Anything else would be a violation of the Rights of Conscience.
Respectfully,
Gloria Pat Stewart
West Palm Beach

**0045422**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a083
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13863
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Andrea Strecker

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045423**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a084
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13864
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Stephen Orris Jr

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045424

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a085
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13865
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Paul Deck
**Organization:** None

---

## General Comment

Please repeal the HHS regulations on sterilization and contraception. Among other problems, they violate religious freedom. They should be abolished. Thank you very much. Paul Deck, New York.

**0045425**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a07d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13866
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Cristina calatayud

## General Comment

This is wrong. Catholic schools should remain with their Christian principles.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a086
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13867
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Pamela Johnson

---

## General Comment

The government has no business in my personal business. I believe in the Right of Life in all forms and do not believe that anyone should have the government paying for abortions or other personal choices. This is a private family issue only.

0045427

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a087
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13868
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Alan De Schinckel

## General Comment

This bill is a thinly disguised attack on my right to freedom of religion. Forcing Catholics to paid for "medical" bills that are against are religous beliefs. You will Never get my vote on any issue, state or federal!

0045428

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a088
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13869
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Theresa Jones
**Organization:** The Cardinal Newman Society

---

## General Comment

I strongly object to the new HHS regulations which force Catholic organizations to act contrary to their belief system by providing sterilization and contraception in their health care plans. Our government is overstepping its bounds and breaking the First Amendment by forcing its citizens to violate their own conscienses.
I urge you to repeal this bad law and protect the religious freedom of all Catholics as guaranteed by the First Amendment.

**0045429**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a089
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13870
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Jim Alvaroe
**Organization:** Member of St. Mary's Parish, Chelsea, MI

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045430**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a08a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13871
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care.

By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs.

Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045431**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a093
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13872
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Katharina Bumb
**Organization:** Family

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045432**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a08b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13873
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Marita Mack
**Organization:** American Catholic voter

---

## General Comment

Dear President Obama and Secretary Sebelius,

Our ancestors came to this country in search of religious freedoms. As a Catholic, it is my belief and my right as an American to express to you that contraception and sterilization mandates for insurance companies take away the gift of life from God. Please, please,please do not continue to offend Almighty God with these sinful practices.
It is possible to create a healthcare system that provides for every American, and that includes the unborn.

If we truly are a nation to preserve the freedom of all its inhabitants, then we need to look closer to find a better solution for EVERYONE. Often doing what is right is not always popular, but in the end showing the world that every human counts, is a much stronger message.

**0045433**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a094
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13874
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Susan Paschall

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045434**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a08d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13875
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Candice Anastasi

## General Comment

Dear Secretary Sebelius,

Pregnancy is not a disease which needs to be prevented. The government should not require all Americans to purchase insurance that covers sterilization and contraceptives. Please remove these from the list of "preventive services" the federal government is mandating in private health plans.

In addition, it is necessary that any regulation fully respect religious liberty. The narrow religious exemption in HHS's proposed rule is practically worthless since it will protect almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

Thank you.
Candice

0045435

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a096
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13876
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mary Barta

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045436**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a08e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13877
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Michael Sicsko

## General Comment

I object to this administrations attempts to infringe on religious and personal matters of conscience. Our constitution expressly prohibits the government from enacting laws that control or limit religious practices and opinions. This administration is willfully enacting legislation that is unconstitutional and not in the best interest of the majority. This administration is known to be corrupt. If it were not for the fact the the media is controlled by the ultra rich who also control this administration, most of our political leaders would be in prison for their crimes against humanity and for treason.
I implore you to act prudently and with conscience and do what will benefit your constituents rather than building your own empires.

0045437

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a090
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13878
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Eugene Ritter
**Organization:** Committed Catholic - St. Louis Church, Batesville IN

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Once again let me state "abortion is NOT health care". HHS has stepped way beyond any reasonable bounds to try tocontrol conscience and force Obama's Pro-abortion policies and beliefs on the Christian American population.

**0045438**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a098
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13879
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Patrick McCarthy

---

## General Comment

Please do not support contraception or abortion . . . both of these are ways that 'seem' right to man . . . but the 'way' thereof leads to death of individuals to death of societies and to death of countries and to the death of the whole human race.

GOD Bless us all.

**0045439**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a099
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13880
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** anthony donofrio
**Organization:** right to life

---

## General Comment

this is absolutely unacceptable..what happened to ""separation of church and state".shame on those who have no regard to Catholic colleges who believe that all unborn are human beings and have a God given right to be born.

