# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a140
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14000
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** walter
**Organization:** St Jude's Catholic Church

## General Comment

See attached file(s)
Group Health Plans andhealth ins. issuers relating to coverage of preventive services under patent protection and affordable care act:document id hhs os 2011-0023-002
i am opposed to this RULE

## Attachments

1127654-1

**0045566**

  **PARKING VOUCHER**  

1127654

## RESERVATION ITINERARY
Type: JFK Long Term Valet Outdoor Parking
Parker: Walter Brady
Airport: John F Kennedy International Airport - JFK
Check In: Sep 14 2011 01:00PM
Check Out: Sep 28 2011 03:00PM
Vehicle:

## PARKING FACILITY
JFK Long Term Parking
122-02 South Conduit Ave
South Ozone Park, NY 11420
718-843-8400

## PAYMENT INFORMATION
Paid for by: Walter Brady
Base Cost: $168.35
NYC Tax: $17.47
Subtotal: $185.82
Coupon: -$18.58
Reservation Fee: $3.99
Total Amount Paid: $171.23
PAID IN FULL

## FACILITY INSTRUCTIONS
CUSTOMER MUST PRESENT EMAIL VOUCHER AT TIME OF
CHECK OUT
Rate Code: 1

## ***IMPORTANT NOTES***
YOU MUST PRESENT A PRINTED COPY OF THE ADOBE PDF BARCODED PARKING VOUCHER AS PROOF OF PRE-PAYMENT. FAILURE
TO DO SO WILL RESULT IN THE FACILITY CHARGING YOU FOR YOUR PARKING STAY. PARKRIDEFLYUSA.COM IS NOT
RESPONSIBLE FOR ADDITIONAL CHARGES LEVIED BY THE FACILITY. NO REFUNDS WILL BE GIVEN WHEN THE PRINTED
CONFIRMATION IS NOT SUBMITTED.

## FULL INSTRUCTIONS
JFK Long Term Parking is approximately 5 minutes from JFK. When traveling on a domestic flight, the airlines request arrival at the
airport two hours prior to your scheduled departure time. For international flights, the airlines request arrival at the airport three
hours prior to your scheduled departure time. Our shuttles will get you to the airport in under 20 minutes. (However, it is wise to
check with your airline for specific times and/or last minute rescheduling issues).

## TERMS AND CONDITIONS
You must present your printed confirmation as proof of pre-payment.  Failure to do so will result in the facility charging you for
your parking stay.  Park Ride Fly USA is not responsible for additional charges levied as a result of not presenting your reservation
voucher.  NO REFUNDS WILL BE GIVEN WHEN THE PRINTED BAR-CODED VOUCHER IS NOT SUBMITTED.  Your reservation is pre-
paid according to the dates and times you have requested.  If you return later than selected, the parking facility reserves the right
to charge you the posted rate for the additional time stayed.  If you should return earlier than selected and a credit is due, it will
be issued in the form of a rain check.  There will be a charge for cancellations without a 24 hour notice.  For your convenience you
may cancel your reservation on our website 24 hours a day.  In booking this reservation with Park Ride Fly USA you have agreed to
our Terms of Use.  For more information on our Terms of Use you may visit our website: www.parkrideflyusa.com

CHECK OUT OUR NEW MOBILE SITE "http://m.parkrideflyusa.com

A one day parking rate will be charged without a 24 hr advance notice for cancellation. No refunds will be given when your voucher
is not submitted.

If you have any questions concerning your reservation please call our help desk at 1-866-922 (PARK)7275. We will be happy to
assist you.

Website Customer Support Hours:
Monday - Friday 7:00 am - 11:00 pm EST
Saturday 9:00 am - 5:00 pm EST
Sunday Hours - 10:00 am - 6:00 pm EST
Holidays 9:00 am - 2:00 pm EST

Copyright 2009 Park Ride Fly USA, LLC. All Rights Reserved. 776 Farmington Avenue, West Hartford, CT 06119

**0045567**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a142
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14001
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Richard Schihl

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045568**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a132
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14002
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Brenda Lottinger
**Organization:** Catholic Mother

## General Comment

It is not the Obama Government's business to impose morality upon the Catholic Church's institutions such as colleges. The Obama Administration is trying to do just that by forcing contraception/early abortion into Catholic colleges. The Obama Adminstration needs to respect Freedom of Religion in this country.

**0045569**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a143
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14003
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Liz Merkle

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a144
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14004
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Julie Walker

## General Comment

See attached file(s)

## Attachments

Julie Walker

**0045571**

Dear Secretary Sebelius,

Women who work for Catholic and other religious employers deserve the same, complete access to contraceptive coverage that HHS has approved for others. Anything less would be discriminatory and contrary to the social justice tradition central to my Catholic faith. I therefore urge you and the Department of Health and Human Services to include comprehensive family planning services for all women as a preventive benefit under the Affordable Care Act.

More than six in ten Catholic voters (63%) support health insurance coverage for contraception, including birth control pills. This is unsurprising, as restrictions to reproductive healthcare access harm Catholics—98 percent of sexually active Catholic women have used a modern method of birth control, mirroring the rates of the population at large (99%).

I have heard the stories of women workers who will be affected by these refusal clauses, women who are trying to support themselves and their families in these tough times. These women include thousands of teachers in Catholic schools and diocesan employees. They also include the spouses and dependents of others working for Catholic institutions, who may share insurance plans with their loved ones. All of these women provide the backbone of our Catholic community, even if they are not Catholic themselves. I cannot in good conscience support any rule that would treat them as second-class citizens unworthy of the same full access to comprehensive family planning coverage that other women receive.

You have heard recently from the US Conference of Catholic Bishops and other conservative Catholics on this issue. They are speaking neither for me nor the majority of the 68 million Catholics in the US. Rather than allowing their employees to follow their own consciences in making healthcare decisions, the bishops are attempting to impose their personal beliefs on everybody.

I respect the consciences of the bishops. I just expect them, in keeping with the teachings of our Catholic faith, to respect my conscience and the consciences of the women who work for them, too.

Sincerely,

Julie Walker
4875 Chadwick Ln
Missoula, MT 59808

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a133
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14005
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Teresa Gavin

## General Comment

As a former social worker at a Catholic hospital, I am very distressed that this administration is using new healthcare laws and regulations to force a pro-abortion, pro-contraception agenda on this country. Conscience protections for those in healthcare professions will be gutted and meaningless. There is no reason that my taxes should go to support the taking of innocent human life nor the pushing of a culture of sex without love or responsibility. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045573**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a134
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14006
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Catherine A Snyder
**Organization:** Concerned Citizen of the United States of America

## General Comment

President Obama,

I agree with the following statement. As a Catholic & American I in good conscience cannot take part in the killing of babies. We as human beings only give birth to human beings and to classify that person as anything else is a gross falsehood. My taxe dollars may get used in a lot of ways that I don't agree with but forcing Catholic institutions go against their moral beliefs and teachings is going beyond what our government should have control of. If you need to generate taxes why don't you put a box on the tax forms like those provided for endangered species to contribute a dollar to the cause. Then those who oppose wouldn't be forced to participate. Mr. President, if you believe in God you are on the wrong course with this. Please reflect deeply on this issue. Don't deny the rights of ALL for the few.

Respectfully submitted, Catherine A. Snyer

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045574**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a147
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14007
Comment on FR Doc # 2011-19684

---

# Submitter Information

**Name:** Kara Vandersteen

---

# General Comment

See attached file(s)

---

# Attachments

Kara Vandersteen

**0045575**

Dear Secretary Sebelius,

Women who work for Catholic and other religious employers deserve the same, complete access to contraceptive coverage that HHS has approved for others. Anything less would be discriminatory and contrary to the social justice tradition central to my Catholic faith. I therefore urge you and the Department of Health and Human Services to include comprehensive family planning services for all women as a preventive benefit under the Affordable Care Act.

More than six in ten Catholic voters (63%) support health insurance coverage for contraception, including birth control pills. This is unsurprising, as restrictions to reproductive healthcare access harm Catholics—98 percent of sexually active Catholic women have used a modern method of birth control, mirroring the rates of the population at large (99%).

I have heard the stories of women workers who will be affected by these refusal clauses, women who are trying to support themselves and their families in these tough times. These women include thousands of teachers in Catholic schools and diocesan employees. They also include the spouses and dependents of others working for Catholic institutions, who may share insurance plans with their loved ones. All of these women provide the backbone of our Catholic community, even if they are not Catholic themselves. I cannot in good conscience support any rule that would treat them as second-class citizens unworthy of the same full access to comprehensive family planning coverage that other women receive.

You have heard recently from the US Conference of Catholic Bishops and other conservative Catholics on this issue. They are speaking neither for me nor the majority of the 68 million Catholics in the US. Rather than allowing their employees to follow their own consciences in making healthcare decisions, the bishops are attempting to impose their personal beliefs on everybody.

I respect the consciences of the bishops. I just expect them, in keeping with the teachings of our Catholic faith, to respect my conscience and the consciences of the women who work for them, too.

Sincerely,

Kara Vandersteen
825 Cherry Street
Hammond, IN 46324

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a149
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14008
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Douglas Brown

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a14e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14009
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Melissa Keegan

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045578**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a14f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14010
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** John Skees

---

## General Comment

I am dismayed that the Department of Health and Human Services (HHS) is attempting to force each and every American to purchase "contraceptive and sterilization" services through its health insurance plan. Pregnancy is not a desease and drugs and surgeries to prevent it or that cause an abortion of a child IS NOT health care.

I oppose this proposed rule by the HHS on my religious and personal values and I am contacting every congressional representative of the Sovereign State of Texas to ask them to oppose you.

Please do not enact this rule.

Sincerely,

John Skees
Midland, Texas

I am dismayed that the Department of Health and Human Services (HHS) is attempting to force each and every American to purchase "contraceptive and sterilization" services through its privately owned health insurance plan.

Pregnancy is not a desease and drugs and surgeries to prevent pregnancy and/or cause the abortion of a child IS NOT health care!

I oppose this proposed rule and view it as a direct attack on my personal and religious freedom. I intend to ask my congressman and senator to oppose this rule and will hold them accountable at the ballot box if they fail to oppose this rule.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a135
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14011
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Barbara Rielly
**Organization:** Newman Society

## General Comment

Dear President Obama,
Everyone wants Healthcare but not at the risk of killing our unborn children. This is not the way to defend a defenseless people; nor to improve Social Security.
The children who have been aborted, in the many millions, would be the workers to pay for our Social Security. We have lost our underpinnings.
Let us stop now and give information on the preborn to every pregnant woman.
If they elect to end their pregnancies, it should be without any assist of America; norf the multi millions that go to Planned Parenthood. They care not for women after their terminate their pregnancies. We for centuries have given succor, hope, love, money, layettes and homes to the women who keep their children until birth.
We cannot keep being the source of killing our own members of society if we are to continue being a harmnonious society.

0045580

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a150
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14012
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Ellen Palmer

---

## General Comment

It is important to keep our freedoms, and not to limit them by acts of congress. We should not be required to purchase healthcare options that are against our conscience.

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

Thank you in advance for your support of this bill.

**0045581**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a151
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14013
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Edward Skrocki
**Organization:** Knights of Columbus

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045582**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a152
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14014
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Kathie Chicoine

## General Comment

See attached file(s)

## Attachments

Kathie Chicoine

**0045583**

Dear Secretary Sebelius,

Women who work for Catholic and other religious employers deserve the same, complete access to contraceptive coverage that HHS has approved for others. Anything less would be discriminatory and contrary to the social justice tradition central to my Catholic faith. I therefore urge you and the Department of Health and Human Services to include comprehensive family planning services for all women as a preventive benefit under the Affordable Care Act.

More than six in ten Catholic voters (63%) support health insurance coverage for contraception, including birth control pills. This is unsurprising, as restrictions to reproductive healthcare access harm Catholics—98 percent of sexually active Catholic women have used a modern method of birth control, mirroring the rates of the population at large (99%).

I have heard the stories of women workers who will be affected by these refusal clauses, women who are trying to support themselves and their families in these tough times. These women include thousands of teachers in Catholic schools and diocesan employees. They also include the spouses and dependents of others working for Catholic institutions, who may share insurance plans with their loved ones. All of these women provide the backbone of our Catholic community, even if they are not Catholic themselves. I cannot in good conscience support any rule that would treat them as second-class citizens unworthy of the same full access to comprehensive family planning coverage that other women receive.

You have heard recently from the US Conference of Catholic Bishops and other conservative Catholics on this issue. They are speaking neither for me nor the majority of the 68 million Catholics in the US. Rather than allowing their employees to follow their own consciences in making healthcare decisions, the bishops are attempting to impose their personal beliefs on everybody.

I respect the consciences of the bishops. I just expect them, in keeping with the teachings of our Catholic faith, to respect my conscience and the consciences of the women who work for them, too.

Sincerely,

Kathie Chicoine
945 E. Kenilworth
Palatine, IL 60074

0045584

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a158
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14015
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Michael Nieport
**Organization:** St Rita Respect Life

---

## General Comment

Please repeal new HHS mandatory health regulations to cover contraceptives. These regulations blantanly viiolate the Catholic church's reigious freedom!

**0045585**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a154
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14016
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Adam Jones

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045586**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a155
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14017
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Kathryn Power-O'Brien

## General Comment

See attached file(s)

## Attachments

Kathryn Power-O'Brien

**0045587**

Dear Secretary Sebelius,

Women who work for Catholic and other religious employers deserve the same, complete access to contraceptive coverage that HHS has approved for others. Anything less would be discriminatory and contrary to the social justice tradition central to my Catholic faith. I therefore urge you and the Department of Health and Human Services to include comprehensive family planning services for all women as a preventive benefit under the Affordable Care Act.

More than six in ten Catholic voters (63%) support health insurance coverage for contraception, including birth control pills. This is unsurprising, as restrictions to reproductive healthcare access harm Catholics—98 percent of sexually active Catholic women have used a modern method of birth control, mirroring the rates of the population at large (99%).

I have heard the stories of women workers who will be affected by these refusal clauses, women who are trying to support themselves and their families in these tough times. These women include thousands of teachers in Catholic schools and diocesan employees. They also include the spouses and dependents of others working for Catholic institutions, who may share insurance plans with their loved ones. All of these women provide the backbone of our Catholic community, even if they are not Catholic themselves. I cannot in good conscience support any rule that would treat them as second-class citizens unworthy of the same full access to comprehensive family planning coverage that other women receive.

You have heard recently from the US Conference of Catholic Bishops and other conservative Catholics on this issue. They are speaking neither for me nor the majority of the 68 million Catholics in the US. Rather than allowing their employees to follow their own consciences in making healthcare decisions, the bishops are attempting to impose their personal beliefs on everybody.

I respect the consciences of the bishops. I just expect them, in keeping with the teachings of our Catholic faith, to respect my conscience and the consciences of the women who work for them, too.

Sincerely,

Kathryn Power-O'Brien
8608 34th Ave. NO
New Hope, MN 55427

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a162
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14018
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** DAVID ECKES
**Organization:** DAVID J ECKES, ARCHITECT, LTD.

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics
to choose between our faith and health care. By making this insurance coverage mandatory, our
government has violated the consciences of faithful Catholics and infringed on our rights to practice
our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of
Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by
lay Catholics. These Catholic institutions—as well as individual Catholic employers and health
insurance purchasers—are being forced by the government to violate their religious beliefs.
Mandatory contraception and sterilization coverage in college student insurance plans force Catholic
colleges to undermine their missions as Catholic institutions. Please repeal these regulations and
protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a163
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14019
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Keyna Brooke

---

## General Comment

See attached file(s)

---

## Attachments

Keyna Brooke

**0045590**

Dear Secretary Sebelius,

Women who work for Catholic and other religious employers deserve the same, complete access to contraceptive coverage that HHS has approved for others. Anything less would be discriminatory and contrary to the social justice tradition central to my Catholic faith. As a Public Health Nurse, I therefore urge you and the Department of Health and Human Services to include comprehensive family planning services for all women as a preventive benefit under the Affordable Care Act.

More than six in ten Catholic voters (63%) support health insurance coverage for contraception, including birth control pills. This is unsurprising, as restrictions to reproductive healthcare access harm Catholics—98 percent of sexually active Catholic women have used a modern method of birth control, mirroring the rates of the population at large (99%).

I have heard the stories of women workers who will be affected by these refusal clauses, women who are trying to support themselves and their families in these tough times. These women include thousands of teachers in Catholic schools and diocesan employees. They also include the spouses and dependents of others working for Catholic institutions, who may share insurance plans with their loved ones. All of these women provide the backbone of our Catholic community, even if they are not Catholic themselves. I cannot in good conscience support any rule that would treat them as second-class citizens unworthy of the same full access to comprehensive family planning coverage that other women receive.

You have heard recently from the US Conference of Catholic Bishops and other conservative Catholics on this issue. They are speaking neither for me nor the majority of the 68 million Catholics in the US. Rather than allowing their employees to follow their own consciences in making healthcare decisions, the bishops are attempting to impose their personal beliefs on everybody.

I respect the consciences of the bishops. I just expect them, in keeping with the teachings of our Catholic faith, to respect my conscience and the consciences of the women who work for them, too.

Sincerely,

Keyna Brooke, RN, BSN
5310 North 43rd Street
Tacoma, WA 98407

0045591

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a165
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14020
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** James Duell
**Organization:** St. Patrick Church Troy Ohio

## General Comment

The entire passage of the Health Care program was done secretly at the end of last year without anyone even the representatives who voted on it knowing exactly all its contents. If there are measures to force people to go against their conscience in receiving health care benefits and betray religious principles then we are facing Big Brother type of administration coming to inot our homes, our lives our very consciences. I say no to such intrusion and subjection of all peoples to events that they don't even fully know how they will affect their future lives. This administration paints a wonderful surface image but what lies beneath is unknown and appalling. Overturn this program and the people who promoted it by ramming it down our throats. Fr. Jim Duell

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a167
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14021
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Leslie Scaramazza

---

## General Comment

See attached file(s)

---

## Attachments

Leslie Scaramazza

**0045593**

Dear Secretary Sebelius,

Women who work for Catholic and other religious employers deserve the same, complete access to contraceptive coverage that HHS has approved for others. Anything less would be discriminatory and contrary to the social justice tradition central to my Catholic faith. I therefore urge you and the Department of Health and Human Services to include comprehensive family planning services for all women as a preventive benefit under the Affordable Care Act.

More than six in ten Catholic voters (63%) support health insurance coverage for contraception, including birth control pills. This is unsurprising, as restrictions to reproductive healthcare access harm Catholics—98 percent of sexually active Catholic women have used a modern method of birth control, mirroring the rates of the population at large (99%).

I have heard the stories of women workers who will be affected by these refusal clauses, women who are trying to support themselves and their families in these tough times. These women include thousands of teachers in Catholic schools and diocesan employees. They also include the spouses and dependents of others working for Catholic institutions, who may share insurance plans with their loved ones. All of these women provide the backbone of our Catholic community, even if they are not Catholic themselves. I cannot in good conscience support any rule that would treat them as second-class citizens unworthy of the same full access to comprehensive family planning coverage that other women receive.

You have heard recently from the US Conference of Catholic Bishops and other conservative Catholics on this issue. They are speaking neither for me nor the majority of the 68 million Catholics in the US. Rather than allowing their employees to follow their own consciences in making healthcare decisions, the bishops are attempting to impose their personal beliefs on everybody.

I respect the consciences of the bishops. I just expect them, in keeping with the teachings of our Catholic faith, to respect my conscience and the consciences of the women who work for them, too.

Sincerely,

Leslie Scaramazza
146 YorkRd.
Delran, NJ 08075

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a169
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14022
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Richard Roberson

---

## General Comment

Revoke health care plan

**0045595**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a159
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14023
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Rose Thomas

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045596**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a16a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14024
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** evangeline moreno

## General Comment

I oppose the new regulations regarding mandatory coverage of birth control, steriliization, & abortion by health insurance companies. The US government is already giving my tax dollars to abortion clinics which I also oppose. My Catholic religion has taught me that the killing of a baby in the womb is wrong. I do not want to be a part of any murders. This is a violation of my religious freedom.

0045597

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a16b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14025
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** John Sullivan

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a16d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14026
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Anne Burge

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045599

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a16e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14027
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Bob Meenan
**Organization:** Child of God

## General Comment

Please repeal regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045600**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a16f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14028
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** David Hutchison
**Organization:** none

---

## General Comment

I want to register my request urging health care reform that protects religious liberty of individuals and institutions and does not force them to act in a manner contrary to their values.

For that reason I am against President Obama's health care legislation and urge our elected officials to reject it for this and many other reasons.

**0045601**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a170
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14029
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Thomas Loughran

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

0045602

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a172
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14030
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Dr. Eric Dudenhoefer

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045603**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a173
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14031
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Lilane Stern

---

## General Comment

Comments from Lilane Stern and Theodore Leninger at
6 Creek Lane
Ephrata, PA 17522

---

## Attachments

Lilane Stern & Theodore Leininger

**0045604**

Dear Secretary Sebelius,

Women who work for Catholic and other religious employers deserve the same, complete access to contraceptive coverage that HHS has approved for others. Anything less would be discriminatory and contrary to the social justice tradition central to my Catholic faith. I therefore urge you and the Department of Health and Human Services to include comprehensive family planning services for all women as a preventive benefit under the Affordable Care Act.

More than six in ten Catholic voters (63%) support health insurance coverage for contraception, including birth control pills. This is unsurprising, as restrictions to reproductive healthcare access harm Catholics—98 percent of sexually active Catholic women have used a modern method of birth control, mirroring the rates of the population at large (99%).

I have heard the stories of women workers who will be affected by these refusal clauses, women who are trying to support themselves and their families in these tough times. These women include thousands of teachers in Catholic schools and diocesan employees. They also include the spouses and dependents of others working for Catholic institutions, who may share insurance plans with their loved ones. All of these women provide the backbone of our Catholic community, even if they are not Catholic themselves. I cannot in good conscience support any rule that would treat them as second-class citizens unworthy of the same full access to comprehensive family planning coverage that other women receive.

You have heard recently from the US Conference of Catholic Bishops and other conservative Catholics on this issue. They are speaking neither for me nor the majority of the 68 million Catholics in the US. Rather than allowing their employees to follow their own consciences in making healthcare decisions, the bishops are attempting to impose their personal beliefs on everybody.

I respect the consciences of the bishops. I just expect them, in keeping with the teachings of our Catholic faith, to respect my conscience and the consciences of the women who work for them, too.

Sincerely,
Liliane Stern

Theodore Leininger
6 Creek Lane
Ephrata, PA 17522

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a175
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14032
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Margaret Foster

## General Comment

When did the U S Government decide that they have the right to govern the consciences of the citizens of the United States of America? Why is it necessary that the U S Government tell the people that they must push contraception? Please repeal these regulations and protect the religious freedom of Catholics and other religious groups, as guaranteed by the First Amendment. There are so many other areas that need to be worked on. STOP all of this immoral nonsense NOW & get onto something more productive. The people chose you to represent them...fulfill the promises that you made before it is too late.

**0045606**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a176
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14033
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mary Fitzgerald

## General Comment

Please include a provision for our Catholic community to maintain and practice its beliefs in the sanctity of life from natural conception to natural death. This Coverage of Preventive Services under Patient Protection and Affordable Care Act violates our core values - YOU PROMISED!

**0045607**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a177
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14034
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Gwen

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations with in the health care coverage and protect the religious freedom of Catholics as guaranteed by the First Amendment.

I support healthcare, but we need to allow for the rights of everyone.

**0045608**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a178
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14035
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Stephen Haughton

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a179
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14036
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Linda Gray

## General Comment

See attached file(s)

## Attachments

Linda Gray

**0045610**

Dear Secretary Sebelius,

Women who work for Catholic and other religious employers deserve the same, complete access to contraceptive coverage that HHS has approved for others. Anything less would be discriminatory and contrary to the social justice tradition central to my Catholic faith. I therefore urge you and the Department of Health and Human Services to include comprehensive family planning services for all women as a preventive benefit under the Affordable Care Act.

More than six in ten Catholic voters (63%) support health insurance coverage for contraception, including birth control pills. This is unsurprising, as restrictions to reproductive healthcare access harm Catholics—98 percent of sexually active Catholic women have used a modern method of birth control, mirroring the rates of the population at large (99%).

I have heard the stories of women workers who will be affected by these refusal clauses, women who are trying to support themselves and their families in these tough times. These women include thousands of teachers in Catholic schools and diocesan employees. They also include the spouses and dependents of others working for Catholic institutions, who may share insurance plans with their loved ones. All of these women provide the backbone of our Catholic community, even if they are not Catholic themselves. I cannot in good conscience support any rule that would treat them as second-class citizens unworthy of the same full access to comprehensive family planning coverage that other women receive.

You have heard recently from the US Conference of Catholic Bishops and other conservative Catholics on this issue. They are speaking neither for me nor the majority of the 68 million Catholics in the US. Rather than allowing their employees to follow their own consciences in making healthcare decisions, the bishops are attempting to impose their personal beliefs on everybody.

I respect the consciences of the bishops. I just expect them, in keeping with the teachings of our Catholic faith, to respect my conscience and the consciences of the women who work for them, too.

Sincerely,

Linda Gray
2021 Conway Street
Milpitas, CA 95035

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a17b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14037
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Christopher Reeb

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045612**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a17c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14038
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Marcia Rush

---

## General Comment

How can we allow this country to infringe on our religious beliefs"

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045613**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a17d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14039
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Larry Stigen

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a15a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14040
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Martin Laird

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045615**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a17e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14041
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Bill Ainsworth
**Organization:** U. S. Citizen

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Sincerely,
Bill Ainsworth

**0045616**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a180
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14042
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Sandra Seymour

## General Comment

Why? Why do you want to get involved in this genocide? I was in a public library restroom the other day and two middle school aged girls were having a conversation about how they take the morning after pill. Are we as a nation ready for the health consequences of this on demand cleansing of the uterus by our children? Don't you think we have better ways and things to spend on our money on that teaching our children that life is disposable? Please look at the facts and look at the studies of the long term mental and physical effects this will have on our society. Then I ask again why do you want to get involved?

0045617

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a181
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14043
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Martin Notzon

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045618**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a182
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14044
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Diane Houston

---

## General Comment

These proposals violate my conscience and I strongly oppose these intrusions of government

**0045619**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a15b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14045
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Richard Bergeron
**Organization:** Catholic and supporter of the Cardinal Newman Society

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045620**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a183
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14046
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Linnea Goderstad

## General Comment

See attached file(s)

## Attachments

Linnea Goderstad

0045621

Dear Secretary Sebelius,

Women who work for Catholic and other religious employers deserve the same, complete access to contraceptive coverage that HHS has approved for others. Anything less would be discriminatory and contrary to the social justice tradition central to my Catholic faith. I therefore urge you and the Department of Health and Human Services to include comprehensive family planning services for all women as a preventive benefit under the Affordable Care Act.

More than six in ten Catholic voters (63%) support health insurance coverage for contraception, including birth control pills. This is unsurprising, as restrictions to reproductive healthcare access harm Catholics—98 percent of sexually active Catholic women have used a modern method of birth control, mirroring the rates of the population at large (99%).

I have heard the stories of women workers who will be affected by these refusal clauses, women who are trying to support themselves and their families in these tough times. These women include thousands of teachers in Catholic schools and diocesan employees. They also include the spouses and dependents of others working for Catholic institutions, who may share insurance plans with their loved ones. All of these women provide the backbone of our Catholic community, even if they are not Catholic themselves. I cannot in good conscience support any rule that would treat them as second-class citizens unworthy of the same full access to comprehensive family planning coverage that other women receive.

You have heard recently from the US Conference of Catholic Bishops and other conservative Catholics on this issue. They are speaking neither for me nor the majority of the 68 million Catholics in the US. Rather than allowing their employees to follow their own consciences in making healthcare decisions, the bishops are attempting to impose their personal beliefs on everybody.

I respect the consciences of the bishops. I just expect them, in keeping with the teachings of our Catholic faith, to respect my conscience and the consciences of the women who work for them, too.

Sincerely,

Linnea Goderstad
713 Classon Ave
Apt. 112
New York, NY 11238

**0045622**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a186
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14047
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Irene Ainsworth
**Organization:** Individual

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Irene Ainsworth

**0045623**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a187
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14048
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Rebecca

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045624**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a188
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14049
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** James Bailey

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a189
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14050
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Anthony Mayer

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045626**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a15c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14051
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Monica Chiappetta
**Organization:** Mother

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

As Americans we try to be respectful of others beliefs. With this regulation you are not only being completely disrespectful of our beliefs you are infringing on our freedom. When you infringe on others rights in the way this regulation does you are taking the first step in the direction of people like Hitler.

**0045627**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a18a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14052
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Lisa Langcake

## General Comment

See attached file(s)

## Attachments

Lisa Langcake

**0045628**

Dear Secretary Sebelius,

Women who work for Catholic and other religious employers deserve the same, complete access to contraceptive coverage that HHS has approved for others. Anything less would be discriminatory and contrary to the social justice tradition central to my Catholic faith. I therefore urge you and the Department of Health and Human Services to include comprehensive family planning services for all women as a preventive benefit under the Affordable Care Act.

More than six in ten Catholic voters (63%) support health insurance coverage for contraception, including birth control pills. This is unsurprising, as restrictions to reproductive healthcare access harm Catholics—98 percent of sexually active Catholic women have used a modern method of birth control, mirroring the rates of the population at large (99%).

I have heard the stories of women workers who will be affected by these refusal clauses, women who are trying to support themselves and their families in these tough times. These women include thousands of teachers in Catholic schools and diocesan employees. They also include the spouses and dependents of others working for Catholic institutions, who may share insurance plans with their loved ones. All of these women provide the backbone of our Catholic community, even if they are not Catholic themselves. I cannot in good conscience support any rule that would treat them as second-class citizens unworthy of the same full access to comprehensive family planning coverage that other women receive.

You have heard recently from the US Conference of Catholic Bishops and other conservative Catholics on this issue. They are speaking neither for me nor the majority of the 68 million Catholics in the US. Rather than allowing their employees to follow their own consciences in making healthcare decisions, the bishops are attempting to impose their personal beliefs on everybody.

I respect the consciences of the bishops. I just expect them, in keeping with the teachings of our Catholic faith, to respect my conscience and the consciences of the women who work for them, too.

Sincerely,

Lisa Langcake
7268 Coddin Lane
Fort Mill, SC 29707

**0045629**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a18d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14053
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** MacKenzie Serpe

---

## General Comment

See attached file(s)

---

## Attachments

MacKenzie Serpe

**0045630**

Dear Secretary Sebelius,

Women who work for Catholic and other religious employers deserve the same, complete access to contraceptive coverage that HHS has approved for others. Anything less would be discriminatory and contrary to the social justice tradition central to my Catholic faith. I therefore urge you and the Department of Health and Human Services to include comprehensive family planning services for all women as a preventive benefit under the Affordable Care Act.

More than six in ten Catholic voters (63%) support health insurance coverage for contraception, including birth control pills. This is unsurprising, as restrictions to reproductive healthcare access harm Catholics—98 percent of sexually active Catholic women have used a modern method of birth control, mirroring the rates of the population at large (99%).

I have heard the stories of women workers who will be affected by these refusal clauses, women who are trying to support themselves and their families in these tough times. These women include thousands of teachers in Catholic schools and diocesan employees. They also include the spouses and dependents of others working for Catholic institutions, who may share insurance plans with their loved ones. All of these women provide the backbone of our Catholic community, even if they are not Catholic themselves. I cannot in good conscience support any rule that would treat them as second-class citizens unworthy of the same full access to comprehensive family planning coverage that other women receive.

You have heard recently from the US Conference of Catholic Bishops and other conservative Catholics on this issue. They are speaking neither for me nor the majority of the 68 million Catholics in the US. Rather than allowing their employees to follow their own consciences in making healthcare decisions, the bishops are attempting to impose their personal beliefs on everybody.

I respect the consciences of the bishops. I just expect them, in keeping with the teachings of our Catholic faith, to respect my conscience and the consciences of the women who work for them, too.

