# PUBLIC SUBMISSION

**As of:** June 12, 2013
**Received:** February 13, 2013
**Status:** Posted
**Posted:** May 01, 2013
**Category:** Private Industry - PI001
**Tracking No.** 1jx-83ns-bm02
**Comments Due:** April 08, 2013
**Submission Type:** Web

**Docket:** CMS-2012-0031
Certain Preventive Services Under the Affordable Care Act

**Comment On:** CMS-2012-0031-63161
Coverage of Certain Preventive Services under Affordable Care Act

**Document:** CMS-2012-0031-63215
Mark Quinlivan

## Submitter Information

**Name:** Mark Quinlivan
**Address:**
   Scottsboro, AL, 35769
**Organization:** Individual

## General Comment

As a Catholic, a business-owner, and an American citizen, I am firmly against mandatory coverage for contraception and other forms of birth control. I am firmly against this administration's health-care policy. The U.S. federal government has proven to be one of the worst money managers in the world. Why should the U.S. population have any confidence in the federal government's ability to manage the health-care industry? I think it is absolutely ridiculous.

025632