# PUBLIC SUBMISSION

**As of:** June 12, 2013
**Received:** February 13, 2013
**Status:** Posted
**Posted:** May 02, 2013
**Category:** Individual - I0001
**Tracking No.** 1jx-83nt-s5g9
**Comments Due:** April 08, 2013
**Submission Type:** Web

**Docket:** CMS-2012-0031
Certain Preventive Services Under the Affordable Care Act

**Comment On:** CMS-2012-0031-63161
Coverage of Certain Preventive Services under Affordable Care Act

**Document:** CMS-2012-0031-63302
Susan Terry-NV

## Submitter Information

**Name:** Susan Terry
**Address:**
   Reno, NV, 89506
**Organization:** Individual

## General Comment

The proposal in the new Health Care plan to offer contraception at no cost to the patient/client, I believe is very important. This well help to prevent unwanted pregnancies that, in a significant number of women, lead to children that are neglected and/or abused. Many of these women also end up on our welfare rolls. The cost of the contraception is much less that supporting all of these, initially, unwanted children.
This proposal does not force a women to used conception it only offers them a choice. It is still the choice of a women to use conception or not to use it.

025719

file:///C|/...ate/NPRM/CMS-2012-0031-63161/Part%201/CMS-2012-0031%202013-06-13%2003-12-50_docs/CMS-2012-0031-63302.html[7/10/2013 11:13:47 AM]