# PUBLIC SUBMISSION

| |
|---|
| **As of:** June 12, 2013 |
| **Received:** February 13, 2013 |
| **Status:** Posted |
| **Posted:** May 02, 2013 |
| **Category:** Individual |
| **Tracking No.** 1jx-83nu-sq6k |
| **Comments Due:** April 08, 2013 |
| **Submission Type:** Web |

**Docket:** CMS-2012-0031
Certain Preventive Services Under the Affordable Care Act

**Comment On:** CMS-2012-0031-63161
Coverage of Certain Preventive Services under Affordable Care Act

**Document:** CMS-2012-0031-63314
Kelly Jarboe-MO

## Submitter Information

**Name:** Kelly Jarboe
**Address:**
    Blue Springs,  MO,  64014-3729
**Organization:** Individual

## General Comment

There is no way the Central Government should be involved in an issue such as this. You are invading the Private lives of Citizens and in turn asking for them to pay for or approve the poor judgment of others.

If a person wants to protect themselves from unwanted Pregnancies the best and only effective way is to not indulge in Sexual Intercourse, in the first place, then as an alternate method, buy what you need to help prevent getting Pregnant, but don't ask me or others to pay for it or force others to do so.

Adopt some Morale Responsibility for you own actions and try to follow good advice from the best source on this Subject, and that would be the Teachings of the Bible, not a teacher, Congressman, or friends.

If you play you pay, not us!

025731