# PUBLIC SUBMISSION

**As of:** June 12, 2013
**Received:** February 13, 2013
**Status:** Posted
**Posted:** May 02, 2013
**Category:** Individual - I0001
**Tracking No.** 1jx-83nu-441t
**Comments Due:** April 08, 2013
**Submission Type:** Web

**Docket:** CMS-2012-0031
Certain Preventive Services Under the Affordable Care Act

**Comment On:** CMS-2012-0031-63161
Coverage of Certain Preventive Services under Affordable Care Act

**Document:** CMS-2012-0031-63335
David Mathewson-NV

## Submitter Information

**Name:** David Mathewson
**Address:**
   Fernley, NV, 89408
**Organization:** Individual

## General Comment

I do not wish to pay for another person's contraception. What they do in their bedroom and how they chose to prevent unwanted pregnancy is their business and their responsibility... NOT MINE!!!!

I definitely do not want to pay for their aborting a child. That I find abhorent and disgusting. Again... place the responsibility for ill-conceived acttions of individuals.

Dave M

025752