# PUBLIC SUBMISSION

**As of:** June 12, 2013
**Received:** February 13, 2013
**Status:** Posted
**Posted:** May 02, 2013
**Category:** Individual
**Tracking No.** 1jx-83nw-elui
**Comments Due:** April 08, 2013
**Submission Type:** Web

**Docket:** CMS-2012-0031
Certain Preventive Services Under the Affordable Care Act

**Comment On:** CMS-2012-0031-63161
Coverage of Certain Preventive Services under Affordable Care Act

**Document:** CMS-2012-0031-63370
Tom Deaver-KS

## Submitter Information

**Name:** Tom Deaver
**Address:**
   Manhattan, KS, 66502
**Organization:** Individual

## General Comment

If you want to reduce the number of people on welfare cut welfare. If you want to reduce the growth of an ethnic population, abort their babies.

If you want to take away the individual freedom of religion and lock us behind church doors restrict us to "freedom of worship".

If you want to end ethics and morality, reduce the churches to organizations subject to the state.

Everything you are doing attacks individual rights and liberties given to us by the creator and guaranteed to us under the Bill of Rights and our Constitution.

Why do you hate the citizens of this country?

025787