# PUBLIC SUBMISSION

**As of:** June 12, 2013
**Received:** February 13, 2013
**Status:** Posted
**Posted:** May 02, 2013
**Category:** Individual - I0001
**Tracking No.** 1jx-83nx-ezsk
**Comments Due:** April 08, 2013
**Submission Type:** Web

**Docket:** CMS-2012-0031
Certain Preventive Services Under the Affordable Care Act

**Comment On:** CMS-2012-0031-63161
Coverage of Certain Preventive Services under Affordable Care Act

**Document:** CMS-2012-0031-63393
James Shaffer-NE

## Submitter Information

**Name:** James Shaffer
**Address:**
    Omaha, NE, 68118
**Organization:** Individual

## General Comment

I wish to voice my strong opposition to provisions in the Affordable Care Act requiring most employers to provide employees with access to free contraceptive coverage.

Just as the use of contraceptives is a highly personal issue for the employee, it needs to be understood by lawmakers that it is no less a personal issue to me as a business owner. I understand the need to allow each individual to sort out for themselves the moral issues related to sexual behavior. However, am I to be robbed of the same right and moral consideration? Against my will, I am turned into an accomplice to moral crimes.

I strongly urge the coverage of contraceptives be optional, and by no means mandatory for any employer or institution.

Thank you for your consideration.

025811