# PUBLIC SUBMISSION

**As of:** June 12, 2013
**Received:** February 13, 2013
**Status:** Posted
**Posted:** May 02, 2013
**Category:** Individual - I0001
**Tracking No.** 1jx-83o1-w3go
**Comments Due:** April 08, 2013
**Submission Type:** Web

**Docket:** CMS-2012-0031
Certain Preventive Services Under the Affordable Care Act

**Comment On:** CMS-2012-0031-63161
Coverage of Certain Preventive Services under Affordable Care Act

**Document:** CMS-2012-0031-63425
Joel Pozin-GA

## Submitter Information

**Name:** Joel Pozin
**Address:**
   Alpharetta, GA, 30022
**Organization:** Individual

## General Comment

Being a touchy subject, it is necessary for those debating Obama's new compromise regarding his contraceptive proposal and religious organizations. His new compromise states that religiously affiliated organizations, including, but not limited to, churches, religiously affiliated hospitals and universities, and religious social service agencies do not have to follow Obama's contraceptive mandate, which states that all insurance providers (especially providers through work) are required to include coverage over contraceptives, which would help a woman not get pregnant if she has sex (which religious organizations tend to look down upon). Social Conservatives, who tend to support religion being a part of politics, are strongly against Obama's proposal in general, and say that the recent compromise isn't enough. Social Liberals, who tend not to believe that religion and politics should mix, would tend to support this, as they also tend to be in favor of Women's Rights, an interest that would support the contraceptive mandate. Being a social Liberal, I tend to support both Women's Rights and the separation of church and state. Therefore, I believe this compromise is fair, as religious institutions are exempt from a political mandate requiring them to provide contraceptive coverage, which they would be generally against. Though smaller, family businesses with religious-based values may tend to demand that they should, too, be exempt from the mandate, I do not believe they should, as they do not classify as a religious institution, and therefore, like all other businesses under jurisdiction of this mandate, should be required to include this in their health care coverage plan.

025843