# PUBLIC SUBMISSION

**As of:** June 12, 2013
**Received:** February 13, 2013
**Status:** Posted
**Posted:** May 02, 2013
**Category:** Employer
**Tracking No.** 1jx-83o3-xt58
**Comments Due:** April 08, 2013
**Submission Type:** Web

**Docket:** CMS-2012-0031
Certain Preventive Services Under the Affordable Care Act

**Comment On:** CMS-2012-0031-63161
Coverage of Certain Preventive Services under Affordable Care Act

**Document:** CMS-2012-0031-63436
bob Winslow-NV

## Submitter Information

**Name:** Bob Winslow
**Address:**
   Dayton, NV, 89403
**Organization:** Dry Tech Corporation

## General Comment

Why should I be responsible to pay for someone else birth control. This is the lamest thing I've ever heard of!
I won't do it! Hows that! I fill fire every woman currently employed with me. PERIOD! Nevada is a right to work state and crap like this won't allow women to work for me!
I am not responsible for their contraseptives no more than I'm responsible for changing their kids diaper!
Go after the guy that knocks them up or teach them to swallow. You bastards are way out of line!

025855