# PUBLIC SUBMISSION

**As of:** June 12, 2013
**Received:** February 14, 2013
**Status:** Posted
**Posted:** May 02, 2013
**Category:** Individual - I0001
**Tracking No.** 1jx-83o5-eaul
**Comments Due:** April 08, 2013
**Submission Type:** Web

**Docket:** CMS-2012-0031
Certain Preventive Services Under the Affordable Care Act

**Comment On:** CMS-2012-0031-63161
Coverage of Certain Preventive Services under Affordable Care Act

**Document:** CMS-2012-0031-63453
Jeanette Burlingame-WI

## Submitter Information

**Name:** Jeanette Burlingame
**Address:**
   West Allis, WI, 53214
**Organization:** Individual

## General Comment

I disagree with the Rule. It is unfair to put more burden on business owners with regards to health care coverage and will not help! There are plenty of organizations which offer free contraceptives to those who want/ need them. A person must want to use a contraceptive for it to be effective, though. Women today who are getting pregnant accidentally are not being responsible and this Rule will not solve that problem.

025873