# PUBLIC SUBMISSION

**As of:** June 12, 2013
**Received:** February 15, 2013
**Status:** Posted
**Posted:** May 02, 2013
**Category:** Individual - I0001
**Tracking No.** 1jx-83op-6c5v
**Comments Due:** April 08, 2013
**Submission Type:** Web

**Docket:** CMS-2012-0031
Certain Preventive Services Under the Affordable Care Act

**Comment On:** CMS-2012-0031-63161
Coverage of Certain Preventive Services under Affordable Care Act

**Document:** CMS-2012-0031-63543
NE

## Submitter Information

**Name:** William Stowell
**Address:**
   omaha, NE, 68154
**Organization:** Individual

## General Comment

The arguements for this regulation are the very same arguements the pro abortion folks used when that debate raged. All those discussion points have long since proven themselves false and they are false as applied to this regulation. Don't implement this regulation.

025965