Case 2:17-cv-04540-WB   Document 126-503   Filed 01/07/19   Page 1 of 1

# PUBLIC SUBMISSION

**As of:** June 12, 2013
**Received:** February 14, 2013
**Status:** Posted
**Posted:** May 02, 2013
**Category:** Individual - I0001
**Tracking No.** 1jx-83or-xszy
**Comments Due:** April 08, 2013
**Submission Type:** Web

**Docket:** CMS-2012-0031
Certain Preventive Services Under the Affordable Care Act

**Comment On:** CMS-2012-0031-63161
Coverage of Certain Preventive Services under Affordable Care Act

**Document:** CMS-2012-0031-63550
Sally Seng-WA

## Submitter Information

**Name:** Sally Seng
**Address:**
  Vancouver, WA, 98662
**Organization:** Individual

## General Comment

I do not believe government should be involved in health care at all. I do not believe employers should have to pay for contraceptives. What has happened to abstinance. We are not breeding animals. We have a brain and should be able to say no to sexual actions that bring unwanted pregnencies. If you take your clothes off witha member of the opposite sex guess what you will end up pregnant. It is time that we the people denied ourselves and made a conscious decision to think ahead on what the consequences in our lives will be to unplnned pregnancies. We want convenience in every area of our lives including being able to kill a child if we purposely sleep with someone knowing we could get pregnant just because we refuse to practice self control. If people want to have sex they can pay for their own contraceptives.

025972

file:///C|/...ate/NPRM/CMS-2012-0031-63161/Part%201/CMS-2012-0031%202013-06-13%2003-12-50_docs/CMS-2012-0031-63550.html[7/10/2013 11:27:10 AM]