# PUBLIC SUBMISSION

**As of:** June 12, 2013
**Received:** February 15, 2013
**Status:** Posted
**Posted:** May 02, 2013
**Category:** Individual - I0001
**Tracking No.** 1jx-83oz-p4sk
**Comments Due:** April 08, 2013
**Submission Type:** Web

**Docket:** CMS-2012-0031
Certain Preventive Services Under the Affordable Care Act

**Comment On:** CMS-2012-0031-63161
Coverage of Certain Preventive Services under Affordable Care Act

**Document:** CMS-2012-0031-63554
Maryjane OReilly-FL

## Submitter Information

**Name:** Maryjane OReilly
**Address:**
   Frostproof, FL, 33843
**Organization:** Individual

## General Comment

To require employers to pay for free contraceptives is wrong. It will put too much burden on small businesses who can not afford it. How can you grow the economy if you keep putting burdens on small businesses? Besides many low income women have more and more children because they want to increase the funding they get for each child. How about rewarding them with not having additional unwanted kids? Or how about making them work for monies? I am sick and tired of people getting a free ride--being paid to stay home and just increase the population! Where was any of this help when I needed it--all I asked for (for a very short time) was help for food. Wasn't available--I managed and didn't produce any more children even though I didn't really want just one child. I could afford to feed one and myself (barely) but we together worked hard, gave up lots of things and survived through a very rough time. It also taught my child to be frugal with money.

025976