# PUBLIC SUBMISSION

**As of:** June 12, 2013
**Received:** February 21, 2013
**Status:** Posted
**Posted:** May 02, 2013
**Category:** Employer
**Tracking No.** 1jx-83ta-ggcn
**Comments Due:** April 08, 2013
**Submission Type:** Web

**Docket:** CMS-2012-0031
Certain Preventive Services Under the Affordable Care Act

**Comment On:** CMS-2012-0031-63161
Coverage of Certain Preventive Services under Affordable Care Act

**Document:** CMS-2012-0031-63605
Sim Miller-ID

## Submitter Information

**Name:** Sim Miller
**Address:**
   St Maries, ID, 83861
**Organization:** Individual

## General Comment

I do not think any company religious or not should be mandated to pay for abortion drugs or procedures, if they wish the law allows them to do so but it should never be mandatory.

026027