# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA and STATE OF NEW JERSEY,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>*Defendants*,<br><br>LITTLE SISTERS OF THE POOR SAINTS PETER AND PAUL HOME,<br><br>*Defendant-Intervenor.* | Civil No. 2:17-CV-04540-WB<br><br>**DEFENDANT-INTERVENOR'S MOTION TO SUBMIT A CORRECTED FILIING** |

## MOTION

Intervenor-Defendant the Little Sisters of the Poor hereby requests leave to submit an amended Exhibit A (Dkt. 108-1) to its Response in Opposition to Plaintiffs' Motion for a Preliminary Injunction. Dkt. 90. Intervenor-Defendant realized today that as Exhibit A to our opposition, Dkt. 108-1, we submitted the wrong list of related cases. We accidentally submitted the version from an earlier brief, as opposed to the more recent list we meant to include.

Intervenor-Defendant therefore requests leave to submit a corrected Exhibit, which is attached to this motion. Counsel for Intervenor-Defendant has consulted with counsel for the States and the federal government, and they do not oppose this motion.

Dated: January 10, 2019

Respectfully submitted,

/s/ Mark Rienzi
Mark Rienzi
Lori Windham
The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW, Suite 700
Washington, DC 20036
Telephone: (202) 955-0095

Facsimile: (202) 955-0090

Nicholas M. Centrella
Conrad O'Brien PC
1500 Market Street, Suite 3900
Philadelphia, PA 19102-2100
Telephone: (215) 864-8098
Facsimile: (215) 864-0798
ncentrella@conradobrien.com

*Counsel for Intervenor-Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: January 10, 2019

/s/ Mark Rienzi
Mark Rienzi
The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW, Suite 700
Washington, DC 20036
Telephone: (202) 955-0095
