IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA and STATE OF NEW JERSEY,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*<br><br>    *Defendants*,<br><br>LITTLE SISTERS OF THE POOR SAINTS PETER AND PAUL HOME,<br><br>    *Defendant-Intervenor.* | Civil No.  2:17-CV-04540-WB<br><br>**DEFENDANT-INTERVENOR'S NOTICE OF APPEAL** |

**NOTICE OF APPEAL**

Notice is hereby given that the Little Sisters of the Poor Saints Peter and Paul Home, Defendant-Intervenor in the above-captioned case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Court's Order and Opinion (ECF Nos. 135 and 136) granting Plaintiffs' Second Motion for a Preliminary Injunction, entered on January 14, 2019.

Dated: January 14, 2019

Respectfully submitted,

/s/ Mark Rienzi
Mark Rienzi
Lori Windham
The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW, Suite 700
Washington, DC 20036
Telephone: (202) 955-0095
Facsimile: (202) 955-0090

Nicholas M. Centrella
Conrad O'Brien PC

1

            1500 Market Street, Suite 3900
            Philadelphia, PA 19102-2100
            Telephone: (215) 864-8098
            Facsimile: (215) 864-0798
            ncentrella@conradobrien.com

*Counsel for Defendant-Intervenor*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: January 14, 2019

                                         /s/ *Mark Rienzi*
                                         Mark Rienzi