IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA AND STATE OF NEW JERSEY,** | CIVIL ACTION |
| **Plaintiffs,** | |
| v. | NO. 17-4540 |
| **DONALD J. TRUMP, ALEX M. AZAR II, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, STEVEN T. MNUCHIN, UNITED STATES DEPARTMENT OF THE TREASURY, RENE ALEXANDER ACOSTA, THE UNITED STATES DEPARTMENT OF LABOR, AND THE UNITED STATES OF AMERICA,** | |
| **Defendants,** | |
| **LITTLE SISTERS OF THE POOR SAINTS PETER AND PAUL HOME,** | |
| **Defendant-Intervenor.** | |

# O R D E R

**AND NOW**, this 6th day of March, 2019, upon consideration of Federal Defendants' Motion to Stay Proceedings Pending Appeal (ECF No. 143) and Plaintiffs' opposition thereto (ECF No. 152), it is **HEREBY ORDERED** that the Motion is **DENIED**.

**IT IS FURTHER ORDERED**, in light of the Court's February 28th, 2019 order providing Defendants until March 29, 2019 to answer or otherwise respond to Plaintiffs' Amended Complaint, that Federal Defendants' Motion for an Extension of the Deadline to

Answer or Otherwise Respond to the Amended Complaint (ECF No. 144) is **DENIED AS MOOT**.

                          **BY THE COURT:**

                          /s/Wendy Beetlestone, J.

                          _____

                          **WENDY BEETLESTONE, J.**