# Exhibit A

**Pending cases challenging the rules at issue here:**

1. *Massachusetts v. HHS*, No. 1:17-cv-11930 (D. Mass.) (defendants' Mot. for Summary Judgment granted April 4, 2018; on appeal to 1st Cir. No. 18-1514)

2. *California v. Azar*, No. 4:17-cv-05783 (N.D. Cal.) (preliminary injunction issued Jan. 13, 2019; on appeal to 9th Cir. No. 19-15072, Jan. 14, 2019)

**Pending cases challenging prior versions of the rules:**

3. *Bindon v. Azar*, No. No. 1:13-cv-01207 (D.D.C.)

4. *DeOtte v. Azar*, No. 4:18-cv-00825 (N.D. Tex.)

5. *Dobson v. Azar*, No. 1:13-cv-03326 (D. Colo.)

6. *E. Tex. Baptist Univ. v. Azar*, No. 4:12-cv-03009 (S.D. Tex.)

7. *La. Coll. v. Azar*, No. 1:12-cv-00463 (W.D. La.)

8. *Triune Health Group, Inc. v. HHS*, No. 1:12-cv-06756 (N.D. Ill.)

**Cases resulting in permanent injunctions issued prior to October 2017 against prior versions of the rules:**

9. *Am. Pulverizer Co. v. HHS*, No. 6:12-cv-03459 (W.D. Mo.) (Oct. 30, 2014)

10. *Annex Medical, Inc., v. Solis*, No. 0:12-cv-02804 (D. Minn.) (Aug. 19, 2015)

11. *Armstrong v. Sebelius*, No. 1:13-cv-00563 (D. Colo.) (Oct. 7, 2014)

12. *Autocam Corp. v. Sebelius*, No. 1:12-cv-01096 (W.D. Mich.) (Jan. 5, 2015)

13. *Barron Indus., Inc. v. Sebelius*, No. 1:13-cv-01330 (D.D.C.) (Oct. 27, 2014)

7

14. *Bick Holdings, Inc. v. HHS*, No. 4:13-cv-00462 (E.D. Mo.) (Nov. 18, 2014)

15. *Brandt, Bishop of the Roman Catholic Diocese of Greensburg v. Sebelius*, No. 2:14-cv-00681 (W.D. Pa.) (Aug. 20, 2014)

16. *Briscoe v. Sebelius*, No. 1:13-cv-00285 (D. Colo.) (Jan. 27, 2015)

17. *Catholic Diocese of Beaumont v. Sebelius*, No. 1:13-cv-00709 (E.D. Tex.) (Jan. 2, 2014)

18. *C.W. Zumbiel Co. v. HHS*, No. 1:13-cv-01611 (D.D.C.) (Nov. 3, 2014)

19. *Conestoga Wood Specialties Corp. v. Sebelius*, No. 5:12-cv-06744 (E.D. Pa.) (Oct. 2, 2014)

20. *Daniel Medford v. Sebelius*, No. 0:13-cv-01726 (D. Minn.) (Nov. 20, 2014)

21. *Doboszenski & Sons, Inc. v. Sebelius*, No. 0:13-cv-03148 (D. Minn.) (Nov. 18, 2014)

22. *Domino's Farms Corp. v. Sebelius*, No. 2:12-cv-15488 (E.D. Mich.) (Dec. 3, 2014)

23. *Eden Foods, Inc. v. Sebelius*, No. 2:13-cv-11229 (E.D. Mich.) (Feb. 12, 2015)

24. *Feltl & Co. v. Sebelius*, No. 0:13-cv-02635 (D. Minn.) (Nov. 26, 2014)

25. *Gilardi v. HHS*, No. 1:13-cv-00104 (D.D.C.) (Oct. 20, 2014)

26. *Grote Indus., LLC v. Sebelius*, No. 4:12-cv-00134 (S.D. Ind.) (Apr. 30, 2015)

27. *Hall v. Sebelius*, No. 0:13-cv-00295 (D. Minn.) (Nov. 26, 2014)

28. *Hartenbower v. U.S. Dep't of Health & Human Servs.*, No. 1:13-cv-02253 (N.D. Ill.) (Nov. 3, 2014)

29. *Hastings Chrysler Center, Inc. v. Sebelius*, No. 0:14-cv-00265 (D. Minn.) (Dec. 11, 2014)

30. *Hobby Lobby Stores, Inc. v. Sebelius*, No. 5:12-cv-01000 (W.D. Okla.) (Nov. 19, 2014)

31. *Holland v. U.S. Dep't of Health & Human Servs.*, No. 2:13-cv-15487 (S.D. W. Va.) (May 29, 2015)

32. *Johnson Welded Products, Inc. v. Sebelius*, No. 1:13-cv-00609 (D.D.C.) (Oct. 24, 2014)

33. *Korte v. HHS*, No. 3:12-cv-1072 (S.D. Ill.) (Nov. 7, 2014)

34. *Lindsay v. U.S. Dep't of Health & Human Servs.*, No. 1:13-cv-01210 (N.D. Ill.) (Dec. 3, 2014)

35. *M&N Plastics, Inc. v. Sebelius*, No. 5:13-cv-14754 (E.D. Mich.) (Nov. 17, 2015)

