UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA and STATE OF NEW JERSEY,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*; ALEX M. AZAR II, *in his official capacity as Secretary of Health and Human Services*; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; STEVEN T. MNUCHIN, *in his official capacity as Secretary of the Treasury*; UNITED STATES DEPARTMENT OF THE TREASURY; RENE ALEXANDER ACOSTA, *in his official capacity as Secretary of Labor*; UNITED STATES DEPARTMENT OF LABOR; and UNITED STATES OF AMERICA,<br><br>Defendants,<br><br>and<br><br>LITTLE SISTERS OF THE POOR SAINTS PETER AND PAUL HOME,<br><br>Intervenor-Defendant. | **No. 2:17-cv-04540-WB** |

## **NOTICE**

Pursuant to the Court's Order of April 5, 2019 (ECF No. 161), Plaintiffs the Commonwealth of Pennsylvania and the State of New Jersey respectfully notify the Court that they do not intend to seek discovery outside the administrative record in this matter. Consistent

with the Court's Order, Plaintiffs will file their motion for summary judgment on or before May 15, 2019.

| | |
|---|---|
| May 1, 2019 | Respectfully Submitted, |
| GURBIR S. GREWAL<br>Attorney General<br>State of New Jersey | JOSH SHAPIRO<br>Attorney General<br>Commonwealth of Pennsylvania |
| /s Glenn J. Moramarco<br>GLENN J. MORAMARCO<br>Assistant Attorney General<br>ELSPETH FAIMAN HANS<br>Deputy Attorney General | /s Michael J. Fischer<br>MICHAEL J. FISCHER<br>Chief Deputy Attorney General<br>AIMEE D. THOMSON<br>Deputy Attorney General |
| New Jersey Attorney General's Office<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>Trenton, NJ 08625<br>(609) 376-3235<br>Glenn.Moramarco@law.njoag.gov | Office of Attorney General<br>1600 Arch Street<br>Suite 300<br>Philadelphia, PA 19103<br>(215) 560-2171<br>mfischer@attorneygeneral.gov |
| *Attorneys for Plaintiff*<br>*State of New Jersey* | *Attorneys for Plaintiff*<br>*Commonwealth of Pennsylvania* |