# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA and STATE OF NEW JERSEY,<br><br>  Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*; ALEX M. AZAR II, *in his official capacity as Secretary of Health and Human Services*; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; STEVEN T. MNUCHIN, *in his official capacity as Secretary of the Treasury*; UNITED STATES DEPARTMENT OF THE TREASURY; RENE ALEXANDER ACOSTA, *in his official capacity as Secretary of Labor*; UNITED STATES DEPARTMENT OF LABOR; and UNITED STATES OF AMERICA.<br><br>  Defendants. | No. 2:17-cv-04540-WB |

**JOINT APPENDIX**

| JOINT APPENDIX – INDEX ||||
|---|---|---|---|
| **Exhibit Number** | **Begin Bates** | **End Bates** | **Description** |
| *Regulatory History* ||||
| Exhibit 1 | JA-0000001 | JA-0000055 | Final Religious Exemption Rule, 83 Fed. Reg. 57,536 (Nov. 15, 2018) |
| Exhibit 2 | JA-0000056 | JA-0000095 | Final Moral Exemption Rule, 83 Fed. Reg. 57,592 (Nov. 15, 2018) |
| Exhibit 3 | JA-0000096 | JA-0000097 | 2017 HRSA Guidelines, 83 Fed. Reg. 8487 (Feb. 27, 2018) |
| Exhibit 4 | JA-0000098 | JA-0000141 | Religious Exemption IFR, 82 Fed. Reg. 47,792 (Oct. 13, 2017) |
| Exhibit 5 | JA-0000142 | JA-0000166 | Moral Exemption IFR, 82 Fed. Reg. 47,838 (Oct. 13, 2017) |
| Exhibit 6 | JA-0000167 | JA-0000168 | Executive Order 13798 (May 4, 2017) |
| Exhibit 7 | JA-0000169 | JA-0000179 | FAQs about ACA Implementation Part 36 (Jan. 9, 2017) |
| Exhibit 8 | JA-0000180 | JA-0000182 | 2016 HRSA Guidelines, 81 Fed. Reg. 95,148 (Dec. 27, 2016) |
| Exhibit 9 | JA-0000183 | JA-0000187 | Request for Infomation, 81 Fed. Reg. 47,741 (July 22, 2016) |
| Exhibit 10 | JA-0000188 | JA-0000217 | Final Rules, 80 Fed. Reg. 41,318 (July 14, 2015) |
| Exhibit 11 | JA-0000218 | JA-0000227 | NPRM, 79 Fed. Reg. 51,118 (Aug. 27, 2014) |
| Exhibit 12 | JA-0000228 | JA-0000237 | IFR, 79 Fed. Reg. 51,092 (Aug. 27, 2014) |
| Exhibit 13 | JA-0000238 | JA-0000268 | Final Rule, 78 Fed. Reg. 39,870 (July 2, 2013) |
| Exhibit 14 | JA-0000269 | JA-0000289 | NPRM, 78 Fed. Reg. 8456 (Feb. 6, 2013) |
| Exhibit 15 | JA-0000290 | JA-0000297 | ANPRM, 77 Fed. Reg. 16,501 (Mar. 21, 2012) |
| Exhibit 16 | JA-0000298 | JA-0000303 | Final Rule, 77 Fed. Reg. 8725 (Feb. 15, 2012) |
| Exhibit 17 | JA-0000304 | JA-0000309 | IFR, 76 Fed. Reg. 46,621 (Aug. 3, 2011) |
| Exhibit 18 | JA-0000310 | JA-0000312 | 2011 HRSA Guidelines |
| Exhibit 19 | JA-0000313 | JA-0000561 | Institute of Medicine, Clinical Preventive Services for Women (2011) |
| Exhibit 20 | JA-0000562 | JA-0000596 | IFR, 75 Fed. Reg. 41,726 (July 19, 2010) |
| *Selected Comments Opposing Rule* ||||
| Exhibit 21 | JA-0000597 | JA-0000608 | AccessMatters Comments |
| Exhibit 22 | JA-0000609 | JA-0000627 | ACLU Comments |
| Exhibit 23 | JA-0000628 | JA-0000629 | American Academy of Family Physicians Comments |
| Exhibit 24 | JA-0000630 | JA-0000639 | American Academy of Nursing Comments |
| Exhibit 25 | JA-0000640 | JA-0000642 | American College of Nurse-Midwives Comments |
| Exhibit 26 | JA-0000643 | JA-0000645 | American College of Physicians Comments |
| Exhibit 27 | JA-0000646 | JA-0000655 | American Congress of Obstetricians and Gynecologists, American Academy of Pediatrics, & Society for Adolescent Health and Medicine Comments |

| Exhibit Number | Begin Bates | End Bates | Description |
