UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA and STATE OF NEW JERSEY,<br><br>                      Plaintiffs,<br><br>              v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*; ALEX M. AZAR II, *in his official capacity as Secretary of Health and Human Services*; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; STEVEN T. MNUCHIN, *in his official capacity as Secretary of the Treasury*; UNITED STATES DEPARTMENT OF THE TREASURY; RENE ALEXANDER ACOSTA, *in his official capacity as Secretary of Labor*; UNITED STATES DEPARTMENT OF LABOR; and UNITED STATES OF AMERICA.<br><br>                      Defendants. | No. 2:17-cv-04540-WB |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiffs the Commonwealth of Pennsylvania and the State of New Jersey, by and through their undersigned counsel, hereby file this Motion, requesting that this Court grant them Summary Judgment against all Defendants on Counts I-V of the Amended Complaint filed on December 14, 2018, and vacate the following rules (the "Rules"):

    a)  Religious Exemptions and Accommodations for Coverage of Certain Preventive Services Under the Affordable Care Act (issued in interim form Oct. 6, 2017, and in final form Nov. 7, 2018); and

b) Moral Exemptions and Accommodations for Coverage of Certain Preventive Services Under the Affordable Care Act (issued in interim form Oct. 6, 2017, and in final form Nov. 7, 2018)

As set forth in the contemporaneously filed Memorandum of Law, there are no genuine issues of material fact, and Movants are entitled to judgment as a matter of law. The Rules are unlawful for the following reasons:

1. The violate the principle of Equal Protection of the Laws (Count I);
2. They violate Title VII of the Civil Rights Act (Count II);
3. They were issued in violation of the procedural requirements of the Administrative Procedure Act (Count III);
4. They were issued in violation of the substantive requirements of the Administrative Procedure Act, as they violate multiple provisions of the Affordable Care Act and other laws and are arbitrary and capricious (Count IV); and
5. The violate the Establishment Clause of the First Amendment (Count V).

This Motion is supported by the contemporaneously filed Memorandum of Law, Plaintiffs' Statement of Undisputed Facts, the Joint Appendix submitted in this matter, and any additional submissions that may be considered by the Court.

May 15, 2019                                          Respectfully submitted,

GURBIR S. GREWAL                                      JOSH SHAPIRO
Attorney General                                      Attorney General
State of New Jersey                                   Commonwealth of Pennsylvania

                                                      /s/ Michael J. Fischer
GLENN J. MORAMARCO                                    MICHAEL J. FISCHER
Assistant Attorney General                            Chief Deputy Attorney General
ELSPETH FAIMAN HANS                                   AIMEE D. THOMSON
Deputy Attorney General                               Deputy Attorney General
New Jersey Attorney General's Office                  Office of Attorney General
Richard J. Hughes Justice Complex                     1600 Arch Street
25 Market Street                                      Suite 300
Trenton, NJ 08625                                     Philadelphia, PA 19103
(609) 376-3235                                        (215) 560-2171
Glenn.Moramarco@law.njoag.gov                         mfischer@attorneygeneral.gov