**Figure 75. Age at first use and duration of use: harm/benefit ratio of OC use on incidence**



OC = oral contraceptive

**Figure 76. Age at first use and duration of use: harm/benefit ratio of OC use on mortality**



OC = oral contraceptive

## Harm/Benefit Acceptability

To assess the impact of uncertainty of the estimates of the relative risks associated with OC use on the tradeoffs between benefits and harms, we ran a series of simulations where the value for each relative risk was drawn from the distributions described in Table 60 (200 draws from these distributions, with 10,000 "subjects" per draw, for a total of 2 million simulations). This method allows us to generate estimates of the effect of uncertainty in the parameter estimates on the uncertainty in the output. For example, Figure 77 compares the distribution of the difference in life expectancy in the general population model between modeling OC effects as ever versus

279

00803537

Exhibit 163

never, versus dependent on duration of exposure for ovarian cancer and time since last use for breast cancer. Consistent with the results presented earlier, modeling OC effects based on time results in a greater mean gain in life expectancy. The probabilistic analysis shows this clearly, and also shows the distribution of outcomes, including the small proportion of simulations using ever versus never use which results in net loss of life expectancy.

**Figure 77. Distribution of net life expectancy difference due to OC effects[a]**



OC = oral contraceptive
[a]Based on OC use in the general population for 100 simulations, where OC effects are either time-dependent for breast and ovarian cancer, or modeled simply as ever versus never.

For the analysis of net benefits, we present the results as acceptability curves—the y-axis represents the proportion of simulations where a given scenario was optimal at a given "willingness-to-pay" (WTP) in terms of harms incurred versus benefits gained; in other words, the sum of all adverse outcomes divided by the sum of all desired outcomes. The point where the lines cross represents the point where half of the simulations favor OC use and half favor nonuse. At a WTP threshold below the point on the x-axis where the lines cross, the majority of simulations favor not using OCs, and, above that point, OC use is favored. The ratio of harms to benefits ranges from 0 (no excess harms) to 1 (harms equal to benefits).

Figures 78 and 79 show the curves for incidence cases and mortality, respectively. The acceptability threshold where OC use is favored is lower for mortality then for incidence, but for both it is below 0.5. For mortality, the model is based on duration of use results in a slightly, more favorable threshold for OC use: the proportion of simulations where a given acceptability threshold was reached was consistently higher because of the higher estimate of ovarian cancers prevented and the lower number of excess breast cancers.

00803538

Exhibit 163                                                                                JA-0003080

**Figure 78. Harm/benefit acceptability for incidence, modeled as ever/never use or duration of use**



OC = oral contraceptive

**Figure 79. Harm/benefit acceptability for mortality, modeled as ever/never use or duration of use**



OC = oral contraceptive

281

00803539

Exhibit 163                                                                                    JA-0003081

We then explored the relative impact of different components of harm and benefit on acceptability by systematically removing different conditions from the numerator or denominator of the harm/benefit ratio and comparing the proportion of simulations where OC use was favored at a given WTP threshold. For ease of visualization, we present only the proportion of simulations where OC use was acceptable for each combination of harms and benefits at a given WTP threshold; implicitly, the proportion of simulations where OC use was not acceptable at that threshold is 100 percent minus the value for OC use.

In these figures, we sequentially remove groups of harms from the numerator, leaving all benefits, then sequentially remove benefits, leaving all harms. The lines represent the following outcomes:

- Harms (incident cases and mortality)
  - ○ "All combined": breast and cervical cancer, DVT, PE, stroke, MI
  - ○ "No vascular events": breast and cervical cancer only
  - ○ "No cancers": DVT, PE, stroke, MI only
- Benefits (prevented incident cases and deaths)
  - ○ "All combined": ovarian, colorectal, and endometrial cancers
  - ○ "Ovarian and colorectal": ovarian and colorectal cancers only
  - ○ "Ovarian only": ovarian cancer only

Removing vascular events from the harms results in a shift to the left of the acceptability curve for incidence. An even greater shift is seen with removal of breast cancer and cervical cancer (Figure 80). Given the very low absolute increase in cervical cancer incidence associated with OCs, this effect is almost entirely due to breast cancer. This is due to several factors. First, although the relative risk of breast cancer attributable to OC use is relatively small, the absolute number of cases is larger than for vascular events. Second, the degree of uncertainty around the risk estimate for breast cancer is larger than it is for vascular events, with a lower bound very close to 1, so that removing the effect of this uncertainty leads to a greater number of simulations favoring OCs at a given threshold. Conversely, removing colorectal and endometrial cancer resulted in a marked shift of the curve to the right—40 percent of the simulations resulted in a harm/benefit ratio (number of harms incurred per case of ovarian cancer prevented) of 1.0 (Figure 81). This suggests that it is more likely that, for OC use solely for ovarian cancer prevention, the number of harms in terms of incident cases is likely to exceed the benefit (of course, the case might be different if patient preferences for the specific harms and benefits were included). Adding colorectal cancer improved the threshold somewhat, but the major effect was seen by replacing endometrial cancer into the equation. These results are consistent with the tables presented above, where the number needed to prevent one endometrial cancer case is substantially lower than for colorectal or ovarian cancer.

00803540

Exhibit 163                                                                                    JA-0003082

**Figure 80. Effect of specific harms on harm/benefit acceptability for incidence (duration model only)**



**Figure 81. Effect of specific benefits on harm/benefit acceptability for incidence (duration model only)**



Results for harms related to mortality were qualitatively similar, but showed an interesting pattern (Figure 82). Removing vascular events actually resulted in decrease in the acceptability threshold at WTO values below 0.1. This is due to the consistent model prediction of increased incidence but decreased mortality from stroke in OC users discussed above: because strokes are included as harms, the net harm in terms of lifetime deaths is smaller when vascular events are included then when they are not. As discussed, these results are due to modeled changes in age-specific incidence leading to changes in age-specific mortality. Taken at face value, these results raise an important point about the limitations of simply counting harms and benefits—clearly,

00803541

Exhibit 163                                                                                           JA-0003083

the potential morbidity from a stroke at a young age is substantial, even if mortality is lower, and this needs to be taken into account by decisionmakers at every level, whether through an informal weighting process or formal methods such as quality-adjusted life expectancy. On the benefit side, the pattern was similar to that seen for incident benefits, although the relative contribution of ovarian cancer alone was much greater (Figure 83).

**Figure 82. Effect of specific harms on harm/benefit acceptability for mortality (duration model only)**



**Figure 83. Effect of specific benefits on harm/benefit acceptability for mortality (duration model only)**



00803542

Exhibit 163                                                                                    JA-0003084

## Discussion

Previous sections of this report have provided discussion of the findings, limitations, and clinical and public health implications of the detailed analyses of OC use and ovarian cancer (Section 2), OC use and other cancers (Section 3), and OC use and vascular events (Section 4). In Section 5, we used mathematical modeling methods to integrate the results of the systematic reviews and meta-analyses of these individual outcomes to better understand the combined effects. In Section 5, we also:

- Summarize the findings of the evidence synthesis
- Compare the results with previous studies
- Discuss the uncertainties, limitations, and subsequent future research needs
- Discuss the clinical and public health implications of the findings, given the uncertainties and limitations

## Summary of the Evidence Synthesis

The following are key points from our systematic review and meta-analyses:

- The incidences of ovarian cancer, colorectal cancer, and endometrial cancer were significantly reduced among women who used OCs, with the magnitude of reduction in ovarian cancer risk significantly associated with duration of use (risk declined with longer duration of use, with no evidence of a threshold effect); endometrial cancer risk was also reduced by longer duration of use. The meta-analysis also found a statistically significant effect of time since last use (protective effect decreased as time since last use increased) but not for other characteristics of OC use including ages at use or formulation.
- The reduction in ovarian cancer risk was consistent in different subgroups of women, including BRCA1 and BRCA2 carriers.
- The incidence of breast cancer was significantly increased among women who used OCs, with the magnitude of the increase significantly associated with time since last use (risk decreased with increasing time since last use). The meta-analyses did not find statistically significant effects of other characteristics of OC use including ages at use or formulation.
- The increase in breast cancer risk was consistent in different subgroups of women, including BRCA1 and BRCA2 carriers.
- The incidence of cervical cancer was increased among women who used OCs, although this result was not statistically significant in the meta-analysis.
- The incidences of DVT (including PE) and ischemic stroke were significantly increased among current users of OCs. Risk was associated with increasing estrogen dose, but the meta-analyses did not identify a significant effect of progestin formulation.
- The incidence of MI was increased among women who use OCs, although the results were not statistically significant in the meta-analysis. Again, risk was associated with increasing estrogen dose and, potentially, progestin formulation.
- All of these results are derived from observational studies and may be affected by unmeasured or uncorrected biases.

## Modeling Analysis

Key points from our modeling analysis are:

285

00803543

Exhibit 163

JA-0003085

- Using the point estimates for the odds ratios from the meta-analyses (including MI and cervical cancer, where confidence intervals included 1) and adjusting for the age-specific prevalence of OC use, we found the following differences in peak incidence between ever users and never users (for cancers) and current users versus nonusers (for vascular events):
- There was a relatively large absolute increase (maximum increase in annual age-specific incidence 22 per 100,000) in breast cancer risk despite a small relative risk.
- The largest reduction in incidence was in endometrial cancer (maximum decrease in annual age-specific incidence of 55 per 100,000), followed by colorectal cancer (maximum decrease in annual age-specific incidence of 50 per 100,000), and finally ovarian cancer (maximum decrease in annual age-specific incidence of 20 per 100,000), reflecting their relative frequency in women.
- By far the largest absolute increase for any harm was for venous thromboembolism, particularly deep venous thrombosis (maximum increase in annual age-specific incidence of 120 per 100,000); maximum increases in the annual age-specific incidence of PE, stroke, and acute MI were all 30 per 100,000 or less.
- Using a simulation model and these point estimates as well as probabilistic sampling of the age-specific incidence of relevant other events (including hysterectomy, oophorectomy, tubal ligation, and other-cause mortality) to model estimated patterns of OC use in terms of age of starting and duration of use in the general population, we found that:
  - The net effect of OC use on these outcomes was to extend mean life expectancy by approximately 1 month, which is consistent with other cancer prevention strategies in the general population.[376]
  - Modeling the association between OC use and ovarian cancer as a function of duration of use, and between OC use and breast cancer as a function of time since last use, resulted in slightly greater gains in life expectancy compared with modeling these results as a function of ever versus never use, due to a greater reduction in ovarian cancer incidence combined with a lower increase in breast cancer incidence when compared with a model where OC effects were solely based on ever versus never use.
  - Incorporating the joint effects of duration of use and time since last use decreased the population-level effects of OC use on ovarian cancer incidence and overall mortality slightly compared with duration of use alone, but higher than a simple ever/never model.
  - The largest population effect of OC use on incidence of benefits was on colorectal and endometrial cancers rather than ovarian cancers, while reductions in mortality were similar across all three cancers. The largest effect of OC use on both incidence and mortality due to increased risk was seen in breast cancer.
  - For all harms, increases in mortality were much smaller than increases in incidence (and, in some simulations, actually lower with OC use), likely due to a shift in incidence to younger ages, when age-specific mortality from all harms (including cancer) is lower.
  - Assuming a pattern of use similar to the general population, estimated increases in life expectancy were greatest for BRCA1 carriers (approximately 10 months), due to the much higher incidence of ovarian cancer. Estimates for BRCA2 carriers

286

00803544

Exhibit 163

JA-0003086

were approximately equivalent to those for the general population, due to the much larger increase in breast cancer risk relative to the increased ovarian cancer risk.
- o Directly modeling ever versus never use results in larger positive effects of OCs compared with alternative methods to simulate lower exposure to OC use.
- When age at first OC use and duration of use were systematically varied, we found that:
  - o Estimates of the effect on life expectancy were positive for durations of use of 2 years or less and positive for women under age 35 for 5 years of use. Longer duration of use led to either lower life expectancy (women 30 and older) or smaller increases in life expectancy for all except women who started at age 15.
  - o Estimates for both incidence and mortality for harms (particularly vascular events) were unstable for shorter duration of use across all ages, converging with increasing duration; this is a function of the very low probability of events at younger ages and the assumption of constant risk during use.
  - o The total reduction in ovarian, colorectal, and endometrial cancer incidence and mortality was directly related to increased duration, which is largely due to the explicitly modeled association between duration and ovarian cancer incidence.
- Using a probabilistic analysis incorporating the range of uncertainty around the relative risk estimates, we found that:
  - o When the association between OC use and ovarian cancer risk was modeled as a function of duration of use, 45 percent of simulations resulted in a life expectancy gain of 1 and 2 months, while 44 percent resulted in gains of 2 to 3 months. When modeled as a function of ever versus never use, 62 percent of gains were between 1 and 2 months, while only 1 percent was greater than 2 months; 2 percent had a net loss of life expectancy of 1 week.
  - o For incident harms, breast cancer was the largest contributor. Conversely, for incident benefits, ovarian cancer had almost no effect relative to colorectal and endometrial cancers.
  - o For mortality, breast cancer was by far the biggest contributor to uncertainty; removing deaths from vascular events had minimal effect. On the benefit side, the contributions of ovarian, colorectal, and endometrial cancers were roughly equivalent.

00803545

Exhibit 163

JA-0003087

## Comparison With Previous Modeling Studies

Comparison of the results of the individual meta-analyses with other studies is provided in previous sections of this report. In general, our results were largely consistent with the recent literature, with most of the difference attributable to different inclusion/exclusion criteria.

Our modeling results are roughly consistent with previous U.S.-based studies, which have generally found minimal harms and small-to-moderate net noncontraceptive benefits of OC use—although our overall estimate suggests somewhat larger net benefits, especially in terms of mortality. We briefly describe the main differences in outcomes and approach here.

Fortney et al.[351] used a life table approach to estimate net effects on life expectancy, assuming 5 years of use and varying age at first use from 15 to 44 years of age in 5-year increments, and concluded that there was essentially no net effect, with gains of 4 days for women under age 0, and losses of 18 days for women in their 30s up to 80 days for women over age 45. In contrast, we found an overall net increase of 1 to 2 months across all age groups. The following are possible reasons for this discrepancy:

- The paper by Fortney et al. was published in 1986, so we were able to include subsequently published papers. We also used a more formal set of inclusion/exclusion criteria; the authors excluded a condition if there were less than two papers with a significant association, which eliminated breast cancer for consideration, and used formal meta-analysis methods to synthesize the results.
- Fortney et al. did not include breast or colorectal cancer, DVT, or PE, but did include complications of pregnancy, benign gallbladder disease, pelvic inflammatory disease, and rheumatoid arthritis.
- We used different methods for estimating incidence. Although the baseline estimates presented in Table 1 of the paper are reported as those for women not using OCs, it is unclear from either the table or the paper whether these results were adjusted for the prevalence of OC use or simply the overall rates that were subsequently multiplied by the relative risk estimate. Given the high prevalence of a history of OC use, population-based rates—which are the weighted average of the rates in exposed and unexposed—will be much closer to the rates in ever users compared with never users, all else (such as a history of smoking or an inherited thrombophilia) being equal. Thus, simply multiplying the population rate by the relative risk will overestimate the magnitude of the effect of the exposure in users. We estimated expected incidence based both relative risk and prevalence of exposure.
- We modeled competing risks.
- Fortney et al. applied relative risks derived from incidence to mortality. As shown in our results, the increase in mortality for a given outcome resulting from increased incidence in younger ages attributable to OC use may not result in equivalent increases in mortality because of the effect of age on outcome-specific mortality.

Schlesselman[66] used meta-analytic methods to estimate relative risks related to duration of use and time since last use and applied these estimates using life-table methods and durations of use of 4, 8, and 12 years to estimate the effect of OCs on ovarian, endometrial, cervical, breast, and liver cancers for women 20 to 54 years of age. The estimated mean number of breast and cervical cancers per 100,000 were similar to ours, but the estimates for ovarian and endometrial cancers were significantly lower.

Differences in approach include:

00803546

Exhibit 163

- As with the paper by Fortney et al., we were able to include papers published subsequent to this 1995 analysis. It is also possible that there were differences in inclusion/exclusion criteria and potential differences in the meta-analytic approach, although this is difficult to ascertain from the paper.
- Schlesselman included estimates of duration of use and time since last use effects for all cancers; we included only those which were statistically significant in the meta-analysis (duration for ovarian cancer, time since last use for breast cancer). As seen in our analysis, this had a noticeable effect on outcomes, and, accumulated across multiple cancers, could result in even greater difference.
- We used a different time horizon of 10 to 100 years compared with Schlesselman's 20 to 54 year range. Depending on the size of any effect of time since last use, this could have a substantial effect. This is likely one of the reasons for the similar results for cervical and breast cancers, which have higher incidences when women are in their 40s and 50s compared with ovarian and endometrial cancers.
- We included different nonreproductive cancers. Schlesselman included liver cancer, which is much less common than colorectal cancer; our analysis shows that a protective effect against colorectal cancer would have a marked impact on overall benefits. It is not clear from the paper how competing risks were modeled.

Sonnenberg et al.[350] used a Monte Carlo simulation model to estimate the cost-effectiveness, in dollars per QALY, for a wide range of contraceptive methods. Although the modeling approach is similar to the one we used, the results cannot be directly compared primarily because the results are presented as net effects in terms of QALYs without estimates of individual event rates. The following are other differences:

- Sonnenberg et al. included contraceptive effects, and other contraceptive methods, some of which were assumed to have similar vascular effects as OCs.
- We included papers published subsequent to this 2000 analysis, used different inclusion/exclusion criteria, and used formal meta-analytic methods to derive risk estimates.
- Sonnenberg et al. adjusted for smoking prevalence and the potential interaction between smoking and OC use on relevant outcomes
- They did not include effects on colorectal cancer.
- Data are not provided on the ranges and distributions used in the Monte Carlo simulation.
- The time horizon was very short, only 2 to 5 years, and did not extend past age 50.

## Limitations and Uncertainties

The single most important limitation of this analysis is that it is "synthetic"—it is a synthesis of observational data using statistical and mathematical modeling techniques, rather than a directly observed controlled trial designed to minimize potential biases and optimized to detect a clinically significant effect. Women who use OCs are likely to be different from women who never use OCs in a variety of ways that may affect estimates of the association between OCs and a given outcome. For example, concerns about an increased risk for vascular events among obese women may make providers less likely to prescribe oral contraceptives; to the extent that obesity is associated with increased risk for many cancers, this would lead to an overestimation of a protective effect or an underestimation of an increased risk. Although the effect of these differences on the estimate can be mitigated by appropriate study design and analytic methods, they cannot be eliminated.

289

00803547

Exhibit 163                                                                    JA-0003089

The majority of evidence we identified was consistent in both direction and magnitude of effect size, showed some evidence of a duration relationship and was adjusted for known confounders. However, this was also the case for hormone replacement therapy as primary prevention for cardiovascular disease. When synthesized into high-quality models, the results strongly suggested a beneficial effect for most women,[377,378] which were subsequently disproven by a randomized trial.[379]

For most women who are considering OCs for contraception, or who have OCs recommended for indications for which there is strong evidence of effectiveness, the lack of RCT data on OCs and potentially fatal outcomes is important, especially if an increased baseline risk of a particular outcome would affect the decision whether or not to use OCs. Given recent evidence on the comparative effectiveness of OCs and long-acting, reversible contraceptives in terms of pregnancy prevention,[380] consideration of the noncontraceptive benefits and harms of OC use relative to other contraceptive methods may become an even greater factor for helping women choose appropriate contraceptive methods. However, quite appropriately, the ultimate decision about using OCs for contraception or as treatment for other conditions should primarily be based on consideration of evidence for their effectiveness for *that indication*, weighed against the potential harms and other relevant attributes (convenience, duration of effectiveness, etc.).

The considerations are somewhat different when the question being considered is whether to recommend OCs primarily to prevent ovarian cancer; here, the potential for bias in the estimates of both benefits and harms also is particularly critical. As noted in the introduction, ovarian cancer has a high mortality rate; there are no effective screening interventions (and, given the biology of the disease, the prospect of effective screening for most women is poor); and surgical removal of the tubes and ovaries carries risks of operative morbidity and the potential effects of early menopause. (We note that the observed reduction in OC risk with tubal ligation is roughly equivalent to that seen with OC use, even with adjustment of OC use among women with tubal ligation—further evaluation of the potential role of tubal ligation as primary prevention for ovarian cancer for women who have completed childbearing is an important area for future research). Approximately 15 percent of women have never used OCs by age 44,[172] and based on the distribution reported in the Nurses' Health Study,[357] another 10 percent of users have taken OCs for less than 12 months. Given the high mortality of ovarian cancer and the lack of proven alternative strategies for prevention that do not involve removal of the ovaries, a course of OCs as primary prevention is potentially a reasonable strategy but one which warrants further research. Even without the potential for biased estimates from the observational studies in the review, the modeling results indicate substantial remaining uncertainty about the balance of harms and benefits of OC use solely for the prevention of ovarian cancer.

Despite the desirability of an unbiased estimate of risk, a formal prospective trial would face numerous, perhaps insurmountable, challenges, as described below.

**Sample size and duration of followup, particularly if ovarian cancer is the primary outcome**. For example, in a trial targeting women aged 35 to 39 for prevention of ovarian cancer incidence, the expected incidence ovarian cancer by age 55 would be 0.2 percent; assuming a 70-percent reduction in incidence, a trial would require 20 years of followup of over 70,000 subjects *per arm* using an alpha of 0.05 and a beta of 0.2. For mortality to be the endpoint, the trial would need to be extended an additional 5 years. Even if endometrial and colorectal cancer were added as trial outcomes, sample sizes would be over 5,000 per arm for a 20-year study to detect differences in incidence and 25,000 for a 25-year study to detect differences in mortality. None

00803548

Exhibit 163                                                                                                      JA-0003090

of these estimates includes correction for loss to followup or hysterectomy or oophorectomy for other causes.

Although alternative statistical analyses or composite outcomes might reduce sample size somewhat, a trial of OCs versus placebo or another method would still require, at the very least, a similar sample size to the Women's Health Initiative with at least twice the length of followup. Maintaining followup in a study of that size for that duration would be challenging, to say the least. Another issue with a study of such long duration would be the inherent problem of applicability: by the time the study was done, alternative methods of contraception (including OC formulations) may well be available and preferred to the formulations tested in the trial.

**Recruitment and inclusion/exclusion criteria.** In addition to the normal difficulties of recruitment, a substantial proportion of women who are either never users of OCs or used OCs for less than 12 months would be women who had medical contraindications, religious or other objections to OC use, or who stopped OC use because of side effects. Recruitment is always an issue for any randomized trial; one that uses a daily oral medication with known side effects and potential serious short- and long-term harms for primary prevention of a relatively rare cancer would face more difficulty than usual.

**Choice of comparator.** For reproductive-age women not using another contraceptive method, placebo alone would not be acceptable, further complicating trial logistics if women in both arms would be required to use an alternative contraceptive method. If some of those methods are also effective against ovarian cancer, or increase risk of vascular events, sample size would need to be increased even more. Given the recognizable effects of OCs on menstrual symptoms, blinding would be difficult.

**Safety monitoring.** The Women's Health Initiative used a complex composite endpoint that included both benefits and harms; a trial of OCs for primary prevention of ovarian cancer would likely require a similar design. However, establishing appropriate safety monitoring, particularly rules for stopping, would be even more complex since the majority of the vascular harms would occur during treatment, while benefits would not be seen for 15 to 25 years.

These daunting challenges create a dilemma. Ovarian cancer is a disease with high mortality where both the disease itself and the treatments have a profound negative impact on quality-of-life in the time between diagnosis and death—and there are no effective preventive strategies. On one hand, the current evidence, while highly suggestive, has inherent limitations that may be leading to incorrect estimates of OC effectiveness. Even ignoring those limitations, there is a high degree of remaining uncertainty about harm/benefit tradeoffs. Future research to fill in the evidence gaps discussed below should improve the ability of researchers to synthesize the available evidence from observational studies, but ultimately the inherent biases associated with observational studies means that some uncertainty will remain even if all the evidence gaps related to observational studies are filled. On the other hand, a definitive trial to address the question would be, in the best-case scenario, hugely expensive and complex. One option might be a trial in a high-risk population, such as BRCA1 and BRCA 2 carriers, where higher incidence rates would substantially reduce sample size. However, there are different challenges with a study in this population, particularly the choice of appropriate comparator; given the known high risk of these conditions and the availability of other treatment options, a placebo-controlled study might face substantial recruitment challenges, and, without a placebo group, it would be very difficult to draw any inferences about the potential applicability of results in BRCA carriers to the general population.

00803549

Exhibit 163

JA-0003091

One important next step in developing a research agenda is to formally identify the situations where a decision to start or continue OCs would be done primarily for the purpose of preventing ovarian cancer (and potentially other cancers) and assess how much certainty would be required to make a recommendation for or against this use. One potential future application of the microsimulation model developed for this review is to address some of these issues quantitatively, to help determine the ultimate feasibility of a definitive trial. A first step might be to apply value-of-information analysis to further quantitate the relative contribution of the uncertainties about the tradeoffs between harms and benefits and evaluate the efficiency of potential study designs and sample sizes.[381-383]

## Model Limitations and Evidence Gaps

The limitations of the model and its results can be divided into limitations of the model *structure*—the type of model, the methods for converting the available literature into probabilities that the model can use, the assumptions about the relationship between different parameters, the methods for analysis—and of the model *parameters*, which derive from the availability and quality of the data. Because both of these types of limitations are ultimately driven by the data, we discuss how future research can address these limitations in each section.

## Model Structure Limitations

### Design

We used a semi-Markov state-transition model, which reflects current practice. Instead of running the model as a cohort analysis, where the model provided estimates of the probability of the events of interest based on the parameter values, we ran the model as a microsimulation, where multiple simulations of a series of "individual" subjects with characteristics drawn from appropriate distributions are performed. The main advantage of this approach is that the conditional probability of a transition from one state to another can be conditioned on the underlying state, the time spent in the simulation, and events in past states in a tractable model structure. The main disadvantage is the computational time required to perform the simulations. Some of this time may be due to the specific software package used, which we chose primarily for its ease of programming; using an alternative program would increase the efficiency of calculations, but would be more difficult to program. Because of the computational time required for some of the analyses, we limited the number of "subjects" for a particular analysis (for example, 5000 per each age at first use and duration of use combination). This resulted in unstable results, especially for rare events. However, even this limitation is helpful, since it reinforces the importance of adequate sample size in achieving stable estimates of rare events, which certainly fits the description of vascular events in young women. More iterations would narrow the confidence intervals for the model-based estimates further—but it is worth considering that if the effect size is small enough to require a very large number of simulations, the individual clinical risk, and public health impact, is likely to be relatively small.

### Independence of Risks

We assumed that the risk estimates obtained from the meta-analyses, most of which were derived from individual studies with multivariate analyses, were independent of each other—in other words, the estimate for the relative risk for ovarian cancer associated with OC use was independent of any other patient characteristics, such as parity. However, this may not be the case. This may be particularly important for hysterectomy, which is a competing risk for ovarian,

292

00803550

Exhibit 163

cervical, and endometrial cancer, and which may be affected by OC use. We also modeled individual cancer risks independently, but this is clearly not the case, for both familial cancer syndromes and sporadic cancers, which may share risk factors. Ideally, the model would be run using parameter estimates that incorporated correlations where appropriate.

The model-predicted lifetime incidence for cancers, adjusted for population-level estimates of OC use and relative risks estimated from the meta-analyses, closely approximates estimates based directly on age-specific incidence (Appendix F), which provides some reassurance that the assumption of independence is not resulting in substantial bias.

## Other States and Other Contraceptive Methods

We originally included other relevant health states, including menarche and pregnancy, and the range of other contraceptive methods with their effectiveness against pregnancy. For the purposes of this analysis, we excluded these states and other methods for several reasons. First, there is a lack of data on the dynamics of contraceptive method switching; because the majority of the data on OC use and the outcomes of interest was based on comparisons between OC users and all other methods combined, the assumptions and extra work required to derive reasonable estimates would not have added any extra reliability or precision to our analysis.

Second, during early model runs, it became apparent that pregnancy was also a potential competing risk, one which had different probabilities based on age and contraceptive method. Because parity was almost universally adjusted for in the studies included in the meta-analyses, we elected to eliminate pregnancy as a state. However, for a more comprehensive analysis of the combined harms and benefits of OCs, adding pregnancy (including pregnancy-specific vascular event rates) is an important next step. Including other reproductive states, such as menarche and lactation, would also allow modeling the effect of reduction in ovulation, rather than OC use alone, as a modifier of ovarian cancer risk. However, incorporating these into the model will be facilitated by more standardized reporting, as discussed further below.

Finally, the model, which estimates mortality based on age- and race-specific survival after detection of an incidence case, consistently underestimates lifetime mortality risk compared with estimates derived from death certificate data. This is consistent with other "incidence-based mortality" models, where overall mortality estimates are derived from specific survival functions based on patient or tumor characteristics.[384,385] There are multiple explanations for this, including (1) the effect of competing risks for other cause mortality within the model after diagnosis, (2) age/period/cohort effects in the death certificate data that are not reflected in the model estimates, (3) the fact that SEER incidence and survival data represent a sample of the population, while the mortality data are derived from the entire population, and (4) inadequate modeling of mortality more than 5 years after survival (particularly for breast cancer). Since the potential underestimation of cancer mortality affects both potential harms of OC use (breast and cervical cancer) and benefits (ovarian, endometrial, and colorectal), the net effect on the overall balance of mortality harm and benefit is likely to be small but is clearly worthy of further exploration.

## Other Potential Confounders and Effect Modifiers

We did not model the potential effect of other characteristics, particularly smoking and obesity, which could plausibly affect contraceptive method choice, risk of different cancers or vascular events, or the association between OC use and these outcomes. The potential impact of smoking status and obesity on estimated risks, both at the individual patient level and at the population level, should be incorporated in future modeling studies.

293

00803551

Exhibit 163

**Ever Versus Never Exposure Versus Time-Dependent Effects**

Although the qualitative results were similar whether ovarian and breast cancer risks were modeled as ever/never exposure versus time dependent, the time-dependent approach resulted in better outcomes (greater life expectancy, lower threshold for acceptable harm/benefit ratios), suggesting that how exposure is modeled (and, implicitly, how exposure is measured in studies) could have a more substantial impact on model predictions if it held for additional outcomes. Conversely, because the increased risk of vascular events during current OC use was assumed to be constant over time, longer duration of OC use resulted in greater risk of a vascular event. If, as some of the studies reviewed suggest, risk is highest in early use, then this assumption overestimates the harms associated with longer duration.

## Model Structure Evidence Gaps

The following are key future research needs for a model structure:

- Needed are better estimates of correlations between parameters; for example, using the covariate estimates from logistic regression models derived from pooled analyses for all relevant variables instead of the adjusted odds ratios. This would require publication (perhaps in an online appendix), or access to, the actual models used rather than the summary odds ratios and confidence limits typically reported.
- One advantage of microsimulation is that it can generate simulated data sets of individuals, with characteristics such as age of events, history of past use, and so on. These data sets could be used to explore some of these issues related to correlation as well as issues related to study design, sample size, etc. For example, one could simulate a large number of individuals using a fixed estimate of relative risk, then sample the data set using different study designs and sample sizes to identify any systematic effects on bias or precision.
- Incorporate additional reproductive history into models; again, use of simulated data sets could be helpful in exploring the relationship between ovulatory cycles, OC use, and ovarian cancer risk.
- To the extent possible, observational studies should report associations as functions both of ever versus never, or current versus noncurrent use, and duration of use. Pooled analyses, such as those of the Collaborative Group on Epidemiological Studies of Ovarian Cancer,[21] are an excellent way to address some of these limitations. Although access to the raw data is extremely useful, the ability to overcome inconsistencies in reporting is ultimately dependent on how consistently the data was collected. As noted below, some standardization of how duration of use and other potentially relevant parameters are both recorded and reported would also be extremely helpful.

## Model Parameter Limitations

**Data Reporting/Quality**

Data limitations for specific outcomes are noted in the individual sections, but there are general issues that apply to most of the data, particularly for the risk data.

**Imprecision and bias.** Using a stochastic modeling approach—where data values are drawn from appropriate distributions describing the data—is one way to incorporate the effects of imprecision in estimates resulting from small studies, particularly for rare events, since the effects of the imprecision in the input values are reflected in the distribution of output values. However, even the most precise estimates are not helpful if they are biased in some way;

00803552

Exhibit 163                                                                    JA-0003094

although models can potentially be used to evaluate a possible effect of bias, and to potentially correct for it, there are no clear standards for this.

**Data structure**. One limitation common to many simulations where age is an important factor affecting probabilities is that available data on age-specific event probabilities are cross-sectional and may represent cohort effects that are not captured in the model. As the figures in Section 1 show, there is some suggestion of a cohort effect in ovarian cancer incidence due to increasing use of OCs; if this is the case, then the reduction in risk predicted by any model that uses these data to generate age-specific probabilities will overestimate the impact of OC use in the future. Some of this effect may also be seen even with harms from vascular events—for example, age-specific probabilities may decrease with time, as awareness of the possibility of complications leads to more selective use of OCs, or increase with time, especially for less severe cases, where a higher index of suspicion on the part of clinicians would lead to a lower threshold for testing to make a definitive diagnosis.

**Inconsistency in reporting**. As noted in the individual sections, there was wide disparity in how various potential confounders or effect modifiers, such as parity, duration of OC use, time since last use, woman's age, etc., were described in published papers. While we recognize that the needs of specific studies or the idiosyncrasies of particular data sets may require different categorization of relevant parameters during analysis, it would be extremely helpful for meta-analysis and simulation modeling if there were reporting standards that allowed consistent comparison across studies, which could be presented as an alternate to the categorization selected for the main analysis. Again, this could be presented online.

## Data Choices and Available Data

There were minimal data available for some important potential parameters. For others, available data sources may have inherent biases that affect the model.

**Data Sources.** We used hospitalization rates, and in-hospital mortality, to derive age-specific probabilities of vascular events. To the extent that these outcomes, in particular DVT, may be managed on an outpatient basis, this will underestimate the rates. Similarly, hysterectomy is increasingly being performed in outpatient settings, and hospital-based data may underestimate true population rates. Use of in-hospital mortality may underestimate longer term mortality due to vascular events, although, to the extent the risk of recurrence is reduced by stopping pills, long-term mortality after OC-associated vascular events may be lower than after events associated with other causes. For cancers, we assumed cure after 5 years and did not incorporate the risk of longer term recurrence, which may underestimate total mortality, particularly for breast cancer.

**Utilities/Preferences.** Quality-adjusted life expectancy is a generally well-accepted method among health policy researchers for integrating the effects of interventions on both quality-of-life and life expectancy. Although estimates for utilities for all of the relevant outcomes were available, we did not identify any utilities for the use of OCs. The studies that incorporated QALYs in their analyses implicitly assumed that OC use has a utility of 1.0; given that a substantial proportion of women who start OCs discontinue due to side effects, this is clearly not the case.

On the other hand, many women may have improvement in quality of life because of OC effects on menstrual symptoms. Some estimate of the effect of OC use on quality of life in the context of use for prevention purposes is needed. Although groups making recommendations typically focus on a semiquantitative assessment of harms versus benefits with some consideration of quality of life, appropriately capturing patient preferences is especially

00803553

Exhibit 163                                                                                                          JA-0003095

important for primary prevention. Our acceptability analysis shows that the different harms and benefits contribute differently to incidence (where quality of life is a major factor) compared with mortality. Given that vascular events contribute much more to incidence than mortality (because of the lower age-specific mortality), the potential impact of long-term morbidity from stroke and MI, in particular, should ultimately be considered.

Another factor that needs to be incorporated in any preference/quality-of-life study is time preference. In the setting of OCs for primary prevention of cancer, the benefits occur much later in the future than the potential risks. Deriving empirically-driven discount rates is an important component of future research.

**Progestin-only pills.** Because the risk of vascular events appears to primarily be related to the estrogen component of combined OCs (Section 4), and because there is evidence from both basic science[170] and observational studies (Section 2) that the progestational component of OCs is the primary factor affecting reduction in ovarian cancer risk, use of progestin-only pills as the OC of choice for reducing OC risk seems attractive. However, largely because there is little use of progestin-only pills, there is a paucity of evidence regarding their effects, particularly on long-term outcomes.

**Other patterns of use.** Although there is no biological reason to suspect that continuous OC use (i.e., no week without pills to allow menses) would have differential effects on any of these outcomes, data to confirm this would be useful. In addition, more data on both the frequency of use and the outcomes of use for OCs in women over 45 would be extremely helpful.

## Model Parameters Evidence Gaps

The following evidence gaps for model parameters should be addressed:

- Consensus among researchers and editors on standardized reporting of key variables would be extremely helpful. One approach would be through the development of consensus data collection and reporting standards under the sponsorship of one or more organizations with an interest in the area, such as the American Cancer Society, NIH, WHO, etc.
- More precise estimates of longer term outcomes are needed.
- Patient preferences for relevant outcomes, as well as for the use of OCs, need to be incorporated into models used for estimating the outcomes of OC use. Ideally, these would include both utilities derived from standard methods of utility elicitation, as well as by methods such as conjoint analysis which allow elicitation of preferences for multiple attributes.[386]
- More data are needed on the potential effects of progestin-only pills on long-term outcomes. However, given our findings that vascular events make a minimal contribution to the harm/benefit ratio in terms of mortality, the value of further research into the potential of progestin-only pills for primary prevention should be assessed first. This could be facilitated by better data on the long-term quality-of-life impact of vascular events in young women.

## Potential Next Steps

Although we did not perform a formal value-of-information analysis, the results of our evidence synthesis and modeling do suggest that addressing certain research needs first would have a greater impact in reducing uncertainty about the relative harms and benefits of OCs for

296

00803554

Exhibit 163                                                                                          JA-0003096

primary prevention of ovarian cancer. Within the context of specific issues discussed above, we would suggest the following broad areas be given priority.

Assessing patient preferences, including those related to regular use of OCs for noncontraceptive purposes. Given the finding that vascular events contribute little to uncertainty about the harm/benefit ratio in terms of mortality, a better understanding of how long-term morbidity associated with these events in younger women, would be extremely helpful. This research area also has the advantage of requiring considerably fewer resources than, for example, a 20-year randomized trial of more than 140,000 subjects.

Achieving greater certainty about the importance of time-related effects relative to ever-never exposure. This could be facilitated by consensus on reporting standards. In terms of cancers, we would suggest prioritizing colorectal cancer and breast cancer because (a) there is greater certainty regarding the time-dependent effects of ovarian cancer, (b) although endometrial cancer is an important contributor to the mortality harm/benefit ratio, there is less uncertainty about the benefits of OC use, and (c) increased cervical cancer risk has almost no contribution to the overall mortality risk (note that this is not likely to be true in settings where adequate screening, or widespread population coverage with vaccination against oncogenic human papillomavirus, is unavailable). In terms of vascular events, the most important uncertainty is the extent to which risk may or may not decrease with increasing duration of use.

Another need is for better understanding of the potential effects of OC formulation on breast and colorectal cancer risks. Again, these two contribute substantially to the harm/benefit ratio in terms of mortality. Particularly in the context of the potential use of progestin-only pills, greater certainty about the potential effects relative to combination OCs on these two cancers would be particularly helpful.

## Clinical and Public Health Implications of the Findings

The overall strength of evidence for the literature review was moderate to low with applicability for current practice affected by two major factors. First, there was a large number of studies (many of higher quality) performed outside of the United States, where several differences may affect observed associations—differences in available OC formulations; in population patterns of contraceptive use; in genetic factors (e.g., inherited thrombophilias) and acquired factors (e.g., prevalence of smoking) that interact with OC effects; and in health system attributes, particularly regarding population coverage for screen-detectable cancers. Second, particularly for cancers, the long period between exposure to OCs and development of the cancer means that much of the available literature is based on exposure to OC formulations that are no longer on the market—which has implications for both harms and benefits.

Although there are published guidelines for assessing the quality of modeling studies,[387] there is no consensus on how to consider the "strength of evidence" of the results of modeling studies. In most cases, modeling is done because randomized trials are not available and, even in the best-case scenario, will be based on evidence from lesser quality studies. Given the inherent limitations of modeling, many of which are discussed above and in Appendix F, the strength of evidence for even the most sophisticated model will be at best moderate and, realistically, low in most cases. That is certainly the case with these results, which are based on low-moderate quality evidence for the most important parameters of interest.

With these caveats, based on our synthesis of the best available literature, the clinical and public health implications of our review include the following:

00803555

Exhibit 163                                                                        JA-0003097

- Assuming that the general estimates of increased or decreased risk are not overly biased by observational studies, the net effects on cancers and vascular events of current patterns of OC use in the general population likely result in a net increase in life expectancy of 1-2 months, which is comparable to many other preventive interventions.[376] This is in addition to any effects from prevention of unwanted pregnancy. In our probabilistic analysis, OC use resulted in net loss in life expectancy in less than 5 percent of simulations.
- The model predicts similar net gains in BRCA1 and BRCA2 carriers; in BRCA1 carriers, who have marked elevation in ovarian cancer risk, the gain may be as high as 10 months.
- These results should be reassuring to women who are considering OC use for contraceptive purposes or who are prescribed OCs for treatment of other conditions.
- Other than for ovarian cancer, the effects of increasing duration of use for individual outcomes is unclear. The modeling results suggest that the net benefits of OC use decrease between 5 years of use (the approximate mean duration of use in the population) when they are generally positive, especially at younger ages, and 10 years of use for all but the youngest women. This may be a function of a conservative assumption about constant risk over time for exposed women, but based on the available data, there is less confidence in the net benefits of duration of use longer than 5 years for women at average risk of ovarian cancer. For a woman who has used OCs for 5 years and is considering other contraceptive methods, there is insufficient evidence to suggest continuing to use OCs solely for their effect on ovarian cancer risk—particularly since there is consistent evidence that at least one other method (tubal sterilization) reduces risk by a similar order of magnitude and recent evidence that other nonpermanent methods may also reduce risk.[125]
- For a woman who has never used OCs for contraception, and who otherwise does not have a contraindication to their use, there is insufficient evidence to recommend for or against a course of OCs solely for ovarian cancer prevention, regardless of her age or the potential duration of use. The estimated net benefits of OC use on mortality are equally distributed between prevention of ovarian cancer (relatively low incidence but high mortality), colorectal cancer (intermediate incidence and mortality), and endometrial cancer (high incidence but low mortality), while the net harms are driven by breast cancer (high incidence but relatively low mortality). In terms of incidence, the net benefits of OC use are largely driven by endometrial and colorectal cancer, while the net harms are largely due to the increased incidence of breast cancer. We did not include the potential impact of specific harms on quality of life—for example, a stroke at an early age, even if less likely to be fatal, may have a profound negative impact on quality of life.

00803556

Exhibit 163

# References

1. Altekruse SF, Kosary CL, Krapcho M, et al. SEER Cancer Statistics Review, 1975-2007, National Cancer Institute. Bethesda, MD, http://seer.cancer.gov/csr/1975_2007/, based on November 2009 SEER data submission, posted to the SEER web site, 2010.

2. Wallace AH, Havrilesky LJ, Valea FA, et al. Projecting the need for gynecologic oncologists for the next 40 years. Obstet Gynecol. 2010;116(6):1366-72. PMID: 21099604.

3. American Cancer Society. Cancer Facts & Figures 2011. Atlanta: American Cancer Society; 2011.

4. Buys SS, Partridge E, Greene MH, et al. Ovarian cancer screening in the Prostate, Lung, Colorectal and Ovarian (PLCO) cancer screening trial: findings from the initial screen of a randomized trial. Am J Obstet Gynecol. 2005;193(5):1630-9. PMID: 16260202.

5. Jacobs I, Skates S, Macdonald N. Ovarian cancer screening was feasible but did not decrease incidence of index cancer or mortality. West J Med. 2000;172(2):97. PMID: 18751238.

6. Jacobs IJ, Skates SJ, MacDonald N, et al. Screening for ovarian cancer: a pilot randomised controlled trial. Lancet. 1999;353(9160):1207-10. PMID: 10217079.

7. Menon U, Gentry-Maharaj A, Hallett R, et al. Sensitivity and specificity of multimodal and ultrasound screening for ovarian cancer, and stage distribution of detected cancers: results of the prevalence screen of the UK Collaborative Trial of Ovarian Cancer Screening (UKCTOCS). Lancet Oncol. 2009;10(4):327-40. PMID: 19282241.

8. van Nagell JR, Jr., DePriest PD, Reedy MB, et al. The efficacy of transvaginal sonographic screening in asymptomatic women at risk for ovarian cancer. Gynecol Oncol. 2000;77(3):350-6. PMID: 10831341.

9. van Nagell JR, Jr., DePriest PD, Ueland FR, et al. Ovarian cancer screening with annual transvaginal sonography: findings of 25,000 women screened. Cancer. 2007;109(9):1887-96. PMID: 17373668.

10. Buys SS, Partridge E, Black A, et al. Effect of screening on ovarian cancer mortality: the Prostate, Lung, Colorectal and Ovarian (PLCO) Cancer Screening Randomized Controlled Trial. JAMA. 2011;305(22):2295-303. PMID: 21642681.

11. Hoskins WJ, Young RC, eds. Principles and practice of gynecologic oncology. 4th ed. Philadelphia: Lippincott Williams & Wilkins; 2004.

12. Kurman RJ, Visvanathan K, Roden R, et al. Early detection and treatment of ovarian cancer: shifting from early stage to minimal volume of disease based on a new model of carcinogenesis. Am J Obstet Gynecol. 2008;198(4):351-6. PMID: 18395030.

13. Havrilesky LJ, Sanders GD, Kulasingam S, et al. Reducing ovarian cancer mortality through screening: Is it possible, and can we afford it? Gynecol Oncol. 2008;111(2):179-87. PMID: 18722004.

14. Rebbeck TR, Kauff ND, Domchek SM. Meta-analysis of risk reduction estimates associated with risk-reducing salpingo-oophorectomy in BRCA1 or BRCA2 mutation carriers. J Natl Cancer Inst. 2009;101(2):80-7. PMID: 19141781.

15. Kurian AW, Munoz DF, Rust P, et al. Online tool to guide decisions for BRCA1/2 mutation carriers. J Clin Oncol. 2012;30(5):497-506. PMID: 22231042.

16. Grann VR, Patel PR, Jacobson JS, et al. Comparative effectiveness of screening and prevention strategies among BRCA1/2-affected mutation carriers. Breast Cancer Res Treat. 2011;125(3):837-47. PMID: 20644999.

17. Cibula D, Widschwendter M, Majek O, et al. Tubal ligation and the risk of ovarian cancer: review and meta-analysis. Hum Reprod Update. 2011;17(1):55-67. PMID: 20634209.

18. Chiaffarino F, Parazzini F, Decarli A, et al. Hysterectomy with or without unilateral oophorectomy and risk of ovarian cancer. Gynecol Oncol. 2005;97(2):318-22. PMID: 15863124.

00803557

Exhibit 163

JA-0003099

19.   Hankinson SE, Hunter DJ, Colditz GA, et al. Tubal ligation, hysterectomy, and risk of ovarian cancer. A prospective study. JAMA. 1993;270(23):2813-8. PMID: 8133619.

20.   Tone AA, Salvador S, Finlayson SJ, et al. The role of the fallopian tube in ovarian cancer. Clin Adv Hematol Oncol. 2012;10(5):296-306. PMID: 22706539.

21.   Beral V, Doll R, Hermon C, et al. Ovarian cancer and oral contraceptives: collaborative reanalysis of data from 45 epidemiological studies including 23,257 women with ovarian cancer and 87,303 controls. Lancet. 2008;371(9609):303-14. PMID: 18294997.

22.   Beral V, Bull D, Green J, et al. Ovarian cancer and hormone replacement therapy in the Million Women Study. Lancet. 2007;369(9574):1703-10. PMID: 17512855.

23.   Bosetti C, Negri E, Trichopoulos D, et al. Long-term effects of oral contraceptives on ovarian cancer risk. Int J Cancer. 2002;102(3):262-5. PMID: 12397647.

24.   Franceschi S, Parazzini F, Negri E, et al. Pooled analysis of 3 European case-control studies of epithelial ovarian cancer: III. Oral contraceptive use. Int J Cancer. 1991;49(1):61-5. PMID: 1874572.

25.   Risch HA, Weiss NS, Lyon JL, et al. Events of reproductive life and the incidence of epithelial ovarian cancer. Am J Epidemiol. 1983;117(2):128-39. PMID: 6681935.

26.   Fredrickson TN. Ovarian tumors of the hen. Environ Health Perspect. 1987;73:35-51. PMID: 3665870.

27.   Rodriguez GC, Walmer DK, Cline M, et al. Effect of progestin on the ovarian epithelium of macaques: cancer prevention through apoptosis? J Soc Gynecol Investig. 1998;5(5):271-6. PMID: 9773403.

28.   Canman CE, Chen CY, Lee MH, et al. DNA damage responses: p53 induction, cell cycle perturbations, and apoptosis. Cold Spring Harb Symp Quant Biol. 1994;59:277-86. PMID: 7587079.

29.   Schildkraut JM, Calingaert B, Marchbanks PA, et al. Impact of progestin and estrogen potency in oral contraceptives on ovarian cancer risk. J Natl Cancer Inst. 2002;94(1):32-8. PMID: 11773280.

30.   Levanon K, Crum C, Drapkin R. New insights into the pathogenesis of serous ovarian cancer and its clinical impact. J Clin Oncol. 2008;26(32):5284-93. PMID: 18854563.

31.   Donnez J, Casanas-Roux F, Caprasse J, et al. Cyclic changes in ciliation, cell height, and mitotic activity in human tubal epithelium during reproductive life. Fertil Steril. 1985;43(4):554-9. PMID: 3987924.

32.   Curtis KM, Tepper NK, Marchbanks PA. U.S. medical eligibility criteria for contraceptive use, 2010. J Womens Health (Larchmt). 2011;20(6):825-8. PMID: 21671772.

33.   Hannaford PC, Iversen L, Macfarlane TV, et al. Mortality among contraceptive pill users: cohort evidence from Royal College of General Practitioners' Oral Contraception Study. BMJ. 2010;340:c927. PMID: 20223876.

34.   Huber JC, Bentz EK, Ott J, et al. Non-contraceptive benefits of oral contraceptives. Expert Opin Pharmacother. 2008;9(13):2317-25. PMID: 18710356.

35.   Hedenmalm K, Samuelsson E, Spigset O. Pulmonary embolism associated with combined oral contraceptives: reporting incidences and potential risk factors for a fatal outcome. Acta Obstet Gynecol Scand. 2004;83(6):576-85. PMID: 15144341.

36.   Tanis BC, Bloemenkamp DG, van den Bosch MA, et al. Prothrombotic coagulation defects and cardiovascular risk factors in young women with acute myocardial infarction. Br J Haematol. 2003;122(3):471-8. PMID: 12877676.

37.   Hannaford PC, Selvaraj S, Elliott AM, et al. Cancer risk among users of oral contraceptives: cohort data from the Royal College of General Practitioner's oral contraception study. BMJ. 2007;335(7621):651. PMID: 17855280.

38.   Hulka BS, Moorman PG. Breast cancer: hormones and other risk factors. Maturitas. 2008;61(1-2):203-13; discussion 213. PMID: 19434892.

00803558

Exhibit 163

39. Methods Guide for Effectiveness and Comparative Effectiveness Reviews. AHRQ Publication No. 10(12)-EHC063-EF. Rockville, MD: Agency for Healthcare Research and Quality. April 2012. www.effectivehealthcare.ahrq.gov.

40. Moher D, Liberati A, Tetzlaff J, et al. Preferred reporting items for systematic reviews and meta-analyses: the PRISMA statement. PLoS Med. 2009;6(7):e1000097. PMID: 19621072.

41. Evidence-based Practice Center Systematic Review Protocol. Project Title: Oral Contraceptive Use for the Primary Prevention of Ovarian Cancer. February 16, 2012. www.effectivehealthcare.ahrq.gov/index.cfm/search-for-guides-reviews-and-reports/?pageaction=displayproduct&productid=962. Accessed September 4, 2012.

42. Martinez F, Ramirez I, Perez-Campos E, et al. Venous and pulmonary thromboembolism and combined hormonal contraceptives. Systematic review and meta-analysis. Eur J Contracept Reprod Health Care. 2012;17(1):7-29. PMID: 22239262.

43. Manzoli L, De Vito C, Marzuillo C, et al. Oral Contraceptives and Venous Thromboembolism A Systematic Review and Meta-Analysis. Drug Safety. 2012;35(3):191-205. PMID: ISI:000301618100002.

44. Hennessy S, Berlin JA, Kinman JL, et al. Risk of venous thromboembolism from oral contraceptives containing gestodene and desogestrel versus levonorgestrel: a meta-analysis and formal sensitivity analysis. Contraception. 2001;64(2):125-33. PMID: 11704089.

45. Chan WS, Ray J, Wai EK, et al. Risk of stroke in women exposed to low-dose oral contraceptives: a critical evaluation of the evidence. Arch Intern Med. 2004;164(7):741-7. PMID: 15078643.

46. Chakhtoura Z, Canonico M, Gompel A, et al. Progestogen-only contraceptives and the risk of stroke: a meta-analysis. Stroke. 2009;40(4):1059-62. PMID: 19211491.

47. Khader YS, Rice J, John L, et al. Oral contraceptives use and the risk of myocardial infarction: a meta-analysis. Contraception. 2003;68(1):11-7. PMID: 12878281.

48. Baillargeon JP, McClish DK, Essah PA, et al. Association between the current use of low-dose oral contraceptives and cardiovascular arterial disease: a meta-analysis. J Clin Endocrinol Metab. 2005;90(7):3863-70. PMID: 15814774.

49. International Collaboration of Epidemiological Studies of Cervical Cancer. Cervical cancer and hormonal contraceptives: collaborative reanalysis of individual data for 16,573 women with cervical cancer and 35,509 women without cervical cancer from 24 epidemiological studies. The Lancet. 2007;370(9599):1609-1621.

50. Smith JS, Green J, Berrington de Gonzalez A, et al. Cervical cancer and use of hormonal contraceptives: a systematic review. Lancet. 2003;361(9364):1159-67. PMID: 12686037.

51. Cibula D, Zikan M, Dusek L, et al. Oral contraceptives and risk of ovarian and breast cancers in BRCA mutation carriers: a meta-analysis. Expert Rev Anticancer Ther. 2011;11(8):1197-207. PMID: 21916573.

52. Kahlenborn C, Modugno F, Potter DM, et al. Oral contraceptive use as a risk factor for premenopausal breast cancer: a meta-analysis. Mayo Clin Proc. 2006;81(10):1290-302. PMID: 17036554.

53. Nelson HD, Zakher B, Cantor A, et al. Risk factors for breast cancer for women aged 40 to 49 years: a systematic review and meta-analysis. Ann Intern Med. 2012;156(9):635-48. PMID: 22547473.

54. Mueck AO, Seeger H, Rabe T. Hormonal contraception and risk of endometrial cancer: a systematic review. Endocr Relat Cancer. 2010;17(4):R263-71. PMID: 20870686.

55. Fernandez E, La Vecchia C, Balducci A, et al. Oral contraceptives and colorectal cancer risk: a meta-analysis. Br J Cancer. 2001;84(5):722-7. PMID: 11237397.

00803559

Exhibit 163

JA-0003101

56.   Bosetti C, Bravi F, Negri E, et al. Oral contraceptives and colorectal cancer risk: a systematic review and meta-analysis. Hum Reprod Update. 2009;15(5):489-98. PMID: 19414526.

57.   Chute CG, Willett WC, Colditz GA, et al. A prospective study of reproductive history and exogenous estrogens on the risk of colorectal cancer in women. Epidemiology. 1991;2(3):201-7. PMID: 2054402.

58.   Glattre E, Nygard JF. Fractal meta-analysis and 'causality' embedded in complexity: advanced understanding of disease etiology. Nonlinear Dynamics Psychol Life Sci. 2004;8(3):315-44. PMID: 15233878.

59.   Curtis KM, Chrisman CE, Peterson HB. Contraception for women in selected circumstances. Obstet Gynecol. 2002;99(6):1100-12. PMID: 12052606.

60.   La Vecchia C. Oral contraceptives and ovarian cancer: an update, 1998-2004. Eur J Cancer Prev. 2006;15(2):117-24. PMID: 16523008.

61.   Hankinson SE, Colditz GA, Hunter DJ, et al. A quantitative assessment of oral contraceptive use and risk of ovarian cancer. Obstet Gynecol. 1992;80(4):708-14. PMID: 1407899.

62.   Barnes MN, Grizzle WE, Grubbs CJ, et al. Paradigms for primary prevention of ovarian carcinoma. CA Cancer J Clin. 2002;52(4):216-25. PMID: 12139233.

63.   Iodice S, Barile M, Rotmensz N, et al. Oral contraceptive use and breast or ovarian cancer risk in BRCA1/2 carriers: a meta-analysis. Eur J Cancer. 2010;46(12):2275-84. PMID: 20537530.

64.   Bermejo-Perez MJ, Marquez-Calderon S, Llanos-Mendez A. Effectiveness of preventive interventions in BRCA1/2 gene mutation carriers: a systematic review. Int J Cancer. 2007;121(2):225-31. PMID: 17471565.

65.   La Vecchia C, Tavani A, Franceschi S, et al. Oral contraceptives and cancer. A review of the evidence. Drug Saf. 1996;14(4):260-72. PMID: 8713694.

66.   Schlesselman JJ. Net effect of oral contraceptive use on the risk of cancer in women in the United States. Obstet Gynecol. 1995;85(5 Pt 1):793-801. PMID: 7724116.

67.   Cibula D, Gompel A, Mueck AO, et al. Hormonal contraception and risk of cancer. Hum Reprod Update. 2010;16(6):631-50. PMID: 20543200.

68.   Borenstein M, Hedges L, Higgins J, et al. Comprehensive Meta-analysis Version 2. Biostat: Englewood, NJ; 2005.

69.   Owens DK, Lohr KN, Atkins D, et al. Grading the strength of a body of evidence when comparing medical interventions. In: Agency for Healthcare Research and Quality. Methods Guide for Comparative Effectiveness Reviews [posted July 2009]. Rockville, MD. www.effectivehealthcare.ahrq.gov.

70.   Atkins D, Chang SM, Gartlehner G, et al. Assessing applicability when comparing medical interventions: AHRQ and the Effective Health Care Program. J Clin Epidemiol. 2011;64(11):1198-207. PMID: 21463926.

71.   Havrilesky LJ, Sanders GD, Kulasingam S, et al. Development of an ovarian cancer screening decision model that incorporates disease heterogeneity: Implications for potential mortality reduction. Cancer. 2011;117(3):545-53. PMID: 21254049.

72.   Antoniou A, Pharoah PD, Narod S, et al. Average risks of breast and ovarian cancer associated with BRCA1 or BRCA2 mutations detected in case Series unselected for family history: a combined analysis of 22 studies. Am J Hum Genet. 2003;72(5):1117-30. PMID: 12677558.

73.   Bonadona V, Bonaiti B, Olschwang S, et al. Cancer risks associated with germline mutations in MLH1, MSH2, and MSH6 genes in Lynch syndrome. JAMA. 2011;305(22):2304-10. PMID: 21642682.

74.   Antoniou AC, Cunningham AP, Peto J, et al. The BOADICEA model of genetic susceptibility to breast and ovarian cancers: updates and extensions. Br J Cancer. 2008;98(8):1457-66. PMID: 18349832.

00803560

Exhibit 163

JA-0003102

75. Hogg R, Friedlander M. Biology of epithelial ovarian cancer: implications for screening women at high genetic risk. J Clin Oncol. 2004;22(7):1315-27. PMID: 15051780.

76. Olivier RI, Lubsen-Brandsma MA, Verhoef S, et al. CA125 and transvaginal ultrasound monitoring in high-risk women cannot prevent the diagnosis of advanced ovarian cancer. Gynecol Oncol. 2006;100(1):20-6. PMID: 16188302.

77. Stirling D, Evans DG, Pichert G, et al. Screening for familial ovarian cancer: failure of current protocols to detect ovarian cancer at an early stage according to the international federation of gynecology and obstetrics system. J Clin Oncol. 2005;23(24):5588-96. PMID: 16110018.

78. Greene MH, Piedmonte M, Alberts D, et al. A prospective study of risk-reducing salpingo-oophorectomy and longitudinal CA-125 screening among women at increased genetic risk of ovarian cancer: design and baseline characteristics: a Gynecologic Oncology Group study. Cancer Epidemiol Biomarkers Prev. 2008;17(3):594-604. PMID: 18349277.

79. Schwartz U, Hammerstein J. The estrogenic potency of ethinylestradiol and mestranol--a comparative study. Acta Endocrinol Suppl (Copenh). 1973;173:118. PMID: 4542057.

80. Bolt HM, Bolt WH. Pharmacokinetics of mestranol in man in relation to its oestrogenic activity. Eur J Clin Pharmacol. 1974;7(4):295-305. PMID: 4853600.

81. Antoniou AC, Rookus M, Andrieu N, et al. Reproductive and hormonal factors, and ovarian cancer risk for BRCA1 and BRCA2 mutation carriers: results from the International BRCA1/2 Carrier Cohort Study. Cancer Epidemiol Biomarkers Prev. 2009;18(2):601-10. PMID: 19190154.

82. Badawy YA, Bayoumi DM. An epidemiologic study of ovarian cancer. Part 11: Oral contraceptive use and menstrual events. J Egypt Public Health Assoc. 1992;67(5-6):579-91. PMID: 1294683.

83. Beard CM, Hartmann LC, Atkinson EJ, et al. The epidemiology of ovarian cancer: a population-based study in Olmsted County, Minnesota, 1935-1991. Ann Epidemiol. 2000;10(1):14-23. PMID: 10658685.

84. Boyce EA, Costaggini I, Vitonis A, et al. The epidemiology of ovarian granulosa cell tumors: a case-control study. Gynecol Oncol. 2009;115(2):221-5. PMID: 19664811.

85. Braem MG, Onland-Moret NC, van den Brandt PA, et al. Reproductive and hormonal factors in association with ovarian cancer in the Netherlands cohort study. Am J Epidemiol. 2010;172(10):1181-9. PMID: 20861144.

86. Chen Y, Wu PC, Lang JH, et al. Risk factors for epithelial ovarian cancer in Beijing, China. Int J Epidemiol. 1992;21(1):23-9. PMID: 1544753.

87. Chiaffarino F, Pelucchi C, Parazzini F, et al. Reproductive and hormonal factors and ovarian cancer. Ann Oncol. 2001;12(3):337-41. PMID: 11332145.

88. Dorjgochoo T, Shu XO, Li HL, et al. Use of oral contraceptives, intrauterine devices and tubal sterilization and cancer risk in a large prospective study, from 1996 to 2006. Int J Cancer. 2009;124(10):2442-9. PMID: 19170208.

89. Godard B, Foulkes WD, Provencher D, et al. Risk factors for familial and sporadic ovarian cancer among French Canadians: a case-control study. Am J Obstet Gynecol. 1998;179(2):403-10. PMID: 9731846.

90. Grant DJ, Moorman PG, Akushevich L, et al. Primary peritoneal and ovarian cancers: An epidemiological comparative analysis. Cancer Causes and Control. 2010;21(7):991-998.

91. Greer JB, Modugno F, Allen GO, et al. Androgenic progestins in oral contraceptives and the risk of epithelial ovarian cancer. Obstet Gynecol. 2005;105(4):731-40. PMID: 15802398.

92. Greer JB, Modugno F, Allen GO, et al. Short-term oral contraceptive use and the risk of epithelial ovarian cancer. Am J Epidemiol. 2005;162(1):66-72. PMID: 15961588.

93. Greggi S, Parazzini F, Paratore MP, et al. Risk factors for ovarian cancer in central Italy. Gynecol Oncol. 2000;79(1):50-4. PMID: 11006030.

00803561

Exhibit 163

JA-0003103

94.   Gronwald J, Byrski T, Huzarski T, et al. Influence of selected lifestyle factors on breast and ovarian cancer risk in BRCA1 mutation carriers from Poland. Breast Cancer Res Treat. 2006;95(2):105-9. PMID: 16261399.

95.   Gross TP, Schlesselman JJ, Stadel BV, et al. The risk of epithelial ovarian cancer in short-term users of oral contraceptives. Am J Epidemiol. 1992;136(1):46-53. PMID: 1415131.

96.   Gwinn ML, Lee NC, Rhodes PH, et al. Pregnancy, breast feeding, and oral contraceptives and the risk of epithelial ovarian cancer. J Clin Epidemiol. 1990;43(6):559-68. PMID: 2348208.

97.   Colditz GA. Oral contraceptive use and mortality during 12 years of follow-up: the Nurses' Health Study. Ann Intern Med. 1994;120(10):821-6. PMID: 8154642.

98.   Hankinson SE, Colditz GA, Hunter DJ, et al. A prospective study of reproductive factors and risk of epithelial ovarian cancer. Cancer. 1995;76(2):284-90. PMID: 8625104.

99.   Hannaford P, Elliott A. Use of exogenous hormones by women and colorectal cancer: evidence from the Royal College of General Practitioners' Oral Contraception Study. Contraception. 2005;71(2):95-8. PMID: 15707557.

100.  Harlow BL, Cramer DW, Geller J, et al. The influence of lactose consumption on the association of oral contraceptive use and ovarian cancer risk. Am J Epidemiol. 1991;134(5):445-53. PMID: 1897499.

101.  Harris R, Whittemore AS, Itnyre J. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case-control studies. III. Epithelial tumors of low malignant potential in white women. Collaborative Ovarian Cancer Group. Am J Epidemiol. 1992;136(10):1204-11. PMID: 1476142.

102.  Steinberg KK, Smith SJ, Stroup DF, et al. Comparison of effect estimates from a meta-analysis of summary data from published studies and from a meta-analysis using individual patient data for ovarian cancer studies. Am J Epidemiol. 1997;145(10):917-25. PMID: 9149663.

103.  Whittemore AS, Harris R, Itnyre J. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case-control studies. II. Invasive epithelial ovarian cancers in white women. Collaborative Ovarian Cancer Group. Am J Epidemiol. 1992;136(10):1184-203. PMID: 1476141.

104.  Hartge P, Whittemore AS, Itnyre J, et al. Rates and risks of ovarian cancer in subgroups of white women in the United States. The Collaborative Ovarian Cancer Group. Obstet Gynecol. 1994;84(5):760-4. PMID: 7936508.

105.  Herrinton LJ, Voigt LF, Weiss NS, et al. Risk factors for synchronous primary endometrial and ovarian cancers. Ann Epidemiol. 2001;11(8):529-33. PMID: 11709271.

106.  Horn-Ross PL, Whittemore AS, Harris R, et al. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 U.S. case-control studies. VI. Nonepithelial cancers among adults. Collaborative Ovarian Cancer Group. Epidemiology. 1992;3(6):490-5. PMID: 1329996.

107.  Huusom LD, Frederiksen K, Hogdall EV, et al. Association of reproductive factors, oral contraceptive use and selected lifestyle factors with the risk of ovarian borderline tumors: a Danish case-control study. Cancer Causes Control. 2006;17(6):821-9. PMID: 16783610.

108.  John EM, Whittemore AS, Harris R, et al. Characteristics relating to ovarian cancer risk: collaborative analysis of seven U.S. case-control studies. Epithelial ovarian cancer in black women. Collaborative Ovarian Cancer Group. J Natl Cancer Inst. 1993;85(2):142-7. PMID: 8418303.

109.  Jordan SJ, Green AC, Whiteman DC, et al. Serous ovarian, fallopian tube and primary peritoneal cancers: a comparative epidemiological analysis. Int J Cancer. 2008;122(7):1598-603. PMID: 18058817.

110.  Kumle M, Weiderpass E, Braaten T, et al. Risk for invasive and borderline epithelial ovarian neoplasias following use of hormonal contraceptives: the Norwegian-Swedish Women's Lifestyle and Health Cohort Study. Br J Cancer. 2004;90(7):1386-91. PMID: 15054460.

304

00803562

Exhibit 163

JA-0003104

111. Goodman MT, Ferrell R, McDuffie K, et al. Calcitonin gene polymorphism CALCA-624 (T/C) and ovarian cancer. Environ Mol Mutagen. 2005;46(1):53-8. PMID: 15880427.

112. Goodman MT, Wu AH, Tung KH, et al. Association of galactose-1-phosphate uridyltransferase activity and N314D genotype with the risk of ovarian cancer. Am J Epidemiol. 2002;156(8):693-701. PMID: 12370157.

113. Lurie G, Thompson P, McDuffie KE, et al. Association of estrogen and progestin potency of oral contraceptives with ovarian carcinoma risk. Obstet Gynecol. 2007;109(3):597-607. PMID: 17329510.

114. Lurie G, Wilkens LR, Thompson PJ, et al. Combined oral contraceptive use and epithelial ovarian cancer risk: time-related effects. Epidemiology. 2008;19(2):237-43. PMID: 18223481.

115. McGuire V, Felberg A, Mills M, et al. Relation of contraceptive and reproductive history to ovarian cancer risk in carriers and noncarriers of BRCA1 gene mutations. Am J Epidemiol. 2004;160(7):613-8. PMID: 15383404.

116. McLaughlin JR, Risch HA, Lubinski J, et al. Reproductive risk factors for ovarian cancer in carriers of BRCA1 or BRCA2 mutations: a case-control study. Lancet Oncol. 2007;8(1):26-34. PMID: 17196508.

117. Mills PK, Riordan DG, Cress RD. Epithelial ovarian cancer risk by invasiveness and cell type in the Central Valley of California. Gynecol Oncol. 2004;95(1):215-25. PMID: 15385135.

118. Modan B, Hartge P, Hirsh-Yechezkel G, et al. Parity, oral contraceptives, and the risk of ovarian cancer among carriers and noncarriers of a BRCA1 or BRCA2 mutation. N Engl J Med. 2001;345(4):235-40. PMID: 11474660.

119. Modugno F, Ness RB, Wheeler JE. Reproductive risk factors for epithelial ovarian cancer according to histologic type and invasiveness. Ann Epidemiol. 2001;11(8):568-74. PMID: 11709277.

120. Modugno F, Ness RB, Allen GO, et al. Oral contraceptive use, reproductive history, and risk of epithelial ovarian cancer in women with and without endometriosis. Am J Obstet Gynecol. 2004;191(3):733-40. PMID: 15467532.

121. Moorman PG, Calingaert B, Palmieri RT, et al. Hormonal risk factors for ovarian cancer in premenopausal and postmenopausal women. Am J Epidemiol. 2008;167(9):1059-69. PMID: 18303003.

122. Narod SA, Risch H, Moslehi R, et al. Oral contraceptives and the risk of hereditary ovarian cancer. Hereditary Ovarian Cancer Clinical Study Group. N Engl J Med. 1998;339(7):424-8. PMID: 9700175.

123. Ness RB, Dodge RC, Edwards RP, et al. Contraception Methods, Beyond Oral Contraceptives and Tubal Ligation, and Risk of Ovarian Cancer. Ann Epidemiol. 2011. PMID: 21109450.

124. Ness RB, Grisso JA, Cottreau C, et al. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. Epidemiology. 2000;11(2):111-7. PMID: 11021606.

125. Ness RB, Grisso JA, Klapper J, et al. Risk of ovarian cancer in relation to estrogen and progestin dose and use characteristics of oral contraceptives. SHARE Study Group. Steroid Hormones and Reproductions. Am J Epidemiol. 2000;152(3):233-41. PMID: 10933270.

126. Ness RB, Grisso JA, Vergona R, et al. Oral contraceptives, other methods of contraception, and risk reduction for ovarian cancer. Epidemiology. 2001;12(3):307-12. PMID: 11337604.

127. Parazzini F, Chatenoud L, Chiantera V, et al. Population attributable risk for ovarian cancer. Eur J Cancer. 2000;36(4):520-4. PMID: 10717530.

128. Parazzini F, La Vecchia C, Negri E, et al. Oral contraceptive use and the risk of ovarian cancer: an Italian case-control study. Eur J Cancer. 1991;27(5):594-8. PMID: 1828969.

129. Parazzini F, Restelli C, La Vecchia C, et al. Risk factors for epithelial ovarian tumours of borderline malignancy. Int J Epidemiol. 1991;20(4):871-7. PMID: 1800425.

00803563

Exhibit 163

JA-0003105

130. Pike MC, Pearce CL, Peters R, et al. Hormonal factors and the risk of invasive ovarian cancer: a population-based case-control study. Fertil Steril. 2004;82(1):186-95. PMID: 15237010.

131. Polychronopoulou A, Tzonou A, Hsieh CC, et al. Reproductive variables, tobacco, ethanol, coffee and somatometry as risk factors for ovarian cancer. Int J Cancer. 1993;55(3):402-7. PMID: 8375923.

132. Quirk JT, Natarajan N, Mettlin CJ, et al. Risk factors for invasive epithelial ovarian cancer by histologic subtype. Online Journal of Health and Allied Sciences. 2004;3(3).

133. Riman T, Dickman PW, Nilsson S, et al. Risk factors for epithelial borderline ovarian tumors: results of a Swedish case-control study. Gynecol Oncol. 2001;83(3):575-85. PMID: 11733975.

134. Riman T, Dickman PW, Nilsson S, et al. Risk factors for invasive epithelial ovarian cancer: results from a Swedish case-control study. Am J Epidemiol. 2002;156(4):363-73. PMID: 12181107.

135. Risch HA, Marrett LD, Howe GR. Parity, contraception, infertility, and the risk of epithelial ovarian cancer. Am J Epidemiol. 1994;140(7):585-97. PMID: 7942759.

136. Risch HA, Marrett LD, Jain M, et al. Differences in risk factors for epithelial ovarian cancer by histologic type. Results of a case-control study. Am J Epidemiol. 1996;144(4):363-72. PMID: 8712193.

137. Rosenberg L, Palmer JR, Zauber AG, et al. A case-control study of oral contraceptive use and invasive epithelial ovarian cancer. Am J Epidemiol. 1994;139(7):654-61. PMID: 8166126.

138. Rosenblatt KA, Gao DL, Ray RM, et al. Oral contraceptives and the risk of all cancers combined and site-specific cancers in Shanghai. Cancer Causes Control. 2009;20(1):27-34. PMID: 18704712.

139. Wernli KJ, Ray RM, Gao DL, et al. Menstrual and reproductive factors in relation to risk of endometrial cancer in Chinese women. Cancer Causes Control. 2006;17(7):949-55. PMID: 16841262.

140. Rosenblatt KA, Thomas DB, Noonan EA. High-dose and low-dose combined oral contraceptives: protection against epithelial ovarian cancer and the length of the protective effect. The WHO Collaborative Study of Neoplasia and Steroid Contraceptives. Eur J Cancer. 1992;28A(11):1872-6. PMID: 1389530.

141. Royar J, Becher H, Chang-Claude J. Low-dose oral contraceptives: protective effect on ovarian cancer risk. Int J Cancer. 2001;95(6):370-4. PMID: 11668519.

142. Salazar-Martinez E, Lazcano-Ponce EC, Gonzalez Lira-Lira G, et al. Reproductive factors of ovarian and endometrial cancer risk in a high fertility population in Mexico. Cancer Res. 1999;59(15):3658-62. PMID: 10446978.

143. Sanderson M, Williams MA, Weiss NS, et al. Oral contraceptives and epithelial ovarian cancer. Does dose matter? J Reprod Med. 2000;45(9):720-6. PMID: 11027080.

144. Purdie DM, Siskind V, Bain CJ, et al. Reproduction-related risk factors for mucinous and nonmucinous epithelial ovarian cancer. Am J Epidemiol. 2001;153(9):860-4. PMID: 11323316.

145. Siskind V, Green A, Bain C, et al. Beyond ovulation: oral contraceptives and epithelial ovarian cancer. Epidemiology. 2000;11(2):106-10. PMID: 11021605.

146. Soegaard M, Jensen A, Hogdall E, et al. Different risk factor profiles for mucinous and nonmucinous ovarian cancer: results from the Danish MALOVA study. Cancer Epidemiol Biomarkers Prev. 2007;16(6):1160-6. PMID: 17548679.

147. Tavani A, Bosetti C, Dal Maso L, et al. Influence of selected hormonal and lifestyle factors on familial propensity to ovarian cancer. Gynecol Oncol. 2004;92(3):922-6. PMID: 14984961.

148. Tavani A, Negri E, Franceschi S, et al. Risk factors for epithelial ovarian cancer in women under age 45. Eur J Cancer. 1993;29A(9):1297-301. PMID: 8343272.

00803564

Exhibit 163

JA-0003106

149. Tavani A, Ricci E, La Vecchia C, et al. Influence of menstrual and reproductive factors on ovarian cancer risk in women with and without family history of breast or ovarian cancer. Int J Epidemiol. 2000;29(5):799-802. PMID: 11034959.

150. Thomas DB. The WHO Collaborative Study of Neoplasia and Steroid Contraceptives: the influence of combined oral contraceptives on risk of neoplasms in developing and developed countries. Contraception. 1991;43(6):695-710. PMID: 1868738.

151. Tsilidis KK, Allen NE, Key TJ, et al. Oral contraceptive use and reproductive factors and risk of ovarian cancer in the European Prospective Investigation into Cancer and Nutrition. Br J Cancer. 2011;105(9):1436-42. PMID: 21915124.

152. Tung KH, Goodman MT, Wu AH, et al. Reproductive factors and epithelial ovarian cancer risk by histologic type: a multiethnic case-control study. Am J Epidemiol. 2003;158(7):629-38. PMID: 14507598.

153. Tung KH, Wilkens LR, Wu AH, et al. Effect of anovulation factors on pre- and postmenopausal ovarian cancer risk: revisiting the incessant ovulation hypothesis. Am J Epidemiol. 2005;161(4):321-9. PMID: 15692075.

154. Tworoger SS, Fairfield KM, Colditz GA, et al. Association of oral contraceptive use, other contraceptive methods, and infertility with ovarian cancer risk. Am J Epidemiol. 2007;166(8):894-901. PMID: 17656616.

155. Urban M, Banks E, Egger S, et al. Injectable and oral contraceptive use and cancers of the breast, cervix, ovary, and endometrium in black South African women: case-control study. PLoS Med. 2012;9(3):e1001182. PMID: 22412354.

156. Vessey M, Painter R. Oral contraceptive use and cancer. Findings in a large cohort study, 1968-2004. Br J Cancer. 2006;95(3):385-9. PMID: 16819539.

157. Vessey MP, Painter R. Endometrial and ovarian cancer and oral contraceptives--findings in a large cohort study. Br J Cancer. 1995;71(6):1340-2. PMID: 7779735.

158. Walker GR, Schlesselman JJ, Ness RB. Family history of cancer, oral contraceptive use, and ovarian cancer risk. Am J Obstet Gynecol. 2002;186(1):8-14. PMID: 11810077.

159. Whittemore AS, Balise RR, Pharoah PD, et al. Oral contraceptive use and ovarian cancer risk among carriers of BRCA1 or BRCA2 mutations. Br J Cancer. 2004;91(11):1911-5. PMID: 15545966.

160. Wilailak S, Vipupinyo C, Suraseranivong V, et al. Depot medroxyprogesterone acetate and epithelial ovarian cancer: a multicentre case-control study. BJOG. 2012;119(6):672-7. PMID: 22489761.

161. Wittenberg J, Cook LS, Rossing MA, et al. Reproductive risk factors for mucinous and non-mucinous epithelial ovarian cancer. Epidemiology. 1999;10(6):761-3. PMID: 10535792.

162. Yang HP, Trabert B, Murphy MA, et al. Ovarian cancer risk factors by histologic subtypes in the NIH-AARP diet and health study. Int J Cancer. 2012;131(4):938-948. PMID: 2012349954.

163. Dickey RP, Stone SC. Progestational potency of oral contraceptives. Obstet Gynecol. 1976;47(1):106-12. PMID: 1246375.

164. Beral V, Hermon C, Kay C, et al. Mortality associated with oral contraceptive use: 25 year follow up of cohort of 46 000 women from Royal College of General Practitioners' oral contraception study. BMJ. 1999;318(7176):96-100. PMID: 9880284.

165. Vessey M, Yeates D, Flynn S. Factors affecting mortality in a large cohort study with special reference to oral contraceptive use. Contraception. 2010;82(3):221-9. PMID: 20705149.

166. Vessey M, Painter R, Yeates D. Mortality in relation to oral contraceptive use and cigarette smoking. Lancet. 2003;362(9379):185-91. PMID: 12885478.

167. Nagle CM, Bain CJ, Green AC, et al. The influence of reproductive and hormonal factors on ovarian cancer survival. Int J Gynecol Cancer. 2008;18(3):407-13. PMID: 17645507.

00803565

Exhibit 163

JA-0003107

168. Mavaddat N, Barrowdale D, Andrulis IL, et al. Pathology of breast and ovarian cancers among BRCA1 and BRCA2 mutation carriers: results from the Consortium of Investigators of Modifiers of BRCA1/2 (CIMBA). Cancer Epidemiol Biomarkers Prev. 2012;21(1):134-47. PMID: 22144499.

169. Hill AB. The Environment and Disease: Association or Causation? Proc R Soc Med. 1965;58:295-300. PMID: 14283879.

170. Rodriguez GC, Nagarsheth NP, Lee KL, et al. Progestin-induced apoptosis in the Macaque ovarian epithelium: differential regulation of transforming growth factor-beta. J Natl Cancer Inst. 2002;94(1):50-60. PMID: 11773282.

171. Finer LB, Zolna MR. Unintended pregnancy in the United States: incidence and disparities, 2006. Contraception. 2011;84(5):478-85. PMID: 22018121.

172. Mosher WD, Jones J. Use of contraception in the United States: 1982-2008. Vital Health Stat 23. 2010(29):1-44. PMID: 20939159.

173. Dinger J, Do Minh T, Buttmann N, et al. Effectiveness of oral contraceptive pills in a large U.S. cohort comparing progestogen and regimen. Obstet Gynecol. 2011;117(1):33-40.

174. Dinger JC, Cronin M, Mohner S, et al. Oral contraceptive effectiveness according to body mass index, weight, age, and other factors. Am J Obstet Gynecol. 2009;201(3):263 e1-9. PMID: 19481720.

175. Spencer AL, Bonnema R, McNamara MC. Helping women choose appropriate hormonal contraception: update on risks, benefits, and indications. Am J Med. 2009;122(6):497-506. PMID: 19486709.

176. Haider A, Shaw JC. Treatment of acne vulgaris. JAMA. 2004;292(6):726-35. PMID: 15304471.

177. Lindh I, Ellstrom AA, Milsom I. The effect of combined oral contraceptives and age on dysmenorrhoea: an epidemiological study. Hum Reprod. 2012;27(3):676-82. PMID: 22252090.

178. La Vecchia C, Altieri A, Franceschi S, et al. Oral contraceptives and cancer: an update. Drug Saf. 2001;24(10):741-54. PMID: 11676302.

179. Gillum LA, Mamidipudi SK, Johnston SC. Ischemic stroke risk with oral contraceptives: A meta-analysis. JAMA. 2000;284(1):72-8. PMID: 10872016.

180. Gillum LA, Mamidipudi SK, Johnston SC. Review: Current oral contraceptive use increases the risk for ischaemic stroke. Evidence-Based Medicine. 2001;6(2):60.

181. Anonymous. Venous thromboembolic disease and combined oral contraceptives: results of international multicentre case-control study. World Health Organization Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Lancet. 1995;346(8990):1575-82. PMID: 7500748.

182. Anonymous. Breast cancer and hormonal contraceptives: collaborative reanalysis of individual data on 53 297 women with breast cancer and 100 239 women without breast cancer from 54 epidemiological studies. Collaborative Group on Hormonal Factors in Breast Cancer. Lancet. 1996;347(9017):1713-27. PMID: 8656904.

183. Marchbanks PA, McDonald JA, Wilson HG, et al. Oral contraceptives and the risk of breast cancer. N Engl J Med. 2002;346(26):2025-32. PMID: 12087137.

184. Dolle JM, Daling JR, White E, et al. Risk factors for triple-negative breast cancer in women under the age of 45 years. Cancer Epidemiol Biomarkers Prev. 2009;18(4):1157-66. PMID: 19336554.

185. Shapiro S, Rosenberg L, Hoffman M, et al. Risk of breast cancer in relation to the use of injectable progestogen contraceptives and combined estrogen/progestogen contraceptives. Am J Epidemiol. 2000;151(4):396-403. PMID: 10695598.

186. Van Hoften C, Burger H, Peeters PH, et al. Long-term oral contraceptive use increases breast cancer risk in women over 55 years of age: the DOM cohort. Int J Cancer. 2000;87(4):591-4. PMID: 10918202.

187. Gomes AL, Guimaraes MD, Gomes CC, et al. Risk factors for breast cancer among pre- or post-menopausal women in Belo Horizonte, Brazil. Gynecol Obstet Invest. 2001;52(3):173-9. PMID: 11598359.

00803566

Exhibit 163

JA-0003108

188. Moorman PG, Millikan RC, Newman B. Oral contraceptives and breast cancer among African-American women and white women. J Natl Med Assoc. 2001;93(9):329-34. PMID: 11560288.

189. Heimdal K, Skovlund E, Moller P. Oral contraceptives and risk of familial breast cancer. Cancer Detect Prev. 2002;26(1):23-7. PMID: 12088199.

190. Narod SA, Dube MP, Klijn J, et al. Oral contraceptives and the risk of breast cancer in BRCA1 and BRCA2 mutation carriers. J Natl Cancer Inst. 2002;94(23):1773-9. PMID: 12464649.

191. Althuis MD, Brogan DD, Coates RJ, et al. Breast cancers among very young premenopausal women (United States). Cancer Causes Control. 2003;14(2):151-60. PMID: 12749720.

192. Althuis MD, Brogan DR, Coates RJ, et al. Hormonal content and potency of oral contraceptives and breast cancer risk among young women. Br J Cancer. 2003;88(1):50-7. PMID: 12556959.

193. Newcomer LM, Newcomb PA, Trentham-Dietz A, et al. Oral contraceptive use and risk of breast cancer by histologic type. Int J Cancer. 2003;106(6):961-4. PMID: 12918077.

194. Norman SA, Berlin JA, Weber AL, et al. Combined effect of oral contraceptive use and hormone replacement therapy on breast cancer risk in postmenopausal women. Cancer Causes Control. 2003;14(10):933-43. PMID: 14750532.

195. Suter NM, Malone KE, Daling JR, et al. Androgen receptor (CAG)n and (GGC)n polymorphisms and breast cancer risk in a population-based case-control study of young women. Cancer Epidemiol Biomarkers Prev. 2003;12(2):127-35. PMID: 12582022.

196. Fowke JH, Shu XO, Dai Q, et al. Oral contraceptive use and breast cancer risk: modification by NAD(P)H:quinone oxoreductase (NQO1) genetic polymorphisms. Cancer Epidemiol Biomarkers Prev. 2004;13(8):1308-15. PMID: 15298951.

197. Jernstrom H, Loman N, Johannsson OT, et al. Impact of teenage oral contraceptive use in a population-based series of early-onset breast cancer cases who have undergone BRCA mutation testing. Eur J Cancer. 2005;41(15):2312-20. PMID: 16118051.

198. Milne RL, Knight JA, John EM, et al. Oral contraceptive use and risk of early-onset breast cancer in carriers and noncarriers of BRCA1 and BRCA2 mutations. Cancer Epidemiol Biomarkers Prev. 2005;14(2):350-6. PMID: 15734957.

199. Haile RW, Thomas DC, McGuire V, et al. BRCA1 and BRCA2 mutation carriers, oral contraceptive use, and breast cancer before age 50. Cancer Epidemiol Biomarkers Prev. 2006;15(10):1863-70. PMID: 17021353.

200. Rosenberg LU, Magnusson C, Lindstrom E, et al. Menopausal hormone therapy and other breast cancer risk factors in relation to the risk of different histological subtypes of breast cancer: a case-control study. Breast Cancer Res. 2006;8(1):R11. PMID: 16507159.

201. Ma H, Bernstein L, Ross RK, et al. Hormone-related risk factors for breast cancer in women under age 50 years by estrogen and progesterone receptor status: Results from a case-control and a case-case comparison. Breast Cancer Research. 2006;8(4).

202. Faheem M, Khurram M, Jafri IA, et al. Risk factors for breast cancer in patients treated at NORI Hospital, Islamabad. J Pak Med Assoc. 2007;57(5):242-5. PMID: 17571480.

203. Folger SG, Marchbanks PA, McDonald JA, et al. Risk of breast cancer associated with short-term use of oral contraceptives. Cancer Causes Control. 2007;18(2):189-98. PMID: 17216547.

204. Nichols HB, Trentham-Dietz A, Egan KM, et al. Oral contraceptive use and risk of breast carcinoma in situ. Cancer Epidemiol Biomarkers Prev. 2007;16(11):2262-8. PMID: 18006914.

205. Shantakumar S, Terry MB, Paykin A, et al. Age and menopausal effects of hormonal birth control and hormone replacement therapy in relation to breast cancer risk. Am J Epidemiol. 2007;165(10):1187-98. PMID: 17337757.

00803567

Exhibit 163

JA-0003109

206. Sweeney C, Giuliano AR, Baumgartner KB, et al. Oral, injected and implanted contraceptives and breast cancer risk among U.S. Hispanic and non-Hispanic white women. Int J Cancer. 2007;121(11):2517-23. PMID: 17657739.

207. Figueiredo JC, Bernstein L, Capanu M, et al. Oral contraceptives, postmenopausal hormones, and risk of asynchronous bilateral breast cancer: the WECARE Study Group. J Clin Oncol. 2008;26(9):1411-8. PMID: 18250348.

208. Lee E, Ma H, McKean-Cowdin R, et al. Effect of reproductive factors and oral contraceptives on breast cancer risk in BRCA1/2 mutation carriers and noncarriers: results from a population-based study. Cancer Epidemiol Biomarkers Prev. 2008;17(11):3170-8. PMID: 18990759.

209. Nyante SJ, Gammon MD, Malone KE, et al. The association between oral contraceptive use and lobular and ductal breast cancer in young women. Int J Cancer. 2008;122(4):936-41. PMID: 17957781.

210. Rosenberg L, Zhang Y, Coogan PF, et al. A case-control study of oral contraceptive use and incident breast cancer. Am J Epidemiol. 2009;169(4):473-9. PMID: 19074777.

211. Phillips LS, Millikan RC, Schroeder JC, et al. Reproductive and hormonal risk factors for ductal carcinoma in situ of the breast. Cancer Epidemiol Biomarkers Prev. 2009;18(5):1507-14. PMID: 19423528.

212. Figueiredo JC, Haile RW, Bernstein L, et al. Oral contraceptives and postmenopausal hormones and risk of contralateral breast cancer among BRCA1 and BRCA2 mutation carriers and noncarriers: the WECARE Study. Breast Cancer Res Treat. 2010;120(1):175-83. PMID: 19597986.

213. Lumachi F, Frigo AC, Basso U, et al. Estrogen therapy and risk of breast cancer in postmenopausal women: a case-control study and results of a multivariate analysis. Menopause. 2010;17(3):524-8. PMID: 20130492.

214. Ma H, Wang Y, Sullivan-Halley J, et al. Use of four biomarkers to evaluate the risk of breast cancer subtypes in the women's contraceptive and reproductive experiences study. Cancer Res. 2010;70(2):575-87. PMID: 20068186.

215. Grabrick DM, Hartmann LC, Cerhan JR, et al. Risk of breast cancer with oral contraceptive use in women with a family history of breast cancer. JAMA. 2000;284(14):1791-8. PMID: 11025831.

216. Kumle M, Weiderpass E, Braaten T, et al. Use of oral contraceptives and breast cancer risk: The Norwegian-Swedish Women's Lifestyle and Health Cohort Study. Cancer Epidemiol Biomarkers Prev. 2002;11(11):1375-81. PMID: 12433714.

217. Dumeaux V, Alsaker E, Lund E. Breast cancer and specific types of oral contraceptives: a large Norwegian cohort study. Int J Cancer. 2003;105(6):844-50. PMID: 12767072.

218. Dumeaux V, Fournier A, Lund E, et al. Previous oral contraceptive use and breast cancer risk according to hormone replacement therapy use among postmenopausal women. Cancer Causes Control. 2005;16(5):537-44. PMID: 15986108.

219. Silvera SA, Miller AB, Rohan TE. Oral contraceptive use and risk of breast cancer among women with a family history of breast cancer: a prospective cohort study. Cancer Causes Control. 2005;16(9):1059-63. PMID: 16184471.

220. Brohet RM, Goldgar DE, Easton DF, et al. Oral contraceptives and breast cancer risk in the international BRCA1/2 carrier cohort study: a report from EMBRACE, GENEPSO, GEO-HEBON, and the IBCCS Collaborating Group. J Clin Oncol. 2007;25(25):3831-6. PMID: 17635951.

221. Lund E, Bakken K, Dumeaux V, et al. Hormone replacement therapy and breast cancer in former users of oral contraceptives--The Norwegian Women and Cancer study. Int J Cancer. 2007;121(3):645-8. PMID: 17372914.

222. Hunter DJ, Colditz GA, Hankinson SE, et al. Oral contraceptive use and breast cancer: a prospective study of young women. Cancer Epidemiol Biomarkers Prev. 2010;19(10):2496-502. PMID: 20802021.

00803568

Exhibit 163

223. Rosenberg L, Boggs DA, Wise LA, et al. Oral contraceptive use and estrogen/progesterone receptor-negative breast cancer among African American women. Cancer Epidemiol Biomarkers Prev. 2010;19(8):2073-9. PMID: 20647407.

224. Xu WH, Shu XO, Long J, et al. Relation of FGFR2 genetic polymorphisms to the association between oral contraceptive use and the risk of breast cancer in Chinese women. Am J Epidemiol. 2011;173(8):923-31. PMID: 21382839.

225. Bernholtz S, Laitman Y, Kaufman B, et al. Cancer risk in Jewish BRCA1 and BRCA2 mutation carriers: Effects of oral contraceptive use and parental origin of mutation. Breast Cancer Research and Treatment. 2011;129(2):557-563. PMID: 2011504819.

226. Marchbanks PA, Curtis KM, Mandel MG, et al. Oral contraceptive formulation and risk of breast cancer. Contraception. 2012;85(4):342-350. PMID: 2012157299.

227. Tryggvadottir L, Tulinius H, Eyfjord JE, et al. Breast cancer risk factors and age at diagnosis: an Icelandic cohort study. Int J Cancer. 2002;98(4):604-8. PMID: 11920622.

228. Wrensch M, Chew T, Farren G, et al. Risk factors for breast cancer in a population with high incidence rates. Breast Cancer Res. 2003;5(4):R88-102. PMID: 12817999.

229. Wingo PA, Austin H, Marchbanks PA, et al. Oral contraceptives and the risk of death from breast cancer. Obstet Gynecol. 2007;110(4):793-800. PMID: 17906011.

230. Barnett GC, Shah M, Redman K, et al. Risk factors for the incidence of breast cancer: do they affect survival from the disease? J Clin Oncol. 2008;26(20):3310-6. PMID: 18612147.

231. Trivers KF, Gammon MD, Abrahamson PE, et al. Oral contraceptives and survival in breast cancer patients aged 20 to 54 years. Cancer Epidemiol Biomarkers Prev. 2007;16(9):1822-7. PMID: 17855700.

232. Lu Y, Ma H, Malone KE, et al. Oral contraceptive use and survival in women with invasive breast cancer. Cancer Epidemiol Biomarkers Prev. 2011;20(7):1391-7. PMID: 21551244.

233. Madeleine MM, Daling JR, Schwartz SM, et al. Human papillomavirus and long-term oral contraceptive use increase the risk of adenocarcinoma in situ of the cervix. Cancer Epidemiol Biomarkers Prev. 2001;10(3):171-7. PMID: 11303584.

234. Santos C, Munoz N, Klug S, et al. HPV types and cofactors causing cervical cancer in Peru. Br J Cancer. 2001;85(7):966-71. PMID: 11592767.

235. Green J, Berrington de Gonzalez A, Sweetland S, et al. Risk factors for adenocarcinoma and squamous cell carcinoma of the cervix in women aged 20-44 years: the UK National Case-Control Study of Cervical Cancer. Br J Cancer. 2003;89(11):2078-86. PMID: 14647141.

236. Shapiro S, Rosenberg L, Hoffman M, et al. Risk of invasive cancer of the cervix in relation to the use of injectable progestogen contraceptives and combined estrogen/progestogen oral contraceptives (South Africa). Cancer Causes Control. 2003;14(5):485-95. PMID: 12946044.

237. Shields TS, Brinton LA, Burk RD, et al. A case-control study of risk factors for invasive cervical cancer among U.S. women exposed to oncogenic types of human papillomavirus. Cancer Epidemiol Biomarkers Prev. 2004;13(10):1574-82. PMID: 15466972.

238. Nojomi M, Modaresgilani M, Mozafari N, et al. Cervical cancer and duration of using hormonal contraceptives. Asia-Pacific Journal of Clinical Oncology. 2008;4(2):107-112.

239. Vanakankovit N, Taneepanichskul S. Effect of oral contraceptives on risk of cervical cancer. J Med Assoc Thai. 2008;91(1):7-12. PMID: 18386537.

240. Moreno V, Bosch FX, Munoz N, et al. Effect of oral contraceptives on risk of cervical cancer in women with human papillomavirus infection: the IARC multicentric case-control study. Lancet. 2002;359(9312):1085-92. PMID: 11943255.

241. Hammouda D, Munoz N, Herrero R, et al. Cervical carcinoma in Algiers, Algeria: human papillomavirus and lifestyle risk factors. Int J Cancer. 2005;113(3):483-9. PMID: 15455386.

311

00803569

Exhibit 163

JA-0003111

242.   Levi F, Pasche C, Lucchini F, et al. Oral contraceptives and colorectal cancer. Dig Liver Dis. 2003;35(2):85-7. PMID: 12747625.

243.   Campbell PT, Newcomb P, Gallinger S, et al. Exogenous hormones and colorectal cancer risk in Canada: associations stratified by clinically defined familial risk of cancer. Cancer Causes Control. 2007;18(7):723-33. PMID: 17549595.

244.   Long MD, Martin CF, Galanko JA, et al. Hormone replacement therapy, oral contraceptive use, and distal large bowel cancer: a population-based case-control study. Am J Gastroenterol. 2010;105(8):1843-50. PMID: 20354510.

245.   Kabat GC, Miller AB, Rohan TE. Oral contraceptive use, hormone replacement therapy, reproductive history and risk of colorectal cancer in women. Int J Cancer. 2008;122(3):643-6. PMID: 17847020.

246.   Lin J, Zhang SM, Cook NR, et al. Oral contraceptives, reproductive factors, and risk of colorectal cancer among women in a prospective cohort study. Am J Epidemiol. 2007;165(7):794-801. PMID: 17215381.

247.   Tsilidis KK, Allen NE, Key TJ, et al. Oral contraceptives, reproductive history and risk of colorectal cancer in the European Prospective Investigation into Cancer and Nutrition. Br J Cancer. 2010;103(11):1755-9. PMID: 21045829.

248.   Nichols HB, Trentham-Dietz A, Hampton JM, et al. Oral contraceptive use, reproductive factors, and colorectal cancer risk: findings from Wisconsin. Cancer Epidemiol Biomarkers Prev. 2005;14(5):1212-8. PMID: 15894674.

249.   Rosenblatt KA, Gao DL, Ray RM, et al. Contraceptive methods and induced abortions and their association with the risk of colon cancer in Shanghai, China. Eur J Cancer. 2004;40(4):590-3. PMID: 14962728.

250.   Parslov M, Lidegaard O, Klintorp S, et al. Risk factors among young women with endometrial cancer: a Danish case-control study. Am J Obstet Gynecol. 2000;182(1 Pt 1):23-9. PMID: 10649152.

251.   Maxwell GL, Schildkraut JM, Calingaert B, et al. Progestin and estrogen potency of combination oral contraceptives and endometrial cancer risk. Gynecol Oncol. 2006;103(2):535-40. PMID: 16740300.

252.   Dossus L, Allen N, Kaaks R, et al. Reproductive risk factors and endometrial cancer: the European Prospective Investigation into Cancer and Nutrition. Int J Cancer. 2010;127(2):442-51. PMID: 19924816.

253.   Setiawan VW, Pike MC, Kolonel LN, et al. Racial/ethnic differences in endometrial cancer risk: the multiethnic cohort study. Am J Epidemiol. 2007;165(3):262-70. PMID: 17090617.

254.   Tao MH, Xu WH, Zheng W, et al. Oral contraceptive and IUD use and endometrial cancer: a population-based case-control study in Shanghai, China. Int J Cancer. 2006;119(9):2142-7. PMID: 16823853.

255.   Hankinson SE, Colditz GA, Manson JE, et al. A prospective study of oral contraceptive use and risk of breast cancer (Nurses' Health Study, United States). Cancer Causes Control. 1997;8(1):65-72. PMID: 9051324.

256.   Grimes DA, Economy KE. Primary prevention of gynecologic cancers. Am J Obstet Gynecol. 1995;172(1 Pt 1):227-35. PMID: 7847546.

257.   Schlesselman JJ. Risk of endometrial cancer in relation to use of combined oral contraceptives. A practitioner's guide to meta-analysis. Hum Reprod. 1997;12(9):1851-63. PMID: 9363696.

258.   Vessey MP, Doll R. Investigation of relation between use of oral contraceptives and thromboembolic disease. Br Med J. 1968;2(5599):199-205. PMID: 5653025.

259.   Xu J, Kochanek K, Murphy S, et al. Deaths: Final data for 2007. National vital statistics reports; vol 58 no 19. Hyattsville, MD: National Center for Health Statistics. 2010.

260.   Bloemenkamp KW, Rosendaal FR, Helmerhorst FM, et al. Enhancement by factor V Leiden mutation of risk of deep-vein thrombosis associated with oral contraceptives containing a third-generation progestagen. Lancet. 1995;346(8990):1593-6. PMID: 7500751.

312

00803570

Exhibit 163

261.    Lewis MA. The Transnational Study on Oral Contraceptives and the Health of Young Women. Methods, results, new analyses and the healthy user effect. Hum Reprod Update. 1999;5(6):707-20. PMID: 10652980.

262.    Sidney S, Petitti DB, Soff GA, et al. Venous thromboembolic disease in users of low-estrogen combined estrogen-progestin oral contraceptives. Contraception. 2004;70(1):3-10. PMID: 15208046.

263.    Lidegaard O, Lokkegaard E, Svendsen AL, et al. Hormonal contraception and risk of venous thromboembolism: national follow-up study. BMJ. 2009;339:b2890. PMID: 19679613.

264.    Huerta C, Johansson S, Wallander MA, et al. Risk factors and short-term mortality of venous thromboembolism diagnosed in the primary care setting in the United Kingdom. Arch Intern Med. 2007;167(9):935-43. PMID: 17502535.

265.    Mant J, Painter R, Vessey M. Risk of myocardial infarction, angina and stroke in users of oral contraceptives: an updated analysis of a cohort study. Br J Obstet Gynaecol. 1998;105(8):890-6. PMID: 9746383.

266.    Sitruk-Ware R, Nath A. The use of newer progestins for contraception. Contraception. 2010;82(5):410-7. PMID: 20933114.

267.    Anonymous. Cardiovascular disease and use of oral and injectable progestogen-only contraceptives and combined injectable contraceptives. Results of an international, multicenter, case-control study. World Health Organization Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Contraception. 1998;57(5):315-24. PMID: 9673838.

268.    Anonymous. Effect of different progestagens in low oestrogen oral contraceptives on venous thromboembolic disease. World Health Organization Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Lancet. 1995;346(8990):1582-8. PMID: 7500749.

269.    Andersen BS, Olsen J, Nielsen GL, et al. Third generation oral contraceptives and heritable thrombophilia as risk factors of non-fatal venous thromboembolism. Thromb Haemost. 1998;79(1):28-31. PMID: 9459317.

270.    Lidegaard O. Thrombotic diseases in young women and the influence of oral contraceptives. Am J Obstet Gynecol. 1998;179(3 Pt 2):S62-7. PMID: 9753312.

271.    Bloemenkamp KW, Rosendaal FR, Buller HR, et al. Risk of venous thrombosis with use of current low-dose oral contraceptives is not explained by diagnostic suspicion and referral bias. Arch Intern Med. 1999;159(1):65-70. PMID: 9892332.

272.    Heinemann LA, Assmann A, DoMinh T, et al. Oral progestogen-only contraceptives and cardiovascular risk: results from the Transnational Study on Oral Contraceptives and the Health of Young Women. Eur J Contracept Reprod Health Care. 1999;4(2):67-73. PMID: 10427481.

273.    Suissa S, Blais L, Spitzer WO, et al. First-time use of newer oral contraceptives and the risk of venous thromboembolism. Contraception. 1997;56(3):141-6. PMID: 9347203.

274.    Suissa S, Spitzer WO, Rainville B, et al. Recurrent use of newer oral contraceptives and the risk of venous thromboembolism. Hum Reprod. 2000;15(4):817-21. PMID: 10739826.

275.    Spannagl M, Heinemann LA, Schramm W. Are factor V Leiden carriers who use oral contraceptives at extreme risk for venous thromboembolism? Eur J Contracept Reprod Health Care. 2000;5(2):105-12. PMID: 10943572.

276.    Lidegaard O, Edstrom B, Kreiner S. Oral contraceptives and venous thromboembolism: a five-year national case-control study. Contraception. 2002;65(3):187-96. PMID: 11929640.

277.    Legnani C, Palareti G, Guazzaloca G, et al. Venous thromboembolism in young women; role of thrombophilic mutations and oral contraceptive use. Eur Heart J. 2002;23(12):984-90. PMID: 12069454.

00803571

Exhibit 163                                                                                    JA-0003113

278.  Legnani C, Cini M, Cosmi B, et al. Risk of deep vein thrombosis: interaction between oral contraceptives and high factor VIII levels. Haematologica. 2004;89(11):1347-51. PMID: 15531457.

279.  Farmer RD, Lawrenson RA, Todd JC, et al. A comparison of the risks of venous thromboembolic disease in association with different combined oral contraceptives. Br J Clin Pharmacol. 2000;49(6):580-90. PMID: 10848722.

280.  Austin H, Lally C, Benson JM, et al. Hormonal contraception, sickle cell trait, and risk for venous thromboembolism among African American women. Am J Obstet Gynecol. 2009;200(6):620 e1-3. PMID: 19306959.

281.  Van Hylckama Vlieg A, Helmerhorst FM, Vandenbroucke JP, et al. The venous thrombotic risk of oral contraceptives, effects of oestrogen dose and progestogen type: Results of the MEGA case-control study. BMJ. 2009;339(7720):b2921.

282.  Barsoum MK, Heit JA, Ashrani AA, et al. Is progestin an independent risk factor for incident venous thromboembolism? A population-based case-control study. Thromb Res. 2010;126(5):373-8. PMID: 20833412.

283.  Dinger J, Assmann A, Mohner S, et al. Risk of venous thromboembolism and the use of dienogest- and drospirenone-containing oral contraceptives: results from a German case-control study. J Fam Plann Reprod Health Care. 2010;36(3):123-9. PMID: 20659364.

284.  Heinemann LA, Dinger JC, Assmann A, et al. Use of oral contraceptives containing gestodene and risk of venous thromboembolism: outlook 10 years after the third-generation "pill scare." Contraception. 2010;81(5):401-7. PMID: 20399946.

285.  Farmer RDT, Preston TD. The risk of venous thromboembolism associated with low oestrogen oral contraceptives. Journal of Obstetrics & Gynaecology. 1995;15(3):195-200.

286.  Grodstein F, Stampfer MJ, Goldhaber SZ, et al. Prospective study of exogenous hormones and risk of pulmonary embolism in women. Lancet. 1996;348(9033):983-7. PMID: 8855854.

287.  Farmer RD, Lawrenson RA, Thompson CR, et al. Population-based study of risk of venous thromboembolism associated with various oral contraceptives. Lancet. 1997;349(9045):83-8. PMID: 8996419.

288.  Hannaford PC, Kay CR. The risk of serious illness among oral contraceptive users: evidence from the RCGP's oral contraceptive study. Br J Gen Pract. 1998;48(435):1657-62. PMID: 10071398.

289.  Conard J, Plu-Bureau G, Bahi N, et al. Progestogen-only contraception in women at high risk of venous thromboembolism. Contraception. 2004;70(6):437-41. PMID: 15541404.

290.  Samuelsson E, Hagg S. Incidence of venous thromboembolism in young Swedish women and possibly preventable cases among combined oral contraceptive users. Acta Obstet Gynecol Scand. 2004;83(7):674-81. PMID: 15225194.

291.  Seeger JD, Loughlin J, Eng PM, et al. Risk of thromboembolism in women taking ethinylestradiol/drospirenone and other oral contraceptives. Obstet Gynecol. 2007;110(3):587-93. PMID: 17766604.

292.  van Vlijmen EF, Brouwer JL, Veeger NJ, et al. Oral contraceptives and the absolute risk of venous thromboembolism in women with single or multiple thrombophilic defects: results from a retrospective family cohort study. Arch Intern Med. 2007;167(3):282-9. PMID: 17296885.

293.  Lidegaard O, Nielsen LH, Skovlund CW, et al. Risk of venous thromboembolism from use of oral contraceptives containing different progestogens and oestrogen doses: Danish cohort study, 2001-9. BMJ. 2011;343:d6423. PMID: 22027398.

294.  Le Gal G, Kovacs MJ, Carrier M, et al. Risk of recurrent venous thromboembolism after a first oestrogen-associated episode. Data from the REVERSE cohort study. Thromb Haemost. 2010;104(3):498-503. PMID: 20539910.

295.  van Vlijmen EF, Veeger NJ, Middeldorp S, et al. Thrombotic risk during oral contraceptive use and pregnancy in women with factor V Leiden or prothrombin mutation: a rational approach to contraception. Blood. 2011;118(8):2055-61; quiz 2375. PMID: 21659542.

00803572

Exhibit 163                                             JA-0003114

296.    Jick H, Kaye JA, Vasilakis-Scaramozza C, et al. Risk of venous thromboembolism among users of third generation oral contraceptives compared with users of oral contraceptives with levonorgestrel before and after 1995: cohort and case-control analysis. BMJ. 2000;321(7270):1190-5. PMID: 11073511.

297.    Dinger JC, Heinemann LA, Kuhl-Habich D. The safety of a drospirenone-containing oral contraceptive: final results from the European Active Surveillance Study on oral contraceptives based on 142,475 women-years of observation. Contraception. 2007;75(5):344-54. PMID: 17434015.

298.    Jick SS, Kaye JA, Russmann S, et al. Risk of nonfatal venous thromboembolism with oral contraceptives containing norgestimate or desogestrel compared with oral contraceptives containing levonorgestrel. Contraception. 2006;73(6):566-70. PMID: 16730485.

299.    Todd J, Lawrenson R, Farmer RD, et al. Venous thromboembolic disease and combined oral contraceptives: A re-analysis of the MediPlus database. Hum Reprod. 1999;14(6):1500-5. PMID: 10357966.

300.    Parkin L, Sharples K, Hernandez RK, et al. Risk of venous thromboembolism in users of oral contraceptives containing drospirenone or levonorgestrel: nested case-control study based on UK General Practice Research Database. BMJ. 2011;342:d2139. PMID: 21511804.

301.    Herings RM, Urquhart J, Leufkens HG. Venous thromboembolism among new users of different oral contraceptives. Lancet. 1999;354(9173):127-8. PMID: 10408492.

302.    Bloemenkamp KW, Rosendaal FR, Helmerhorst FM, et al. Higher risk of venous thrombosis during early use of oral contraceptives in women with inherited clotting defects. Arch Intern Med. 2000;160(1):49-52. PMID: 10632304.

303.    Jick H, Jick SS, Gurewich V, et al. Risk of idiopathic cardiovascular death and nonfatal venous thromboembolism in women using oral contraceptives with differing progestagen components. Lancet. 1995;346(8990):1589-93. PMID: 7500750.

304.    Lewis MA, Heinemann LA, MacRae KD, et al. The increased risk of venous thromboembolism and the use of third generation progestagens: role of bias in observational research. The Transnational Research Group on Oral Contraceptives and the Health of Young Women. Contraception. 1996;54(1):5-13. PMID: 8804801.

305.    Lewis MA, Heinemann LA, Spitzer WO, et al. The use of oral contraceptives and the occurrence of acute myocardial infarction in young women. Results from the Transnational Study on Oral Contraceptives and the Health of Young Women. Contraception. 1997;56(3):129-40. PMID: 9347202.

306.    Lewis MA, MacRae KD, Kuhl-Habichl D, et al. The differential risk of oral contraceptives: the impact of full exposure history. Hum Reprod. 1999;14(6):1493-9. PMID: 10359554.

307.    Lewis MA, Spitzer WO, Heinemann LA, et al. Third generation oral contraceptives and risk of myocardial infarction: an international case-control study. Transnational Research Group on Oral Contraceptives and the Health of Young Women. BMJ. 1996;312(7023):88-90. PMID: 8555936.

308.    Lidegaard O, Edstrom B, Kreiner S. Oral contraceptives and venous thromboembolism. A case-control study. Contraception. 1998;57(5):291-301. PMID: 9673836.

309.    Lidegaard O. Oral contraceptives, pregnancy and the risk of cerebral thromboembolism: the influence of diabetes, hypertension, migraine and previous thrombotic disease. Br J Obstet Gynaecol. 1995;102(2):153-9. PMID: 7756208.

310.    Spitzer WO, Lewis MA, Heinemann LA, et al. Third generation oral contraceptives and risk of venous thromboembolic disorders: an international case-control study. Transnational Research Group on Oral Contraceptives and the Health of Young Women. BMJ. 1996;312(7023):83-8. PMID: 8555935.

00803573

Exhibit 163                                    JA-0003115

311. Gronich N, Lavi I, Rennert G. Higher risk of venous thrombosis associated with drospirenone-containing oral contraceptives: a population-based cohort study. CMAJ. 2011;183(18):E1319-25. PMID: 22065352.

312. Jick SS, Hernandez RK. Risk of non-fatal venous thromboembolism in women using oral contraceptives containing drospirenone compared with women using oral contraceptives containing levonorgestrel: case-control study using United States claims data. BMJ. 2011;342:d2151. PMID: 21511805.

313. Lidegaard O. Smoking and use of oral contraceptives: impact on thrombotic diseases. Am J Obstet Gynecol. 1999;180(6 Pt 2):S357-63. PMID: 10368521.

314. Tzourio C, Tehindrazanarivelo A, Iglesias S, et al. Case-control study of migraine and risk of ischaemic stroke in young women. BMJ. 1995;310(6983):830-3. PMID: 7711619.

315. Petitti DB, Sidney S, Bernstein A, et al. Stroke in users of low-dose oral contraceptives. N Engl J Med. 1996;335(1):8-15. PMID: 8637557.

316. Chang CL, Donaghy M, Poulter N. Migraine and stroke in young women: case-control study. The World Health Organisation Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. BMJ. 1999;318(7175):13-8. PMID: 9872876.

317. Anonymous. Haemorrhagic stroke, overall stroke risk, and combined oral contraceptives: results of an international, multicentre, case-control study. WHO Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Lancet. 1996;348(9026):505-10. PMID: 8757152.

318. Anonymous. Ischaemic stroke and combined oral contraceptives: results of an international, multicentre, case-control study. WHO Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Lancet. 1996;348(9026):498-505. PMID: 8757151.

319. Yang L, Kuper H, Sandin S, et al. Reproductive history, oral contraceptive use, and the risk of ischemic and hemorrhagic stroke in a cohort study of middle-aged Swedish women. Stroke. 2009;40(4):1050-8. PMID: 19211494.

320. Kemmeren JM, Tanis BC, van den Bosch MA, et al. Risk of Arterial Thrombosis in Relation to Oral Contraceptives (RATIO) study: oral contraceptives and the risk of ischemic stroke. Stroke. 2002;33(5):1202-8. PMID: 11988591.

321. Lidegaard O, Kreiner S. Contraceptives and cerebral thrombosis: a five-year national case-control study. Contraception. 2002;65(3):197-205. PMID: 11929641.

322. Siritho S, Thrift AG, McNeil JJ, et al. Risk of ischemic stroke among users of the oral contraceptive pill: The Melbourne Risk Factor Study (MERFS) Group. Stroke. 2003;34(7):1575-80. PMID: 12805499.

323. Martinelli I, Battaglioli T, Burgo I, et al. Oral contraceptive use, thrombophilia and their interaction in young women with ischemic stroke. Haematologica. 2006;91(6):844-7. PMID: 16769590.

324. Li Y, Chen F, Zhou L, et al. COC use, ACE/AGT gene polymorphisms, and risk of stroke. Pharmacogenet Genomics. 2010;20(5):298-306. PMID: 20300047.

325. Wang C, Li Y, Li H, et al. Increased risk of stroke in oral contraceptive users carried replicated genetic variants: a population-based case-control study in China. Hum Genet. 2012. PMID: 22476622.

326. Heinemann LA, Lewis MA, Thorogood M, et al. Case-control study of oral contraceptives and risk of thromboembolic stroke: results from International Study on Oral Contraceptives and Health of Young Women. BMJ. 1997;315(7121):1502-4. PMID: 9420491.

327. Barinagarrementeria F, Gonzalez-Duarte A, Miranda L, et al. Cerebral infarction in young women: analysis of 130 cases. Eur Neurol. 1998;40(4):228-33. PMID: 9813407.

00803574

Exhibit 163

JA-0003116

328.  Li Y, Zhou L, Coulter D, et al. Prospective cohort study of the association between use of low-dose oral contraceptives and stroke in Chinese women. Pharmacoepidemiol Drug Saf. 2006;15(10):726-34. PMID: 16761299.

329.  Lidegaard O, Lokkegaard E, Jensen A, et al. Thrombotic stroke and myocardial infarction with hormonal contraception. N Engl J Med. 2012;366(24):2257-66. PMID: 22693997.

330.  Heinemann LA, Lewis MA, Spitzer WO, et al. Thromboembolic stroke in young women. A European case-control study on oral contraceptives. Transnational Research Group on Oral Contraceptives and the Health of Young Women. Contraception. 1998;57(1):29-37. PMID: 9554248.

331.  Lidegaard O, Kreiner S. Cerebral thrombosis and oral contraceptives. A case-control study. Contraception. 1998;57(5):303-14. PMID: 9673837.

332.  Schwartz SM, Petitti DB, Siscovick DS, et al. Stroke and use of low-dose oral contraceptives in young women: a pooled analysis of two US studies. Stroke. 1998;29(11):2277-84. PMID: 9804634.

333.  Schwartz SM, Siscovick DS, Longstreth WT, Jr., et al. Use of low-dose oral contraceptives and stroke in young women. Ann Intern Med. 1997;127(8 Pt 1):596-603. PMID: 9341057.

334.  Gallagher LG, Davis LB, Ray RM, et al. Reproductive history and mortality from cardiovascular disease among women textile workers in Shanghai, China. Int J Epidemiol. 2011;40(6):1510-8. PMID: 22158661.

335.  Sidney S, Petitti DB, Quesenberry CP, Jr., et al. Myocardial infarction in users of low-dose oral contraceptives. Obstet Gynecol. 1996;88(6):939-44. PMID: 8942831.

336.  Sidney S, Siscovick DS, Petitti DB, et al. Myocardial infarction and use of low-dose oral contraceptives: a pooled analysis of 2 US studies. Circulation. 1998;98(11):1058-63. PMID: 9736591.

337.  Anonymous. Acute myocardial infarction and combined oral contraceptives: results of an international multicentre case-control study. WHO Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Lancet. 1997;349(9060):1202-9. PMID: 9130941.

338.  Dunn N, Thorogood M, Faragher B, et al. Oral contraceptives and myocardial infarction: results of the MICA case-control study. BMJ. 1999;318(7198):1579-83. PMID: 10364115.

339.  Dunn NR, Faragher B, Thorogood M, et al. Risk of myocardial infarction in young female smokers. Heart. 1999;82(5):581-3. PMID: 10525513.

340.  Rosenberg L, Palmer JR, Rao RS, et al. Low-dose oral contraceptive use and the risk of myocardial infarction. Arch Intern Med. 2001;161(8):1065-70. PMID: 11322840.

341.  Tanis BC, van den Bosch MA, Kemmeren JM, et al. Oral contraceptives and the risk of myocardial infarction. N Engl J Med. 2001;345(25):1787-93. PMID: 11752354.

342.  Margolis KL, Adami HO, Luo J, et al. A prospective study of oral contraceptive use and risk of myocardial infarction among Swedish women. Fertil Steril. 2007;88(2):310-6. PMID: 17624338.

343.  Dunn NR, Arscott A, Thorogood M. The relationship between use of oral contraceptives and myocardial infarction in young women with fatal outcome, compared to those who survive: results from the MICA case-control study. Contraception. 2001;63(2):65-9. PMID: 11292469.

344.  White RH. The epidemiology of venous thromboembolism. Circulation. 2003;107(23 Suppl 1):I4-8. PMID: 12814979.

345.  Heit JA, Silverstein MD, Mohr DN, et al. Predictors of survival after deep vein thrombosis and pulmonary embolism - A population-based, cohort study. Arch Intern Med. 1999;159(5):445-453. PMID: ISI:000078912600005.

346.  Heit JA, Kobbervig CE, James AH, et al. Trends in the incidence of venous thromboembolism during pregnancy or postpartum: a 30-year population-based study. Ann Intern Med. 2005;143(10):697-706. PMID: 16287790.

00803575

Exhibit 163

JA-0003117

347. Roger VL, Go AS, Lloyd-Jones DM, et al. Heart Disease and Stroke Statistics--2012 Update: A Report From the American Heart Association. Circulation. 2012;125(1):e2-e220. PMID: 22179539.

348. Petitti DB, Sidney S, Quesenberry CP, Jr., et al. Incidence of stroke and myocardial infarction in women of reproductive age. Stroke. 1997;28(2):280-3. PMID: 9040675.

349. Burkman R, Schlesselman JJ, Zieman M. Safety concerns and health benefits associated with oral contraception. American Journal of Obstetrics and Gynecology. 2004;190(4, Supplement):S5-S22.

350. Sonnenberg FA, Burkman RT, Hagerty CG, et al. Costs and net health effects of contraceptive methods. Contraception. 2004;69(6):447-59. PMID: 15157789.

351. Fortney JA, Harper JM, Potts M. Oral contraceptives and life expectancy. Stud Fam Plann. 1986;17(3):117-25. PMID: 3523849.

352. United States Department of Health and Human Services. National Center for Health Statistics, 1984-07-12, "National Survey of Family Growth, Cycle II, 1976: Interval File," http://dx.doi.org/10.3886/ICPSR08181. Inter-university Consortium for Political and Social Research[Distributor] V1 [Version].

353. John EM, Miron A, Gong G, et al. Prevalence of Pathogenic BRCA1 Mutation Carriers in 5 US Racial/Ethnic Groups. JAMA: The Journal of the American Medical Association. 2007;298(24):2869-2876.

354. Anonymous. Prevalence and penetrance of BRCA1 and BRCA2 mutations in a population-based series of breast cancer cases. Anglian Breast Cancer Study Group. Br J Cancer. 2000;83(10):1301-8. PMID: 11044354.

355. Chan LM, Westhoff CL. Tubal sterilization trends in the United States. Fertility and Sterility. 2010;94(1):1-6.

356. Whiteman MK, Cox S, Tepper NK, et al. Postpartum intrauterine device insertion and postpartum tubal sterilization in the United States. American Journal of Obstetrics and Gynecology. 2012;206(2):127.e1-127.e7.

357. Chasan-Taber L, Willett WC, Manson JE, et al. Prospective study of oral contraceptives and hypertension among women in the United States. Circulation. 1996;94(3):483-9. PMID: 8759093.

358. Lipetz C, Phillips CJ, Fleming CF. The cost-effectiveness of a long-acting reversible contraceptive (Implanon) relative to oral contraception in a community setting. Contraception. 2009;79(4):304-9. PMID: 19272500.

359. Trussell J, Lalla AM, Doan QV, et al. Cost effectiveness of contraceptives in the United States. Contraception. 2009;79(1):5-14.

360. Anderson K, Jacobson JS, Heitjan DF, et al. Cost-Effectiveness of Preventive Strategies for Women with a BRCA1 or a BRCA2 Mutation. Annals of Internal Medicine. 2006;144(6):397-406.

361. Grann V, Patel P, Jacobson J, et al. Comparative effectiveness of screening and prevention strategies among BRCA1/2-affected mutation carriers. Breast Cancer Research and Treatment. 2011;125(3):837-847.

362. Moreau C, Bouyer J, Bajos N, et al. Frequency of discontinuation of contraceptive use: results from a French population-based cohort. Hum Reprod. 2009;24(6):1387-92. PMID: 19252195.

363. Huber LR, Hogue CJ, Stein AD, et al. Contraceptive use and discontinuation: findings from the contraceptive history, initiation, and choice study. Am J Obstet Gynecol. 2006;194(5):1290-5. PMID: 16647912.

364. Moreau C, Cleland K, Trussell J. Contraceptive discontinuation attributed to method dissatisfaction in the United States. Contraception. 2007;76(4):267-72. PMID: 17900435.

365. Westhoff CL, Heartwell S, Edwards S, et al. Oral contraceptive discontinuation: do side effects matter? Am J Obstet Gynecol. 2007;196(4):412 e1-6; discussion 412 e6-7. PMID: 17403440.

318

00803576

Exhibit 163

JA-0003118

366. Vaughan B, Trussell J, Kost K, et al. Discontinuation and resumption of contraceptive use: results from the 2002 National Survey of Family Growth. Contraception. 2008;78(4):271-83. PMID: 18847574.

367. Li H, Thomas DB. Tubal ligation and risk of cervical cancer. The World Health Organiztion Collaborative Study of Neoplasia and Steroid Contraceptives. Contraception. 2000;61(5):323-8. PMID: 10906503.

368. Green A, Purdie D, Bain C, et al. Tubal sterilisation, hysterectomy and decreased risk of ovarian cancer. Survey of Women's Health Study Group. Int J Cancer. 1997;71(6):948-51. PMID: 9185694.

369. Settnes A, Lange AP, Jorgensen T. Gynaecological correlates of hysterectomy in Danish women. Int J Epidemiol. 1997;26(2):364-70. PMID: 9169172.

370. Ong S, Codd MB, Coughlan M, et al. Prevalence of hysterectomy in Ireland. Int J Gynaecol Obstet. 2000;69(3):243-7. PMID: 10854866.

371. Briggs A, Sculpher M, Claxton K. Chapter 6: Decision-making, uncertainty and the value-of-information. Decision Modelling for Health Economic Evaluation Oxford: Oxford University Press; 2006.

372. Fenwick E, Claxton K, Sculpher M. Representing uncertainty: the role of cost-effectiveness acceptability curves. Health Econ. 2001;10(8):779-87. PMID: 11747057.

373. Lynd LD, O'Brien BJ. Advances in risk-benefit evaluation using probabilistic simulation methods: an application to the prophylaxis of deep vein thrombosis. Journal of Clinical Epidemiology. 2004;57(8):795-803.

374. Guyatt GH, Oxman AD, Kunz R, et al. Going from evidence to recommendations. BMJ. 2008;336(7652):1049-51. PMID: 18467413.

375. Harris RP, Helfand M, Woolf SH, et al. Current methods of the US Preventive Services Task Force: a review of the process. Am J Prev Med. 2001;20(3 Suppl):21-35. PMID: 11306229.

376. Wright JC, Weinstein MC. Gains in life expectancy from medical interventions--standardizing data on outcomes. N Engl J Med. 1998;339(6):380-6. PMID: 9691106.

377. Col NF, Eckman MH, Karas RH, et al. Patient-specific decisions about hormone replacement therapy in postmenopausal women. JAMA. 1997;277(14):1140-7. PMID: 9087469.

378. Grady D, Rubin SM, Petitti DB, et al. Hormone therapy to prevent disease and prolong life in postmenopausal women. Ann Intern Med. 1992;117(12):1016-37. PMID: 1443971.

379. Rossouw JE, Anderson GL, Prentice RL, et al. Risks and benefits of estrogen plus progestin in healthy postmenopausal women: principal results From the Women's Health Initiative randomized controlled trial. JAMA. 2002;288(3):321-33. PMID: 12117397.

380. Winner B, Peipert JF, Zhao Q, et al. Effectiveness of long-acting reversible contraception. N Engl J Med. 2012;366(21):1998-2007. PMID: 22621627.

381. Claxton KP, Sculpher MJ. Using value of information analysis to prioritise health research: some lessons from recent UK experience. Pharmacoeconomics. 2006;24(11):1055-68. PMID: 17067191.

382. McKenna C, Claxton K. Addressing adoption and research design decisions simultaneously: the role of value of sample information analysis. Med Decis Making. 2011;31(6):853-65. PMID: 21393558.

383. Griffin S, Welton NJ, Claxton K. Exploring the research decision space: the expected value of information for sequential research designs. Med Decis Making. 2010;30(2):155-62. PMID: 20040743.

384. Menashe I, Anderson WF, Jatoi I, et al. Underlying causes of the black-white racial disparity in breast cancer mortality: a population-based analysis. J Natl Cancer Inst. 2009;101(14):993-1000. PMID: 19584327.

00803577

Exhibit 163

JA-0003119

385. Chu KC, Miller BA, Feuer EJ, et al. A method for partitioning cancer mortality trends by factors associated with diagnosis: an application to female breast cancer. J Clin Epidemiol. 1994;47(12):1451-61. PMID: 7730854.

386. Bridges JF, Hauber AB, Marshall D, et al. Conjoint analysis applications in health--a checklist: a report of the ISPOR Good Research Practices for Conjoint Analysis Task Force. Value Health. 2011;14(4):403-13. PMID: 21669364.

387. Philips Z, Bojke L, Sculpher M, et al. Good practice guidelines for decision-analytic modelling in health technology assessment: a review and consolidation of quality assessment. Pharmacoeconomics. 2006;24(4):355-71. PMID: 16605282..

00803578

Exhibit 163

JA-0003120

# Abbreviations

| | |
|---|---|
| AHRQ | Agency for Healthcare Research and Quality |
| BMI | body mass index |
| BRCA | breast cancer genetic mutation |
| BSO | bilateral salpingo-oophorectomy |
| BTL | bilateral tubal ligation |
| CDC | Centers for Disease Control and Prevention |
| CI | confidence interval |
| DMV | Department of Motor Vehicles |
| DVT | deep venous thrombosis |
| ER | estrogen receptor |
| FIGO | International Federation of Gynecology and Obstetrics |
| GCT | granulosa cell tumor |
| HPV | human papilloma virus |
| HR | hazard ratio |
| HRT | hormone replacement therapy |
| IRR | incidence rate ratio |
| IUD | intrauterine device |
| KQ | Key Question |
| MI | myocardial infarction |
| mo | month/months |
| NA | not applicable |
| NCHS | National Center for Health Statistics |
| NHB | net health benefits |
| NIS | Nationwide Inpatient Sample |
| NMB | net monetary benefits |
| NNH | number needed to harm |
| NNP | number needed to prevent |
| NR | not reported |
| NS | nonsignificant |
| NSFG | National Survey of Family Growth |
| NZ | New Zealand |
| OC | oral contraceptive |
| OR | odds ratio |
| PE | pulmonary embolism |
| PICOTS | population, interventions, comparators, outcomes, timing, settings |
| PR | progesterone receptor |
| QALY | quality-adjusted life year |
| RR | risk ratio |
| SEER | Surveillance, Epidemiology, and End Results registry |
| SOE | strength of evidence |
| TEP | Technical Expert Panel |
| UK | United Kingdom |
| VTE | venous thromboembolism |

00803579

Exhibit 163

JA-0003121

| | |
|---|---|
| WHO | World Health Organization |
| WTP | willingness to pay |
| yr | year/years |

322

00803580

Exhibit 163

JA-0003122

# Appendix A. Exact Search Strings

## PubMed® search strategy (June 29, 2012)

(((("contraceptive agents, female"[MeSH Terms] OR ("contraceptive"[All Fields] AND "agents"[All Fields] AND "female"[All Fields]) OR "female contraceptive agents"[All Fields] OR ("female"[All Fields] AND "contraceptive"[All Fields] AND "agents"[All Fields]) OR "contraceptive agents, female"[Pharmacological Action]) OR ("contraceptives, oral"[MeSH Terms] OR ("contraceptives"[All Fields] AND "oral"[All Fields]) OR "oral contraceptives"[All Fields] OR ("oral"[All Fields] AND "contraceptives"[All Fields]) OR "contraceptives, oral"[Pharmacological Action])) AND (("ovarian neoplasms"[MeSH Terms] OR ("ovarian"[All Fields] AND "neoplasms"[All Fields]) OR "ovarian neoplasms"[All Fields] OR ("ovarian"[All Fields] AND "cancer"[All Fields]) OR "ovarian cancer"[All Fields]) OR ("granulosa cell tumour"[All Fields] OR "granulosa cell tumor"[MeSH Terms] OR ("granulosa"[All Fields] AND "cell"[All Fields] AND "tumor"[All Fields]) OR "granulosa cell tumor"[All Fields] OR ("luteoma"[MeSH Terms] OR "luteoma"[All Fields]) OR ("meigs syndrome"[MeSH Terms] OR ("meigs"[All Fields] AND "syndrome"[All Fields]) OR "meigs syndrome"[All Fields]) OR ("sertoli leydig cell tumour"[All Fields] OR "sertoli-leydig cell tumor"[MeSH Terms] OR ("sertoli-leydig"[All Fields] AND "cell"[All Fields] AND "tumor"[All Fields]) OR "sertoli-leydig cell tumor"[All Fields] OR ("sertoli"[All Fields] AND "leydig"[All Fields] AND "cell"[All Fields] AND "tumor"[All Fields]) OR "sertoli leydig cell tumor"[All Fields] OR "Sertoli-Leydig Cell Tumor"[MeSH Terms] OR ("Sertoli-Leydig"[All Fields] AND "Cell"[All Fields] AND "Tumor"[All Fields]) OR "Sertoli-Leydig Cell Tumor"[All Fields] OR ("sertoli"[All Fields] AND "leydig"[All Fields] AND "cell"[All Fields] AND "tumor"[All Fields]) OR "sertoli leydig cell tumor"[All Fields] OR "Sertoli Leydig Cell Tumor"[MeSH Terms] OR ("Sertoli"[All Fields] AND "Leydig"[All Fields] AND "Cell"[All Fields] AND "Tumor"[All Fields]) OR "Sertoli Leydig Cell Tumor"[All Fields] OR ("sertoli"[All Fields] AND "leydig"[All Fields] AND "cell"[All Fields] AND "tumor"[All Fields])) OR ("thecoma"[MeSH Terms] OR "thecoma"[All Fields]) OR "ovarian cysts"[MeSH Terms:noexp] OR ("pregnancy"[MeSH Terms] OR "pregnancy"[All Fields]) OR ("venous thrombosis"[MeSH Terms] OR ("venous"[All Fields] AND "thrombosis"[All Fields]) OR "venous thrombosis"[All Fields] OR ("deep"[All Fields] AND "vein"[All Fields] AND "thrombosis"[All Fields]) OR "deep vein thrombosis"[All Fields] OR DVT[All Fields]) OR ("budd-chiari syndrome"[MeSH Terms] OR ("budd-chiari"[All Fields] AND "syndrome"[All Fields]) OR "budd-chiari syndrome"[All Fields] OR ("budd"[All Fields] AND "chiari"[All Fields] AND "syndrome"[All Fields]) OR "budd chiari syndrome"[All Fields]) OR ("retinal vein occlusion"[MeSH Terms] OR ("retinal"[All Fields] AND "vein"[All Fields] AND "occlusion"[All Fields]) OR "retinal vein occlusion"[All Fields]) OR ("thrombophlebitis"[MeSH Terms] OR "thrombophlebitis"[All Fields]) OR ("venous thromboembolism"[MeSH Terms] OR ("venous"[All Fields] AND "thromboembolism"[All Fields]) OR "venous thromboembolism"[All Fields]) OR (("veins"[MeSH Terms] OR "veins"[All Fields] OR "venous"[All Fields]) AND ("thromboembolism"[MeSH Terms] OR "thromboembolism"[All Fields] OR ("thromboembolic"[All Fields] AND "event"[All Fields]) OR "thromboembolic event"[All Fields]) OR VTE[All Fields] OR ("cerebrovascular disorders"[MeSH Terms] OR ("cerebrovascular"[All Fields] AND "disorders"[All Fields]) OR "cerebrovascular disorders"[All Fields]) OR ("stroke"[MeSH Terms] OR "stroke"[All Fields]) OR ((("brain"[MeSH Terms] OR "brain"[All Fields]) OR ("cerebrum"[MeSH Terms] OR "cerebrum"[All Fields] OR "cerebral"[All Fields] OR "brain"[MeSH Terms] OR "brain"[All Fields])) AND ("infarction"[MeSH Terms] OR "infarction"[All Fields])) OR ("ischaemia"[All Fields] OR "ischemia"[MeSH Terms] OR "ischemia"[All Fields]) OR ("embolism"[MeSH Terms] OR "embolism"[All Fields]) OR ("thrombosis"[MeSH Terms] OR "thrombosis"[All Fields]))) OR ("meningioma"[MeSH Terms] OR "meningioma"[All Fields]) OR ("melanoma"[MeSH Terms] OR "melanoma"[All Fields]) OR ("breast neoplasms"[MeSH Terms] OR ("breast"[All Fields] AND "neoplasms"[All Fields]) OR "breast neoplasms"[All Fields] OR ("breast"[All Fields] AND "cancer"[All Fields]) OR "breast cancer"[All Fields]) OR ("uterine neoplasms"[MeSH Terms] OR ("uterine"[All Fields] AND "neoplasms"[All Fields]) OR "uterine neoplasms"[All Fields] OR ("uterine cervical neoplasms"[MeSH Terms] OR ("uterine"[All Fields] AND "cervical"[All Fields] AND "neoplasms"[All Fields]) OR "uterine cervical neoplasms"[All Fields] OR ("cervical"[All Fields] AND "cancer"[All Fields]) OR "cervical cancer"[All Fields]) OR ("endometrial neoplasms"[MeSH Terms] OR ("endometrial"[All Fields] AND "neoplasms"[All Fields]) OR "endometrial neoplasms"[All Fields] OR ("endometrial"[All Fields] AND "cancer"[All Fields])

00803581

Exhibit 163

JA-0003123

OR "endometrial cancer"[All Fields]) OR ("endometriosis"[MeSH Terms] OR "endometriosis"[All Fields]) OR ("endometrial hyperplasia"[MeSH Terms] OR ("endometrial"[All Fields] AND "hyperplasia"[All Fields]) OR "endometrial hyperplasia"[All Fields]) OR ("metrorrhagia"[MeSH Terms] OR "metrorrhagia"[All Fields] OR ("dysfunctional"[All Fields] AND "uterine"[All Fields] AND "bleeding"[All Fields]) OR "dysfunctional uterine bleeding"[All Fields]) OR ("metrorrhagia"[MeSH Terms] OR "metrorrhagia"[All Fields]) OR ("menorrhagia"[MeSH Terms] OR "menorrhagia"[All Fields]) OR ("hypermenorrhoea"[All Fields] OR "menorrhagia"[MeSH Terms] OR "menorrhagia"[All Fields] OR "hypermenorrhea"[All Fields]) OR ("menstruation disturbances"[MeSH Terms] OR ("menstruation"[All Fields] AND "disturbances"[All Fields]) OR "menstruation disturbances"[All Fields]) OR ("amenorrhoea"[All Fields] OR "amenorrhea"[MeSH Terms] OR "amenorrhea"[All Fields]) OR ("dysmenorrhoea"[All Fields] OR "dysmenorrhea"[MeSH Terms] OR "dysmenorrhea"[All Fields]) OR "painful menstruation"[All Fields] OR "menstrual pain"[All Fields] OR ("oligomenorrhoea"[All Fields] OR "oligomenorrhea"[All Fields])) OR ("premenstrual syndrome"[MeSH Terms] OR ("premenstrual"[All Fields] AND "syndrome"[All Fields]) OR "premenstrual syndrome"[All Fields]) OR PMS[All Fields] OR "premenstrual dysphoric disorder"[All Fields] OR PMDD[All Fields] OR ("uterine haemorrhage"[All Fields] OR "uterine hemorrhage"[MeSH Terms] OR ("uterine"[All Fields] AND "hemorrhage"[All Fields]) OR "uterine hemorrhage"[All Fields]) OR "uterine bleeding"[All Fields] OR ("acne vulgaris"[MeSH Terms] OR ("acne"[All Fields] AND "vulgaris"[All Fields]) OR "acne vulgaris"[All Fields] OR "acne"[All Fields]) OR ("colorectal neoplasms"[MeSH Terms] OR ("colorectal"[All Fields] AND "neoplasms"[All Fields]) OR "colorectal neoplasms"[All Fields]) OR ("colorectal"[All Fields] AND "cancer"[All Fields]) OR "colorectal cancer"[All Fields]) OR ("colonic neoplasms"[MeSH Terms] OR ("colonic"[All Fields] AND "neoplasms"[All Fields]) OR "colonic neoplasms"[All Fields]) OR ("colon"[All Fields] AND "cancer"[All Fields]) OR "colon cancer"[All Fields]) OR ("rectal neoplasms"[MeSH Terms] OR ("rectal"[All Fields] AND "neoplasms"[All Fields]) OR "rectal neoplasms"[All Fields]) OR ("rectal"[All Fields] AND "cancer"[All Fields]) OR "rectal cancer"[All Fields]) OR ("anus neoplasms"[MeSH Terms] OR ("anus"[All Fields] AND "neoplasms"[All Fields]) OR "anus neoplasms"[All Fields]) OR ("anus"[All Fields] AND "cancer"[All Fields]) OR "anus cancer"[All Fields]) OR ("myocardial infarction"[MeSH Terms] OR ("myocardial"[All Fields] AND "infarction"[All Fields]) OR "myocardial infarction"[All Fields] OR ("heart"[All Fields] AND "attack"[All Fields]) OR "heart attack"[All Fields]) OR ("myocardial infarction"[MeSH Terms] OR ("myocardial"[All Fields] AND "infarction"[All Fields]) OR "myocardial infarction"[All Fields]) OR ("liver neoplasms"[MeSH Terms] OR ("liver"[All Fields] AND "neoplasms"[All Fields]) OR "liver neoplasms"[All Fields]) OR ("liver"[All Fields] AND "cancer"[All Fields]) OR "liver cancer"[All Fields]) OR ("mortality"[Subheading] OR "mortality"[All Fields] OR "mortality"[MeSH Terms]) OR ("mortality"[Subheading] OR "mortality"[All Fields] OR "death"[All Fields] AND "rate"[All Fields]) OR "death rate"[All Fields] OR "mortality"[MeSH Terms] OR ("death"[All Fields] AND "rate"[All Fields]) OR "death rate"[All Fields]) OR ("survival rate"[MeSH Terms] OR ("survival"[All Fields] AND "rate"[All Fields]) OR "survival rate"[All Fields]) OR ("survival analysis"[MeSH Terms] OR ("survival"[All Fields] AND "analysis"[All Fields]) OR "survival analysis"[All Fields]) OR ("fatal outcome"[MeSH Terms] OR ("fatal"[All Fields] AND "outcome"[All Fields]) OR "fatal outcome"[All Fields]) OR ("life expectancy"[MeSH Terms] OR ("life"[All Fields] AND "expectancy"[All Fields]) OR "life expectancy"[All Fields])) AND (randomized controlled trial[pt] OR controlled clinical trial[pt] OR randomized[tiab] OR placebo[tiab] OR "clinical trials as topic"[MeSH Terms:noexp] OR randomly[tiab] OR trial[ti] OR ("cohort studies"[MeSH Terms] OR ("cohort"[All Fields] AND "studies"[All Fields]) OR "cohort studies"[All Fields] OR ("cohort"[All Fields] AND "study"[All Fields]) OR "cohort study"[All Fields]) OR cohort[All Fields] OR longitudinal[All Fields] OR "follow up"[All Fields] OR "prospective"[All Fields] OR ("case-control studies"[MeSH Terms] OR ("case-control"[All Fields] AND "studies"[All Fields]) OR "case-control studies"[All Fields] OR ("case"[All Fields] AND "control"[All Fields] AND "study"[All Fields]) OR "case control study"[All Fields] OR ("case-control studies"[MeSH Terms] OR ("case-control"[All Fields] AND "studies"[All Fields]) OR "case-control studies"[All Fields] OR ("case"[All Fields] AND "control"[All Fields] AND "studies"[All Fields]) OR "case control studies"[All Fields]) OR systematic[sb])) NOT (Editorial[ptyp] OR Letter[ptyp] OR Case Reports[ptyp])) NOT ("animals"[MeSH Terms] NOT "humans"[MeSH Terms]) AND (English[lang] AND ("1990"[PDAT] : "3000"[PDAT]))

A-2

Exhibit 163

# Embase® search strategy (June 29, 2012)

Platform: Embase.com

[embase]/lim NOT [medline]/lim AND ('oral contraceptive agent'/exp OR 'oral contraceptives') AND ('ovary tumor'/exp OR 'ovarian cancer':ti OR 'ovarian cancer':ab OR 'granulosa cell tumor':ti OR 'granulosa cell tumor':ab OR dysgerminoma:ti OR dysgerminoma:ab OR 'meigs syndrome':ti OR 'meigs syndrome':ab OR luteoma:ti OR luteoma:ab OR 'androblastoma'/exp OR 'sertoli-leydig cell tumor':ti OR 'sertoli-leydig cell tumor':ab OR thecoma:ti OR thecoma:ab OR 'ovary cyst'/de OR 'ovarian cyst':ti OR 'ovarian cyst':ab OR 'pregnancy'/exp OR pregnancy:ti OR pregnancy:ab OR 'vein thrombosis'/exp OR 'venous thrombosis':ti OR 'venous thrombosis':ab OR 'deep vein thrombosis':ti OR 'deep vein thrombosis':ab OR dvt:ti OR dvt:ab OR 'budd chiari syndrome'/exp OR 'budd chiari syndrome':ti OR 'budd chiari syndrome':ab OR 'vein occlusion'/exp OR 'retinal vein occlusion':ti OR 'retinal vein occlusion':ab OR thrombophlebitis:ti OR thrombophelbitis:ab OR 'venous thromboembolism'/exp OR 'venous thromboembolism':ti OR 'venous thromboembolism':ab OR 'venous thromboembolic event':ti OR 'venous thromboembolic event':ab OR vte:ti OR vte:ab OR 'cerebrovascular disease'/exp OR stroke:ti OR stroke:ab OR (brain:ti OR brain:ab OR cerebral:ti OR cerebral:ab AND (infarction:ti OR infarction:ab OR ischemia:ti OR ischemia:ab OR embolism:ti OR embolism:ab OR thrombosis:ti OR thrombosis:ab OR hemorrhage:ti OR hemorrhage:ab OR hematoma:ti OR hematoma:ab)) OR 'meningioma'/exp OR meningioma:ti OR meningioma:ab OR 'melanoma'/exp OR melanoma:ti OR melanoma:ab OR 'breast cancer'/exp OR 'breast cancer':ti OR 'breast cancer':ab OR 'uterus cancer'/exp OR 'uterine cancer':ti OR 'uterine cancer':ab OR 'uterine cervix cancer'/exp OR 'cervical cancer':ti OR 'cervical cancer':ab OR 'endometrium cancer'/exp OR 'endometrial cancer':ti OR 'endometrial cancer':ab OR 'endometriosis'/exp OR endometriosis:ti OR endometriosis:ab OR 'endometrium hyperplasia'/exp OR 'endometrial hyperplasia':ti OR 'endometrial hyperplasia':ab OR menorrhagia:ti OR menorrhagia:ab OR metrorrhagia:ti OR metrorrhagia:ab OR hypermenorrhea:ti OR hypermenorrhea:ab OR 'dysfunctional uterine bleeding':ti OR 'dysfunctional uterine bleeding':ab OR 'menstruation disorder'/exp OR amenorrhea:ti OR amenorrhea:ab OR oligomenorrhea:ti OR oligomenorrhea:ab OR dysmenorrhea:ti OR dysmenorrhea:ab OR 'premenstrual dysphoric disorder':ti OR 'premenstrual dysphoric disorder':ab OR pmdd:ti OR pmdd:ab OR 'premenstrual syndrome':ti OR 'premenstrual syndrome':ab OR pms:ti OR pms:ab OR 'painful menstruation':ti OR 'painful menstruation':ab OR 'menstrual pain':ti OR 'menstrual pain':ab OR 'uterus bleeding'/exp OR 'uterine hemorrhage':ti OR 'uterine hemorrhage':ab OR 'uterine bleeding':ti OR 'uterine bleeding':ab OR 'acne'/exp OR acne:ti OR acne:ab OR 'colon cancer'/exp OR 'colon cancer':ti OR 'colon cancer':ab OR 'colorectal cancer'/exp OR 'colorectal cancer':ti OR 'colorectal cancer':ab OR 'rectum cancer'/exp OR 'rectal cancer':ti OR 'rectal cancer':ab OR 'anus cancer'/exp OR 'anus cancer':ti OR 'anus cancer':ab OR 'anal cancer':ti OR 'anal cancer':ab OR 'heart infarction'/exp OR 'heart attack':ti OR 'heart attack':ab OR 'myocardial infarction':ti OR 'myocardial infarction':ab OR 'liver cancer'/exp OR 'liver cancer':ti OR 'liver cancer':ab OR 'mortality'/exp OR mortality:ti OR mortality:ab OR 'death rate':ti OR 'death rate':ab OR 'survival'/exp OR survival:ti OR survival:ab OR 'fatality'/exp OR fatality:ti OR fatality:ab OR 'life expectancy':ti OR 'life expectancy':ab OR 'life expectancy'/exp) AND ('controlled study'/exp OR 'randomized controlled trial':ti OR 'randomized controlled trial':ab OR randomized:ti OR randomized:ab OR placebo:ti OR placebo:ab OR randomly:ti OR randomly:ab OR trial:ti OR trial:ab OR 'cohort analysis'/exp OR 'controlled clinical trial'/exp OR 'case control study'/exp OR 'intervention study'/exp OR 'longitudinal study'/exp OR 'prospective study'/exp OR 'cohort study':ti OR 'cohort study':ab OR longitudinal:ti OR longitudinal:ab OR 'follow up':ti OR 'follow up':ab OR prospective:ti OR prospective:ab OR 'case control':ti OR 'case control':ab OR 'systematic review'/exp OR 'meta analysis'/exp) NOT 'case report'/exp AND [humans]/lim AND [english]/lim AND [1990-2011]/py

# Cochrane search strategy (June 29, 2012)

Platform: Wiley
Database searched: Cochrane Database of Systematic Reviews

Oral contraceptives [in title-abstract-keywords]

A-3

00803583

Exhibit 163

# ClinicalTrials.gov search strategy (December 15, 2012)

Platform: www.clinicaltrials.gov

Search #1:

      Intervention: oral contraceptive

      Outcome Measures: ovarian cancer OR myocardial infarction OR MI OR thromboembolism OR VTE OR PE OR DVT OR pulmonary embolism OR stroke OR cervical cancer OR endometrial cancer OR breast cancer OR colorectal cancer

Search #2:

      General search terms (all fields): oral contraceptive AND ovarian cancer

A-4

00803584

# Appendix B. Data Abstraction Elements

**I. Study Characteristics**
- Other articles used in this abstraction
- Last Name of First Author
- Publication Year
- Study dates
  - Date enrollment started
  - Date follow-up ended
- Study site information
  - Single center, multicenter, or pooled analysis
  - If single center, city and state (U.S.) or city and country (outside U.S.)
  - If multicenter
    - Number of sites
    - Location/ geographic region(s) (Select all that apply)
      - U.S.
      - Canada
      - U.K.
      - Europe
      - S. America
      - Asia
      - Africa
      - Australia/New Zealand
      - Unclear/Not reported
      - Other (specify)
  - If pooled analysis, number of studies included
- Funding (Select all that apply)
  - Government
  - Private
  - Foundation
  - Industry
  - Unclear/Not reported
  - Other (specify)
- Indications for OCs (Select all that apply, assume contraception if not otherwise stated)
  - Contraception
  - Prevention of ovarian cancer
  - Other stated indication (specify)
- Outcomes Assessed (Select all that apply)
  - Ovarian cancer (Select all that apply)
    - Invasive
    - Borderline/Low Malignant Potential
    - Unclear/Not reported
  - Breast cancer
  - Colorectal cancer
  - Cervical cancer
  - Endometrial cancer
  - Other cancer (specify)

B-1

00803585

Exhibit 163

- o Stroke (Select all that apply)
  - ▪ Hemorrhagic stroke
  - ▪ Thrombotic stroke
  - ▪ Unclear/Not reported
- o Myocardial infarction
- o Deep venous thrombosis
- o Pulmonary embolism
- Study design
  - o Randomized controlled trial (RCT)
  - o Cohort
  - o Case-control
  - o Patient-level pooled analysis (Select design of component studies)
    - ▪ Case-control
    - ▪ Cohort
- Comments

## II. Cohort Study Details

- Total number of subjects (Enter total N for each category, NR for not reported, or NA for not applicable)
  - o Number reported as (Select one): Subjects/Person-years
  - o Record the following for both OCP exposed and OCP non-exposed groups:
    - ▪ Initially screened
    - ▪ Enrolled
    - ▪ Excluded for other specified reason
    - ▪ Lost to follow-up
    - ▪ N for analysis
    - ▪ Source of subjects reported (Yes/NR)
      - If yes, select source
        - o Hospital
        - o Population
        - o Other (specify)
- Subject Age Reported (Yes/NR)
  - o Record age in years for both OCP exposed and OCP non-exposed groups
    - ▪ Mean
    - ▪ Median
    - ▪ SD
    - ▪ Min. age
    - ▪ Max. age
    - ▪ 25% IQR
    - ▪ 75% IQR
    - ▪ Categorical reporting (specify)
    - ▪ Other (specify)
  - o p-value between groups
- Subject Race Reported (Yes/NR)
  - o Record the following for both OCP exposed and OCP non-exposed groups
    - ▪ American Indian or Alaska Native (N or %)
    - ▪ Asian (N or %)
    - ▪ Black or African American (N or %)
    - ▪ Hispanic (N or %)
    - ▪ Native Hawaiian or other Pacific Islander (N or %)

B-2

00803586

Exhibit 163

- White (N or %)
- Multiracial (N or %)
  - o p-values between groups
- Medical History
  - o Record the following for both OCP exposed and OCP non-exposed groups
    - Age at menarche reported (Yes/NR)
      - Mean
      - SD
      - Min age
      - Max age
      - Median
      - 25% IQR
      - 75% IQR
      - Categorical reporting (specify)
      - Other (specify)
    - Gravidity reported (Yes/NR)
      - Mean
      - SD
      - Min age
      - Max age
      - Median
      - 25% IQR
      - 75% IQR
      - Categorical reporting (specify)
      - Other (specify)
    - Parity reported (Yes/NR)
      - Mean
      - SD
      - Min age
      - Max age
      - Median
      - 25% IQR
      - 75% IQR
      - Categorical reporting (specify)
      - Other (specify)
    - Menopausal status reported (Yes/NR)
      - Premenopausal (%)
      - Postmenopausal (%)
      - Perimenopausal (%)
      - Unknown
    - Breastfeeding reported (Yes/NR)
      - Yes (%)
      - No (%)
    - Hysterectomy reported (Yes/NR)
      - Yes
      - No
    - Oophorectomy reported (Yes/NR)
      - Yes

B-3

00803587

Exhibit 163

JA-0003129

- No
- Excluded
  - Family history of ovarian cancer reported (Yes/NR)
    - Yes
    - No
  - BrCA1 status reported (Yes/NR)
    - Positive
    - Negative
  - BrCA2 status reported (Yes/NR)
    - Positive
    - Negative
  - Other genetic risk factor reported (Yes/NR)
    - Family history of primary outcome
    - Factor V Leiden
    - Other thrombogenic genotype
    - Other genetic risk factor (specify)
- p-values between groups
- Contraception data reported (Yes/NR)
  - Non-Oral Contraceptive Group(s)
    - Record N and % for the following:
      - Barrier method
      - IUD
      - Injectable/implantable hormones
      - Female sterilization
      - Male sterilization
  - Oral Contraceptives
    - For each OC type reported, record the following:
      - Estrogen formulation (Select one)
        - Estradiol valerate
        - Ethinyl estradiol
        - Mestranol
        - None
      - Estrogen Dose (Select one)
        - High
        - Low
        - Not applicable
      - Progestin formulation (Select one)
        - Desogestrel
        - Dienogest
        - Drospirenone
        - Ethynodiol diacetate
        - Levonorgestrel
        - Norethindrone
        - Norethindrone diacetate
        - Norgestimate
        - Norgestrel
      - Progestin Generation (Select one)
        - 1
        - 2

00803588

Exhibit 163

- o 3
- o 4
- o Unclear/Not Reported
- Progestin Dose (Select one)
  - o High
  - o Low
  - o Not applicable
- N and % of subjects using this type of OC
- Duration of OC use (record the following, if reported):
  - Minimum
  - Maximum
  - Mean
  - Median
  - SD
  - p-value
  - Categorical reporting (specify)
- Ages OCs used (record the following, if reported):
  - Minimum
  - Maximum
  - Mean
  - Median
  - SD
  - p-value
  - Categorical reporting (specify)
- Time since last OC use & assessment of outcome status (record the following, if reported):
  - Minimum
  - Maximum
  - Mean
  - Median
  - SD
  - p-value
  - Categorical reporting (specify)
- Pattern of OC use (record the following, if reported):
  - Number of episodes of use
  - Number of continuous months
  - Minimum
  - Maximum
  - Mean
  - Median
  - SD
  - p-value
  - Categorical reporting (specify)
- Number of months between OC uses (record the following, if reported):
  - Minimum
  - Maximum
  - Mean
  - Median

B-5

00803589

Exhibit 163                                        JA-0003131

- SD
- p-value
- Categorical reporting (specify)
- Comments

## III. Case-Control Study Details

- Total number of subjects (Enter total N for each category, NR for not reported, or NA for not applicable)
  - Number reported as (Select one): Subjects/Person-years
  - Record the following for both cases and controls:
    - Initially screened
    - Declined to participate
    - Excluded based on criteria
    - N for analysis
    - Source of subjects reported (Yes/NR)
      - If yes, select source
        - Hospital
        - Population
        - Other (specify)
- Subject Age Reported (Yes/NR)
  - Record age in years for both cases and controls
    - Mean
    - Median
    - SD
    - Min. age
    - Max. age
    - 25% IQR
    - 75% IQR
    - Categorical reporting (specify)
    - Other (specify)
  - p-value between groups
- Subject Race Reported (Yes/NR)
  - Record the following for both cases and controls
    - American Indian or Alaska Native (N or %)
    - Asian (N or %)
    - Black or African American (N or %)
    - Hispanic (N or %)
    - Native Hawaiian or other Pacific Islander (N or %)
    - White (N or %)
    - Multiracial (N or %)
  - p-values between groups
- Medical History
  - Record the following for both cases and controls
    - Age at menarche reported (Yes/NR)
      - Mean
      - SD
      - Min age
      - Max age
      - Median
      - 25% IQR

B-6

00803590

Exhibit 163

- 75% IQR
- Categorical reporting (specify)
- Other (specify)
- Gravidity reported (Yes/NR)
  - Mean
  - SD
  - Min age
  - Max age
  - Median
  - 25% IQR
  - 75% IQR
  - Categorical reporting (specify)
  - Other (specify)
- Parity reported (Yes/NR)
  - Mean
  - SD
  - Min age
  - Max age
  - Median
  - 25% IQR
  - 75% IQR
  - Categorical reporting (specify)
  - Other (specify)
- Menopausal status reported (Yes/NR)
  - Premenopausal (%)
  - Postmenopausal (%)
  - Perimenopausal (%)
  - Unknown
- Breastfeeding reported (Yes/NR)
  - Yes (%)
  - No (%)
- Hysterectomy reported (Yes/NR)
  - Yes
  - No
- Oophorectomy reported (Yes/NR)
  - Yes
  - No
  - Excluded
- Family history of ovarian cancer reported (Yes/NR)
  - Yes
  - No
- BrCA1 status reported (Yes/NR)
  - Positive
  - Negative
- BrCA2 status reported (Yes/NR)
  - Positive
  - Negative
- Other genetic risk factor reported (Yes/NR)

B-7

00803591

Exhibit 163

JA-0003133

- - Family history of primary outcome
    - Factor V Leiden
    - Other thrombogenic genotype
    - Other genetic risk factor (specify)
  - p-values between groups
- Contraception data reported (Yes/NR)
  - Record the following for both cases and controls:
    - Record N and % of subjects utilizing the following non-OC contraceptive methods:
      - Barrier method
      - IUD
      - Injectable/implantable hormones
      - Female sterilization
      - Male sterilization
    - Oral Contraceptives
      - For each OC type reported, record the following:
        - Estrogen formulation (Select one)
          - Estradiol valerate
          - Ethinyl estradiol
          - Mestranol
          - None
        - Estrogen Dose (Select one)
          - High
          - Low
          - Not applicable
        - Progestin formulation (Select one)
          - Desogestrel
          - Dienogest
          - Drospirenone
          - Ethynodiol diacetate
          - Levonorgestrel
          - Norethindrone
          - Norethindrone diacetate
          - Norgestimate
          - Norgestrel
        - Progestin Generation (Select one)
          - 1
          - 2
          - 3
          - 4
          - Unclear/Not Reported
        - Progestin Dose (Select one)
          - High
          - Low
          - Not applicable
        - N and % of subjects using this type of OC
    - Duration of OC use (record the following, if reported):
      - Minimum
      - Maximum
      - Mean

B-8

00803592

Exhibit 163

- Median
- SD
- p-value
- Categorical reporting (specify)

- Ages OCs used (record the following, if reported):
  - Minimum
  - Maximum
  - Mean
  - Median
  - SD
  - p-value
  - Categorical reporting (specify)

- Time since last OC use & assessment of outcome status (record the following, if reported):
  - Minimum
  - Maximum
  - Mean
  - Median
  - SD
  - p-value
  - Categorical reporting (specify)

- Pattern of OC use (record the following, if reported):
  - Number of episodes of use
  - Number of continuous months
  - Minimum
  - Maximum
  - Mean
  - Median
  - SD
  - p-value
  - Categorical reporting (specify)

- Number of months between OC uses (record the following, if reported):
  - Minimum
  - Maximum
  - Mean
  - Median
  - SD
  - p-value
  - Categorical reporting (specify)

- Comments

**IV. Outcomes Reporting Form**
- Select outcome being reported
  - Ovarian Cancer
  - Breast Cancer
  - Colorectal Cancer
  - Cervical Cancer
  - Endometrial Cancer

B-9

00803593

Exhibit 163

JA-0003135

- o Deep venous thrombosis
- o Pulmonary embolus
- o Stroke
- o Myocardial infarction
- o Is this data for disease incidence or disease-specific mortality?
  - Incidence
  - Disease-specific mortality
- o Is this data for a special population (Yes/No)
  - If yes, indicate the population
- o Is this data for a subgroup of the overall study population (Yes/No)
  - If yes, indicate the subgroup population
- For this outcome
  - o Enter N analyzed for cases or OC exposed group
  - o Enter N analyzed for controls or OC non-exposed group
  - o Record the following data for OC ever use
    - Crude OR and 95% CI
    - Adjusted OR and 95% CI
      - Indicate adjustment factors:
        - o Age
        - o Race
        - o Parity
        - o Menopausal status
        - o BMI
        - o Family History
        - o Age at menarche
        - o Smoking
        - o Breastfeeding
        - o Other (specify)
  - o Data reported by OC duration (Yes/NR)
    - Does this data represent recency of use (Yes/No)
    - Record the following for all duration categories reported:
      - Crude OR and 95% CI
      - Adjusted OR and 95% CI
        - o Indicate adjustment factors:
          - Age
          - Race
          - Parity
          - Menopausal status
          - BMI
          - Family History
          - Age at menarche
          - Smoking
          - Breastfeeding
          - Other (specify)
  - o Data reported by age at first use (Yes/NR)
    - Record the following for all categories reported:
      - Crude OR and 95% CI
      - Adjusted OR and 95% CI
        - o Indicate adjustment factors:
          - Age

B-10

00803594

Exhibit 163

JA-0003136

- - Race
  - Parity
  - Menopausal status
  - BMI
  - Family History
  - Age at menarche
  - Smoking
  - Breastfeeding
  - Other (specify)
  - Data reported by age at last use (Yes/NR)
    - Record the following for all categories reported:
      - Crude OR and 95% CI
      - Adjusted OR and 95% CI
        - Indicate adjustment factors:
          - Age
          - Race
          - Parity
          - Menopausal status
          - BMI
          - Family History
          - Age at menarche
          - Smoking
          - Breastfeeding
          - Other (specify)
  - Data reported by formulation (Yes/NR)
    - Record the following for all categories reported:
      - Crude OR and 95% CI
      - Adjusted OR and 95% CI
        - Indicate adjustment factors:
          - Age
          - Race
          - Parity
          - Menopausal status
          - BMI
          - Family History
          - Age at menarche
          - Smoking
          - Breastfeeding
          - Other (specify)
  - Subgroup/Stratified Analyses performed? (Yes/No)
  - Stratification Variables
    - Age
    - Race
    - Parity
    - Menopausal status
    - BMI
    - Family history
    - Other (specify)
- Comments

B-11

00803595

Exhibit 163

JA-0003137

## V. Cohort Studies Quality Assessment

- Selection Bias
  - Was there any attempt to balance the allocation between the groups? (Yes/No/Unclear)
  - Did the study apply inclusion/exclusion criteria uniformly to all comparison groups? (Yes/No/Unclear)
  - Is the selection of the comparison group appropriate? (Yes/No/Unclear)
  - Did the strategy for recruiting participants into the study differ across study groups? (Yes/No/Unclear)
  - Are baseline characteristics similar between groups? If not, did the analysis control for differences? (Yes/No/Unclear)
  - Does the design or analysis control account for important confounding and modifying variables? (Yes/No/Unclear)
- Performance Bias
  - Did researchers rule out any impact from a concurrent intervention or an unintended exposure that might bias results?
  - Did variation from the study protocol compromise the conclusions of the study?
- Attrition Bias
  - Is the length of follow-up different between the groups?
  - Was there a high rate of differential or overall attrition?
  - Is the analysis conducted on an intention-to-treat (ITT) basis?
- Detection Bias
  - Were the outcome assessors blinded to the intervention or exposure status of participants?
  - Are the inclusion/exclusion criteria measured using valid and reliable measures, implemented consistently across all study participants?
  - Are interventions/exposures assessed using valid and reliable measures, implemented consistently across all study participants?
  - Are primary outcomes assessed using valid and reliable measures, implemented consistently across all study participants?
  - Are confounding variables assessed using valid and reliable measures, implemented consistently across all study participants?
- Reporting Bias
  - Are the potential outcomes pre-specified by the researchers? Are all pre-specified outcomes reported?
- Record any additional comments relating to potential sources of bias or other study limitations.
- Summary Quality Rating
  - Good
  - Fair
  - Poor
  - If the study is rated as "Fair" or "Poor," provide rationale for decision.

## VI. Case-Control Studies Quality Assessment

- Selection Bias
  - Did the study apply inclusion/exclusion criteria uniformly to all comparison groups? (Yes/No/Unclear)
  - Is the selection of the comparison group appropriate? (Yes/No/Unclear)
  - Does the design or analysis control account for important confounding and modifying variables? (Yes/No/Unclear)
- Performance Bias

00803596

Exhibit 163

JA-0003138

- - o   Did researchers rule out any impact from a concurrent intervention or an unintended exposure that might bias results?
  - o   Did variation from the study protocol compromise the conclusions of the study?
- Detection Bias
  - o   Were the outcome assessors blinded to the intervention or exposure status of participants?
  - o   Are the inclusion/exclusion criteria measured using valid and reliable measures, implemented consistently across all study participants?
  - o   Are interventions/exposures assessed using valid and reliable measures, implemented consistently across all study participants?
  - o   Are primary outcomes assessed using valid and reliable measures, implemented consistently across all study participants?
  - o   Are confounding variables assessed using valid and reliable measures, implemented consistently across all study participants?
- Reporting Bias
  - o   Are the potential outcomes pre-specified by the researchers? Are all pre-specified outcomes reported?
- Record any additional comments relating to potential sources of bias or other study limitations.
- Summary Quality Rating
  - o   Good
  - o   Fair
  - o   Poor
  - o   If the study is rated as "Fair" or "Poor," provide rationale for decision.

## VII. Cohort Applicability Assessment

- Population (P)
  - o   Age at OC use
    - At least 25% of study population age 35 years or older
    - <25% of study population age 35 or older
  - o   Baseline risk for ovarian cancer
    - Risk factors described (e.g., family history)
    - Risk factors not described
- Intervention (I)
  - o   OC formulation
    - Currently available in U.S.
    - Not currently available in U.S.
    - NR
- Comparator (C)
  - o   Other contraceptive
    - Currently available in U.S.
    - Not currently available in U.S.
    - NR
- Setting (S)
  - o   Location
    - U.S.
    - Non-U.S.

## VIII. Case-Control Applicability Assessment

- Population (P)
  - o   Age at OC use
    - At least 25% of study population age 35 years or older

B-13

00803597

Exhibit 163

JA-0003139

- <25% of study population age 35 or older
    - o Baseline risk for ovarian cancer
        - Risk factors described (e.g., family history)
        - Risk factors not described
- Intervention (I)
    - o OC formulation
        - Currently available in U.S.
        - Not currently available in U.S.
        - NR
- Comparator (C)
    - o Other contraceptive
        - Currently available in U.S.
        - Not currently available in U.S.
        - NR
- Setting (S)
    - o Location
        - U.S.
        - Non-U.S.

B-14

00803598

Exhibit 163

# Appendix C. Included Studies

Althuis MD, Brogan DD, Coates RJ, et al. Breast cancers among very young premenopausal women (United States). Cancer Causes Control. 2003;14(2):151-60. PMID: 12749720.

Althuis MD, Brogan DR, Coates RJ, et al. Hormonal content and potency of oral contraceptives and breast cancer risk among young women. Br J Cancer. 2003;88(1):50-7. PMID: 12556959.

Andersen BS, Olsen J, Nielsen GL, et al. Third generation oral contraceptives and heritable thrombophilia as risk factors of non-fatal venous thromboembolism. Thromb Haemost. 1998;79(1):28-31. PMID: 9459317.

Anonymous. Acute myocardial infarction and combined oral contraceptives: results of an international multicentre case-control study. WHO Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Lancet. 1997;349(9060):1202-9. PMID: 9130941.

Anonymous. Cardiovascular disease and use of oral and injectable progestogen-only contraceptives and combined injectable contraceptives. Results of an international, multicenter, case-control study. World Health Organization Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Contraception. 1998;57(5):315-24. PMID: 9673838.

Anonymous. Effect of different progestagens in low oestrogen oral contraceptives on venous thromboembolic disease. World Health Organization Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Lancet. 1995;346(8990):1582-8. PMID: 7500749.

Anonymous. Haemorrhagic stroke, overall stroke risk, and combined oral contraceptives: results of an international, multicentre, case-control study. WHO Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Lancet. 1996;348(9026):505-10. PMID: 8757152.

Anonymous. Ischaemic stroke and combined oral contraceptives: results of an international, multicentre, case-control study. WHO Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Lancet. 1996;348(9026):498-505. PMID: 8757151.

Anonymous. Venous thromboembolic disease and combined oral contraceptives: results of international multicentre case-control study. World Health

Organization Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Lancet. 1995;346(8990):1575-82. PMID: 7500748.

Antoniou AC, Rookus M, Andrieu N, et al. Reproductive and hormonal factors, and ovarian cancer risk for BRCA1 and BRCA2 mutation carriers: results from the International BRCA1/2 Carrier Cohort Study. Cancer Epidemiol Biomarkers Prev. 2009;18(2):601-10. PMID: 19190154.

Austin H, Lally C, Benson JM, et al. Hormonal contraception, sickle cell trait, and risk for venous thromboembolism among African American women. Am J Obstet Gynecol. 2009;200(6):620 e1-3. PMID: 19306059.

Badawy YA and Bayoumi DM. An epidemiologic study of ovarian cancer. Part 11: Oral contraceptive use and menstrual events. J Egypt Public Health Assoc. 1992;67(5-6):579-91. PMID: 1294683.

Barinagarrementeria F, Gonzalez-Duarte A, Miranda L, et al. Cerebral infarction in young women: analysis of 130 cases. Eur Neurol. 1998;40(4):228-33. PMID: 9813407.

Barnett GC, Shah M, Redman K, et al. Risk factors for the incidence of breast cancer: do they affect survival from the disease? J Clin Oncol. 2008;26(20):3310-6. PMID: 18612147.

Barsoum MK, Heit JA, Ashrani AA, et al. Is progestin an independent risk factor for incident venous thromboembolism? A population-based case-control study. Thromb Res. 2010;126(5):373-8. PMID: 20833412.

Beard CM, Hartmann LC, Atkinson EJ, et al. The epidemiology of ovarian cancer: a population-based study in Olmsted County, Minnesota, 1935-1991. Ann Epidemiol. 2000;10(1):14-23. PMID: 10658685.

Beral V, Doll R, Hermon C, et al. Ovarian cancer and oral contraceptives: collaborative reanalysis of data from 45 epidemiological studies including 23,257 women with ovarian cancer and 87,303 controls. Lancet. 2008;371(9609):303-14. PMID: 18294997.

Beral V, Hermon C, Kay C, et al. Mortality associated with oral contraceptive use: 25 year follow up of cohort of 46 000 women from Royal College of General Practitioners' oral contraception study. BMJ. 1999;318(7176):96-100. PMID: 9880284.

Bernholtz S, Laitman Y, Kaufman B, et al. Cancer risk in Jewish BRCA1 and BRCA2 mutation carriers:

00803599

Exhibit 163

JA-0003141

Effects of oral contraceptive use and parental origin of mutation. Breast Cancer Research and Treatment. 2011;129(2):557-563. PMID: 2011504819.

Bloemenkamp KW, Rosendaal FR, Buller HR, et al. Risk of venous thrombosis with use of current low-dose oral contraceptives is not explained by diagnostic suspicion and referral bias. Arch Intern Med. 1999;159(1):65-70. PMID: 9892332.

Bloemenkamp KW, Rosendaal FR, Helmerhorst FM, et al. Enhancement by factor V Leiden mutation of risk of deep-vein thrombosis associated with oral contraceptives containing a third-generation progestagen. Lancet. 1995;346(8990):1593-6. PMID: 7500751.

Bloemenkamp KW, Rosendaal FR, Helmerhorst FM, et al. Higher risk of venous thrombosis during early use of oral contraceptives in women with inherited clotting defects. Arch Intern Med. 2000;160(1):49-52. PMID: 10632304.

Bosetti C, Negri E, Trichopoulos D, et al. Long-term effects of oral contraceptives on ovarian cancer risk. Int J Cancer. 2002;102(3):262-5. PMID: 12397647.

Boyce EA, Costaggini I, Vitonis A, et al. The epidemiology of ovarian granulosa cell tumors: a case-control study. Gynecol Oncol. 2009;115(2):221-5. PMID: 19664811.

Braem MG, Onland-Moret NC, van den Brandt PA, et al. Reproductive and hormonal factors in association with ovarian cancer in the Netherlands cohort study. Am J Epidemiol. 2010;172(10):1181-9. PMID: 20861144.

Brohet RM, Goldgar DE, Easton DF, et al. Oral contraceptives and breast cancer risk in the international BRCA1/2 carrier cohort study: a report from EMBRACE, GENEPSO, GEO-HEBON, and the IBCCS Collaborating Group. J Clin Oncol. 2007;25(25):3831-6. PMID: 17635951.

Campbell PT, Newcomb P, Gallinger S, et al. Exogenous hormones and colorectal cancer risk in Canada: associations stratified by clinically defined familial risk of cancer. Cancer Causes Control. 2007;18(7):723-33. PMID: 17549595.

Chang CL, Donaghy M and Poulter N. Migraine and stroke in young women: case-control study. The World Health Organisation Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. BMJ. 1999;318(7175):13-8. PMID: 9872876.

Chen Y, Wu PC, Lang JH, et al. Risk factors for epithelial ovarian cancer in Beijing, China. Int J Epidemiol. 1992;21(1):23-9. PMID: 1544753.

Chiaffarino F, Pelucchi C, Parazzini F, et al. Reproductive and hormonal factors and ovarian cancer. Ann Oncol. 2001;12(3):337-41. PMID: 11332145.

Colditz GA. Oral contraceptive use and mortality during 12 years of follow-up: the Nurses' Health Study. Ann Intern Med. 1994;120(10):821-6. PMID: 8154642.

Conard J, Plu-Bureau G, Bahi N, et al. Progestogen-only contraception in women at high risk of venous thromboembolism. Contraception. 2004;70(6):437-41. PMID: 15541404.

Dinger J, Assmann A, Mohner S, et al. Risk of venous thromboembolism and the use of dienogest- and drospirenone-containing oral contraceptives: results from a German case-control study. J Fam Plann Reprod Health Care. 2010;36(3):123-9. PMID: 20659364.

Dinger JC, Heinemann LA and Kuhl-Habich D. The safety of a drospirenone-containing oral contraceptive: final results from the European Active Surveillance Study on oral contraceptives based on 142,475 women-years of observation. Contraception. 2007;75(5):344-54. PMID: 17434015.

Dolle JM, Daling JR, White E, et al. Risk factors for triple-negative breast cancer in women under the age of 45 years. Cancer Epidemiol Biomarkers Prev. 2009;18(4):1157-66. PMID: 19336554.

Dorjgochoo T, Shu XO, Li HL, et al. Use of oral contraceptives, intrauterine devices and tubal sterilization and cancer risk in a large prospective study, from 1996 to 2006. Int J Cancer. 2009;124(10):2442-9. PMID: 19170208.

Dossus L, Allen N, Kaaks R, et al. Reproductive risk factors and endometrial cancer: the European Prospective Investigation into Cancer and Nutrition. Int J Cancer. 2010;127(2):442-51. PMID: 19924816.

Dumeaux V, Alsaker E and Lund E. Breast cancer and specific types of oral contraceptives: a large Norwegian cohort study. Int J Cancer. 2003;105(6):844-50. PMID: 12767072.

Dumeaux V, Fournier A, Lund E, et al. Previous oral contraceptive use and breast cancer risk according to hormone replacement therapy use among postmenopausal women. Cancer Causes Control. 2005;16(5):537-44. PMID: 15986108.

Dunn N, Thorogood M, Faragher B, et al. Oral contraceptives and myocardial infarction: results of the MICA case-control study. BMJ. 1999;318(7198):1579-83. PMID: 10364115.

00803600

Exhibit 163

Dunn NR, Arscott A and Thorogood M. The relationship between use of oral contraceptives and myocardial infarction in young women with fatal outcome, compared to those who survive: results from the MICA case-control study. Contraception. 2001;63(2):65-9. PMID: 11292469.

Dunn NR, Faragher B, Thorogood M, et al. Risk of myocardial infarction in young female smokers. Heart. 1999;82(5):581-3. PMID: 10525513.

Faheem M, Khurram M, Jafri IA, et al. Risk factors for breast cancer in patients treated at NORI Hospital, Islamabad. J Pak Med Assoc. 2007;57(5):242-5. PMID: 17571480.

Farmer RD, Lawrenson RA, Thompson CR, et al. Population-based study of risk of venous thromboembolism associated with various oral contraceptives. Lancet. 1997;349(9045):83-8. PMID: 8996419.

Farmer RD, Lawrenson RA, Todd JC, et al. A comparison of the risks of venous thromboembolic disease in association with different combined oral contraceptives. Br J Clin Pharmacol. 2000;49(6):580-90. PMID: 10848722.

Farmer RDT and Preston TD. The risk of venous thromboembolism associated with low oestrogen oral contraceptives. Journal of Obstetrics &amp; Gynaecology. 1995;15(3):195-200.

Figueiredo JC, Bernstein L, Capanu M, et al. Oral contraceptives, postmenopausal hormones, and risk of asynchronous bilateral breast cancer: the WECARE Study Group. J Clin Oncol. 2008;26(9):1411-8. PMID: 18250348.

Figueiredo JC, Haile RW, Bernstein L, et al. Oral contraceptives and postmenopausal hormones and risk of contralateral breast cancer among BRCA1 and BRCA2 mutation carriers and noncarriers: the WECARE Study. Breast Cancer Res Treat. 2010;120(1):175-83. PMID: 19597986.

Folger SG, Marchbanks PA, McDonald JA, et al. Risk of breast cancer associated with short-term use of oral contraceptives. Cancer Causes Control. 2007;18(2):189-98. PMID: 17216547.

Fowke JH, Shu XO, Dai Q, et al. Oral contraceptive use and breast cancer risk: modification by NAD(P)H:quinone oxoreductase (NQO1) genetic polymorphisms. Cancer Epidemiol Biomarkers Prev. 2004;13(8):1308-15. PMID: 15298951.

Franceschi S, Parazzini F, Negri E, et al. Pooled analysis of 3 European case-control studies of epithelial ovarian cancer: III. Oral contraceptive use. Int J Cancer. 1991;49(1):61-5. PMID: 1874572.

Gallagher LG, Davis LB, Ray RM, et al. Reproductive history and mortality from cardiovascular disease among women textile workers in Shanghai, China. Int J Epidemiol. 2011;40(6):1510-8. PMID: 22158661.

Godard B, Foulkes WD, Provencher D, et al. Risk factors for familial and sporadic ovarian cancer among French Canadians: a case-control study. Am J Obstet Gynecol. 1998;179(2):403-10. PMID: 9731846.

Gomes AL, Guimaraes MD, Gomes CC, et al. Risk factors for breast cancer among pre- or post-menopausal women in Belo Horizonte, Brazil. Gynecol Obstet Invest. 2001;52(3):173-9. PMID: 11598359.

Goodman MT, Ferrell R, McDuffie K, et al. Calcitonin gene polymorphism CALCA-624 (T/C) and ovarian cancer. Environ Mol Mutagen. 2005;46(1):53-8. PMID: 15880427.

Goodman MT, Wu AH, Tung KH, et al. Association of galactose-1-phosphate uridyltransferase activity and N314D genotype with the risk of ovarian cancer. Am J Epidemiol. 2002;156(8):693-701. PMID: 12370157.

Grabrick DM, Hartmann LC, Cerhan JR, et al. Risk of breast cancer with oral contraceptive use in women with a family history of breast cancer. JAMA. 2000;284(14):1791-8. PMID: 11025831.

Grant DJ, Moorman PG, Akushevich L, et al. Primary peritoneal and ovarian cancers: An epidemiological comparative analysis. Cancer Causes and Control. 2010;21(7):991-998.

Green J, Berrington de Gonzalez A, Sweetland S, et al. Risk factors for adenocarcinoma and squamous cell carcinoma of the cervix in women aged 20-44 years: the UK National Case-Control Study of Cervical Cancer. Br J Cancer. 2003;89(11):2078-86. PMID: 14647141.

Greer JB, Modugno F, Allen GO, et al. Androgenic progestins in oral contraceptives and the risk of epithelial ovarian cancer. Obstet Gynecol. 2005;105(4):731-40. PMID: 15802398.

Greer JB, Modugno F, Allen GO, et al. Short-term oral contraceptive use and the risk of epithelial ovarian cancer. Am J Epidemiol. 2005;162(1):66-72. PMID: 15961588.

Greggi S, Parazzini F, Paratore MP, et al. Risk factors for ovarian cancer in central Italy. Gynecol Oncol. 2000;79(1):50-4. PMID: 11006030.

C-3

00803601

Exhibit 163

Grodstein F, Stampfer MJ, Goldhaber SZ, et al. Prospective study of exogenous hormones and risk of pulmonary embolism in women. Lancet. 1996;348(9033):983-7. PMID: 8855854.

Gronich N, Lavi I and Rennert G. Higher risk of venous thrombosis associated with drospirenone-containing oral contraceptives: a population-based cohort study. CMAJ. 2011;183(18):E1319-25. PMID: 22065352.

Gronwald J, Byrski T, Huzarski T, et al. Influence of selected lifestyle factors on breast and ovarian cancer risk in BRCA1 mutation carriers from Poland. Breast Cancer Res Treat. 2006;95(2):105-9. PMID: 16261399.

Gross TP, Schlesselman JJ, Stadel BV, et al. The risk of epithelial ovarian cancer in short-term users of oral contraceptives. Am J Epidemiol. 1992;136(1):46-53. PMID: 1415131.

Gwinn ML, Lee NC, Rhodes PH, et al. Pregnancy, breast feeding, and oral contraceptive and the risk of epithelial ovarian cancer. J Clin Epidemiol. 1990;43(6):559-68. PMID: 2348208.

Haile RW, Thomas DC, McGuire V, et al. BRCA1 and BRCA2 mutation carriers, oral contraceptive use, and breast cancer before age 50. Cancer Epidemiol Biomarkers Prev. 2006;15(10):1863-70. PMID: 17021353.

Hammouda D, Munoz N, Herrero R, et al. Cervical carcinoma in Algiers, Algeria: human papillomavirus and lifestyle risk factors. Int J Cancer. 2005;113(3):483-9. PMID: 15455386.

Hankinson SE, Colditz GA, Hunter DJ, et al. A prospective study of reproductive factors and risk of epithelial ovarian cancer. Cancer. 1995;76(2):284-90. PMID: 8625104.

Hannaford P and Elliott A. Use of exogenous hormones by women and colorectal cancer: evidence from the Royal College of General Practitioners' Oral Contraception Study. Contraception. 2005;71(2):95-8. PMID: 15707557.

Hannaford PC and Kay CR. The risk of serious illness among oral contraceptive users: evidence from the RCGP's oral contraceptive study. Br J Gen Pract. 1998;48(435):1657-62. PMID: 10071398.

Hannaford PC, Iversen L, Macfarlane TV, et al. Mortality among contraceptive pill users: cohort evidence from Royal College of General Practitioners' Oral Contraception Study. BMJ. 2010;340:c927. PMID: 20223876.

Hannaford PC, Selvaraj S, Elliott AM, et al. Cancer risk among users of oral contraceptives: cohort data from the Royal College of General Practitioner's oral contraception study. BMJ. 2007;335(7621):651. PMID: 17855280.

Harlow BL, Cramer DW, Geller J, et al. The influence of lactose consumption on the association of oral contraceptive use and ovarian cancer risk. Am J Epidemiol. 1991;134(5):445-53. PMID: 1897499.

Harris R, Whittemore AS and Itnyre J. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case-control studies. III. Epithelial tumors of low malignant potential in white women. Collaborative Ovarian Cancer Group. Am J Epidemiol. 1992;136(10):1204-11. PMID: 1476142.

Hartge P, Whittemore AS, Itnyre J, et al. Rates and risks of ovarian cancer in subgroups of white women in the United States. The Collaborative Ovarian Cancer Group. Obstet Gynecol. 1994;84(5):760-4. PMID: 7936508.

Heimdal K, Skovlund E and Moller P. Oral contraceptives and risk of familial breast cancer. Cancer Detect Prev. 2002;26(1):23-7. PMID: 12088199.

Heinemann LA, Assmann A, DoMinh T, et al. Oral progestogen-only contraceptives and cardiovascular risk: results from the Transnational Study on Oral Contraceptives and the Health of Young Women. Eur J Contracept Reprod Health Care. 1999;4(2):67-73. PMID: 10427481.

Heinemann LA, Lewis MA, Spitzer WO, et al. Thromboembolic stroke in young women. A European case-control study on oral contraceptives. Transnational Research Group on Oral Contraceptives and the Health of Young Women. Contraception. 1998;57(1):29-37. PMID: 9554248.

Heinemann LA, Lewis MA, Thorogood M, et al. Case-control study of oral contraceptives and risk of thromboembolic stroke: results from International Study on Oral Contraceptives and Health of Young Women. BMJ. 1997;315(7121):1502-4. PMID: 9420491.

Heinemann LA, Dinger JC, Assmann A, et al. Use of oral contraceptives containing gestodene and risk of venous thromboembolism: outlook 10 years after the third-generation "pill scare." Contraception. 2010;81(5):401-7. PMID: 20399946.

Herings RM, Urquhart J, Leufkens HG. Venous thromboembolism among new users of different oral

00803602

Exhibit 163

JA-0003144

contraceptives. Lancet. 1999;354(9173):127-8. PMID: 10408492.

Herrinton LJ, Voigt LF, Weiss NS, et al. Risk factors for synchronous primary endometrial and ovarian cancers. Ann Epidemiol. 2001;11(8):529-33. PMID: 11709271.

Horn-Ross PL, Whittemore AS, Harris R, et al. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 U.S. case-control studies. VI. Nonepithelial cancers among adults. Collaborative Ovarian Cancer Group. Epidemiology. 1992;3(6):490-5. PMID: 1329996.

Huerta C, Johansson S, Wallander MA, et al. Risk factors and short-term mortality of venous thromboembolism diagnosed in the primary care setting in the United Kingdom. Arch Intern Med. 2007;167(9):935-43. PMID: 17502535.

Hunter DJ, Colditz GA, Hankinson SE, et al. Oral contraceptive use and breast cancer: a prospective study of young women. Cancer Epidemiol Biomarkers Prev. 2010;19(10):2496-502. PMID: 20802021.

Huusom LD, Frederiksen K, Hogdall EV, et al. Association of reproductive factors, oral contraceptive use and selected lifestyle factors with the risk of ovarian borderline tumors: a Danish case-control study. Cancer Causes Control. 2006;17(6):821-9. PMID: 16783610.

Jernstrom H, Loman N, Johannsson OT, et al. Impact of teenage oral contraceptive use in a population-based series of early-onset breast cancer cases who have undergone BRCA mutation testing. Eur J Cancer. 2005;41(15):2312-20. PMID: 16118051.

Jick H, Jick SS, Gurewich V, et al. Risk of idiopathic cardiovascular death and nonfatal venous thromboembolism in women using oral contraceptives with differing progestagen components. Lancet. 1995;346(8990):1589-93. PMID: 7500750.

Jick H, Kaye JA, Vasilakis-Scaramozza C, et al. Risk of venous thromboembolism among users of third generation oral contraceptives compared with users of oral contraceptives with levonorgestrel before and after 1995: cohort and case-control analysis. BMJ. 2000;321(7270):1190-5. PMID: 11073511.

Jick SS and Hernandez RK. Risk of non-fatal venous thromboembolism in women using oral contraceptives containing drospirenone compared with women using oral contraceptives containing levonorgestrel: case-control study using United States

claims data. BMJ. 2011;342:d2151. PMID: 21511805.

Jick SS, Kaye JA, Russmann S, et al. Risk of nonfatal venous thromboembolism with oral contraceptives containing norgestimate or desogestrel compared with oral contraceptives containing levonorgestrel. Contraception. 2006;73(6):566-70. PMID: 16730485.

John EM, Whittemore AS, Harris R, et al. Characteristics relating to ovarian cancer risk: collaborative analysis of seven U.S. case-control studies. Epithelial ovarian cancer in black women. Collaborative Ovarian Cancer Group. J Natl Cancer Inst. 1993;85(2):142-7. PMID: 8418303.

Jordan SJ, Green AC, Whiteman DC, et al. Serous ovarian, fallopian tube and primary peritoneal cancers: a comparative epidemiological analysis. Int J Cancer. 2008;122(7):1598-603. PMID: 18058817.

Kabat GC, Miller AB and Rohan TE. Oral contraceptive use, hormone replacement therapy, reproductive history and risk of colorectal cancer in women. Int J Cancer. 2008;122(3):643-6. PMID: 17847020.

Kemmeren JM, Tanis BC, van den Bosch MA, et al. Risk of Arterial Thrombosis in Relation to Oral Contraceptives (RATIO) study: oral contraceptives and the risk of ischemic stroke. Stroke. 2002;33(5):1202-8. PMID: 11988591.

Kumle M, Weiderpass E, Braaten T, et al. Risk for invasive and borderline epithelial ovarian neoplasias following use of hormonal contraceptives: the Norwegian-Swedish Women's Lifestyle and Health Cohort Study. Br J Cancer. 2004;90(7):1386-91. PMID: 15054460.

Kumle M, Weiderpass E, Braaten T, et al. Use of oral contraceptives and breast cancer risk: The Norwegian-Swedish Women's Lifestyle and Health Cohort Study. Cancer Epidemiol Biomarkers Prev. 2002;11(11):1375-81. PMID: 12433714.

Le Gal G, Kovacs MJ, Carrier M, et al. Risk of recurrent venous thromboembolism after a first oestrogen-associated episode. Data from the REVERSE cohort study. Thromb Haemost. 2010;104(3):498-503. PMID: 20539910.

Lee E, Ma H, McKean-Cowdin R, et al. Effect of reproductive factors and oral contraceptives on breast cancer risk in BRCA1/2 mutation carriers and noncarriers: results from a population-based study. Cancer Epidemiol Biomarkers Prev. 2008;17(11):3170-8. PMID: 18990759.

Legnani C, Cini M, Cosmi B, et al. Risk of deep vein thrombosis: interaction between oral contraceptives

00803603

Exhibit 163

JA-0003145

and high factor VIII levels. Haematologica. 2004;89(11):1347-51. PMID: 15531457.

Legnani C, Palareti G, Guazzaloca G, et al. Venous thromboembolism in young women; role of thrombophilic mutations and oral contraceptive use. Eur Heart J. 2002;23(12):984-90. PMID: 12069454.

Levi F, Pasche C, Lucchini F, et al. Oral contraceptives and colorectal cancer. Dig Liver Dis. 2003;35(2):85-7. PMID: 12747625.

Lewis MA, Heinemann LA, MacRae KD, et al. The increased risk of venous thromboembolism and the use of third generation progestagens: role of bias in observational research. The Transnational Research Group on Oral Contraceptives and the Health of Young Women. Contraception. 1996;54(1):5-13. PMID: 8804801.

Lewis MA, Heinemann LA, Spitzer WO, et al. The use of oral contraceptives and the occurrence of acute myocardial infarction in young women. Results from the Transnational Study on Oral Contraceptives and the Health of Young Women. Contraception. 1997;56(3):129-40. PMID: 9347202.

Lewis MA, MacRae KD, Kuhl-Habichl D, et al. The differential risk of oral contraceptives: the impact of full exposure history. Hum Reprod. 1999;14(6):1493-9. PMID: 10359554.

Lewis MA, Spitzer WO, Heinemann LA, et al. Third generation oral contraceptives and risk of myocardial infarction: an international case-control study. Transnational Research Group on Oral Contraceptives and the Health of Young Women. BMJ. 1996;312(7023):88-90. PMID: 8555936.

Lewis MA. The Transnational Study on Oral Contraceptives and the Health of Young Women. Methods, results, new analyses and the healthy user effect. Hum Reprod Update. 1999;5(6):707-20. PMID: 10652980.

Li Y, Chen F, Zhou L, et al. COC use, ACE/AGT gene polymorphisms, and risk of stroke. Pharmacogenet Genomics. 2010;20(5):298-306. PMID: 20300047.

Li Y, Zhou L, Coulter D, et al. Prospective cohort study of the association between use of low-dose oral contraceptives and stroke in Chinese women. Pharmacoepidemiol Drug Saf. 2006;15(10):726-34. PMID: 16761299.

Lidegaard O and Kreiner S. Cerebral thrombosis and oral contraceptives. A case-control study. Contraception. 1998;57(5):303-14. PMID: 9673837.

Lidegaard O and Kreiner S. Contraceptives and cerebral thrombosis: a five-year national case-control study. Contraception. 2002;65(3):197-205. PMID: 11929641.

Lidegaard O, Edstrom B and Kreiner S. Oral contraceptives and venous thromboembolism. A case-control study. Contraception. 1998;57(5):291-301. PMID: 9673836.

Lidegaard O, Edstrom B and Kreiner S. Oral contraceptives and venous thromboembolism: a five-year national case-control study. Contraception. 2002;65(3):187-96. PMID: 11929640.

Lidegaard O, Lokkegaard E, Jensen A, et al. Thrombotic stroke and myocardial infarction with hormonal contraception. N Engl J Med. 2012;366(24):2257-66. PMID: 22693997.

Lidegaard O, Lokkegaard E, Svendsen AL, et al. Hormonal contraception and risk of venous thromboembolism: national follow-up study. BMJ. 2009;339:b2890. PMID: 19679613.

Lidegaard O, Nielsen LH, Skovlund CW, et al. Risk of venous thromboembolism from use of oral contraceptives containing different progestogens and oestrogen doses: Danish cohort study, 2001-9. BMJ. 2011;343:d6423. PMID: 22027398.

Lidegaard O. Oral contraceptives, pregnancy and the risk of cerebral thromboembolism: the influence of diabetes, hypertension, migraine and previous thrombotic disease. Br J Obstet Gynaecol. 1995;102(2):153-9. PMID: 7756208.

Lidegaard O. Smoking and use of oral contraceptives: impact on thrombotic diseases. Am J Obstet Gynecol. 1999;180(6 Pt 2):S357-63. PMID: 10368521.

Lidegaard O. Thrombotic diseases in young women and the influence of oral contraceptives. Am J Obstet Gynecol. 1998;179(3 Pt 2):S62-7. PMID: 9753312.

Lin J, Zhang SM, Cook NR, et al. Oral contraceptives, reproductive factors, and risk of colorectal cancer among women in a prospective cohort study. Am J Epidemiol. 2007;165(7):794-801. PMID: 17215381.

Long MD, Martin CF, Galanko JA, et al. Hormone replacement therapy, oral contraceptive use, and distal large bowel cancer: a population-based case-control study. Am J Gastroenterol. 2010;105(8):1843-50. PMID: 20354510.

Lu Y, Ma H, Malone KE, et al. Oral contraceptive use and survival in women with invasive breast

C-6

00803604

Exhibit 163

cancer. Cancer Epidemiol Biomarkers Prev. 2011;20(7):1391-7. PMID: 21551244.

Lumachi F, Frigo AC, Basso U, et al. Estrogen therapy and risk of breast cancer in postmenopausal women: a case-control study and results of a multivariate analysis. Menopause. 2010;17(3):524-8. PMID: 20130492.

Lund E, Bakken K, Dumeaux V, et al. Hormone replacement therapy and breast cancer in former users of oral contraceptives--The Norwegian Women and Cancer study. Int J Cancer. 2007;121(3):645-8. PMID: 17372914.

Lurie G, Thompson P, McDuffie KE, et al. Association of estrogen and progestin potency of oral contraceptives with ovarian carcinoma risk. Obstet Gynecol. 2007;109(3):597-607. PMID: 17329510.

Lurie G, Wilkens LR, Thompson PJ, et al. Combined oral contraceptive use and epithelial ovarian cancer risk: time-related effects. Epidemiology. 2008;19(2):237-43. PMID: 18223481.

Ma H, Bernstein L, Ross RK, et al. Hormone-related risk factors for breast cancer in women under age 50 years by estrogen and progesterone receptor status: Results from a case-control and a case-case comparison. Breast Cancer Research. 2006;8(4): R39.

Ma H, Wang Y, Sullivan-Halley J, et al. Use of four biomarkers to evaluate the risk of breast cancer subtypes in the women's contraceptive and reproductive experiences study. Cancer Res. 2010;70(2):575-87. PMID: 20068186.

Madeleine MM, Daling JR, Schwartz SM, et al. Human papillomavirus and long-term oral contraceptive use increase the risk of adenocarcinoma in situ of the cervix. Cancer Epidemiol Biomarkers Prev. 2001;10(3):171-7. PMID: 11303584.

Mant J, Painter R and Vessey M. Risk of myocardial infarction, angina and stroke in users of oral contraceptives: an updated analysis of a cohort study. Br J Obstet Gynaecol. 1998;105(8):890-6. PMID: 9746383.

Marchbanks PA, Curtis KM, Mandel MG, et al. Oral contraceptive formulation and risk of breast cancer. Contraception. 2012;85(4):342-350. PMID: 2012157299.

Marchbanks PA, McDonald JA, Wilson HG, et al. Oral contraceptives and the risk of breast cancer. N Engl J Med. 2002;346(26):2025-32. PMID: 12087137.

Margolis KL, Adami HO, Luo J, et al. A prospective study of oral contraceptive use and risk of myocardial infarction among Swedish women. Fertil Steril. 2007;88(2):310-6. PMID: 17624338.

Martinelli I, Battaglioli T, Burgo I, et al. Oral contraceptive use, thrombophilia and their interaction in young women with ischemic stroke. Haematologica. 2006;91(6):844-7. PMID: 16769590.

Maxwell GL, Schildkraut JM, Calingaert B, et al. Progestin and estrogen potency of combination oral contraceptives and endometrial cancer risk. Gynecol Oncol. 2006;103(2):535-40. PMID: 16740300.

McGuire V, Felberg A, Mills M, et al. Relation of contraceptive and reproductive history to ovarian cancer risk in carriers and noncarriers of BRCA1 gene mutations. Am J Epidemiol. 2004;160(7):613-8. PMID: 15383404.

McLaughlin JR, Risch HA, Lubinski J, et al. Reproductive risk factors for ovarian cancer in carriers of BRCA1 or BRCA2 mutations: a case-control study. Lancet Oncol. 2007;8(1):26-34. PMID: 17196508.

Mills PK, Riordan DG and Cress RD. Epithelial ovarian cancer risk by invasiveness and cell type in the Central Valley of California. Gynecol Oncol. 2004;95(1):215-25. PMID: 15385135.

Milne RL, Knight JA, John EM, et al. Oral contraceptive use and risk of early-onset breast cancer in carriers and noncarriers of BRCA1 and BRCA2 mutations. Cancer Epidemiol Biomarkers Prev. 2005;14(2):350-6. PMID: 15734957.

Modan B, Hartge P, Hirsh-Yechezkel G, et al. Parity, oral contraceptives, and the risk of ovarian cancer among carriers and noncarriers of a BRCA1 or BRCA2 mutation. N Engl J Med. 2001;345(4):235-40. PMID: 11474660.

Modugno F, Ness RB and Wheeler JE. Reproductive risk factors for epithelial ovarian cancer according to histologic type and invasiveness. Ann Epidemiol. 2001;11(8):568-74. PMID: 11709277.

Modugno F, Ness RB, Allen GO, et al. Oral contraceptive use, reproductive history, and risk of epithelial ovarian cancer in women with and without endometriosis. Am J Obstet Gynecol. 2004;191(3):733-40. PMID: 15467532.

Moorman PG, Calingaert B, Palmieri RT, et al. Hormonal risk factors for ovarian cancer in premenopausal and postmenopausal women. Am J Epidemiol. 2008;167(9):1059-69. PMID: 18303003.

00803605

Exhibit 163

JA-0003147

Moorman PG, Millikan RC and Newman B. Oral contraceptives and breast cancer among African-american women and white women. J Natl Med Assoc. 2001;93(9):329-34. PMID: 11560288.

Moreno V, Bosch FX, Munoz N, et al. Effect of oral contraceptives on risk of cervical cancer in women with human papillomavirus infection: the IARC multicentric case-control study. Lancet. 2002;359(9312):1085-92. PMID: 11943255.

Nagle CM, Bain CJ, Green AC, et al. The influence of reproductive and hormonal factors on ovarian cancer survival. Int J Gynecol Cancer. 2008;18(3):407-13. PMID: 17645507.

Narod SA, Dube MP, Klijn J, et al. Oral contraceptives and the risk of breast cancer in BRCA1 and BRCA2 mutation carriers. J Natl Cancer Inst. 2002;94(23):1773-9. PMID: 12464649.

Narod SA, Risch H, Moslehi R, et al. Oral contraceptives and the risk of hereditary ovarian cancer. Hereditary Ovarian Cancer Clinical Study Group. N Engl J Med. 1998;339(7):424-8. PMID: 9700175.

Ness RB, Dodge RC, Edwards RP, et al. Contraception Methods, Beyond Oral Contraceptives and Tubal Ligation, and Risk of Ovarian Cancer. Ann Epidemiol. 2011;21(3):188-96. PMID: 21109450.

Ness RB, Grisso JA, Cottreau C, et al. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. Epidemiology. 2000;11(2):111-7. PMID: 11021606.

Ness RB, Grisso JA, Klapper J, et al. Risk of ovarian cancer in relation to estrogen and progestin dose and use characteristics of oral contraceptives. SHARE Study Group. Steroid Hormones and Reproductions. Am J Epidemiol. 2000;152(3):233-41. PMID: 10933270.

Ness RB, Grisso JA, Vergona R, et al. Oral contraceptives, other methods of contraception, and risk reduction for ovarian cancer. Epidemiology. 2001;12(3):307-12. PMID: 11337604.

Newcomer LM, Newcomb PA, Trentham-Dietz A, et al. Oral contraceptive use and risk of breast cancer by histologic type. Int J Cancer. 2003;106(6):961-4. PMID: 12918077.

Nichols HB, Trentham-Dietz A, Egan KM, et al. Oral contraceptive use and risk of breast carcinoma in situ. Cancer Epidemiol Biomarkers Prev. 2007;16(11):2262-8. PMID: 18006914.

Nichols HB, Trentham-Dietz A, Hampton JM, et al. Oral contraceptive use, reproductive factors, and colorectal cancer risk: findings from Wisconsin. Cancer Epidemiol Biomarkers Prev. 2005;14(5):1212-8. PMID: 15894674.

Nojomi M, Modaresgilani M, Mozafari N, et al. Cervical cancer and duration of using hormonal contraceptives. Asia-Pacific Journal of Clinical Oncology. 2008;4(2):107-112.

Norman SA, Berlin JA, Weber AL, et al. Combined effect of oral contraceptive use and hormone replacement therapy on breast cancer risk in postmenopausal women. Cancer Causes Control. 2003;14(10):933-43. PMID: 14750532.

Nyante SJ, Gammon MD, Malone KE, et al. The association between oral contraceptive use and lobular and ductal breast cancer in young women. Int J Cancer. 2008;122(4):936-41. PMID: 17957781.

Parazzini F, Chatenoud L, Chiantera V, et al. Population attributable risk for ovarian cancer. Eur J Cancer. 2000;36(4):520-4. PMID: 10717530.

Parazzini F, La Vecchia C, Negri E, et al. Oral contraceptive use and the risk of ovarian cancer: an Italian case-control study. Eur J Cancer. 1991;27(5):594-8. PMID: 1828969.

Parazzini F, Restelli C, La Vecchia C, et al. Risk factors for epithelial ovarian tumours of borderline malignancy. Int J Epidemiol. 1991;20(4):871-7. PMID: 1800425.

Parkin L, Sharples K, Hernandez RK, et al. Risk of venous thromboembolism in users of oral contraceptives containing drospirenone or levonorgestrel: nested case-control study based on UK General Practice Research Database. BMJ. 2011;342:d2139. PMID: 21511804.

Parslov M, Lidegaard O, Klintorp S, et al. Risk factors among young women with endometrial cancer: a Danish case-control study. Am J Obstet Gynecol. 2000;182(1 Pt 1):23-9. PMID: 10649152.

Petitti DB, Sidney S, Bernstein A, et al. Stroke in users of low-dose oral contraceptives. N Engl J Med. 1996;335(1):8-15. PMID: 8637557.

Phillips LS, Millikan RC, Schroeder JC, et al. Reproductive and hormonal risk factors for ductal carcinoma in situ of the breast. Cancer Epidemiol Biomarkers Prev. 2009;18(5):1507-14. PMID: 19423528.

Pike MC, Pearce CL, Peters R, et al. Hormonal factors and the risk of invasive ovarian cancer: a population-based case-control study. Fertil Steril. 2004;82(1):186-95. PMID: 15237010.

00803606

Exhibit 163

JA-0003148

Polychronopoulou A, Tzonou A, Hsieh CC, et al. Reproductive variables, tobacco, ethanol, coffee and somatometry as risk factors for ovarian cancer. Int J Cancer. 1993;55(3):402-7. PMID: 8375923.

Purdie DM, Siskind V, Bain CJ, et al. Reproduction-related risk factors for mucinous and nonmucinous epithelial ovarian cancer. Am J Epidemiol. 2001;153(9):860-4. PMID: 11323316.

Quirk JT, Natarajan N, Mettlin CJ, et al. Risk factors for invasive epithelial ovarian cancer by histologic subtype. Online Journal of Health and Allied Sciences. 2004;3(3).

Riman T, Dickman PW, Nilsson S, et al. Risk factors for epithelial borderline ovarian tumors: results of a Swedish case-control study. Gynecol Oncol. 2001;83(3):575-85. PMID: 11733975.

Riman T, Dickman PW, Nilsson S, et al. Risk factors for invasive epithelial ovarian cancer: results from a Swedish case-control study. Am J Epidemiol. 2002;156(4):363-73. PMID: 12181107.

Risch HA, Marrett LD and Howe GR. Parity, contraception, infertility, and the risk of epithelial ovarian cancer. Am J Epidemiol. 1994;140(7):585-97. PMID: 7942759.

Risch HA, Marrett LD, Jain M, et al. Differences in risk factors for epithelial ovarian cancer by histologic type. Results of a case-control study. Am J Epidemiol. 1996;144(4):363-72. PMID: 8712193.

Rosenberg L, Boggs DA, Wise LA, et al. Oral contraceptive use and estrogen/progesterone receptor-negative breast cancer among African American women. Cancer Epidemiol Biomarkers Prev. 2010;19(8):2073-9. PMID: 20647407.

Rosenberg L, Palmer JR, Rao RS, et al. Low-dose oral contraceptive use and the risk of myocardial infarction. Arch Intern Med. 2001;161(8):1065-70. PMID: 11322840.

Rosenberg L, Palmer JR, Zauber AG, et al. A case-control study of oral contraceptive use and invasive epithelial ovarian cancer. Am J Epidemiol. 1994;139(7):654-61. PMID: 8166126.

Rosenberg L, Zhang Y, Coogan PF, et al. A case-control study of oral contraceptive use and incident breast cancer. Am J Epidemiol. 2009;169(4):473-9. PMID: 19074777.

Rosenberg LU, Magnusson C, Lindstrom E, et al. Menopausal hormone therapy and other breast cancer risk factors in relation to the risk of different histological subtypes of breast cancer: a case-control study. Breast Cancer Res. 2006;8(1):R11. PMID: 16507159.

Rosenblatt KA, Gao DL, Ray RM, et al. Contraceptive methods and induced abortions and their association with the risk of colon cancer in Shanghai, China. Eur J Cancer. 2004;40(4):590-3. PMID: 14962728.

Rosenblatt KA, Gao DL, Ray RM, et al. Oral contraceptives and the risk of all cancers combined and site-specific cancers in Shanghai. Cancer Causes Control. 2009;20(1):27-34. PMID: 18704712.

Rosenblatt KA, Thomas DB and Noonan EA. High-dose and low-dose combined oral contraceptives: protection against epithelial ovarian cancer and the length of the protective effect. The WHO Collaborative Study of Neoplasia and Steroid Contraceptives. Eur J Cancer. 1992;28A(11):1872-6. PMID: 1389530.

Royar J, Becher H and Chang-Claude J. Low-dose oral contraceptives: protective effect on ovarian cancer risk. Int J Cancer. 2001;95(6):370-4. PMID: 11668519.

Salazar-Martinez E, Lazcano-Ponce EC, Gonzalez Lira-Lira G, et al. Reproductive factors of ovarian and endometrial cancer risk in a high fertility population in Mexico. Cancer Res. 1999;59(15):3658-62. PMID: 10446978.

Samuelsson E and Hagg S. Incidence of venous thromboembolism in young Swedish women and possibly preventable cases among combined oral contraceptive users. Acta Obstet Gynecol Scand. 2004;83(7):674-81. PMID: 15225194.

Sanderson M, Williams MA, Weiss NS, et al. Oral contraceptives and epithelial ovarian cancer. Does dose matter?. J Reprod Med. 2000;45(9):720-6. PMID: 11027080.

Santos C, Munoz N, Klug S, et al. HPV types and cofactors causing cervical cancer in Peru. Br J Cancer. 2001;85(7):966-71. PMID: 11592767.

Schildkraut JM, Calingaert B, Marchbanks PA, et al. Impact of progestin and estrogen potency in oral contraceptives on ovarian cancer risk. J Natl Cancer Inst. 2002;94(1):32-8. PMID: 11773280.

Schwartz SM, Petitti DB, Siscovick DS, et al. Stroke and use of low-dose oral contraceptives in young women: a pooled analysis of two US studies. Stroke. 1998;29(11):2277-84. PMID: 9804634.

Schwartz SM, Siscovick DS, Longstreth WT, Jr., et al. Use of low-dose oral contraceptives and stroke in

00803607

Exhibit 163

JA-0003149

young women. Ann Intern Med. 1997;127(8 Pt 1):596-603. PMID: 9341057.

Seeger JD, Loughlin J, Eng PM, et al. Risk of thromboembolism in women taking ethinylestradiol/drospirenone and other oral contraceptives. Obstet Gynecol. 2007;110(3):587-93. PMID: 17766604.

Setiawan VW, Pike MC, Kolonel LN, et al. Racial/ethnic differences in endometrial cancer risk: the multiethnic cohort study. Am J Epidemiol. 2007;165(3):262-70. PMID: 17090617.

Shantakumar S, Terry MB, Paykin A, et al. Age and menopausal effects of hormonal birth control and hormone replacement therapy in relation to breast cancer risk. Am J Epidemiol. 2007;165(10):1187-98. PMID: 17337757.

Shapiro S, Rosenberg L, Hoffman M, et al. Risk of breast cancer in relation to the use of injectable progestogen contraceptives and combined estrogen/progestogen contraceptives. Am J Epidemiol. 2000;151(4):396-403. PMID: 10695598.

Shapiro S, Rosenberg L, Hoffman M, et al. Risk of invasive cancer of the cervix in relation to the use of injectable progestogen contraceptives and combined estrogen/progestogen oral contraceptives (South Africa). Cancer Causes Control. 2003;14(5):485-95. PMID: 12946044.

Shields TS, Brinton LA, Burk RD, et al. A case-control study of risk factors for invasive cervical cancer among U.S. women exposed to oncogenic types of human papillomavirus. Cancer Epidemiol Biomarkers Prev. 2004;13(10):1574-82. PMID: 15466972.

Sidney S, Petitti DB, Quesenberry CP, Jr., et al. Myocardial infarction in users of low-dose oral contraceptives. Obstet Gynecol. 1996;88(6):939-44. PMID: 8942831.

Sidney S, Petitti DB, Soff GA, et al. Venous thromboembolic disease in users of low-estrogen combined estrogen-progestin oral contraceptives. Contraception. 2004;70(1):3-10. PMID: 15208046.

Sidney S, Siscovick DS, Petitti DB, et al. Myocardial infarction and use of low-estrogen oral contraceptives: a pooled analysis of 2 US studies. Circulation. 1998;98(11):1058-63. PMID: 9736591.

Silvera SA, Miller AB and Rohan TE. Oral contraceptive use and risk of breast cancer among women with a family history of breast cancer: a prospective cohort study. Cancer Causes Control. 2005;16(9):1059-63. PMID: 16184471.

Siritho S, Thrift AG, McNeil JJ, et al. Risk of ischemic stroke among users of the oral contraceptive pill: The Melbourne Risk Factor Study (MERFS) Group. Stroke. 2003;34(7):1575-80. PMID: 12805499.

Siskind V, Green A, Bain C, et al. Beyond ovulation: oral contraceptives and epithelial ovarian cancer. Epidemiology. 2000;11(2):106-10. PMID: 11021605.

Soegaard M, Jensen A, Hogdall E, et al. Different risk factor profiles for mucinous and nonmucinous ovarian cancer: results from the Danish MALOVA study. Cancer Epidemiol Biomarkers Prev. 2007;16(6):1160-6. PMID: 17548679.

Spannagl M, Heinemann LA and Schramm W. Are factor V Leiden carriers who use oral contraceptives at extreme risk for venous thromboembolism?. Eur J Contracept Reprod Health Care. 2000;5(2):105-12. PMID: 10943572.

Spitzer WO, Lewis MA, Heinemann LA, et al. Third generation oral contraceptives and risk of venous thromboembolic disorders: an international case-control study. Transnational Research Group on Oral Contraceptives and the Health of Young Women. BMJ. 1996;312(7023):83-8. PMID: 8555935.

Steinberg KK, Smith SJ, Stroup DF, et al. Comparison of effect estimates from a meta-analysis of summary data from published studies and from a meta-analysis using individual patient data for ovarian cancer studies. Am J Epidemiol. 1997;145(10):917-25. PMID: 9149663.

Suissa S, Blais L, Spitzer WO, et al. First-time use of newer oral contraceptives and the risk of venous thromboembolism. Contraception. 1997;56(3):141-6. PMID: 9347203.

Suissa S, Spitzer WO, Rainville B, et al. Recurrent use of newer oral contraceptives and the risk of venous thromboembolism. Hum Reprod. 2000;15(4):817-21. PMID: 10739826.

Suter NM, Malone KE, Daling JR, et al. Androgen receptor (CAG)n and (GGC)n polymorphisms and breast cancer risk in a population-based case-control study of young women. Cancer Epidemiol Biomarkers Prev. 2003;12(2):127-35. PMID: 12582022.

Sweeney C, Giuliano AR, Baumgartner KB, et al. Oral, injected and implanted contraceptives and breast cancer risk among U.S. Hispanic and non-Hispanic white women. Int J Cancer. 2007;121(11):2517-23. PMID: 17657739.

Tanis BC, van den Bosch MA, Kemmeren JM, et al. Oral contraceptives and the risk of myocardial

C-10

00803608

Exhibit 163

JA-0003150

infarction. N Engl J Med. 2001;345(25):1787-93. PMID: 11752354.

Tao MH, Xu WH, Zheng W, et al. Oral contraceptive and IUD use and endometrial cancer: a population-based case-control study in Shanghai, China. Int J Cancer. 2006;119(9):2142-7. PMID: 16823853.

Tavani A, Bosetti C, Dal Maso L, et al. Influence of selected hormonal and lifestyle factors on familial propensity to ovarian cancer. Gynecol Oncol. 2004;92(3):922-6. PMID: 14984961.

Tavani A, Negri E, Franceschi S, et al. Risk factors for epithelial ovarian cancer in women under age 45. Eur J Cancer. 1993;29A(9):1297-301. PMID: 8343272.

Tavani A, Ricci E, La Vecchia C, et al. Influence of menstrual and reproductive factors on ovarian cancer risk in women with and without family history of breast or ovarian cancer. Int J Epidemiol. 2000;29(5):799-802. PMID: 11034959.

Thomas DB. The WHO Collaborative Study of Neoplasia and Steroid Contraceptives: the influence of combined oral contraceptives on risk of neoplasms in developing and developed countries. Contraception. 1991;43(6):695-710. PMID: 1868738.

Todd J, Lawrenson R, Farmer RD, et al. Venous thromboembolic disease and combined oral contraceptives: A re-analysis of the MediPlus database. Hum Reprod. 1999;14(6):1500-5. PMID: 10357966.

Trivers KF, Gammon MD, Abrahamson PE, et al. Oral contraceptives and survival in breast cancer patients aged 20 to 54 years. Cancer Epidemiol Biomarkers Prev. 2007;16(9):1822-7. PMID: 17855700.

Tryggvadottir L, Tulinius H, Eyfjord JE, et al. Breast cancer risk factors and age at diagnosis: an Icelandic cohort study. Int J Cancer. 2002;98(4):604-8. PMID: 11920622.

Tsilidis KK, Allen NE, Key TJ, et al. Oral contraceptive use and reproductive factors and risk of ovarian cancer in the European Prospective Investigation into Cancer and Nutrition. Br J Cancer. 2011;105(9):1436-42. PMID: 21915124.

Tsilidis KK, Allen NE, Key TJ, et al. Oral contraceptives, reproductive history and risk of colorectal cancer in the European Prospective Investigation into Cancer and Nutrition. Br J Cancer. 2010;103(11):1755-9. PMID: 21045829.

Tung KH, Goodman MT, Wu AH, et al. Reproductive factors and epithelial ovarian cancer

risk by histologic type: a multiethnic case-control study. Am J Epidemiol. 2003;158(7):629-38. PMID: 14507598.

Tung KH, Wilkens LR, Wu AH, et al. Effect of anovulation factors on pre- and postmenopausal ovarian cancer risk: revisiting the incessant ovulation hypothesis. Am J Epidemiol. 2005;161(4):321-9. PMID: 15692075.

Tworoger SS, Fairfield KM, Colditz GA, et al. Association of oral contraceptive use, other contraceptive methods, and infertility with ovarian cancer risk. Am J Epidemiol. 2007;166(8):894-901. PMID: 17656616.

Tzourio C, Tehindrazanarivelo A, Iglesias S, et al. Case-control study of migraine and risk of ischaemic stroke in young women. BMJ. 1995;310(6983):830-3. PMID: 7711619.

Urban M, Banks E, Egger S, et al. Injectable and oral contraceptive use and cancers of the breast, cervix, ovary, and endometrium in black South African women: case-control study. PLoS Med. 2012;9(3):e1001182. PMID: 22412354.

Van Hoften C, Burger H, Peeters PH, et al. Long-term oral contraceptive use increases breast cancer risk in women over 55 years of age: the DOM cohort. Int J Cancer. 2000;87(4):591-4. PMID: 10918202.

Van Hylckama Vlieg A, Helmerhorst FM, Vandenbroucke JP, et al. The venous thrombotic risk of oral contraceptives, effects of oestrogen dose and progestogen type: Results of the MEGA case-control study. BMJ. 2009;339(7720):561.

van Vlijmen EF, Brouwer JL, Veeger NJ, et al. Oral contraceptives and the absolute risk of venous thromboembolism in women with single or multiple thrombophilic defects: results from a retrospective family cohort study. Arch Intern Med. 2007;167(3):282-9. PMID: 17296885.

van Vlijmen EF, Veeger NJ, Middeldorp S, et al. Thrombotic risk during oral contraceptive use and pregnancy in women with factor V Leiden or prothrombin mutation: a rational approach to contraception. Blood. 2011;118(8):2055-61; quiz 2375. PMID: 21659542.

Vanakankovit N and Taneepanichskul S. Effect of oral contraceptives on risk of cervical cancer. J Med Assoc Thai. 2008;91(1):7-12. PMID: 18386537.

Vessey M and Painter R. Oral contraceptive use and cancer. Findings in a large cohort study, 1968-2004. Br J Cancer. 2006;95(3):385-9. PMID: 16819539.

C-11

Exhibit 163

Vessey M, Painter R and Yeates D. Mortality in relation to oral contraceptive use and cigarette smoking. Lancet. 2003;362(9379):185-91. PMID: 12885478.

Vessey M, Yeates D and Flynn S. Factors affecting mortality in a large cohort study with special reference to oral contraceptive use. Contraception. 2010;82(3):221-9. PMID: 20705149.

Vessey MP and Painter R. Endometrial and ovarian cancer and oral contraceptives--findings in a large cohort study. Br J Cancer. 1995;71(6):1340-2. PMID: 7779735.

Walker GR, Schlesselman JJ and Ness RB. Family history of cancer, oral contraceptive use, and ovarian cancer risk. Am J Obstet Gynecol. 2002;186(1):8-14. PMID: 11810077.

Wang C, Li Y, Li H, et al. Increased risk of stroke in oral contraceptive users carried replicated genetic variants: a population-based case-control study in China. Hum Genet. 2012. PMID: 22476622.

Wernli KJ, Ray RM, Gao DL, et al. Menstrual and reproductive factors in relation to risk of endometrial cancer in Chinese women. Cancer Causes Control. 2006;17(7):949-55. PMID: 16841262.

Whittemore AS, Balise RR, Pharoah PD, et al. Oral contraceptive use and ovarian cancer risk among carriers of BRCA1 or BRCA2 mutations. Br J Cancer. 2004;91(11):1911-5. PMID: 15545966.

Whittemore AS, Harris R and Itnyre J. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case-control studies. II. Invasive epithelial ovarian cancers in white women. Collaborative Ovarian Cancer Group. Am J Epidemiol. 1992;136(10):1184-203. PMID: 1476141.

Wilailak S, Vipupinyo C, Suraseranivong V, et al. Depot medroxyprogesterone acetate and epithelial ovarian cancer: a multicentre case-control study. BJOG. 2012;119(6):672-7. PMID: 22489761.

Wingo PA, Austin H, Marchbanks PA, et al. Oral contraceptives and the risk of death from breast cancer. Obstet Gynecol. 2007;110(4):793-800. PMID: 17906011.

Wittenberg J, Cook LS, Rossing MA, et al. Reproductive risk factors for mucinous and non-mucinous epithelial ovarian cancer. Epidemiology. 1999;10(6):761-3. PMID: 10535792.

Wrensch M, Chew T, Farren G, et al. Risk factors for breast cancer in a population with high incidence rates. Breast Cancer Res. 2003;5(4):R88-102. PMID: 12817999.

Xu WH, Shu XO, Long J, et al. Relation of FGFR2 genetic polymorphisms to the association between oral contraceptive use and the risk of breast cancer in Chinese women. Am J Epidemiol. 2011;173(8):923-31. PMID: 21382839.

Yang HP, Trabert B, Murphy MA, et al. Ovarian cancer risk factors by histologic subtypes in the NIH-AARP diet and health study. International Journal of Cancer. 2012;131(4):938-948. PMID: 2012349954.

Yang L, Kuper H, Sandin S, et al. Reproductive history, oral contraceptive use, and the risk of ischemic and hemorrhagic stoke in a cohort study of middle-aged Swedish women. Stroke. 2009;40(4):1050-8. PMID: 19211494.

C-12

00803610

Exhibit 163

JA-0003152

# Study Groupings

**Table C-1. Primary articles and companion articles grouped by study name (alphabetical)**

| Study Name | Primary Abstracted Article | Companion Articles* |
|---|---|---|
| Cancer and Steroid Hormone (CASH) Study | Gross, 1992[1] | |
| | Gwinn, 1990[2] | |
| | Maxwell, 2006[3] | |
| | Schildkraut, 2002[4] | |
| Collaborative Ovarian Cancer Group Study | Harris, 1992[5] | Steinberg, 1997[6] |
| | Hartge, 1994[10] | Whittemore, 1992[7] |
| | Horn-Ross, 1992[11] | Whittemore, 1992[8]* |
| | John, 1993[12] | Whittemore, 1992[9]* |
| European Prospective Investigation Into Cancer and Nutrition | Dossus, 2010[13] | |
| | Tsilidis, 2010[14] | |
| | Tsilidis, 2011[15] | |
| International Agency for Research on Cancer (IARC) Multicentric Case-Control Study | Moreno, 2002[16] | |
| | Hammouda, 2005[17] | |
| International BRCA1/2 Carrier Cohort Study | Antoniou, 2009[18] | |
| | Brohet, 2007[19] | |
| Leiden Thrombophilia Study | Bloemenkamp, 1995[20] | |
| | Bloemenkamp, 2000[21] | |
| Malignant Ovarian (MALOVA) Cancer Study | Huusom, 2006[22] | |
| | Soegaard, 2007[23] | |
| Myocardial Infarction Causality (MICA) Study | Dunn, 1999[24] | |
| | Dunn, 1999[25] | |
| | Dunn, 2001[26] | |
| Norwegian-Swedish Women's Lifestyle and Health Cohort Study | Kumle, 2004[27] | |
| | Kumle, 2004[28] | |
| Nurses' Health Study | Hankinson, 1995[29] | Colditz, 1994[30] |
| | Grodstein, 1996[31] | |
| | Tworoger, 2007[32] | |
| Oxford Family Planning Association (Oxford-FPA) Contraceptive Study | Mant, 1998[33] | |
| | Vessey, 1995[34] | |
| | Vessey, 2006[35] | |
| | Vessey, 2010[36] | Vessey, 2003[37] |
| Risk of Arterial Thrombosis in Relation to Oral Contraceptives (RATIO) Study | Kemmeren, 2002[38] | |
| | Tanis, 2001[39] | |
| Royal College of General Practitioners' Oral Contraceptive Study | Hannaford, 1998[40] | |
| | Hannaford, 2007[41] | Hannaford, 2005[42] |
| | Hannaford, 2010[43] | Beral, 1999[44] |
| Shanghai Breast Cancer Study | Fowke, 2004[45] | |
| | Xu, 2011[46] | |
| Shanghai Textile Workers Study | Rosenblatt, 2004[47] | |
| | Rosenblatt, 2009[48] | Wernli, 2006[49] |
| | Gallagher, 2011[50] | |

C–13

00803611

Exhibit 163

JA-0003153

| Study Name | Primary Abstracted Article | Companion Articles* |
|---|---|---|
| **Study of Health and Reproduction (SHARE)** | Greer, 2005[51] | |
| | Greer, 2005[52] | |
| | Modugno, 2001[53] | Ness, 2000[54] <br> Ness, 2000[55] <br> Ness, 2001[56] |
| | Ness, 2000[55] | Ness, 2000[54] <br> Ness, 2001[56] <br> Modugno, 2001[53] |
| | Ness, 2001[56] | Ness, 2000[55] <br> Modugno, 2001[53] <br> Ness, 2000[54] |
| | Walker, 2002[57] | |
| **Transnational Study on Oral Contraceptives and the Health of Young Women** | Heinemann, 1997[58] | Heinemann, 1998[59] <br> Spitzer, 1993[60]* |
| | Heinemann, 1999[61] | |
| | Lewis, 1999[62] | Lewis, 1996[63] <br> Lewis, 1996[64] <br> Lewis, 1997[65] <br> Lewis, 1999[66] |
| | Suissa, 1997[67] | Spitzer, 1996[68] |
| | Suissa, 2000[69] | |
| **Women's Environment, Cancer, and Radiation Epidemiology (WECARE) Study** | Figueiredo, 2008[70] | |
| | Figueiredo, 2010[71] | |
| **Women's Contraceptive and Reproductive Experiences (CARE) Study** | Folger, 2007[72] | |
| | Ma, 2010[73] | |
| | Marchbanks, 2002[74] | Marchbanks, 2002[75]* |
| | Norman, 2003[76] | |
| | Marchbanks, 2012[77] | Marchbanks, 2002[74] |
| | Lu, 2011[78] <br> (Presents data from both CARE and the California Teachers Study [CTS], analyzed separately) | |
| **Women's Learning the Influence of Family and Environment (LIFE) Study** | Lee, 2008[79] | |
| | Ma, 2006[80] | |
| **World Health Organization Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception** | Anonymous, 1995[81] | Anonymous, 1995[82]* |
| | Anonymous, 1995[83] | |
| | Anonymous, 1996[84] | |
| | Anonymous, 1996[85] | |
| | Anonymous, 1997[86] | |
| | Anonymous, 1998[87] | |
| | Chang, 1999[88] | |
| **World Health Organization Collaborative Study of Neoplasia and Steroid Contraceptives** | Rosenblatt, 1992[89] | |
| | Thomas, 1991[90] | |

*Companion articles marked with an asterisk did not individually meet criteria for inclusion but were considered for supplemental information (e.g., methods data pertinent to an included study).

00803612

Exhibit 163

**Table C-2. Primary articles and companion articles grouped by author (study name not applicable)**

| Author | Primary Abstracted Article | Companion Articles* |
|---|---|---|
| Althuis, 2003 | Althuis, 2003[91] | Brinton, 1995[92]* |
|  | Althuis, 2003[93] |  |
| Badawy, 1992 | Badawy, 1992[94] | Badawy, 1992[95]* |
| Chiaffarino, 2001 | Chiaffarino, 2001[96] |  |
|  | Tavani, 2004[97] |  |
| Jick, 2000 | Jick, 2000[98] | Jick, 1995[99] |
|  | Farmer, 2000[100] |  |
| Le Gal, 2010 | Le Gal, 2010[101] | Rodger, 2008[102]* |
| Legnani, 2002 | Legnani, 2002[103] |  |
|  | Legnani, 2004[104] |  |
| Lidegaard, 2012 | Lidegaard, 2012[105] | Lidegaard, 2002[106] |
|  |  | Lidegaard, 1998[107] |
|  | Lidegaard, 2011[108] | Lidegaard, 2009[109] |
|  | Lidegaard, 2002[110] | Lidegaard, 1998[111] |
|  | Lidegaard, 1998[112] | Lidegaard, 1999[113] |
|  |  | Lidegaard, 1995[114] |
|  |  | Lidegaard, 1998[107] |
| Newcomer, 2003 | Newcomer, 2003[115] | Newcomb, 1994[116]* |
| Parazzini, 1991 | Parazzini, 1991[117] |  |
|  | Parazzini, 2000[118] |  |
|  | Tavani, 2000[119] |  |
| Riman, 2001 | Riman, 2001[120] |  |
|  | Riman, 2002[121] |  |
| Risch, 1996 | Risch, 1996[122] | Risch, 1994[123] |
|  |  | Risch, 1994[124]* |
| Sanderson, 2000 | Sanderson, 2000[125] |  |
|  | Wittenberg, 1999[126] |  |
| Siskind, 2000 | Nagle, 2008[127] |  |
|  | Siskind, 2000[128] | Purdie, 2001[129] |
| Tryggvadóttir, 2002 | Tryggvadóttir, 2002[130] | Tryggvadóttir, 2001[131]* |
| Tung, 2003 | Lurie, 2007[132] | Goodman, 2005[133] |
|  |  | Goodman, 2002[134] |
|  | Lurie, 2008[135] |  |
|  | Tung, 2003[136] |  |
|  | Tung, 2005[137] |  |
| van Vlijmen, 2007 | van Vlijmen, 2007[138] | Brouwer, 2006[139]* |
| Wang, 2012 | Wang, 2012[140] | Li, 2006[141] |
|  | Li, 2010[142] |  |

*Companion articles marked with an asterisk did not individually meet criteria for inclusion but were considered for supplemental information (e.g., methods data pertinent to an included study).

# References for Study Groupings

1.  Gross TP, Schlesselman JJ, Stadel BV, et al. The risk of epithelial ovarian cancer in short-term users of oral contraceptives. Am J Epidemiol. 1992;136(1):46-53. PMID: 1415131.

2.  Gwinn ML, Lee NC, Rhodes PH, et al. Pregnancy, breast feeding, and oral contraceptives and the risk of epithelial ovarian cancer. J Clin Epidemiol. 1990;43(6):559-68. PMID: 2348208.

3.  Maxwell GL, Schildkraut JM, Calingaert B, et al. Progestin and estrogen potency of combination oral contraceptives and endometrial cancer risk. Gynecol Oncol. 2006;103(2):535-40. PMID: 16740300.

00803613

Exhibit 163

JA-0003155

4. Schildkraut JM, Calingaert B, Marchbanks PA, et al. Impact of progestin and estrogen potency in oral contraceptives on ovarian cancer risk. J Natl Cancer Inst. 2002;94(1):32-8. PMID: 11773280.

5. Harris R, Whittemore AS, Itnyre J. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case-control studies. III. Epithelial tumors of low malignant potential in white women. Collaborative Ovarian Cancer Group. Am J Epidemiol. 1992;136(10):1204-11. PMID: 1476142.

6. Steinberg KK, Smith SJ, Stroup DF, et al. Comparison of effect estimates from a meta-analysis of summary data from published studies and from a meta-analysis using individual patient data for ovarian cancer studies. Am J Epidemiol. 1997;145(10):917-25. PMID: 9149663.

7. Whittemore AS, Harris R, Itnyre J. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case-control studies. II. Invasive epithelial ovarian cancers in white women. Collaborative Ovarian Cancer Group. Am J Epidemiol. 1992;136(10):1184-203. PMID: 1476141.

8. Whittemore AS, Harris R, Itnyre J. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case-control studies. IV. The pathogenesis of epithelial ovarian cancer. Collaborative Ovarian Cancer Group. Am J Epidemiol. 1992;136(10):1212-20. PMID: 1476143.

9. Whittemore AS, Harris R, Itnyre J, et al. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case-control studies. I. Methods. Collaborative Ovarian Cancer Group. Am J Epidemiol. 1992;136(10):1175-83. PMID: 1476140.

10. Hartge P, Whittemore AS, Itnyre J, et al. Rates and risks of ovarian cancer in subgroups of white women in the United States. The Collaborative Ovarian Cancer Group. Obstet Gynecol. 1994;84(5):760-4. PMID: 7936508.

11. Horn-Ross PL, Whittemore AS, Harris R, et al. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 U.S. case-control studies. VI. Nonepithelial cancers among adults. Collaborative Ovarian Cancer Group. Epidemiology. 1992;3(6):490-5. PMID: 1329996.

12. John EM, Whittemore AS, Harris R, et al. Characteristics relating to ovarian cancer risk: collaborative analysis of seven U.S. case-control studies. Epithelial ovarian cancer in black women. Collaborative Ovarian Cancer Group. J Natl Cancer Inst. 1993;85(2):142-7. PMID: 8418303.

13. Dossus L, Allen N, Kaaks R, et al. Reproductive risk factors and endometrial cancer: the European Prospective Investigation into Cancer and Nutrition. Int J Cancer. 2010;127(2):442-51. PMID: 19924816.

14. Tsilidis KK, Allen NE, Key TJ, et al. Oral contraceptives, reproductive history and risk of colorectal cancer in the European Prospective Investigation into Cancer and Nutrition. Br J Cancer. 2010;103(11):1755-9. PMID: 21045829.

15. Tsilidis KK, Allen NE, Key TJ, et al. Oral contraceptive use and reproductive factors and risk of ovarian cancer in the European Prospective Investigation into Cancer and Nutrition. Br J Cancer. 2011;105(9):1436-42. PMID: 21915224.

16. Moreno V, Bosch FX, Munoz N, et al. Effect of oral contraceptives on risk of cervical cancer in women with human papillomavirus infection: the IARC multicentric case-control study. Lancet. 2002;359(9312):1085-92. PMID: 11943255.

17. Hammouda D, Munoz N, Herrero R, et al. Cervical carcinoma in Algiers, Algeria: human papillomavirus and lifestyle risk factors. Int J Cancer. 2005;113(3):483-9. PMID: 15455386.

18. Antoniou AC, Rookus M, Andrieu N, et al. Reproductive and hormonal factors, and ovarian cancer risk for BRCA1 and BRCA2 mutation carriers: results from the International BRCA1/2 Carrier Cohort Study. Cancer Epidemiol Biomarkers Prev. 2009;18(2):601-10. PMID: 19190154.

19. Brohet RM, Goldgar DE, Easton DF, et al. Oral contraceptives and breast cancer risk in the international BRCA1/2 carrier cohort study: a report from EMBRACE, GENEPSO, GEO-HEBON, and the IBCCS Collaborating Group. J Clin Oncol. 2007;25(25):3831-6. PMID: 17635951.

20. Bloemenkamp KW, Rosendaal FR, Helmerhorst FM, et al. Enhancement by factor V Leiden mutation of risk of deep-vein thrombosis associated with oral contraceptives

C-16

00803614

Exhibit 163

JA-0003156

containing a third-generation progestagen. Lancet. 1995;346(8990):1593-6. PMID: 7500751.

21. Bloemenkamp KW, Rosendaal FR, Helmerhorst FM, et al. Higher risk of venous thrombosis during early use of oral contraceptives in women with inherited clotting defects. Arch Intern Med. 2000;160(1):49-52. PMID: 10632304.

22. Huusom LD, Frederiksen K, Hogdall EV, et al. Association of reproductive factors, oral contraceptive use and selected lifestyle factors with the risk of ovarian borderline tumors: a Danish case-control study. Cancer Causes Control. 2006;17(6):821-9. PMID: 16783610.

23. Soegaard M, Jensen A, Hogdall E, et al. Different risk factor profiles for mucinous and nonmucinous ovarian cancer: results from the Danish MALOVA study. Cancer Epidemiol Biomarkers Prev. 2007;16(6):1160-6. PMID: 17548679.

24. Dunn N, Thorogood M, Faragher B, et al. Oral contraceptives and myocardial infarction: results of the MICA case-control study. BMJ. 1999;318(7198):1579-83. PMID: 10364115.

25. Dunn NR, Faragher B, Thorogood M, et al. Risk of myocardial infarction in young female smokers. Heart. 1999;82(5):581-3. PMID: 10525513.

26. Dunn NR, Arscott A, Thorogood M. The relationship between use of oral contraceptives and myocardial infarction in young women with fatal outcome, compared to those who survive: results from the MICA case-control study. Contraception. 2001;63(2):65-9. PMID: 11292469.

27. Kumle M, Weiderpass E, Braaten T, et al. Risk for invasive and borderline epithelial ovarian neoplasias following use of hormonal contraceptives: the Norwegian-Swedish Women's Lifestyle and Health Cohort Study. Br J Cancer. 2004;90(7):1386-91. PMID: 15054460.

28. Kumle M, Weiderpass E, Braaten T, et al. Use of oral contraceptives and breast cancer risk: The Norwegian-Swedish Women's Lifestyle and Health Cohort Study. Cancer Epidemiol Biomarkers Prev. 2002;11(11):1375-81. PMID: 12433714.

29. Hankinson SE, Colditz GA, Hunter DJ, et al. A prospective study of reproductive factors

and risk of epithelial ovarian cancer. Cancer. 1995;76(2):284-90. PMID: 8625104.

30. Colditz GA. Oral contraceptive use and mortality during 12 years of follow-up: the Nurses' Health Study. Ann Intern Med. 1994;120(10):821-6. PMID: 8154642.

31. Grodstein F, Stampfer MJ, Goldhaber SZ, et al. Prospective study of exogenous hormones and risk of pulmonary embolism in women. Lancet. 1996;348(9033):983-7. PMID: 8855854.

32. Tworoger SS, Fairfield KM, Colditz GA, et al. Association of oral contraceptive use, other contraceptive methods, and infertility with ovarian cancer risk. Am J Epidemiol. 2007;166(8):894-901. PMID: 17656616.

33. Mant J, Painter R, Vessey M. Risk of myocardial infarction, angina and stroke in users of oral contraceptives: an updated analysis of a cohort study. Br J Obstet Gynaecol. 1998;105(8):890-6. PMID: 9746383.

34. Vessey MP, Painter R. Endometrial and ovarian cancer and oral contraceptives--findings in a large cohort study. Br J Cancer. 1995;71(6):1340-2. PMID: 7779735.

35. Vessey M, Painter R. Oral contraceptive use and cancer. Findings in a large cohort study, 1968-2004. Br J Cancer. 2006;95(3):385-9. PMID: 16819539.

36. Vessey M, Yeates D, Flynn S. Factors affecting mortality in a large cohort study with special reference to oral contraceptive use. Contraception. 2010;82(3):221-9. PMID: 20705149.

37. Vessey M, Painter R, Yeates D. Mortality in relation to oral contraceptive use and cigarette smoking. Lancet. 2003;362(9379):185-91. PMID: 12885478.

38. Kemmeren JM, Tanis BC, van den Bosch MA, et al. Risk of Arterial Thrombosis in Relation to Oral Contraceptives (RATIO) study: oral contraceptives and the risk of ischemic stroke. Stroke. 2002;33(5):1202-8. PMID: 11988591.

39. Tanis BC, van den Bosch MA, Kemmeren JM, et al. Oral contraceptives and the risk of myocardial infarction. N Engl J Med. 2001;345(25):1787-93. PMID: 11752354.

40. Hannaford PC, Kay CR. The risk of serious illness among oral contraceptive users:

00803615

Exhibit 163

JA-0003157

evidence from the RCGP's oral contraceptive study. Br J Gen Pract. 1998;48(435):1657-62. PMID: 10071398.

41. Hannaford PC, Selvaraj S, Elliott AM, et al. Cancer risk among users of oral contraceptives: cohort data from the Royal College of General Practitioner's oral contraception study. BMJ. 2007;335(7621):651. PMID: 17855280.

42. Hannaford P, Elliott A. Use of exogenous hormones by women and colorectal cancer: evidence from the Royal College of General Practitioners' Oral Contraception Study. Contraception. 2005;71(2):95-8. PMID: 15707557.

43. Hannaford PC, Iversen L, Macfarlane TV, et al. Mortality among contraceptive pill users: cohort evidence from Royal College of General Practitioners' Oral Contraception Study. BMJ. 2010;340:c927. PMID: 20223876.

44. Beral V, Hermon C, Kay C, et al. Mortality associated with oral contraceptive use: 25 year follow up of cohort of 46 000 women from Royal College of General Practitioners' oral contraception study. BMJ. 1999;318(7176):96-100. PMID: 9880284.

45. Fowke JH, Shu XO, Dai Q, et al. Oral contraceptive use and breast cancer risk: modification by NAD(P)H:quinone oxoreductase (NQO1) genetic polymorphisms. Cancer Epidemiol Biomarkers Prev. 2004;13(8):1308-15. PMID: 15298951.

46. Xu WH, Shu XO, Long J, et al. Relation of FGFR2 genetic polymorphisms to the association between oral contraceptive use and the risk of breast cancer in Chinese women. Am J Epidemiol. 2011;173(8):923-31. PMID: 21382839.

47. Rosenblatt KA, Gao DL, Ray RM, et al. Contraceptive methods and induced abortions and their association with the risk of colon cancer in Shanghai, China. Eur J Cancer. 2004;40(4):590-3. PMID: 14962728.

48. Rosenblatt KA, Gao DL, Ray RM, et al. Oral contraceptives and the risk of all cancers combined and site-specific cancers in Shanghai. Cancer Causes Control. 2009;20(1):27-34. PMID: 18704712.

49. Wernli KJ, Ray RM, Gao DL, et al. Menstrual and reproductive factors in relation to risk of endometrial cancer in Chinese women. Cancer Causes Control. 2006;17(7):949-55. PMID: 16841262.

50. Gallagher LG, Davis LB, Ray RM, et al. Reproductive history and mortality from cardiovascular disease among women textile workers in Shanghai, China. Int J Epidemiol. 2011;40(6):1510-8. PMID: 22158661.

51. Greer JB, Modugno F, Allen GO, et al. Androgenic progestins in oral contraceptives and the risk of epithelial ovarian cancer. Obstet Gynecol. 2005;105(4):731-40. PMID: 15802398.

52. Greer JB, Modugno F, Allen GO, et al. Short-term oral contraceptive use and the risk of epithelial ovarian cancer. Am J Epidemiol. 2005;162(1):66-72. PMID: 15961588.

53. Modugno F, Ness RB, Wheeler JE. Reproductive risk factors for epithelial ovarian cancer according to histologic type and invasiveness. Ann Epidemiol. 2001;11(8):568-74. PMID: 11709277.

54. Ness RB, Grisso JA, Cottreau C, et al. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. Epidemiology. 2000;11(2):111-7. PMID: 11021606.

55. Ness RB, Grisso JA, Klapper J, et al. Risk of ovarian cancer in relation to estrogen and progestin dose and use characteristics of oral contraceptives. SHARE Study Group. Steroid Hormones and Reproductions. Am J Epidemiol. 2000;152(3):233-41. PMID: 10933270.

56. Ness RB, Grisso JA, Vergona R, et al. Oral contraceptives, other methods of contraception, and risk reduction for ovarian cancer. Epidemiology. 2001;12(3):307-12. PMID: 11337604.

57. Walker GR, Schlesselman JJ, Ness RB. Family history of cancer, oral contraceptive use, and ovarian cancer risk. Am J Obstet Gynecol. 2002;186(1):8-14. PMID: 11810077.

58. Heinemann LA, Lewis MA, Thorogood M, et al. Case-control study of oral contraceptives and risk of thromboembolic stroke: results from International Study on Oral Contraceptives and Health of Young Women. BMJ. 1997;315(7121):1502-4. PMID: 9420491.

C-18

00803616

Exhibit 163

59. Heinemann LA, Lewis MA, Spitzer WO, et al. Thromboembolic stroke in young women. A European case-control study on oral contraceptives. Transnational Research Group on Oral Contraceptives and the Health of Young Women. Contraception. 1998;57(1):29-37. PMID: 9554248.

60. Spitzer WO, Thorogood M, Heinemann L. Trinational Case-Control Study of Oral Contraceptives and Health. Pharmacoepidemiology and drug safety. 1993;2:21-31. PMID:

61. Heinemann LA, Assmann A, DoMinh T, et al. Oral progestogen-only contraceptives and cardiovascular risk: results from the Transnational Study on Oral Contraceptives and the Health of Young Women. Eur J Contracept Reprod Health Care. 1999;4(2):67-73. PMID: 10427481.

62. Lewis MA. The Transnational Study on Oral Contraceptives and the Health of Young Women. Methods, results, new analyses and the healthy user effect. Hum Reprod Update. 1999;5(6):707-20. PMID: 10652980.

63. Lewis MA, Heinemann LA, MacRae KD, et al. The increased risk of venous thromboembolism and the use of third generation progestagens: role of bias in observational research. The Transnational Research Group on Oral Contraceptives and the Health of Young Women. Contraception. 1996;54(1):5-13. PMID: 8804801.

64. Lewis MA, Spitzer WO, Heinemann LA, et al. Third generation oral contraceptives and risk of myocardial infarction: an international case-control study. Transnational Research Group on Oral Contraceptives and the Health of Young Women. BMJ. 1996;312(7023):88-90. PMID: 8555936.

65. Lewis MA, Heinemann LA, Spitzer WO, et al. The use of oral contraceptives and the occurrence of acute myocardial infarction in young women. Results from the Transnational Study on Oral Contraceptives and the Health of Young Women. Contraception. 1997;56(3):129-40. PMID: 9347202.

66. Lewis MA, MacRae KD, Kuhl-Habichl D, et al. The differential risk of oral contraceptives: the impact of full exposure history. Hum Reprod. 1999;14(6):1493-9. PMID: 10359554.

67. Suissa S, Blais L, Spitzer WO, et al. First-time use of newer oral contraceptives and the risk of venous thromboembolism. Contraception. 1997;56(3):141-6. PMID: 9347203.

68. Spitzer WO, Lewis MA, Heinemann LA, et al. Third generation oral contraceptives and risk of venous thromboembolic disorders: an international case-control study. Transnational Research Group on Oral Contraceptives and the Health of Young Women. BMJ. 1996;312(7023):83-8. PMID: 8555935.

69. Suissa S, Spitzer WO, Rainville B, et al. Recurrent use of newer oral contraceptives and the risk of venous thromboembolism. Hum Reprod. 2000;15(4):817-21. PMID: 10739826.

70. Figueiredo JC, Bernstein L, Capanu M, et al. Oral contraceptives, postmenopausal hormones, and risk of asynchronous bilateral breast cancer: the WECARE Study Group. J Clin Oncol. 2008;26(9):1411-8. PMID: 18250348.

71. Figueiredo JC, Haile RW, Bernstein L, et al. Oral contraceptives and postmenopausal hormones and risk of contralateral breast cancer among BRCA1 and BRCA2 mutation carriers and noncarriers: the WECARE Study. Breast Cancer Res Treat. 2010;120(1):175-83. PMID: 19597986.

72. Folger SG, Marchbanks PA, McDonald JA, et al. Risk of breast cancer associated with short-term use of oral contraceptives. Cancer Causes Control. 2007;18(2):189-98. PMID: 17216547.

73. Ma H, Wang Y, Sullivan-Halley J, et al. Use of four biomarkers to evaluate the risk of breast cancer subtypes in the women's contraceptive and reproductive experiences study. Cancer Res. 2010;70(2):575-87. PMID: 20068186.

74. Marchbanks PA, McDonald JA, Wilson HG, et al. Oral contraceptives and the risk of breast cancer. N Engl J Med. 2002;346(26):2025-32. PMID: 12087137.

75. Marchbanks PA, McDonald JA, Wilson HG, et al. The NICHD Women's Contraceptive and Reproductive Experiences Study: methods and operational results. Ann Epidemiol. 2002;12(4):213-21. PMID: 11988408.

76. Norman SA, Berlin JA, Weber AL, et al. Combined effect of oral contraceptive use and hormone replacement therapy on breast cancer risk in postmenopausal women. Cancer Causes Control. 2003;14(10):933-43. PMID: 14750532.

C-19

Exhibit 163

00803617

77.    Marchbanks PA, Curtis KM, Mandel MG, et al. Oral contraceptive formulation and risk of breast cancer. Contraception. 2012;85(4):342-350. PMID: 2012157299.

78.    Lu Y, Ma H, Malone KE, et al. Oral contraceptive use and survival in women with invasive breast cancer. Cancer Epidemiol Biomarkers Prev. 2011;20(7):1391-7. PMID: 21551244.

79.    Lee E, Ma H, McKean-Cowdin R, et al. Effect of reproductive factors and oral contraceptives on breast cancer risk in BRCA1/2 mutation carriers and noncarriers: results from a population-based study. Cancer Epidemiol Biomarkers Prev. 2008;17(11):3170-8. PMID: 18990759.

80.    Ma H, Bernstein L, Ross RK, et al. Hormone-related risk factors for breast cancer in women under age 50 years by estrogen and progesterone receptor status: Results from a case-control and a case-case comparison. Breast Cancer Research. 2006;8(4). PMID:

81.    Anonymous. Venous thromboembolic disease and combined oral contraceptives: results of international multicentre case-control study. World Health Organization Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Lancet. 1995;346(8990):1575-82. PMID: 7500748.

82.    Anonymous. A multinational case-control study of cardiovascular disease and steroid hormone contraceptives. Description and validation of methods. World Health Organization Collaborative Study of Cardiovascular and Steroid Hormone Contraception. J Clin Epidemiol. 1995;48(12):1513-47. PMID: 8543965.

83.    Anonymous. Effect of different progestagens in low oestrogen oral contraceptives on venous thromboembolic disease. World Health Organization Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Lancet. 1995;346(8990):1582-8. PMID: 7500749.

84.    Anonymous. Ischaemic stroke and combined oral contraceptives: results of an international, multicentre, case-control study. WHO Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Lancet. 1996;348(9026):498-505. PMID: 8757151.

85.    Anonymous. Haemorrhagic stroke, overall stroke risk, and combined oral contraceptives: results of an international, multicentre, case-control study. WHO Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Lancet. 1996;348(9026):505-10. PMID: 8757152.

86.    Anonymous. Acute myocardial infarction and combined oral contraceptives: results of an international multicentre case-control study. WHO Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Lancet. 1997;349(9060):1202-9. PMID: 9130941.

87.    Anonymous. Cardiovascular disease and use of oral and injectable progestogen-only contraceptives and combined injectable contraceptives. Results of an international, multicenter, case-control study. World Health Organization Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Contraception. 1998;57(5):315-24. PMID: 9673838.

88.    Chang CL, Donaghy M, Poulter N. Migraine and stroke in young women: case-control study. The World Health Organisation Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. BMJ. 1999;318(7175):13-8. PMID: 9872876.

89.    Rosenblatt KA, Thomas DB, Noonan EA. High-dose and low-dose combined oral contraceptives: protection against epithelial ovarian cancer and the length of the protective effect. The WHO Collaborative Study of Neoplasia and Steroid Contraceptives. Eur J Cancer. 1992;28A(11):1872-6. PMID: 1389530.

90.    Thomas DB. The WHO Collaborative Study of Neoplasia and Steroid Contraceptives: the influence of combined oral contraceptives on risk of neoplasms in developing and developed countries. Contraception. 1991;43(6):695-710. PMID: 1868738.

91.    Althuis MD, Brogan DR, Coates RJ, et al. Hormonal content and potency of oral contraceptives and breast cancer risk among young women. Br J Cancer. 2003;88(1):50-7. PMID: 12556959.

92.    Brinton LA, Daling JR, Liff JM, et al. Oral contraceptives and breast cancer risk among younger women. J Natl Cancer Inst. 1995;87(11):827-35. PMID: 7791232.

93.    Althuis MD, Brogan DD, Coates RJ, et al. Breast cancers among very young

00803618

Exhibit 163

JA-0003160

premenopausal women (United States). Cancer Causes Control. 2003;14(2):151-60. PMID: 12749720.

94. Badawy YA, Bayoumi DM. An epidemiologic study of ovarian cancer. Part 11: Oral contraceptive use and menstrual events. J Egypt Public Health Assoc. 1992;67(5-6):579-91. PMID: 1294683.

95. Badawy YA, Bayoumi DM. An epidemiologic study of ovarian cancer. Part 1: Reproductive and social factors. J Egypt Public Health Assoc. 1992;67(3-4):465-77. PMID: 1296973.

96. Chiaffarino F, Pelucchi C, Parazzini F, et al. Reproductive and hormonal factors and ovarian cancer. Ann Oncol. 2001;12(3):337-41. PMID: 11332145.

97. Tavani A, Bosetti C, Dal Maso L, et al. Influence of selected hormonal and lifestyle factors on familial propensity to ovarian cancer. Gynecol Oncol. 2004;92(3):922-6. PMID: 14984961.

98. Jick H, Kaye JA, Vasilakis-Scaramozza C, et al. Risk of venous thromboembolism among users of third generation oral contraceptives compared with users of oral contraceptives with levonorgestrel before and after 1995: cohort and case-control analysis. BMJ. 2000;321(7270):1190-5. PMID: 11073511.

99. Jick H, Jick SS, Gurewich V, et al. Risk of idiopathic cardiovascular death and nonfatal venous thromboembolism in women using oral contraceptives with differing progestagen components. Lancet. 1995;346(8990):1589-93. PMID: 7500750.

100. Farmer RD, Lawrenson RA, Todd JC, et al. A comparison of the risks of venous thromboembolic disease in association with different combined oral contraceptives. Br J Clin Pharmacol. 2000;49(6):580-90. PMID: 10848722.

101. Le Gal G, Kovacs MJ, Carrier M, et al. Risk of recurrent venous thromboembolism after a first oestrogen-associated episode. Data from the REVERSE cohort study. Thromb Haemost. 2010;104(3):498-503. PMID: 20539910.

102. Rodger MA, Kahn SR, Wells PS, et al. Identifying unprovoked thromboembolism patients at low risk for recurrence who can discontinue anticoagulant therapy. CMAJ. 2008;179(5):417-26. PMID: 18725614.

103. Legnani C, Palareti G, Guazzaloca G, et al. Venous thromboembolism in young women; role of thrombophilic mutations and oral contraceptive use. Eur Heart J. 2002;23(12):984-90. PMID: 12069454.

104. Legnani C, Cini M, Cosmi B, et al. Risk of deep vein thrombosis: interaction between oral contraceptives and high factor VIII levels. Haematologica. 2004;89(11):1347-51. PMID: 15531457.

105. Lidegaard O, Lokkegaard E, Jensen A, et al. Thrombotic stroke and myocardial infarction with hormonal contraception. N Engl J Med. 2012;366(24):2257-66. PMID: 22693997.

106. Lidegaard O, Kreiner S. Contraceptives and cerebral thrombosis: a five-year national case-control study. Contraception. 2002;65(3):197-205. PMID: 11929641.

107. Lidegaard O, Kreiner S. Cerebral thrombosis and oral contraceptives. A case-control study. Contraception. 1998;57(5):303-14. PMID: 9673837.

108. Lidegaard O, Nielsen LH, Skovlund CW, et al. Risk of venous thromboembolism from use of oral contraceptives containing different progestogens and oestrogen doses: Danish cohort study, 2001-9. BMJ. 2011;343:d6423. PMID: 22027398.

109. Lidegaard O, Lokkegaard E, Svendsen AL, et al. Hormonal contraception and risk of venous thromboembolism: national follow-up study. BMJ. 2009;339:b2890. PMID: 19679613.

110. Lidegaard O, Edstrom B, Kreiner S. Oral contraceptives and venous thromboembolism: a five-year national case-control study. Contraception. 2002;65(3):187-96. PMID: 11929640.

111. Lidegaard O, Edstrom B, Kreiner S. Oral contraceptives and venous thromboembolism. A case-control study. Contraception. 1998;57(5):291-301. PMID: 9673836.

112. Lidegaard O. Thrombotic diseases in young women and the influence of oral contraceptives. Am J Obstet Gynecol. 1998;179(3 Pt 2):S62-7. PMID: 9753312.

113. Lidegaard O. Smoking and use of oral contraceptives: impact on thrombotic diseases. Am J Obstet Gynecol. 1999;180(6 Pt 2):S357-63. PMID: 10368521.

C-21

00803619

Exhibit 163

JA-0003161

114. Lidegaard O. Oral contraceptives, pregnancy and the risk of cerebral thromboembolism: the influence of diabetes, hypertension, migraine and previous thrombotic disease. Br J Obstet Gynaecol. 1995;102(2):153-9. PMID: 7756208.

115. Newcomer LM, Newcomb PA, Trentham-Dietz A, et al. Oral contraceptive use and risk of breast cancer by histologic type. Int J Cancer. 2003;106(6):961-4. PMID: 12918077.

116. Newcomb PA, Storer BE, Longnecker MP, et al. Lactation and a reduced risk of premenopausal breast cancer. N Engl J Med. 1994;330(2):81-7. PMID: 8259187.

117. Parazzini F, La Vecchia C, Negri E, et al. Oral contraceptive use and the risk of ovarian cancer: an Italian case-control study. Eur J Cancer. 1991;27(5):594-8. PMID: 1828969.

118. Parazzini F, Chatenoud L, Chiantera V, et al. Population attributable risk for ovarian cancer. Eur J Cancer. 2000;36(4):520-4. PMID: 10717530.

119. Tavani A, Ricci E, La Vecchia C, et al. Influence of menstrual and reproductive factors on ovarian cancer risk in women with and without family history of breast or ovarian cancer. Int J Epidemiol. 2000;29(5):799-802. PMID: 11034959.

120. Riman T, Dickman PW, Nilsson S, et al. Risk factors for epithelial borderline ovarian tumors: results of a Swedish case-control study. Gynecol Oncol. 2001;83(3):575-85. PMID: 11733975.

121. Riman T, Dickman PW, Nilsson S, et al. Risk factors for invasive epithelial ovarian cancer: results from a Swedish case-control study. Am J Epidemiol. 2002;156(4):363-73. PMID: 12181107.

122. Risch HA, Marrett LD, Jain M, et al. Differences in risk factors for epithelial ovarian cancer by histologic type. Results of a case-control study. Am J Epidemiol. 1996;144(4):363-72. PMID: 8712193.

123. Risch HA, Marrett LD, Howe GR. Parity, contraception, infertility, and the risk of epithelial ovarian cancer. Am J Epidemiol. 1994;140(7):585-97. PMID: 7942759.

124. Risch HA, Jain M, Marrett LD, et al. Dietary lactose intake, lactose intolerance, and the risk of epithelial ovarian cancer in southern Ontario (Canada). Cancer Causes Control. 1994;5(6):540-8. PMID: 7827241.

125. Sanderson M, Williams MA, Weiss NS, et al. Oral contraceptives and epithelial ovarian cancer. Does dose matter? J Reprod Med. 2000;45(9):720-6. PMID: 11027080.

126. Wittenberg J, Cook LS, Rossing MA, et al. Reproductive risk factors for mucinous and non-mucinous epithelial ovarian cancer. Epidemiology. 1999;10(6):761-3. PMID: 10535792.

127. Nagle CM, Bain CJ, Green AC, et al. The influence of reproductive and hormonal factors on ovarian cancer survival. Int J Gynecol Cancer. 2008;18(3):407-13. PMID: 17645507.

128. Siskind V, Green A, Bain C, et al. Beyond ovulation: oral contraceptives and epithelial ovarian cancer. Epidemiology. 2000;11(2):106-10. PMID: 11021605.

129. Purdie DM, Siskind V, Bain CJ, et al. Reproduction-related risk factors for mucinous and nonmucinous epithelial ovarian cancer. Am J Epidemiol. 2001;153(9):860-4. PMID: 11323316.

130. Tryggvadottir L, Tulinius H, Eyfjord JE, et al. Breast cancer risk factors and age at diagnosis: an Icelandic cohort study. Int J Cancer. 2002;98(4):604-8. PMID: 11920622.

131. Tryggvadottir L, Tulinius H, Eyfjord JE, et al. Breastfeeding and reduced risk of breast cancer in an Icelandic cohort study. Am J Epidemiol. 2001;154(1):37-42. PMID: 11427403.

132. Lurie G, Thompson P, McDuffie KE, et al. Association of estrogen and progestin potency of oral contraceptives with ovarian carcinoma risk. Obstet Gynecol. 2007;109(3):597-607. PMID: 17329510.

133. Goodman MT, Ferrell R, McDuffie K, et al. Calcitonin gene polymorphism CALCA-624 (T/C) and ovarian cancer. Environ Mol Mutagen. 2005;46(1):53-8. PMID: 15880427.

134. Goodman MT, Wu AH, Tung KH, et al. Association of galactose-1-phosphate uridyltransferase activity and N314D genotype with the risk of ovarian cancer. Am J Epidemiol. 2002;156(8):693-701. PMID: 12370157.

135. Lurie G, Wilkens LR, Thompson PJ, et al. Combined oral contraceptive use and epithelial

00803620

Exhibit 163

ovarian cancer risk: time-related effects. Epidemiology. 2008;19(2):237-43. PMID: 18223481.

136. Tung KH, Goodman MT, Wu AH, et al. Reproductive factors and epithelial ovarian cancer risk by histologic type: a multiethnic case-control study. Am J Epidemiol. 2003;158(7):629-38. PMID: 14507598.

137. Tung KH, Wilkens LR, Wu AH, et al. Effect of anovulation factors on pre- and postmenopausal ovarian cancer risk: revisiting the incessant ovulation hypothesis. Am J Epidemiol. 2005;161(4):321-9. PMID: 15692075.

138. van Vlijmen EF, Brouwer JL, Veeger NJ, et al. Oral contraceptives and the absolute risk of venous thromboembolism in women with single or multiple thrombophilic defects: results from a retrospective family cohort study. Arch Intern Med. 2007;167(3):282-9. PMID: 17296885.

139. Brouwer JL, Veeger NJ, Kluin-Nelemans HC, et al. The pathogenesis of venous thromboembolism: evidence for multiple interrelated causes. Ann Intern Med. 2006;145(11):807-15. PMID: 17146065.

140. Wang C, Li Y, Li H, et al. Increased risk of stroke in oral contraceptive users carried replicated genetic variants: a population-based case-control study in China. Hum Genet. 2012. PMID: 22476622.

141. Li Y, Zhou L, Coulter D, et al. Prospective cohort study of the association between use of low-dose oral contraceptives and stroke in Chinese women. Pharmacoepidemiol Drug Saf. 2006;15(10):726-34. PMID: 16761299.

142. Li Y, Chen F, Zhou L, et al. COC use, ACE/AGT gene polymorphisms, and risk of stroke. Pharmacogenet Genomics. 2010;20(5):298-306. PMID: 20300047.

00803621

Exhibit 163

JA-0003163

# Appendix D. Excluded Studies

All studies listed below were reviewed in their full-text version and excluded for the reason shown in bold. Reasons for exclusion signify only the usefulness of the articles for this study and are not intended as criticisms of the articles.

## Abstract only or full text unobtainable

AlHilli MM, Dowdy SC, Weaver A, et al. Factors associated with synchronous ovarian and endometrial cancer: A population-based case control study. Journal of Clinical Oncology. 2011;29(15):2011-06..

Anonymous. The safety and contraceptive efficacy of a 24-day low-dose oral contraceptive regimen containing gestodene 60 microg and ethinylestradiol 15 microg. Eur J Contracept Reprod Health Care. 1999;4 Suppl 2(9-15. PMID: 14677620.

Aung MT, Soe MY and Mya WW. Study on risk factors for cervical carcinoma at Central Womens Hospital, Yangon, Myanmar. BJOG: An International Journal of Obstetrics and Gynaecology. 2012;119 SUPPL. 1:124.

Carney M, Goodman M, Lurie G, et al. NSAIDS do not prevent ovarian cancer. Gynecologic Oncology. 2012;125 SUPPL. 1:S97.

Cea-Soriano L, Blenk T, M.-A AW, et al. Hormonal therapies and meningioma: A UK primary care study. Pharmacoepidemiology and Drug Safety. 2011;20 SUPPL. 1:S240-S241.

Coutinho Nunes F, Caetano C, Figueiredo Dias M, et al. Oral contraception and breast cancer. European Journal of Contraception and Reproductive Health Care. 2012;17 SUPPL. 1:S137.

Cramer DW, Titus-Ernstoff L and Vitonis AF. Genital talc use and ovarian cancer: Influence of histologic type and menopausal status on strength and dose response of the association. Cancer Research. 2011;71(8):2011-04.

Dentali F, Poli D, Scoditti U, et al. Clinical history of patients with cerebral vein thrombosis: Results of a large multicenter international cohort study. Journal of Thrombosis and Haemostasis. 2011;9 SUPPL. 2:763.

DeVries M, Agnihotram RV, Koushik A, et al. The role of environmental cofactors in the progression of cervical precancerous lesions. American Journal of Epidemiology. 2011;173 SUPPL. 11:S169.

Dinger J, Assmann A and Moehner S. Oral contraceptives and the risk of VTE: Reanalysis of the EURAS/LASS study. Pharmacoepidemiology and Drug Safety. 2011;20 SUPPL. 1:S74-S75.

Dinger J, Bardenheuer K and Assmann A. Safety and effectiveness of oral contraceptives in obese women. Pharmacoepidemiology and Drug Safety. 2011;20 SUPPL. 1:S15-S16.

Dinger J, Bardenheuer K and Franke C. The risk of VTE in users of a 24-day regimen of a combined oral contraceptive compared to conventional 21-day OC regimens: Results from the INASOC study. Pharmacoepidemiology and Drug Safety. 2011;20 SUPPL. 1:S131.

Dinger J, Moehner S and Do Minh T. Early use effects on the risk of venous thromboembolism after initiation of oral contraceptive use. Eur J Contracept Reprod Health Care. 2010;94(4 Suppl 1):S3.

Dinger J, Moehner S and Do Minh T. The risk of venous thromboembolism in users of an etonogestrel/ethinylestradiol containing vaginal ring - Interim results from the tasc study. Fertility and Sterility. 2011;96(3 SUPPL. 1):S36.

Driak D, Sehnal B, Hurt K, et al. Influence of combined oral contraception with progestin dominancy on uterine fibroid development. European Journal of Contraception and Reproductive Health Care. 2012;17 SUPPL. 1:S96-S97.

Farhat GN, LaCroix A, Grady D, et al. Hot flashes, hormone therapy, and breast cancer risk: The Women's Health Initiative Clinical Trials. Cancer Prevention Research. 2010;3(12):2010-11.

Feldman L, Goldstein L, Ouyang B, et al. Oral contraceptive and hormone replacement therapy in women with cerebral aneurysms. Journal of NeuroInterventional Surgery. 2010;2 SUPPL. 1:A13-A14.

Gold EB, Crawford SL, Avis N, et al. Factors longitudinally related to age at menopause. American Journal of Epidemiology. 2011;173 SUPPL. 11:S152.

Haque R, Inzhakova G, Shi JM, et al. The new generation of combined hormone contraceptives and

00803622

Exhibit 163                                                                                           JA-0003164

risk of gynecologic cancers. Journal of Clinical Oncology. 2011;29(15):2011-06.

Heit JA, Armasu SM, Matsumoto ME, et al. Association of gene-environment interactions with venous thromboembolism (VTE): A merged/imputed genome-wide scan/candidate-gene case-control study. Blood. 2011;118(21):2011-12.

Heit JA, Armasu SM, Petterson T, et al. Association of gene-environment interactions with venous thromboembolism (VTE): A pathway-directed candidate-gene case-control study. Blood. 2010;116(21):2010-12.

Howard B, Weiss H and Ricciotti N. A multicentre, randomised, double-blind study to evaluate the efficacy of an extended regimen oral contraceptive pill for the management of menstrually related migraine headaches. European Journal of Contraception and Reproductive Health Care. 2012;17 SUPPL. 1:S45-S46.

M, Lopez-Bermejo A, et al. Ethinylestradiol-cyproterone acetate vs pioglitazone-flutamide-metformin in adolescent girls with androgen excess. Hormone Research in Paediatrics. 2011;76 SUPPL. 2:93.

Kelsall D. Clinical shorts. Cmaj. 2011;183(17):2016. PMID: 2011645276.

Lijfering WM, Rosendaal F, Reitsma P, et al. Risk of venous thrombosis associated with coagulation factor viii and its interrelationship with other procoagulant and environmental risk factors. Journal of Thrombosis and Haemostasis. 2011;9 SUPPL. 2:400-401.

Lindh I and Milsom I. The influence of intrauterine contraception on the prevalence and severity of dysmenorrhoea: A longitudinal population study. European Journal of Contraception and Reproductive Health Care. 2012;17 SUPPL. 1:S106-S107.

Lodigiani C, Lorusso R, Ferrazzi P, et al. Sudden sensorineural hearing loss: A possible role of thrombophilia and cardiovascular risk factors. Journal of Thrombosis and Haemostasis. 2011;9 SUPPL. 2:875.

Mantha S, Raghavan V, Karp R, et al. Progestin-only contraceptives and the risk of venous thromboembolism: Systematic review and meta-analysis. Blood. 2011;118(21):2011-12.

Naz T, Akhter Z, Jamal T. Oral contraceptives versus expectant treatment in the management of functional ovarian cysts. Journal of Medical Sciences 2011;19(4):185-188. PMID: 2012276542.

Nezhat FR, Nezhat CH, Borhan S, et al. Is Hormonal Suppression Efficacious in Treating Functional Ovarian Cysts?. J Am Assoc Gynecol Laparosc. 1994;1(4, Part 2):S26. PMID: 9073730.

Papadakis E, Spyrou A, Gatsa E, et al. Hormonal therapy (HT) associated thromboembolism. retrospective analysis of 81 cases and long term follow up, experience from a single center. Journal of Thrombosis and Haemostasis. 2011;9 SUPPL. 2:632.

Poole EM, Schernhammer ES and Tworoger SS. Rotating night shift work and risk of ovarian cancer. Cancer Prevention Research. 2010;3(12):2010-11.

Schrijver LH, Rookus MA, Mooij TM, et al. Brca1 carriers and oral contraceptives-risk-benefit calculation on breast and ovarian cancer. European Journal of Cancer. 2012;48 SUPPL. 1:S75.

Setiawan VW, Karageorgi S, Deming S, et al. Age at last birth and endometrial cancer risk: Pooled analysis in the Epidemiology of Endometrial Cancer Consortium. Cancer Research. 2011;71(8):2011-04.

Siegerink B, Algra A and Rosendaal FR. High molecular weight kininogen and the risk of myocardial infarction and ischaemic stroke in young women: Results from the ratio case-control study. Journal of Thrombosis and Haemostasis. 2011;9 SUPPL. 2:567.

Siegerink B, Andersson HM, Luken BM, et al. VWF and ADAMTS13 levels and the risk of myocardial infarction and ischaemic stroke in young women: Results from the ratio case-control study. Journal of Thrombosis and Haemostasis. 2011;9 SUPPL. 2:209.

Skouby SO. Oral contraceptives and cancer incidence. European Journal of Contraception and Reproductive Health Care. 2012;17 SUPPL. 1:S158.

Stegeman BH, Vos HL, Helmerhorst FM, et al. Haplotypes in the CYP1A2 and CYP3A4 genes and the risk of oral contraceptive-associated venous thrombosis. Journal of Thrombosis and Haemostasis. 2011;9 SUPPL. 2:768.

Stegeman BH, Vos HL, Helmerhorst FM, et al. Increased levels of sex hormone binding globulin in association with venous thrombosis. Journal of Thrombosis and Haemostasis. 2011;9 SUPPL. 2:428.

Trentham-Dietz A, Sprague B, Hampton J, et al. Are risk factors for breast cancer in woman &lt; 50 years of age different than for women over 50?. American Journal of Epidemiology. 2011;173 SUPPL. 11:S256.

Uccella S, Mariani A, Wang AH, et al. Epidemiologic risk factors for type I versus type II endometrial cancer in the Iowa women's health study

D-2

00803623

Exhibit 163

(IWHS). International Journal of Gynecological Cancer. 2011;21(12 SUPPL. 3):S1127.

Van Den Berg L, De Jong S, Huisman M, et al. Endogenous female reproductive hormones and the risk of amyotrophic lateral sclerosis. Neurology. 2012;78(1):2012-04.

Van Hylckama Vlieg A, Flinterman LE, Cannegieter SC, et al. The risk of recurrent venous thrombosis associated with oral contraceptive use. Journal of Thrombosis and Haemostasis. 2011;9 SUPPL. 2:173.

Van Hylckama Vlieg A, Smith NL, Lijfering WM, et al. The association of concomitant use of estrogen hormones and statins and the risk of venous thrombosis. Journal of Thrombosis and Haemostasis. 2011;9 SUPPL. 2:401.

Vercellini P, Somigliana E, Vigano P, et al. Surgical reduction of ovarian reserve in women with endometriomas. Human Reproduction. 2011;26 SUPPL. 1:i41.

Wahner Hendrickson AE, Goode EL, Knutson KL, et al. Predictors of ovarian cancer survival: A prospective study at Mayo Clinic. Journal of Clinical Oncology. 2011;29(15):2011-06.

Winckers K, Siegerink B, Duckers C, et al. An increased tissue factor pathway inhibitor (TFPI) activity is associated with myocardial infarction in young women: Results from the ratio study. Journal of Thrombosis and Haemostasis. 2011;9 SUPPL. 2:900.

Yang HP, Trabert B, Murphy MA, et al. Ovarian cancer risk factors by histologic subtypes in the NIH-AARP Diet and Health Study. Cancer Research. 2011;71(8):2011-04.

## Non-English language

Heinemann LAJ, Lewis MA, Kuhl-Habich D, et al. Lifetime history of oral contraceptive use and development of tumours of the uterus and ovary. Geburtshilfe und Frauenheilkunde. 2002;62(6):566-573.

Heinemann LAJ, Lewis MA, Kuhl-Habich D, et al. The risk of breast tumours and lifetime history of oral contraceptive use. Geburtshilfe und Frauenheilkunde. 2002;62(8):750-757.

Heinemann LAJ, Lewis MA, Kuhl-Habich D, et al. Use of Oral Contraceptives and Risk of Cancer of the Uterine Corpus or Ovary. Two Case-Control Studies. Geburtshilfe und Frauenheilkunde. 2003;63(10):1018-1026.

Moradan S, Ghorbani R and Baghani S. Incidence of abnormal uterine bleeding in individuals who used hormonal contraceptive methods and referred to Semnan health centers (2006-2007). Koomesh. 2009;10(3):219-224+33.

## Not RCT, cohort, case-control, or patient-level meta-analysis

Aho K and Heliovaara M. Risk factors for rheumatoid arthritis. Ann Med. 2004;36(4):242-51. PMID: 15224650.

Aktun H, Moroy P, Cakmak P, et al. Depo-Provera: use of a long-acting progestin injectable contraceptive in Turkish women. Contraception. 2005;72(1):24-7. PMID: 15964288.

Alhenc-Gelas M, Plu-Bureau G, Guillonneau S, et al. Impact of progestagen on activated protein C (APC) resistance among users of oral contraceptives. Journal of Thrombosis and Haemostasis. 2004;2(9):1594-1600. PMID: 15333036.

Alhilli MM, Dowdy SC, Weaver AL, et al. Incidence and factors associated with synchronous ovarian and endometrial cancer: A population-based case-control study. Gynecologic Oncology. 2012;125(1):109-113. PMID: 2012157481.

Allen TW. Low-dose contraceptives increase cerebral thromboembolic attack risk. Journal of the American Osteopathic Association. 1993;93(7):755.

Allen VM, Armson BA, Wilson RD, et al. Teratogenicity associated with pre-existing and gestational diabetes. J Obstet Gynaecol Can. 2007;29(11):927-44. PMID: 17977497.

Al-Shanqeeti A, van Hylckama Vlieg A, Berntorp E, et al. Protein Z and protein Z-dependent protease inhbitor. Determinants of level and risk of venous thrombosis. Thrombosis and Haemostasis. 2005;93(3):411-413. PMID: 15735788.

Althaus FA and Kaeser L. At pill's 30th birthday, breast cancer question is unresolved. Fam Plann Perspect. 1990;22(4):173-6. PMID: 2226748.

Anonymous. 30 years of change: the current perspective on cardiovascular risks and oral contraceptives. Contracep Rep. 1995;6(2):4-9, 14. PMID: 12319497.

D-3

00803624

Exhibit 163                                                                                       JA-0003166

Anonymous. A multinational case-control study of cardiovascular disease and steroid hormone contraceptives. Description and validation of methods. World Health Organization Collaborative Study of Cardiovascular and Steroid Hormone Contraception. J Clin Epidemiol. 1995;48(12):1513-47. PMID: 8543965.

Anonymous. Age at last birth has significant impact on ovarian cancer risk. South African Medical Journal. 2004;94(9):740-741.

Anonymous. An open-label, multicenter, noncomparative safety and efficacy study of Mircette, a low-dose estrogen-progestin oral contraceptive. The Mircette Study Group. Am J Obstet Gynecol. 1998;179(1):S2-8. PMID: 9704812.

Anonymous. Birth control pills, cigarettes, alcohol linked to liver cancer. Oncology (Williston Park). 1992;6(3):101. PMID: 1533135.

Anonymous. Cardiovascular disease and steroid hormone contraception. Report of a WHO Scientific Group. World Health Organ Tech Rep Ser. 1998;877:i-vii, 1-89. PMID: 9615606.

Anonymous. Cervical carcinoma and reproductive factors: collaborative reanalysis of individual data on 16,563 women with cervical carcinoma and 33,542 women without cervical carcinoma from 25 epidemiological studies. Int J Cancer. 2006;119(5):1108-24. PMID: 16570271.

Anonymous. Combined oral contraceptive and heart attacks. New Zealand Medical Journal. 1997;110(1049):285.

Anonymous. Continuation rates for oral contraceptives and hormone replacement therapy. The ESHRE Capri Workshop Group. Hum Reprod. 2000;15(8):1865-71. PMID: 10920118.

Anonymous. Contraceptive methods and breast cancer risk: an update. Contracept Rep. 2000;11(2):9-11. PMID: 12349712.

Anonymous. Does the pill affect bone mineral density?. Contracept Technol Update. 2000;21(8):95-6. PMID: 12349761.

Anonymous. Drospirenone: high risk of venous thrombosis. Prescrire Int. 2011;20(113):43-5. PMID: 21488592.

Anonymous. Familial breast cancer: collaborative reanalysis of individual data from 52 epidemiological studies including 58,209 women with breast cancer and 101,986 women without the disease. Lancet. 2001;358(9291):1389-99. PMID: 11705483.

Anonymous. Health risks outweigh benefits for combined estrogen plus progestin. Clinical trial stopped early in major study. Ginecol Obstet Mex. 2002;70:411-2. PMID: 12449905.

Anonymous. Hormones and breast cancer. Hum Reprod Update. 2004;10(4):281-93. PMID: 15192054.

Anonymous. Improved utilization of spacing methods--intrauterine devices (IUDs) and low-dose combined oral contraceptives (OCs)--through re-orientation training for improving quality of services. Indian Council of Medical Research Task Force on IUD and Hormonal Contraceptives. Contraception. 1994;50(3):215-28. PMID: 7805372.

Anonymous. Less joint damage for arthritis patients who are often pregnant or use oral contraceptives long-term. Pharmaceutical Journal. 2002;268(7197):638.

Anonymous. Levonorgestrel is more effective, has fewer side-effects, than Yuzpe regimen. Prog Hum Reprod Res. 1999;(51):3-5. PMID: 12349416.

Anonymous. Little risk of stroke for healthy young women using oral contraceptives. Prog Hum Reprod Res. 1996;(39):3-4. PMID: 12292199.

Anonymous. No link between OC use and heart attack. Contracept Technol Update. 1999;20(10):115-6. PMID: 12322318.

Anonymous. Oral contraceptive pills and the risk of venous thromboembolism. Prog Hum Reprod Res. 1996;(39):2-3. PMID: 12292198.

Anonymous. Oral contraceptive users may be at some increased risk of cervical carcinoma. Family Planning Perspectives. 1995;27(3):134-135.

Anonymous. Oral contraceptives and hormone replacement therapy may protect against colorectal cancer. Contracept Rep. 1996;7(4):10. PMID: 12291811.

Anonymous. Oral contraceptives and liver cancer. Contracept Rep. 1997;8(5):4-8. PMID: 12348250.

D-4

Exhibit 163

JA-0003167

Anonymous. Oral contraceptives and neoplasia. World Health Organization - Technical Report Series. 1992;(817):1-46. PMID: 1539455.

Anonymous. Oral contraceptives associated with long-term reduction in ovarian cancer risk. Journal of the National Medical Association. 2008;100(5):578.

Anonymous. Oral contraceptives not associated with increased risk of breast cancer. Pharmaceutical Journal. 2002;269(7205):6.

Anonymous. Plan B OTC. Med Lett Drugs Ther. 2006;48(1243):75. PMID: 16977288.

Anonymous. Premature ovarian failure: frequency and risk factors among women attending a network of menopause clinics in Italy. BJOG. 2003;110(1):59-63. PMID: 12504937.

Anonymous. Recent studies confirm the safety of oral contraceptives with respect to stroke. Contracept Rep. 1996;7(4):4-9. PMID: 12291813.

Anonymous. Revised oral contraceptive labeling: FDA approves recommendation allowing delay of pelvic exam. Contracept Rep. 1993;4(5):4-7. PMID: 12287403.

Anonymous. Venous thrombosis with cyproterone. Prescrire Int. 2002;11(60):116. PMID: 12199266.

Anonymous. What is breast cancer risk with Depo-Provera?. Contracept Technol Update. 1992;13(1):15-6. PMID: 12343459.

Arscott A and Nettelfield P. Myocardial infarction and oral contraceptives. Prof Nurse. 2001;16(5):1117-20. PMID: 12029914.

Ascari E, Siragusa S and Piovella F. The epidemiology of deep vein thrombosis and pulmonary embolism. Haematologica. 1995;80(2 Suppl):36-41. PMID: 7628769.

Ashrafunnessa and Kamal M. Cervical intraepithelial neoplasia and its relationship with hormonal contraceptive methods. Bangladesh Medical Research Council Bulletin. 2008;34(1):33-34. PMID: 18783075.

Baeten JM, Lavreys L, Sagar M, et al. Effect of contraceptive methods on natural history of HIV: studies from the Mombasa cohort. J Acquir Immune Defic Syndr. 2005;38 Suppl 1:S18-21. PMID: 15867603.

Bagshaw S. The combined oral contraceptive. Risks and adverse effects in perspective. Drug Saf. 1995;12(2):91-6. PMID: 7766340.

Bahamondes L and Bahamondes MV. Use of combined oral contraceptives for the management of heavy menstrual bleeding. Expert Review of Obstetrics and Gynecology. 2011;6(5):485-489. PMID: 2011533998.

Baillargeon JP, McClish DK, Essah PA, et al. Association between the current use of low-dose oral contraceptives and cardiovascular arterial disease: a meta-analysis. J Clin Endocrinol Metab. 2005;90(7):3863-70. PMID: 15814774.

Bannemerschult R, Hanker JP, Wunsch C, et al. A multicenter, uncontrolled clinical investigation of the contraceptive efficacy, cycle control, and safety of a new low dose oral contraceptive containing 20 micrograms ethinyl estradiol and 100 micrograms levonorgestrel over six treatment cycles. Contraception. 1997;56(5):285-90. PMID: 9437556.

Barbosa IC, Filho CI, Faggion D, Jr., et al. Prospective, open-label, noncomparative study to assess cycle control, safety and acceptability of a new oral contraceptive containing gestodene 60 microg and ethinylestradiol 15 microg (Minesse). Contraception. 2006;73(1):30-3. PMID: 16371291.

Barnes MN, Grizzle WE, Grubbs CJ, et al. Paradigms for primary prevention of ovarian carcinoma. CA Cancer J Clin. 2002;52(4):216-25. PMID: 12139233.

Barnhart K, Mirkin S, Grubb G, et al. Return to fertility after cessation of a continuous oral contraceptive. Fertil Steril. 2009;91(5):1654-6. PMID: 18462723.

Becker H. Supportive European data on a new oral contraceptive containing norgestimate. Acta Obstet Gynecol Scand Suppl. 1990;152:33-9. PMID: 2189283.

Benagiano G and Primiero FM. Seventy-five microgram desogestrel minipill, a new perspective in estrogen-free contraception. Ann N Y Acad Sci. 2003;997:163-73. PMID: 14644823.

Bergendal A, Odlind V, Persson I, et al. Limited knowledge on progestogen-only contraception and risk of venous thromboembolism. Acta Obstet Gynecol Scand. 2009;88(3):261-6. PMID: 19172422.

D-5

00803626

Exhibit 163

JA-0003168

Berlin JA, Longnecker MP and Greenland S. Meta-analysis of epidemiologic dose-response data. Epidemiology. 1993;4(3):218-28. PMID: 8512986.

Bermejo-Perez MJ, Marquez-Calderon S and Llanos-Mendez A. Effectiveness of preventive interventions in BRCA1/2 gene mutation carriers: a systematic review. Int J Cancer. 2007;121(2):225-31. PMID: 17471565.

Berrington A and Cox DR. Generalized least squares for the synthesis of correlated information. Biostatistics. 2003;4(3):423-31. PMID: 12925509.

Bertram CC. Evidence for practice: oral contraception and risk of cervical cancer. J Am Acad Nurse Pract. 2004;16(10):455-61. PMID: 15543923.

Black A, Francoeur D, Rowe T, et al. SOGC clinical practice guidelines: Canadian contraception consensus. J Obstet Gynaecol Can. 2004;26(3):219-96. PMID: 15016334.

Blanco-Molina A, Rota LL, Di Micco P, et al. Venous thromboembolism during pregnancy, postpartum or during contraceptive use. Thromb Haemost. 2010;103(2):306-11. PMID: 20126835.

Blickstein D and Blickstein I. Oral contraception and thrombophilia. Curr Opin Obstet Gynecol. 2007;19(4):370-6. PMID: 17625421.

Blinkenberg EO, Kristoffersen AH, Sandberg S, et al. Usefulness of factor V Leiden mutation testing in clinical practice. Eur J Hum Genet. 2010;18(8):862-6. PMID: 20332812.

Bosch FX and de Sanjose S. The epidemiology of human papillomavirus infection and cervical cancer. Dis Markers. 2007;23(4):213-27. PMID: 17627057.

Bosetti C, Bravi F, Negri E, et al. Oral contraceptives and colorectal cancer risk: a systematic review and meta-analysis. Hum Reprod Update. 2009;15(5):489-98. PMID: 19414526.

Bousser MG and Kittner SJ. Oral contraceptives and stroke. Cephalalgia. 2000;20(3):183-9. PMID: 10997772.

Brady MS and Coit DG. Focal nodular hyperplasia of the liver. Surg Gynecol Obstet. 1990;171(5):377-81. PMID: 2173158.

Bray F, Dos Santos Silva I, Moller H, et al. Endometrial cancer incidence trends in Europe: underlying determinants and prospects for prevention. Cancer Epidemiol Biomarkers Prev. 2005;14(5):1132-42. PMID: 15894663.

Brinton LA. Oral contraceptives and cervical neoplasia. Contraception. 1991;43(6):581-95. PMID: 1868734.

Brown C, Ling F and Wan J. A new monophasic oral contraceptive containing drospirenone. Effect on premenstrual symptoms. J Reprod Med. 2002;47(1):14-22. PMID: 11838304.

Brown DA and Vartan CM. Risk of venous thromboembolism with drospirenone-containing oral contraceptives. Am J Health Syst Pharm. 2011;68(11):1003-10. PMID: 21593228.

Brynhildsen J, Ekblad S and Hammar M. Oral contraceptives and low back pain. Attitudes among physicians, midwives and physiotherapists. Acta Obstet Gynecol Scand. 1995;74(9):714-7. PMID: 7572106.

Bulow Pedersen I, Laurberg P, Knudsen N, et al. Lack of association between thyroid autoantibodies and parity in a population study argues against microchimerism as a trigger of thyroid autoimmunity. Eur J Endocrinol. 2006;154(1):39-45. PMID: 16381989.

Burke W, Daly M, Garber J, et al. Recommendations for follow-up care of individuals with an inherited predisposition to cancer. II. BRCA1 and BRCA2. Cancer Genetics Studies Consortium. JAMA. 1997;277(12):997-1003. PMID: 9091675.

Buss L, Tolstrup J, Munk C, et al. Spontaneous abortion: a prospective cohort study of younger women from the general population in Denmark. Validation, occurrence and risk determinants. Acta Obstet Gynecol Scand. 2006;85(4):467-75. PMID: 16612710.

Calhaz-Jorge C, Mol BW, Nunes J, et al. Clinical predictive factors for endometriosis in a Portuguese infertile population. Hum Reprod. 2004;19(9):2126-31. PMID: 15229202.

Calhoun A. Combined hormonal contraceptives: Is it time to reassess their role in migraine?. Headache. 2012;52(4):648-660. PMID: 2012211771.

Callejo J, Diaz J, Ruiz A, et al. Effect of a low-dose oral contraceptive containing 20 microg ethinylestradiol and 150 microg desogestrel on

D-6

00803627

Exhibit 163

dysmenorrhea. Contraception. 2003;68(3):183-8. PMID: 14561538.

Canto-Cetina TE and Cetina-Manzanilla J. Oral contraceptives and autoimmune diseases. Current Women's Health Reviews. 2007;3(2):139-144.

Carolei A, Marini C, Ferranti E, et al. A prospective study of cerebral ischemia in the young. Analysis of pathogenic determinants. The National Research Council Study Group. Stroke. 1993;24(3):362-7. PMID: 8446970.

Carr BR and Ory H. Estrogen and progestin components of oral contraceptives: relationship to vascular disease. Contraception. 1997;55(5):267-72. PMID: 9220222.

Castellsague X and Munoz N. Chapter 3: Cofactors in human papillomavirus carcinogenesis--role of parity, oral contraceptives, and tobacco smoking. J Natl Cancer Inst Monogr. 2003;(31):20-8. PMID: 12807941.

Castle PE, Wacholder S, Lorincz AT, et al. Smoking, but not parity or OC use, increased the risk of high-grade cervical neoplasia in women infected with HPV. Evidence-based Obstetrics and Gynecology. 2003;5(2):92-93.

Cavalcanti SM, Deus FC, Zardo LG, et al. Human papillomavirus infection and cervical cancer in Brazil: a retrospective study. Mem Inst Oswaldo Cruz. 1996;91(4):433-40. PMID: 9070405.

Chabbert-Buffet N, Amoura Z, Scarabin PY, et al. Pregnane progestin contraception in systemic lupus erythematosus: a longitudinal study of 187 patients. Contraception. 2011;83(3):229-37. PMID: 21310284.

Chakhtoura Z, Canonico M, Gompel A, et al. Progestogen-Only Contraceptives and the Risk of Acute Myocardial Infarction: A Meta-Analysis. J Clin Endocrinol Metab. 2011;96(4):1169-74. PMID: 21289250.

Chakhtoura Z, Canonico M, Gompel A, et al. Progestogen-only contraceptives and the risk of stroke: a meta-analysis. Stroke. 2009;40(4):1059-62. PMID: 19211491.

Chan WS, Ray J, Wai EK, et al. Risk of stroke in women exposed to low-dose oral contraceptives: a critical evaluation of the evidence. Arch Intern Med. 2004;164(7):741-7. PMID: 15078643.

Chasan-Taber L and Stampfer MJ. Epidemiology of oral contraceptives and cardiovascular disease. Ann Intern Med. 1998;128(6):467-77. PMID: 9499331.

Chen PL, Zhou H and Dominik R. Estimating cycle pregnancy probability with incomplete data in contraceptive studies. J Biopharm Stat. 2003;13(3):507-17. PMID: 12921397.

Chi C, Pollard D, Tuddenham EG, et al. Menorrhagia in adolescents with inherited bleeding disorders. J Pediatr Adolesc Gynecol. 2010;23(4):215-22. PMID: 20471874.

Chilvers CE and Deacon JM. Oral contraceptives and breast cancer. Br J Cancer. 1990;61(1):1-4. PMID: 2404506.

Chilvers CE, Pike MC, Taylor CN, et al. General practitioner notes as a source of information for case-control studies in young women. UK National Case-Control Study Group. J Epidemiol Community Health. 1994;48(1):92-7. PMID: 8138777.

Christerson S and Stromberg B. Childhood stroke in Sweden I: incidence, symptoms, risk factors and short-term outcome. Acta Paediatr. 2010;99(11):1641-9. PMID: 20586998.

Cibula D, Gompel A, Mueck AO, et al. Hormonal contraception and risk of cancer. Hum Reprod Update. 2010;16(6):631-50. PMID: 20543200.

Cibula D, Zikan M, Dusek L, et al. Oral contraceptives and risk of ovarian and breast cancers in BRCA mutation carriers: a meta-analysis. Expert Rev Anticancer Ther. 2011;11(8):1197-207. PMID: 21916573.

Claus EB, Black PM, Bondy ML, et al. Exogenous hormone use and meningioma risk: what do we tell our patients?. Cancer. 2007;110(3):471-6. PMID: 17580362.

Colditz GA. The Nurses' Health Study: Findings during 10 years of follow-up of a cohort of U.S. women. Current Problems in Obstetrics, Gynecology and Fertility. 1990;13(4):135-140.

Cole JA, Norman H, Doherty M, et al. Venous thromboembolism, myocardial infarction, and stroke among transdermal contraceptive system users. Obstet Gynecol. 2007;109(2 Pt 1):339-46. PMID: 17267834.

D-7

00803628

Exhibit 163

Conard J. Biological coagulation findings in third-generation oral contraceptives. Hum Reprod Update. 1999;5(6):672-80. PMID: 10652977.

Costa HL and Doyle P. Influence of oral contraceptives in the development of post-molar trophoblastic neoplasia--a systematic review. Gynecol Oncol. 2006;100(3):579-85. PMID: 16297971.

Coutinho EM, Spinola P, Tomaz G, et al. Efficacy, acceptability, and clinical effects of a low-dose injectable contraceptive combination of dihydroxyprogesterone acetophenide and estradiol enanthate. Contraception. 2000;61(4):277-80. PMID: 10899484.

Cox M and Blacksell S. Clinical performance of the levonorgestrel intra-uterine system in routine use by the UK Family Planning and Reproductive Health Research Network: 12-month report. Br J Fam Plann. 2000;26(3):143-7. PMID: 10920290.

Crane K. Oral contraceptives as ovarian cancer prevention. J Natl Cancer Inst. 2011;103(17):1286-8. PMID: 21852259.

Creinin MD, Lisman R and Strickler RC. Screening for factor V Leiden mutation before prescribing combination oral contraceptives. Fertil Steril. 1999;72(4):646-51. PMID: 10521103.

Cremer M, Phan-Weston S and Jacobs A. Recent innovations in oral contraception. Semin Reprod Med. 2010;28(2):140-6. PMID: 20391327.

Cromer BA. Bone mineral density in adolescent and young adult women on injectable or oral contraception. Curr Opin Obstet Gynecol. 2003;15(5):353-7. PMID: 14501237.

Culwell KR, Curtis KM and del Carmen Cravioto M. Safety of contraceptive method use among women with systemic lupus erythematosus: a systematic review. Obstet Gynecol. 2009;114(2 Pt 1):341-53. PMID: 19622996.

Curtis KM, Chrisman CE and Peterson HB. Contraception for women in selected circumstances. Obstet Gynecol. 2002;99(6):1100-12. PMID: 12052606.

Curtis KM, Mohllajee AP and Peterson HB. Use of combined oral contraceptives among women with migraine and nonmigrainous headaches: a systematic review. Contraception. 2006;73(2):189-94. PMID: 16413849.

Curtis KM, Mohllajee AP, Martins SL, et al. Combined oral contraceptive use among women with hypertension: a systematic review. Contraception. 2006;73(2):179-88. PMID: 16413848.

Curtis KM. Safety of implantable contraceptives for women: data from observational studies. Contraception. 2002;65(1):85-96. PMID: 11861058.

D'Arcy PF. Follow up of mortality associated with oral contraceptives over 25 years. International Pharmacy Journal. 1999;13(2):45-46.

Darwish A, Labeeb S, Galal M, et al. Cervical changes associated with progestagen-only contraceptives: a team approach. Contraception. 2004;69(2):121-7. PMID: 14759616.

Davidson AR, Kalmuss D, Cushman LF, et al. Injectable contraceptive discontinuation and subsequent unintended pregnancy among low-income women. Am J Public Health. 1997;87(9):1532-4. PMID: 9314810.

Davis AR, Kroll R, Soltes B, et al. Occurrence of menses or pregnancy after cessation of a continuous oral contraceptive. Fertil Steril. 2008;89(5):1059-63. PMID: 17658522.

Dawson DA. Trends in use of oral contraceptives--data from the 1987 National Health Interview Survey. Fam Plann Perspect. 1990;22(4):169-72. PMID: 2226747.

de Araujo FF, Barbieri M, Guazzelli CA, et al. The T 380A intrauterine device: a retrospective 5-year evaluation. Contraception. 2008;78(6):474-8. PMID: 19014793.

De Berardis D, Serroni N, Salerno RM, et al. Treatment of premenstrual dysphoric disorder (PMDD) with a novel formulation of drospirenone and ethinyl estradiol. Ther Clin Risk Manag. 2007;3(4):585-90. PMID: 18472980.

de Jonge ET, Yigit R, Molenberghs G, et al. Predictors of oligoamenorrhea at 1-year follow-up in premenopausal women using a levonorgestrel-releasing intrauterine system. Contraception. 2007;76(2):91-5. PMID: 17656176.

Delgado-Rodriguez M, Sillero-Arenas M, Rodriguez-Contreras R, et al. Oral contraceptives and breast

D-8

00803629

Exhibit 163

cancer. A meta-analysis. Rev Epidemiol Sante Publique. 1991;39(2):165-81. PMID: 1830968.

Dibble SL, Roberts SA, Robertson PA, et al. Risk factors for ovarian cancer: lesbian and heterosexual women. Oncol Nurs Forum. 2002;29(1):E1-7. PMID: 11845216.

Diehl AK, Schwesinger WH, Holleman DR, Jr., et al. Clinical correlates of gallstone composition: distinguishing pigment from cholesterol stones. Am J Gastroenterol. 1995;90(6):967-72. PMID: 7771432.

Dietrich T, Garcia RI, de Pablo P, et al. The effects of cigarette smoking on C-reactive protein concentrations in men and women and its modification by exogenous oral hormones in women. Eur J Cardiovasc Prev Rehabil. 2007;14(5):694-700. PMID: 17925630.

Dinger J. Oral contraceptives and venous thromboembolism: old questions revisited. J Fam Plann Reprod Health Care. 2009;35(4):211-3. PMID: 19849911.

Dinger JC, Bardenheuer K and Assmann A. International Active Surveillance Study of Women Taking Oral Contraceptives (INAS-OC Study). BMC Med Res Methodol. 2009;9:77. PMID: 19922634.

Dodick DW. Migraine as a risk factor for white matter lesions, silent infarctions, and ischemic stroke. Headache Currents. 2005;2(3):58-61.

dos Santos Silva I and Swerdlow AJ. Recent trends in incidence of and mortality from breast, ovarian and endometrial cancers in England and Wales and their relation to changing fertility and oral contraceptive use. Br J Cancer. 1995;72(2):485-92. PMID: 7640237.

Dougherty PL. Menstrual suppression: benefits and risks of continuous combined oral contraceptives. Nurs Womens Health. 2008;12(3):243-8. PMID: 18557855.

Douketis JD, Ginsberg JS, Holbrook A, et al. A reevaluation of the risk for venous thromboembolism with the use of oral contraceptives and hormone replacement therapy. Arch Intern Med. 1997;157(14):1522-30. PMID: 9236553.

Drife J. Oral contraception and the risk of thromboembolism: what does it mean to clinicians and their patients?. Drug Saf. 2002;25(13):893-902. PMID: 12381211.

Drife JO. Oral contraceptives and heavy periods. Obstetrics and Gynecology. 2011;117(4):773-774. PMID: 2011176150.

Duijkers I, Engels L and Klipping C. Length of the menstrual cycle after discontinuation of oral contraceptives. Gynecol Endocrinol. 2005;20(2):74-9. PMID: 15823825.

Dumeaux V, Lund E and Hjartaker A. Use of oral contraceptives, alcohol, and risk for invasive breast cancer. Cancer Epidemiol Biomarkers Prev. 2004;13(8):1302-7. PMID: 15298950.

Dunn MS, Manahan KJ and Geisler JP. Primary carcinoma of the fallopian tube and epithelial ovarian carcinoma: A case control analysis. Obstetrical and Gynecological Survey. 2009;64(1):26-27.

Dunn N. No increased risk of heart attack associated with oral contraceptives. Biomedicine and Pharmacotherapy. 2000;54(3):170.

Dunn NR, Arscott A, Thorogood M, et al. Case and control recruitment, and validation of cases for the MICA case-control study in England, Scotland and Wales. Pharmacoepidemiol Drug Saf. 1999;8(4):285-90. PMID: 15073921.

Dunn NR, Thorogood M, de Caestecker L, et al. Myocardial infarction and oral contraceptives, a retrospective case control study in England and Scotland ('MICA' Study). Pharmacoepidemiol Drug Saf. 1997;6(4):283-9. PMID: 15073780.

Duska LR, Garrett A, Rueda BR, et al. Endometrial cancer in women 40 years old or younger. Gynecol Oncol. 2001;83(2):388-93. PMID: 11606102.

Edgren RA. Oral contraceptives and cancer. Int J Fertil. 1991;36 Suppl 3:37-50. PMID: 1687403.

Elit L. Familial ovarian cancer. Can Fam Physician. 2001;47:778-84. PMID: 11340759.

Engel NS. Update on cancer risk and oral contraceptives. MCN Am J Matern Child Nurs. 1990;15(1):37. PMID: 2105427.

Ewertz M. Breast cancer in Denmark. Incidence, risk factors, and characteristics of survival. Acta Oncol. 1993;32(6):595-615. PMID: 8260176.

Farhoudi M, Sharifipour E, Ayromlou H, et al. Does low dose contraceptive pills increase stroke rate? A

D-9

00803630

Exhibit 163

cross sectional study in North-West Iran. Pakistan Journal of Medical Sciences. 2012;28(3):501-505. PMID: 2012324484.

Farley TM, Meirik O, Chang CL, et al. Combined oral contraceptives, smoking, and cardiovascular risk. J Epidemiol Community Health. 1998;52(12):775-85. PMID: 10396518.

Farmer RD and Lawrenson RA. Oral contraceptives and venous thromboembolic disease: the findings from database studies in the United Kingdom and Germany. Am J Obstet Gynecol. 1998;179(3 Pt 2):S78-86. PMID: 9753314.

Farmer RD, Lawrenson RA and Hambleton IR. Oral contraceptive switching patterns in the United Kingdom: an important potential confounding variable in studies of venous thromboembolism. Eur J Contracept Reprod Health Care. 1996;1(1):31-7. PMID: 9678135.

Farmer RD, Lawrenson RA, Todd JC, et al. Oral contraceptives and venous thromboembolic disease. Analyses of the UK General Practice Research Database and the UK Mediplus database. Hum Reprod Update. 1999;5(6):688-706. PMID: 10652979.

Farmer RD, Todd JC, Lewis MA, et al. The risks of venous thromboembolic disease among German women using oral contraceptives: a database study. Contraception. 1998;57(2):67-70. PMID: 9589831.

Farrow A, Hull MGR, Northstone K, et al. Previous long-term oral contraceptive use did not result in delayed conception of planned pregnancy. Evidence-based Obstetrics and Gynecology. 2003;5(3):124-125.

Felcher AH, Mularski RA, Mosen DM, et al. Incidence and risk factors for venous thromboembolic disease in podiatric surgery. Chest. 2009;135(4):917-22. PMID: 19017868.

Fernandez E, La Vecchia C, Balducci A, et al. Oral contraceptives and colorectal cancer risk: a meta-analysis. Br J Cancer. 2001;84(5):722-7. PMID: 11237397.

Foidart JM, Sulak PJ, Schellschmidt I, et al. The use of an oral contraceptive containing ethinylestradiol and drospirenone in an extended regimen over 126 days. Contraception. 2006;73(1):34-40. PMID: 16371292.

Foster RH and Wilde MI. Dienogest. Drugs. 1998;56(5):825-33; discussion 834-5. PMID: 9829156.

Fowkes FG, Lee AJ, Evans CJ, et al. Lifestyle risk factors for lower limb venous reflux in the general population: Edinburgh Vein Study. Int J Epidemiol. 2001;30(4):846-52. PMID: 11511615.

Franceschi S and La Vecchia C. Oral contraceptives and colorectal tumors. A review of epidemiologic studies. Contraception. 1998;58(6):335-43. PMID: 10095969.

Franks AL, Beral V, Cates W, Jr., et al. Contraception and ectopic pregnancy risk. Am J Obstet Gynecol. 1990;163(4 Pt 1):1120-3. PMID: 2220914.

Freeman EW, Halbreich U, Grubb GS, et al. An overview of four studies of a continuous oral contraceptive (levonorgestrel 90 mcg/ethinyl estradiol 20 mcg) on premenstrual dysphoric disorder and premenstrual syndrome. Contraception. 2012;85(5):437-445. PMID: 2012211979.

Freeman EW. Evaluation of a unique oral contraceptive (Yasmin) in the management of premenstrual dysphoric disorder. Eur J Contracept Reprod Health Care. 2002;7 Suppl 3:27-34; discussion 42-3. PMID: 12659404.

Funkhouser E, Waterbor JW, Cole P, et al. Mammographic patterns and breast cancer risk factors among women having elective screening. South Med J. 1993;86(2):177-80. PMID: 8434288.

Furlong LA. Ectopic pregnancy risk when contraception fails. A review. J Reprod Med. 2002;47(11):881-5. PMID: 12497674.

Gadducci A, Barsotti C, Cosio S, et al. Smoking habit, immune suppression, oral contraceptive use, and hormone replacement therapy use and cervical carcinogenesis: a review of the literature. Gynecol Endocrinol. 2011;27(8):597-604. PMID: 21438669.

Gaffield ME, Culwell KR and Ravi A. Oral contraceptives and family history of breast cancer. Contraception. 2009;80(4):372-80. PMID: 19751860.

Galarza M and Gazzeri R. Cerebral venous sinus thrombosis associated with oral contraceptives: the case for neurosurgery. Neurosurg Focus. 2009;27(5):E5. PMID: 19877796.

00803631

Exhibit 163

JA-0003173

Gallo MF, Grimes DA and Schulz KF. Skin patch and vaginal ring versus combined oral contraceptives for contraception. Cochrane Database Syst Rev. 2003;(1):CD003552. PMID: 12535478.

Gammon MD, Neugut AI, Santella RM, et al. The Long Island Breast Cancer Study Project: description of a multi-institutional collaboration to identify environmental risk factors for breast cancer. Breast Cancer Res Treat. 2002;74(3):235-54. PMID: 12206514.

Gandini S, Iodice S, Koomen E, et al. Hormonal and reproductive factors in relation to melanoma in women: current review and meta-analysis. Eur J Cancer. 2011;47(17):2607-17. PMID: 21620689.

Gartner V, Weber M and Eichinger S. The emotional impact of genetic testing and aspects of counseling prior to prescription of oral contraceptives. Contraception. 2008;78(5):392-8. PMID: 18929736.

Garza-Flores J, Valles de Bourges V, Martinez M, et al. Safety and efficacy of a combined oral contraceptive: gestodene 75 micrograms plus ethinyl estradiol 30 micrograms in Mexican women. Adv Contracept. 1994;10(1):19-26. PMID: 8030449.

Gay JW and Cardwell MS. Oral contraceptives and breast cancer. Mo Med. 1990;87(10):763-7. PMID: 2259330.

Gehlert S, Song IH, Chang CH, et al. The prevalence of premenstrual dysphoric disorder in a randomly selected group of urban and rural women. Psychol Med. 2009;39(1):129-36. PMID: 18366818.

Gemzell-Danielsson K, Inki P, Boubli L, et al. Bleeding pattern and safety of consecutive use of the levonorgestrel-releasing intrauterine system (LNG-IUS)--a multicentre prospective study. Hum Reprod. 2010;25(2):354-9. PMID: 19955104.

Gerstman BB, Piper JM, Freiman JP, et al. Oral contraceptive oestrogen and progestin potencies and the incidence of deep venous thromboembolism. Int J Epidemiol. 1990;19(4):931-6. PMID: 2084024.

Gerstman BB, Piper JM, Tomita DK, et al. Oral contraceptive estrogen dose and the risk of deep venous thromboembolic disease. Am J Epidemiol. 1991;133(1):32-7. PMID: 1983896.

Gezginc K, Balci O, Karatayli R, et al. Contraceptive efficacy and side effects of Implanon. Eur J Contracept Reprod Health Care. 2007;12(4):362-5. PMID: 17853166.

Ghandehari K, Shams M, Atalu A, et al. Oral contraceptive consumption and cerebral venous thrombosis in Mashhad, Iran. Internet Journal of Neurology. 2009;11(2).

Gigantes S. The use of exogenous hormones and the risk of thromboembolism in women. HAEMA. 2003;6(4):462-474.

Gillum LA, Mamidipudi SK and Johnston SC. Ischemic stroke risk with oral contraceptives: A meta-analysis. JAMA. 2000;284(1):72-8. PMID: 10872016.

Gillum LA, Mamidipudi SK and Johnston SC. Review: Current oral contraceptive use increases the risk for ischaemic stroke. Evidence-Based Medicine. 2001;6(2):60.

Girolami A, Spiezia L, Girolami B, et al. Effect of age on oral contraceptive-induced venous thrombosis. Clin Appl Thromb Hemost. 2004;10(3):259-63. PMID: 15247983.

Girolami A, Spiezia L, Girolami B, et al. Tentative guidelines and practical suggestions to avoid venous thromboembolism during oral contraceptive therapy. Clin Appl Thromb Hemost. 2002;8(2):97-102. PMID: 12121063.

Glattre E and Nygard JF. Fractal meta-analysis and 'causality' embedded in complexity: advanced understanding of disease etiology. Nonlinear Dynamics Psychol Life Sci. 2004;8(3):315-44. PMID: 15233878.

Godsland IF, Winkler U, Lidegaard O, et al. Occlusive vascular diseases in oral contraceptive users. Epidemiology, pathology and mechanisms. Drugs. 2000;60(4):721-869. PMID: 11085198.

Golbs S, Domhardt R, Radowicky S, et al. Clinical findings with the oral contraceptive combination ethinylestradiol/dienogest in Poland. Methods Find Exp Clin Pharmacol. 2002;24(9):585-92. PMID: 12616705.

Goldzieher JW. Thirty years of hormonal contraception: an historical perspective. Int J Fertil. 1991;36 Suppl 3:10-5. PMID: 1687399.

Green A. Oral contraceptives and skin neoplasia. Contraception. 1991;43(6):653-66. PMID: 1868736.

D-11

00803632

Exhibit 163

JA-0003174

Grimes DA. Dispelling OC myths and misperceptions. Dialogues Contracept. 1994;4(3):1-4. PMID: 12345574.

Grimes DA. Neoplastic effects of oral contraceptives. Int J Fertil. 1991;36 Suppl 1:19-24. PMID: 1678377.

Grimes DA. The safety of oral contraceptives: epidemiologic insights from the first 30 years. Am J Obstet Gynecol. 1992;166(6 Pt 2):1950-4. PMID: 1605284.

Gronwald J, Byrski T, Huzarski T, et al. A survey of preventive measures among BRCA1 mutation carriers from Poland. Clin Genet. 2007;71(2):153-7. PMID: 17250664.

Gross TP and Schlesselman JJ. The estimated effect of oral contraceptive use on the cumulative risk of epithelial ovarian cancer. Obstet Gynecol. 1994;83(3):419-24. PMID: 8127536.

Guerra-Tapia A and Sancho Perez B. Ethinylestradiol/Chlormadinone acetate: dermatological benefits. Am J Clin Dermatol. 2011;12 Suppl 1:3-11. PMID: 21895044.

Guilbert E, Boroditsky R, Black A, et al. Canadian Consensus Guideline on Continuous and Extended Hormonal Contraception, 2007. J Obstet Gynaecol Can. 2007;29(7 Suppl 2):S1-32. PMID: 17761109.

Gupta S. Weight gain on the combined pill--is it real?. Hum Reprod Update. 2000;6(5):427-31. PMID: 11045873.

Hadji P, Biskup J, Boekhoff J, et al. Evaluation of efficacy, safety and effects on symptoms of androgenization of a generic oral contraceptive containing chlormadinone acetate 2 mg/ethinylestradiol 0.03 mg. Contraception. 2012;Mar 23. PMID: 22445436.

Hankinson SE, Colditz GA, Hunter DJ, et al. A quantitative assessment of oral contraceptive use and risk of ovarian cancer. Obstet Gynecol. 1992;80(4):708-14. PMID: 1407899.

Hannaford PC and Owen-Smith V. Using epidemiological data to guide clinical practice: review of studies on cardiovascular disease and use of combined oral contraceptives. BMJ. 1998;316(7136):984-7. PMID: 9550959.

Hannaford PC. Combined oral contraceptives: do we know all of their effects?. Contraception. 1995;51(6):325-7. PMID: 7554970.

Hartard M, Kleinmond C, Kirchbichler A, et al. Age at first oral contraceptive use as a major determinant of vertebral bone mass in female endurance athletes. Bone. 2004;35(4):836-41. PMID: 15454090.

Hartge P, Hayes R, Reding D, et al. Complex ovarian cysts in postmenopausal women are not associated with ovarian cancer risk factors: preliminary data from the prostate, lung, colon, and ovarian cancer screening trial. Am J Obstet Gynecol. 2000;183(5):1232-7. PMID: 11084571.

Hassan J, Kulenthran A and Thum YS. The return of fertility after discontinuation of oral contraception in Malaysian women. Med J Malaysia. 1994;49(4):348-50. PMID: 7674970.

Hawley W, Nuovo J, DeNeef CP, et al. Do oral contraceptive agents affect the risk of breast cancer? A meta-analysis of the case-control reports. J Am Board Fam Pract. 1993;6(2):123-35. PMID: 8452064.

Hedenmalm K and Samuelsson E. Fatal venous thromboembolism associated with different combined oral contraceptives: a study of incidences and potential biases in spontaneous reporting. Drug Saf. 2005;28(10):907-16. PMID: 16180940.

Hedenmalm K, Samuelsson E and Spigset O. Pulmonary embolism associated with combined oral contraceptives: reporting incidences and potential risk factors for a fatal outcome. Acta Obstet Gynecol Scand. 2004;83(6):576-85. PMID: 15144341.

Heinemann LA and Dinger J. Safety of a new oral contraceptive containing drospirenone. Drug Saf. 2004;27(13):1001-18. PMID: 15471507.

Heinemann LA, Garbe E, Farmer R, et al. Venous thromboembolism and oral contraceptive use: a methodological study of diagnostic suspicion and referral bias. Eur J Contracept Reprod Health Care. 2000;5(3):183-91. PMID: 11131783.

Heinemann LA, Lewis MA, Assmann A, et al. Case-control studies on venous thromboembolism: bias due to design? A methodological study on venous thromboembolism and steroid hormone use. Contraception. 2002;65(3):207-14. PMID: 11929642.

D-12

00803633

Exhibit 163

JA-0003175

Heinemann LA, Lewis MA, Assmann A, et al. Could preferential prescribing and referral behaviour of physicians explain the elevated thrombosis risk found to be associated with third generation oral contraceptives?. Pharmacoepidemiol Drug Saf. 1996;5(5):285-94. PMID: 15073814.

Heinemann LA, Thomas DB and Mohner M. Multicentre international liver tumour study protocol of the case-control study on hepatocellular cancer. Pharmacoepidemiol Drug Saf. 1996;5(3):173-86. PMID: 15073834.

Heinemann LAJ, Garbe E, Sattar FA, et al. Third generation oral contraceptives and the risk of venous thrombo- embolism. Middle East Fertility Society Journal. 1998;3(1):29-42.

Helmerhorst FM, Bloemenkamp KW, Rosendaal FR, et al. Oral contraceptives and thrombotic disease: risk of venous thromboembolism. Thromb Haemost. 1997;78(1):327-33. PMID: 9198174.

Hennessy S, Berlin JA, Kinman JL, et al. Risk of venous thromboembolism from oral contraceptives containing gestodene and desogestrel versus levonorgestrel: a meta-analysis and formal sensitivity analysis. Contraception. 2001;64(2):125-33. PMID: 11704089.

Henningson M, Johansson U, Borg A, et al. CYP17 genotype is associated with short menstrual cycles, early oral contraceptive use and BRCA mutation status in young healthy women. Mol Hum Reprod. 2007;13(4):231-6. PMID: 17307805.

Hidayet NM, Sharaf SA, Aref SR, et al. Correlates of age at natural menopause: a community-based study in Alexandria. East Mediterr Health J. 1999;5(2):307-19. PMID: 10793807.

Hietala M, Sandberg T, Borg A, et al. Testosterone levels in relation to oral contraceptive use and the androgen receptor CAG and GGC length polymorphisms in healthy young women. Hum Reprod. 2007;22(1):83-91. PMID: 16920725.

Hirvonen E, Allonen H, Anttila M, et al. Oral contraceptive containing natural estradiol for premenopausal women. Maturitas. 1995;21(1):27-32. PMID: 7731379.

Hite RC, Bannemerschult R, Fox-Kuchenbecker P, et al. Large observational trial of a new low-dose oral contraceptive containing 20 micrograms ethinylestradiol and 100 micrograms levonorgestrel

(Miranova) in Germany. Eur J Contracept Reprod Health Care. 1999;4(1):7-13. PMID: 10367190.

Hollander D. Pill-related stroke risk is low, especially if users lack other risk factors. Family Planning Perspectives. 1997;29(2):95-96.

Hollander D. Third-generation pills may elevate risk of venous thromboembolism, slightly lower heart attack risk. Family Planning Perspectives. 1996;28(3):131-132.

Honore LH, Koch M and Brown LB. Comparison of oral contraceptive use in women with adenocarcinoma and squamous cell carcinoma of the uterine cervix. Gynecol Obstet Invest. 1991;32(2):98-101. PMID: 1748331.

Hulman G, Trowbridge P, Taylor CN, et al. Oral contraceptive use and histopathology of cancerous breasts in young women. Members of the U.K. National Case-Control Study Group. J Pathol. 1992;167(4):407-11. PMID: 1403359.

Iatrakis G, Iavazzo C, Zervoudis S, et al. The role of oral contraception use in the occurrence of breast cancer. A retrospective study of 405 patients. Clin Exp Obstet Gynecol. 2011;38(3):225-7. PMID: 21995151.

Inoue M, Sawada N, Matsuda T, et al. Attributable causes of cancer in Japan in 2005-Systematic assessment to estimate current burden of cancer attributable to known preventable risk factors in Japan. Annals of Oncology. 2012;23(5):1362-1369. PMID: 2012251144.

Iodice S, Barile M, Rotmensz N, et al. Oral contraceptive use and breast or ovarian cancer risk in BRCA1/2 carriers: a meta-analysis. Eur J Cancer. 2010;46(12):2275-84. PMID: 20537530.

Ismail MT. A prospective study of a monophasic oral contraceptive containing 30 mcg ethinyl oestradiol and 150 mcg desogestrel (Marvelon). Malays J Reprod Health. 1994;12(1):43-8. PMID: 12320338.

Janssen AWM, De Leeuw FE and Janssen MCH. Risk factors for ischemic stroke and transient ischemic attack in patients under age 50. Journal of Thrombosis and Thrombolysis. 2011;31(1):85-91. PMID: 20532956.

Jemec GB, Linneberg A, Nielsen NH, et al. Have oral contraceptives reduced the prevalence of acne? a population-based study of acne vulgaris, tobacco

00803634

Exhibit 163

smoking and oral contraceptives. Dermatology. 2002;204(3):179-84. PMID: 12037444.

Jenkins MA, Dharmage SC, Flander LB, et al. Parity and decreased use of oral contraceptives as predictors of asthma in young women. Clin Exp Allergy. 2006;36(5):609-13. PMID: 16650045.

Jensen JT. Evaluation of a new estradiol oral contraceptive: estradiol valerate and dienogest. Expert Opin Pharmacother. 2010;11(7):1147-57. PMID: 20367275.

Jeune B and Wielandt H. Prevalence of smoking and oral contraception in a sample of Danish young women. Scand J Soc Med. 1991;19(1):44-6. PMID: 1925426.

Jick SS and Jick H. Cerebral venous sinus thrombosis in users of four hormonal contraceptives: levonorgestrel-containing oral contraceptives, norgestimate-containing oral contraceptives, desogestrel-containing oral contraceptives and the contraceptive patch. Contraception. 2006;74(4):290-2. PMID: 16982227.

Jick SS and Jick H. The contraceptive patch in relation to ischemic stroke and acute myocardial infarction. Pharmacotherapy. 2007;27(2):218-20. PMID: 17253912.

Johnston SC, Colford JM, Jr. and Gress DR. Oral contraceptives and the risk of subarachnoid hemorrhage: a meta-analysis. Neurology. 1998;51(2):411-8. PMID: 9710012.

Kahlenborn C, Modugno F, Potter DM, et al. Oral contraceptive use as a risk factor for premenopausal breast cancer: a meta-analysis. Mayo Clin Proc. 2006;81(10):1290-302. PMID: 17036554.

Kalev M, Day T, Van de Water N, et al. Screening for a prothrombotic diathesis in patients attending family planning clinics. N Z Med J. 1999;112(1096):358-61. PMID: 10587055.

Kapiga SH, Shao JF, Lwihula GK, et al. Risk factors for HIV infection among women in Dar-es-Salaam, Tanzania. J Acquir Immune Defic Syndr. 1994;7(3):301-9. PMID: 8106970.

Kaplan B, Rabinerson DR, Levavi H, et al. Contraceptive methods and premalignant changes of the cervix. Cervix and the Lower Female Genital Tract. 1995;13(3):95-98.

Kaplan B. Desogestrel, norgestimate, and gestodene: the newer progestins. Ann Pharmacother. 1995;29(7-8):736-42. PMID: 8520092.

Karsay K. The relationship between vascular headaches and low-dose oral contraceptives. Ther Hung. 1990;38(4):181-5. PMID: 2094059.

Kasule J, Mbizvo M, Makuyana D, et al. Evaluation of a combined oral contraceptive pill in black Zimbabwean women. Cent Afr J Med. 1991;37(12):403-9. PMID: 1806254.

Kaunitz AM. Depot medroxyprogesterone acetate contraception and the risk of breast and gynecologic cancer. J Reprod Med. 1996;41(5 Suppl):419-27. PMID: 8725705.

Kawachi I, Colditz GA and Hankinson S. Long-term benefits and risks of alternative methods of fertility control in the United States. Contraception. 1994;50(1):1-16. PMID: 7924318.

Keam SJ and Wagstaff AJ. Ethinylestradiol/drospirenone: a review of its use as an oral contraceptive. Treat Endocrinol. 2003;2(1):49-70. PMID: 15871554.

Kelman L. Women's issues of migraine in tertiary care. Headache. 2004;44(1):2-7. PMID: 14979877.

Kemmeren JM, Algra A and Grobbee DE. Third generation oral contraceptives and risk of venous thrombosis: meta-analysis. BMJ. 2001;323(7305):131-4. PMID: 11463678.

Khader YS, Rice J, John L, et al. Oral contraceptives use and the risk of myocardial infarction: a meta-analysis. Contraception. 2003;68(1):11-7. PMID: 12878281.

Khoo SK and Chick P. Sex steroid hormones and breast cancer: is there a link with oral contraceptives and hormone replacement therapy?. Med J Aust. 1992;156(2):124-32. PMID: 1736053.

Klitsch M. New generation of progestins may raise oral contraceptive users' risk of blood clots. Family Planning Perspectives. 1996;28(1):33-35.

Kluft C. Renewed interest in haemostasis changes induced by oral contraceptives (OCs). Thromb Haemost. 2000;84(1):1-3. PMID: 10928460.

Koetsawang S, Ji G, Krishna U, et al. Microdose intravaginal levonorgestrel contraception: a

00803635

Exhibit 163

JA-0003177

multicentre clinical trial. I. Contraceptive efficacy and side effects. World Health Organization. Task Force on Long-Acting Systemic Agents for Fertility Regulation. Contraception. 1990;41(2):105-24. PMID: 2107054.

Koetsawang S, Ji G, Krishna U, et al. Microdose intravaginal levonorgestrel contraception: a multicentre clinical trial. IV. Bleeding patterns. World Health Organization. Task Force on Long-Acting Systemic Agents for Fertility Regulation. Contraception. 1990;41(2):151-67. PMID: 2107057.

Koh SC and Singh K. Levonorgestrel-intrauterine system effects on hemostasis and menstrual blood loss in women seeking contraception. J Obstet Gynaecol Res. 2010;36(4):838-44. PMID: 20666954.

Kost A and Pitney C. Tranexamic acid (Lysteda) for cyclic heavy menstrual bleeding. American Family Physician. 2011;84(8):883-886. PMID: 2011584079.

Koster T, Small RA, Rosendaal FR, et al. Oral contraceptives and venous thromboembolism: a quantitative discussion of the uncertainties. J Intern Med. 1995;238(1):31-7. PMID: 7608644.

Kroll R, Reape KZ and Margolis M. The efficacy and safety of a low-dose, 91-day, extended-regimen oral contraceptive with continuous ethinyl estradiol. Contraception. 2010;81(1):41-8. PMID: 20004272.

Kruse C, Seyer-Hansen M and Forman A. Diagnosis and treatment of rectovaginal endometriosis: An overview. Acta Obstetricia et Gynecologica Scandinavica. 2012;91(6):648-657. PMID: 2012291911.

Kwon JS and Lu KH. Cost-effectiveness analysis of endometrial cancer prevention strategies for obese women. Obstet Gynecol. 2008;112(1):56-63. PMID: 18591308.

La Vecchia C and Franceschi S. Reproductive factors and colorectal cancer. Cancer Causes Control. 1991;2(3):193-200. PMID: 1873449.

La Vecchia C and Tavani A. Female hormones and benign liver tumours. Dig Liver Dis. 2006;38(8):535-6. PMID: 16753350.

La Vecchia C, Tavani A, Franceschi S, et al. Oral contraceptives and cancer. A review of the evidence. Drug Saf. 1996;14(4):260-72. PMID: 8713694.

La Vecchia C. Oral contraceptives and ovarian cancer: an update, 1998-2004. Eur J Cancer Prev. 2006;15(2):117-24. PMID: 16523008.

La Vecchia C. Sex hormones and cardiovascular risk. Hum Reprod. 1992;7(2):162-7. PMID: 1577926.

Lawoyin JO, Lawoyin DO, Arowojolu MO, et al. Prevalence of pregnancy related oral granuloma in a Nigerian population group and the possible role of contraceptives. Afr J Med Med Sci. 2003;32(4):409-12. PMID: 15259928.

Lawrenson R and Farmer R. Venous thromboembolism and combined oral contraceptives: does the type of progestogen make a difference?. Contraception. 2000;62(2 Suppl):21S-28S; discussion 37S-38S. PMID: 11102599.

Lea CS, Gordon NP, Prebil LA, et al. Differences in reproductive risk factors for breast cancer in middle-aged women in Marin County, California and a sociodemographically similar area of Northern California. BMC Women's Health. 2009;9:6. PMID: 19320996.

Lech MM and Ostrowska L. Oral contraceptives use and weight gain in women with a Central European life-style. Eur J Contracept Reprod Health Care. 2005;10(1):59-65. PMID: 16036300.

Lee AJ, Evans CJ, Hau CM, et al. Pregnancy, oral contraception, hormone replacement therapy and the occurrence of varicose veins: Edinburgh vein study. Phlebology. 1999;14(3):111-117.

Lidegaard O. Oral contraception and cerebral thromboembolism. Acta Obstet Gynecol Scand Suppl. 1997;164:66-8. PMID: 9225642.

Lidegaard O. The influence of thrombotic risk factors when oral contraceptives are prescribed. A control-only study. Acta Obstet Gynecol Scand. 1997;76(3):252-60. PMID: 9093141.

Lip GY, Beevers M and Beevers DG. Malignant hypertension in young women is related to previous hypertension in pregnancy, not oral contraception. QJM. 1997;90(9):571-5. PMID: 9349449.

Lippman J. Long-term profile of a new progestin. Int J Fertil. 1992;37 Suppl 4:218-22. PMID: 1362189.

Lippman JS and Shangold GA. A review of post-marketing safety and surveillance data for oral contraceptives containing norgestimate and ethinyl

00803636

Exhibit 163

JA-0003178

estradiol. Int J Fertil Womens Med. 1997;42(4):230-9. PMID: 9309456.

Liu HS, Kho BC, Chan JC, et al. Venous thromboembolism in the Chinese population--experience in a regional hospital in Hong Kong. Hong Kong Med J. 2002;8(6):400-5. PMID: 12459595.

London RS, Chapdelaine A, Upmalis D, et al. Comparative contraceptive efficacy and mechanism of action of the norgestimate-containing triphasic oral contraceptive. Acta Obstet Gynecol Scand Suppl. 1992;156:9-14. PMID: 1324557.

Lopez Laureen M, Chen M, Curtis Kathryn M, et al. Steroidal contraceptives and bone fractures in women: evidence from observational studies. Cochrane Database Syst Rev. 2012;(5): CD009849. PMID:22895991.

Lopez LM, Grimes DA, Gallo MF, et al. Skin patch and vaginal ring versus combined oral contraceptives for contraception. Cochrane Database Syst Rev. 2008;(1):CD003552. PMID: 18254023.

Lopez LM, Grimes DA, Gallo MF, et al. Skin patch and vaginal ring versus combined oral contraceptives for contraception. Cochrane Database Syst Rev. 2010;(3):CD003552. PMID: 20238323.

Lopez LM, Kaptein A and Helmerhorst FM. Oral contraceptives containing drospirenone for premenstrual syndrome. Cochrane Database Syst Rev. 2008;(1):CD006586. PMID: 18254106.

Lopez LM, Kaptein AA and Helmerhorst FM. Oral contraceptives containing drospirenone for premenstrual syndrome. Cochrane Database Syst Rev. 2009;(2):CD006586. PMID: 19370644.

Lucas R, Azevedo A and Barros H. Self-reported data on reproductive variables were reliable among postmenopausal women. J Clin Epidemiol. 2008;61(9):945-50. PMID: 18468857.

Lumachi F, Ermani M, Marino F, et al. Relationship between oral contraceptive therapy and estrogen receptor status in patients with breast cancer. Anticancer Res. 2008;28(1B):491-3. PMID: 18383890.

Lund E. Oral contraceptives and breast cancer. A review with some comments on mathematical models. Acta Oncol. 1992;31(2):183-6. PMID: 1622632.

Lundberg V, Asplund K, Evrin PE, et al. Oral contraceptives and oestrogen replacement therapy as determinants of plasma fibrinogen level and fibrinolytic activity: The Northern Sweden MONICA Study. Fibrinolysis and Proteolysis. 1998;12(6):328-334.

Luxembourg B, Schmitt J, Humpich M, et al. Intrinsic clotting factors in dependency of age, sex, body mass index, and oral contraceptives: Definition and risk of elevated clotting factor levels. Blood Coagulation and Fibrinolysis. 2009;20(7):524-534. PMID: 19620844.

MacDonald DJ, Sarna L, Uman GC, et al. Cancer screening and risk-reducing behaviors of women seeking genetic cancer risk assessment for breast and ovarian cancers. Oncol Nurs Forum. 2006;33(2):E27-35. PMID: 16518435.

MacGregor EA, Igarashi H and Wilkinson M. Headaches and hormones: Subjective versus objective assessment. Headache Quarterly. 1997;8(2):126-136.

Machado RB, Fabrini P, Cruz AM, et al. Clinical and metabolic aspects of the continuous use of a contraceptive association of ethinyl estradiol (30 microg) and gestodene (75 microg). Contraception. 2004;70(5):365-70. PMID: 15504374.

Maheshwari S, Sarraj A, Kramer J, et al. Oral contraception and the risk of hepatocellular carcinoma. J Hepatol. 2007;47(4):506-13. PMID: 17462781.

Mant JW and Vessey MP. Trends in mortality from primary liver cancer in England and Wales 1975-92: influence of oral contraceptives. Br J Cancer. 1995;72(3):800-3. PMID: 7669599.

Manzoli L, De Vito C, Marzuillo C, et al. Oral contraceptives and venous thromboembolism: a systematic review and meta-analysis. Drug Saf. 2012;35(3):191-205. PMID: 22283630.

Marks M, Gravitt PE, Gupta SB, et al. The association of hormonal contraceptive use and HPV prevalence. Int J Cancer. 2010;Oct 26. PMID: 20734390.

Marquez De Souza R, Rech Lazzaron A, Kaplan KC, et al. Oral contraceptives and hereditary ovarian cancer [1] (multiple letters). New England Journal of Medicine. 1999;340(1):59-60. PMID: 9882211.

00803637

Exhibit 163

JA-0003179

Martinelli I, Battaglioli T, Mannucci PM, et al. Combined Estrogen-Progestin Oral Contraceptives [5] (multiple letters). New England Journal of Medicine. 2004;350(3):307-308. PMID: 14724315.

Martinez F, Ramirez I, Perez-Campos E, et al. Venous and pulmonary thromboembolism and combined hormonal contraceptives. Systematic review and meta-analysis. Eur J Contracept Reprod Health Care. 2012;17(1):7-29. PMID: 22239262.

Martin-Johnston MK, Okoji OY and Armstrong A. Therapeutic amenorrhea in patients at risk for thrombocytopenia. Obstet Gynecol Surv. 2008;63(6):395-402; quiz 405. PMID: 18492296.

Mathieu D, Kobeiter H, Maison P, et al. Oral contraceptive use and focal nodular hyperplasia of the liver. Gastroenterology. 2000;118(3):560-4. PMID: 10702207.

Matsumoto Y, Yamabe S, Ideta K, et al. Impact of use of combined oral contraceptive pill on the quality of life of Japanese women. J Obstet Gynaecol Res. 2007;33(4):529-35. PMID: 17688623.

McAlindon T, Giannotta L, Taub N, et al. Environmental factors predicting nephritis in systemic lupus erythematosus. Ann Rheum Dis. 1993;52(10):720-4. PMID: 8257208.

McNaught J, Reid RL, Provencher DM, et al. Progesterone-only and non-hormonal contraception in the breast cancer survivor: Joint Review and Committee Opinion of the Society of Obstetricians and Gynaecologists of Canada and the Society of Gynecologic Oncologists of Canada. J Obstet Gynaecol Can. 2006;28(7):616-39. PMID: 16924781.

Melvin L. Cancer risk among users of oral contraceptives: Cohort data from the Royal College of General Practitioners' oral contraception study. Journal of Family Planning and Reproductive Health Care. 2008;34(1):18.

Milne R and Vessey M. The association of oral contraception with kidney cancer, colon cancer, gallbladder cancer (including extrahepatic bile duct cancer) and pituitary tumours. Contraception. 1991;43(6):667-73. PMID: 1868737.

Moghissi KS. Add-back therapy in the treatment of endometriosis: the North American experience. Br J Obstet Gynaecol. 1996;103 Suppl 14:14. PMID: 8916981.

Mohllajee AP, Curtis KM, Martins SL, et al. Does use of hormonal contraceptives among women with thrombogenic mutations increase their risk of venous thromboembolism? A systematic review. Contraception. 2006;73(2):166-78. PMID: 16413847.

Mok CC, Lau CS and Wong RW. Use of exogenous estrogens in systemic lupus erythematosus. Semin Arthritis Rheum. 2001;30(6):426-35. PMID: 11404826.

Molsted-Pedersen L, Skouby SO and Damm P. Preconception counseling and contraception after gestational diabetes. Diabetes. 1991;40 Suppl 2:147-50. PMID: 1748246.

Moodley J. Combined oral contraceptives and cervical cancer. Curr Opin Obstet Gynecol. 2004;16(1):27-9. PMID: 15128004.

Moodley M, Lindeque G and Connolly C. Human papillomavirus (HPV)-type distribution in relation to oral contraceptive use in women with cervical intraepithelial neoplasia, Durban, South Africa. Eur J Gynaecol Oncol. 2010;31(3):278-83. PMID: 21077468.

Moreno V, Bosch FX, Munoz N, et al. Long-term oral contraceptive use increased the risk of cervical cancer in HPV-positive women. Evidence-based Obstetrics and Gynecology. 2002;4(4):205-206.

Mueck AO, Seeger H and Rabe T. Hormonal contraception and risk of endometrial cancer: a systematic review. Endocr Relat Cancer. 2010;17(4):R263-71. PMID: 20870686.

Mueller L. Predictability of exogenous hormone effect on subgroups of migraineurs. Headache. 2000;40(3):189-93. PMID: 10759920.

Munoz MT, Morande G, Garcia-Centenera JA, et al. The effects of estrogen administration on bone mineral density in adolescents with anorexia nervosa. Eur J Endocrinol. 2002;146(1):45-50. PMID: 11751066.

Muram D, Gale CL and Thompson E. Functional ovarian cysts in patients cured of ovarian neoplasms. Obstet Gynecol. 1990;75(4):680-3. PMID: 2314787.

Nappi RE, Sances G, Allais G, et al. Effects of an estrogen-free, desogestrel-containing oral contraceptive in women with migraine with aura: a

00803638

Exhibit 163

JA-0003180

prospective diary-based pilot study. Contraception. 2011;83(3):223-8. PMID: 21310283.

Narayan D, Kaul S, Ravishankar K, et al. Risk factors, clinical profile, and long-term outcome of 428 patients of cerebral sinus venous thrombosis: Insights from Nizams Institute Venous Stroke Registry, Hyderabad (India). Neurology India. 2012;60(2):154-159. PMID: 2012313746.

Nessa A, Latif SA, Uddin MM, et al. Serum HDL-cholesterol in women using low dose oral contraceptives. Mymensingh Med J. 2007;16(2 Suppl):S3-6. PMID: 17917628.

Newell A, Sullivan A, Halai R, et al. Sexually transmitted diseases, cervical cytology and contraception in immigrants and refugees from the former Yugoslavia. Venereology. 1998;11(1):25-7. PMID: 12321821.

Ninger L. Low- and high-dose pills are equally protective against ovarian cancer. Family Planning Perspectives. 2000;32(6):311-312.

Notelovitz M, Levenson I, McKenzie L, et al. The effect of low-dose oral contraceptives on lipids and lipoproteins in two at-risk populations: young female smokers and older premenopausal women. Contraception. 1991;44(5):505-16. PMID: 1797465.

Oberstein EM, Fleming LE, Gomez-Marin O, et al. Pulmonary lymphangioleiomyomatosis (LAM): examining oral contraceptive pills and the onset of disease. J Womens Health (Larchmt). 2003;12(1):81-5. PMID: 12639372.

Oldfield K, Milne R and Vessey M. The effects on mortality of the use of combined oral contraceptives. Br J Fam Plann. 1998;24(1):2-6. PMID: 9719700.

Olsen MR and Love RR. Hormonal strategies for the prevention of breast cancer. Cancer Treat Res. 1998;94:135-57. PMID: 9587686.

Ory HW. Epidemiology of venous thromboembolic disease and OC use. Dialogues Contracept. 1996;5(1):4-7, 10. PMID: 12347722.

Ostensen M, Rugelsjoen A and Wigers SH. The effect of reproductive events and alterations of sex hormone levels on the symptoms of fibromyalgia. Scand J Rheumatol. 1997;26(5):355-60. PMID: 9385346.

Osterlind A. Hormonal and reproductive factors in melanoma risk. Clin Dermatol. 1992;10(1):75-8. PMID: 1504931.

Otero UB, Chor D, Carvalho MS, et al. Lack of association between age at menarche and age at menopause: Pro-Saude Study, Rio de Janeiro, Brazil. Maturitas. 2010;67(3):245-50. PMID: 20719438.

Palareti G, Legnani C, Frascaro M, et al. Screening for activated protein C resistance before oral contraceptive treatment: a pilot study. Contraception. 1999;59(5):293-9. PMID: 10494482.

Parahuleva MS, Holschermann H, Erdogan A, et al. Factor seven ativating potease (FSAP) levels during normal pregnancy and in women using oral contraceptives. Thromb Res. 2010;126(1):e36-40. PMID: 20381831.

Park HJ, Koo YA, Yoon BK, et al. Postoperative long-term maintenance therapy with oral contraceptives after gonadotropin-releasing hormone analog treatment in women with ovarian endometrioma. J Minim Invasive Gynecol. 2009;16(1):34-9. PMID: 18976968.

Parkes A, Wight D, Henderson M, et al. Contraceptive method at first sexual intercourse and subsequent pregnancy risk: findings from a secondary analysis of 16-year-old girls from the RIPPLE and SHARE studies. J Adolesc Health. 2009;44(1):55-63. PMID: 19101459.

Parkin L, Skegg DC, Wilson M, et al. Oral contraceptives and fatal pulmonary embolism. Lancet. 2000;355(9221):2133-4. PMID: 10902629.

Pasanisi P, Hedelin G, Berrino J, et al. Oral contraceptive use and BRCA penetrance: a case-only study. Cancer Epidemiol Biomarkers Prev. 2009;18(7):2107-13. PMID: 19549808.

Pastor Climente IP, Morales Suarez Varela MM, Magraner Gil JF, et al. Gynecological characteristics related to breast cancer in pre and postmenopausal women. Clin Transl Oncol. 2006;8(6):416-22. PMID: 16790394.

Persson I, Bergstrom R, Sparen P, et al. Trends in breast cancer incidence in Sweden 1958-1988 by time period and birth cohort. Br J Cancer. 1993;68(6):1247-53. PMID: 8260381.

Persson I, Schmidt M, Adami HO, et al. Trends in endometrial cancer incidence and mortality in

00803639

Exhibit 163

JA-0003181

Sweden, 1960-84. Cancer Causes Control. 1990;1(3):201-8. PMID: 2102292.

Petersen KR, Skouby SO and Jespersen J. Contraception guidance in women with pre-existing disturbances in carbohydrate metabolism. Eur J Contracept Reprod Health Care. 1996;1(1):53-9. PMID: 9678138.

Petitti DB and Porterfield D. Worldwide variations in the lifetime probability of reproductive cancer in women: implications of best-case, worst-case, and likely-case assumptions about the effect of oral contraceptive use. Contraception. 1992;45(2):93-104. PMID: 1559340.

Petitti DB, Sidney S, Quesenberry CP, Jr., et al. Incidence of stroke and myocardial infarction in women of reproductive age. Stroke. 1997;28(2):280-3. PMID: 9040675.

Phillips MCL, Leyden JM, Chong WK, et al. Ischaemic stroke among young people aged 15 to 50 years in Adelaide, South Australia. Medical Journal of Australia. 2011;195(10):610-614. PMID: 2012132485.

Pike MC and Spicer DV. Hormonal contraception and chemoprevention of female cancers. Endocr Relat Cancer. 2000;7(2):73-83. PMID: 10903525.

Poindexter AN, Burkman R, Fisher AC, et al. Cycle control, tolerability, and satisfaction among women switching from 30-35 microg ethinyl estradiol-containing oral contraceptives to the triphasic norgestimate/25 microg ethinyl estradiol-containing oral contraceptive Ortho Tri-Cyclen LO. Int J Fertil Womens Med. 2003;48(4):163-72. PMID: 13677549.

Pollara T, Kelsberg G, Safranek S, et al. Clinical inquiries. What is the risk of adverse outcomes in a woman who develops mild hypertension from OCs?. J Fam Pract. 2006;55(11):986-8. PMID: 17090360.

Porras C, Bennett C, Safaeian M, et al. Determinants of seropositivity among HPV-16/18 DNA positive young women. BMC Infect Dis. 2010;10:238. PMID: 20698998.

Poulter NR, Chang CL, Farley TM, et al. Reliability of data from proxy respondents in an international case-control study of cardiovascular disease and oral contraceptives. World Health Organization Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. J Epidemiol Community Health. 1996;50(6):674-80. PMID: 9039388.

Prasad RN, Koh SC, Viegas OA, et al. Effects on hemostasis after two-year use of low dose combined oral contraceptives with gestodene or levonorgestrel. Clin Appl Thromb Hemost. 1999;5(1):60-70. PMID: 10725985.

Prentice A. Commentary: promising results but wider recruitment needed. BMJ. 1998;316(7138):1126. PMID: 9569415.

Prentice RL. Epidemiologic data on exogenous hormones and hepatocellular carcinoma and selected other cancers. Prev Med. 1991;20(1):38-46. PMID: 1848935.

Price DT and Ridker PM. Factor V Leiden mutation and the risks for thromboembolic disease: a clinical perspective. Ann Intern Med. 1997;127(10):895-903. PMID: 9382368.

Psychos DN, Voulgari PV, Skopouli FN, et al. Erythema nodosum: the underlying conditions. Clin Rheumatol. 2000;19(3):212-6. PMID: 10870657.

Purdie DM. Risk of invasive epithelial ovarian neoplasia declined with each year of hormonal contraceptive use. Evidence-based Obstetrics and Gynecology. 2005;7(2):96-97.

Rajani R, Melin T, Bjornsson E, et al. Budd-Chiari syndrome in Sweden: epidemiology, clinical characteristics and survival - an 18-year experience. Liver Int. 2009;29(2):253-9. PMID: 18694401.

Ranstam J, Olsson H, Garne JP, et al. Survival in breast cancer and age at start of oral contraceptive usage. Anticancer Res. 1991;11(6):2043-6. PMID: 1776838.

Rapkin A. A review of treatment of premenstrual syndrome and premenstrual dysphoric disorder. Psychoneuroendocrinology. 2003;28 Suppl 3:39-53. PMID: 12892989.

Reid R, Leyland N, Wolfman W, et al. Oral contraceptives and the risk of venous thromboembolism: an update. J Obstet Gynaecol Can. 2010;32(12):1192-7. PMID: 21176332.

Reid R, Leyland N, Wolfman W, et al. SOGC clinical practice guidelines: Oral contraceptives and the risk of venous thromboembolism: an update: no. 252,

00803640

Exhibit 163

JA-0003182

December 2010. Int J Gynaecol Obstet. 2011;112(3):252-6. PMID: 21416656.

Reid RL. Oral contraceptives and venous thromboembolism: pill scares and public health. J Obstet Gynaecol Can. 2011;33(11):1150-5. PMID: 22082790.

Remez L. Risk of breast cancer is not significantly elevated among women who have ever relied on the pill. Family Planning Perspectives. 1991;23(2):93-94.

Remez L. Slightly increased risk of breast cancer among pill users disappears 10 years after discontinuation. Family Planning Perspectives. 1997;29(3):147-148.

Remorgida V, Abbamonte LH, Ragni N, et al. Letrozole and desogestrel-only contraceptive pill for the treatment of stage IV endometriosis. Aust N Z J Obstet Gynaecol. 2007;47(3):222-5. PMID: 17550490.

Renier M and Buytaert P. Open prospective multicenter trial with a new monophasic contraceptive combination containing gestodene. Contraception. 1991;43(5):413-21. PMID: 1914456.

Rintelen C, Mannhalter C, Ireland H, et al. Oral contraceptives enhance the risk of clinical manifestation of venous thrombosis at a young age in females homozygous for factor V Leiden. Br J Haematol. 1996;93(2):487-90. PMID: 8639453.

Robinson JC, Plichta S, Weisman CS, et al. Dysmenorrhea and use of oral contraceptives in adolescent women attending a family planning clinic. Am J Obstet Gynecol. 1992;166(2):578-83. PMID: 1536234.

Rodger MA, Kahn SR, Wells PS, et al. Identifying unprovoked thromboembolism patients at low risk for recurrence who can discontinue anticoagulant therapy. CMAJ. 2008;179(5):417-26. PMID: 18725614.

Roederer MW and Blackwell JC. FPIN's Clinical inquiries. Risks and benefits of combination contraceptives. Am Fam Physician. 2006;74(11):1915-6. PMID: 17168349.

Roig S, Gomez JA, Fiol M, et al. Spontaneous coronary artery dissection causing acute coronary syndrome: an early diagnosis implies a good prognosis. Am J Emerg Med. 2003;21(7):549-51. PMID: 14655234.

Romero A, Alonso C, Rincon M, et al. Risk of venous thromboembolic disease in women A qualitative systematic review. Eur J Obstet Gynecol Reprod Biol. 2005;121(1):8-17. PMID: 15950363.

Romieu I, Berlin JA and Colditz G. Oral contraceptives and breast cancer. Review and meta-analysis. Cancer. 1990;66(11):2253-63. PMID: 2147122.

Rose PG, Reale FR, Longcope C, et al. Prognostic significance of estrogen and progesterone receptors in epithelial ovarian cancer. Obstet Gynecol. 1990;76(2):258-63. PMID: 2371031.

Rosenberg L, Palmer JR, Sands MI, et al. Modern oral contraceptives and cardiovascular disease. Am J Obstet Gynecol. 1997;177(3):707-15. PMID: 9322646.

Rosenberg L. The risk of liver neoplasia in relation to combined oral contraceptive use. Contraception. 1991;43(6):643-52. PMID: 1651205.

Rosenberg MJ and Waugh MS. Oral contraceptive discontinuation: a prospective evaluation of frequency and reasons. Am J Obstet Gynecol. 1998;179(3 Pt 1):577-82. PMID: 9757954.

Rosner BA, Colditz GA, Webb PM, et al. Mathematical models of ovarian cancer incidence. Epidemiology. 2005;16(4):508-15. PMID: 15951669.

Ross C, Coleman G and Stojanovska C. Prospectively reported symptom change across the menstrual cycle in users and non-users of oral contraceptives. J Psychosom Obstet Gynaecol. 2003;24(1):15-29. PMID: 12685336.

Rubio-lotvin B, Ruiz-moreno JA and Gonzalez-ansorena R. Desogestrel-ethinylestradiol, an oral monophasic contraceptive. Clinical and lipid metabolic effects: a 5-year experience. Adv Contracept Deliv Syst. 1992;8(1-2):75-88. PMID: 12285566.

Ruffing JA, Nieves JW, Zion M, et al. The influence of lifestyle, menstrual function and oral contraceptive use on bone mass and size in female military cadets. Nutrition and Metabolism. 2007;4:17. PMID:17683610.

Rushforth B. Efficacy of a combined oral contraceptive containing 0.030 mg ethinylestradiol/2 mg dienogest for the treatment of papulopustular

D-20

Exhibit 163

00803641

JA-0003183

acne in comparison with placebo and 0.035 mg ethinylestradiol/2 mg cyproterone acetate. Journal of Family Planning and Reproductive Health Care. 2009;35(3):150.

Rushton L and Jones DR. Oral contraceptive use and breast cancer risk: a meta-analysis of variations with age at diagnosis, parity and total duration of oral contraceptive use. Br J Obstet Gynaecol. 1992;99(3):239-46. PMID: 1534994.

Ryden L, Boiesen P and Jonsson PE. Decreased angiogenic activity in breast cancer in ever-users of oral contraceptive therapy--preliminary report. Anticancer Res. 2003;23(3C):2875-8. PMID: 12926126.

Saadatnia M and Tajmirriahi M. Hormonal contraceptives as a risk factor for cerebral venous and sinus thrombosis. Acta Neurol Scand. 2007;115(5):295-300. PMID: 17489938.

Saadatnia M, Mousavi SA, Haghighi S, et al. Cerebral vein and sinus thrombosis in Isfahan-Iran: a changing profile. Can J Neurol Sci. 2004;31(4):474-7. PMID: 15595250.

Sabatini R, Orsini G, Cagiano R, et al. Noncontraceptive benefits of two combined oral contraceptives with antiandrogenic properties among adolescents. Contraception. 2007;76(5):342-7. PMID: 17963857.

Salazar EL, Sojo-Aranda I, Lopez R, et al. The evidence for an etiological relationship between oral contraceptive use and dysplastic change in cervical tissue. Gynecol Endocrinol. 2001;15(1):23-8. PMID: 11293920.

Salobir B and Sabovic M. Interleukin-6 and antiphospholipid antibodies in women with contraceptive-related thromboembolic disease. Obstet Gynecol. 2004;104(3):564-70. PMID: 15339770.

Salobir B, Sabovic M, Peternel P, et al. Classic risk factors, hypercoagulability and migraine in young women with cerebral lacunar infarctions. Acta Neurol Scand. 2002;105(3):189-95. PMID: 11886363.

Sanders SA, Graham CA, Bass JL, et al. A prospective study of the effects of oral contraceptives on sexuality and well-being and their relationship to discontinuation. Contraception. 2001;64(1):51-8. PMID: 11535214.

Sangthawan M and Taneepanichskul S. A comparative study of monophasic oral contraceptives containing either drospirenone 3 mg or levonorgestrel 150 microg on premenstrual symptoms. Contraception. 2005;71(1):1-7. PMID: 15639064.

Sapp AV and Lindbloom EJ. Do third-generation oral contraceptives (OCs) increase the risk of venous thrombosis?. J Fam Pract. 2001;50(10):893. PMID: 11674894.

Sargent MA. The pill and gynecologic cancer: controversy and mystery prevail. J Med Assoc Ga. 1995;84(7):320-2. PMID: 7561539.

Sator PG, Schmidt JB and Honigsmann H. Clinical evidence of the endocrinological influence of a triphasic oral contraceptive containing norgestimate and ethinyl estradiol in treating women with acne vulgaris. A pilot study. Dermatology. 2003;206(3):241-8. PMID: 12673082.

Schildkraut JM and Hulka BS. Oral contraceptives and breast cancer: A case-control study with hospital and community controls (Reply). Obstetrics and Gynecology. 1990;76(6):1147.

Schlesselman JJ. Net effect of oral contraceptive use on the risk of cancer in women in the United States. Obstet Gynecol. 1995;85(5 Pt 1):793-801. PMID: 7724116.

Schlesselman JJ. Risk of endometrial cancer in relation to use of combined oral contraceptives. A practitioner's guide to meta-analysis. Hum Reprod. 1997;12(9):1851-63. PMID: 9363696.

Schramm GA and Schrah G. The efficacy and safety of an oral contraceptive containing chlormadinone acetate: results of a pooled analysis of noninterventional trials in adult and adolescent women. Contraception. 2011;84(4):390-401. PMID: 21920195.

Schwingl PJ and Shelton J. Modeled estimates of myocardial infarction and venous thromboembolic disease in users of second and third generation oral contraceptives. Contraception. 1997;55(3):125-9. PMID: 9114999.

Sehovic N and Smith KP. Risk of venous thromboembolism with drospirenone in combined oral contraceptive products. Ann Pharmacother. 2010;44(5):898-903. PMID: 20371756.

00803642

Exhibit 163                                                                JA-0003184

Seidman DS, Yeshaya A, Ber A, et al. A prospective follow-up of two 21/7 cycles followed by two extended regimen 84/7 cycles with contraceptive pills containing ethinyl estradiol and drospirenone. Isr Med Assoc J. 2010;12(7):400-5. PMID: 20862819.

Sekadde-Kigondu C, Mwathe EG, Ruminjo JK, et al. Acceptability and discontinuation of Depo-Provera, IUCD and combined pill in Kenya. East Afr Med J. 1996;73(12):786-94. PMID: 9103686.

Shamliyan T, Wang S, Virnig BA, et al. Association between patient and tumor characteristics with clinical outcomes in women with ductal carcinoma in situ. Journal of the National Cancer Institute - Monographs. 2010;2010(41):121-129. PMID: 2012008635.

Shapiro S and Dinger J. Risk of venous thromboembolism among users of oral contraceptives: a review of two recently published studies. J Fam Plann Reprod Health Care. 2010;36(1):33-8. PMID: 20067670.

Shulman LP. The menopausal transition: how does route of delivery affect the risk/benefit ratio of hormone therapy?. J Fam Pract. 2004;Suppl:S13-7. PMID: 15251108.

Shulman LP. The use of triphasic oral contraceptives in a continuous use regimen. Contraception. 2005;72(2):105-10. PMID: 16022848.

Sicat BL. Ortho Evra, a new contraceptive patch. Pharmacotherapy. 2003;23(4):472-80. PMID: 12680477.

Skjeldestad FE. Oral contraceptive failures among women terminating their pregnancy. Acta Obstet Gynecol Scand. 2000;79(7):580-5. PMID: 10929959.

Skjeldestad FE. Using induced abortion to measure contraceptive efficacy. Fam Plann Perspect. 1995;27(2):71-3, 96. PMID: 7796899.

Skouby SO. Contraceptive use and behavior in the 21st century: a comprehensive study across five European countries. Eur J Contracept Reprod Health Care. 2004;9(2):57-68. PMID: 15449817.

Smith EV, Grindlay DJ and Williams HC. What's new in acne? An analysis of systematic reviews published in 2009-2010. Clin Exp Dermatol. 2010;Aug 25. PMID: 20738323.

Smith JS, Green J, Berrington de Gonzalez A, et al. Cervical cancer and use of hormonal contraceptives: a systematic review. Lancet. 2003;361(9364):1159-67. PMID: 12686037.

Smith KJ, Monsef BS and Ragni MV. Should female relatives of factor V Leiden carriers be screened prior to oral contraceptive use? A cost-effectiveness analysis. Thromb Haemost. 2008;100(3):447-52. PMID: 18766261.

Smith NL, Heckbert SR, Lemaitre RN, et al. Risk of venous thrombosis was increased with conjugated equine estrogens but not esterified estrogens. Evidence-based Obstetrics and Gynecology. 2005;7(3):164-165.

Sogaard M, Kjaer SK and Gayther S. Ovarian cancer and genetic susceptibility in relation to the BRCA1 and BRCA2 genes. Occurrence, clinical importance and intervention. Acta Obstet Gynecol Scand. 2006;85(1):93-105. PMID: 16521688.

Speroff L. The risk of breast cancer associated with oral contraception and hormone replacement therapy. Womens Health Issues. 1992;2(2):63-72; discussion 73-4. PMID: 1535527.

Spitzer WO, Faith JM and MacRae KD. Myocardial infarction and third generation oral contraceptives: aggregation of recent studies. Hum Reprod. 2002;17(9):2307-14. PMID: 12202417.

Spitzer WO, Faith JM, MacRae KD, et al. The risk of myocardial infarction is lower with third-,compared to second-, generation OC - Meta-analysis. Evidence-based Obstetrics and Gynecology. 2003;5(3):126-127.

Staffa JA, Newschaffer CJ, Jones JK, et al. Progestins and breast cancer: an epidemiologic review. Fertil Steril. 1992;57(3):473-91. PMID: 1740192.

Stampfer MJ, Willett WC, Colditz GA, et al. Past use of oral contraceptives and cardiovascular disease: a meta-analysis in the context of the Nurses' Health Study. Am J Obstet Gynecol. 1990;163(1 Pt 2):285-91. PMID: 2142573.

Sveinsdottir H and Backstrom T. Menstrual cycle symptom variation in a community sample of women using and not using oral contraceptives. Acta Obstet Gynecol Scand. 2000;79(9):757-64. PMID: 10993099.

D-22

00803643

Exhibit 163

Szendei G, Hernadi Z, Devenyi N, et al. Is there any correlation between stages of endometriosis and severity of chronic pelvic pain? Possibilities of treatment. Gynecol Endocrinol. 2005;21(2):93-100. PMID: 16109595.

Takamura M, Koga K, Osuga Y, et al. Post-operative oral contraceptive use reduces the risk of ovarian endometrioma recurrence after laparoscopic excision. Hum Reprod. 2009;24(12):3042-8. PMID: 19684045.

Tan J. Hormonal treatment of acne: review of current best evidence. J Cutan Med Surg. 2004;8 Suppl 4:11-5. PMID: 15778821.

Tanis BC, van den Bosch MAAJ, Kemmeren JM, et al. Second, but not third, generation oral contraceptive use was associated with an increased risk of myocardial infarction. Evidence-based Obstetrics and Gynecology. 2002;4(3):138-139.

Tao LC. Oral contraceptive-associated liver cell adenoma and hepatocellular carcinoma. Cytomorphology and mechanism of malignant transformation. Cancer. 1991;68(2):341-7. PMID: 1712664.

Tarjanne S, Sjoberg J and Heikinheimo O. Rectovaginal endometriosis-characteristics of operative treatment and factors predicting bowel resection. J Minim Invasive Gynecol. 2009;16(3):302-6. PMID: 19269901.

Tepper NK, Paulen ME, Marchbanks PA, et al. Safety of contraceptive use among women with peripartum cardiomyopathy: a systematic review. Contraception. 2010;82(1):95-101. PMID: 20682147.

Tepper SJ, Taylor FR and Bigal ME. Kurth T, Gaziano JM, Cook NR, Logroscino G, Diener HC, Buring JE. Migraine and risk of cardiovascular disease in women. JAMA. 2006;296:283-291. Headache. 2007;47(2):303-305.

Thomas DB. Oral contraceptives and breast cancer: review of the epidemiologic literature. Contraception. 1991;43(6):597-642. PMID: 1868735.

Thorogood M and Vessey MP. An epidemiologic survey of cardiovascular disease in women taking oral contraceptives. Am J Obstet Gynecol. 1990;163(1 Pt 2):274-81. PMID: 2196799.

Thorogood M. Stroke and steroid hormonal contraception. Contraception. 1998;57(3):157-67. PMID: 9617532.

Tiller K, Meiser B, Gould L, et al. Knowledge of risk management strategies, and information and risk management preferences of women at increased risk for ovarian cancer. Psychooncology. 2005;14(4):249-61. PMID: 15386771.

Tolley E, Loza S, Kafafi L, et al. The impact of menstrual side effects on contraceptive discontinuation: findings from a longitudinal study in Cairo, Egypt. Int Fam Plan Perspect. 2005;31(1):15-23. PMID: 15888405.

Tosetto A, Frezzato M and Rodeghiero F. Prevalence and risk factors of non-fatal venous thromboembolism in the active population of the VITA Project. J Thromb Haemost. 2003;1(8):1724-9. PMID: 12911584.

Trollmann R, Strehl E and Dorr HG. Precocious puberty in children with myelomeningocele: treatment with gonadotropin-releasing hormone analogues. Dev Med Child Neurol. 1998;40(1):38-43. PMID: 9459215.

Trussell J, Hatcher RA, Cates W, Jr., et al. Contraceptive failure in the United States: an update. Stud Fam Plann. 1990;21(1):51-4. PMID: 2180135.

Tuchman LK, Huppert JS, Huang B, et al. Adolescent use of the monthly contraceptive injection. J Pediatr Adolesc Gynecol. 2005;18(4):255-60. PMID: 16171729.

Turati F and La Vecchia C. Risk factors for breast cancer in China: Similarities and differences with western populations. Archives of Medical Science. 2012;8(2):179-182. PMID: 2012302469.

van Berge Henegouwen GP and van der Werf SD. Serum bile acids and the bile acid tolerance test under oral contraception. Hepatogastroenterology. 1992;39(2):177-80. PMID: 1634184.

van Bogaert LJ. 'Failed' contraception in a rural South African population. S Afr Med J. 2003;93(11):858-61. PMID: 14677512.

van Hooff MH, Hirasing RA, Kapteyn MB, et al. The use of oral contraceptives by adolescents for contraception, menstrual cycle problems or acne. Acta Obstet Gynecol Scand. 1998;77(9):898-904. PMID: 9808377.

van Tilburg MA, Becht MC and Vingerhoets AJ. Self-reported crying during the menstrual cycle: sign

00803644

Exhibit 163

JA-0003186

of discomfort and emotional turmoil or erroneous beliefs?. J Psychosom Obstet Gynaecol. 2003;24(4):247-55. PMID: 14702885.

Vandenbroucke JP, Rosing J, Bloemenkamp KW, et al. Oral contraceptives and the risk of venous thrombosis. N Engl J Med. 2001;344(20):1527-35. PMID: 11357157.

Varney SJ and Guest JF. Relative cost effectiveness of Depo-Provera, Implanon, and Mirena in reversible long-term hormonal contraception in the UK. Pharmacoeconomics. 2004;22(17):1141-51. PMID: 15612832.

Velentgas P and Daling JR. Risk factors for breast cancer in younger women. J Natl Cancer Inst Monogr. 1994;(16):15-24. PMID: 7999458.

Vercellini P, Frontino G, De Giorgi O, et al. Continuous use of an oral contraceptive for endometriosis-associated recurrent dysmenorrhea that does not respond to a cyclic pill regimen. Fertil Steril. 2003;80(3):560-3. PMID: 12969698.

Vercellini P, Somigliana E, Daguati R, et al. Postoperative oral contraceptive exposure and risk of endometrioma recurrence. Am J Obstet Gynecol. 2008;198(5):504 e1-5. PMID: 18241819.

Vescovi JD, VanHeest JL and De Souza MJ. Short-term response of bone turnover to low-dose oral contraceptives in exercising women with hypothalamic amenorrhea. Contraception. 2008;77(2):97-104. PMID: 18226672.

Vetrano G, Lombardi G, Di Leone G, et al. Cervical intraepithelial neoplasia: risk factors for persistence and recurrence in adolescents. Eur J Gynaecol Oncol. 2007;28(3):189-92. PMID: 17624084.

Villard L and Murphy M. Endometrial cancer trends in England and Wales: a possible protective effect of oral contraception. Int J Epidemiol. 1990;19(2):255-8. PMID: 2376432.

Voke J, Keidan J, Pavord S, et al. The management of antenatal venous thromboembolism in the UK and Ireland: a prospective multicentre observational survey. Br J Haematol. 2007;139(4):545-58. PMID: 17916101.

Voordouw BC, Euser R, Verdonk RE, et al. Melatonin and melatonin-progestin combinations alter pituitary-ovarian function in women and can inhibit ovulation. J Clin Endocrinol Metab. 1992;74(1):108-17. PMID: 1727807.

Waetjen LE and Grimes DA. Oral contraceptives and primary liver cancer: temporal trends in three countries. Obstet Gynecol. 1996;88(6):945-9. PMID: 8942832.

Wahi MM, Shah N, Schrock CE, et al. Reproductive factors and risk of pancreatic cancer in women: a review of the literature. Ann Epidemiol. 2009;19(2):103-11. PMID: 19185803.

Weber-Diehl F, Unger R and Lachnit U. Triphasic combination of ethinyl estradiol and gestodene. Long-term clinical trial. Contraception. 1992;46(1):19-27. PMID: 1424620.

Weisman CS, Plichta S, Nathanson CA, et al. Adolescent women's contraceptive decision making. J Health Soc Behav. 1991;32(2):130-44. PMID: 1861049.

Weiss G. Risk of venous thromboembolism with third-generation oral contraceptives: A review. Am J Obstet Gynecol. 1999;180(2 Pt 2):295-301. PMID: 9988833.

Weiss NS and White E. Oral contraceptives and malignant melanoma. Cancer Causes Control. 1993;4(4):395-7. PMID: 8347789.

Welker GC, Lookinland S, Tiedeman ME, et al. The role of genetics in the risk of thromboembolism: prothrombin 20210A and oral contraceptive therapy. J Am Acad Nurse Pract. 2004;16(3):106-15, 138. PMID: 15130065.

Wester K, Jonsson A, Spigset O, et al. Spontaneously reported fatal suspected adverse drug reactions: A 10-year survey from Sweden. Pharmacoepidemiology and Drug Safety. 2007;16(2):173-180. PMID: 16739241.

Westhoff C, Kerns J, Morroni C, et al. Quick start: novel oral contraceptive initiation method. Contraception. 2002;66(3):141-5. PMID: 12384200.

Whalen KL and Rose R. Estradiol valerate/dienogest: a novel oral contraceptive. Ann Pharmacother. 2011;45(10):1256-61. PMID: 21917554.

Wheeler JM and Malinak LR. Complexion changes in oral contraceptive users. Results from a phase IV multicenter trial evaluating the safety and efficacy of ethynodiol diacetate, 1 mg, with ethinyl estradiol, 35

D-24

00803645

Exhibit 163

micrograms. J Reprod Med. 1991;36(4 Suppl):340-4. PMID: 2046083.

Whittemore AS, Harris R and Itnyre J. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case-control studies. IV. The pathogenesis of epithelial ovarian cancer. Collaborative Ovarian Cancer Group. Am J Epidemiol. 1992;136(10):1212-20. PMID: 1476143.

Whittemore AS. Personal characteristics relating to risk of invasive epithelial ovarian cancer in older women in the United States. Cancer. 1993;71(2 Suppl):558-65. PMID: 8420677.

Wilkinson E. HPV and oral contraceptives linked to cervical cancer risk. Lancet Oncology. 2002;3(5):265.

Willerson JT. Venous thromboembolic disease and combined oral contraceptives: Results of international multicenter case-control study. Circulation. 1996;93(8):1482.

Williams JK. Noncontraceptive benefits of oral contraceptive use: an evidence-based approach. Int J Fertil Womens Med. 2000;45(3):241-7. PMID: 10929688.

Wilson TE, Koenig LJ, Walter E, et al. Dual contraceptive method use for pregnancy and disease prevention among HIV-infected and HIV-uninfected women: the importance of an event-level focus for promoting safer sexual behaviors. Sex Transm Dis. 2003;30(11):809-12. PMID: 14603086.

Wimberly YH, Cotton S, Wanchick AM, et al. Attitudes and experiences with levonorgestrel 100 microg/ethinyl estradiol 20 microg among women during a 3-month trial. Contraception. 2002;65(6):403-6. PMID: 12127637.

Winkel CA and Scialli AR. Medical and surgical therapies for pain associated with endometriosis. J Womens Health Gend Based Med. 2001;10(2):137-62. PMID: 11268298.

Wong KK, Ng SC and Koong PL. Effect of the oral contraceptive pill on protein S and antithrombin-III levels in Malaysian women. Med Sci Res. 1992;20(12):439-40. PMID: 12288974.

Wong MT and Singh K. The combined oral contraceptive pill in women over age forty. Ann Acad Med Singapore. 2003;32(5):624-31. PMID: 14626790.

Wonglikhitpanya N and Taneepanichskul S. Effects of biphasic oral contraceptives containing desogestrel (Oilezz) on cycle control facial acne and seborrhea in healthy Thai women. J Med Assoc Thai. 2006;89(6):755-60. PMID: 16850673.

Woods ER, Grace E, Havens KK, et al. Contraceptive compliance with a levonorgestrel triphasic and a norethindrone monophasic oral contraceptive in adolescent patients. Am J Obstet Gynecol. 1992;166(3):901-7. PMID: 1550161.

Wu O and Greer IA. Is screening for thrombophilia cost-effective?. Curr Opin Hematol. 2007;14(5):500-3. PMID: 17934357.

Wu O, Robertson L, Langhorne P, et al. Oral contraceptives, hormone replacement therapy, thrombophilias and risk of venous thromboembolism: a systematic review. The Thrombosis: Risk and Economic Assessment of Thrombophilia Screening (TREATS) Study. Thromb Haemost. 2005;94(1):17-25. PMID: 16113779.

Wu O, Robertson L, Twaddle S, et al. Screening for thrombophilia in high-risk situations: systematic review and cost-effectiveness analysis. The Thrombosis: Risk and Economic Assessment of Thrombophilia Screening (TREATS) study. Health Technol Assess. 2006;10(11):1-110. PMID: 16595080.

Xue L, Yuan W, Lou CH, et al. Choice and changes of contraceptive methods after primiparous delivery in Shanghai. Reprod Contracept. 1999;10(1):40-8. PMID: 12295178.

Yoong WC, Tuck SM, Pasi KJ, et al. Markers of platelet activation, thrombin generation and fibrinolysis in women with sickle cell disease: effects of differing forms of hormonal contraception. Eur J Haematol. 2003;70(5):310-4. PMID: 12694167.

Yuk VJ, Cumming CE, Fox EE, et al. Frequency and severity of premenstrual symptoms in women taking birth control pills. Gynecol Obstet Invest. 1991;31(1):42-5. PMID: 2010113.

Zahradnik HP, Hanjalic-Beck A and Groth K. Nonsteroidal anti-inflammatory drugs and hormonal contraceptives for pain relief from dysmenorrhea: a review. Contraception. 2010;81(3):185-96. PMID: 20159173.

D-25

00803646

Exhibit 163

Zimmermann T, Dietrich H, Wisser KH, et al. Efficacy and tolerability of the dienogest-containing oral contraceptive Valette(registered trademark). Results of a postmarketing surveillance study. Drugs of Today. 1999;35(SUPPL. C):79-87.

# Study population is not women taking OCs for contraception or for primary prevention of ovarian cancer

Abdel-Aleem H, d'Arcangues C, Vogelsong K, et al. Treatment of vaginal bleeding irregularities induced by progestin only contraceptives. Cochrane Database Syst Rev. 2007;(2):CD003449. PMID: 17443526.

Adler AI, Weiss NS, Kamb ML, et al. Is diabetes mellitus a risk factor for ovarian cancer? A case-control study in Utah and Washington (United States). Cancer Causes Control. 1996;7(4):475-8. PMID: 8813436.

Agarwal N and Kriplani A. Medical management of dysfunctional uterine bleeding. Int J Gynaecol Obstet. 2001;75(2):199-201. PMID: 11684117.

AinMelk Y. Comparison of two continuous combined estrogen progestogen regimens in postmenopausal women: a randomized trial. Fertil Steril. 1996;66(6):962-8. PMID: 8941062.

Al Kadri H, Hassan S, Al-Fozan HM, et al. Hormone therapy for endometriosis and surgical menopause. Cochrane Database Syst Rev. 2009;(1):CD005997. PMID: 19160262.

Anderson GL, Chlebowski RT, Rossouw JE, et al. Prior hormone therapy and breast cancer risk in the Women's Health Initiative randomized trial of estrogen plus progestin. Maturitas. 2006;55(2):103-15. PMID: 16815651.

Anderson GL, Judd HL, Kaunitz AM, et al. Effects of estrogen plus progestin on gynecologic cancers and associated diagnostic procedures: the Women's Health Initiative randomized trial. JAMA. 2003;290(13):1739-48. PMID: 14519708.

Andersson K, Batar I and Rybo G. Return to fertility after removal of a levonorgestrel-releasing intrauterine device and Nova-T. Contraception. 1992;46(6):575-84. PMID: 1493717.

Andersson K, Odlind V and Rybo G. Levonorgestrel-releasing and copper-releasing (Nova T) IUDs during five years of use: a randomized comparative trial. Contraception. 1994;49(1):56-72. PMID: 8137626.

Anonymous. An evidence-based guideline for the management of heavy menstrual bleeding. Working Party for Guidelines for the Management of Heavy Menstrual Bleeding. N Z Med J. 1999;112(1088):174-7. PMID: 10391640.

Anonymous. Breast cancer and depot-medroxyprogesterone acetate: a multinational study. WHO Collaborative Study of Neoplasia and Steroid Contraceptives. Lancet. 1991;338(8771):833-8. PMID: 1681212.

Anonymous. Depot-medroxyprogesterone acetate (DMPA) and risk of endometrial cancer. The WHO Collaborative Study of Neoplasia and Steroid Contraceptives. Int J Cancer. 1991;49(2):186-90. PMID: 1831802.

Anonymous. Depot-medroxyprogesterone acetate (DMPA) and risk of epithelial ovarian cancer. The WHO Collaborative Study of Neoplasia and Steroid Contraceptives. Int J Cancer. 1991;49(2):191-5. PMID: 1831803.

Anonymous. Depot-medroxyprogesterone acetate (DMPA) and risk of invasive squamous cell cervical cancer. The WHO Collaborative Study of Neoplasia and Steroid Contraceptives. Contraception. 1992;45(4):299-312. PMID: 1387601.

Anonymous. Depot-medroxyprogesterone acetate (DMPA) and risk of liver cancer. The WHO Collaborative Study of Neoplasia and Steroid Contraceptives. Int J Cancer. 1991;49(2):182-5. PMID: 1831801.

Arowojolu AO, Gallo MF, Lopez LM, et al. Combined oral contraceptive pills for treatment of acne. Cochrane Database Syst Rev. 2012;6:CD004425. PMID: 22696343.

Atchley DP, Albarracin CT, Lopez A, et al. Clinical and pathologic characteristics of patients with BRCA-positive and BRCA-negative breast cancer. J Clin Oncol. 2008;26(26):4282-8. PMID: 18779615.

Backman T, Huhtala S, Tuominen J, et al. Sixty thousand woman-years of experience on the levonorgestrel intrauterine system: an epidemiological survey in Finland. Eur J Contracept

D-26

Exhibit 163

Reprod Health Care. 2001;6 Suppl 1:23-6. PMID: 11336430.

Backman T, Rauramo I, Jaakkola K, et al. Use of the levonorgestrel-releasing intrauterine system and breast cancer. Obstet Gynecol. 2005;106(4):813-7. PMID: 16199640.

Backstrom T, Hansson-Malmstrom Y, Lindhe BA, et al. Oral contraceptives in premenstrual syndrome: a randomized comparison of triphasic and monophasic preparations. Contraception. 1992;46(3):253-68. PMID: 1451521.

Baglin T, Palmer CR, Luddington R, et al. Unprovoked recurrent venous thrombosis: prediction by D-dimer and clinical risk factors. J Thromb Haemost. 2008;6(4):577-82. PMID: 18182040.

Baik I, Lambe M, Liu Q, et al. Birth spacing and maternal risk of invasive epithelial ovarian cancer in a Swedish nationwide cohort. Cancer Causes Control. 2008;19(10):1131-7. PMID: 18509730.

Bailie R, Katzenellenbogen J, Hoffman M, et al. A case control study of breast cancer risk and exposure to injectable progestogen contraceptives. Methods and patterns of use among controls. S Afr Med J. 1997;87(3):302-5. PMID: 9137342.

Baker J, Obermair A, Gebski V, et al. Efficacy of oral or intrauterine device-delivered progestin in patients with complex endometrial hyperplasia with atypia or early endometrial adenocarcinoma: A meta-analysis and systematic review of the literature. Gynecologic Oncology. 2012;125(1):263-270. PMID: 2012157452.

Baldaszti E, Wimmer-Puchinger B and Loschke K. Acceptability of the long-term contraceptive levonorgestrel-releasing intrauterine system (Mirena): a 3-year follow-up study. Contraception. 2003;67(2):87-91. PMID: 12586318.

Barreiros FA, Guazzelli CA, Barbosa R, et al. Extended regimens of the contraceptive vaginal ring: evaluation of clinical aspects. Contraception. 2010;81(3):223-5. PMID: 20159178.

Batukan C, Muderris, II, Ozcelik B, et al. Comparison of two oral contraceptives containing either drospirenone or cyproterone acetate in the treatment of hirsutism. Gynecol Endocrinol. 2007;23(1):38-44. PMID: 17484511.
Beral V, Bull D, Green J, et al. Ovarian cancer and hormone replacement therapy in the Million Women Study. Lancet. 2007;369(9574):1703-10. PMID: 17512855.

Berry DC, Raynor DK, Knapp P, et al. Official warnings on thromboembolism risk with oral contraceptives fail to inform users adequately. Contraception. 2002;66(5):305-7. PMID: 12443959.

Blumenthal PD, Gemzell-Danielsson K and Marintcheva-Petrova M. Tolerability and clinical safety of Implanon. Eur J Contracept Reprod Health Care. 2008;13 Suppl 1:29-36. PMID: 18330815.

Braaten T, Weiderpass E, Kumle M, et al. Education and risk of breast cancer in the Norwegian-Swedish women's lifestyle and health cohort study. Int J Cancer. 2004;110(4):579-83. PMID: 15122591.

Brown J, Kives S and Akhtar M. Progestagens and anti-progestagens for pain associated with endometriosis. 2012;(3): CD002122.

Bruni V, Pontello V, Luisi S, et al. An open-label, multicentre trial to evaluate the vaginal bleeding pattern of the combined contraceptive vaginal ring NuvaRing. Eur J Obstet Gynecol Reprod Biol. 2008;139(1):65-71. PMID: 18358586.

Brynhildsen J, Hansson A, Persson A, et al. Follow-up of patients with low back pain during pregnancy. Obstet Gynecol. 1998;91(2):182-6. PMID: 9469272.

Burkman RT, Tang MT, Malone KE, et al. Infertility drugs and the risk of breast cancer: findings from the National Institute of Child Health and Human Development Women's Contraceptive and Reproductive Experiences Study. Fertil Steril. 2003;79(4):844-51. PMID: 12749419.

Calaf J, Lopez E, Millet A, et al. Long-term efficacy and tolerability of flutamide combined with oral contraception in moderate to severe hirsutism: a 12-month, double-blind, parallel clinical trial. J Clin Endocrinol Metab. 2007;92(9):3446-52. PMID: 17566093.

Caruso S, Rugolo S, Agnello C, et al. Quality of sexual life in hyperandrogenic women treated with an oral contraceptive containing chlormadinone acetate. J Sex Med. 2009;6(12):3376-84. PMID: 19832931.

Castelo-Branco C, Vicente JJ, Pons F, et al. Bone mineral density in young, hypothalamic oligoamenorrheic women treated with oral contraceptives. J Reprod Med. 2001;46(10):875-9. PMID: 11725730.

D-27

00803648

Exhibit 163

JA-0003190

Cetin NN, Karabacak O, Korucuoglu U, et al. Gonadotropin-releasing hormone analog combined with a low-dose oral contraceptive to treat heavy menstrual bleeding. Int J Gynaecol Obstet. 2009;104(3):236-9. PMID: 19062012.

Charoenvisal C, Thaipisuttikul Y, Pinjaroen S, et al. Effects on acne of two oral contraceptives containing desogestrel and cyproterone acetate. Int J Fertil Menopausal Stud. 1996;41(4):423-9. PMID: 8894800.

Cheewadhanaraks S, Choksuchat C, Dhanaworavibul K, et al. Postoperative Depot Medroxyprogesterone Acetate versus Continuous Oral Contraceptive Pills in the Treatment of Endometriosis-Associated Pain: A Randomized Comparative Trial. Gynecologic and Obstetric Investigation. 2012.

Chen JH, Wu SC, Shao WQ, et al. The comparative trial of TCu 380A IUD and progesterone-releasing vaginal ring used by lactating women. Contraception. 1998;57(6):371-9. PMID: 9693396.

Cobb KL, Bachrach LK, Sowers M, et al. The effect of oral contraceptives on bone mass and stress fractures in female runners. Med Sci Sports Exerc. 2007;39(9):1464-73. PMID: 17805075.

Coker AL, Hulka BS, McCann MF, et al. Barrier methods of contraception and cervical intraepithelial neoplasia. Contraception. 1992;45(1):1-10. PMID: 1591917.

Coney P, Washenik K, Langley RG, et al. Weight change and adverse event incidence with a low-dose oral contraceptive: two randomized, placebo-controlled trials. Contraception. 2001;63(6):297-302. PMID: 11672550.

Cosmi B, Legnani C, Bernardi F, et al. Value of family history in identifying women at risk of venous thromboembolism during oral contraception: observational study. BMJ. 2001;322(7293):1024-5. PMID: 11325765.

Costa ML, Cecatti JG, Krupa FG, et al. Progestin-only contraception prevents bone loss in postpartum breastfeeding women. Contraception. 2012;85(4):374-380. PMID: 2012157303.

Costello MF, Shrestha B, Eden J, et al. Metformin versus oral contraceptive pill in polycystic ovary syndrome: a Cochrane review. Hum Reprod. 2007;22(5):1200-9. PMID: 17261574.

Costello Michael F, Shrestha B, Eden J, et al. Insulin-sensitising drugs versus the combined oral contraceptive pill for hirsutism, acne and risk of diabetes, cardiovascular disease, and endometrial cancer in polycystic ovary syndrome. 2007:(1): CD005552.

Coutinho EM, de Souza JC, da Silva AR, et al. Comparative study on the efficacy and acceptability of two contraceptive pills administered by the vaginal route: an international multicenter clinical trial. Clin Pharmacol Ther. 1993;53(1):65-75. PMID: 8422744.

Coutinho EM, O'Dwyer E, Barbosa IC, et al. Comparative study on intermittent versus continuous use of a contraceptive pill administered by vaginal route. Contraception. 1995;51(6):355-8. PMID: 7554976.

Coutinho EM, Spinola P, Athayde C, et al. Comparison of two regimens of a monthly injectable contraceptive containing dihydroxyprogesterone acetophenide and estradiol enanthate. Contraception. 2006;73(3):249-52. PMID: 16472564.

Coutinho EM, Spinola P, Barbosa I, et al. Multicenter, double-blind, comparative clinical study on the efficacy and acceptability of a monthly injectable contraceptive combination of 150 mg dihydroxyprogesterone acetophenide and 10 mg estradiol enanthate compared to a monthly injectable contraceptive combination of 90 mg dihydroxyprogesterone acetophenide and 6 mg estradiol enanthate. Contraception. 1997;55(3):175-81. PMID: 9115007.

Creatsas G, Cardamakis E, Deligeoroglou E, et al. Tenoxicam versus lynestrenol-ethinyl estradiol treatment of dysfunctional uterine bleeding cases during adolescence. J Pediatr Adolesc Gynecol. 1998;11(4):177-80. PMID: 9806127.

Creinin MD, Meyn LA, Borgatta L, et al. Multicenter comparison of the contraceptive ring and patch: a randomized controlled trial. Obstet Gynecol. 2008;111(2 Pt 1):267-77. PMID: 18238962.

Culwell KR and Curtis KM. Use of contraceptive methods by women with current venous thrombosis on anticoagulant therapy: a systematic review. Contraception. 2009;80(4):337-45. PMID: 19751856.

Cushman M, Glynn RJ, Goldhaber SZ, et al. Hormonal factors and risk of recurrent venous thrombosis: the prevention of recurrent venous

D-28

00803649

Exhibit 163

thromboembolism trial. J Thromb Haemost. 2006;4(10):2199-203. PMID: 16869933.

Daly E, Vessey MP, Hawkins MM, et al. Risk of venous thromboembolism in users of hormone replacement therapy. Lancet. 1996;348(9033):977-80. PMID: 8855852.

Darney P, Patel A, Rosen K, et al. Safety and efficacy of a single-rod etonogestrel implant (Implanon): results from 11 international clinical trials. Fertil Steril. 2009;91(5):1646-53. PMID: 18423453.

Davis A, Godwin A, Lippman J, et al. Triphasic norgestimate-ethinyl estradiol for treating dysfunctional uterine bleeding. Obstet Gynecol. 2000;96(6):913-20. PMID: 11084177.

Davis AR and Westhoff CL. Primary dysmenorrhea in adolescent girls and treatment with oral contraceptives. J Pediatr Adolesc Gynecol. 2001;14(1):3-8. PMID: 11358700.

Davis AR, Osborne LM, O'Connell KJ, et al. Challenges of conducting a placebo-controlled trial for dysmenorrhea in adolescents. J Adolesc Health. 2006;39(4):607-9. PMID: 16982402.

Davis AR, Westhoff C, O'Connell K, et al. Oral contraceptives for dysmenorrhea in adolescent girls: a randomized trial. Obstet Gynecol. 2005;106(1):97-104. PMID: 15994623.

Davis L, Kennedy SS, Moore J, et al. Modern combined oral contraceptives for pain associated with endometriosis. Cochrane Database Syst Rev. 2007;(3):CD001019. PMID: 17636650.

del Carmen Cravioto M, Alvarado G, Canto-de-Cetina T, et al. A multicenter comparative study on the efficacy, safety, and acceptability of the contraceptive subdermal implants Norplant and Norplant-II. Contraception. 1997;55(6):359-67. PMID: 9262932.

Diaz J, Faundes A, Diaz M, et al. Evaluation of the clinical performance of a levonorgestrel-releasing IUD, up to seven years of use, in Campinas, Brazil. Contraception. 1993;47(2):169-75. PMID: 8449017.

Dinger JC, Heinemann LAJ, Mohner S, et al. Breast cancer risk associated with different HRT formulations: A register-based case-control study. BMC Women's Health. 2006;6:13.

Dore DD, Norman H, Loughlin J, et al. Extended case-control study results on thromboembolic outcomes among transdermal contraceptive users. Contraception. 2010;81(5):408-13. PMID: 20399947.

Douglas S. Premenstrual syndrome. Evidence-based treatment in family practice. Can Fam Physician. 2002;48: 1789-97. PMID: 12489244.

Draper BH, Morroni C, Hoffman M, et al. Depot medroxyprogesterone versus norethisterone oenanthate for long-acting progestogenic contraception. Cochrane Database Syst Rev. 2006;3:CD005214. PMID: 16856087.

Endrikat J, Gerlinger C, Plettig K, et al. A meta-analysis on the correlation between ovarian activity and the incidence of intermenstrual bleeding during low-dose oral contraceptive use. Gynecol Endocrinol. 2003;17(2):107-14. PMID: 12737671.

Erkkola R, Hirvonen E, Luikku J, et al. Ovulation inhibitors containing cyproterone acetate or desogestrel in the treatment of hyperandrogenic symptoms. Acta Obstet Gynecol Scand. 1990;69(1):61-5. PMID: 2140663.

Estevao RA, Nazario AC and Baracat EC. Effect of oral contraceptive with and without associated estriol on ultrasound measurements of breast fibroadenoma: randomized clinical trial. Sao Paulo Med J. 2007;125(5):275-80. PMID: 18094894.

Fairfield KM, Hunter DJ, Fuchs CS, et al. Aspirin, other NSAIDs, and ovarian cancer risk (United States). Cancer Causes Control. 2002;13(6):535-42. PMID: 12195643.

Falsetti L and Pasinetti E. Effects of long-term administration of an oral contraceptive containing ethinylestradiol and cyproterone acetate on lipid metabolism in women with polycystic ovary syndrome. Acta Obstet Gynecol Scand. 1995;74(1):56-60. PMID: 7856434.

Farquhar C and Brown J. Oral contraceptive pill for heavy menstrual bleeding. Cochrane Database Syst Rev. 2009;(4):CD000154. PMID: 19821266.

Fernandez E, La Vecchia C, Braga C, et al. Hormone replacement therapy and risk of colon and rectal cancer. Cancer Epidemiol Biomarkers Prev. 1998;7(4):329-33. PMID: 9568789.

Ferrari B, Barusi L and Coppola F. Clinical and endocrine effects of ovulation induction with FSH

00803650

Exhibit 163

JA-0003192

and hCG supplementation in low responders in the midfollicular phase. A pilot study. J Reprod Med. 2002;47(2):137-43. PMID: 11883353.

Follmann M, Heinemann LAJ, Dipl-Stat AB, et al. Treatment with potentially hepatotoxic drugs and the risk of hepatocellular carcinoma: Results of a European case-control study. Pharmacoepidemiology and Drug Safety. 2000;9(5):417-422.

Franceschi S, Rajkumar T, Vaccarella S, et al. Human papillomavirus and risk factors for cervical cancer in Chennai, India: a case-control study. Int J Cancer. 2003;107(1):127-33. PMID: 12925967.

Fraser IS and McCarron G. Randomized trial of 2 hormonal and 2 prostaglandin-inhibiting agents in women with a complaint of menorrhagia. Aust N Z J Obstet Gynaecol. 1991;31(1):66-70. PMID: 1872778.

Fraser IS, Parke S, Mellinger U, et al. Effective treatment of heavy and/or prolonged menstrual bleeding without organic cause: pooled analysis of two multinational, randomised, double-blind, placebo-controlled trials of oestradiol valerate and dienogest. Eur J Contracept Reprod Health Care. 2011;16(4):258-69. PMID: 21774563.

Fraser IS, Weisberg E, Brache V, et al. Serum Nestorone and ethinyl estradiol levels, and ovulation inhibition in women using three different dosage combinations of a Nestorone progestogen-ethinyl estradiol contraceptive vaginal ring on a bleeding-signaled regimen. Contraception. 2005;72(1):40-5. PMID: 15964291.

Freeman EW, Kroll R, Rapkin A, et al. Evaluation of a unique oral contraceptive in the treatment of premenstrual dysphoric disorder. J Womens Health Gend Based Med. 2001;10(6):561-9. PMID: 11559453.

French R, Cowan F, Mansour D, et al. Hormonally impregnated intrauterine systems (IUSs), versus other forms of reversible contraceptives as effective methods of preventing pregnancy. Cochrane Database Syst Rev. 2001;(2):CD001776. PMID: 11406007.

French R, Van Vliet H, Cowan F, et al. Hormonally impregnated intrauterine systems (IUSs) versus other forms of reversible contraceptives as effective methods of preventing pregnancy. Cochrane Database Syst Rev. 2004;(3):CD001776. PMID: 15266453.

French RS, Cowan FM, Mansour D, et al. Levonorgestrel-releasing (20 microgram/day) intrauterine systems (Mirena) compared with other methods of reversible contraceptives. BJOG. 2000;107(10):1218-25. PMID: 11028571.

French RS, Cowan FM, Mansour DJ, et al. Implantable contraceptives (subdermal implants and hormonally impregnated intrauterine systems) versus other forms of reversible contraceptives: two systematic reviews to assess relative effectiveness, acceptability, tolerability and cost-effectiveness. Health Technol Assess. 2000;4(7):i-vi, 1-107. PMID: 10944741.

Friedman AJ and Thomas PP. Does low-dose combination oral contraceptive use affect uterine size or menstrual flow in premenopausal women with leiomyomas?. Obstet Gynecol. 1995;85(4):631-5. PMID: 7898846.

Gallo MF, Grimes DA, Lopez LM, et al. Combination injectable contraceptives for contraception. Cochrane Database Syst Rev. 2008;(4):CD004568. PMID: 18843662.

Gallo MF, Grimes DA, Schulz KF, et al. Combination injectable contraceptives for contraception. Cochrane Database Syst Rev. 2005;(3):CD004568. PMID: 16034938.

Gama CRB, Gama GF, Lasmar RB, et al. Clinical assessment of ethinylestradiol and cyproterone acetate in menstrual irregularities of hyper-androgenic origin. Revista Brasileira de Medicina. 2010;67(9):319-325.

Garcia y Narvaiza D, Navarrete MA, Falzoni R, et al. Effect of combined oral contraceptives on breast epithelial proliferation in young women. Breast J. 2008;14(5):450-5. PMID: 18657146.

Genkinger JM, Hunter DJ, Spiegelman D, et al. Alcohol intake and ovarian cancer risk: a pooled analysis of 10 cohort studies. Br J Cancer. 2006;94(5):757-62. PMID: 16495916.

Gerhardsson de Verdier M and London S. Reproductive factors, exogenous female hormones, and colorectal cancer by subsite. Cancer Causes Control. 1992;3(4):355-60. PMID: 1617123.

Gerlinger C, Endrikat J, Kallischnigg G, et al. Evaluation of menstrual bleeding patterns: a new proposal for a universal guideline based on the analysis of more than 4500 bleeding diaries. Eur J

00803651

Exhibit 163

JA-0003193

Contracept Reprod Health Care. 2007;12(3):203-11. PMID: 17763258.

Gollnick H, Albring M and Brill K. The efficacy of oral cyproterone acetate in combination with ethinyloestradiol in acne tarda of the facial type. Journal of Dermatological Treatment. 1998;9(2):71-79.

Graham CA and Sherwin BB. A prospective treatment study of premenstrual symptoms using a triphasic oral contraceptive. J Psychosom Res. 1992;36(3):257-66. PMID: 1564678.

Griesinger G, Kolibianakis EM, Venetis C, et al. Oral contraceptive pretreatment significantly reduces ongoing pregnancy likelihood in gonadotropin-releasing hormone antagonist cycles: an updated meta-analysis. Fertil Steril. 2010;94(6):2382-4. PMID: 20537631.

Griesinger G, Venetis CA, Marx T, et al. Oral contraceptive pill pretreatment in ovarian stimulation with GnRH antagonists for IVF: a systematic review and meta-analysis. Fertil Steril. 2008;90(4):1055-63. PMID: 18054003.

Grimes DA, Jones LB, Lopez LM, et al. Oral contraceptives for functional ovarian cysts. Cochrane Database Syst Rev. 2006;(4):CD006134. PMID: 17054275.

Grimes DA, Jones LB, Lopez LM, et al. Oral contraceptives for functional ovarian cysts. Cochrane Database Syst Rev. 2009;(2):CD006134. PMID: 19370628.

Grimes DA, Jones LB, Lopez LM, et al. Oral contraceptives for functional ovarian cysts. Cochrane Database Syst Rev. 2011;(9):CD006134. PMID: 21901701.

Grimes DA, Lopez LM, Manion C, et al. Cochrane systematic reviews of IUD trials: lessons learned. Contraception. 2007;75(6 Suppl):S55-9. PMID: 17531618.

Guazzelli CA, Barreiros FA, Barbosa R, et al. Extended regimens of the vaginal contraceptive ring: cycle control. Contraception. 2009;80(5):430-5. PMID: 19835716.

Guzick DS, Huang LS, Broadman BA, et al. Randomized trial of leuprolide versus continuous oral contraceptives in the treatment of endometriosis-associated pelvic pain. Fertil Steril. 2011;95(5):1568-73. PMID: 21300339.

Haider A and Shaw JC. Treatment of acne vulgaris. JAMA. 2004;292(6):726-35. PMID: 15304471.

Halbreich U. Selective serotonin reuptake inhibitors and initial oral contraceptives for the treatment of PMDD: effective but not enough. CNS Spectr. 2008;13(7):566-72. PMID: 18622361.

Harada T, Momoeda M, Taketani Y, et al. Low-dose oral contraceptive pill for dysmenorrhea associated with endometriosis: a placebo-controlled, double-blind, randomized trial. Fertil Steril. 2008;90(5):1583-8. PMID: 18164001.

Harada T, Momoeda M, Terakawa N, et al. Evaluation of a low-dose oral contraceptive pill for primary dysmenorrhea: a placebo-controlled, double-blind, randomized trial. Fertil Steril. 2011;95(6):1928-31. PMID: 21420678.

Hendlish SK, Horowicz-Mehler NC, Brixner DI, et al. Contraceptive and noncontraceptive benefits of the LNG-IUS in a vertically integrated HMO. Contraception. 2008;78(1):36-41. PMID: 18555816.

Hendrix SL and Alexander NJ. Primary dysmenorrhea treatment with a desogestrel-containing low-dose oral contraceptive. Contraception. 2002;66(6):393-9. PMID: 12499030.

Herrero R, Brinton LA, Reeves WC, et al. Injectable contraceptives and risk of invasive cervical cancer: evidence of an association. Int J Cancer. 1990;46(1):5-7. PMID: 2163991.

Hickey M, Higham J and Fraser IS. Progestogens versus oestrogens and progestogens for irregular uterine bleeding associated with anovulation. Cochrane Database of Systematic Reviews. 2007;(4): CD001895.

Hildesheim A, Brinton LA, Mallin K, et al. Barrier and spermicidal contraceptive methods and risk of invasive cervical cancer. Epidemiology. 1990;1(4):266-72. PMID: 2083303.

Hillbom M, Haapaniemi H, Juvela S, et al. Recent alcohol consumption, cigarette smoking, and cerebral infarction in young adults. Stroke. 1995;26(1):40-5. PMID: 7839395.

Hillman JB, Miller RJ and Inge TH. Menstrual concerns and intrauterine contraception among

00803652

Exhibit 163

JA-0003194

adolescent bariatric surgery patients. J Womens Health (Larchmt). 2011;20(4):533-8. PMID: 21413894.

Hofmeyr GJ, Singata M and Lawrie TA. Copper containing intra-uterine devices versus depot progestogens for contraception. Cochrane Database Syst Rev. 2010;(6):CD007043. PMID: 20556773.

Hubacher D and Grimes DA. Noncontraceptive health benefits of intrauterine devices: a systematic review. Obstet Gynecol Surv. 2002;57(2):120-8. PMID: 11832788.

Hubacher D, Lopez L, Steiner MJ, et al. Menstrual pattern changes from levonorgestrel subdermal implants and DMPA: systematic review and evidence-based comparisons. Contraception. 2009;80(2):113-8. PMID: 19631785.

Hughes E, Brown J, Collins JJ, et al. Ovulation suppression for endometriosis. Cochrane Database Syst Rev. 2007;(3):CD000155. PMID: 17636607.

Hughes E, Fedorkow D, Collins J, et al. Ovulation suppression for endometriosis. Cochrane Database Syst Rev. 2000;(2):CD000155. PMID: 10796697.

Hughes E, Fedorkow D, Collins J, et al. Ovulation suppression for endometriosis. Cochrane Database Syst Rev. 2003;(3):CD000155. PMID: 12917884.

Iyer V, Farquhar C and Jepson R. Oral contraceptive pills for heavy menstrual bleeding. Cochrane Database Syst Rev. 2000;(2):CD000154. PMID: 10796696.

Jensen JT, Parke S, Mellinger U, et al. Effective treatment of heavy menstrual bleeding with estradiol valerate and dienogest: a randomized controlled trial. Obstet Gynecol. 2011;117(4):777-87. PMID: 21422847.

Jick SS, Hagberg KW and Kaye JA. ORTHO EVRA(registered trademark) and venous thromboembolism: an update. Contraception. 2010;81(5):452-453.

Joffe H, Petrillo LF, Viguera AC, et al. Treatment of premenstrual worsening of depression with adjunctive oral contraceptive pills: a preliminary report. J Clin Psychiatry. 2007;68(12):1954-62. PMID: 18162029.

Johnson N and Farquhar C. Endometriosis. Clin Evid (Online). 2007;2007. pii:0802. PMID: 19454060.

Katz HI, Kempers S, Akin MD, et al. Effect of a desogestrel-containing oral contraceptive on the skin. Eur J Contracept Reprod Health Care. 2000;5(4):248-55. PMID: 11245552.

Kelekci KH, Kelekci S, Yengel I, et al. Cyproterone acetate or drospirenone containing combined oral contraceptives plus spironolactone or cyproterone acetate for hirsutism: Randomized comparison of three regimens. Journal of Dermatological Treatment. 2012;23(3):177-183. PMID: 2012280528.

Kemmeren JM, Algra A, Meijers JC, et al. Effect of second- and third-generation oral contraceptives on fibrinolysis in the absence or presence of the factor V Leiden mutation. Blood Coagul Fibrinolysis. 2002;13(5):373-81. PMID: 12138364.

Kemmeren JM, Algra A, Meijers JC, et al. Effects of second and third generation oral contraceptives and their respective progestagens on the coagulation system in the absence or presence of the factor V Leiden mutation. Thromb Haemost. 2002;87(2):199-205. PMID: 11859850.

Kives S, Brown J, Prentice A, et al. Progestagens and anti-progestagens for pain associated with endometriosis. Cochrane Database Syst Rev. 2000;(2): CD002122. PMID:10796864.

Knight JA, Lesosky M, Blackmore KM, et al. Ovarian cysts and breast cancer: results from the Women's Contraceptive and Reproductive Experiences Study. Breast Cancer Res Treat. 2008;109(1):157-64. PMID: 17616808.

Koltun W, Lucky AW, Thiboutot D, et al. Efficacy and safety of 3 mg drospirenone/20 mcg ethinylestradiol oral contraceptive administered in 24/4 regimen in the treatment of acne vulgaris: a randomized, double-blind, placebo-controlled trial. Contraception. 2008;77(4):249-56. PMID: 18342647.

Koltun W, Maloney JM, Marr J, et al. Treatment of moderate acne vulgaris using a combined oral contraceptive containing ethinylestradiol 20 mug plus drospirenone 3mg administered in a 24/4 regimen: a pooled analysis. Eur J Obstet Gynecol Reprod Biol. 2011;155(2):171-5. PMID: 21288628.

Kuyoh MA, Toroitich-Ruto C, Grimes DA, et al. Sponge versus diaphragm for contraception. Cochrane Database Syst Rev. 2002;(3):CD003172. PMID: 12137678.

00803653

Exhibit 163

JA-0003195

Kuyoh MA, Toroitich-Ruto C, Grimes DA, et al. Sponge versus diaphragm for contraception: a Cochrane review. Contraception. 2003;67(1):15-8. PMID: 12521652.

Kwan I and Onwude JL. Premenstrual syndrome. Clin Evid (Online). 2007;2007. pii: 0806. PMID: 19454075.

La Vecchia C, Negri E, Franceschi S, et al. Long-term impact of reproductive factors on cancer risk. Int J Cancer. 1993;53(2):215-9. PMID: 8425757.

Lai JN, Wu CT, Chen PC, et al. Increased risk for invasive breast cancer associated with hormonal therapy: a nation-wide random sample of 65,723 women followed from 1997 to 2008. PLoS One. 2011;6(10):e25183. PMID: 21998640.

Latthe PM, Champaneria R and Khan KS. Dysmenorrhoea. Clin Evid (Online). 2011;2011. pii: 0813. PMID: 21718556.

Le J and Tsourounis C. Implanon: a critical review. Ann Pharmacother. 2001;35(3):329-36. PMID: 11261531.

Lello S, Primavera G, Colonna L, et al. Effects of two estroprogestins containing ethynilestradiol 30 microg and drospirenone 3 mg and ethynilestradiol 30 microg and chlormadinone 2 mg on skin and hormonal hyperandrogenic manifestations. Gynecol Endocrinol. 2008;24(12):718-23. PMID: 19172543.

Lethaby A, Irvine G and Cameron I. Cyclical progestogens for heavy menstrual bleeding. Cochrane Database of Systematic Reviews. 2008;(1).

Leyden J, Shalita A, Hordinsky M, et al. Efficacy of a low-dose oral contraceptive containing 20 microg of ethinyl estradiol and 100 microg of levonorgestrel for the treatment of moderate acne: A randomized, placebo-controlled trial. J Am Acad Dermatol. 2002;47(3):399-409. PMID: 12196750.

Li CI, Beaber EF, Tang MT, et al. Effect of depo-medroxyprogesterone acetate on breast cancer risk among women 20 to 44 years of age. Cancer Res. 2012;72(8):2028-35. PMID: 22369929.

Li H and Thomas DB. Tubal ligation and risk of cervical cancer. The World Health Organiztion Collaborative Study of Neoplasia and Steroid Contraceptives. Contraception. 2000;61(5):323-8. PMID: 10906503.

Lidegaard O, Nielsen LH, Skovlund CW, et al. Venous thrombosis in users of non-oral hormonal contraception: follow-up study, Denmark 2001-10. BMJ. 2012;344:e2990. PMID: 22577198.

Linet MS, Gridley G, Cnattingius S, et al. Maternal and perinatal risk factors for childhood brain tumors (Sweden). Cancer Causes Control. 1996;7(4):437-48. PMID: 8813432.

Loerbroks A, Schouten LJ, Goldbohm RA, et al. Alcohol consumption, cigarette smoking, and endometrial cancer risk: results from the Netherlands Cohort Study. Cancer Causes Control. 2007;18(5):551-60. PMID: 17437180.

London RS. A comparison of levonorgestrel implants with depo-medroxyprogesterone acetate injections for contraception. J SOGC. 1993;15(8):925-8, 32. PMID: 12318530.

Lopez Laureen M, Kaptein Adrian A and Helmerhorst Frans M. Oral contraceptives containing drospirenone for premenstrual syndrome. Cochrane Database Syst Rev. 2012;(2): CD006586. PMID:22336820.

Lopez LM, Tolley EE, Grimes DA, et al. Theory-based interventions for contraception. Cochrane Database Syst Rev. 2009;(1):CD007249. PMID: 19160330.

Lucky AW, Henderson TA, Olson WH, et al. Effectiveness of norgestimate and ethinyl estradiol in treating moderate acne vulgaris. J Am Acad Dermatol. 1997;37(5 Pt 1):746-54. PMID: 9366821.

Lucky AW, Koltun W, Thiboutot D, et al. A combined oral contraceptive containing 3-mg drospirenone/ 20-microg ethinyl estradiol in the treatment of acne vulgaris: a randomized, double-blind, placebo-controlled study evaluating lesion counts and participant self-assessment. Cutis. 2008;82(2):143-50. PMID: 18792547.

Luisi S, Ciani V, Gabbanini M, et al. Oral contraceptives after myomectomy: a short term trial. Int J Endocrinol. 2009;2009:476897. PMID: 19946429.

Mabrouk M, Frasca C, Geraci E, et al. Combined oral contraceptive therapy in women with posterior deep infiltrating endometriosis. J Minim Invasive Gynecol. 2011;18(4):470-4. PMID: 21777836.

D-33

00803654

Exhibit 163

JA-0003196

MacKenna A, Fabres C, Alam V, et al. Clinical management of functional ovarian cysts: a prospective and randomized study. Hum Reprod. 2000;15(12):2567-9. PMID: 11098028.

MacLennan AH, MacLennan A, Wenzel S, et al. Continuous low-dose oestrogen and progestogen hormone replacement therapy: a randomised trial. Med J Aust. 1993;159(2):102-6. PMID: 8336583.

Mainwaring R, Hales HA, Stevenson K, et al. Metabolic parameter, bleeding, and weight changes in U.S. women using progestin only contraceptives. Contraception. 1995;51(3):149-53. PMID: 7621683.

Maloney JM, Dietze P, Jr., Watson D, et al. A randomized controlled trial of a low-dose combined oral contraceptive containing 3 mg drospirenone plus 20 microg ethinylestradiol in the treatment of acne vulgaris: lesion counts, investigator ratings and subject self-assessment. J Drugs Dermatol. 2009;8(9):837-44. PMID: 19746676.

Maloney JM, Dietze P, Jr., Watson D, et al. Treatment of acne using a 3-milligram drospirenone/20-microgram ethinyl estradiol oral contraceptive administered in a 24/4 regimen: a randomized controlled trial. Obstet Gynecol. 2008;112(4):773-81. PMID: 18827119.

Manchikanti A, Grimes DA, Lopez LM, et al. Steroid hormones for contraception in women with sickle cell disease. Cochrane Database Syst Rev. 2007;(2):CD006261. PMID: 17443618.

Mansour D, Verhoeven C, Sommer W, et al. Efficacy and tolerability of a monophasic combined oral contraceptive containing nomegestrol acetate and 17beta-oestradiol in a 24/4 regimen, in comparison to an oral contraceptive containing ethinylestradiol and drospirenone in a 21/7 regimen. Eur J Contracept Reprod Health Care. 2011;16(6):430-43. PMID: 21995590.

Marr J, Niknian M, Shulman LP, et al. Premenstrual dysphoric disorder symptom cluster improvement by cycle with the combined oral contraceptive ethinylestradiol 20 mcg plus drospirenone 3 mg administered in a 24/4 regimen. Contraception. 2011;84(1):81-6. PMID: 21664515.

Mascarenhas L, van Beek A, Bennink HC, et al. A 2-year comparative study of endometrial histology and cervical cytology of contraceptive implant users in Birmingham, UK. Hum Reprod. 1998;13(11):3057-60. PMID: 9853856.

McCredie M, Paul C, Skegg DC, et al. Reproductive factors and breast cancer in New Zealand. Int J Cancer. 1998;76(2):182-8. PMID: 9537578.

McMullen JP and Schooff M. Self-administering emergency hormonal contraception. J Fam Pract. 1998;47(4):252. PMID: 9841254.

Middleton LJ, Champaneria R, Daniels JP, et al. Hysterectomy, endometrial destruction, and levonorgestrel releasing intrauterine system (Mirena) for heavy menstrual bleeding: systematic review and meta-analysis of data from individual patients. BMJ. 2010;341:c3929. PMID: 20713583.

Miller L, Verhoeven CH and Hout J. Extended regimens of the contraceptive vaginal ring: a randomized trial. Obstet Gynecol. 2005;106(3):473-82. PMID: 16135576.

Misra JS, Engineer AD, Das K, et al. Cervical carcinogenesis and contraception. Diagn Cytopathol. 1991;7(4):346-52. PMID: 1935511.

Moodley JR, Hoffman M, Carrara H, et al. HIV and pre-neoplastic and neoplastic lesions of the cervix in South Africa: a case-control study. BMC Cancer. 2006;6:135. PMID: 16719902.

Moodley M, Sewart S, Herrington CS, et al. The interaction between steroid hormones, human papillomavirus type 16, E6 oncogene expression, and cervical cancer. Int J Gynecol Cancer. 2003;13(6):834-42. PMID: 14675321.
Moore J, Kennedy S and Prentice A. Modern combined oral contraceptives for pain associated with endometriosis. Cochrane Database Syst Rev. 2000;(2):CD001019. PMID: 10796731.

Munro MG, Mainor N, Basu R, et al. Oral medroxyprogesterone acetate and combination oral contraceptives for acute uterine bleeding: a randomized controlled trial. Obstet Gynecol. 2006;108(4):924-9. PMID: 17012455.

Muzii L, Marana R, Caruana P, et al. Postoperative administration of monophasic combined oral contraceptives after laparoscopic treatment of ovarian endometriomas: a prospective, randomized trial. Am J Obstet Gynecol. 2000;183(3):588-92. PMID: 10992178.

Mydlo JH, Chawla S, Dorn S, et al. Renal cancer and pregnancy in two different female cohorts. Can J Urol. 2002;9(5):1634-6. PMID: 12431324.

D-34

Exhibit 163

Naessen S, Carlstrom K, Bystrom B, et al. Effects of an antiandrogenic oral contraceptive on appetite and eating behavior in bulimic women. Psychoneuroendocrinology. 2007;32(5):548-54. PMID: 17475412.

Negri E, Tzonou A, Beral V, et al. Hormonal therapy for menopause and ovarian cancer in a collaborative re-analysis of European studies. Int J Cancer. 1999;80(6):848-51. PMID: 10074916.

Nezhat CH, Nezhat F, Borhan S, et al. Is hormonal treatment efficacious in the management of ovarian cysts in women with histories of endometriosis?. Hum Reprod. 1996;11(4):874-7. PMID: 8671343.

O'Connell K, Davis AR and Kerns J. Oral contraceptives: side effects and depression in adolescent girls. Contraception. 2007;75(4):299-304. PMID: 17362710.

Ohira T, Folsom AR, Cushman M, et al. Reproductive history, hormone replacement, and incidence of venous thromboembolism: The longitudinal investigation of thromboembolism etiology. British Journal of Haematology. 2010;149(4):606-612.

Olshan AF, Breslow NE, Falletta JM, et al. Risk factors for Wilms tumor. Report from the National Wilms Tumor Study. Cancer. 1993;72(3):938-44. PMID: 8392906.

Olshan AF, Smith J, Cook MN, et al. Hormone and fertility drug use and the risk of neuroblastoma: a report from the Children's Cancer Group and the Pediatric Oncology Group. Am J Epidemiol. 1999;150(9):930-8. PMID: 10547138.

Olson WH, Lippman JS and Robisch DM. The duration of response to norgestimate and ethinyl estradiol in the treatment of acne vulgaris. Int J Fertil Womens Med. 1998;43(6):286-90. PMID: 9920537.

Osman MF, Black C, Jick S, et al. Previous maternal oral contraception and the risk among subsequent offspring of asthma diagnosis in early childhood. Paediatr Perinat Epidemiol. 2009;23(6):567-73. PMID: 19840293.

Palombo-Kinne E, Schellschmidt I, Schumacher U, et al. Efficacy of a combined oral contraceptive containing 0.030 mg ethinylestradiol/2 mg dienogest for the treatment of papulopustular acne in comparison with placebo and 0.035 mg

ethinylestradiol/2 mg cyproterone acetate. Contraception. 2009;79(4):282-9. PMID: 19272497.

Parazzini F, Di Cintio E, Chatenoud L, et al. Estroprogestin vs. gonadotrophin agonists plus estroprogestin in the treatment of endometriosis-related pelvic pain: a randomized trial. Gruppo Italiano per lo Studio dell'Endometriosi. Eur J Obstet Gynecol Reprod Biol. 2000;88(1):11-4. PMID: 10659911.

Parazzini F, La Vecchia C, Negri E, et al. Lifelong menstrual pattern and risk of breast cancer. Oncology. 1993;50(4):222-5. PMID: 8497374.

Patel P, Lin HC, Feldman SR, et al. Medication choice and associated health care outcomes and costs for patients with acne and acne-related conditions in the United States. J Drugs Dermatol. 2011;10(7):766-71. PMID: 21720659.

Patton AL, Duncan L, Bloom L, et al. Atypical squamous cells, cannot exclude a high-grade intraepithelial lesion and its clinical significance in postmenopausal, pregnant, postpartum, and contraceptive-use patients. Cancer. 2008;114(6):481-8. PMID: 18980288.

Paulen ME and Curtis KM. When can a woman have repeat progestogen-only injectables--depot medroxyprogesterone acetate or norethisterone enantate?. Contraception. 2009;80(4):391-408. PMID: 19751863.

Pearlstein TB, Bachmann GA, Zacur HA, et al. Treatment of premenstrual dysphoric disorder with a new drospirenone-containing oral contraceptive formulation. Contraception. 2005;72(6):414-21. PMID: 16307962.

Petri M, Kim MY, Kalunian KC, et al. Combined oral contraceptives in women with systemic lupus erythematosus. N Engl J Med. 2005;353(24):2550-8. PMID: 16354891.

Piya-Anant M, Koetsawang S, Patrasupapong N, et al. Effectiveness of Cyclofem(registered trademark) in the treatment of depot medroxyprogesterone acetate induced amenorrhea. Contraception. 1998;57(1):23-28.

Plewig G, Cunliffe WJ, Binder N, et al. Efficacy of an oral contraceptive containing EE 0.03 mg and CMA 2 mg (Belara) in moderate acne resolution: a randomized, double-blind, placebo-controlled Phase

00803656

Exhibit 163

JA-0003198

III trial. Contraception. 2009;80(1):25-33. PMID: 19501212.

Pomp ER, Lenselink AM, Rosendaal FR, et al. Pregnancy, the postpartum period and prothrombotic defects: risk of venous thrombosis in the MEGA study. J Thromb Haemost. 2008;6(4):632-7. PMID: 18248600.

Porcile A, Gallardo E, Onetto P, et al. Very low estrogen-desogestrel contraceptive in perimenopausal hormonal replacement. Maturitas. 1994;18(2):93-103. PMID: 8177098.

Power J, French R and Cowan F. Subdermal implantable contraceptives versus other forms of reversible contraceptives or other implants as effective methods of preventing pregnancy. Cochrane Database Syst Rev. 2007;(3):CD001326. PMID: 17636668.

Power J, French R and Cowan Frances M. Subdermal implantable contraceptives versus other forms of reversible contraceptives or other implants as effective methods for preventing pregnancy. 2007;(3): CD001326.

Pradat P. A case-control study of major congenital heart defects in Sweden--1981-1986. Eur J Epidemiol. 1992;8(6):789-96. PMID: 1294383.

Proctor ML and Farquhar CM. Dysmenorrhoea. Clin Evid (Online). 2007. PMID: 19454059.

Proctor ML, Roberts H and Farquhar CM. Combined oral contraceptive pill (OCP) as treatment for primary dysmenorrhoea. Cochrane Database Syst Rev. 2001;(4):CD002120. PMID: 11687142.

Puumala SE, Ross JA, Olshan AF, et al. Reproductive history, infertility treatment, and the risk of acute leukemia in children with down syndrome: a report from the Children's Oncology Group. Cancer. 2007;110(9):2067-74. PMID: 17849462.

Raine TR, Foster-Rosales A, Upadhyay UD, et al. One-year contraceptive continuation and pregnancy in adolescent girls and women initiating hormonal contraceptives. Obstetrics and Gynecology. 2011;117(2 PART 1):363-371.

Razzi S, Luisi S, Ferretti C, et al. Use of a progestogen only preparation containing desogestrel in the treatment of recurrent pelvic pain after conservative surgery for endometriosis. Eur J Obstet Gynecol Reprod Biol. 2007;135(2):188-90. PMID: 16963174.

Redmond G, Godwin AJ, Olson W, et al. Use of placebo controls in an oral contraceptive trial: methodological issues and adverse event incidence. Contraception. 1999;60(2):81-5. PMID: 10592854.

Redmond GP, Olson WH, Lippman JS, et al. Norgestimate and ethinyl estradiol in the treatment of acne vulgaris: a randomized, placebo-controlled trial. Obstet Gynecol. 1997;89(4):615-22. PMID: 9083323.

Rickenlund A, Eriksson MJ, Schenck-Gustafsson K, et al. Oral contraceptives improve endothelial function in amenorrheic athletes. J Clin Endocrinol Metab. 2005;90(6):3162-7. PMID: 15769986.

Rookus MA and van Leeuwen FE. Induced abortion and risk for breast cancer: reporting (recall) bias in a Dutch case-control study. J Natl Cancer Inst. 1996;88(23):1759-64. PMID: 8944006.

Rosen MP, Breitkopf DM and Nagamani M. A randomized controlled trial of second- versus third-generation oral contraceptives in the treatment of acne vulgaris. Am J Obstet Gynecol. 2003;188(5):1158-60. PMID: 12748463.

Rosenblatt KA, Gao DL, Ray RM, et al. Monthly injectable contraceptives and the risk of all cancers combined and site-specific cancers in Shanghai. Contraception. 2007;76(1):40-4. PMID: 17586135.

Rowan JP, Simon JA, Speroff L, et al. Effects of low-dose norethindrone acetate plus ethinyl estradiol (0.5 mg/2.5 microg) in women with postmenopausal symptoms: updated analysis of three randomized, controlled trials. Clin Ther. 2006;28(6):921-32. PMID: 16860174.

Ruan X, Seeger H and Mueck AO. Breast cancer risk during hormone therapy: experimental versus clinical data. Minerva Endocrinol. 2012;37(1):59-74. PMID: 22382615.

Saadatnia M, Naghavi N, Fatehi F, et al. Oral contraceptive misuse as a risk factor for cerebral venous and sinus thrombosis. Journal of Research in Medical Sciences. 2012;17(6):344-347. PMID: 2012312836.

Sanam M and Ziba O. Desogestrel+ethinylestradiol versus levonorgestrel+ethinylestradiol. Which one has better affect on acne, hirsutism, and weight

00803657

Exhibit 163

JA-0003199

change. Saudi Med J. 2011;32(1):23-6. PMID: 21212911.

Sanersak S, Wattanakumtornkul S and Korsakul C. Comparison of low-dose monophasic oral contraceptive pills and expectant management in treatment of functional ovarian cysts. J Med Assoc Thai. 2006;89(6):741-7. PMID: 16850671.

Schildkraut JM, Schwingl PJ, Bastos E, et al. Epithelial ovarian cancer risk among women with polycystic ovary syndrome. Obstet Gynecol. 1996;88(4 Pt 1):554-9. PMID: 8841217.

Schroder AK, Diedrich K and Ludwig M. Medical management of endometriosis: a systematic review. IDrugs. 2004;7(5):451-63. PMID: 15154107.

Schuz J, Kaletsch U, Meinert R, et al. Risk factors for neuroblastoma at different stages of disease. Results from a population-based case-control study in Germany. J Clin Epidemiol. 2001;54(7):702-9. PMID: 11438411.

Seaman HE, de Vries CS and Farmer RD. The risk of venous thromboembolism in women prescribed cyproterone acetate in combination with ethinyl estradiol: a nested cohort analysis and case-control study. Hum Reprod. 2003;18(3):522-6. PMID: 12615818.

Seaman HE, de Vries CS and Farmer RD. Venous thromboembolism associated with cyproterone acetate in combination with ethinyloestradiol (Dianette): observational studies using the UK General Practice Research Database. Pharmacoepidemiol Drug Saf. 2004;13(7):427-36. PMID: 15269926.

Secura GM, Allsworth JE, Madden T, et al. The Contraceptive CHOICE Project: reducing barriers to long-acting reversible contraception. Am J Obstet Gynecol. 2010;203(2):115 e1-7. PMID: 20541171.

Seeman E, Szmukler GI, Formica C, et al. Osteoporosis in anorexia nervosa: the influence of peak bone density, bone loss, oral contraceptive use, and exercise. J Bone Miner Res. 1992;7(12):1467-74. PMID: 1481732.

Seracchioli R, Mabrouk M, Frasca C, et al. Long-term cyclic and continuous oral contraceptive therapy and endometrioma recurrence: a randomized controlled trial. Fertil Steril. 2010;93(1):52-6. PMID: 18973896.

Seracchioli R, Mabrouk M, Frasca C, et al. Long-term oral contraceptive pills and postoperative pain management after laparoscopic excision of ovarian endometrioma: a randomized controlled trial. Fertil Steril. 2010;94(2):464-71. PMID: 19442968.

Seracchioli R, Mabrouk M, Manuzzi L, et al. Post-operative use of oral contraceptive pills for prevention of anatomical relapse or symptom-recurrence after conservative surgery for endometriosis. Hum Reprod. 2009;24(11):2729-35. PMID: 19625310.

Sesti F, Capozzolo T, Pietropolli A, et al. Recurrence rate of endometrioma after laparoscopic cystectomy: a comparative randomized trial between post-operative hormonal suppression treatment or dietary therapy vs. placebo. Eur J Obstet Gynecol Reprod Biol. 2009;147(1):72-7. PMID: 19665279.

Sesti F, Pietropolli A, Capozzolo T, et al. Hormonal suppression treatment or dietary therapy versus placebo in the control of painful symptoms after conservative surgery for endometriosis stage III-IV. A randomized comparative trial. Fertil Steril. 2007;88(6):1541-7. PMID: 17434511.

Shantakumar S, Terry MB, Teitelbaum SL, et al. Reproductive factors and breast cancer risk among older women. Breast Cancer Res Treat. 2007;102(3):365-74. PMID: 17033925.

Shaw RW, Symonds IM, Tamizian O, et al. Randomised comparative trial of thermal balloon ablation and levonorgestrel intrauterine system in patients with idiopathic menorrhagia. Aust N Z J Obstet Gynaecol. 2007;47(4):335-40. PMID: 17627692.

Shulman LP. A review of drospirenone for safety and tolerability and effects on endometrial safety and lipid parameters contrasted with medroxyprogesterone acetate, levonorgestrel, and micronized progesterone. J Womens Health (Larchmt). 2006;15(5):584-90. PMID: 16796485.

Skegg DC, Noonan EA, Paul C, et al. Depot medroxyprogesterone acetate and breast cancer. A pooled analysis of the World Health Organization and New Zealand studies. JAMA. 1995;273(10):799-804. PMID: 7861575.

Spicer DV, Ursin G, Parisky YR, et al. Changes in mammographic densities induced by a hormonal contraceptive designed to reduce breast cancer risk. J Natl Cancer Inst. 1994;86(6):431-6. PMID: 8120917.

D-37

00803658

Exhibit 163

Steiner MJ, Dalebout S, Condon S, et al. Understanding risk: a randomized controlled trial of communicating contraceptive effectiveness. Obstet Gynecol. 2003;102(4):709-17. PMID: 14551000.

Steiner MJ, Lopez LM, Grimes DA, et al. Sino-implant (II)--a levonorgestrel-releasing two-rod implant: systematic review of the randomized controlled trials. Contraception. 2010;81(3):197-201. PMID: 20159174.

Strom BL, Berlin JA, Weber AL, et al. Absence of an effect of injectable and implantable progestin-only contraceptives on subsequent risk of breast cancer. Contraception. 2004;69(5):353-60. PMID: 15105056.

Strowitzki T, Faustmann T, Gerlinger C, et al. Dienogest in the treatment of endometriosis-associated pelvic pain: a 12-week, randomized, double-blind, placebo-controlled study. Eur J Obstet Gynecol Reprod Biol. 2010;151(2):193-8. PMID: 20444534.

Strowitzki T, Marr J, Gerlinger C, et al. Dienogest is as effective as leuprolide acetate in treating the painful symptoms of endometriosis: a 24-week, randomized, multicentre, open-label trial. Hum Reprod. 2010;25(3):633-41. PMID: 20089522.

Sweeney C, Baumgartner KB, Byers T, et al. Reproductive history in relation to breast cancer risk among Hispanic and non-Hispanic white women. Cancer Causes Control. 2008;19(4):391-401. PMID: 18080775.

Tan JKL and Ediriweera C. Efficacy and safety of combined ethinyl estradiol/drospirenone oral contraceptives in the treatment of acne. International Journal of Women's Health. 2009;1(1):213-221.

Taner C, Inal M, Basogul O, et al. Comparison of the clinical efficacy and safety of flutamide versus flutamide plus an oral contraceptive in the treatment of hirsutism. Gynecol Obstet Invest. 2002;54(2):105-8. PMID: 12566753.

Taskin O, Young DC, Mangal R, et al. Prevention and treatment of ovarian cysts with oral contraceptives: A prospective randomized study. Journal of Gynecologic Surgery. 1996;12(1):21-24.

Thiboutot D, Archer DF, Lemay A, et al. A randomized, controlled trial of a low-dose contraceptive containing 20 microg of ethinyl estradiol and 100 microg of levonorgestrel for acne

treatment. Fertil Steril. 2001;76(3):461-8. PMID: 11532465.

Thomas DB, Ye Z and Ray RM. Cervical carcinoma in situ and use of depot-medroxyprogesterone acetate (DMPA). WHO Collaborative Study of Neoplasia and Steroid Contraceptives. Contraception. 1995;51(1):25-31. PMID: 7750280.

Thorneycroft H, Gollnick H and Schellschmidt I. Superiority of a combined contraceptive containing drospirenone to a triphasic preparation containing norgestimate in acne treatment. Cutis. 2004;74(2):123-30. PMID: 15379365.

Thorneycroft IH, Stanczyk FZ, Bradshaw KD, et al. Effect of low-dose oral contraceptives on androgenic markers and acne. Contraception. 1999;60(5):255-62. PMID: 10717776.

Titus-Ernstoff L, Hatch EE, Hoover RN, et al. Long-term cancer risk in women given diethylstilbestrol (DES) during pregnancy. Br J Cancer. 2001;84(1):126-33. PMID: 11139327.

Tokushige N, Markham R, Russell P, et al. Effect of progestogens and combined oral contraceptives on nerve fibers in peritoneal endometriosis. Fertil Steril. 2009;92(4):1234-9. PMID: 18976764.

Turan C, Zorlu CG, Ugur M, et al. Expectant management of functional ovarian cysts: an alternative to hormonal therapy. Int J Gynaecol Obstet. 1994;47(3):257-60. PMID: 7705531.

Udoff L, Langenberg P and Adashi EY. Combined continuous hormone replacement therapy: a critical review. Obstet Gynecol. 1995;86(2):306-16. PMID: 7617369.

Urbancsek J. An integrated analysis of nonmenstrual adverse events with Implanon. Contraception. 1998;58(6 Suppl):109S-115S. PMID: 10095981.

van Hylckama Vlieg A, Helmerhorst FM and Rosendaal FR. The risk of deep venous thrombosis associated with injectable depot-medroxyprogesterone acetate contraceptives or a levonorgestrel intrauterine device. Arterioscler Thromb Vasc Biol. 2010;30(11):2297-300. PMID: 20798377.

van Vloten WA and Sigurdsson V. Selecting an oral contraceptive agent for the treatment of acne in women. Am J Clin Dermatol. 2004;5(6):435-41. PMID: 15663340.

D-38

00803659

Exhibit 163

van Vloten WA, van Haselen CW, van Zuuren EJ, et al. The effect of 2 combined oral Contraceptives containing either drospirenone or cyproterone acetate on acne and seborrhea. Cutis. 2002;69(4 Suppl):2-15. PMID: 12096825.

Vartiainen M, de Gezelle H and Broekmeulen CJ. Comparison of the effect on acne with a combiphasic desogestrel-containing oral contraceptive and a preparation containing cyproterone acetate. Eur J Contracept Reprod Health Care. 2001;6(1):46-53. PMID: 11334476.

Vegetti W, Testa G, Maggioni P, et al. An open randomized comparative study of an oral contraceptive containing ethinyl estradiol and cyproterone acetate with and without the GnRH analogue goserelin in the long-term treatment of hirsutism. Gynecol Obstet Invest. 1996;41(4):260-8. PMID: 8793497.

Verbost PM, Hanssen RG, Korver GH, et al. ORG 33628 and ORG 31710 to control vaginal bleeding in progestin-only contraceptive regimens. Semin Reprod Med. 2005;23(1):101-11. PMID: 15714394.

Vercellini P, Crosignani PG, Somigliana E, et al. Medical treatment for rectovaginal endometriosis: what is the evidence?. Hum Reprod. 2009;24(10):2504-14. PMID: 19574277.

Vercellini P, De Giorgi O, Mosconi P, et al. Cyproterone acetate versus a continuous monophasic oral contraceptive in the treatment of recurrent pelvic pain after conservative surgery for symptomatic endometriosis. Fertil Steril. 2002;77(1):52-61. PMID: 11779591.

Vercellini P, De Giorgi O, Oldani S, et al. Depot medroxyprogesterone acetate versus an oral contraceptive combined with very-low-dose danazol for long-term treatment of pelvic pain associated with endometriosis. Am J Obstet Gynecol. 1996;175(2):396-401. PMID: 8765259.

Vercellini P, Pietropaolo G, De Giorgi O, et al. Treatment of symptomatic rectovaginal endometriosis with an estrogen-progestogen combination versus low-dose norethindrone acetate. Fertil Steril. 2005;84(5):1375-87. PMID: 16275232.

Vercellini P, Trespidi L, Colombo A, et al. A gonadotropin-releasing hormone agonist versus a low-dose oral contraceptive for pelvic pain associated with endometriosis. Fertil Steril. 1993;60(1):75-9. PMID: 8513962.

von Schoultz B. Clinical efficacy and safety of combined estradiol valerate and dienogest: a new no-bleed treatment. Climacteric. 2003;6 Suppl 2:24-32. PMID: 14669841.

Wan YL and Holland C. The efficacy of levonorgestrel intrauterine systems for endometrial protection: a systematic review. Climacteric. 2011;14(6):622-32. PMID: 22017273.

Weisberg E, Hickey M, Palmer D, et al. A pilot study to assess the effect of three short-term treatments on frequent and/or prolonged bleeding compared to placebo in women using Implanon. Hum Reprod. 2006;21(1):295-302. PMID: 16284061.

West CP. Inhibition of ovulation with oral progestins--effectiveness in premenstrual syndrome. Eur J Obstet Gynecol Reprod Biol. 1990;34(1-2):119-28. PMID: 2303145.

Whiteman MK, Zapata LB, Tepper NK, et al. Use of contraceptive methods among women with endometrial hyperplasia: a systematic review. Contraception. 2010;82(1):56-63. PMID: 20682143.

Wishart JM. An open study of Triphasil and Diane 50 in the treatment of acne. Australas J Dermatol. 1991;32(1):51-4. PMID: 1834045.

Wong CL, Farquhar C, Roberts H, et al. Oral contraceptive pill as treatment for primary dysmenorrhoea. Cochrane Database Syst Rev. 2009;(2):CD002120. PMID: 19370576.

Wong CL, Farquhar C, Roberts H, et al. Oral contraceptive pill for primary dysmenorrhoea. Cochrane Database Syst Rev. 2009;(4):CD002120. PMID: 19821293.

Wong WSF and Lim CED. Hormonal treatment for endometriosis associated pelvic pain. Iranian Journal of Reproductive Medicine. 2011;9(3):163-170. PMID: 2011508101.

Worret I, Arp W, Zahradnik HP, et al. Acne resolution rates: results of a single-blind, randomized, controlled, parallel phase III trial with EE/CMA (Belara) and EE/LNG (Microgynon). Dermatology. 2001;203(1):38-44. PMID: 11549798.

Wu-Williams AH, Lee M, Whittemore AS, et al. Reproductive factors and colorectal cancer risk

D-39

Exhibit 163

among Chinese females. Cancer Res. 1991;51(9):2307-11. PMID: 2015594.

Young RL, Snabes MC, Frank ML, et al. A randomized, double-blind, placebo-controlled comparison of the impact of low-dose and triphasic oral contraceptives on follicular development. Am J Obstet Gynecol. 1992;167(3):678-82. PMID: 1530022.

Yuen J, Persson I, Bergkvist L, et al. Hormone replacement therapy and breast cancer mortality in Swedish women: results after adjustment for 'healthy drug-user' effect. Cancer Causes Control. 1993;4(4):369-74. PMID: 8394149.

Zapata LB, Whiteman MK, Marchbanks PA, et al. Intrauterine device use among women with ovarian cancer: a systematic review. Contraception. 2010;82(1):38-40. PMID: 20682141.

Ziaei S, Rajaei L, Faghihzadeh S, et al. Comparative study and evaluation of side effects of low-dose contraceptive pills administered by the oral and vaginal route. Contraception. 2002;65(5):329-31. PMID: 12057783.

## Does not provide a description of either OC formulation or length of OC use (not required for studies reporting ovarian cancer outcomes or conducted in a population taking OCs for primary prevention of ovarian cancer)

Abdollahi M, Cushman M and Rosendaal FR. Obesity: risk of venous thrombosis and the interaction with coagulation factor levels and oral contraceptive use. Thromb Haemost. 2003;89(3):493-8. PMID: 12624633.

Abdul-Samad AA, Al-Kamil EA and Al-Sodani AH. Breast cancer and selected lifestyle variables: A case-control study. Bahrain Medical Bulletin. 2009;31(4).

Akhter M, Inoue M, Kurahashi N, et al. Reproductive factors, exogenous female hormone use and colorectal cancer risk: the Japan Public Health Center-based Prospective Study. Eur J Cancer Prev. 2008;17(6):515-24. PMID: 18941373.

Albucher JF, Ferrieres J, Ruidavets JB, et al. Serum lipids in young patients with ischaemic stroke: a case-control study. J Neurol Neurosurg Psychiatry. 2000;69(1):29-33. PMID: 10864600.

Althuis MD, Fergenbaum JH, Garcia-Closas M, et al. Etiology of hormone receptor-defined breast cancer: a systematic review of the literature. Cancer Epidemiol Biomarkers Prev. 2004;13(10):1558-68. PMID: 15466970.

Altshuler LL, Hendrick V and Parry B. Pharmacological management of premenstrual disorder. Harv Rev Psychiatry. 1995;2(5):233-45. PMID: 9384908.

Ambrosone CB, Moysich KB, Furberg H, et al. CYP17 genetic polymorphism, breast cancer, and breast cancer risk factors. Breast Cancer Res. 2003;5(2):R45-51. PMID: 12631398.

Andersson HM, Siegerink B, Luken BM, et al. High VWF, low ADAMTS13, and oral contraceptives increase the risk of ischemic stroke and myocardial infarction in young women. Blood. 2012;119(6):1555-60. PMID: 22110247.

Aznar J, Mira Y, Vaya A, et al. Factor V Leiden and prothrombin G20210A mutations in young adults with cryptogenic ischemic stroke. Thromb Haemost. 2004;91(5):1031-4. PMID: 15116266.

Aznar J, Vaya A, Estelles A, et al. Risk of venous thrombosis in carriers of the prothrombin G20210A variant and factor V Leiden and their interaction with oral contraceptives. Haematologica. 2000;85(12):1271-6. PMID: 11114134.

Baccarelli A, Martinelli I, Zanobetti A, et al. Exposure to particulate air pollution and risk of deep vein thrombosis. Arch Intern Med. 2008;168(9):920-7. PMID: 18474755.

Beji NK and Reis N. Risk factors for breast cancer in Turkish women: a hospital-based case-control study. Eur J Cancer Care (Engl). 2007;16(2):178-84. PMID: 17371428.

Benshushan A, Paltiel O, Rojansky N, et al. IUD use and the risk of endometrial cancer. Eur J Obstet Gynecol Reprod Biol. 2002;105(2):166-9. PMID: 12381481.

00803661

Exhibit 163

JA-0003203

Bernatsky S, Clarke A, Ramsey-Goldman R, et al. Hormonal exposures and breast cancer in a sample of women with systemic lupus erythematosus. Rheumatology (Oxford). 2004;43(9):1178-81. PMID: 15226516.

Binder B, Lackner HK, Salmhofer W, et al. Risk factors for deep vein thrombosis in women aged 18 to 50: a retrospective analysis. Dermatol Surg. 2009;35(3):451-6. PMID: 19243404.

Bloemenkamp KW, Helmerhorst FM, Rosendaal FR, et al. Venous thrombosis, oral contraceptives and high factor VIII levels. Thromb Haemost. 1999;82(3):1024-7. PMID: 10494758.

Bombeli T, Basic A and Fehr J. Prevalence of hereditary thrombophilia in patients with thrombosis in different venous systems. Am J Hematol. 2002;70(2):126-32. PMID: 12111785.

Bostick RM, Potter JD, Kushi LH, et al. Sugar, meat, and fat intake, and non-dietary risk factors for colon cancer incidence in Iowa women (United States). Cancer Causes Control. 1994;5(1):38-52. PMID: 8123778.

Brinton LA, Barrett RJ, Berman ML, et al. Cigarette smoking and the risk of endometrial cancer. Am J Epidemiol. 1993;137(3):281-91. PMID: 8452136.

Brouwer JL, Veeger NJ, Kluin-Nelemans HC, et al. The pathogenesis of venous thromboembolism: evidence for multiple interrelated causes. Ann Intern Med. 2006;145(11):807-15. PMID: 17146065.

Budai B, Szamel I, Sulyok Z, et al. Characteristics of cystic breast disease with special regard to breast cancer development. Anticancer Res. 2001;21(1B):749-52. PMID: 11299838.

Butterworth CE, Jr., Hatch KD, Macaluso M, et al. Folate deficiency and cervical dysplasia. JAMA. 1992;267(4):528-33. PMID: 1729576.

Cannegieter SC, Doggen CJ, van Houwelingen HC, et al. Travel-related venous thrombosis: results from a large population-based case control study (MEGA study). PLoS Med. 2006;3(8):e307. PMID: 16933962.

Chan KT, Tye GA, Popat RA, et al. Common iliac vein stenosis: a risk factor for oral contraceptive-induced deep vein thrombosis. Am J Obstet Gynecol. 2011;205(6):537 e1-6. PMID: 21893308.

Chang CK, Astrakianakis G, Thomas DB, et al. Occupational exposures and risks of liver cancer among Shanghai female textile workers--a case-cohort study. Int J Epidemiol. 2006;35(2):361-9. PMID: 16373377.

Charneco E, Ortiz AP, Venegas-Rios HL, et al. Clinic-based case-control study of the association between body mass index and endometrial cancer in Puerto Rican women. P R Health Sci J. 2010;29(3):272-8. PMID: 20799515.

Chaudary MA, Hayward JL, Bulbrook RD, et al. A comparison of epidemiological characteristics in breast cancer patients and normal women in Great Britain and Japan: results of a prospective study. Breast Cancer Res Treat. 1991;18 Suppl 1:S19-22. PMID: 1873552.

Chen Y and Pei J. Factors influencing the association between CYP17 T34C polymorphism and the risk of breast cancer: meta-regression and subgroup analysis. Breast Cancer Res Treat. 2010;122(2):471-81. PMID: 20043206.

Chen Y and Pei J. Possible risk modifications in the association between MnSOD Ala-9Val polymorphism and breast cancer risk: subgroup analysis and evidence-based sample size calculation for a future trial. Breast Cancer Res Treat. 2011;125(2):495-504. PMID: 20567899.

Colditz GA, Rosner BA and Speizer FE. Risk factors for breast cancer according to family history of breast cancer. For the Nurses' Health Study Research Group. J Natl Cancer Inst. 1996;88(6):365-71. PMID: 8609646.

Cooper D, Hoffman M, Carrara H, et al. Determinants of sexual activity and its relation to cervical cancer risk among South African women. BMC Public Health. 2007;7:341. PMID: 18042284.

Cronin-Fenton DP, Murray LJ, Whiteman DC, et al. Reproductive and sex hormonal factors and oesophageal and gastric junction adenocarcinoma: a pooled analysis. Eur J Cancer. 2010;46(11):2067-76. PMID: 20456945.

Dayan N, Holcroft CA and Tagalakis V. The risk of venous thrombosis, including cerebral vein thrombosis, among women with thrombophilia and oral contraceptive use: A meta-analysis. Clinical and Applied Thrombosis/Hemostasis. 2011;17(6):E141-E152. PMID: 2012105452.

00803662

Exhibit 163

de Bruijn SF, Stam J, Koopman MM, et al. Case-control study of risk of cerebral sinus thrombosis in oral contraceptive users and in [correction of who are] carriers of hereditary prothrombotic conditions. The Cerebral Venous Sinus Thrombosis Study Group. BMJ. 1998;316(7131):589-92. PMID: 9518910.

de Visser MC, Poort SR, Vos HL, et al. Factor X levels, polymorphisms in the promoter region of factor X, and the risk of venous thrombosis. Thromb Haemost. 2001;85(6):1011-7. PMID: 11434677.

Delgado-Rodriguez M, Sillero-Arenas M, Martin-Moreno JM, et al. Oral contraceptives and cancer of the cervix uteri. A meta-analysis. Acta Obstet Gynecol Scand. 1992;71(5):368-76. PMID: 1326213.

Dentali F, Crowther M and Ageno W. Thrombophilic abnormalities, oral contraceptives, and risk of cerebral vein thrombosis: a meta-analysis. Blood. 2006;107(7):2766-73. PMID: 16397131.

Di Cintio E, Parazzini F, Tozzi L, et al. Dietary habits, reproductive and menstrual factors and risk of dysmenorrhoea. Eur J Epidemiol. 1997;13(8):925-30. PMID: 9476823.

Ehrenforth S, Nemes L, Mannhalter C, et al. Impact of environmental and hereditary risk factors on the clinical manifestation of thrombophilia in homozygous carriers of factor V:G1691A. J Thromb Haemost. 2004;2(3):430-6. PMID: 15009459.

Emmerich J, Rosendaal FR, Cattaneo M, et al. Combined effect of factor V Leiden and prothrombin 20210A on the risk of venous thromboembolism--pooled analysis of 8 case-control studies including 2310 cases and 3204 controls. Study Group for Pooled-Analysis in Venous Thromboembolism. Thromb Haemost. 2001;86(3):809-16. PMID: 11583312.

Epplein M, Reed SD, Voigt LF, et al. Endometrial hyperplasia risk in relation to recent use of oral contraceptives and hormone therapy. Ann Epidemiol. 2009;19(1):1-7. PMID: 19064186.

Etminan M, Takkouche B, Isorna FC, et al. Risk of ischaemic stroke in people with migraine: systematic review and meta-analysis of observational studies. BMJ. 2005;330(7482):63. PMID: 15596418.

Feigin VL, Rinkel GJ, Lawes CM, et al. Risk factors for subarachnoid hemorrhage: an updated systematic review of epidemiological studies. Stroke. 2005;36(12):2773-80. PMID: 16282541.

Flinterman LE, Van Hylckama Vlieg A, Rosendaal FR, et al. Venous thrombosis of the upper extremity: Effect of blood group and coagulation factor levels on risk. British Journal of Haematology. 2010;149(1):118-123.

Gammon MD, Schoenberg JB, Teitelbaum SL, et al. Cigarette smoking and breast cancer risk among young women (United States). Cancer Causes Control. 1998;9(6):583-90. PMID: 10189043.

Gefeller O, Hassan K and Wille L. Cutaneous malignant melanoma in women and the role of oral contraceptives. Br J Dermatol. 1998;138(1):122-4. PMID: 9536234.

Ghiasvand R, Maram ES, Tahmasebi S, et al. Risk factors for breast cancer among young women in southern Iran. Int J Cancer. 2010. PMID: 21064105.

Gillanders WE and Simon Jr PO. Oral contraceptive use and the risk of early-onset breast cancer in carriers and noncarriers of BRCA1 and BRCA2 mutations. Women's Oncology Review. 2005;5(2):127-128.

Granella F, Sances G, Pucci E, et al. Migraine with aura and reproductive life events: a case control study. Cephalalgia. 2000;20(8):701-7. PMID: 11167898.

Haapaniemi H, Hillbom M and Juvela S. Lifestyle-associated risk factors for acute brain infarction among persons of working age. Stroke. 1997;28(1):26-30. PMID: 8996483.

Hadjisavvas A, Loizidou MA, Middleton N, et al. An investigation of breast cancer risk factors in Cyprus: A case control study. BMC Cancer. 2010;10:447. PMID: 20727220.

Haile RW, Witte JS, Ursin G, et al. A case-control study of reproductive variables, alcohol, and smoking in premenopausal bilateral breast cancer. Breast Cancer Res Treat. 1996;37(1):49-56. PMID: 8750527.

Hemminki E, Luostarinen T, Pukkala E, et al. Oral contraceptive use before first birth and risk of breast cancer: A case control study. BMC Women's Health. 2002;2(1):9. PMID: 12160467.

00803663

Exhibit 163

JA-0003205

Hippisley-Cox J and Coupland C. Development and validation of risk prediction algorithm (QThrombosis) to estimate future risk of venous thromboembolism: prospective cohort study. BMJ. 2011;343:d4656. PMID: 21846713.

Jhawar BS, Fuchs CS, Colditz GA, et al. Sex steroid hormone exposures and risk for meningioma. J Neurosurg. 2003;99(5):848-53. PMID: 14609164.

Kamarudin R, Shah SA and Hidayah N. Lifestyle factors and breast cancer: a case-control study in Kuala Lumpur, Malaysia. Asian Pac J Cancer Prev. 2006;7(1):51-4. PMID: 16629515.

Katerndahl DA, Realini JP and Cohen PA. Oral contraceptive use and cardiovascular disease: is the relationship real or due to study bias?. J Fam Pract. 1992;35(2):147-57. PMID: 1386621.

Kisjanto J, Bonneux L, Prihartono J, et al. Risk factors for stroke among urbanised Indonesian women of reproductive age: a hospital-based case-control study. Cerebrovasc Dis. 2005;19(1):18-22. PMID: 15528880.

Kuipers S, Cannegieter SC, Doggen CJ, et al. Effect of elevated levels of coagulation factors on the risk of venous thrombosis in long-distance travelers. Blood. 2009;113(9):2064-9. PMID: 19029445.

Kuipers S, Cannegieter SC, Middeldorp S, et al. The absolute risk of venous thrombosis after air travel: a cohort study of 8,755 employees of international organisations. PLoS Med. 2007;4(9):e290. PMID: 17896862.

Kuru B, Ozaslan C, Ozdemir P, et al. Risk factors for breast cancer in Turkish women with early pregnancies and long-lasting lactation--a case-control study. Acta Oncol. 2002;41(6):556-61. PMID: 12546529.

Kwan ML, Kushi LH, Weltzien E, et al. Epidemiology of breast cancer subtypes in two prospective cohort studies of breast cancer survivors. Breast Cancer Res. 2009;11(3):R31. PMID: 19463150.

Kyrle PA, Minar E, Bialonczyk C, et al. The risk of recurrent venous thromboembolism in men and women. N Engl J Med. 2004;350(25):2558-63. PMID: 15201412.

La Vecchia C, D'Avanzo B, Franceschi S, et al. Menstrual and reproductive factors and gastric-cancer risk in women. Int J Cancer. 1994;59(6):761-4. PMID: 7989115.

La Vecchia C, Negri E, Franceschi S, et al. Reproductive factors and the risk of hepatocellular carcinoma in women. Int J Cancer. 1992;52(3):351-4. PMID: 1328066.

Lam CM, Yong JL, Chan AO, et al. Better survival in female patients with hepatocellular carcinoma: oral contraceptive pills related?. J Clin Gastroenterol. 2005;39(6):533-9. PMID: 15942442.

Langevin SM, Grandis JR and Taioli E. Female hormonal and reproductive factors and head and neck squamous cell carcinoma risk. Cancer Lett. 2011;310(2):216-21. PMID: 21802839.

Latthe P, Mignini L, Gray R, et al. Factors predisposing women to chronic pelvic pain: systematic review. BMJ. 2006;332(7544):749-55. PMID: 16484239.

Libourel EJ, ten Kate MK, Brouwer JL, et al. Contribution of multiple thrombophilic and transient risk factors in the development of cerebral venous thrombosis. Thromb Res. 2007;121(3):301-7. PMID: 17543373.

Lindqvist PG, Epstein E and Olsson H. The relationship between lifestyle factors and venous thromboembolism among women: a report from the MISS study. Br J Haematol. 2009;144(2):234-40. PMID: 19036105.

Liu Y, Inoue M, Sobue T, et al. Reproductive factors, hormone use and the risk of lung cancer among middle-aged never-smoking Japanese women: a large-scale population-based cohort study. Int J Cancer. 2005;117(4):662-6. PMID: 15929081.

Lodha R, Joshi A, Paul D, et al. Association between reproductive factors and breast cancer in an urban set up at central India: a case-control study. Indian J Cancer. 2011;48(3):303-7. PMID: 21921328.

Longstreth WT, Nelson LM, Koepsell TD, et al. Subarachnoid hemorrhage and hormonal factors in women. A population-based case-control study. Ann Intern Med. 1994;121(3):168-73. PMID: 8017743.

Lucenteforte E, Zucchetto A, Bosetti C, et al. Reproductive and hormonal factors and pancreatic cancer risk in women. Pancreas. 2011;40(3):460-3. PMID: 21343831.

00803664

Exhibit 163

JA-0003206

MacClellan LR, Giles W, Cole J, et al. Probable migraine with visual aura and risk of ischemic stroke: the stroke prevention in young women study. Stroke. 2007;38(9):2438-45. PMID: 17690308.

Martinelli I, Battaglioli T, Bucciarelli P, et al. Risk factors and recurrence rate of primary deep vein thrombosis of the upper extremities. Circulation. 2004;110(5):566-70. PMID: 15262837.

Martinelli I, Cattaneo M, Panzeri D, et al. Risk factors for deep venous thrombosis of the upper extremities. Ann Intern Med. 1997;126(9):707-11. PMID: 9139557.

Martinelli I, Taioli E, Battaglioli T, et al. Risk of venous thromboembolism after air travel: interaction with thrombophilia and oral contraceptives. Arch Intern Med. 2003;163(22):2771-4. PMID: 14662632.

Matias-Guiu J, Alvarez J, Insa R, et al. Ischemic stroke in young adults. II. Analysis of risk factors in the etiological subgroups. Acta Neurol Scand. 1990;81(4):314-7. PMID: 2360398.

Matos A, Moutinho J, Pinto D, et al. The influence of smoking and other cofactors on the time to onset to cervical cancer in a southern European population. Eur J Cancer Prev. 2005;14(5):485-91. PMID: 16175054.

Mayans MV, Calvet X, Bruix J, et al. Risk factors for hepatocellular carcinoma in Catalonia, Spain. Int J Cancer. 1990;46(3):378-81. PMID: 2168342.

McLay RN, Maki PM and Lyketsos CG. Nulliparity and late menopause are associated with decreased cognitive decline. J Neuropsychiatry Clin Neurosci. 2003;15(2):161-7. PMID: 12724456.

Meltzer ME, Lisman T, Doggen CJ, et al. Synergistic effects of hypofibrinolysis and genetic and acquired risk factors on the risk of a first venous thrombosis. PLoS Med. 2008;5(5):e97. PMID: 18462012.

Mhurchu CN, Anderson C, Jamrozik K, et al. Hormonal factors and risk of aneurysmal subarachnoid hemorrhage: an international population-based, case-control study. Stroke. 2001;32(3):606-12. PMID: 11239175.

Middeldorp S, Henkens CM, Koopman MM, et al. The incidence of venous thromboembolism in family members of patients with factor V Leiden mutation and venous thrombosis. Ann Intern Med. 1998;128(1):15-20. PMID: 9424976.

Milan T, Verkasalo PK, Kaprio J, et al. Lifestyle differences in twin pairs discordant for basal cell carcinoma of the skin. Br J Dermatol. 2003;149(1):115-23. PMID: 12890204.

Moreno V, Munoz N, Bosch FX, et al. Risk factors for progression of cervical intraepithelial neoplasm grade III to invasive cervical cancer. Cancer Epidemiol Biomarkers Prev. 1995;4(5):459-67. PMID: 7549800.

Munoz N, Bosch FX, de Sanjose S, et al. The role of HPV in the etiology of cervical cancer. Mutat Res. 1994;305(2):293-301. PMID: 8121439.

Murray FE, Logan RF, Hannaford PC, et al. Cigarette smoking and parity as risk factors for the development of symptomatic gall bladder disease in women: results of the Royal College of General Practitioners' oral contraception study. Gut. 1994;35(1):107-11. PMID: 8307429.

Myburgh KH, Hutchins J, Fataar AB, et al. Low bone density is an etiologic factor for stress fractures in athletes. Ann Intern Med. 1990;113(10):754-9. PMID: 1978620.

Naldi L, Altieri A, Imberti GL, et al. Cutaneous malignant melanoma in women. Phenotypic characteristics, sun exposure, and hormonal factors: a case-control study from Italy. Ann Epidemiol. 2005;15(7):545-50. PMID: 16029848.

Nelson HD, Zakher B, Cantor A, et al. Risk factors for breast cancer for women aged 40 to 49 years: a systematic review and meta-analysis. Ann Intern Med. 2012;156(9):635-48. PMID: 22547473.

Nelson ZC, Ray RM, Wu C, et al. Fruit and vegetable intakes are associated with lower risk of breast fibroadenomas in Chinese women. J Nutr. 2010;140(7):1294-301. PMID: 20484549.

Nicoletti A, Nicoletti G, Arabia G, et al. Reproductive factors and Parkinson's disease: a multicenter case-control study. Mov Disord. 2011;26(14):2563-6. PMID: 21956541.

Nightingale AL and Farmer RD. Ischemic stroke in young women: a nested case-control study using the UK General Practice Research Database. Stroke. 2004;35(7):1574-8. PMID: 15143296.

Norsa'adah B, Rusli BN, Imran AK, et al. Risk factors of breast cancer in women in Kelantan,

D-44

00803665

Exhibit 163

Malaysia. Singapore Med J. 2005;46(12):698-705. PMID: 16308643.

Owen-Smith V, Hannaford PC, Warskyj M, et al. Effects of changes in smoking status on risk estimates for myocardial infarction among women recruited for the Royal College of General Practitioners' Oral Contraception Study in the UK. J Epidemiol Community Health. 1998;52(7):420-4. PMID: 9799875.

Parazzini F, Chatenoud L, La Vecchia C, et al. Determinants of risk of invasive cervical cancer in young women. Br J Cancer. 1998;77(5):838-41. PMID: 9514067.

Parazzini F, La Vecchia C, Negri E, et al. Risk factors for benign ovarian teratomas. Br J Cancer. 1995;71(3):644-6. PMID: 7880752.

Parazzini F, La Vecchia C, Negri E, et al. Risk factors for cervical intraepithelial neoplasia. Cancer. 1992;69(9):2276-82. PMID: 1562973.

Petro-Nustas W, Norton ME and al-Masarweh I. Risk factors for breast cancer in Jordanian women. J Nurs Scholarsh. 2002;34(1):19-25. PMID: 11901963.

Pezzini A, Grassi M, Iacoviello L, et al. Inherited thrombophilia and stratification of ischaemic stroke risk among users of oral contraceptives. J Neurol Neurosurg Psychiatry. 2007;78(3):271-6. PMID: 17098841.

Pfahlberg A, Hassan K, Wille L, et al. Systematic review of case-control studies: oral contraceptives show no effect on melanoma risk. Public Health Rev. 1997;25(3-4):309-15. PMID: 9553446.

Pisa FE, Bovenzi M, Romeo L, et al. Reproductive factors and the risk of scleroderma: an Italian case-control study. Arthritis Rheum. 2002;46(2):451-6. PMID: 11840448.

Pomp ER, Doggen CJ, Vos HL, et al. Polymorphisms in the protein C gene as risk factor for venous thrombosis. Thromb Haemost. 2009;101(1):62-7. PMID: 19132190.

Pomp ER, le Cessie S, Rosendaal FR, et al. Risk of venous thrombosis: obesity and its joint effect with oral contraceptive use and prothrombotic mutations. Br J Haematol. 2007;139(2):289-96. PMID: 17897305.

Pomp ER, Rosendaal FR and Doggen CJ. Smoking increases the risk of venous thrombosis and acts synergistically with oral contraceptive use. Am J Hematol. 2008;83(2):97-102. PMID: 17726684.

Poromaa IS and Segebladh B. Adverse mood symptoms with oral contraceptives. Acta Obstetricia et Gynecologica Scandinavica. 2012;91(4):420-427. PMID: 2012172403.

Pruissen DM, Slooter AJ, Rosendaal FR, et al. Coagulation factor XIII gene variation, oral contraceptives, and risk of ischemic stroke. Blood. 2008;111(3):1282-6. PMID: 18006701.

Quinn DA, Thompson BT, Terrin ML, et al. A prospective investigation of pulmonary embolism in women and men. JAMA. 1992;268(13):1689-96. PMID: 1527878.

Realini JP, Encarnacion CE, Chintapalli KN, et al. Oral contraceptives and venous thromboembolism: a case-control study designed to minimize detection bias. J Am Board Fam Pract. 1997;10(5):315-21. PMID: 9297655.

Reeves GK, Patterson J, Vessey MP, et al. Hormonal and other factors in relation to survival among breast cancer patients. Int J Cancer. 2000;89(3):293-9. PMID: 10861507.

Reuter KL, Baker SP and Krolikowski FJ. Risk factors for breast cancer in women undergoing mammography. AJR Am J Roentgenol. 1992;158(2):273-8. PMID: 1729780.

Richardson WS, Carter KM, Helm B, et al. Risk factors for gallstone disease in the laparoscopic era. Surg Endosc. 2002;16(3):450-2. PMID: 11928026.

Roddam AW, Pirie K, Pike MC, et al. Active and passive smoking and the risk of breast cancer in women aged 36-45 years: a population based case-control study in the UK. Br J Cancer. 2007;97(3):434-9. PMID: 17579618.

Rodriguez LA, Tolosa LB, Ruigomez A, et al. Rheumatoid arthritis in UK primary care: incidence and prior morbidity. Scand J Rheumatol. 2009;38(3):173-7. PMID: 19117247.

Ross JD. Is oral contraceptive associated with genital warts?. Genitourin Med. 1996;72(5):330-3. PMID: 8976847.

00803666

Exhibit 163                                                                      JA-0003208

Rylander-Rudqvist T, Wedren S, Jonasdottir G, et al. Cytochrome P450 1B1 gene polymorphisms and postmenopausal endometrial cancer risk. Cancer Epidemiol Biomarkers Prev. 2004;13(9):1515-20. PMID: 15342454.

Samanta A, Jones A, Regan M, et al. Is osteoarthritis in women affected by hormonal changes or smoking?. Br J Rheumatol. 1993;32(5):366-70. PMID: 8495255.

Schurks M, Rist PM, Bigal ME, et al. Migraine and cardiovascular disease: systematic review and meta-analysis. BMJ. 2009;339:b3914. PMID: 19861375.

Schwaag S, Nabavi DG, Frese A, et al. The association between migraine and juvenile stroke: a case-control study. Headache. 2003;43(2):90-5. PMID: 12558760.

Shekari M, Kordi-Tamandani DM, Malekzadeh K, et al. Effect of Anti-inflammatory (IL-4, IL-10) Cytokine Genes in Relation to Risk of Cervical Carcinoma. Am J Clin Oncol. 2011 Dec 30. PMID: 22157213.

Sidoni A, Cavaliere A, Bellezza G, et al. Breast cancer in young women: clinicopathological features and biological specificity. Breast. 2003;12(4):247-50. PMID: 14659308.

Siegerink B, Meltzer ME, de Groot PG, et al. Clot lysis time and the risk of myocardial infarction and ischaemic stroke in young women; results from the RATIO case-control study. Br J Haematol. 2012;156(2):252-8. PMID: 22082241.

Simioni P, Sanson BJ, Prandoni P, et al. Incidence of venous thromboembolism in families with inherited thrombophilia. Thromb Haemost. 1999;81(2):198-202. PMID: 10063991.

Slooter AJ, Rosendaal FR, Tanis BC, et al. Prothrombotic conditions, oral contraceptives, and the risk of ischemic stroke. J Thromb Haemost. 2005;3(6):1213-7. PMID: 15946211.

Sobti RC, Shekari M, Kordi Tamandani DM, et al. Effect of NBS1 gene polymorphism on the risk of cervix carcinoma in a northern Indian population. Int J Biol Markers. 2008;23(3):133-9. PMID: 18949738.

Sveindottir H and Backstrom T. Prevalence of menstrual cycle symptom cyclicity and premenstrual dysphoric disorder in a random sample of women using and not using oral contraceptives. Acta Obstet Gynecol Scand. 2000;79(5):405-13. PMID: 10830769.

Swanson CA, Wilbanks GD, Twiggs LB, et al. Moderate alcohol consumption and the risk of endometrial cancer. Epidemiology. 1993;4(6):530-6. PMID: 8268282.

Syrjanen K, Shabalova I, Petrovichev N, et al. Oral contraceptives are not an independent risk factor for cervical intraepithelial neoplasia or high-risk human papillomavirus infections. Anticancer Res. 2006;26(6C):4729-40. PMID: 17214333.

Talbott EO, Norman SA, Kuller LH, et al. Refining preventive strategies for invasive cervical cancer: A population-based case-control study. Journal of Women's Health. 1995;4(4):387-395.

Teunissen LL, Rinkel GJ, Algra A, et al. Risk factors for subarachnoid hemorrhage: a systematic review. Stroke. 1996;27(3):544-9. PMID: 8610327.

Thomas DB, Ray RM, Koetsawang A, et al. Human papillomaviruses and cervical cancer in Bangkok. I. Risk factors for invasive cervical carcinomas with human papillomavirus types 16 and 18 DNA. Am J Epidemiol. 2001;153(8):723-31. PMID: 11296143.

Thorogood M, Mann J, Murphy M, et al. Fatal stroke and use of oral contraceptives: findings from a case-control study. Am J Epidemiol. 1992;136(1):35-45. PMID: 1415130.

Tichelaar VY, Sprenger HG, Makelburg AB, et al. Active cytomegalovirus infection in patients with acute venous thrombosis: a case-control study. Am J Hematol. 2011;86(6):510-2. PMID: 21509792.

Troisi R, Schairer C, Chow WH, et al. Reproductive factors, oral contraceptive use, and risk of colorectal cancer. Epidemiology. 1997;8(1):75-9. PMID: 9116100.

Urbanus RT, Siegerink B, Roest M, et al. Antiphospholipid antibodies and risk of myocardial infarction and ischaemic stroke in young women in the RATIO study: a case-control study. Lancet Neurol. 2009;8(11):998-1005. PMID: 19783216.

Vaillant-Roussel H, Ouchchane L, Dauphin C, et al. Risk factors for recurrence of venous thromboembolism associated with the use of oral contraceptives. Contraception. 2011;84(5):e23-30. PMID: 22018134.

00803667

Exhibit 163

JA-0003209

van Hylckama Vlieg A, van der Linden IK, Bertina RM, et al. High levels of factor IX increase the risk of venous thrombosis. Blood. 2000;95(12):3678-82. PMID: 10845896.

Vaya A, Mira Y, Mateo J, et al. Prothrombin G20210A mutation and oral contraceptive use increase upper-extremity deep vein thrombotic risk. Thromb Haemost. 2003;89(3):452-7. PMID: 12624627.

Vercellini P, Eskenazi B, Consonni D, et al. Oral contraceptives and risk of endometriosis: a systematic review and meta-analysis. Hum Reprod Update. 2010 Sep 10. PMID: 20833638.

Vessey M and Painter R. Hospital referral for headache and oral contraceptive use: Findings in a large cohort study. British Journal of Family Planning. 1995;21(3):91-92.

Wolpert BJ, Amr S, Ezzat S, et al. Estrogen exposure and bladder cancer risk in Egyptian women. Maturitas. 2010;67(4):353-7. PMID: 20813471.

Worralurt C and Taneepanichskul S. Risk factors of venous thromboembolism (VTE) in Thai reproductive aged female: King Chulalongkorn Memorial Hospital experience. J Med Assoc Thai. 2005;88(11):1502-5. PMID: 16471093.

Wu FY, Lee YJ, Chen DR, et al. Association of DNA-protein crosslinks and breast cancer. Mutat Res. 2002;501(1-2):69-78. PMID: 11934439.

Xu YL, Sun Q, Shan GL, et al. A case-control study on risk factors of breast cancer in China. Arch Med Sci. 2012;8(2):303-9. PMID: 22662004.

Yavari P, Mosavizadeh M, Sadrol-Hefazi B, et al. Reproductive characteristics and the risk of breast cancer--a case-control study in Iran. Asian Pac J Cancer Prev. 2005;6(3):370-5. PMID: 16236002.

Zelmanowicz A, Hildesheim A, Sherman ME, et al. Evidence for a common etiology for endometrial carcinomas and malignant mixed mullerian tumors. Gynecol Oncol. 1998;69(3):253-7. PMID: 9648597.

Zivaljevic V, Vlajinac H, Jankovic R, et al. Case-control study of female thyroid cancer--menstrual, reproductive and hormonal factors. Eur J Cancer Prev. 2003;12(1):63-6. PMID: 12548112.

Zodpey SP, Tiwari RR and Kulkarni HR. Risk factors for haemorrhagic stroke: a case-control study.

Public Health. 2000;114(3):177-82. PMID: 10878744.

Zucchetto A, Talamini R, Dal Maso L, et al. Reproductive, menstrual, and other hormone-related factors and risk of renal cell cancer. Int J Cancer. 2008;123(9):2213-6. PMID: 18711701.

# Does not include outcomes of interest within specified date parameters

Abdel-Aziz AM, el-Amrawy SM, el-Din AG, et al. Urinary calculi and pattern of fertility among women. A retrospective study. J Egypt Public Health Assoc. 1990;65(5-6):451-62. PMID: 2134085.

Abraham S, Luscombe G and Soo I. Oral contraception and cyclic changes in premenstrual and menstrual experiences. J Psychosom Obstet Gynaecol. 2003;24(3):185-93. PMID: 14584305.

Adami HO, Bergstrom R, Persson I, et al. The incidence of ovarian cancer in Sweden, 1960-1984. Am J Epidemiol. 1990;132(3):446-52. PMID: 2389749.

Adesanya OO and Colie CF. Evaluating oral contraceptive use at 6 and 12 months. J Reprod Med. 1996;41(6):431-4. PMID: 8799920.

Ahrendt HJ, Nisand I, Bastianelli C, et al. Efficacy, acceptability and tolerability of the combined contraceptive ring, NuvaRing, compared with an oral contraceptive containing 30 microg of ethinyl estradiol and 3 mg of drospirenone. Contraception. 2006;74(6):451-7. PMID: 17157101.

Allen S, Stephenson R, Weiss H, et al. Pregnancy, hormonal contraceptive use, and HIV-related death in Rwanda. J Womens Health (Larchmt). 2007;16(7):1017-27. PMID: 17903079.

Almagor M and Ben-Porath YS. Mood changes during the menstrual cycle and their relation to the use of oral contraceptive. J Psychosom Res. 1991;35(6):721-8. PMID: 1791586.

Alonso A, Jick SS, Olek MJ, et al. Recent use of oral contraceptives and the risk of multiple sclerosis. Arch Neurol. 2005;62(9):1362-5. PMID: 16157743.

D-47

Ameziane N, Seguin C, Borgel D, et al. The -33T-->
C polymorphism in intron 7 of the TFPI gene
influences the risk of venous thromboembolism,
independently of the factor V leiden and prothrombin
mutations. Thrombosis and Haemostasis.
2002;88(2):195-199. PMID: 12195688.

Anderson FD, Feldman R and Reape KZ.
Endometrial effects of a 91-day extended-regimen
oral contraceptive with low-dose estrogen in place of
placebo. Contraception. 2008;77(2):91-6. PMID:
18226671.

Anderson JE, Santelli JS and Morrow B. Trends in
adolescent contraceptive use, unprotected and poorly
protected sex, 1991-2003. J Adolesc Health.
2006;38(6):734-9. PMID: 16730603.

Anonymous. Breast cancer and hormonal
contraceptives: collaborative reanalysis of individual
data on 53 297 women with breast cancer and 100
239 women without breast cancer from 54
epidemiological studies. Collaborative Group on
Hormonal Factors in Breast Cancer. Lancet.
1996;347(9017):1713-27. PMID: 8656904.

Anonymous.. An open label, randomized study to
evaluate the effects of seven monophasic oral
contraceptive regimens on hemostatic variables.
Outline of the protocol. Oral Contraceptive and
Hemostasis Study Group. Contraception.
1999;59(6):345-55. PMID: 10518228.

Anonymous.. Breast cancer and combined oral
contraceptives: results from a multinational study.
The WHO Collaborative Study of Neoplasia and
Steroid Contraceptives. Br J Cancer. 1990;61(1):110-
9. PMID: 2404507.

Anonymous.. Breast cancer and hormonal
contraceptives: further results. Collaborative Group
on Hormonal Factors in Breast Cancer.
Contraception. 1996;54(3 Suppl):1S-106S. PMID:
8899264.

Anonymous.. Invasive squamous-cell cervical
carcinoma and combined oral contraceptives: results
from a multinational study. WHO Collaborative
Study of Neoplasia and Steroid Contraceptives. Int J
Cancer. 1993;55(2):228-36. PMID: 8370621.

Anonymous.. Oral contraceptive use and breast
cancer risk in young women: subgroup analyses. UK
National Case-Control Study Group. Lancet.
1990;335(8704):1507-9. PMID: 1972441.

Anonymous.. Oral contraceptives and liver cancer.
Results of the Multicentre International Liver Tumor
Study (MILTS). Contraception. 1997;56(5):275-84.
PMID: 9437555.

Anonymous.. Ovarian cancer and body size:
individual participant meta-analysis including 25,157
women with ovarian cancer from 47 epidemiological
studies. PLoS Med. 2012;9(4):e1001200. PMID:
22606070.

Anonymous.. The effects of seven monophasic oral
contraceptive regimens on hemostatic variables:
conclusions from a large randomized multicenter
study. Contraception. 2003;67(3):173-85. PMID:
12618251.

Anthuber S, Schramm GA and Heskamp ML. Six-
month evaluation of the benefits of the low-dose
combined oral contraceptive chlormadinone acetate 2
mg/ethinylestradiol 0.03 mg in young women: results
of the prospective, observational, non-interventional,
multicentre TeeNIS study. Clin Drug Investig.
2010;30(4):211-20. PMID: 20225905.

Anttila L, Neunteufel W, Petraglia F, et al. Cycle
control and bleeding pattern of a 24/4 regimen of
drospirenone 3 mg/ethinylestradiol 20 mug compared
with a 21/7 regimen of desogestrel 150
mug/ethinylestradiol 20 mug: a pooled analysis. Clin
Drug Investig. 2011;31(8):519-25. PMID: 21721590.

Appleby P, Beral V, Berrington de Gonzalez A, et al.
Carcinoma of the cervix and tobacco smoking:
collaborative reanalysis of individual data on 13,541
women with carcinoma of the cervix and 23,017
women without carcinoma of the cervix from 23
epidemiological studies. Int J Cancer.
2006;118(6):1481-95. PMID: 16206285.

Aubeny E, Buhler M, Colau JC, et al. Oral
contraception: patterns of non-compliance. The
Coraliance study. Eur J Contracept Reprod Health
Care. 2002;7(3):155-61. PMID: 12428935.

Audet MC, Moreau M, Koltun WD, et al. Evaluation
of contraceptive efficacy and cycle control of a
transdermal contraceptive patch vs an oral
contraceptive: a randomized controlled trial. JAMA.
2001;285(18):2347-54. PMID: 11343482.

Axmon A, Rylander L, Albin M, et al. Factors
affecting time to pregnancy. Hum Reprod.
2006;21(5):1279-84. PMID: 16410331.

D-48

00803669

Exhibit 163

Azarpazhooh MR, Rafi S, Etemadi MM, et al. The relation between short-term oral contraceptive consumption and cerebrovascular, cardiovascular disorders in Iranian women attending Hajj. Saudi Med J. 2008;29(7):1024-7. PMID: 18626534.

Bakhru A and Stanwood N. Performance of contraceptive patch compared with oral contraceptive pill in a high-risk population. Obstet Gynecol. 2006;108(2):378-86. PMID: 16880309.

Balasch J, Creus M, Fabregues F, et al. Visible and non-visible endometriosis at laparoscopy in fertile and infertile women and in patients with chronic pelvic pain: a prospective study. Hum Reprod. 1996;11(2):387-91. PMID: 8671229.

Bancroft J and Rennie D. The impact of oral contraceptives on the experience of perimenstrual mood, clumsiness, food craving and other symptoms. J Psychosom Res. 1993;37(2):195-202. PMID: 8463994.

Becker TM, Wheeler CM, McGough NS, et al. Contraceptive and reproductive risks for cervical dysplasia in southwestern Hispanic and non-Hispanic white women. Int J Epidemiol. 1994;23(5):913-22. PMID: 7860171.

Behrens T, Kaerlev L, Cree I, et al. Hormonal exposures and the risk of uveal melanoma. Cancer Causes Control. 2010;21(10):1625-34. PMID: 20524054.

Benagiano G, Primiero FM, Bastianelli C, et al. Comparative clinical evaluation of the effect on carbohydrate and lipid metabolism of two norethisterone-containing hormonal contraceptives: Mesigyna and TriNovum. Contraception. 1997;55(5):295-300. PMID: 9220226.

Berenson AB and Wiemann CM. Use of levonorgestrel implants versus oral contraceptives in adolescence: a case-control study. Am J Obstet Gynecol. 1995;172(4 Pt 1):1128-35; discussion 1135-7. PMID: 7726249.

Berenson AB, Odom SD, Breitkopf CR, et al. Physiologic and psychologic symptoms associated with use of injectable contraception and 20 microg oral contraceptive pills. Am J Obstet Gynecol. 2008;199(4):351 e1-12. PMID: 18599013.

Berenson AB, Wiemann CM, Rickerr VI, et al. Contraceptive outcomes among adolescents prescribed Norplant implants versus oral contraceptives after one year of use. Am J Obstet Gynecol. 1997;176(3):586-92. PMID: 9077611.

Bernard-Gallon D, Bosviel R, Delort L, et al. DNA repair gene ERCC2 polymorphisms and associations with breast and ovarian cancer risk. Molecular Cancer. 2008;7:36. PMID: 18454848.

Bernatsky S, Boivin JF, Joseph L, et al. Prevalence of factors influencing cancer risk in women with lupus: social habits, reproductive issues, and obesity. J Rheumatol. 2002;29(12):2551-4. PMID: 12465150.

Birch-Johansen F, Jensen A, Olesen AB, et al. Does hormone replacement therapy and use of oral contraceptives increase the risk of non-melanoma skin cancer?. Cancer Causes Control. 2012;23(2):379-88. PMID: 22215431.

Bjarnadottir RI, Tuppurainen M and Killick SR. Comparison of cycle control with a combined contraceptive vaginal ring and oral levonorgestrel/ethinyl estradiol. Am J Obstet Gynecol. 2002;186(3):389-95. PMID: 11904596.

Black C, Kaye JA and Jick H. Clinical risk factors for venous thromboembolus in users of the combined oral contraceptive pill. Br J Clin Pharmacol. 2002;53(6):637-40. PMID: 12047488.

Bloemenkamp KW, Rosendaal FR, Helmerhorst FM, et al. Hemostatic effects of oral contraceptives in women who developed deep-vein thrombosis while using oral contraceptives. Thromb Haemost. 1998;80(3):382-7. PMID: 9759614.

Boonyarangkul A and Taneepanichskul S. Comparison of cycle control and side effects between transdermal contraceptive patch and an oral contraceptive in women older than 35 years. J Med Assoc Thai. 2007;90(9):1715-9. PMID: 17957909.

Booth M, Beral V, Maconochie N, et al. A case-control study of benign ovarian tumours. J Epidemiol Community Health. 1992;46(5):528-31. PMID: 1479325.

Borenstein J, Yu HT, Wade S, et al. Effect of an oral contraceptive containing ethinyl estradiol and drospirenone on premenstrual symptomatology and health-related quality of life. J Reprod Med. 2003;48(2):79-85. PMID: 12621790.

Bosch FX, Munoz N, de Sanjose S, et al. Risk factors for cervical cancer in Colombia and Spain. Int J Cancer. 1992;52(5):750-8. PMID: 1330934.

00803670

Exhibit 163

JA-0003212

Boyd NF, Melnichouk O, Martin LJ, et al. Mammographic density, response to hormones, and breast cancer risk. J Clin Oncol. 2011;29(22):2985-92. PMID: 21709206.

Boyko EJ, Theis MK, Vaughan TL, et al. Increased risk of inflammatory bowel disease associated with oral contraceptive use. Am J Epidemiol. 1994;140(3):268-78. PMID: 8030630.

Bracken MB. Oral contraception and congenital malformations in offspring: a review and meta-analysis of the prospective studies. Obstet Gynecol. 1990;76(3 Pt 2):552-7. PMID: 2143279.

Brennan P and Silman AJ. An investigation of gene-environment interaction in the etiology of rheumatoid arthritis. Am J Epidemiol. 1994;140(5):453-60. PMID: 8067337.

Brinton LA and Hoover RN. Estrogen replacement therapy and endometrial cancer risk: unresolved issues. The Endometrial Cancer Collaborative Group. Obstet Gynecol. 1993;81(2):265-71. PMID: 8380913.

Brinton LA, Benichou J, Gammon MD, et al. Ethnicity and variation in breast cancer incidence. Int J Cancer. 1997;73(3):349-55. PMID: 9359481.

Brinton LA, Brogan DR, Coates RJ, et al. Breast cancer risk among women under 55 years of age by joint effects of usage of oral contraceptives and hormone replacement therapy. Menopause. 1998;5(3):145-51. PMID: 9774759.

Brinton LA, Daling JR, Liff JM, et al. Oral contraceptives and breast cancer risk among younger women. J Natl Cancer Inst. 1995;87(11):827-35. PMID: 7791232.

Brinton LA, Gammon MD, Malone KE, et al. Modification of oral contraceptive relationships on breast cancer risk by selected factors among younger women. Contraception. 1997;55(4):197-203. PMID: 9179450.

Brinton LA, Reeves WC, Brenes MM, et al. Oral contraceptive use and risk of invasive cervical cancer. Int J Epidemiol. 1990;19(1):4-11. PMID: 2351522.

Brisson J, Morin C, Fortier M, et al. Risk factors for cervical intraepithelial neoplasia: differences between low- and high-grade lesions. Am J Epidemiol. 1994;140(8):700-10. PMID: 7942772.

Broder MS and Spalding J. Treatment patterns for women with new episodes of uterine myomas in an insured population in the US. Curr Med Res Opin. 2006;22(1):95-100. PMID: 16393435.

Brooks K, Samms-Vaughan M and Karmaus W. Are oral contraceptive use and pregnancy complications risk factors for atopic disorders among offspring?. Pediatr Allergy Immunol. 2004;15(6):487-96. PMID: 15610361.

Brucker C. Controlled trial with a monthly combination injectable contraceptive in Europe. Gynecol Endocrinol. 2001;15 Suppl 3:11-4. PMID: 11570312.

Brummel-Ziedins KE, Vossen CY, Butenas S, et al. Thrombin generation profiles in deep venous thrombosis. J Thromb Haemost. 2005;3(11):2497-505. PMID: 16241948.

Brunner Huber LR and Toth JL. Obesity and oral contraceptive failure: findings from the 2002 National Survey of Family Growth. Am J Epidemiol. 2007;166(11):1306-11. PMID: 17785712.

Brunner Huber LR, Hogue CJ, Stein AD, et al. Body mass index and risk for oral contraceptive failure: a case-cohort study in South Carolina. Ann Epidemiol. 2006;16(8):637-43. PMID: 16516489.

Brunner LR and Hogue CJ. The role of body weight in oral contraceptive failure: results from the 1995 national survey of family growth. Ann Epidemiol. 2005;15(7):492-9. PMID: 16029841.

Brynhildsen J, Lennartsson H, Klemetz M, et al. Oral contraceptive use among female elite athletes and age-matched controls and its relation to low back pain. Acta Obstet Gynecol Scand. 1997;76(9):873-8. PMID: 9351415.

Brynhildsen JO, Hammar J and Hammar ML. Does the menstrual cycle and use of oral contraceptives influence the risk of low back pain? A prospective study among female soccer players. Scand J Med Sci Sports. 1997;7(6):348-53. PMID: 9458501.

Burkett BJ, Peterson CM, Birch LM, et al. The relationship between contraceptives, sexual practices, and cervical human papillomavirus infection among a college population. J Clin Epidemiol. 1992;45(11):1295-302. PMID: 1331341.

00803671

Exhibit 163

Burkman RT, Fisher AC, Wan GJ, et al. Association between efficacy and body weight or body mass index for two low-dose oral contraceptives. Contraception. 2009;79(6):424-7. PMID: 19442776.

Bustan MN, Coker AL, Addy CL, et al. Oral contraceptive use and breast cancer in Indonesia. Contraception. 1993;47(3):241-9. PMID: 8462315.

Caird LE, Reid-Thomas V, Hannan WJ, et al. Oral progestogen-only contraception may protect against loss of bone mass in breast-feeding women. Clin Endocrinol (Oxf). 1994;41(6):739-45. PMID: 7889609.

Cantwell MM, Lacey JV, Jr., Schairer C, et al. Reproductive factors, exogenous hormone use and bladder cancer risk in a prospective study. Int J Cancer. 2006;119(10):2398-401. PMID: 16894568.

Carr BR and DelConte A. Using a low-dose contraceptive in women 35 years of age and over: 20 microg estradiol/100 microg levonorgestrel. Contraception. 2002;65(6):397-402. PMID: 12127636.

Castelo-Branco C, Martinez de Osaba MJ, Pons F, et al. Effects on bone mass of two oral contraceptives containing ethinylestradiol and cyproterone acetate or desogestrel: results of a 2-year follow-up. Eur J Contracept Reprod Health Care. 1998;3(2):79-84. PMID: 9710711.

Castle PE, Walker JL, Schiffman M, et al. Hormonal contraceptive use, pregnancy and parity, and the risk of cervical intraepithelial neoplasia 3 among oncogenic HPV DNA-positive women with equivocal or mildly abnormal cytology. Int J Cancer. 2005;117(6):1007-12. PMID: 15986443.

Cea-Soriano L, Blenk T, Wallander MA, et al. Hormonal therapies and meningioma: is there a link?. Cancer Epidemiol. 2012;36(2):198-205. PMID: 21943794.

Celentano E, Galasso R, Berrino F, et al. Correlates of age at natural menopause in the cohorts of EPIC-Italy. Tumori. 2003;89(6):608-14. PMID: 14870825.

Chacko MR, Kozinetz CA and Smith PB. Assessment of oral contraceptive pill continuation in young women. J Pediatr Adolesc Gynecol. 1999;12(3):143-8. PMID: 10546906.

Chang-Claude J, Dunning A, Schnitzbauer U, et al. The patched polymorphism Pro1315Leu (C3944T)

may modulate the association between use of oral contraceptives and breast cancer risk. Int J Cancer. 2003;103(6):779-83. PMID: 12516098.

Chao A, Hsu KH, Lai CH, et al. Cervical cancer screening program integrating Pap smear and HPV DNA testing: a population-based study. Int J Cancer. 2008;122(12):2835-41. PMID: 18338752.

Chaouki N, Bosch FX, Munoz N, et al. The viral origin of cervical cancer in Rabat, Morocco. Int J Cancer. 1998;75(4):546-54. PMID: 9466654.

Charreau I, Plu-Bureau G, Bachelot A, et al. Oral contraceptive use and risk of benign breast disease in a French case-control study of young women. Eur J Cancer Prev. 1993;2(2):147-54. PMID: 8461865.

Chasan-Taber L, Willett WC, Manson JE, et al. Prospective study of oral contraceptives and hypertension among women in the United States. Circulation. 1996;94(3):483-9. PMID: 8759093.

Chasan-Taber L, Willett WC, Stampfer MJ, et al. A prospective study of oral contraceptives and NIDDM among U.S. women. Diabetes Care. 1997;20(3):330-5. PMID: 9051382.

Chasan-Taber L, Willett WC, Stampfer MJ, et al. Oral contraceptives and ovulatory causes of delayed fertility. Am J Epidemiol. 1997;146(3):258-65. PMID: 9247010.

Chen XK, Wen SW, Sun LM, et al. Recent oral contraceptive use and adverse birth outcomes. Eur J Obstet Gynecol Reprod Biol. 2009;144(1):40-3. PMID: 19233538.

Chiaffarino F, Parazzini F, La Vecchia C, et al. Use of oral contraceptives and uterine fibroids: results from a case-control study. Br J Obstet Gynaecol. 1999;106(8):857-60. PMID: 10453838.

Chie WC, Li CY, Huang CS, et al. Oral contraceptives and breast cancer risk in Taiwan, a country of low incidence of breast cancer and low use of oral contraceptives. Int J Cancer. 1998;77(2):219-23. PMID: 9650556.

Chilvers CE and Smith SJ. The effect of patterns of oral contraceptive use on breast cancer risk in young women. The UK National Case-Control Study Group. Br J Cancer. 1994;69(5):922-3. PMID: 8180025.

D-51

00803672

Exhibit 163

JA-0003214

Chow WH, McLaughlin JK, Mandel JS, et al. Reproductive factors and the risk of renal cell cancer among women. Int J Cancer. 1995;60(3):321-4. PMID: 7829237.

Chute CG, Willett WC, Colditz GA, et al. A prospective study of reproductive history and exogenous estrogens on the risk of colorectal cancer in women. Epidemiology. 1991;2(3):201-7. PMID: 2054402.

Clavel F, Andrieu N, Gairard B, et al. Oral contraceptives and breast cancer: a French case-control study. Int J Epidemiol. 1991;20(1):32-8. PMID: 2066241.

Coenen CM, Thomas CM, Borm GF, et al. Changes in androgens during treatment with four low-dose contraceptives. Contraception. 1996;53(3):171-6. PMID: 8689882.

Coenen CM, Thomas CM, Borm GF, et al. Comparative evaluation of the androgenicity of four low-dose, fixed-combination oral contraceptives. Int J Fertil Menopausal Stud. 1995;40 Suppl 2:92-7. PMID: 8574256.

Coker AL, McCann MF, Hulka BS, et al. Oral contraceptive use and cervical intraepithelial neoplasia. J Clin Epidemiol. 1992;45(10):1111-8. PMID: 1474407.

Coker AL, Sanders LC, Bond SM, et al. Hormonal and barrier methods of contraception, oncogenic human papillomaviruses, and cervical squamous intraepithelial lesion development. J Womens Health Gend Based Med. 2001;10(5):441-9. PMID: 11445043.

Colditz GA, Feskanich D, Chen WY, et al. Physical activity and risk of breast cancer in premenopausal women. Br J Cancer. 2003;89(5):847-51. PMID: 12942116.

Conway K, Parrish E, Edmiston SN, et al. Risk factors for breast cancer characterized by the estrogen receptor alpha A908G (K303R) mutation. Breast Cancer Res. 2007;9(3):R36. PMID: 17553133.

Cooper GS, Dooley MA, Treadwell EL, et al. Hormonal and reproductive risk factors for development of systemic lupus erythematosus: results of a population-based, case-control study. Arthritis Rheum. 2002;46(7):1830-9. PMID: 12124867.

Corpechot C, Chretien Y, Chazouilleres O, et al. Demographic, lifestyle, medical and familial factors associated with primary biliary cirrhosis. J Hepatol. 2010;53(1):162-9. PMID: 20471130.

Costenbader KH, Feskanich D, Stampfer MJ, et al. Reproductive and menopausal factors and risk of systemic lupus erythematosus in women. Arthritis Rheum. 2007;56(4):1251-62. PMID: 17393454.

Cromer BA, Smith RD, Blair JM, et al. A prospective study of adolescents who choose among levonorgestrel implant (Norplant), medroxyprogesterone acetate (Depo-Provera), or the combined oral contraceptive pill as contraception. Pediatrics. 1994;94(5):687-94. PMID: 7936897.

Cronin M, Schellschmidt I and Dinger J. Rate of pregnancy after using drospirenone and other progestin-containing oral contraceptives. Obstet Gynecol. 2009;114(3):616-22. PMID: 19701043.

Curtis KM, Nanda K and Kapp N. Safety of hormonal and intrauterine methods of contraception for women with HIV/AIDS: a systematic review. AIDS. 2009;23 Suppl 1:S55-67. PMID: 20081389.

Custer B, Longstreth WT, Jr., Phillips LE, et al. Hormonal exposures and the risk of intracranial meningioma in women: a population-based case-control study. BMC Cancer. 2006;6:152. PMID: 16759391.

Cuzick J, Singer A, De Stavola BL, et al. Case-control study of risk factors for cervical intraepithelial neoplasia in young women. Eur J Cancer. 1990;26(6):684-90. PMID: 2144155.

Dal Maso L, Canzonieri V, Talamini R, et al. Origin of ovarian cancer from benign cysts. Eur J Cancer Prev. 2001;10(2):197-9. PMID: 11330466.

Daling JR, Madeleine MM, McKnight B, et al. The relationship of human papillomavirus-related cervical tumors to cigarette smoking, oral contraceptive use, and prior herpes simplex virus type 2 infection. Cancer Epidemiol Biomarkers Prev. 1996;5(7):541-8. PMID: 8827359.

D'Avanzo B, La Vecchia C, Negri E, et al. Oral contraceptive use and risk of myocardial infarction: an Italian case-control study. J Epidemiol Community Health. 1994;48(3):324-5. PMID: 8051537.

00803673

Exhibit 163

JA-0003215

Dawson SI, Smith WC, Watson MS, et al. A cohort study of reproductive risk factors, weight and weight change and the development of diabetes mellitus. Diabetes Obes Metab. 2003;5(4):244-50. PMID: 12795657.

de Cetina TC, Reyes LP, Gamboa LV, et al. A comparative clinical trial of Norinyl 1 + 35 versus Norinyl 1 + 50 in Merida, Yucatan, Mexico. Adv Contracept. 1990;6(2):125-39. PMID: 2206018.

de Mos M, Huygen FJ, Stricker BH, et al. Estrogens and the risk of complex regional pain syndrome (CRPS). Pharmacoepidemiol Drug Saf. 2009;18(1):44-52. PMID: 19111016.

De Stefano V, Rossi E, Paciaroni K, et al. Different circumstances of the first venous thromboembolism among younger or older heterozygous carriers of the G20210A polymorphism in the prothrombin gene. Haematologica. 2003;88(1):61-6. PMID: 12551828.

de Vet HC and Sturmans F. Risk factors for cervical dysplasia: implications for prevention. Public Health. 1994;108(4):241-9. PMID: 8066168.

de Vries E, den Tonkelaar I, van Noord PA, et al. Oral contraceptive use in relation to age at menopause in the DOM cohort. Hum Reprod. 2001;16(8):1657-62. PMID: 11473959.

Deans EI and Grimes DA. Intrauterine devices for adolescents: a systematic review. Contraception. 2009;79(6):418-23. PMID: 19442775.

Deicas RE, Miller DS, Rademaker AW, et al. The role of contraception in the development of postmolar gestational trophoblastic tumor. Obstet Gynecol. 1991;78(2):221-6. PMID: 1648697.

DelConte A, Loffer F and Grubb GS. Cycle control with oral contraceptives containing 20 micrograms of ethinyl estradiol. A multicenter, randomized comparison of levonorgestrel/ethinyl estradiol (100 micrograms/20 micrograms) and norethindrone/ethinyl estradiol (1000 micrograms/20 micrograms). Contraception. 1999;59(3):187-93. PMID: 10382082.

den Tonkelaar I, te Velde ER and Looman CW. Menstrual cycle length preceding menopause in relation to age at menopause. Maturitas. 1998;29(2):115-23. PMID: 9651900.

Diaz S, Zepeda A, Maturana X, et al. Fertility regulation in nursing women. IX. Contraceptive performance, duration of lactation, infant growth, and bleeding patterns during use of progesterone vaginal rings, progestin-only pills, Norplant implants, and Copper T 380-A intrauterine devices. Contraception. 1997;56(4):223-32. PMID: 9408703.

Dinerman LM, Wilson MD, Duggan AK, et al. Outcomes of adolescents using levonorgestrel implants vs oral contraceptives or other contraceptive methods. Arch Pediatr Adolesc Med. 1995;149(9):967-72. PMID: 7655600.

Dinger J, Do Minh T, Buttmann N, et al. Effectiveness of oral contraceptive pills in a large U.S. cohort comparing progestogen and regimen. Obstetrics and Gynecology. 2011;117(1):33-40. PMID: 21213475.

Dinger JC, Cronin M, Mohner S, et al. Oral contraceptive effectiveness according to body mass index, weight, age, and other factors. Am J Obstet Gynecol. 2009;201(3):263 e1-9. PMID: 19481720.

Dmitrovic R, Kunselman AR and Legro RS. Continuous compared with cyclic oral contraceptives for the treatment of primary dysmenorrhea: a randomized controlled trial. Obstet Gynecol. 2012;119(6):1143-50. PMID: 22617578.

Doll H, Vessey M and Painter R. Return of fertility in nulliparous women after discontinuation of the intrauterine device: comparison with women discontinuing other methods of contraception. BJOG. 2001;108(3):304-14. PMID: 11281473.

Donaghy M, Chang CL and Poulter N. Duration, frequency, recency, and type of migraine and the risk of ischaemic stroke in women of childbearing age. J Neurol Neurosurg Psychiatry. 2002;73(6):747-50. PMID: 12438482.

Doyle P, Brown A, Beral V, et al. Incidence of and risk factors for Motor NeuroneDisease in UK women: A prospective study. BMC Neurology. 2012;12(1):25. PMID: 22559076.

Drossaers-Bakker KW, Zwinderman AH, van Zeben D, et al. Pregnancy and oral contraceptive use do not significantly influence outcome in long term rheumatoid arthritis. Ann Rheum Dis. 2002;61(5):405-8. PMID: 11959763.

Duijkers IJM, Klipping C, Grob P, et al. Effects of a monophasic combined oral contraceptive containing nomegestrol acetate and 17(beta)-oestradiol on ovarian function in comparison to a monophasic

D-53

Exhibit 163

combined oral contraceptive containing drospirenone and ethinylestradiol. European Journal of Contraception and Reproductive Health Care. 2010;15(5):314-325. PMID: 20695770.

Dunson TR, McLaurin VL, Aguayo EL, et al. A multicenter comparative trial of triphasic and monophasic, low-dose combined oral contraceptives. Contraception. 1993;47(6):515-25. PMID: 8334888.

Dunson TR, McLaurin VL, Grubb GS, et al. A multicenter clinical trial of a progestin-only oral contraceptive in lactating women. Contraception. 1993;47(1):23-35. PMID: 8435999.

Dunson TR, McLaurin VL, Israngkura B, et al. A comparative study of two low-dose combined oral contraceptives: results from a multicenter trial. Contraception. 1993;48(2):109-19. PMID: 8403908.

Ebeling K, Ray R, Nischan P, et al. Combined oral contraceptives containing chlormadinone acetate and breast cancer: results of a case-control study. Br J Cancer. 1991;63(5):804-8. PMID: 1710136.

Edelman A, Gallo MF, Nichols MD, et al. Continuous versus cyclic use of combined oral contraceptives for contraception: systematic Cochrane review of randomized controlled trials. Hum Reprod. 2006;21(3):573-8. PMID: 16489210.

Edelman AB, Gallo MF, Jensen JT, et al. Continuous or extended cycle vs. cyclic use of combined oral contraceptives for contraception. Cochrane Database Syst Rev. 2005;(3):CD004695. PMID: 16034942.

Edelman AB, Koontz SL, Nichols MD, et al. Continuous oral contraceptives: are bleeding patterns dependent on the hormones given?. Obstet Gynecol. 2006;107(3):657-65. PMID: 16507938.

Edwards SM, Zieman M, Jones K, et al. Initiation of oral contraceptives--start now!. J Adolesc Health. 2008;43(5):432-6. PMID: 18848670.

Eisen A, Lubinski J, Klijn J, et al. Breast cancer risk following bilateral oophorectomy in BRCA1 and BRCA2 mutation carriers: an international case-control study. J Clin Oncol. 2005;23(30):7491-6. PMID: 16234515.

Elliott AM and Hannaford PC. Use of exogenous hormones by women and lung cancer: evidence from the Royal College of General Practitioners' Oral Contraception Study. Contraception. 2006;73(4):331-5. PMID: 16531161.

Eluf-Neto J, Booth M, Munoz N, et al. Human papillomavirus and invasive cervical cancer in Brazil. Br J Cancer. 1994;69(1):114-9. PMID: 8286192.

Endrikat J, Cronin M, Gerlinger C, et al. Double-blind, multicenter comparison of efficacy, cycle control, and tolerability of a 23-day versus a 21-day low-dose oral contraceptive regimen containing 20 microg ethinyl estradiol and 75 microg gestodene. Contraception. 2001;64(2):99-105. PMID: 11704086.

Endrikat J, Cronin M, Gerlinger C, et al. Open, multicenter comparison of efficacy, cycle control, and tolerability of a 23-day oral contraceptive regimen with 20 microg ethinyl estradiol and 75 microg gestodene and a 21-day regimen with 20 microg ethinyl estradiol and 150 microg desogestrel. Contraception. 2001;64(3):201-7. PMID: 11704101.

Endrikat J, Dusterberg B, Ruebig A, et al. Comparison of efficacy, cycle control, and tolerability of two low-dose oral contraceptives in a multicenter clinical study. Contraception. 1999;60(5):269-74. PMID: 10717778.

Endrikat J, Hite R, Bannemerschult R, et al. Multicenter, comparative study of cycle control, efficacy and tolerability of two low-dose oral contraceptives containing 20 microg ethinylestradiol/100 microg levonorgestrel and 20 microg ethinylestradiol/500 microg norethisterone. Contraception. 2001;64(1):3-10. PMID: 11535206.

Endrikat J, Jaques MA, Mayerhofer M, et al. A twelve-month comparative clinical investigation of two low-dose oral contraceptives containing 20 micrograms ethinylestradiol/75 micrograms gestodene and 20 micrograms ethinylestradiol/150 micrograms desogestrel, with respect to efficacy, cycle control and tolerance. Contraception. 1995;52(4):229-35. PMID: 8605781.

Endrikat J, Klipping C, Gerlinger C, et al. A double-blind comparative study of the effects of a 23-day oral contraceptive regimen with 20 microg ethinyl estradiol and 75 microg gestodene and a 21-day regimen with 30 microg ethinyl estradiol and 75 microg gestodene on hemostatic variables, lipids, and carbohydrate metabolism. Contraception. 2001;64(4):235-41. PMID: 11747873.

Endrikat J, Muller U and Dusterberg B. A twelve-month comparative clinical investigation of two low-dose oral contraceptives containing 20 micrograms ethinylestradiol/75 micrograms gestodene and 30

00803675

Exhibit 163

JA-0003217

micrograms ethinylestradiol/75 micrograms gestodene, with respect to efficacy, cycle control, and tolerance. Contraception. 1997;55(3):131-7. PMID: 9115000.

Endrikat J, Noah M, Gerlinger C, et al. Impact of oral contraceptive use on APC-resistance: a prospective, randomized clinical trial with three low-dose preparations. Contraception. 2001;64(4):217-22. PMID: 11747870.

Endrikat J, Sandri M, Gerlinger C, et al. A Canadian multicentre prospective study on the effects of an oral contraceptive containing 3 mg drospirenone and 30 microg ethinyl oestradiol on somatic and psychological symptoms related to water retention and on body weight. Eur J Contracept Reprod Health Care. 2007;12(3):220-8. PMID: 17763260.

Endrikat J, Shapiro H, Lukkari-Lax E, et al. A Canadian, multicentre study comparing the efficacy of a levonorgestrel-releasing intrauterine system to an oral contraceptive in women with idiopathic menorrhagia. J Obstet Gynaecol Can. 2009;31(4):340-7. PMID: 19497153.

Endrikat JS, Milchev NP, Kapamadzija A, et al. Bleeding pattern, tolerance and patient satisfaction with a drospirenone-containing oral contraceptive evaluated in 3488 women in Europe, the Middle East and Canada. Contraception. 2009;79(6):428-32. PMID: 19442777.

Eng PM, Seeger JD, Loughlin J, et al. Supplementary data collection with case-cohort analysis to address potential confounding in a cohort study of thromboembolism in oral contraceptive initiators matched on claims-based propensity scores. Pharmacoepidemiol Drug Saf. 2008;17(3):297-305. PMID: 18215000.

Etminan M, Delaney JA, Bressler B, et al. Oral contraceptives and the risk of gallbladder disease: a comparative safety study. CMAJ. 2011;183(8):899-904. PMID: 21502354.

Ewertz M. Oral contraceptives and breast cancer risk in Denmark. Eur J Cancer. 1992;28A(6-7):1176-81. PMID: 1627391.

Fernandez E, La Vecchia C, D'Avanzo B, et al. Oral contraceptives, hormone replacement therapy and the risk of colorectal cancer. Br J Cancer. 1996;73(11):1431-5. PMID: 8645593.

Fernandez E, La Vecchia C, Franceschi S, et al. Oral contraceptive use and risk of colorectal cancer. Epidemiology. 1998;9(3):295-300. PMID: 9583422.

Ferry S, Hannaford P, Warskyj M, et al. Carpal tunnel syndrome: a nested case-control study of risk factors in women. Am J Epidemiol. 2000;151(6):566-74. PMID: 10733038.

Feskanich D, Hunter DJ, Willett WC, et al. Oral contraceptive use and risk of melanoma in premenopausal women. Br J Cancer. 1999;81(5):918-23. PMID: 10555769.

Fioretti F, Tavani A, Bosetti C, et al. Risk factors for breast cancer in nulliparous women. Br J Cancer. 1999;79(11-12):1923-8. PMID: 10206315.

Fitzgerald C, Feichtinger W, Spona J, et al. A comparison of the effects of two monophasic low dose oral contraceptives on the inhibition of ovulation. Adv Contracept. 1994;10(1):5-18. PMID: 8030454.

Foidart JM, Wuttke W, Bouw GM, et al. A comparative investigation of contraceptive reliability, cycle control and tolerance of two monophasic oral contraceptives containing either drospirenone or desogestrel. Eur J Contracept Reprod Health Care. 2000;5(2):124-34. PMID: 10943575.

Ford JH and MacCormac L. Pregnancy and lifestyle study: the long-term use of the contraceptive pill and the risk of age-related miscarriage. Hum Reprod. 1995;10(6):1397-402. PMID: 7593504.

Forsmo S, Schei B, Langhammer A, et al. How do reproductive and lifestyle factors influence bone density in distal and ultradistal radius of early postmenopausal women? The Nord-Trondelag Health Survey, Norway. Osteoporos Int. 2001;12(3):222-9. PMID: 11315241.

Franceschi S, Fassina A, Talamini R, et al. The influence of reproductive and hormonal factors on thyroid cancer in women. Rev Epidemiol Sante Publique. 1990;38(1):27-34. PMID: 2320776.

Franchi M, Ghezzi F, Buttarelli M, et al. Low-dose oral contraceptives in perimenopausal women: Effects on metabolism and symptoms. Italian Journal of Gynaecology and Obstetrics. 2001;13(3):107-111.

Fraser IS, Romer T, Parke S, et al. Effective treatment of heavy and/or prolonged menstrual

D-55

00803676

Exhibit 163

JA-0003218

bleeding with an oral contraceptive containing estradiol valerate and dienogest: a randomized, double-blind Phase III trial. Hum Reprod. 2011;26(10):2698-708. PMID: 21784734.

Frega A, Scardamaglia P, Piazze J, et al. Oral contraceptives and clinical recurrence of human papillomavirus lesions and cervical intraepithelial neoplasia following treatment. Int J Gynaecol Obstet. 2008;100(2):175-8. PMID: 18001738.

French R, Sorhaindo Annik M, Van Vliet Huib AAM, et al. Progestogen-releasing intrauterine systems versus other forms of reversible contraceptives for contraception. Cochrane Database of Systematic Reviews. 2004;(3):CD001776.

Friedman AJ and Wheeler J. Efficacy and safety of ethynodiol diacetate, 1 mg, with ethinyl estradiol, 35 micrograms, with an emphasis on contraceptive efficacy. A phase IV trial. J Reprod Med. 1991;36(4 Suppl):328-33. PMID: 2046081.

Friedman AJ and Wheeler JM. Incidence of ovarian cyst formation in women taking ethynodiol diacetate, 1 mg, with ethinyl estradiol, 35 micrograms. J Reprod Med. 1991;36(4 Suppl):345-9. PMID: 2046084.

Frise S, Kreiger N, Gallinger S, et al. Menstrual and reproductive risk factors and risk for gastric adenocarcinoma in women: findings from the canadian national enhanced cancer surveillance system. Ann Epidemiol. 2006;16(12):908-16. PMID: 16843679.

Fruzzetti F, Lazzarini V, Ricci C, et al. Effect of an oral contraceptive containing 30 (mu)g ethinylestradiol plus 3 mg drospirenone on body composition of young women affected by premenstrual syndrome with symptoms of water retention. Contraception. 2007;76(3):190-194. PMID: 17707715.

Furberg H, Millikan RC, Geradts J, et al. Reproductive factors in relation to breast cancer characterized by p53 protein expression (United States). Cancer Causes Control. 2003;14(7):609-18. PMID: 14575358.

Gaffield ME, Kapp N and Ravi A. Use of combined oral contraceptives post abortion. Contraception. 2009;80(4):355-62. PMID: 19751858.

Galanti MR, Hansson L, Lund E, et al. Reproductive history and cigarette smoking as risk factors for

thyroid cancer in women: a population-based case-control study. Cancer Epidemiol Biomarkers Prev. 1996;5(6):425-31. PMID: 8781737.

Gallo Maria F, Lopez Laureen M, Grimes David A, et al. Combination contraceptives: effects on weight. Cochrane Database Syst Rev. (4):CD003987. PMID: 18843652.

Gallo Maria F, Lopez Laureen M, Grimes David A, et al. Combination contraceptives: effects on weight. Cochrane Database Syst Rev. 2011;(9):CD003987. PMID:21901687.

Gammon MD, Hibshoosh H, Terry MB, et al. Oral contraceptive use and other risk factors in relation to HER-2/neu overexpression in breast cancer among young women. Cancer Epidemiol Biomarkers Prev. 1999;8(5):413-9. PMID: 10350436.

Gangat N, Wolanskyj AP, Schwager SM, et al. Estrogen-based hormone therapy and thrombosis risk in women with essential thrombocythemia. Cancer. 2006;106(11):2406-11. PMID: 16628652.

Garcia-Enguidanos A, Martinez D, Calle ME, et al. Long-term use of oral contraceptives increases the risk of miscarriage. Fertil Steril. 2005;83(6):1864-6. PMID: 15950668.

Garza-Flores J, Martinez M, Valles De Bourges V, et al. Comparative assessment of two low-dose oral contraceptives, Lo-Femenal and Lo-Estrin, in Mexican women. Adv Contracept. 1992;8(4):291-301. PMID: 1290331.

Gateley CA, Bundred NJ, West RR, et al. A case control study of factors associated with macroscopic breast cysts. Eur J Cancer. 1992;28(1):125-7. PMID: 1567663.

Gemer O, Moscovici O, Ben-Horin CL, et al. Oral contraceptives and liver hemangioma: a case-control study. Acta Obstet Gynecol Scand. 2004;83(12):1199-201. PMID: 15548156.

Gemzell-Danielsson K, van Heusden AM, Killick SR, et al. Improving cycle control in progestogen-only contraceptive pill users by intermittent treatment with a new anti-progestogen. Hum Reprod. 2002;17(10):2588-93. PMID: 12351534.

Ghanem KG, Datta SD, Unger ER, et al. The association of current hormonal contraceptive use with type-specific HPV detection. Sex Transm Infect. 2011;87(5):385-8. PMID: 21772042.

00803677

Exhibit 163

JA-0003219

Gheit SA. Bleeding patterns associated with progestin-only contraceptives: A prospective controlled trial comparing Mirena versus progestin-only pill. Middle East Fertility Society Journal. 2009;14(3):216-219.

Gill JK, Press MF, Patel AV, et al. Oral contraceptive use and risk of breast carcinoma in situ (United States). Cancer Causes Control. 2006;17(9):1155-62. PMID: 17006721.

Golbs S, Domhardt R, Presl J, et al. Clinical findings with the oral contraceptive combination ethinylestradiol/dienogest in the Czech Republic. Methods Find Exp Clin Pharmacol. 2002;24(10):689-96. PMID: 12616963.

Gomes AL, Guimaraes MD, Gomes CC, et al. A case-control study of risk factors for breast cancer in Brazil, 1978-1987. Int J Epidemiol. 1995;24(2):292-9. PMID: 7635588.

Graff-Iversen S, Hammar N, Thelle DS, et al. Use of oral contraceptives and mortality during 14 years' follow-up of Norwegian women. Scand J Public Health. 2006;34(1):11-6. PMID: 16449039.

Gram IT, Macaluso M and Stalsberg H. Oral contraceptive use and the incidence of cervical intraepithelial neoplasia. Am J Obstet Gynecol. 1992;167(1):40-4. PMID: 1442952.

Greeley C, Schroeder S and Silverberg SG. Microglandular hyperplasia of the cervix: a true "pill" lesion? Int J Gynecol Pathol. 1995;14(1):50-4. PMID: 7883426.

Green A, Purdie D, Bain C, et al. Tubal sterilisation, hysterectomy and decreased risk of ovarian cancer. Survey of Women's Health Study Group. Int J Cancer. 1997;71(6):948-51. PMID: 9185694.

Green J, Berrington de Gonzalez A, Smith JS, et al. Human papillomavirus infection and use of oral contraceptives. Br J Cancer. 2003;88(11):1713-20. PMID: 12771986.

Grodstein F, Colditz GA, Hunter DJ, et al. A prospective study of symptomatic gallstones in women: relation with oral contraceptives and other risk factors. Obstet Gynecol. 1994;84(2):207-14. PMID: 8041531.

Gruber DM, Huber JC, Melis GB, et al. A comparison of the cycle control, safety, and efficacy profile of a 21-day regimen of ethinylestradiol 20(mu)g and drospirenone 3mg with a 21-day regimen of ethinylestradiol 20(mu)g and desogestrel 150(mu)g. Treatments in Endocrinology. 2006;5(2):115-121. PMID: 16542051.

Guillemette C, Millikan RC, Newman B, et al. Genetic polymorphisms in uridine diphospho-glucuronosyltransferase 1A1 and association with breast cancer among African Americans. Cancer Res. 2000;60(4):950-6. PMID: 10706110.

Haddad LB, Curtis KM, Legardy-Williams JK, et al. Contraception for individuals with sickle cell disease: A systematic review of the literature. Contraception. 2012;85(6):527-537. PMID: 2012253517.

Halbe HW, de Melo NR, Bahamondes L, et al. Efficacy and acceptability of two monophasic oral contraceptives containing ethinylestradiol and either desogestrel or gestodene. Eur J Contracept Reprod Health Care. 1998;3(3):113-20. PMID: 9853201.

Hallquist A, Hardell L, Degerman A, et al. Thyroid cancer: reproductive factors, previous diseases, drug intake, family history and diet. A case-control study. Eur J Cancer Prev. 1994;3(6):481-8. PMID: 7858480.

Halpern V, Grimes DA, Lopez L, et al. Strategies to improve adherence and acceptability of hormonal methods for contraception. Cochrane Database Syst Rev. 2006;(1):CD004317. PMID: 16437483.

Halpern V, Raymond EG and Lopez LM. Repeated use of pre- and postcoital hormonal contraception for prevention of pregnancy. Cochrane Database Syst Rev. 2010;(1):CD007595. PMID: 20091641.

Hampton RM, Fisher AC, Pagano S, et al. Scheduled and unscheduled bleeding patterns with two combined hormonal contraceptives: application of new recommendations for standardization. Fertil Steril. 2009;92(2):434-40. PMID: 18930189.

Hampton RM, Short M, Bieber E, et al. Comparison of a novel norgestimate/ethinyl estradiol oral contraceptive (Ortho Tri-Cyclen Lo) with the oral contraceptive Loestrin Fe 1/20. Contraception. 2001;63(6):289-95. PMID: 11672549.

Hampton RM, Zhang HF, Barnowski C, et al. Bleeding patterns with monophasic and triphasic low-dose ethinyl estradiol combined oral contraceptives. Contraception. 2008;77(6):415-9. PMID: 18477490.

D-57

00803678

Exhibit 163

JA-0003220

Hancock DB, Haberg SE, Furu K, et al. Oral contraceptive pill use before pregnancy and respiratory outcomes in early childhood. Pediatr Allergy Immunol. 2011;22(5):528-36. PMID: 21294776.

Hankinson SE, Colditz GA, Manson JE, et al. A prospective study of oral contraceptive use and risk of breast cancer (Nurses' Health Study, United States). Cancer Causes Control. 1997;8(1):65-72. PMID: 9051324.

Hannaford PC, Croft PR and Kay CR. Oral contraception and stroke. Evidence from the Royal College of General Practitioners' Oral Contraception Study. Stroke. 1994;25(5):935-42. PMID: 8165687.

Harris RE, Zang EA and Wynder EL. Oral contraceptives and breast cancer risk: a case-control study. Int J Epidemiol. 1990;19(2):240-6. PMID: 2376430.

Harris TG, Miller L, Kulasingam SL, et al. Depot-medroxyprogesterone acetate and combined oral contraceptive use and cervical neoplasia among women with oncogenic human papillomavirus infection. Am J Obstet Gynecol. 2009;200(5):489 e1-8. PMID: 19375566.

Hatch EE, Linet MS, Zhang J, et al. Reproductive and hormonal factors and risk of brain tumors in adult females. Int J Cancer. 2005;114(5):797-805. PMID: 15609304.

Hedderson MM, Ferrara A, Williams MA, et al. Androgenicity of progestins in hormonal contraceptives and the risk of gestational diabetes mellitus. Diabetes Care. 2007;30(5):1062-8. PMID: 17303784.

Heinemann LA, Assmann A, Spannagl M, et al. Normalized activated protein C ratio itself not associated with increased risk of venous thromboembolism. Contraception. 1998;58(5):321-2. PMID: 9883389.

Heinemann LA, Kluft C, Spannagl M, et al. The association between extrinsic activated protein C resistance and venous thromboembolism in women. Contraception. 2002;66(5):297-304. PMID: 12443958.

Heinemann LA, Weimann A, Gerken G, et al. Modern oral contraceptive use and benign liver tumors: the German Benign Liver Tumor Case-Control Study. Eur J Contracept Reprod Health Care. 1998;3(4):194-200. PMID: 10036602.

Hernan MA, Hohol MJ, Olek MJ, et al. Oral contraceptives and the incidence of multiple sclerosis. Neurology. 2000;55(6):848-54. PMID: 10994007.

Heuser P, Tonga K, Hopkins R, et al. Specific oral contraceptive use and venous thromboembolism resulting in hospital admission. N Z Med J. 2004;117(1206):U1176. PMID: 15570345.

Hickson SS, Miles KL, McDonnell BJ, et al. Use of the oral contraceptive pill is associated with increased large artery stiffness in young women: the ENIGMA study. J Hypertens. 2011;29(6):1155-9. PMID: 21505350.

Hildesheim A, Herrero R, Castle PE, et al. HPV co-factors related to the development of cervical cancer: results from a population-based study in Costa Rica. Br J Cancer. 2001;84(9):1219-26. PMID: 11336474.

Hoekstra AV, Kosinski A and Huh WK. Hormonal contraception and false-positive cervical cytology: is there an association?. J Low Genit Tract Dis. 2006;10(2):102-6. PMID: 16633239.

Holly EA, Aston DA, Ahn DK, et al. Uveal melanoma, hormonal and reproductive factors in women. Cancer Res. 1991;51(5):1370-2. PMID: 1997174.

Holly EA, Cress RD and Ahn DK. Cutaneous melanoma in women. III. Reproductive factors and oral contraceptive use. Am J Epidemiol. 1995;141(10):943-50. PMID: 7741124.

Holmberg L, Lund E, Bergstrom R, et al. Oral contraceptives and prognosis in breast cancer: effects of duration, latency, recency, age at first use and relation to parity and body mass index in young women with breast cancer. Eur J Cancer. 1994;30A(3):351-4. PMID: 8204358.

Holt VL, Cushing-Haugen KL and Daling JR. Oral contraceptives, tubal sterilization, and functional ovarian cyst risk. Obstet Gynecol. 2003;102(2):252-8. PMID: 12907096.

Holt VL, Daling JR, McKnight B, et al. Functional ovarian cysts in relation to the use of monophasic and triphasic oral contraceptives. Obstet Gynecol. 1992;79(4):529-33. PMID: 1553170.

00803679

Exhibit 163

JA-0003221

Hoyo C, Cousins DS, Bisgrove EZ, et al. Depo medroxyprogesterone acetate (DMPA) and combined oral contraceptives and cervical carcinoma in-situ in women aged 50 years and under. West Indian Med J. 2004;53(6):406-12. PMID: 15816269.

Hsing AW, Hoover RN, McLaughlin JK, et al. Oral contraceptives and primary liver cancer among young women. Cancer Causes Control. 1992;3(1):43-8. PMID: 1536912.

Hsing AW, McLaughlin JK, Hoover RN, et al. Parity and primary liver cancer among young women. J Natl Cancer Inst. 1992;84(14):1118-9. PMID: 1619686.

Hsing AW, Nam JM, Co Chien HT, et al. Risk factors for adrenal cancer: an exploratory study. Int J Cancer. 1996;65(4):432-6. PMID: 8621222.

Huber J, Foidart JM, Wuttke W, et al. Efficacy and tolerability of a monophasic oral contraceptive containing ethinylestradiol and drospirenone. Eur J Contracept Reprod Health Care. 2000;5(1):25-34. PMID: 10836660.

Iliadou A, Milsom I, Pedersen NL, et al. Risk of urinary incontinence symptoms in oral contraceptive users: a national cohort study from the Swedish Twin Register. Fertil Steril. 2009;92(2):428-33. PMID: 18706546.

Ireland B, Corbett JJ and Wallace RB. The search for causes of idiopathic intracranial hypertension. A preliminary case-control study. Arch Neurol. 1990;47(3):315-20. PMID: 2310315.

Ismail MT. A randomised comparative study of Triquilar versus Marvelon: the Malaysian experience. Malays J Reprod Health. 1991;9(1):9-17. PMID: 12317444.

Iversen L, Hannaford PC, Elliott AM, et al. Long term effects of hysterectomy on mortality: nested cohort study. BMJ. 2005;330(7506):1482. PMID: 15930026.

Iversen L, Hannaford PC, Lee AJ, et al. Impact of lifestyle in middle-aged women on mortality: evidence from the Royal College of General Practitioners' Oral Contraception Study. Br J Gen Pract. 2010;60(577):563-9. PMID: 20822689.

Jacobs EJ, White E and Weiss NS. Exogenous hormones, reproductive history, and colon cancer (Seattle, Washington, USA). Cancer Causes Control. 1994;5(4):359-66. PMID: 8080948.

Jacobson JS, Neugut AI, Garbowski GC, et al. Reproductive risk factors for colorectal adenomatous polyps (New York City, NY, United States). Cancer Causes Control. 1995;6(6):513-8. PMID: 8580299.

Jakubowska A, Gronwald J, Menkiszak J, et al. Ovarian cancer risk in Polish BRCA1 mutation carriers is not associated with the prohibitin 3' untranslated region polymorphism. BMC Cancer. 2008;8:90. PMID: 18397521.

Jamieson DJ, Terrell ML, Aguocha NN, et al. Dietary exposure to brominated flame retardants and abnormal Pap test results. J Womens Health (Larchmt). 2011;20(9):1269-78. PMID: 21797757.

Jellesen R, Strandberg-Larsen K, Jorgensen T, et al. Maternal use of oral contraceptives and risk of fetal death. Paediatr Perinat Epidemiol. 2008;22(4):334-40. PMID: 18578746.

Ji BT, Hatch MC, Chow WH, et al. Anthropometric and reproductive factors and the risk of pancreatic cancer: a case-control study in Shanghai, China. Int J Cancer. 1996;66(4):432-7. PMID: 8635856.

Jick SS, Walker AM and Jick H. Oral contraceptives and endometrial cancer. Obstet Gynecol. 1993;82(6):931-5. PMID: 8233267.

Joffe H, Cohen LS and Harlow BL. Impact of oral contraceptive pill use on premenstrual mood: predictors of improvement and deterioration. Am J Obstet Gynecol. 2003;189(6):1523-30. PMID: 14710055.

Jones CJ, Brinton LA, Hamman RF, et al. Risk factors for in situ cervical cancer: results from a case-control study. Cancer Res. 1990;50(12):3657-62. PMID: 2340514.

Jorgensen C, Picot MC, Bologna C, et al. Oral contraception, parity, breast feeding, and severity of rheumatoid arthritis. Ann Rheum Dis. 1996;55(2):94-8. PMID: 8712873.

Jukkola TM, Makivaara LA, Luukkaala T, et al. The effects of parity, oral contraceptive use and hormone replacement therapy on the incidence of varicose veins. J Obstet Gynaecol. 2006;26(5):448-51. PMID: 16846875.

Jung SY, Bae HJ, Park BJ, et al. Parity and risk of hemorrhagic strokes. Neurology. 2010;74(18):1424-9. PMID: 20335561.

D-59

00803680

Exhibit 163

Kabat GC, Silvera SA, Miller AB, et al. A cohort study of reproductive and hormonal factors and renal cell cancer risk in women. Br J Cancer. 2007;96(5):845-9. PMID: 17311018.

Kallen B, Mastroiacovo P, Lancaster PA, et al. Oral contraceptives in the etiology of isolated hypospadias. Contraception. 1991;44(2):173-82. PMID: 1893709.

Kaplan B, Nahum R, Yairi Y, et al. Use of various contraceptive methods and time of conception in a community-based population. Eur J Obstet Gynecol Reprod Biol. 2005;123(1):72-6. PMID: 16054284.

Kapp N and Curtis KM. Hormonal contraceptive use among women with liver tumors: a systematic review. Contraception. 2009;80(4):387-90. PMID: 19751862.

Karagas MR, Stukel TA, Dykes J, et al. A pooled analysis of 10 case-control studies of melanoma and oral contraceptive use. Br J Cancer. 2002;86(7):1085-92. PMID: 11953854.

Karlson EW, Mandl LA, Hankinson SE, et al. Do breast-feeding and other reproductive factors influence future risk of rheumatoid arthritis? Results from the Nurses' Health Study. Arthritis Rheum. 2004;50(11):3458-67. PMID: 15529351.

Kew MC, Song E, Mohammed A, et al. Contraceptive steroids as a risk factor for hepatocellular carcinoma: a case/control study in South African black women. Hepatology. 1990;11(2):298-302. PMID: 2155169.

Kishk NA. Breast cancer in relation to some reproductive factors. J Egypt Public Health Assoc. 1999;74(5-6):547-66. PMID: 17219863.

Kjaer SK, Engholm G, Dahl C, et al. Case-control study of risk factors for cervical squamous-cell neoplasia in Denmark. III. Role of oral contraceptive use. Cancer Causes Control. 1993;4(6):513-9. PMID: 8280828.

Kjaer SK. Risk factors for cervical neoplasia in Denmark. APMIS Suppl. 1998;80:1-41. PMID: 9693662.

Kjellberg L, Hallmans G, Ahren AM, et al. Smoking, diet, pregnancy and oral contraceptive use as risk factors for cervical intra-epithelial neoplasia in relation to human papillomavirus infection. Br J Cancer. 2000;82(7):1332-8. PMID: 10755410.

Kjos SL, Peters RK, Xiang A, et al. Contraception and the risk of type 2 diabetes mellitus in Latina women with prior gestational diabetes mellitus. JAMA. 1998;280(6):533-8. PMID: 9707143.

Kjos SL, Shoupe D, Douyan S, et al. Effect of low-dose oral contraceptives on carbohydrate and lipid metabolism in women with recent gestational diabetes: results of a controlled, randomized, prospective study. Am J Obstet Gynecol. 1990;163(6 Pt 1):1822-7. PMID: 2256489.

Klein BE, Klein R and Moss SE. Mortality and hormone-related exposures in women with diabetes. Diabetes Care. 1999;22(2):248-52. PMID: 10333941.

Koltyn KF, Landis JA and Dannecker EA. Influence of oral contraceptive use on pain perception and blood pressure. Health Care Women Int. 2003;24(3):221-9. PMID: 12746013.

Koomen ER, Joosse A, Herings RM, et al. Does use of estrogens decrease the Breslow thickness of melanoma of the skin? Oral contraceptives and hormonal replacement therapy. Melanoma Res. 2009;19(5):327-32. PMID: 19593232.

Koomen ER, Joosse A, Herings RM, et al. Estrogens, oral contraceptives and hormonal replacement therapy increase the incidence of cutaneous melanoma: a population-based case-control study. Ann Oncol. 2009;20(2):358-64. PMID: 18725391.

Kordi Tamandani DM, Sobti RC, Shekari M, et al. No association of TAP1 and TAP2 genes polymorphism with risk of cervical cancer in north Indian population. J Assist Reprod Genet. 2009;26(4):173-8. PMID: 19263211.

Korhonen K, Raitanen J, Isola J, et al. Exogenous sex hormone use and risk of meningioma: a population-based case-control study in Finland. Cancer Causes Control. 2010;21(12):2149-56. PMID: 20730482.

Kreiger N, Lacroix J and Sloan M. Hormonal factors and pancreatic cancer in women. Ann Epidemiol. 2001;11(8):563-7. PMID: 11709276.

Kruger-Kjaer S, van den Brule AJ, Svare EI, et al. Different risk factor patterns for high-grade and low-grade intraepithelial lesions on the cervix among HPV-positive and HPV-negative young women. Int J Cancer. 1998;76(5):613-9. PMID: 9610715.

00803681

Exhibit 163

JA-0003223

Kulier R, Helmerhorst FM, Maitra N, et al. Effectiveness and acceptability of progestogens in combined oral contraceptives - A systematic review. Reproductive Health. 2004;1(1):1. PMID: 15357865.

Kune GA, Kune S and Watson LF. Oral contraceptive use does not protect against large bowel cancer. Contraception. 1990;41(1):19-25. PMID: 2302944.

Kwiecien M, Edelman A, Nichols MD, et al. Bleeding patterns and patient acceptability of standard or continuous dosing regimens of a low-dose oral contraceptive: a randomized trial. Contraception. 2003;67(1):9-13. PMID: 12521651.

La Vecchia C, Negri E, Franceschi S, et al. Oral contraceptives and breast cancer: a cooperative Italian study. Int J Cancer. 1995;60(2):163-7. PMID: 7829209.

La Vecchia C, Ron E, Franceschi S, et al. A pooled analysis of case-control studies of thyroid cancer. III. Oral contraceptives, menopausal replacement therapy and other female hormones. Cancer Causes Control. 1999;10(2):157-66. PMID: 10231164.

Lacey JV, Jr., Brinton LA, Abbas FM, et al. Oral contraceptives as risk factors for cervical adenocarcinomas and squamous cell carcinomas. Cancer Epidemiol Biomarkers Prev. 1999;8(12):1079-85. PMID: 10613340.

LaGuardia KD, Shangold G, Fisher A, et al. Efficacy, safety and cycle control of five oral contraceptive regimens containing norgestimate and ethinyl estradiol. Contraception. 2003;67(6):431-7. PMID: 12814811.

Lakha F, Ho PC, Van der Spuy ZM, et al. A novel estrogen-free oral contraceptive pill for women: multicentre, double-blind, randomized controlled trial of mifepristone and progestogen-only pill (levonorgestrel). Hum Reprod. 2007;22(9):2428-36. PMID: 17609247.

Lammers P and op ten Berg M. Phase III clinical trial with a new oral contraceptive containing 150 micrograms desogestrel and 20 micrograms ethinylestradiol. Acta Obstet Gynecol Scand. 1991;70(6):497-500. PMID: 1837199.

Lancaster JM, Wenham RM, Halabi S, et al. No relationship between ovarian cancer risk and progesterone receptor gene polymorphism in a population-based, case-control study in North Carolina. Cancer Epidemiol Biomarkers Prev. 2003;12(3):226-7. PMID: 12646513.

Lanes SF, Birmann B, Walker AM, et al. Oral contraceptive type and functional ovarian cysts. Am J Obstet Gynecol. 1992;166(3):956-61. PMID: 1550172.

Lao TT, Chan OK, Suen SSH, et al. Do prior contraceptive methods impact maternal carriage in patients with Hepatitis B?. Hepatitis Monthly. 2011;11(10):829-834. PMID: 2011607117.

Lavreys L, Chohan V, Overbaugh J, et al. Hormonal contraception and risk of cervical infections among HIV-1-seropositive Kenyan women. AIDS. 2004;18(16):2179-84. PMID: 15577651.

Lawrie TA, Helmerhorst FM, Maitra NK, et al. Types of progestogens in combined oral contraception: effectiveness and side-effects. Cochrane Database Syst Rev. 2011;(5):CD004861. PMID: 21563141.

Le MG, Cabanes PA, Desvignes V, et al. Oral contraceptive use and risk of cutaneous malignant melanoma in a case-control study of French women. Cancer Causes Control. 1992;3(3):199-205. PMID: 1610966.

Lea CS, Holly EA, Hartge P, et al. Reproductive risk factors for cutaneous melanoma in women: a case-control study. Am J Epidemiol. 2007;165(5):505-13. PMID: 17158470.

Lee E, Grutsch J, Persky V, et al. Association of meningioma with reproductive factors. Int J Cancer. 2006;119(5):1152-7. PMID: 16570277.

Lee JE, Hankinson SE and Cho E. Reproductive factors and risk of renal cell cancer: the Nurses' Health Study. Am J Epidemiol. 2009;169(10):1243-50. PMID: 19329527.

Lee JS, Bracci PM and Holly EA. Non-Hodgkin lymphoma in women: reproductive factors and exogenous hormone use. Am J Epidemiol. 2008;168(3):278-88. PMID: 18550561.

Leibenluft E. Women with bipolar illness: clinical and research issues. Am J Psychiatry. 1996;153(2):163-73. PMID: 8561195.

00803682

Exhibit 163

JA-0003224

LeResche L, Mancl L, Sherman JJ, et al. Changes in temporomandibular pain and other symptoms across the menstrual cycle. Pain. 2003;106(3):253-61. PMID: 14659508.

Levi F, Franceschi S, Gulie C, et al. Female thyroid cancer: the role of reproductive and hormonal factors in Switzerland. Oncology. 1993;50(4):309-15. PMID: 8497382.

Levi F, La Vecchia C, Gulie C, et al. Oral contraceptives and the risk of endometrial cancer. Cancer Causes Control. 1991;2(2):99-103. PMID: 1873443.

Levi F, Lucchini F, Pasche C, et al. Oral contraceptives, menopausal hormone replacement treatment and breast cancer risk. Eur J Cancer Prev. 1996;5(4):259-66. PMID: 8894563.

Lewis DP, Van Dyke DC, Stumbo PJ, et al. Drug and environmental factors associated with adverse pregnancy outcomes. Part I: Antiepileptic drugs, contraceptives, smoking, and folate. Ann Pharmacother. 1998;32(7-8):802-17. PMID: 9681097.

Li DK, Daling JR, Mueller BA, et al. Oral contraceptive use after conception in relation to the risk of congenital urinary tract anomalies. Teratology. 1995;51(1):30-6. PMID: 7597655.

Lidegaard O. Oral contraception and risk of a cerebral thromboembolic attack: results of a case-control study. BMJ. 1993;306(6883):956-63. PMID: 8490470.

Lindblad P, Mellemgaard A, Schlehofer B, et al. International renal-cell cancer study. V. Reproductive factors, gynecologic operations and exogenous hormones. Int J Cancer. 1995;61(2):192-8. PMID: 7705947.

Lindh I, Ellstrom AA and Milsom I. The effect of combined oral contraceptives and age on dysmenorrhoea: an epidemiological study. Hum Reprod. 2012;27(3):676-82. PMID: 22252090.

Lipworth L, Katsouyanni K, Stuver S, et al. Oral contraceptives, menopausal estrogens, and the risk of breast cancer: a case-control study in Greece. Int J Cancer. 1995;62(5):548-51. PMID: 7665225.

Liu SL and Lebrun CM. Effect of oral contraceptives and hormone replacement therapy on bone mineral density in premenopausal and perimenopausal women: a systematic review. Br J Sports Med. 2006;40(1):11-24. PMID: 16371485.

Longatto-Filho A, Hammes LS, Sarian LO, et al. Hormonal Contraceptives and the Length of Their Use Are Not Independent Risk Factors for High-Risk HPV Infections or High-Grade CIN. Gynecol Obstet Invest. 2010;Dec 9. PMID: 21150159.

Lopez Laureen M, Grimes David A and Schulz Kenneth F. Steroidal contraceptives: effect on carbohydrate metabolism in women without diabetes mellitus. Cochrane Database Syst Rev. 2009;(4): CD006133. PMID:19821355.

Lopez Laureen M, Grimes David A and Schulz Kenneth F. Steroidal contraceptives: effect on carbohydrate metabolism in women without diabetes mellitus. Cochrane Database Syst Rev. 2012;(4): CD006133. PMID:22513937.

Lopez Laureen M, Grimes David A, Schulz Kenneth F, et al. Steroidal contraceptives: effect on bone fractures in women. Cochrane Database Syst Rev. 2009;(2): CD006033. PMID: 19370623.

Lopez Laureen M, Grimes David A, Schulz Kenneth F, et al. Steroidal contraceptives: effect on bone fractures in women. Cochrane Database Syst Rev. 2011;(7): CD006033. PMID:21735401.

Lopez Laureen M, Steiner M, Grimes David A, et al. Strategies for communicating contraceptive effectiveness. Cochrane Database Syst Rev. 2008;(2): CD006964. PMID: 18425974.

Lopez LM, Edelman A, Chen-Mok M, et al. Progestin-only contraceptives: effects on weight. Cochrane Database Syst Rev. 2011;(4):CD008815. PMID: 21491411.

Lopez LM, Grimes DA, Chen-Mok M, et al. Hormonal contraceptives for contraception in overweight or obese women. Cochrane Database Syst Rev. 2010;(7):CD008452. PMID: 20614470.

Loughlin J, Seeger JD, Eng PM, et al. Risk of hyperkalemia in women taking ethinylestradiol/drospirenone and other oral contraceptives. Contraception. 2008;78(5):377-83. PMID: 18929734.

Louvanto K, Rintala MA, Syrjanen KJ, et al. Incident cervical infections with high- and low-risk human papillomavirus (HPV) infections among mothers in

00803683

Exhibit 163

JA-0003225

the prospective Finnish Family HPV Study. BMC Infect Dis. 2011;11:179. PMID: 21696607.

Ludicke F, Gaspard UJ, Demeyer F, et al. Randomized controlled study of the influence of two low estrogen dose oral contraceptives containing gestodene or desogestrel on carbohydrate metabolism. Contraception. 2002;66(6):411-5. PMID: 12499033.

Lund E. Oral contraceptives and premenopausal breast cancer. Acta Obstet Gynecol Scand. 1990;69(4):355-6. PMID: 2244470.

Machado RB, de Melo NR and Maia H, Jr.. Bleeding patterns and menstrual-related symptoms with the continuous use of a contraceptive combination of ethinylestradiol and drospirenone: a randomized study. Contraception. 2010;81(3):215-22. PMID: 20159177.

Mack WJ, Preston-Martin S, Bernstein L, et al. Reproductive and hormonal risk factors for thyroid cancer in Los Angeles County females. Cancer Epidemiol Biomarkers Prev. 1999;8(11):991-7. PMID: 10566554.

Magnusson CM, Persson IR, Baron JA, et al. The role of reproductive factors and use of oral contraceptives in the aetiology of breast cancer in women aged 50 to 74 years. Int J Cancer. 1999;80(2):231-6. PMID: 9935204.

Makelburg ABU, Veeger NJGM, Middeldorp S, et al. Different risk of deep vein thrombosis and pulmonary embolism in carriers with factor V Leiden compared with non-carriers, but not in other thrombophilic defects. results from a large retrospective family cohort study. Haematologica. 2010;95(6):1030-1033. PMID: 20007142.

Marais DJ, Constant D, Allan B, et al. Cervical human papillomavirus (HPV) infection and HPV type 16 antibodies in South African women. J Clin Microbiol. 2008;46(2):732-9. PMID: 18077644.

Marchbanks PA, McDonald JA, Wilson HG, et al. The NICHD Women's Contraceptive and Reproductive Experiences Study: methods and operational results. Ann Epidemiol. 2002;12(4):213-21. PMID: 11988408.

Marchbanks PA, Wilson H, Bastos E, et al. Cigarette smoking and epithelial ovarian cancer by histologic type. Obstet Gynecol. 2000;95(2):255-60. PMID: 10674590.

Marcus PM, Baird DD, Millikan RC, et al. Adolescent reproductive events and subsequent breast cancer risk. Am J Public Health. 1999;89(8):1244-7. PMID: 10432916.

Marks M, Gravitt PE, Gupta SB, et al. Combined oral contraceptive use increases HPV persistence but not new HPV detection in a cohort of women from Thailand. J Infect Dis. 2011;204(10):1505-13. PMID: 21964399.

Marshall LM, Spiegelman D, Goldman MB, et al. A prospective study of reproductive factors and oral contraceptive use in relation to the risk of uterine leiomyomata. Fertil Steril. 1998;70(3):432-9. PMID: 9757871.

Martinelli I, Sacchi E, Landi G, et al. High risk of cerebral-vein thrombosis in carriers of a prothrombin-gene mutation and in users of oral contraceptives. N Engl J Med. 1998;338(25):1793-7. PMID: 9632445.

Martinez ME, Grodstein F, Giovannucci E, et al. A prospective study of reproductive factors, oral contraceptive use, and risk of colorectal cancer. Cancer Epidemiol Biomarkers Prev. 1997;6(1):1-5. PMID: 8993789.

Martinez-Frias ML, Bermejo E, Rodriguez-Pinilla E, et al. Periconceptional exposure to contraceptive pills and risk for Down syndrome. J Perinatol. 2001;21(5):288-92. PMID: 11536021.

Masson S, Franssen E, Hilditch JR, et al. A clinical comparison of two triphasic oral contraceptives with levonorgestrel or norethindrone: a prospective, randomized, single-blind study. Contraception. 1993;47(1):43-54. PMID: 8436001.

Mastrantonio M, Minhas H and Gammon A. Antibiotics, the pill, and pregnancy. J Accid Emerg Med. 1999;16(4):268-70. PMID: 10417934.

Mavranezouli I. The cost-effectiveness of long-acting reversible contraceptive methods in the UK: analysis based on a decision-analytic model developed for a National Institute for Health and Clinical Excellence (NICE) clinical practice guideline. Hum Reprod. 2008;23(6):1338-45. PMID: 18372257.

Mayberry RM. Age-specific patterns of association between breast cancer and risk factors in black women, ages 20 to 39 and 40 to 54. Ann Epidemiol. 1994;4(3):205-13. PMID: 8055121.

D-63

00803684

Exhibit 163

JA-0003226

McCredie MR, Dite GS, Giles GG, et al. Breast cancer in Australian women under the age of 40. Cancer Causes Control. 1998;9(2):189-98. PMID: 9578296.

McFarlane-Anderson N, Bazuaye PE, Jackson MD, et al. Cervical dysplasia and cancer and the use of hormonal contraceptives in Jamaican women. BMC Womens Health. 2008;8:9. PMID: 18513406.

McGrath M, Michaud DS and De Vivo I. Hormonal and reproductive factors and the risk of bladder cancer in women. Am J Epidemiol. 2006;163(3):236-44. PMID: 16319290.

McLaurin VL, Dunson BA and Dunson TR. A comparative study of 35 mcg and 50 mcg combined oral contraceptives: results from a multicenter clinical trial. Contraception. 1991;44(5):489-503. PMID: 1797464.

Memon S, Iversen L and Hannaford PC. Is the oral contraceptive pill associated with fracture in later life? New evidence from the Royal College of General Practitioners Oral Contraception Study. Contraception. 2011;84(1):40-7. PMID: 21664509.

Merki-Feld GS, Rosselli M, Dubey RK, et al. Long-term effects of combined oral contraceptives on markers of endothelial function and lipids in healthy premenopausal women. Contraception. 2002;65(3):231-6. PMID: 11929645.

Michaelsson K, Baron JA, Farahmand BY, et al. Influence of parity and lactation on hip fracture risk. Am J Epidemiol. 2001;153(12):1166-72. PMID: 11415951.

Michaud DS, Gallo V, Schlehofer B, et al. Reproductive factors and exogenous hormone use in relation to risk of glioma and meningioma in a large European cohort study. Cancer Epidemiol Biomarkers Prev. 2010;19(10):2562-9. PMID: 20802020.

Middeldorp S, Meijers JC, van den Ende AE, et al. Effects on coagulation of levonorgestrel- and desogestrel-containing low dose oral contraceptives: a cross-over study. Thromb Haemost. 2000;84(1):4-8. PMID: 10928461.

Miller L and Hughes JP. Continuous combination oral contraceptive pills to eliminate withdrawal bleeding: a randomized trial. Obstet Gynecol. 2003;101(4):653-61. PMID: 12681866.

Milsom I, Ekelund P, Molander U, et al. The influence of age, parity, oral contraception, hysterectomy and menopause on the prevalence of urinary incontinence in women. J Urol. 1993;149(6):1459-62. PMID: 8501788.

Milsom I, Lete I, Bjertnaes A, et al. Effects on cycle control and bodyweight of the combined contraceptive ring, NuvaRing, versus an oral contraceptive containing 30 (mu)g ethinyl estradiol and 3 mg drospirenone. Human Reproduction. 2006;21(9):2304-2311. PMID: 16763008.

Milsom I, Sundell G and Andersch B. The influence of different combined oral contraceptives on the prevalence and severity of dysmenorrhea. Contraception. 1990;42(5):497-506. PMID: 2125545.

Mohamed AM, El-Sherbiny WS and Mostafa WA. Combined contraceptive ring versus combined oral contraceptive (30-mug ethinylestradiol and 3-mg drospirenone). Int J Gynaecol Obstet. 2011;114(2):145-8. PMID: 21669426.

Mokhtar MM and Abdel-Fattah M. Major birth defects among infants with Down syndrome in Alexandria, Egypt
(1995-2000): trends and risk factors. East Mediterr Health J. 2001;7(3):441-51. PMID: 12690765.

Mol BW, Ankum WM, Bossuyt PM, et al. Contraception and the risk of ectopic pregnancy: a meta-analysis. Contraception. 1995;52(6):337-41. PMID: 8749596.

Molano M, Van den Brule A, Plummer M, et al. Determinants of clearance of human papillomavirus infections in Colombian women with normal cytology: a population-based, 5-year follow-up study. Am J Epidemiol. 2003;158(5):486-94. PMID: 12936904.

Moore C, Feichtinger W, Klinger G, et al. Clinical findings with the dienogest-containing oral contraceptive Valette(registered trademark). Drugs of Today. 1999;35(SUPPL. C):53-68.

Morabia A, Szklo M, Stewart W, et al. Consistent lack of association between breast cancer and oral contraceptives using either hospital or neighborhood controls. Prev Med. 1993;22(2):178-86. PMID: 8483857.

Moreau C, Trussell J, Gilbert F, et al. Oral contraceptive tolerance: does the type of pill matter?.

00803685

Exhibit 163

JA-0003227

Obstet Gynecol. 2007;109(6):1277-85. PMID: 17540798.

Morimoto LM, Newcomb PA, Hampton JM, et al. Cholecystectomy and endometrial cancer: A marker of long-term elevated estrogen exposure?. International Journal of Gynecological Cancer. 2006;16(3):1348-1353. PMID: 16803528.

Morrison C, Prokorym P, Piquero C, et al. Oral contraceptive pills are associated with artifacts in ThinPrep Pap smears that mimic low-grade squamous intraepithelial lesions. Cancer. 2003;99(2):75-82. PMID: 12704686.

Morrison CS, Richardson BA, Mmiro F, et al. Hormonal contraception and the risk of HIV acquisition. AIDS. 2007;21(1):85-95. PMID: 17148972.

Morton LM, Wang SS, Richesson DA, et al. Reproductive factors, exogenous hormone use and risk of lymphoid neoplasms among women in the National Institutes of Health-AARP Diet and Health Study Cohort. Int J Cancer. 2009;124(11):2737-43. PMID: 19253366.

Moscicki AB, Hills N, Shiboski S, et al. Risks for incident human papillomavirus infection and low-grade squamous intraepithelial lesion development in young females. JAMA. 2001;285(23):2995-3002. PMID: 11410098.

Moscicki AB, Ma Y, Wibbelsman C, et al. Risks for cervical intraepithelial neoplasia 3 among adolescents and young women with abnormal cytology. Obstet Gynecol. 2008;112(6):1335-42. PMID: 19037044.

Moskowitz MA, Jick SS, Burnside S, et al. The relationship of oral contraceptive use to rheumatoid arthritis. Epidemiology. 1990;1(2):153-6. PMID: 2073503.

Mucci LA, Lagiou P, Hsieh CC, et al. A prospective study of pregravid oral contraceptive use in relation to fetal growth. BJOG. 2004;111(9):989-95. PMID: 15327615.

Munoz N, Bosch FX, de Sanjose S, et al. Risk factors for cervical intraepithelial neoplasia grade III/carcinoma in situ in Spain and Colombia. Cancer Epidemiol Biomarkers Prev. 1993;2(5):423-31. PMID: 8220086.

Munoz N, Kato I, Bosch FX, et al. Risk factors for HPV DNA detection in middle-aged women. Sex Transm Dis. 1996;23(6):504-10. PMID: 8946637.

Myer L, Denny L, Wright TC, et al. Prospective study of hormonal contraception and women's risk of HIV infection in South Africa. Int J Epidemiol. 2007;36(1):166-74. PMID: 17175547.

Nakajima ST, Archer DF and Ellman H. Efficacy and safety of a new 24-day oral contraceptive regimen of norethindrone acetate 1 mg/ethinyl estradiol 20 microg (Loestrin 24 Fe). Contraception. 2007;75(1):16-22. PMID: 17161118.

Nelson AL, Le MH, Musherraf Z, et al. Intermediate-term glucose tolerance in women with a history of gestational diabetes: natural history and potential associations with breastfeeding and contraception. Am J Obstet Gynecol. 2008;198(6):699 e1-7; discussion 699 e7-8. PMID: 18439553.

Newcomb PA, Longnecker MP, Storer BE, et al. Recent oral contraceptive use and risk of breast cancer (United States). Cancer Causes Control. 1996;7(5):525-32. PMID: 8877050.

Nielsen A, Kjaer SK, Munk C, et al. Persistence of high-risk human papillomavirus infection in a population-based cohort of Danish women. J Med Virol. 2010;82(4):616-23. PMID: 20166190.

Norgaard M, Wogelius P, Pedersen L, et al. Maternal use of oral contraceptives during early pregnancy and risk of hypospadias in male offspring. Urology. 2009;74(3):583-7. PMID: 19592074.

Olivieri O, Friso S, Manzato F, et al. Resistance to activated protein C in healthy women taking oral contraceptives. Br J Haematol. 1995;91(2):465-70. PMID: 8547095.

Olsson H, Borg A, Ferno M, et al. Early oral contraceptive use and premenopausal breast cancer--a review of studies performed in southern Sweden. Cancer Detect Prev. 1991;15(4):265-71. PMID: 1794133.

Palmer JR, Anderson D, Helmrich SP, et al. Risk factors for diethylstilbestrol-associated clear cell adenocarcinoma. Obstet Gynecol. 2000;95(6 Pt 1):814-20. PMID: 10831973.

Palmer JR, Driscoll SG, Rosenberg L, et al. Oral contraceptive use and risk of gestational trophoblastic

00803686

Exhibit 163

JA-0003228

tumors. J Natl Cancer Inst. 1999;91(7):635-40. PMID: 10203284.

Palmer JR, Rosenberg L, Rao RS, et al. Oral contraceptive use and breast cancer risk among African-American women. Cancer Causes Control. 1995;6(4):321-31. PMID: 7548719.

Palmer JR, Rosenberg L, Strom BL, et al. Oral contraceptive use and risk of cutaneous malignant melanoma. Cancer Causes Control. 1992;3(6):547-54. PMID: 1420858.

Palmer JR, Rosenberg L, Wise LA, et al. Onset of natural menopause in African American women. Am J Public Health. 2003;93(2):299-306. PMID: 12554590.

Palmer JR. Oral contraceptive use and gestational choriocarcinoma. Cancer Detect Prev. 1991;15(1):45-8. PMID: 2044074.

Parazzini F, Chatenoud L, La Vecchia C, et al. Time since last use of oral contraceptives and risk of invasive cervical cancer. Eur J Cancer. 1998;34(6):884-8. PMID: 9797702.

Parazzini F, Cipriani S, Mangili G, et al. Oral contraceptives and risk of gestational trophoblastic disease. Contraception. 2002;65(6):425-7. PMID: 12127642.

Parazzini F, Ferraroni M, Bocciolone L, et al. Contraceptive methods and risk of pelvic endometriosis. Contraception. 1994;49(1):47-55. PMID: 8137625.

Parazzini F, Ferraroni M, Tozzi L, et al. Past contraceptive method use and risk of ectopic pregnancy. Contraception. 1995;52(2):93-8. PMID: 8536453.

Parazzini F, Hildesheim A, Ferraroni M, et al. Relative and attributable risk for cervical cancer: a comparative study in the United States and Italy. Int J Epidemiol. 1990;19(3):539-45. PMID: 2135870.

Parazzini F, la Vecchia C, Negri E, et al. Oral contraceptive use and invasive cervical cancer. Int J Epidemiol. 1990;19(2):259-63. PMID: 2376433.

Parazzini F, Moroni S, Negri E, et al. Risk factors for seromucinous benign ovarian cysts in northern Italy. J Epidemiol Community Health. 1997;51(4):449-52. PMID: 9328556.

Parazzini F, Negri E, La Vecchia C, et al. Oral contraceptive use and risk of uterine fibroids. Obstet Gynecol. 1992;79(3):430-3. PMID: 1738528.

Pardthaisong T and Gray RH. In utero exposure to steroid contraceptives and outcome of pregnancy. Am J Epidemiol. 1991;134(8):795-803. PMID: 1835282.

Pasquale LR and Kang JH. Female reproductive factors and primary open-angle glaucoma in the Nurses' Health Study. Eye (Lond). 2011;25(5):633-41. PMID: 21336255.

Paul C, Skegg DC and Spears GF. Oral contraceptive use and risk of breast cancer in older women (New Zealand). Cancer Causes Control. 1995;6(6):485-91. PMID: 8580295.

Paul C, Skegg DC and Spears GF. Oral contraceptives and risk of breast cancer. Int J Cancer. 1990;46(3):366-73. PMID: 2394503.

Paulen ME, Zapata LB, Cansino C, et al. Contraceptive use among women with a history of bariatric surgery: a systematic review. Contraception. 2010;82(1):86-94. PMID: 20682146.

Pearce HM, Layton D, Wilton LV, et al. Deep vein thrombosis and pulmonary embolism reported in the Prescription Event Monitoring Study of Yasmin. Br J Clin Pharmacol. 2005;60(1):98-102. PMID: 15963100.

Peipins LA, Newman B and Sandler RS. Reproductive history, use of exogenous hormones, and risk of colorectal adenomas. Cancer Epidemiol Biomarkers Prev. 1997;6(9):671-5. PMID: 9298573.

Pikwer M, Bergstrom U, Nilsson JA, et al. Breast feeding, but not use of oral contraceptives, is associated with a reduced risk of rheumatoid arthritis. Ann Rheum Dis. 2009;68(4):526-30. PMID: 18477739.

Ploszaj S, Thornton MH, Stanczyk FZ, et al. Effect of oral contraceptives containing 20 and 35 microg ethinyl estradiol on urinary prostacyclin and thromboxane levels in smokers and non-smokers. Prim Care Update Ob Gyns. 1998;5(4):156. PMID: 10838290.

Plu-Bureau G, Thalabard JC, Sitruk-Ware R, et al. Cyclical mastalgia as a marker of breast cancer susceptibility: results of a case-control study among

D-66

00803687

Exhibit 163

JA-0003229

French women. Br J Cancer. 1992;65(6):945-9. PMID: 1616869.

Pokoradi AJ, Iversen L and Hannaford PC. Factors associated with age of onset and type of menopause in a cohort of UK women. Am J Obstet Gynecol. 2011;205(1):34 e1-13. PMID: 21514918.

Potischman N, Brinton LA, Laiming VA, et al. A case-control study of serum folate levels and invasive cervical cancer. Cancer Res. 1991;51(18):4785-9. PMID: 1893371.

Potter LS. How effective are contraceptives? The determination and measurement of pregnancy rates. Obstet Gynecol. 1996;88(3 Suppl):13S-23S. PMID: 8752224.

Preston-Martin S, Jin F, Duda MJ, et al. A case-control study of thyroid cancer in women under age 55 in Shanghai (People's Republic of China). Cancer Causes Control. 1993;4(5):431-40. PMID: 8218875.

Preston-Martin S, Monroe K, Lee PJ, et al. Spinal meningiomas in women in Los Angeles County: investigation of an etiological hypothesis. Cancer Epidemiol Biomarkers Prev. 1995;4(4):333-9. PMID: 7655327.

Price MA, Tennant CC, Smith RC, et al. Predictors of breast cancer in women recalled following screening. Aust N Z J Surg. 1999;69(9):639-46. PMID: 10515336.

Primic-Zakelj M, Evstifeeva T, Ravnihar B, et al. Breast-cancer risk and oral contraceptive use in Slovenian women aged 25 to 54. Int J Cancer. 1995;62(4):414-20. PMID: 7635567.

Prior J, Burdge D, Maan E, et al. Fragility fractures and bone mineral density in HIV positive women: a case-control population-based study. Osteoporos Int. 2007;18(10):1345-53. PMID: 17665239.

Procter-Gray E, Cobb KL, Crawford SL, et al. Effect of oral contraceptives on weight and body composition in young female runners. Med Sci Sports Exerc. 2008;40(7):1205-12. PMID: 18580398.

Purdie DM, Bain CJ, Siskind V, et al. Ovulation and risk of epithelial ovarian cancer. Int J Cancer. 2003;104(2):228-32. PMID: 12569579.

Quehenberger P, Loner U, Kapiotis S, et al. Increased levels of activated factor VII and decreased plasma protein S activity and circulating thrombomodulin during use of oral contraceptives. Thromb Haemost. 1996;76(5):729-34. PMID: 8950781.

Raman-Wilms L, Tseng AL, Wighardt S, et al. Fetal genital effects of first-trimester sex hormone exposure: a meta-analysis. Obstet Gynecol. 1995;85(1):141-9. PMID: 7800312.

Ramsey-Goldman R, Dunn JE, Huang CF, et al. Frequency of fractures in women with systemic lupus erythematosus: comparison with United States population data. Arthritis Rheum. 1999;42(5):882-90. PMID: 10323443.

Rautalahti M, Albanes D, Virtamo J, et al. Lifetime menstrual activity--indicator of breast cancer risk. Eur J Epidemiol. 1993;9(1):17-25. PMID: 8472797.

Ray JG, Langman LJ, Vermeulen MJ, et al. Genetics University of Toronto Thrombophilia Study in women (GUTTSI): Genetic and other risk factors for venous thromboembolism in women. Current Controlled Trials in Cardiovascular Medicine. 2001;2(3):141-149. PMID: 11806787.

Reed SD, Scholes D, LaCroix AZ, et al. Longitudinal changes in bone density in relation to oral contraceptive use. Contraception. 2003;68(3):177-82. PMID: 14561537.

Reubinoff BE, Grubstein A, Meirow D, et al. Effects of low-dose estrogen oral contraceptives on weight, body composition, and fat distribution in young women. Fertil Steril. 1995;63(3):516-21. PMID: 7851580.

Rice C, Killick S, Hickling D, et al. Ovarian activity and vaginal bleeding patterns with a desogestrel-only preparation at three different doses. Hum Reprod. 1996;11(4):737-40. PMID: 8671319.

Risch HA and Howe GR. Menopausal hormone usage and breast cancer in Saskatchewan: a record-linkage cohort study. Am J Epidemiol. 1994;139(7):670-83. PMID: 8166128.

Risch HA and Howe GR. Menopausal hormone use and colorectal cancer in Saskatchewan: a record linkage cohort study. Cancer Epidemiol Biomarkers Prev. 1995;4(1):21-8. PMID: 7894320.

Risch HA, Bale AE, Beck PA, et al. PGR +331 A/G and increased risk of epithelial ovarian cancer. Cancer Epidemiol Biomarkers Prev. 2006;15(9):1738-41. PMID: 16985038.

D-67

Risch HA, Jain M, Marrett LD, et al. Dietary lactose intake, lactose intolerance, and the risk of epithelial ovarian cancer in southern Ontario (Canada). Cancer Causes Control. 1994;5(6):540-8. PMID: 7827241.

Rohan TE and Miller AB. A cohort study of oral contraceptive use and risk of benign breast disease. Int J Cancer. 1999;82(2):191-6. PMID: 10389751.

Rohan TE, L'Abbe KA and Cook MG. Oral contraceptives and risk of benign proliferative epithelial disorders of the breast. Int J Cancer. 1992;50(6):891-4. PMID: 1555889.

Rookus MA and van Leeuwen FE. Oral contraceptives and risk of breast cancer in women aged 20-54 years. Netherlands Oral Contraceptives and Breast Cancer Study Group. Lancet. 1994;344(8926):844-51. PMID: 7916400.

Rosenberg L, Palmer JR, Clarke EA, et al. A case-control study of the risk of breast cancer in relation to oral contraceptive use. Am J Epidemiol. 1992;136(12):1437-44. PMID: 1288273.

Rosenberg L, Palmer JR, Lesko SM, et al. Oral contraceptive use and the risk of myocardial infarction. Am J Epidemiol. 1990;131(6):1009-16. PMID: 2343853.

Rosenberg L, Palmer JR, Rao RS, et al. Case-control study of oral contraceptive use and risk of breast cancer. Am J Epidemiol. 1996;143(1):25-37. PMID: 8533744.

Rosenberg MJ, Meyers A and Roy V. Efficacy, cycle control, and side effects of low- and lower-dose oral contraceptives: a randomized trial of 20 micrograms and 35 micrograms estrogen preparations. Contraception. 1999;60(6):321-9. PMID: 10715366.

Rosenblatt KA and Thomas DB. Hormonal content of combined oral contraceptives in relation to the reduced risk of endometrial carcinoma. The WHO Collaborative Study of Neoplasia and Steroid Contraceptives. Int J Cancer. 1991;49(6):870-4. PMID: 1959990.

Rosing J, Middeldorp S, Curvers J, et al. Low-dose oral contraceptives and acquired resistance to activated protein C: a randomised cross-over study. Lancet. 1999;354(9195):2036-40. PMID: 10636369.

Rossing MA, Stanford JL, Weiss NS, et al. Oral contraceptive use and risk of breast cancer in middle-aged women. Am J Epidemiol. 1996;144(2):161-4. PMID: 8678047.

Rubin GL, Peterson HB, Lee NC, et al. Estrogen replacement therapy and the risk of endometrial cancer: remaining controversies. Am J Obstet Gynecol. 1990;162(1):148-54. PMID: 2301483.

Runnebaum IB, Wang-Gohrke S, Vesprini D, et al. Progesterone receptor variant increases ovarian cancer risk in BRCA1 and BRCA2 mutation carriers who were never exposed to oral contraceptives. Pharmacogenetics. 2001;11(7):635-8. PMID: 11668223.

Sabatini R and Cagiano R. Comparison profiles of cycle control, side effects and sexual satisfaction of three hormonal contraceptives. Contraception. 2006;74(3):220-3. PMID: 16904415.

Sackoff J, Kline J and Susser M. Previous use of oral contraceptives and spontaneous abortion. Epidemiology. 1994;5(4):422-8. PMID: 7918812.

Sakoda LC and Horn-Ross PL. Reproductive and menstrual history and papillary thyroid cancer risk: the San Francisco Bay Area thyroid cancer study. Cancer Epidemiol Biomarkers Prev. 2002;11(1):51-7. PMID: 11815401.

Sampalis JS, Medsger TA, Jr., Fries JF, et al. Risk factors for adult Still's disease. J Rheumatol. 1996;23(12):2049-54. PMID: 8970040.

Sanchez-Guerrero J, Uribe AG, Jimenez-Santana L, et al. A trial of contraceptive methods in women with systemic lupus erythematosus. N Engl J Med. 2005;353(24):2539-49. PMID: 16354890.

Santamaria A, Mateo J, Oliver A, et al. Risk of thrombosis associated with oral contraceptives of women from 97 families with inherited thrombophilia: high risk of thrombosis in carriers of the G20210A mutation of the prothrombin gene. Haematologica. 2001;86(9):965-71. PMID: 11532625.

Sauerbrei W, Blettner M, Schmoor C, et al. The effect of oral contraceptive use on the prognosis of node positive breast cancer patients. German Breast Cancer Study Group. Eur J Cancer. 1998;34(9):1348-51. PMID: 9849415.

Sayed GH, Zakherah MS, El-Nashar SA, et al. A randomized clinical trial of a levonorgestrel-releasing intrauterine system and a low-dose combined oral

00803689

Exhibit 163

JA-0003231

contraceptive for fibroid-related menorrhagia. International Journal of Gynecology and Obstetrics. 2011;112(2):126-130. PMID: 21092958.

Schiffman MH, Bauer HM, Hoover RN, et al. Epidemiologic evidence showing that human papillomavirus infection causes most cervical intraepithelial neoplasia. J Natl Cancer Inst. 1993;85(12):958-64. PMID: 8388478.

Schildkraut JM, Hulka BS and Wilkinson WE. Oral contraceptives and breast cancer: a case-control study with hospital and community controls. Obstet Gynecol. 1990;76(3 Pt 1):395-402. PMID: 2381616.

Schlesselman JJ, Stadel BV, Korper M, et al. Breast cancer detection in relation to oral contraception. J Clin Epidemiol. 1992;45(5):449-59. PMID: 1588351.

Schmeink CE, Massuger LF, Lenselink CH, et al. Effect of the menstrual cycle and hormonal contraceptives on human papillomavirus detection in young, unscreened women. Obstet Gynecol. 2010;116(1):67-75. PMID: 20567170.

Schonborn I, Nischan P and Ebeling K. Oral contraceptive use and the prognosis of breast cancer. Breast Cancer Res Treat. 1994;30(3):283-92. PMID: 7981446.

Schonfeld SJ, Ron E, Kitahara CM, et al. Hormonal and reproductive factors and risk of postmenopausal thyroid cancer in the NIH-AARP Diet and Health Study. Cancer Epidemiol. 2011;35(6):e85-90. PMID: 21852218.

Schwartz SM, Weiss NS, Daling JR, et al. Exogenous sex hormone use, correlates of endogenous hormone levels, and the incidence of histologic types of sarcoma of the uterus. Cancer. 1996;77(4):717-24. PMID: 8616764.

Scoditti U, Buccino GP, Pini M, et al. Risk of acute cerebrovascular events related to low oestrogen oral contraceptive treatment. Ital J Neurol Sci. 1998;19(1):15-9. PMID: 10935854.

Seaman HE, de Vries CS and Farmer RD. Differences in the use of combined oral contraceptives amongst women with and without acne. Hum Reprod. 2003;18(3):515-21. PMID: 12615817.

Seaman HE, de Vries CS and Farmer RD. The risk of liver disorders in women prescribed cyproterone acetate in combination with ethinyloestradiol

(Dianette): a nested case-control study using the GPRD. Pharmacoepidemiol Drug Saf. 2003;12(7):541-50. PMID: 14558177.

Segebladh B, Borgstrom A, Odlind V, et al. Prevalence of psychiatric disorders and premenstrual dysphoric symptoms in patients with experience of adverse mood during treatment with combined oral contraceptives. Contraception. 2009;79(1):50-5. PMID: 19041441.

Sellors JW, Karwalajtys TL, Kaczorowski J, et al. Incidence, clearance and predictors of human papillomavirus infection in women. CMAJ. 2003;168(4):421-5. PMID: 12591782.

Sellors JW, Mahony JB, Kaczorowski J, et al. Prevalence and predictors of human papillomavirus infection in women in Ontario, Canada. Survey of HPV in Ontario Women (SHOW) Group. CMAJ. 2000;163(5):503-8. PMID: 11006760.

Settnes A, Lange AP and Jorgensen T. Gynaecological correlates of hysterectomy in Danish women. Int J Epidemiol. 1997;26(2):364-70. PMID: 9169172.

Shaarawy M, Nafea S, Abdel-Aziz O, et al. The cardiovascular safety of triphasic contraceptive steroids. Contraception. 1997;56(3):157-63. PMID: 9347206.

Shabaan MM, Zakherah MS, El-Nashar SA, et al. Levonorgestrel-releasing intrauterine system compared to low dose combined oral contraceptive pills for idiopathic menorrhagia: A randomized clinical trial. Contraception. 2011;83(1):48-54. PMID: 21134503.

Shaw AK, Infante-Rivard C and Morrison HI. Use of medication during pregnancy and risk of childhood leukemia (Canada). Cancer Causes Control. 2004;15(9):931-7. PMID: 15577295.

Shin S, Schneider HB, Cole FJ, Jr., et al. Follow-up recommendations for benign breast biopsies. Breast J. 2006;12(5):413-7. PMID: 16958957.

Shu XO, Brinton LA, Zheng W, et al. A population-based case-control study of endometrial cancer in Shanghai, China. Int J Cancer. 1991;49(1):38-43. PMID: 1874568.

Siegerink B, Govers-Riemslag JW, Rosendaal FR, et al. Intrinsic coagulation activation and the risk of arterial thrombosis in young women: results from the

D-69

00803690

Exhibit 163

Risk of Arterial Thrombosis in relation to Oral contraceptives (RATIO) case-control study. Circulation. 2010;122(18):1854-61. PMID: 20956210.

Sillero-Arenas M, Rodriguez-Contreras R, Delgado-Rodriguez M, et al. Patterns of research. Oral contraceptives and cervical cancer. Acta Obstet Gynecol Scand. 1991;70(2):143-8. PMID: 1831954.

Simard A, Vobecky J, Vobecky JS, et al. Case-control study of fibrocystic breast disease. Rev Epidemiol Sante Publique. 1993;41(1):84-9. PMID: 8465069.

Skegg DC, Paul C, Spears GF, et al. Progestogen-only oral contraceptives and risk of breast cancer in New Zealand. Cancer Causes Control. 1996;7(5):513-9. PMID: 8877048.

Skinner HG, Michaud DS, Colditz GA, et al. Parity, reproductive factors, and the risk of pancreatic cancer in women. Cancer Epidemiol Biomarkers Prev. 2003;12(5):433-8. PMID: 12750238.

Slattery ML, Potter JD, Curtin K, et al. Estrogens reduce and withdrawal of estrogens increase risk of microsatellite instability-positive colon cancer. Cancer Res. 2001;61(1):126-30. PMID: 11196149.

Smith EM, Johnson SR, Cripe T, et al. Perinatal transmission and maternal risks of human papillomavirus infection. Cancer Detect Prev. 1995;19(2):196-205. PMID: 7750107.

Smith EM, Johnson SR, Jiang D, et al. The association between pregnancy and human papilloma virus prevalence. Cancer Detect Prev. 1991;15(5):397-402. PMID: 1661203.

Smith MA, Fine JA, Barnhill RL, et al. Hormonal and reproductive influences and risk of melanoma in women. Int J Epidemiol. 1998;27(5):751-7. PMID: 9839729.

Smulders B, van Oirschot SM, Farquhar C, et al. Oral contraceptive pill, progestogen or estrogen pre-treatment protocols for ovarian stimulation protocols for women undergoing assisted reproductive techniques. Cochrane Database Syst Rev. 2010;(1):CD006109. PMID: 20091585.

Snell-Bergeon JK, Dabelea D, Ogden LG, et al. Reproductive history and hormonal birth control use are associated with coronary calcium progression in women with type 1 diabetes mellitus. J Clin Endocrinol Metab. 2008;93(6):2142-8. PMID: 18349069.

Song SH, Lee JK, Lee NW, et al. Interferon-gamma (IFN-gamma): a possible prognostic marker for clearance of high-risk human papillomavirus (HPV). Gynecol Oncol. 2008;108(3):543-8. PMID: 18164379.

Spannagl M, Dick A, Assmann A, et al. Resistance to activated protein C in women using oral contraceptives. Semin Thromb Hemost. 1998;24(5):423-30. PMID: 9834008.

Spector TD, Roman E and Silman AJ. The pill, parity, and rheumatoid arthritis. Arthritis Rheum. 1990;33(6):782-9. PMID: 2363734.

Spona J, Elstein M, Feichtinger W, et al. Shorter pill-free interval in combined oral contraceptives decreases follicular development. Contraception. 1996;54(2):71-7. PMID: 8842582.

Stanford JL, Brinton LA, Berman ML, et al. Oral contraceptives and endometrial cancer: do other risk factors modify the association?. Int J Cancer. 1993;54(2):243-8. PMID: 8486426.

Steiner MJ, Kwok C, Dominik R, et al. Pregnancy risk among oral contraceptive pill, injectable contraceptive, and condom users in Uganda, zimbabwe, and Thailand. Obstet Gynecol. 2007;110(5):1003-9. PMID: 17978111.

Stevens-Simon C, Kelly L and Kulick R. A village would be nice but...it takes a long-acting contraceptive to prevent repeat adolescent pregnancies. Am J Prev Med. 2001;21(1):60-5. PMID: 11418259.

Stevens-Simon C, Kelly L and Singer D. Preventing repeat adolescent pregnancies with early adoption of the contraceptive implant. Fam Plann Perspect. 1999;31(2):88-93. PMID: 10224547.

Stoll C, Alembik Y, Dott B, et al. An epidemiologic study of environmental and genetic factors in congenital hydrocephalus. Eur J Epidemiol. 1992;8(6):797-803. PMID: 1294384.

Strayer SM and Couchenour RL. Combined oral contraceptives versus levonorgestrel for emergency contraception. J Fam Pract. 1998;47(6):417. PMID: 9866661.

00803691

Exhibit 163

JA-0003233

Strieder TG, Prummel MF, Tijssen JG, et al. Risk factors for and prevalence of thyroid disorders in a cross-sectional study among healthy female relatives of patients with autoimmune thyroid disease. Clin Endocrinol (Oxf). 2003;59(3):396-401. PMID: 12919165.

Stringer EM, Giganti M, Carter RJ, et al. Hormonal contraception and HIV disease progression: a multicountry cohort analysis of the MTCT-Plus Initiative. AIDS. 2009;23 Suppl 1:S69-77. PMID: 20081390.

Stringer EM, Kaseba C, Levy J, et al. A randomized trial of the intrauterine contraceptive device vs hormonal contraception in women who are infected with the human immunodeficiency virus. Am J Obstet Gynecol. 2007;197(2):144 e1-8. PMID: 17689627.

Stringer EM, Levy J, Sinkala M, et al. HIV disease progression by hormonal contraceptive method: secondary analysis of a randomized trial. AIDS. 2009;23(11):1377-82. PMID: 19448528.

Suhonen S, Haukkamaa M, Jakobsson T, et al. Clinical performance of a levonorgestrel-releasing intrauterine system and oral contraceptives in young nulliparous women: a comparative study. Contraception. 2004;69(5):407-12. PMID: 15105064.

Syrjanen K, Shabalova I, Sarian L, et al. Covariates of high-risk human papillomavirus (HPV) infections are distinct for incident CIN1, CIN2 and CIN3 as disclosed by competing-risks regression models. Eur J Gynaecol Oncol. 2012;33(1):5-14. PMID: 22439398.

Talamini R, Franceschi S, Dal Maso L, et al. The influence of reproductive and hormonal factors on the risk of colon and rectal cancer in women. Eur J Cancer. 1998;34(7):1070-6. PMID: 9849456.

Taneepanichskul S, Jaisamrarn U and Phupong V. Efficacy of Yasmin in premenstrual symptoms. Arch Gynecol Obstet. 2007;275(6):433-8. PMID: 17111156.

Tang OS, Gao PP, Cheng L, et al. A randomized double-blind placebo-controlled study to assess the effect of oral contraceptive pills on the outcome of medical abortion with mifepristone and misoprostol. Hum Reprod. 1999;14(3):722-5. PMID: 10221703.

Tang OS, Xu J, Cheng L, et al. The effect of contraceptive pills on the measured blood loss in medical termination of pregnancy by mifepristone and misoprostol: a randomized placebo controlled trial. Hum Reprod. 2002;17(1):99-102. PMID: 11756369.

Tanis BC, Bloemenkamp DG, van den Bosch MA, et al. Prothrombotic coagulation defects and cardiovascular risk factors in young women with acute myocardial infarction. Br J Haematol. 2003;122(3):471-8. PMID: 12877676.

Tanislav C, Puille M, Pabst W, et al. High Frequency of Silent Pulmonary Embolism in Patients With Cryptogenic Stroke and Patent Foramen Ovale. Stroke. 2011;42(3):822-4. PMID: 21257827.

Tans G, Curvers J, Middeldorp S, et al. A randomized cross-over study on the effects of levonorgestrel- and desogestrel-containing oral contraceptives on the anticoagulant pathways. Thromb Haemost. 2000;84(1):15-21. PMID: 10928463.

Tans G, van Hylckama Vlieg A, Thomassen MC, et al. Activated protein C resistance determined with a thrombin generation-based test predicts for venous thrombosis in men and women. Br J Haematol. 2003;122(3):465-70. PMID: 12877675.

Tantbirojn P and Taneepanichskul S. Clinical comparative study of oral contraceptives containing 30 microg ethinylestradiol/150 microg levonorgestrel, and 35 microg ethinylestradiol/250 microg norgestimate in Thai women. Contraception. 2002;66(6):401-5. PMID: 12499031.

Tavani A, Gallus S, La Vecchia C, et al. Risk factors for breast cancer in women under 40 years. Eur J Cancer. 1999;35(9):1361-7. PMID: 10658528.

Tavani A, Negri E, Franceschi S, et al. Oral contraceptives and breast cancer in northern Italy. Final report from a case-control study. Br J Cancer. 1993;68(3):568-71. PMID: 8353047.

Tavani A, Negri E, Parazzini F, et al. Female hormone utilisation and risk of hepatocellular carcinoma. Br J Cancer. 1993;67(3):635-7. PMID: 8382515.

Teichert M, Visser LE, Dufour M, et al. Isotretinoin use and compliance with the Dutch Pregnancy Prevention Programme: a retrospective cohort study in females of reproductive age using pharmacy dispensing data. Drug Saf. 2010;33(4):315-26.

Exhibit 163

00803692

PMID: 20297863.

Teichmann A, Apter D, Emerich J, et al. Continuous, daily levonorgestrel/ethinyl estradiol vs. 21-day, cyclic levonorgestrel/ethinyl estradiol: efficacy, safety and bleeding in a randomized, open-label trial. Contraception. 2009;80(6):504-11. PMID: 19913143.

Teichmann AT, Brill K, Albring M, et al. The influence of the dose of ethinylestradiol in oral contraceptives on follicle growth. Gynecol Endocrinol. 1995;9(4):299-305. PMID: 8629458.

Templeman CL, Cook V, Goldsmith LJ, et al. Postpartum contraceptive use among adolescent mothers. Obstet Gynecol. 2000;95(5):770-6. PMID: 10775745.

Terry MB, Gammon MD, Schoenberg JB, et al. Oral contraceptive use and cyclin D1 overexpression in breast cancer among young women. Cancer Epidemiol Biomarkers Prev. 2002;11(10 Pt 1):1100-3. PMID: 12376514.

Testa G, Chiaffarino F, Vegetti W, et al. Case-control study on risk factors for premature ovarian failure. Gynecol Obstet Invest. 2001;51(1):40-3. PMID: 11150874.

Tewari M, Pradhan S, Singh U, et al. Estrogen and progesterone receptor status in breast cancer: effect of oral contraceptive pills and hormone replacement therapy. Breast. 2007;16(5):540-5. PMID: 17587581.

Thadhani R, Stampfer MJ, Chasan-Taber L, et al. A prospective study of pregravid oral contraceptive use and risk of hypertensive disorders of pregnancy. Contraception. 1999;60(3):145-50. PMID: 10640157.

Thijs C and Knipschild P. Oral contraceptives and the risk of gallbladder disease: a meta-analysis. Am J Public Health. 1993;83(8):1113-20. PMID: 8342719.

Thomas DB and Noonan EA. Breast cancer and specific types of combined oral contraceptives. The WHO Collaborative Study of Neoplasia and Steroid Contraceptives. Br J Cancer. 1992;65(1):108-13. PMID: 1733433.

Thomas DB and Noonan EA. Risk of breast cancer in relation to use of combined oral contraceptives near the age of menopause. WHO Collaborative Study of Neoplasia and Steroid Contraceptives. Cancer Causes Control. 1991;2(6):389-94. PMID: 1764563.

Thomas DB and Ray RM. Oral contraceptives and invasive adenocarcinomas and adenosquamous carcinomas of the uterine cervix. The World Health Organization Collaborative Study of Neoplasia and Steroid Contraceptives. Am J Epidemiol. 1996;144(3):281-9. PMID: 8686697.

Thomson SW, Heimburger DC, Cornwell PE, et al. Effect of total plasma homocysteine on cervical dysplasia risk. Nutr Cancer. 2000;37(2):128-33. PMID: 11142083.

Thong FS, McLean C and Graham TE. Plasma leptin in female athletes: relationship with body fat, reproductive, nutritional, and endocrine factors. J Appl Physiol. 2000;88(6):2037-44. PMID: 10846016.

Thorogood M and Hannaford PC. The influence of oral contraceptives on the risk of multiple sclerosis. Br J Obstet Gynaecol. 1998;105(12):1296-9. PMID: 9883921.

Thorogood M, Mann J, Murphy M, et al. Is oral contraceptive use still associated with an increased risk of fatal myocardial infarction? Report of a case-control study. Br J Obstet Gynaecol. 1991;98(12):1245-53. PMID: 1777457.

Thorogood M, Mann J, Murphy M, et al. Is oral contraceptive use still associated with an increased risk of fatal myocardial infarction? Report of a case-control study. Obstetrical and Gynecological Survey. 1992;47(7):512-514.

Thorogood M, Mann J, Murphy M, et al. Risk factors for fatal venous thromboembolism in young women: a case-control study. Int J Epidemiol. 1992;21(1):48-52. PMID: 1544757.

Thurman AR, Hammond N, Brown HE, et al. Preventing repeat teen pregnancy: postpartum depot medroxyprogesterone acetate, oral contraceptive pills, or the patch? J Pediatr Adolesc Gynecol. 2007;20(2):61-5. PMID: 17418388.

Tilakaratne A, Soory M, Ranasinghe AW, et al. Effects of hormonal contraceptives on the periodontium, in a population of rural Sri-Lankan women. J Clin Periodontol. 2000;27(10):753-7. PMID: 11034123.

Titus-Ernstoff L, Longnecker MP, Newcomb PA, et al. Menstrual factors in relation to breast cancer risk. Cancer Epidemiol Biomarkers Prev. 1998;7(9):783-9. PMID: 9752986.

D-72

00803693

Exhibit 163

Tok EC, Ertunc D, Tataroglu C, et al. Clinicopathologic study of the putative precursor lesions of epithelial ovarian cancer in low-risk women. Int J Gynecol Cancer. 2006;16(2):501-6. PMID: 16681718.

Tomasson H and Tomasson K. Oral contraceptives and risk of breast cancer. A historical prospective case-control study. Acta Obstet Gynecol Scand. 1996;75(2):157-61. PMID: 8604603.

Torfs CP, Katz EA, Bateson TF, et al. Maternal medications and environmental exposures as risk factors for gastroschisis. Teratology. 1996;54(2):84-92. PMID: 8948544.

Traina A, Cusimano R, Liquori M, et al. Oral contraceptive use and breast cancer risk in areas with different incidence. A case-control study among young women. Ann N Y Acad Sci. 1996;784:564-9. PMID: 8651617.

Truitt Sarah T, Fraser Anna B, Gallo Maria F, et al. Combined hormonal versus nonhormonal versus progestin-only contraception in lactation. Cochrane Database Syst Rev. 2003;(2): CD003988. PMID:12804497.

Truitt ST, Fraser AB, Grimes DA, et al. Hormonal contraception during lactation. systematic review of randomized controlled trials. Contraception. 2003;68(4):233-8. PMID: 14572885.

Truong T, Orsi L, Dubourdieu D, et al. Role of goiter and of menstrual and reproductive factors in thyroid cancer: a population-based case-control study in New Caledonia (South Pacific), a very high incidence area. Am J Epidemiol. 2005;161(11):1056-65. PMID: 15901626.

Tryggvadottir L, Tulinius H and Gudmundsdottir GB. Oral contraceptive use at a young age and the risk of breast cancer: an Icelandic, population-based cohort study of the effect of birth year. Br J Cancer. 1997;75(1):139-43. PMID: 9000612.

Tworoger SS, Gertig DM, Gates MA, et al. Caffeine, alcohol, smoking, and the risk of incident epithelial ovarian cancer. Cancer. 2008;112(5):1169-77. PMID: 18213613.

Ursin G, Aragaki CC, Paganini-Hill A, et al. Oral contraceptives and premenopausal bilateral breast cancer: a case-control study. Epidemiology. 1992;3(5):414-9. PMID: 1391133.

Ursin G, Pike MC, Preston-Martin S, et al. Sexual, reproductive, and other risk factors for adenocarcinoma of the cervix: results from a population-based case-control study (California, United States). Cancer Causes Control. 1996;7(3):391-401. PMID: 8734834.

Ursin G, Ross RK, Sullivan-Halley J, et al. Use of oral contraceptives and risk of breast cancer in young women. Breast Cancer Res Treat. 1998;50(2):175-84. PMID: 9822222.

Ursin G, Wu AH, Hoover RN, et al. Breast cancer and oral contraceptive use in Asian-American women. Am J Epidemiol. 1999;150(6):561-7. PMID: 10489994.

Vahedi M, Abdollahzadeh S, Vaziri PB, et al. Oral contraceptive use and salivary C-erbB-2, CEA and CA15-3 in healthy women: a case-control study. Med Oral Patol Oral Cir Bucal. 2011;16(1):e29-32. PMID: 20711149.

Valikhani M, Kavusi S, Chams-Davatchi C, et al. Pemphigus and associated environmental factors: a case-control study. Clin Exp Dermatol. 2007;32(3):256-60. PMID: 17355277.

Vamre TB, Stalsberg H and Thomas DB. Extra-tumoral breast tissue in breast cancer patients: variations with steroid contraceptive use. Int J Cancer. 2006;118(11):2827-31. PMID: 16380999.

van Beek EJ, Farmer KC, Millar DM, et al. Gallstone disease in women younger than 30 years. Neth J Surg. 1991;43(3):60-2. PMID: 1922881.

Van Den Bosch MA, Kemmeren JM, Tanis BC, et al. The RATIO study: oral contraceptives and the risk of peripheral arterial disease in young women. J Thromb Haemost. 2003;1(3):439-44. PMID: 12871447.

van der Kooy K, Rookus MA, Peterse HL, et al. p53 protein overexpression in relation to risk factors for breast cancer. Am J Epidemiol. 1996;144(10):924-33. PMID: 8916503.

van Noord PA, Dubas JS, Dorland M, et al. Age at natural menopause in a population-based screening cohort: the role of menarche, fecundity, and lifestyle factors. Fertil Steril. 1997;68(1):95-102. PMID: 9207591.

van Rooijen M, Hansson LO, Frostegard J, et al. Treatment with combined oral contraceptives induces

00803694

Exhibit 163

JA-0003236

a rise in serum C-reactive protein in the absence of a general inflammatory response. J Thromb Haemost. 2006;4(1):77-82. PMID: 16409455.

van Rooijen M, Silveira A, Hamsten A, et al. Sex hormone-binding globulin-a surrogate marker for the prothrombotic effects of combined oral contraceptives. Am J Obstet Gynecol. 2004;190(2):332-7. PMID: 14981370.

van Tilburg NH, Rosendaal FR and Bertina RM. Thrombin activatable fibrinolysis inhibitor and the risk for deep vein thrombosis. Blood. 2000;95(9):2855-9. PMID: 10779431.

Van Vliet Huib AAM, Grimes David A, Lopez Laureen M, et al. Triphasic versus monophasic oral contraceptives for contraception. Cochrane Database Syst Rev. 2011;(11): CD003553. PMID:22071807.

Van Vliet Huib AAM, Raps M, Lopez Laureen M, et al. Quadriphasic versus monophasic oral contraceptives for contraception. Cochrane Database Syst Rev. 2011;(11): CD009038. PMID:22071862.

Vandenbroucke JP, Koster T, Briet E, et al. Increased risk of venous thrombosis in oral-contraceptive users who are carriers of factor V Leiden mutation. Lancet. 1994;344(8935):1453-7. PMID: 7968118.

Vandenvelde C and Van Beers D. Risk factors inducing the persistence of high-risk genital papillomaviruses in the normal cervix. J Med Virol. 1992;38(3):226-32. PMID: 1337551.

Vessey M and Yeates D. Oral contraceptives and benign breast disease: an update of findings in a large cohort study. Contraception. 2007;76(6):418-24. PMID: 18061698.

Vessey M, Mant J and Painter R. Oral contraception and other factors in relation to hospital referral for fracture. Findings in a large cohort study. Contraception. 1998;57(4):231-5. PMID: 9649913.

Vessey M, Painter R and Mant J. Oral contraception and other factors in relation to back disorders in women: findings in a large cohort study. Contraception. 1999;60(6):331-5. PMID: 10715367.

Vessey M, Painter R and Mant J. Oral contraception and other factors in relation to hospital referral for menstrual problems without known underlying cause: Findings in a large cohort study. British Journal of Family Planning. 1997;22(4):166-169.

Vessey M. Oral contraceptive failures and body weight: findings in a large cohort study. J Fam Plann Reprod Health Care. 2001;27(2):90-1. PMID: 12457519.

Vessey MP, Hannaford P, Mant J, et al. Oral contraception and eye disease: findings in two large cohort studies. Br J Ophthalmol. 1998;82(5):538-42. PMID: 9722322.

Vessey MP, Painter R and Powell J. Skin disorders in relation to oral contraception and other factors, including age, social class, smoking and body mass index. Findings in a large cohort study. Br J Dermatol. 2000;143(4):815-20. PMID: 11069462.

Vessey MP, Villard-Mackintosh L and Painter R. Epidemiology of endometriosis in women attending family planning clinics. BMJ. 1993;306(6871):182-4. PMID: 8338516.

Vessey MP, Villard-Mackintosh L and Painter R. Oral contraceptives and pregnancy in relation to peptic ulcer. Contraception. 1992;46(4):349-57. PMID: 1486773.

Vestergaard P, Rejnmark L and Mosekilde L. Oral contraceptive use and risk of fractures. Contraception. 2006;73(6):571-6. PMID: 16730486.

Villard-Mackintosh L and Vessey MP. Oral contraceptives and reproductive factors in multiple sclerosis incidence. Contraception. 1993;47(2):161-8. PMID: 8449016.

Vitrat-Hincky V, Gompel A, Dumestre-Perard C, et al. Type III hereditary angio-oedema: clinical and biological features in a French cohort. Allergy. 2010;65(10):1331-6. PMID: 20384613.

Voigt LF, Deng Q and Weiss NS. Recency, duration, and progestin content of oral contraceptives in relation to the incidence of endometrial cancer (Washington, USA). Cancer Causes Control. 1994;5(3):227-33. PMID: 8061170.

Wahedna I, Cooper S, Williams J, et al. Relation of pulmonary lymphangio-leiomyomatosis to use of the oral contraceptive pill and fertility in the UK: a national case control study. Thorax. 1994;49(9):910-4. PMID: 7940433.

Waller DK, Gallaway MS, Taylor LG, et al. Use of oral contraceptives in pregnancy and major structural birth defects in offspring. Epidemiology. 2010;21(2):232-9. PMID: 20087193.

00803695

Exhibit 163

JA-0003237

Wang CC, Reilly M and Kreiss JK. Risk of HIV infection in oral contraceptive pill users: a meta-analysis. J Acquir Immune Defic Syndr. 1999;21(1):51-8. PMID: 10235514.

Wang QS, Ross RK, Yu MC, et al. A case-control study of breast cancer in Tianjin, China. Cancer Epidemiol Biomarkers Prev. 1992;1(6):435-9. PMID: 1302554.

Warren MP, Miller KK, Olson WH, et al. Effects of an oral contraceptive (norgestimate/ethinyl estradiol) on bone mineral density in women with hypothalamic amenorrhea and osteopenia: an open-label extension of a double-blind, placebo-controlled study. Contraception. 2005;72(3):206-11. PMID: 16102557.

Weiderpass E, Adami HO, Baron JA, et al. Use of oral contraceptives and endometrial cancer risk (Sweden). Cancer Causes Control. 1999;10(4):277-84. PMID: 10482486.

Weinstein AL, Mahoney MC, Nasca PC, et al. Breast cancer risk and oral contraceptive use: results from a large case-control study. Epidemiology. 1991;2(5):353-8. PMID: 1742384.

Wen SW, Yang T, Krewski D, et al. Patterns of pregnancy exposure to prescription FDA C, D and X drugs in a Canadian population. J Perinatol. 2008;28(5):324-9. PMID: 18288118.

Wernli KJ, Newcomb PA, Hampton JM, et al. Inverse association of NSAID use and ovarian cancer in relation to oral contraceptive use and parity. Br J Cancer. 2008;98(11):1781-3. PMID: 18506182.

Westerdahl J, Olsson H, Masback A, et al. Risk of malignant melanoma in relation to drug intake, alcohol, smoking and hormonal factors. Br J Cancer. 1996;73(9):1126-31. PMID: 8624275.

Westhoff C, Britton JA, Gammon MD, et al. Oral contraceptive and benign ovarian tumors. Am J Epidemiol. 2000;152(3):242-6. PMID: 10933271.

Westhoff C, Heartwell S, Edwards S, et al. Initiation of oral contraceptives using a quick start compared with a conventional start: a randomized controlled trial. Obstet Gynecol. 2007;109(6):1270-6. PMID: 17540797.

White E, Malone KE, Weiss NS, et al. Breast cancer among young U.S. women in relation to oral contraceptive use. J Natl Cancer Inst. 1994;86(7):505-14. PMID: 8133534.

Whittemore AS, Harris R and Itnyre J. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case-control studies. IV. The pathogenesis of epithelial ovarian cancer. Collaborative Ovarian Cancer Group. Am J Epidemiol. 1992;136(10):1212-20. PMID: 1476143.

Wideroff L, Schiffman MH, Hoover R, et al. Epidemiologic determinants of seroreactivity to human papillomavirus (HPV) type 16 virus-like particles in cervical HPV-16 DNA-positive and-negative women. J Infect Dis. 1996;174(5):937-43. PMID: 8896493.

Wiegratz I, Mittmann K, Dietrich H, et al. Fertility after discontinuation of treatment with an oral contraceptive containing 30 microg of ethinyl estradiol and 2 mg of dienogest. Fertil Steril. 2006;85(6):1812-9. PMID: 16759929.

Wieland S and Dickersin K. Selective exposure reporting and Medline indexing limited the search sensitivity for observational studies of the adverse effects of oral contraceptives. J Clin Epidemiol. 2005;58(6):560-7. PMID: 15878469.

Wielders S, Mukherjee M, Michiels J, et al. The routine determination of the endogenous thrombin potential, first results in different forms of hyper- and hypocoagulability. Thromb Haemost. 1997;77(4):629-36. PMID: 9134633.

Wigertz A, Lonn S, Mathiesen T, et al. Risk of brain tumors associated with exposure to exogenous female sex hormones. Am J Epidemiol. 2006;164(7):629-36. PMID: 16835295.

Wilcox AJ, Dunson DB, Weinberg CR, et al. Likelihood of conception with a single act of intercourse: providing benchmark rates for assessment of post-coital contraceptives. Contraception. 2001;63(4):211-5. PMID: 11376648.

Wingo PA, Lee NC, Ory HW, et al. Age-specific differences in the relationship between oral contraceptive use and breast cancer. Cancer. 1993;71(4 Suppl):1506-17. PMID: 8431887.

Wingo PA, Lee NC, Ory HW, et al. Age-specific differences in the relationship between oral contraceptive use and breast cancer. Obstet Gynecol. 1991;78(2):161-70. PMID: 2067757.

00803696

Exhibit 163

JA-0003238

Winkler UH, Ferguson H and Mulders JA. Cycle control, quality of life and acne with two low-dose oral contraceptives containing 20 microg ethinylestradiol. Contraception. 2004;69(6):469-76. PMID: 15157791.

Winkler UH, Holscher T, Schulte H, et al. Ethinylestradiol 20 versus 30 micrograms combined with 150 micrograms desogestrel: a large comparative study of the effects of two low-dose oral contraceptives on the hemostatic system. Gynecol Endocrinol. 1996;10(4):265-71. PMID: 8908527.

Winner B, Peipert JF, Zhao Q, et al. Effectiveness of long-acting reversible contraception. N Engl J Med. 2012;366(21):1998-2007. PMID: 22621627.

Wise LA, Palmer JR, Harlow BL, et al. Reproductive factors, hormonal contraception, and risk of uterine leiomyomata in African-American women: a prospective study. Am J Epidemiol. 2004;159(2):113-23. PMID: 14718211.

Wogelius P, Horvath-Puho E, Pedersen L, et al. Maternal use of oral contraceptives and risk of hypospadias - a population-based case-control study. Eur J Epidemiol. 2006;21(10):777-81. PMID: 17077991.

Woodson GC. Risk factors for osteoporosis in postmenopausal African-American women. Curr Med Res Opin. 2004;20(10):1681-7. PMID: 15462702.

Wreje U, Isacsson D and Aberg H. Oral contraceptives and back pain in women in a Swedish community. Int J Epidemiol. 1997;26(1):71-4. PMID: 9126505.

Xiang AH, Kawakubo M, Buchanan TA, et al. A longitudinal study of lipids and blood pressure in relation to method of contraception in Latino women with prior gestational diabetes mellitus. Diabetes Care. 2007;30(8):1952-8. PMID: 17519432.

Xiang AH, Kawakubo M, Kjos SL, et al. Long-acting injectable progestin contraception and risk of type 2 diabetes in Latino women with prior gestational diabetes mellitus. Diabetes Care. 2006;29(3):613-7. PMID: 16505515.

Yang Q, Sherman SL, Hassold TJ, et al. Risk factors for trisomy 21: maternal cigarette smoking and oral contraceptive use in a population-based case-control study. Genet Med. 1999;1(3):80-8. PMID: 11336457.

Ye Z, Thomas DB and Ray RM. Combined oral contraceptives and risk of cervical carcinoma in situ. WHO Collaborative Study of Neoplasia and Steroid Contraceptives. Int J Epidemiol. 1995;24(1):19-26. PMID: 7797343.

Yeshaya A, Orvieto R, Kaplan B, et al. Flexible starting schedule for oral contraception: effect on the incidence of breakthrough bleeding and compliance. Eur J Contracept Reprod Health Care. 1998;3(3):121-3. PMID: 9853202.

Yeshaya A, Orvieto R, Kauschansky A, et al. A delayed starting schedule of oral contraception: the effect on the incidence of breakthrough bleeding and compliance in women. Eur J Contracept Reprod Health Care. 1996;1(3):263-5. PMID: 9678125.

Yin Z, Xu W, Xu C, et al. A population-based case-control study of risk factors for neural tube defects in Shenyang, China. Childs Nerv Syst. 2011;27(1):149-54. PMID: 20582422.

Ylitalo N, Sorensen P, Josefsson A, et al. Smoking and oral contraceptives as risk factors for cervical carcinoma in situ. Int J Cancer. 1999;81(3):357-65. PMID: 10209949.

Yonkers KA, Brown C, Pearlstein TB, et al. Efficacy of a new low-dose oral contraceptive with drospirenone in premenstrual dysphoric disorder. Obstet Gynecol. 2005;106(3):492-501. PMID: 16135578.

Yu MW, Chang HC, Chang SC, et al. Role of reproductive factors in hepatocellular carcinoma: Impact on hepatitis B- and C-related risk. Hepatology. 2003;38(6):1393-400. PMID: 14647050.

Zahradnik HP and Hanjalic-Beck A. Efficacy, safety and sustainability of treatment continuation and results of an oral contraceptive containing 30 mcg ethinyl estradiol and 2 mg chlormadinone acetate, in long-term usage (up to 45 cycles)--an open-label, prospective, noncontrolled, office-based Phase III study. Contraception. 2008;77(5):337-43. PMID: 18402849.

Zanetti R, Franceschi S, Rosso S, et al. Cutaneous malignant melanoma in females: the role of hormonal and reproductive factors. Int J Epidemiol. 1990;19(3):522-6. PMID: 2262243.

Zapata LB, Paulen ME, Cansino C, et al. Contraceptive use among women with inflammatory

00803697

Exhibit 163

JA-0003239

bowel disease: A systematic review. Contraception. 2010;82(1):72-85. PMID: 20682145.

Zhang Y, Coogan PF, Palmer JR, et al. A case-control study of reproductive factors, female hormone use, and risk of pancreatic cancer. Cancer Causes Control. 2010;21(3):473-8. PMID: 19941157.

Zivadinovic R, Lilic G, Lilic V, et al. Recurrence of cervical intraepithelial neoplasias with negative cone margins: risk factors. J BUON. 2011;16(3):498-504. PMID: 22006757.

Zondervan KT, Carpenter LM, Painter R, et al. Oral contraceptives and cervical cancer--further findings from the Oxford Family Planning Association contraceptive study. Br J Cancer. 1996;73(10):1291-7. PMID: 8630295.

# Does not include non-OC controls (comparisons between OC formulations acceptable for articles reporting VTE, stroke, or MI):

Affinito P, Monterubbianesi M, Primizia M, et al. Efficacy, cycle control and side-effects of two monophasic combination oral contraceptives: gestodene/ethinylestradiol and norgestimate/ethinylestradiol. Gynecol Endocrinol. 1993;7(4):259-66. PMID: 8147235.

Ahrendt HJ, Karckt U, Pichl T, et al. The effects of an oestrogen-free, desogestrel-containing oral contraceptive in women with cyclical symptoms: results from two studies on oestrogen-related symptoms and dysmenorrhoea. Eur J Contracept Reprod Health Care. 2007;12(4):354-61. PMID: 17853159.

Ahrendt HJ, Makalova D, Parke S, et al. Bleeding pattern and cycle control with an estradiol-based oral contraceptive: a seven-cycle, randomized comparative trial of estradiol valerate/dienogest and ethinyl estradiol/levonorgestrel. Contraception. 2009;80(5):436-44. PMID: 19835717.

Akerlund M, Rode A and Westergaard J. Comparative profiles of reliability, cycle control and side effects of two oral contraceptive formulations containing 150 micrograms desogestrel and either 30 micrograms or 20 micrograms ethinyl oestradiol. Br J Obstet Gynaecol. 1993;100(9):832-8. PMID: 8218004.

Akerlund M. Clinical experience of a combined oral contraceptive with very low dose ethinyl estradiol. Acta Obstet Gynecol Scand Suppl. 1997;164:63-5. PMID: 9225641.

Al-Saad S, Al-Shinnawi H and Shamsi NM. Risk factors of breast cancer in Bahrain. Bahrain Medical Bulletin. 2009;31(2).

Anderson FD and Hait H. A multicenter, randomized study of an extended cycle oral contraceptive. Contraception. 2003;68(2):89-96. PMID: 12954519.

Andolsek KM. Cycle control with triphasic norgestimate and ethinyl estradiol, a new oral contraceptive agent. Acta Obstet Gynecol Scand Suppl. 1992;156:22-6. PMID: 1324553.

Anonymous. A double-blind study comparing the contraceptive efficacy, acceptability and safety of two progestogen-only pills containing desogestrel 75 micrograms/day or levonorgestrel 30 micrograms/day. Collaborative Study Group on the Desogestrel-containing Progestogen-only Pill. Eur J Contracept Reprod Health Care. 1998;3(4):169-78. PMID: 10036599.

Anstee P and Kovacs GT. A prospective randomized study comparing the clinical effects of a norethisterone and a levonorgestrel containing low dose oestrogen oral contraceptive pills. Aust N Z J Obstet Gynaecol. 1993;33(1):81-3. PMID: 8498949.

Archer DF, Maheux R, DelConte A, et al. Efficacy and safety of a low-dose monophasic combination oral contraceptive containing 100 microg levonorgestrel and 20 microg ethinyl estradiol (Alesse). North american Levonorgestrel Study Group (NALSG). Am J Obstet Gynecol. 1999;181(5 Pt 2):39-44. PMID: 10561674.

Arowojolu AO, Gallo MF, Grimes DA, et al. Combined oral contraceptive pills for treatment of acne. Cochrane Database Syst Rev. 2004;(3):CD004425. PMID: 15266533.

Arowojolu AO, Gallo MF, Lopez LM, et al. Combined oral contraceptive pills for treatment of acne. Cochrane Database Syst Rev. 2007;(1):CD004425. PMID: 17253506.

00803698

Exhibit 163

JA-0003240

Arowojolu AO, Gallo MF, Lopez LM, et al. Combined oral contraceptive pills for treatment of acne. Cochrane Database Syst Rev. 2009;(3):CD004425. PMID: 19588355.

Bassol S, Alvarado A, Celis C, et al. Latin american experience with two low-dose oral contraceptives containing 30 microg ethinylestradiol/75 microg gestodene and 20 microg ethinylestradiol/150 microg desogestrel. Contraception. 2000;62(3):131-5. PMID: 11124360.

Bassol S, Alvarado G, Arreola RG, et al. A 13-month multicenter clinical experience of a low-dose monophasic oral contraceptive containing 20 microg ethinylestradiol and 75 microg gestodene in Latin American women. Contraception. 2003;67(5):367-72. PMID: 12742559.

Belicova M, Lukac B, Dvorsky J, et al. Thromboembolic disease and present oral contraception. Clin Appl Thromb Hemost. 2003;9(1):45-51. PMID: 12643323.

Blank MM, Wentzensen N, Murphy MA, et al. Dietary fat intake and risk of ovarian cancer in the NIH-AARP Diet and Health Study. Br J Cancer. 2012;106(3):596-602. PMID: 22223086.

Blumel JE, Castelo-Branco C, Binfa L, et al. A scheme of combined oral contraceptives for women more than 40 years old. Menopause. 2001;8(4):286-9. PMID: 11449087.

Brucker C, Hedon B, The HS, et al. Long-term efficacy and safety of a monophasic combined oral contraceptive containing 0.02 mg ethinylestradiol and 2 mg chlormadinone acetate administered in a 24/4-day regimen. Contraception. 2010;81(6):501-9. PMID: 20472117.

Bruni V, Croxatto H, De La Cruz J, et al. A comparison of cycle control and effect on well-being of monophasic gestodene-, triphasic gestodene- and monophasic desogestrel-containing oral contraceptives. Gestodene Study Group. Gynecol Endocrinol. 2000;14(2):90-8. PMID: 10836195.

Burnhill MS. The use of a large-scale surveillance system in Planned Parenthood Federation of America clinics to monitor cardiovascular events in users of combination oral contraceptives. Int J Fertil Womens Med. 1999;44(1):19-30. PMID: 10206196.

Cachrimanidou AC, Hellberg D, Nilsson S, et al. Long-interval treatment regimen with a desogestrel-containing oral contraceptive. Contraception. 1993;48(3):205-16. PMID: 8222651.

Chavez A and DelConte A. A comparison of cycle control with monophasic levonorgestrel/ethinylestradiol 100 micrograms/20 micrograms versus triphasic norethindrone/ethinylestradiol 500-750-1000 micrograms/35 micrograms: a multicenter, randomized, open-label study. Eur J Contracept Reprod Health Care. 1999;4(2):75-83. PMID: 10427482.

Christiansen SC, Cannegieter SC, Koster T, et al. Thrombophilia, clinical factors, and recurrent venous thrombotic events. JAMA. 2005;293(19):2352-61. PMID: 15900005.

Christiansen SC, Lijfering WM, Helmerhorst FM, et al. Sex difference in risk of recurrent venous thrombosis and the risk profile for a second event. Journal of Thrombosis and Haemostasis. 2010;8(10):2159-2168. PMID: 20738758.

Chroustova D, Kubinyi J, Jansa P, et al. V/P scan in diagnosis and follow-up of pulmonary embolism in 15-25-year-old females in relation to hormonal contraception use. Nucl Med Rev Cent East Eur. 2011;14(2):63-7. PMID: 22219145.

Cibula D, Karck U, Weidenhammer HG, et al. Efficacy and safety of a low-dose 21-day combined oral contraceptive containing ethinylestradiol 20microg and drospirenone 3mg. Clin Drug Investig. 2006;26(3):143-50. PMID: 17163245.

Ciccone A, Gatti A, Melis M, et al. Cigarette smoking and risk of cerebral sinus thrombosis in oral contraceptive users: a case-control study. Neurol Sci. 2005;26(5):319-23. PMID: 16388365.

Coffee AL, Kuehl TJ, Willis S, et al. Oral contraceptives and premenstrual symptoms: comparison of a 21/7 and extended regimen. Am J Obstet Gynecol. 2006;195(5):1311-9. PMID: 16796896.

Corson SL. Efficacy and clinical profile of a new oral contraceptive containing norgestimate. U.S. clinical trials. Acta Obstet Gynecol Scand Suppl. 1990;152:25-31. PMID: 2189282.

Cotterchio M, Kreiger N, Theis B, et al. Hormonal factors and the risk of breast cancer according to estrogen- and progesterone-receptor subgroup.

D-78

00803699

Exhibit 163

JA-0003241

Cancer Epidemiol Biomarkers Prev. 2003;12(10):1053-60. PMID: 14578142.

Coutinho EM, Mascarenhas I, de Acosta OM, et al. Comparative study on the efficacy, acceptability, and side effects of a contraceptive pill administered by the oral and the vaginal route: an international multicenter clinical trial. Clin Pharmacol Ther. 1993;54(5):540-5. PMID: 8222497.

Coutinho JM, Ferro JM, Canhao P, et al. Cerebral venous and sinus thrombosis in women. Stroke. 2009;40(7):2356-61. PMID: 19478226.

Couturaud F, Kearon C, Leroyer C, et al. Incidence of venous thromboembolism in first-degree relatives of patients with venous thromboembolism who have factor V Leiden. Thromb Haemost. 2006;96(6):744-9. PMID: 17139368.

Dinger J, Bardenheuer K and Moehner S. The risk of venous thromboembolism in users of a drospirenone-containing oral contraceptive with a 24-day regimen – results from the INAS-OC Study. Fertility and Sterility. 2010;94(4 Supplement):S3.

Farmer RD, Williams TJ, Simpson EL, et al. Effect of 1995 pill scare on rates of venous thromboembolism among women taking combined oral contraceptives: analysis of general practice research database. BMJ. 2000;321(7259):477-9. PMID: 10948026.

Gallo MF, Nanda K, Grimes DA, et al. 20 mcg versus >20 mcg estrogen combined oral contraceptives for contraception. Cochrane Database Syst Rev. 2005;(2):CD003989. PMID: 15846690.

Gallo MF, Nanda K, Grimes DA, et al. 20 microg versus >20 microg estrogen combined oral contraceptives for contraception. Cochrane Database Syst Rev. 2008;(4):CD003989. PMID: 18843653.

Gallo MF, Nanda K, Grimes DA, et al. 20 microg versus >20 microg estrogen combined oral contraceptives for contraception. Cochrane Database Syst Rev. 2011;(1):CD003989. PMID: 21249657.

Gallo MF, Nanda K, Grimes DA, et al. Twenty micrograms vs. >20 microg estrogen oral contraceptives for contraception: systematic review of randomized controlled trials. Contraception. 2005;71(3):162-9. PMID: 15722064.

Grace E, Emans SJ, Havens KK, et al. Contraceptive compliance with a triphasic and a monophasic

norethindrone-containing oral contraceptive pill in a private adolescent practice. Adolescent and Pediatric Gynecology. 1994;7(1):29-33.

Grimes DA, Lopez LM, O'Brien P, et al. Progestin-only pills for contraception. Cochrane Database of Systematic Reviews. 2009;(1):CD007541.

Grimes DA, Lopez LM, O'Brien PA, et al. Progestin-only pills for contraception. Cochrane Database Syst Rev. 2010;(1):CD007541. PMID: 20091638.

Guang-Sheng F, Mei-Lu B, Li-Nan C, et al. Efficacy and safety of the combined oral contraceptive ethinylestradioldrospirenone (Yasmin(registered trademark)) in healthy Chinese women: A randomized, open-label, controlled, multicentre trial. Clinical Drug Investigation. 2010;30(6):387-396. PMID: 20201608.

Hitchcock CL and Prior JC. Evidence about extending the duration of oral contraceptive use to suppress menstruation. Womens Health Issues. 2004;14(6):201-11. PMID: 15589770.

Jensen G, Nyboe J, Appleyard M, et al. Risk factors for acute myocardial infarction in Copenhagen, II: Smoking, alcohol intake, physical activity, obesity, oral contraception, diabetes, lipids, and blood pressure. Eur Heart J. 1991;12(3):298-308. PMID: 2040311.

Jick S, Kaye JA, Li L, et al. Further results on the risk of nonfatal venous thromboembolism in users of the contraceptive transdermal patch compared to users of oral contraceptives containing norgestimate and 35 microg of ethinyl estradiol. Contraception. 2007;76(1):4-7. PMID: 17586129.

Jick SS, Hagberg KW, Hernandez RK, et al. Postmarketing study of ORTHO EVRA and levonorgestrel oral contraceptives containing hormonal contraceptives with 30 mcg of ethinyl estradiol in relation to nonfatal venous thromboembolism. Contraception. 2010;81(1):16-21. PMID: 20004268.

Jick SS, Kaye JA, Russmann S, et al. Risk of nonfatal venous thromboembolism in women using a contraceptive transdermal patch and oral contraceptives containing norgestimate and 35 microg of ethinyl estradiol. Contraception. 2006;73(3):223-8. PMID: 16472560.

Kashanian M, Shahpourian F and Zare O. A comparison between monophasic levonorgestrel-

00803700

Exhibit 163                                                                                    JA-0003242

ethinyl estradiol 150/30 and triphasic levonorgestrel-ethinyl estradiol 50-75-125/30-40-30 contraceptive pills for side effects and patient satisfaction: a study in Iran. Eur J Obstet Gynecol Reprod Biol. 2010;150(1):47-51. PMID: 20185226.

Kaunitz AM, Garceau RJ and Cromie MA. Comparative safety, efficacy, and cycle control of Lunelle monthly contraceptive injection (medroxyprogesterone acetate and estradiol cypionate injectable suspension) and Ortho-Novum 7/7/7 oral contraceptive (norethindrone/ethinyl estradiol triphasic). Lunelle Study Group. Contraception. 1999;60(4):179-87. PMID: 10640164.

Kaunitz AM. Efficacy, cycle control, and safety of two triphasic oral contraceptives: Cyclessa (desogestrel/ethinyl estradiol) and ortho-Novum 7/7/7 (norethindrone/ethinyl estradiol): a randomized clinical trial. Contraception. 2000;61(5):295-302. PMID: 10906499.

Kelly S, Davies E, Fearns S, et al. Effects of oral contraceptives containing ethinylestradiol with either drospirenone or levonorgestrel on various parameters associated with well-being in healthy women: a randomized, single-blind, parallel-group, multicentre study. Clin Drug Investig. 2010;30(5):325-36. PMID: 20384388.

Kerscher M, Reuther T, Bayrhammer J, et al. Effects of an oral contraceptive containing chlormadinone and ethinylestradiol on acne-prone skin of women of different age groups: an open-label, single-centre, phase IV study. Clin Drug Investig. 2008;28(11):703-11. PMID: 18840013.

Kirkman RJ, Bromham DR, O'Connor TP, et al. Prospective multicentre study comparing levonorgestrel implants with a combined contraceptive pill: final results. Br J Fam Plann. 1999;25(2):36-40. PMID: 10454652.

Kirkman RJ, Pedersen JH, Fioretti P, et al. Clinical comparison of two low-dose oral contraceptives, Minulet and Mercilon, in women over 30 years of age. Contraception. 1994;49(1):33-46. PMID: 8137624.

Koetsawang S, Charoenvisal C, Banharnsupawat L, et al. Multicenter trial of two monophasic oral contraceptives containing 30 mcg ethinylestradiol and either desogestrel or gestodene in Thai women. Contraception. 1995;51(4):225-9. PMID: 7796587.

Legnani C, Cini M, Cosmi B, et al. Oral contraceptive use in women with poor anticoagulant response to activated protein C but not carrying the factor V Leiden mutation increases the risk of venous thrombosis. Thromb Haemost. 2004;91(4):712-8. PMID: 15045132.

Lopez Laureen M, Newmann Sara J, Grimes David A, et al. Immediate start of hormonal contraceptives for contraception. Cochrane Database Syst Rev. 2008;(2): CD006260. PMID:18425943.

Mahmoodi BK, Brouwer JL, Ten Kate MK, et al. A prospective cohort study on the absolute risks of venous thromboembolism and predictive value of screening asymptomatic relatives of patients with hereditary deficiencies of protein S, protein C or antithrombin. J Thromb Haemost. 2010;8(6):1193-200. PMID: 20230415.

Mahmoodi BK, Gansevoort RT, Veeger NJ, et al. Microalbuminuria and risk of venous thromboembolism. JAMA. 2009;301(17):1790-7. PMID: 19417196.

Maitra Nandita N, Kulier R, Bloemenkamp K, et al. Progestogens in combined oral contraceptives for contraception. Cochrane Database Syst Rev. 2004;(3): CD004861. PMID:15266546.

Mendonca MA, Tavares-Murta BM, Bachin ES, et al. Relationship between risk factors and tumor stage in breast cancer patients in a university hospital--Brazil. Eur J Gynaecol Oncol. 2008;29(1):80-2. PMID: 18386471.

Ng EH, Gao F, Ji CY, et al. Risk factors for breast carcinoma in Singaporean Chinese women: the role of central obesity. Cancer. 1997;80(4):725-31. PMID: 9264356.

Nightingale AL, Lawrenson RA, Simpson EL, et al. The effects of age, body mass index, smoking and general health on the risk of venous thromboembolism in users of combined oral contraceptives. Eur J Contracept Reprod Health Care. 2000;5(4):265-74. PMID: 11245554.

Robertson C, Primic-Zakelj M, Boyle P, et al. Effect of parity and age at delivery on breast cancer risk in Slovenian women aged 25-54 years. Int J Cancer. 1997;73(1):1-9. PMID: 9334801.

Rosenberg MJ, Waugh MS and Stevens CM. Smoking and cycle control among oral contraceptive

D-80

Exhibit 163

JA-0003243

users. Am J Obstet Gynecol. 1996;174(2):628-32. PMID: 8623797.

Schambeck CM, Schwender S, Haubitz I, et al. Selective screening for the Factor V Leiden mutation: is it advisable prior to the prescription of oral contraceptives?. Thromb Haemost. 1997;78(6):1480-3. PMID: 9423798.

Schlehofer B, Blettner M, Preston-Martin S, et al. Role of medical history in brain tumour development. Results from the international adult brain tumour study. Int J Cancer. 1999;82(2):155-60. PMID: 10389745.

Schouten LJ, Zeegers MP, Goldbohm RA, et al. Alcohol and ovarian cancer risk: results from the Netherlands Cohort Study. Cancer Causes Control. 2004;15(2):201-9. PMID: 15017133.

Serfaty D and Vree ML. A comparison of the cycle control and tolerability of two ultra low-dose oral contraceptives containing 20 micrograms ethinylestradiol and either 150 micrograms desogestrel or 75 micrograms gestodene. Eur J Contracept Reprod Health Care. 1998;3(4):179-89. PMID: 10036600.

Shoupe D. Multicenter randomized comparative trial of two low-dose triphasic combined oral contraceptives containing desogestrel or norethindrone. Obstet Gynecol. 1994;83(5 Pt 1):679-85. PMID: 8164925.

Shulman LP. Clinical trial results with MPA/E2C. J Reprod Med. 2000;45(10 Suppl):873-7. PMID: 11077646.

Shulman LP. Controlled trial with a monthly combination injectable contraceptive in the USA. Gynecol Endocrinol. 2001;15 Suppl 3:15-8. PMID: 11570313.

Singh M, Thomas D, Singh R, et al. A triphasic oral contraceptive pill, CTR-05: clinical efficacy and safety. Eur J Contracept Reprod Health Care. 1996;1(3):285-92. PMID: 9678128.

Somigliana E, Vercellini P, Vigano P, et al. Endometriosis and estroprogestins: the chicken or the egg causality dilemma. Fertil Steril. 2011;95(1):431-3. PMID: 20883987.

Spicer DV, Pike MC, Pike A, et al. Pilot trial of a gonadotropin hormone agonist with replacement hormones as a prototype contraceptive to prevent breast cancer. Contraception. 1993;47(5):427-44. PMID: 8390340.

Spitzer WO. Cyproterone acetate with ethinylestradiol as a risk factor for venous thromboembolism: an epidemiological evaluation. J Obstet Gynaecol Can. 2003;25(12):1011-8. PMID: 14663535.

Sulak PJ, Carl J, Gopalakrishnan I, et al. Outcomes of extended oral contraceptive regimens with a shortened hormone-free interval to manage breakthrough bleeding. Contraception. 2004;70(4):281-7. PMID: 15451331.

Sulak PJ, Cressman BE, Waldrop E, et al. Extending the duration of active oral contraceptive pills to manage hormone withdrawal symptoms. Obstet Gynecol. 1997;89(2):179-83. PMID: 9015017.

Sulak PJ, Kuehl TJ, Ortiz M, et al. Acceptance of altering the standard 21-day/7-day oral contraceptive regimen to delay menses and reduce hormone withdrawal symptoms. Am J Obstet Gynecol. 2002;186(6):1142-9. PMID: 12066088.

Sulak PJ, Scow RD, Preece C, et al. Hormone withdrawal symptoms in oral contraceptive users. Obstet Gynecol. 2000;95(2):261-6. PMID: 10674591.

Sulak PJ, Smith V, Coffee A, et al. Frequency and management of breakthrough bleeding with continuous use of the transvaginal contraceptive ring: a randomized controlled trial. Obstet Gynecol. 2008;112(3):563-71. PMID: 18757653.

Suthipongse W and Taneepanichskul S. An open-label randomized comparative study of oral contraceptives between medications containing 3 mg drospirenone/30 microg ethinylestradiol and 150 microg levonogestrel/30 microg ethinylestradiol in Thai women. Contraception. 2004;69(1):23-6. PMID: 14720615.

Trossarelli GF, Gennarelli G, Benedetto C, et al. Climacteric symptoms and control of the cycle in women aged 35 years or older taking an oral contraceptive with 0.150 mg desogestrel and 0.020 mg ethinylestradiol. Contraception. 1995;51(1):13-8. PMID: 7750278.

Tsilidis KK, Allen NE, Key TJ, et al. Menopausal hormone therapy and risk of ovarian cancer in the European prospective investigation into cancer and nutrition. Cancer Causes Control. 2011;22(8):1075-84. PMID: 21637986.

D-81

Exhibit 163

00803702

Uharcek P, Mlyncek M, Ravinger J, et al. Independent prognostic factors in endometrial cancer: A single institution review. Central European Journal of Medicine. 2011;6(3):294-299. PMID: 2011287779.

Uharcek P, Mlyncek M, Ravinger J, et al. Prognostic factors in women 45 years of age or younger with endometrial cancer. Int J Gynecol Cancer. 2008;18(2):324-8. PMID: 18334010.

Van Vliet H, Grimes D, Helmerhorst F, et al. Biphasic versus monophasic oral contraceptives for contraception. Cochrane Database Syst Rev. 2001;(4):CD002032. PMID: 11687135.

Van Vliet H, Grimes D, Helmerhorst F, et al. Biphasic versus triphasic oral contraceptives for contraception. Cochrane Database Syst Rev. 2001;(4):CD003283. PMID: 11687185.

Van Vliet HA, Grimes DA, Helmerhorst FM, et al. Biphasic versus monophasic oral contraceptives for contraception. Cochrane Database Syst Rev. 2003;(2):CD002032. PMID: 12804421.

Van Vliet HA, Grimes DA, Helmerhorst FM, et al. Biphasic versus monophasic oral contraceptives for contraception. Cochrane Database Syst Rev. 2006;(3):CD002032. PMID: 16855983.

Van Vliet HA, Grimes DA, Helmerhorst FM, et al. Biphasic versus monophasic oral contraceptives for contraception: a Cochrane review. Hum Reprod. 2002;17(4):870-3. PMID: 11925375.

Van Vliet HA, Grimes DA, Helmerhorst FM, et al. Biphasic versus triphasic oral contraceptives for contraception. Cochrane Database Syst Rev. 2003;(2):CD003283. PMID: 12804457.

Van Vliet HA, Grimes DA, Helmerhorst FM, et al. Biphasic versus triphasic oral contraceptives for contraception. Cochrane Database Syst Rev. 2006;(3):CD003283. PMID: 16856002.

van Vliet HA, Grimes DA, Helmerhorst FM, et al. Biphasic versus triphasic oral contraceptives for contraception. Contraception. 2002;65(5):321-4. PMID: 12057781.

van Vliet HA, Grimes DA, Lopez LM, et al. Triphasic versus monophasic oral contraceptives for contraception. Cochrane Database Syst Rev. 2006;(3):CD003553. PMID: 16856013.

Visser J, Snel M and Van Vliet HA. Hormonal versus non-hormonal contraceptives in women with diabetes mellitus type 1 and 2. Cochrane Database Syst Rev. 2006;(4):CD003990. PMID: 17054193.

Vitonis AF, Titus-Ernstoff L and Cramer DW. Assessing ovarian cancer risk when considering elective oophorectomy at the time of hysterectomy. Obstetrics and Gynecology. 2011;117(5):1042-1050. PMID: 2011236462.

Vree ML and Schmidt J. A large observational clinical evaluation of a desogestrel-containing combiphasic oral contraceptive in Germany. Eur J Contracept Reprod Health Care. 2001;6(2):108-14. PMID: 11518448.

Warren JW, Clauw DJ, Wesselmann U, et al. Sexuality and reproductive risk factors for interstitial cystitis/painful bladder syndrome in women. Urology. 2011;77(3):570-5. PMID: 21215994.

Weber-Diehl F, Lehnert J and Lachnit U. Comparison of two triphasic oral contraceptives containing either gestodene or norethindrone: a randomized, controlled trial. Contraception. 1993;48(4):291-301. PMID: 8222658.

Wendler J, Siegert C, Schelhorn P, et al. The influence of Microgynon and Diane-35, two sub-fifty ovulation inhibitors, on voice function in women. Contraception. 1995;52(6):343-8. PMID: 8749597.

Were EO, Kendall JZ and Nyongesa P. Randomised clinical trial to determine optimum initiation time of norgestrel-progestin only contraception in Eldoret Teaching Hospital, Kenya. East Afr Med J. 1997;74(2):103-7. PMID: 9185396.

Westhoff C, Kaunitz AM, Korver T, et al. Efficacy, safety, and tolerability of a monophasic oral contraceptive containing nomegestrol acetate and 17(beta)-estradiol: A randomized controlled trial. Obstetrics and Gynecology. 2012;119(5):989-999. PMID: 2012235235.

Wiebe ER, Trouton K and Fang ZA. Comparing continuation rates and side effects of hormonal contraceptives in East Asian and Caucasian women after abortion. Contraception. 2008;78(5):405-8. PMID: 18929738.

Woutersz TB. Clinical experience with a triphasic oral contraceptive in healthy, nonsmoking women aged 35 to 45 years: Results of a multicenter trial.

00803703

Exhibit 163

Current Therapeutic Research - Clinical and
Experimental. 1994;55(2):111-118.

Zervoudakis A, Strickler HD, Park Y, et al.
Reproductive history and risk of colorectal cancer in
postmenopausal women. J Natl Cancer Inst.
2011;103(10):826-34. PMID: 21447807.

# Nonrandomized study <100 subjects

Mok CC, Lau CS and Wong RW. Use of exogenous
estrogens in systemic lupus erythematosus. Semin
Arthritis Rheum. 2001;30(6):426-35. PMID:
11404826.

Tepper NK, Paulen ME, Marchbanks PA, et al.
Safety of contraceptive use among women with
peripartum cardiomyopathy: a systematic review.
Contraception. 2010;82(1):95-101. PMID: 20682147.

00803704

Exhibit 163

JA-0003246

# Appendix E. Analyses of Potential Publication Bias

We used Comprehensive Meta-Analysis Version 2 (Borenstein M, Hedges L, Higgins J, Rothstein H. Comprehensive Meta-analysis Version 2, Biostat, Englewood NJ [2005]) to test for potential publication bias for the outcomes described below. Figures E-1 to E-5 show the resulting funnel plot for each outcome. Note that there is no asymmetry in any of the plots.

## Ovarian Cancer Incidence

**Figure E-1. Funnel plot for ovarian cancer incidence**



E-1

00803705

Exhibit 163                                                                JA-0003247

# Breast Cancer Incidence

**Figure E-2. Funnel plot for breast cancer incidence**



00803706

Exhibit 163                                                                                    JA-0003248

# Cervical Cancer Incidence

**Figure E-3. Funnel plot for cervical cancer incidence**



00803707

Exhibit 163                                                                                     JA-0003249

# Colorectal Cancer Incidence

**Figure E-4. Funnel plot for colorectal cancer incidence**



00803708

Exhibit 163                                                                JA-0003250

## Endometrial Cancer Incidence

**Figure E-5. Funnel plot for endometrial cancer incidence**



We also computed Begg and Mazumdar's correlation test for publication bias for each cancer incidence (Table E-1). None of the correlations were significant although breast cancer incidence was marginal.

**Table 1. Begg and Mazumdar's correlation test for publication bias**

| Cancer Incidence | Correlation | p-value |
|---|---|---|
| Ovarian | -0.055 | 0.6458 |
| Breast | 0.289 | 0.0539 |
| Cervical | 0.278 | 0.2972 |
| Colorectal | 0.000 | 1.0000 |
| Endometrial | -0.048 | 0.8806 |

Overall, there was no evidence of publication bias in the meta-analyses.

00803709

Exhibit 163                                                                                                    JA-0003251

# Appendix F. Model Description and Parameters

## General Considerations

We previously developed a simulation model for the natural history of ovarian cancer at the population level, which has provided insights into the potential effectiveness of screening as a strategy for reducing ovarian cancer morbidity and mortality,[1,2] and many of the basic parameters and model structure used in that model are used here. However, the ovarian cancer screening model—while including such relevant parameters as age-specific oophorectomy rates, age-specific ovarian cancer incidence, stage-specific survival, between-stage transition rates derived from the observed incidence and survival data, and the potential effect of known risk factors such as BRCA mutation status—focuses primarily on ovarian cancer mortality. For the purposes of quantifying the potential tradeoffs of benefits and harms for primary prevention of ovarian cancer through the use of oral contraceptives (OCs), there were three additional major considerations for the model:

1. The eight additional outcomes (breast, cervical, colorectal, endometrial cancers; and DVT, PE, MI, and stroke) needed to be included.

2. Specific characteristics of OC use, including ages at first and last use and duration of use, may affect the association between OCs and any of the relevant outcomes; so the model needed to incorporate a mechanism for including as many aspects of OC use as possible.

3. Many aspects of reproductive history—age at menarche, age at first pregnancy, numbers of pregnancies, breast feeding history, age at menarche, number of ovulatory cycles—are related to both OC use and the risk of ovarian cancer and many of the other outcomes of interest, either as confounders or effect modifiers. The balance of benefits and harms of OC use for primary prevention of ovarian cancer for specific women may well vary based on these other factors. Therefore, ultimately, a model that incorporates a mechanism for including relevant reproductive factors and their effect on ovarian cancer risk independent of OC use may prove quite useful (as well as have applications for other areas of reproductive health).

We initially developed a model that starts at age 10 and runs through age 100, and which includes age-specific and race/ethnicity-specific probabilities of menarche (including postmenarchal anovulatory cycles), age at sexual debut, contraceptive method prevalence, age-specific fecundity, contraceptive method-specific effectiveness, pregnancy (including age-specific miscarriage rates and race/ethnicity-specific probabilities of delivery by gestational age), lactation, and hysterectomy and oophorectomy rates as well as incidence and mortality from the nine conditions of interest. Although the model generated estimates of incidence and mortality that were consistent with observed data, we ultimately opted to simplify the reproductive components of the model for the following reasons:

F-1

00803710

Exhibit 163

- The studies included in the meta-analyses almost always provided risk estimates for the association of OC use and outcomes, particularly for reproductive cancers that were adjusted for most, if not all, of the potentially relevant factors such as age at menarche and menopause. Without data on the separate parameter estimates (for example, the odds ratio for parity derived from a logistic regression model that also included OC use), modeling the joint effects was impossible.

- Even if these separate estimates were reported, there was wide disparity in how the parameters were described (categorical versus continuous, choice of categories, etc.), again making modeling difficult.

- The review of those studies which did assess joint effects of other reproductive factors did not detect significant differences.

- Although there are population-based data on the age- , race/ethnicity-, and parity-specific prevalence of the use of different contraceptive methods, as well as reasonable data on short-term method discontinuation rates, there are almost no data available for estimating the dynamics of contraceptive method switching. Because the only available data on duration of OC use did not provide data on patterns of intermittent use, we, like others, assumed that, once OC use began, women used it continuously for the specified duration (either assigned by the model or drawn from a distribution).

- Therefore,

  o  We needed to assume continuous use of OCs.

  o  The majority of the literature reviewed compared OC users with nonusers who used a mix of other available contraceptive methods (including no methods).

  o  We found a paucity of data on the effect of contraceptive methods other than OCs and tubal ligation on ovarian cancer, our primary outcome of interest.

  o  There were relatively small but noticeable effects of differential pregnancy rates (resulting from different contraceptive effectiveness) on outcome rates in early versions of the model, likely due to a competing risk effect; while further exploration of the implications of this effect of model structural assumptions on model output is definitely worthwhile, it was well outside the scope of work for this project.

We elected to simplify the model to just three "reproductive" states—OC users, OC nonusers, and tubal ligation for the purposes of this report. We plan further work on integrating a more detailed reproductive history into the model in future versions.

F-2

00803711

Exhibit 163

JA-0003253

## Model Structure

The model is a semi-Markov state-transition model (Figure F-1); transition probabilities are conditioned on both the current state and time (i.e., age).

**Figure F-1. Model structure**



Transition probabilities modified by hysterectomy and oophorectomy status

We have used Markov models extensively for analysis of clinical and policy decisions involving ovarian and cervical cancer, pregnancy, and other reproductive conditions, with transition probabilities modified by time (including age and time in state for cancer diagnoses) and current state. One limitation of the "standard" Markov model, particularly when run as a deterministic model, is the inability to readily modify transition probabilities based on past events (for example, number of prior pregnancies). Because the ability to modify the probability of the relevant outcomes based on past events is a critical requirement of the model, we used microsimulation, which allows further conditioning of transition probabilities on events prior to the current cycle.

## Software

The model was built in TreeAge Pro 2012 (Williamstown, MA: TreeAge, Inc.). Our decision to use TreeAge was based on our familiarity with it; most of our previous models were built using this program, which facilitated incorporating major portions of the relevant models. Iterative model building and modification, tree structure, updating parameters, using distributions, and model debugging are all relatively easy, and, given its widespread use among decision analysts, sharing of the model for purposes of review or collaboration is also straightforward. The major disadvantage of TreeAge is the relatively high computing resource requirements for complex stochastic simulations—some of the longer, more complex simulation

00803712

Exhibit 163

JA-0003254

took more than 48 hours, even on a computer optimized for simulations. Given many of the uncertainties involved in this project, we prioritized flexibility in model building and revision over computational time. Ultimately, after a "final" structure has been identified, efficiency could be gained by recreating the model in a more efficient computing language.

## Simulation Method

The model is run as a microsimulation of U.S. females, starting at a uniform age of 10 and drawing from the current U.S. racial/ethnic distribution (defined as non-Hispanic white, African-American, Hispanic, and other). By performing a microsimulation, we can use TreeAge's "tracker variable" capacity to allow the model to have "memory" of past events (e.g., time since last use of OCs, or age at menarche) in order to modify appropriate transition probabilities. Microsimulation also facilitates techniques such as value-of-information analysis for identifying future research priorities.

## Cycle Length

The model has cycles of 1 month duration, with all transition probabilities adjusted appropriately (e.g., annual cancer incidences are converted to monthly probabilities).

## Model States, Allowed Transitions, and Probabilities

Through the descriptions below, we refer to sources for parameter estimates, such as age- and race-specific rates, race-specific distributions of age, etc. In general, wherever possible, these data were used to define specific conditional probabilities based on age, race, or other relevant factors. For example, we used data on age- and race-specific prevalence of ever use of OCs to generate estimates of the monthly probability of starting OCs, given no prior use for each age and racial/ethnic category.

At the time of initial model building, the most recent available population data for many of our parameters at the time of initial model construction was from 2007. Unless otherwise noted, all values reflect estimates from that year. Subsequent versions of the model can be readily updated. When possible, we used point estimates and distributions defined by the data as described below.

The main report describes methods and sources for estimates of the relative risk of outcomes conditional on OC exposure, as well as the methods used to estimate incidence in exposed and unexposed women based on relative risk, prevalence of exposure, and overall incidence.

## Demographic Variables

**Race/ethnicity.** We used U.S. Census estimates of the 10- to 14-year-old female population in 2007 (http://www.census.gov/popest/data/intercensal/national/nat2010.html), divided into 4 mutually exclusive categories: non-Hispanic whites (56.9%), non-Hispanic blacks (14.9%), Hispanic (20.3%), and non-Hispanic other race (7.9%). Because the errors around these estimates are so small, we did not model these as distributions.

*General states*: For the purpose of estimating the overall balance of benefits and harms, nine health states potentially affected by OC use are included, in addition to other-cause mortality.

00803713

Exhibit 163

JA-0003255

**Other-cause mortality.** During every cycle, individuals are at risk for age- and race-specific mortality for females. Once any of the potentially fatal states related to OCs become possible, other cause mortality is defined as age- and race-specific mortality for females minus cause-specific mortality for the five cancers, the four acute vascular events (DVT, PE, MI, and stroke), and pregnancy-related mortality.

Age-specific and race/ethnicity-specific all-cause mortality for females for 2007 was obtained from death certificate data maintained by the National Center for Health Statistics, accessed through the CDC's WONDER Web portal. We then subtracted the number of deaths attributed to malignancies of the ovary (C56), breast (C50), cervix (ICD-10 code C53), colon and rectum (C18-20), and uterine corpus (C54-55) as well as deep venous thrombosi (I82.8-I82.9), pulmonary embolism (I26), ischemic stroke (I63), and acute myocardial infarction (I21) from the total.

The monthly age- and race-specific probability of other cause mortality was then estimated by dividing the annual number of deaths in a given age/race/ethnicity stratum by the total number of women in that stratum in the Census data; this annual rate was then converted to a monthly probability by using the following formula:

$$\textit{Probability} = 1 - e^{\textit{Rate*Time}}$$

In order to facilitate simulations, we elected not to model these probabilities as a distribution for the purposes of the analyses presented here, but they could readily be transformed into beta distributions.

**Table F-1. Deaths from causes other than ovarian, breast, cervical, colorectal, or endometrial cancers, or deep venous thrombosis, pulmonary embolism, stroke, or acute myocardial infarction, by age and race/ethnicity, U.S. females, 2007**

| Age Group | Race/Ethnicity | | | |
|---|---|---|---|---|
| | White | Black | Hispanic | Other |
| 5-9 | 647 | 235 | 251 | 49 |
| 10-14 | 760 | 291 | 239 | 63 |
| 15-19 | 2404 | 630 | 485 | 163 |
| 20-24 | 2985 | 926 | 665 | 223 |
| 25-29 | 3315 | 1216 | 698 | 237 |
| 30-34 | 3744 | 1415 | 721 | 280 |
| 35-39 | 5845 | 2154 | 916 | 357 |
| 40-44 | 9954 | 3111 | 1175 | 548 |
| 45-49 | 16489 | 4772 | 1583 | 738 |
| 50-54 | 22347 | 6047 | 2003 | 885 |
| 55-59 | 29258 | 6469 | 2405 | 1198 |
| 60-64 | 39267 | 6051 | 2726 | 1376 |
| 65-69 | 48550 | 6658 | 3271 | 1649 |
| 70-74 | 66511 | 7427 | 4245 | 2076 |
| 75-79 | 102413 | 7466 | 5855 | 2764 |
| 80-84 | 149152 | 6942 | 7016 | 3460 |
| 85-89 | 174304 | 4268 | 6319 | 3184 |
| 90-94 | 137341 | 2321 | 4433 | 2294 |
| 95-99 | 61555 | 1623 | 2030 | 854 |

F-5

00803714

Exhibit 163

JA-0003256

**Cancers: Ovarian, breast, cervical, colorectal, endometrial.** For each cancer, the probability of transitioning from one of the noncancer states is the age- and race-specific incidence for women (based on national registry data), adjusted for reproductive history and use of OCs using adjusted odds ratios and/or hazard ratios obtained from the literature review. Key assumptions include:

- For all nongynecologic cancers, we assume cancer incidences are independent and non-mutually exclusive—for example, an endometrial cancer survivor will still be at risk for breast cancer at the appropriate age- and race-specific value. Other than BRCA carriers, we assume that development of one type of cancer implies an increased risk for certain other types.

- We include only invasive cancers, not *in situ* or preinvasive lesions.

- We assume that definitive therapies for ovarian, cervical, and endometrial cancer eliminate the possibility of developing another cancer of the female genital tract.

- Cancer incidences are not adjusted for screening behaviors—SEER incidence statistics, for example, represent the weighted average of cancer incidence and stage distribution among screened and unscreened populations. Although reproductive history, including contraceptive use, may affect screening behavior, we did not attempt to adjust for this.

- Cancer survival reflects the weighted age- and race-specific stage distribution—we do not separate cancers by stage at this level of the simulation. Although incorporating stage distribution in subsequent versions of the model may have value for comparing the potential effects of primary prevention of ovarian cancer with OCs to screening, modeling stage-specific outcomes would increase the complexity of the model without providing significant benefit in terms of the primary questions of interest.

- We do not separate specific cancers by histologic subtype (e.g., epithelial versus germ cell tumors of the ovary, or squamous versus adenocarcinomas of the cervix).

- After cancer diagnosis, individuals are at risk for cancer-specific mortality for 5 years, then assumed to be cured, primarily because of variable data on longer term recurrence risk. This may underestimate lifetime mortality for some cancers, particularly breast cancer.

*Allowed transitions:* Cancer-specific death, cancer survivor, other cancers, other cause mortality, menopause

We obtained estimates of the age-specific (in 5-year age groups) incidence of ovarian, breast, cervical, colorectal, and endometrial cancers from two sources: (1) the Surveillance, Epidemiology, and End Results (SEER) database maintained by the National Cancer Institute (http://seer.cancer.gov/canques/index.html) and (2) the Centers for Disease Control and Prevention (CDC) National Program of Cancer Registries (http://wonder.cdc.gov/wonder/help/cancernpcr-v2009.html). Cancer incidence was modeled in a similar fashion to other cause mortality, using the estimated number of cases. We converted incidence (a rate), to probabilities as described above, and assumed that the pooled odds ratios from the meta-analyses were reasonable estimates of the relative risk. For cancer, we used these

F-6

00803715

Exhibit 163

numbers and the Census population estimates to beta distributions (which are bounded between 0 and 1) for probabilistic analyses.

**Table F-2. Number of ovarian cancers by age and race/ethnicity, United States, 2007**

| Age Group | Race/Ethnicity | | | |
|---|---|---|---|---|
| | White | Black | Hispanic | Other |
| 10-14 | 30 | 0 | 21 | 0 |
| 15-19 | 62 | 27 | 26 | 0 |
| 20-24 | 114 | 17 | 38 | 0 |
| 25-29 | 131 | 26 | 40 | 0 |
| 30-34 | 191 | 22 | 41 | 26 |
| 35-39 | 369 | 44 | 74 | 38 |
| 40-44 | 676 | 98 | 132 | 50 |
| 45-49 | 1263 | 139 | 156 | 82 |
| 50-54 | 1740 | 201 | 172 | 107 |
| 55-59 | 1948 | 188 | 200 | 81 |
| 60-64 | 2084 | 210 | 140 | 81 |
| 65-69 | 1885 | 196 | 135 | 51 |
| 70-74 | 1759 | 165 | 110 | 53 |
| 75-79 | 1716 | 148 | 107 | 31 |
| 80-85 | 1593 | 103 | 74 | 27 |
| 85+ | 1521 | 108 | 57 | 22 |

**Table F-3. Number of breast cancers by age and race/ethnicity, United States, 2007**

| Age Group | Race/Ethnicity | | | |
|---|---|---|---|---|
| | White | Black | Hispanic | Other |
| 10-14 | 0 | 0 | 0 | 0 |
| 15-19 | 0 | 0 | 0 | 0 |
| 20-24 | 83 | 38 | 32 | 0 |
| 25-29 | 514 | 160 | 125 | 0 |
| 30-34 | 1485 | 414 | 364 | 46 |
| 35-39 | 4072 | 994 | 760 | 171 |
| 40-44 | 9202 | 1843 | 1393 | 336 |
| 45-49 | 15407 | 2659 | 1788 | 714 |
| 50-54 | 17534 | 2965 | 1741 | 998 |
| 55-59 | 19690 | 2913 | 1576 | 973 |
| 60-64 | 20700 | 2536 | 1484 | 854 |
| 65-69 | 19000 | 2250 | 1285 | 688 |
| 70-74 | 16115 | 1776 | 960 | 497 |
| 75-79 | 15172 | 1387 | 764 | 355 |
| 80-85 | 12543 | 1072 | 513 | 264 |
| 85+ | 10698 | 874 | 360 | 156 |

00803716

Exhibit 163

JA-0003258

**Table F-4. Number of cervical cancers by age and race/ethnicity, United States, 2007**

| Age Group | Race/Ethnicity | | | |
|---|---|---|---|---|
| | White | Black | Hispanic | Other |
| 10-14 | 0 | 0 | 0 | 0 |
| 15-19 | 0 | 16 | 0 | 0 |
| 20-24 | 81 | 66 | 26 | 0 |
| 25-29 | 326 | 145 | 103 | 0 |
| 30-34 | 597 | 170 | 197 | 21 |
| 35-39 | 952 | 225 | 295 | 72 |
| 40-44 | 999 | 265 | 294 | 51 |
| 45-49 | 1013 | 218 | 254 | 73 |
| 50-54 | 843 | 198 | 197 | 68 |
| 55-59 | 739 | 161 | 157 | 72 |
| 60-64 | 600 | 135 | 125 | 62 |
| 65-69 | 478 | 112 | 86 | 26 |
| 70-74 | 349 | 94 | 64 | 23 |
| 75-79 | 301 | 63 | 55 | 19 |
| 80-85 | 252 | 60 | 34 | 21 |
| 85+ | 219 | 0 | 24 | 0 |

**Table F-5. Number of colorectal cancers by age and race/ethnicity, United States, 2007**

| Age Group | Race/Ethnicity | | | |
|---|---|---|---|---|
| | White | Black | Hispanic | Other |
| 10-14 | 0 | 0 | 0 | 0 |
| 15-19 | 23 | 0 | 0 | 0 |
| 20-24 | 49 | 0 | 0 | 0 |
| 25-29 | 131 | 36 | 26 | 0 |
| 30-34 | 245 | 56 | 51 | 24 |
| 35-39 | 562 | 150 | 120 | 40 |
| 40-44 | 1213 | 312 | 177 | 67 |
| 45-49 | 2185 | 582 | 276 | 151 |
| 50-54 | 3498 | 943 | 452 | 261 |
| 55-59 | 4220 | 953 | 437 | 281 |
| 60-64 | 4901 | 888 | 447 | 254 |
| 65-69 | 5792 | 945 | 475 | 270 |
| 70-74 | 6504 | 1015 | 429 | 289 |
| 75-79 | 7935 | 950 | 504 | 286 |
| 80-85 | 8240 | 815 | 411 | 233 |
| 85+ | 9799 | 768 | 351 | 208 |

00803717

Exhibit 163

JA-0003259

**Table F-6. Number of endometrial cancers by age and race/ethnicity, United States, 2007**

| Age Group | Race/Ethnicity | | | |
|---|---|---|---|---|
| | White | Black | Hispanic | Other |
| 10-14 | 0 | 0 | 0 | 0 |
| 15-19 | 0 | 0 | 0 | 0 |
| 20-24 | 0 | 0 | 0 | 0 |
| 25-29 | 73 | 17 | 55 | 0 |
| 30-34 | 224 | 42 | 92 | 24 |
| 35-39 | 539 | 64 | 151 | 46 |
| 40-44 | 1010 | 129 | 205 | 96 |
| 45-49 | 2107 | 219 | 211 | 149 |
| 50-54 | 3945 | 348 | 311 | 250 |
| 55-59 | 5401 | 555 | 399 | 236 |
| 60-64 | 5491 | 683 | 382 | 197 |
| 65-69 | 4273 | 649 | 294 | 135 |
| 70-74 | 3276 | 494 | 212 | 92 |
| 75-79 | 2762 | 352 | 141 | 75 |
| 80-85 | 2191 | 199 | 98 | 25 |
| 85+ | 1759 | 154 | 57 | 0 |

We converted incidence (a rate), to probabilities as described above, and assumed that the pooled odds ratios from the meta-analyses were reasonable estimates of the relative risk. We modeled the conditional probability of dying from each cancer for the first 5 years after diagnosis by using SEER relative survival data, stratified by age group and race. Survival data are stratified only as white versus black, without adjustment for ethnicity. We assumed that survival for Hispanics and non-Hispanic other races was identical to whites, and applied the estimates for blacks to non-Black Hispanics.

We used the number of cases at the start of the followup period and the reported relative survival rates for each year shown in the tables to generate estimates of the number of patients alive and dead at the start of each interval. These numbers were then used to create beta distributions for the annual probability of death, which were subsequently converted to monthly probabilities.

F-9

00803718

Exhibit 163

JA-0003260

**Table F-7. 5-year relative survival by age and race for ovarian cancer**

| Race and Age | Percent Surviving at End of Interval | | | | | |
|---|---|---|---|---|---|---|
| *White* | | | | | | |
| *Age* | Number at Start of Followup | 1 year | 2 years | 3 years | 4 years | 5 years |
| 0-44 | 1106 | 93.90% | 87.80% | 83.30% | 79.50% | 74.40% |
| 45-45 | 1805 | 91.00% | 80.80% | 71.60% | 65.00% | 59.20% |
| 55-64 | 2197 | 86.10% | 73.70% | 61.70% | 52.50% | 46.10% |
| 65-74 | 1829 | 76.00% | 60.90% | 50.40% | 41.70% | 34.00% |
| 75+ | 2568 | 1.00% | 1.20% | 1.30% | 1.40% | 1.50% |
| *Black* | | | | | | |
| *Age* | | | | | | |
| 0-44 | 171 | 50.80% | 38.70% | 31.60% | 25.60% | 21.70% |
| 45-45 | 195 | 87.20% | 77.70% | 69.70% | 66.30% | 62.90% |
| 55-64 | 207 | 76.90% | 62.80% | 52.60% | 44.70% | 38.60% |
| 65-74 | 174 | 67.90% | 55.70% | 41.20% | 38.20% | 33.10% |
| 75+ | 169 | 40.80% | 30.40% | 22.20% | 15.20% | 14.40% |

**Table F-8. 5-year relative survival by age and race for breast cancer**

| Race and Age | Percent Surviving at End of Interval | | | | | |
|---|---|---|---|---|---|---|
| *White* | | | | | | |
| *Age* | Number at Start of Followup | 1 year | 2 years | 3 years | 4 years | 5 years |
| 0-44 | 11,155 | 99.00% | 96.40% | 94.10% | 91.90% | 89.60% |
| 45-45 | 21,053 | 99.00% | 97.20% | 95.20% | 93.60% | 92.20% |
| 55-64 | 21,814 | 98.30% | 96.70% | 95.00% | 93.40% | 91.90% |
| 65-74 | 16,933 | 98.10% | 96.90% | 95.10% | 93.40% | 92.20% |
| 75+ | 18,574 | 0.10% | 0.20% | 0.30% | 0.30% | 0.40% |
| *Black* | | | | | | |
| *Age* | | | | | | |
| 0-44 | 2090 | 96.40% | 94.40% | 92.90% | 91.90% | 90.50% |
| 45-45 | 2943 | 96.70% | 90.00% | 83.90% | 79.70% | 75.90% |
| 55-64 | 2476 | 96.60% | 90.20% | 85.10% | 81.10% | 77.90% |
| 65-74 | 1599 | 95.50% | 91.00% | 87.00% | 82.60% | 79.60% |
| 75+ | 1411 | 88.40% | 83.80% | 80.10% | 74.50% | 72.30% |

00803719

Exhibit 163

JA-0003261

**Table F-9. 5-year relative survival by age and race for cervical cancer**

| Race and Age | Percent Surviving at End of Interval | | | | | |
|---|---|---|---|---|---|---|
| *White* | | | | | | |
| *Age* | Number at Start of Follow-up | 1 year | 2 years | 3 years | 4 years | 5 years |
| 0-44 | 2,160 | 95.90% | 90.00% | 87.00% | 85.60% | 84.80% |
| 45-45 | 1,059 | 88.40% | 79.10% | 73.70% | 70.10% | 66.30% |
| 55-64 | 686 | 83.10% | 71.40% | 66.80% | 63.90% | 61.00% |
| 65-74 | 456 | 77.60% | 69.50% | 61.60% | 57.80% | 53.30% |
| 75+ | 378 | 2.00% | 2.30% | 2.60% | 2.70% | 3.00% |
| *Black* | | | | | | |
| *Age* | | | | | | |
| 0-44 | 369 | 59.00% | 45.50% | 41.00% | 36.00% | 30.30% |
| 45-45 | 218 | 90.30% | 79.70% | 75.70% | 74.10% | 73.30% |
| 55-64 | 171 | 85.70% | 75.90% | 71.60% | 65.30% | 60.00% |
| 65-74 | 105 | 82.10% | 71.00% | 67.80% | 62.50% | 59.40% |
| 75+ | 94 | 60.00% | 43.90% | 42.00% | 35.60% | 28.70% |

**Table F-10. 5-year relative survival by age and race for colorectal cancer**

| Race and Age | Percent Surviving at End of Interval | | | | | |
|---|---|---|---|---|---|---|
| *White* | | | | | | |
| *Age* | Number at Start of Followup | 1 year | 2 years | 3 years | 4 years | 5 years |
| 0-44 | 1,384 | 93.10% | 85.60% | 79.30% | 75.70% | 72.50% |
| 45-45 | 3,150 | 92.70% | 85.80% | 80.90% | 76.40% | 73.70% |
| 55-64 | 4,574 | 90.00% | 82.40% | 77.30% | 73.50% | 70.40% |
| 65-74 | 6,334 | 85.40% | 78.80% | 74.30% | 71.10% | 68.90% |
| 75+ | 13,107 | 0.50% | 0.60% | 0.60% | 0.70% | 0.80% |
| *Black* | | | | | | |
| *Age* | | | | | | |
| 0-44 | 323 | 74.90% | 68.50% | 64.60% | 62.70% | 61.30% |
| 45-45 | 764 | 89.00% | 76.20% | 69.00% | 63.80% | 63.20% |
| 55-64 | 952 | 88.30% | 79.90% | 73.60% | 68.60% | 65.70% |
| 65-74 | 948 | 85.00% | 74.90% | 68.80% | 65.10% | 61.30% |
| 75+ | 1246 | 67.10% | 58.50% | 52.60% | 50.00% | 46.80% |

00803720

Exhibit 163                                                                JA-0003262