

Your source for the latest research news

# Hormonal contraception doubles HIV risk, study suggests

*Date:* October 4, 2011

*Source:* University of Washington - Health Sciences/UW News, Community Relations & Marketing

*Summary:* Researchers have found that women using hormonal contraception -- such as a birth control pill or a shot like Depo-Provera -- are at double the risk of acquiring HIV, and HIV-infected women who use hormonal contraception have twice the risk of transmitting the virus to their HIV-uninfected male partners, according to a new study.

**FULL STORY**

Women using hormonal contraception --such as a birth control pill or a shot like Depo-Provera -- are at double the risk of acquiring HIV, and HIV-infected women who use hormonal contraception have twice the risk of transmitting the virus to their HIV-uninfected male partners, according to a University of Washington-led study in Africa of nearly 3,800 couples.

The study was published in *The Lancet Infectious Diseases.*

The research, first presented in July in Rome at the meeting of the International AIDS Society, emphasizes the need for couples to use condoms in addition to other forms of contraception in order to prevent pregnancy and HIV, said lead study author Renee Heffron, an epidemiology doctoral student working with the International Clinical Research Center at UW.

"Women should be counseled about potentially increased risk of HIV acquisition and transmission with hormonal contraception, particularly injectable methods, and about the importance of dual protection with condoms to decrease HIV risk," said Heffron.

Jared Baeten, an associate professor of global health with the International Clinical Research Center, said to his knowledge this is the first prospective study to show increased HIV risk to male partners of HIV-infected women using hormonal contraception.

More than 140 million women worldwide use hormonal contraception, including daily oral pills and long-acting injectables, like Depo-Provera.

"The benefits of effective hormonal contraception are unequivocal and must be balanced with the risk for HIV infection," said Baeten.

This study was designed to establish whether hormonal contraception increases the risk of women acquiring HIV and transmitting the virus to their male partners. The study included 3,790 heterosexual HIV serodiscordant couples (i.e. one partner with HIV infection and the other without) who were participating in two long-term studies of HIV in couples in seven African countries (Botswana, Kenya, Rwanda, South Africa, Tanzania, Uganda, and Zimbabwe).

Findings showed that using hormonal contraceptives doubled an HIV uninfected woman's chances of becoming infected with HIV. The risk was increased for both injectable (mainly depot medroxprogeterone acetate: DMPA) and oral contraceptives, although it was not statistically significant for oral contraceptives.

Additionally, women who were HIV-positive at the beginning of the study and using hormonal contraception were twice as likely to transmit the virus to their male partner compared to women who did not use hormonal contraception.

This work was funded with support from the Eunice Kennedy Shriver National Institute of Child Health and Human Development, the National Institute of Allergy and Infectious Diseases, the UW STD/AIDS Research Training Grant Program, and the Bill & Melinda Gates Foundation.

**Story Source:**

Materials provided by **University of Washington - Health Sciences/UW News, Community Relations & Marketing**. *Note: Content may be edited for style and length.*

---

**Journal Reference**:

1. Renee Heffron, Deborah Donnell, Prof Helen Rees, Prof Connie Celum, Nelly Mugo, Edwin Were et al. **Use of hormonal contraceptives and risk of HIV-1 transmission: a prospective cohort study**. *The Lancet Infectious Diseases*, Oct 04, 2011 DOI: 10.1016/S1473-3099(11)70247-X

---

| **Cite This Page**: | MLA | APA | Chicago |
|---|---|---|---|

University of Washington - Health Sciences/UW News, Community Relations & Marketing. "Hormonal contraception doubles HIV risk, study suggests." ScienceDaily. ScienceDaily, 4 October 2011. <www.sciencedaily.com/releases/2011/10/111003195253.htm>.

**RELATED STORIES**

Fear of Gaining Weight May Influence Contraception Choices
Nov. 17, 2016 — Concerns about weight gain may be driving contraception choices, according to researchers. Women who are overweight or obese are less likely than normal-weight women to use the birth control pill and ... **read more**

Oregon's New Birth Control Law Increases Access, but More Still to Be Done

00803826

Exhibit 172                                                                                                JA-0003368

Mar. 28, 2016 — Experts applaud Oregon's new birth control law, which allows women age 18 or older to obtain some methods of hormonal contraception directly from pharmacies, without having to visit a ... **read more**

Sustained Benefit of Early Antiretroviral Therapy

July 20, 2015 — Antiretroviral therapy for HIV infection provides lasting protection against the sexual transmission of the virus from infected men and women to their HIV-uninfected sexual partners, investigators ... **read more**

Study Supports Link Between Injectable Hormonal Contraceptive and HIV Risk

Jan. 9, 2015 — Women using depot medroxyprogesterone acetate, commonly known as Depo-Provera or the birth control shot, have a moderately increased risk of becoming infected with HIV, a large meta-analysis of 12 ... **read more**

00803827

Exhibit 172                                                                                    JA-0003369