IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA AND STATE OF NEW JERSEY,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, ALEX M. AZAR II, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, STEVEN T. MNUCHIN, UNITED STATES DEPARTMENT OF THE TREASURY, PATRICK PIZZELLA, THE UNITED STATES DEPARTMENT OF LABOR, AND THE UNITED STATES OF AMERICA,<br><br>Defendants,<br><br>LITTLE SISTERS OF THE POOR SAINTS PETER AND PAUL HOME,<br><br>Defendant-Intervenor. | CIVIL ACTION<br><br>NO. 17-4540<br><br>FILED<br>JUL 31 2019<br>KATE BARKMAN, Clerk<br>By_____Dep. Clerk |

### ORDER

AND NOW, this 31st day of July, 2019, in light of the Court's Order staying further proceedings in this matter (ECF No. 232), **IT IS HEREBY ORDERED** that the Clerk of Court shall **TRANSFER** this matter to the Civil Suspense Docket.

BY THE COURT:

/s/ Wendy Beetlestone

WENDY BEETLESTONE, J.