UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 17-3752, 18-1253, 19-1129, 19-1189
_____

COMMONWEALTH OF PENNSYLVANIA; STATE OF NEW JERSEY

v.

PRESIDENT UNITED STATES OF AMERICA; SECRETARY UNITED STATES
DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES
DEPARTMENT OF HEALTH AND HUMAN SERVICES; SECRETARY UNITED
STATES DEPARTMENT OF TREASURY; UNITED STATES DEPARTMENT OF
TREASURY; SECRETARY UNITED STATES DEPARTMENT OF LABOR;
UNITED STATES DEPARTMENT OF LABOR; UNITED STATES OF AMERICA

LITTLE SISTERS OF THE POOR SAINTS PETER AND PAUL HOME
(Intervenor in D.C.),
Appellant in 17-3752, 19-1129

Secretary United States of Department of Health and Human Services, United
States Department of Health and Human Services, Secretary United States
Department of Treasury, United States Department of Treasury, Secretary
United States Department of Labor, United States Department of Labor,

Appellants in 18-1253
19-1189 (Except President United States of America)

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(E.D. Pa. No. 2:17-cv-04540)
District Judge: Hon. Wendy Beetlestone
_____

Argued May 21, 2019
_____

Before: McKEE, SHWARTZ, and FUENTES, <u>Circuit Judges</u>.

_____

JUDGMENT

_____

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on May 21, 2019.

On consideration whereof, it is now hereby ORDERED and ADJUDGED that the orders of the District Court entered December 15, 2017 and January 14, 2019 is AFFIRMED. Costs will be taxed on Appellants. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: July 12, 2019

**Certified as a true copy and issued in lieu of a formal mandate on** 09/03/19

Teste: *Patricia S. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**