## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA and STATE OF NEW JERSEY, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| DONALD J. TRUMP, in his official capacity as President of the United States; ALEX M. AZAR II, in his official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; STEVEN T. MNUCHIN, in his official capacity as Secretary of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; RENE ALEXANDER ACOSTA, in his official capacity as Secretary of Labor; and UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) ) |

Civil Action No. 2:17-cv-04540 (WB)

## JOINT STATUS REPORT

In a July 30, 2019 order, the Court stayed "further proceedings in this matter . . . pending resolution of any appeal of the Third Circuit's decision in Trump III by Defendants and Defendant-Intervenor." Order, ECF No. 232, at 5. The Court also ordered the parties to file a joint status report on October 25, 2019 and every 90 days thereafter. The parties hereby report as follows. Both Federal Defendants and Defendant-Intervenor have filed petitions for certiorari in the U.S. Supreme Court. Petition for Writ of Certiorari, *Trump v. Pennsylvania* (No. 19-454) (filed Oct. 3, 2019); Petition for Writ Certiorari, *Little Sisters of the Poor v. Pennsylvania* (No. 19-431) (filed Oct. 1, 2019). The States' responses to the petitions are due December 9, 2019.

DATED: October 25, 2019                    Respectfully submitted,

JOSEPH H. HUNT

Assistant Attorney General

MICHELLE R. BENNETT
Assistant Director, Federal Programs Branch

*/s/ Justin M. Sandberg*
JUSTIN M. SANDBERG (Il. Bar No. 6278377)
Senior Trial Counsel
MICHAEL GERARDI
CHRISTOPHER R. HEALY
REBECCA M. KOPPLIN
DANIEL RIESS
Trial Attorneys
U.S. Dep't of Justice, Civil Div., Federal Programs Branch
1100 L Street, NW
Washington, D.C.  20001
(202) 514-5838
Justin.Sandberg@usdoj.gov
*Attorneys for Federal Defendants*


JOSH SHAPIRO
*Attorney General*
*Commonwealth of Pennsylvania*

/s/ Michael J. Fischer
MICHAEL J. FISCHER
*Chief Deputy Attorney General*
AIMEE D. THOMSON
JACOB B. BOYER
*Deputy Attorneys General*
Office of Attorney General
1600 Arch St. Suite 300
Philadelphia, PA 19103
(215) 560-2171
mfischer@attorneygeneral.gov


GURBIR S. GREWAL
*Attorney General of New Jersey*

/s Glenn J. Moramarco
GLENN J. MORAMARCO
*Assistant Attorney General*
Office of the Attorney General
R.J. Hughes Justice Complex
25 Market Street
Trenton, NJ  08625
(609) 376-3235
Glenn.Moramarco@law.njoag.gov

/s/ *Diana Verm*

Mark Rienzi, *pro hac vice*
Lori Windham, *pro hac vice*
Eric Rassbach, *pro hac vice*
Diana Verm, *pro hac vice*
The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW, Suite 700
Washington, DC 20036
Telephone: (202) 955-0095
Facsimile: (202) 955-0090

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 25, 2019, a copy of the forgoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.


DATED this 25th day of October, 2019.          */s/ Justin M. Sandberg*
                                              JUSTIN M. SANDBERG