**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA and STATE OF NEW JERSEY, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 2:17-cv-04540 (WB) |
| DONALD J. TRUMP, in his official capacity as President of the United States; ALEX M. AZAR II, in his official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; STEVEN T. MNUCHIN, in his official capacity as Secretary of the Treasury; UNITED STATES DEPARTMENT OF THE TREASURY; RENE ALEXANDER ACOSTA, in his official capacity as Secretary of Labor; and UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT STATUS REPORT

In a July 30, 2019 order, the Court stayed "further proceedings in this matter . . . pending resolution of any appeal of the Third Circuit's decision in Trump III by Defendants and Defendant-Intervenor." Order, ECF No. 232, at 5. The Court also ordered the parties to file a joint status report on October 25, 2019 and every 90 days thereafter. The parties hereby report as follows. On July 8, 2020, the Supreme Court issued its decision in *Little Sisters of the Poor v. Pennsylvania*, 2020 WL 3808424, Case Nos. 19-431, 19-454 (S. Ct. July 8, 2020). The Supreme Court reversed and remanded the Third Circuit's decision upholding the preliminary injunction issued by this Court, holding, among other things, that 42 U.S.C. § 300gg–13(a)(4) of the Patient Protection and Affordable Care Act (ACA) "gives HRSA broad discretion to define preventive care and screenings and to create the religious and moral exemptions." *Id.* at *9. In light of this

decision, the parties propose submitting a joint status report seven days after the Third Circuit returns the matter to this Court. In the status report, the parties will jointly (or separately) propose how best to proceed with additional briefing.

DATED: July 17, 2020

Respectfully submitted,

DAVID MORRELL
Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Director, Federal Programs Branch

*/s/ Justin M. Sandberg*
JUSTIN M. SANDBERG (Il. Bar No. 6278377)
Senior Trial Counsel
MICHAEL GERARDI
CHRISTOPHER R. HEALY
REBECCA M. KOPPLIN
DANIEL RIESS
Trial Attorneys
U.S. Dep't of Justice, Civil Div., Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20001
(202) 514-5838
Justin.Sandberg@usdoj.gov
*Attorneys for Federal Defendants*


JOSH SHAPIRO
*Attorney General*
*Commonwealth of Pennsylvania*

/s/ Michael J. Fischer
MICHAEL J. FISCHER
*Chief Deputy Attorney General*
AIMEE D. THOMSON
JACOB B. BOYER
*Deputy Attorneys General*
Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
(215) 560-2171
mfischer@attorneygeneral.gov

*Attorneys for Plaintiff*
*Commonwealth of Pennsylvania*


GURBIR S. GREWAL
*Attorney General of New Jersey*

/s/ Elspeth L. Faiman Hans
Deputy Attorney General
Office of the Attorney General
25 Market Street
Trenton, NJ  08625
(609) 376-2752
elspeth.hans@law.njoag.gov
Attorney for Plaintiff State of New Jersey


/s/ Mark Rienzi
Mark Rienzi, *pro hac vice*
Lori Windham, *pro hac vice*
Eric Rassbach, *pro hac vice*
Diana Verm, *pro hac vice*
The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW, Suite 700
Washington, DC 20036
Telephone: (202) 955-0095
Facsimile: (202) 955-0090
*Attorneys for Intervenor*

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 17, 2020, a copy of the forgoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 17th day of July, 2020.                          */s/ Justin M. Sandberg*
                                                                                          JUSTIN M. SANDBERG