UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

17-3752

Commonwealth of Pennsylvania v. President United States, et al

2-17-cv-04540

## O R D E R

The mandate issued on September 03, 2019 is hereby recalled in light of the U.S. Supreme Court's decision vacating the judgment of this Court and remanding the matter for further proceedings.

For the Court,

s/ Patricia S. Dodszuweit,
Clerk

cc:   All Counsel of Record