IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA AND STATE OF NEW JERSEY,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, ALEX M. AZAR II, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, STEVEN T. MNUCHIN, UNITED STATES DEPARTMENT OF THE TREASURY, PATRICK PIZZELLA, THE UNITED STATES DEPARTMENT OF LABOR, AND THE UNITED STATES OF AMERICA,**<br><br>**Defendants,**<br><br>**LITTLE SISTERS OF THE POOR SAINTS PETER AND PAUL HOME,**<br><br>**Defendant-Intervenor.** | CIVIL ACTION<br><br>NO.  17-4540 |

# O R D E R

**AND NOW**, this 23rd day of September 2020, upon consideration of the parties Joint Status Report [ECF#250] it is hereby **ORDERED** as follows:

1. No later than **September 29, 2020**, Plaintiffs may file a motion for summary judgment which shall be no more than 45 pages;

2. No later than **October 23, 2020**, Defendants and Intervenor each may file a cross-motion for summary judgment and a combined opening brief and opposition to Plaintiffs' motion which shall be no more than 45 pages each;

2

3. No later than **November 13, 2020**, Plaintiffs may file a combined reply in support of their motion and opposition to Defendants' and Intervenor's motions which shall be no more than 35 pages; and
4. No later than **November 24, 2020**, Defendants and Intervenor may file a reply brief in support of their motion which shall be no more than 15 pages each.

**IT IS FURTHER ORDERED** that the parties shall be permitted to dispense with the filing of any additional separate statements of facts, as required by the Court's policies and procedures.

**BY THE COURT:**

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**