UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA and STATE OF NEW JERSEY,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>*Defendants*,<br><br>LITTLE SISTERS OF THE POOR SAINTS PETER AND PAUL HOME,<br><br>*Defendant-Intervenors*. | Civil No. 2:17-CV-04540-WB |

## DEFENDANT-INTERVENOR'S MOTION FOR SUMMARY JUDGMENT

Defendant-Intervenor Little Sisters of the Poor Saints Peter and Paul Home, by and through undersigned counsel, respectfully moves this Court for summary judgment on all counts pursuant to Federal Rule of Civil Procedure 56. In the alternative, Defendant-Intervenor respectfully requests that, if the Court accepts the States' arguments and invalidates the Final Rules, the Court also invalidate the regulations implementing the Mandate prior to October 13, 2017.

There are no genuine issues of material fact, and Defendants are entitled to judgment as a matter of law for the following reasons, as set forth in the attached Memorandum of Law:

    1.    The States lack Article III standing.

    2.    The States cannot prevail on their claims that the Final Rule is substantively invalid.

    3.    The States cannot prevail on their claims that the Final Rule is procedurally invalid.

    4.    The underlying contraceptive Mandate is invalid under RFRA and unconstitutional under the First Amendment, the nondelegation doctrine, and as a

violation of the Appointments Clause.

This Motion is supported by the attached Memorandum of Law, Defendant-Intervenor's previously-filed Statement of Undisputed Facts and Response to the Plaintiffs' Statement of Undisputed Facts, the Joint Appendix, and any additional material that may be considered by the Court.

Defendant-Intervenor requests oral argument on this motion.

Dated: October 23, 2020

Respectfully submitted,

/s/ Mark Rienzi
Mark Rienzi, *pro hac vice*
Lori Windham, *pro hac vice*
Eric Rassbach, *pro hac vice*
Diana Verm, *pro hac vice*
The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW, Suite 700
Washington, DC 20036
Telephone: (202) 955-0095
Facsimile: (202) 955-0090
mrienzi@becketlaw.org

Nicholas M. Centrella
Conrad O'Brien PC
1500 Market Street, Suite 3900
Philadelphia, PA 19102-2100
Telephone: (215) 864-8098
Facsimile: (215) 864-0798
ncentrella@conradobrien.com

*Counsel for Intervenor-Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: October 23, 2020

/s/ Mark Rienzi
Mark Rienzi
The Becket Fund for Religious Liberty
1200 New Hampshire Ave. NW, Suite 700
Washington, DC 20036
Telephone: (202) 955-0095