UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA and STATE OF NEW JERSEY,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*<br><br>*Defendants*,<br><br>LITTLE SISTERS OF THE POOR SAINTS PETER AND PAUL HOME,<br><br>*Defendant-Intervenors.* | Civil No. 2:17-CV-04540-WB |

**[PROPOSED] ORDER**

**AND NOW**, this _____ day of _____, 2020, it is hereby **ORDERED** that Plaintiffs' motion for summary judgment is **DENIED**; Defendant and Defendant-Intervenor's motions for summary judgment are **GRANTED**; **FURTHER ORDERED** that judgment shall be entered for Defendants and Defendant-Intervenors.

                                                              **BY THE COURT:**

                                                            **WENDY BEETLESTONE, J.**