**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| COMMONWEALTH OF ) <br> PENNSYLVANIA and ) <br> STATE OF NEW JERSEY, ) <br> ) <br>               Plaintiffs, ) <br> v. ) <br> ) <br> DONALD J. TRUMP, in his official ) <br> capacity as President of the United States; ) <br> ALEX M. AZAR II, in his official ) <br> capacity as Secretary of Health and ) <br> Human Services; UNITED STATES ) <br> DEPARTMENT OF HEALTH AND ) <br> HUMAN SERVICES; STEVEN T. ) <br> MNUCHIN, in his official capacity as ) <br> Secretary of the Treasury; UNITED ) <br> STATES DEPARTMENT OF THE ) <br> TREASURY; RENE ALEXANDER ) <br> ACOSTA, in his official capacity as ) <br> Secretary of Labor; and UNITED STATES ) <br> DEPARTMENT OF LABOR, ) <br> ) <br>               Defendants. ) <br> _____) | Civil Action No. 2:17-cv-04540 (WB) |

**FEDERAL DEFENDANTS' SUPPLEMENT TO JOINT APPENDIX**

| **SUPPLEMENT TO JOINT APPENDIX** |
| --- | --- | --- | --- |
| **Exhibit Number** | **Begin Bates** | **End Bates** | **Description** |
| Exhibit 156 | JA-0002650 | JA-0002657 | M.L. Kavanaugh et al., "Contraceptive method use in the United States: trends and characteristics between 2008, 2012 and 2014," 97 Contraception 14 (2018) |
| Exhibit 157 | JA-0002658 | JA-0002666 | Charlotte Wessel Skovlund, et al., "Association of Hormonal Contraception with Depression," JAMA Psychiatry 1154 (published online Sept. 28, 2016) |
| Exhibit 158 | JA-0002667 | JA-0002673 | Practice Committee of the American Society for Reproductive Medicine, "Hormonal Contraception: Recent Advances and Controversies," 82 Fertility and Sterility S26, S30 (2004) |
| Exhibit 159 | JA-0002674 | JA-0002681 | V.A. Van Hylckama et al., "The Venous Thrombotic Risk of Oral Contraceptives, Effects of Estrogen Dose and Progestogen Type: Results of the MEGA Case-Control Study," 339 Brit. Med. J. b2921 (2009) |
| Exhibit 160 | JA-0002682 | JA-0002696 | Y. Vinogradova et al., "Use of Combined Oral Contraceptives and Risk of Venous Thromboembolism: Nested Case-Control Studies Using the QResearch and CPRD Databases," 350 Brit. Med. J. h2135 (2015) |
| Exhibit 161 | JA-0002697 | JA-0002704 | Ø. Lidegaard et al., "Hormonal contraception and risk of venous thromboembolism: national follow-up study," 339 Brit. Med. J. b2890 (2009) |
| Exhibit 162 | JA-0002705 | JA-0002760 | M. de Bastos et al., "Combined oral contraceptives: venous thrombosis," Cochrane Database Syst. Rev., Mar. 3, 2014 |

| Exhibit 163 | JA-0002761 | JA-0003274 | L.J. Havrilesky et al., "Oral Contraceptive User for the Primary Prevention of Ovarian Cancer," Agency for Healthcare Research and Quality, Report No. 13-E002-EF (June 2013) |
|---|---|---|---|
| Exhibit 164 | JA-0003275 | JA-0003315 | Robert A. Hatcher et al., Contraceptive Technology (Ardent Media 18th rev. ed. 2004) |
| Exhibit 165 | JA-0003316 | JA-0003316 | N.R. Poulter, "Risk of Fatal Pulmonary Embolism with Oral Contraceptives," 355 Lancet 2088 (2000) |
| Exhibit 166 | JA-0003317 | JA-0003326 | Ø. Lidegaard et al., "Thrombotic Stroke and Myocardial Infarction with Hormonal Contraception, 366 N. Engl. J. Med. 2257 (2012) |
| Exhibit 167 | JA-0003327 | JA-0003333 | M. Vessey et al., "Mortality in Relation to Oral Contraceptive Use and Cigarette Smoking," 362 Lancet 185 (2003) |
| Exhibit 168 | JA-0003334 | JA-0003341 | WHO Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception, "Acute Myocardial Infarction and Combined Oral Contraceptives: Results of an International Multicentre Case-Control Study," 349 Lancet 1202 (1997) |
| Exhibit 169 | JA-0003342 | JA-0003351 | K.M. Curtis et al., "Combined Oral Contraceptive Use Among Women With Hypertension: A Systematic Review," 73 Contraception 179 (2006) |
| Exhibit 170 | JA-0003352 | JA-0003358 | L.A. Gillum et al., "Ischemic stroke risk with oral contraceptives: A meta analysis," 284 JAMA 72, 72–78 (2000) |
| Exhibit 171 | JA-0003359 | JA-0003366 | Renee Heffron et al., "Use of Hormonal Contraceptives and Risk of HIV-1 Transmission: A Prospective Cohort Study," 12 Lancet Infectious Diseases 19 (2012) |
| Exhibit 172 | JA-0003367 | JA-0003369 | Hormonal Contraception Doubles HIV Risk, Study Suggests," Science Daily (Oct. 4, 2011) |

| Exhibit 173 | JA-0003370 | JA-0003374 | "Oral Contraceptives and Cancer Risk," National Cancer Institute (Mar. 21, 2012) |
|---|---|---|---|
| Exhibit 174 | JA-0003375 | JA-0003381 | S. N. Bhupathiraju et al., "Exogenous hormone use: Oral contraceptives, postmenopausal hormone therapy, and health outcomes in the Nurses' Health Study," 106 Am. J. Pub. Health 1631 (2016) |
| Exhibit 175 | JA-0003382 | JA-0003383 | The World Health Organization Department of Reproductive Health and Research, "Carcinogenicity of Combined Hormonal Contraceptives and Combined Menopausal Treatment," (Sept. 2005) |
| Exhibit 176 | JA-0003384 | JA-0003409 | American Cancer Society, "Known and Probable Human Carcinogens," American Cancer Society (rev. Nov. 3, 2016) |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 23, 2020, a copy of the forgoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 23d day of October, 2020.   */s/ Justin M. Sandberg*
                                         JUSTIN M. SANDBERG