0045440

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a09a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13881
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Michael Kozina
**Organization:** Stanford University

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045441**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a09b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13882
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Robbie Pellon

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045442**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a09c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13883
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Doug Praska
**Organization:** Roman Catholic Church

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045443**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a09d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13884
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mark Boron

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. The government has NO rights in doing this whatsoever. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. An this at no constitutional authority even implied. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. THE CONSTITUTION'S FIRST AMENDMENT EXPRESSLY FORBIDES THE GOVENMENT FROM INTERFERING WITH THE PRACTICE OF ONE'S FAITH! Please repeal these regulations and protect the religious freedom of Catholics.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0a7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13885
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Susan

## General Comment

This Obamacare mandated healthcare must not be incorporated into the American health care system. This program is anti-freedom, anti-health, anti-common sense. It's insanity - blatant insanity.

0045445

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0a8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13886
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a09e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13887
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Christopher Martel

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045447**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a09f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13888
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** ken clark

## General Comment

Please stop the religious persecution . The constituion says you should not discriminate againt religions - you swore to uphold this constituion - do it now!

0045448

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0a0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13889
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Patricia Finlayson S.
**Organization:** None.

## General Comment

I strongly object to the measures to be put into effect through the enforcement of the AMENDMENT under the PATIENT PROTECTION AND AFFORDABLE CARE ACT.

It goes against every moral principle of Christians, and or moral persons as well.I have a grand daughter and I feel outraged at what is taking place...please stop this!

Thank you,

Patricia finlayson S.

0045449

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0a9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13890
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Reverend Martin Laird

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0a2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13891
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Joan Klemko

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care.

By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs.

The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers —are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.

Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045451**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0a4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13892
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Carol McHale

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045452**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0ab
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13893
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Dejah Simunds

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045453

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0ad
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13894
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Jack Natterman
**Organization:** same

---

## General Comment

What part of "KILLING BABIES" don't you understand?

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0ae
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13895
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Janice Schacherl

---

## General Comment

My rights are being violated if I am forced to pay for birth control and other aboritfacts. Please consider fairness for all
Americans. Don't' force this down my throat. Where is my choice?

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0af
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13896
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Anita Pietrzykowski

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045456**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0b0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13897
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Thomas Shea

## General Comment

Your discrimination against religion in general and Catholics in particular is appaulling. I pray that you will reconsider your Godless ways and respect our constitution.

Your new law should of course ultimately be struck down by the courts as your Healthcare law will. Show us some semblance of class and stop this non-sense now!

Thomas Shea

0045457

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0a6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13898
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Philip Mason
**Organization:** Philip Mason

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0b1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13899
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Paul Dudenhoeffer

---

## General Comment

Abraham Lincoln said it best, The function of government is to do for the people what they can't do for themselves.

People can avoid sex if they don't want kids. If they have sex, they should be ready to accept the conequences.

Also, almost every part of this regulation is a violation of one of the Ten Commandmemts.

**0045459**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0bb
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13900
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Joseph Yetto

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045460**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0bd
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13901
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** kurt brenner

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment

**0045461**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0b4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13902
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jeffrey Pavlock

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045462**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0b5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13903
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** William Bellot

## General Comment

I am outraged at the way the healthcare legislation you signed into law openly attacks my freedom of religion! Obamacare clearly demands that American Christians adhere to tenants that I will not obey, as they violate my moral convictions.

0045463

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0be
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13904
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mary Dalton

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0bf
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13905
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** John Boyce

## General Comment

This proposed legislation constitutes a violation of freedom of religion and is unconstitutional.

It must not be passed until freedom of religion an conscience is guaranteed.

There's another election just around the corner; think well on it.

0045465

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0b7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13906
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Kevin Gaffney
**Organization:** Knights of Columbus

---

## General Comment

This requirement goes against the beliefs of the Catholic Church and its members of faith. Forcing free access to birth control and abortions goes against God's laws, and should not be forced upon anyone.

Please rethink the situation and do NOT put these regulations into effect.

Thank you,
Kevin Gaffney

**0045466**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0b8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13907
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** David

## General Comment

This covereage makes insurence coverage for contraception a mnadatory regulation for all. Not only is contraception a deprivation because it destroys the marital act of procreation thus preventing unity of spouses and the creation of children, bu also because it infringes upon the consciences and moral obligations of many if not most Americans. This is inconsitutional. This act at the very least must be revised.

0045467

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0c0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13908
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** margaret moshy
**Organization:** private citizen

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0b9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13909
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Joseph Chamandy

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0ba
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13910
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Yvette Lloyd
**Organization:** self

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045470**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0c8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13911
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Catherine Hanks

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045471**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0c9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13912
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Maureen Rego
**Organization:** stay at home wife and mother of 7

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0cb
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13913
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Sue Delamater
**Organization:** Our Lady of Grace Chruch

## General Comment

We need to bring God back into our lives--not take more measures to keep Him out!!!