Sincerely,

MacKenzie Serpe
Everett, WA

0045631

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a18f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14054
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Daryl Nord

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045632**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a190
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14055
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** michelle

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045633**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a191
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14056
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Karen Carey
**Organization:** The Cardinal Newman society

## General Comment

Please do not take away our rights under the constitution to freedom of speech, to take away our right to refuse to do anything that takes away our religious freedom or example assissting with procedures such as abortion, euthanasia. etc

**0045634**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a192
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14057
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Malinda Crimele

## General Comment

See attached file(s)

## Attachments

Malinda Cirimele

0045635

Dear Secretary Sebelius,

Women who work for Catholic and other religious employers deserve the same, complete access to contraceptive coverage that HHS has approved for others. Anything less would be discriminatory and contrary to the social justice tradition central to my Catholic faith. I therefore urge you and the Department of Health and Human Services to include comprehensive family planning services for all women as a preventive benefit under the Affordable Care Act.

More than six in ten Catholic voters (63%) support health insurance coverage for contraception, including birth control pills. This is unsurprising, as restrictions to reproductive healthcare access harm Catholics—98 percent of sexually active Catholic women have used a modern method of birth control, mirroring the rates of the population at large (99%).

I have heard the stories of women workers who will be affected by these refusal clauses, women who are trying to support themselves and their families in these tough times. These women include thousands of teachers in Catholic schools and diocesan employees. They also include the spouses and dependents of others working for Catholic institutions, who may share insurance plans with their loved ones. All of these women provide the backbone of our Catholic community, even if they are not Catholic themselves. I cannot in good conscience support any rule that would treat them as second-class citizens unworthy of the same full access to comprehensive family planning coverage that other women receive.

You have heard recently from the US Conference of Catholic Bishops and other conservative Catholics on this issue. They are speaking neither for me nor the majority of the 68 million Catholics in the US. Rather than allowing their employees to follow their own consciences in making healthcare decisions, the bishops are attempting to impose their personal beliefs on everybody.

I respect the consciences of the bishops. I just expect them, in keeping with the teachings of our Catholic faith, to respect my conscience and the consciences of the women who work for them, too.

Sincerely,

Malinda Cirimele
Roseville, CA 95747

0045636

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a194
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14058
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Timothy Cleary

## General Comment

Obamacare does not and will not stand the test of moral sincerity and violates Catholic law and teachings. Case in point is that it will:
1 require women's health plans to cover sterilization and contraception, including "abortifacients" that cause abortion...

2 force many Catholic colleges, schools, and charities to violate their CATHOLIC identity by providing immoral health benefits...

3 force college student insurance plans—even on CATHOLIC campuses—to offer FREE birth control and sterilization to college girls!

On top of these violations of the Catholic faith, the whole concept is in violation of the Constitution of the United States of America. How? By forcing citizens to get government backed insurance and forcing those that already have private insurance to pay a heavy fine (tax) for having it.
Taxing good citizens and Christians and taking that money and using it to fund abortions is immoral and illegal.

I will use every means in my power as a citizen to see to it that this message is sent to every citizen I can reach by electronic means as well as my political and voting power to make sure that this monstrosity of health care socialism is brought to its knees.

Sincerely,
Timothy Cleary

**0045637**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a195
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14059
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Sherry Kutz

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a196
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14060
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** John MILLER
**Organization:** Armed Forces Retirement Home Washington DC

---

## General Comment

Current pending legislation which negates the rights of people to act or not act on the grounds of conscience based on their religious beliefs is ill considered, and probably unconstitutional. Without a doubt, the voters will remember those who proposed and those who voted to uphold the right of the federal government to run roughshod over the sensibilities of people of conscience.

0045639

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a198
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14061
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Amy Peterson
**Organization:** Concerned Catholic and U.S. citizen

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.


I teach my children at home and we are learning about our wonderful country. We just discussed the Freedom of Religion and with this new regulation that freedom will be breached by our own government. Catholic colleges, schools and organizations have the right to decide their own insurance policies that do NOT conflict with their religious beliefs.

**0045640**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a199
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14062
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** John Schafer

## General Comment

For you to force people to provide "Health Care" that goes completely against one's conscience is beyond reprehensible, it is utterly evil. I know it is hard you you to comprehend this, but you are the "BAD GUY" in this situation, not the GOOD GUY. You think you are the one's in touch with Americans, when in fact you are the one's completely out of touch with American Judeo-Christian values.

**0045641**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a19a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14063
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Marybeth Lopez

---

## General Comment

See attached file(s)

---

## Attachments

Marybeth Lopez

**0045642**

Dear Secretary Sebelius,

Women who work for Catholic and other religious employers deserve the same, complete access to contraceptive coverage that HHS has approved for others. Anything less would be discriminatory and contrary to the social justice tradition central to my Catholic faith. I therefore urge you and the Department of Health and Human Services to include comprehensive family planning services for all women as a preventive benefit under the Affordable Care Act.

More than six in ten Catholic voters (63%) support health insurance coverage for contraception, including birth control pills. This is unsurprising, as restrictions to reproductive healthcare access harm Catholics—98 percent of sexually active Catholic women have used a modern method of birth control, mirroring the rates of the population at large (99%).

I have heard the stories of women workers who will be affected by these refusal clauses, women who are trying to support themselves and their families in these tough times. These women include thousands of teachers in Catholic schools and diocesan employees. They also include the spouses and dependents of others working for Catholic institutions, who may share insurance plans with their loved ones. All of these women provide the backbone of our Catholic community, even if they are not Catholic themselves. I cannot in good conscience support any rule that would treat them as second-class citizens unworthy of the same full access to comprehensive family planning coverage that other women receive.

You have heard recently from the US Conference of Catholic Bishops and other conservative Catholics on this issue. They are speaking neither for me nor the majority of the 68 million Catholics in the US. Rather than allowing their employees to follow their own consciences in making healthcare decisions, the bishops are attempting to impose their personal beliefs on everybody.

I respect the consciences of the bishops. I just expect them, in keeping with the teachings of our Catholic faith, to respect my conscience and the consciences of the women who work for them, too.

Sincerely,

Marybeth Lopez, R.N.,M.S.
4 Fox Hill Lane
Mountain Lakes, NJ 07046

0045643

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a19d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14064
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Fr Jim Miller, C.PP.S.
**Organization:** Society of Precious Blood Community

---

## General Comment

To be FORCED to submit to these provisions, requiring us as individuals and members of the Catholic Church to help pay for abortions and contraceptive means is ABSOLUTELY contrary to our personal freedom and rights! We will NOT honor any such laws or regulations. Please have sense and courtesy enough NOT to try enforcing this! Thank you and may God bless your good sense and fairness. Fr Jim

**0045644**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a19e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14065
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Melissa Cowart

---

## General Comment

See attached file(s)

---

## Attachments

Melissa Cowart

**0045645**

Dear Secretary Sebelius,

Women who work for Catholic and other religious employers deserve the same, complete access to contraceptive coverage that HHS has approved for others. Anything less would be discriminatory and contrary to the social justice tradition central to my Catholic faith. I therefore urge you and the Department of Health and Human Services to include comprehensive family planning services for all women as a preventive benefit under the Affordable Care Act.

More than six in ten Catholic voters (63%) support health insurance coverage for contraception, including birth control pills. This is unsurprising, as restrictions to reproductive healthcare access harm Catholics—98 percent of sexually active Catholic women have used a modern method of birth control, mirroring the rates of the population at large (99%).

I have heard the stories of women workers who will be affected by these refusal clauses, women who are trying to support themselves and their families in these tough times. These women include thousands of teachers in Catholic schools and diocesan employees. They also include the spouses and dependents of others working for Catholic institutions, who may share insurance plans with their loved ones. All of these women provide the backbone of our Catholic community, even if they are not Catholic themselves. I cannot in good conscience support any rule that would treat them as second-class citizens unworthy of the same full access to comprehensive family planning coverage that other women receive.

You have heard recently from the US Conference of Catholic Bishops and other conservative Catholics on this issue. They are speaking neither for me nor the majority of the 68 million Catholics in the US. Rather than allowing their employees to follow their own consciences in making healthcare decisions, the bishops are attempting to impose their personal beliefs on everybody.

I respect the consciences of the bishops. I just expect them, in keeping with the teachings of our Catholic faith, to respect my conscience and the consciences of the women who work for them, too.

Sincerely,

Melissa Cowart
675 Youngs Mill Rd.
Kingston, GA 30145

0045646

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1a2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14066
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Harry Storey

---

## General Comment

I urge you not to require birth control and sterilization coverage in health insurance. This should be optional coverage that Catholics and others who object to the coverage are not required to pay for.

**0045647**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1a3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14067
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Michele Biggane

---

## General Comment

See attached file(s)

---

## Attachments

Michele Biggane

**0045648**

Dear Secretary Sebelius,

Women who work for Catholic and other religious employers deserve the same, complete access to contraceptive coverage that HHS has approved for others. Anything less would be discriminatory and contrary to the social justice tradition central to my Catholic faith. I therefore urge you and the Department of Health and Human Services to include comprehensive family planning services for all women as a preventive benefit under the Affordable Care Act.

More than six in ten Catholic voters (63%) support health insurance coverage for contraception, including birth control pills. This is unsurprising, as restrictions to reproductive healthcare access harm Catholics—98 percent of sexually active Catholic women have used a modern method of birth control, mirroring the rates of the population at large (99%).

I have heard the stories of women workers who will be affected by these refusal clauses, women who are trying to support themselves and their families in these tough times. These women include thousands of teachers in Catholic schools and diocesan employees. They also include the spouses and dependents of others working for Catholic institutions, who may share insurance plans with their loved ones. All of these women provide the backbone of our Catholic community, even if they are not Catholic themselves. I cannot in good conscience support any rule that would treat them as second-class citizens unworthy of the same full access to comprehensive family planning coverage that other women receive.

You have heard recently from the US Conference of Catholic Bishops and other conservative Catholics on this issue. They are speaking neither for me nor the majority of the 68 million Catholics in the US. Rather than allowing their employees to follow their own consciences in making healthcare decisions, the bishops are attempting to impose their personal beliefs on everybody.

I respect the consciences of the bishops. I just expect them, in keeping with the teachings of our Catholic faith, to respect my conscience and the consciences of the women who work for them, too.

Sincerely,

Michele Biggane
8332 Cannon Knoll Court
West Chester, OH 45069

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1a5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14068
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Ms. Birk

---

## General Comment

See attached file(s)

---

## Attachments

Ms. Birk

0045650

Dear Secretary Sebelius,

Women who work for Catholic and other religious employers deserve the same, complete access to contraceptive coverage that HHS has approved for others. Anything less would be discriminatory and contrary to the social justice tradition central to my Catholic faith. I therefore urge you and the Department of Health and Human Services to include comprehensive family planning services for all women as a preventive benefit under the Affordable Care Act.

More than six in ten Catholic voters (63%) support health insurance coverage for contraception, including birth control pills. This is unsurprising, as restrictions to reproductive healthcare access harm Catholics—98 percent of sexually active Catholic women have used a modern method of birth control, mirroring the rates of the population at large (99%).

I have heard the stories of women workers who will be affected by these refusal clauses, women who are trying to support themselves and their families in these tough times. These women include thousands of teachers in Catholic schools and diocesan employees. They also include the spouses and dependents of others working for Catholic institutions, who may share insurance plans with their loved ones. All of these women provide the backbone of our Catholic community, even if they are not Catholic themselves. I cannot in good conscience support any rule that would treat them as second-class citizens unworthy of the same full access to comprehensive family planning coverage that other women receive.

You have heard recently from the US Conference of Catholic Bishops and other conservative Catholics on this issue. They are speaking neither for me nor the majority of the 68 million Catholics in the US. Rather than allowing their employees to follow their own consciences in making healthcare decisions, the bishops are attempting to impose their personal beliefs on everybody.

I respect the consciences of the bishops. I just expect them, in keeping with the teachings of our Catholic faith, to respect my conscience and the consciences of the women who work for them, too.

Sincerely,

Ms. Birk
121 Oxford Road
Waukesha, WI 53186

**0045651**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1aa
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14069
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Gregory Novak

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045652**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1ac
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14070
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** W.J. Hirtzel
**Organization:** St. Aloysius

## General Comment

I object to the following regulations:

require women's health plans to cover sterilization and contraception, including "abortifacients" that cause abortion...

force many Catholic colleges, schools, and charities to violate their CATHOLIC identity by providing immoral health benefits...

force college student insurance plans—even on CATHOLIC campuses—to offer FREE birth control and sterilization to college girls!

**0045653**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1ae
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14071
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Theresa Crobar
**Organization:** Roman Catholic Church

## General Comment

"OBAMA CARE" is not wanted by a majority of U.S. citizens, regardless of religious affiliation, because it is an imposition on, and cancellation of, First Amendment personal and religious rights.

**0045654**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1af
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14072
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Nellie Gordon

## General Comment

See attached file(s)

## Attachments

Nellie Gordon

0045655

Dear Secretary Sebelius,

Women who work for Catholic and other religious employers deserve the same, complete access to contraceptive coverage that HHS has approved for others. Anything less would be discriminatory and contrary to the social justice tradition central to my Catholic faith. I therefore urge you and the Department of Health and Human Services to include comprehensive family planning services for all women as a preventive benefit under the Affordable Care Act.

More than six in ten Catholic voters (63%) support health insurance coverage for contraception, including birth control pills. This is unsurprising, as restrictions to reproductive healthcare access harm Catholics—98 percent of sexually active Catholic women have used a modern method of birth control, mirroring the rates of the population at large (99%).

I have heard the stories of women workers who will be affected by these refusal clauses, women who are trying to support themselves and their families in these tough times. These women include thousands of teachers in Catholic schools and diocesan employees. They also include the spouses and dependents of others working for Catholic institutions, who may share insurance plans with their loved ones. All of these women provide the backbone of our Catholic community, even if they are not Catholic themselves. I cannot in good conscience support any rule that would treat them as second-class citizens unworthy of the same full access to comprehensive family planning coverage that other women receive.

You have heard recently from the US Conference of Catholic Bishops and other conservative Catholics on this issue. They are speaking neither for me nor the majority of the 68 million Catholics in the US. Rather than allowing their employees to follow their own consciences in making healthcare decisions, the bishops are attempting to impose their personal beliefs on everybody.

I respect the consciences of the bishops. I just expect them, in keeping with the teachings of our Catholic faith, to respect my conscience and the consciences of the women who work for them, too.

Sincerely,

Nellie Gordon
177 Catskill Drive
Effort, PA 18330

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1b1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14073
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** kellu dise

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1b2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14074
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Ken Drew Jr

---

## General Comment

On moral grounds I object to requiring a violation of conscience to comply with the affordable care act as it relates to the following: require women's health plans to cover sterilization and contraception, including "abortifacients" that cause abortion...
force many Catholic colleges, schools, and charities to violate their CATHOLIC identity by providing immoral health benefits...
force college student insurance plans—even on CATHOLIC campuses—to offer FREE birth control and sterilization to college girls!

Religious freedom should not be overruled by a federal mandate.

Ken Drew Jr
kendrewjr@yahoo.com

**0045658**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1b3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14075
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Orrin Lundgren

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045659**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1b4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14076
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Norbert Langer

---

## General Comment

See attached file(s)

---

## Attachments

Norbert Langer

**0045660**

Dear Secretary Sebelius,

Women who work for Catholic and other religious employers deserve the same, complete access to contraceptive coverage that HHS has approved for others. Anything less would be discriminatory and contrary to the social justice tradition central to my Catholic faith. I therefore urge you and the Department of Health and Human Services to include comprehensive family planning services for all women as a preventive benefit under the Affordable Care Act.

More than six in ten Catholic voters (63%) support health insurance coverage for contraception, including birth control pills. This is unsurprising, as restrictions to reproductive healthcare access harm Catholics—98 percent of sexually active Catholic women have used a modern method of birth control, mirroring the rates of the population at large (99%).

I have heard the stories of women workers who will be affected by these refusal clauses, women who are trying to support themselves and their families in these tough times. These women include thousands of teachers in Catholic schools and diocesan employees. They also include the spouses and dependents of others working for Catholic institutions, who may share insurance plans with their loved ones. All of these women provide the backbone of our Catholic community, even if they are not Catholic themselves. I cannot in good conscience support any rule that would treat them as second-class citizens unworthy of the same full access to comprehensive family planning coverage that other women receive.

You have heard recently from the US Conference of Catholic Bishops and other conservative Catholics on this issue. They are speaking neither for me nor the majority of the 68 million Catholics in the US. Rather than allowing their employees to follow their own consciences in making healthcare decisions, the bishops are attempting to impose their personal beliefs on everybody.

I respect the consciences of the bishops. I just expect them, in keeping with the teachings of our Catholic faith, to respect my conscience and the consciences of the women who work for them, too.

Sincerely,

Norbert Langer
148 Gettysburg Way
Lincoln Park, NJ 07035

0045661

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1b6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14077
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** IRENE ARBOLEDA

---

## General Comment

I RELY ON THE PRESIDENT OF THE UNITED STATES OF AMERICA TO PROTECT MY FREEDOM OF RELIGION, TO PROTECT THE RIGHTS OF THE THE INNOCENT AND UNBORN, ANG ALL BASIC FREEDOMS AS STATED BY THE CONSTITUTION.

**0045662**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1b7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14078
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Pat Dressel

---

## General Comment

See attached file(s)

---

## Attachments

Pat Dressel

**0045663**

Dear Secretary Sebelius,

Women who work for Catholic and other religious employers deserve the same, complete access to contraceptive coverage that HHS has approved for others. Anything less would be discriminatory and contrary to the social justice tradition central to my Catholic faith. I therefore urge you and the Department of Health and Human Services to include comprehensive family planning services for all women as a preventive benefit under the Affordable Care Act.

More than six in ten Catholic voters (63%) support health insurance coverage for contraception, including birth control pills. This is unsurprising, as restrictions to reproductive healthcare access harm Catholics—98 percent of sexually active Catholic women have used a modern method of birth control, mirroring the rates of the population at large (99%).

I have heard the stories of women workers who will be affected by these refusal clauses, women who are trying to support themselves and their families in these tough times. These women include thousands of teachers in Catholic schools and diocesan employees. They also include the spouses and dependents of others working for Catholic institutions, who may share insurance plans with their loved ones. All of these women provide the backbone of our Catholic community, even if they are not Catholic themselves. I cannot in good conscience support any rule that would treat them as second-class citizens unworthy of the same full access to comprehensive family planning coverage that other women receive.

You have heard recently from the US Conference of Catholic Bishops and other conservative Catholics on this issue. They are speaking neither for me nor the majority of the 68 million Catholics in the US. Rather than allowing their employees to follow their own consciences in making healthcare decisions, the bishops are attempting to impose their personal beliefs on everybody.

I respect the consciences of the bishops. I just expect them, in keeping with the teachings of our Catholic faith, to respect my conscience and the consciences of the women who work for them, too.

Sincerely,

Pat Dressel
125 Old Road
Westport, CT 06880

0045664

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1ba
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14079
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Dr. Donald Joyce
**Organization:** Retired Physician

## General Comment

Please vote against this bill.

**0045665**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1bb
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14080
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Richard Bergeron

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045666**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1bc
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14081
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** David Rosinski

---

## General Comment

Leave my conscience alone

**0045667**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1bd
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14082
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Joan Phillips
**Organization:** Incarnate Word Church

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045668**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1be
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14083
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Patricia Kunkel

---

## General Comment

See attached file(s)

---

## Attachments

Patricia Kunkel

**0045669**

Dear Secretary Sebelius,

Women who work for Catholic and other religious employers deserve the same, complete access to contraceptive coverage that HHS has approved for others. Anything less would be discriminatory and contrary to the social justice tradition central to my Catholic faith. I therefore urge you and the Department of Health and Human Services to include comprehensive family planning services for all women as a preventive benefit under the Affordable Care Act.

More than six in ten Catholic voters (63%) support health insurance coverage for contraception, including birth control pills. This is unsurprising, as restrictions to reproductive healthcare access harm Catholics—98 percent of sexually active Catholic women have used a modern method of birth control, mirroring the rates of the population at large (99%).

I have heard the stories of women workers who will be affected by these refusal clauses, women who are trying to support themselves and their families in these tough times. These women include thousands of teachers in Catholic schools and diocesan employees. They also include the spouses and dependents of others working for Catholic institutions, who may share insurance plans with their loved ones. All of these women provide the backbone of our Catholic community, even if they are not Catholic themselves. I cannot in good conscience support any rule that would treat them as second-class citizens unworthy of the same full access to comprehensive family planning coverage that other women receive.

You have heard recently from the US Conference of Catholic Bishops and other conservative Catholics on this issue. They are speaking neither for me nor the majority of the 68 million Catholics in the US. Rather than allowing their employees to follow their own consciences in making healthcare decisions, the bishops are attempting to impose their personal beliefs on everybody.

I respect the consciences of the bishops. I just expect them, in keeping with the teachings of our Catholic faith, to respect my conscience and the consciences of the women who work for them, too.

Sincerely,

Patricia Kunkel
11308 Kingshate Ln.
Oklahoma City, OK 73170

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1c0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14084
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** David Ramseyer
**Organization:** Concerned citizen

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1c1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14085
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Ferde Rombola

---

## General Comment

The Adminstration's proposed health care regulations are a violent and unconstitutional infringment of the First Amendment religious rights of all people of faith. The free exercise of religion leaves no room for the Federal government to force Catholics and others to violate their religiously mandated principles, particularly a right of conscience, under any circumstances, but especially for an alleged 'right' not found in the Constitution of the United States.

The repeated attacks against religion by a government run by heathens is a violation of the principle of equal protection of the law and is intolerable.

Ferde Rombola, Beverly, MA

**0045672**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1c2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14086
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045673**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1c3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14087
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Lila Davis

---

## General Comment

The new HHS regulations on sterilization and contraception abotions force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics.

These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045674**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1c5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14088
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Kathleen Bryson

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics
to choose between our faith and health care. By making this insurance coverage mandatory, our
government has violated the consciences of faithful Catholics and infringed on our rights to practice
our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of
Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by
lay Catholics. These Catholic institutions—as well as individual Catholic employers and health
insurance purchasers—are being forced by the government to violate their religious beliefs.
Mandatory contraception and sterilization coverage in college student insurance plans force Catholic
colleges to undermine their missions as Catholic institutions. Please repeal these regulations and
protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045675**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1c6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14089
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Keith Madden

---

## General Comment

Re: file code CMS-9992-IFC2
I strongly urge the administration to rescind the misguided and coercive mandate requiring that all health insurance plans cover controversial contraceptives and sterilization procedures, regardless of cost or conscientious objection.

It is unconscionable to force all Americans to subsidize controversial drugs such as ella and Plan B, which according to the FDA can end the development of a living human embryo.

The fig-leaf conscience exemption in the mandate is so narrow as to force many religious organizations, especially those that provide care for individuals outside the faith, to violate conscientiously held moral standards.

At a minimum, I urge you to remove contraceptives and sterilizations from the list of mandatory preventive services.
Thank you for your consideration of these views. I understand this comment will become part of the public record.

**0045676**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1c7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14090
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Pauline Bailey

---

## General Comment

See attached file(s)

---

## Attachments

Pauline_Bailey

**0045677**

Dear Secretary Sebelius,

Women who work for Catholic and other religious employers deserve the same, complete access to contraceptive coverage that HHS has approved for others. Anything less would be discriminatory and contrary to the social justice tradition central to my Catholic faith. I therefore urge you and the Department of Health and Human Services to include comprehensive family planning services for all women as a preventive benefit under the Affordable Care Act.

More than six in ten Catholic voters (63%) support health insurance coverage for contraception, including birth control pills. This is unsurprising, as restrictions to reproductive healthcare access harm Catholics—98 percent of sexually active Catholic women have used a modern method of birth control, mirroring the rates of the population at large (99%).

I have heard the stories of women workers who will be affected by these refusal clauses, women who are trying to support themselves and their families in these tough times. These women include thousands of teachers in Catholic schools and diocesan employees. They also include the spouses and dependents of others working for Catholic institutions, who may share insurance plans with their loved ones. All of these women provide the backbone of our Catholic community, even if they are not Catholic themselves. I cannot in good conscience support any rule that would treat them as second-class citizens unworthy of the same full access to comprehensive family planning coverage that other women receive.

You have heard recently from the US Conference of Catholic Bishops and other conservative Catholics on this issue. They are speaking neither for me nor the majority of the 68 million Catholics in the US. Rather than allowing their employees to follow their own consciences in making healthcare decisions, the bishops are attempting to impose their personal beliefs on everybody.

I respect the consciences of the bishops. However the majority of Catholics who support birth control coverage are equal American citizens. Most Catholics have determined that the use of birth control is the superior moral choice in many circumstances. Employees of our Church, who often make less than "market rates," are the people whose consciences have primary importance. Their employment makes possible much of Catholic charitable and socially important works in America. Coverage of birth control will not increase overall insurance costs, so cost is not an impediment.

Sincerely,

Pauline Bailey
104 Newfield Drive
Stamford, CT 06905

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1c8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14091
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jeannette Thomas

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045679**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1cb
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14092
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Arthur Gutierrez
**Organization:** Catholics

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1cc
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14093
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** ken smelter

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045681**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1cf
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14094
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Aaron Hendricks

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045682**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1d1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14095
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Janis Anderson

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045683**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1d2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14096
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Gregory Hartenstein

## General Comment

Dear President Obama,
The partsd of yiour healthcare that restricts religious freedom are NOT ACCEPTABLE. Why must you continue to sneak in your freedom of religion and our American freedoms in all you programs. If you are trying to destroy our way off life your are certainly doing ba good job.

Please retract your anti religious views from this bill.
Thank You

**0045684**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1d3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14097
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Marian Johnson

## General Comment

Please repeal healthcare regs that discriminate against the reliigious faith conscience rights of me and my fellow Catholics and other faithful citizens.

0045685

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1d4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14098
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Persephone Tan

---

## General Comment

See attached file(s)

---

## Attachments

Persephone Tan

**0045686**

Dear Secretary Sebelius,

Women who work for Catholic and other religious employers deserve the same, complete access to contraceptive coverage that HHS has approved for others. Anything less would be discriminatory and contrary to the social justice tradition central to my Catholic faith. I therefore urge you and the Department of Health and Human Services to include comprehensive family planning services for all women as a preventive benefit under the Affordable Care Act.

More than six in ten Catholic voters (63%) support health insurance coverage for contraception, including birth control pills. This is unsurprising, as restrictions to reproductive healthcare access harm Catholics—98 percent of sexually active Catholic women have used a modern method of birth control, mirroring the rates of the population at large (99%).

I have heard the stories of women workers who will be affected by these refusal clauses, women who are trying to support themselves and their families in these tough times. These women include thousands of teachers in Catholic schools and diocesan employees. They also include the spouses and dependents of others working for Catholic institutions, who may share insurance plans with their loved ones. All of these women provide the backbone of our Catholic community, even if they are not Catholic themselves. I cannot in good conscience support any rule that would treat them as second-class citizens unworthy of the same full access to comprehensive family planning coverage that other women receive.

You have heard recently from the US Conference of Catholic Bishops and other conservative Catholics on this issue. They are speaking neither for me nor the majority of the 68 million Catholics in the US. Rather than allowing their employees to follow their own consciences in making healthcare decisions, the bishops are attempting to impose their personal beliefs on everybody.

I respect the consciences of the bishops. I just expect them, in keeping with the teachings of our Catholic faith, to respect my conscience and the consciences of the women who work for them, too.

Sincerely,

Persephone Tan
New York, NY

0045687

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1d6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14099
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Peter Middleton
**Organization:** None

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, the HHS is violating the consciences of faithful Catholics and infringing on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045688**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1d7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14100
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Julianne Mulvaney

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Christians to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Christians and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans forces Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Christians as guaranteed by the First Amendment.

**0045689**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1d8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14101
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Ralph Biddy
**Organization:** Catholic

---

## General Comment

Preserve freedom of conscience

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment

**0045690**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1da
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14102
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Estrella Reyes
**Organization:** Legion of Mary/ CFC- Handmaid of the Lord

## General Comment

I totally disagree his platform because he approved many things that are against CATHOLICS. GOD will not allow him to win again because HE knows what is really in his heart. The LORD will always protect the righteous over evil.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1db
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14103
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Charlie Herb

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1dc
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14104
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Rachel Jones

## General Comment

See attached file(s)

## Attachments

Rachel Jones

**0045693**

Dear Secretary Sebelius,

Women who work for Catholic and other religious employers deserve the same, complete access to contraceptive coverage that HHS has approved for others. Anything less would be discriminatory and contrary to the social justice tradition central to my Catholic faith. I therefore urge you and the Department of Health and Human Services to include comprehensive family planning services for all women as a preventive benefit under the Affordable Care Act.

More than six in ten Catholic voters (63%) support health insurance coverage for contraception, including birth control pills. This is unsurprising, as restrictions to reproductive healthcare access harm Catholics—98 percent of sexually active Catholic women have used a modern method of birth control, mirroring the rates of the population at large (99%).

I have heard the stories of women workers who will be affected by these refusal clauses, women who are trying to support themselves and their families in these tough times. These women include thousands of teachers in Catholic schools and diocesan employees. They also include the spouses and dependents of others working for Catholic institutions, who may share insurance plans with their loved ones. All of these women provide the backbone of our Catholic community, even if they are not Catholic themselves. I cannot in good conscience support any rule that would treat them as second-class citizens unworthy of the same full access to comprehensive family planning coverage that other women receive.

You have heard recently from the US Conference of Catholic Bishops and other conservative Catholics on this issue. They are speaking neither for me nor the majority of the 68 million Catholics in the US. Rather than allowing their employees to follow their own consciences in making healthcare decisions, the bishops are attempting to impose their personal beliefs on everybody.

I respect the consciences of the bishops. I just expect them, in keeping with the teachings of our Catholic faith, to respect my conscience and the consciences of the women who work for them, too.

Sincerely,

Rachel Jones
135 Hawthorne Street, 4G
Brooklyn, NY 11225

0045694

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1de
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14105
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Gregory DiRocco MD
**Organization:** Catholic

## General Comment

Dear Mr President,

By making this insurance coverage of yours mandatory our government has violated the consciences of faithful catholics and infringed on our rights to practice our religious beliefs.

**0045695**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1df
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14106
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Joseph Valvo
**Organization:** PFC

## General Comment

your new rule on health care affects my freedom of relloigion. Change the rule or remove it.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1e7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14107
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Jean Talanda

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045697

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1e8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14108
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Deame Appel

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045698**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1e0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14109
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** john riffle

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045699**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1e1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14110
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Margaret Legner
**Organization:** private citizen

---

## General Comment

I do not like the mandatory sterilization & abortion for insurance co. to cover. I do not understand, Pres. Obama why you feel the government must control everything and everybody. This use to be a free country but not is getting to the point the government thinks it should control everything. This has to STOP!!!! Please reconsider having the mandatory sterilization & abortion part of the bill be removed.

**0045700**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1e9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14111
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Kathleen Andrewski

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045701**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1e2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14112
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Verda Redman
**Organization:** Roman Catholic

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1e5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14113
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** g zoeckler
**Organization:** Newman society

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045703**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1f0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14114
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Rebecca Spilecki

## General Comment

See attached file(s)

## Attachments

Rebecca Spilecki

**0045704**

Dear Secretary Sebelius,

Women who work for Catholic and other religious employers deserve the same, complete access to contraceptive coverage that HHS has approved for others. Anything less would be discriminatory and contrary to the social justice tradition central to my Catholic faith. I therefore urge you and the Department of Health and Human Services to include comprehensive family planning services for all women as a preventive benefit under the Affordable Care Act.

More than six in ten Catholic voters (63%) support health insurance coverage for contraception, including birth control pills. This is unsurprising, as restrictions to reproductive healthcare access harm Catholics—98 percent of sexually active Catholic women have used a modern method of birth control, mirroring the rates of the population at large (99%).

I have heard the stories of women workers who will be affected by these refusal clauses, women who are trying to support themselves and their families in these tough times. These women include thousands of teachers in Catholic schools and diocesan employees. They also include the spouses and dependents of others working for Catholic institutions, who may share insurance plans with their loved ones. All of these women provide the backbone of our Catholic community, even if they are not Catholic themselves. I cannot in good conscience support any rule that would treat them as second-class citizens unworthy of the same full access to comprehensive family planning coverage that other women receive.

You have heard recently from the US Conference of Catholic Bishops and other conservative Catholics on this issue. They are speaking neither for me nor the majority of the 68 million Catholics in the US. Rather than allowing their employees to follow their own consciences in making healthcare decisions, the bishops are attempting to impose their personal beliefs on everybody.