36. *March for Life v. Azar*, No. 1:14-cv-01149 (D.D.C.) (Aug. 31, 2015)

37. *Mersino Dewatering Inc. v. Sebelius*, No. 2:13-cv-15079 (E.D. Mich.) (Feb. 27, 2015)

38. *Mersino Mgmt. Co. v. Sebelius*, No. 2:13-cv-11296 (E.D. Mich.) (Feb. 4, 2015)

39. *Midwest Fastener Corp. v. Sebelius*, No. 1:13-cv-01337 (D.D.C.) (Oct. 24, 2014)

40. *MK Chambers Co. v. U.S. Dep't of Health & Human Servs.*, No. 2:13-cv-11379 (E.D. Mich.) (Nov. 21, 2014)

41. *Newland v. Sebelius*, No. 1:12-cv-01123 (D. Colo.) (Mar. 17, 2015)

42. *O'Brien v. HHS*, No. 4:12-cv-00476 (E.D. Mo.) (Nov. 12, 2014)

43. *Randy Reed Auto., Inc. v. Sebelius*, No. 5:13-cv-06117 (W.D. Mo.) (Nov. 12, 2014)

44. *Roman Catholic Archdiocese of N.Y. v. Sebelius*, No. 1:12-cv-02542 (E.D.N.Y.) (Dec. 16, 2013)

45. *Sioux Chief MFG. Co. v. Sebelius*, No. 4:13-cv-00036 (W.D. Mo.) (Nov. 12, 2014)

46. *SMA, LLC v. Sebelius*, No. 0:13-cv-01375 (D. Minn.) (Nov. 20, 2014)

47. *Stewart v. Sebelius*, No. 1:13-cv-01879 (D.D.C.) (Feb. 2, 2015)

48. *Stinson Electric, Inc. v. Sebelius*, No. 0:14-cv-00830 (D. Minn.) (Nov. 18, 2014)

49. *Tonn and Blank Constr. LLC v. Sebelius*, No. 1:12-cv-00325 (N.D. Ind.) (Nov. 6, 2014)

50. *Tyndale House Publishers, Inc. v. Sebelius*, No. 1:12-cv-01635 (D.D.C.) (Jul. 15, 2015)

51. *Weingartz Supply Co. v. Sebelius*, No. 2:12-cv-12061 (E.D. Mich.) (Dec. 31, 2014)

52. *Wieland v. U.S. Dep't of Health & Human Servs.*, No. 4:13-cv-01577 (E.D. Mo.) (Jul 21, 2016)

53. *Williams v. Sebelius*, No. 1:13-cv-01699 (D.D.C.) (Nov. 5, 2014)

54. *Willis and Willis PLC v. Sebelius*, No. 1:13-cv-01124 (D.D.C.) (Oct. 31, 2014)

55. *Zubik v. Sebelius*, No. 2:13-cv-01459 (W.D. Pa.) (Dec. 20, 2013) (appeal dismissed Oct. 20, 2017)

**Cases resulting in permanent injunctions issued since October 2017 against prior versions of the rules:**

1. *Ass'n of Christian Sch. v. Azar*, No. 1:14-cv-02966 (D. Colo.) (Dec. 10, 2018)

2. *Ave Maria Sch. of Law v. Sebelius*, No. 2:13-cv-00795 (M.D. Fla.) (Jul. 11, 2018)

10

3. *Ave Maria Univ. v. Sebelius*, No. 2:13-cv-00630 (M.D. Fla.) (Jul. 11, 2018)

4. *Catholic Benefits Ass'n LCA v. Sebelius*, No. 5:14-cv-00240 (W.D. Okla.) (Mar. 7, 2018)

5. *Colorado Christian Univ. v. HHS*, No. 1:13-cv-02105 (D. Colo.) (Jul. 11, 2018)

6. *Dordt Coll. v. Sebelius*, No. 5:13-cv-04100 (N.D. Iowa) (June 12, 2018)

7. *Geneva Coll. v. Sebelius*, No. 2:12-cv-00207 (W.D. Pa.) (Jul. 5, 2018)

8. *Grace Sch. v. Sebelius*, No. 3:12-cv-00459 (N.D. Ind.) (June 1, 2018)

9. *Little Sisters of the Poor v. Hargan*, No. 1:13-cv-02611 (May 16, 2018)

10. *Reaching Souls Int'l Inc. v. Sebelius*, No. 5:13-cv-01092 (W.D. Okla.) (Mar. 15, 2018)

11. *Sharpe Holdings, Inc. v. HHS*, No. 2:12-cv-00092 (E.D. Mo.) (Mar. 28, 2018)

12. *S. Nazarene Univ. v. Hargan*, No. 5:13-cv-01015 (W.D. Okla.) (May 15, 2018)

13. *Wheaton Coll. v. Burwell*, No. 1:13-cv-08910 (N.D. Ill.) (Feb. 22, 2018)

**Case challenging the prior rules resulting in judgment against plaintiff:**

14. *Real Alternatives, Inc. v. Sec'y, Dep't of Health & Human Servs.*, 867 F.3d 338 (3d Cir. 2017)