|---|---|---|---|
| Exhibit 28 | JA-0000656 | JA-0000662 | American Public Health Association Comments |
| Exhibit 29 | JA-0000663 | JA-0000669 | American Society for Emergency Contraception Comments |
| Exhibit 30 | JA-0000670 | JA-0000677 | Americans United for Separation of Church and State Comments |
| Exhibit 31 | JA-0000678 | JA-0000689 | Asian & Pacific Islander American Health Forum Comments |
| Exhibit 32 | JA-0000690 | JA-0000699 | Black Women's Health Imperative Comments |
| Exhibit 33 | JA-0000700 | JA-0000705 | California Department of Insurance Comments |
| Exhibit 34 | JA-0000706 | JA-0000720 | California Planned Parenthood Education Fund Comments |
| Exhibit 35 | JA-0000721 | JA-0000728 | Catholics for Choice Comments |
| Exhibit 36 | JA-0000729 | JA-0000744 | Center for American Progress (General) Comments |
| Exhibit 37 | JA-0000745 | JA-0000762 | Center for American Progress (Women With Disabilities) Comments |
| Exhibit 38 | JA-0000763 | JA-0000778 | Center for American Progress, Autistic Self-Advocacy Network, Autism Women's Network, & National LGBT Task Force Comments |
| Exhibit 39 | JA-0000779 | JA-0000795 | Center for Inquiry & Secular Coalition for America Comments |
| Exhibit 40 | JA-0000796 | JA-0000798 | Coalition for Liberty & Justice Comments |
| Exhibit 41 | JA-0000799 | JA-0000805 | Colorado Consumer Health Initiative Comments |
| Exhibit 42 | JA-0000806 | JA-0000808 | Colorado Health Foundation Comments |
| Exhibit 43 | JA-0000809 | JA-0000821 | County of Santa Clara Comments |
| Exhibit 44 | JA-0000822 | JA-0000847 | Center for Reproductive Rights Comments |
| Exhibit 45 | JA-0000848 | JA-0000848 | District of Columbia Health Benefit Exchange Authority Comments |
| Exhibit 46 | JA-0000849 | JA-0000860 | Equality California Comments |
| Exhibit 47 | JA-0000861 | JA-0000863 | Equality North Carolina Comments |
| Exhibit 48 | JA-0000864 | JA-0000869 | Essential Access Health Comments |
| Exhibit 49 | JA-0000870 | JA-0000881 | Family Planning Councils of America Comments |
| Exhibit 50 | JA-0000882 | JA-0000888 | Feminist Majority Foundation Comments |
| Exhibit 51 | JA-0000889 | JA-0000926 | Guttmacher Institute Comments |
| Exhibit 52 | JA-0000927 | JA-0000937 | Human Rights Campaign Comments |
| Exhibit 53 | JA-0000938 | JA-0000943 | Human Rights Watch Comments |
| Exhibit 54 | JA-0000944 | JA-0000950 | Ibis Reproductive Health Comments |
| Exhibit 55 | JA-0000951 | JA-0000955 | Institute for Policy Integrity at NYU School of Law Comments |
| Exhibit 56 | JA-0000956 | JA-0000966 | Jobs With Justice Comments |

| Exhibit Number | Begin Bates | End Bates | Description |
|---|---|---|---|
| Exhibit 57 | JA-0000967 | JA-0000977 | Ten Labor, Worker Justice, Citizen Advocacy, Immigration, and Women's Organizations Comments |
| Exhibit 58 | JA-0000978 | JA-0000988 | Lambda Legal Comments |
| Exhibit 59 | JA-0000989 | JA-0001005 | The Leadership Conference on Civil and Human Rights Comments |
| Exhibit 60 | JA-0001006 | JA-0001014 | Legal Voice Comments |
| Exhibit 61 | JA-0001015 | JA-0001031 | Lift Louisiana Comments |
| Exhibit 62 | JA-0001032 | JA-0001034 | Massachusetts Office of Health and Human Services Comments |
| Exhibit 63 | JA-0001035 | JA-0001049 | Members of Congress Comments |
| Exhibit 64 | JA-0001050 | JA-0001053 | Three Members of Congress Comments |