0045473

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0c2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13914
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Carol Gorecki

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045474**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0c3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13915
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mark Gibson
**Organization:** U.S. Citizen

## General Comment

As a tax-paying and voting American, I am outraged that my rights as a free American are being denied by the recent HHS mandate forcing free Americans to violate their conscience by providing coverage for taking the life of innocent children and for women to have themselves mutilated in order to use their reproductive powers in a way that is not open to life, as their reproductive power was made to do. I am also outraged that this mandate will force free Americans to go against their conscience by providing coverage for contraceptives and to provide them free for young women. Please rescind this mandate (HHS-OS-2011-0023-0002) immediately, as it is in violation of our constitutional right to act according to our conscience. Thank you for your immediate attention to this important matter.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0c4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13916
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Vicki Wilson
**Organization:** Catholic

## General Comment

Don't even think about forcing regulations on our church when you have no business doing so. We have our values and beliefs and, God (yes, GOD) knows, you have your beliefs.........and they really don't match.

0045476

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0cd
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13917
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** John Ehlers

---

## General Comment

Document HHS-OS-2011-0023-0002 is a clear violation of a person's or organization to conscience objection, which is a foundational principle of our constitution. It is simply wrong to demand persons or organizations must provide services which are objectionable to their conscientious sensibilities. Please do not put this rule into effect. It is bad policy, it sets a bad preceident and will probably result in many catholic services being shut down.

0045477

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0ce
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13918
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Karen Combs
**Organization:** The Cardinal Newman Society

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0cf
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13919
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Carol Smith
**Organization:** NA

## General Comment

I am prolife and oppose our government's interference in health care and healthcare issues. Nothing good ever comes out of government interference in the lives of Americans, get out of our lives!

0045479

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0d4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13920
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Armindo Silva
**Organization:** Universidade Autónoma de Lisboa

## General Comment

The Obama's government intends to face God Creator of the men, forgeting His main Mission given to Obama when him was conceived.

God gives a Mission to every man to fullfill on Earth: acomplish the will of God.
Obama intends - with his force in US government - change that Sacred Mission on Earth!

This is a copy of the offer of Satan to Jesus in Desert: Change Your Mission.

Jesus rules the world in the hearts of those who know that Jesus Christ sustains every man and all the universe!

I pray for the Victory of Jesus in the heart of every US citizen and the defeat of Satan and his power exercised trough the men that have chosen to be his agents in earth

0045480

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0d5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13921
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Brianna Hanni

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0d0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13922
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jill Hartman
**Organization:** Lancaster Catholic High School

## General Comment

Please do not enact law that violates my belief system … value system … and faith.

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045482**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0d1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13923
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Carla Olheiser

---

## General Comment

Please take heed of this message. There are so many people who are opposed to this mandate based on their moral and religious convictions. It is not right to force us to pay for something so reprehensible to our conscience.

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045483**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0d6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13924
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Telma Perez

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045484**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0dc
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13925
Comment on FR Doc # 2011-19684

## Submitter Information

## General Comment

Say no to healthcare mandates that violate humanity and impose sterilization and other unhealthy human measures. To impose such measures violate my religious freedom and beliefs. Thank you. Sincerely, Karen Troendle

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0d7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13926
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Patricia Lowe

## General Comment

President Obama
It seems this is a grave time for our Country with all that is going on worldwide and in the United States that needs your complete attention.
For this reason, I am asking that our Government focus on the large issues, like our debt. over spending, government growth, no jobs, Israel, Iran, illegal immigration, to mention a few.
The Government has plenty to take care of without getting involved in birth control for our young and college children. This is sounding more like China's mandate and that isn't good for our Country.
Respectfully submitted.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0de
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13927
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Bernadette Sangston

## General Comment

This rule not only violates my religious freedom, it also encourages irresponsible behavior. The religious employer exemption is insufficient. The effects of birth control are widely documented and devastating. I should not be forced, as a taxpayer, to foot the bill for this regulation. Do the right thing and repeal it.

**0045487**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0da
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13928
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mary Reviere
**Organization:** none

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0db
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13929
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Irene Compton

## General Comment

This legislation forces lay Catholic apostolates to violate their consciences in providing health care to their employees. This is a clear violation of religious freedom. To mandate a choice between providing just medical coverage for employees and the right to live Catholic teaching prohibiting manipulation of the conjugal act is no choice at all! I demand that my right to practice my faith be recognized and defended by the government of the United States.

Irene Compton

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0e6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13930
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Jerry Hamilton
**Organization:** SSPX

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0df
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13931
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Ann Tran
**Organization:** Pro-Life

---

## General Comment

I do not support Obama Care because it is including many kinds of coverages that killng people who are weak that cannot defend themseves.
Obama Care used taxpayers dollar to fund such as Pro-Abortion fund, teenage suicide, Euthanasia fund...
Group Health Plans....these are harmful coverage programs that killing elderly, teenagers, and unborn babies.