I respect the consciences of the bishops. I just expect them, in keeping with the teachings of our Catholic faith, to respect my conscience and the consciences of the women who work for them, too.

Sincerely,

Rebecca Spilecki
Wellman Street
Lewiston, ME 04240

**0045705**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1f2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14115
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Thomas Bradley

---

## General Comment

I am personally offended by the actions of our federal government in areas of imposing regulations and policies that are in opposition to conscience and to a higher law. The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1f3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14116
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mary Scotti

## General Comment

This is why our Healthcare is unsustainable. If not required to pay for things that could be avoided for free, we would not be so broke! Things that can cause desease or unwanted pregnancies should not be covered the same as skydiving is not a covered life insurance benefit. You can still choose to do these high risk activities but it will cost you, that is what freedom is all about.

**0045707**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1f4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14117
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Ruben Tamayo
**Organization:** Private

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045708**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1f5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14118
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** ann borengasser

---

## General Comment

The policies that Obama Care are promoting inculding forcing people to violate their consciences to provide steriliazaion, abortion and birth control and other life denying and life killing regulations are destructive to the dignity of men and women everywhere. They are horribly damaging to the dignity of the human person in that they deny all Americans religious freedom to form right consciences and enjoy a right relationship with God.

We have always been a free country and a people that honor each others religious freedom and conscience. To repudiate our respect for the beliefs and freedoms of others to follow the tenets of their faith is a path that should remain foreign to us. We are a loving, generous people who respect life, goodness, generosity and each other.

**0045709**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1ea
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14119
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Ginny Davis

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045710**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1f6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14120
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Rose Torelli

---

## General Comment

See attached file(s)

---

## Attachments

Rose_Torelli

**0045711**

Dear Secretary Sebelius,

Please read some books on abortion and contraception.  The simple answer of "NO" to each creates social problems that, as Catholics, we are supposedly against.

Women who work for Catholic and other religious employers deserve the same, complete access to contraceptive coverage that HHS has approved for others. Anything less would be discriminatory and contrary to the social justice tradition central to my Catholic faith. I therefore urge you and the Department of Health and Human Services to include comprehensive family planning services for all women as a preventive benefit under the Affordable Care Act.

More than six in ten Catholic voters (63%) support health insurance coverage for contraception, including birth control pills. This is unsurprising, as restrictions to reproductive healthcare access harm Catholics—98 percent of sexually active Catholic women have used a modern method of birth control, mirroring the rates of the population at large (99%).

I have heard the stories of women workers who will be affected by these refusal clauses, women who are trying to support themselves and their families in these tough times. These women include thousands of teachers in Catholic schools and diocesan employees. They also include the spouses and dependents of others working for Catholic institutions, who may share insurance plans with their loved ones. All of these women provide the backbone of our Catholic community, even if they are not Catholic themselves. I cannot in good conscience support any rule that would treat them as second-class citizens unworthy of the same full access to comprehensive family planning coverage that other women receive.

You have heard recently from the US Conference of Catholic Bishops and other conservative Catholics on this issue. They are speaking neither for me nor the majority of the 68 million Catholics in the US. Rather than allowing their employees to follow their own consciences in making healthcare decisions, the bishops are attempting to impose their personal beliefs on everybody.

I respect the consciences of the bishops. I just expect them, in keeping with the teachings of our Catholic faith, to respect my conscience and the consciences of the women who work for them, too.

Sincerely,

Rose Torelli
Parkside, PA

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1f8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14121
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** charles antell
**Organization:** u.s. citzen

## General Comment

I truly believe that the President is the ANTI CHRIST!!!!!!!!!!!!!!!!! The sooner he is out of office the better this country will be!!!!!!!!!!!!!!!!!!!!!!!!!!!

**0045713**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1f9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14122
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Margarita Jenkins

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Please be aware that our family votes and we strongly oppose these regulations.

In God we trust,
M. Jenkins

**0045714**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1fc
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14123
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Michelle Rogers

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045715**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1fd
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14124
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Royn Presley

## General Comment

See attached file(s)

## Attachments

Royn Presley

**0045716**

Dear Secretary Sebelius,

Women who work for Catholic and other religious employers deserve the same, complete access to contraceptive coverage that HHS has approved for others. Anything less would be discriminatory and contrary to the social justice tradition central to my Catholic faith. I therefore urge you and the Department of Health and Human Services to include comprehensive family planning services for all women as a preventive benefit under the Affordable Care Act.

More than six in ten Catholic voters (63%) support health insurance coverage for contraception, including birth control pills. This is unsurprising, as restrictions to reproductive healthcare access harm Catholics—98 percent of sexually active Catholic women have used a modern method of birth control, mirroring the rates of the population at large (99%).

I have heard the stories of women workers who will be affected by these refusal clauses, women who are trying to support themselves and their families in these tough times. These women include thousands of teachers in Catholic schools and diocesan employees. They also include the spouses and dependents of others working for Catholic institutions, who may share insurance plans with their loved ones. All of these women provide the backbone of our Catholic community, even if they are not Catholic themselves. I cannot in good conscience support any rule that would treat them as second-class citizens unworthy of the same full access to comprehensive family planning coverage that other women receive.

You have heard recently from the US Conference of Catholic Bishops and other conservative Catholics on this issue. They are speaking neither for me nor the majority of the 68 million Catholics in the US. Rather than allowing their employees to follow their own consciences in making healthcare decisions, the bishops are attempting to impose their personal beliefs on everybody.

I respect the consciences of the bishops. I just expect them, in keeping with the teachings of our Catholic faith, to respect my conscience and the consciences of the women who work for them, too.

Sincerely,

Royn Presley
Mcdonough, GA

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1ff
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14125
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Marty Amateis

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045718**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a200
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14126
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Ruth Riddick

---

## General Comment

See attached file(s)

---

## Attachments

Ruth Riddick

**0045719**

Dear Secretary Sebelius,

Women who work for Catholic and other religious employers deserve the same, complete access to contraceptive coverage that HHS has approved for others. Anything less would be discriminatory and contrary to the social justice tradition central to my Catholic faith. I therefore urge you and the Department of Health and Human Services to include comprehensive family planning services for all women as a preventive benefit under the Affordable Care Act.

More than six in ten Catholic voters (63%) support health insurance coverage for contraception, including birth control pills. This is unsurprising, as restrictions to reproductive healthcare access harm Catholics—98 percent of sexually active Catholic women have used a modern method of birth control, mirroring the rates of the population at large (99%).

I have heard the stories of women workers who will be affected by these refusal clauses, women who are trying to support themselves and their families in these tough times. These women include thousands of teachers in Catholic schools and diocesan employees. They also include the spouses and dependents of others working for Catholic institutions, who may share insurance plans with their loved ones. All of these women provide the backbone of our Catholic community, even if they are not Catholic themselves. I cannot in good conscience support any rule that would treat them as second-class citizens unworthy of the same full access to comprehensive family planning coverage that other women receive.

You have heard recently from the US Conference of Catholic Bishops and other conservative Catholics on this issue. They are speaking neither for me nor the majority of the 68 million Catholics in the US. Rather than allowing their employees to follow their own consciences in making healthcare decisions, the bishops are attempting to impose their personal beliefs on everybody.

I respect the consciences of the bishops. I just expect them, in keeping with the teachings of our Catholic faith, to respect my conscience and the consciences of the women who work for them, too.

Sincerely,

Ruth Riddick
401 8th Street
Brooklyn, NY 11215

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a202
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14127
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Michael Bussio
**Organization:** Self

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care.

By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics.

These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045721**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a205
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14128
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Travis Brewer
**Organization:** Cardinal Newman Society

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a206
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14129
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Georgia MacLean
**Organization:** Society of St. Vincent dePaul

## General Comment

If you can be so concerned about offending Muslims, How can you offend Christian beliefs by denying Americans' beliefs of not using public funds to fund abortions through health care. God won't forget and neither will I. As Pope John Paul II said, "Any nation that kills its weakest citizens has no hope."

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1ed
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14130
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Christina McClaugherty

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a1ee
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14131
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** George Miller
**Organization:** Health Insurance

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care.
By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics.
These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs.
Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.
Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a207
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14132
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Sharon Hoffman

---

## General Comment

See attached file(s)

---

## Attachments

Sharon Hoffman

0045726

Dear Secretary Sebelius,

Women who work for Catholic and other religious employers deserve the same, complete access to contraceptive coverage that HHS has approved for others. Anything less would be discriminatory and contrary to the social justice tradition central to my Catholic faith. I therefore urge you and the Department of Health and Human Services to include comprehensive family planning services for all women as a preventive benefit under the Affordable Care Act.

More than six in ten Catholic voters (63%) support health insurance coverage for contraception, including birth control pills. This is unsurprising, as restrictions to reproductive healthcare access harm Catholics—98 percent of sexually active Catholic women have used a modern method of birth control, mirroring the rates of the population at large (99%).

I have heard the stories of women workers who will be affected by these refusal clauses, women who are trying to support themselves and their families in these tough times. These women include thousands of teachers in Catholic schools and diocesan employees. They also include the spouses and dependents of others working for Catholic institutions, who may share insurance plans with their loved ones. All of these women provide the backbone of our Catholic community, even if they are not Catholic themselves. I cannot in good conscience support any rule that would treat them as second-class citizens unworthy of the same full access to comprehensive family planning coverage that other women receive.

You have heard recently from the US Conference of Catholic Bishops and other conservative Catholics on this issue. They are speaking neither for me nor the majority of the 68 million Catholics in the US. Rather than allowing their employees to follow their own consciences in making healthcare decisions, the bishops are attempting to impose their personal beliefs on everybody.

I respect the consciences of the bishops. I just expect them, in keeping with the teachings of our Catholic faith, to respect my conscience and the consciences of the women who work for them, too.

Sincerely,

Sharon Hoffman
130 Lindley Lane
Pittsburgh, PA 15237

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a20a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14133
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Helene Bowler

---

## General Comment

THe new HHS regulations on sterilization and contraception(including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions-as well as individual Catholic employers and health insurance purchasers-are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045728**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a20b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14134
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Brandon Nordhus

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045729**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a20e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14135
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** anna scott
**Organization:** stmaryfc

---

## General Comment

When you deny anyone the right to stand for their beliefs you have become an associate of evil. No better than any other accomplice after the crime.

**0045730**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a20d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14136
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Larry Garcia

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a218
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14137
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Suzanne Fitzpatrick
**Organization:** individual

---

## General Comment

I would like to go on record as disagreeing with that the above document noted indicates. These health related bills always seem to confuse the issue and attempt to provide services which many of the people affected truly do not want.

This needs to go back to the planning stages and prior to rewriting listen to what the people who are being covered want - and not what you - the government - want.

Praise God you will do this.

suzanne Fitzpatrick

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a219
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14138
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Sharon Ohara

---

## General Comment

See attached file(s)

---

## Attachments

Sharon OHara

**0045733**

Dear Secretary Sebelius,

Women who work for Catholic and other religious employers deserve the same, complete access to contraceptive coverage that HHS has approved for others. Anything less would be discriminatory and contrary to the social justice tradition central to my Catholic faith. I therefore urge you and the Department of Health and Human Services to include comprehensive family planning services for all women as a preventive benefit under the Affordable Care Act.

More than six in ten Catholic voters (63%) support health insurance coverage for contraception, including birth control pills. This is unsurprising, as restrictions to reproductive healthcare access harm Catholics—98 percent of sexually active Catholic women have used a modern method of birth control, mirroring the rates of the population at large (99%).

I have heard the stories of women workers who will be affected by these refusal clauses, women who are trying to support themselves and their families in these tough times. These women include thousands of teachers in Catholic schools and diocesan employees. They also include the spouses and dependents of others working for Catholic institutions, who may share insurance plans with their loved ones. All of these women provide the backbone of our Catholic community, even if they are not Catholic themselves. I cannot in good conscience support any rule that would treat them as second-class citizens unworthy of the same full access to comprehensive family planning coverage that other women receive.

You have heard recently from the US Conference of Catholic Bishops and other conservative Catholics on this issue. They are speaking neither for me nor the majority of the 68 million Catholics in the US. Rather than allowing their employees to follow their own consciences in making healthcare decisions, the bishops are attempting to impose their personal beliefs on everybody.

I respect the consciences of the bishops. I just expect them, in keeping with the teachings of our Catholic faith, to respect my conscience and the consciences of the women who work for them, too.

Sincerely,

Sharon Ohara
17687 Lake Forest Dr.
Penn Valley, CA 95946

0045734

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a21b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14139
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Margaret M. Mehl

---

## General Comment

I ask that this amendment be withdrawn as it infringes on peoples rights. It goes against Catholics religious beliefs. Their religious freedoms are taken from them.

Margaret M. Mehl

0045735

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a20f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14140
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Maris Glass
**Organization:** American Citizen

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a212
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14141
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Michael J Voegeli Sr

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a21d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14142
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** I Olson

## General Comment

The new HHS regulations on sterilization and contraception will force us Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has blatantly violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs.
The regulations' religious employer exemption does and will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions are being forced by the government to violate their religious beliefs.
Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. I ask you to please repeal these regulations and protect the religious freedom of Catholics and all American citizens, as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a21e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14143
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Sharone Wellington-deAnda

## General Comment

See attached file(s)

## Attachments

Sharone Wellington-deAnda

**0045739**

Dear Secretary Sebelius,

Women who work for Catholic and other religious employers deserve the same, complete access to contraceptive coverage that HHS has approved for others. Anything less would be discriminatory and contrary to the social justice tradition central to my Catholic faith. I therefore urge you and the Department of Health and Human Services to include comprehensive family planning services for all women as a preventive benefit under the Affordable Care Act.

More than six in ten Catholic voters (63%) support health insurance coverage for contraception, including birth control pills. This is unsurprising, as restrictions to reproductive healthcare access harm Catholics—98 percent of sexually active Catholic women have used a modern method of birth control, mirroring the rates of the population at large (99%).

I have heard the stories of women workers who will be affected by these refusal clauses, women who are trying to support themselves and their families in these tough times. These women include thousands of teachers in Catholic schools and diocesan employees. They also include the spouses and dependents of others working for Catholic institutions, who may share insurance plans with their loved ones. All of these women provide the backbone of our Catholic community, even if they are not Catholic themselves. I cannot in good conscience support any rule that would treat them as second-class citizens unworthy of the same full access to comprehensive family planning coverage that other women receive.

You have heard recently from the US Conference of Catholic Bishops and other conservative Catholics on this issue. They are speaking neither for me nor the majority of the 68 million Catholics in the US. Rather than allowing their employees to follow their own consciences in making healthcare decisions, the bishops are attempting to impose their personal beliefs on everybody.

I respect the consciences of the bishops. I just expect them, in keeping with the teachings of our Catholic faith, to respect my conscience and the consciences of the women who work for them, too.

Sincerely,

Sharone Wellington-deAnda
147 Fulton Street
Poughkeepsie, NY 12601

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a213
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14144
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mary Ellen Hennig
**Organization:** parishioner of St. Joseph of Cupertino Church, Cupertino, CA

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045741**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a215
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14145
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** karen bertelson
**Organization:** mom

## General Comment

Please do not pass legislation that discriminates against thosethat don't believe as you do. Why is it okay if you are Muslin or Hindu or Jewish to step out of something that you disagree with, but if you are Christian, you must do as the government says. Please protect our right to free belief.

**0045742**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a222
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14146
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** S. Mary Schultz
**Organization:** Sisters of Christian Charity

## General Comment

I vehemently oppose the violation of rights of religious people to follow their consciences regarding abortion, contraception, and sterilization procedures. The HHS regulations are preposterous. They undermine the mission of most Catholic institutions. The government has no right to violate these basic rights guaranteed by our Constitution. I urge you to repeal these regulations.

0045743

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a223
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14147
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Carol Sniadecki

---

## General Comment

These new HHS-OS--2011-0023-0002 regulations on sterilization and contraception need to be repealed. They violate First Amendment rights of lay Catholics.

0045744

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a224
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14148
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Elizabeth Blackburn

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045745

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a225
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14149
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Jonathan Ramseyer

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045746**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a22f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14150
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Janene Winter

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045747**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a230
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14151
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics (and other Christians) to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our Constitutional right to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their fundamental and sacred religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.
In addition, the regulations are simply bad healthcare policy, regardless of religious issues. Contraception is not healthcare (with few, limited exceptions), as pregnancy is not an illness or disorder. Similarly, abortifacients are not healthcare, insofar as they kill human beings.
Please repeal these regulations and protect the religious freedom of Catholics and people of other religions, as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a227
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14152
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Elaine

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045749**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a228
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14153
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Cynthia Bartolomey

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a22a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14154
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Sheila Crowell

## General Comment

See attached file(s)

## Attachments

Sheila Crowell

Dear Secretary Sebelius,

Women who work for Catholic and other religious employers deserve the same, complete access to contraceptive coverage that HHS has approved for others. Anything less would be discriminatory and contrary to the social justice tradition central to my Catholic faith. I therefore urge you and the Department of Health and Human Services to include comprehensive family planning services for all women as a preventive benefit under the Affordable Care Act.

More than six in ten Catholic voters (63%) support health insurance coverage for contraception, including birth control pills. This is unsurprising, as restrictions to reproductive healthcare access harm Catholics—98 percent of sexually active Catholic women have used a modern method of birth control, mirroring the rates of the population at large (99%).

I have heard the stories of women workers who will be affected by these refusal clauses, women who are trying to support themselves and their families in these tough times. These women include thousands of teachers in Catholic schools and diocesan employees. They also include the spouses and dependents of others working for Catholic institutions, who may share insurance plans with their loved ones. All of these women provide the backbone of our Catholic community, even if they are not Catholic themselves. I cannot in good conscience support any rule that would treat them as second-class citizens unworthy of the same full access to comprehensive family planning coverage that other women receive.

You have heard recently from the US Conference of Catholic Bishops and other conservative Catholics on this issue. They are speaking neither for me nor the majority of the 68 million Catholics in the US. Rather than allowing their employees to follow their own consciences in making healthcare decisions, the bishops are attempting to impose their personal beliefs on everybody.

I respect the consciences of the bishops. I just expect them, in keeping with the teachings of our Catholic faith, to respect my conscience and the consciences of the women who work for them, too.

Sincerely,

Sheila Crowell
376 N. Fullerton Avenue
Montclair, NJ 07043

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a231
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14155
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Dave Houde

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045753**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a239
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14156
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Leticia Torres

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a23a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14157
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Elizabeth Cosgray
**Organization:** Catholic, mother, grandmother, counselor

---

## General Comment

Dear Pres. Obama,

Please hear the pleas of people of many different faiths who agree that life is precious and any kind of birth control that causes death of an embryo is considered abortion and should not be allowed and certainly not included and mandated in health plans.
Further any such mandates that cause Catholic health programs, clinics or hospitals to choose between their beliefs and continuing to provide services violates our basic rights.
Hope and change should not come at the expense of the unborn or of the beliefs of people of faith, any faith. We call for a revision of the Patient Protection and Affordable Care Act: Amendment (Document ID HHS-OS-2011-0023-0002).

**0045755**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a232
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14158
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** dr John joosten
**Organization:** woodcreek peidatrics

## General Comment

This is an unmitigated crime. To enforce government regulations on concscience is the first step towards social breakdown.
Vote against the passage of this bill . JJoosten

**0045756**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a233
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14159
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Patricia Roxby

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045757**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a234
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14160
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Peter Murphy
**Organization:** University of Nebraska Medical Center

## General Comment

The new HHS regulations on sterilization and contraception are unjust. The government is seeking, by several means, to force me and other faithful Catholic physicians to practice in a way that is abhorrent to us. It is truly coersive and a violation of my first amendment rights.

**0045758**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a235
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14161
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Laraine Kasprow
**Organization:** conscientious Catholic voter

---

## General Comment

I object to the new rule requiring health plans to provide contraceptives and abortions and other things which violate my religious beliefs and practices and present a moral dilemma to me and many others. I do not think it is morally right nor legal to force people to violate their conscience to obtainhealth care. Nor is it desiarable to alienate an entire group of people. As a conscientious Catholic (who votes) I ask you to remove this offensive provision and allow people freedom to follow their conscience without undue coercion.

Imagine the cost to the country if all the Catholic hosp8ital and Catholic doctors and Catholic businesses and insurers ceased to practice, care for patients or stop business. Also imagine all the free charitable giving and servie to the poor and orphans and children up for adoption that would then be forced upon government financing because they refuse to submit to this new government provision to provide morally offensive abortion and contraceptive assistance.

Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a23c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14162
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Deacon Michael Comerford
**Organization:** Catholic Clergyman

## General Comment

The new HHS regulations on sterilization and contraception force Catholics to choose between our faith and health care. By making this mandatory, the government violates the consciences of faithful Catholics and infringe on our rights to practice our religious beliefs. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a236
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14163
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Flo Foshay

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment

**0045761**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a23d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14164
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Susan Kennedy

---

## General Comment

See attached file(s)

---

## Attachments

Susan Kennedy

**0045762**

Dear Secretary Sebelius,

Women who work for Catholic and other religious employers deserve the same, complete access to contraceptive coverage that HHS has approved for others. Anything less would be discriminatory and contrary to the social justice tradition central to my Catholic faith. I therefore urge you and the Department of Health and Human Services to include comprehensive family planning services for all women as a preventive benefit under the Affordable Care Act.

More than six in ten Catholic voters (63%) support health insurance coverage for contraception, including birth control pills. This is unsurprising, as restrictions to reproductive healthcare access harm Catholics—98 percent of sexually active Catholic women have used a modern method of birth control, mirroring the rates of the population at large (99%).

I have heard the stories of women workers who will be affected by these refusal clauses, women who are trying to support themselves and their families in these tough times. These women include thousands of teachers in Catholic schools and diocesan employees. They also include the spouses and dependents of others working for Catholic institutions, who may share insurance plans with their loved ones. All of these women provide the backbone of our Catholic community, even if they are not Catholic themselves. I cannot in good conscience support any rule that would treat them as second-class citizens unworthy of the same full access to comprehensive family planning coverage that other women receive.

You have heard recently from the US Conference of Catholic Bishops and other conservative Catholics on this issue. They are speaking neither for me nor the majority of the 68 million Catholics in the US. Rather than allowing their employees to follow their own consciences in making healthcare decisions, the bishops are attempting to impose their personal beliefs on everybody.

I respect the consciences of the bishops. I just expect them, in keeping with the teachings of our Catholic faith, to respect my conscience and the consciences of the women who work for them, too.

Sincerely,

Susan Kennedy
2009 Clearfield Lane
Chattanooga, TN 37405

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a23f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14165
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Pam Kendig

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a240
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14166
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Eugene Rorke

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045765**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a242
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14167
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Rozella Vestal

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a243
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14168
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Pauline Merklin
**Organization:** Cardinal Newman Society

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religiou belifs. The regulations' religious employer exemptio will not protect the hundreds of Catholic colleges,schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions - as well as individual Catholic employers and health insurance purchasers - are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a24d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14169
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Sondra I. Shinn

---

## General Comment

Stop interfering with the Catholic beliefs. Do not force this unconstituional way of thinking and practice on our individual
Rights as free people of the United States.

**0045768**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a250
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14170
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Susan Safford

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045769**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a245
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14171
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Anne Strasser
**Organization:** Roman Catholic

## General Comment

I urge you to allow people of conscience to honor their moral beliefs by not allowing Ammendment HHS-OS-201`1-0023-0002 to be accepted as it is currently written.

Putting Obama Care through without a conscience clauses violates the rights of all Roman Catholics in the medical field, pharmaceutical field and those providing insurance for employees and students in Catholic dioceses, businesses, organizations, schools and parishes.

If this legislation is not amended to include conscience clauses, I will spend my money, time and effort to defeat all legislation, candidates and political parties who refuse to support my right to freely exercise my conscience in all aspects of my life. And I will travel or move as necessary to do so.

Anne C Strasser
806 Regatta Dr
Niceville, FL 32578

**0045770**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a246
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14172
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Tia Triplett

---

## General Comment

See attached file(s)

---

## Attachments

Tia Triplett

0045771

Dear Secretary Sebelius,

Women who work for Catholic and other religious employers deserve the same, complete access to contraceptive coverage that HHS has approved for others. Anything less would be discriminatory and contrary to the social justice tradition central to my Catholic faith. I therefore urge you and the Department of Health and Human Services to include comprehensive family planning services for all women as a preventive benefit under the Affordable Care Act.

More than six in ten Catholic voters (63%) support health insurance coverage for contraception, including birth control pills. This is unsurprising, as restrictions to reproductive healthcare access harm Catholics—98 percent of sexually active Catholic women have used a modern method of birth control, mirroring the rates of the population at large (99%).

I have heard the stories of women workers who will be affected by these refusal clauses, women who are trying to support themselves and their families in these tough times. These women include thousands of teachers in Catholic schools and diocesan employees. They also include the spouses and dependents of others working for Catholic institutions, who may share insurance plans with their loved ones. All of these women provide the backbone of our Catholic community, even if they are not Catholic themselves. I cannot in good conscience support any rule that would treat them as second-class citizens unworthy of the same full access to comprehensive family planning coverage that other women receive.

You have heard recently from the US Conference of Catholic Bishops and other conservative Catholics on this issue. They are speaking neither for me nor the majority of the 68 million Catholics in the US. Rather than allowing their employees to follow their own consciences in making healthcare decisions, the bishops are attempting to impose their personal beliefs on everybody.

I respect the consciences of the bishops. I just expect them, in keeping with the teachings of our Catholic faith, to respect my conscience and the consciences of the women who work for them, too.

Sincerely,

Tia Triplett
3959 Berryman Avenue
Los Angeles, CA 90066

0045772

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a252
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14173
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Sandra Rabuse

---

## General Comment

Dear President Obama,
I am opposed to the contraceptionand sterilizaion mandate for insurance companies. You are trying to take away our religious freedoms which are what make our country different and great.

**0045773**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a253
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14174
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Randall Fornoff
**Organization:** MTS Painting and Property Services, Inc

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. I believe this is unconstitutional, it seems especially to oppose the First Amendment.

The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.

Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045774**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a248
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14175
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Pat McArdle

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045775**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a249
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14176
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Eric Verzola

---

## General Comment

I am a husband & father of six. I am horrified by the implementation of the 2010 Patient Protection and Affordable Care Act (the new health care reform law), by the U.S. Department of Health and Human Services (HHS). HHS recently issued a rule requiring almost all private health plans to cover contraception and sterilization as "preventive services" for women. The mandate even forces individuals and groups with religious or moral objections to purchase and provide such coverage if they are to receive or provide health coverage at all. This poses an unprecedented threat to individual and institutional religious freedom.

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

Choose LIFE! I will pray for you

**0045776**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a24a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14177
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Martha Walker

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045777**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a24b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14178
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Michael Ibach
**Organization:** Catholic Diocese of Yakima, Washington

## General Comment

I strongly object to the decision that Catholic institutions would have to follow the new instructions for coverage of preventive services since this goes against our consciences and moral teachings. I beleive the institutions that have these objects should be exempt from such ruling since it also goes against our right to practice our faith without interferrance from governement. Please, I ask that the regulations forcing a Catholic Institution to provide such insurance be exempt

**0045778**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a256
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14179
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** James Brown

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045779**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a257
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14180
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mary Clements

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045780**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a258
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14181
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Annamarie Landolt

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045781**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a259
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14182
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Daniel Charlebois
**Organization:** Catholic Church

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a24c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14183
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** William Stavisky

---

## General Comment

See attached file(s)

---

## Attachments

William Stavisky

**0045783**

Dear Secretary Sebelius,

Women who work for Catholic and other religious employers deserve the same, complete access to contraceptive coverage that HHS has approved for others. Anything less would be discriminatory and contrary to the social justice tradition central to my Catholic faith. I therefore urge you and the Department of Health and Human Services to include comprehensive family planning services for all women as a preventive benefit under the Affordable Care Act.

More than six in ten Catholic voters (63%) support health insurance coverage for contraception, including birth control pills. This is unsurprising, as restrictions to reproductive healthcare access harm Catholics—98 percent of sexually active Catholic women have used a modern method of birth control, mirroring the rates of the population at large (99%).

I have heard the stories of women workers who will be affected by these refusal clauses, women who are trying to support themselves and their families in these tough times. These women include thousands of teachers in Catholic schools and diocesan employees. They also include the spouses and dependents of others working for Catholic institutions, who may share insurance plans with their loved ones. All of these women provide the backbone of our Catholic community, even if they are not Catholic themselves. I cannot in good conscience support any rule that would treat them as second-class citizens unworthy of the same full access to comprehensive family planning coverage that other women receive.

You have heard recently from the US Conference of Catholic Bishops and other conservative Catholics on this issue. They are speaking neither for me nor the majority of the 68 million Catholics in the US. Rather than allowing their employees to follow their own consciences in making healthcare decisions, the bishops are attempting to impose their personal beliefs on everybody.

I respect the consciences of the bishops. I just expect them, in keeping with the teachings of our Catholic faith, to respect my conscience and the consciences of the women who work for them, too.

Sincerely,

William Stavisky
8422 Cactus Creek
San Antonio, TX 78251-1826

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a262
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14184
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Winifred Callanan

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Thank You

**0045785**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a25a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14185
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Albert Simmel
**Organization:** none

---

## General Comment

The new healthcare regulations on sterilization and contraception force Catholics to violate their conscience and infringe on their right to practice their beliefs. The "religious employer" exemption will not protect the hundreds of Catholic colleges, schools, and organizations that are not owned by the Church but instead run by lay Catholics, their missions as Catholic institutions will undermined. Protect the religious freedom of Catholics as guaranteed by the First Amendment, repeal these regulations!

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a25b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14186
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mel Niemiec

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, hospitals, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045787

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a25c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14187
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Teresa Bennett

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a25d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14188
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Robert DeLuca

---

## General Comment

I am a practicing Catholic and the new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, you (our government) has violated the consciences of faithful Catholics, like myself, and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a25e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14189
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Martha Collins
**Organization:** Catholic

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Sincerely,
Martha Collins

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a264
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14190
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** JoAnn Ryan

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a265
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14191
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** John Otis

---

## General Comment

Europe and the U.S. are suffering economicall, not to mention morally and spiritually, from a demographic wonter due to aborttion and other anti-family planning. The Catholic Church in God's wisdom does not buy into that error of anti-life ideologies which actually create the problems government seeks to solve. Our religious rights are violating by forcing those errors that destroy consceinces, marriages, society and life. Please consider and turn from thewe errors back to the wisdom and love of God, the Author of life and all that is true and good. Catholic Universities and organizations must not be tyrannically forced to participate in those activities labelled as 'healthcare' which are destructive of lives and souls. +

**0045792**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a260
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14192
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Olga Lucia Manrique Ortiz

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Thank you for listening, and respecting our moral values!

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a266
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14193
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Judith DeFonzo

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

These regulations are completely unnecessary.

**0045794**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a26b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14194
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Rosemary Payne
**Organization:** Catholic

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

If people want those benefits offered by their employer then they are free to go to work for an employer that does offer them the benefits that they desire!

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a267
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14195
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** NEFTALI TORRES

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045796**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a268
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14196
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Therese C. Tremmel

---

## General Comment

As a practicing Catholic and a follower of God's commandments I do not want to be complicit with the MURDER of the unborn. Your plan to enforce the affordable care act forces me to be complicit with murders that happen because of abortion. It also makes me complicit in supporting immoral living. Our nation is founded on moral and religious principals that allow for a society that lives in peace. With out these principals we are condemned to the same fate as all other socialistic and amoral countries. Look at history, check the prospects of many of our fellow nations - the US has so much more because of our Judeo-Christian foundation and values. I do not want to stand before God and try to explain why I helped pay for the murder of the unborn, made health care unaffordable/unavailable for the majority of Americans.
Do not destroy the freedoms we hold so dear. Do not destroy the values of America. Do not force the taxpayers to destroy their own country through a financially unsound law. Please admit this bill is a failure and will put us in the same boat with Canada and Europe - health care that cost millions, but fails too proper care for the people.

**0045797**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a26c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14197
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** mary jirsek

---

## General Comment

I do not want "Amendment (Document ID HHS-OS 2011- 0023 0002) passed. Do not pass; I am a Catholic and it violates my Catholic beliefs. We should not be forced to finance or take part in what I believe to be immoral.

DO NO PASS!!!!!!!!!