| Exhibit 65 | JA-0001054 | JA-0001069 | NARAL Pro - Choice America Comments |
| Exhibit 66 | JA-0001070 | JA-0001077 | NARAL Pro - Choice Maryland Comments |
| Exhibit 67 | JA-0001078 | JA-0001093 | National Asian Pacific American Women's Forum Comments |
| Exhibit 68 | JA-0001094 | JA-0001096 | National Center for Health Research Comments |
| Exhibit 69 | JA-0001097 | JA-0001112 | National Center for Lesbian Rights Comments |
| Exhibit 70 | JA-0001113 | JA-0001118 | National Center for Transgender Equality Comments |
| Exhibit 71 | JA-0001119 | JA-0001127 | National Council of Jewish Women Comments |
| Exhibit 72 | JA-0001128 | JA-0001129 | National Council of Jewish Women, Greater New Orleans Section Comments |
| Exhibit 73 | JA-0001130 | JA-0001141 | National Family Planning & Reproductive Health Association Comments |
| Exhibit 74 | JA-0001142 | JA-0001162 | National Health Law Program Comments |
| Exhibit 75 | JA-0001163 | JA-0001179 | National Institute for Reproductive Health Comments |
| Exhibit 76 | JA-0001180 | JA-0001198 | National Latina Institute of Reproductive Health Comments |
| Exhibit 77 | JA-0001199 | JA-0001204 | National LGBTQ Task Force Comments |
| Exhibit 78 | JA-0001205 | JA-0001212 | National Network of Abortion Funds Comments |
| Exhibit 79 | JA-0001213 | JA-0001219 | National Partnership for Women & Families, Jacobs Institute of Women's Health, Union of Concerned Scientists Comments |
| Exhibit 80 | JA-0001220 | JA-0001240 | National Partnership for Women & Families Comments |
| Exhibit 81 | JA-0001241 | JA-0001247 | National Women's Health Network Comments |
| Exhibit 82 | JA-0001248 | JA-0001250 | New York State Department of Financial Services Comments |
| Exhibit 83 | JA-0001251 | JA-0001264 | NMAC Comments |
| Exhibit 84 | JA-0001265 | JA-0001281 | National Women's Law Center Comments |
| Exhibit 85 | JA-0001282 | JA-0001286 | New York City Comments |

| Exhibit Number | Begin Bates | End Bates | Description |
|---|---|---|---|
| Exhibit 86 | JA-0001287 | JA-0001302 | Physicians for Reproductive Health Comments |
| Exhibit 87 | JA-0001303 | JA-0001309 | Power to Decide Comments |
| Exhibit 88 | JA-0001310 | JA-0001320 | Planned Parenthood Federation of American & Planned Parenthood Action Fund Comments |
| Exhibit 89 | JA-0001321 | JA-0001327 | Professor James Trussell, Princeton University Comments |
| Exhibit 90 | JA-0001328 | JA-0001333 | Public health practitioners and members of faculty, Columbia University Mailman School of Public Health Comments |
| Exhibit 91 | JA-0001334 | JA-0001344 | Public Health Solutions Comments |
| Exhibit 92 | JA-0001345 | JA-0001359 | Raising Women's Voices for the Health Care We Need Comments |
| Exhibit 93 | JA-0001360 | JA-0001361 | Representatives of Education and Youth Development Communities Comments |
| Exhibit 94 | JA-0001362 | JA-0001376 | Reproductive Rights and Justice Practicum at Yale Law School Comments |
| Exhibit 95 | JA-0001377 | JA-0001383 | SisterLove Inc Comments |
| Exhibit 96 | JA-0001384 | JA-0001392 | State Attorneys General Comments |
| Exhibit 97 | JA-0001393 | JA-0001397 | Texas House Women's Health Caucus Comments |
| Exhibit 98 | JA-0001398 | JA-0001404 | Texas Policy Evaluation Project Comments |
| Exhibit 99 | JA-0001405 | JA-0001409 | Texas Women's Healthcare Coalition Comments |