**0045491**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0e7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13932
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Deborah Paglia

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

Actons outlined in this mandate, explain to the general public why we have child abuse, bullying, and other horrific actions in our country! We must place a value on every single life. God loves us all equally. This government mandate is a pure sin!

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0e0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13933
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Joe Hensley

---

## General Comment

As a Catholic Christian I feel this mandate is overstepping the government's authority. As a Catholic I feel it is imperative to bring conscience into not only medical decisions but into how we operate our benefits to employees.

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

Thank you for your time and consideration of all points of view on this matter. I sincerely hope that the conscience clause will be maintained and honored.

**0045493**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0e1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13934
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Theresa McCutcheon

---

## General Comment

I strongly oppose the mandatory contraception and sterilization provisions forced on our insurance companies!

**0045494**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0e8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13935
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Michael Loin Jr

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045495**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0e2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13936
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Joan M. Statz
**Organization:** not affiliated w/any organization

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0e3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13937
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Bernadette Bergen

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of people of faith. Please REPEAL THESE REGULATIONS!

0045497

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0e4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13938
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mike Callis

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045498**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0e5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13939
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Karen Whitesell

---

## General Comment

Dear Secretary Sebelius,

Pregnancy is not a disease which needs to be prevented. The government should not require all Americans to purchase insurance that covers sterilization and contraceptives. Please remove these from the list of "preventive services" the federal government is mandating in private health plans.

In addition, it is necessary that any regulation fully respect religious liberty. The narrow religious exemption in HHS's proposed rule is practically worthless since it will protect almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

Sincerely,

Karen Whitesell

**0045499**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0e9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13940
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Sue McQueen
**Organization:** Central MI University

## General Comment

Each patient should know what is going on in medical terms - should be explained so they understand. Health care plan shouldn't force Catholic colleges or schools to violate their Catholic identity, by providing immoral health benefits. Health care shouldn't have regulations that require woman's health plans to cover sterilization and contraception, including abortifacients that cause abortion. Health care shouldn't be offering free birth control.

0045500

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0f0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13941
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Ada

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045501**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0ea
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13942
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Susie Nelson

## General Comment

Please stop trying to force your choices on us when they are against our religious beliefs. This country was formed on religious freedom and this time you have gone to far.

0045502

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0f3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13943
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Ana Maria Erkelens

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045503**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0f4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13944
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** JoAnn Kordsmeier
**Organization:** peaceful mother of four

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045504**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0f5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13945
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** MARILYNN HILPERT
**Organization:** CARDINAL NEWMAN SOCIETY

## General Comment

AN UNBORN BABY SHOULD NOT BE ALLOWED TO BE DESTROYED BY A "HEALTH" CARE RULE. HEALTHCARE IS INTENDED TO PROMOTE HEALTH NOT DESTRUCTION OF LIFE. I CANNOT SUPPORT THIS RULE UNDER ANY CIRCUMSTANCE. IT MUST BE REMOVED FROM THE BILL AS STATED ABOVE.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0eb
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13946
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Dalene Werner

---

## General Comment

If any government entity mixes in to regulating moral issues of the Catholic Church, I can assure you that you will have awakened a sleeping dragon! It's bad enough that leading or saying a prayer anywhere, including public buildings, has been outlawed because authorities cannot tell the difference between the government "establishing a religion" and simply allowing citizens to practice their freedom of religion. I cannot believe the attack on liberties that this adminitration keeps trying to hack away at.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0ec
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13947
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Anita Leonard

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045507**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0ed
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13948
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Tricia Eilers

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045508**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0f6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13949
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Leo Brand

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.
I will vote against any person or party that supports these issues.

**0045509**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0ee
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13950
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

Dear Sirs and madams,

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

I appreciate your kind considerations.

Regards,

**0045510**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0ef
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13951
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Marcella Peters

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045511**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0f7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13952
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Ruth Grenier
**Organization:** Catholic

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment. I oppose the new regulation based on my faith as a Roman Catholic parishioner.

**0045512**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0fa
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13953
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Dr. David Gierlus-Family Physician
**Organization:** Trinity-Muscatine

## General Comment

Please help undue HHS regulations that force Catholics to choose between heathcare and their faith. By making sterilization and abortifacients insurance coverage mandatory the goverment has violated the coscience of the faithful Catholics and infringe on our rights to practice our religious beliefs. The religious exception DOES NOT protect Catholic organizations NOT owned by the church. This includes hundreds of "Catholic" colleges, schools, and organizations
that will be forced to violate their christian values by this change in regulation. Mandatory sterilization and contraception insurance coverage will undermine their Catholic mission.
Please repeal these regulations that are protected by the First Amendment.