**0045798**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a269
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14198
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Suzanne McClorey

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045799**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a275
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14199
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Maureen Perez

## General Comment

The new HHS regulations concerning steriization and contraception violate the consciences of faithful Catholics and force us to go against our religious beliefs. These regulations infringe upon our rights to practice our religion. Please repeal these regulations and protect our First Amendment rights. Thank you.

Sincerely,
Maureen Flynn Perez

**0045800**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a26e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14200
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Kay Vogel
**Organization:** Reitred hospital worker

---

## General Comment

Please do not make the Group Health Plans and Health Insurance Issuers relating to coverage of Preventive Services under the Ptient Protection and Affordable Care Act mandatory. This health bill takes away the right of Catholic Instituions and Employers to choose Life. Thank you

**0045801**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a26f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14201
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Robert Millott

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045802**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a270
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14202
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Dale Kohn

## General Comment

Forcing Americans to finance health procedures that they believe to be morally wrong according to their religious beliefs is a violation of the Constitution. This President continues to thumb his nose at the United States Constitution. This is one more step to taking away our freedom and to place us all eventually in chains. What a sad day for America.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a271
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14203
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Susan Edgington
**Organization:** Personal

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care.
The Government must not be involved in such things.

Remove this from the Bill.

**0045804**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a276
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14204
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Sheila Fogarty
**Organization:** GiveAVoice

## General Comment

You are attempting to make us implicit in the destruction of the smallest among us. Please examine your conscience and realize that we are to be represented in liberty and justice for ALL. We all have a conscience that helps us live a life of faith and morals, in turn it aides societies as it has for centuries.

0045805

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a277
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14205
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Joseph Moran
**Organization:** Cardinal Newman society

## General Comment

It is now imperative that the government get out of people personal lives, and stop giving birthd control to people, freely, whether they ask for it nor not.

You, President Obama are know to be an abortion president.

Who do you think you are ? Perhaps your mom may have aborted you............how would you like that.

Stop trying to limit the population.

This counry can and has the room to feed everone, and provide for other countries also............

God will punish this country harshlhy, if we not not change the abortion approach.................and you also President Obama..............God know what is in your heart, and it is not for the good of the child in the womb.

You let these people in our couintry and then you give 300 000 their rights, rights we had to work hard to attain.....yet, you are buying votes..............so while congress was out, you snuck thru the legislation.....what a sneaky thing to do.

You have made out great county almost a third world country, and I think in my heart, you are not thru trying.

I am a senior citizen, and if you have your way, you will do away with us Senior citizens like you want to do with the unborn children in the womb.

**0045806**

Whey don't you and your wife go to an abortion clinic and witness an abortion, where they reach inside the womb and dismember the living child..........talk about cruelty, that shouw not even be dong to an animal.

I pray God shines His light into your mind,so you will see the ills you are all for.

Sincerely, Joseph Moran

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a273
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14206
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** C Johnston

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045808**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a279
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14207
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Randy Bianchi

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045809**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a280
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14208
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Edward Tafe

---

## General Comment

Please do NOT interfere with the conscience rights of health care providers!

**0045810**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a27e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14209
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Ann Rakich
**Organization:** Roman Catholic Church

---

## General Comment

I oppose the government health mandates which discriminate against Catholic schools, hospitals, and organizations that force one to provide so called "health services" that are contrary to Catholic teaching.

I urge you to provide broad exceptions for acts of conscience.

Thank you. Ann Rakich

**0045811**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a283
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14210
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Sonya Smith

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045812**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a289
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14211
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Sandra Delgado, O.P.

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a284
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14212
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** VINCENT MULLEN,II M.D.

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a285
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14213
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Barbara Adams

## General Comment

As a Catholic citizen of the United States I am writing to protest the mandatory coverage of birth control and sterilization as "preventative care". This violates the conscience of hundreds of thousands of Catholics and threatens freedom of religion. Please remove this regulation from the health care act.

**0045815**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a28a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14214
Comment on FR Doc # 2011-19684

---

# Submitter Information

**Name:** EDWARD KAUNELIS
**Organization:** POLITICS NOT AS USUAL

---

# General Comment

STICK TO JOBS, STOP INTERFERRING WITH SOCIAL MATTERS.

0045816

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a286
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14215
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Dane McMurray

---

## General Comment

Please stop. I thought the President was the one who was supposed to help support freedom of speech, and freedom of religion. Business not run by state should be able to have their own control over policies.

**0045817**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a287
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14216
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Jean Malone

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045818**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a288
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14217
Comment on FR Doc # 2011-19684

## Submitter Information

**Organization:** A voter from Illinois and a Roman Catholic

## General Comment

Pregnancy is not a disease and should not be treated as one. The government has no right to spend tax money on things related to birth control nor require others to. Also, Catholic colleges, hospitals and clinics should not be required to violate their religious rights and beliefs by teaching things contrary to their Christian values.

**0045819**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a28b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14218
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Phyllis Schwarz

---

## General Comment

I fully support the comments and arguments in the following paragraph in accordance with my Catholic Faith.

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

It is very unfortunate and hypocritical of Congress to pass such a measure so blatantly against Catholic citizens' religious beliefs, and yet on the other hand Congress protects many religious convictions of other faiths.
Pregnancy is a gift from God and the only moral way to "prevent" creation of a human is to abstain from intercourse - period! No government involvement is necessary to accomplish that.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a293
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14219
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Sherry Gonzales

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045821**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a294
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14220
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** roy bonario

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045822

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a28d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14221
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Lou J Apa
**Organization:** Catholic church.

---

## General Comment

SUBJECT: I Raise My voice against Fed's attack on conscience!

Dear Sir;
I, respectfully, demand that the Obama Administration revoke new healthcare regulations that blatantly violate our— mine, and the Catholic Chritian Church's—religious freedom.

**0045823**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a28e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14222
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Corrine Lindsay
**Organization:** Lindsay Ranch

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.
Our country needs people not the destruction of life.

0045824

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a28f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14223
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Kathleen Windmueller

## General Comment

Catholic colleges and university should not be forced to provide birth control contraceptive devices and medicines when this is clearly in violation of their principles and identities. It is rediculous that the government is invading every aspect of our freedoms.

**0045825**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a290
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14224
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Barbara Reall

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment

**0045826**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a296
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14225
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Hector Romeu

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045827**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a291
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14226
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** freddie stewart

---

## General Comment

This attempt by HHS to obviate individual conscience and democratic process via an administrative "fiat" will almost certainly fuel a social backlash comparable to the "Tea Party" political response to record deficit spending and nationalization of health care. Unless HHS' goal is to cause many to equate the social progress of women with tyrannical government dictates, HHS must abandon this "in your face" attack on religious and econonic liberty in forcing Americans to purchase abortive and contraceptive insurance regardless of concscience. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2a0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14227
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Daniel Williams

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.

Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment!

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2a1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14228
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Michael Puccetti

## General Comment

The administration's rule to force all insurance companies to offer contraceptive medication and devices, as well as abortifaciens is an outrageous attack on Americans' freedoms. One of the conditions of the so-called conscience exemption is that an employer be only dealing with those of its own faith. Given the fact that Christian, and especially Catholic, organizations have always offered medical, educational and other services based on the needs of the recipient and not his or her faith, this is a direct assault on conscience rights. The Federal government has no business trying to dictate a secular creed to Americans. I call on you to reverse this measure immediately.

**0045830**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a297
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14229
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Michelle Brisendine

---

## General Comment

I continue to be appalled at the President's anti-life agenda. I'm exremely opposed to mandatory coverage of contraception, sterilization and chemical abortifacients. You cannot and should not be able to force insurance companies to underwrite procedures which are considered by many to be morally wrong. If it is a woman's "choice" to select these things, then they don't fall into the category of vital health care. You continue to make choices that assault children. I beg you to reconsider.

**0045831**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2a2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14230
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Claudia

---

## General Comment

To Whom it may concern,
The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2a3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14231
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Anthony Joyce
**Organization:** Creative Touch

---

## General Comment

Your Obama mandate that requires the violation of Catholic practitioners consciences is also a violation of the constitution for the freedom of religion.
It is also a violation of the entire Catholic religious practice for the lay and the teaching of the moral Law. Your document ID HHS-OS-2011-0023-0002 is an obvious attempt of a president in trying to destroy the oldest Christian Religion by subverting it's most basic practice of protecting life from the start.

It needs to be stopped.

**0045833**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2a4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14232
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** william barry
**Organization:** Individual Catholic

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045834**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a299
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14233
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Bryan Stanistreet
**Organization:** University of Rochester School of Medicine

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

As a health care provider, I know that there are other means through which women who wish to obtain these means may. This should not be legislated.
Sincerely,

Bryan Stanistreet, 4th year medical Student

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a29a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14234
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mark Ptak

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045836**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2a5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14235
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jane Gilroy

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a29b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14236
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Barbara Kaping

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045838**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2a6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14237
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Concerned Citizen

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045839**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a29c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14238
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** elizabeth griffith

---

## General Comment

I strongly oppose the Obama healthcare which is offensive to Christian principles of respect for life, by forcing healthcare to fund abortion, sterilization and birthcontrol

**0045840**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2a7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14239
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Roxanna Vera-y-Aragon

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045841**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2aa
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14240
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** rm coleman
**Organization:** n/a

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients)put an unconstitutional burden on Catholics by attempting to force us to choose between our faith and health care. Making this insurance coverage mandatory infringes our rights to practice our religion. The so called religious employer exemption does not protect hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics.

This is not what we were promised in the 2008 campaigns. This is pro abortion divisive action. Please don't do this. Respect the First Amendment.

**0045842**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2b4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14241
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Felician Zell

## General Comment

new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2b5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14242
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Paul Simoneau

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

Stop this assault upon religious freedom and bailing out Planned Parenthood.

**0045844**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2b6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14243
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** keith

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045845**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2b7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14244
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** J D Kain
**Organization:** None

---

## General Comment

The regulations proposed for sterilization and contraception violate my right to religious freedom. This is America, land of the free; not pre-WW2 Germany.
Please respect all Americans' right to religious freedom in all your proposed regulations. Leave us free.

**0045846**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2b8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14245
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Lisa Jenkins

---

## General Comment

Please remove these items from the Health Care reform...especially those that violate the principles of our Catholic faith.

**0045847**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2ac
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14246
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Molly Bender

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045848**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2ad
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14247
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** John Consatantine

---

## General Comment

Leave religious Catholic institutions out of this program. What will happen next? "Sir, you are 85, you have lived long enough so take this pill so society can save money. Would you force me or someone or even yourself to kill someone?

0045849

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2ae
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14248
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Janice Cocas
**Organization:** member of Holy Roman Catholic Church

## General Comment

Arrempting to force christians and all believers in the sanctity of life to promote the agenda of contraception and abortion is the epitomy of Christian-bashing, and all others who hold the belief that the pre-born have not the right to life-Truly the most dangerous place on earth is 'A Mothers Womb', where murder is comitted in the name of convenience-Would that God would open up the eyes and hearts of those persuing the death of the pre-born-This administration and Obama being the most pro-abortion advocators in the history of the United States of America-God help the babies as these advocates of the culture of death plan to destroy more precious lives....

**0045850**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2b9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14249
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Dr. James E. Brown, Jr.

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045851**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2af
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14250
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Scott Elder
**Organization:** none

## General Comment

I am completely opposed to this clear violation of religious freedom.

0045852

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2b0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14251
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Lou J Apa

## General Comment

ACTION COMMENT: Save lives1...NOW!!!

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045853**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2b1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14252
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Patty

---

## General Comment

Please do not proceed with HHS-OS-2011-0023-0002. The provisions that require insurance companies to pay for birth control and sterilizations are an affront to my freedom of religion. Do not force those who morally oppose these measures to pay for this.

**0045854**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2bb
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14253
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Sidney Anderson
**Organization:** Cardinal Newman Society

## General Comment

My wife and I are opposed to the New HHS regulations in regards to sterilization, contraception and abortifacients. As Catholics we are against promotion of these procedures especially on College Campuses.

**0045855**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2b3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14254
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Elana Stanley

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2bc
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14255
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Theresa Stevens

## General Comment

The new HHS regulations on steriliztion and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions - as well as individual Catholic employers and health insurance purchasers - are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.
I continue to have deep concerns about the Obama administration and just exactly what road he is leading America down. My suspicions continue to grow that he truly wants a socialist America.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2c8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14256
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Louise Barrett
**Organization:** Self

---

## General Comment

It is unprecedented in the history of our wonderful country that freedom of Religion is being removed.
The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

I completely believe that one day research will prove that there is a link between breast cancer and birth control/abortion. How ironic that we will be forced to pay for carcinogens in our health care plan.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2ca
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14257
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Dorene Saporito

---

## General Comment

With all due respect to you our leaders,
The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045859**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2bf
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14258
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mary Lamecker

## General Comment

I beg you to search your conscience in reviewing this code. We continue to lose more and more of our freedoms that we cherish.

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

PLEASE, PLEASE, DO NOT ALLOW THE GOVERNMENT TO MANDATE THESE CHANGES!

0045860

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2cb
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14259
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mark Kantor
**Organization:** n/a

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045861**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2cc
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14260
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Lucy Bianchi

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045862**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2c1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14261
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Richard Dyer

---

## General Comment

I will not vote for another Democrat in any election (local or national) for the remainder of my years if this bill is signed into law.

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045863**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2cd
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14262
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Marilyn Maher
**Organization:** Individual

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045864

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2c2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14263
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Diane Abrahamson
**Organization:** none

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045865**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2c3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14264
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** kelly flynn

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045866**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2c4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14265
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Monica Donato

---

## General Comment

You have no right to FORCE someone to healthcare, AS PER the Bill which states that Muslims are not required to, there is a double standard. THIS IS THE USA not WWII Germany.

0045867

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2d4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14266
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Gregory Ganser

## General Comment

Respect our religious freedom and conscience clause when it comes to serving the health needs of our people.

0045868

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2d5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14267
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Scott Schemmel

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.

Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2d6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14268
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Christina Smith

## General Comment

I do not think it is ethical to force people to pay out of their own pockets with their own hard earned money for other immoral decisions, for example, sterilizations, tubal ligations, and morning after pills. This is inherently wrong.

**0045870**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2d7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14269
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Patrick Ortman

## General Comment

Please don't use my taxes to pay for contraceptives. And please don't mandate that all employers offer coverage that they may consider to be wrong. This is a grave infringement upon the trust of the taxpayers whose money you are spending.

**0045871**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2c5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14270
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Christopher Hirt

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045872**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2d8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14271
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Vincent Saporito

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2c6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14272
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Lynn Connelly

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045874**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2d9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14273
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Ronald Zeszut

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045875**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2c7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14274
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Joan Dunn

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045876

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2dc
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14275
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Raymond Wolfe

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2dd
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14276
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Marie Winker
**Organization:** Consumer

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care.

By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs.

The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers —are being forced by the government to violate their religious beliefs.

Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.

Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045878**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2db
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14277
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** JoAnne O'Neill

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

A leader does the right thing, not the easy thing. It is time to allow freedom of religion.

**0045879**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2e6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14278
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Helen Malandain

---

## General Comment

Please reconsider forcing americans to make unethical choices by law. Free artificial birth control will not prevent unwanted pregnancy. It has been proven that people who use artificial birth control have a much higher rate of unwanted pregnancy and increased risk of engaging in dangerous behavior. Would it be more logical to teach people about responsibility and consequences for their actions? People may choose to use artificial birth control, but is it up to the tax payers to provide? I think not and I feel that this Obama administration has forgotten what America is all about. What about our rights and freedoms as Americans? Just because people have sex without commitment doesn't mean that we should all have to suffer. I do not believe in artificial birth control, I believe in self control and I am so sorry that this government is trying to force people to go against their moral beliefs and force them to pay for artificial birth control when they disapprove of it. Please reconsider taking freedom away from Americans. Please.

Sincerely,

Helen Malandain

**0045880**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2df
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14279
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** KathyMarie Denuel

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045881**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2e0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14280
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Roy Vella
**Organization:** Catholic Church

## General Comment

Stop the amendment FORCING insurance companies to provide coverage for abortion or contraception of any kind.

**0045882**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2e8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14281
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045883**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2e2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14282
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Darryl Magoon

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045884**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2e9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14283
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Angela Roessner
**Organization:** Cardinal Newman Society

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment

**0045885**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2eb
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14284
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Greg Schmitt

---

## General Comment

As a Catholic, I am offended that the United States Government is forcing this coverage under this affordable care act. The majority of the peple in this country were opposed to this law and it was forced on us by our own government This forced preventive sevice is another way to make the U.S. tax payer, pay for sterilizations and abortions. The american people will have their say and you will have to live with your poor decisions.

**0045886**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2ed
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14285
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Sheryl Ann Slichter
**Organization:** Personal & Secretary of a Roman Catholic Parish

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

It seems our government is getting more and more into Communist rule. May God have mercy on all of you.

**0045887**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2ee
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14286
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Patrick Sullivan
**Organization:** citizen of US

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment

**0045888**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2f1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14287
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Patrick Weller

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment

**0045889**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2e5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14288
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Carol Rowe
**Organization:** Cardinal Newman Society

## General Comment

The New HHS regulations on sterization and contraception force Catholics to choose between our faith and health care. By making this insurance coverage mandatory our government violates the Catholic conscience. Please repeal these regulations and protect the religious freedom of Catholica as guaranteed by the First Amendment.

**0045890**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2f2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14289
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Ronald Rolling

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045891**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2f4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14290
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jennifer Vidal

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045892

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2fb
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14291
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Casey Lessard

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

It is horrible and shameful that the government is forcing this on my family. It is ridiculous that I have to pay for these services and explain them to my young children.

**0045893**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2fc
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14292
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Raymond Perez

## General Comment

Mr. President,
The Patient Protection and Affordable Care Act is outrages and a violation of our human freedoms and dignity. Please, God can forgive our mistakes but this is intentional and attacks the very foundation of the family. Please reconsider this.

Sincerely,
Raymond Perez

**0045894**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2fd
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14293
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Gina Smith

---

## General Comment

new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2fe
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14294
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** alfred difrancesco

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045896**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a300
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14295
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** ANN BIZ

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045897**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a301
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14296
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Amy Stewart

---

## General Comment

Mr. Obama,
Abortion is wrong on EVERY LEVEL!
Do not make it right and acceptable.
Catholics across the nation are praying that you make the right decisions! We value LIFE!

0045898

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a302
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14297
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Carla Tracy

---

## General Comment

I am a Catholic and I vote! I must take exception to this provision.
The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care.  By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs.  The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics.  These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.  Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2f6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14298
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

HHS regulations that require Catholic institutions, employers and insurance purchasers to provide sterilization and contraception (including abortifacients) to those who desire such violate the consciences and the ability of Catholics to practice their faith, a freedom guaranteed by the First Ammendment. These regulations must be repealed to preserve these rights!

**0045900**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a303
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14299
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Kevin Jones

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045901**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2f8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14300
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Kevin Courtois

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a2f9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14301
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Sally Schutzler

## General Comment

Please do not force Protection and affordable care act on everyone. I do not believe iin abortion. It should be up to our own choice. Faith based schools should not be forced to allow abortions. Never!

**0045903**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a311
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14302
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Jeff Nock
**Organization:** those that believe in his name

---

## General Comment

Only God has the right to give and take life. Life IS in the control of God, if you believe? When life is frivolously controled, whether it be due to a lack of faith, or in the guise of health research, it is the same as playing GOD. To force these beliefs on those who really do believe that life comes from the first seed, is nothing short of the denial of God! Those that profess to believe in God and act in this manner, are no better than baby killers!

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a312
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14303
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Dianne Johnson

## General Comment

To who it may concern

The basic purpose of health care and my work as a nurse is to restore heath to the best of my ability. The legalistic jargon put forth in this mandate is nothing short of unclear thinking and untruths. Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions. I ask you - if this passes and we all recognize the lies that it is built on - who will we trust in health care" The basic foundation of clear thinking and purpose of health "care" will be eroded seemingly beyond repair. God have mercy on us.

**0045905**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a30c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14304
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Douglas Nickles
**Organization:** Citizen

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a30d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14305
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Albert Cannarozzi

---

## General Comment

The new HHS regulations on sterilization, contraception, and abortifacients force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045907**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a314
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14306
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Paul Anthony

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045908**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a315
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14307
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Christina Bogdan

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045909**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a316
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14308
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Eric Werner

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a30e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14309
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Theresa Romanelli

---

## General Comment

No Catholic college or hospital should be forced to go against the teasching of the church. There are plenty of hospitals that will perform these procedures and it is not necessary to invade the religious freedom of these establishments

**0045911**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a30f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14310
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Ursula Jimenez

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045912**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a318
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14311
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Diane Zywotko

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045913**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a31a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14312
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Walter J Seibert
**Organization:** Prison Ministry of Northern Connecticut

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045914**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a31e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14313
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Tanya Bartlett

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045915**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a325
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14314
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Laura Dytewski

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) FORCE Catholics to choose between our faith and health care.

By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.

REPEAL these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a326
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14315
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** James Gould

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045917**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a320
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14316
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Michael

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care.
By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.
Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Best solution would be the repeal of Health Care act - variously known as "Obamacare" or "Obamamed"

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a321
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14317
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Andrew Skinner
**Organization:** self

---

## General Comment

This bill is a direct attack on Catholics and Catholic instutions as well as all Americans. This government is FOR THE PEOPLE and BY THE PEOPLE, but sadly, it is governing to the people by mandating what must and must not be covered by health care. This is just another slow steady decline towards Hell. Our government is making laws to force health care and, in turn, unviersities to allow the murders of the smallest of our human brother and sisters in the name of health care...sad. Please repeal this immediately and protect the unborn childrens' civil rights and their right to LIFE, LIBETY, AND THE PURSUIT OF HAPPINESS.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a328
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14318
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Denise Keefe

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045920**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a322
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14319
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Charlie & Conni Lawrence

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045921**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a329
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14320
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** M.T. Pompei

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045922**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a324
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14321
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** JOAN BROWNING
**Organization:** NEWMAN SOCIETY

---

## General Comment

RTE: ARTICLE ID HHS-OS-2011-0023-0002

THIS AMENDMENT IS A SERIOUS OFFENSE AGAINST THE CATHOLIC STUDENTS AT CATHOLIC UNIVERSITIES.......YOU INSULT ME AND OFFEND ME! PLEASE DO NOT ALLOW THIS TO PASS..AND BECOME LAW

IF THE MUSLIM STUDENTS REQUESTED SOMETHING SIIMILER I'M AFRAID YOU WOULD LISTEN TO THEM

THEREFORE, CONSIDER MY FAITH AND REEVALUATE WHAT HAS BEEN/ IS BEING CONSIDERED. AND TOSS IT ION THE GARBAGE HEAP.

ALL ELECTORATES WHO VOTE TO PASS THIS BILL WILL NEED TO CONSIDER A NEW JOB I N LIFE. FOR YOU WILL BE VOTED OUT OF OFFICE THE FLOLLOWING ELECTION!

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a32b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14322
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Linda Azevedo

## General Comment

The Health Care Reform forces catholic students to be offered birth control that is against Catholic teaching.. I want to keep our Catholic colleges following the principles of the Catholic faith. I do not appreciate the Health Care Reform and how it enters into our religious beliefs.

**0045924**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a32f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14323
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** noella durand

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs.

Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Noella M. Durand
Anza, CA 92539

0045925

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a330
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14324
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** mike stange

---

## General Comment

Quit trying to force me to financially support your godless agenda. My freedom means I should not be forced to support killing babies.

**0045926**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a331
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14325
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Cara Buskmiller

---

## General Comment

Please do not require women's health plans to cover sterilization and contraception, including "abortifacients" that cause abortion.

This will force many Catholic colleges, schools, and charities to violate their CATHOLIC identity by providing immoral health benefits. Also, this will force college student insurance plans to offer free birth control and sterilization to college girls--something a Cathlic considers immoral.

Respect our Constiutional freedoms. Thank you.

**0045927**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a32d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14326
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Janice Kleefisch

---

## General Comment

I am not terribly wise on political issues but I am well aware of moral issues. Please listen to the thousands of us. The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045928**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a32e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14327
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a333
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14328
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Darlelen Williams

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. B making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, burt instead by lay Catholics. These Catholic institutions - as well as individual Catholic employers and health insurance purchases - are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045930**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a33a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14329
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Carol Pictor
**Organization:** None

---

## General Comment

ID HHS-0S-2011-0023-0002

As a Catholic, I disapprove of this mandatory coverage because it would impact Catholic & colleges in a negative way - against our guiding principals. Please consider the values and morals involved and reconsider this coverage.

0045931

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a334
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14330
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Linda DeAngelis

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment

**0045932**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a335
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14331
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Emily Kimmel

## General Comment

Please respect Catholic's right to religious freedom. . Steralization and contraception are forbidden by Catholic teaching. They should not be forced on our campuses.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a33b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14332
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** charlie evans

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045934**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a33c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14333
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Robert Falcon

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045935**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a33d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14334
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Rick Nguyen

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045936**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a336
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14335
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** James McCormick IV

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045937**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a33e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14336
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Henry Vina
**Organization:** US Citizen

---

## General Comment

Recent reports of the gravesites of the founding fathers were disturbed. Most likely cause is their turning over.

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a337
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14337
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mary Cotter

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

This is a Christian Country, a country founded on Christian principles and Freedom of religion and beliefs. Separation of church and state means we are not to ever be a forced religion, that means Muslim, mr. b hussein obama, the muslim pretending to be something else.

The government is out of line to attempt to deny and persecute our religious beliefs and force the governments godless, horrific murderous beliefs on people who place a value and dignity on all human life.

**0045939**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a338
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14338
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Christy Sharafinski

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

With respect,
Christy

**0045940**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a33f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14339
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mary Hobert

## General Comment

Please repeal these regulations to protect the rights of Catholics to follow their church's teaching on "Right to Life" issues!

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a340
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14340
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Suzanne Manfredonia

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045942**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a344
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14341
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Don Curtis

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Christians to choose between our faith and health care.

By making this insurance coverage mandatory, our government has violated the consciences of faithful Christians and infringed on our rights to practice our religious beliefs.

The regulations' religious employer exemption will not protect the hundreds of Christian colleges, schools, and organizations which are not owned by the Church, but instead run by Christians. These Christian institutions—as well as individual Christian employers and health insurance purchasers—are being forced by the government to violate their religious beliefs.

Mandatory contraception and sterilization coverage in college student insurance plans force Christian colleges to undermine their missions as Christian institutions.

Please repeal these regulations and protect the religious freedom of all Americans as guaranteed by the First Amendment.

**0045943**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a345
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14342
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Denise Jost

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045944**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a346
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14343
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Bernadine W Monyak

---

## General Comment

These new regulations violate every individual's right to freedom of religion. I should not be required to go against my moral integrity. The constitution protcts me against such invasion of my religious rights.

**0045945**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a342
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14344
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Kathy Deeter

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0045946

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a34e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14345
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mary Mandernach
**Organization:** Member of Catholic Church

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a34f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14346
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Giancarlo Taliente

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a34c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14347
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Thomas Sullivan
**Organization:** citizen

---

## General Comment

The requirement that even religious institutions must offer insurance for sterilization and contraception, including "abortifacients" that cause abortion; and the requirement for offering free birth control and sterilization is repugnant and tyrannical.

It is dictatorial to require insurance at all, it is not a power of the federal government. It is oppressive, offensive and provocation to require that religious institutions aid the federal in carrying out the most morally offensive aspects of the plan.

I urge you in the strongest terms to drop these evil requirements.

**0045949**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a34d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14348
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Ellen Fitzpatrick

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

This is a tremendous threat to all life and liberty! It will manifest as a continued narrowing of the expression of my rights and my right to practice. Obamacare has nothing to do with protecting life, just pushing an agenda weakening the public.

**0045950**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a358
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14349
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Henry Blum

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045951**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a35b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14350
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Lori Denham

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a35c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14351
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Michael Brock
**Organization:** Physician

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a351
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14352
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Linus Schumacher
**Organization:** individual

## General Comment

The new health and human services law concerning sterilization and contraception is being forced onto Catholic colleges against 1st amendment rights. You cannot force anyone to buy health insurance. I am being forced to violate my religious beliefs, Mandatory contraception and sterilization coverage in college insurance plans is morally wrong You are violating my 1st amendment rights. Has Kathleen Sebelius lost touch with reality?I will fight before I LOSE MY RELIGIOUS FREEDOM! Repeal this law!

0045954

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a353
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14353
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Kathleen Lester
**Organization:** Cardinal Newman Society, St. Gregory the Great Catholic Church, San Diego, CA

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045955**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a354
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14354
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Maria DeCesare

---

## General Comment

Dear Madam Secretary:
The new HHS regulations on sterilization and contraception, (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed our rights to practice our religious beliefs. The regulations' religious employer exemption does not protect the hundreds of Catholic colleges, schools, and organizations which are not run by the Church, but by lay Catholics. These Catholic institutions - as well as individual Catholic employers and health insurance purchasers - are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045956**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a35e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14355
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** ANTHONY VENUTI
**Organization:** WHITE PLAINS HOSPITAL CENTER

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment

# PUBLIC SUBMISSION

| |
|---|
| **As of:** April 02, 2012 |
| **Received:** September 14, 2011 |
| **Status:** Posted |
| **Posted:** October 31, 2011 |
| **Tracking No.** 80f1a357 |
| **Comments Due:** September 30, 2011 |
| **Submission Type:** Web |

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14356
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Bill
**Organization:** Self

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045958**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a362
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14357
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Tim Beeter
**Organization:** Knights of Columbus

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045959**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a363
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14358
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Thomas Hayden

## General Comment

This is outrageous to require insurance companies to supply birth control and abortions and a violation of the moral law of all people of faith. Stop your culture of death, you will be held accountable. TH

**0045960**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a364
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14359
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Theresa Falciano

---

## General Comment

With this Amendment (Document ID HHS-OS-2011-0023-0002), you are violating my rights and that of the unborn to LIFE, LIBERTY, and THE PURSUIT OF HAPPINESS.

0045961

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a35f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14360
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** James W Salta

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045962**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a360
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14361
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Marilyn McCasland

## General Comment

I demand that the Obama Administration revoke new healthcare regulations that blatantly violate our —religious freedom. Revoke Document ID HHS-OS-2001=0023-0023-0002.

0045963

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a366
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14362
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Jack Weiland
**Organization:** Immaculate Heart of Mary Catholic Church

---

## General Comment

Dear Receiver of this message,

Please inform the Obama Administration of my serious disapproval of their plan to force religious institutions to provide abortion services and birth control medications against the consciences of the providers. If a person is of the mind to use such services or medications there are ample places where they can be had without forcing those who consciously abject to provide them.
From your perspective this could be a win win situation, so what is the problem? It may cause a bit of inconvenience, but it sure isn't taking the ability to procure such products and services off the table. Thank you for reconsidering this plan.

Respectfully yours.

Jack Weiland

**0045964**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a367
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14363
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Lauren Krieger
**Organization:** none

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics and other Christians to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Christians and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Christian colleges, schools, and organizations which are not owned by the Church, but instead run by lay Christians. These Christian institutions—as well as individual Christian employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Christian colleges to undermine their missions as Christian institutions. Please repeal these regulations and protect the religious freedom of Catholics and other Christians as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a36c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14364
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Rachel Pudwill

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a368
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14365
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Edward Rush

---

## General Comment

The Amendment to the Patient Protection and Affordable Care Act (Document HHS-OS-2011-0023-0002) infringes on our religious beliefs. It would force religious institutions that teach that Birth Control is wrong and dangerous violates our religious beliefs by attempting to force us to provide these services for our employees. We that Abortion are inherently evil and attempt to force our institutions to violate our beliefs and provide coverage for the Morning After Pill. The exception for this is much too narrow and these mandates must be removed.
These changes need to made immediately!

**0045967**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a369
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14366
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Thom Ryng

---

## General Comment

Mr. President,

I voted for you in 2008, but unless you repeal the new HHS regulations on sterilization and contraception, I cannot vote for you in 2012.

As a Catholic, I find these regulations an assault on the separation of Church and State, forcing us to choose between our faith and health care.

By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics.

These Catholic institutions—as well as individual Catholic employers and health insurance purchasers —are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.

Please, please, please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a36d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14367
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Joanne Jaramillo
**Organization:** Cardinal Newman Society

---

## General Comment

To take our right of a conscience clause away from the American people is like taking away the constitution of the United States away from the people. One group of people, Obama and the Democrats should not have the power to destroy our beautiful nation and all that we stand for.