| Exhibit 100 | JA-0001410 | JA-0001428 | URGE Unite for Reproductive and General Equality Comments |
| Exhibit 101 | JA-0001429 | JA-0001445 | Whitman-Walker Health Comments |
| Exhibit 102 | JA-0001446 | JA-0001459 | Wisconsin Alliance for Women's Health Comments |
| Exhibit 103 | JA-0001460 | JA-0001471 | Women's Health and Family Planning Association of Texas Comments |
| Exhibit 104 | JA-0001472 | JA-0001486 | Women's Law Project Comments |
| Exhibit 105 | JA-0001487 | JA-0001501 | Yale Students for Reproductive Justice Comments |
| *Comments Supporting Rules* | | | |
| Exhibit 106 | JA-0001502 | JA-0001505 | Archdiocese of New Orleans Comments |
| | *JA-0001506* | *JA-0001516* | *[intentionally omitted]* |
| Exhibit 107 | JA-0001517 | JA-0001517 | Archdiocese of St. Louis Comments |
| Exhibit 108 | JA-0001518 | JA-0001522 | Association of Catholic Colleges and Universities Comments |
| Exhibit 109 | JA-0001523 | JA-0001524 | Christian Legal Society Comments |
| Exhibit 110 | JA-0001525 | JA-0001528 | Church Alliance Comments |
| Exhibit 111 | JA-0001529 | JA-0001535 | The Ethics & Religious Commission of the Southern Baptist Convention Comments |
| Exhibit 112 | JA-0001536 | JA-0001541 | Family Research Council Comments (Religious Exemption) |
| Exhibit 113 | JA-0001542 | JA-0001548 | Family Research Council Comments (Moral Exemption) |

| Exhibit Number | Begin Bates | End Bates | Description |
|---|---|---|---|
| Exhibit 114 | JA-0001549 | JA-0001551 | Locke Lorde LLP Comments |
| Exhibit 115 | JA-0001552 | JA-0001554 | National Association of Catholic Nurses USA Comments (Religious Exemption) |
| Exhibit 116 | JA-0001555 | JA-0001557 | National Association of Catholic Nurses USA Comments (Moral Exemption) |
| Exhibit 117 | JA-0001558 | JA-0001566 | National Catholic Bioethics Center Comments |
| Exhibit 118 | JA-0001567 | JA-0001569 | Solidarity HealthShare Comments |
| Exhibit 119 | JA-0001570 | JA-0001586 | United States Conference of Catholic Bishops Comments |
| Exhibit 120 | JA-0001587 | JA-0001593 | Individual Comments Supporting Rules |
| *Other Comments* | | | |
| Exhibit 121 | JA-0001594 | JA-0001599 | America's Health Insurance Plans Comments |
| Exhibit 122 | JA-0001600 | JA-0001609 | Blue Cross Blue Shield Association Comments |
| Exhibit 123 | JA-0001610 | JA-0001612 | CVS Health Comments |
| Exhibit 124 | JA-0001613 | JA-0001616 | National Association of Health Underwriters Comments |
| Exhibit 125 | JA-0001617 | JA-0001619 | Pharmaceutical Care Management Association Comments |
| Exhibit 126 | JA-0001620 | JA-0001628 | Individual Comments Neither For Nor Against Rules |
| *Studies from Earlier Regulations* | | | |
| Exhibit 127 | JA-0001629 | JA-0001661 | Bailey MJ, More Power to the Pill: The Impact of Contraceptive Freedom on Women's Life Cycle Labor Supply, Quarterly Journal of Economics (2006) |
| Exhibit 128 | JA-0001662 | JA-0001676 | Conde-Aguledo, A., et al., Birth Spacing and Risk of Adverse Perinatal Outcomes—A Meta-Analysis, Journal of the American Medical Association (2006) |
| Exhibit 129 | JA-0001677 | JA-0001684 | Fuentes-Afflick, E., & Hessol, N., Interpregnancy Interval and the Risk of Premature Infants, Obstetrics & Gynecology (2000) |