**0045513**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a104
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13954
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Scott Jones

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045514**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a106
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13955
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Helga Miley

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045515**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0fc
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13956
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Elizabeth Hutchings

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045516**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a107
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13957
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Russell Mellinger Jr.
**Organization:** Cardinal Newman Society

## General Comment

You are in volition of church and State. Which is NOT in the Constitution. But you guys love to use it when it suit's you. SO Stay out of our lives. We will not honor it. IT is against our Faith!!!! Respectfully summit.

**0045517**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a0fd
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13958
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** John Paul
**Organization:** Telesis Solutions Inc

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Please -the Soviets already tried your approach -it failed miserably -please donnot repeat their mistake.

**0045518**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a109
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13959
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** V. Paul Timko
**Organization:** St Ann Church

## General Comment

Dear Mr Pres Obama: Please stop the descrimination against the Catholic Church.

**0045519**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a101
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13960
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** JOHN SUICH
**Organization:** ROMAN CATHOLIC CHURCH

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment

0045520

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a10a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13961
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Barbara Ersfeld

## General Comment

Re: file code CMS-9992-IFC2
I strongly urge the administration to rescind the misguided and coercive mandate requiring that all health insurance plans cover controversial contraceptives and sterilization procedures, regardless of cost or conscientious objection.

It is unconscionable to force all Americans to subsidize controversial drugs such as ella and Plan B, which according to the FDA can end the development of a living human embryo.

The fig-leaf conscience exemption in the mandate is so narrow as to force many religious organizations, especially those that provide care for individuals outside the faith, to violate conscientiously held moral standards.

At a minimum, I urge you to remove contraceptives and sterilizations from the list of mandatory preventive services.
Thank you for your consideration of these views. I understand this comment will become part of the public record.
Thank you.

0045521

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a102
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13962
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jan Storey

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045522**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a10b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13963
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Francis David Malak
**Organization:** Ener-Con

## General Comment

I strongly object to your imposing rules which are totally forbidden by our religous beliefs.

0045523

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a10c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13964
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Nance Shaw
**Organization:** Pro-Life Org of Grimes and Waller Counties (Texas)

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase.
Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans.
It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do.
The narrow religious exemption in HHS's new rule protects almost no one.
I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045524**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a10d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13965
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jessica Nieblas

## General Comment

See attached file(s)

## Attachments

Jessica Nieblas

**0045525**

Dear Secretary Sebelius,

Women who work for Catholic and other religious employers deserve the same, complete access to contraceptive coverage that HHS has approved for others. Anything less would be discriminatory and contrary to the social justice tradition central to my Catholic faith. I therefore urge you and the Department of Health and Human Services to include comprehensive family planning services for all women as a preventive benefit under the Affordable Care Act.

More than six in ten Catholic voters (63%) support health insurance coverage for contraception, including birth control pills. This is unsurprising, as restrictions to reproductive healthcare access harm Catholics—98 percent of sexually active Catholic women have used a modern method of birth control, mirroring the rates of the population at large (99%).

I have heard the stories of women workers who will be affected by these refusal clauses, women who are trying to support themselves and their families in these tough times. These women include thousands of teachers in Catholic schools and diocesan employees. They also include the spouses and dependents of others working for Catholic institutions, who may share insurance plans with their loved ones. All of these women provide the backbone of our Catholic community, even if they are not Catholic themselves. I cannot in good conscience support any rule that would treat them as second-class citizens unworthy of the same full access to comprehensive family planning coverage that other women receive.

You have heard recently from the US Conference of Catholic Bishops and other conservative Catholics on this issue. They are speaking neither for me nor the majority of the 68 million Catholics in the US. Rather than allowing their employees to follow their own consciences in making healthcare decisions, the bishops are attempting to impose their personal beliefs on everybody.

I respect the consciences of the bishops. I just expect them, in keeping with the teachings of our Catholic faith, to respect my conscience and the consciences of the women who work for them, too.

Sincerely,

Jessica Nieblas
1431 Mandeville St.
New Orleans, LA 70117

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a10f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13966
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** laurie owens

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045527**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a119
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13967
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Patricia Michalak

---

## General Comment

Government has no business requiring Americans to have health care. Period. We do not want or need Government run health care. Period. It is wrong to contracept or to take a life either at the beginning or the end of natural life because by doing so we no longer follow the path that God has chosen for us but we take the decision making from The Almighty and make ourselves as gods. Christians can not in good conscience have abortions, pay for abortions or any abortifacients in any way. God Bless America and have mercy on us.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a110
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13968
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Eleanor Colgan
**Organization:** Private

---

## General Comment

No one should ever be obliged by any government to purchase health care. This is a matter of individual choice. Are you
against individual choice? Evidence shows that you, Harry Reid, Nancy Pelosi and the whole process of passing the PPACA bill
are constitution and anti-American. The bill was pushed through the House and Senate before people and legislators knew
its contents . Sounds like secet government.