Return our right of conscience clause and let America live instead of die.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a36e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14368
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Christine Remsburg

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045970**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a36f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14369
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Julia Thomas

## General Comment

Please let people decide @ something based on their religious or moral beliefs!

**0045971**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a36a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14370
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Maryellen Steger
**Organization:** Cardinal Newman Society

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045972**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a36b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14371
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Theresa Hammond

## General Comment

Dear Mr. President,
The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions - as well as individual Catholic employers and health insurance purchasers - are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.
Sincerely,
Theresa M. Hammond
Pittsburgh, PA

**0045973**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a376
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14372
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Alicia Ruiz Rivera

## General Comment

The new HHS regulations on sterilization and contraception force Catholics to choose between faith and health care. By making this insurance coverage mandatory, the government has violated consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. Please repeal these regulations and protect the religious freedom of Catholisc as guaranteed by the First Amendment.

0045974

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a371
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14373
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Verna Morgan
**Organization:** Mother

## General Comment

I do not want my civil rights violated! My daughter graduated in May from Loyola University Chicago. Thankfully they did not allow prescriptions for contraceptions although they did allow many other activities that are against the Church and our moral beliefs.

**0045975**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a372
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14374
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Ricardo Tan

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045976**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a373
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14375
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mary Ann Rouse

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045977**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a377
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14376
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jeniffer Peffley

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a375
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14377
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** ramon yusi
**Organization:** self

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045979**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a380
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14378
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Eric Klatt
**Organization:** St. Peter's Catholic Church, Beaufort, SC

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045980**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a382
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14379
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Brian Spears
**Organization:** Catholic Church

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045981**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a383
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14380
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Dee

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045982**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a384
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14381
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** joyce yusi
**Organization:** none

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a385
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14382
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Luanne Scheuermann

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment

**0045984**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a379
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14383
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Sally E Ream
**Organization:** Catholic/ for One Nation Under God

## General Comment

Most all Religions believe that it is God's Choice when to end and when to create LIFE........to encourage or "force" by Law those who believe LIFE is Sacred by participating and agreeing to abortion practice is not only unconstitutional but not in accordance with what the FOUNDERS created it for....not to mention agreeing that American's needent bother to practice abstinance or restraint......ironically, many of our young people might benefit if popular culture didn't okay this practice and they had to "think" about consequenses of unmarried sex and or having casual sex.
I

**0045985**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a386
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14384
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Henry Blum

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0045986**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a387
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14385
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Anne

---

## General Comment

This free birth control is against everything I believe as a Catholic. Companies that I choose to use for health insurance should not be forced to use the money I give them to provide this immoral "service." This is a grave violation of my religious rights. Furthermore, those Catholic institutions that are being forced to provide birth control and other immoral services also have been violated by this amendment. We were told that the Care Act was supposed to be about covering more of the uninsured and that there were protective measures for religious hospitals, universities and others. Making these institutions choose between being Catholic and shutting their doors is not a protective measure. This situation is absolutely unacceptable. I will not politically support anyone who votes yes for this and I will be spreading the word. The answer is education about abstinence. It works every time.

**0045987**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a389
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14386
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jim Leo
**Organization:** Knights of Columbus

## General Comment

Please respect our rights. Stop the killing, stop abortion!!!!

**0045988**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a37b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14387
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Sheila Torres

---

## General Comment

The rights of the people of this great nation are being trampled upon by this administration. We are forced into things we do not want. We do not want healthcare where we are required to pay through our taxes the murder of innocent children in the wombs of their mother AND the euthanasia of our elderly citizens. Obamacare is an evil program. God will punish those who deal in the death of his children.

0045989

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a38b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14388
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Teresa McGuckin
**Organization:** I am a private citizen

---

## General Comment

As a Catholic, I request a repeal of the new HHS regulations on sterilization and contraception (including abortifacients). By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045990**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a38c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14389
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** John

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045991**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a37d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14390
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** mary ann gehr

## General Comment

Please repeal the new HHS regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment!

**0045992**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a38d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14391
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Donna Marie Williamson
**Organization:** N/A

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment. DO NOT FORGET THAT OUR FIRST PILGRIMS CAME HERE TO AVOID EXACTLY THIS KIND OF GOVERNMENT ACTION! Our American Constitution is what sets America apart from many countries over the world. Please honor what our founding fathers laid down for us who follow. Thank you.

**0045993**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a37e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14392
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** carolyn burton

---

## General Comment

The healthcare act as written is unconstitutional. This bill must be repealed if America is to recovery from the recession which we never came out of.

0045994

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a37f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14393
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Thomas Buckowski

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0045995**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a394
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14394
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jim Frommeyer

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a395
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14395
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Joseph Barone
**Organization:** Barone Family Chiropractic

## General Comment

To Whom This May Concern,

I do not believe the government has the right to force it's citizens to support abortion, contraceptive medications or sterilizations. These four medical procedures all destroy life or mutilate healthy tissue and organs. They are all elective in nature. It violates reason that as a society we allow the destruction of innocent life. As a Roman Catholic and a business owner, it violates my freedom, my religion, and my conscience to force me to supply my employees with "healthcare" plans which cover these elective procedures which destroys a life or mutilates a person. It saddens me terribly hat I live in a time when I have to even voice this concern in fear of the government to begin with. This law attacks the religious freedom of others as well by not providing church run schools or hospitals the ability to live by their religious beliefs. I think the few in congress who are pushing these agendas down the People's throats should take into consideration the GREAT benefit to society which will be lost when all of these institutions are forced to close down. We already have adoption agencies closing all over the country because what can be viewed as the persecution of the church. I believe the founding fathers of this great nation would collapse if they knew how big government would be; and how it would even later sanction attacks on life and of the innocents and even make it the law of the land. Therefore I urge you to abolish this morally wrong law for the sake of the MILLIONS it will adversely effect of you good citizens. Thank you for your time.

Dr. Joseph Barone

**0045997**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a391
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14396
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Maria King

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violataed the conscience of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions--as well as individual Catholic employers and health insurance purchasers--are being forced by the government to violate their religious beliefs. Mandatory contraception and steriliazation coverage in college student insurance plans force Catholics colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect religious freedom of Catholics as guaranteed by the First Amendment of the U. S. Constitution.

**0045998**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a396
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14397
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Kimberley Bates

## General Comment

Respect the right to religious freedom for all AMericans - even Catholics and Christians.

0045999

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a397
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14398
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Cindy Sipes

---

## General Comment

I strongly object to the elimination of a person's right to object for religious and moral reasons to HHS Regulations.

Please reinstitute a conscience clause that allows Catholics to remain faithful to their beliefs.

Thank you.

**0046000**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a393
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14399
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Clare Pollak

## General Comment

The Catholic Church has been taking care of patients since the beginning of time. Why are you stiffling their care by taking away their religious freedoms?

**0046001**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3a8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14400
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Emily Sevier
**Organization:** Mom & Youth Minister

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046002**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3a9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14401
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Thomas Healy
**Organization:** self

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046003**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3aa
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14402
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Robert & Ethel Reber
**Organization:** IHM Catholic Parish - Brentwood, CA 94513

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3ab
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14403
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Matthew McCormack

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a398
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14404
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Eleanor Buzynski

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046006**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a399
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14405
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Michele Klingbeil
**Organization:** Private Citizen supporting all pro life organizations

---

## General Comment

The new HHS regulation on sterilization and contraception (including abortifacients) forces Catholics to choose between our faith and health-care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. Please repeal all regulations that undermine the mission of Catholic institutions and infringe upon our constitutionally described religious freedoms. I cannot, do not, and NEVER WILL VOTE OR SUPPORT ANY candidate that violates our religious liberties. Your record, Mr. Prersident is not one that shows a respect for human life, given to us by God. Be assured of my prayers as I realize that the Presidency is a huge job and enormous responsibility. Please defend our consttutional rights to reliegious freedom, that we can live our faith in a free country and PROTECT life from conception to NATURAL death.
Sincerely,
Michele T. Klingbeil, RN,BSN,OCN

**0046007**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a39a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14406
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Nancy Sagle
**Organization:** The Catholic Church

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Ammendment

**0046008**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a39c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14407
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** DonnaMarie Frommeyer

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046009**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3ac
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14408
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jayne Wilhelm

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0046010

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3ae
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14409
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Patraicia Gerke

---

## General Comment

Please stop the mandate that everyone who provides insurance plans must provide coverage for contraception, sterilization, etc. It violates our First Ammendmant rights. Thank you, Patricia Gerke

**0046011**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a39d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14410
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Andrew Schultz
**Organization:** None

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0046012

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3b2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14411
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Louis Nollette

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0046013**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3b1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14412
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Marjorie Morris

## General Comment

When I pay for health insurance for any of my family I do not intend to cover any anti-life provisions for those who are also included in that health insurance plan, and that is what my premiums would be doing. My chilldren and grandchildren were raised as Roman Catholics and this government interference is reprehensible. This administration has taken God out of the life of our country but it cannot take Him out of the hearts of those who were raised with morals and integrity.

**0046014**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3b4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14413
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Kenneth and Eleanor Manni

---

## General Comment

We are adamantly opposed to the new HHS regulations. Please respect our Constitution. Prayerfully yopurs, Ken and Eleanor Manni

**0046015**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3b5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14414
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Carolyn Cole
**Organization:** Right To Life

---

## General Comment

Dear President Obama,
Just a short note to ask you to rescind all the lines in the health plan that would restrict freedom of religion in regards to all aspects that refer to abortion.
Freedom of religion is the most important issue today; please honor our country's history in this most urgent regard.
Sincerely,
(Mrs.) Carolyn Cole

**0046016**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3b6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14415
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Peter Frommeyer
**Organization:** Franciscan University

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046017**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3b7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14416
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Barbara Kochie

## General Comment

If your conscience allows you to abort children so be it. Mine does not - and the government has no earthly right to force Catholic organizations be they churches, hospitals, or educational facilities to change their belief system and provide those "benefits" in their insurance packages. .

Isn't that what we are in the middle east to promote - Freedom of and freedom from religion - even if the "religion" we are asking to be free of is "secularism"?

Employees who want the abortion "benefit" in their insurance plan will have to make a decision about taking a certain job or not. We all have to make decisions - such as to who to support in the next election.

0046018

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3b8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14417
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Marcelle Molina

---

## General Comment

For Mr. Obama
How dare you suggest this HHS regulations and sterilization and contraception don't you believe in God justice May God help us I pray that God shows you the light.
M Molina

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3be
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14418
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Paul Fell

## General Comment

Re: file code CMS-9992-IFC2
I strongly urge the administration to rescind the misguided and coercive mandate requiring that all health insurance plans cover controversial contraceptives and sterilization procedures, regardless of cost or conscientious objection. These regulations force people to choose between strongly held religious and moral beliefs and health care, something the federal government does not have the right to determine.
It is unconscionable to force all Americans to subsidize controversial drugs such as Ella and Plan B, which according to the FDA can end the development of a living human embryo.
The fig-leaf conscience exemption in the mandate is so narrow as to force many religious organizations, especially those that provide care for individuals outside the faith to violate conscientiously held moral standards. However, though the problems with the exemptions are serious and need to be addressed, the fundamental problem lies in the mandate itself which must be rescinded.
Again, I urge you to rescind the above mentioned mandate. Only rescission will eliminate all of the serious moral problems the mandate creates and only rescission will rectify this unprecedented attack on religious liberty guaranteed under the first amendment.
Thank you for your consideration of these views. I understand this comment will become part of the public record.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3bf
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14419
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Tammy Warren

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0046021**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3b9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14420
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mary-Kate Frommeyer

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3ba
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14421
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Michelle Sarault

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046023**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3c1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14422
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mark Pisarek

## General Comment

This should not be allowed:

require women's health plans to cover sterilization and contraception, including "abortifacients" that cause abortion...

force many Catholic colleges, schools, and charities to violate their CATHOLIC identity by providing immoral health benefits...

force college student insurance plans—even on CATHOLIC campuses—to offer FREE birth control and sterilization to college girls!

Life is precious and should be preserved at all cost. I do not want my tax dollars providing this type of contraception for young adults.

**0046024**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3c2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14423
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Claire Follis

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046025**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3c3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14424
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** robert dearden
**Organization:** pharmco

---

## General Comment

You do not have the power, or authorization ,to interfere with, or to abolish my freedom of religion, or my religious philosophy, that allows me to have my convictions when I believe in social conscience.

**0046026**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3bb
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14425
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Melissa Augustine

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046027**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3c5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14426
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Roberta Marsh

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0046028**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3c9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14427
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Caroline Frommeyer

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046029**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3ca
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14428
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Ann Collett

---

## General Comment

Secretary Sebelius:
The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Thank you,
ANN COLLETT
Jonesville, FL

**0046030**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3d0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14429
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Michelle Taffe

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046031**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3d1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14430
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Carrie Boyer

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046032**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3d2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14431
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Donna England

## General Comment

Your proposed regulations are going to far and are intruding on my rights to make healthcare decisions based on my religious beliefs.

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0046033**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3cc
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14432
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Lillian Brand

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046034**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3ce
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14433
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Anna Caragiulo

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please, please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0046035

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3d4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14434
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Catholic Citizen

---

## General Comment

Discrimination against Catholics:
The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3d5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14435
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Neal Nollette

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0046037**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3d6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14436
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** addis mcCarthy

---

## General Comment

Senators Bennett and Udall,
When are you people going to butt out of my business and quit spending my money.

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3db
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14437
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Maria Whitacre
**Organization:** St. Ann

## General Comment

This country is based and founded on religious freedom. I ardently oppose healthcare that forces us to promote and pay for procedures and practices that are against my religious beliefs (i.e. sterilization, abortion, birth control). Life is "our" most basic and precious gift that must be protected for ALL people compassionately and lovingly.

**0046039**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3e4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14438
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Margaret Nelson

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046040**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3dc
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14439
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Wendi Steeds

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0046041**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3dd
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14440
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Emily Crawford

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046042**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3e5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14441
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Marianne Shallal

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3e6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14442
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Joe Eckstein

## General Comment

I'm trying to figure out how to speak so that you will not ignore me. I don't believe in forcing my beliefs on others, yet the Federal Gov't is forcing someone else's beliefs on my money. Please remove this rule from the law books. It hurts far more than it helps.

0046044

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3df
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14443
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Anne Mundell

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions - as well as individual Catholic employers and health insurance purchasers - are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment!!

Sincerely,
Anne R. Mundell

0046045

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3e7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14444
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Anna McNew
**Organization:** N/A

## General Comment

WHY DO YOU WASTE OUR TAX DOLLARS KILLING FUTURE AMERICAN CITIZENS WHO HAVE THE POTENTIAL TO MAKE POSITIVE CONTRIBUTIONS TO OUR CULTURE AND OUR SOCIETY? OBAMA IS CONTRIBUTING TO MARGARET SANGER'S EUGENICS MOVEMENT (EXTERMINATING BLACKS AND OTHER MEMBERS OF SOCIETY -THIS IS EVIL!) BY HIS DREGRADING ASSOCIATION WITH PLANNED PARENTHOOD! ARE "VOTES" AND "$ CONTRIBUTIONS" FROM PP THAT IMPORTANT TO OBAMA??? EXAMINE YOUR CONSCIENCE, PLEASE! Please repeal this potential legislation!!!!! This new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has VIOLATED the consciences of faithful Catholics and infringed on our RIGHTS to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3e8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14445
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** daun dunlap

## General Comment

Freedom to worship God is a right, not taking God out of our country but including God as part of our once great nation.
The right to LIFE, LIBERTY and the PURSUIT of HAPPINESS is also a right. As a Judeo Christian nation the madate by government to murder (taking the life of an innocent) under any circumstance violates all the above. To inforce laws that force any person to go against thier right live their belief as long as it does not infringe on the rights of others is an abomination especially when it involves taking of lives some official deems not worthy in thier opion to live.
Every Catholic will have to make a choice that every real priest or real bishop will have to demand this is to follow the laws of God or the laws of man, to quote our leader and our God "Be you hot or be you cold, the lukewarm I vomit from my mouth". Pretty strong words from one who did not even get angry when hanging from a cross.

0046047

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3e9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14446
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Ray V. & Susan Ficek
**Organization:** Catholic Daughters and Knights of Columbus,& Share the Word Bible sisters

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0046048

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3ea
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14447
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** THomas Benham
**Organization:** None

## General Comment

The proposed government rules for Catholic schools is nothing more than totalitarianism. We the People deserve our freedom of religion, and the Administration is trodding on it with Jack Boots.

**0046049**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3e1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14448
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jeremy Chase

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046050**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3e2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14449
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** James Child of God
**Organization:** Faithful Christian and Catholic

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046051**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3ed
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14450
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** James Berg
**Organization:** Advanced Orthopaedic Center, S.C.

## General Comment

As a physician, I am strongly pro-life, am a dailly Mass attender and am deeply offended that I, as a Christian will not be allowed to practice my beliefs due to a healthcare system that is taking over all facets of out lives.

0046052

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3ee
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14451
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mary Pat Moll

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3f8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14452
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** DJ GUtowsky

---

## General Comment

Please stop taking lives - even those of the unborn. If we are to grow, we can't do it by killing or preventing or destroying or pretending that we are not acting in this fashion. Our destiny will be directly determined by your actions & decisions.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3f9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14453
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Nancy Haren

## General Comment

Please do not include mandatory coverage of abortions & abortifacients (contraception) in Healthcare plans & regulations. Protect religious freedom. Thank you.

0046055

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3fa
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14454
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** alan gbenning
**Organization:** Roman Catholic (Practicing)

---

## General Comment

Why are our elected officials and News Media and other "Watch Dog groups", ignoring that our Constitution is being ignored? Has our Nation become so complacent, that no one cares?

0046056

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3ef
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14455
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** ray

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046057**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3fb
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14456
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Myrna Cosby

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, OUR GOVERNMENT HAS VIOLETED THE CONSCIENCES of faithful Catholics and infringed on our rights to practice our religious beliefs. The REGULATIONS'S RELIGIOUS EMPLOYER EXEMPTIONS will NOT PROTECT the hundreds of Catholic colleges, schools, and organizations WHICH ARE NOT OWNED BY THE CHURCH, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being FORCED by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

I am a practicing Catholic, registered Independent voter, passionate about social justice AND FREEDOM. Do not change what this country has been about. Discriminating and discarding the rights of Catholics to act based on their faith and conscience is reproachable and unconstitutional.

our government has violated the consciences of faithful Catholics

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3f0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14457
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Judith McEvoy

## General Comment

Mr President,
I do not want my tax dollars going to pay for birth control, abortions or sterilization. DO NOT include these in the health care program.

**0046059**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3f1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14458
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Kathleen Thomas

## General Comment

As a practicing Catholic, and one who is also a professional who works for the Church, I respectfully request that you consider the following information as it relates to health plans for organizations whose foundations are based on moral teachings in conflict with HHS-OS-0023-002.

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

Please consider this matter seriously in light of our country's foundational principle of religious freedom. Please do not support efforts that remove the right to maintain a health plan that is in line with moral beliefs. It is imperative that an option be preserved to maintain health plans that are compliant with the religious and moral beliefs upon which individuals' lives are based.

**0046060**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3fd
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14459
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** James Burke
**Organization:** Citizen

---

## General Comment

The Health Care Plan of your admistration will destroy the finest health casre system in the world while costing the American people more. The plan as i am sure is intended will finally lead to a federal Government control of the health care insurance in this country and we all know how disatrous that would be.
Start listening to the voices of reason and get off the European Socialist agenda. Stop Obama-care!

**0046061**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3f3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14460
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Ann Book

## General Comment

It is not acceptable to force insurance plans to supply contraceptives and abortifacients. For many people, it violates their conscience, their concept of natural law, and their religious beliefs to artificially prevent new life.

You should remove this portion of the new HHS regulations on medical insurance plans. It is a violation of our freedom of religion.

0046062

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3f6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14461
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Marguerite L Corbello
**Organization:** Private citizen

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a402
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14462
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mishael Sabol
**Organization:** Secular Franciscan Order

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not ownedby the Church, but instead run by lay Catholics. These Catholic institutions—aswell as individual Catholic employers and health insurance purchasers —are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholicinstitutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Just click HERE to submit you

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a403
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14463
Comment on FR Doc # 2011-19684

---

# Submitter Information

**Name:** donald delvecchio

---

# General Comment

revoke obama's healthcare

0046065

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a3ff
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14464
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Patrick Campbell
**Organization:** Catholic Newman Center, CUNY Queens College

---

## General Comment

The U.S. is becoming a whole different country than the one in which I grew up, and the differences are not good.

It used to be that our venerable traditions of faith were respected. That is less and less the case.

Our most recent healthcare laws, for example, ride roughshod over basic beliefs about human life that have been bedrock beliefs of evangelical Christians, Orthodox Jews and Catholics for centuries.

It amounts to nothing less than un-American discrimination and in some cases, outright persecution of these faiths through funding and legal mechanisms put in place by the current administration and legislature.

No one now serving who had anything to do with this travesty will ever have my vote again.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a400
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14465
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Cal Smith
**Organization:** Roman Catholic Church

---

## General Comment

Abortion is the premeditated murder of a child in the womb. There should be absolutely no government funding of any form of abortion under any condition nor for any reason.

**0046067**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a405
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14466
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Jo Trujillo

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046068**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a406
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14467
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mary Timmons
**Organization:** Concerned Catholic

---

## General Comment

To Whom It May Concern,


The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.


I mean really! Is this what our country is coming to? These laws must be repealed as they are unconstitutional and infringe upon our religious rights! The constitution of the United States of America was based upon a morally sound nation. If the Nation becomes immoral, the Constitution will fail. Why can you not see this?!! Please do what is morally right which we all know in this day and age is probably the hardest thing to do but we must stand for what is morally right, not by humans but by the GOD that created us!!
Thank you,
Mary Timmons

**0046069**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a401
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14468
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mary Carey
**Organization:** Catholic Parent

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046070**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a40c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14469
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Frances McMullen
**Organization:** The Family of God

---

## General Comment

It is illegal to force people and/or institutions to do something that violates their conscience. I oppose the Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment (Document ID HHS-OS-2011-0023-0002).

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a40d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14470
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jerry Peters

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

I have been raised to believe that Life is a gift from God! Anyone that manipulates life in any way is playing God. Satan wanted to be like God and he is now the King of all Evil. So any drugs that are used as contraceptives or in sterilization are against out belief system as Christians. Those entities are in the Service of Satan - not God!
Think about it!

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a407
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14471
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Richard Williams
**Organization:** Knights of Columbus

## General Comment

Please reconsider your hollow freedom of conscience regulation concerning health care. We as Catholics serve people, not because they are Catholic; but, because we are Catholic. Thank you for your time.

0046073

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a408
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14472
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Joanne Daviau

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a40e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14473
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Bonnie Lemke

---

## General Comment

I am asking for the repeal of the HHS regulations that require Catholics that work in Catholic organizations to submit to policies that include sterilization, contraception which are in direct opposition of the teaching of my faith. Why are Catholics teachings overlooked and ignored when these regulations are developed. What about the First Ammendment and the freedom to follow the teachings of the Catholic Church?

Please repeal these group health plans and health insurance policies that do not belong in Catholic facities.

God bless you and grant you wisdom.

**0046075**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a40a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14474
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

Abortion in Catholic hospitals? Please don't
do it! Now who's the terrorist? Again,
I beg you wholeheartedly as Mother Theresa
would, please do not do it!

**0046076**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a40f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14475
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Becky Ness

---

## General Comment

Dear Mr. President,
It is with a heavy heart that this letter is even having to be written. May I ask you, what is happening to this country's freedom to disagree with or refuse to be a part of things which go against what we believe or follow in our Christian way of living? Where is our freedom to not have to pay for things that we are totally opposed to? People who wish or choose to use contraception or have an abortion have that choice. Where is my choice to not have to pay for it or things of a similar nature, that I am against? Why can't there be discussion about these matters? Why do we, as Americans, get it just shoved in our faces and told that this is what will be done? This does not seem very democratic to me, especially when a large amount of America is feeling the same way. I respectfully request that you listen to us. Thank you.

**0046077**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a416
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14476
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Hao Tran
**Organization:** N/A

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a417
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14477
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Milagros Venuti

## General Comment

PLease, revoke new healthcare regulations that blatantly violate our—yours, mine, the Catholic Church's—religious freedom.

**0046079**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a419
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14478
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Scott Rufolo

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics - and all those who object to these immoral and largely medically unnecessary practices - to choose between our conscience and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. No employee or student of these institutions is forced to be affiliated with them. If someone disagrees with Catholic teaching, they are free to go elsewhere. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a41a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14479
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Virginia Fenner

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0046081**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a411
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14480
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Judith York
**Organization:** Cardinal Newman Society

## General Comment

See attached file(s)

I feel it is a grouse injustice that you have to blind side and force people into abortion/sterilization!! This is America-in case you have forgotten.

## Attachments

The new HHS regulations on sterilization and contraception

**0046082**

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has <u>violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs</u>. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being <u>forced by the government to violate their religious beliefs</u>. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to <u>undermine their missions as Catholic institutions</u>. <u>Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment</u>.

**0046083**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a413
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14481
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Benjamin Hamblen

---

## General Comment

You have no right to force christian schools, colleges, charities, churches to provide abortion coverage, sterilization and contraceptives in opposition to their conscience. Revoke these healthcare regulations immediately.

**0046084**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a41b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14482
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Martha Scrima
**Organization:** Holy Infant Catholic Church

---

## General Comment

I have fought the anti life issues since 1973. My husband and I were very active in Penna. and then in Mo. The Constitution does not give the government the right to overrule the consciences of the populace in regards to their spiritual beliefs and practices. Respect for our beliefs as Catholics is just as imperative as respect for humanity itself. Anti life people say that the government has no place in the bedroom, and they are right. Get out of our bedrooms and stop the disrespect of our religious participation.

Martha Scrima
105 Wren Trail Ct.
Ellisville, Mo. 63021

**0046085**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a41c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14483
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Kathleen Fisher

## General Comment

I am opposed to Obamacare....It is unconstitutional and has no place in our society. I will continue to vote for candidates who 100% oppose it and promise to vote against it's implementation.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a422
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14484
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Norma Sallee
**Organization:** Christ the King Church, Evergreen, CO

## General Comment

I am firmly against this Health Plan as it is discriminatory and is forcing every tax paying American to pay for products and proceedures that are morally wrong. Our country was not built on these principals, and God willing will not succome to these forces.

**0046087**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a41e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14485
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Alfred Marciano

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046088**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a41f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14486
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Francis H. Hoffman
**Organization:** Roman Catholic

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Francis H. Hoffman

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a423
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14487
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** John and Joan Czaia

## General Comment

We are opposed to the contraception and sterilization federal mandate for private health plans. Pregnancy is not a disease, therefore drugs and surgeries to prevent pregnancy, as well as any drug that may cause an early abortion, should not be considered basic health care mandated by the federal government to be provided by all health plans. The very narrow "religious exemption" does not even include the many hundreds of Catholic colleges, universities, hospitals, schools and organizations run by lay Catholics, since by their very mission of offering their services to ALL in need, not just Catholics, they are ineligible. This regulation not only violates the free exercise of religious beliefs guaranteed by the First Amendment but as a nationwide government coercion of religious people and groups to sell, broker or purchase "services" to which they have a moral or religious objection, it is also an unprecedented attack on religious liberty itself.

We urge you to rescind this contraception/sterilization mandate.

**0046090**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a425
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14488
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Ami Caruso-Reenway

---

## General Comment

This over stepping by the Obama regime is tantamount to a fascistic fist being slammed on a table and the recipient of this agressive jestures beign duly subudued. The worst aspect of this current nudge is it is accompanied by a obseqious smile that says it is for the common good, whilst down playing the ramifications of the health hazards the will ensue.
Do you surmise that the citizenry is not aware of these insidious actions are an assault on parental rights. Regardless of the dumbing down of America strategy that change agents in the early 1900's began,we are aware.

**0046091**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a426
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14489
Comment on FR Doc # 2011-19684

## Submitter Information

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment

0046092

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a42e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14490
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Sharon Isaacson-Mayer

---

## General Comment

I have not read this bill - however, any requirement that Catholic institutions be required by federal government mandate is firmly against the spirit of the Cpnstitution and a most egregious violation of religious freedom in this country.

0046093

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a42f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14491
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Maria Roberts
**Organization:** None

## General Comment

Do not force many Catholic colleges, schools, and charities to violate their CATHOLIC identity by providing immoral health benefits...

**0046094**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a430
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14492
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Enrique E. Trevino III

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a427
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14493
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Elena Bowman

---

## General Comment

I am deeply concerned by the new rule mandating health insurance coverage of contraception and sterilization. Contraceptive drugs have serious side effects, including abortion and infertility, and are not morally acceptable to people of faith.

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0046096**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a428
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14494
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Kathy Burns

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0046097**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a431
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14495
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Thomas Joyce
**Organization:** Junipero Serra Club International, Knights of Columbus, TofR

## General Comment

I find your Document ID HHS-OS-2011-023-0002 Terribly offensive to my way of thinking and living. This may even violate Islamic Law from the Koran as well as the Judeo , Christian concept of Morallity.
This should never see the light of day as it prohibits the Freedom and Gift of Life contained in our Constitution and Bill of Rights, Especially the right to life.
Cease and Desist this egregious Bill before it becomes Law.

0046098

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a432
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14496
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mary Carey

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a429
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14497
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Pamela McPartland
**Organization:** Cardinal Newman Society

---

## General Comment

I strongly disagree with the new health care policy that goes against my religious belief that life is precious and sacred from conception until natural death. I do not want my tax dollars to support abortive methods of birth control.

0046100

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a42b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14498
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Luis Valverde

## General Comment

My right to express my religious beliefs have been taken away by forcing mandatory contraception and sterilization coverage in college student insurance plans. This clearly undermines their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0046101

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a435
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14499
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Andrew Halfman

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a436
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14500
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Kathleen Lundquist
**Organization:** Citizen, United States

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care.  By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs.

[If this note should come to the eyes of Secy. Sebelius or anyone else who claims the identifier 'Catholic', I must make clear that we are concerned about the subtle distinction being made by the Secy. of State between 'freedom of religion' and 'freedom of worship'. 'Freedom of religion' is what the Founders gave us. 'Freedom of worship' means what 'the closet' means to homosexuals - it is a curtailment of social liberty, not protection of it.]

The regulations' religious employer exemption is too narrowly restricted to organizations who only employ and serve a Catholic population. This 'separate but equal' provision will be about as successful at protecting a designated class of people as racial segregation was, and it will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics.  These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.

Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a440
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14501
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** olga gisser
**Organization:** citizen

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046104**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a437
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14502
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Zachary Teich

## General Comment

Your health care bill is unconstitutional and you have no right to implement any of it. People aren't going to comply with this because it is nothing but forced control and manipulation of human life.

**0046105**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a441
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14503
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Arthur Sollee

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of 'preventive services' the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0046106**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a442
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14504
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Janice Mousseau

## General Comment

American citizens should not be forced to violate their conscience in what God has proclaimed.

**0046107**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a438
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14505
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Richard Miro
**Organization:** The Cardinal Newman Society

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients)force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious emplolyer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are notl owned by the Church, but instead run by lay Catholics. The Catholic institutions=-as well as individual Catholic employers and health insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics, as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a443
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14506
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Carmen Garcia
**Organization:** none

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment. This is an outrageous infringement upon my religious beliefs--forcing us to support the killing of unborn babies just so others may do as they wish. What happened to freedom of religion?

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a444
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14507
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Michael Shaughnessy

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Mr. President,

This law is an outrage and a disgrace. You took an OATH to defend and protect the freedoms of ALL Americans. This includes freedom of conscience. This law makes me and other Catholics choose between obeying our God or obeying the Government. Government will lose that choice every time. Repeal this terrible law.

Sincerely,

Michael Shaughnessy

**0046110**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a43a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14508
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Steven Lacomis

## General Comment

Stop violating the 1st amendment rights of religions by making laws that prohibit the exercising of religious choices, whether they're related to healthcare, or any other matter. If you don't agree with the view of the religious, then don't participate, but don't stifle the religious from being able to participate in religious choices by placing blockades in an attempt to destroy religious freedom.

The Obama administration, from day one, has actively embarked on a series of campaigns to disrupt the flow of Christianity in this nation. Enough. Taken as the sum of its parts, it is obvious that the administration has it in for Christianity and the faithful followers. Desist in your mockery.