| Exhibit 130 | JA-0001685 | JA-0001705 | Gipson, J.D., et al., The Effects of Unintended Pregnancy on Infant, Child and Parental Health: A Review of the Literature, Studies on Family Planning (2008) |
| Exhibit 131 | JA-0001706 | JA-0001710 | Goldin C & Katz L, Career and Marriage in the Age of the Pill, American Economic Review (2000) |
| Exhibit 132 | JA-0001711 | JA-0001752 | Goldin C and Katz LF, The Power of the Pill: Oral Contraceptives and Women's Career and Marriage Decisions, Journal of Political Economy (2002) |
| Exhibit 133 | JA-0001753 | JA-0001758 | Postlethwaite, D., et al., A Comparison of Contraceptive Procurement Pre- and Post-Benefit Change, 76 Contraception 360 (2007) |
| Exhibit 134 | JA-0001759 | JA-0001763 | Sonfield, A., The Case for Insurance Coverage of Contraceptive Services and Supplies Without Cost Sharing, 14 Guttmacher Pol'y Rev. 10 (2011) |
| Exhibit 135 | JA-0001764 | JA-0001783 | Testimony of Guttmacher Inst., submitted to the Comm. on Preventive Servs. for Women, Inst. of Med. (Jan. 12, 2012) |
| Exhibit 136 | JA-0001784 | JA-0001792 | Zhu, B., Effect of Interpregnancy Interval on Birth Outcomes: Findings from Recent U.S. Studies, International Journal of Gynecology & Obstetrics (2005) |
| *Other Documents* | | | |
| Exhibit 137 | JA-0001793 | JA-0001929 | Preliminary Injunction Hearing Transcript (Dec. 14, 2017) (ECF No. 69) |
| Exhibit 138 | JA-0001930 | JA-0001936 | Spreadsheet of Litigating Entities (IFRs) |
| Exhibit 139 | JA-0001937 | JA-0001963 | Spreadsheed of Accommodated Entities |
| Exhibit 140 | JA-0001964 | JA-0001970 | Spreadsheet of Litigating Entities (Final Rules) |

| Exhibit Number | Begin Bates | End Bates | Description |
|---|---|---|---|
| Exhibit 141 | JA-0001971 | JA-0001972 | ESBA Form 700 Certification (Aug. 2014) |
| Exhibit 142 | JA-0001973 | JA-0002194 | Kaiser Family Foundation Employer Health Benefits (2017 Annual Survey) |
| Exhibit 143 | JA-0002195 | JA-0002199 | Jennifer Haberkorn, Two Years Later, Few Hobby Lobby Copycats Emerge, Politico (Oct. 11, 2016) |
| Exhibit 144 | JA-0002200 | JA-0002258 | Helen M. Alvare, No Compelling Interest The Birth Control Mandate and Religious Freedom (May 1, 2013) |
| Exhibit 145 | JA-0002259 | JA-0002283 | Michael J. New, Analyzing the Impact of State Level Contraception Mandates on Public Health Outcomes (2015) |
| Exhibit 146 | JA-0002284 | JA-0002343 | Declaration of Mother Superior Marie Vincente (ECF No. 19-2) |
| Exhibit 147 | JA-0002344 | JA-0002363 | FDA, Birth Control (Mar. 6, 2018) |
| Exhibit 148 | JA-0002364 | JA-0002367 | FDA, Is It Really FDA Approved? (Jan. 17, 2017) |
| Exhibit 149 | JA-0002368 | JA-0002372 | Declaration of Seth A. Mendelsohn, Executive Deputy Insurance Commissioner, PA Department of Insurance (ECF No. 90-18) |
| Exhibit 150 | JA-0002373 | JA-0002375 | HHS, Introduction: About HHS (last visited May 14, 2019) |
| Exhibit 151 | JA-0002376 | JA-0002555 | Congressional Record Excerpts (Nov. 30 - Dec. 3, 2009) |
| Exhibit 152 | JA-0002556 | JA-0002563 | HHS, Trends in Teen Pregnancy and Childbearing (May 14, 2019) |
| Exhibit 153 | JA-0002564 | JA-0002569 | HHS, Preventive Care Benefits for Children (last visited May 15, 2019) |
| Exhibit 154 | JA-0002570 | JA-0002647 | Title X Final Rules, 84 Fed. Reg. 7714 (Mar. 4, 2019) |
| Exhibit 155 | JA-0002648 | JA-0002649 | HRSA, About HRSA (Mar. 2019) |