**0045529**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a111
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13969
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Lorraine Ganem

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045530

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a112
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13970
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** MP Medina

---

## General Comment

The new HHS regulations on sterilization and contraception force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045531**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a11a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13971
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Jessica Rodzen

---

## General Comment

See attached file(s)

---

## Attachments

Jessica Rodzen

**0045532**

Dear Secretary Sebelius,

Women who work for Catholic and other religious employers deserve the same, complete access to contraceptive coverage that HHS has approved for others. Anything less would be discriminatory and contrary to the social justice tradition central to my Catholic faith. I therefore urge you and the Department of Health and Human Services to include comprehensive family planning services for all women as a preventive benefit under the Affordable Care Act.

More than six in ten Catholic voters (63%) support health insurance coverage for contraception, including birth control pills. This is unsurprising, as restrictions to reproductive healthcare access harm Catholics—98 percent of sexually active Catholic women have used a modern method of birth control, mirroring the rates of the population at large (99%).

I have heard the stories of women workers who will be affected by these refusal clauses, women who are trying to support themselves and their families in these tough times. These women include thousands of teachers in Catholic schools and diocesan employees. They also include the spouses and dependents of others working for Catholic institutions, who may share insurance plans with their loved ones. All of these women provide the backbone of our Catholic community, even if they are not Catholic themselves. I cannot in good conscience support any rule that would treat them as second-class citizens unworthy of the same full access to comprehensive family planning coverage that other women receive.

You have heard recently from the US Conference of Catholic Bishops and other conservative Catholics on this issue. They are speaking neither for me nor the majority of the 68 million Catholics in the US. Rather than allowing their employees to follow their own consciences in making healthcare decisions, the bishops are attempting to impose their personal beliefs on everybody.

I respect the consciences of the bishops. I just expect them, in keeping with the teachings of our Catholic faith, to respect my conscience and the consciences of the women who work for them, too.

Sincerely,

Jessica Rodzen
8714 N. St Louis Ave
Skokie, IL 60076

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a11c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13972
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mark Steury

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force people to choose between morality and health care. By making this insurance coverage mandatory, our government has violated the consciences of God-fearing people and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045534**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a11d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13973
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Linda Roberts
**Organization:** Cardinal Newman Society

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045535**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a11f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13974
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Robert McKenna
**Organization:** Cardinal Newman Society

## General Comment

Please, please rescind the regulations that mandate Catholic institutions to act contrary to the sacred teachings of our church. Freedom of religion is one of the most cherished Rights of our citizens, and this administration apparently does not believe in that Right. The most ironic ting about this is the use by the administration of a woman who claims to be a Catholic to implement these heinous regulations.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a113
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13975
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Brigid DiDonna

---

## General Comment

I urge you to repeal the regulations which force Catholic colleges to carry mandatory contraception and sterilization coverage in their college student insurance plans. This undermines their missions as Catholic institutions and fails to protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045537**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a114
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13976
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Victor Erdmann
**Organization:** Annunciation Church

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** April 02, 2012 |
| **Received:** September 14, 2011 |
| **Status:** Posted |
| **Posted:** October 31, 2011 |
| **Tracking No.** 80f1a120 |
| **Comments Due:** September 30, 2011 |
| **Submission Type:** Web |

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13977
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Carolyn Pierini

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045539**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a121
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13978
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Jessica Haro

---

## General Comment

See attached file(s)

---

## Attachments

Jessica_Haro

**0045540**

Dear Secretary Sebelius,

Women who work for Catholic and other religious employers deserve the same, complete access to contraceptive coverage that HHS has approved for others. Anything less would be discriminatory and contrary to the social justice tradition central to my Catholic faith. I therefore urge you and the Department of Health and Human Services to include comprehensive family planning services for all women as a preventive benefit under the Affordable Care Act.

You have heard recently from the US Conference of Catholic Bishops and other conservative Catholics on this issue. They are speaking neither for me nor the majority of the 68 million Catholics in the US. Rather than allowing their employees to follow their own consciences in making healthcare decisions, the bishops are attempting to impose their personal beliefs on everybody.


Sincerely,

Jessica Haro
760 Mateo Ct
Santa Barbara, CA 93111

**0045541**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a115
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13979
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Katherine david

---

## General Comment

I am asking you as a Catholic christian to no enforce your beliefs on me, my children and my Catholic community.
Your job is to take care of our government not our personal lives.
The policies that you set are taking away the Christian freedom that our country was based on.
I will continue to pray that you will understand the harm and religious freedoms you are taking away.
You are NOT in control of us. Only God is and He is the One whom all of us will have to answer to.

**0045542**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a116
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13980
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Marly Volpicelli

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045543**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a117
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13981
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Paul Ernst
**Organization:** Mary Queen of Peace Catholic Church

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and healthcare. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions as well as individual Catholic employers and health insurance purchasers are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.
Thank you.