**0046111**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a43b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14509
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Karl Fettig

## General Comment

This is a violation of my rights.

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a43d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14510
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** NHAT TRAN
**Organization:** St. Justin Martyr Church

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a447
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14511
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Thomas Mongan
**Organization:** Individual

---

## General Comment

So called "health" services forcing me as a taxpayer to buy health insurance and pay for abortion and contraception are morally wrong and Unconstitutional. FORCING CATHOLICS TO DO THIS IS A VIOLATION OF THEIR 2D AMENDMENT RIGHTS.

**0046114**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a448
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14512
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Margaret Smith

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a449
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14513
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** David Thiel

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a44a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14514
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Margaret Smith

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046117**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a43e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14515
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Carol Pauli
**Organization:** Private Citizen

---

## General Comment

To Whom It May Concern,

STOP Document ID HHS-OS-2011-0023-0002. This is MURDER!
We will work to defeat Obama's re-election at every corner. He says he is for the people, but he wants nothing more than to put everyone in the care of the government and make them subject to him. Kind of sounds like Germany and Russia years ago. Only he will rule the land.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a44b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14516
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Margaret Griff
**Organization:** Women's League of Voters

## General Comment

We demand that you revoke your new healthcare regulations that blatantly violate our—yours, mine, the Church's—religious freedom. It violates my Constitutional right to choose how we wish to live our lives! Your brand of government has clearly way over stepped the bounds of a free nation's government.

**0046119**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a455
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14517
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Angela Rover
**Organization:** Cardinal Newman Society

## General Comment

Please dignify the morality and consciences of fellow Americans by ridding Obamacare of the abortion and sterilization parts. The federal government does NOT need to regulate persons--we can regulate ourselves. What happened to "Live and let live"?

Sincerely,

Angela Ropver

0046120

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a456
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14518
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Michael Savarimuthu
**Organization:** Self

## General Comment

I though America is a free country with freedom to exercise your religious beliefs!

Leave us Catholics alone.

0046121

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a457
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14519
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Laura Dixon

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046122**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a44d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14520
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Thomas Smith
**Organization:** Ave Maria University

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a44e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14521
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs.
The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers —are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046124**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a44f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14522
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Patricia Schofield

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0046125

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a450
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14523
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Marylou Roblin

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a451
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14524
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Madeline Pecora Nugent

## General Comment

Please respect my personal conscience regarding health care. I refuse to pay for someone to kill an unborn child. IF I am forced to do this via tax dollars, my husband and I will move to another nation.

0046127

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a45a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14525
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Danielle Asan

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046128**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a45b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14526
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** C. D.

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a453
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14527
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Cristy Welch

---

## General Comment

As an active and practicing Catholic I can speak strongly from my experience of never using, purchasing or considering as an option any type of contraception or sterilization. I have been married for 9 years and have 3 children. Natural means are effective and available for limiting or spacing pregnancies without ANY risk of harmful side effects. Mandating coverage for these services sends a clear and damaging message to Americans: pregnancy is a problem, certainly not a privilege.

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

Finally, removing this measure does not prevent those who mistakenly view contraceptives and sterilization as health care from receiving those services. It doesn't even prevent them from having those services covered by their insurance. Instead, it protects the rights of those of us who see these services for what they are and the risks that they pose from having to have them covered and from those providing the coverage from having their rights and consciences violated.

0046130

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a45d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14528
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Keith Elkins

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a468
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14529
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Cathy Webb
**Organization:** Marquete Caholic High School

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Cathy Webb

**0046132**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a469
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14530
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Eduardo Garcia

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a46a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14531
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Anne Jones

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a461
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14532
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Douglas Darnowski

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046135**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a46e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under
Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14533
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Charles W. Singer
**Organization:** Charles W. Singer, P.A.

## General Comment

I oppose all Reulations which would allow birth control methods at cathilic Colleges or Hospitals

**0046136**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a46f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14534
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Dennis Carter

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a462
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14535
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Scott Wright

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046138**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a470
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14536
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Tony Fucci

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0046139**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a463
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14537
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Therese Seybert

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force many citizens to choose between their religious faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of many citizens and infringed on their rights to practice their religious beliefs. The regulations' religious employer exemption will not protect the hundreds of colleges, schools, and organizations which are not owned by a particular church, but instead run by members of the churches. These private institutions—as well as individual employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force private colleges to undermine their missions as religious institutions. Please repeal these regulations and protect the religious freedom of citizens as guaranteed by the First Amendment.

**0046140**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a464
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14538
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Janet Beihoffer
**Organization:** NA

## General Comment

This is unconstitutional on the same grounds that Obamacare is unconstitutional. The 14th Amendment does not require people to buy what they don't want.

It appears this administration is trying to avoid any direct responsibility for its actions (what's new?) by running the mandate through HHS. This simply is another example of control by fiat.

This also appears to be a violation of the 1st Amendment, stating that no law shall be passed prohibiting the exercise of religion. And, finally, it's just wrong!

Does this administration have any moral conscience?

0046141

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a471
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14539
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Dianna de Cordoba

---

## General Comment

Mr. Obama, you need to be President of ALL the people, not just those who like you. Repeal this Act and let Catholics be free to follow their faith.

0046142

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a465
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14540
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Sandra Ordway

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a475
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14541
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Joanne Durell

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a476
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14542
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Steve Labay
**Organization:** Matthew 25 Ministries

---

## General Comment

Please stop taking away our rights and freedom!

0046145

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a477
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14543
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Susie Miller

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046146**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a478
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14544
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** austin mariani

## General Comment

Your new healthcare regulations are another example of your systematic attack on Catholicism, and Christianity in general. When the 2012 elections put you anti-American idealogues on the street, we will once again be AMERICA.

0046147

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a479
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14545
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Herb Kenyon

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046148**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a47a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14546
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Stephen Smith

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046149**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a480
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14547
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** J. Covey

---

## General Comment

Government must not discriminate against the religious beliefs of people or churches. They must be considered valid especially in the matter of abortion which is rarely about mother's health and unjustly destroys life, which is a crime against human rights as well as moral beliefs.

Of course, Shariah Law that violates human rights and sanctions murder, must never be considered valid in that case.

"...life, liberty & pursuit of happiness..." can never justify the taking of a human life. The general, unbridled, practice of abortion strikes at the heart of every moral tenet that our country was built upon -- and worse, it invites the totalitarian government practice of genocide.

"Just War" principals or capital punishment are not in consideration here.

**0046150**

# PUBLIC SUBMISSION

| |
|---|
| **As of:** April 02, 2012 |
| **Received:** September 14, 2011 |
| **Status:** Posted |
| **Posted:** October 31, 2011 |
| **Tracking No.** 80f1a47b |
| **Comments Due:** September 30, 2011 |
| **Submission Type:** Web |

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14548
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jeanne Berry

## General Comment

As a taxpayer, I resent the Federal Government
ruling & running our lives to the exclusion of others. Public
Officials are to SERVE the public, not KILL the public.
This mandate for birth control (which will include the dangerous
Plan B and Ella drug which can be abortifacient. I strongly
encourage you to eliminate these drugs that the government
will require as part as its mandate in health care.

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

I will no longer vote for any politician
that will vote for these sweeping change to our inherent
rights that call for the protection of all lives...born and unborn.
which our nation's demand that we respect. God is Pro Life, ask
yourself if you are too.

**0046151**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a482
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14549
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mikayla Dalton

---

## General Comment

I urge you to protect the freedom of conscience of this nation's Catholic healthcare workers and institutions. The provision of contraception is not morally or ethically permitted in Catholic belief, and even more worrisome in that common forms of contraception have a secondary abortifacient effect, usually at the pre-implantation stage of pregnancy/embryo development. Catholic institutions must be allowed to uphold their ethos of care in accordance with Catholic teaching, in the name of religious liberty.

I also protest the treatment of pregnancy as an "illness" requiring "preventative services." Contraception is not a treatment, nor a necessary form of prevention for any illness whatsoever. Contraception, is a private matter of choice, easily available through many channels (including online ordering) and not a medical necessity that the State should mandate health institutions provide.

If the State decides that medical institutions must help women postpone or limit pregnancies, then provision should be made for Catholic institutions to meet this requirement in a manner consistent with their religious ethics. That is, through the provision of, or referral to, modern forms of natural family planning that are scientifically studied and efficacious as demonstrated in peer-reviewed medical-science journals. (E.g. the Marquette method of NFP.)

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a47c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14550
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Linda Rosiejka

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a47d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14551
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Sarah Lee

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a484
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14552
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Ann Hutson

## General Comment

The first amendment guarantees freedom of religion to all. Why, then, is the government violating that by passing this health insurance agenda that clearly goes against the morals and consciences of the Catholic Church and Catholics nationwide. We have always provided healthcare to anyone, regardless of race, religion, creed, or financial circumstance because that is also what we believe. It seems to me that Washington believes that freedom of religion only applies to non-Christian groups. They just proved it.

0046155

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a489
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14553
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Barbara Monarchio
**Organization:** St. Katharine Drexel Catholic Community

## General Comment

HHS Regulations on sterilization and contraception for Catholics to choose between our faith and health care.

please do not pass this legislation and repeal. Thank you

0046156

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a485
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14554
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** LILLIAN dICKINSON

---

## General Comment

AS A CATHOLICI I STRONGLY OPPOSE THE OBAMA HEALTH CARE PLAN AND ALL IT STANDS FOR... iT IS SHAMEFUL THAT WE ARE HAVING THIS FORCED UPON US. I PRAY AND TRUST THAT THIS PLAM WILL BE REPEALED; OUR NATION IS BEING STRIPED OF ITS CHRISTIAN - JUUDEAU VALUES. HEAVEN HELP US.

**0046157**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a48a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14555
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Antonio Rabaey
**Organization:** St. Thomas Students

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0046158

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a48b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14556
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mary Culbreth

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will NOT protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a486
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14557
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Nadine Gaubert

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046160**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a48c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14558
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Claire Galvin
**Organization:** University of Notre Dame

---

## General Comment

As a devout Roman Catholic, I am vehemently opposed to abortion, sterilization and contraception. Any legislation that forces health plans to provide this type of coverage discriminates against our Church as well as many other Americans who share our views. It is not appropriate for the federal government to attack our faith. Some Catholic schools and health providers will close rather than fund the killing of children and millions of Americans are dependent on those institutions. Passing this bill would be a grave mistake, with serious consequences.

**0046161**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a48d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14559
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Joan Stommes

## General Comment

This is extremely morally offensive and not the American way. Something for the history books. Something you would expect in a communist country.

It is unbelievable that my children are not choosing medical professions (which they previously planned to do so in which they could help people). They fear that they would not be able to practice due to their moral values.

Please stop these regulations!

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a48f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14560
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Chris Bellows
**Organization:** Voting American

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a487
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14561
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Julie M.

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046164**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a491
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14562
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** John Hock

## General Comment

I am very concerned about the Obama administration mandate that all new health insurance plans cover birth control drugs and devices, including those that can cause an abortion. I support SB 1467, the Respect Rights of Conscience Act.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a492
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14563
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Edward Hara

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046166**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a488
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14564
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Joseph Mastromatteo
**Organization:** Life, Liberty and the Pursuit of Happiness

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046167**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a494
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14565
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Norbert
**Organization:** Knights of Columbus, Catholic church

## General Comment

You cannot or should violate religious freedom with "Obama Care" There is too much government involved in my private live, My private religious freedom is restricted. Obortion is killing! Homosexuality is morally wrong. I respect the right of anybody to choose that livestyle, however do not want to have anything to do with it myself, nor to have it forced on my children in school. Contraception is in the same category for me. A Ctholic business/organization cannot be forced to cover contraception in their healthcare plan.

**0046168**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a495
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14566
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Virginia Carter

---

## General Comment

6th COMMANDMENT. DO NOT KILL. President Obama how can we get through you to stop the abortion, and all the anticonceptives and everything that goes against God's Laws.
Please, we need health care, not death care. There is enough problems in our society that are heartless because we can kill anything that get in our way.
Please President Obama......listen to the voice of Truth.

I am praying for you.
Sincerely
Virginia Carter

**0046169**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a496
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14567
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** John Toepfer

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0046170**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a497
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14568
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Laura Grijalba
**Organization:** just a mom!!!

## General Comment

Why does Obama have to control everything. Leave the average american alone and let us have our freedom

0046171

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a498
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14569
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Karen Perron

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a499
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14570
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Duane Zampedri
**Organization:** private citizen

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are bot owned by the Church, but instead run by lay Catholics. The Catholic institutions-as well as individual Catholic employers and health insurance purchasers-are being forced by the government to violate their religious beliefs. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a49a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14571
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jacqueline Hein

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046174**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a4a7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14572
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Edwin Lester

---

## General Comment

The Government has no right to direct Private Colleges to teach material that is against the core beliefes of the institution. The Government is WRONG in requiring that this be taught in Catholic Colleges.

0046175

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a49f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14573
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Catherine Marchand

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046176**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a4a0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14574
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Joseph Greene

---

## General Comment

Repeal HHS reulations which impair the religious freedam of Catholics which are guaranteed by the First Amendment

0046177

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a4a8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14575
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Donald Dalgleish

## General Comment

"Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of 'preventive services' the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions."

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

0046178

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a4a1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14576
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Nancy Cherion

## General Comment

Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion. Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase.

These regulations should respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0046179**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a4a2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14577
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** John Menke
**Organization:** The Cardinal Newman Society

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care.By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practise our religious beliefs. The rgulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead by lay Catholics. These Catholic institution are being forced by the government to violate their religious beliefs. Please repeal these regulations and protect the religioud freedom of Catholics as guaranteed by the First Amendment.

**0046180**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a4aa
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14578
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Judith Kanya
**Organization:** Private Individual

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a4ab
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14579
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Julie McMahon

---

## General Comment

I am a young woman who supports woman's rights, but I disagree with this disingenuous move by this government to infringe on the beliefs of Catholics. Catholics always have and always will be open to providing care to all people regardless of their beliefs, just as Jesus did and would do today. So to force Catholic institutions to provide birth control (and worse!) abortion pills UNLESS they only serve other Catholics infringes on our right to practice our mission to serve all mankind and forces us to betray our beliefs or cutoff the innocent people who benefit from our care. We will fight this forever until it is repealed.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a4ac
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14580
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jose Luis Crespo
**Organization:** Christ the Redeemer, Grand Terrace CA

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0046183

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a4ad
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14581
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Alison McCutchen
**Organization:** One News Now

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0046184

# PUBLIC SUBMISSION

| |
|---|
| **As of:** April 02, 2012 |
| **Received:** September 14, 2011 |
| **Status:** Posted |
| **Posted:** October 31, 2011 |
| **Tracking No.** 80f1a4a6 |
| **Comments Due:** September 30, 2011 |
| **Submission Type:** Web |

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14582
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** eric & alena morales

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046185**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a4ae
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14583
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Roberto Galindo
**Organization:** Citizen

---

## General Comment

Dear Mr President, Senators, and Congressmen,

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Respectfully,

Roberto and Erma Galindo

# PUBLIC SUBMISSION

As of: April 02, 2012
Received: September 14, 2011
Status: Posted
Posted: October 31, 2011
Tracking No. 80f1a4af
Comments Due: September 30, 2011
Submission Type: Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14584
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Bruce Pistorius
**Organization:** citizen/pediatrician

## General Comment

The intended rule violates the freedom of conscience of health care providers. It would require me to prescribe or offer birth control to my patients or to refer them to doctors who would do so. This violates my right and personal belief that premarital sex is immoral and would make me complicit in the act of procuring contraception.

A similar objection can be made for abortion.

For my OB/GYN colleagues the issue is even more pressing.

Many organizations which have opted out of providing abortion or contraception will now be forced to offer those services, or refer a student/patient/client to "providers" who do not share the same values.

These regulations may be well-intended, but they are not well thought out and should not be implemented.

Thank you.

Bruce Pistorius, MD FAAP FCP

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a4b2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14585
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Robert B Moorman Jr.
**Organization:** Respect Life Office

## General Comment

I pray that you overturn the health care bill ! Bob Moorman

0046188

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a4b0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14586
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Lynn
**Organization:** none

---

## General Comment

Obama leave my religion alone!

**0046189**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a4b4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14587
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Lisa DeRise

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0046190

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a4b5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14588
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Joseph Judge

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment. Stop This Insanity against our Catholic Faith!! Repeal this right now!!

0046191

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a4b6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14589
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** kathleen potterield
**Organization:** citizen of United States of America

## General Comment

Freedom of religion has been guaranteed by our constitution. The government has no constitutional right to take that freedom away. Americans will not tolerate the dismantling of our country and it's ideals. Is it perfect, no, but it offered the opportunity for people to make their own decisions, especially about their morals and religious beliefs.

History has proven that these freedoms have benefited the world over and over. Socialism, marxism, and communim have all been tried and failed. Why would this government think that they can impose it on people who have savored their freedom. Truly God loving people who believe in life will not be forced to abandon their belief because non believers decree it to be so. God Bless America

**0046192**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a4b7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14590
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mrs. Mary-Lou Roberge

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046193**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a4be
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14591
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** kim chesus

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046194**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a4b9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14592
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Reynolds Griffith

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a4bf
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14593
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Thomas Raymond
**Organization:** Ledgemore Group, Inc.

---

## General Comment

Obamacare Health plans are requiring sterilization and contraception including "abortifacients" that cause abortion.

You are forcing Catholic colleges, schools and charities to violate their identity by providing immoral health benefits.

You are forcing college insurance plans - even on college campuses - to offer FREE birth control and sterilization to college girls

You are discriminating against our Church!

We are a Republic and not a socialist nation.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a4c6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14594
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** pete cirone
**Organization:** Saint Maria Goretti

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046197**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a4c9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14595
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Linda Sepanski

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0046198

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a4c2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14596
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Christopher Hughes

---

## General Comment

I urge you not to require that private health care plans cover contraception and sterilization. Pregnancy is not a disease! Further, drugs and procedures to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services". You know very well that certain forms of contraception actually work as abortifactients. Therefore, any move to require health care plans to provide these is an attack on the religious freedom and conscience of many Americans. Whether contraceptives are simply contraceptive or abortifacient, they are considered by many Americans to be against God's plan for life and love. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a4cd
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14597
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** William Vagenas

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0046200**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a4c3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14598
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Doug Shelton

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care.  By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs.  The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics.  These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.  Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046201**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a4c4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14599
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Maura Kohlhafer

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care.  By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs.  The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics.  These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs.  Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.  Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First A

**0046202**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a4d9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14600
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Joseph Gibbons
**Organization:** private citizen

## General Comment

I have simply cut and paste the suggested text, sicne I can't imagine saying it any better. This simply can't be so...please reconsider.

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046203**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a4dc
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14601
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Kara LaFrance

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046204**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a4d2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14602
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mary Vanis

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a4d4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14603
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Sally Gillies
**Organization:** Cardinal Newman Society

---

## General Comment

This rule is outrageous. It takes away religious freedom to make Catholics choose between the beliefs of our faith and the demands of an immoral society. We are free to choose sterilization, contraception but the government has no right to force me to fund these choices for others.

I believe in the foundation of Catholic education is the sanctity of life. NO pandering to the abortion crowd with rules forcing Catholic schools to provide benefits that are the antithesis of our faith.

NO to free birth control paid for through Catholic schools or churches.

Please do not vote for this rule.

**0046206**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a4d6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14604
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Leon Keller

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.

Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Thank you!

0046207

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a4e0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14605
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Matthew Settle

---

## General Comment

The HHS regulation requiring all private health plans to pay for drugs and procedures that are both (a) not truly health care, and (b) contrary to the reasonable and deeply-held religious and moral convictions of both institutions and their members is 1) unnecessary, 2) unprecedented in our nation, and 3) immoral.

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a4d8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14606
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Dave Archibald

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a4e2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14607
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Nancy Gabana
**Organization:** Pocono Emergency Physician

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046210**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a4f7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14608
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Cynthia quarta
**Organization:** Healing T'ai Chi

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046211**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a4ff
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14609
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Julie Anciaux

---

## General Comment

The HHS regulation forces Catholics to choose between our faith and health care.
Can you not see that you have gone too far when you infringe on our religious freedom?
Please repeal these regulations and protect our guaranteed rights as citizens of this once great Nation.
Why under this president do we have untold rights violated time after time?
He is bankrupting our nation of it's morals, freedom and resources.
How much worse can it get?
God help us to withstand this administration for the remaining year or so.
I am so afraid for our children's and grandchildren's future.
God save us all.
Julie Anciaux
Sidney, NE

**0046212**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a50b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14610
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Carol & Michael D'Angelo
**Organization:** Concerned Catholic

## General Comment

To Whom it May Concern:
We are devout practicing Catholics and it is against our religion to provide any funds, even in the form of health insurance premiums, to pay for birth control or sterilizations. We will be forced to drop our health insurance as of next August if we are not afforded some relief because of our religious beliefs. I can only image our founding forefathers are rolling in their graves.
Sincerely,
Carol & Michael D'Angelo
Port Saint Lucie, FL

**0046213**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a503
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14611
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Lucy Keller

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0046214

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a50d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14612
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Patti Schwartz

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046215**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a515
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14613
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0046216

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a51e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14614
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Gerald Mee
**Organization:** Self

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046217**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a52b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14615
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Philip Keller

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046218**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a534
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14616
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Joe Peterson

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care.  By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs.  The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics.  These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.  Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a52d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14617
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Terri Kwiatkowski

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046220**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a537
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14618
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Chris Pena

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a53c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14619
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Delia Beavers

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0046222

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a530
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14620
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** David and Darleen Ivey

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a531
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14621
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Daniel Zavala
**Organization:** St Peter the Apostle Church Fort Worth

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046224**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a532
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14622
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Maggie Cassa

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a541
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14623
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Cathy Flowers
**Organization:** St. Michael Catholic Church...member

---

## General Comment

Mr. President;

I urge you to grant the Catholic Church and her members the religious freedoms the U.S. Constitution has always promised. All birth control, abortion, and sterilization is against our faith. It is something that should not be forced on us...nor should we have to pay for it through our taxes. Please, remove this from the healthcare act.

Sincerely,
Cathy Flowers
Annandale, VA

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a54a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14624
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mark Lambert
**Organization:** A USA citizen

---

## General Comment

If you would stop and think about it, you would not be here if these regulations were in place in 1960!

**0046227**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a54f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14625
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Michael Bryant

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0046228**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a554
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14626
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Pauline Motl

## General Comment

The new HHS mandatory regulations on contraception, sterilization and abortifacients are not acceptable. They undermine our religious freedom which we are given by our First Amendment. Please repeal these regulations. Thank you

**0046229**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a55c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14627
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Eileen Batthany

## General Comment

Please respect my religious beliefs and not force Catholic institutions to comply with Group Health Plans andHealth Insurance converage of Preventive Contraceptive Service.

0046230

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a55d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14628
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Robert Martin
**Organization:** Mother of God Community

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046231**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a560
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14629
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a561
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14630
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Suzanne Sirgo

---

## General Comment

Please do not mandate the insurance companies to offer contraceptive services under their plans. There are two reasons for my taking the time to write about this issue. The most important is an affront to my religious sensibilities and the second is the use of my tax dollars.

We are deeply in debt in this country and instead of cutting back services and spending you seem to think adding services and increasing spending will correct this problem.

In charity, I say your ignorance is a disservice to us all.

Thank you.

**0046233**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a558
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14631
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Joe Gonzales
**Organization:** Democrat

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0046234

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a559
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14632
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Kathie Wycoff

---

## General Comment

Isn't it time our Government stopped playing God and got back into the business of governing" Isn't it time to begin valuing all life and not find ways to terminate or prevent it" This is NOT part of how a government based on FREEDOM behaves. You should not be FORCING us to pay for what our morality tells us is TOTALLY WRONG! What sort of country is it that tried to manipulate even the religious and moral values of its citizens.

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

Let's stop this right now and eliminate ALL reference to how YOU think ALL citizens should handle what is clearly a PERSONAL decision that has PERSONAL MORAL consequences. All personal decisions require that the one making them be responsible for them, to themselves, to others, and to God.

**0046235**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a56c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14633
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jane Adams

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046236**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a571
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14634
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Lilly Allen
**Organization:** NA

## General Comment

Kindly refrain from forcing mandates on your fellow citizens who do not share your moral precepts. It is a violation of our conscience to encourage or support, let alone provide, contraceptives of any kind, abortions, or other contrivances against the natural process of procreation. Forcing Catholic organizations to provide any of these services constitutionally impinges on our rights as Catholic members of our society. The many Catholic hospitals, schools, and charities that serve our country are well known to all on Capitol Hill, it s a purposeful attack on our religious freedom to mandate that these institutions function in a manner contrary to our doctrinal and moral beliefs.
I do not support the mandates under Obamacare and will not support candidates who support them. Any so called Catholics who run for office and embrace practices that are contrary to orthodox Catholic teachings are anathema to well informed Catholics, and I will not vote for a single one, Republican or Democrat. I will also commit myself to inform and educate any and all members of my Faith, that they may not be deceived by persons claiming to be something they are not, and who distort our doctrines through personal and purposeful misinterpretation, without a shred of qualification. I will endeavor to educate all on the true teachings that uphold the beliefs of the culture of LIFE; Catholic and non-Catholic.
I offer a suggestion: The solution to the problem of unplanned or unwanted pregnancies is not the destruction of new life, it is the need for education, supervision, and protection of our young people. Take the money ear-marked for this agenda and channel it to where the real needs are: teaching young women and men to respect their bodies and protect their psyches by refraining from sexual activity outside of a committed and monogamous relationship which has protected society for millennia; marriage! Teach abstinence not just on moral principles, but those of health! L.A.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a57e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14635
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Al Cavalli

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046238**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a578
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14636
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** margaret amoranto

---

## General Comment

No government, leader, or even friend can take away a person's conscience. God gave us an "inner voice" that prompts us to act in a manner that is appropriate to our station in life. It is something that cannot be denied or "taken". It is the way we decide right and wrong. You can take away a persons rights, but not what he/she believes is right. To take away a persons right to morally object to something is evil itself. There is no medical need to cover such objectionable services or procedures (such as contraceptives or abortion). To deny a doctor, nurse, or pharmacist the right to refuse to take part in these actions (which is against their conscience), is corrupt on the part of government (or any agent thereof) that seeks to take away their basic rights. Stay out of it...and keep taxpayers money out of it....I don't want to be a part of it (that goes for my money as well.)

**0046239**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a585
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14637
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** James
**Organization:** Self

---

## General Comment

Public and forced private financing of contraception, sterilization and even abortion is immoral and violates the conscience. It is an abridgment of the freedom of practicing religion.

This rule will force many private insurers out of the market. It is anti-competitive and anti freedom.

NO to this proposed rule.

**0046240**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a590
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14638
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** ME PULASKI

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046241**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a59b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14639
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046242**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a5af
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14640
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Cathy Dowling
**Organization:** Catholic Medical Association

---

## General Comment

The contraceptive mentality is a major problem in society and is linked to the breakdown of the family and the using of women as sexual objects. Please do not mandate that this destructive behavior be paid for by our health care dollars.
Thanks.

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

The contraceptive mentality is a major problem in society and is linked to the breakdown of the family and the using of women as sexual objects. Please do not mandate that this destructive behavior be paid for by our health care dollars.
Thanks.

**0046243**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a5ba
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14641
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Gerda Khouw
**Organization:** none

## General Comment

The new HHs regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care.By making this insurance mandatory,our government has violated the conciences of faithful Catholics and infringed on our rights to practice our religious beliefs.
Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a5c0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14642
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Kurt Leis

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046245**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a5c1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14643
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** MARY CARMEL Wietecha

## General Comment

Protect the religious freedom of Catholics as guaranteed by the First Amendment by repealing the new HHS regulations forcing the insurance coverage of sterilization and contraception (including abortifacients).

Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.

0046246

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a5c4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14644
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Paul Beutell

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a5c5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14645
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Lawrence Wetter
**Organization:** None, retired

---

## General Comment

The new Health and Human Services regulation requiring all health service providers to furnish free birth control and abortificient materials stretches the bounds of decent society, and violates freedom of religion guaranteed by the first amendment of the Constitution. It should, and most be retracted asap.

**0046248**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a5d1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14646
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Carolyn Tucker

---

## General Comment

This is a free, Republic and I should not be forced through my tax dollars to pay for someone else's birth control when I don't believe in birth control. Stop this nonsense now.

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

And, if someone wants to control their own fertility, they can choose to do so with their own money.

**0046249**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a5c7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14647
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Patricia Precobb

---

## General Comment

Please repeal regulations and protect freedon of Catholics

0046250

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a5de
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14648
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** D Simpson

## General Comment

Our government is going above and beyond to protect Athiests group rights, Muslim rights, etc. when did Christian religious rights and freedoms become a stomping ground for the government to ignore and violate our beliefs and rights.

**0046251**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a5e8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14649
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Cecilia Lawrence

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046252**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a5ec
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14650
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Janice Smith
**Organization:** Roman Catholic

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.
Thank you for your SERIOUS consideration.
Janice Smith

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a5f3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14651
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Maura Kohlhafer

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0046254**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a5f4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14652
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** robert criscuolo
**Organization:** self

---

## General Comment

I am appalled at the HHS mandates being imposed upon Catholic institututions regarding the requirement that they provide sterilization and contraception [to include abortifacients] services to students which will undermine the mission of the Church to offer their students a pure Catholic education.

Please repeal these regulations NOW!

0046255

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a5f6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14653
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Kathleen Boharic

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs.
Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.
Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a610
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14654
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jerome Davis

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046257**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a60a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14655
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Ariel Guevara

## General Comment

I will not pay money to organizations that are against my beliefs. I do not support birth control, abortion, etc and refuse to pay money to groups that support it. It is a violation against my rights and a violation to the constitution.

0046258

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a613
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14656
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Lydia Ferrer
**Organization:** Cardinal Newman Society

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care.  By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs.  The regulations religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics.  These Catholic institutions—as well as individual Catholic employers and health insurance

**0046259**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a614
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14657
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Richard Esposito

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans forces Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046260**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a60c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14658
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jane DeBiase

## General Comment

Please REPEAL the new regulations on sterilizations on steriliations and contraception (including abortifacients). People would be forced to violate their religious beliefs

0046261

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a615
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14659
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Phyllis Santillanes

---

## General Comment

I am in union with the Cardinal Newman Society when I write:

The new HHS regulations on sterilzation and contraception force Catholics to choose between our faith and health care. By making this insurance coverae mandatory,ou government has violated the consciences of faithful Catholics and infringed on our rights to practice our rights to practice ou religious beliefs. The regulations'religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are ot institutions as well as individual Catholic employers and health insurance purchasers are being forced by the government to violate their religious insurnace plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment. Thank-you

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a626
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14660
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Richard Cuba
**Organization:** Catholic

---

## General Comment

Recently new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to act in direct contradiction to our faith beliefs. The government is mandating Catholics to violate our consciences. This is a serious infringement on our rights to practice our religious beliefs.

The religious employer exemption does not protect hundreds of Catholic colleges, schools, and organizations which are not owned by the Church but instead are run by lay Catholics. This mandated coverage of contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions, seriously impeding and preventing from living out our Catholic principles respecting life.

Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment

**0046263**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a62a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14661
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Patricia Sollmann

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046264**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a62c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14662
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Donald Sabbe
**Organization:** Knights of Columbus

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment

**0046265**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a625
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14663
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Jean Schreffler

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

I think this move by the government is outrageous! This does not represent a government that reflects the peoples' wishes at all. It does not respect individual rights but rather imposes a narrow, harsh, and harmful policy upon us all.

**0046266**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a62e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14664
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Phyllis Gagne

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046267**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a63b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14665
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Anne Muzos

---

## General Comment

I am joining with many others to strongly protest against any health plans that require Christians to go against their conscience...for example, on abortion and contraceptives!

0046268

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a64b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14666
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Anthony Morano
**Organization:** Anthony C. Morano, CPA

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046269**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a64c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14667
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Dolores Hathaway

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs.
Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.
I truly don't understand why the Muslims have more rights to express their religion than Americans both Catholics and Christians.