0045544

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a12c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13982
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jim Brey
**Organization:** Individual

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care.  By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs.  The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics.  These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs.  Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.  Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045545**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a12d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13983
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Barbara McKinley

---

## General Comment

I am commenting on Group Health Plans and Health Insurance Issuers relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment (Document ID HHS-OS-2011-0023-0002).

I am asking you to repeal these regulations that would infringe on religious freedom of Catholics; colleges, institutions and charities. We do not want our children and grandchildren exposed to such evil violations. The First Amendment guarrantees us against forcing us to go against our Catholic beliefs and violates those beliefs.

Thank you for helping these regulations to be repealed!

**0045546**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a12e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13984
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Milan Beres, MD
**Organization:** -

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a123
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13985
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Johanna Durling

## General Comment

See attached file(s)

## Attachments

Johanna Durling

**0045548**

Dear Secretary Sebelius,

Women who work for Catholic and other religious employers deserve the same, complete access to contraceptive coverage that HHS has approved for others. Anything less would be discriminatory and contrary to the social justice tradition central to my Catholic faith. I therefore urge you and the Department of Health and Human Services to include comprehensive family planning services for all women as a preventive benefit under the Affordable Care Act.

More than six in ten Catholic voters (63%) support health insurance coverage for contraception, including birth control pills. This is unsurprising, as restrictions to reproductive healthcare access harm Catholics—98 percent of sexually active Catholic women have used a modern method of birth control, mirroring the rates of the population at large (99%).

I have heard the stories of women workers who will be affected by these refusal clauses, women who are trying to support themselves and their families in these tough times. These women include thousands of teachers in Catholic schools and diocesan employees. They also include the spouses and dependents of others working for Catholic institutions, who may share insurance plans with their loved ones. All of these women provide the backbone of our Catholic community, even if they are not Catholic themselves. I cannot in good conscience support any rule that would treat them as second-class citizens unworthy of the same full access to comprehensive family planning coverage that other women receive.

You have heard recently from the US Conference of Catholic Bishops and other conservative Catholics on this issue. They are speaking neither for me nor the majority of the 68 million Catholics in the US. Rather than allowing their employees to follow their own consciences in making healthcare decisions, the bishops are attempting to impose their personal beliefs on everybody.

I respect the consciences of the bishops. I just expect them, in keeping with the teachings of our Catholic faith, to respect my conscience and the consciences of the women who work for them, too.

Sincerely,

Johanna Durling
Vancouver, WA

0045549

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a127
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13986
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Kelly Race

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a128
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13987
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Erich Wolz

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045551

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a129
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13988
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Elizabeth M. Long

---

## General Comment

I am appealing to the Department of Health and Human Services to repeal the regulations requiring insurance coverage of abortifacients and other birth control methods which are contrary to Catholic moral and ethical teaching, and those which will require institutions (including Catholic and Christian colleges and universities) and providers to provide that coverage and those "services," despite their conscientious objection to them. Please amend this act to guarantee freedom to these individuals and organizations not to have to provide this coverage and these "services." Thank you.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a12a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13989
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** John Doyle

---

## General Comment

See attached file(s)

---

## Attachments

John Doyle

**0045553**

Dear Secretary Sebelius,

Women who work for Catholic and other religious employers deserve the same, complete access to contraceptive coverage that HHS has approved for others. Anything less would be discriminatory and contrary to the social justice tradition central to my Catholic faith. I therefore urge you and the Department of Health and Human Services to include comprehensive family planning services for all women as a preventive benefit under the Affordable Care Act.

More than six in ten Catholic voters (63%) support health insurance coverage for contraception, including birth control pills. This is unsurprising, as restrictions to reproductive healthcare access harm Catholics—98 percent of sexually active Catholic women have used a modern method of birth control, mirroring the rates of the population at large (99%).

I have heard the stories of women workers who will be affected by these refusal clauses, women who are trying to support themselves and their families in these tough times. These women include thousands of teachers in Catholic schools and diocesan employees. They also include the spouses and dependents of others working for Catholic institutions, who may share insurance plans with their loved ones. All of these women provide the backbone of our Catholic community, even if they are not Catholic themselves. I cannot in good conscience support any rule that would treat them as second-class citizens unworthy of the same full access to comprehensive family planning coverage that other women receive.

You have heard recently from the US Conference of Catholic Bishops and other conservative Catholics on this issue. They are speaking neither for me nor the majority of the 68 million Catholics in the US. Rather than allowing their employees to follow their own consciences in making healthcare decisions, the bishops are attempting to impose their personal beliefs on everybody.

I respect the consciences of the bishops. I just expect them, in keeping with the teachings of our Catholic faith, to respect my conscience and the consciences of the women who work for them, too.