**0046270**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a66f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14668
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Jo Ann McCracken
**Organization:** NA

---

## General Comment

The new HHS regulations on sterilization and contraception force Catholics ot choose between our faith and health care. By making is insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions -- as well as individual Catholic employers and health insurance purchasers--are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046271**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a673
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14669
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Lori Neumann

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a667
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14670
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** jayne rufener rauch
**Organization:** private citizen/devout Catholic

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a677
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14671
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Michelle Hinton

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0046274

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a685
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14672
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Jim

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

When you put Catholic organizations out of business, who else would step up to provide services?

0046275

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a694
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14673
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Neil Bresnahan

## General Comment

Abortion is wrong and if doctors will not perform them because of their beliefs, then back off. Your ideology is completely immoral.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a6a0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14674
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Roxanne Taylor

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

0046277

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a69c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14675
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mary Viano

## General Comment

I'm writing to alert you to the need to support the Respect for Rights of conscience Act (H.R. 1179/S. 1467).

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

Please consult your own conscience and vote honestly!

**0046278**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a6a8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14676
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** THOMAS KOTTE
**Organization:** THE KOTTE FAMILY

## General Comment

Stop this MADNESS. Leave my Religous Rights out of Your Plans for Health Care. Group Health or Just Plain Group Madness?

0046279

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a6a9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14677
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** jeanine velasquez

## General Comment

Pregnancy is not a disease that needs to be classified for "preventative services." Do not force your views and mandates on to people of the Catholic faith. You are violating our religious freedom by forcing Catholic colleges and universities to participate in the pathetic excuse of "women's rights" by passing the HHS regulations on contraception and sterilization. What hypocrisy. Where is tolerance for people of faith?

0046280

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a6b3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14678
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Shirley Johnson
**Organization:** voter of Catholic faith

---

## General Comment

This requirement takes away Catholic institutions right to practice their faithful belief that all life is sacred, even from the first second of conception.Right of conscince has been honored up to this point, as far as I know. Please amend this restrictions so that Catholic institutions are not required to do what we know to be morally unjust and culpable.
This is serious disregard

**0046281**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a6ad
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14679
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Bruce Brooks
**Organization:** Blessed Sacrament Catholic Parish

---

## General Comment

I am strongly opposed to the Federal Government requiring birth control and abortion coverage in any and all health insurance plans. It is a violation of our right to practice our religion with the freedoms provided in the U.S. Constitution and the Bill of Rights. Further, it is just plain wrong, a concept that seems to escape many of our current government leaders. Let us practice our religion in good conscience!

**0046282**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a6ae
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14680
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Carol Kenner

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046283**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a6c5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14681
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Robert Bruning

---

## General Comment

I oppose the forced payment of insurance coverage for birth control and abortion. No one should be forced to pay for something that goes against common sense limits.

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a6d8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14682
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mary-Ellen Davis
**Organization:** US Citizen

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046285**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a6f5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14683
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Ryan Moore

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a703
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14684
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Kathy O'Donnell

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046287**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a704
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14685
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Jeanette Slaughter

---

## General Comment

So now there is to be no Freedom of Religion as the Founding Father said were everyones rights. This is what Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendments (Document ID HHS-0S-2011-0023-002) takes away. This is not the USA way.

0046288

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a701
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14686
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** William Hutchison

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0046289

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a711
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14687
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jose Llorens
**Organization:** None

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions as well as individual Catholic employers and health insurance purchasersare being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046290**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a712
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14688
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** sidonie middleton

## General Comment

The government does not have the right to prevent us from practicing our religion freely, and following the mandates of our religious beliefs.

Stop infringing on our religious freedom now!

**0046291**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a717
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14689
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Maricruz Osorio

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Sincerely,

Maricruz Osorio

**0046292**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a718
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14690
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Kate & Gavin Essenberg

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046293**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a71b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14691
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Allen Huang

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a73e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14692
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Ceci McKay
**Organization:** N/A

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0046295

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a736
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14693
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Allen Godin
**Organization:** None

---

## General Comment

As with the Patient Protection and Affordable Care Act, this rule is illegal. I ask you to stop implementation of all rules and regulations associated with the Patient Protection and Affordable Care Act, here after more appropriately referred to as Obamacare.

The Act has been found Un-Constitutional by more than one court and that is more than adequate reason to stop implementation. Partisan politics is not a good enough reason to run rough shod over the preeminent law of the United States.

The implementation of this particular rule in Obamacare violates the conscience of Americans of all walks of life. We cannot be compelled to pay for, nor can it be demanded of private organizations that they pay for a service or thing with violates their beliefs.

As long as there is a Constitution, regardless of the lawlessness of those who swore an oath to uphold it serving in the House and Senate, Obamacare and it's separate initiatives and rules are void. Do not continue to violate the law.

**0046296**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a74c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14694
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Bryon Widows

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0046297**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a747
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14695
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** John Courtney
**Organization:** Cardinal Newman Society

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0046298

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a759
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14696
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Richard Zeitler
**Organization:** St. Stephen Catholic Church

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046299**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a760
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14697
Comment on FR Doc # 2011-19684

## Submitter Information

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Americans to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of the faithful and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics, as well as other religious schools and organizations. These institutions—as well as individual employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a762
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14698
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Richard Burns

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046301**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a763
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14699
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** john gies

---

## General Comment

Object to regulations that interfere with good conscious proscription on support for abortions, sterilizations, or other conscious violating policies.

0046302

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a774
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14700
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Brian Corrigan
**Organization:** Catholic

## General Comment

Why would you take away our rights. It is a human rights violation to destroy life

0046303

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a765
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14701
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Paul Rogers
**Organization:** Self

---

## General Comment

Here is sample text to copy or help you draft your own comment:

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.
----Sincerely, Paul Rogers

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a77b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14702
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** John Hamlon
**Organization:** Retired

---

## General Comment

To whom it may concern:

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs.

The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs.

Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.

Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Thank you for your time and consideration,
John Hamlon

**0046305**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a77e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14703
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Sarah Mathew
**Organization:** Respect Life group, St. Monica Church

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment

**0046306**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a78d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14704
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Maxine Quitiquit

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a7b0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14705
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Noreen Lackett
**Organization:** St. George Catholic Church, Diocese of Baton Rouge, LA

## General Comment

Pregnancy is not a disease. Drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one.

I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0046308**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a7f6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14706
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** John Verner

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046309**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a80d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14707
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Suzanne Verzilli

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0046310**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a816
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14708
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Stephen Oliver
**Organization:** Roman Catholic

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0046311

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a804
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14709
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Arthur Leinen

---

## General Comment

Mr. President if Coverage of Prevenative Services under Patient Protection and Affordable Care Act is enacted you can cancel any hope of my vote in the upcoming presidential election. The legislation is completely against my moral concience and you and those involved will pay the price next election.

**0046312**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a817
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14710
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Patrick Burdick
**Organization:** St. Vincent de Paul Roman Catholic Church

## General Comment

Do not violate the consciences of Catholic citizens who do not want to fund or in any other way support immoral practices, like taxpayer-funded abortion or contraception. Your actions also constitute blatant disregard for the religious freedom of these same U.S. citizens.

**0046313**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a823
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14711
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Adelaide Leavens

---

## General Comment

Please revoke new healthcare regulations. You are violating my religious freedom. Thank you.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a824
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14712
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** cathy Jansen
**Organization:** Cardinal Neuman Society

---

## General Comment

Please repeal the amendment that woiuld foirceCatholic Colleges to ofer abortion meds This goes against our first amendment
rights

**0046315**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a828
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14713
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mary Peterman
**Organization:** none

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046316**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a834
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14714
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Anthony Musillo

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046317**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a835
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14715
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics and other Christians to choose between their faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on their right to practice their religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0046318

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a829
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14716
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Brian Murphy

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption WILL NOT protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—ARE BEING FORCED by the government TO VIOLATE their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans FORCE CATHOLIC COLLEGES TO UNDERMINE THEIR MISSIONS as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment, and the lives of those who most need our society's protection - the unborn.

These 'reforms' are NOT a step in the right direction for our society. They are destructive of the familiy, the very fabric of our society.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a82d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14717
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Jesse Alvarez

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046320**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a847
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14718
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Ronald Adair

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0046321**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a84b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14719
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** michael roche

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046322**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a850
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14720
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

The new HHS regulations on sterilization and contraception(including abortifacients)force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the conscience of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions-as well as individual Catholic employers and health insurance purchasers-are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment!

**0046323**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a852
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14721
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** LeAnne Thompson

---

## General Comment

Dear Mr. President,

I am writing to demand you revoke the new health care regulations.

They blatantly violate religious freedoms in this county.

This is completely unconstitutional.

Sincerely,

LeAnne Thompson

**0046324**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a853
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14722
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0046325

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a854
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14723
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Beverly Hartung
**Organization:** Mrs.

---

## General Comment

The new HHS regulations on sterilization and contraception force certain religious groups to choose between their faith and health care. The government should not infringe upon the rights of the people to practice what they believe. By placing this coverage in collllege student insurance plans the government is imposing its will on the beliefs of the students and undermines the mission of the institutions they attend. As a grandparent, I oppose this regulation because it does not protect the religious freedom entitled by the First Amendment.

0046326

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a843
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14724
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Heather CRaig

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046327**

# PUBLIC SUBMISSION

| |
|---|
| **As of:** April 02, 2012 |
| **Received:** September 14, 2011 |
| **Status:** Posted |
| **Posted:** October 31, 2011 |
| **Tracking No.** 80f1a856 |
| **Comments Due:** September 30, 2011 |
| **Submission Type:** Web |

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14725
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mary Dillmann
**Organization:** Newman Society

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics and many others to
choose between our faith and moral beliefs and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and in fringed on our rights to practice our religious beliefs. The regulations 'religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by lthe Church, but instead run by lay Catholics. These Catholic institutiions-as well as individual Catholic employers and health insurance purchasers-are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in clooege student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and pprotect the religious freedom of Catholics as guarenteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a857
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14726
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Maria Marquez
**Organization:** none

---

## General Comment

The new HHS regulations on sterilization & contraception under Patient Protection & Affordable Care Act: Amendment(document ID HHS-os-2011-0023-0002) forces Catholics to choose between our faith and health care. By making insurance mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. Please repeal these regulations and protect the religious freedom of Christians and Catholics as guaranteed by the First Amendment.

**0046329**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a85c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14727
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Cynthia Ott

---

## General Comment

I am a female health care provider of reproductive age with daughters and strong religious objections to contraception and abortion. I currently do not have these things covered by my health insurance. Forcing my insurer to cover them for others on my plan would violate my rights to object in several ways. It would also drive up the premiums for myself forcing me to indirectly pay for the choices of others which I find objectionable.

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

Please do not violate my personal right not to contribute to the contraceptive and abortive choices of other women by eliminating my right to chose a policy that does not pay for a service I will never use.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a860
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14728
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Kathleen
**Organization:** voting citizen

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046331**

# PUBLIC SUBMISSION

As of: April 02, 2012
Received: September 14, 2011
Status: Posted
Posted: October 31, 2011
Tracking No. 80f1a87a
Comments Due: September 30, 2011
Submission Type: Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14729
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Christine O

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046332**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a87d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14730
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Amy O'Callaghan

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0046333

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a88c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14731
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Peggy Murphy

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

0046334

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a88d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14732
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Sue Tornow

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0046335**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a891
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14733
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Beverly Rossio, Ph. D

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Additionally, the WHO has labelled the birth control pill as carcinogenic. Why would we want to give women something that increases their cancer risk????????????

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a8a0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14734
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Bret Walsh

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046337**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a898
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14735
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Charles Wheatley

## General Comment

I oppose your health plan requiring Catholic Hospitals providing services that the Catholic Church teaches is morally wrong. Democrats are baby killers.

0046338

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a8a2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14736
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Bernadette Cymbor
**Organization:** Catholic

## General Comment

I strongly oppose the government health regulations in trying to force Catholic colleges, schools, and other facilities to dispense contraceptives, abortifacients, and other reproductive measures against their will and conscience.

**0046339**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a8a4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14737
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mayo Watson
**Organization:** American Citizen

## General Comment

Freedom of religion had been a time honored and sacred right that particularly defined the founding of our country. Many courageous believers died as martyrs in order to be true to both natural law and sacred values. Our country's leadership will violate those hard earned civil and legal guarantees with the continued pursuit of Preventive Services under Patient Protection and Affordable Care Act: Amendment... No doctor, nurse, hospital, pharmacist, or caregiver should be required to violate sacred or natural law. To legislate this is immoral in itself. Let us together in a common understanding of true human dignity and authentic freedom restore the value of life and natural law.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a89a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14738
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Dave Kohutek

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046341**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a8a9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14739
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Brendan Moore

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046342**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a8ae
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14740
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** William Newkirk

---

## General Comment

The Constitution guarantees Freedom of religion. Please do not take that from us through Obamacare and other HHS actions.

**0046343**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a8bb
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14741
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Eva Juergens

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046344**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a8ca
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14742
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Timothy Green

## General Comment

I oppose these regulations as written. The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics like me to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046345**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a8cd
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14743
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mary Keys

## General Comment

As a professor of political science at the University of Notre Dame, whose courses include one entitled Politics and Conscience, and as a concerned citizen, I am appalled about the coercive violation of conscience-rights by the contraceptive (including early abortifacient) mandate of the new Health Plan.

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

0046346

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a8ce
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14744
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Robbyn Celestin

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0046347**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a8d3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14745
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Kate Elliott

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0046348**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a8dd
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14746
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Rosa M Marquez

---

## General Comment

Please respect the Commandments of God, and the laws of the Holy Catholic Church.
Thank you

0046349

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a8d6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14747
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Phil Lawson

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

| |
|---|
| **As of:** April 02, 2012 |
| **Received:** September 14, 2011 |
| **Status:** Posted |
| **Posted:** October 31, 2011 |
| **Tracking No.** 80f1a8d9 |
| **Comments Due:** September 30, 2011 |
| **Submission Type:** Web |

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14748
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046351**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a8e8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14749
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Sharla Heindel
**Organization:** Cardinal Newman Society

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a8ef
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14750
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Anna M. Greff

---

## General Comment

I am a voting Democrat & a Catholic. I oppose the HHS regulation that would require mandatory insurance coverage. This regulation would infringe on the beliefs of many people. I ask that you repeal these regulations and protect the religious freed o Catholica as guarenteed by the First Amendment. You are sending out e-mails pleaing for contributions to your campaign. If the regulations continue to be in use, I will not contribute and will not vote for your bid for the Presidency for another term.
Sincerely, Anna M. Greff

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a8f1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14751
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Marian Coughlin
**Organization:** Sisters of Notre Dame

## General Comment

It is unacceptable that any one presume the authority to deny another the right to freedom of conscience. In demanding some of what is wirtten in the Obama Health Care Plan the right of some to refuse abortion is negated and some are free to use federal funds to secure abortion. This plan as it stands is unconstitutional.

0046354

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a8f2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14752
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Shireen Gooch

## General Comment

Obama Administration,

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.
Amendment-Document ID HHS-OS-2100-0023-0002

Sincerely,

Shireen Gooch
Overland Park, Ks

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a8f3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14753
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** margaret wrobel

---

## General Comment

Please do not FORCE me to fund programs in the health "care" services "patient protection and affordable care act" as it is morally objectionable to me.
Thank you for not forcing me to use my tax dollars to provide for services that I believe violate my religious and moral principles.
As a registered nurse, I am keenly aware of when life begins and the long term ramifications of artificially preventing or ceasing and child of conception.
As a mother of eight sons, I am also keenly aware of the miraculous gift of life a child is!
It is truly distressful that I must contribute to anything that I believe is against the law of nature (killing any child, no matter how young or length after conception they have been in existence).
Thank you for listening to your constituents.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a8f7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14754
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** kEN hUBER

---

## General Comment

I am a Catholic and a graduate of a Catholic university. I am opposed to the federal mandate that Catholic organizations must provide contra ceptives, sterilization etc for the prevention natural process of having children. This new policy of the Obama administration is against the constitution of the US and against all moral and ethical standards.

**0046357**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a8f8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14755
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Gail Waterman
**Organization:** Lay Fraternities of St. Dominic

## General Comment

These new healthcare regulations blatantly violate our—yours, mine, the Catholic Church's—religious freedom.

I urge all legislators to oppose this infringement on our rights and freedom of choice.

**0046358**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a901
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14756
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Dorena Wenger

---

## General Comment

Please respect other's freedom of choice! Do not force Catholic (and other) hospitals, health care workers, and insurance plans to provide "services" that they believe to be morally wrong. It is wrong for you to make mandatory contraception and sterilization in "health care" plans, etc.

You are suppose to be for "Choice" but it seems that the only "choice" you will allow is yours.

**0046359**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a915
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14757
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Rock Kaiser

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046360**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a921
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14758
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Sheila Knapp

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

Thank you for your help in protecting our religous rights and human life.

**0046361**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a927
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14759
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Marjorie Rondinella
**Organization:** n/a

---

## General Comment

Obama should be eiether put on trial for treason for trying to destroy our country or impeached.....I didn't vote for him and he scares me to death.....is he the Antichrist??????

**0046362**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a92a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14760
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Rose Mary Arendt

## General Comment

The new HHS regulations on sterilization and contraception (including abortion induced drugs) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will no protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions - as well as individual Catholic employers and health insurance purchasers - are bing forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans for Catholic colleges to undermine their missions as Catholic insititutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046363**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a930
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14761
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Chris Kinkor

---

## General Comment

This is excessive regulations. Save our jobs

**0046364**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a94c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14762
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Shirley McKay

## General Comment

Give the gift of life, and do not take it from someone else, it was not taken from you.

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

Please, look around you, and be thankful for your life and the lives of those you love, let someone else have the life of love
and joy, sorrow and everything that life gives us. Because only
through living do we experience this blessing.

**0046365**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a94f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14763
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Rosemary Meland

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046366**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a93a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14764
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Diahann Dy

## General Comment

I am a registered nurse and I am appalled and vehemently angry with this regulation that do not respect my conscience when government tries to enforce rules that goes against even the natural law! (Thou shall not kill). Certainly, chemical abortions are included like RU486 or the morning after pill is one of them.

I pray that you heed the voices crying out to God for justice on the ongoing subtle and not so subtle persecution.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a952
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14765
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Richard and Mary Baker

---

## General Comment

there is no reason to have people in this country pay for services that we believe to be and are immoral. Life is precious to us, we cannot do anything about others that don't believe that life is precious from conception until natural death, but we do not need to stand by and watch this administration, or any other group of people tell us what we can and cannot pay for.
any and all elections will be made regarding how the canidate votes and stands for a belieft system of family, ProLife and other moral issues. until we get the FAMILY back into the United States of America putting GOD first, we will continue on a downward spiral of destruction.
Richard and Mary Baker
Savage, MN

**0046368**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a957
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14766
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Dan Cervantes
**Organization:** N/A

## General Comment

PLEASE DO NOT THREATEN RELIGIOUS FREEDOM. The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a959
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14767
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Joseph McKennan
**Organization:** Christianity

## General Comment

Since the government has taken a stance separating CHURCH and state it should follow its own directive and keep itself out of parochial universities. We are not a communist state... yet, but a republic. There should be no strings attached to federal aid to a parochial school if in fact we are a democratic state.

0046370

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a95b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14768
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** David Rodgers

## General Comment

Your continued infringement on the rights of the people must stop. Forcing Catholic Hospitals and Universities is a clear violation of the first amendment. Congress shall make no law violating the free excercise of one's religion. For those who want such services, their are other options.

0046371

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a940
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14769
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Anna Cameron

## General Comment

Absolutely not. Please do not violate my freedom of belief by requiring me to pay for healthcare that violates my beliefs. Abortafatives and contraception are unethical and immoral. In the past the US government has always respected individual beliefs, for example the Native American right to use Peyote during religious ceremonies. I do not understand why the US government under President Obama continually seeks to diminish my rights to freedom. Thank you.

**0046372**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a95d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14770
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** James Bick
**Organization:** pesonal

---

## General Comment

Please repeal your unconstional orders for Catholic health care.

**0046373**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a963
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14771
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Cecile Marie Galvin
**Organization:** St. Edwards Catholic Church, Dana Point, CA

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046374**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a96b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14772
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Christine Naumann

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0046375**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a96c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14773
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Susan Harrington

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

Please do not require all those who object on moral and religious grounds to support something that they find objectionable. Instead provide services to protect and support pregnant women.

**0046376**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a971
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14774
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** William Dowdy
**Organization:** Captran Group, Inc.

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046377**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a972
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14775
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Molly Valenti

## General Comment

Please repeal the new HHS regulations making it mandatory for all insurance companies to cover sterilization and contraception. This violates the conscience of many Americans due to religious beliefs.

Please repeal in order to protect religious freedom of all Americans.

Thank you.

Molly Valenti

**0046378**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a976
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14776
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Barbara Kemple
**Organization:** Sacrted Heart Religious Education Program

---

## General Comment

If you are REALLY Pro-Choice....then you will uphold my choice to remain faithful to my beliefs and not try to force people to act against their conscience.

**0046379**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a977
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14777
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Lida Esposito

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans forces Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046380**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a978
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14778
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Stephen Alic
**Organization:** American Citizen

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046381**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a979
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14779
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** James Collignon

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a980
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14780
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Rita Sweeney
**Organization:** The Cardinal Newman Society

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. Despite the public being told that there would be conscience protections in place, the regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.
Rita Sweeney

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a981
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14781
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mary Scally

---

## General Comment

I protest the group health plan which infringes on the First Admendment right of religion. Repeal these regulations and protect religious freedom and protect Catholic values.

0046384

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a986
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14782
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** HENRY KIENZLE
**Organization:** NONE

---

## General Comment

It is criminal to demand that church leaders must support abortion and birth control, both of which are condemned by the Catholic Church.

Because you politicians think you may buy a few votes by supporting these hideous practices, you should resign for violating the freedom of religion guaranteed by the Constitution (which you seem to ignore when it clashes with your Socialist agenda).

You people are a disgrace to humanity!

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a98e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14783
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jacob Loftice

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046386**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a98f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14784
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Lawrence Snair

---

## General Comment

Good day. I feel that I should not have even had to appeal to my government to ask that they respect my religious convictions against abortion, contraception or any other moral issues. Should people have to request protection against the government requiring everyone own a slave" Abortion takes a life and slavery does not, and yet just the thought of slavery is so repugnant that to even think is it is OK is amazing. And yet here I have to request my government not force me to engage in abortions by forcing me to join plans that do just that..

Pregnancy is not a negative health issue or a disease. Drugs and surgeries to prevent it are not health care.

Do not close your eyes and be a cog in the process, this coverage is not right and 90% of America knows it.

Issues like forcing the American people to join in and support the abortion industry is why the majority of the public do not want government agencies like HHS to exist any longer.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a99e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14785
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** James

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a99f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14786
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Irene Sosnicki

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.
I find this offensive and find the goverment is trying to distroy deep Christian beliefs. What ever happened to seperation of Church and state. I feel we are being Robbed of our rights as American citizens.

I

**0046389**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a9a1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14787
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mary Kreifels

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046390**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a998
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14788
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Kim Siurek

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046391**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a99b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14789
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** james derrico

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046392**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a9aa
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14790
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Douglas Bunn
**Organization:** Newman Club

---

## General Comment

As a Catholic and a former university student I know how difficult it is to defend my church's teaching on the sanctity of life and the need to hold ones morals to the highest standards. Although I did not attend a Catholic University, I did not take advantage of the free student services provided by the health clinic. All the more reason that a Catholic University, teaching of the need to hold oneself to the highest standards morally and the need to keep oneself pure until marriage should have to provide birth control materials and or the morning after pill to students.
Realistically, there will always be those who fail in this endevour, for none of us are perfect, but that does not mean that we should teach or encourage a less than perfect life.
If life is sacred and a gift from God then that means that we must protect that life even though it may be unplanned.

**0046393**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a9b0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14791
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Marsha Donati

---

## General Comment

The new HHS regulations on sterilization and contraception force Catholics to choose between their faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools and organizations which are not owned by the Church, but are instead owned by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0046394

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a9ae
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14792
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** eleanor youngmann

## General Comment

Americans, especially Christians demand that the Obama Administration revoke new healthcare regulations that blatantly violate our, yours and mine, the Chruch's religious freedom. What is happening in this country, especially in the last two years?

**0046395**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a9af
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14793
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jeanette Lindholm
**Organization:** Head of our FAMILY

## General Comment

Do not pass this horrible piece of legislation--against GOD & Country!!

0046396

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a9ba
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14794
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Amy Lewis

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0046397**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a9bb
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14795
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** GERARD MURTHA
**Organization:** nd

## General Comment

you are a big loser......what can i say

0046398

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a9bc
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14796
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Fayez El Giheny
**Organization:** Voice of the Nile Coptic Association

## General Comment

Dear Sir or Madam,
I am for national health care plan, and I believe that will help the US economy, however, killing our children by providing free women's sterilization, abortifacients/abortion, and birth control is IMMORAL HEALTH BENEFITS. Instead of killing our own children, stop the immigration from Muslim countries. God Bless America.
Fayez El Giheny

**0046399**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a9b4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14797
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mary Wagner

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care.  By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs.  The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics.  These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.  Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046400**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a9c8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14798
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Marcia Cruse

## General Comment

I am a RN and I can not abide by your decision to force those in the healthcare profession to participate in murder of preborn humans. There are too many who can not have children and have to adopt in foreign lands.

Mr. President, your grandchildren are not a mistake. Many of your ancestors were born during war, famine, plagues and ill-suited circumstances for the women.

Humans are created to belong to the family of God.

**0046401**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a9d3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14799
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Andrea Schneider
**Organization:** St Joseph Hchool

---

## General Comment

I oppose these Health Plans and Health Insurance regulations that are forcing Catholics and their education institutions to abide these laws and mandates that are totally against our faith.
These are abhorrent mandates to our children and the unborn.

0046402

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a9d5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14800
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Richard Marcantonio

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0046403**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a9e4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14801
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Michael Schwartz

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions as well as individual Catholic employers and health insurance purchasersare being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a9ed
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14802
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** CAROLYN STENGER

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a9e8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14803
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Eileen Cannon
**Organization:** Personal

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

There is a division of church and state in the constitution. Please do not infringe on our religious freedom and make federal laws that violate our personal beliefs.

**0046406**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a9f1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14804
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mary Daley
**Organization:** Cardinal Newman Society

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.

Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.
Thank you.

**0046407**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1a9f4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14805
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jason Cook

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aa06
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14806
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Marcia Bresnahan
**Organization:** private citizen

## General Comment

As a practicing Catholic, I reject legislation that goes against my faith and the moral teachings of the Catholic Church.

I will be taxed wiithout respresentation.

Anything pertaining to pro-abortion legislation is pro-murder of the innocent.

0046409

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aa08
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14807
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Michael Wenzel

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aa0c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14808
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** frank burke
**Organization:** self

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046411**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aa17
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14809
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Paris Bremer

---

## General Comment

The Preventive Services mandate violates the conscience rights of Americans who do not wish to participate in health care plans that fully cover abortifacients such as Ella and other services they find immoral. Religious organizations should not be required to provide contraceptive and sterilization services through their health care plans when they violate the tenets of their faith.

**0046412**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aa18
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14810
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Leo and MaryAnne Hertling

## General Comment

Dear members of the Health and Human Services Department:

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0046413**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aa13
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14811
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Joanna Valentine
**Organization:** Private Citizen

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Even though this says Catholics, it is infringing upon every religious affiliation, Jewish, Muslims and all Christians alike. The laws of God are writtten in everyones hearts. What part of "Do NOT Kill. Are you confused upon. Get this HHS regulation amended, before this one Nation which was under God; permanently becomes one nation going under.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aa1d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14812
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** BEATRIZ RAMOS

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046415**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aa22
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14813
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** david patrick
**Organization:** Catholic

---

## General Comment

I oppose the regulations the government is forcing on Catholic institutions. This would not be imposed on other religions. Catholic hospitals do help many people.

**0046416**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aa37
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14814
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jeanne Pitman
**Organization:** St. Mary's Moms

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046417**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aa38
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14815
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Andrea Stewart

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046418**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aa3f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14816
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Jennifer Siebes

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0046419**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aa40
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14817
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Ann Monhaut
**Organization:** Cardinal Newman Society

## General Comment

I disagree with these regulations. As a pro-life Catholic, I do not want Catholic institutions forced to go against their beliefs.

**0046420**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aa41
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14818
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mark Gross
**Organization:** Third Order of St Dominic

---

## General Comment

Shame on you, shame on you, shame on you.

"The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions as well as individual Catholic employers and health insurance purchasersare being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment."

0046421

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aa44
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14819
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Helene Biller

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0046422

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aa4c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14820
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Walace Faucheux

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0046423

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aa4f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14821
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Elzbieta Luszpak

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0046424

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aa54
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14822
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Gwen Salvi

## General Comment

Don't force abortion and contraceptive costs on our health care. It's obvious that you're anti-Catholic and don't care about our Christian faith. Fine. That's your right. Just don't take away our right to practice it.

**0046425**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aa55
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14823
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Joan Papes
**Organization:** Midstate College

---

## General Comment

The federal government is very quick when overiding the rules of the Church in order to maintain "separation of state and Church." It must be just as quick when "separating Church theology from state ideology." In other words, due to this separation factor, the government has no jurisdiction in forcing its conceptions upon an organized, reputable, active, living religious body that has historically held its stance.
When any government dictates what rules a Church can and can no longer abide, democracy is diminished and fascism begins to peak.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aa56
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14824
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** James Sams

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0046427**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aa57
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14825
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Paul Reckert
**Organization:** Just a GOD fearing and God loving Person

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046428**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aa5c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14826
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Malcolm Burke

---

## General Comment

Dear HHS, I am writing to ask that you amend you proposed rules to allow for meaningful religous exemption, or concsientous objector status, to the mandatory provision of contraceptives in health plans.

You can still establish your preferred rules, hoever they should not trample on the liberties of those who disagree with your particular interpretation of life.

Thank you for you attention to this matter.

**0046429**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aa5d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14827
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Stephen Honrath

---

## General Comment

Please rethink your regulations on sterilization and contraception (including abortifacients) that force Catholics to choose between our faith and health care. Either that or include the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics that are not covered by the regulations' religious employer exemption.
Thank you in advance for this change.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aa60
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14828
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** William Melahn
**Organization:** U.S. Citizen

## General Comment

The proposed regulations concerning contraceptives and abortifients are being rammed down the throats of practicing Catholics whose institutions will be compelled to comply with them. I am not impressed with the proposed conscience exceptions which are far too narrowlly drawn. I find the reulations to be very offensive although consistent with the anti-life and anti-religious policies of the Obama Administration. Get rid of them.

**0046431**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aa67
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14829
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Arthur Madrazo

## General Comment

No more running over America ….
This has got to stop!

0046432

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aa7b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14830
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Gerard Mandry
**Organization:** Retired

---

## General Comment

I am against the portions that impact Catholic Medical Services and a violationof an individul's rights.

**0046433**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aa85
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14831
Comment on FR Doc # 2011-19684

## Submitter Information

## General Comment

Abortion, contraception, sterilization, etc., are against the treachings of the Catholic Church. Do not try to force such evils on Catholic institutions in the name of "healthcare". Rather, in the name of the First Ammendment, which the US Government is bound to uphold, do not violate freedom of religion by trying to force members of such to act against the principles and dogmas they profess.

0046434

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aa8c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14832
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Sandra Watson
**Organization:** Citizen of Encinitas, California

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046435**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aa92
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14833
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Greg Davidson

---

## General Comment

Sirs:

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

It is unAmerican to force a citizen of this country or a business to pay for procedures which violate their conscience. Religious freedom is a hallmark of the American experience.
Thank you for considering this.

**0046436**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aa9d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14834
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Ann Marie
**Organization:** Catholic

## General Comment

Please do not use my tax money to be used on things that are against my religion. I refuse to pay it. All Catholic Hospitals should be closed should they be forced to perform abortions

0046437

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aa9f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14835
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Dennis Allen Jr.

---

## General Comment

Dear Sirs,
I am writing to comment on the rule: Group Heath Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amenment (Document ID HHS-OS-2011-0023-0002), which I stongly oppose. It is immoral an unethical, and I will not support anyone who goes along with it! Dont' fool yourselves -- you will be history if you push it!

0046438

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aab9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14836
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Encarnacion Zamora
**Organization:** None

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046439**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aabb
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14837
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Brigetta Roden

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0046440

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aabd
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14838
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** dana wheeler

---

## General Comment

Please do not force people who have faith in God and a strong moral conscience to act against their principles. Please stop forcing Insurance providers & health providers against supporting abortion and euthanasia.