Sincerely,

John Doyle
303 W 11 St
3E
New York, NY 10014

0045554

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a12f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13990
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Ann Rae

## General Comment

I oppose the birth control and sterilization mandates for the insurance companies.

0045555

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a130
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13991
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** michael ramage

## General Comment

PLEASE DO NOT PASS THIS BILL Amendment (HHS-OS-2011-0023-0002), .
IT IS IMPERATIVE THAT THIS BILL DOES NOT PASS. WHAT ARE YOU TRYING TO DO, WRECK OUR COUNTRY MORALS!! ENOUGH OF THE OBAMA "NONSENSE".

**0045556**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a138
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13992
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Richard Kehoe

---

## General Comment

Re: file code CMS-9992-IFC2
I strongly urge the administration to rescind the misguided and coercive mandate requiring that all health insurance plans cover controversial contraceptives and sterilization procedures, regardless of cost or conscientious objection.
It is unconscionable to force all Americans to subsidize controversial drugs such as ella and Plan B, which according to the FDA can end the development of a living human embryo.

The fig-leaf conscience exemption in the mandate is so narrow as to force many religious organizations, especially those that provide care for individuals outside the faith, to violate conscientiously held moral standards.

At a minimum, I urge you to remove contraceptives and sterilizations from the list of mandatory preventive services.

Thank you for your consideration of these views.

**0045557**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a131
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13993
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** George Roxandich

---

## General Comment

If you force HHS-OS-2011-0023-0002 to affect Catholic hospitals, colleges and the girls and women to comply wit h the onerous requirements against the conscience of the providers, you will lose my vote forever, including for any Democrat in Congress.
Please reconsider.

**0045558**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a139
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13994
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Janice Huth

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045559**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a13a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13995
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Angela Flood

---

## General Comment

Please, please consider this message. Disease is harmful - pregnancy is life-giving. I don't consider any of my children a product of disease, nor did/does your mother. I feel violated that some of the best parts of my life -- my pregnancies - are considered a disease!

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045560**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a13b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13996
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Joyce Frohn

## General Comment

See attached file(s)

## Attachments

Joyce Frohn

**0045561**

Dear Secretary Sebelius,

Women who work for Catholic and other religious employers deserve the same, complete access to contraceptive coverage that HHS has approved for others. Anything less would be discriminatory and contrary to the social justice tradition central to my Catholic faith. I therefore urge you and the Department of Health and Human Services to include comprehensive family planning services for all women as a preventive benefit under the Affordable Care Act.

More than six in ten Catholic voters (63%) support health insurance coverage for contraception, including birth control pills. This is unsurprising, as restrictions to reproductive healthcare access harm Catholics—98 percent of sexually active Catholic women have used a modern method of birth control, mirroring the rates of the population at large (99%).

I have heard the stories of women workers who will be affected by these refusal clauses, women who are trying to support themselves and their families in these tough times. These women include thousands of teachers in Catholic schools and diocesan employees. They also include the spouses and dependents of others working for Catholic institutions, who may share insurance plans with their loved ones. All of these women provide the backbone of our Catholic community, even if they are not Catholic themselves. I cannot in good conscience support any rule that would treat them as second-class citizens unworthy of the same full access to comprehensive family planning coverage that other women receive.

You have heard recently from the US Conference of Catholic Bishops and other conservative Catholics on this issue. They are speaking neither for me nor the majority of the 68 million Catholics in the US. Rather than allowing their employees to follow their own consciences in making healthcare decisions, the bishops are attempting to impose their personal beliefs on everybody.

I respect the consciences of the bishops. I just expect them, in keeping with the teachings of our Catholic faith, to respect my conscience and the consciences of the women who work for them, too.

Sincerely,

Joyce Frohn
425 Congress Ave
Oshkosh, WI 54901

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a13c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13997
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Therese Szyszkiewicz

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045563**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a13e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13998
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Marcella Peters

---

## General Comment

These regulations issued by the Secretary of Health, Education and Welfare violate my conscience. I do not believe in abortion. It is morally wrong, and the government cannot make it moral.

I ask that the Secretary rescind these regulations. This also constitutes an attack by the US Government on the Catholic Church in America.

**0045564**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a13f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-13999
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Roneva Monreal

## General Comment

Religious freedom is being violated by our government's plan to force all institutions to provide birth control, sterilization, and abortion coverage under their insurance plans. This is a blatant attack on some institution's beliefs that each one of these is a violation of the law of God. To provide coverage for these things is to force them to say one thing but act in another way. Government should NOT be interfering in these matters. If a person chooses to want these services, they should find another place of employment or education. It is a matter of personal and religious freedom of choice. The president and his people need to stop forcing their beliefs on all the rest of us, now!

**0045565**