0046441

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aabf
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14839
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Catherine Slocum

---

## General Comment

The new "Obamacare" Health care plan is wrong on so many levels which sadly, overwhelm the good that is in it. It must go!
There is no freedom of religion in this plan. I am a Registered Nurse who happens to be Catholic. My faith and the practice of it, is not restricted to an hour in my own private church on Sunday. I practice my faith 24/7. what good is it if it doesn't go with you to your work, to social events, eductional classes and in all interpersonal relationships. While I do not discuss my faith and the practice of it with my patients of course, by the same token I will NEVER assist on an abortion, instruct a patient on the proper way to take the "morning after" pill, or anything wlse that is morally wrong. Regardless of what laws may be in effect, I have to follow my conscience. Our country was founded on this freedom, NOT SEPARATION OF CHURCH AND STATE but freedom from government intervention into our religion. You simply cannot shut down all the Catholic Health Care Systems because they will not fall in line with this outrageous plan.
Also, I do not in any way want my tax dollars paying for abortions, contraception, steriliazations, birth control and so forth. Government has no business in these areas. You will never convince me that this is compassion for the poor. If you care about the poor, get out of the way, and let business thrive and create jobs. And let us hold ourselves to a higher standard of conduct and sexual expression, that is between a man and a woman who are married and open to life. You will see the numbers of STDs, abortions, uneducated young women and fatherless children drop dramatically.
I sincerely hope someone actually reads this and considers the thought behind it. I am not alone, I hope this administration will soon "GET" it.
I pray for the President and all elected and appointed leaders every days. Progress will only be made by changing hearts and minds. You cannot legislate goodness and character.
Catherine Slocum

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aac1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14840
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Helene Biller

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0046443**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aad0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14841
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jim Rotherham

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0046444

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aad9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14842
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Jo Iacovino

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. Please don't do this. Mandatory insurance is a bad idea, as are most of the new regulations we are putting up with. More like strangulations of our freedom to choose -turning into a nightmare of a government. Patient Protection - I don't think so. Please don't do this.

**0046445**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aaf1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14843
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Rick Burke
**Organization:** St.Mary Immaculate Roman Catholic Church, Plainfield, Il

## General Comment

No to free contraception, no to violating conscience rights, and no to Obama Care. I worked in a Roman Catholic Hospital and they cared for everyone who came or was brought there.

0046446

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aaf5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14844
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** paula kenner

## General Comment

I resent having to support birth control in every form and fashion with my tax dollars. I certainly have rights too. Rights to believe as I do and to live my life accrding to those beliefs. I am a member of a stronger, more vocal and voting moral majority. Consider that. Paula Kenner

**0046447**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ab0c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14845
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ab0d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14846
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Theresa Meagher
**Organization:** just a citizen

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between faith and health care. By making this insurance coverage mandatory our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employee exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions-as well as individual Catholic employers and health insurance purchasers are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholic as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ab13
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14847
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Bill Szumiloski

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions-as well as individual Catholic employers and health insurance purchasers-are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ab01
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14848
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Edwin Buckley

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ab02
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14849
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Katherine Buchheit

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046452**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ab19
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14850
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mia Archer

## General Comment

Dear Mr. Obama,
Since you obviously have no compassion for your fellow man, maybe we need to move the U.S. Government to a different level of participation in ALL crucial human life decisions in the country. I sugggest the government contribute funds to a Roman Catholic organization, to include other religions, including Moslems, Jews, etc as participants..to be in charge of all human aspects in the U.S. This group will not violate any Constitutuional matters, because it vwill not be an arm of government. The Goverment will only participate by giving to the fund it's share of funding, which shall include payment for benefits of ALL government employees, Senators, Congressmen, and to include the presidential welfare, and other employees as well...PUT the POPE in charge.
THEN health care as well as other needed matters of compassion and ope will be well addressed and met.
PERIOD !
Mia Inez Archer

0046453

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ab1a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14851
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Anita Seger

---

## General Comment

The new HHS regulations on sterilization and contraception (including abotifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice religious beliefs. The regulations religious employer exemptiion will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions-as well as individual Catholic employers and health insurance purchasers-are beingforced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046454**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ab1e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14852
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mary A Weeldreyer

## General Comment

Please repeal these regulations and protect our religious beliefs and freedoms. Thank you

0046455

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ab06
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14853
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Joan Temple

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046456**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ab22
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14854
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Andrianne Machac
**Organization:** Catholic American

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046457**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ab33
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14855
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Amy Lomshek

---

## General Comment

I think you should really take a long hard look at this.

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0046458**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ab3d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14856
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Kevin Thompson
**Organization:** St.Catherine Catholic Church

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0046459

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ab35
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14857
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Jane Derrington
**Organization:** personal

---

## General Comment

Please respect rights to preserve personal rights.
The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ab43
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14858
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** TRINH KIEU
**Organization:** THE CARDINAL NEWMAN SOCIETY

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0046461

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ab39
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14859
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Tibor, Jr. Baranski
**Organization:** Jun He Law Offices

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment. To do otherwise would be unconscionable.

0046462

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ab4a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14860
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** maria j.a . wennink
**Organization:** private citizen

## General Comment

What is being proposed is unacceptable under any circumstances! it takes freedom of religion away. It is an abomination in God's Eyes and He is our Creator! He created this whole earth and everything that is in it and on it! And you want to disregard this? Who are you to even have the nerve to go against our and your Creator! Eventually you, also, will have to account for your life.
Respect other peoples decisions on how to live their lives, and not make things mandatory that are totally unnecessary except for enriching the drug companies!
Leave us in the Hands of God and leave religion alone.
God bless you all!

0046463

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ab4d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14861
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Amber Cusack

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0046464

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ab66
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14862
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Doug Ottestad

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ab56
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14863
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Michael McDermott
**Organization:** M.E.R.I.T.

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs.
The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers —are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.
Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046466**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ab6a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14864
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Juliann Russo

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046467**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ab6c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14865
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Shanna

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ab71
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14866
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jeanne Christopher
**Organization:** The Cardinal Newman Society

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046469**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ab7f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14867
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Kathy Logan

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0046470**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ab80
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14868
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Dennis McMahon

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ab77
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14869
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Karen Bonn
**Organization:** St John the Apostle Catholic Church

## General Comment

Science has proven beyond any doubt that abortion is the taking of a human being's life. That is called murder.

Hospitals and other medical facilities must maintain the right to decide their philosophy and if they choose not to offer certain procedures, even if the federal law condones those procedures, then patients are free to seek that procedure elsewhere.

We are still a nation of free people!

Thank you,

0046472

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ab90
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14870
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Debra Bonebrake
**Organization:** Catholic Church member

## General Comment

Please repeal the HHS regulations and protect religious freedom for Catholics as guaranteed by the First Amendment. The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment. The FIRST AMENDMENT.

**0046473**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ab92
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14871
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046474**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aba0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14872
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Denise Keplin
**Organization:** None

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ab9a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14873
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Chris Hirzel

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aba2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14874
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Patricia C Herbert
**Organization:** Bible Group of Cedar Lake, Ind

## General Comment

I am asking that we vote no to the Group health Plans and Health Insurance Issuers Relating to Coverage of Prevenive Services and Patient Proteaction and Affordable Care Act Amendmen(DHHS-os-2011-0023-002.
We have to have respect for life from start to natural end.
We do not want Plan Parenthood, to receive any Federal funds,
that is our tax money. We do not support Abortion and someone telling us when we can't have anymore healthcare. Time to be given the pill for the end of ones life.I

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ab9f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14875
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** kathleen johnson

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

0046478

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aba3
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14876
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Amy Manzer
**Organization:** innerspace studios

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046479**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aba7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14877
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Robert LeBlanc
**Organization:** St. Joseph Catholic Church

---

## General Comment

I continue to be shocked at the brazen efforts of this administration to force on all Americans their immoral and unconstitutional violation of conscience and basic human rights. Their every violation only steels the opposition with greater determination to remove these ideologues and replace them with decent law-abiding representatives who will take their oaths of office seriously.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1abab
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14878
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Harry McMahon
**Organization:** Registered voter

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Harry McMahon

**0046481**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1abb4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14879
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Stephen Potorti

---

## General Comment

I think it's an abomination that the Obama administration is trying to force his anti-life, anti-family policies down the throats of Catholic institutions by mandating that they provide abortions, contraceptives, morning-after pills as part of their health insurance coverage.

Kathleen Sibelius is one of the most disgraceful Catholics in the Obama adminstration. She should be summarily ex-communicated.

0046482

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1abca
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14880
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Marilyn Le Cerff
**Organization:** Cardinal Newman Society

---

## General Comment

We as Catholics say "no" to the mandates of sterilizations and contraceptives in insurance coverage.

We are appalled at the narrow conscience clause that you are proposing as it is not written fully to protect every American's right to practice religion freely.

Please support life, women, children and family by protecting the most vulnerable in life(children, elderly, disabled) with pregnancy suppport centers.

Unfund Planned Parenthood who only makes money providing abortions and not true reproductive health care.

Sincerely,
Mr. and Mrs. Gregory Le Cerff, Hamilton NJ 08690

**0046483**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1abcb
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14881
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Bernadette Ward

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

I hope every baby has a right to grow up in this world. Plus I hope they can eliminate; any medication that will harm that baby be substituted for somthing much safer while that mother is pregnant. I feel all children have the RIGHT TO LIVE & A RIGHT TO LIFE!

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1abd0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14882
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Sean Maxwell

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046485**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1abd5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14883
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Michael Murphy

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

Please do all you can to protect the dignity of human life from conception to natural death. Government's prime responsibility is defense of human rights. The right to life is foremost of those rights.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1abdf
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14884
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Dave Seger

## General Comment

The new HHS regulations on sterilization and Contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice religious beliefs. The regulations religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions-as well as individual Catholic employers and health insurance purchasers-are being forced by government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046487**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1abe2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14885
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Rev. James Wade
**Organization:** St Anthony Catholic Church

## General Comment

Please liive up to your promises.

**0046488**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1abda
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14886
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** John Heinen

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046489**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1abe4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14887
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** g garles
**Organization:** mom

## General Comment

Please provide funds and legislation that allow for full choices by women/men to keep a down baby should they want.

**0046490**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1abf0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14888
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** margaret Moan

## General Comment

As a Catholic citizen of the United States of America I ask you to revoke the new healthcare regulations (HHS-OS-2011-0023-0002) regarding sterilizations and contraception (including abortifacients) insurance coverage that would force Catholic colleges, schools and organizations to go against their religious beliefs.

0046491

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1abe9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14889
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Stephen Spies

---

## General Comment

PLEASE REPEAL THESE REGULATIONS AND PROTECT THE RELIGIOUS FREEDOM OF CATHOLICS, OTHER CHRISTIANS, AND MORAL CITIZENS AS GUARANTEED BY THE FIRST AMENDMENT.
The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1abf4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14890
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Maribeth Head

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046493**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1abf5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14891
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Judith Hirschle

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

0046494

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1abec
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14892
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Jennifer Lapos

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1abfa
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14893
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mark Burmeister
**Organization:** Member Catholic Church

---

## General Comment

I steadfastly oppose the mandatory health insurance law signed into law by President Obama. I oppose it because it violates our constitution by requiring citizens of the United States to participate and without total participation the law in mathmatically unaffordable. My religion views abortion and contraception as sins. For me to participate in this law in any way makes me guilty of sin, so the law is in direct conflict with my freedom of religious expression. I could go on, but these reasons alone are enough for me to say this law must be repealed....and soon.

**0046496**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1abef
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14894
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Tracy Giles

---

## General Comment

What is happening to our first amendment rights? Mr. Oboma made many promises to get this health bill passed. Now, all those promises are down the drain (not for the first time!). How long before Congress learns that finally the tide is turning and more people world wide are recognizing that humans can't control population by killing the unborn. Look at Europe and their birth rates as well as China. Are we asking for more problems by forcing this kind of law on ourselves. When will Congress wake up and let the living live? Quit forcing those with wisdom and conscience to do evil and destruction. Aren't we having enough problems with health care without restricting those who care enough to devote their lives to provide health and life for us all. Please, consider this when you structure laws for all to abide by.

**0046497**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1abfd
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14895
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Marjorie Huston
**Organization:** Cardinal Newman Society

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1abff
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14896
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0046499

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ac0a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14897
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Susan Boster

---

## General Comment

I oppose the healthcare legislation which requires catholic employers to provide healthcare include birth control and abortificians to women as it is against Catholics religion values. I am pro life, because God is pro life. As Americans we are free to practice our religious beliefs, it's our right.
I pray our government leaders will be guided to make decisions in favor of life.

**0046500**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ac15
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14898
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** pat O'neill
**Organization:** private citizen

---

## General Comment

Please respect the conscience rights of Catholic doctors in refusing to prescribe abortifacient products
Pat O'Neill

**0046501**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ac16
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14899
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Judy Haag

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ac17
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14900
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Paolo Lamelza

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ac2e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14901
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Ann Marie Gimbi

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046504**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ac3b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14902
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Peggy Trotter
**Organization:** The Shepherd Center

## General Comment

This is a blatant violation of the freedom to practice our relegion. My organization is ecumenical and Financially supported by 61 churches/temple. I am appalled by government efforts to undermine our principles.

0046505

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ac31
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14903
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Stephanie Hagenstein

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ac3c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14904
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Cornel Ruston

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046507**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ac3d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14905
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Alejandra Sedano
**Organization:** Roman Catholic Church

## General Comment

NO ON
The new HHS regulations on sterilization and contraception (including abortifacients). They force us Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ac54
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14906
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Catherine Kraning

## General Comment

Please co-sponsor the Respect for Rights of Conscience Act (H.R. 1179).
This measure ensures that the rights of conscience of all participants in our nation's health care system will be respected.
I do not support a federal government mandate that ignores the rights of religious entities.

**0046509**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ac59
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14907
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Azaleah Dumanig

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ac63
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14908
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Patricia L Rowley
**Organization:** Group Health Plan and health Insurance Issuers

---

## General Comment

OBAMA HEALTH PLAN:

I am a citizen of the United States that has paid taxes Forty-Seven (47) years; I oppose the contraception and sterilization mandate for insurances companies. We need to re-organize our priorities; pull the billion dollars spent on Planned Parenthood and place it in Social Security that the American people paid through their taxes. How much did "Planned Parenthood" pay towards their monies funded?

Respectfully,

Patricia L. Rowley
5210 Dempster Drive, Apt #A
Columbus, Ohio 43228-2621
614.218.0441

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ac64
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14909
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Fredrick Carbonneau
**Organization:** Healthcare options that violate conscience of Catholic Colleges

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046512**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ac5d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14910
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Lynda Hoheisel

## General Comment

As I also sent a message to Ms. Sebelius, we need to say NO to the Affordable Care Act! Our Constitution guarantees the right of every person to life, and since life starts at conception, this includes the unborn. We cannot spend money to kill our unborn citizens!

May every heart convert to truly seeing the truth in this matter.

**0046513**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ac6a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14911
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Walter Drey

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ac81
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14912
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Tony Anderson

## General Comment

Please modify your health care bill so that it will not be prejudicial to citizen tax-payers who believe abortion is the taking of an innocent human life.

**0046515**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ac83
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14913
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Karl Hotz
**Organization:** Citizen

## General Comment

Please do NOT legislate laws that do not respect the sanctity of life- either directly or indirectly. Moral health care truly upholds the standard of medical ethics that our nation respects! Thank you. In Jesus name...karl

0046516

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ac89
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14914
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Joanne Talbot

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046517**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ac8a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14915
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** James Shannon
**Organization:** A member of the Catholic church

## General Comment

I was absolutely flabergasted to learn that the new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. As a practicing Catholic I find this government intrusion totally unacceptable. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment of our Constitution.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ac94
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14916
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Andrea Gleason

---

## General Comment

This Rule is neither "Preventive" nor "Protective." It's dehumanizing and an unconscionable action: immoral in every way, black and white, with no gray. And this is the opinion of a Catholic graduate student who is a woman.

**0046519**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ac8c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14917
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Katherine Morris-Svec

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

Thank you for allowing the public to comment and for your consideration in this matter.

**0046520**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ac8e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14918
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Margaret Cardwell

---

## General Comment

Please take note that the new regulations in the HSS Bill violate my freedom of religion. The very idea that Catholic employers, Catholic Colleges, every Catholic would be forced to pay for contraception and abortions is against every principle that this country was founded on! These provisions MUST be removed from any bill that is put forth in order for me and millions of other Catholics to practice our freedom of religion.

Sincerely,
Margaret Cardwell

**0046521**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ac8f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14919
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Y Morris

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046522**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ac91
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14920
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Stormy Skrip

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046523**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1aca0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14921
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

I really can't believe this could really happen. So said many Germans. How could we let this happen? So said many Germans. We must stop this atrosity. It needs to be out there at all Masses and soon. Tear this bill apart as a lesson to all Democrats that voted for this back room, closed door deal. They must know by now it cannot be tolerated in a free society. Repeal Obama now.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1acb2
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14922
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Michael J.

---

## General Comment

This is absolutely ridiculous and inappropriate for the government to crush freedom of thought and require that people go against their consciences to assist/support the killing of unborn human children as well as attack the beautiful gift of fertility and procreation of women. The new HHS regulations on sterilization and contraception (including abortifacients) would force Catholics (as well as others who have serious concerns about these procedures) to choose between one's faith and health care. By making this insurance coverage mandatory, our government would be violating the consciences of faithful Catholics (and others) and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1accb
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14923
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Kenneth Krepel

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) infringe on Christians' rights to practice our religious beliefs. Why is the U.S. government so interested in killing our youth?

Christians are forced to choose between our faith and HHS regulations. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1acbb
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14924
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** paul Mauer
**Organization:** American Citizen

## General Comment

Liberals want to change the staus quo, as if modern is better than traditional regardless of what it is, or weather it proves better in the long run. One never knows whether progressive is better without benefit of hindsight. Does hindsight show that liberal policies have reduced poverty, or improved American productivity, or our schools, or our social order? We have in the majority, fallen for a pitch by a bunch of professional politicians who don't know better, or don't care, as long as they get what they want. The sooner they're gone the better.

**0046527**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1acd5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14925
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Francie Tobe

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0046528

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1acdb
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14926
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Helen Weinberg

---

## General Comment

Concerning Document Id HHS-OS-2011-0023-0002
I am against this Bill. Please stop this madness. I do not want my taxes used for these services.

0046529

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1acd8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14927
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Anne Madden

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046530**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1acdd
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14928
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Deborah Glick
**Organization:** New York State Assembly

## General Comment

See attached file(s)

## Attachments

HHS Religion

**0046531**

Dear Secretary Sebelius,

I would like to express my support of the changes in rules for coverage of preventative health services for women (HHS-OS-2011-0023). It is critical that women have access to preventative health care without financial barriers and these changes will increase access.

I would also like to thank you for the four-facet criteria used to identify religious groups and grant religious exemptions to this rule. I don't believe religious organizations and institutions should have to sacrifice their primary mission in order to comply with Government rules and regulations. That said, I think there are times when groups try to claim a religion exemption to get out of rules with which they do not want to comply, for a number of reasons. The criteria outlined in this rule are perfect to ensure protections for religious organizations, while not giving a free pass to others who simply do not want to comply.

Thank you for your work and support of this reform.

Sincerely,

Deborah J. Glick
New York State Assembly
District 66

0046532

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ace6
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14929
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** David Bayer

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ace1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14930
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Juan Rodriguez

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046534**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ace7
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14931
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** James Barrera

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, the U.S. Government has violated the conscience rights of faithful Catholics and infringed on our right to practice our religious beliefs. As you know, the regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. As a result, these Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the U.S. Government to violate their own religious beliefs, in direct violation of our right to freedom of religion and one of the fundamental rights upon which our nation was founded. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions.
Please repeal these regulations and protect the religious freedom of Catholics and all people of faith as guaranteed by the First Amendment. Thank you. James G. Barrera

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1acf0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14932
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Margie Gripka

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046536**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1acf5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14933
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** James McGuire
**Organization:** Domestic Church

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046537**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1acf8
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14934
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Brian L

---

## General Comment

What Obama is trying to do is not only totally pathetic, it is typical approach of a Marxist/Communist. I am totally sickened by Obama's tactics on healthcare and many other issues.

**0046538**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ad02
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14935
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Shirley Annunziata
**Organization:** Individual

## General Comment

I am against the group health plans and health insurance relating to coverage of Preventive Services under Patient Protection and Affordable Car Act: Amendment (Document ID HHS-OS-2011-0023-0002)
I am a practicing Catholic and this is against my religious beliefs. I will also not support any candidate that supports this plan.

0046539

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1acfc
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14936
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Patricia Young

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment

**0046540**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ad08
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14937
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Miriam Kopenhafer

## General Comment

I am appalled at the procedures being encouraged under the title of "health".

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0046541**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ad01
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14938
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Deb Trenary

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0046542**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ad0a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14939
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Madeleine Appelbaum

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ad0d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14940
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Anna Wells

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046544**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ad13
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14941
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Dr. Jeanne Sella
**Organization:** Neuropsychologist

---

## General Comment

This HHS proposal clearly violates the freedom of conscience provisions of our constitution!
It will be forcing citizens to make a choice between the tenets of their religion, their personal moral standards & choice of medical insurance. This new HHS regulation violates the consciences not only of Catholics but most Christians and Jews both health providers and ordinary citizens.
Also noxious is the mandate that we will be forced to give financial support not only to contraceptives and abortion but even sterilization. There is no provision for counseling young women about the long term physical and psychological as well as moral consequences of promiscuity and sterilization.
Is this not a crime against women? (Men will not be sterilized.)

0046545

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ad2f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14942
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Arnold Fury

---

## General Comment

Simply stated your administration is attempting to violate our constitution by depriving the American citizens of the very rights it guarantees. It is important for you to know that you work for US, the American people, WE pay the bills. The money you spend is OUR money, not yours...and the rights you trample on are OUR rights.
Perhaps the biggest mistake you seem to repeat is the assumption that all we little people are either ignorant or stupid - or both. I assure you, nothing is further from the truth.

**0046546**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ad31
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14943
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Sherryl Raymond

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0046547**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ad38
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14944
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Sally Knight

## General Comment

Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion. Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase.

These regulations should respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0046548**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ad32
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14945
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Michael Kurz
**Organization:** America

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046549**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ad33
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14946
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mr. and Mrs. S. Crothamel

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046550**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ad4b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14947
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** David King

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics like myself to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ad4c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14948
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Janet Wolfe
**Organization:** US citizen

---

## General Comment

Dear President Obama,

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Janet Wolfe

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ad4d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14949
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mike Zenk

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ad4e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14950
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Maura Spingola

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046554**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ad59
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14951
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Luis Delgado
**Organization:** Catholic

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.


Sincerely,

Luis Delgado

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ad5a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14952
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Teresa Wolff
**Organization:** self

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046556**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ad5c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14953
Comment on FR Doc # 2011-19684

## Submitter Information

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions-as well as individual Catholic employers and health insurance purchasers-are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ad54
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14954
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Gil Bastien

---

## General Comment

I am against you policy of forced services on college students

By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ad6a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14955
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Matthew Shireman

---

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0046559**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ad70
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14956
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** William Murphy

---

## General Comment

Those who talk and write about a woman's "right" to choose an abortion should respect the right of Catholics and others to choose insurance policies that do not cover contraception, abortion and sterilization.

**0046560**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ad92
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14957
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Carol Inkrott

## General Comment

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

**0046561**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ad95
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14958
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Michael Coleman

## General Comment

This whole health care law that was rammed down citizens throats is against everything this country stands for. It was not well thought out and as our past Speaker of the House said, "You have to read it to see what's in it".

Repeal the whole law!!!

0046562

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ad8a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14959
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** martin j fleckenstein

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ad99
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14960
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Renee Boutell

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046564**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ad9a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14961
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Andrew McGowan, Jr., M.D.

---

## General Comment

The new HHS regulations preclude Catholic colleges from functioning according to their religious tenets. Document ID HHS-OS-2011-0023-0002 is unconstitutional. As a Catholic and as a physician I oppose and resent this regulation.I

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ad8f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14962
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Christine Ross Earls

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ad9f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14963
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** M&M W A Klein

## General Comment

Abortion, contraception, and sterilization are morally wrong, contrary to natural law and scripture. Catholics and many Protestants share this faith.

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

Keep in mind that each of us will face a final judgement.

**0046567**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ada0
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14964
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Rita McGowan

---

## General Comment

As a taxpaying American, I am extremely troubled by the actions of the Obama Administration to support new health care regulations, which blatantly violate my religious freedom by proviiding immoral health benefits such as sterilization, contraception, which includes "abortifacients."

Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the FIRST AMENDMENT.

Thank you.

0046568

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1adbe
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14965
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Margaret Casanova
**Organization:** St. Rose of Lima Catholic Church

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046569**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1adb9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14966
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Debbie Dunn

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046570**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1adba
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14967
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** E. Fajardo
**Organization:** CWL

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046571**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ade1
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14968
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Kathleen Altobello

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ade9
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14969
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Fred Picchioni

## General Comment

I demand that the Obama Administration revoke new healthcare regulations that blatantly violate my religious freedom, and the religious freedom of my Church.

## Attachments

Cadet Prayer

**0046573**

*Cadet Prayer (West Point Military Academy)*

Make Us Choose the Harder Right,
Instead of the Easier Wrong,
and Never Be Content with Half-Truth,
when the Whole Truth Can Be Won.
Endow Us With Courage
that is Born of Loyalty to All That is
Noble and Worthy,
that Scorns to Compromise with
Vice and Injustice,
and Knows No Fear when
Right and Truth are in Jeopardy.

0046574

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1adec
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14970
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Robert Gilbert
**Organization:** retired

## General Comment

he new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ade5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14971
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** jeri mccarty

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046576**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1adf4
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14972
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Gilbert P. Ruby
**Organization:** Sacred Heart Ushers

## General Comment

Obama Administration
How can you do this to the one Church that founded this Country. You would NOT be able to this if it were NOT for one of the first people to have landed here. You keep PUSHing and PUSHing. You will have to answer to him one of these days and can you say you did what he wanted you to DO!!!! My answer, NO!!!! You will get VOTED out in 2012. Your party lost in the last election and you will loose in this coming Election. Change you ways, this Country is about GOD and his Son our LORD JESUS CHRIST!!!! Change your ways. Our Children voted you in and thery will vote you out!!!!
The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.
Yours in CHRIST name
Gilbert P. Ruby

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1adf5
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14973
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Dr. David Delaney
**Organization:** Mexican American Catholic College

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ae13
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14974
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** rafaelmarie .
**Organization:** Self

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046579**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ae1c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14975
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Lisa Mladinich

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046580**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ae1d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14976
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** john Leonard

---

## General Comment

I voted for Obama BUT never again. Along with most other CATHOLICS we will not vote for him or any other Democrat. I am no longer considered a member of the Democrat party. Why this man is allowed to constantly assault the Catholic Church and Christian principles I will never know. maybe he is, as many believe, he is really a MUSLIM....

Count me out from now on....

**0046581**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ae1f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14977
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Jean Smith

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ae20
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14978
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mary Beyer

## General Comment

Please allow all religiously affiliated businesses and non-profit organizations to continue to practice tthe Constitutional Freedom
of Religion by not being forced to cover contraception and abortifacients. Indeed this basic freedom of conscience should be allowed to continue for every business and organization.
Please do not force anyone to cover things that they may believe to be against.
Pregnancy is not a disease.

0046583

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ae22
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14979
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mattia Healy

## General Comment

Repeal the new HHS regulations on contraception. The government does not belong in the health care business. The nose of the camel is in the tent and this administration is determined to let the camel take over the tent.

0046584

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ae41
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14980
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Joseph M Donadieu

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ae44
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14981
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046586**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ae45
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14982
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** MICHAEL JONES

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ae47
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14983
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Corinne Watkin
**Organization:** I am a faithful and practicing Catholic.

---

## General Comment

I am a faithful and practicing Catholic, who resents being put in a situation where I must choose between civil disobedience and going against my religious convictions. The new HHS regulations on sterilization and contraception (including abortifacients) force me and my fellow Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ae5a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14984
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Jane Peacock
**Organization:** Peacocks

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0046589

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ae62
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14985
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Yvonne Rojas

---

## General Comment

Whatever happened to separation of Church and State. Stay out of our colleges/schools and hospitals. You have plenty non Catholic institutions to regulate. We have a right to practice what we believe!

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ae5c
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14986
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Mary Lennox

---

## General Comment

As ususal, the Federal Government is imposing rules which go against our rights and our consciences. I refuse to pay for a pill which will put an end to an innocent life. Let the promiscuous learn that "you play, you pay" not "you play, WE pay". This government is an abomination. Can't wait till 2012.

**0046591**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ae5d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14987
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** JAMES NEWELL

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment. I and my family will be watching closely who supports these unconstitutional amendments and voting out those who do.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ae6a
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14988
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Frank Diani
**Organization:** self

---

## General Comment

"Sir"
Freedom of religion: Your Muslim friends are granted top 'graces' in this area... why the current administration "lean" on Catholics & Christians?
The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ae6d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14989
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Allan Ellsbury
**Organization:** Retired

## General Comment

Please repeal the regulations that force mandatory contraception and sterilization coverage in college student insurance plans at Catholic colleges.

**0046594**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ae72
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14990
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Michelle Weissenstein

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046595**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ae73
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14991
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Sandra

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046596**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ae75
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14992
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Nicholas Baran
**Organization:** Private Person

## General Comment

I object the Federal government's continued discrimination against Catholics, Catholic Faith, and Catholic education systems.

**0046597**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ae83
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14993
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** Irudayam Yeddanapalli
**Organization:** SVDP Society Member

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

**0046598**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ae84
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14994
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Anthony Leone

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0046599

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ae86
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14995
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Mr & Mrs John OBoy

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ae7b
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14996
Comment on FR Doc # 2011-19684

---

## Submitter Information

---

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ae7d
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14997
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** Denise Suarez
**Organization:** N/A

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0046602

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ae7e
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14998
Comment on FR Doc # 2011-19684

---

## Submitter Information

**Name:** theresa Tiberi

---

## General Comment

DHHS has recently issued a rule requiring almost all private health plans to cover contraception and sterilization as "preventive services" for women. This is an unprecedented threat to individual and institutional religious freedom. I oppose this rule.

Pregnancy is not a disease, and drugs and surgeries to prevent it are not basic health care that the government should require all Americans to purchase. Please remove sterilization and prescription contraceptives from the list of "preventive services" the federal government is mandating in private health plans. It is especially important to exclude any drug that may cause an early abortion, and to fully respect religious freedom as other federal laws do. The narrow religious exemption in HHS's new rule protects almost no one. I urge you to allow all organizations and individuals to offer, sponsor and obtain health coverage that does not violate their moral and religious convictions.

Thank you for your consideration of my thoughts on this most serious matter.

**0046603**

# PUBLIC SUBMISSION

**As of:** April 02, 2012
**Received:** September 14, 2011
**Status:** Posted
**Posted:** October 31, 2011
**Tracking No.** 80f1ae7f
**Comments Due:** September 30, 2011
**Submission Type:** Web

**Docket:** HHS-OS-2011-0023
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under the Patient Protection and Affordable Care Act

**Comment On:** HHS-OS-2011-0023-0002
Group Health Plans and Health Insurance Issuers Relating to Coverage of Preventive Services under Patient Protection and Affordable Care Act: Amendment

**Document:** HHS-OS-2011-0023-14999
Comment on FR Doc # 2011-19684

## Submitter Information

**Name:** H Owen

## General Comment

The new HHS regulations on sterilization and contraception (including abortifacients) force Catholics to choose between our faith and health care. By making this insurance coverage mandatory, our government has violated the consciences of faithful Catholics and infringed on our rights to practice our religious beliefs. The regulations' religious employer exemption will not protect the hundreds of Catholic colleges, schools, and organizations which are not owned by the Church, but instead run by lay Catholics. These Catholic institutions—as well as individual Catholic employers and health insurance purchasers—are being forced by the government to violate their religious beliefs. Mandatory contraception and sterilization coverage in college student insurance plans force Catholic colleges to undermine their missions as Catholic institutions. Please repeal these regulations and protect the religious freedom of Catholics as guaranteed by the First Amendment.

0046604