# Discussion

Our study complements the prior literature by limiting the scope to studies conducted after 1999 in order to minimize the influence of older OC formulations that are no longer available on the U.S. market—thus potentially increasing generalizability for current clinical practice. In this systematic review and meta-analysis, we found that OC use is associated, to a varying degree, with breast, cervical, colorectal, and endometrial cancers. Below, we synthesize the main results for each cancer and compare to other contemporary reviews. We then highlight limitations of this review and areas for future research. Note that we found no evidence for publication bias in any of the meta-analyses (Appendix E).

## Breast Cancer

The role of reproductive factors on the risk of developing breast cancer has been a topic of much study and debate. Thus, we sought to synthesize the evidence on the role of OCs on breast cancer incidence and mortality. We were able to pool results from 23 studies involving 356,023 women across 20 studies and 3,981,072 person-years across 3 studies that examined the effect of ever versus never OC use on the incidence of breast cancer. We found that the risk of breast cancer was slightly—but significantly—elevated for women who ever used OCs compared with women who never used OCs (OR 1.08; 95% CI, 1.00 to 1.17). A similar effect was seen among BRCA mutation carriers, although the results were not statistically significant (OR 1.21; CI, 0.93 to 1.58). (Although the inclusion of 1.0 in the 95% CI is considered nonsignificant using traditional rules of statistical inference, it is worth noting that the likelihood of the risk truly being increased when the lower bound is 1.0 is approximately 97.5%, and at a lower bound of 0.99, it is above 95%). Thus, as with ovarian cancer, the qualitative effect of OC use on breast cancer risk appears similar whether or not a BRCA gene mutation is present.

We found no time-dependent relationship as a function of duration of OC use across 14 pooled studies. Our duration of use results should be interpreted with caution; there was significant heterogeneity and the test was underpowered—which is not surprising, given that breast cancer is relatively uncommon during the ages when women are most likely to be using OCs. We did find a significant relationship with time since last OC use: women with more recent use had an elevated risk of breast cancers, with decreasing risk over time, so that by 10 years since last use, the risk among users was equivalent to never users. We did not identify sufficient studies meeting our inclusion criteria to calculate risk by age at first use. One collaborative reanalysis demonstrated an elevated risk of breast cancer for women who initiated use before age 20, an effect that diminished over time since last use.[182] We also found no evidence of increased breast cancer mortality associated with having used OCs compared with never use across four pooled studies.

Our results are consistent with the results of other meta-analyses and pooled analyses that identified a small increase in the relative risk of breast cancers associated with having ever used OCs, a risk that diminishes over time since last use.[182,255] The Collaborative Group on Hormonal Factors in Breast Cancer, a collaborative reanalysis of individual data in 153,536 women, found a small significant increase in the relative risk of breast cancers (OR $1.07 \pm 0.02$).[182] Similar to our results, the Collaborative Group did not identify an increase in risk with increasing duration of use or after discontinuation of use for 10 or more years. Another more recent meta-analysis of premenopausal breast cancers across 37 studies found a somewhat larger increase in the risk of breast cancer with the use of OCs (OR 1.19; CI, 1.09 to 1.29) with the greatest risk associated

170

00803428

Exhibit 163
JA-0002970

with use of OCs prior to first full-term pregnancy (OR 1.44; CI, 1.28 to 1.62).[52] These results provide support for our finding that recent use (within 5 or fewer years) is associated with an increased risk of breast cancers. Women who delay first full-term pregnancies may also be more likely to be recent users of OCs relative to a breast cancer diagnosis. However, these results cannot be directly compared with ours, as this meta-analysis was restricted to premenopausal women or women younger than age 50 who may be at elevated risk due to other factors (e.g., genetic mutations) or represent cancer subtypes that differentially affect younger women. No pooled analyses or meta-analyses have assessed the excess risk of breast cancer mortality associated with OC use. However, our findings of an increased incidence, but no significant change in overall mortality, suggest that some of the increase in breast cancer incidence may be due to increased surveillance in women who use OCs. Women who use OCs must come in contact with the health care system on a regular basis, thus increasing their chances of receiving referrals for preventive screenings such as mammography. Another potential explanation would be an OC-induced change in the natural history of breast cancer or an increase in ER-positive breast cancers, which have higher survival, resulting in improved survival. Although the relative increase in breast cancer risk is small, the relative frequency of breast cancer diagnosis means that OC use may contribute to a substantial number of cases, an issue that is explored further in Section 5.

## Cervical Cancer

While persistent infection with oncogenic HPV types has been identified as the necessary cause for the overwhelming majority of cancers of the cervix, it is not sufficient; OC use may represent an important cofactor. We identified 12 studies that assessed the risk of cervical cancer associated with OC use. Pooled results across 9 studies (representing 5,436 women across 6 studies and 3,981,072 person-years across 3 studies) found no significant increase in the risk of cervical cancer among ever users of OCs compared with never users. We also did not find a time-dependent relationship as a function of duration of OC use on cervical cancer. It is important to note that this contrast was underpowered with only five included studies. However, women who had long-term use of OCs (5 or more years) were at an elevated risk of cervical cancer compared with never users. Three studies (with 2592 subjects) assessed OC use and cervical cancer incidence among HPV-positive women. Results were similar to those of women not selected for HPV status. We only identified two studies that assessed the risk of cervical cancer mortality; results were mixed. Many studies did not control for factors that may influence risk, such as age at first OC use by duration or age at sexual debut, which is likely highly correlated with age at first use. Future research is needed to assess the additional cervical cancer risk associated with OC use among HPV-positive women. However, both studies reported statistically significant increased risk of death with 8 or more years of OC use compared with never use.

Results of this review differ in some ways from other evidence syntheses published over the last 10 years. Smith et al.[50] pooled study-level data across 28 studies and found an overall significant increase in the risk of cervical cancer when comparing ever versus never users of hormonal contraceptives (RR 1.2; 95% CI,1.1 to 1.3). We found a similar increase in the risk of cervical cancers, but our summary estimate was not significant. Both our review and the Smith et al. study found the risk of cervical cancer increased with prolonged exposure. This effect weakened but remained significant when stratifying duration by time since use. For our review, this effect was only significant for women who used OCs for 5 or more years compared with

171

00803429

Exhibit 163

never users; we did not have sufficient studies to stratify by time since last use. The International Collaborative of Epidemiological Studies of Cervical Cancer undertook a collaborative patient-level reanalysis of 24 observational studies.[49] Results expand the duration by recency effect. The collaborative analysis found that excess risk of cervical cancers increase with duration of use, but this effect declined after discontinuing OCs and was equivalent to the risk of nonusers after 10 years of nonuse.

There are key methodological differences between our study and the two recent syntheses that preclude drawing exact comparisons. First, we only included studies of invasive cervical cancers; the other studies also included carcinoma in situ and cervical intraepithelial neoplasia grade 3 (CIN 3). It is likely that effects differ between invasive cancers and cancer-precursor lesions. In fact, a case-case comparison in the collaborative reanalysis demonstrated significant differences in the risks for in situ and invasive cervical cancers for nearly every category of time since last use by duration of use.

Second, we only included studies assessing the effects of *oral* contraceptives or presented those data separately; the two other recent syntheses included all forms of hormonal contraceptive. It is also possible that formulation differences contribute to some of the differences we found between our results and their findings. However, the collaborative reanalysis reported separate findings for progestogen-only injectable contraceptives and found a similar pattern to those reported for OCs.

Third, we did not include the three identified studies conducted with women selected for HPV infection status. The effects of this decision appear to be negligible; both prior reviews noted similar patterns of findings when controlling for HPV status as a covariate[50] compared with HPV uncontrolled studies or among the subset of women with a confirmed HPV infection compared with populations not selected for HPV status.[49]

Fourth, we data-limited our search from 2000 forward in order to minimize the effect of older formulations that are not longer on the market; the other studies had no such date restrictions. Despite these differences, we found similar patterns of increased risk by duration of use. There is no direct evidence to suggest that cervical cancer screening recommendations should be different based on duration of OC use.

## Colorectal Cancer

Many studies have suggested a protective effect of reproductive factors such as OCs on colorectal cancer risk. We identified 11 studies involving 503,816 women across 8 studies and 2,969,189 person-years across 3 studies that assessed the risk of colorectal cancers associated with the use of OCs. We found that the risk of colorectal cancer was significantly decreased for women who had ever used OCs compared with women who never used OCs (OR 0.86; CI, 0.79 to 0.95). However, we found no evidence of a time-dependent relationship as a function of duration. We found no significant heterogeneity. Duration results should be interpreted with caution; the test was underpowered. We had insufficient studies to assess a trend based on time since last use. We also identified two population cohort studies that assessed burden of colorectal cancer mortality associated with OC use. Results were mixed and neither study achieved statistically significant findings. The other study showed an increase in colorectal cancer mortality associated with having ever used OCs. Both studies also assessed mortality as a function of duration of OC use; results showed no clear trend of a greater protective effect associated with longer duration of use.

172

00803430

Exhibit 163                                                                    JA-0002972

Our results are similar to two other evidence syntheses that also assessed the risk of colorectal cancers associated with OC use.[55,56] These meta-analyses both found a pooled relative risk of approximately 0.82, which is comparable to our pooled findings. These reviews also found no increase in the protective effect by duration of use. The similarity between our finding and those of the other two reviews is noteworthy. We limited our studies from January 2000 forward so that we had a greater probability of capturing a set of studies with newer OC formulations that may confer differential effects. Thus, we shared no studies in common with the Fernandez et al. study,[55] excluded 12 older or non-English studies, and included five newer studies[88,156,244,247,249] compared with the systematic review by Bosetti et al.[56] Similarity in our findings with these earlier evidence syntheses suggest that newer formulations of OCs still confer a significant protective effect for colorectal cancer and future research may be conducted to investigate its potential as a beneficial therapy for chemoprevention.

## Endometrial Cancer

Estrogen and progestin both influence cell proliferation of endometrial tissue. Thus, we summarized the evidence on the use of OCs and risk of endometrial cancer incidence and mortality. We identified nine studies that evaluated the association between OC use and the incidence of endometrial cancers; seven studies were included in our meta-analysis to assess the effects of ever versus never use of OCs and represented 308,198 women across 4 studies and 3,981,072 person-years across 3 studies We found a significant protective effect associated with having ever used OCs (OR 0.57, 95% CI, 0.43-0.76). We also found a time-dependent relationship as a function of duration categorized as less than 60 months and 60 months or greater of total use. The duration trend was strong; however, the comparison of the two odds ratios was not significant, and heterogeneity limits conclusion about this analysis.

Our study is one of the few systematic reviews and meta-analyses to summarize the evidence on the effects of OCs on endometrial cancers. Grimes et al.[256] conducted a systematic review and qualitative synthesis of studies up to 1993. They identified 13 case-control studies with protective odds ratios ranging from 0.1 to 0.6, with most effects clustering around 0.5 (CI not reported). Two of the three cohort studies identified also found protective effects of OC use on endometrial cancer incidence. Schlesselman et al.[257] conducted a meta-analysis of 11 case-control studies. A significant duration trend was reported such that longer durations of use conferred greater protection against endometrial cancers (RR 0.44 for 4 years of use; RR 0.33 for 8 years of use; RR 0.28 for 12 years of use; p<0.0001). We found a similar trend but used a different analytic approach; direct comparisons are difficult to draw. This meta-analysis also reported on time since last use and found that the protective effect of OCs is diminished after they are discontinued but still persists even 20 years after cessation of use. We did not have sufficient studies to assess the effect of time since last use. Protective effect of OCs may vary with formulation. However, our results are similar to other studies conducted in the 1990s that may have included different formulations based on market availability. Our results—in combination with other evidence reviews—confirm that OCs confer a significant and lasting protective effect on the risk of endometrial cancers.

## Issues Related to Cancer Screening

Of the five cancers considered in this report, effective screening is available for three: breast, cervical, and colorectal cancers. Differential screening behaviors among OC users and nonusers may affect both incidence and mortality, depending on the cancer targeted by screening.

173

00803431

Exhibit 163                                                                                         JA-0002973

As previously discussed, there are no effective screening tests for ovarian cancer, and although screening is possible for endometrial cancer, screening is not recommended outside of certain high-risk groups. Thus, the observed decrease in incidence and mortality for both cancers cannot be related to screening. However, as shown in Table 41, there is potential for confounding by variations in screening behaviors for the other cancers. This may be particularly important in U.S.-based studies, where there is much greater variation in access to screening, and where reproductive health services, including contraceptive services, have traditionally been closely linked with preventive care. Breast cancer screening primarily detects early malignancies, rather than preinvasive disease. Screened women will have a higher incidence (particularly at younger ages), but lower mortality, since effective treatment is available for many of these early malignancies. This is similar to the pattern observed in OC users, suggesting that some of the effects may be related to differential screening.

Conversely, cervical and colorectal cancer screenings detect both premalignant lesions and early cancers, leading to both decreased incidence and mortality. The observed protective association between OC use and colorectal cancer is consistent with this effect. However, the increased incidence associated with cervical cancer is in the opposite direction from any potential screening bias.

**Table 41. Variation in screening behaviors by cancer type and potential confounding on incidence and mortality estimates**

| Cancer Type | Screening Detects | | Predicted Effect if OC Users More Likely To Be Screened | | Observed Effect in OC Users | |
|---|---|---|---|---|---|---|
| | Preinvasive Disease | Early Invasive Disease | Incidence | Mortality | Incidence | Mortality |
| Breast | No | Yes | Increased | Decreased | Increased | Uncertain |
| Cervical | Yes | Yes | Decreased | Decreased | Increased | Increased |
| Colorectal | Yes | Yes | Decreased | Decreased | Decreased | Uncertain |
| Endometrial | No screening | No screening | None | None | Decreased | Decreased |
| Ovarian | No screening | No screening | None | None | Decreased | Decreased |

OC = oral contraceptive

## Limitations

While we performed a comprehensive systematic review and evidence synthesis of the current research on OCs and breast, cervical, colorectal, and endometrial cancer, there are limitations to our approach and findings. First, as expected, we identified no randomized trials. Such studies are likely not feasible. Thus, we only included case-control, cohort, and pooled observational studies in our meta-analyses. Even the highest quality observational studies are susceptible to multiple forms of bias. The majority of studies in this review were rated good quality or fair quality as observational studies. Sensitivity analyses restricted to only good and fair studies found similar patterns of results.

Second, confounding is also another major limitation of observational studies. Again, most included studies adjusted for multiple likely sources of cofounding. When possible, we used the most adjusted point estimates in our meta-analyses. However, these covariates were not consistent between studies. Recall bias is also a common source of diminished quality in observational studies. Our findings were remarkably similar across case-control studies and cohort studies, which suggests a lack of evidence for recall bias of OC use across study types.

Third, we found significant heterogeneity across many of our comparisons. There are multiple potential sources of this heterogeneity. We included a diverse group of studies conducted across the world; differences in study populations and geographic variability in other

00803432

Exhibit 163

JA-0002974

risk factors not routinely assessed (e.g., access to health care) likely contributed to this heterogeneity. This may be particularly true for cancers such as breast, cervical, and colorectal where screening can affect both incidence and mortality, and where there may be associations between OC use and screening behaviors. Sensitivity analyses with only U.S.-based studies (or with patients from the United States) showed similar patterns to unrestricted analyses. Other potential sources of heterogeneity include change in patterns of OC use associated with delayed parity over the last 30 year, variable date of diagnosis, and change in OC formulations available on the market. While date limiting our review from 2000 forward likely diminished some of these sources of heterogeneity, this approach may not be adequate to control for these effects. Also, studies varied considerably in the type and specification of covariates across studies, which may be a likely source of heterogeneity.

Fourth, we found limited data on special populations. For breast cancer, we identified only three studies on the effect of OCs on women with family histories, only seven studies with BRCA1/2 carriers, and five studies related to subtypes of cancers. Studies with special populations for cervical, colorectal, and endometrial cancers were even more limited. Underlying risk factors related to family history or genetic mutation carrier status, tumor type, or health behaviors (e.g., smoking, obesity) may interact with OC use to attenuate or enhance effects. Thus, we are not able to make specific recommendations for specific populations.

Last, we date-limited our search to studies after 1999 in order to minimize the influence of older OC formulations that are no longer available on the U.S. market and increase generalizability for current clinical practice. However, study publication date is a gross estimate of OC formulation exposure since observational studies published after 1999 may still represent cohorts exposed to earlier formulations of OCs. It may have been preferable to limit studies on the basis of year of diagnosis than date of publication. However, many of our findings are consistent with other meta-analyses without date restrictions. This suggests that current OC formulations may have similar carcinogenic or protective effects compared with older formulations. However, given the long latent period between exposure and tumor development, recent publications may not fully assess the effect of formulations introduced in the past 20 years.

# Future Research

This comprehensive review of the literature on the risk of breast, cervical, colorectal, and endometrial cancers associated with OC use identified several gaps in the current state of the evidence that warrant future investigation. We detail these gaps below.

## Special Populations

Several subgroups deserve further attention. There are limited data on the effects of OCs on cancer risk in women at elevated risk due to behavioral risk factors such as smoking, heavy alcohol consumption, obesity, or physical inactivity. These factors are known to be associated with cancer development; therefore, behavioral risk factors may modify the association between OCs and cancers. Moreover, we found limited studies with women of known genetic predisposition. Either known gene mutations that predispose to cancer or a strong family history can increase women's chance of breast, endometrial and colon cancers. These subgroups deserve further study as to whether they have the same or different benefit from OC use. Also, cancer is not a homogeneous disease; thus, certain types of tumors may differently be affected by OC use. Futures studies should assess the effectiveness of OCs among cancer subtypes. While it is

00803433

Exhibit 163

JA-0002975

unlikely and unfeasible that large randomized trials on the effect of OC use will be conducted, long-term prospective studies of adequate size could be beneficial in disentangling the effects of OC and cancer among special populations.

## Interactions by Patterns of Use

Our findings demonstrate a statistically significant increase in breast cancer and a statistically significant decrease in colorectal and endometrial cancers for ever OC use versus never OC use. We found that duration of use conferred a different pattern of risks; however, we found limited support of a time-dependent relationship. These analyses were underpowered; we found significant heterogeneity. We also found limited data to assess a trend in time since last use, age at first use or age at last use. As the benefits and risks associated with OC use differ by pattern of use, more research is needed on the interaction of different patterns of use (e.g., duration by time since last use, age at initiation by duration) on the risk of breast, cervical, colorectal, and endometrial cancers in order to optimize the risks and benefits of OC use.

## Newer OC Formulations

Our analyses were based on more recently published data than previous evidence syntheses; however, we found similar estimates associated with ever use. This suggests that the lower dose OCs that would have been used more commonly by those women included in more recently published studies confer similar effects than higher dose OCs on the risk of breast, cervical, endometrial, and colorectal cancers. However, continued investigation is needed. The long lag time for cancer development, and the potential for significant discrepancy between dates in which cohorts were assembled relative to publication dates, make it difficult to assess if we were successful in limiting this review to more modern formulations of OCs than prior evidence syntheses. Thus, prospective studies with continued evaluation of effects by dose of OCs are warranted.

## Population-based Mortality Studies

We found relatively few population-based studies that assessed the risk of breast, cervical, colorectal, and endometrial cancer mortality associated with OC use. Future research should continue to assess this relationship. Findings from both incidence and mortality studies are needed to assess if associations are related to enhanced or obstructed cell proliferation or screening uptake and adherence among OC users.

## Patient-level Meta-analyses

Given the high levels of heterogeneity across comparisons, variability in measurement related to patterns of use, and limited data on special populations who may be differentially affected by the use of OCs, we acknowledge that a study-level meta-analysis may be inadequate to answer important questions in this area. Thus, patient-level meta-analysis may provide critical information to assess gaps related to interactions between patterns of use, effects by subpopulations, and specific estrogen and progestin formulations.

## Study Design and Reporting

One step that would facilitate future systematic reviews would be standardization of categories and descriptive statistics for reporting results. While categorization choices will vary

00803434

Exhibit 163

for individual studies, reporting of standardized results, perhaps as an appendix to the main analysis, would greatly improve the ability to combine published results in meta-analysis.

00803435

Exhibit 163

JA-0002977

# Section 4. Oral Contraceptives and Vascular Events

## Background

Oral contraceptives (OCs) are the most common form of birth control in the United States.[172] Over 10 million women aged 15 to 44 (17%) are current users of OCs, and 45 million women have used OCs at some time in their life ("ever users").

Since the 1960s, several life-threatening vascular events have been reported to be associated with OC use.[258] These include venous thromboembolic (VTE) disease (encompassing deep venous thrombosis [DVT] and pulmonary embolism [PE]), stroke, and myocardial infarction [MI]). Ischemic heart disease and stroke are the leading cause of death in the United States and worldwide, accounting for greater than 30 percent of all deaths.[259] Given the large number of women currently using OCs, an increased risk of such vascular events associated with OC use is an important public health issue.

Over the last several decades, formulations of OCs have drastically changed. Many formulations that were used by participants in earlier studies are no longer available. Most contemporary OCs contain lower doses of estrogen and new generations of progestins. Progestin-only OCs are also commonly prescribed. Women using progestin-only OCs, lower dose estrogen OCs, or OCs with newer progestins may experience modified risks of VTE, stroke, and MI compared with users of older OCs.[260,261] There are few studies focusing on the acute vascular risks associated with contemporary OC use. In addition, more information is needed to understand whether particular groups of women may be at heightened risk of VTE, stroke, or MI due to use of specific OC formulations or presence of thromboembolic risk factors.

In Section 4 of our systematic review and meta-analysis, we evaluate the association between contemporary OC use and the risks of developing VTE, stroke, or MI. We also investigate whether the risk of these acute vascular complications varies according to estrogen dose, progestin generation, or duration of OC use or among populations of women with elevated risk for thromboembolic events.

## Relevant Key Questions

The seven KQs developed for the entire systematic review are listed in Section 1 (refer to Figure 7 for a roadmap of this report). For Section 4, we performed a systematic review and meta-analysis on the part of KQ 5 that addresses the acute vascular events associated with OC use; namely, VTE, stroke, and MI.

**KQ 5:** What are the harms of OC use, including breast cancer incidence, cervical cancer incidence, venous thromboembolic disease, stroke, or myocardial infarction? How do these harms vary by dose or formulation, duration of use, or specific population?

178

00803436

Exhibit 163

JA-0002978

## Analytic Framework

Figure 32 shows the analytic framework that guided this section of the review.

**Figure 32. Analytic framework for OCs and vascular events**



KQ = Key Question; OC = oral contraceptive

# Methods

## Inclusion and Exclusion by PICOTS

Table 42 describes the PICOTS criteria that guided the literature search for this section of the review.

**Table 42. Summary of inclusion and exclusion criteria for OCs and vascular events**

| Study Characteristic | Inclusion Criteria | Exclusion Criteria |
|---|---|---|
| Population | • All KQs<br> o Women taking OCs for contraception or women taking OCs for primary prevention of ovarian cancer[a]<br> o Women who do not have a history of ovarian cancer and have not undergone bilateral oophorectomy | Nonhuman studies |
| Interventions | OC use (includes OC use for varying time periods and OC use with different formulations) | Study does not provide a description of at least one of the following:<br>(1) OC formulation(s) used<br>(2) length of OC use |

179

00803437

Exhibit 163

JA-0002979

**Table 42. Summary of inclusion and exclusion criteria for OCs and vascular events (continued)**

| Study Characteristic | Inclusion Criteria | Exclusion Criteria |
|---|---|---|
| Comparators | No use of combination or progestin-only OCs, including either no combination or progestin-only OCs (e.g., natural family planning, barrier methods, sterilization, intrauterine devices, injectable or implantable hormonal contraception) | Study does not include non-OC controls; i.e., an estimate of outcomes in women not using OCs (population estimates are acceptable) or a comparison between OC formulations |
| Outcomes | Study reports quantitative association between exposure to OCs and either incidence or disease-specific mortality for any of the following:<br>• Venous thromboembolic disease (including deep vein thrombosis or pulmonary embolus)<br>• Stroke<br>• Myocardial infarction | Study only reports outcomes related to assisted reproductive technologies or abortion |
| Timing | Studies of any duration | None |
| Setting | All settings | None |
| Study design | • Controlled studies (randomized trials, cohort studies, case-control studies), pooled patient-level meta-analyses, or systematic reviews and study-level meta-analyses[b]<br>• Study sample size ≥ 100 subjects for nonrandomized studies[c] | • Not a clinical study (e.g., editorial, nonsystematic review, letter to the editor)<br>• Exploratory study with inadequate sample size |
| Publications | • English-language only<br>• Peer-reviewed articles<br>• Study reports venous thromboembolic event, stroke, or myocardial infarction outcome of interest and was published on or after 01-Jan-1995[d] | Non-English articles[e] |

KQ = Key Question; OC = oral contraceptive

[a]If the purpose of OC use was unclear, it was assumed to be contraception.

[b]Systematic reviews and study-level meta-analyses were excluded from abstraction; those representing key sources were hand-searched as potential sources of additional material.

[c]Small nonrandomized studies <100 subjects were excluded as confidence intervals for outcomes of interest are generally quite wide if appropriate adjustment for confounding is performed, and variability in reporting of potential confounders makes meta-analysis problematic.

[d]Date ranges for acute vascular events associated with OC use were restricted to more recent years to reflect currently available formulations.

[e]Non-English articles were excluded (1) due to the high volume of literature available in English-language publications (including the majority of known important studies) and (2) due to concerns about the applicability of non-English publication studies to populations in the United States. The variability in OC formulations approved for use across countries increases the likelihood that non-English language studies would include OCs not available or not in use in the United States.

# Meta-Analytic Methods

To examine the effect of OCs on the risk of developing acute vascular complications, we analyzed the following relationships:

- Temporal relationships:
  - Current versus noncurrent OC use
  - Ever versus never OC use
  - Duration of current OC use
- OC formulation:
  - Estrogen dose (high versus low)

180

00803438

Exhibit 163

JA-0002980

        o  Progestin generation (first, second, third, and fourth generations)
- Special populations:
  - Blood-clotting disorders
  - Cardiovascular risk factors
  - Migraines

When study designs and outcomes reported were similar and the population in the study was broad (e.g., not Factor V Leiden carriers), we estimated pooled odds ratios with 95% confidence intervals (95% CIs) using a random-effects model. We evaluated heterogeneity visually and with the Cochran $Q$ statistic using a threshold p-value of less than 0.10. We stratified analyses by study type (case-control, cohort, pooled analyses). All meta-analyses were performed using Comprehensive Meta-Analysis Version 2 (Biostat; Englewood, NJ; 2005).[68]

Confidence intervals from the included study publications were entered into the Comprehensive Meta-Analysis (CMA) program. However, many of these confidence intervals had been rounded to a single decimal place. The CMA program checks the intervals for symmetry in the logarithmic scale. In certain cases, the rounded limits were not accepted by CMA. In such cases, we kept the point estimate as given but changed the confidence limits so that they were symmetric. This resulted in slight differences in the confidence intervals in the forest plots when compared with the study publications.

Results were discussed qualitatively when study numbers were insufficient for meta-analysis, when confidence intervals around measures of association were not reported or could not be calculated, or when a study included a special population that is not likely to be representative of the general population of reproductive age women.

## Pooled Analyses

We included pooled analyses in our meta-analyses if all three of the following conditions were met:
- None of the individual studies included in the pooled analysis had already been included for meta-analysis.
- At least half of the studies in the pooled analysis were published on or after January 1, 1995.
- Data in the pooled analyses were presented such that their inclusion in the current meta-analysis was feasible.

## Temporal Relationships

### Current OC Use

For prior sections of this report, the primary exposure to OCs was defined as ever use compared with never use of OCs. While the exact mechanisms responsible for the increased risk of VTE, stroke, or MI among OC users are unknown, there is evidence that the risk is increased in *current users* of OCs, with past users demonstrating either no risk or lower risk than current users of OCs.[262-265] Indeed, the majority of studies identified for these outcomes defined the primary exposure as current versus noncurrent OC use. Therefore, for Section 4, we defined the primary exposure as current use of OCs. Current use is defined as use within the year preceding the diagnosis of each outcome. The referent category was noncurrent use of OCs, which can consist of never users, former users, or both.

181

00803439

Exhibit 163

JA-0002981

**Ever OC Use**

As noted above, our primary exposure was defined as current use (use within 1 year preceding diagnosis) rather than ever use as defined in the other sections.

**Duration of OC Use**

We were unable to perform meta-analyses for any of the outcomes of interest in relation to duration of OC use because there were too few studies to power the analysis. In order to have adequate power in the analysis, 20 or more studies would be needed for a particular outcome. The results of our included studies are therefore discussed qualitatively.

## OC Formulation

All current OC formulations contain ethinyl estradiol, but the dose of this estrogen varies and may modify the risk of vascular events. We divided OC formulations by high-dose estrogen (assumed to be $\geq$50 mcg ethinyl estradiol) and low-dose estrogen (assumed to be <50mcg ethinyl estradiol). For estrogen dose formulation analyses, we included studies that compared the risks of developing VTE, stroke, or MI among current OC users by low versus high estrogen dose.

OC formulations were also categorized according to generation of progestin. Originally, progestins used in OCs were developed for their antigonadotropin effects leading to contraception. The resulting progestins also had effects on other steroid receptors including estrogen receptors, androgen receptors, glucocorticoid receptors, and mineralocorticoid receptors. Each progestin may increase or decrease the activity of these receptors, leading to various symptom profiles (acne, water retention, etc.). Newer progestins have been developed with a goal of not only preventing conception but also offering the best side effect profile: lighter bleeding, less acne, no bloating. Progestins have been classified in generations according to their appearance in the market and not on their chemical structure or interactions.[266] For the purpose of our analyses, first-generation progestins include norethindrone and ethynodiol diacetate; second-generation include levonorgestrel and norgestrel; third-generation include gestodene, desogestrel, and norgestimate; and fourth-generation include drospirenone, dienogest, and cytoproterone acetate. When an odds ratio was presented for a specific OC formulation, we included that odds ratio categorized by the generation of the progestin used.

# Results

This section presents results of our detailed analysis of the relationship between OCs and acute vascular events, which include VTE (DVT and PE), stroke, and MI. Of note, no randomized controlled studies were identified for any of the outcomes of interest; therefore, the analyses are based on observational studies.

## OC Use and Venous Thromboembolism Incidence

We identified 33 studies that evaluated the association between OC use and the incidence of VTE.[181,260-264,267-313] Of these studies, 20 were case-control studies and 14 were cohort studies; 10 studies were rated good quality, 21 fair quality, and 3 poor quality. Twenty-five studies assembled patient groups that were fully or partially based in Europe or the UK; only 7 included patients from the United States (Table 43).

00803440

Exhibit 163

JA-0002982

**Table 43. Study characteristics and association between OC use and venous thromboembolism incidence**

| Study[a] | Study Details | OR | 95% CI | Covariates | Region | Study Quality | Meta-Analysis Code[b] |
|---|---|---|---|---|---|---|---|
| | | | *Case-Control* | | | | |
| Anonymous, 1995[181] Anonymous, 1995[268] Anonymous, 1998[267] | **Women aged 20–44 yr in WHO Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception** <u>Cases</u>: 372 VTE, hospital <u>Controls</u>: 460 no VTE, hospital  Recruitment period: 1990–1994 | 4.1 | 3.2 to 5.2 | BMI, smoking, alcohol consumption, varicose veins, hypertension in pregnancy | Africa, Asia, Europe, Latin America | Good | 1 |
| Bloemenkamp, 1995[260] Bloemenkamp 2000[302] | **Consecutive women aged 15–49 yr with a first episode of proven DVT** <u>Cases</u>: 126 DVT, anticoagulation clinics <u>Controls</u>: 159 no DVT, source NR  Recruitment period: 1988–1992 | NR | NR | NA | Netherlands | Fair | 2 |
| Andersen, 1998[269] | **Women aged 18–49 yr in regional discharge summaries from 10 hospitals** *First- and second-generation users* <u>Cases</u>: 24 VTE (including PE), hospital <u>Controls</u>: 134 no VTE, blood donors  *Third-generation users* <u>Cases</u>: 16 VTE (including PE), hospital <u>Controls</u>: 134 no VTE, blood donors  Recruitment period: 1997–NR | 5.2   48.6 | 1.6 to 16.4   5.6 to 423.0 | Parity, BMI, Smoking | Denmark | Fair | 1 |
| Lidegaard, 1998[270] | **Women aged 15–44 yr in all hospitals in Denmark** <u>Cases</u>: 375 VTE, hospital registry <u>Controls</u>: 1041 no VTE, source NR  Recruitment period: 1980–1993 | NR | NR | NA | Denmark | Fair | 2 |
| Bloemenkamp, 1999[271] | **Women aged 15–49 yr in medical centers in Amsterdam** <u>Cases</u>: 185 VTE, hospital <u>Controls</u>: 591 no VTE, hospital  Recruitment period: 1982–1995 | 3.9 | 2.6 to 5.7 | Age, family history, center, calendar time | Netherlands | Good | 1 |

00803441

Exhibit 163

JA-0002983

Table 43. Study characteristics and association between OC use and venous thromboembolism incidence (continued)

| Study[a] | Study Details | OR | 95% CI | Covariates | Region | Study Quality | Meta-Analysis Code[b] |
|---|---|---|---|---|---|---|---|
| | *Case-Control (continued)* | | | | | | |
| Lewis, 1999[281] Heinemann, 1999[272] Suissa, 1997[273] Suissa, 2000[274] | **Women aged 16–44 yr in Transnational Study on Oral Contraceptives and the Health of Young Women** Cases: 505 VTE, hospital Controls: 2270 no MI, thromboembolic CVA, or VTE, hospital and community Recruitment period: 1993–1996 | 2.90 | 2.06 to 4.09 | Age, BMI, smoking, alcohol use, duration of use by generation, duration of previous use by generation, switching by generation | Austria, France, Germany, Switzerland, UK | Fair | 1 |
| Todd, 1999[299] | **Women aged 15–49 in the UK MediPlus database** Cases: 106, idiopathic VTE, registry Controls: 569, no VTE, registry Recruitment period: 1992–1997 | NR | NR | NA | UK | Fair | 2 |
| Jick, 2000[296] | **Women aged 15–39 yr taking third-generation OCs or OCs with levonorgestrel** Cases: 99, VTE, registry Controls: 366, no VTE, registry Recruitment period: 1993–1999 | NR | NR | NA | UK | Good | 2 |
| Spannagl, 2000[275] | **Women aged 15–49 yr in population-based cohort study** Cases: 80 VTE including PE, from cohort study Controls: 406 no VTE or PE, from cohort study Recruitment period: 1995–1997 | 3.0 | 1.8 to 5.0 | BMI, varicose veins, family history of VTE | Germany | Poor | 1 |
| Lidegaard, 2002[276] | **Women aged 15–44 in national patient registry** Cases: 987 VTE including PE, registry Controls: 4054 Recruitment period: 1994–1998 | NR | NR | NA | Denmark | Good | 2 |

00803442

Exhibit 163

JA-0002984

Table 43. Study characteristics and association between OC use and venous thromboembolism incidence (continued)

| Study[a] | Study Details | OR | 95% CI | Covariates | Region | Study Quality | Meta-Analysis Code[b] |
|---|---|---|---|---|---|---|---|
| *Case-Control (continued)* | | | | | | | |
| Legnani, 2002[277] | **Women aged 15–68 with specific genetic mutations**<br>Cases: 301 VTE including PE, hospital<br>Controls: 650, population<br><br>Recruitment period: 1994–2000 | NR | NR | NA | Italy | Fair | 2 |
| Legnani, 2004[278] | **Women aged 15–68 yr with specific genetic mutations**<br>Cases: 195 VTE including PE, hospital<br>Controls: 488, population<br><br>Recruitment period: 1994–2000 | NR | NR | NA | Italy | Fair | 2 |
| Sidney, 2004[262] | **Members of California Kaiser Permanente Medical Care Program aged 18–44 yr**<br>Cases: 196 VTE hospital and administrative records<br>Controls: 746, hospital and administrative records<br><br>Recruitment period: 1998–2000 | 2.99 | 1.86 to 4.81 | Age | U.S. | Good | 1 |
| Jick, 2006[298] | **Women aged 15–39 yr in the PharMetrics database who were prescribed OCs containing norgestimate, desogestrel, or levonorgestrel**<br>Cases: 281 VTE including PE, registry<br>Controls: 1055, registry<br><br>Recruitment period: 2000–2005 | NR | NR | NA | U.S. | Fair | 2 |

00803443

Exhibit 163

JA-0002985

**Table 43. Study characteristics and association between OC use and venous thromboembolism incidence (continued)**

| Study[a] | Study Details | OR | 95% CI | Covariates | Region | Study Quality | Meta-Analysis Code[b] |
|---|---|---|---|---|---|---|---|
| | *Case-Control (continued)* | | | | | | |
| Huerta, 2007[264] Farmer, 2000[279] | Women aged 20–79 yr in UK General Practice Research Database *VTE* Cases: 197 VTE, registry Controls: 788, no VTE, registry *DVT* Cases: 122 DVT, registry Controls: 788, no DVT, registry *PE* Cases: 75 PE, registry Controls: 788 no PE, registry Recruitment period: 1994–NR | 1.85  2.05[c]  1.56[c] | 1.38 to 2.48  1.46 to 2.89  1.04 to 2.35 | Age, BMI, smoking, calendar year, cancer, fractures in last month, surgery in last 6 mo, use of warfarin sodium, visits to family physician in last yr | UK | Good | 1 |
| Austin, 2009[280] | African-American women aged 18–49 yr Cases: 60 DVT or PE, hospital Controls: 196 no DVT or PE, outpatients Recruitment period: NR | 2.8 | 1.4 to 5.7 | Age | U.S. | Fair | 1 |
| Van Hylckama Vlieg, 2009[281] | Women <50 yr in anticoagulation clinics MEGA study Cases: 1524 DVT or PE, anticoagulation clinic Controls: 1760 no DVT or PE, partners of cases Recruitment period: 1999–2004 | 4.39[d] | 3.87 to 5.09 | Age, period of inclusion | Netherlands | Good | 1 |
| Barsoum, 2010[282] | Rochester Epidemiology Project, age NR Cases: 726 VTE, registry Controls: 830 no VTE, registry Recruitment period: 1988–2000 | 4.03 | 1.83 to 8.89 | BMI, "previously identified risk factors" | U.S. | Good | 1 |

00803444

Exhibit 163

JA-0002986

**Table 43. Study characteristics and association between OC use and venous thromboembolism incidence (continued)**

| Study[a] | Study Details | OR | 95% CI | Covariates | Region | Study Quality | Meta-Analysis Code[b] |
|---|---|---|---|---|---|---|---|
| *Case-Control (continued)* | | | | | | | |
| Dinger, 2010[283] | **Women aged 15–49 in survey of primary care and specialty physicians**<br>Cases: 680 DVT or PE, outpatients<br>Controls: 2720 no DVT or PE, outpatients<br><br>Recruitment period: 2002–2008 | 2.4 | 1.8 to 3.2 | Parity, BMI, family history, smoking, personal history of VTE, duration of OC use, education, chronic disease, concomitant medication | Germany | Fair | 1 |
| Heinemann, 2010[284] | **Women aged 15–49 yr in survey of physicians, and registry**<br>Cases: 434 DVT or PE, outpatients and registry<br>Controls: 1920 no DVT or PE, community<br><br>Recruitment period: 2002–2006 | NR | NR | NA | Austria | Good | 2 |
| Jick, 2011[312] | **Women aged 15–44 yr in the PharMetrics database in the U.S.**<br>Cases: 186 OC users with VTE, registry<br>Controls: 681 OC users and no VTE, registry<br><br>Recruitment period: After 2001 | NR | NR | NA | U.S. | Fair | 2 |
| Parkin, 2011[300] | **Women aged 15-44 yr in UK General Practice Research Database**<br>Cases: 61 VTE, registry<br>Controls: 215 no VTE, registry<br><br>Recruitment period: 2002–2009 | NR | NR | NA | UK | Fair | 2 |

00803445

Exhibit 163

JA-0002987

**Table 43. Study characteristics and association between OC use and venous thromboembolism incidence (continued)**

| Study[a] | Study Details | OR | 95% CI | Covariates | Region | Study Quality | Meta-Analysis Code[b] |
|---|---|---|---|---|---|---|---|
| *Cohort* | | | | | | | |
| Farmer, 1995[285] | **Women aged 14–45 registered with participating general practices in the UK** <br> Exposed: 111,449 person-years <br> Unexposed: 542,906 person-years <br><br> Recruitment period: 1990–1991 | NR | NR | NA | UK | Fair | 2 |
| Grodstein, 1996[286] | **Women ≥30 yr in Nurses' Health Study** <br> Exposed: 731,326 person-years <br> Unexposed: 829,240 person-years <br><br> Recruitment period: 1976–1992 | 2.2 | 0.8 to 5.9 | Age, parity, BMI, smoking, postmenopausal hormone use, diabetes, high blood pressure, high cholesterol, time period | U.S. | Fair | 1 |
| Farmer, 1997[287] | **Women aged 15–49 in General Practice Research Database** <br> Exposed: 234,899 <br> Unexposed: NR (database includes ~1.1 million women) <br><br> Recruitment period: 1992–1997 | NR | NR | NA | UK | Fair | 2 |
| Hannaford, 1998[288] | **Royal College of General Practitioners' (RCGP) Oral Contraception Study** <br> *DVT* <br> Exposed: 335,181 person-years <br> Unexposed: 228,727 person-years <br><br> *PE* <br> Exposed: 335,181 person-years <br> Unexposed: 228,727 person-years <br><br> Mean age at study entry: 49 <br> Recruitment period: 1968–NR | 1.6 <br><br><br> 1.56 | 1.25 to 2.04 <br><br><br> 1.14 to 2.14 | Age, parity, smoking, social class | UK | Poor | 1 |

00803446

Exhibit 163

JA-0002988

**Table 43. Study characteristics and association between OC use and venous thromboembolism incidence (continued)**

| Study[a] | Study Details | OR | 95% CI | Covariates | Region | Study Quality | Meta-Analysis Code[b] |
|---|---|---|---|---|---|---|---|
| *Cohort (continued)* | | | | | | | |
| Herings, 1999[301] | **Women aged 15-49 yr in eight Dutch cities** <br> Exposed to 3rd generation progestins: 29,986 person-years <br> Exposed to 2nd generation progestins: 24,953 person-years <br><br> Recruitment period: 1986–1995 | NR | NR | NA | Denmark | Fair | 2 |
| Conard, 2004[289] | **Women aged 15–50 yr in Hemostasis and Thrombosis Unit** <br> Exposed: 102 <br> Unexposed: 102 <br><br> Recruitment period:1992–1997 | 0.8 | 0.2 to 3.9 | Age, BMI, thrombophilia | France | Fair | 4 |
| Samuelsson, 2004[290] | **Women aged 15–44 yr in hospital in Jamtland** <br> Exposed: 43 <br> Unexposed: 32 <br><br> Recruitment period: 1991–2000 | NR | NR | NA | Sweden | Fair | 2 |
| Dinger, 2007[297] | **Women in the EURAS study** <br> Exposed: 16,534 prescribed DRSP-containing OCs <br> Unexposed: 26,341 prescribed other OCs <br><br> Recruitment period: 2000–2004 | NR | NR | NA | Austria, Belgium, Denmark, France, Germany, Netherlands, UK | Good | 3 |
| Seeger, 2007[291] | **Women aged 10–59 yr in health insurance database** <br> Exposed: 22,429 <br> Unexposed: 4858 <br><br> Recruitment period: 2001–2004 | NR | NR | NA | U.S. | Fair | 2 |
| van Vlijmen, 2007[292] | **Women aged 15–50 yr in specialty clinic** <br> Exposed: 135 <br> Unexposed: 87 <br><br> Recruitment period: NR | 9.7 | 3.0 to 42.4 | Clustering of women within families | Netherlands | Fair | 4 |

00803447

Exhibit 163

JA-0002989

**Table 43. Study characteristics and association between OC use and venous thromboembolism incidence (continued)**

| Study[a] | Study Details | OR | 95% CI | Covariates | Region | Study Quality | Meta-Analysis Code[b] |
|---|---|---|---|---|---|---|---|
| *Cohort (continued)* | | | | | | | |
| Gronich, 2011[311] | **Women aged 12–50 yr in a health care plan in Israel**<br>Exposed: 431,223 use episodes. Total of 819,749 woman-years of followup<br><br>Recruitment period: 2002–2008 | NR | NR | NA | Israel | Fair | 2 |
| Lidegaard, 2011[293] | **Women aged 15–49 yr in national registries**<br>Exposed: 2,821,686 person-years<br>Unexposed: 4,960,730 person-years<br><br>Recruitment period: 1995–2005 | 2.83 | 2.65 to 3.01 | NA<br>Age, calendar year, education level | Denmark | Fair | 1, 2 |
| Le Gal, 2010[294] | **Women >18 yr in 12 thrombosis clinics**<br>Exposed: 49<br>Unexposed: 247<br><br>Recruitment period: 2001–2006 | 0.6 | 0.1 to 2.8 | Age | U.S., Canada, France, Switzerland | Fair | 4 |
| van Vlijmen, 2011[295] | **Female relatives from 4 family cohorts (first-degree relatives of consecutive patients with VTE or premature atherosclerosis)**<br>Exposed: 571<br>Unexposed: 227<br><br>Recruitment period: 1995–2004 | 2.1 | 1.1 to 4.1 | Pregnancy and clotting defects | Netherlands | Fair | 4 |

BMI = body mass index; CI = confidence interval; DRSP = drospirenone; DVT = deep venous thrombosis; mo = month/months; NA = not applicable; NR = not reported; OC = oral contraceptive; OR = odds ratio; PE = pulmonary embolism; UK = United Kingdom; U.S. = United States; VTE = venous thromboembolism; WHO = World Health Organization; yr=year/years

[a]Study identifies the primary abstracted article. For details about the relationships between companion studies and articles, refer to Tables C-1 and C-2 in Appendix C.
[b]Meta-analysis code: 1 = Included in this meta-analysis of current versus noncurrent OC use; 2 = Excluded due to current versus noncurrent OR not reported or not calculable; 3 = Excluded due to progesterone-only OC use; 4 = Excluded due to family history of VTE or thrombophilia.
[c]This odds ratio is not included in the meta-analysis because it represents a subset of the total VTE population (OR=1.85).
[d]Calculated by pooling the ORs of individual subgroups.

00803448

Exhibit 163

JA-0002990

## Current Versus Noncurrent OC Use

Fourteen studies[261-264,268,269,271,275,280-283,286,288] were included in this meta-analysis examining the effect of current versus noncurrent OC use on VTE incidence. Of these, 11 were case-control studies representing a combined 4565 cases and 10,901 controls; and 3 were cohort studies representing 3,888,193 exposed person-years and 6,018,697 unexposed person-years. Six studies were rated good quality, 6 fair quality, and two poor quality (Table 43). Only four studies in this meta-analysis included patients from the United States.[262,280,282,286]

In addition to the 14 studies included in the meta-analysis, a recently published, good-quality study[293] reported relative risks of VTE associated with several different progestin formulations compared with no OC use. The data from this important study were not included in the meta-analysis so as not to inappropriately pool odds ratios with adjusted relative risks, with the latter calculated based on person-years of exposure. This study also included patients from an earlier publication by Lidegaard et al.[263] Data from the earlier study are included in the meta-analysis. The study by Andersen et al.[269] contributed two ratio measures because the risk was only reported separately by progestin generation. The VTE outcome included PE and DVT in the majority of studies. One study[286] included only PE cases. The comparison groups for noncurrent OC users was (1) never users in six studies, (2) former and never users in seven studies, and (3) unspecified in one study.

Abstracted data not included in this meta-analysis are specified (with rationale) in Table 43. Reasons for exclusion from this analysis included the following: no reporting of odds ratios for current versus noncurrent OC users;[260,277,278,284,285,287,290,291,296,298-301,311,312] family history of VTE or thrombophilia in control group and cases;[289,292,294,295] and only including progesterone only OCs.[297]

Figure 33 shows the random-effects meta-analysis of the 14 studies. The result is an estimated odds ratio of 2.97 (95% CI, 2.46 to 3.59), demonstrating a significant increase in VTE risk with current OC use. There was significant heterogeneity, with a Q-value of 82.207 for 14 degrees of freedom, p<0.001.

191

00803449

Exhibit 163

**Figure 33. Forest plot for current versus noncurrent OC use and the risk of VTE**

| Study | Odds ratio | Lower limit | Upper limit | Odds ratio and 95% CI |
|---|---|---|---|---|
| WHO Collab., 1995 | 4.100 | 3.216 | 5.226 | |
| Grodstein, 1996 | 2.200 | 0.810 | 5.975 | |
| Andersen, 1998 | 5.200 | 1.624 | 16.648 | |
| Andersen 2, 1998 | 48.600 | 5.592 | 422.389 | |
| Hannaford, 1998 | 1.600 | 1.252 | 2.044 | |
| Bloemenkamp, 1999 | 3.900 | 2.634 | 5.775 | |
| Lewis, 1999 | 2.900 | 2.058 | 4.086 | |
| Spannagl, 2000 | 3.000 | 1.800 | 5.000 | |
| Sidney, 2004 | 2.990 | 1.859 | 4.808 | |
| Huerta, 2007 | 1.850 | 1.380 | 2.480 | |
| Austin, 2009 | 2.800 | 1.388 | 5.650 | |
| van Hylckama, 2009 | 4.388 | 3.784 | 5.089 | |
| Lidegaard, 2009 | 2.830 | 2.655 | 3.016 | |
| Barsoum, 2010 | 4.030 | 1.828 | 8.882 | |
| Dinger, 2010 | 2.400 | 1.800 | 3.200 | |
| | 2.970 | 2.456 | 3.591 | |

Favors OC        Favors No OC

CI = confidence interval; OC = oral contraceptive

Note: the study by Andersen (1998) contributed two ratio estimates because the risk was reported separately by progestin generation.

## Sensitivity Analyses

We performed sensitivity analyses by excluding studies that did not include patients from the United States. The odds ratio for the remaining four studies was essentially unchanged from the larger analysis (OR, 3.00; 95% CI, 2.15 to 4.19). A second sensitivity analysis excluded the two poor-quality studies and resulted in a similar OR of 3.17 (95% CI, 2.62 to 3.83).

## Ever Versus Never OC Use

One cohort study[288] examined the effect of ever versus never OC use on the risk of VTE. The risks of DVT and PE were significantly increased in ever versus never users with a risk ratio of 1.56 (95% CI, 1.14 to 2.14) for PE and 1.66 (95% CI, 1.25 to 2.04) for PE. However, these "ever users" included current and past users.

Three studies represented in the current versus noncurrent meta-analysis[262-264] stratified ever users by current and former users to examine whether current versus ever use conferred different risk for VTE. In all three studies, the odds of developing VTE were significantly increased among current users. However, one case-control study[262] found no difference in the odds of VTE

192

00803450

Exhibit 163                                    JA-0002992

for ever versus never users (OR, 1.25; 95% CI, 0.78 to 2.01) and no difference in the odds of VTE for former versus never users (OR, 0.73; 95% CI, 0.44 to 1.21). A second case-control study[264] found only slightly increased odds of PE for former versus never users (OR 1.27; 95% CI, 1.08 to 1.49) but no difference in the odds of DVT (OR 1.14; 95% CI, 0.98 to 1.34). The cohort study[263] found no increased odds of VTE among former versus never users (OR 1.08; 95% CI, 0.98 to1.18). We did not conduct a meta-analysis of ever versus never OC use because of the high heterogeneity of the studies and the low clinical relevance of the question.

## PE Incidence Among OC Users

Most studies included PE in the definition of VTE. Three studies, however, examined the relationship between OC use and the incidence of PE separately from DVT. Two studies looked at the risk among current users. The third looked at the risk among ever versus never users. There were not enough data for a meta-analysis. One good-quality case-control study[264] evaluated the odds of developing PE, DVT, or both PE and DVT among current versus noncurrent OC users. The adjusted odds ratios were similar for all comparisons. For DVT, the odds ratio was 2.05 (95% CI, 1.46 to 2.89); for PE, odds ratio was 1.56 (95% CI, 1.04 to 2.35); and for both DVT and PE, 1.85 (95% CI, 1.38 to 2.48). A fair-quality cohort study[286] that evaluated the risk of PE for current or former OC users demonstrated a trend toward increased risk among current users, but the confidence intervals were not significant, with a risk ratio of 2.2 (95% CI, 0.8 to 5.9). For former OC users, the odds ratio was 0.8 (95% CI, 0.5 to 1.2). A poor-quality cohort study[288] evaluated the risk of PE among ever versus never users and found a risk ratio of 1.56 (95% CI, 1.14 to 2.14) and a similar risk ratio of 1.60 for DVT alone (95% CI, 1.25 to 2.04). Ever users included current and former users of OCs.

## Duration of OC Use

Two fair-quality cohort studies[263,292] and four case-control studies (3 good quality and 1 fair)[262,276,296,302] evaluated the relationship between duration of OC use and risk of VTE. Related data from articles considered part of one study grouping[263,276] are represented in both the case-control and cohort categories due to a relationship between the represented patient populations. There were not enough data for a meta-analysis of the risk of VTE among current OC users by duration of use because of the varying time periods of duration of OC use reported in these 5 studies.

In a European case-control study,[302] women using OCs for 6 months or less had an increased odds of VTE compared with longer users (OR, 3.0; 95% CI, 0.6 to 14.8); however, the vast majority of VTEs (97 of 109) occurred in women using OCs for more than a year. In a second European case-control study,[276] current OC users of more than 1 year had 0.5 times the odds of developing VTE compared with users of less than 1 year. In a good-quality case-control study from the United States,[262] the odds of VTE among current versus noncurrent users was 5.43 (95% CI, 2.12 to 13.94) for use less than 1 year. For women using OCs for 1 to 5 years, the odds were similar at 5.73 (95% CI, 2.98 to 10.99) and were lower for those using OCs for greater than 5 years at 3.12 (95% CI, 1.99 to 4.88). In a European cohort study,[263] the rate ratio (RR) of VTE for current users was higher among women who had used for less than 1 year (RR, 4.17; 95% CI, 3.73 to 4.66) than for those who used OCs 1 to 4 years (RR, 2.98; 95% CI, 2.73 to 3.26) or greater than 4 years (RR, 2.76; 95% CI, 2.53 to 3.02). In a fair-quality case-control study from Europe,[296] the odds of VTE was higher among users of all types of OCs during the first 6 months versus 7 months or more of use (OR, 3.8; 95% CI, 1.8 to 9.0).

00803451

Exhibit 163                                                                                                    JA-0002993

## OC Formulation

### Estrogen Dose

Three studies[260,271,276,293] evaluated the relationship between high estrogen (≥50 mcg) and low estrogen (<50 mcg) OCs on the risk of VTE (Table 44). Of these, two were case-control studies representing 1298 cases and 4804 controls and one cohort study representing 7,782,416 person-years. One study was rated good quality and two fair quality.

**Table 44. Data for risk of VTE on low-dose versus high-dose estrogen**

| Study[a] | Formulation | OR or RR | 95% CI | Notes |
|---|---|---|---|---|
| | *Low-Dose EE vs. Noncurrent Use* | | | |
| Bloemenkamp, 1995[260] | EE 30 mcg and desogestrel<br>EE 30 mcg and levonorgestrel<br>EE 35 mcg and noresthisterone or lynestrenol | 8.7<br>3.8<br>3.8 | 3.9 to 19.3<br>1.7 to 8.4<br>1.2 to 12.5 | Premenopausal women |
| Bloemenkamp, 1999[271] | EE 30 mcg and levonorgestrel<br>EE 30 mcg and desogestrel<br>EE 30 mcg and gestodene<br>EE 20 mcg and desogestrel | 3.7<br>4.9<br>5.2<br>24.7 | 1.9 to 7.2<br>2.5 to 9.4<br>1.3 to 20.6<br>2.8 to 213.5 | |
| Lidegaard, 2002[276] | 30-40 EE<br>20 EE | 3.4<br>4.3 | 2.4 to 7.1<br>2.8 to 4.2 | <1 year vs nonuse (never + former) |
| Lidegaard, 2011[293] | EE 30-40 mcg and norethisterone<br>EE 30-40 mcg and phasic levonorgestrel<br>EE 30-40 mcg and levonorgestrel<br>EE 30-40 mcg and norgestimate<br>EE 30-40 mcg and desogestrel<br>EE 30-40 mcg and gestodene<br>EE 30-40 mcg and drospirenone<br>EE 30-40 mcg and cyproterone<br>EE 20 mcg and desogestrel<br>EE 20 mcg and gestodene<br>EE 20 mcg and drospirenone | 1.57<br>2.28<br><br>2.19<br>2.56<br>4.21<br>4.23<br>4.47<br>4.10<br>3.26<br>3.50<br>4.84 | 0.84 to 2.92<br>1.85 to 2.83<br><br>1.74 to 2.75<br>2.18 to 3.01<br>3.63 to 4.87<br>3.87 to 4.63<br>3.91 to 5.11<br>3.37 to 4.99<br>2.88 to 3.69<br>3.09 to 3.97<br>3.19 to 7.33 | Adjusted relative risk |
| | *High-dose EE vs. Noncurrent Use* | | | |
| Bloemenkamp, 1995[260] | EE 50 mcg and levonorgestrel or lynestrenol | 3.4 | 1.1 to 10.7 | Premenopausal women |
| Bloemenkamp, 1999[271] | EE 50 mcg and lynestrenol or levonorgestrel or noresthisterone | 8.7 | 2.9 to 25.8 | |
| Lidegaard, 2002[276] | 50 EE | 4.2 | 2.4 to 7.1 | <1 year vs nonuse (never + former) |
| Lidegaard, 2011[293] | EE 50 mcg and norethisterone<br>EE 50 mcg and levonorgestrel | 5.66<br>3.54 | 3.12 to 10.3<br>2.48 to 5.05 | Adjusted relative risk |

CI = confidence interval; EE = ethinyl estradiol; OR = odds ratio; RR = relative risk
[a]Study identifies the primary abstracted article. For details about the relationships between companion studies and articles, refer to Tables C-1 and C-2 in Appendix C.

00803452

Exhibit 163

JA-0002994

Table 45 lists the odds ratios for the meta-analysis of estrogen dose level. The cohort study[293] was not included in the meta-analysis due to the inability to calculate an odds ratio for the data. The results show no differences in the incidence of VTE by estrogen dose level. A formal test for difference gives a p-value of 0.7974. There was no significant heterogeneity. The estimated value of $\sigma$ is 0.0.

**Table 45. Estimated odds ratio by estrogen-dose level (VTE incidence)**

| Estrogen Dose | Odds Ratio (95% Confidence Interval) |
|---|---|
| Low | 3.39 (2.32 to 4.96) |
| High | 3.06 (1.32 to 7.10) |

However, in the study by Lidegaard et al.,[293] which was not included in this meta-analysis, the first-generation progestin norethisterone in combination with 50 mcg of ethinyl estradiol was associated with a higher risk (RR 5.66; 95% CI, 3.12 to 10.3) than all of the other formulations studied, including norethisterone in combination with 30 to 40 mcg of ethinyl estradiol (RR 1.57; CI, 0.84 to 2.92) and norethisterone without estrogen (RR 0.56; CI, 0.29 to 1.07). These findings suggest that an increase in the ethinyl estradiol dose in combination with norethisterone from 30–40 mcg to 50 mcg may be associated with a more than doubling of risk of VTE. Notably, there was not as large an increase in VTE risk associated with high-dose versus low-dose estrogen in combination with levonorgestrel (RR 3.54 with high-dose and RR 2.19 with low-dose, overlapping confidence intervals).

We were unable to conduct a meta-analysis for the odds of VTE among progestin-only OC users (i.e., pills containing no estrogen); however, several studies addressed this question. A European case-control study[276] found a nonsignificant increase in the odds of VTE (OR 2.0; 95% CI, 0.8 to 5.1) for progestin-only OC users compared with nonusers. This same group of investigators[293] subsequently reported data from a large cohort of women in Denmark that demonstrated a nonsignificant decrease in the relative risk of VTE for progestin-only OC users compared with nonusers (RR for norethisterone 0.56; CI, 0.29 to 1.07 and RR for desogestrel 0.64; CI, 0.29 to 1.42). A multinational case-control study[272] also found no difference in the odds of VTE (OR 0.68; CI, 0.28 to 1.66) among current users of progestin-only OCs versus nonusers.

## Progestin Generation

As discussed previously, for the purpose of our analyses, first-generation progestins include norethindrone and ethynodiol diacetate; second-generation include levonorgestrel and norgestrel; third-generation include gestodene, desogestrel, and norgestimate; and fourth-generation include drospirenone, dienogest, and cyptoproterone acetate. Six case-control studies representing 4257 cases and 11,791 controls[181,261,270,273,276,280,281,284] were included in this meta-analysis examining the effect on VTE incidence of varying progestin generations in current users of combination OCs.

Four studies were rated good quality and three fair quality. Only one study[280] included patients from the United States. Table 46 lists the included studies, generation of progesterone studied, and odds ratios. An additional large cohort study representing 8,010,290 person-years[293] reported relative risks of VTE associated with several different progestin generations. The findings from this study are summarized in Table 46 but could not be included in the meta-analysis because odds ratios were not reported.

195

Exhibit 163

JA-0002995

**Table 46. Data for outcomes on progestin generation (VTE incidence)**

| Study[a] | Formulation[b]<br>(Vs. Noncurrent OC Use) | OR | 95% CI | Notes |
|---|---|---|---|---|
| *First Generation* | | | | |
| Anonymous, 1995[181] | First generation/ EE < 50 mcg<br>First generation/EE $\geq$ 50 mcg | 3.37<br>4.05 | 1.44 to 7.93<br>1.92 to 8.54 | Europe only<br>(developing countries<br>excluded) |
| Lidegaard, 1998[270] | First generation | 1.8 | 0.9 to 3.6 | VTE (PE + DVT) |
| Lewis, 1999[261] | First generation | 8.48 | 3.03 to 23.86 | |
| Lidegaard, 2002[276] | <1 year of use first generation | 4.1 | 2.4 to 7.1 | |
| Austin, 2009[280] | First generation | 4.1 | 1.1 to 14.9 | African-American<br>women |
| Van Hylckama Vlieg, 2009[281] | Lynestrenol<br>Noresthisterone | 5.6<br>3.9 | 3.0 to 10.2<br>1.4 to 10.6 | |
| Lidegaard, 2011[293] | Norethisterone/EE 50 mcg<br>Norethisterone/EE 30-40 mcg<br>Norethisterone (no estrogen) | 5.66<br>1.57<br>0.56 | 3.12 to 10.3<br>0.84 to 2.92<br>0.29 to 1.07 | Adjusted relative risk<br>(not included in meta-<br>analysis of odds<br>ratios) |
| *Second Generation* | | | | |
| Anonymous, 1995[181] | Second generation/EE $\geq$ 50 mcg<br>Second generation/EE < 50 mcg | 3.83<br>3.61 | 2.44 to 6.02<br>2.53 to 5.13 | Europe only<br>(developing countries<br>excluded) |
| Suissa, 1997[273] | Second generation | 6.6 | 2.5 to 17.8 | <1 year of use |
| Lidegaard, 1998[270] | Second generation | 1.6 | 1.0 to 2.5 | |
| Lewis, 1999[261] | Second generation<br>Other second generation<br>Levonorgestrel | 2.85<br>3.25<br>2.63 | 1.92 to 4.22<br>1.89 to 5.58<br>1.75 to 3.95 | |
| Lidegaard, 2002[276] | Second generation<br>Levonorgestrel | 2.9<br>3.6 | 2.2 to 3.8<br>2.6 to 4.9 | |
| Austin, 2009[280] | Second generation | 2.9 | 0.9 to 9.3 | African-American<br>women |
| Van Hylckama Vlieg, 2009[281] | Second generation<br>(levonorgestrel) vs. none | 3.6 | 2.9, 4.6 | |
| Heinemann, 2010[284] | Second generation | 3.14 | 2.21 to 4.47 | |
| Lidegaard, 2011[293] | Levonorgestrel/EE 50 mcg<br>Levonorgestrel/EE 30-40 mcg<br>Phasic levonorgestrel/EE 30-40<br>mcg | 3.54<br>2.19<br>2.28 | 2.48 to 5.05<br>1.74 to 2.75<br>1.85 to 2.83 | Adjusted relative risk<br>(not included in meta-<br>analysis of odds<br>ratios) |
| *Third Generation* | | | | |
| Anonymous, 1995[181] | Third generation/EE < 50 mcg | 7.36 | 4.20 to 12.90 | Europe only<br>(developing countries<br>excluded) |
| Lewis, 1999[261] | Third generation<br>Norgestimate<br>Desogestrel 30 mcg<br>Gestodene<br>Desogestrel 20 mcg | 2.26<br>3.65<br>2.52<br>2.25<br>1.56 | 1.46 to 3.50<br>2.17 to 6.12<br>1.56 to 4.09<br>1.40 to 3.60<br>0.85 to 2.86 | |
| Austin, 2009[280] | Third generation | 3.4 | 0.48 to 20.3 | African-American<br>women |
| Lidegaard, 2011[293] | Norgestimate/EE 30-40 mcg<br>Desogestrel/EE 30-40 mcg<br>Gestodene/EE 30-40 mcg | 2.56<br>4.21<br>4.23 | 2.18 to 3.01<br>3.63 to 4.87<br>3.87 to 4.63 | Adjusted relative risk<br>(not included in meta-<br>analysis of odds<br>ratios) |

00803454

Exhibit 163

JA-0002996

**Table 46. Data for outcomes on progestin generation (VTE incidence) (continued)**

| Study[a] | Formulation[b] (Vs. Noncurrent OC Use) | OR | 95% CI | Notes |
|---|---|---|---|---|
| | **Fourth Generation** | | | |
| Van Hylckama Vlieg, 2009[281] | Drospirenone Cyproterone acetate | 6.3 6.8 | 2.9 to 13.7 4.7 to 10.0 | |
| Lidegaard, 2011[293] | Drospirenone/EE 30-40 mcg Cyproterone/EE 30-40 mcg Drospirenone/EE 20 mcg | 4.47 4.10 4.84 | 3.91 to 5.11 3.37 to 4.99 3.19 to 7.33 | Adjusted relative risk (not included in meta-analysis of odds ratios) |

CI = confidence interval; EE = ethinyl estradiol; OC = oral contraceptive; OR = odds ratio
[a]Study identifies the primary abstracted article. For details about the relationships between companion studies and articles, refer to Tables C-1 and C-2 in Appendix C.
[b]First-generation progestins = norethindrone and ethynodiol diacetate; second-generation = levonorgestrel and norgestrel; third-generation = gestodene, desogestrel, and norgestimate; fourth-generation = drospirenone, dienogest, and cytoproterone acetate.

Table 47 lists the results of the meta-analysis. We found no difference in the odds of VTE by progestin generation. An overall test for differences gives a chi-square value of 8.1 for 3 degrees of freedom, p=0.044. There was significant heterogeneity. The estimated value of $\sigma$ is 0.24. The t-value is 4.89 for 11 degrees of freedom, p=0.0005. The value of $\sigma$ is larger than many of the standard errors for the observed odds ratios.

**Table 47. Estimated odds ratio by progestin generation of combined OCs relative to noncurrent use (VTE incidence)**

| Generation | Odds Ratio (95% Confidence Interval) |
|---|---|
| First | 4.06 (2.66 to 6.19) |
| Second | 3.28 (2,49 to 4.31) |
| Third | 4.06 (3.09 to 5.32) |
| Fourth | 5.36 (2.78 to 10.32) |

Additional reports[260,268,271,279,283,287,291,296,297,299-301,311,312] giving information about the risk of VTE associated with different generations of progestin use are provided in Table 48. These data were not in a format that was useful for meta-analysis because the comparisons were between users of various types of OCs, and the studies did not report odds of VTE between current and noncurrent users. There were also many overlapping patients between these studies and between some of these studies and those included in the meta-analysis reported above. One fair-quality cohort study,[287] one good-quality case-control study,[279] and one fair-quality case-control study,[299] all conducted in the United Kingdom, found no difference in the odds or risk of VTE among users of OCs containing progestins of different generations but similar ethinyl estradiol doses. A good quality large European cohort study[297] found no difference in VTE odds among current users of dienogest- or drospirenone-containing OCs and those using other OCs containing similar estrogen dose. Another fair quality case control study[283] had similar findings. Another fair-quality European case-control study[260] found a significant increase in odds of VTE among current users of desogestrel, a third-generation OC, compared with first- and second-generation OCs (OR, 2.5; 95% CI, 1.2 to 5.2). A separate, good-quality case-control study[271] found no difference in VTE risk between OC users of third-generation progestins versus those using second-generation progestins. A large, fair-quality cohort study[291] reported VTE incidence among initiators of OCs containing drospirenone (a fourth-generation OC) versus initiators of

197

00803455

Exhibit 163

JA-0002997

other OCs followed on average for 7.6 months. They found no significant difference in risk (RR, 0.9; 95% CI, 0.5 to 1.6).

On the other hand, a good-quality analysis of the WHO Collaborative Study of Cardiovascular Disease and Steroid Hormone Conception[268] reported statistically significant increases in the odds of VTE associated with third-generation progestins desogestrel (OR, 2.4; 95% CI, 1.3 to 4.6) and gestodene (OR, 3.1; 95% CI, 1.6 to 5.9) compared with the second-generation progestin levonorgestrel. Jick et al.[296] also reported higher odds of VTE associated with third-generation OCs compared with the second-generation progestin levonorgestrel (OR, 2.3; 95% CI, 1.3 to 3.9) in a good-quality case-control study using the U.K. General Practice Research Database. Herings et al.[301] reported similar findings among a population of Dutch women; in a fair-quality cohort study, they reported a risk ratio of 4.2 (95% CI, 1.7 to 10.2) for VTE among new users of third-generation progestins compared with new users of levonorgestrel. Another fair-quality case-control study conducted in the United States[312] demonstrated an increased odds ratio of VTE associated with the fourth-generation progestin drospirenone compared with levonorgestrel (OR, 2.4; 95% CI, 1.7 to 3.4). Similarly, Parkin et al.[300] reported an increased risk of nonfatal VTE associated with the fourth-generation progestin drospirenone compared with levonorgestrel (OR, 3.3; 95% CI, 1.4 to 7.6) in a fair-quality case-control study that used the U.K. General Practice Research Database. Finally, a fair-quality cohort study conducted in Israel[311] reported an elevated risk ratio for VTE of 1.43 (95% CI, 1.15 to 1.78) associated with OCs that contained drospirenone, relative to OCs that contained a third-generation progestin.

198

00803456

Exhibit 163

**Table 48. Comparative risk of VTE among different progestin formulations and generations (VTE incidence)**

| Study[a] | Formulation[b] | Referent | OR, RR, or HR | 95% CI | Notes |
|---|---|---|---|---|---|
| Anonymous, 1995[268] | Desogestrel<br>Gestodene<br>Desogestrel or gestodene | Levonorgestrel<br>Levonorgestrel<br>Levonorgestrel | 2.4<br>3.1<br>2.7 | 1.3 to 4.6<br>1.6 to 5.9<br>1.6 to 4.6 | OR adjusted for BMI, alcohol consumption, Oxford region varicose veins, HTN in pregnancy, smoking |
| Bloemenkamp, 1995[280] | Desogestrel<br>Desogestrel with 30 mcg EE | Levonorgestrel<br>All other OCs | 2.2<br>2.5 | 0.9 to 5.4<br>1.2 to 5.2 | RR adjusted for age |
| Farmer, 1997[287] | All second generation<br>Levonorgestrel<br>Levonorgestrel<br>Levonorgestrel<br>Levonorgestrel<br>Levonorgestrel<br>Monophasic levonorgestrel<br>Monophasic levonorgestrel | All third generation<br>Other second generation<br>Desogestrel/EE 30 mcg<br>Desogestrel/EE 20 mcg<br>All desogestrel<br>Gestodene<br>Sequential levonorgestrel<br>All third generation | 1.68<br>0.51<br>1.17<br>2.51<br>1.76<br>1.32<br>2.09<br>1.97 | 1.04 to 2.75<br>0.19 to 1.33<br>0.60 to 2.26<br>1.09 to 5.44<br>0.91 to 3.48<br>0.70 to 2.49<br>0.93 to 4.70<br>1.00 to 3.87 | RR adjusted for 5-year bands |
| Bloemenkamp, 1999[271] | Monophasic third generation | Levonorgestrel | 1.9 | 0.8 to 4.5 | OR adjusted for age, family history, center, calendar time |
| Herings, 1999[301] | Third-generation OC | Second-generation OC | 4.2 | 1.7 to 10.2 | RR adjusted for year and age |
| Todd, 1999[299] | Desogestrel<br>Gestodene<br>Norethisterone<br>Norgestimate<br>Cyproterone acetate | Levonorgestrel<br>Levonorgestrel<br>Levonorgestrel<br>Levonorgestrel<br>Levonorgestrel | 1.4<br>1.3<br>0.5<br>0.7<br>0.8 | 0.7 to 2.8<br>0.7 to 2.7<br>0.2 to 1.6<br>0.2 to 2.4<br>0.2 to 3.3 | OR adjusted for BMI, smoking, diastolic blood pressure, non-OC prescriptions |

00803457

Exhibit 163

JA-0002999

**Table 48. Comparative risk of VTE among different progestin formulations and generations (VTE incidence) (continued)**

| Study[a] | Formulation[b] | Referent | OR, RR, or HR | 95% CI | Notes |
|---|---|---|---|---|---|
| Farmer, 2000[279c] | Desogestrel/EE 30 mcg | Levonorgestrel/EE 30 mcg | 1.0 | 0.6 to 1.6 | OR adjusted for BMI, smoking status, diastolic BP, asthma, duration of OC exposure, and non-OC/nonasthma prescriptions |
| | Gestodene/EE 30 mcg | Levonorgestrel/EE 30 mcg | 0.8 | 0.5 to 1.3 | |
| | Desogestrel/EE 20 mcg | Levonorgestrel/EE 30 mcg | 1.3 | 0.6 to 2.5 | |
| | Triphasic levonorgestrel/EE | Levonorgestrel/EE 30 mcg | 1.4 | 0.6 to 0.8 | |
| | Norgestimate/EE 35 mcg | Levonorgestrel/EE 30 mcg | 0.9 | 1.6 to 0.4 | |
| | Norethisterone/EE 35 mcg | Levonorgestrel/EE 30 mcg | 3.3 | 1.0 to 10 | |
| | Cyproterone/EE 35 mcg | Levonorgestrel/EE 30 mcg | 0.7 | 0.3 to 1.4 | |
| | Drospirenone | Levonorgestrel | 0.9 | 0.6 to 1.4 | OR adjusted by year of birth |
| | Gestodene | Levonorgestrel | 0.7 | 0.4 to 1.1 | |
| | Norgestimate | Levonorgestrel | 0.7 | 0.3 to 1.4 | |
| Jick, 2000[296] | Third-generation OCs | Levonorgestrel | 2.3 | 1.3 to 3.9 | OR adjusted for BMI, smoking, duration of OC use, OC switching. Controls matched by year of birth, index date, general practice |
| Dinger, 2007[297c] | Desogestrel | Levonorgestrel and other OCs | 1.1 | 0.7 to 1.7 | HR adjusted for age, BMI, duration of OC use, VTE history |
| | Desogestrel | Levonorgestrel | 1.0 | 0.6 to 1.7 | |
| | Desogestrel | Other OCs | 1.3 | 0.8 to 2.0 | |
| Seeger, 2007[291] | Drospirenone/EE | Other OCs | 1.0 | 0.5 to 1.9 | RR Current OC use |
| Dinger, 2010[283] | Dienogest/EE | Other low-dose OC | 0.9 | 0.6 to 1.4 | OR adjusted for history of VTE, BMI, duration of OC use, parity, education, chronic disease, medications, smoking |
| | Dienogest/EE | Low-dose levonorgestrel/EE | 1.0 | 0.6 to 1.8 | |
| | Desogestrel/EE | Low-dose levonorgestrel/EE | 1.0 | 0.5 to 1.8 | |
| Gronich, 2011[311] | Drospirenone | Third-generation OC | 1.43 | 1.15 to 1.78 | Rate ratio adjusted for age, diabetes, hyperlipidemia, hypertension, cancer, smoking, obesity, duration of use |

008803458

Exhibit 163

JA-0003000

**Table 48. Comparative risk of VTE among different progestin formulations and generations (VTE incidence) (continued)**

| Study[a] | Formulation[b] | Referent | OR, RR, or HR | 95% CI | Notes |
|---|---|---|---|---|---|
| Jick, 2011[312] | Drospirenone | Levonorgestrel | 2.4 | 1.7 to 3.4 | OR adjusted for age, index year, and duration of OC use |
| Parkin, 2011[300] | Drospirenone | Levonorgestrel | 3.3 | 1.4 to 7.6 | OR adjusted for BMI, using multiple imputation analysis |

BMI = body mass index; CI = confidence interval; EE = ethinyl estradiol; HR = hazard ratio; OC = oral contraceptive; OR = odds ratio; RR = risk ratio; VTE = venous thromboembolism

[a]Study identifies the primary abstracted article. For details about the relationships between companion studies and articles, refer to Tables C-1 and C-2 in Appendix C.

[b]First-generation progestins=norethindrone and ethynodiol diacetate; second-generation=levonorgestrel and norgestrel; third-generation=gestodene, desogestrel, and norgestimate; fourth-generation=drospirenone, dienogest, and cytoproterone acetate.

[c]Published study reported odds ratios and 95% CIs with levonorgestrel as the index value. For consistency in this table, we reversed the direction of this comparison and converted the odds ratios and 95% CIs to reflect the relative odds of VTE with use of levonorgestrel as the reference group.

008O3459

Exhibit 163

JA-0003001

## Special Populations and Risk of VTE with OC use

### Blood-Clotting Disorders

Several studies evaluated the risk of VTE among special populations, including women with known predispositions to blood clotting. We were not able to perform a meta-analysis on this relationship because of a small number of studies that differed from each other in several important ways, including patient population and selections of controls.

One fair-quality case-control study[269] found an interaction between the use of OCs and the presence of inherited thrombophilia—protein C, protein S, antithrombin deficiencies, or Factor V Leiden mutation—such that OC users with inherited thrombophilia had a higher risk of VTE than is explained by the presence of either risk factor (i.e., a "multiplicative" effect). The odds ratio for inherited thrombophilia was 2.6 (95% CI, 0.7 to 9.3), and the odds ratio for inherited thrombophilia plus OC use was 63 (CI, 6.2 to 65). A second, poor-quality case-control study[275] found that Factor V Leiden carriers compared with noncarriers had an odds ratio of 1.7 (CI, 0.6 to 4.8), while carriers plus OC users had an odds ratio of 6.4 (CI, 2.8 to 14.3). Another fair-quality case-control study[280] showed a similar finding for a population of OC users with and without sickle cell trait. Compared with a reference group of nonusers without sickle cell trait, OC users without sickle cell trait had an odds ratio for VTE of 2.6 (CI, 1.1 to 6.2) and nonusers with sickle cell trait had an odds ratio of 1.8 (CI, 0.51 to 6.3). However, sickle cell trait patients who also used OCs had an odds ratio of 12.1 (CI, 2.8 to 52) for VTE. The sample size was too small to allow correction for potential confounding variables. Two cohorts of women whose family members had been diagnosed with VTE[292,295] had a two-fold increased risk of VTE during current OC use and risk regardless of presence of known thrombophilias.

## OC Use and Venous Thromboembolism Mortality

No studies evaluated the association between OC use and mortality from VTE events.

## Strength of Evidence for OC Use and Risk of Venous Thromboembolism

We found strong evidence that current OC use conferred a three-fold increased risk of VTE and PE when compared with the risk among noncurrent users (Table 49). The risk of VTE did not change among users of pills containing varying estrogen doses or progestin generations.

00803460

Exhibit 163                                                                JA-0003002

**Table 49. Strength of evidence domains for the effect of OC use on venous thromboembolic events**

| Comparison | Number of Studies (Women and/or Person-Years) | Domains Pertaining to SOE | | | | SOE and Magnitude of Effect (95% CI) |
|---|---|---|---|---|---|---|
| | | Risk of Bias | Consistency | Directness | Precision | |
| *Incidence of All VTE and Mixed DVT/PE* | | | | | | |
| Current vs. noncurrent use/never | 14 (15,466 plus 9,906,890 person-years) | Medium | Consistent | Direct | Precise | **High** 2.97 (2.46 to 3.59) |
| *Incidence of PE Only* | | | | | | |
| Current vs. noncurrent use/never | 3 (863 plus 2,124,474 person-years) | Medium | Consistent | Direct | Precise | **Low** Elevated risk appears similar to that of VTE |
| *Incidence of All VTE and Mixed DVT/PE* | | | | | | |
| Duration of use | 5 (6955 plus 7,782,416 person-years) | Medium | Consistent | Direct | Precise | **Low** Elevated risk may be present during first year of use |
| Estrogen | 3 (6102 plus 7,782,416 person-years) | Medium | Consistent | Direct | Precise | **High** Low dose: 3.39 (2.32 to 4.96) High dose: 3.06 (1.32 to 7.10) |
| Progestin | 6 (16,048) | Medium | Consistent | Direct | Precise | **High** First generation: 4.06 (2.66 to 6.19) Second generation: 3.28 (2.49 to 4.31) Third generation: 4.06 (3.09 to 5.32) Fourth generation: 5.36 (2.78 to 10.32) |
| *Mortality From VTE* | | | | | | |
| Current vs. noncurrent use/never | 0 | NA | NA | NA | NA | **Insufficient** NA |

CI = confidence interval; DVT = deep venous thrombosis; PE = pulmonary embolism; SOE = strength of evidence; VTE = venous thromboembolism

## OC Use and Stroke Incidence

We identified 15 studies that evaluated the association between OC use and the incidence of stroke, including ischemic, hemorrhagic, and undifferentiated stroke.[261,265,267,272,288,304-307,314-333] Of these, 10 were case-control studies, 4 were cohort studies, and 1 was a pooled analysis; 5 studies were rated good quality, 9 fair quality, and 3 poor quality (Table 50). The pooled analysis[332] includes data from the individual studies by Petitti et al.[315] and Schwartz et al.[333] Nine

00803461

Exhibit 163                                                                 JA-0003003

studies assembled cohorts that were either fully or partially based in Europe or the United Kingdom; three studies occurred in the United States. All 10 case-control studies recruited or identified patients from hospitals or hospital databases.

00803462

Exhibit 163

JA-0003004

Table 50. Study characteristics and association between OC use and stroke incidence

| Study[a] | Study Details | OR | 95% CI | Covariates | Region | Study Quality | Meta-Analysis Code[b] |
|---|---|---|---|---|---|---|---|
| | *Case-Control* | | | | | | |
| Tzourio,1995[314] | **Patients <45 yr in 5 hospitals in Paris**<br>Cases: 72 ischemic stroke, hospital<br>Controls: 173 no stroke, hospital<br><br>Recruitment period: 1990–1993<br>Type of stroke: Ischemic | NA | NA | NA | France | Fair | 3 |
| Petitti, 1996[315] | **Members of California Kaiser Permanente Medical Care Program aged 15–44 yr**<br>*Ischemic stroke*<br>Cases: 144 ischemic stroke, hospital and administrative records<br>Controls: 744, hospital and administrative records<br><br>*Hemorrhagic stroke*<br>Cases: 151 hemorrhagic stroke, hospital and administrative records<br>Controls: 744 hospital and administrative records<br><br>Recruitment period: 1991–1994 | 1.18<br><br>1.14 | 0.54 to 2.59<br><br>0.60 to 1.16 | Race, BMI, smoking, treated diabetes and hypertension | U.S. | Fair | 1<br><br>2 |
| Anonymous, 1996[317]<br>Anonymous, 1996[318]<br>Anonymous, 1998[267]<br>Chang, 1999[316] | **Women aged 20–44 yr in WHO Collaborative Study of Cardiovascular Disease and Steroid Hormone** Contraception<br>Cases: Hospital*<br>Controls: No stroke, hospital*<br>*Different sample size across articles<br><br>Recruitment period: 1990–1994 | 4.20[316]<br>(ischemic stroke)<br><br>1.10[316]<br>(hemor-rhagic stroke) | 1.74 to 10.12<br><br>0.63 to 1.93 | Smoking, history of hypertension | UK, Germany, Hungary, Yugoslavia, Slovenia | Good | 1<br><br>2 |

00803463

Exhibit 163

JA-0003005

Table 50. Study characteristics and association between OC use and stroke incidence (continued)

| Study[a] | Study Details | OR | 95% CI | Covariates | Region | Study Quality | Meta-Analysis Code[b] |
|---|---|---|---|---|---|---|---|
| Case-Control (continued) | | | | | | | |
| Heinemann, 1997[328] Heinemann, 1999[272] Lewis, 1999[281] | **Women aged 16–44 yr in Transnational Study on Oral Contraceptives and the Health of Young Women** <u>Cases</u>: Undifferentiated stroke, hospital* <u>Controls</u>: No MI, thromboembolic CVA, or VTE, hospital and community* *Different sample size across articles  Recruitment period: 1993–1996 | 2.86[281] | 2.02 to 4.04 | Hypertension, occupation, education level, hyperlipidemia, genetic polymorphisms of ACE gene | Austria, France, Germany, Switzerland, UK | Fair | 1 |
| Schwartz, 1997[333] | **Members of California Kaiser Permanente Medical Care Program aged 15–44 yr** *Ischemic stroke* <u>Cases</u>: 60 ischemic stroke, hospital and administrative records <u>Controls</u>: 485, community  *Hemorrhagic stroke* <u>Cases</u>: 102 hemorrhagic stroke, hospital and administrative records <u>Controls</u>: 485 community  Recruitment period: 1991–1994 | 0.90  0.93 | 0.27 to 2.94  0.37 to 2.31 | Age, treated hypertension, smoking, race, alcohol use | U.S. | Good | 1  2 |
| Barinagarrementeria, 1998[327] | **Women aged 11–44 yr in stroke clinic and neurology department of a hospital in Mexico City** <u>Cases</u>: 130 undifferentiated stroke, hospital <u>Controls</u>: 122 no stroke, hospital  Recruitment period: "Last 11 years" | 2.5 | 0.8 to 8.1 | Unadjusted | Mexico | Poor | 1 |
| Kemmeren, 2002[320] | **Women aged 19–49 yr in Risk of Arterial Thrombosis in Relation to Oral Contraceptives Study** <u>Cases</u>: 203 ischemic stroke, hospital <u>Controls</u>: 925, community  Recruitment period: 1990–1995 | 2.1 | 1.5 to 3.1 | Age, area of residence, calendar yr | Netherlands | Good | 3 |

00803464

Exhibit 163

JA-0003006

Table 50. Study characteristics and association between OC use and stroke incidence (continued)

| Study[a] | Study Details | OR | 95% CI | Covariates | Region | Study Quality | Meta-Analysis Code[b] |
|---|---|---|---|---|---|---|---|
| *Case-Control (continued) (continued)* | | | | | | | |
| Siritho, 2003[322] | **Patients aged 15–55 yr in 4 city hospitals in Melbourne** <br> Cases: 234 ischemic stroke, hospital discharge records <br> Controls: 234, community <br><br> Recruitment period: 1984–1996 | 1.62 | 0.69 to 3.83 | Smoking, alcohol, exercise, cholesterol, MI, hypertension, TIA, diabetes | Australia | Fair | 1 |
| Martinelli, 2006[323] | **Woman <45 yr referred to a thrombosis center** <br> Cases: 105, ischemic stroke, hospital <br> Controls: 293, healthy, partner or friend of cases | NA | NA | NA | Italy | Poor | 4 |
| Wang, 2012[325] <br> Li, 2010[324] | **25 towns in Jiangsu Province** <br> *Either ischemic or hemorrhagic stroke* <br> Cases: 449 either ischemic or hemorrhagic stroke, hospital <br> Controls: 830 no stroke, hospital | 4.05 | 2.19 to 7.47 | Parity, BMI, smoking, hypertension, hyperlipidemia, alcohol use, diabetes, family history of stroke, duration of current OC use | China | Fair | 1 |
| *Cohort* | | | | | | | |
| Hannaford, 1998[288] | **Royal College of General Practitioner's Oral Contraception study** <br> Exposed: 335,181 person-years <br> Unexposed: 28,727 person-years <br><br> Mean age at study entry: 49 <br> Recruitment period: 1968–NR | NA | NA | NA | UK | Poor | 3 |
| Mant, 1998[265] | **Women aged 25–39 yr in Oxford Family Planning Association Study** <br> Exposed: 186,848 person-years <br> Unexposed: 123,716 person-years <br><br> Note: After age 45, only women who had never used OCs or those who had used it for ≥8 yr were followed until 1994. <br><br> Recruitment period: 1968–1974 | 2.9 | 1.3 to 6.7 | Age, parity, BMI, smoking, social class | UK | Fair | 1 |

00803465

Exhibit 163

JA-0003007

**Table 50. Study characteristics and association between OC use and stroke incidence (continued)**

| Study[a] | Study Details | OR | 95% CI | Covariates | Region | Study Quality | Meta-Analysis Code[b] |
|---|---|---|---|---|---|---|---|
| *Cohort (continued)* | | | | | | | |
| Yang, 2009[319] | **Women aged 30–49 yr in Women's Lifestyle and Health Cohort Study** <u>Exposed</u>: 38,258 <u>Unexposed</u>: 7471  Recruitment period: 1991–1992 | 1.1  0.4 | 0.6 to 2.0  0.1 to 2.1 | Age, BMI, smoking, education, physical activity, alcohol use, high blood pressure, diabetes | Sweden | Fair | 1  2 |
| Lidegaard, 2012[329] | **Women aged 15–49 yr in Denmark** *Either ischemic or undifferentiated stroke* <u>Exposed</u>: 4,651,766 person-years <u>Unexposed</u>: 9,336,662 person-years  *Ischemic stroke* <u>Exposed</u>: 4,651,766 person-years <u>Unexposed</u>: 9,336,662 person-years  Recruitment period: 1995–2009 | NR | NR   NR | Age, education, year, risk factors | Denmark | Fair | 5 |

00803466

Exhibit 163

JA-0003008

**Table 50. Study characteristics and association between OC use and stroke incidence (continued)**

| Study[a] | Study Details | OR | 95% CI | Covariates | Region | Study Quality | Meta-Analysis Code[b] |
|---|---|---|---|---|---|---|---|
| | *Pooled* | | | | | | |
| Schwartz, 1998[332] | **Members of California Kaiser Permanente Medical Care Program and Washington State aged 18–44 yr**<br>*Ischemic stroke*<br><u>Cases</u>: 175 ischemic stroke, hospital and administrative records<br><u>Controls</u>: 485, hospital and administrative records and community<br><br>*Hemorrhagic stroke*<br><u>Cases</u>: 198 hemorrhagic stroke, hospital and administrative records<br><u>Controls</u>: 485 hospital and administrative records and community<br><br>Recruitment period: 1991–1994 | NR | NR | NA | U.S. | Good | 6 |

BMI = body mass index; CI = confidence interval; mo = month/months; NA = not applicable; NR = not reported; OC = oral contraceptive; OR = odds ratio; UK = United Kingdom; U.S. = United States; VTE = venous thromboembolism; WHO = World Health Organization; yr = year/years
[a]Study identifies the primary abstracted article. For details about the relationships between companion studies and articles, refer to Tables C-1 and C-2 in Appendix C.
[b]Meta-analysis code: 1=Included in ischemic stroke meta-analysis; 2=Included in hemorrhagic stroke meta-analysis; 3=Excluded due to current versus noncurrent OC use odds ratio not reported; 4=Excluded due to population of high-risk patients recruited from a thrombosis center; 5=Excluded due to adjusted relative risks as calculated from person-years of exposure cannot be converted to odds ratios; 6=Excluded this pooled study due to having duplicate patients reported in single studies above.

00803467

Exhibit 163

JA-0003009

## Current Versus Noncurrent OC Use

Of the 15 studies that evaluated the association between OC use and the incidence of stroke, nine[261,265,315,316,319,322,325,327,333] were included in a meta-analysis examining the effect of current versus noncurrent OC use on ischemic or undifferentiated stroke incidence. Of these, 7 were case-control studies representing 1490 cases and 3786 controls, and 2 were cohort studies representing 45,729 participants and 310,564 person-years. Two studies were rated good quality, six studies were rated fair quality, and one poor quality (Table 50). One study[327] did not specify whether the patients included in the analysis had ischemic or hemorrhagic stroke; we assumed that the majority of strokes were ischemic, and therefore we included this study in the meta-analysis. Abstracted data not included in this meta-analysis is specified (with rationale) in Table 50. Reasons for exclusion from this analysis included the following: no reporting of an odds ratio for current versus noncurrent use of OCs; representing a special, high-risk population; and reporting results not as odds ratios, but as relative risks calculated from person-years of exposure.

We also conducted separate meta-analyses of the seven studies of known ischemic stroke[261,265,315,316,319,322,333] representing 911 cases, 2834 controls, 38,258 exposed people, 7471 unexposed people, 186,848 person-years of exposure, and 123,716 unexposed person-years. We conducted a separate meta-analysis of the four studies that reported data separately for known hemorrhagic stroke representing 688 cases, 1965 controls, 38,258 exposed people, and 7471 unexposed people.[315,316,319,333]

## Ischemic/Undifferentiated Stroke

We included all ischemic study results and also included any study of undifferentiated stroke if the ischemic stroke results were not available. Figure 34 shows that the random effects estimated odds ratio is 2.15 (95% CI, 1.49 to 3.11), demonstrating a significant increase in stroke risk for current OC use. There was significant heterogeneity, with a Q-value of 818.47 for 8 degrees of freedom, p=0.018.

00803468

Exhibit 163

JA-0003010

**Figure 34. Forest plot for ischemic/undifferentiated stroke**



| Author | Odds ratio | Lower limit | Upper limit | Odds ratio and 95% CI |
|---|---|---|---|---|
| Petitti, 1996 | 1.180 | 0.539 | 2.584 | |
| Chang, 1999 | 4.200 | 1.743 | 10.119 | |
| Yang, 2009 | 1.100 | 0.602 | 2.008 | |
| Siritho, 2003 | 1.620 | 0.688 | 3.817 | |
| Lewis, 1999 | 2.860 | 2.022 | 4.045 | |
| Barinagarrementeria, 1998 | 2.500 | 0.771 | 8.108 | |
| Mant, 1998 | 2.900 | 1.277 | 6.584 | |
| Wang, 2012 | 4.050 | 2.193 | 7.480 | |
| Schwartz, 1997 | 0.900 | 0.273 | 2.969 | |
| | 2.150 | 1.485 | 3.114 | |

CI = confidence interval; OC = oral contraceptive

## Sensitivity Analyses

We performed a sensitivity analysis by dropping the single poor-quality study.[327] The results were essentially unchanged with an odds ratio of 2.12 (95% CI, 1.42 to 3.16). Only two of the studies in this meta-analysis[315,333] were conducted in the United States; we did not, therefore, conduct a sensitivity analysis by excluding studies that did not include patients in the United States.

## Ischemic Stroke

Figure 35 shows the odds ratios for the five case-control and two cohort studies of ischemic stroke incidence as a function of OC use. These studies represent a total of 1,100 cases, 2,975 controls, 38,258 exposed people, 7471 unexposed people, 186,848 person-years of exposure, and 123,716 unexposed person-years. The random-effects estimated odds ratio is 1.90 (95% CI, 1.24 to 2.91). There was significant heterogeneity, with a Q-value of 5.76 for 6 degrees of freedom, p=0.036.

211

00803469

Exhibit 163

JA-0003011

**Figure 35. Forest plot for ischemic stroke**



| Author | Odds ratio | Lower limit | Upper limit | Odds ratio and 95% CI |
|--------|-----------|-------------|-------------|----------------------|
| Petitti, 1996 | 1.180 | 0.539 | 2.584 | |
| Chang, 1999 | 4.200 | 1.743 | 10.119 | |
| Yang, 2009 | 1.100 | 0.602 | 2.008 | |
| Siritho, 2003 | 1.620 | 0.688 | 3.817 | |
| Lewis, 1999 | 2.860 | 2.022 | 4.045 | |
| Mant, 1998 | 2.900 | 1.277 | 6.585 | |
| Schwartz, 1997 | 0.900 | 0.273 | 2.970 | |
| | 1.902 | 1.243 | 2.912 | |

CI = confidence interval; OC = oral contraceptive

## Hemorrhagic Stroke

Figure 36 shows the odds ratios for the three case-control studies and one cohort study of hemorrhagic stroke incidence as a function of OC use. The random-effects estimated odds ratio is 1.03 (95% CI, 0.71 to 1.49), showing no evidence of increased hemorrhagic stroke risk among current OC users. There was no significant heterogeneity, with a Q-value of 1.48 for 3 degrees of freedom, p=0.489. Although current OC use is associated with a doubling of risk for ischemic/undifferentiated stroke, current OC use does not appear to be associated with an increased risk of hemorrhagic stroke.

00803470

Exhibit 163                                                                JA-0003012

**Figure 36. Forest plot for hemorrhagic stroke**



| Author | Odds ratio | Lower limit | Upper limit | Odds ratio and 95% CI |
|--------|-----------|-------------|-------------|----------------------|
| Petitti, 1996 | 1.140 | 0.601 | 2.163 | |
| Chang, 1999 | 1.100 | 0.627 | 1.930 | |
| Yang, 2009 | 0.400 | 0.078 | 2.049 | |
| Schwartz, 1997 | 0.930 | 0.372 | 2.324 | |
| | 1.027 | 0.707 | 1.492 | |

CI = confidence interval; OC = oral contraceptive

## Past OC Use and Stroke Incidence

The majority of studies evaluated the risk of stroke among current users compared with noncurrent users; however, three studies evaluated whether there was any risk associated with ever versus never use of OCs. One poor-quality cohort study[288] found an elevated risk for cerebrovascular disease associated with ever OC use compared with never use (RR 1.37; 95% CI, 1.12 to 1.67). OC users in this study included current users. One Australian case-control study[322] found a trend toward increased odds of ischemic stroke among current OC users but no evidence of increased odds among past users. A case-control study from China[324,325] found a mildly increased risk of stroke among past users (OR 1.36; CI,1.04 to 1.77) but a much greater increased risk of stroke among current users (OR 4.05; CI,2.19 to 7.47). A fair-quality cohort study[319] found no elevated risk of stroke among current OC users (RR 1.1; CI, 0.6 to 2.0) or past users (RR 0.9; CI, 0.6 to 1.4). In a second fair-quality cohort study,[265] the significant increased risk of ischemic stroke among current users of OCs disappeared among past users (RR 0.7; CI, 0.2 to 2.2).

## Duration of OC Use

There was an insufficient number of studies to conduct a meta-analysis examining the effect of duration of OC use on risk of stroke. A fair-quality European cohort study[319] demonstrated no increased risk of stroke with ever OC use; this did not change when stratified by duration of use by less than 5 years, 5 to 10 years, or more than 10 years. A fair-quality U.K. cohort study[265] found no significant difference in stroke risk for ever users who used OCs less than 5 years, 5 to 10 years, 10 to 15 years, 15 to 20 years, or greater than 20 years. A fair-quality Australian case-control study[322] similarly found no significant increased stroke risk by duration of use (up to 8 years or more than 8 years). In a European case-control study,[321] there were similar odds of cerebral thrombosis of any type among current users compared with never users when stratified by duration of use (<1 year, 1–5 years, and >5 years). In a fair-quality nested case-control study from China,[325] ever users of OCs for 15 years or more had increased odds of hemorrhagic stroke

213

Exhibit 163

00803471

JA-0003013

(OR 3.7; CI, 1.9 to 7.3) but not ischemic stroke (OR 1.3; CI, 0.8 to 2.2) when compared with never users.

## OC Formulation

### Estrogen Dose

Two good-quality and one fair-quality case-control studies[317,320,321] representing 1897 cases and 8080 controls were included in a meta-analysis to evaluate the relationship between high-dose and low-dose estrogen on the risk of ischemic or undifferentiated stroke. Additional data abstracted from a cohort study[329] representing 13,988,428 person-years, and a case-control study involving women without migraines are summarized in Tzourio et al.[314] (Table 51) were not included in the meta-analysis because the former reported relative risks that could not be readily converted to odds ratios, and the latter did not provide confidence intervals. None of these studies included women from the United States.

**Table 51. Stroke incidence odds by estrogen dose compared with nonuse of OCs**

| Study[a] | Comparison[b] | OR | 95% CI | Comparison[b] | OR | 95% CI | Notes |
|---|---|---|---|---|---|---|---|
| | **Low-Dose vs. Nonuse** | | | **High-Dose vs. Nonuse** | | | |
| Tzourio, 1995[314] | Low (20)<br>Low (30-40) | 1.7<br>2.7 | NA<br>NA | High (50) | 4.8 | NA | Women without migraines; undifferentiated stroke |
| Anonymous, 1996[317] | Low (<50) | 1.27 | 0.70 to 2.32 | High (≥50) | 1.42 | 0.67 to 2.97 | Undifferentiated stroke |
| Kemmeren, 2002[320] | Low (<50) | 2.3 | 1.5 to 3.4 | High (50) | 3.1 | 1.2 to 7.9 | Undifferentiated stroke |
| Lidegaard, 2002[321] | Low (20)<br>Low (30-40) | 1.7<br>1.6 | 1.0 to 3.1<br>1.3 to 2.0 | High (50) | 4.5 | 2.6 to 7.7 | Current vs. never use; undifferentiated stroke |
| Lidegaard, 2012[329] | Norethindrone/ EE 30-40 | 2.17 | 1.49 to 3.15 | Norethindrone/ EE 50<br>Levonorgestrel/ EE 50 | 1.27<br>2.26 | 0.66 to 2.45<br>1.59 to 3.20 | Adjusted relative risk, based on person-years of exposure |
| | Levonorgestrel/ EE 30-40 | 1.65 | 1.39 to 1.95 | | | | |
| | Norgestimate/ EE 30-40 | 1.52 | 1.21 to 1.91 | | | | |
| | Desogestrel/EE | 2.20 | 1.79 to 2.69 | | | | |
| | Gestodene/EE 30-40 | 1.80 | 1.58 to 2.04 | | | | |
| | Drospirenone/ EE 30-40 | 1.64 | 1.24 to 2.18 | | | | |
| | Cyproterone/EE 30-40 | 1.40 | 0.97 to 2.03 | | | | |
| | Desogestrel/EE 20 | 1.53 | 1.26 to 1.87 | | | | |
| | Gestodene/EE 20 | 1.70 | 1.37 to 2.12 | | | | |
| | Drospirenone/ EE 20 | 0.88 | 0.22 to 3.53 | | | | |

CI = confidence interval; EE = ethinyl estradiol; OR = odds ratio
[a]Study identifies the primary abstracted article. For details about the relationships between companion studies and articles, refer to Tables C-1 and C-2 in Appendix C.
[b]First-generation progestins=norethindrone and ethynodiol diacetate; second-generation=levonorgestrel and norgestrel; third-generation=gestodene, desogestrel, and norgestimate; fourth-generation=drospirenone, dienogest, and cytoproterone acetate.

00803472

Exhibit 163                                                    JA-0003014

Table 52 lists the odds ratios for the meta-analysis of the risk of ischemic/undifferentiated stroke by estrogen dose level. The results show a significant difference by dose. The estimated odds ratio comparing high dose with low dose is 2.37 (95% CI, 1.05 to 5.38, p-value for no difference=0.0437). There was no significant heterogeneity. The estimated value of $\sigma$ is 0.0.

**Table 52. Estimated odds ratios by estrogen dose compared with nonuse of OCs (stroke incidence)**

| Estrogen Dose | Odds Ratio (95% Confidence Interval) |
|---|---|
| Low | 1.73 (1.29 to 2.32) |
| High | 4.10 (1.91 to 8.80) |

The findings from the large cohort study by Lidegaard, et al. provide additional evidence that estrogen dose may affect risk of stroke associated with OC use. This may be modified by the type of progestin the estrogen is combined with. Compared with nonusers of OCs, users of high-dose estrogen with norethindrone had a relative risk for stroke of 1.27 (95% CI, 0.66 to 2.45) compared with a relative risk of 2.17 (95% CI, 1.49 to 3.15) for low-dose estrogen and norethindrone. Interestingly, high-dose estrogen in combination with levonorgestrel was associated with a relative risk for stroke of 2.26 (95% CI, 1.59 to 3.20) compared with a relative risk of 1.65 (95% CI, 1.39 to 1.95) when low-dose estrogen was combined with levonorgestrel.

Two studies investigated the use of progestin-only OCs. A fair-quality U.K. case-control study[272] found no significant increased risk of stroke among current OC users versus nonusers; however, the confidence intervals were very wide (RR, 1.60; 95% CI, 0.24 to 10.72). A good-quality, multinational case-control study[267] found no increased risk of stroke among current versus noncurrent progestin-only OC users (OR, 1.07; 95% CI, 0.62 to 1.86).

## Progestin Generation

There was an insufficient number of studies to do a meta-analysis regarding the risk of stroke according to OC use of varying progestin generation. In a fair-quality European case-control study,[321] there was a significantly increased risk for cerebral thrombus among current users of first-generation progestins (OR, 1.8; 95% CI, 1.0 to 3.3) compared with the reference group of second-generation OC users. There was also a slightly decreased risk for third-generation progestin users (OR, 0.6; 95% CI, 0.4 to 0.9) compared with second-generation users. In another good-quality European case-control study,[320] the increased odds of ischemic stroke among current users of contraceptives remained similar when stratified by first-, second- or third-generation OC users. A fair-quality U.K. case-control study[326] also found no significant difference in stroke risk between first-, second-, and third-generation OC users. In a recently published, fair-quality cohort study in which 1,626,158 women contributed 14,251,063 person-years of observation, Lidegaard et al.[329] reported relative risks of thrombotic stroke associated with several different OC formulations compared with nonusers. Relative risks were reported for OCs representing all four progestin generations. No clear pattern emerged regarding potentially different risks of stroke by progestin generation.

## Special Populations

Several populations of women are known to be at increased risk for stroke, including women with migraines, thrombophilias, cardiovascular risk factors, and women of older age. We did not identify enough studies to conduct meta-analyses to determine if these risk factors modified the

00803473

Exhibit 163

JA-0003015

risk of stroke in OC users. Several studies, however, did provide preliminary information about stroke risk in these populations.

## Migraines

Two studies evaluated the risk of stroke among women with migraines who also used OCs. A fair-quality European case-control study[314] found the odds of stroke for OC users with migraines to be 13.9 times that of nonusers without migraines. However, this odds ratio statistically was not significantly different from the four-fold increase in odds reported for both women with migraines only and women who used OCs only. A fair-quality European case-control study[316] found the use of OCs had greater than multiplicative effects on the odds ratios for ischemic stroke among users with migraines (17-fold odds compared with 3-fold for OC users without migraine and 2-fold for women not using OCs who had migraines). This difference was not statistically significant.

## Blood-Clotting Disorders

One poor-quality European case-control study[323] found a two-fold increase in odds of stroke in women with a Factor V Leiden mutation; this risk was significantly increased to 13-fold among current OC users with Factor V Leiden. A similar finding was obtained for women with hyperhomocysteinemia (two-fold odds increased to six-fold odds). It is unclear whether these differences were statistically significant. There was no increased risk among women with prothrombin gene mutation whether or not they were users of OCs. One study[324,325] found that women with specific genetic polymorphisms such as ACE I/D, rs10958409GA/AA and rs1333040CT/TT had a greater than multiplicative odds of stroke.

## Age

One good-quality European case-control study[320] found the risk of first ischemic stroke among OC users that increased by age. The odds of stroke was 1.3 (95% CI, 0.5 to 3.3) for women 18 to 29 years of age; 2.3 (CI, 1.2 to 4.3) for women 30 to 39 years; and 2.6 (CI, 1.6 to 4.2) for women 40 to 49 years. There was no statistical test of the difference reported.

# OC Use and Stroke Mortality

We identified two fair-quality studies and one poor-quality study that evaluated the association between ever versus never OC use and stroke mortality[33,164-166,334] (Table 53).

00803474

Exhibit 163                                                                                          JA-0003016

**Table 53. Study characteristics and association between OC use and stroke mortality**

| Study | Study Details | OR | 95% CI | Covariates | Region | Study Quality | Meta-Analysis Code[a] |
|---|---|---|---|---|---|---|---|
| *Case-Control* | | | | | | | |
| Hannaford, 2010[33] | Royal College of General Practitioner's Oral Contraception study<br>Exposed: 28,806<br>Unexposed: 17,306<br><br>Mean age at study entry: 29 (SD 6.6)<br>Recruitment period: 1968–NR | NR | NR | NA | UK | Fair | 1 |
| Vessey, 2010[165] | Women aged 25–39 yr in Oxford Family Planning Association Contraceptive Study 602,700 person-years (total for exposed and unexposed)<br><br>Recruitment period: 1968–1974 | NR | NR | NA | UK | Fair | 1 |
| Gallagher, 2011[354] | Female workers in 526 textile factories in Shanghai<br>Exposed: 366,890 person-years<br>Unexposed: 2,122,083 person-years<br><br>Recruitment period: 1989–2000 | 0.65 | 0.46 to 0.91 | Age | China | Poor | 1 |

CI = confidence interval; NA = not applicable; NR = not reported; OR = odds ratio; SD = standard deviation; UK = United Kingdom; yr = year/years
[a]Meta-analysis code: 1 = Included in meta-analysis.

00803475

Exhibit 163

JA-0003017

The results of a meta-analysis of these three studies of stroke mortality as a function of OC use are shown in Figure 37. The random-effects estimated odds ratio is 0.80 (95% CI, 0.59 to 1.08). There was no evidence of heterogeneity, with a Q-value of 2.91 for 2 degrees of freedom, p=0.234.

**Figure 37. Effect of OC use on stroke mortality**



CI = confidence interval; OC = oral contraceptive

Vessey et al.[165] reported the risk of ischemic stroke mortality in ever users by duration of OC use and by time since last use. The risk ratios of mortality from hemorrhagic stroke compared with never OC use were 0.7 (95% CI, 0.4 to 1.3) for less than 4 years of total use; 1.4 (CI, 0.6 to 3.1) for 4 to 8 years of use; and 0.5 (CI, 0.2 to 1.2) for more than 8 years of use. In a second cohort study, calculating the risk of stroke mortality for ever users of OCs, the risk ratio was 1.1 (CI, 0.0 to 6.6) for those who had used within the last 4 years or at the time of death; 0.6 (CI, 0.0 to 3.6) for those who last used between 4 to 12 years prior to death; 0.7 (CI, 0.1 to 2.2) for those who last used 12 to 20 years prior to death; and 0.9 (CI, 0.4 to 1.8) for those who last used more than 20 years prior to death. Similar findings were noted for hemorrhagic stroke.[334]

## Strength of Evidence for OC Use and Risk of Stroke

Table 54 shows the strength of evidence for the effects of OC use on the risk of stroke.

00803476

Exhibit 163                                                                    JA-0003018

**Table 54. Strength of evidence domains for the effect of OC use on stroke**

| Comparison | Number of Studies (Women and/or Person-Years) | Domains Pertaining to SOE | | | | SOE and Magnitude of Effect (95% CI) |
|---|---|---|---|---|---|---|
| | | Risk of Bias | Consistency | Directness | Precision | |
| *Incidence of Ischemic/Undifferentiated Stroke* | | | | | | |
| Current vs. noncurrent use/never | 9 (54,767 plus 310,564 person-years) | Medium | Consistent | Direct | Precise | **High** 2.15 (1.49 to 3.11) |
| Duration | 4 (51,038 plus 310,626 person-years) | Medium | Consistent | Direct | Imprecise | **Insufficient** NR (Insufficient evidence to support quantitative synthesis of findings) |
| Estrogen | 3 (9977) | Medium | Consistent | Direct | Precise | **High** Low dose: 1.73 (1.29 to 2.32) High dose: 4.10 (1.91 to 8.80) |
| Progestin | 3 (6994) | Medium | Inconsistent | Direct | Imprecise | **Insufficient** NR (heterogeneity in evidence about specific progestin generation) |
| *Incidence of Ischemic Stroke* | | | | | | |
| Current vs. noncurrent use/never | 7 (49,803 plus 310,564 person-years) | Medium | Consistent | Direct | Precise | **High** 1.90 (1.24 to 2.91) |
| *Incidence of Hemorrhagic Stroke* | | | | | | |
| Current vs. noncurrent use/never | 4 (48,382) | Medium | Inconsistent | Direct | Imprecise | **Low** No difference, 1.03 (0.71 to 1.49) |
| *Mortality From Stroke* | | | | | | |
| Current vs. noncurrent use/never | 3 (46,112 plus 3,091,673 person-years) | Medium | Consistent | Direct | Imprecise | **Moderate** 0.80 (0.59 to 1.08) |

CI = confidence interval; SOE = strength of evidence

# OC Use and Myocardial Infarction Incidence

We identified 11 studies that evaluated the association between OC use and the incidence of myocardial infarction.[261,265,267,270,272,288,304-307,309,313,321,329,331,335-342] Of these, 7 were case-control studies, 4 cohort studies, and 1 pooled analysis of two case-control studies that include data presented in one of the individually included case-control reports. Note that evidence from Lidegaard et al. was abstracted from several publications and included both case-control[270] and cohort[329] study designs. Six studies were rated good quality, 4 fair quality, and 1 poor quality (Table 55). Eight studies (73%) were conducted either fully or partially in Europe or the United Kingdom. Three studies (27%) were conducted in the United States. In the seven case-control

00803477

Exhibit 163                                                                                          JA-0003019

studies, cases were recruited from hospitals or identified by hospital databases. Of these, two studies recruited controls from hospitals, two studies from either hospitals or other settings, and two studies from outpatient-only or community settings. The recruitment source for controls was not clearly indicated in one study.

00803478

Exhibit 163

JA-0003020

**Table 55. Study characteristics and association between OC use and myocardial infarction incidence**

| Study[a] | Study Details | OR | 95% CI | Covariates | Region | Study Quality | Meta-Analysis Code[b] |
|---|---|---|---|---|---|---|---|
| | | | *Case-Control* | | | | |
| Anonymous, 1997[337] Anonymous, 1998[267] | **Women aged 20–44 yr in WHO Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception** Cases: 267 acute MI, hospital Controls: 822 patients hospitalized for reasons other than MI Recruitment period: 1989–1995 | 5.64 | 2.49 to 12.80 | History of hypertension, diabetes, BMI, abnormal blood lipids, smoking status | Africa, Asia, Europe, Latin America | Good | 1 |
| Lidegaard, 1998[270] | **Patients aged 15–44 yr from all Danish hospitals** Cases: 94 acute MI, hospital Controls: 1041, source NR Recruitment period: 1994–1995 | NR | NR | NA | Denmark | Fair | 2 |
| Dunn, 1999[339] Dunn, 1999[338] | **Women aged 16–44 yr in MICA study** Cases: 448 incident MI, hospital Controls: 1728 no MI, outpatient Recruitment period:1993–1995 | 0.79 | 0.54 to 1.16 | Crude | Denmark | Good | 1 |
| Lewis, 1999[281] Heinemann, 1999[272] | **Transnational Study on Oral Contraceptives and the Health of Young Women aged 16–44 yr** Cases: 182 MI, hospital Controls: 635 no MI or thromboembolic CVA, hospital and community Recruitment period: 1993–1996 | 0.94 | 0.31 to 2.91 | Smoking, hypertension, diabetes, education | Austria, France, Germany, Switzerland, UK | Fair | 1 |

00803479

Exhibit 163

JA-0003021

**Table 55. Study characteristics and association between OC use and myocardial infarction incidence (continued)**

| Study[a] | Study Details | OR | 95% CI | Covariates | Region | Study Quality | Meta-Analysis Code[b] |
|---|---|---|---|---|---|---|---|
| Case-Control (continued) | | | | | | | |
| Rosenberg, 2001[340] | **Hospitalized patients <45 yr**<br>Cases: 627 MI, hospital<br>Controls: 2947 no MI, hospital<br><br>Recruitment period: 1985–1999 | 1.3 | 0.8 to 2.2 | Age, menopausal status, family history, smoking, region, interview yr, type of interview, hypertension, diabetes mellitus, history of elevated serum cholesterol | U.S. | Good | 1 |
| Tanis, 2001[341] | **Women aged 18–49 in Risk of Arterial Thrombosis in Relation to Oral Contraception study**<br>Cases: 248 MI, hospital databases<br>Controls: 925 no history of coronary, cerebral, or peripheral artery disease, community<br><br>Recruitment period: 1990–1995 | 2.0 | 1.5 to 2.8 | Age, area of residence and calendar yr | Netherlands | Good | 1 |

00803480

Exhibit 163

JA-0003022

Table 55. Study characteristics and association between OC use and myocardial infarction incidence (continued)

| Study[a] | Study Details | OR | 95% CI | Covariates | Region | Study Quality | Meta-Analysis Code[b] |
|---|---|---|---|---|---|---|---|
| | | *Cohort* | | | | | |
| Hannaford, 1998[288] | **Royal College of General Practitioner's Oral Contraception study** Exposed: 335,181 person-years Unexposed: 228,727 person-years  Mean age at study entry: 49 Recruitment period: 1968–NR | NR | NR | NA | UK | Poor | 2 |
| Mant, 1998[265] | **Women aged 25–39 in Oxford Family Planning Association Study** Exposed: 186,910 person-years Unexposed: 123,716 person-years  Recruitment period: 1968–1974 | 1.5 | 0.6 to 3.2 | Age, parity, BMI, smoking, social class | UK | Fair | 1 |
| Margolis, 2007[342] | **Women aged 30–49 yr in Women's Lifestyle and Health Study** Exposed: 6801 Unexposed: 8013  Recruitment period: 1990–1991 | 0.7 | 0.4 to 1.4 | Age, BMI, smoking, education, alcohol intake, physical activity, history of hypertension, history of diabetes, menopausal status | Norway, Sweden | Fair | 1 |
| Lidegaard, 2012[329] | **Women aged 15–49 yr in Denmark** Exposed: 4,651,766 person-years Unexposed: 9,336,662 person-years  Recruitment period: 1995–2009 | NR | NR | Age, education, year, risk factors | Denmark | Fair | 3 |

008003481

Exhibit 163

JA-0003023

**Table 55. Study characteristics and association between OC use and myocardial infarction incidence (continued)**

| Study[a] | Study Details | OR | 95% CI | Covariates | Region | Study Quality | Meta-Analysis Code[b] |
|---|---|---|---|---|---|---|---|
| *Pooled* | | | | | | | |
| Sidney, 1998[336] Sidney, 1996[335] | **Women aged 15–44 yr in pooled data from Kaiser Permanente Medical Care Program and University of Washington** Cases: 166 MI, Kaiser Permanente members and 101 MI, University of Washington patients Controls: 479 no MI, Kaiser Permanente members and 512 no MI, community Recruitment period: 1991–1995 | 0.94 | 0.40 to 2.20 | Age, race, BMI, smoking, education, menopause, whether treated for hypertension or diabetes | U.S. | Good | 1 |

BMI = body mass index; CI = confidence interval; NA = not applicable; NR = not reported; OC = oral contraceptive; OR = odds ratio; UK = United Kingdom; U.S. = United States; yr = year/years

[a]Study identifies the primary abstracted article. For details about the relationships between companion studies and articles, refer to Tables C-1 and C-2 in Appendix C.

[b]Meta-analysis code: 1 = Included in this meta-analysis of current versus noncurrent OC use; 2 = Excluded due to current versus noncurrent OR not reported; 3 = Adjusted relative risks as calculated from person-years of exposure cannot be converted to odds ratios.

00803482

Exhibit 163

JA-0003024

## Current Versus Noncurrent OC Use

Eight studies[265,272,336,337,339-342] were included in this meta-analysis examining the effect of current versus noncurrent OC use on MI incidence. Of these, five were case-control studies representing 1772 cases and 7057 controls, two were cohort studies representing 310,626 person-years and 14,814 people, and one was a pooled analysis representing 267 cases and 991 controls.

The pooled analysis[336] was included in the meta-analysis rather than its individual case-control report.[335] The pooled analysis included previously unpublished data on 104 additional patients from a second site using identical methods and analysis as the case-control report, and therefore the pooled patient-level analysis provided the greatest evidence concerning current versus noncurrent OC use and myocardial infarction.

Five studies were rated good quality and three fair quality. Two studies[336,340] included patients from the United States; the remaining studies were either fully or partially based in Europe or the United Kingdom. Abstracted data not included in this meta-analysis are specified (with rationale) in Table 55. Reasons include not reporting a current versus noncurrent odds ratio and not providing data in a format that can be converted to an odds ratio.

Figure 38 shows the results of the meta-analysis. The odds ratio of MI among current versus noncurrent OC users was 1.34 (95% CI, 0.87 to 2.08) demonstrating a small increase in MI incidence among current OC users that did not reach statistical significance. There was significant heterogeneity, with a Q-value of 34.47 for 7 degrees of freedom, p<0.001. Most of the heterogeneity was from the WHO Collaborative study.[267,337] This study was unique in that it included participants from Africa, Asia, and Latin American in addition to Europe and the United Kingdom. No sensitivity analyses were performed because all included studies were fair or good quality, and only two studies[336,340] included participants from the United States.

**Figure 38. Forest plot for current versus noncurrent OC use (myocardial infarction incidence)**



| Study | Odds ratio | Lower limit | Upper limit | Odds ratio and 95% CI |
|---|---|---|---|---|
| WHO Collab, 1997 | 5.640 | 2.488 | 12.787 | |
| Sidney, 1998 | 0.940 | 0.401 | 2.204 | |
| Mant, 1998 | 1.500 | 0.604 | 3.725 | |
| Dunn, 1999 | 0.790 | 0.537 | 1.163 | |
| Rosenberg, 2001 | 1.300 | 0.784 | 2.156 | |
| Tanis, 2001 | 2.000 | 1.491 | 2.683 | |
| Margolis, 2007 | 0.700 | 0.350 | 1.400 | |
| Heinemann, 1999 | 0.940 | 0.307 | 2.880 | |
| | 1.342 | 0.865 | 2.080 | |

CI = confidence interval; OC = oral contraceptive

00803483

Exhibit 163

JA-0003025

## Duration of OC Use

There were too few studies to perform a meta-analysis of the risk of MI by duration of current OC use. A large, fair-quality European cohort study[342] found no change in the relative risk of MI according to increasing duration of OC use for less than 5 years, 5 to 9 years, 10 to 14 years, or 15 years or more. In fair-quality cohort study from the United Kingdom,[265] ever users of OCs for up to 8 years had 1.9 times the risk of MI (95% CI, 1.0 to 3.5) compared with never users, while ever users for more than 8 years had no change in risk compared with never users (RR 1.0; CI, 0.6 to 1.8). However, in a later analysis of the same cohort,[165] there was no difference in ischemic heart disease mortality by the duration of ever use of OCs. This study is discussed in more detail in the section on OC use and MI mortality.

## OC Formulation

### Estrogen Dose

We investigated whether the dose of estrogen in OCs is related to risk of MI (high dose was ≥50 mcg of ethinyl estradiol and low dose was <50 mcg of ethinyl estradiol). One fair-quality cohort study[342] evaluated the risk of MI associated with low-dose versus high-dose estrogen and reported no difference in risk between these two groups (relative risks were not reported). A good-quality case-control study[267,337] evaluated the risk of MI associated with high-dose estrogen use in several European countries. They found a risk ratio of 7.69 (95% CI, 3.29 to 18.0) among users of high-dose estrogen OCs compared with nonusers and a risk ratio of 2.93 (CI, 1.23 to 6.97) for users of low-dose estrogen OCs. This study was unique in that it included populations from Africa, Asia, and Latin America.

Users of OCs containing no estrogen (i.e., progestin-only OCs) were found to have an odds ratio of 0.94 (95% CI, 0.31 to 2.91) for MI in one multinational case-control study.[272] In a second multinational case-control study,[267] progestin-only OC users were found to have an odds ratio of 0.98 (CI, 0.16 to 5.97).

### Progestin Generation

Five case-control studies[261,270,338,340,341] were included in a meta-analysis examining the effect of current versus noncurrent OC use on MI incidence by progestin generation (Table 56). Three were rated good quality and two fair quality. Only one study[340] included patients from the United States. These five studies represented 1599 cases and 7276 controls. A good-quality, large cohort trial[329] reported adjusted relative risks of MI associated with progestin formulations across all four generations, but this study was not included in the meta-analysis because the relative risks could not be converted to odds ratios.

00803484

Exhibit 163

JA-0003026

**Table 56. Data for outcomes on progestin generation (myocardial infarction incidence)**

| Study[a] | Formulation[b] (Vs. Noncurrent OC Use) | OR | 95% CI | Notes |
|---|---|---|---|---|
| *First Generation* | | | | |
| Lidegaard, 1998[270] | First generation | 4.8 | 2.1 to 11 | |
| Dunn, 1999[338] | Noresthisterone | 1.83 | 0.15 to 22.7 | |
| Lewis, 1999[261] | First generation | 4.66 | 1.52 to 14.33 | |
| Tanis, 2001[341] | First generation | 2.7 | 1.0 to 7.3 | |
| Rosenberg, 2001[340] | Progestogen containing <50 mcg of norethindrone | 2.5 | 1.1 to 5.5 | Current vs. never use |
| Lidegaard, 2012[329] | Norethindrone/EE 50 mcg<br>Norethindrone/EE 30–40 mcg<br>Norethindrone (no estrogen) | 2.74<br>2.28<br>0.81 | 1.51 to 4.97<br>1.34 to 3.87<br>0.42 to 1.56 | Adjusted relative risk, based on person-years of exposure |
| *Second Generation* | | | | |
| Lidegaard, 1998[270] | Second generation | 1.8 | 0.8 to 4.3 | |
| Dunn, 1999[338] | Levonorgestrel | 0.93 | 0.45 to 1.95 | |
| Lewis, 1999[261] | Second generation | 2.99 | 1.51 to 5.91 | |
| Tanis, 2001[341] | Second generation | 2.5 | 1.5 to 4.1 | |
| Rosenberg, 2001[340] | Progestogen containing <50 mcg levonorgestrel | 1.6 | 0.5 to 5.2 | Current vs. never use |
| Lidegaard, 2012[329] | Levonorgestrel/EE 50 mcg<br>Levonorgestrel/EE 30–40 mcg<br>Levonorgestrel (no estrogen) | 4.31<br>2.02<br>0 | 3.09 to 6.00<br>1.63 to 2.50<br>0.00 to 35.01 | Adjusted relative risk, based on person-years of exposure |
| *Third Generation* | | | | |
| Lidegaard, 1998[270] | Third generation | 1.1 | 0.5 to 2.5 | |
| Dunn, 1999[338] | Third generation<br>Desogestrel<br>Gestodene | 1.66<br>1.20<br>2.41 | 0.75 to 3.67<br>0.40 to 3.57<br>0.80 to 7.30 | |
| Lewis, 1999[261] | Third generation | 0.85 | 0.30 to 2.39 | |
| Tanis, 2001[341] | Third generation | 1.3 | 0.7 to 2.5 | |
| Lidegaard, 2012[329] | Norgestimate/EE 30–40 mcg<br>Desogestrel/EE 30–40 mcg<br>Gestodene/EE 30–40 mcg<br>Desogestrel/EE 20 mcg<br>Gestodene/EE 20 mcg<br>Desogestrel (no estrogen) | 1.33<br>2.09<br>1.94<br>1.55<br>1.20<br>1.46 | 0.91 to 1.94<br>1.54 to 2.84<br>1.62 to 2.33<br>1.13 to 2.13<br>0.77 to 1.85<br>0.55 to 3.90 | Adjusted relative risk, based on person-years of exposure |
| *Fourth Generation* | | | | |
| Lidegaard, 2012[329] | Drospirenone/EE 30–40 mcg<br>Cyproterone/EE 30–40 mcg<br>Drospirenone/EE 20 mcg | 1.65<br>1.47<br>1.0 | 1.03 to 2.63<br>0.83 to 2.61<br>0.00 to 12.99 | Adjusted relative risk, based on person-years of exposure |

CI = confidence interval; EE = ethinyl estradiol; OC = oral contraceptive; OR = odds ratio
[a]Study identifies the primary abstracted article. For details about the relationships between companion studies and articles, refer to Tables C-1 and C-2 in Appendix C.
[b]First-generation progestins = norethindrone and ethynodiol diacetate; second-generation = levonorgestrel and norgestrel; third-generation = gestodene, desogestrel, and norgestimate; fourth-generation = drospirenone, dienogest, and cytoproterone acetate.

00803485

Exhibit 163                                                                                    JA-0003027

Table 57 lists the results for the meta-analysis of MI odds by progestin generation. MI risk appears to be highest among first generation progestin users. The formal test for difference gives a chi-square value of 8.78 for 2 degrees of freedom, p=0.0125. There is no significant heterogeneity. The estimated value of $\sigma$ is 0.0.

**Table 57. OC progestin generation and myocardial infarction risk in current OC users compared with nonusers**

| Generation | Odds Ratio (95% Confidence Interval) |
|---|---|
| First | 3.37 (2.04 to 5.54) |
| Second | 1.79 (1.16 to 2.75) |
| Third | 1.34 (0.91 to 1.98) |

Most of the risk ratios reported by Lidegaard et al.[329] across all four generations of progestins seemed to show no increased risk of MI by progestin generation, pointing instead to a possible increased risk of MI with increasing estrogen dose.

## Special Populations

### Cardiovascular Risk Factors

#### Age, Diabetes, Hypertension, Dyslipidemia

There was insufficient information to perform a meta-analysis evaluating the risk of MI among users of OCs with cardiovascular risk factors, but several studies did provide information regarding this question. In a large, fair-quality European cohort study,[342] the risk ratio of MI was not elevated among former or current users of OCs, and there was no effect modification by age, hypertension, or diabetes status. The only group with a significant elevated risk of MI were women who had ever been advised by a physician to stop OCs (RR, 1.4; 95% CI, 1.0 to 2.1). A good-quality European case-control study[341] found an elevated risk of MI among ever users of OCs in all age categories. There was no reported statistical difference according to age. The risks of MI were highest among OC users who were smokers or who had hypertension, hypercholesterolemia, diabetes, or obesity. In some cases, the risks appeared to be multiplicative.

#### Smoking

In a fair-quality U.K. cohort,[265] the risk of MI was not elevated in OC users who were nonsmokers, OC nonusers who were smokers, or OC users who smoked less than 15 cigarettes per day. However, compared with never users, the risk of MI increased four-fold among smokers of 15 or more cigarettes per day whether they were former users (RR, 4.0; 95% CI, 1.3 to 16.2) or current users (RR, 4.9; CI, 1.2 to 23.6). A good-quality U.S. case-control study[340] had similar findings; the odds of MI associated with current OC use were not elevated in those who smoked 1 to 25 cigarettes a day. However, the odds were elevated for nonusers who smoked more than 25 cigarettes a day (OR 12; CI, 9 to 16) and significantly more elevated for current users of OCs who smoked more than 25 cigarettes a day (OR 32; CI, 12 to 81; p=0.05). A third fair-quality U.K. case-control study[339] found no interaction between smoking and use of OCs on the risk of MI; in this study, the definition of "nonusers" is not clear.

00803486

Exhibit 163                                                                                                    JA-0003028

**Blood-clotting Disorders**

A good-quality European case-control study[341] evaluated the relationship between inherited clotting disorders and the risk of MI. With a reference group of nonusers with no Factor V Leiden or prothrombin G201210A mutation, the estimated odds ratios were 1.4 (95% CI, 0.7 to 2.7) for nonusers with a mutation; 2.1 (CI, 1.5 to 3.0) for OC users without a mutation; and 1.9 (CI, 0.6 to 5.5) for OC users with a mutation. These findings suggest that there is no interaction between Factor V Leiden or prothrombin G20210A carrier status and OC use upon the odds of MI.

## OC Use and Myocardial Infarction Mortality

We identified three cohort studies[33,164-166,334] evaluating the risk of MI mortality in OC ever users versus never users that could be combined into a meta-analysis (Table 58). These studies represent 46,112 participants in one study and 3,091,673 person-years in the other two. Two of the studies were based in the United Kingdom and one in China. The U.K. studies recruited women in the 1960s and 1970s[33,165] and were fair quality. The study in China was poor quality.

A fourth study[343] reported on the relationship between OC use and MI mortality. We did not include this secondary analysis of a case-control study[338] conducted in the United Kingdom in the meta-analysis because the reference group and the definition of OC use differed from the other three studies. This poor-quality study compared 148 women who died within 28 days of an MI to 24 women who died more than 28 days after an MI plus 413 MI survivors. The authors reported adjusted ORs of 0.83 (95% CI, 0.25 to 2.81), 2.88 (CI, 1.22 to 6.77), and 0.89 (CI, 0.27 to 2.92) for third-generation OC use, second-generation OC use, and other OC use, respectively, compared with no OC use, with OC use in all cases being defined as OC use the 3 months prior to the MI.

00803487

Exhibit 163                                                                                                       JA-0003029

**Table 58. Study characteristics and association between OC use and myocardial infarction mortality**

| Study | Study Details | OR | 95% CI | Covariates | Region | Study Quality | Meta-Analysis Code[a] |
|---|---|---|---|---|---|---|---|
| *Case-control (continued)* | | | | | | | |
| Dunn, 2001 #1726[343] | **Women aged 16-44 from the Myocardial Infarction Causality study** Cases: 148 who died within 28 days of an MI Controls: 24 who died more than 28 days after an MI and 413 MI survivors Recruitment period: 1993—1995 | NR | NR | NA | UK | Poor | 2 |
| *Cohort* | | | | | | | |
| Hannaford, 2010[33] | **Royal College of General Practitioner's Oral Contraception study** Exposed: 28,806 Unexposed: 17,306 Mean age at study entry: 29 (SD 6.6) Recruitment period: 1968–NR | NR | NR | NA | UK | Fair | 1 |
| Vessey, 2010[165] | **Women aged 25–39 yr in Oxford Family Planning Association Contraceptive Study** 602,700 person-years (total for exposed and unexposed) Recruitment period: 1968–1974 | NR | NR | NA | UK | Fair | 1 |
| Gallagher, 2011[354] | **Female workers in 526 textile factories in Shanghai** Exposed: 366,890 person-years Unexposed: 2,122,083 person-years Recruitment period: 1989–1991 | 0.79 | 0.56 to 1.12 | Age | China | Poor | 1 |

CI = confidence interval; NA = not applicable; NR = not reported; OR = odds ratio; SD = standard deviation; UK = United Kingdom; yr = year/years
[a]Meta-analysis code: 1 = Included in meta-analysis; 2 = Excluded due to difference in reference group and definition of OC use.

008034888

Exhibit 163

JA-0003030

The results of a meta-analysis of these three studies of MI mortality as a function of oral contraceptive use are shown in Figure 39 The random-effects estimated odds ratio is 0.85 (95% CI, 0.67 to 1.07). There was some evidence of heterogeneity, with a Q-value of 4.48 for 2 degrees of freedom, p=0.107. Of note, the risk of MI mortality trended higher among current users (as opposed to ever users) in the Chinese cohort (OR 2.38), but the finding was not statistically significant (CI, 0.58 to 9.76).

**Figure 39. Effect of OC use on myocardial infarction mortality**



CI = confidence interval; OC = oral contraceptive

## Strength of Evidence for OC Use and Risk of Myocardial Infarction

Table 59 shows the strength of evidence for the effect of OC use on the risk of myocardial infarction.

231

00803489

Exhibit 163                                    JA-0003031

**Table 59. Strength of evidence domains for the effect of OC use on myocardial infarction**

| Comparison | Number of Studies (Women and/or Person-Years) | Domains Pertaining to SOE | | | | SOE and Magnitude of Effect (95% CI) |
|---|---|---|---|---|---|---|
| | | Risk of Bias | Consistency | Directness | Precision | |
| *Incidence of Myocardial Infarction* | | | | | | |
| Current vs. noncurrent use/never | 8 (24,901 plus 310,626 person-years) | Medium | Inconsistent | Direct | Imprecise | Low 1.34 (0.87 to 2.08) |
| Estrogen | 2 (15,903) | Medium | Consistent | Direct | Imprecise | Insufficient NR |
| Progestin | 5 (8875) | Medium | Consistent | Direct | Precise | High First generation: 3.37 (2.04 to 5.54) Second generation: 1.79 (1.16 to 2.75) Third generation: 1.34 (0.91 to 1.98) |
| *Mortality From Myocardial Infarction* | | | | | | |
| Current vs. noncurrent use/never | 3 (46,112 plus 3,091,673 person-years) | Medium | Inconsistent | Direct | Imprecise | Low 0.85 (0.67 to 1.07) |

CI = confidence interval; SOE = strength of evidence

# Discussion

We found strong evidence of a three-fold increased risk of VTE among current users of OCs and a two-fold increased risk of ischemic and undifferentiated stroke among current users of OCs. We found no conclusive evidence of an increased risk of MI or hemorrhagic stroke. The implications of OC use for each of these outcomes are discussed in detail below.

## OC Use and Venous Thromboembolism

We found a three-fold increase in the odds of VTE diagnosis among current users of OCs (95% CI, 2.46 to 3.59). There was significant heterogeneity among the study characteristics and among the risk estimates noted by the Q scores. However, the finding was robust in our sensitivity analysis and was almost identical to the findings in a recent meta-analysis.[43] The odds ratio for VTE among current versus noncurrent OC users in that analysis was 3.41 (95% CI, 2.98 to 3.92). They analyzed 55 manuscripts, of which 32 were included in their meta-analysis of current versus noncurrent OC use and VTE risk. These manuscripts overlapped with 9 studies in our meta-analysis of 14 studies. The authors included all studies indexed in MEDLINE, Embase, and HealthSTAR regardless of date of publication. The odds of developing PE specifically appeared to be similar to that of developing VTE. The increased risk of DVT associated with OC use appears to be due to current use and not ever use. The only study to report a significantly increased risk among ever users also included current users in that group. The three studies that

232

00803490

Exhibit 163                                                                                    JA-0003032

separately analyzed former and current use of OCs found increased odds of VTE for current users but not for former users.

## Duration and Formulation

There was some evidence that the risk of VTE among current users was higher in the first few years of use. Manzoli et al.[43] found a pooled odds ratio of 5.28 (95% CI, 4.27 to 6.55) for those who had used OCs for less than 1 year, and a pooled odds ratio of 3.52 (CI, 2.83 to 4.37) for those who had used OCs for more than 1 year. One potential explanation for this finding is that some women who develop VTE while on OCs may have an undiscovered predisposition to blood clots. Therefore, they develop VTE quickly after initiation of OC use, while women who are on OCs for years without forming a VTE presumably are less likely to have a predisposition to blood clotting. On the other hand, many factors that predispose women to blood clots will vary over time (e.g., trauma, sedentary lifestyle, and antiphosopholipid antibodies) and these risk factors have not been studied in a longitudinal fashion.

We found inconclusive evidence that estrogen dose or progestin generation was associated with VTE risk among current users of OCs. However, Manzoli et al.[43] found a mildly increased risk of VTE among current users of high-dose versus low-dose estrogen (OR 1.42; 95% CI, 1.15 to 1.76). They also found an increased risk for third-generation versus second-generation progestin users (OR 1.57; CI, 1.24 to 1.98). However, as was similar with our findings, they did not find an increased risk of VTE among drospirenone users compared with other OC users. This question has generated recent media attention since several studies indicated an increased risk of DVT among users of OCs containing fourth-generation progesterones.

## Special Populations

There may be a multiplicative relationship in the risk of VTE among users of OCs who had concomitant Factor V Leiden, sickle cell trait, or elevated homocysteine levels; however ,these findings would need to be confirmed in additional studies.

## Clinical Application

The three-fold increased odds of VTE among current users of OCs is important given the life-threatening nature of VTE. The mortality rate of DVT in the general population is 5 percent within the first month after diagnosis; for PE, it is 12 percent within the first month after diagnosis.[344] However, these estimates come from cohorts that include males, older individuals, and patients with cancers or heart disease. Young, healthy women who take OCs likely have lower mortality rates, but there is a paucity of data addressing this question. In one cohort of patients from the United States with DVT or PE, the univariate hazard ratio of death within the first week after VTE diagnosis among OC users was 0.08 (95% CI, 0.03 to 0.26) compared with other patients with VTE.[345] The clinical significance of the increased incidence of VTE among OC users must also be understood in the context of the low prevalence of VTE in this population. The annual incidence of VTE among childbearing-age women is 2 to 3 per 10,000 people.[346] Therefore, a three-fold increased risk translates to a still low absolute risk of fewer than 10 per 10,000 people per year. Perhaps most importantly, the incidence of VTE is four times higher among pregnant or postpartum women than among nonpregnant women. Therefore, the VTE risks associated with using OCs to prevent pregnancy are thought to be outweighed by the benefits of preventing pregnancy. Our findings will be used in a Markov model that estimates the overall risks and benefits of OC use for the prevention of ovarian cancer.

00803491

Exhibit 163                                                                                        JA-0003033

# OC Use and Stroke

We found a two-fold risk of both undifferentiated and ischemic stroke among current OC users, but no increased risk of hemorrhagic stroke. As with VTE, this risk seemed to be due to current and not ever use. Many of the studies that evaluated the relationship between OC use and stroke did not differentiate between hemorrhagic and ischemic stroke. Since most cerebral vascular accidents have an ischemic etiology, we combined studies of patients with known ischemic stroke and studies of undifferentiated stroke. To the extent that studies of undifferentiated stroke included hemorrhagic patients, this approach would be expected to underestimate the true association between OC use and ischemic stroke.

## Duration and Formulation

We found inconclusive evidence that the risk of stroke changed with duration of OC use or progestin generation. There was, however, evidence that the risk of stroke increased with increasing estrogen dose (from 1.7 to 4.1). This evidence was confirmed by trials of progestin-only OCs that showed no elevated ischemic stroke risk.

## Special Populations

Women with migraines, Factor V Leiden, and elevated homocysteine levels who use OCs may have a multiplicative increase in the risk of stroke. However, these findings need to be confirmed in larger studies. Increasing age of OC users may be associated with increasing risk of ischemic stroke. However, these data also need to be confirmed in larger studies.

## Clinical Implications

As with VTE, the two-fold risk of ischemic stroke is important because stroke is both life-threatening and morbid.[347] Between 8 to 12 percent of ischemic stroke victims die within one month of the diagnosis—and the vast majority have major neurologic deficits. Stroke is the leading cause of long-term disability in the United States. However, ischemic stroke incidence among women aged 15 to 44 is only 10.7 per 100,000 women-years[348] and, similarly to VTE, pregnant and postpartum women have a three- to eight-fold increased risk of ischemic stroke.[347] Therefore, the stroke risks associated with OC use are likely balanced by the benefits of preventing pregnancy. This may not be the case for women who are using OCs for ovarian cancer prevention and are not planning pregnancy.

# OC Use and Myocardial Infarction

We found a small increased risk of MI among current OC users (1.2), but the confidence intervals were not significant. There was also inconclusive evidence that duration of OC use or estrogen dose increased the risk. However, we did note a significant increased risk for first-generation progesterone users compared with second-and third-generation users. There may be a small increased risk of MI among current OC users that our meta-analysis is underpowered to find. This risk may be greater among specific groups, such as users of first-generation progestins, heavy smokers (15 cigarettes or more daily), or women with cardiovascular disease risk factors.

Notably, one study found a decreased mortality from MI among ever users of OCs. Reasons for this could be decreases in competing risks associated with pregnancy, bias of ascertainment in women who were known OC users, or decreased prescribing of OCs to women with

00803492

Exhibit 163    JA-0003034

cardiovascular disease risk factors. These issues may not have been fully adjusted for in the analysis.

## Clinical Implications

For now, there is inconclusive evidence about increased MI risk associated with current OC use. Like VTE, MI is rare in women of reproductive age. In the United States, the annual incidence of MI is 0.3 to 0.7 percent among women; however, it is the sixth leading cause of death. Additional evidence is needed to effectively counsel patients about the risk of MI associated with OC use.

# Limitations

The major limitation to our findings is the lack of randomized trials available to determine if OCs cause increased risk of VTE, stroke, or MI. Of the studies included, the majority were case-control studies, likely due to the relative rarity of the outcomes in young women. Observational data are limited by unmeasurable confounding and inability to establish causation.

A second limitation of these data is the high degree of heterogeneity among the studies. There were many differences across studies in the covariates used in the analyses to adjust for potential confounding. For example, few studies of stroke incidence adequately controlled for well-established stroke risk factors such as hypertension, diabetes, and hyperlipidemia. The outcome definitions were also heterogeneous between studies. In the case of VTE, several studies included central venous thrombosis and superficial venous thromboembolism despite the fact that VTE is traditionally defined as DVT and/or PE. Further, some investigators excluded "nonidiopathic" or unexplained DVT from the analysis, but the majority did not. In the case of stroke, some investigators included central venous thrombosis, and transient ischemic attacks in the definition of stroke. Others did not differentiate between ischemic and hemorrhagic stroke.

Finally, the definition of the exposure varied by studies. A minority of studies compared ever OC users with never users. The majority of studies used current OC use as the exposure; however, many different definitions of current use existed (e.g., recently filled prescriptions, reported use in the last 3 months, or reported use in the last month). We included all studies that defined current use as sometime within the year prior to outcome assessment. The referent group also varied. In some cases, this was never users and in others this was noncurrent users, which included past and never users.

A limitation for all our formulation analyses is the large number of OC formulations that have been available during the course of these studies. Not only is it difficult to correctly identify a formulation used, but it is also impossible to know if that formulation was the one most proximal to an outcome of interest. Women taking OCs frequently change formulations due to cost or side effects, and so the formulation identified may not have been the one that should have been associated with the event. In addition, estrogen dose is not independent of progestin generation. Most higher dose estrogens are only found in combination with earlier generation progestins. We were unable to control for this in the analysis. Even if there were enough data to compare risks across formulations, the sheer volume of formulation combinations would cause a problem with multiple testing. Finally, current OC prescribing patterns in the United States involve mostly "very low dose" estrogen (e.g., 20 mcg or less); this dose of estrogen was infrequently reported in the included studies, and the risk associated could not be analyzed separately.

00803493

Exhibit 163                                                                    JA-0003035

For each of the outcomes of interest, increasing age is associated with increased risk in the general population. Although every study corrected for age of the participant in the analysis, there were few studies that assessed the risk of each outcome in current OC users stratified by age. This information would be clinically meaningful when counseling patients. The age of participants is very integral to the risk–benefit calculation of using OCs to prevent ovarian cancer. For example, very few women over age 35 use OCs for contraception; therefore, this age group is probably underrepresented in the current data. However, this is the very age group that may be interested in using OCs for prevention of ovarian cancer.

## Future Research

Given the increased risk of VTE and stroke among OC users, future randomized controlled trials (RCTs) are unlikely. However, it would be useful if women who participated in RCTs of OC use investigating other outcomes could be followed to determine long-term risk of VTE, stroke, and MI. Future observational research into the risk of acute vascular complications associated with OC use should (1) clearly define the outcome of interest (e.g., ischemic vs. hemorrhagic stroke, not including transient ischemic attacks), (2) define the exposure as current versus never use and former versus never use and clearly define "current use," (3) adjust for all known risk factors of the outcome (e.g., hypertension), (4) collect duration data according to years of use instead of categories so that more detailed analysis could be undertaken, (5) collect data on contemporary OCs such as very low dose estrogen pills, and (6) prioritize longitudinal cohort data. Studies addressing the risk of MI among current users of OCs are needed most.

## Applicability

The most important applicability issues are the time period of study for some of the large studies (going all the way back to the 1960s, with subsequent problems around dissimilar OCs used then vs. used now) and that very few of the included studies were conducted in the United States. Inadequate or incomplete reporting of age-related variables (e.g., age at first use of OCs, age at time of outcome event, and age at time of study participation) also contribute to the difficulty in applying these findings to specific age-groups of women in the United States.

00803494

Exhibit 163                                                                JA-0003036

# Section 5. Overall Benefits and Harms of Oral Contraceptives for Prevention of Ovarian Cancer

## Background

Our systematic review and evidence synthesis found significant protective effects of oral contraceptives (OCs) against ovarian cancer, in both the general population and in high-risk groups such as BRCA1 and BRCA2 carriers, with risk decreasing as the duration of use increases. We also found significant decreases in the risk of colorectal and endometrial cancers. Increased risks were significant for breast cancer (with risk declining with time since last use), deep venous thrombosis (DVT), pulmonary embolism (PE), and ischemic stroke. The incidences of myocardial infarction (MI) and cervical cancer were also increased, although the confidence interval for these two associations included 1.0.

There has long been recognition that OC use has important noncontraceptive implications for health.[349] Previous studies using formal methods to synthesize the available data in order to estimate net effects have generally shown either no overall effect, or a small positive effect, particularly for younger women.[66,350,351]

## Relevant Key Questions

The seven KQs developed for the entire systematic review are listed in Section 1 (refer to Figure 7 for a roadmap of this report). For Section 5, we have developed a new simulation model to generate estimates of the net harms and benefits of OC use in order to examine the following KQs:

**KQ 4:** Aside from pregnancy prevention, are there other benefits of OC use in reducing the risks of endometrial cancer or colorectal cancer?

**KQ 5:** What are the harms of OC use, including breast cancer incidence, cervical cancer incidence, venous thromboembolic disease, stroke, or myocardial infarction? How do these harms vary by dose or formulation, duration of use, or specific population?

**KQ 6:** Based on the comprehensive literature review, what are the benefits and harms from the use of OCs to reduce the incidence of ovarian cancer for specific populations? Based on the decision model, what is the estimated effect of these benefits and harms on life expectancy and quality-adjusted life expectancy?

**KQ 7:** Based on the systematic review and decision model, what research gaps need to be filled to better understand whether OCs are effective for the primary prevention of ovarian cancer?

237

00803495

Exhibit 163

JA-0003037

## Analytic Framework

Figure 40 shows the analytic framework that guided this section of the review.

**Figure 40. Analytic framework for overall benefits and harms of OCs**



KQ = Key Question; OC = oral contraceptive
Note: KQ 7 is not shown in the analytic framework.

## Methods

A detailed description of the simulation model structure, data sources, and parameters is provided in Appendix F. Section 5 summarizes those aspects most relevant to the presented results. Unless otherwise noted, we used national estimates from 2007—the most recently available at the start of the model-construction process.

00803496

Exhibit 163                                    JA-0003038

## Age-Specific Incidence of Relevant Outcomes With and Without OC Use

We obtained estimates of the age-specific (in 5-year age groups) incidence of ovarian, breast, cervical, colorectal, and endometrial cancers from two sources: (1) the Surveillance, Epidemiology, and End Results (SEER) database maintained by the National Cancer Institute (http://seer.cancer.gov/canques/index.html) and (2) the Centers for Disease Control and Prevention (CDC) National Program of Cancer Registries (http://wonder.cdc.gov/wonder/help/cancernpcr-v2009.html). Estimates were derived for all women as well as for four mutually exclusive race/ethnicity classifications: non-Hispanic white, non-Hispanic black, non-Hispanic other, and Hispanic. For the simulation model, we used age-specific and race/ethnicity-specific estimates of the number of cases and the total number of women in each strata from U.S. Census estimates (www.census.gov/popest/data/intercensal/national/nat2010.html) to generate beta distributions for incidence.

Estimates for the age-specific and race/ethnicity-specific incidence of DVT, PE, stroke, and acute MI were derived from the 2007 Nationwide Inpatient Sample (NIS), using specific International Classification of Disease-9 (ICD-9) codes as detailed in Appendix F. Again, distributions for stochastic modeling were derived by generating gamma distributions based on point estimates and standard errors and dividing by the estimated number of females in each strata based on Census estimates.

Estimates for the usage history of OCs were obtained from the National Survey of Family Growth (NSFG) data for 2002[352] and 2006 (www.cdc.gov/nchs/nsfg/nsfg_2006_2010_puf.htm).

For current exposure to OCs, we estimated age-specific and race/ethnicity-specific prevalence of current use of OCs as reported by survey respondents; for ever OC use, we used the cumulative estimate of race/ethnicity-specific self-reported ever use by age 44 in the 2006 NSFG. We derived estimates of the age-specific probability of beginning OC use for the first time from the age-specific prevalence of ever use within each racial/ethnic group.

We then estimated the impact of current OC use and ever OC use on the five cancers and four vascular events from the age-specific incidence estimates, the age-specific exposure estimates for OCs, and the derived odds ratios from the meta-analyses reported earlier. For any outcome,

Overall Incidence = (Incidence in OC users) * (Prevalence OC use) + (Incidence in nonusers) * (Prevalence nonuse).

since

Incidence in OC users = (Incidence in nonusers) * (Relative risk in OC users),

and

Prevalence nonuse = 1 − (Prevalence OC use),

separate estimates for age-specific incidence in users and nonusers can be derived from the overall incidence (converted to probabilities as described in Appendix F), the prevalence of OC use, and the relative risks (estimated here from the odds ratios from the respective meta-analyses).

Table 60 shows the relative risk estimates for the association between OC use and incidence of outcomes of interest (relative risks estimated based on odds ratios). All estimates except for the joint effect of duration of OC use and time since last use are derived from the meta-analyses

00803497

Exhibit 163

JA-0003039

described in Sections 2–4 of this report. These estimates reflect the results of our initial analyses completed for the initial version of the report; as described in the methods, these analyses were updated during peer review. Because the estimates and confidence intervals are essentially unchanged, we present the results of the more extensive analyses completed with the original estimates. The one substantive change was that time since last use was found to have a significant effect on the protective association between OC use and ovarian cancer risk, with protection decreasing with increasing time since last use. Because the study-level meta-analyses did not allow for estimating the distribution of duration of OC use and time since last use, we used stratified data from a single published pooled analysis.[21] Because the pooled analysis had insufficient observations to generate estimates for risks for durations of use greater than 5 years with last use 30 or more years previously, we used the estimates for 20 to 29 years. We assumed that OC use had no effect on survival after diagnosis of cancer or a vascular event since the literature review did not identify a significant effect of OCs on postdiagnosis survival. Therefore, any effects of OC use on cancer-specific or vascular event-specific mortality generated by the model are due only to effects on incidence.

**Table 60. Relative risk estimates for association between OC use and incidence of outcomes of interest**

| Parameter | Base Case Estimate | Range (95% CI Unless Otherwise Specified) | Distribution Type |
|---|---|---|---|
| *Cancers (Ever vs. Never OC Use)* | | | |
| *Ovarian* | | | |
| General population | 0.71 | 0.64 to 0.79 | Lognormal |
| BRCA1 carrier | 0.54 | 0.45 to 0.65 | Lognormal |
| BRCA2 carrier | 0.60 | 0.29 to 1.54 | Lognormal |
| *Breast* | | | |
| General population | 1.08 | 1.01 to 1.15 | Lognormal |
| BRCA1 carrier | 1.18 | 0.92 to 1.50 | Lognormal |
| BRCA2 carrier | 1.18 | 0.92 to 1.50 | Lognormal |
| Cervical | 1.28 | 0.89 to 1.86 | Lognormal |
| Colorectal | 0.86 | 0.79 to 0.95 | Lognormal |
| Endometrial | 0.55 | 0.42 to 0.70 | Lognormal |
| *Cancers (Other Exposure Types)* | | | |
| Duration of OC use and ovarian cancer risk | $1 - 1 / (1 + 7.43 / \text{duration (years)})^{**}1.239$ | | Function |
| Time since last OC use and breast cancer risk | $1 + (0.2711 * \text{EXP}(-0.06551 * \text{years})$ | | Function |

240

00803498

Exhibit 163                                                                                    JA-0003040

**Table 60. Relative risk estimates for association between OC use and incidence of outcomes of interest (continued)**

| Parameter | Base Case Estimate | Range (95% CI Unless Otherwise Specified) | Distribution Type |
|---|---|---|---|
| *Joint Effect of Duration of OC Use and Time Since Last Use and Ovarian Cancer Risk* | | | |
| *Current or <10 Years Since Last Use* | | | |
| Duration of use <5 years | 0.88 | 0.75 to 1.04* | Lognormal |
| Duration of use 5–9 years | 0.52 | 0.43 to 0.64* | Lognormal |
| Duration of use ≥10 years | 0.39 | 0.33 to 0.47* | Lognormal |
| *Last use 10–19 Years Previously* | | | |
| Duration of use <5 years | 0.85 | 0.62 to 0.73* | Lognormal |
| Duration of use 5–9 years | 0.62 | 0.53 to 0.73* | Lognormal |
| Duration of use ≥10 years | 0.51 | 0.44 to 0.59* | Lognormal |
| *Last Use 20–29 Years Previously* | | | |
| Duration of use <5 years | 0.81 | 0.74 to 0.89* | Lognormal |
| Duration of use 5–9 years | 0.69 | 0.60 to 0.78* | Lognormal |
| Duration of use ≥10 years | 0.60 | 0.51 to 0.72* | Lognormal |
| *Last Use ≥30 Years Previously* | | | |
| Duration of use <5 years | 0.83 | 0.73 to 0.95* | Lognormal |
| Duration of use 5–9 years | 0.69 | 0.60 to 0.78* | Lognormal |
| Duration of use ≥10 years | 0.60 | 0.51 to 0.72* | Lognormal |
| *Vascular Events (Noncurrent vs. Current OC Use)* | | | |
| Deep vein thrombosis | 3.01 | 2.47 to 3.68 | Lognormal |
| Pulmonary embolism | 1.61 | 1.26 to 2.05 | Lognormal |
| Stroke | 2.02 | 1.11 to 3.65 | Lognormal |
| Myocardial infarction | 1.24 | 0.75 to 2.04 | Lognormal |

BRCA = breast cancer genetic mutation; CI = confidence interval; OC = oral contraceptive
*99% confidence interval.

# Impact of Current Use Patterns of OCs on Overall Life Expectancy and Disease-Specific Incidence and Mortality

We developed a semi-Markov state-transition model using TreeAge Pro (Williamstown, MA: TreeAge, Inc.) to simulate the effects of use and nonuse of OCs on incidence and mortality from ovarian cancer and the other outcomes of interest (Appendix F). The model is run as a microsimulation, starting at age 10. During each iteration of the simulation, individual "subject" characteristics, including race/ethnicity and BRCA status are drawn from distributions (second-order Monte Carlo simulation). Depending on the simulation, the values of other parameters are either the base case estimate or a value drawn from the appropriate distributions described in Tables 60 and 61 (first-order Monte Carlo simulation). Cycle lengths are 1 month.

00803499

Exhibit 163

JA-0003041

**Table 61. Key parameter values, ranges, and distributions**

| Parameter | Base Case Estimate | Range (95% CI Unless Otherwise Indicated) | Distribution Type | Reference |
|---|---|---|---|---|
| *Demographics/Natural History* | | | | |
| Race/ethnicity at age 10 | Non-Hispanic: White: 56.9% Black: 14.9% Other: 7.9% Hispanic: 20.3% | Census data—assumed to have negligible uncertainty | Fixed | Census |
| *BRCA1* | | | | |
| Prevalence | 0.22% | 0.15-0.33% | Beta | John, 2007[353] Anonymous 2000[354] |
| RR Ovarian cancer | 41.7 | 30.1-53.3 | Lognormal | Anonymous 2000[354] |
| RR Breast cancer | Age-dependent 20–39: 58.6 40–49: 14.4 50–99: 1.0 | Age-dependent 20–39: 49.9-67.2 40–49: 0.9-28.0) 50–99: 1.0 | Lognormal | Anonymous 2000[354] |
| *BRCA2* | | | | |
| Prevalence | 0.15% | 0.08-0.23% | Beta | John, 2007[353] Anonymous 2000[354] |
| RR Ovarian cancer | 9.9 | 2.3-17.4 | Lognormal | Anonymous 2000[354] |
| RR Breast cancer | Age-dependent 20–39: 17.1 40–49: 11.2 50–99: 22.4 | Age-dependent 20–39: 17.1 (9.7-24.5) 40–49: 7.5-15.0 50–99: 18.1-26.8 | Lognormal | Anonymous 2000[354] |
| *Age-Specific Incidence* | | | | |
| Hysterectomy | Age- and race/ethnicity-dependent | See Appendix F | Gamma (numerator) | NIS |
| Oophorectomy | Age- and race/ethnicity-dependent | See Appendix F | Gamma (numerator) | NIS |
| Bilateral tubal ligation | Age- and race/ethnicity-dependent | See Appendix F | Beta | Chan, 2010[355] Whiteman, 2012[356] |
| Cancers | Age- and race/ethnicity-dependent | See Appendix F | Gamma (numerator) | NIS |
| Vascular events | Age- and race/ethnicity-dependent | See Appendix F | Gamma (numerator) | NIS |
| *Mortality* | | | | |
| All-cause mortality | Age- and race/ethnicity-dependent | See Appendix F | Gamma (numerator) | NCHS[a] |
| Cancers | Age- and race-dependent (white/black only) | See Appendix F | Beta | SEER |
| Vascular events | Age- and race/ethnicity-dependent | See Appendix F | Beta | NIS |

242

00803500

Exhibit 163

JA-0003042

**Table 61. Key parameter values, ranges, and distributions (continued)**

| Parameter | Base Case Estimate | Range (95% CI Unless Otherwise Indicated) | Distribution Type | Reference |
|---|---|---|---|---|
| *Oral Contraceptive Use* | | | | |
| *Age At First Use* | | | | |
| Natural history | Age- and race/ethnicity-dependent | See Appendix F | Dirichlet | NSFG |
| Prescription | Randomly assigned | 15–45 | Uniform | |
| *Duration of Use* | | | | |
| Natural history | Mean 54.8 months | Standard deviation 41 months, range 1–240 | Gamma | Chasan-Taber, 1996[357] |
| Prescription | Randomly assigned | 1–240 months, partly dependent on age of starting (not continued past age 45) | Uniform | |
| Reduction in ovarian cancer incidence after tubal ligation | 0.69 for 15 years, then 1.0 | 0.64 to 0.75 | Lognormal | Cibula, 2011[17] |

NCHS = National Center for Health Statistics; NIS = Nationwide Inpatient Sample; NSFG = National Survey of Family Growth; RR = risk ratio; SEER = Surveillance, Epidemiology, and End Results
[a]http://wonder.cdc.gov/wonder/help/cmf.html#Compressed%20Mortality%20File:%20ICD%20Revision

The use of probabilistic analysis and microsimulation offer two main advantages over a deterministic approach. First, probabilistic analysis allows the model to incorporate both the range of uncertainty in parameter estimates (e.g., the width of a 95% confidence interval) as well as the distribution of that uncertainty. For example, for a given mean parameter value with a normal distribution around that mean, the model can be run multiple times, drawing from the distribution with most of the values lying close to the mean value, but 2.5 percent would be drawn from below the lower 95-percent confidence bound and 2.5 percent from above the upper 95-percent confidence bound). Using distributions can be particularly helpful for parameters that are not "statistically significant" using conventional criteria, but where the weight of the existing evidence suggests a trend. For example, if a point estimate for a relative risk is 1.6 with a 95-percent confidence interval of 0.99 to 2.3, the traditional interpretation is that the observed increased risk is not statistically significant. However, because it is only the lower tail of the distribution that is below 1.0, the probability that the risk is greater than 1.0 is more than 95 percent. From a decisionmaking perspective, quantifying these effects can be quite helpful—in some situations, a patient, clinician, or policymaker might want to consider the potential effects of an increased risk of harm if the probability of the harm truly being increased was more than 80 or 90 percent (depending on the absolute risk of harm and the consequences of that harm), even though a threshold based on "not statistically significant" would preclude consideration of that harm.

The main advantage of microsimulation for this specific application is that it allows the model to have "memory" so that the probability of the outcomes of interests can be conditioned not only on the current state but also on past events, such as past use of OCs or duration of OCs.

# OC Use Scenarios

We modeled OC use under five scenarios; all scenarios began at age 10 and continued until death or age 100. Table 62 illustrates the main differences in the four OC-use scenarios. The

243

00803501

Exhibit 163

initial scenario included the full range of available contraceptive options as well as varying contraceptive effectiveness, pregnancy outcomes (including duration of pregnancy), and lactation. However, because of the paucity of data on the dynamics of contraceptive choice over a woman's lifetime, particularly in the United States, and because pregnancy is a potential competing risk for some outcomes, we elected to model "No OC use" by fixing the risk of the outcomes of interest to that of nonusers, based on the equations above. This allowed us to focus only on the potential tradeoffs between harms and benefits of OC use as a potential preventive agent.

**Table 62. Five OC use scenarios used in model**

| Parameter/ Assumption | OC Use Scenario | | | | |
| --- | --- | --- | --- | --- | --- |
| | Ever/Never | Duration | No OC | Prescribed Duration and Age at First Use and Duration | Joint Effects of Duration and Time Since Last Use |
| Age at first use | Age- and race-specific probability | Age- and race-specific probability | Age- and race-specific probability | Uniform distribution, assigned in sensitivity analysis | Age- and race-specific probability |
| Duration of OC use | Population distribution, constrained to stop by age 50 | Population distribution, constrained to stop by age 50 | Population distribution, constrained to stop by age 50 | Uniform distribution, assigned in sensitivity analysis, constrained to stop by age 50 | Population distribution, constrained to stop by age 50 |
| Association between OC use and cancers | Relative risk based on ever vs. never use for all | Relative risk based on duration of use for ovarian cancer, time since last use for breast cancer, ever vs. never for others | No reduction or increase in risk associated with OCs; incidence assumed to be that of nonusers in general population | Relative risk based on duration of use for ovarian cancer, time since last use for breast cancer, ever vs. never for others | Relative risk based on duration of use and time since last use for ovarian cancer, time since last use for breast cancer, ever vs. never for others |
| Association between OC use and vascular events | Relative risk based on current vs. noncurrent use for all | Relative risk based on current vs. noncurrent use for all | No reduction or increase in risk associated with OCs; incidence assumed to be that of noncurrent users in general population | Relative risk based on current vs. noncurrent use for all | Relative risk based on current vs. noncurrent use for all |

OC = oral contraceptive

# Model Assumptions

We made a number of simplifying assumptions as described below. If an assumption could possibly bias the analysis for or against the potential benefits of OC use, we chose the more conservative assumptions that biased against potential benefits of OC use whenever feasible.

244

00803502

Exhibit 163                                           JA-0003044

## Excluded Other Potential Benefits and Harms

We did not include other potential benefits (e.g., prevention of pregnancy, effects on menstrual flow and discomfort, effects on other reproductive outcomes such as endometriosis or benign ovarian cysts, effects on acne or premenstrual syndrome) or harms (e.g., neoplasms of the liver, gallbladder disease). Although including the full range of potential benefits and harms is ultimately of great interest, the scope of this analysis was specifically restricted to the potential noncontraceptive preventive benefits of OCs. Therefore, we restricted our analysis to relatively common, potentially fatal cancers or vascular events for which a preliminary literature review suggested consistent evidence of an association with OC use.

## Excluded Quality-of-Life Measures

We did not include quality-of-life measures. Although we originally intended to include quality-adjusted life expectancy, expressed as quality-adjusted life years (QALYs) as one of the outcomes, we were limited by a lack of available data on preferences for OC use. Although we identified several economic analyses of OC use for contraception—some of which included other outcomes,[350,358,359] or prophylaxis against ovarian cancer in BRCA1 and BRCA2 mutation carriers[360,361] which included utility values for outcomes relevant to our analysis—none included any values for OC use itself. There is a relatively high discontinuation rate of OC use within the first 12 months after starting, some of which is attributable to side effects.[362-366] Conversely, there are other potentially positive effects on quality-of-life, including effects on menstruation, reassurance against unwanted pregnancy, or reduced acne. Including only the effect of cancers and vascular events on QALYs could substantially bias overall estimates of the impact of OCs on quality-adjusted life expectancy. Therefore, we focused primarily on the specific balance between benefits (in terms of reduced cancers) and harms (in terms of increased cancers or acute vascular events); further work to integrate the effect of OCs, either as contraceptives or as prevention against other diseases, is a major research need.

## Continuous OC Use for Duration

We assumed that, once "assigned" an age at first use and duration of use by the model, OC use would be continuous for that duration, then stopped. This is clearly not the case for most women, but because the available literature on duration of use does not distinguish between continuous and intermittent use, and data to inform patterns of use were not available, we used this simplifying assumption.

This assumption creates the potential for bias in both directions. In the case of breast cancer and vascular events, where incidence increases with age, an assumption of continuous use may underestimate the upper tail of the age distribution of current OC users, and therefore underestimate the potential increased risk associated with OC use. On the other hand, to the extent that time since last use potentially decreases protection for ovarian, colorectal, and endometrial cancers, underestimating the upper tail may lead to underestimating the protective effect, since the continuous use assumption results in longer average duration between last use and the time of highest cancer risk.

## Point Estimates in Base-Case Analysis

For the purposes of the base-case analysis, we used the point estimates from the meta-analyses; since two of these (MI and cervical cancer) were not statistically significant using conventional criteria, this is a potential bias against OC use.

00803503

Exhibit 163    JA-0003045

## Analysis of Temporal Relationships

We included an analysis of temporal relationships such as age at first or last use, duration of use, or time since last use only for those found to be significant in the meta-analyses (duration of use and time since last use for ovarian cancer, and time since last use for breast cancer). Because the data available for meta-analysis did not allow for estimation of the joint effect of duration of use and time since last use, we used estimates for ovarian cancer risk stratified by both duration and time since last use from the pooled analysis of the Collaborative Group on Epidemiological Studies of Ovarian Cancer.[21] As discussed in Section 2, these estimates are quite similar to the results of the study-level meta-analyses. This was done primarily for tractability of modeling, and because estimates of relative risk were most commonly reported as ever vs never use. This assumption of lifetime effects for any duration exposure could result in overestimation of both benefits and harms.

## Constant Risk of Vascular Events

We assumed that the risk of vascular events among current users was constant across time; i.e., that the degree of risk associated with OCs was the same during a woman's first and last month of use no matter how long. As discussed in Section 4, there is some evidence that the risk is highest early during use for some outcomes, particularly DVT,[281] presumably because women with an increased underlying risk such as inherited thrombophilias develop the outcome quickly. If this is the case, the assumption of constant risk may overestimate the likelihood of these events among all OC users.

We also assumed that there was no increased risk in vascular events after discontinuation of OCs. This was consistent with the findings for venous thromboembolism and stroke discussed in Section 4. Although we did not explicitly consider ever vs never use for myocardial infarction, another meta-analysis found no difference in risk between past users and never users.[47]

## Survival After Cancer Diagnosis

We modeled survival after diagnosis for each cancer up to 5 years; after 5 years, we assumed cure (women with breast cancer were at risk for a second primary, although this was not conditioned on previous history). We limited followup for five years primarily because there is variability in reported length of followup between the different cancers. Particularly for breast cancer, where late recurrences are not uncommon, this may result in an underestimate of cause-specific mortality.

As described in Appendix F, survival after diagnosis was conditional on age at diagnosis and race (black vs. white only, with the assumption that survival for Hispanic and other-race women was identical to white women). Also as described in Appendix F, the model predictions for overall lifetime incidence when incorporating patterns of OC use and the derived estimates for the association between OC use and cancers showed good agreement with estimates of lifetime incidence derived from the SEER DevCan software. (http://surveillance.cancer.gov/devcan/).

## Patterns of OC Use Over Lifetime

We found surprisingly few data on patterns of use of OCs over a woman's lifetime. Although we were able to generate an estimate of the distribution based on one study that reported a mean and standard deviation for duration,[357] the available literature does not provide any data to correlate duration of use with age of starting, and so we modeled these as independent

246

00803504

Exhibit 163

JA-0003046

probabilities for those analyses where the values for these parameters were drawn from distributions.

We assumed no one would start OCs after age 45, (i.e., age at first use ranged from 12 to 44) age of first use to 44, based on data from the NSFG that showed almost no increase in the proportion of "ever users" after age 35, and the lack of available data for women over age 45 (since the NSFG only includes women aged 15 to 44 years). We also constrained duration of use so that all women stopped OC use at age 50, regardless of assigned age at first use and duration. Assuming that there is, in fact, a correlation between age at first use and duration of use, this assumption of independence may underestimate duration of use in younger women and overestimate it in older women. Particularly for vascular events, where overall risk increases with age and there is an assumption of constant risk with time among current users, this may result in an overestimate of the number of events in OC users.

## Tubal Ligation

Because there is a consistent association between tubal ligation and reduced ovarian cancer risk, even after controlling for contraceptive use,[17,19,123,367] we included tubal ligation (based on age-specific and race/ethnicity-specific incidence and prevalence) in the model, and used the estimate for reduction in risk from a recent meta-analysis.[17] Because most studies of the association between ovarian cancer and OCs controlled for tubal ligation (and vice versa), we assumed that the risks were independent such that the risk of ovarian cancer in a woman with a history of OC use was further reduced if she subsequently underwent tubal ligation. We also assumed that the probability of tubal ligation was not conditioned on prior OC use.

## Effect of Other Contraceptive Methods

Because the overwhelming majority of the literature classified OC use as some variant of ever versus never, we assumed that contraceptive methods other than tubal ligation that were used whenever OCs were not being used did not affect ovarian cancer risk, although one recent study suggests this may not be the case.[123]

## Effect of Hysterectomy or Oophorectomy

Because removal of the potentially cancerous organ obviously affects the likelihood of developing cancer, we included age-specific and race/ethnicity-specific probabilities of hysterectomy and oophorectomy (in various combinations) in the model. We assumed that the risk of cervical and endometrial cancer was zero after hysterectomy and that the risk of ovarian cancer was zero after bilateral oophorectomy. Although there are fairly consistent data showing that women who undergo hysterectomy alone, without removal of the ovaries, have a reduced risk for ovarian cancer,[19,368] we assumed hysterectomy alone did not affect ovarian cancer risk, primarily because of uncertainty about potential interactions with OC use. Because OCs may reduce the incidence of both benign and malignant indications for hysterectomy, they could potentially decrease hysterectomy rates.

Conversely, because OCs may be prescribed for many conditions that can lead to hysterectomy, use of OCs may be associated with increased hysterectomy rates. This is consistent with data from two observational studies; in Denmark, a country with high overall use of OCs, long-term OC use was associated with decreased hysterectomy rates, while short-term use was associated with increased rates,[369] and in Ireland, where OC use for contraception was historically quite low, a history of OC use was associated with an increased hysterectomy rate.[370]

247

00803505

Exhibit 163

JA-0003047

## Three Types of Simulations

With the above assumptions and base-case estimates, we ran three types of simulations:

1. *Simple simulations,* where the mean value of the relative risks associated with OC use was used for all iterations. These included:

   a. A series of 60,000 simulations for the general population (all women including BRCA1 and BRCA 2 carriers) and 20,000 each for BRCA1 and BRCA2 carriers where the effect of OC use based on current use patterns was compared with no use.

   b. A series of 50,000 simulations for the general population and 20,000 each for BRCA1 and BRCA2 carriers where OC use was based on current use patterns. After the simulations, the "population" dataset was divided into ever and never users. Differences in outcomes were compared and 50,000 simulations were run for the general population and for BRCA1 and BRCA2 carriers.

2. *Age and duration analyses,* where sets of 20,000 simulations were run varying both age at first OC use (15, 20, 25, 30, 35, and 40 years) and duration of use (1, 2, 5, and 10 years). A total of 24 combinations were simulated (we did not model 10 years' duration starting at age 40). These simulations also indirectly captured the effect of recency of use on breast cancer since "recency" relative to age-specific breast cancer risk is a direct function of age at first use and duration of use.

3. *Two-dimensional simulations,* where individual values of the OC-associated relative risks were drawn from the distribution (n=200), followed by 10,000 simulations for each relative risk value, for a total of 2,000,000 simulations.

## Modeled Outcomes

We used the model to estimate overall life expectancy and lifetime incidence and mortality from the five cancers and four acute vascular events; for the "direct" comparison of ever vs never users, we also estimated the absolute number of harms and benefits attributable to OC use per 100,000, and the number needed to harm or prevent (defined as 1 divided by the risk difference)

## Sensitivity Analyses

We assessed the effect of uncertainty in the model structure and parameter values in several ways. First, for each set of simulations, we modeled the association between OC use and outcomes based on current use in two different ways: (1) where all cancer relative risks were based solely on ever versus never use and (2) where the risks for ovarian cancer were modeled on the basis of duration of use and the risks for breast cancer were modeled on ever vs never use and time since last use.

Second, we focused on age of starting use and duration of use by fixing the value of these across a wide range and then comparing the results. Third, we conducted a series of two-dimensional simulations, where the values for the relative risks of events were first drawn from the distributions described in Table 60, followed by a series of microsimulations, drawing "individual" values for BRCA status, race/ethnicity, and disease incidence and mortality from their appropriate distributions described in Table 61. For each outcome, we then generated the equivalent of "acceptability curves,"[371] where the proportion of sets of simulations where one strategy was "optimal" compared with another are illustrated at different thresholds for "optimality."

248

00803506

Exhibit 163                                                                 JA-0003048

For outcome incidence and mortality, we used a net benefits approach.[371] In health economics, net monetary benefits (NMB) are defined as a function of willingness-to-pay (WTP) as follows:

$$NMB = (WTP * Effectiveness) - Costs$$

If WTP is measured in dollars per QALY, then NMB reduces to a single dollar figure. At any given WTP, the strategy with the highest NMB is preferred. Alternatively, the same approach can be applied using net health benefits (NHB):

$$NHB = (Costs/WTP) - Effectiveness$$

In a growing number of economic analyses, probabilistic analysis is used to estimate the effect of uncertainty in parameter values on the likelihood of making an optimal decision.[372] However, for those settings where costs are not explicitly being considered, this approach still has value. Harms can be considered "costs"—especially in the setting of preventive interventions.

For this analysis, we estimated separate harm/benefit ratios for incidence and mortality, with harms defined as the difference in incidence or mortality for breast and cervical cancer, and DVT, PE, MI, and stroke, and benefits as the difference in incidence or mortality for ovarian, colorectal, and endometrial cancers. For the incidence ratio, we varied the WTP from 0 net (no harms with some benefit) to 5.0 (5 extra incident cases for each case prevented) and benefits equivalent). For the mortality ratio, we varied the WTP from 0 (no excess mortality relative to deaths prevented) to 1.0 (excess mortality attributable to OC use exactly equivalent to prevented deaths attributable to OC use) We assumed that the harms and benefits compared here—all of which are associated with potential long-term morbidity and mortality—were roughly equivalent; obviously, this may not be the case, and appropriate weighting using validated preference measures is needed. Although this approach has been described,[373] it has not gained wide acceptance in the health economics literature. However, the simple comparison of net harms and benefits is frequently used in guidelines development,[374,375] and this approach may be particularly helpful in illustrating the effects of uncertainty on specific harms and benefits when developing practice or policy recommendations.

# Results

## Age-Specific Incidence of Relevant Outcomes With and Without OC Use

Estimated age-specific incidences of cancers among ever and never users of OCs are shown in Figures 41 to 45. At the ages of peak incidence, ever use is associated with an absolute reduction in ovarian cancer incidence of approximately 20 per 100,000 (Figure 41). For other cancers, peak incidence was increased by approximately 20 per 100,000 for breast cancer (Figure 42) and 4 per 100,000 for cervical cancer (Figure 43), and peak incidence decreased by approximately 50 per 100,000 for colorectal cancer (Figure 44) and 55 per 100,000 for endometrial cancer (Figure 45).

249

00803507

Exhibit 163                                                                                                    JA-0003049

**Figure 41. Estimated age-specific incidence of ovarian cancer among ever versus never OC users**



250

00803508

Exhibit 163

JA-0003050

**Figure 42. Estimated age-specific incidence of breast cancer among ever versus never OC users**



00803509

Exhibit 163

JA-0003051

**Figure 43. Estimated age-specific incidence of cervical cancer among ever versus never OC users**



252

00803510

Exhibit 163

JA-0003052

**Figure 44. Estimated age-specific incidence of colorectal cancer among ever versus never OC users**



253

00803511

Exhibit 163

**Figure 45. Estimated age-specific incidence of endometrial cancer among ever versus never OC users**



Estimates for vascular events among current versus noncurrent users of OCs are shown in Figures 46 to 49. Peak increases in incidence were approximately 150 per 100,000 for DVT (Figure 46), 30 per 100,000 for PE (Figure 47), 30 per 100,000 for stroke (Figure 48), and 12 per 100,000 for acute MI (Figure 49); all of these were in women between the ages of 35 and 44. Note that the rates for all events merge at age 45. This is due to the lack of data on the prevalence of OC use in women over 45 years of age, since the best available data source, the NSFG, is limited to women aged 15 to 44. Because the formula for estimating incidence of an outcome based on exposure status subjects is derived from relative risk, overall incidence, and prevalence of exposure, there is no way to estimate the incidence in OC users over age 45, but it is certainly likely to be greater than for nonusers.

254

00803512

Exhibit 163

**Figure 46. Estimated age-specific incidence of hospitalizations for deep vein thrombosis among current versus noncurrent OC users aged 15 to 44**



255

00803513

Exhibit 163

**Figure 47. Estimated age-specific incidence of hospitalizations for pulmonary embolism among current versus noncurrent OC users aged 15 to 44**



256

00803514

Exhibit 163

**Figure 48. Estimated age-specific incidence of hospitalizations for stroke among current versus noncurrent OC users aged 15 to 44**



257

00803515

Exhibit 163

**Figure 49. Estimated age-specific incidence of hospitalizations for acute myocardial infarction among current versus noncurrent OC users aged 15 to 44**



Figure 50 (for cancers) and Figure 51 (for vascular events) summarize the effects of OC use on age-specific incidence on a common scale. Each graph represents the estimated net difference in cases or hospitalizations per 100,000 in OC users compared with nonusers at each age. It is important to note that these estimates are for each individual outcome only and are not adjusted for competing risks such as hysterectomy or oophorectomy, or the occurrence of other outcomes, and effects of duration of use or time since last use are not incorporated.

258

00803516

Exhibit 163                                                                                                      JA-0003058

**Figure 50. Increase or decrease in age-specific incidence of cancers in ever OC users versus never users**



**Figure 51. Increase in age-specific incidence of vascular events in current OC users versus noncurrent users**



DVT = deep vein thrombosis; MI = myocardial infarction; PE = pulmonary embolism

259

00803517

Exhibit 163                                                                        JA-0003059

## Effect of OC Use on Lifetime Incidence and Mortality

Table 63 shows the results of 60,000 simulations for the general population, along with 20,000 simulations each for BRCA1 and BRCA2 carriers; results were not qualitatively different by race or ethnicity. In this analysis, we estimate the overall effects of OC use based on current population patterns of use (including some women who never use OCs), and compare it to a simulated population that has the same patterns of pill us, but without any harms or benefits attributable to the pill (i.e., the risk of events in pill users is assumed to be identical to nonusers estimated base on relative risk estimates). Current patterns of OC use resulted in an increase in life expectancy of 1 to 2 months in the general population (with larger gains when modeled on the basis of duration), 10.5 months in BRCA1 carriers, and 1 month in BRCA2 carriers. Estimated ovarian cancer incidence and mortality, and overall mortality, in the model incorporating the joint effects of duration of use and time since last use was intermediate between estimates resulting from the ever/never and duration-only models. For clarity, we present only ever/never and duration only. Because there were no data on effects of duration of use or time since last use on outcomes in BRCA1 or BRCA2 carriers, effects of OCs were based on ever versus never use. Again, for the purposes of clarity, we omit confidence intervals but note that, even with this large number of simulations, the confidence intervals between different models overlapped.

**Table 63. Estimated life expectancy and lifetime number of cases and deaths from cancers and vascular events**

| Outcome | All Women (n=60,000) | | | BRCA1 Only (n=20,000) | | BRCA2 Only (n=20,000) | |
|---|---|---|---|---|---|---|---|
| | No Effect of OCs | OC-Attributable Effects | | No Effect of OCs | OC- Attributable Effects | No Effect of OCs | OC- Attributable Effects |
| | | Ever/ Never[a] | Time-Dependent[b] | | Ever/ Never[a] | | Ever/ Never[a] |
| Life expectancy | 71.26 | 71.37 | 71.42 | 63.81 | 64.76 | 65.31 | 65.41 |
| **Lifetime Risks of Cancers** | | | | | | | |
| *Ovarian* | | | | | | | |
| Developing | 1.76% | 1.42% | 1.00% | 48.92% | 36.21% | 14.15% | 9.97% |
| Dying | 0.99% | 0.78% | 0.55% | 25.55% | 19.33% | 7.80% | 5.63% |
| *Breast* | | | | | | | |
| Developing | 10.52% | 11.04% | 11.14% | 48.45% | 54.09% | 82.92% | 85.89% |
| Dying | 0.92% | 0.98% | 0.97% | 5.11% | 5.58% | 8.14% | 8.45% |
| *Cervical* | | | | | | | |
| Developing | 0.54% | 0.63% | 0.60% | 0.39% | 0.61% | 0.28% | 0.47% |
| Dying | 0.01% | 0.01% | 0.01% | 0.00% | 0.01% | 0.00% | 0.01% |
| *Colorectal* | | | | | | | |
| Developing | 5.16% | 4.70% | 4.78% | 3.42% | 3.33% | 3.44% | 3.22% |
| Dying | 1.72% | 1.57% | 1.64% | 1.09% | 1.05% | 1.00% | 1.03% |
| *Endometrial* | | | | | | | |
| Developing | 3.21% | 2.13% | 2.15% | 2.19% | 1.63% | 2.71% | 1.50% |
| Dying | 0.60% | 0.41% | 0.38% | 0.42% | 0.26% | 0.52% | 0.27% |

00803518

Exhibit 163                                                                JA-0003060

**Table 63. Estimated life expectancy and lifetime number of cases and deaths from cancers and vascular events (continued)**

| Outcome | All Women (n=60,000) | | | BRCA1 Only (n=20,000) | | BRCA2 Only (n=20,000) | |
|---|---|---|---|---|---|---|---|
| | No Effect of OCs | OC-Attributable Effects | | No Effect of OCs | OC-Attributable Effects | No Effect of OCs | OC-Attributable Effects |
| | | Ever/Never[a] | No Effect of OCs | | Ever/Never[a] | | Ever/Never[a] |
| Life expectancy | 71.26 | 71.37 | 71.42 | 63.81 | 64.76 | 65.31 | 65.41 |
| *Lifetime Risks of Other Outcomes* | | | | | | | |
| *DVT* | | | | | | | |
| Cases | 8.54% | 8.74% | 8.77% | 5.77% | 6.30% | 5.79% | 5.47% |
| Deaths | 0.45% | 0.50% | 0.50% | 0.34% | 0.38% | 0.40% | 0.34% |
| *PE* | | | | | | | |
| Cases | 4.89% | 4.89% | 4.89% | 3.46% | 3.19% | 3.13% | 3.14% |
| Deaths | 0.43% | 0.40% | 0.39% | 0.27% | 0.29% | 0.27% | 0.23% |
| *Stroke* | | | | | | | |
| Cases | 10.53% | 10.38% | 10.36% | 7.31% | 7.44% | 6.26% | 6.45% |
| Deaths | 0.87% | 0.79% | 0.79% | 0.48% | 0.58% | 0.53% | 0.48% |
| *MI* | | | | | | | |
| Cases | 15.62% | 15.66% | 15.68% | 11.10% | 11.27% | 9.02% | 9.42% |
| Deaths | 1.99% | 1.98% | 2.01% | 1.48% | 1.51% | 1.07% | 1.04% |

BRCA = breast cancer genetic mutation; DVT = deep venous thrombosis; MI = acute myocardial infarction; OC = oral contraceptive; PE = pulmonary embolism

[a]Association between OC use and ovarian and breast cancers modeled as ever versus never users.

[b]Association between OC use and ovarian cancer dependent on duration of use, and between OC use and breast cancer on time since last use.

    This gain was largely attributable to decreases in ovarian cancer (which, while uncommon, has a high mortality rate), and colorectal cancer, which is common and has an intermediate mortality rate. While OC use did increase breast cancer cases, the relative increase in mortality from breast cancer was lower than the decrease from ovarian and colorectal cancer. This outcome is likely due to two factors. First, the overall case mortality rate for breast cancer is lower than for ovarian or colorectal cancer, even without adjusting for any effect of OCs on mortality through screening and/or biological changes. Second, by increasing age-specific incidence, cases are diagnosed at an earlier age—because we used age-specific survival in the model, this will lead to lower expected mortality. Finally, we assumed that 5-year survivors were no longer at risk for cancer death (although breast cancer survivors were at risk for a contralateral new cancer), which may also be contributing to lower overall mortality (other than BRCA carriers, who were at increased risk for both breast and ovarian cancers, we assumed the risk of different cancers was independent—women with a history of breast cancer were as likely to develop ovarian or other cancers as women who did not). The effect on mortality of cases occurring at younger ages is also seen for vascular events; in some iterations of the model, mortality was even reduced among users compared with nonusers, although some of this is also because of the large variance around the probability estimates due to the small number of cases. The prevalence of ever use in the models averaged approximately 75 percent across all iterations, which is somewhat lower than the 84 percent reported in the NSFG. However, given the relative magnitudes of the different effects, this likely leads to underestimation of overall net benefit.

    The relative effects of incidence and disease-specific mortality are particularly clear in the results for BRCA1 and BRCA2 carriers. For BRCA1 carriers—where the relative increases in risk of breast and ovarian cancer are similar and result in similar lifetime risks of close to 50

261

00803519

Exhibit 163  JA-0003061

percent in this model—the absolute reduction in ovarian cancer mortality is approximately 6 percent, while the absolute increase in breast cancer mortality is less than 1 percent, resulting in a gain in life expectancy of over 10 months. Conversely, for BRCA2 carriers—where the increased risk of breast cancer is much larger than for ovarian cancer (83% vs. 14%)—resulted in a smaller absolute reduction in mortality. The estimated number of other cancers and vascular events is also smaller for the BRCA carriers, largely due to the large competing risks associated with breast and ovarian cancers. As with the general population, the combination of small probabilities and earlier diagnosis lead to some paradoxical results in terms of the effect of OC use on incidence and mortality.

These results reflect estimates of the population-level impact of associations between OC use and these outcomes based on current patterns of OC use—in other words, the weighted average based on estimates of the population distribution of ever use, age at first use, and duration of use. Because the "OC use" model includes "subjects" who never use OCs, the absolute difference in outcomes at the population level will be lower than it will be when directly comparing ever users to never users.

## Effect of OC Use on Lifetime Incidence and Mortality in Ever Versus Never Users

To estimate absolute differences in outcomes between ever users and never users, we generated a "population" of women who had used OCs based on reported patterns, then calculated life expectancy and incidence and mortality from cancers and vascular events for "subjects" who had "taken" OCs during the simulation versus those who had not. We performed 50,000 iterations for the general population and 20,000 each for BRCA1 and BRCA2 carriers.

In Table 64, the estimated life expectancy and lifetime number of cases and deaths from cancers and vascular events is compared between ever versus never users. The results are qualitatively similar but somewhat larger in scale than seen when modeled as a general population effect, where the effect is the weighted average of incidence in users and nonusers. Estimated gains in life expectancy ranged from 5 months for BRCA2 carriers to 11.5 to 12.5 months for the general population, to 16 months for BRCA1 carriers. The incidence estimates for never users are also somewhat higher than in the population model, which is likely due to differences resulting from the effect of actually modeling no use, which may slightly modify the effects of differences in possible state transition compared with the general population model, which assumes similar patterns of pill use but no pill effects on cancers or vascular events.

Table 64 presents these results as the absolute number of case or deaths caused or prevented by OC use per 100,000 women over a lifetime starting at age 10. We also present the number needed to harm (NNH) or number need to prevent (NNP), which is the reciprocal of the absolute risk associated with OC use. For the general population, modeling the effects of exposure as time-dependent compared with ever vs never has an impact on the magnitude of the effect of OC use on both harms and benefits, increasing the number of breast cancer cases but decreasing the number of ovarian cancer. Although the qualitative effects are similar, and the absolute difference between the two different modeling approaches is quite small, the fact that they are different illustrates the potential importance of better data about the relationship between duration of use, time since last use, and the risk of developing specific cancers. There are also some paradoxical results for BRCA carriers (for example, decreased incidence but increased mortality for colorectal cancer among both BRCA1 and BRCA2 carriers), but it is unclear whether this represents the instability of relatively small numbers, or perhaps a competing risk

262

00803520

Exhibit 163

JA-0003062

effect because of the high background risk of mortality from ovarian cancer which is reduced by OC use. This series of simulations also resulted in lower estimated mortality, despite increased incidence, from breast cancer when OC effects are modeled based on time or in BRCA1 carriers. As noted in the meta-analysis, breast cancer incidence is increased by OC use, but mortality was not significantly increased. These model results, which are based only on modeling an increased incidence, suggest that some of the effect observed in the studies may be the result of shifts in age-specific incidence resulting in better overall survival. As noted below, we observed similar effects for stroke, which are almost entirely explained by differences in age distribution of cases. Some of this may also be related to a relatively small number of "subjects" with no history of OC use in the simulated data set. Finally, there are structural differences in competing risks depending on how the effects of OC use on the outcomes considered here are modeled, which may also contribute to this effect.

00803521

Exhibit 163

JA-0003063

**Table 64. Estimated lifetime excess cases and deaths (harms) and prevented cases (benefits) per 100,000 women**

| Outcome | General Population | | | | BRCA1 | | BRCA2 | |
|---|---|---|---|---|---|---|---|---|
| | Ever/Never[a] | | Duration[b] | | | | | |
| | Excess (Prevented) per 100,000 | Number Needed To Harm (Prevent) | Excess (Prevented) per 100,000 | Number Needed To Harm (Prevent) | Excess (Prevented) per 100,000 | Number Needed To Harm (Prevent) | Excess (Prevented) per 100,000 | Number Needed To Harm (Prevent) |
| *Harms* | | | | | | | | |
| *Breast Cancer* | | | | | | | | |
| Cases | 1021 | 98 | (345) | (290) | 2080 | 48 | 2268 | 44 |
| Deaths | (170) | (588) | (263) | (380) | (48) | (2078) | 318 | 315 |
| *Cervical Cancer* | | | | | | | | |
| Cases | 7 | 14154 | 74 | 1356 | 149 | 671 | 217 | 461 |
| Deaths | 0 | 4513455 | 11 | 9369 | 7 | 14899 | 7 | 15029 |
| *DVT* | | | | | | | | |
| Cases | 1226 | 82 | 1277 | 78 | 1059 | 94 | 45 | 2215 |
| Deaths | 4 | 24208 | 20 | 4959 | 46 | 2184 | (77) | (1297) |
| *PE* | | | | | | | | |
| Cases | 524 | 191 | 530 | 189 | 575 | 174 | 451 | 222 |
| Deaths | 484 | 207 | 468 | 214 | 432 | 232 | 317 | 315 |
| *Stroke* | | | | | | | | |
| Cases | 1329 | 75 | 1177 | 85 | 1819 | 55 | 1461 | 68 |
| Deaths | 77 | 1300 | 37 | 2706 | 138 | 726 | (105) | (949) |
| *MI* | | | | | | | | |
| Cases | 1253 | 80 | 1645 | 61 | 1823 | 55 | 1396 | 72 |
| Deaths | 378 | 264 | 448 | 223 | (33) | (3009) | 149 | 671 |
| *Total harms* | | | | | | | | |
| Cases | 5361 | 19 | 4357 | 23 | 7505 | 13 | 5840 | 17 |
| Deaths | 773 | 129 | 720 | 139 | 541 | 185 | 608 | 164 |
| *Benefits* | | | | | | | | |
| *Ovarian cancer* | | | | | | | | |
| Cases | (806) | (124) | (1076) | (93) | (9701) | (10) | (4300) | (23) |
| Deaths | (389) | (257) | (566) | (177) | (4478) | (22) | (1845) | (54) |
| *Colorectal Cancer* | | | | | | | | |
| Cases | (802) | (125) | (717) | (139) | (810) | (123) | (682) | (147) |
| Deaths | (374) | (267) | (321) | (312) | 50 | 2017 | 49 | 2021 |
| *Endometrial Cancer* | | | | | | | | |
| Cases | (1344) | (74) | (1421) | (70) | (1553) | (64) | (1996) | (50) |
| Deaths | (145) | (690) | (160) | (625) | (71) | (1402) | (85) | (1181) |

00803522

Exhibit 163

**Table 64. Estimated lifetime excess cases and deaths (harms) and prevented cases (benefits) per 100,000 women (continued)**

| Outcome | General Population | | | | BRCA1 | | BRCA2 | |
|---|---|---|---|---|---|---|---|---|
| | Ever/Never[a] | | Duration[b] | | | | | |
| | Excess (Prevented) per 100,000 | Number Needed to Harm (Prevent) | Excess (Prevented) per 100,000 | Number Needed to Harm (Prevent) | Excess (Prevented) per 100,000 | Number Needed to Harm (Prevent) | Excess (Prevented) per 100,000 | Number Needed to Harm (Prevent) |
| *Total Benefits* | | | | | | | | |
| Cases | (2952) | (34) | (3215) | (31) | (12064) | (8) | (6978) | (14) |
| Deaths | (908) | (110) | (1046) | (96) | (4500) | (22) | (1880) | (53) |

BRCA = breast cancer genetic mutation; DVT = deep venous thrombosis; MI = acute myocardial infarction; OC = oral contraceptive; PE = pulmonary embolism

[a]Association between OC use and ovarian and breast cancers modeled as ever versus never users.

[b]Association between OC use and ovarian cancer dependent on duration of use, and between OC use and breast cancer on time since last use.

00803523

Exhibit 163

JA-0003065

## Effect of Age at First Use and Duration of OC Use

Figures 52 to 76 present the results of simulations at varying ages of starting OCs (15, 20, 25, 30, 35, and 40 years) and duration of use (1, 2, 5, and 10 years) for cancer incidence and mortality, vascular event incidence and mortality, overall life expectancy and combined benefits and harms, and harm to benefit ratio. For all except life expectancy and the harm/benefit ratios, results are presented as changes in absolute incidence or mortality relative to no OC use—values above 0 reflect an increase relative to no OC use, while values below 0 reflect a decrease relative to OC use. Life expectancy is presented as absolute difference in fractions of years. For the harm/benefit ratio, values less than 0 indicate that total harms are reduced relative to no use; values between 0 and 1 indicate that harms are increased but that benefits exceed harms; and values greater than 1 indicate that harms exceed benefits.

Not surprisingly, the relationship between duration of use and outcome is strongest for ovarian cancer, since the effect of OC use on ovarian cancer incidence is directly modeled as a function of duration. There may be an interaction between age at first use and duration for breast cancer. The effect of OC use on breast cancer is modeled as a constant risk until stopping, with a subsequent decline over time. Therefore, women who start at later ages for longer periods of time may be at greater risk because breast cancer incidence increases with age. However, the results of the simulations do not show a clear relationship between age at first use and duration, which may be a function of the relatively small number of simulations for each age/duration combination. There do not appear to be any age/duration effects for the remaining cancers (again, likely due to exposure being modeled simply as ever vs. never use).

For vascular events, there was no clear relationship between age at first use and risk, but estimates for incidence and mortality tended to converge at 10 years of use for all ages of first use. This likely due to the assumption of constant risk—at longer durations of use, there is more opportunity for any effect of OC use on the event to occur, and the estimates are more stable.

For several of the outcomes, particularly breast cancer and stroke, overall lifetime incidence is decreased but overall lifetime cause-specific mortality is decreased for some groups, even though we do not model a separate effect of OC use on cause-specific mortality. There are several possible explanations for this, including random "noise" for rare events, the effects of competing risks, and structural factors in the model (for example, although "women" remain at risk for subsequent events such as a second VTE, this probability is not conditioned on experiencing a previous VTE while on OCs). However, some of the reductions in cause specific mortality may also be related to changes in age-specific mortality from specific conditions—increasing age-specific incidence while on OCs will by definition lead to a shift in the overall incidence to younger ages. Because survival after diagnosis for these conditions is better for younger women (because of lower prevalence of comorbid diseases and, in the case of cancers, potential shifts in stage distribution because of screening), it is possible to have increased incidence along with decreased mortality. We tested this hypothesis for stroke by fixing in-hospital stroke mortality in the model to the national average (9.8%) rather than to age-specific values, which vary from 7.8% in women under 45 years of age to 12.8% in women 85 years and older. Lifetime stroke mortality was 0.9 percent for no OC use, 0.83 percent when modeled as age-specific mortality, and 1.1 percent when modeled at the fixed overall rate, demonstrating the effect of changes in age-specific incidence on overall mortality if mortality is variable across age.

00803524

Exhibit 163

JA-0003066

Similar convergences with longer duration of use were observed for combined harms and benefits, with an overall greater reduction in mortality from ovarian, colorectal, and endometrial cancer compared with the increased mortality from other causes (note that the trend was not perfect, which may be due to unstable estimates resulting from too few simulations).

Use of OCs for 5 years or less was associated with net increase in life expectancy except for women 35 years and older. Longer durations were associated with gains in life expectancy in younger women but not women 30 years and older. This is largely explained by the impact of deaths occurring at younger age on overall life expectancy—more potential years lost has a greater impact. These results are consistent with the results showing net gains in life expectancy in Tables 63 and 64: if, as the age of first use versus duration effects suggest, net benefit is optimized by 5 years of use, then one would expect net increases in life expectancy in a population that has a mean duration of use of 5 years, which is the value used in the model.

Note that for each figure, the different shapes 15, 20, 25, 30, 35, and 40 represent the age of starting OC use, while the y-axis represents the absolute change in lifetime incidence or mortality due to the estimated association between OC use and the outcome.

**Figure 52. Age at first use and duration of use: ovarian cancer incidence**



OC = oral contraceptive

00803525

Exhibit 163                                                                    JA-0003067

**Figure 53. Age at first use and duration of use: ovarian cancer mortality**



OC = oral contraceptive

**Figure 54. Age at first use and duration of use: breast cancer incidence**



OC = oral contraceptive

268

00803526

Exhibit 163

JA-0003068

**Figure 55. Age at first use and duration of use: breast cancer mortality**



OC = oral contraceptive

**Figure 56. Age at first use and duration of use: cervical cancer incidence**



OC = oral contraceptive

269

00803527

Exhibit 163

**Figure 57. Age at first use and duration of use: cervical cancer mortality**



OC = oral contraceptive

**Figure 58. Age at first use and duration of use: colorectal cancer incidence**



OC = oral contraceptive

270

00803528

Exhibit 163

**Figure 59. Age at first use and duration of use: colorectal cancer mortality**



OC = oral contraceptive

**Figure 60. Age at first use and duration of use: endometrial cancer incidence**



OC = oral contraceptive

271

00803529

Exhibit 163                                                                 JA-0003071

**Figure 61. Age at first use and duration of use: endometrial cancer mortality**



OC = oral contraceptive

**Figure 62. Age at first use and duration of use: deep vein thrombosis incidence**



DVT = deep vein thrombosis; OC = oral contraceptive

272

00803530

Exhibit 163                                                                                                      JA-0003072

**Figure 63. Age at first use and duration of use: deep vein thrombosis mortality**



DVT = deep vein thrombosis; OC = oral contraceptive

**Figure 64. Age at first use and duration of use: pulmonary embolism incidence**



OC = oral contraceptive; PE = pulmonary embolism

273

00803531

Exhibit 163

JA-0003073

**Figure 65. Age at first use and duration of use: pulmonary embolism mortality**



OC = oral contraceptive; PE = pulmonary embolism

**Figure 66. Age at first use and duration of use: stroke incidence**



OC = oral contraceptive

274

00803532

Exhibit 163



**Figure 67. Age at first use and duration of use: stroke mortality**



OC = oral contraceptive

**Figure 68. Age at first use and duration of use: myocardial infarction incidence**



MI = myocardial infarction; OC = oral contraceptive

275

00803533

Exhibit 163                                                                                                JA-0003075

**Figure 69. Age at first use and duration of use: myocardial infarction mortality**



MI = myocardial infarction; OC = oral contraceptive

**Figure 70. Age at first use and duration of use: life expectancy**



OC = oral contraceptive

276

00803534

Exhibit 163

JA-0003076

**Figure 71. Age at first use and duration of use: total harms incidence**



OC = oral contraceptive

**Figure 72. Age at first use and duration of use: total harms mortality**



OC = oral contraceptive

277

00803535

Exhibit 163

**Figure 73. Age at first use and duration of use: total benefits incidence**



OC = oral contraceptive

**Figure 74. Age at first use and duration of use: total benefits mortality**



OC = oral contraceptive

278

00803536

Exhibit 163                                                                                      JA-0003078

**Figure 75. Age at first use and duration of use: harm/benefit ratio of OC use on incidence**



OC = oral contraceptive

**Figure 76. Age at first use and duration of use: harm/benefit ratio of OC use on mortality**



OC = oral contraceptive

## Harm/Benefit Acceptability

To assess the impact of uncertainty of the estimates of the relative risks associated with OC use on the tradeoffs between benefits and harms, we ran a series of simulations where the value for each relative risk was drawn from the distributions described in Table 60 (200 draws from these distributions, with 10,000 "subjects" per draw, for a total of 2 million simulations).This method allows us to generate estimates of the effect of uncertainty in the parameter estimates on the uncertainty in the output. For example, Figure 77 compares the distribution of the difference in life expectancy in the general population model between modeling OC effects as ever versus

279

00803537

Exhibit 163                                                                                    JA-0003079

never, versus dependent on duration of exposure for ovarian cancer and time since last use for breast cancer. Consistent with the results presented earlier, modeling OC effects based on time results in a greater mean gain in life expectancy. The probabilistic analysis shows this clearly, and also shows the distribution of outcomes, including the small proportion of simulations using ever versus never use which results in net loss of life expectancy.

**Figure 77. Distribution of net life expectancy difference due to OC effects[a]**





OC = oral contraceptive
[a]Based on OC use in the general population for 100 simulations, where OC effects are either time-dependent for breast and ovarian cancer, or modeled simply as ever versus never.

For the analysis of net benefits, we present the results as acceptability curves—the y-axis represents the proportion of simulations where a given scenario was optimal at a given "willingness-to-pay" (WTP) in terms of harms incurred versus benefits gained; in other words, the sum of all adverse outcomes divided by the sum of all desired outcomes. The point where the lines cross represents the point where half of the simulations favor OC use and half favor nonuse. At a WTP threshold below the point on the x-axis where the lines cross, the majority of simulations favor not using OCs, and, above that point, OC use is favored. The ratio of harms to benefits ranges from 0 (no excess harms) to 1 (harms equal to benefits).

Figures 78 and 79 show the curves for incidence cases and mortality, respectively. The acceptability threshold where OC use is favored is lower for mortality then for incidence, but for both it is below 0.5. For mortality, the model is based on duration of use results in a slightly, more favorable threshold for OC use: the proportion of simulations where a given acceptability threshold was reached was consistently higher because of the higher estimate of ovarian cancers prevented and the lower number of excess breast cancers.

00803538

Exhibit 163                                    JA-0003080

**Figure 78. Harm/benefit acceptability for incidence, modeled as ever/never use or duration of use**



OC = oral contraceptive

**Figure 79. Harm/benefit acceptability for mortality, modeled as ever/never use or duration of use**



OC = oral contraceptive

281

00803539

Exhibit 163

We then explored the relative impact of different components of harm and benefit on acceptability by systematically removing different conditions from the numerator or denominator of the harm/benefit ratio and comparing the proportion of simulations where OC use was favored at a given WTP threshold. For ease of visualization, we present only the proportion of simulations where OC use was acceptable for each combination of harms and benefits at a given WTP threshold; implicitly, the proportion of simulations where OC use was not acceptable at that threshold is 100 percent minus the value for OC use.

In these figures, we sequentially remove groups of harms from the numerator, leaving all benefits, then sequentially remove benefits, leaving all harms. The lines represent the following outcomes:
- Harms (incident cases and mortality)
  - "All combined": breast and cervical cancer, DVT, PE, stroke, MI
  - "No vascular events": breast and cervical cancer only
  - "No cancers": DVT, PE, stroke, MI only
- Benefits (prevented incident cases and deaths)
  - "All combined": ovarian, colorectal, and endometrial cancers
  - "Ovarian and colorectal": ovarian and colorectal cancers only
  - "Ovarian only": ovarian cancer only

Removing vascular events from the harms results in a shift to the left of the acceptability curve for incidence. An even greater shift is seen with removal of breast cancer and cervical cancer (Figure 80). Given the very low absolute increase in cervical cancer incidence associated with OCs, this effect is almost entirely due to breast cancer. This is due to several factors. First, although the relative risk of breast cancer attributable to OC use is relatively small, the absolute number of cases is larger than for vascular events. Second, the degree of uncertainty around the risk estimate for breast cancer is larger than it is for vascular events, with a lower bound very close to 1, so that removing the effect of this uncertainty leads to a greater number of simulations favoring OCs at a given threshold. Conversely, removing colorectal and endometrial cancer resulted in a marked shift of the curve to the right—40 percent of the simulations resulted in a harm/benefit ratio (number of harms incurred per case of ovarian cancer prevented) of 1.0 (Figure 81). This suggests that it is more likely that, for OC use solely for ovarian cancer prevention, the number of harms in terms of incident cases is likely to exceed the benefit (of course, the case might be different if patient preferences for the specific harms and benefits were included). Adding colorectal cancer improved the threshold somewhat, but the major effect was seen by replacing endometrial cancer into the equation. These results are consistent with the tables presented above, where the number needed to prevent one endometrial cancer case is substantially lower than for colorectal or ovarian cancer.

00803540

Exhibit 163

**Figure 80. Effect of specific harms on harm/benefit acceptability for incidence (duration model only)**



**Figure 81. Effect of specific benefits on harm/benefit acceptability for incidence (duration model only)**



Results for harms related to mortality were qualitatively similar, but showed an interesting pattern (Figure 82). Removing vascular events actually resulted in decrease in the acceptability threshold at WTO values below 0.1. This is due to the consistent model prediction of increased incidence but decreased mortality from stroke in OC users discussed above: because strokes are included as harms, the net harm in terms of lifetime deaths is smaller when vascular events are included then when they are not. As discussed, these results are due to modeled changes in age-specific incidence leading to changes in age-specific mortality. Taken at face value, these results raise an important point about the limitations of simply counting harms and benefits—clearly,

283

00803541

Exhibit 163

JA-0003083

the potential morbidity from a stroke at a young age is substantial, even if mortality is lower, and this needs to be taken into account by decisionmakers at every level, whether through an informal weighting process or formal methods such as quality-adjusted life expectancy. On the benefit side, the pattern was similar to that seen for incident benefits, although the relative contribution of ovarian cancer alone was much greater (Figure 83).

**Figure 82. Effect of specific harms on harm/benefit acceptability for mortality (duration model only)**



**Figure 83. Effect of specific benefits on harm/benefit acceptability for mortality (duration model only)**



00803542

Exhibit 163                                                    JA-0003084

## Discussion

Previous sections of this report have provided discussion of the findings, limitations, and clinical and public health implications of the detailed analyses of OC use and ovarian cancer (Section 2), OC use and other cancers (Section 3), and OC use and vascular events (Section 4). In Section 5, we used mathematical modeling methods to integrate the results of the systematic reviews and meta-analyses of these individual outcomes to better understand the combined effects. In Section 5, we also:

- Summarize the findings of the evidence synthesis
- Compare the results with previous studies
- Discuss the uncertainties, limitations, and subsequent future research needs
- Discuss the clinical and public health implications of the findings, given the uncertainties and limitations

## Summary of the Evidence Synthesis

The following are key points from our systematic review and meta-analyses:

- The incidences of ovarian cancer, colorectal cancer, and endometrial cancer were significantly reduced among women who used OCs, with the magnitude of reduction in ovarian cancer risk significantly associated with duration of use (risk declined with longer duration of use, with no evidence of a threshold effect); endometrial cancer risk was also reduced by longer duration of use. The meta-analysis also found a statistically significant effect of time since last use (protective effect decreased as time since last use increased) but not for other characteristics of OC use including ages at use or formulation.
- The reduction in ovarian cancer risk was consistent in different subgroups of women, including BRCA1 and BRCA2 carriers.
- The incidence of breast cancer was significantly increased among women who used OCs, with the magnitude of the increase significantly associated with time since last use (risk decreased with increasing time since last use). The meta-analyses did not find statistically significant effects of other characteristics of OC use including ages at use or formulation.
- The increase in breast cancer risk was consistent in different subgroups of women, including BRCA1 and BRCA2 carriers.
- The incidence of cervical cancer was increased among women who used OCs, although this result was not statistically significant in the meta-analysis.
- The incidences of DVT (including PE) and ischemic stroke were significantly increased among current users of OCs. Risk was associated with increasing estrogen dose, but the meta-analyses did not identify a significant effect of progestin formulation.
- The incidence of MI was increased among women who use OCs, although the results were not statistically significant in the meta-analysis. Again, risk was associated with increasing estrogen dose and, potentially, progestin formulation.
- All of these results are derived from observational studies and may be affected by unmeasured or uncorrected biases.

## Modeling Analysis

Key points from our modeling analysis are:

285

00803543

Exhibit 163

JA-0003085

- Using the point estimates for the odds ratios from the meta-analyses (including MI and cervical cancer, where confidence intervals included 1) and adjusting for the age-specific prevalence of OC use, we found the following differences in peak incidence between ever users and never users (for cancers) and current users versus nonusers (for vascular events):
- There was a relatively large absolute increase (maximum increase in annual age-specific incidence 22 per 100,000) in breast cancer risk despite a small relative risk.
- The largest reduction in incidence was in endometrial cancer (maximum decrease in annual age-specific incidence of 55 per 100,000), followed by colorectal cancer (maximum decrease in annual age-specific incidence of 50 per 100,000), and finally ovarian cancer (maximum decrease in annual age-specific incidence of 20 per 100,000), reflecting their relative frequency in women.
- By far the largest absolute increase for any harm was for venous thromboembolism, particularly deep venous thrombosis (maximum increase in annual age-specific incidence of 120 per 100,000); maximum increases in the annual age-specific incidence of PE, stroke, and acute MI were all 30 per 100,000 or less.
- Using a simulation model and these point estimates as well as probabilistic sampling of the age-specific incidence of relevant other events (including hysterectomy, oophorectomy, tubal ligation, and other-cause mortality) to model estimated patterns of OC use in terms of age of starting and duration of use in the general population, we found that:
  - The net effect of OC use on these outcomes was to extend mean life expectancy by approximately 1 month, which is consistent with other cancer prevention strategies in the general population.[376]
  - Modeling the association between OC use and ovarian cancer as a function of duration of use, and between OC use and breast cancer as a function of time since last use, resulted in slightly greater gains in life expectancy compared with modeling these results as a function of ever versus never use, due to a greater reduction in ovarian cancer incidence combined with a lower increase in breast cancer incidence when compared with a model where OC effects were solely based on ever versus never use.
  - Incorporating the joint effects of duration of use and time since last use decreased the population-level effects of OC use on ovarian cancer incidence and overall mortality slightly compared with duration of use alone, but higher than a simple ever/never model.
  - The largest population effect of OC use on incidence of benefits was on colorectal and endometrial cancers rather than ovarian cancers, while reductions in mortality were similar across all three cancers. The largest effect of OC use on both incidence and mortality due to increased risk was seen in breast cancer.
  - For all harms, increases in mortality were much smaller than increases in incidence (and, in some simulations, actually lower with OC use), likely due to a shift in incidence to younger ages, when age-specific mortality from all harms (including cancer) is lower.
  - Assuming a pattern of use similar to the general population, estimated increases in life expectancy were greatest for BRCA1 carriers (approximately 10 months), due to the much higher incidence of ovarian cancer. Estimates for BRCA2 carriers

286

00803544

Exhibit 163

were approximately equivalent to those for the general population, due to the much larger increase in breast cancer risk relative to the increased ovarian cancer risk.

- o Directly modeling ever versus never use results in larger positive effects of OCs compared with alternative methods to simulate lower exposure to OC use.

- When age at first OC use and duration of use were systematically varied, we found that:
  - o Estimates of the effect on life expectancy were positive for durations of use of 2 years or less and positive for women under age 35 for 5 years of use. Longer duration of use led to either lower life expectancy (women 30 and older) or smaller increases in life expectancy for all except women who started at age 15.
  - o Estimates for both incidence and mortality for harms (particularly vascular events) were unstable for shorter duration of use across all ages, converging with increasing duration; this is a function of the very low probability of events at younger ages and the assumption of constant risk during use.
  - o The total reduction in ovarian, colorectal, and endometrial cancer incidence and mortality was directly related to increased duration, which is largely due to the explicitly modeled association between duration and ovarian cancer incidence.

- Using a probabilistic analysis incorporating the range of uncertainty around the relative risk estimates, we found that:
  - o When the association between OC use and ovarian cancer risk was modeled as a function of duration of use, 45 percent of simulations resulted in a life expectancy gain of 1 and 2 months, while 44 percent resulted in gains of 2 to 3 months. When modeled as a function of ever versus never use, 62 percent of gains were between 1 and 2 months, while only 1 percent was greater than 2 months; 2 percent had a net loss of life expectancy of 1 week.
  - o For incident harms, breast cancer was the largest contributor. Conversely, for incident benefits, ovarian cancer had almost no effect relative to colorectal and endometrial cancers.
  - o For mortality, breast cancer was by far the biggest contributor to uncertainty; removing deaths from vascular events had minimal effect. On the benefit side, the contributions of ovarian, colorectal, and endometrial cancers were roughly equivalent.

00803545

Exhibit 163                                                                      JA-0003087

## Comparison With Previous Modeling Studies

Comparison of the results of the individual meta-analyses with other studies is provided in previous sections of this report. In general, our results were largely consistent with the recent literature, with most of the difference attributable to different inclusion/exclusion criteria.

Our modeling results are roughly consistent with previous U.S.-based studies, which have generally found minimal harms and small-to-moderate net noncontraceptive benefits of OC use—although our overall estimate suggests somewhat larger net benefits, especially in terms of mortality. We briefly describe the main differences in outcomes and approach here.

Fortney et al.[351] used a life table approach to estimate net effects on life expectancy, assuming 5 years of use and varying age at first use from 15 to 44 years of age in 5-year increments, and concluded that there was essentially no net effect, with gains of 4 days for women under age 0, and losses of 18 days for women in their 30s up to 80 days for women over age 45. In contrast, we found an overall net increase of 1 to 2 months across all age groups. The following are possible reasons for this discrepancy:

- The paper by Fortney et al. was published in 1986, so we were able to include subsequently published papers. We also used a more formal set of inclusion/exclusion criteria; the authors excluded a condition if there were less than two papers with a significant association, which eliminated breast cancer for consideration, and used formal meta-analysis methods to synthesize the results.
- Fortney et al. did not include breast or colorectal cancer, DVT, or PE, but did include complications of pregnancy, benign gallbladder disease, pelvic inflammatory disease, and rheumatoid arthritis.
- We used different methods for estimating incidence. Although the baseline estimates presented in Table 1 of the paper are reported as those for women not using OCs, it is unclear from either the table or the paper whether these results were adjusted for the prevalence of OC use or simply the overall rates that were subsequently multiplied by the relative risk estimate. Given the high prevalence of a history of OC use, population-based rates—which are the weighted average of the rates in exposed and unexposed—will be much closer to the rates in ever users compared with never users, all else (such as a history of smoking or an inherited thrombophilia) being equal. Thus, simply multiplying the population rate by the relative risk will overestimate the magnitude of the effect of the exposure in users. We estimated expected incidence based both relative risk and prevalence of exposure.
- We modeled competing risks.
- Fortney et al. applied relative risks derived from incidence to mortality. As shown in our results, the increase in mortality for a given outcome resulting from increased incidence in younger ages attributable to OC use may not result in equivalent increases in mortality because of the effect of age on outcome-specific mortality.

Schlesselman[66] used meta-analytic methods to estimate relative risks related to duration of use and time since last use and applied these estimates using life-table methods and durations of use of 4, 8, and 12 years to estimate the effect of OCs on ovarian, endometrial, cervical, breast, and liver cancers for women 20 to 54 years of age. The estimated mean number of breast and cervical cancers per 100,000 were similar to ours, but the estimates for ovarian and endometrial cancers were significantly lower.

Differences in approach include:

288

00803546

Exhibit 163

JA-0003088

- As with the paper by Fortney et al., we were able to include papers published subsequent to this 1995 analysis. It is also possible that there were differences in inclusion/exclusion criteria and potential differences in the meta-analytic approach, although this is difficult to ascertain from the paper.
- Schlesselman included estimates of duration of use and time since last use effects for all cancers; we included only those which were statistically significant in the meta-analysis (duration for ovarian cancer, time since last use for breast cancer). As seen in our analysis, this had a noticeable effect on outcomes, and, accumulated across multiple cancers, could result in even greater difference.
- We used a different time horizon of 10 to 100 years compared with Schlesselman's 20 to 54 year range. Depending on the size of any effect of time since last use, this could have a substantial effect. This is likely one of the reasons for the similar results for cervical and breast cancers, which have higher incidences when women are in their 40s and 50s compared with ovarian and endometrial cancers.
- We included different nonreproductive cancers. Schlesselman included liver cancer, which is much less common than colorectal cancer; our analysis shows that a protective effect against colorectal cancer would have a marked impact on overall benefits. It is not clear from the paper how competing risks were modeled.

Sonnenberg et al.[350] used a Monte Carlo simulation model to estimate the cost-effectiveness, in dollars per QALY, for a wide range of contraceptive methods. Although the modeling approach is similar to the one we used, the results cannot be directly compared primarily because the results are presented as net effects in terms of QALYs without estimates of individual event rates. The following are other differences:

- Sonnenberg et al. included contraceptive effects, and other contraceptive methods, some of which were assumed to have similar vascular effects as OCs.
- We included papers published subsequent to this 2000 analysis, used different inclusion/exclusion criteria, and used formal meta-analytic methods to derive risk estimates.
- Sonnenberg et al. adjusted for smoking prevalence and the potential interaction between smoking and OC use on relevant outcomes
- They did not include effects on colorectal cancer.
- Data are not provided on the ranges and distributions used in the Monte Carlo simulation.
- The time horizon was very short, only 2 to 5 years, and did not extend past age 50.

## Limitations and Uncertainties

The single most important limitation of this analysis is that it is "synthetic"—it is a synthesis of observational data using statistical and mathematical modeling techniques, rather than a directly observed controlled trial designed to minimize potential biases and optimized to detect a clinically significant effect. Women who use OCs are likely to be different from women who never use OCs in a variety of ways that may affect estimates of the association between OCs and a given outcome. For example, concerns about an increased risk for vascular events among obese women may make providers less likely to prescribe oral contraceptives; to the extent that obesity is associated with increased risk for many cancers, this would lead to an overestimation of a protective effect or an underestimation of an increased risk. Although the effect of these differences on the estimate can be mitigated by appropriate study design and analytic methods, they cannot be eliminated.

00803547

Exhibit 163                                                                 JA-0003089

The majority of evidence we identified was consistent in both direction and magnitude of effect size, showed some evidence of a duration relationship and was adjusted for known confounders. However, this was also the case for hormone replacement therapy as primary prevention for cardiovascular disease. When synthesized into high-quality models, the results strongly suggested a beneficial effect for most women,[377,378] which were subsequently disproven by a randomized trial.[379]

For most women who are considering OCs for contraception, or who have OCs recommended for indications for which there is strong evidence of effectiveness, the lack of RCT data on OCs and potentially fatal outcomes is important, especially if an increased baseline risk of a particular outcome would affect the decision whether or not to use OCs. Given recent evidence on the comparative effectiveness of OCs and long-acting, reversible contraceptives in terms of pregnancy prevention,[380] consideration of the noncontraceptive benefits and harms of OC use relative to other contraceptive methods may become an even greater factor for helping women choose appropriate contraceptive methods. However, quite appropriately, the ultimate decision about using OCs for contraception or as treatment for other conditions should primarily be based on consideration of evidence for their effectiveness for *that indication*, weighed against the potential harms and other relevant attributes (convenience, duration of effectiveness, etc.).

The considerations are somewhat different when the question being considered is whether to recommend OCs primarily to prevent ovarian cancer; here, the potential for bias in the estimates of both benefits and harms also is particularly critical. As noted in the introduction, ovarian cancer has a high mortality rate; there are no effective screening interventions (and, given the biology of the disease, the prospect of effective screening for most women is poor); and surgical removal of the tubes and ovaries carries risks of operative morbidity and the potential effects of early menopause. (We note that the observed reduction in OC risk with tubal ligation is roughly equivalent to that seen with OC use, even with adjustment of OC use among women with tubal ligation—further evaluation of the potential role of tubal ligation as primary prevention for ovarian cancer for women who have completed childbearing is an important area for future research). Approximately 15 percent of women have never used OCs by age 44,[172] and based on the distribution reported in the Nurses' Health Study,[357] another 10 percent of users have taken OCs for less than 12 months. Given the high mortality of ovarian cancer and the lack of proven alternative strategies for prevention that do not involve removal of the ovaries, a course of OCs as primary prevention is potentially a reasonable strategy but one which warrants further research. Even without the potential for biased estimates from the observational studies in the review, the modeling results indicate substantial remaining uncertainty about the balance of harms and benefits of OC use solely for the prevention of ovarian cancer.

Despite the desirability of an unbiased estimate of risk, a formal prospective trial would face numerous, perhaps insurmountable, challenges, as described below.

**Sample size and duration of followup, particularly if ovarian cancer is the primary outcome**. For example, in a trial targeting women aged 35 to 39 for prevention of ovarian cancer incidence, the expected incidence ovarian cancer by age 55 would be 0.2 percent; assuming a 70-percent reduction in incidence, a trial would require 20 years of followup of over 70,000 subjects *per arm* using an alpha of 0.05 and a beta of 0.2. For mortality to be the endpoint, the trial would need to be extended an additional 5 years. Even if endometrial and colorectal cancer were added as trial outcomes, sample sizes would be over 5,000 per arm for a 20-year study to detect differences in incidence and 25,000 for a 25-year study to detect differences in mortality. None

290

00803548

Exhibit 163

of these estimates includes correction for loss to followup or hysterectomy or oophorectomy for other causes.

Although alternative statistical analyses or composite outcomes might reduce sample size somewhat, a trial of OCs versus placebo or another method would still require, at the very least, a similar sample size to the Women's Health Initiative with at least twice the length of followup. Maintaining followup in a study of that size for that duration would be challenging, to say the least. Another issue with a study of such long duration would be the inherent problem of applicability: by the time the study was done, alternative methods of contraception (including OC formulations) may well be available and preferred to the formulations tested in the trial.

**Recruitment and inclusion/exclusion criteria.** In addition to the normal difficulties of recruitment, a substantial proportion of women who are either never users of OCs or used OCs for less than 12 months would be women who had medical contraindications, religious or other objections to OC use, or who stopped OC use because of side effects. Recruitment is always an issue for any randomized trial; one that uses a daily oral medication with known side effects and potential serious short- and long-term harms for primary prevention of a relatively rare cancer would face more difficulty than usual.

**Choice of comparator.** For reproductive-age women not using another contraceptive method, placebo alone would not be acceptable, further complicating trial logistics if women in both arms would be required to use an alternative contraceptive method. If some of those methods are also effective against ovarian cancer, or increase risk of vascular events, sample size would need to be increased even more. Given the recognizable effects of OCs on menstrual symptoms, blinding would be difficult.

**Safety monitoring.** The Women's Health Initiative used a complex composite endpoint that included both benefits and harms; a trial of OCs for primary prevention of ovarian cancer would likely require a similar design. However, establishing appropriate safety monitoring, particularly rules for stopping, would be even more complex since the majority of the vascular harms would occur during treatment, while benefits would not be seen for 15 to 25 years.

These daunting challenges create a dilemma. Ovarian cancer is a disease with high mortality where both the disease itself and the treatments have a profound negative impact on quality-of-life in the time between diagnosis and death—and there are no effective preventive strategies. On one hand, the current evidence, while highly suggestive, has inherent limitations that may be leading to incorrect estimates of OC effectiveness. Even ignoring those limitations, there is a high degree of remaining uncertainty about harm/benefit tradeoffs. Future research to fill in the evidence gaps discussed below should improve the ability of researchers to synthesize the available evidence from observational studies, but ultimately the inherent biases associated with observational studies means that some uncertainty will remain even if all the evidence gaps related to observational studies are filled. On the other hand, a definitive trial to address the question would be, in the best-case scenario, hugely expensive and complex. One option might be a trial in a high-risk population, such as BRCA1 and BRCA 2 carriers, where higher incidence rates would substantially reduce sample size. However, there are different challenges with a study in this population, particularly the choice of appropriate comparator; given the known high risk of these conditions and the availability of other treatment options, a placebo-controlled study might face substantial recruitment challenges, and, without a placebo group, it would be very difficult to draw any inferences about the potential applicability of results in BRCA carriers to the general population.

00803549

Exhibit 163

JA-0003091

One important next step in developing a research agenda is to formally identify the situations where a decision to start or continue OCs would be done primarily for the purpose of preventing ovarian cancer (and potentially other cancers) and assess how much certainty would be required to make a recommendation for or against this use. One potential future application of the microsimulation model developed for this review is to address some of these issues quantitatively, to help determine the ultimate feasibility of a definitive trial. A first step might be to apply value-of-information analysis to further quantitate the relative contribution of the uncertainties about the tradeoffs between harms and benefits and evaluate the efficiency of potential study designs and sample sizes.[381-383]

## Model Limitations and Evidence Gaps

The limitations of the model and its results can be divided into limitations of the model *structure*—the type of model, the methods for converting the available literature into probabilities that the model can use, the assumptions about the relationship between different parameters, the methods for analysis—and of the model *parameters*, which derive from the availability and quality of the data. Because both of these types of limitations are ultimately driven by the data, we discuss how future research can address these limitations in each section.

## Model Structure Limitations

### Design

We used a semi-Markov state-transition model, which reflects current practice. Instead of running the model as a cohort analysis, where the model provided estimates of the probability of the events of interest based on the parameter values, we ran the model as a microsimulation, where multiple simulations of a series of "individual" subjects with characteristics drawn from appropriate distributions are performed. The main advantage of this approach is that the conditional probability of a transition from one state to another can be conditioned on the underlying state, the time spent in the simulation, and events in past states in a tractable model structure. The main disadvantage is the computational time required to perform the simulations. Some of this time may be due to the specific software package used, which we chose primarily for its ease of programming; using an alternative program would increase the efficiency of calculations, but would be more difficult to program. Because of the computational time required for some of the analyses, we limited the number of "subjects" for a particular analysis (for example, 5000 per each age at first use and duration of use combination). This resulted in unstable results, especially for rare events. However, even this limitation is helpful, since it reinforces the importance of adequate sample size in achieving stable estimates of rare events, which certainly fits the description of vascular events in young women. More iterations would narrow the confidence intervals for the model-based estimates further—but it is worth considering that if the effect size is small enough to require a very large number of simulations, the individual clinical risk, and public health impact, is likely to be relatively small.

### Independence of Risks

We assumed that the risk estimates obtained from the meta-analyses, most of which were derived from individual studies with multivariate analyses, were independent of each other—in other words, the estimate for the relative risk for ovarian cancer associated with OC use was independent of any other patient characteristics, such as parity. However, this may not be the case. This may be particularly important for hysterectomy, which is a competing risk for ovarian,

292

00803550

Exhibit 163                                                    JA-0003092

cervical, and endometrial cancer, and which may be affected by OC use. We also modeled individual cancer risks independently, but this is clearly not the case, for both familial cancer syndromes and sporadic cancers, which may share risk factors. Ideally, the model would be run using parameter estimates that incorporated correlations where appropriate.

The model-predicted lifetime incidence for cancers, adjusted for population-level estimates of OC use and relative risks estimated from the meta-analyses, closely approximates estimates based directly on age-specific incidence (Appendix F), which provides some reassurance that the assumption of independence is not resulting in substantial bias.

## Other States and Other Contraceptive Methods

We originally included other relevant health states, including menarche and pregnancy, and the range of other contraceptive methods with their effectiveness against pregnancy. For the purposes of this analysis, we excluded these states and other methods for several reasons. First, there is a lack of data on the dynamics of contraceptive method switching; because the majority of the data on OC use and the outcomes of interest was based on comparisons between OC users and all other methods combined, the assumptions and extra work required to derive reasonable estimates would not have added any extra reliability or precision to our analysis.

Second, during early model runs, it became apparent that pregnancy was also a potential competing risk, one which had different probabilities based on age and contraceptive method. Because parity was almost universally adjusted for in the studies included in the meta-analyses, we elected to eliminate pregnancy as a state. However, for a more comprehensive analysis of the combined harms and benefits of OCs, adding pregnancy (including pregnancy-specific vascular event rates) is an important next step. Including other reproductive states, such as menarche and lactation, would also allow modeling the effect of reduction in ovulation, rather than OC use alone, as a modifier of ovarian cancer risk. However, incorporating these into the model will be facilitated by more standardized reporting, as discussed further below.

Finally, the model, which estimates mortality based on age- and race-specific survival after detection of an incidence case, consistently underestimates lifetime mortality risk compared with estimates derived from death certificate data. This is consistent with other "incidence-based mortality" models, where overall mortality estimates are derived from specific survival functions based on patient or tumor characteristics.[384,385] There are multiple explanations for this, including (1) the effect of competing risks for other cause mortality within the model after diagnosis, (2) age/period/cohort effects in the death certificate data that are not reflected in the model estimates, (3) the fact that SEER incidence and survival data represent a sample of the population, while the mortality data are derived from the entire population, and (4) inadequate modeling of mortality more than 5 years after survival (particularly for breast cancer). Since the potential underestimation of cancer mortality affects both potential harms of OC use (breast and cervical cancer) and benefits (ovarian, endometrial, and colorectal), the net effect on the overall balance of mortality harm and benefit is likely to be small but is clearly worthy of further exploration.

## Other Potential Confounders and Effect Modifiers

We did not model the potential effect of other characteristics, particularly smoking and obesity, which could plausibly affect contraceptive method choice, risk of different cancers or vascular events, or the association between OC use and these outcomes. The potential impact of smoking status and obesity on estimated risks, both at the individual patient level and at the population level, should be incorporated in future modeling studies.

00803551

Exhibit 163                                                                JA-0003093

**Ever Versus Never Exposure Versus Time-Dependent Effects**

Although the qualitative results were similar whether ovarian and breast cancer risks were modeled as ever/never exposure versus time dependent, the time-dependent approach resulted in better outcomes (greater life expectancy, lower threshold for acceptable harm/benefit ratios), suggesting that how exposure is modeled (and, implicitly, how exposure is measured in studies) could have a more substantial impact on model predictions if it held for additional outcomes. Conversely, because the increased risk of vascular events during current OC use was assumed to be constant over time, longer duration of OC use resulted in greater risk of a vascular event. If, as some of the studies reviewed suggest, risk is highest in early use, then this assumption overestimates the harms associated with longer duration.

## Model Structure Evidence Gaps

The following are key future research needs for a model structure:

- Needed are better estimates of correlations between parameters; for example, using the covariate estimates from logistic regression models derived from pooled analyses for all relevant variables instead of the adjusted odds ratios. This would require publication (perhaps in an online appendix), or access to, the actual models used rather than the summary odds ratios and confidence limits typically reported.
- One advantage of microsimulation is that it can generate simulated data sets of individuals, with characteristics such as age of events, history of past events, and so on. These data sets could be used to explore some of these issues related to correlation as well as issues related to study design, sample size, etc. For example, one could simulate a large number of individuals using a fixed estimate of relative risk, then sample the data set using different study designs and sample sizes to identify any systematic effects on bias or precision.
- Incorporate additional reproductive history into models; again, use of simulated data sets could be helpful in exploring the relationship between ovulatory cycles, OC use, and ovarian cancer risk.
- To the extent possible, observational studies should report associations as functions both of ever versus never, or current versus noncurrent use, and duration of use. Pooled analyses, such as those of the Collaborative Group on Epidemiological Studies of Ovarian Cancer,[21] are an excellent way to address some of these limitations. Although access to the raw data is extremely useful, the ability to overcome inconsistencies in reporting is ultimately dependent on how consistently the data was collected. As noted below, some standardization of how duration of use and other potentially relevant parameters are both recorded and reported would also be extremely helpful.

## Model Parameter Limitations

### Data Reporting/Quality

Data limitations for specific outcomes are noted in the individual sections, but there are general issues that apply to most of the data, particularly for the risk data.

**Imprecision and bias.** Using a stochastic modeling approach—where data values are drawn from appropriate distributions describing the data—is one way to incorporate the effects of imprecision in estimates resulting from small studies, particularly for rare events, since the effects of the imprecision in the input values are reflected in the distribution of output values. However, even the most precise estimates are not helpful if they are biased in some way;

00803552

Exhibit 163                                                                                          JA-0003094

although models can potentially be used to evaluate a possible effect of bias, and to potentially correct for it, there are no clear standards for this.

**Data structure**. One limitation common to many simulations where age is an important factor affecting probabilities is that available data on age-specific event probabilities are cross-sectional and may represent cohort effects that are not captured in the model. As the figures in Section 1 show, there is some suggestion of a cohort effect in ovarian cancer incidence due to increasing use of OCs; if this is the case, then the reduction in risk predicted by any model that uses these data to generate age-specific probabilities will overestimate the impact of OC use in the future. Some of this effect may also be seen even with harms from vascular events—for example, age-specific probabilities may decrease with time, as awareness of the possibility of complications leads to more selective use of OCs, or increase with time, especially for less severe cases, where a higher index of suspicion on the part of clinicians would lead to a lower threshold for testing to make a definitive diagnosis.

**Inconsistency in reporting**. As noted in the individual sections, there was wide disparity in how various potential confounders or effect modifiers, such as parity, duration of OC use, time since last use, woman's age, etc., were described in published papers. While we recognize that the needs of specific studies or the idiosyncrasies of particular data sets may require different categorization of relevant parameters during analysis, it would be extremely helpful for meta-analysis and simulation modeling if there were reporting standards that allowed consistent comparison across studies, which could be presented as an alternate to the categorization selected for the main analysis. Again, this could be presented online.

## Data Choices and Available Data

There were minimal data available for some important potential parameters. For others, available data sources may have inherent biases that affect the model.

**Data Sources.** We used hospitalization rates, and in-hospital mortality, to derive age-specific probabilities of vascular events. To the extent that these outcomes, in particular DVT, may be managed on an outpatient basis, this will underestimate the rates. Similarly, hysterectomy is increasingly being performed in outpatient settings, and hospital-based data may underestimate true population rates. Use of in-hospital mortality may underestimate longer term mortality due to vascular events, although, to the extent the risk of recurrence is reduced by stopping pills, long-term mortality after OC-associated vascular events may be lower than after events associated with other causes. For cancers, we assumed cure after 5 years and did not incorporate the risk of longer term recurrence, which may underestimate total mortality, particularly for breast cancer.

**Utilities/Preferences.** Quality-adjusted life expectancy is a generally well-accepted method among health policy researchers for integrating the effects of interventions on both quality-of-life and life expectancy. Although estimates for utilities for all of the relevant outcomes were available, we did not identify any utilities for the use of OCs. The studies that incorporated QALYs in their analyses implicitly assumed that OC use has a utility of 1.0; given that a substantial proportion of women who start OCs discontinue due to side effects, this is clearly not the case.

On the other hand, many women may have improvement in quality of life because of OC effects on menstrual symptoms. Some estimate of the effect of OC use on quality of life in the context of use for prevention purposes is needed. Although groups making recommendations typically focus on a semiquantitative assessment of harms versus benefits with some consideration of quality of life, appropriately capturing patient preferences is especially

00803553

Exhibit 163

JA-0003095

important for primary prevention. Our acceptability analysis shows that the different harms and benefits contribute differently to incidence (where quality of life is a major factor) compared with mortality. Given that vascular events contribute much more to incidence than mortality (because of the lower age-specific mortality), the potential impact of long-term morbidity from stroke and MI, in particular, should ultimately be considered.

Another factor that needs to be incorporated in any preference/quality-of-life study is time preference. In the setting of OCs for primary prevention of cancer, the benefits occur much later in the future than the potential risks. Deriving empirically-driven discount rates is an important component of future research.

**Progestin-only pills.** Because the risk of vascular events appears to primarily be related to the estrogen component of combined OCs (Section 4), and because there is evidence from both basic science[170] and observational studies (Section 2) that the progestational component of OCs is the primary factor affecting reduction in ovarian cancer risk, use of progestin-only pills as the OC of choice for reducing OC risk seems attractive. However, largely because there is little use of progestin-only pills, there is a paucity of evidence regarding their effects, particularly on long-term outcomes.

**Other patterns of use.** Although there is no biological reason to suspect that continuous OC use (i.e., no week without pills to allow menses) would have differential effects on any of these outcomes, data to confirm this would be useful. In addition, more data on both the frequency of use and the outcomes of use for OCs in women over 45 would be extremely helpful.

## Model Parameters Evidence Gaps

The following evidence gaps for model parameters should be addressed:

- Consensus among researchers and editors on standardized reporting of key variables would be extremely helpful. One approach would be through the development of consensus data collection and reporting standards under the sponsorship of one or more organizations with an interest in the area, such as the American Cancer Society, NIH, WHO, etc.
- More precise estimates of longer term outcomes are needed.
- Patient preferences for relevant outcomes, as well as for the use of OCs, need to be incorporated into models used for estimating the outcomes of OC use. Ideally, these would include both utilities derived from standard methods of utility elicitation, as well as by methods such as conjoint analysis which allow elicitation of preferences for multiple attributes.[386]
- More data are needed on the potential effects of progestin-only pills on long-term outcomes. However, given our findings that vascular events make a minimal contribution to the harm/benefit ratio in terms of mortality, the value of further research into the potential of progestin-only pills for primary prevention should be assessed first. This could be facilitated by better data on the long-term quality-of-life impact of vascular events in young women.

## Potential Next Steps

Although we did not perform a formal value-of-information analysis, the results of our evidence synthesis and modeling do suggest that addressing certain research needs first would have a greater impact in reducing uncertainty about the relative harms and benefits of OCs for

296

00803554

Exhibit 163                                                                                      JA-0003096

primary prevention of ovarian cancer. Within the context of specific issues discussed above, we would suggest the following broad areas be given priority.

Assessing patient preferences, including those related to regular use of OCs for noncontraceptive purposes. Given the finding that vascular events contribute little to uncertainty about the harm/benefit ratio in terms of mortality, a better understanding of how long-term morbidity associated with these events in younger women, would be extremely helpful. This research area also has the advantage of requiring considerably fewer resources than, for example, a 20-year randomized trial of more than 140,000 subjects.

Achieving greater certainty about the importance of time-related effects relative to ever-never exposure. This could be facilitated by consensus on reporting standards. In terms of cancers, we would suggest prioritizing colorectal cancer and breast cancer because (a) there is greater certainty regarding the time-dependent effects of ovarian cancer, (b) although endometrial cancer is an important contributor to the mortality harm/benefit ratio, there is less uncertainty about the benefits of OC use, and (c) increased cervical cancer risk has almost no contribution to the overall mortality risk (note that this is not likely to be true in settings where adequate screening, or widespread population coverage with vaccination against oncogenic human papillomavirus, is unavailable). In terms of vascular events, the most important uncertainty is the extent to which risk may or may not decrease with increasing duration of use.

Another need is for better understanding of the potential effects of OC formulation on breast and colorectal cancer risks. Again, these two contribute substantially to the harm/benefit ratio in terms of mortality. Particularly in the context of the potential use of progestin-only pills, greater certainty about the potential effects relative to combination OCs on these two cancers would be particularly helpful.

## Clinical and Public Health Implications of the Findings

The overall strength of evidence for the literature review was moderate to low with applicability for current practice affected by two major factors. First, there was a large number of studies (many of higher quality) performed outside of the United States, where several differences may affect observed associations—differences in available OC formulations; in population patterns of contraceptive use; in genetic factors (e.g., inherited thrombophilias) and acquired factors (e.g., prevalence of smoking) that interact with OC effects; and in health system attributes, particularly regarding population coverage for screen-detectable cancers. Second, particularly for cancers, the long period between exposure to OCs and development of the cancer means that much of the available literature is based on exposure to OC formulations that are no longer on the market—which has implications for both harms and benefits.

Although there are published guidelines for assessing the quality of modeling studies,[387] there is no consensus on how to consider the "strength of evidence" of the results of modeling studies. In most cases, modeling is done because randomized trials are not available and, even in the best-case scenario, will be based on evidence from lesser quality studies. Given the inherent limitations of modeling, many of which are discussed above and in Appendix F, the strength of evidence for even the most sophisticated model will be at best moderate and, realistically, low in most cases. That is certainly the case with these results, which are based on low-moderate quality evidence for the most important parameters of interest.

With these caveats, based on our synthesis of the best available literature, the clinical and public health implications of our review include the following:

297

00803555

Exhibit 163

JA-0003097

- Assuming that the general estimates of increased or decreased risk are not overly biased by observational studies, the net effects on cancers and vascular events of current patterns of OC use in the general population likely result in a net increase in life expectancy of 1-2 months, which is comparable to many other preventive interventions.[376] This is in addition to any effects from prevention of unwanted pregnancy. In our probabilistic analysis, OC use resulted in net loss in life expectancy in less than 5 percent of simulations.
- The model predicts similar net gains in BRCA1 and BRCA2 carriers; in BRCA1 carriers, who have marked elevation in ovarian cancer risk, the gain may be as high as 10 months.
- These results should be reassuring to women who are considering OC use for contraceptive purposes or who are prescribed OCs for treatment of other conditions.
- Other than for ovarian cancer, the effects of increasing duration of use for individual outcomes is unclear. The modeling results suggest that the net benefits of OC use decrease between 5 years of use (the approximate mean duration of use in the population) when they are generally positive, especially at younger ages, and 10 years of use for all but the youngest women. This may be a function of a conservative assumption about constant risk over time for exposed women, but based on the available data, there is less confidence in the net benefits of duration of use longer than 5 years for women at average risk of ovarian cancer. For a woman who has used OCs for 5 years and is considering other contraceptive methods, there is insufficient evidence to suggest continuing to use OCs solely for their effect on ovarian cancer risk—particularly since there is consistent evidence that at least one other method (tubal sterilization) reduces risk by a similar order of magnitude and recent evidence that other nonpermanent methods may also reduce risk.[123]
- For a woman who has never used OCs for contraception, and who otherwise does not have a contraindication to their use, there is insufficient evidence to recommend for or against a course of OCs solely for ovarian cancer prevention, regardless of her age or the potential duration of use. The estimated net benefits of OC use on mortality are equally distributed between prevention of ovarian cancer (relatively low incidence but high mortality), colorectal cancer (intermediate incidence and mortality), and endometrial cancer (high incidence but low mortality), while the net harms are driven by breast cancer (high incidence but relatively low mortality). In terms of incidence, the net benefits of OC use are largely driven by endometrial and colorectal cancer, while the net harms are largely due to the increased incidence of breast cancer. We did not include the potential impact of specific harms on quality of life—for example, a stroke at an early age, even if less likely to be fatal, may have a profound negative impact on quality of life.

00803556

Exhibit 163

JA-0003098

# References

1. Altekruse SF, Kosary CL, Krapcho M, et al. SEER Cancer Statistics Review, 1975-2007, National Cancer Institute. Bethesda, MD, http://seer.cancer.gov/csr/1975_2007/, based on November 2009 SEER data submission, posted to the SEER web site, 2010.

2. Wallace AH, Havrilesky LJ, Valea FA, et al. Projecting the need for gynecologic oncologists for the next 40 years. Obstet Gynecol. 2010;116(6):1366-72. PMID: 21099604.

3. American Cancer Society. Cancer Facts & Figures 2011. Atlanta: American Cancer Society; 2011.

4. Buys SS, Partridge E, Greene MH, et al. Ovarian cancer screening in the Prostate, Lung, Colorectal and Ovarian (PLCO) cancer screening trial: findings from the initial screen of a randomized trial. Am J Obstet Gynecol. 2005;193(5):1630-9. PMID: 16260202.

5. Jacobs I, Skates S, Macdonald N. Ovarian cancer screening was feasible but did not decrease incidence of index cancer or mortality. West J Med. 2000;172(2):97. PMID: 18751238.

6. Jacobs IJ, Skates SJ, MacDonald N, et al. Screening for ovarian cancer: a pilot randomised controlled trial. Lancet. 1999;353(9160):1207-10. PMID: 10217079.

7. Menon U, Gentry-Maharaj A, Hallett R, et al. Sensitivity and specificity of multimodal and ultrasound screening for ovarian cancer, and stage distribution of detected cancers: results of the prevalence screen of the UK Collaborative Trial of Ovarian Cancer Screening (UKCTOCS). Lancet Oncol. 2009;10(4):327-40. PMID: 19282241.

8. van Nagell JR, Jr., DePriest PD, Reedy MB, et al. The efficacy of transvaginal sonographic screening in asymptomatic women at risk for ovarian cancer. Gynecol Oncol. 2000;77(3):350-6. PMID: 10831341.

9. van Nagell JR, Jr., DePriest PD, Ueland FR, et al. Ovarian cancer screening with annual transvaginal sonography: findings of 25,000 women screened. Cancer. 2007;109(9):1887-96. PMID: 17373668.

10. Buys SS, Partridge E, Black A, et al. Effect of screening on ovarian cancer mortality: the Prostate, Lung, Colorectal and Ovarian (PLCO) Cancer Screening Randomized Controlled Trial. JAMA. 2011;305(22):2295-303. PMID: 21642681.

11. Hoskins WJ, Young RC, eds. Principles and practice of gynecologic oncology. 4th ed. Philadelphia: Lippincott Williams & Wilkins; 2004.

12. Kurman RJ, Visvanathan K, Roden R, et al. Early detection and treatment of ovarian cancer: shifting from early stage to minimal volume of disease based on a new model of carcinogenesis. Am J Obstet Gynecol. 2008;198(4):351-6. PMID: 18395030.

13. Havrilesky LJ, Sanders GD, Kulasingam S, et al. Reducing ovarian cancer mortality through screening: Is it possible, and can we afford it? Gynecol Oncol. 2008;111(2):179-87. PMID: 18722004.

14. Rebbeck TR, Kauff ND, Domchek SM. Meta-analysis of risk reduction estimates associated with risk-reducing salpingo-oophorectomy in BRCA1 or BRCA2 mutation carriers. J Natl Cancer Inst. 2009;101(2):80-7. PMID: 19141781.

15. Kurian AW, Munoz DF, Rust P, et al. Online tool to guide decisions for BRCA1/2 mutation carriers. J Clin Oncol. 2012;30(5):497-506. PMID: 22231042.

16. Grann VR, Patel PR, Jacobson JS, et al. Comparative effectiveness of screening and prevention strategies among BRCA1/2-affected mutation carriers. Breast Cancer Res Treat. 2011;125(3):837-47. PMID: 20644999.

17. Cibula D, Widschwendter M, Majek O, et al. Tubal ligation and the risk of ovarian cancer: review and meta-analysis. Hum Reprod Update. 2011;17(1):55-67. PMID: 20634209.

18. Chiaffarino F, Parazzini F, Decarli A, et al. Hysterectomy with or without unilateral oophorectomy and risk of ovarian cancer. Gynecol Oncol. 2005;97(2):318-22. PMID: 15863124.

00803557

Exhibit 163

JA-0003099

19. Hankinson SE, Hunter DJ, Colditz GA, et al. Tubal ligation, hysterectomy, and risk of ovarian cancer. A prospective study. JAMA. 1993;270(23):2813-8. PMID: 8133619.

20. Tone AA, Salvador S, Finlayson SJ, et al. The role of the fallopian tube in ovarian cancer. Clin Adv Hematol Oncol. 2012;10(5):296-306. PMID: 22706539.

21. Beral V, Doll R, Hermon C, et al. Ovarian cancer and oral contraceptives: collaborative reanalysis of data from 45 epidemiological studies including 23,257 women with ovarian cancer and 87,303 controls. Lancet. 2008;371(9609):303-14. PMID: 18294997.

22. Beral V, Bull D, Green J, et al. Ovarian cancer and hormone replacement therapy in the Million Women Study. Lancet. 2007;369(9574):1703-10. PMID: 17512855.

23. Bosetti C, Negri E, Trichopoulos D, et al. Long-term effects of oral contraceptives on ovarian cancer risk. Int J Cancer. 2002;102(3):262-5. PMID: 12397647.

24. Franceschi S, Parazzini F, Negri E, et al. Pooled analysis of 3 European case-control studies of epithelial ovarian cancer: III. Oral contraceptive use. Int J Cancer. 1991;49(1):61-5. PMID: 1874572.

25. Risch HA, Weiss NS, Lyon JL, et al. Events of reproductive life and the incidence of epithelial ovarian cancer. Am J Epidemiol. 1983;117(2):128-39. PMID: 6681935.

26. Fredrickson TN. Ovarian tumors of the hen. Environ Health Perspect. 1987;73:35-51. PMID: 3665870.

27. Rodriguez GC, Walmer DK, Cline M, et al. Effect of progestin on the ovarian epithelium of macaques: cancer prevention through apoptosis? J Soc Gynecol Investig. 1998;5(5):271-6. PMID: 9773403.

28. Canman CE, Chen CY, Lee MH, et al. DNA damage responses: p53 induction, cell cycle perturbations, and apoptosis. Cold Spring Harb Symp Quant Biol. 1994;59:277-86. PMID: 7587079.

29. Schildkraut JM, Calingaert B, Marchbanks PA, et al. Impact of progestin and estrogen potency in oral contraceptives on ovarian cancer risk. J Natl Cancer Inst. 2002;94(1):32-8. PMID: 11773280.

30. Levanon K, Crum C, Drapkin R. New insights into the pathogenesis of serous ovarian cancer and its clinical impact. J Clin Oncol. 2008;26(32):5284-93. PMID: 18854563.

31. Donnez J, Casanas-Roux F, Caprasse J, et al. Cyclic changes in ciliation, cell height, and mitotic activity in human tubal epithelium during reproductive life. Fertil Steril. 1985;43(4):554-9. PMID: 3987924.

32. Curtis KM, Tepper NK, Marchbanks PA. U.S. medical eligibility criteria for contraceptive use, 2010. J Womens Health (Larchmt). 2011;20(6):825-8. PMID: 21671772.

33. Hannaford PC, Iversen L, Macfarlane TV, et al. Mortality among contraceptive pill users: cohort evidence from Royal College of General Practitioners' Oral Contraception Study. BMJ. 2010;340:c927. PMID: 20223876.

34. Huber JC, Bentz EK, Ott J, et al. Non-contraceptive benefits of oral contraceptives. Expert Opin Pharmacother. 2008;9(13):2317-25. PMID: 18710356.

35. Hedenmalm K, Samuelsson E, Spigset O. Pulmonary embolism associated with combined oral contraceptives: reporting incidences and potential risk factors for a fatal outcome. Acta Obstet Gynecol Scand. 2004;83(6):576-85. PMID: 15144341.

36. Tanis BC, Bloemenkamp DG, van den Bosch MA, et al. Prothrombotic coagulation defects and cardiovascular risk factors in young women with acute myocardial infarction. Br J Haematol. 2003;122(3):471-8. PMID: 12877676.

37. Hannaford PC, Selvaraj S, Elliott AM, et al. Cancer risk among users of oral contraceptives: cohort data from the Royal College of General Practitioner's oral contraception study. BMJ. 2007;335(7621):651. PMID: 17855280.

38. Hulka BS, Moorman PG. Breast cancer: hormones and other risk factors. Maturitas. 2008;61(1-2):203-13; discussion 213. PMID: 19434892.

300

00803558

Exhibit 163

JA-0003100

39. Methods Guide for Effectiveness and Comparative Effectiveness Reviews. AHRQ Publication No. 10(12)-EHC063-EF. Rockville, MD: Agency for Healthcare Research and Quality. April 2012. www.effectivehealthcare.ahrq.gov.

40. Moher D, Liberati A, Tetzlaff J, et al. Preferred reporting items for systematic reviews and meta-analyses: the PRISMA statement. PLoS Med. 2009;6(7):e1000097. PMID: 19621072.

41. Evidence-based Practice Center Systematic Review Protocol. Project Title: Oral Contraceptive Use for the Primary Prevention of Ovarian Cancer. February 16, 2012. www.effectivehealthcare.ahrq.gov/index.cfm/search-for-guides-reviews-and-reports/?pageaction=displayproduct&productid=962. Accessed September 4, 2012.

42. Martinez F, Ramirez I, Perez-Campos E, et al. Venous and pulmonary thromboembolism and combined hormonal contraceptives. Systematic review and meta-analysis. Eur J Contracept Reprod Health Care. 2012;17(1):7-29. PMID: 22239262.

43. Manzoli L, De Vito C, Marzuillo C, et al. Oral Contraceptives and Venous Thromboembolism A Systematic Review and Meta-Analysis. Drug Safety. 2012;35(3):191-205. PMID: ISI:000301618100002.

44. Hennessy S, Berlin JA, Kinman JL, et al. Risk of venous thromboembolism from oral contraceptives containing gestodene and desogestrel versus levonorgestrel: a meta-analysis and formal sensitivity analysis. Contraception. 2001;64(2):125-33. PMID: 11704089.

45. Chan WS, Ray J, Wai EK, et al. Risk of stroke in women exposed to low-dose oral contraceptives: a critical evaluation of the evidence. Arch Intern Med. 2004;164(7):741-7. PMID: 15078643.

46. Chakhtoura Z, Canonico M, Gompel A, et al. Progestogen-only contraceptives and the risk of stroke: a meta-analysis. Stroke. 2009;40(4):1059-62. PMID: 19211491.

47. Khader YS, Rice J, John L, et al. Oral contraceptives use and the risk of myocardial infarction: a meta-analysis. Contraception. 2003;68(1):11-7. PMID: 12878281.

48. Baillargeon JP, McClish DK, Essah PA, et al. Association between the current use of low-dose oral contraceptives and cardiovascular arterial disease: a meta-analysis. J Clin Endocrinol Metab. 2005;90(7):3863-70. PMID: 15814774.

49. International Collaboration of Epidemiological Studies of Cervical Cancer. Cervical cancer and hormonal contraceptives: collaborative reanalysis of individual data for 16,573 women with cervical cancer and 35,509 women without cervical cancer from 24 epidemiological studies. The Lancet. 2007;370(9599):1609-1621.

50. Smith JS, Green J, Berrington de Gonzalez A, et al. Cervical cancer and use of hormonal contraceptives: a systematic review. Lancet. 2003;361(9364):1159-67. PMID: 12686037.

51. Cibula D, Zikan M, Dusek L, et al. Oral contraceptives and risk of ovarian and breast cancers in BRCA mutation carriers: a meta-analysis. Expert Rev Anticancer Ther. 2011;11(8):1197-207. PMID: 21916573.

52. Kahlenborn C, Modugno F, Potter DM, et al. Oral contraceptive use as a risk factor for premenopausal breast cancer: a meta-analysis. Mayo Clin Proc. 2006;81(10):1290-302. PMID: 17036554.

53. Nelson HD, Zakher B, Cantor A, et al. Risk factors for breast cancer for women aged 40 to 49 years: a systematic review and meta-analysis. Ann Intern Med. 2012;156(9):635-48. PMID: 22547473.

54. Mueck AO, Seeger H, Rabe T. Hormonal contraception and risk of endometrial cancer: a systematic review. Endocr Relat Cancer. 2010;17(4):R263-71. PMID: 20870686.

55. Fernandez E, La Vecchia C, Balducci A, et al. Oral contraceptives and colorectal cancer risk: a meta-analysis. Br J Cancer. 2001;84(5):722-7. PMID: 11237397.

00803559

Exhibit 163

JA-0003101

56. Bosetti C, Bravi F, Negri E, et al. Oral contraceptives and colorectal cancer risk: a systematic review and meta-analysis. Hum Reprod Update. 2009;15(5):489-98. PMID: 19414526.

57. Chute CG, Willett WC, Colditz GA, et al. A prospective study of reproductive history and exogenous estrogens on the risk of colorectal cancer in women. Epidemiology. 1991;2(3):201-7. PMID: 2054402.

58. Glattre E, Nygard JF. Fractal meta-analysis and 'causality' embedded in complexity: advanced understanding of disease etiology. Nonlinear Dynamics Psychol Life Sci. 2004;8(3):315-44. PMID: 15233878.

59. Curtis KM, Chrisman CE, Peterson HB. Contraception for women in selected circumstances. Obstet Gynecol. 2002;99(6):1100-12. PMID: 12052606.

60. La Vecchia C. Oral contraceptives and ovarian cancer: an update, 1998-2004. Eur J Cancer Prev. 2006;15(2):117-24. PMID: 16523008.

61. Hankinson SE, Colditz GA, Hunter DJ, et al. A quantitative assessment of oral contraceptive use and risk of ovarian cancer. Obstet Gynecol. 1992;80(4):708-14. PMID: 1407899.

62. Barnes MN, Grizzle WE, Grubbs CJ, et al. Paradigms for primary prevention of ovarian carcinoma. CA Cancer J Clin. 2002;52(4):216-25. PMID: 12139233.

63. Iodice S, Barile M, Rotmensz N, et al. Oral contraceptive use and breast or ovarian cancer risk in BRCA1/2 carriers: a meta-analysis. Eur J Cancer. 2010;46(12):2275-84. PMID: 20537530.

64. Bermejo-Perez MJ, Marquez-Calderon S, Llanos-Mendez A. Effectiveness of preventive interventions in BRCA1/2 gene mutation carriers: a systematic review. Int J Cancer. 2007;121(2):225-31. PMID: 17471565.

65. La Vecchia C, Tavani A, Franceschi S, et al. Oral contraceptives and cancer. A review of the evidence. Drug Saf. 1996;14(4):260-72. PMID: 8713694.

66. Schlesselman JJ. Net effect of oral contraceptive use on the risk of cancer in women in the United States. Obstet Gynecol. 1995;85(5 Pt 1):793-801. PMID: 7724116.

67. Cibula D, Gompel A, Mueck AO, et al. Hormonal contraception and risk of cancer. Hum Reprod Update. 2010;16(6):631-50. PMID: 20543200.

68. Borenstein M, Hedges L, Higgins J, et al. Comprehensive Meta-analysis Version 2. Biostat: Englewood, NJ; 2005.

69. Owens DK, Lohr KN, Atkins D, et al. Grading the strength of a body of evidence when comparing medical interventions. In: Agency for Healthcare Research and Quality. Methods Guide for Comparative Effectiveness Reviews [posted July 2009]. Rockville, MD. www.effectivehealthcare.ahrq.gov.

70. Atkins D, Chang SM, Gartlehner G, et al. Assessing applicability when comparing medical interventions: AHRQ and the Effective Health Care Program. J Clin Epidemiol. 2011;64(11):1198-207. PMID: 21463926.

71. Havrilesky LJ, Sanders GD, Kulasingam S, et al. Development of an ovarian cancer screening decision model that incorporates disease heterogeneity: Implications for potential mortality reduction. Cancer. 2011;117(3):545-53. PMID: 21254049.

72. Antoniou A, Pharoah PD, Narod S, et al. Average risks of breast and ovarian cancer associated with BRCA1 or BRCA2 mutations detected in case Series unselected for family history: a combined analysis of 22 studies. Am J Hum Genet. 2003;72(5):1117-30. PMID: 12677558.

73. Bonadona V, Bonaiti B, Olschwang S, et al. Cancer risks associated with germline mutations in MLH1, MSH2, and MSH6 genes in Lynch syndrome. JAMA. 2011;305(22):2304-10. PMID: 21642682.

74. Antoniou AC, Cunningham AP, Peto J, et al. The BOADICEA model of genetic susceptibility to breast and ovarian cancers: updates and extensions. Br J Cancer. 2008;98(8):1457-66. PMID: 18349832.

00803560

Exhibit 163

JA-0003102

75. Hogg R, Friedlander M. Biology of epithelial ovarian cancer: implications for screening women at high genetic risk. J Clin Oncol. 2004;22(7):1315-27. PMID: 15051780.

76. Olivier RI, Lubsen-Brandsma MA, Verhoef S, et al. CA125 and transvaginal ultrasound monitoring in high-risk women cannot prevent the diagnosis of advanced ovarian cancer. Gynecol Oncol. 2006;100(1):20-6. PMID: 16188302.

77. Stirling D, Evans DG, Pichert G, et al. Screening for familial ovarian cancer: failure of current protocols to detect ovarian cancer at an early stage according to the international federation of gynecology and obstetrics system. J Clin Oncol. 2005;23(24):5588-96. PMID: 16110018.

78. Greene MH, Piedmonte M, Alberts D, et al. A prospective study of risk-reducing salpingo-oophorectomy and longitudinal CA-125 screening among women at increased genetic risk of ovarian cancer: design and baseline characteristics: a Gynecologic Oncology Group study. Cancer Epidemiol Biomarkers Prev. 2008;17(3):594-604. PMID: 18349277.

79. Schwartz U, Hammerstein J. The estrogenic potency of ethinylestradiol and mestranol--a comparative study. Acta Endocrinol Suppl (Copenh). 1973;173:118. PMID: 4542057.

80. Bolt HM, Bolt WH. Pharmacokinetics of mestranol in man in relation to its oestrogenic activity. Eur J Clin Pharmacol. 1974;7(4):295-305. PMID: 4853600.

81. Antoniou AC, Rookus M, Andrieu N, et al. Reproductive and hormonal factors, and ovarian cancer risk for BRCA1 and BRCA2 mutation carriers: results from the International BRCA1/2 Carrier Cohort Study. Cancer Epidemiol Biomarkers Prev. 2009;18(2):601-10. PMID: 19190154.

82. Badawy YA, Bayoumi DM. An epidemiologic study of ovarian cancer. Part 11: Oral contraceptive use and menstrual events. J Egypt Public Health Assoc. 1992;67(5-6):579-91. PMID: 1294683.

83. Beard CM, Hartmann LC, Atkinson EJ, et al. The epidemiology of ovarian cancer: a population-based study in Olmsted County, Minnesota, 1935-1991. Ann Epidemiol. 2000;10(1):14-23. PMID: 10658685.

84. Boyce EA, Costaggini I, Vitonis A, et al. The epidemiology of ovarian granulosa cell tumors: a case-control study. Gynecol Oncol. 2009;115(2):221-5. PMID: 19664811.

85. Braem MG, Onland-Moret NC, van den Brandt PA, et al. Reproductive and hormonal factors in association with ovarian cancer in the Netherlands cohort study. Am J Epidemiol. 2010;172(10):1181-9. PMID: 20861144.

86. Chen Y, Wu PC, Lang JH, et al. Risk factors for epithelial ovarian cancer in Beijing, China. Int J Epidemiol. 1992;21(1):23-9. PMID: 1544753.

87. Chiaffarino F, Pelucchi C, Parazzini F, et al. Reproductive and hormonal factors and ovarian cancer. Ann Oncol. 2001;12(3):337-41. PMID: 11332145.

88. Dorjgochoo T, Shu XO, Li HL, et al. Use of oral contraceptives, intrauterine devices and tubal sterilization and cancer risk in a large prospective study, from 1996 to 2006. Int J Cancer. 2009;124(10):2442-9. PMID: 19170208.

89. Godard B, Foulkes WD, Provencher D, et al. Risk factors for familial and sporadic ovarian cancer among French Canadians: a case-control study. Am J Obstet Gynecol. 1998;179(2):403-10. PMID: 9731846.

90. Grant DJ, Moorman PG, Akushevich L, et al. Primary peritoneal and ovarian cancers: An epidemiological comparative analysis. Cancer Causes and Control. 2010;21(7):991-998.

91. Greer JB, Modugno F, Allen GO, et al. Androgenic progestins in oral contraceptives and the risk of epithelial ovarian cancer. Obstet Gynecol. 2005;105(4):731-40. PMID: 15802398.

92. Greer JB, Modugno F, Allen GO, et al. Short-term oral contraceptive use and the risk of epithelial ovarian cancer. Am J Epidemiol. 2005;162(1):66-72. PMID: 15961588.

93. Greggi S, Parazzini F, Paratore MP, et al. Risk factors for ovarian cancer in central Italy. Gynecol Oncol. 2000;79(1):50-4. PMID: 11006030.

00803561

Exhibit 163                                    JA-0003103

94.    Gronwald J, Byrski T, Huzarski T, et al. Influence of selected lifestyle factors on breast and ovarian cancer risk in BRCA1 mutation carriers from Poland. Breast Cancer Res Treat. 2006;95(2):105-9. PMID: 16261399.

95.    Gross TP, Schlesselman JJ, Stadel BV, et al. The risk of epithelial ovarian cancer in short-term users of oral contraceptives. Am J Epidemiol. 1992;136(1):46-53. PMID: 1415131.

96.    Gwinn ML, Lee NC, Rhodes PH, et al. Pregnancy, breast feeding, and oral contraceptives and the risk of epithelial ovarian cancer. J Clin Epidemiol. 1990;43(6):559-68. PMID: 2348208.

97.    Colditz GA. Oral contraceptive use and mortality during 12 years of follow-up: the Nurses' Health Study. Ann Intern Med. 1994;120(10):821-6. PMID: 8154642.

98.    Hankinson SE, Colditz GA, Hunter DJ, et al. A prospective study of reproductive factors and risk of epithelial ovarian cancer. Cancer. 1995;76(2):284-90. PMID: 8625104.

99.    Hannaford P, Elliott A. Use of exogenous hormones by women and colorectal cancer: evidence from the Royal College of General Practitioners' Oral Contraception Study. Contraception. 2005;71(2):95-8. PMID: 15707557.

100.    Harlow BL, Cramer DW, Geller J, et al. The influence of lactose consumption on the association of oral contraceptive use and ovarian cancer risk. Am J Epidemiol. 1991;134(5):445-53. PMID: 1897499.

101.    Harris R, Whittemore AS, Itnyre J. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case-control studies. III. Epithelial tumors of low malignant potential in white women. Collaborative Ovarian Cancer Group. Am J Epidemiol. 1992;136(10):1204-11. PMID: 1476142.

102.    Steinberg KK, Smith SJ, Stroup DF, et al. Comparison of effect estimates from a meta-analysis of summary data from published studies and from a meta-analysis using individual patient data for ovarian cancer studies. Am J Epidemiol. 1997;145(10):917-25. PMID: 9149663.

103.    Whittemore AS, Harris R, Itnyre J. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case-control studies. II. Invasive epithelial ovarian cancers in white women. Collaborative Ovarian Cancer Group. Am J Epidemiol. 1992;136(10):1184-203. PMID: 1476141.

104.    Hartge P, Whittemore AS, Itnyre J, et al. Rates and risks of ovarian cancer in subgroups of white women in the United States. The Collaborative Ovarian Cancer Group. Obstet Gynecol. 1994;84(5):760-4. PMID: 7936508.

105.    Herrinton LJ, Voigt LF, Weiss NS, et al. Risk factors for synchronous primary endometrial and ovarian cancers. Ann Epidemiol. 2001;11(8):529-33. PMID: 11709271.

106.    Horn-Ross PL, Whittemore AS, Harris R, et al. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 U.S. case-control studies. VI. Nonepithelial cancers among adults. Collaborative Ovarian Cancer Group. Epidemiology. 1992;3(6):490-5. PMID: 1329996.

107.    Huusom LD, Frederiksen K, Hogdall EV, et al. Association of reproductive factors, oral contraceptive use and selected lifestyle factors with the risk of ovarian borderline tumors: a Danish case-control study. Cancer Causes Control. 2006;17(6):821-9. PMID: 16783610.

108.    John EM, Whittemore AS, Harris R, et al. Characteristics relating to ovarian cancer risk: collaborative analysis of seven U.S. case-control studies. Epithelial ovarian cancer in black women. Collaborative Ovarian Cancer Group. J Natl Cancer Inst. 1993;85(2):142-7. PMID: 8418303.

109.    Jordan SJ, Green AC, Whiteman DC, et al. Serous ovarian, fallopian tube and primary peritoneal cancers: a comparative epidemiological analysis. Int J Cancer. 2008;122(7):1598-603. PMID: 18058817.

110.    Kumle M, Weiderpass E, Braaten T, et al. Risk for invasive and borderline epithelial ovarian neoplasias following use of hormonal contraceptives: the Norwegian-Swedish Women's Lifestyle and Health Cohort Study. Br J Cancer. 2004;90(7):1386-91. PMID: 15054460.

00803562

Exhibit 163

JA-0003104

111. Goodman MT, Ferrell R, McDuffie K, et al. Calcitonin gene polymorphism CALCA-624 (T/C) and ovarian cancer. Environ Mol Mutagen. 2005;46(1):53-8. PMID: 15880427.

112. Goodman MT, Wu AH, Tung KH, et al. Association of galactose-1-phosphate uridyltransferase activity and N314D genotype with the risk of ovarian cancer. Am J Epidemiol. 2002;156(8):693-701. PMID: 12370157.

113. Lurie G, Thompson P, McDuffie KE, et al. Association of estrogen and progestin potency of oral contraceptives with ovarian carcinoma risk. Obstet Gynecol. 2007;109(3):597-607. PMID: 17329510.

114. Lurie G, Wilkens LR, Thompson PJ, et al. Combined oral contraceptive use and epithelial ovarian cancer risk: time-related effects. Epidemiology. 2008;19(2):237-43. PMID: 18223481.

115. McGuire V, Felberg A, Mills M, et al. Relation of contraceptive and reproductive history to ovarian cancer risk in carriers and noncarriers of BRCA1 gene mutations. Am J Epidemiol. 2004;160(7):613-8. PMID: 15383404.

116. McLaughlin JR, Risch HA, Lubinski J, et al. Reproductive risk factors for ovarian cancer in carriers of BRCA1 or BRCA2 mutations: a case-control study. Lancet Oncol. 2007;8(1):26-34. PMID: 17196508.

117. Mills PK, Riordan DG, Cress RD. Epithelial ovarian cancer risk by invasiveness and cell type in the Central Valley of California. Gynecol Oncol. 2004;95(1):215-25. PMID: 15385135.

118. Modan B, Hartge P, Hirsh-Yechezkel G, et al. Parity, oral contraceptives, and the risk of ovarian cancer among carriers and noncarriers of a BRCA1 or BRCA2 mutation. N Engl J Med. 2001;345(4):235-40. PMID: 11474660.

119. Modugno F, Ness RB, Wheeler JE. Reproductive risk factors for epithelial ovarian cancer according to histologic type and invasiveness. Ann Epidemiol. 2001;11(8):568-74. PMID: 11709277.

120. Modugno F, Ness RB, Allen GO, et al. Oral contraceptive use, reproductive history, and risk of epithelial ovarian cancer in women with and without endometriosis. Am J Obstet Gynecol. 2004;191(3):733-40. PMID: 15467532.

121. Moorman PG, Calingaert B, Palmieri RT, et al. Hormonal risk factors for ovarian cancer in premenopausal and postmenopausal women. Am J Epidemiol. 2008;167(9):1059-69. PMID: 18303003.

122. Narod SA, Risch H, Moslehi R, et al. Oral contraceptives and the risk of hereditary ovarian cancer. Hereditary Ovarian Cancer Clinical Study Group. N Engl J Med. 1998;339(7):424-8. PMID: 9700175.

123. Ness RB, Dodge RC, Edwards RP, et al. Contraception Methods, Beyond Oral Contraceptives and Tubal Ligation, and Risk of Ovarian Cancer. Ann Epidemiol. 2011. PMID: 21109450.

124. Ness RB, Grisso JA, Cottreau C, et al. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. Epidemiology. 2000;11(2):111-7. PMID: 11021606.

125. Ness RB, Grisso JA, Klapper J, et al. Risk of ovarian cancer in relation to estrogen and progestin dose and use characteristics of oral contraceptives. SHARE Study Group. Steroid Hormones and Reproductions. Am J Epidemiol. 2000;152(3):233-41. PMID: 10933270.

126. Ness RB, Grisso JA, Vergona R, et al. Oral contraceptives, other methods of contraception, and risk reduction for ovarian cancer. Epidemiology. 2001;12(3):307-12. PMID: 11337604.

127. Parazzini F, Chatenoud L, Chiantera V, et al. Population attributable risk for ovarian cancer. Eur J Cancer. 2000;36(4):520-4. PMID: 10717530.

128. Parazzini F, La Vecchia C, Negri E, et al. Oral contraceptive use and the risk of ovarian cancer: an Italian case-control study. Eur J Cancer. 1991;27(5):594-8. PMID: 1828969.

129. Parazzini F, Restelli C, La Vecchia C, et al. Risk factors for epithelial ovarian tumours of borderline malignancy. Int J Epidemiol. 1991;20(4):871-7. PMID: 1800425.

00803563

Exhibit 163                                                                JA-0003105

130. Pike MC, Pearce CL, Peters R, et al. Hormonal factors and the risk of invasive ovarian cancer: a population-based case-control study. Fertil Steril. 2004;82(1):186-95. PMID: 15237010.

131. Polychronopoulou A, Tzonou A, Hsieh CC, et al. Reproductive variables, tobacco, ethanol, coffee and somatometry as risk factors for ovarian cancer. Int J Cancer. 1993;55(3):402-7. PMID: 8375923.

132. Quirk JT, Natarajan N, Mettlin CJ, et al. Risk factors for invasive epithelial ovarian cancer by histologic subtype. Online Journal of Health and Allied Sciences. 2004;3(3).

133. Riman T, Dickman PW, Nilsson S, et al. Risk factors for epithelial borderline ovarian tumors: results of a Swedish case-control study. Gynecol Oncol. 2001;83(3):575-85. PMID: 11733975.

134. Riman T, Dickman PW, Nilsson S, et al. Risk factors for invasive epithelial ovarian cancer: results from a Swedish case-control study. Am J Epidemiol. 2002;156(4):363-73. PMID: 12181107.

135. Risch HA, Marrett LD, Howe GR. Parity, contraception, infertility, and the risk of epithelial ovarian cancer. Am J Epidemiol. 1994;140(7):585-97. PMID: 7942759.

136. Risch HA, Marrett LD, Jain M, et al. Differences in risk factors for epithelial ovarian cancer by histologic type. Results of a case-control study. Am J Epidemiol. 1996;144(4):363-72. PMID: 8712193.

137. Rosenberg L, Palmer JR, Zauber AG, et al. A case-control study of oral contraceptive use and invasive epithelial ovarian cancer. Am J Epidemiol. 1994;139(7):654-61. PMID: 8166126.

138. Rosenblatt KA, Gao DL, Ray RM, et al. Oral contraceptives and the risk of all cancers combined and site-specific cancers in Shanghai. Cancer Causes Control. 2009;20(1):27-34. PMID: 18704712.

139. Wernli KJ, Ray RM, Gao DL, et al. Menstrual and reproductive factors in relation to risk of endometrial cancer in Chinese women. Cancer Causes Control. 2006;17(7):949-55. PMID: 16841262.

140. Rosenblatt KA, Thomas DB, Noonan EA. High-dose and low-dose combined oral contraceptives: protection against epithelial ovarian cancer and the length of the protective effect. The WHO Collaborative Study of Neoplasia and Steroid Contraceptives. Eur J Cancer. 1992;28A(11):1872-6. PMID: 1389530.

141. Royar J, Becher H, Chang-Claude J. Low-dose oral contraceptives: protective effect on ovarian cancer risk. Int J Cancer. 2001;95(6):370-4. PMID: 11668519.

142. Salazar-Martinez E, Lazcano-Ponce EC, Gonzalez Lira-Lira G, et al. Reproductive factors of ovarian and endometrial cancer risk in a high fertility population in Mexico. Cancer Res. 1999;59(15):3658-62. PMID: 10446978.

143. Sanderson M, Williams MA, Weiss NS, et al. Oral contraceptives and epithelial ovarian cancer. Does dose matter? J Reprod Med. 2000;45(9):720-6. PMID: 11027080.

144. Purdie DM, Siskind V, Bain CJ, et al. Reproduction-related risk factors for mucinous and nonmucinous epithelial ovarian cancer. Am J Epidemiol. 2001;153(9):860-4. PMID: 11323316.

145. Siskind V, Green A, Bain C, et al. Beyond ovulation: oral contraceptives and epithelial ovarian cancer. Epidemiology. 2000;11(2):106-10. PMID: 11021605.

146. Soegaard M, Jensen A, Hogdall E, et al. Different risk factor profiles for mucinous and nonmucinous ovarian cancer: results from the Danish MALOVA study. Cancer Epidemiol Biomarkers Prev. 2007;16(6):1160-6. PMID: 17548679.

147. Tavani A, Bosetti C, Dal Maso L, et al. Influence of selected hormonal and lifestyle factors on familial propensity to ovarian cancer. Gynecol Oncol. 2004;92(3):922-6. PMID: 14984961.

148. Tavani A, Negri E, Franceschi S, et al. Risk factors for epithelial ovarian cancer in women under age 45. Eur J Cancer. 1993;29A(9):1297-301. PMID: 8343272.

00803564

Exhibit 163

JA-0003106

149.    Tavani A, Ricci E, La Vecchia C, et al. Influence of menstrual and reproductive factors on ovarian cancer risk in women with and without family history of breast or ovarian cancer. Int J Epidemiol. 2000;29(5):799-802. PMID: 11034959.

150.    Thomas DB. The WHO Collaborative Study of Neoplasia and Steroid Contraceptives: the influence of combined oral contraceptives on risk of neoplasms in developing and developed countries. Contraception. 1991;43(6):695-710. PMID: 1868738.

151.    Tsilidis KK, Allen NE, Key TJ, et al. Oral contraceptive use and reproductive factors and risk of ovarian cancer in the European Prospective Investigation into Cancer and Nutrition. Br J Cancer. 2011;105(9):1436-42. PMID: 21915124.

152.    Tung KH, Goodman MT, Wu AH, et al. Reproductive factors and epithelial ovarian cancer risk by histologic type: a multiethnic case-control study. Am J Epidemiol. 2003;158(7):629-38. PMID: 14507598.

153.    Tung KH, Wilkens LR, Wu AH, et al. Effect of anovulation factors on pre- and postmenopausal ovarian cancer risk: revisiting the incessant ovulation hypothesis. Am J Epidemiol. 2005;161(4):321-9. PMID: 15692075.

154.    Tworoger SS, Fairfield KM, Colditz GA, et al. Association of oral contraceptive use, other contraceptive methods, and infertility with ovarian cancer risk. Am J Epidemiol. 2007;166(8):894-901. PMID: 17656616.

155.    Urban M, Banks E, Egger S, et al. Injectable and oral contraceptive use and cancers of the breast, cervix, ovary, and endometrium in black South African women: case-control study. PLoS Med. 2012;9(3):e1001182. PMID: 22412354.

156.    Vessey M, Painter R. Oral contraceptive use and cancer. Findings in a large cohort study, 1968-2004. Br J Cancer. 2006;95(3):385-9. PMID: 16819539.

157.    Vessey MP, Painter R. Endometrial and ovarian cancer and oral contraceptives--findings in a large cohort study. Br J Cancer. 1995;71(6):1340-2. PMID: 7779735.

158.    Walker GR, Schlesselman JJ, Ness RB. Family history of cancer, oral contraceptive use, and ovarian cancer risk. Am J Obstet Gynecol. 2002;186(1):8-14. PMID: 11810077.

159.    Whittemore AS, Balise RR, Pharoah PD, et al. Oral contraceptive use and ovarian cancer risk among carriers of BRCA1 or BRCA2 mutations. Br J Cancer. 2004;91(11):1911-5. PMID: 15545966.

160.    Wilailak S, Vipupinyo C, Suraseranivong V, et al. Depot medroxyprogesterone acetate and epithelial ovarian cancer: a multicentre case-control study. BJOG. 2012;119(6):672-7. PMID: 22489761.

161.    Wittenberg J, Cook LS, Rossing MA, et al. Reproductive risk factors for mucinous and non-mucinous epithelial ovarian cancer. Epidemiology. 1999;10(6):761-3. PMID: 10535792.

162.    Yang HP, Trabert B, Murphy MA, et al. Ovarian cancer risk factors by histologic subtypes in the NIH-AARP diet and health study. Int J Cancer. 2012;131(4):938-948. PMID: 2012349954.

163.    Dickey RP, Stone SC. Progestational potency of oral contraceptives. Obstet Gynecol. 1976;47(1):106-12. PMID: 1246375.

164.    Beral V, Hermon C, Kay C, et al. Mortality associated with oral contraceptive use: 25 year follow up of cohort of 46 000 women from Royal College of General Practitioners' oral contraception study. BMJ. 1999;318(7176):96-100. PMID: 9880284.

165.    Vessey M, Yeates D, Flynn S. Factors affecting mortality in a large cohort study with special reference to oral contraceptive use. Contraception. 2010;82(3):221-9. PMID: 20705149.

166.    Vessey M, Painter R, Yeates D. Mortality in relation to oral contraceptive use and cigarette smoking. Lancet. 2003;362(9379):185-91. PMID: 12885478.

167.    Nagle CM, Bain CJ, Green AC, et al. The influence of reproductive and hormonal factors on ovarian cancer survival. Int J Gynecol Cancer. 2008;18(3):407-13. PMID: 17645507.

00803565

Exhibit 163

JA-0003107

168. Mavaddat N, Barrowdale D, Andrulis IL, et al. Pathology of breast and ovarian cancers among BRCA1 and BRCA2 mutation carriers: results from the Consortium of Investigators of Modifiers of BRCA1/2 (CIMBA). Cancer Epidemiol Biomarkers Prev. 2012;21(1):134-47. PMID: 22144499.

169. Hill AB. The Environment and Disease: Association or Causation? Proc R Soc Med. 1965;58:295-300. PMID: 14283879.

170. Rodriguez GC, Nagarsheth NP, Lee KL, et al. Progestin-induced apoptosis in the Macaque ovarian epithelium: differential regulation of transforming growth factor-beta. J Natl Cancer Inst. 2002;94(1):50-60. PMID: 11773282.

171. Finer LB, Zolna MR. Unintended pregnancy in the United States: incidence and disparities, 2006. Contraception. 2011;84(5):478-85. PMID: 22018121.

172. Mosher WD, Jones J. Use of contraception in the United States: 1982-2008. Vital Health Stat 23. 2010(29):1-44. PMID: 20939159.

173. Dinger J, Do Minh T, Buttmann N, et al. Effectiveness of oral contraceptive pills in a large U.S. cohort comparing progestogen and regimen. Obstet Gynecol. 2011;117(1):33-40.

174. Dinger JC, Cronin M, Mohner S, et al. Oral contraceptive effectiveness according to body mass index, weight, age, and other factors. Am J Obstet Gynecol. 2009;201(3):263 e1-9. PMID: 19481720.

175. Spencer AL, Bonnema R, McNamara MC. Helping women choose appropriate hormonal contraception: update on risks, benefits, and indications. Am J Med. 2009;122(6):497-506. PMID: 19486709.

176. Haider A, Shaw JC. Treatment of acne vulgaris. JAMA. 2004;292(6):726-35. PMID: 15304471.

177. Lindh I, Ellstrom AA, Milsom I. The effect of combined oral contraceptives and age on dysmenorrhoea: an epidemiological study. Hum Reprod. 2012;27(3):676-82. PMID: 22252090.

178. La Vecchia C, Altieri A, Franceschi S, et al. Oral contraceptives and cancer: an update. Drug Saf. 2001;24(10):741-54. PMID: 11676302.

179. Gillum LA, Mamidipudi SK, Johnston SC. Ischemic stroke risk with oral contraceptives: A meta-analysis. JAMA. 2000;284(1):72-8. PMID: 10872016.

180. Gillum LA, Mamidipudi SK, Johnston SC. Review: Current oral contraceptive use increases the risk for ischaemic stroke. Evidence-Based Medicine. 2001;6(2):60.

181. Anonymous. Venous thromboembolic disease and combined oral contraceptives: results of international multicentre case-control study. World Health Organization Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Lancet. 1995;346(8990):1575-82. PMID: 7500748.

182. Anonymous. Breast cancer and hormonal contraceptives: collaborative reanalysis of individual data on 53 297 women with breast cancer and 100 239 women without breast cancer from 54 epidemiological studies. Collaborative Group on Hormonal Factors in Breast Cancer. Lancet. 1996;347(9017):1713-27. PMID: 8656904.

183. Marchbanks PA, McDonald JA, Wilson HG, et al. Oral contraceptives and the risk of breast cancer. N Engl J Med. 2002;346(26):2025-32. PMID: 12087137.

184. Dolle JM, Daling JR, White E, et al. Risk factors for triple-negative breast cancer in women under the age of 45 years. Cancer Epidemiol Biomarkers Prev. 2009;18(4):1157-66. PMID: 19336554.

185. Shapiro S, Rosenberg L, Hoffman M, et al. Risk of breast cancer in relation to the use of injectable progestogen contraceptives and combined estrogen/progestogen contraceptives. Am J Epidemiol. 2000;151(4):396-403. PMID: 10695598.

186. Van Hoften C, Burger H, Peeters PH, et al. Long-term oral contraceptive use increases breast cancer risk in women over 55 years of age: the DOM cohort. Int J Cancer. 2000;87(4):591-4. PMID: 10918202.

187. Gomes AL, Guimaraes MD, Gomes CC, et al. Risk factors for breast cancer among pre- or post-menopausal women in Belo Horizonte, Brazil. Gynecol Obstet Invest. 2001;52(3):173-9. PMID: 11598359.

00803566

Exhibit 163                                                      JA-0003108

188. Moorman PG, Millikan RC, Newman B. Oral contraceptives and breast cancer among African-American women and white women. J Natl Med Assoc. 2001;93(9):329-34. PMID: 11560288.

189. Heimdal K, Skovlund E, Moller P. Oral contraceptives and risk of familial breast cancer. Cancer Detect Prev. 2002;26(1):23-7. PMID: 12088199.

190. Narod SA, Dube MP, Klijn J, et al. Oral contraceptives and the risk of breast cancer in BRCA1 and BRCA2 mutation carriers. J Natl Cancer Inst. 2002;94(23):1773-9. PMID: 12464649.

191. Althuis MD, Brogan DD, Coates RJ, et al. Breast cancers among very young premenopausal women (United States). Cancer Causes Control. 2003;14(2):151-60. PMID: 12749720.

192. Althuis MD, Brogan DR, Coates RJ, et al. Hormonal content and potency of oral contraceptives and breast cancer risk among young women. Br J Cancer. 2003;88(1):50-7. PMID: 12556959.

193. Newcomer LM, Newcomb PA, Trentham-Dietz A, et al. Oral contraceptive use and risk of breast cancer by histologic type. Int J Cancer. 2003;106(6):961-4. PMID: 12918077.

194. Norman SA, Berlin JA, Weber AL, et al. Combined effect of oral contraceptive use and hormone replacement therapy on breast cancer risk in postmenopausal women. Cancer Causes Control. 2003;14(10):933-43. PMID: 14750532.

195. Suter NM, Malone KE, Daling JR, et al. Androgen receptor (CAG)n and (GGC)n polymorphisms and breast cancer risk in a population-based case-control study of young women. Cancer Epidemiol Biomarkers Prev. 2003;12(2):127-35. PMID: 12582022.

196. Fowke JH, Shu XO, Dai Q, et al. Oral contraceptive use and breast cancer risk: modification by NAD(P)H:quinone oxoreductase (NQO1) genetic polymorphisms. Cancer Epidemiol Biomarkers Prev. 2004;13(8):1308-15. PMID: 15298951.

197. Jernstrom H, Loman N, Johannsson OT, et al. Impact of teenage oral contraceptive use in a population-based series of early-onset breast cancer cases who have undergone BRCA mutation testing. Eur J Cancer. 2005;41(15):2312-20. PMID: 16118051.

198. Milne RL, Knight JA, John EM, et al. Oral contraceptive use and risk of early-onset breast cancer in carriers and noncarriers of BRCA1 and BRCA2 mutations. Cancer Epidemiol Biomarkers Prev. 2005;14(2):350-6. PMID: 15734957.

199. Haile RW, Thomas DC, McGuire V, et al. BRCA1 and BRCA2 mutation carriers, oral contraceptive use, and breast cancer before age 50. Cancer Epidemiol Biomarkers Prev. 2006;15(10):1863-70. PMID: 17021353.

200. Rosenberg LU, Magnusson C, Lindstrom E, et al. Menopausal hormone therapy and other breast cancer risk factors in relation to the risk of different histological subtypes of breast cancer: a case-control study. Breast Cancer Res. 2006;8(1):R11. PMID: 16507159.

201. Ma H, Bernstein L, Ross RK, et al. Hormone-related risk factors for breast cancer in women under age 50 years by estrogen and progesterone receptor status: Results from a case-control and a case-case comparison. Breast Cancer Research. 2006;8(4).

202. Faheem M, Khurram M, Jafri IA, et al. Risk factors for breast cancer in patients treated at NORI Hospital, Islamabad. J Pak Med Assoc. 2007;57(5):242-5. PMID: 17571480.

203. Folger SG, Marchbanks PA, McDonald JA, et al. Risk of breast cancer associated with short-term use of oral contraceptives. Cancer Causes Control. 2007;18(2):189-98. PMID: 17216547.

204. Nichols HB, Trentham-Dietz A, Egan KM, et al. Oral contraceptive use and risk of breast carcinoma in situ. Cancer Epidemiol Biomarkers Prev. 2007;16(11):2262-8. PMID: 18006914.

205. Shantakumar S, Terry MB, Paykin A, et al. Age and menopausal effects of hormonal birth control and hormone replacement therapy in relation to breast cancer risk. Am J Epidemiol. 2007;165(10):1187-98. PMID: 17337757.

00803567

Exhibit 163

JA-0003109

206.    Sweeney C, Giuliano AR, Baumgartner KB, et al. Oral, injected and implanted contraceptives and breast cancer risk among U.S. Hispanic and non-Hispanic white women. Int J Cancer. 2007;121(11):2517-23. PMID: 17657739.

207.    Figueiredo JC, Bernstein L, Capanu M, et al. Oral contraceptives, postmenopausal hormones, and risk of asynchronous bilateral breast cancer: the WECARE Study Group. J Clin Oncol. 2008;26(9):1411-8. PMID: 18250348.

208.    Lee E, Ma H, McKean-Cowdin R, et al. Effect of reproductive factors and oral contraceptives on breast cancer risk in BRCA1/2 mutation carriers and noncarriers: results from a population-based study. Cancer Epidemiol Biomarkers Prev. 2008;17(11):3170-8. PMID: 18990759.

209.    Nyante SJ, Gammon MD, Malone KE, et al. The association between oral contraceptive use and lobular and ductal breast cancer in young women. Int J Cancer. 2008;122(4):936-41. PMID: 17957781.

210.    Rosenberg L, Zhang Y, Coogan PF, et al. A case-control study of oral contraceptive use and incident breast cancer. Am J Epidemiol. 2009;169(4):473-9. PMID: 19074777.

211.    Phillips LS, Millikan RC, Schroeder JC, et al. Reproductive and hormonal risk factors for ductal carcinoma in situ of the breast. Cancer Epidemiol Biomarkers Prev. 2009;18(5):1507-14. PMID: 19423528.

212.    Figueiredo JC, Haile RW, Bernstein L, et al. Oral contraceptives and postmenopausal hormones and risk of contralateral breast cancer among BRCA1 and BRCA2 mutation carriers and noncarriers: the WECARE Study. Breast Cancer Res Treat. 2010;120(1):175-83. PMID: 19597986.

213.    Lumachi F, Frigo AC, Basso U, et al. Estrogen therapy and risk of breast cancer in postmenopausal women: a case-control study and results of a multivariate analysis. Menopause. 2010;17(3):524-8. PMID: 20130492.

214.    Ma H, Wang Y, Sullivan-Halley J, et al. Use of four biomarkers to evaluate the risk of breast cancer subtypes in the women's contraceptive and reproductive experiences study. Cancer Res. 2010;70(2):575-87. PMID: 20068186.

215.    Grabrick DM, Hartmann LC, Cerhan JR, et al. Risk of breast cancer with oral contraceptive use in women with a family history of breast cancer. JAMA. 2000;284(14):1791-8. PMID: 11025831.

216.    Kumle M, Weiderpass E, Braaten T, et al. Use of oral contraceptives and breast cancer risk: The Norwegian-Swedish Women's Lifestyle and Health Cohort Study. Cancer Epidemiol Biomarkers Prev. 2002;11(11):1375-81. PMID: 12433714.

217.    Dumeaux V, Alsaker E, Lund E. Breast cancer and specific types of oral contraceptives: a large Norwegian cohort study. Int J Cancer. 2003;105(6):844-50. PMID: 12767072.

218.    Dumeaux V, Fournier A, Lund E, et al. Previous oral contraceptive use and breast cancer risk according to hormone replacement therapy use among postmenopausal women. Cancer Causes Control. 2005;16(5):537-44. PMID: 15986108.

219.    Silvera SA, Miller AB, Rohan TE. Oral contraceptive use and risk of breast cancer among women with a family history of breast cancer: a prospective cohort study. Cancer Causes Control. 2005;16(9):1059-63. PMID: 16184471.

220.    Brohet RM, Goldgar DE, Easton DF, et al. Oral contraceptives and breast cancer risk in the international BRCA1/2 carrier cohort study: a report from EMBRACE, GENEPSO, GEO-HEBON, and the IBCCS Collaborating Group. J Clin Oncol. 2007;25(25):3831-6. PMID: 17635951.

221.    Lund E, Bakken K, Dumeaux V, et al. Hormone replacement therapy and breast cancer in former users of oral contraceptives--The Norwegian Women and Cancer study. Int J Cancer. 2007;121(3):645-8. PMID: 17372914.

222.    Hunter DJ, Colditz GA, Hankinson SE, et al. Oral contraceptive use and breast cancer: a prospective study of young women. Cancer Epidemiol Biomarkers Prev. 2010;19(10):2496-502. PMID: 20802021.

00803568

Exhibit 163

223. Rosenberg L, Boggs DA, Wise LA, et al. Oral contraceptive use and estrogen/progesterone receptor-negative breast cancer among African American women. Cancer Epidemiol Biomarkers Prev. 2010;19(8):2073-9. PMID: 20647407.

224. Xu WH, Shu XO, Long J, et al. Relation of FGFR2 genetic polymorphisms to the association between oral contraceptive use and the risk of breast cancer in Chinese women. Am J Epidemiol. 2011;173(8):923-31. PMID: 21382839.

225. Bernholtz S, Laitman Y, Kaufman B, et al. Cancer risk in Jewish BRCA1 and BRCA2 mutation carriers: Effects of oral contraceptive use and parental origin of mutation. Breast Cancer Research and Treatment. 2011;129(2):557-563. PMID: 2011504819.

226. Marchbanks PA, Curtis KM, Mandel MG, et al. Oral contraceptive formulation and risk of breast cancer. Contraception. 2012;85(4):342-350. PMID: 2012157299.

227. Tryggvadottir L, Tulinius H, Eyfjord JE, et al. Breast cancer risk factors and age at diagnosis: an Icelandic cohort study. Int J Cancer. 2002;98(4):604-8. PMID: 11920622.

228. Wrensch M, Chew T, Farren G, et al. Risk factors for breast cancer in a population with high incidence rates. Breast Cancer Res. 2003;5(4):R88-102. PMID: 12817999.

229. Wingo PA, Austin H, Marchbanks PA, et al. Oral contraceptives and the risk of death from breast cancer. Obstet Gynecol. 2007;110(4):793-800. PMID: 17906011.

230. Barnett GC, Shah M, Redman K, et al. Risk factors for the incidence of breast cancer: do they affect survival from the disease? J Clin Oncol. 2008;26(20):3310-6. PMID: 18612147.

231. Trivers KF, Gammon MD, Abrahamson PE, et al. Oral contraceptives and survival in breast cancer patients aged 20 to 54 years. Cancer Epidemiol Biomarkers Prev. 2007;16(9):1822-7. PMID: 17855700.

232. Lu Y, Ma H, Malone KE, et al. Oral contraceptive use and survival in women with invasive breast cancer. Cancer Epidemiol Biomarkers Prev. 2011;20(7):1391-7. PMID: 21551244.

233. Madeleine MM, Daling JR, Schwartz SM, et al. Human papillomavirus and long-term oral contraceptive use increase the risk of adenocarcinoma in situ of the cervix. Cancer Epidemiol Biomarkers Prev. 2001;10(3):171-7. PMID: 11303584.

234. Santos C, Munoz N, Klug S, et al. HPV types and cofactors causing cervical cancer in Peru. Br J Cancer. 2001;85(7):966-71. PMID: 11592767.

235. Green J, Berrington de Gonzalez A, Sweetland S, et al. Risk factors for adenocarcinoma and squamous cell carcinoma of the cervix in women aged 20-44 years: the UK National Case-Control Study of Cervical Cancer. Br J Cancer. 2003;89(11):2078-86. PMID: 14647141.

236. Shapiro S, Rosenberg L, Hoffman M, et al. Risk of invasive cancer of the cervix in relation to the use of injectable progestogen contraceptives and combined estrogen/progestogen oral contraceptives (South Africa). Cancer Causes Control. 2003;14(5):485-95. PMID: 12946044.

237. Shields TS, Brinton LA, Burk RD, et al. A case-control study of risk factors for invasive cervical cancer among U.S. women exposed to oncogenic types of human papillomavirus. Cancer Epidemiol Biomarkers Prev. 2004;13(10):1574-82. PMID: 15466972.

238. Nojomi M, Modaresgilani M, Mozafari N, et al. Cervical cancer and duration of using hormonal contraceptives. Asia-Pacific Journal of Clinical Oncology. 2008;4(2):107-112.

239. Vanakankovit N, Taneepanichskul S. Effect of oral contraceptives on risk of cervical cancer. J Med Assoc Thai. 2008;91(1):7-12. PMID: 18386537.

240. Moreno V, Bosch FX, Munoz N, et al. Effect of oral contraceptives on risk of cervical cancer in women with human papillomavirus infection: the IARC multicentric case-control study. Lancet. 2002;359(9312):1085-92. PMID: 11943255.

241. Hammouda D, Munoz N, Herrero R, et al. Cervical carcinoma in Algiers, Algeria: human papillomavirus and lifestyle risk factors. Int J Cancer. 2005;113(3):483-9. PMID: 15455386.

311

242. Levi F, Pasche C, Lucchini F, et al. Oral contraceptives and colorectal cancer. Dig Liver Dis. 2003;35(2):85-7. PMID: 12747625.

243. Campbell PT, Newcomb P, Gallinger S, et al. Exogenous hormones and colorectal cancer risk in Canada: associations stratified by clinically defined familial risk of cancer. Cancer Causes Control. 2007;18(7):723-33. PMID: 17549595.

244. Long MD, Martin CF, Galanko JA, et al. Hormone replacement therapy, oral contraceptive use, and distal large bowel cancer: a population-based case-control study. Am J Gastroenterol. 2010;105(8):1843-50. PMID: 20354510.

245. Kabat GC, Miller AB, Rohan TE. Oral contraceptive use, hormone replacement therapy, reproductive history and risk of colorectal cancer in women. Int J Cancer. 2008;122(3):643-6. PMID: 17847020.

246. Lin J, Zhang SM, Cook NR, et al. Oral contraceptives, reproductive factors, and risk of colorectal cancer among women in a prospective cohort study. Am J Epidemiol. 2007;165(7):794-801. PMID: 17215381.

247. Tsilidis KK, Allen NE, Key TJ, et al. Oral contraceptives, reproductive history and risk of colorectal cancer in the European Prospective Investigation into Cancer and Nutrition. Br J Cancer. 2010;103(11):1755-9. PMID: 21045829.

248. Nichols HB, Trentham-Dietz A, Hampton JM, et al. Oral contraceptive use, reproductive factors, and colorectal cancer risk: findings from Wisconsin. Cancer Epidemiol Biomarkers Prev. 2005;14(5):1212-8. PMID: 15894674.

249. Rosenblatt KA, Gao DL, Ray RM, et al. Contraceptive methods and induced abortions and their association with the risk of colon cancer in Shanghai, China. Eur J Cancer. 2004;40(4):590-3. PMID: 14962728.

250. Parslov M, Lidegaard O, Klintorp S, et al. Risk factors among young women with endometrial cancer: a Danish case-control study. Am J Obstet Gynecol. 2000;182(1 Pt 1):23-9. PMID: 10649152.

251. Maxwell GL, Schildkraut JM, Calingaert B, et al. Progestin and estrogen potency of combination oral contraceptives and endometrial cancer risk. Gynecol Oncol. 2006;103(2):535-40. PMID: 16740300.

252. Dossus L, Allen N, Kaaks R, et al. Reproductive risk factors and endometrial cancer: the European Prospective Investigation into Cancer and Nutrition. Int J Cancer. 2010;127(2):442-51. PMID: 19924816.

253. Setiawan VW, Pike MC, Kolonel LN, et al. Racial/ethnic differences in endometrial cancer risk: the multiethnic cohort study. Am J Epidemiol. 2007;165(3):262-70. PMID: 17090617.

254. Tao MH, Xu WH, Zheng W, et al. Oral contraceptive and IUD use and endometrial cancer: a population-based case-control study in Shanghai, China. Int J Cancer. 2006;119(9):2142-7. PMID: 16823853.

255. Hankinson SE, Colditz GA, Manson JE, et al. A prospective study of oral contraceptive use and risk of breast cancer (Nurses' Health Study, United States). Cancer Causes Control. 1997;8(1):65-72. PMID: 9051324.

256. Grimes DA, Economy KE. Primary prevention of gynecologic cancers. Am J Obstet Gynecol. 1995;172(1 Pt 1):227-35. PMID: 7847546.

257. Schlesselman JJ. Risk of endometrial cancer in relation to use of combined oral contraceptives. A practitioner's guide to meta-analysis. Hum Reprod. 1997;12(9):1851-63. PMID: 9363696.

258. Vessey MP, Doll R. Investigation of relation between use of oral contraceptives and thromboembolic disease. Br Med J. 1968;2(5599):199-205. PMID: 5653025.

259. Xu J, Kochanek K, Murphy S, et al. Deaths: Final data for 2007. National vital statistics reports; vol 58 no 19. Hyattsville, MD: National Center for Health Statistics. 2010.

260. Bloemenkamp KW, Rosendaal FR, Helmerhorst FM, et al. Enhancement by factor V Leiden mutation of risk of deep-vein thrombosis associated with oral contraceptives containing a third-generation progestagen. Lancet. 1995;346(8990):1593-6. PMID: 7500751.

00803570

Exhibit 163

JA-0003112

261.    Lewis MA. The Transnational Study on Oral Contraceptives and the Health of Young Women. Methods, results, new analyses and the healthy user effect. Hum Reprod Update. 1999;5(6):707-20. PMID: 10652980.

262.    Sidney S, Petitti DB, Soff GA, et al. Venous thromboembolic disease in users of low-estrogen combined estrogen-progestin oral contraceptives. Contraception. 2004;70(1):3-10. PMID: 15208046.

263.    Lidegaard O, Lokkegaard E, Svendsen AL, et al. Hormonal contraception and risk of venous thromboembolism: national follow-up study. BMJ. 2009;339:b2890. PMID: 19679613.

264.    Huerta C, Johansson S, Wallander MA, et al. Risk factors and short-term mortality of venous thromboembolism diagnosed in the primary care setting in the United Kingdom. Arch Intern Med. 2007;167(9):935-43. PMID: 17502535.

265.    Mant J, Painter R, Vessey M. Risk of myocardial infarction, angina and stroke in users of oral contraceptives: an updated analysis of a cohort study. Br J Obstet Gynaecol. 1998;105(8):890-6. PMID: 9746383.

266.    Sitruk-Ware R, Nath A. The use of newer progestins for contraception. Contraception. 2010;82(5):410-7. PMID: 20933114.

267.    Anonymous. Cardiovascular disease and use of oral and injectable progestogen-only contraceptives and combined injectable contraceptives. Results of an international, multicenter, case-control study. World Health Organization Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Contraception. 1998;57(5):315-24. PMID: 9673838.

268.    Anonymous. Effect of different progestagens in low oestrogen oral contraceptives on venous thromboembolic disease. World Health Organization Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Lancet. 1995;346(8990):1582-8. PMID: 7500749.

269.    Andersen BS, Olsen J, Nielsen GL, et al. Third generation oral contraceptives and heritable thrombophilia as risk factors of non-fatal venous thromboembolism. Thromb Haemost. 1998;79(1):28-31. PMID: 9459317.

270.    Lidegaard O. Thrombotic diseases in young women and the influence of oral contraceptives. Am J Obstet Gynecol. 1998;179(3 Pt 2):S62-7. PMID: 9753312.

271.    Bloemenkamp KW, Rosendaal FR, Buller HR, et al. Risk of venous thrombosis with use of current low-dose oral contraceptives is not explained by diagnostic suspicion and referral bias. Arch Intern Med. 1999;159(1):65-70. PMID: 9892332.

272.    Heinemann LA, Assmann A, DoMinh T, et al. Oral progestogen-only contraceptives and cardiovascular risk: results from the Transnational Study on Oral Contraceptives and the Health of Young Women. Eur J Contracept Reprod Health Care. 1999;4(2):67-73. PMID: 10427481.

273.    Suissa S, Blais L, Spitzer WO, et al. First-time use of newer oral contraceptives and the risk of venous thromboembolism. Contraception. 1997;56(3):141-6. PMID: 9347203.

274.    Suissa S, Spitzer WO, Rainville B, et al. Recurrent use of newer oral contraceptives and the risk of venous thromboembolism. Hum Reprod. 2000;15(4):817-21. PMID: 10739826.

275.    Spannagl M, Heinemann LA, Schramm W. Are factor V Leiden carriers who use oral contraceptives at extreme risk for venous thromboembolism? Eur J Contracept Reprod Health Care. 2000;5(2):105-12. PMID: 10943572.

276.    Lidegaard O, Edstrom B, Kreiner S. Oral contraceptives and venous thromboembolism: a five-year national case-control study. Contraception. 2002;65(3):187-96. PMID: 11929640.

277.    Legnani C, Palareti G, Guazzaloca G, et al. Venous thromboembolism in young women; role of thrombophilic mutations and oral contraceptive use. Eur Heart J. 2002;23(12):984-90. PMID: 12069454.

313

Exhibit 163

00803571

JA-0003113

278.    Legnani C, Cini M, Cosmi B, et al. Risk of deep vein thrombosis: interaction between oral contraceptives and high factor VIII levels. Haematologica. 2004;89(11):1347-51. PMID: 15531457.

279.    Farmer RD, Lawrenson RA, Todd JC, et al. A comparison of the risks of venous thromboembolic disease in association with different combined oral contraceptives. Br J Clin Pharmacol. 2000;49(6):580-90. PMID: 10848722.

280.    Austin H, Lally C, Benson JM, et al. Hormonal contraception, sickle cell trait, and risk for venous thromboembolism among African American women. Am J Obstet Gynecol. 2009;200(6):620 e1-3. PMID: 19306959.

281.    Van Hylckama Vlieg A, Helmerhorst FM, Vandenbroucke JP, et al. The venous thrombotic risk of oral contraceptives, effects of oestrogen dose and progestogen type: Results of the MEGA case-control study. BMJ. 2009;339(7720):b2921.

282.    Barsoum MK, Heit JA, Ashrani AA, et al. Is progestin an independent risk factor for incident venous thromboembolism? A population-based case-control study. Thromb Res. 2010;126(5):373-8. PMID: 20833412.

283.    Dinger J, Assmann A, Mohner S, et al. Risk of venous thromboembolism and the use of dienogest- and drospirenone-containing oral contraceptives: results from a German case-control study. J Fam Plann Reprod Health Care. 2010;36(3):123-9. PMID: 20659364.

284.    Heinemann LA, Dinger JC, Assmann A, et al. Use of oral contraceptives containing gestodene and risk of venous thromboembolism: outlook 10 years after the third-generation "pill scare." Contraception. 2010;81(5):401-7. PMID: 20399946.

285.    Farmer RDT, Preston TD. The risk of venous thromboembolism associated with low oestrogen oral contraceptives. Journal of Obstetrics & Gynaecology. 1995;15(3):195-200.

286.    Grodstein F, Stampfer MJ, Goldhaber SZ, et al. Prospective study of exogenous hormones and risk of pulmonary embolism in women. Lancet. 1996;348(9033):983-7. PMID: 8855854.

287.    Farmer RD, Lawrenson RA, Thompson CR, et al. Population-based study of risk of venous thromboembolism associated with various oral contraceptives. Lancet. 1997;349(9045):83-8. PMID: 8996419.

288.    Hannaford PC, Kay CR. The risk of serious illness among oral contraceptive users: evidence from the RCGP's oral contraceptive study. Br J Gen Pract. 1998;48(435):1657-62. PMID: 10071398.

289.    Conard J, Plu-Bureau G, Bahi N, et al. Progestogen-only contraception in women at high risk of venous thromboembolism. Contraception. 2004;70(6):437-41. PMID: 15541404.

290.    Samuelsson E, Hagg S. Incidence of venous thromboembolism in young Swedish women and possibly preventable cases among combined oral contraceptive users. Acta Obstet Gynecol Scand. 2004;83(7):674-81. PMID: 15225194.

291.    Seeger JD, Loughlin J, Eng PM, et al. Risk of thromboembolism in women taking ethinylestradiol/drospirenone and other oral contraceptives. Obstet Gynecol. 2007;110(3):587-93. PMID: 17766604.

292.    van Vlijmen EF, Brouwer JL, Veeger NJ, et al. Oral contraceptives and the absolute risk of venous thromboembolism in women with single or multiple thrombophilic defects: results from a retrospective family cohort study. Arch Intern Med. 2007;167(3):282-9. PMID: 17296885.

293.    Lidegaard O, Nielsen LH, Skovlund CW, et al. Risk of venous thromboembolism from use of oral contraceptives containing different progestogens and oestrogen doses: Danish cohort study, 2001-9. BMJ. 2011;343:d6423. PMID: 22027398.

294.    Le Gal G, Kovacs MJ, Carrier M, et al. Risk of recurrent venous thromboembolism after a first oestrogen-associated episode. Data from the REVERSE cohort study. Thromb Haemost. 2010;104(3):498-503. PMID: 20539910.

295.    van Vlijmen EF, Veeger NJ, Middeldorp S, et al. Thrombotic risk during oral contraceptive use and pregnancy in women with factor V Leiden or prothrombin mutation: a rational approach to contraception. Blood. 2011;118(8):2055-61; quiz 2375. PMID: 21659542.

00803572

Exhibit 163                                                                JA-0003114

296.    Jick H, Kaye JA, Vasilakis-Scaramozza C, et al. Risk of venous thromboembolism among users of third generation oral contraceptives compared with users of oral contraceptives with levonorgestrel before and after 1995: cohort and case-control analysis. BMJ. 2000;321(7270):1190-5. PMID: 11073511.

297.    Dinger JC, Heinemann LA, Kuhl-Habich D. The safety of a drospirenone-containing oral contraceptive: final results from the European Active Surveillance Study on oral contraceptives based on 142,475 women-years of observation. Contraception. 2007;75(5):344-54. PMID: 17434015.

298.    Jick SS, Kaye JA, Russmann S, et al. Risk of nonfatal venous thromboembolism with oral contraceptives containing norgestimate or desogestrel compared with oral contraceptives containing levonorgestrel. Contraception. 2006;73(6):566-70. PMID: 16730485.

299.    Todd J, Lawrenson R, Farmer RD, et al. Venous thromboembolic disease and combined oral contraceptives: A re-analysis of the MediPlus database. Hum Reprod. 1999;14(6):1500-5. PMID: 10357966.

300.    Parkin L, Sharples K, Hernandez RK, et al. Risk of venous thromboembolism in users of oral contraceptives containing drospirenone or levonorgestrel: nested case-control study based on UK General Practice Research Database. BMJ. 2011;342:d2139. PMID: 21511804.

301.    Herings RM, Urquhart J, Leufkens HG. Venous thromboembolism among new users of different oral contraceptives. Lancet. 1999;354(9173):127-8. PMID: 10408492.

302.    Bloemenkamp KW, Rosendaal FR, Helmerhorst FM, et al. Higher risk of venous thrombosis during early use of oral contraceptives in women with inherited clotting defects. Arch Intern Med. 2000;160(1):49-52. PMID: 10632304.

303.    Jick H, Jick SS, Gurewich V, et al. Risk of idiopathic cardiovascular death and nonfatal venous thromboembolism in women using oral contraceptives with differing progestagen components. Lancet. 1995;346(8990):1589-93. PMID: 7500750.

304.    Lewis MA, Heinemann LA, MacRae KD, et al. The increased risk of venous thromboembolism and the use of third generation progestagens: role of bias in observational research. The Transnational Research Group on Oral Contraceptives and the Health of Young Women. Contraception. 1996;54(1):5-13. PMID: 8804801.

305.    Lewis MA, Heinemann LA, Spitzer WO, et al. The use of oral contraceptives and the occurrence of acute myocardial infarction in young women. Results from the Transnational Study on Oral Contraceptives and the Health of Young Women. Contraception. 1997;56(3):129-40. PMID: 9347202.

306.    Lewis MA, MacRae KD, Kuhl-Habichl D, et al. The differential risk of oral contraceptives: the impact of full exposure history. Hum Reprod. 1999;14(6):1493-9. PMID: 10359554.

307.    Lewis MA, Spitzer WO, Heinemann LA, et al. Third generation oral contraceptives and risk of myocardial infarction: an international case-control study. Transnational Research Group on Oral Contraceptives and the Health of Young Women. BMJ. 1996;312(7023):88-90. PMID: 8555936.

308.    Lidegaard O, Edstrom B, Kreiner S. Oral contraceptives and venous thromboembolism. A case-control study. Contraception. 1998;57(5):291-301. PMID: 9673836.

309.    Lidegaard O. Oral contraceptives, pregnancy and the risk of cerebral thromboembolism: the influence of diabetes, hypertension, migraine and previous thrombotic disease. Br J Obstet Gynaecol. 1995;102(2):153-9. PMID: 7756208.

310.    Spitzer WO, Lewis MA, Heinemann LA, et al. Third generation oral contraceptives and risk of venous thromboembolic disorders: an international case-control study. Transnational Research Group on Oral Contraceptives and the Health of Young Women. BMJ. 1996;312(7023):83-8. PMID: 8555935.

00803573

Exhibit 163                                        JA-0003115

311. Gronich N, Lavi I, Rennert G. Higher risk of venous thrombosis associated with drospirenone-containing oral contraceptives: a population-based cohort study. CMAJ. 2011;183(18):E1319-25. PMID: 22065352.

312. Jick SS, Hernandez RK. Risk of non-fatal venous thromboembolism in women using oral contraceptives containing drospirenone compared with women using oral contraceptives containing levonorgestrel: case-control study using United States claims data. BMJ. 2011;342:d2151. PMID: 21511805.

313. Lidegaard O. Smoking and use of oral contraceptives: impact on thrombotic diseases. Am J Obstet Gynecol. 1999;180(6 Pt 2):S357-63. PMID: 10368521.

314. Tzourio C, Tehindrazanarivelo A, Iglesias S, et al. Case-control study of migraine and risk of ischaemic stroke in young women. BMJ. 1995;310(6983):830-3. PMID: 7711619.

315. Petitti DB, Sidney S, Bernstein A, et al. Stroke in users of low-dose oral contraceptives. N Engl J Med. 1996;335(1):8-15. PMID: 8637557.

316. Chang CL, Donaghy M, Poulter N. Migraine and stroke in young women: case-control study. The World Health Organisation Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. BMJ. 1999;318(7175):13-8. PMID: 9872876.

317. Anonymous. Haemorrhagic stroke, overall stroke risk, and combined oral contraceptives: results of an international, multicentre, case-control study. WHO Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Lancet. 1996;348(9026):505-10. PMID: 8757152.

318. Anonymous. Ischaemic stroke and combined oral contraceptives: results of an international, multicentre, case-control study. WHO Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Lancet. 1996;348(9026):498-505. PMID: 8757151.

319. Yang L, Kuper H, Sandin S, et al. Reproductive history, oral contraceptive use, and the risk of ischemic and hemorrhagic stroke in a cohort study of middle-aged Swedish women. Stroke. 2009;40(4):1050-8. PMID: 19211494.

320. Kemmeren JM, Tanis BC, van den Bosch MA, et al. Risk of Arterial Thrombosis in Relation to Oral Contraceptives (RATIO) study: oral contraceptives and the risk of ischemic stroke. Stroke. 2002;33(5):1202-8. PMID: 11988591.

321. Lidegaard O, Kreiner S. Contraceptives and cerebral thrombosis: a five-year national case-control study. Contraception. 2002;65(3):197-205. PMID: 11929641.

322. Siritho S, Thrift AG, McNeil JJ, et al. Risk of ischemic stroke among users of the oral contraceptive pill: The Melbourne Risk Factor Study (MERFS) Group. Stroke. 2003;34(7):1575-80. PMID: 12805499.

323. Martinelli I, Battaglioli T, Burgo I, et al. Oral contraceptive use, thrombophilia and their interaction in young women with ischemic stroke. Haematologica. 2006;91(6):844-7. PMID: 16769590.

324. Li Y, Chen F, Zhou L, et al. COC use, ACE/AGT gene polymorphisms, and risk of stroke. Pharmacogenet Genomics. 2010;20(5):298-306. PMID: 20300047.

325. Wang C, Li Y, Li H, et al. Increased risk of stroke in oral contraceptive users carried replicated genetic variants: a population-based case-control study in China. Hum Genet. 2012. PMID: 22476622.

326. Heinemann LA, Lewis MA, Thorogood M, et al. Case-control study of oral contraceptives and risk of thromboembolic stroke: results from International Study on Oral Contraceptives and Health of Young Women. BMJ. 1997;315(7121):1502-4. PMID: 9420491.

327. Barinagarrementeria F, Gonzalez-Duarte A, Miranda L, et al. Cerebral infarction in young women: analysis of 130 cases. Eur Neurol. 1998;40(4):228-33. PMID: 9813407.

00803574

Exhibit 163

JA-0003116

328. Li Y, Zhou L, Coulter D, et al. Prospective cohort study of the association between use of low-dose oral contraceptives and stroke in Chinese women. Pharmacoepidemiol Drug Saf. 2006;15(10):726-34. PMID: 16761299.

329. Lidegaard O, Lokkegaard E, Jensen A, et al. Thrombotic stroke and myocardial infarction with hormonal contraception. N Engl J Med. 2012;366(24):2257-66. PMID: 22693997.

330. Heinemann LA, Lewis MA, Spitzer WO, et al. Thromboembolic stroke in young women. A European case-control study on oral contraceptives. Transnational Research Group on Oral Contraceptives and the Health of Young Women. Contraception. 1998;57(1):29-37. PMID: 9554248.

331. Lidegaard O, Kreiner S. Cerebral thrombosis and oral contraceptives. A case-control study. Contraception. 1998;57(5):303-14. PMID: 9673837.

332. Schwartz SM, Petitti DB, Siscovick DS, et al. Stroke and use of low-dose oral contraceptives in young women: a pooled analysis of two US studies. Stroke. 1998;29(11):2277-84. PMID: 9804634.

333. Schwartz SM, Siscovick DS, Longstreth WT, Jr., et al. Use of low-dose oral contraceptives and stroke in young women. Ann Intern Med. 1997;127(8 Pt 1):596-603. PMID: 9341057.

334. Gallagher LG, Davis LB, Ray RM, et al. Reproductive history and mortality from cardiovascular disease among women textile workers in Shanghai, China. Int J Epidemiol. 2011;40(6):1510-8. PMID: 22158661.

335. Sidney S, Petitti DB, Quesenberry CP, Jr., et al. Myocardial infarction in users of low-dose oral contraceptives. Obstet Gynecol. 1996;88(6):939-44. PMID: 8942831.

336. Sidney S, Siscovick DS, Petitti DB, et al. Myocardial infarction and use of low-dose oral contraceptives: a pooled analysis of 2 US studies. Circulation. 1998;98(11):1058-63. PMID: 9736591.

337. Anonymous. Acute myocardial infarction and combined oral contraceptives: results of an international multicentre case-control study. WHO Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Lancet. 1997;349(9060):1202-9. PMID: 9130941.

338. Dunn N, Thorogood M, Faragher B, et al. Oral contraceptives and myocardial infarction: results of the MICA case-control study. BMJ. 1999;318(7198):1579-83. PMID: 10364115.

339. Dunn NR, Faragher B, Thorogood M, et al. Risk of myocardial infarction in young female smokers. Heart. 1999;82(5):581-3. PMID: 10525513.

340. Rosenberg L, Palmer JR, Rao RS, et al. Low-dose oral contraceptive use and the risk of myocardial infarction. Arch Intern Med. 2001;161(8):1065-70. PMID: 11322840.

341. Tanis BC, van den Bosch MA, Kemmeren JM, et al. Oral contraceptives and the risk of myocardial infarction. N Engl J Med. 2001;345(25):1787-93. PMID: 11752354.

342. Margolis KL, Adami HO, Luo J, et al. A prospective study of oral contraceptive use and risk of myocardial infarction among Swedish women. Fertil Steril. 2007;88(2):310-6. PMID: 17624338.

343. Dunn NR, Arscott A, Thorogood M. The relationship between use of oral contraceptives and myocardial infarction in young women with fatal outcome, compared to those who survive: results from the MICA case-control study. Contraception. 2001;63(2):65-9. PMID: 11292469.

344. White RH. The epidemiology of venous thromboembolism. Circulation. 2003;107(23 Suppl 1):I4-8. PMID: 12814979.

345. Heit JA, Silverstein MD, Mohr DN, et al. Predictors of survival after deep vein thrombosis and pulmonary embolism - A population-based, cohort study. Arch Intern Med. 1999;159(5):445-453. PMID: ISI:000078912600005.

346. Heit JA, Kobbervig CE, James AH, et al. Trends in the incidence of venous thromboembolism during pregnancy or postpartum: a 30-year population-based study. Ann Intern Med. 2005;143(10):697-706. PMID: 16287790.

00803575

Exhibit 163                                    JA-0003117

347. Roger VL, Go AS, Lloyd-Jones DM, et al. Heart Disease and Stroke Statistics--2012 Update: A Report From the American Heart Association. Circulation. 2012;125(1):e2-e220. PMID: 22179539.

348. Petitti DB, Sidney S, Quesenberry CP, Jr., et al. Incidence of stroke and myocardial infarction in women of reproductive age. Stroke. 1997;28(2):280-3. PMID: 9040675.

349. Burkman R, Schlesselman JJ, Zieman M. Safety concerns and health benefits associated with oral contraception. American Journal of Obstetrics and Gynecology. 2004;190(4, Supplement):S5-S22.

350. Sonnenberg FA, Burkman RT, Hagerty CG, et al. Costs and net health effects of contraceptive methods. Contraception. 2004;69(6):447-59. PMID: 15157789.

351. Fortney JA, Harper JM, Potts M. Oral contraceptives and life expectancy. Stud Fam Plann. 1986;17(3):117-25. PMID: 3523849.

352. United States Department of Health and Human Services. National Center for Health Statistics, 1984-07-12, "National Survey of Family Growth, Cycle II, 1976: Interval File," http://dx.doi.org/10.3886/ICPSR08181. Inter-university Consortium for Political and Social Research[Distributor] V1 [Version].

353. John EM, Miron A, Gong G, et al. Prevalence of Pathogenic BRCA1 Mutation Carriers in 5 US Racial/Ethnic Groups. JAMA: The Journal of the American Medical Association. 2007;298(24):2869-2876.

354. Anonymous. Prevalence and penetrance of BRCA1 and BRCA2 mutations in a population-based series of breast cancer cases. Anglian Breast Cancer Study Group. Br J Cancer. 2000;83(10):1301-8. PMID: 11044354.

355. Chan LM, Westhoff CL. Tubal sterilization trends in the United States. Fertility and Sterility. 2010;94(1):1-6.

356. Whiteman MK, Cox S, Tepper NK, et al. Postpartum intrauterine device insertion and postpartum tubal sterilization in the United States. American Journal of Obstetrics and Gynecology. 2012;206(2):127.e1-127.e7.

357. Chasan-Taber L, Willett WC, Manson JE, et al. Prospective study of oral contraceptives and hypertension among women in the United States. Circulation. 1996;94(3):483-9. PMID: 8759093.

358. Lipetz C, Phillips CJ, Fleming CF. The cost-effectiveness of a long-acting reversible contraceptive (Implanon) relative to oral contraception in a community setting. Contraception. 2009;79(4):304-9. PMID: 19272500.

359. Trussell J, Lalla AM, Doan QV, et al. Cost effectiveness of contraceptives in the United States. Contraception. 2009;79(1):5-14.

360. Anderson K, Jacobson JS, Heitjan DF, et al. Cost-Effectiveness of Preventive Strategies for Women with a BRCA1 or a BRCA2 Mutation. Annals of Internal Medicine. 2006;144(6):397-406.

361. Grann V, Patel P, Jacobson J, et al. Comparative effectiveness of screening and prevention strategies among BRCA1/2-affected mutation carriers. Breast Cancer Research and Treatment. 2011;125(3):837-847.

362. Moreau C, Bouyer J, Bajos N, et al. Frequency of discontinuation of contraceptive use: results from a French population-based cohort. Hum Reprod. 2009;24(6):1387-92. PMID: 19252195.

363. Huber LR, Hogue CJ, Stein AD, et al. Contraceptive use and discontinuation: findings from the contraceptive history, initiation, and choice study. Am J Obstet Gynecol. 2006;194(5):1290-5. PMID: 16647912.

364. Moreau C, Cleland K, Trussell J. Contraceptive discontinuation attributed to method dissatisfaction in the United States. Contraception. 2007;76(4):267-72. PMID: 17900435.

365. Westhoff CL, Heartwell S, Edwards S, et al. Oral contraceptive discontinuation: do side effects matter? Am J Obstet Gynecol. 2007;196(4):412 e1-6; discussion 412 e6-7. PMID: 17403440.

00803576

Exhibit 163

JA-0003118

366. Vaughan B, Trussell J, Kost K, et al. Discontinuation and resumption of contraceptive use: results from the 2002 National Survey of Family Growth. Contraception. 2008;78(4):271-83. PMID: 18847574.

367. Li H, Thomas DB. Tubal ligation and risk of cervical cancer. The World Health Organiztion Collaborative Study of Neoplasia and Steroid Contraceptives. Contraception. 2000;61(5):323-8. PMID: 10906503.

368. Green A, Purdie D, Bain C, et al. Tubal sterilisation, hysterectomy and decreased risk of ovarian cancer. Survey of Women's Health Study Group. Int J Cancer. 1997;71(6):948-51. PMID: 9185694.

369. Settnes A, Lange AP, Jorgensen T. Gynaecological correlates of hysterectomy in Danish women. Int J Epidemiol. 1997;26(2):364-70. PMID: 9169172.

370. Ong S, Codd MB, Coughlan M, et al. Prevalence of hysterectomy in Ireland. Int J Gynaecol Obstet. 2000;69(3):243-7. PMID: 10854866.

371. Briggs A, Sculpher M, Claxton K. Chapter 6: Decision-making, uncertainty and the value-of-information. Decision Modelling for Health Economic Evaluation Oxford: Oxford University Press; 2006.

372. Fenwick E, Claxton K, Sculpher M. Representing uncertainty: the role of cost-effectiveness acceptability curves. Health Econ. 2001;10(8):779-87. PMID: 11747057.

373. Lynd LD, O'Brien BJ. Advances in risk-benefit evaluation using probabilistic simulation methods: an application to the prophylaxis of deep vein thrombosis. Journal of Clinical Epidemiology. 2004;57(8):795-803.

374. Guyatt GH, Oxman AD, Kunz R, et al. Going from evidence to recommendations. BMJ. 2008;336(7652):1049-51. PMID: 18467413.

375. Harris RP, Helfand M, Woolf SH, et al. Current methods of the US Preventive Services Task Force: a review of the process. Am J Prev Med. 2001;20(3 Suppl):21-35. PMID: 11306229.

376. Wright JC, Weinstein MC. Gains in life expectancy from medical interventions--standardizing data on outcomes. N Engl J Med. 1998;339(6):380-6. PMID: 9691106.

377. Col NF, Eckman MH, Karas RH, et al. Patient-specific decisions about hormone replacement therapy in postmenopausal women. JAMA. 1997;277(14):1140-7. PMID: 9087469.

378. Grady D, Rubin SM, Petitti DB, et al. Hormone therapy to prevent disease and prolong life in postmenopausal women. Ann Intern Med. 1992;117(12):1016-37. PMID: 1443971.

379. Rossouw JE, Anderson GL, Prentice RL, et al. Risks and benefits of estrogen plus progestin in healthy postmenopausal women: principal results From the Women's Health Initiative randomized controlled trial. JAMA. 2002;288(3):321-33. PMID: 12117397.

380. Winner B, Peipert JF, Zhao Q, et al. Effectiveness of long-acting reversible contraception. N Engl J Med. 2012;366(21):1998-2007. PMID: 22621627.

381. Claxton KP, Sculpher MJ. Using value of information analysis to prioritise health research: some lessons from recent UK experience. Pharmacoeconomics. 2006;24(11):1055-68. PMID: 17067191.

382. McKenna C, Claxton K. Addressing adoption and research design decisions simultaneously: the role of value of sample information analysis. Med Decis Making. 2011;31(6):853-65. PMID: 21393558.

383. Griffin S, Welton NJ, Claxton K. Exploring the research decision space: the expected value of information for sequential research designs. Med Decis Making. 2010;30(2):155-62. PMID: 20040743.

384. Menashe I, Anderson WF, Jatoi I, et al. Underlying causes of the black-white racial disparity in breast cancer mortality: a population-based analysis. J Natl Cancer Inst. 2009;101(14):993-1000. PMID: 19584327.

00803577

Exhibit 163

JA-0003119

385.    Chu KC, Miller BA, Feuer EJ, et al. A method for partitioning cancer mortality trends by factors associated with diagnosis: an application to female breast cancer. J Clin Epidemiol. 1994;47(12):1451-61. PMID: 7730854.

386.    Bridges JF, Hauber AB, Marshall D, et al. Conjoint analysis applications in health--a checklist: a report of the ISPOR Good Research Practices for Conjoint Analysis Task Force. Value Health. 2011;14(4):403-13. PMID: 21669364.

387.    Philips Z, Bojke L, Sculpher M, et al. Good practice guidelines for decision-analytic modelling in health technology assessment: a review and consolidation of quality assessment. Pharmacoeconomics. 2006;24(4):355-71. PMID: 16605282..

320

00803578

Exhibit 163

JA-0003120

# Abbreviations

| | |
|---|---|
| AHRQ | Agency for Healthcare Research and Quality |
| BMI | body mass index |
| BRCA | breast cancer genetic mutation |
| BSO | bilateral salpingo-oophorectomy |
| BTL | bilateral tubal ligation |
| CDC | Centers for Disease Control and Prevention |
| CI | confidence interval |
| DMV | Department of Motor Vehicles |
| DVT | deep venous thrombosis |
| ER | estrogen receptor |
| FIGO | International Federation of Gynecology and Obstetrics |
| GCT | granulosa cell tumor |
| HPV | human papilloma virus |
| HR | hazard ratio |
| HRT | hormone replacement therapy |
| IRR | incidence rate ratio |
| IUD | intrauterine device |
| KQ | Key Question |
| MI | myocardial infarction |
| mo | month/months |
| NA | not applicable |
| NCHS | National Center for Health Statistics |
| NHB | net health benefits |
| NIS | Nationwide Inpatient Sample |
| NMB | net monetary benefits |
| NNH | number needed to harm |
| NNP | number needed to prevent |
| NR | not reported |
| NS | nonsignificant |
| NSFG | National Survey of Family Growth |
| NZ | New Zealand |
| OC | oral contraceptive |
| OR | odds ratio |
| PE | pulmonary embolism |
| PICOTS | population, interventions, comparators, outcomes, timing, settings |
| PR | progesterone receptor |
| QALY | quality-adjusted life year |
| RR | risk ratio |
| SEER | Surveillance, Epidemiology, and End Results registry |
| SOE | strength of evidence |
| TEP | Technical Expert Panel |
| UK | United Kingdom |
| VTE | venous thromboembolism |

00803579

Exhibit 163

JA-0003121

| | |
|---|---|
| WHO | World Health Organization |
| WTP | willingness to pay |
| yr | year/years |

00803580

Exhibit 163

JA-0003122

# Appendix A. Exact Search Strings

## PubMed® search strategy (June 29, 2012)

(((("contraceptive agents, female"[MeSH Terms] OR ("contraceptive"[All Fields] AND "agents"[All Fields] AND "female"[All Fields]) OR "female contraceptive agents"[All Fields] OR ("female"[All Fields] AND "contraceptive"[All Fields] AND "agents"[All Fields]) OR "contraceptive agents, female"[Pharmacological Action]) OR ("contraceptives, oral"[MeSH Terms] OR ("contraceptives"[All Fields] AND "oral"[All Fields]) OR "oral contraceptives"[All Fields] OR ("oral"[All Fields] AND "contraceptives"[All Fields]) OR "contraceptives, oral"[Pharmacological Action])) AND (("ovarian neoplasms"[MeSH Terms] OR ("ovarian"[All Fields] AND "neoplasms"[All Fields]) OR "ovarian neoplasms"[All Fields] OR ("ovarian"[All Fields] AND "cancer"[All Fields]) OR "ovarian cancer"[All Fields]) OR ("granulosa cell tumour"[All Fields] OR "granulosa cell tumor"[MeSH Terms] OR ("granulosa"[All Fields] AND "cell"[All Fields] AND "tumor"[All Fields]) OR "granulosa cell tumor"[All Fields] OR ("luteoma"[MeSH Terms] OR "luteoma"[All Fields]) OR ("meigs syndrome"[MeSH Terms] OR ("meigs"[All Fields] AND "syndrome"[All Fields]) OR "meigs syndrome"[All Fields]) OR ("sertoli leydig cell tumour"[All Fields] OR "sertoli-leydig cell tumor"[MeSH Terms] OR ("sertoli-leydig"[All Fields] AND "cell"[All Fields] AND "tumor"[All Fields]) OR "sertoli-leydig cell tumor"[All Fields] OR ("sertoli"[All Fields] AND "leydig"[All Fields] AND "cell"[All Fields] AND "tumor"[All Fields]) OR "sertoli leydig cell tumor"[All Fields] OR "Sertoli-Leydig Cell Tumor"[MeSH Terms] OR ("Sertoli-Leydig"[All Fields] AND "Cell"[All Fields] AND "Tumor"[All Fields]) OR "Sertoli-Leydig Cell Tumor"[All Fields] OR ("sertoli"[All Fields] AND "leydig"[All Fields] AND "cell"[All Fields] AND "tumor"[All Fields]) OR "sertoli leydig cell tumor"[All Fields] OR "Sertoli Leydig Cell Tumor"[MeSH Terms] OR ("Sertoli"[All Fields] AND "Leydig"[All Fields] AND "Cell"[All Fields] AND "Tumor"[All Fields]) OR "Sertoli Leydig Cell Tumor"[All Fields] OR ("sertoli"[All Fields] AND "leydig"[All Fields] AND "cell"[All Fields] AND "tumor"[All Fields])) OR ("thecoma"[MeSH Terms] OR "thecoma"[All Fields]) OR "ovarian cysts"[MeSH Terms:noexp] OR ("pregnancy"[MeSH Terms] OR "pregnancy"[All Fields]) OR ("venous thrombosis"[MeSH Terms] OR ("venous"[All Fields] AND "thrombosis"[All Fields]) OR "venous thrombosis"[All Fields] OR ("deep"[All Fields] AND "vein"[All Fields] AND "thrombosis"[All Fields]) OR "deep vein thrombosis"[All Fields] OR DVT[All Fields]) OR ("budd-chiari syndrome"[MeSH Terms] OR ("budd-chiari"[All Fields] AND "syndrome"[All Fields]) OR "budd-chiari syndrome"[All Fields] OR ("budd"[All Fields] AND "chiari"[All Fields] AND "syndrome"[All Fields]) OR "budd chiari syndrome"[All Fields]) OR ("retinal vein occlusion"[MeSH Terms] OR ("retinal"[All Fields] AND "vein"[All Fields] AND "occlusion"[All Fields]) OR "retinal vein occlusion"[All Fields]) OR ("thrombophlebitis"[MeSH Terms] OR "thrombophlebitis"[All Fields]) OR ("venous thromboembolism"[MeSH Terms] OR ("venous"[All Fields] AND "thromboembolism"[All Fields]) OR "venous thromboembolism"[All Fields]) OR (("veins"[MeSH Terms] OR "veins"[All Fields] OR "venous"[All Fields]) AND ("thromboembolism"[MeSH Terms] OR "thromboembolism"[All Fields] OR ("thromboembolic"[All Fields] AND "event"[All Fields]) OR "thromboembolic event"[All Fields]) OR VTE[All Fields] OR ("cerebrovascular disorders"[MeSH Terms] OR ("cerebrovascular"[All Fields] AND "disorders"[All Fields]) OR "cerebrovascular disorders"[All Fields]) OR ("stroke"[MeSH Terms] OR "stroke"[All Fields]) OR ((("brain"[MeSH Terms] OR "brain"[All Fields]) OR ("cerebrum"[MeSH Terms] OR "cerebrum"[All Fields] OR "cerebral"[All Fields] OR "brain"[MeSH Terms] OR "brain"[All Fields])) AND ("infarction"[MeSH Terms] OR "infarction"[All Fields])) OR ("ischaemia"[All Fields] OR "ischemia"[MeSH Terms] OR "ischemia"[All Fields]) OR ("embolism"[MeSH Terms] OR "embolism"[All Fields]) OR ("thrombosis"[MeSH Terms] OR "thrombosis"[All Fields]))) OR ("meningioma"[MeSH Terms] OR "meningioma"[All Fields]) OR ("melanoma"[MeSH Terms] OR "melanoma"[All Fields]) OR ("breast neoplasms"[MeSH Terms] OR ("breast"[All Fields] AND "neoplasms"[All Fields]) OR "breast neoplasms"[All Fields] OR ("breast"[All Fields] AND "cancer"[All Fields]) OR "breast cancer"[All Fields]) OR ("uterine neoplasms"[MeSH Terms] OR ("uterine"[All Fields] AND "neoplasms"[All Fields]) OR "uterine neoplasms"[All Fields]) OR ("uterine cervical neoplasms"[MeSH Terms] OR ("uterine"[All Fields] AND "cervical"[All Fields] AND "neoplasms"[All Fields]) OR "uterine cervical neoplasms"[All Fields] OR ("cervical"[All Fields] AND "cancer"[All Fields]) OR "cervical cancer"[All Fields]) OR ("endometrial neoplasms"[MeSH Terms] OR ("endometrial"[All Fields] AND "neoplasms"[All Fields]) OR "endometrial neoplasms"[All Fields] OR ("endometrial"[All Fields] AND "cancer"[All Fields])

00803581

Exhibit 163

OR "endometrial cancer"[All Fields]) OR ("endometriosis"[MeSH Terms] OR "endometriosis"[All Fields]) OR ("endometrial hyperplasia"[MeSH Terms] OR ("endometrial"[All Fields] AND "hyperplasia"[All Fields]) OR "endometrial hyperplasia"[All Fields]) OR ("metrorrhagia"[MeSH Terms] OR "metrorrhagia"[All Fields] OR ("dysfunctional"[All Fields] AND "uterine"[All Fields] AND "bleeding"[All Fields]) OR "dysfunctional uterine bleeding"[All Fields]) OR ("metrorrhagia"[MeSH Terms] OR "metrorrhagia"[All Fields]) OR ("menorrhagia"[MeSH Terms] OR "menorrhagia"[All Fields]) OR ("hypermenorrhoea"[All Fields] OR "menorrhagia"[MeSH Terms] OR "menorrhagia"[All Fields] OR "hypermenorrhea"[All Fields]) OR ("menstruation disturbances"[MeSH Terms] OR ("menstruation"[All Fields] AND "disturbances"[All Fields]) OR "menstruation disturbances"[All Fields]) OR ("amenorrhoea"[All Fields] OR "amenorrhea"[MeSH Terms] OR "amenorrhea"[All Fields]) OR ("dysmenorrhoea"[All Fields] OR "dysmenorrhea"[MeSH Terms] OR "dysmenorrhea"[All Fields]) OR "painful menstruation"[All Fields] OR "menstrual pain"[All Fields] OR ("oligomenorrhoea"[All Fields] OR "oligomenorrhea"[All Fields] OR "oligomenorrhea"[All Fields]) OR ("premenstrual syndrome"[MeSH Terms] OR ("premenstrual"[All Fields] AND "syndrome"[All Fields]) OR "premenstrual syndrome"[All Fields]) OR PMS[All Fields] OR "premenstrual dysphoric disorder"[All Fields] OR PMDD[All Fields]) OR ("uterine haemorrhage"[All Fields] OR "uterine hemorrhage"[MeSH Terms] OR ("uterine"[All Fields] AND "hemorrhage"[All Fields]) OR "uterine hemorrhage"[All Fields]) OR "uterine bleeding"[All Fields]) OR ("acne vulgaris"[MeSH Terms] OR ("acne"[All Fields] AND "vulgaris"[All Fields]) OR "acne vulgaris"[All Fields] OR "acne"[All Fields]) OR ("colorectal neoplasms"[MeSH Terms] OR ("colorectal"[All Fields] AND "neoplasms"[All Fields]) OR "colorectal neoplasms"[All Fields]) OR ("colorectal"[All Fields] AND "cancer"[All Fields]) OR "colorectal cancer"[All Fields]) OR ("colonic neoplasms"[MeSH Terms] OR ("colonic"[All Fields] AND "neoplasms"[All Fields]) OR "colonic neoplasms"[All Fields]) OR ("colon"[All Fields] AND "cancer"[All Fields]) OR "colon cancer"[All Fields]) OR ("rectal neoplasms"[MeSH Terms] OR ("rectal"[All Fields] AND "neoplasms"[All Fields]) OR "rectal neoplasms"[All Fields]) OR ("rectal"[All Fields] AND "cancer"[All Fields]) OR "rectal cancer"[All Fields]) OR ("anus neoplasms"[MeSH Terms] OR ("anus"[All Fields] AND "neoplasms"[All Fields]) OR "anus neoplasms"[All Fields]) OR ("anus"[All Fields] AND "cancer"[All Fields]) OR "anus cancer"[All Fields]) OR ("myocardial infarction"[MeSH Terms] OR ("myocardial"[All Fields] AND "infarction"[All Fields]) OR "myocardial infarction"[All Fields] OR ("heart"[All Fields] AND "attack"[All Fields]) OR "heart attack"[All Fields]) OR ("myocardial infarction"[MeSH Terms] OR ("myocardial"[All Fields] AND "infarction"[All Fields]) OR "myocardial infarction"[All Fields]) OR ("liver neoplasms"[MeSH Terms] OR ("liver"[All Fields] AND "neoplasms"[All Fields]) OR "liver neoplasms"[All Fields]) OR ("liver"[All Fields] AND "cancer"[All Fields]) OR "liver cancer"[All Fields]) OR ("mortality"[Subheading] OR "mortality"[All Fields] OR "mortality"[MeSH Terms]) OR ("mortality"[Subheading] OR "mortality"[All Fields] OR "death"[All Fields] AND "rate"[All Fields]) OR "death rate"[All Fields] OR "mortality"[MeSH Terms] OR ("death"[All Fields] AND "rate"[All Fields]) OR "death rate"[All Fields]) OR ("survival rate"[MeSH Terms] OR ("survival"[All Fields] AND "rate"[All Fields]) OR "survival rate"[All Fields]) OR ("survival analysis"[MeSH Terms] OR ("survival"[All Fields] AND "analysis"[All Fields]) OR "survival analysis"[All Fields]) OR ("fatal outcome"[MeSH Terms] OR ("fatal"[All Fields] AND "outcome"[All Fields]) OR "fatal outcome"[All Fields]) OR ("life expectancy"[MeSH Terms] OR ("life"[All Fields] AND "expectancy"[All Fields]) OR "life expectancy"[All Fields])) AND (randomized controlled trial[pt] OR controlled clinical trial[pt] OR randomized[tiab] OR placebo[tiab] OR "clinical trials as topic"[MeSH Terms:noexp] OR randomly[tiab] OR trial[ti] OR ("cohort studies"[MeSH Terms] OR ("cohort"[All Fields] AND "studies"[All Fields]) OR "cohort studies"[All Fields] OR ("cohort"[All Fields] AND "study"[All Fields]) OR "cohort study"[All Fields]) OR cohort[All Fields] OR longitudinal[All Fields] OR "follow up"[All Fields] OR "prospective"[All Fields] OR ("case-control studies"[MeSH Terms] OR ("case-control"[All Fields] AND "studies"[All Fields]) OR "case-control studies"[All Fields] OR ("case"[All Fields] AND "control"[All Fields] AND "study"[All Fields]) OR "case control study"[All Fields] OR ("case-control studies"[MeSH Terms] OR ("case-control"[All Fields] AND "studies"[All Fields]) OR "case-control studies"[All Fields] OR ("case"[All Fields] AND "control"[All Fields] AND "studies"[All Fields]) OR "case control studies"[All Fields]) OR systematic[sb])) NOT (Editorial[ptyp] OR Letter[ptyp] OR Case Reports[ptyp])) NOT ("animals"[MeSH Terms] NOT "humans"[MeSH Terms]) AND (English[lang] AND ("1990"[PDAT] : "3000"[PDAT]))

A-2

00803582

Exhibit 163                                                                                              JA-0003124

# Embase® search strategy (June 29, 2012)

Platform: Embase.com

[embase]/lim NOT [medline]/lim AND ('oral contraceptive agent'/exp OR 'oral contraceptives') AND ('ovary tumor'/exp OR 'ovarian cancer':ti OR 'ovarian cancer':ab OR 'granulosa cell tumor':ti OR 'granulosa cell tumor':ab OR dysgerminoma:ti OR dysgerminoma:ab OR 'meigs syndrome':ti OR 'meigs syndrome':ab OR luteoma:ti OR luteoma:ab OR 'androblastoma'/exp OR 'sertoli-leydig cell tumor':ti OR 'sertoli-leydig cell tumor':ab OR thecoma:ti OR thecoma:ab OR 'ovary cyst'/de OR 'ovarian cyst':ti OR 'ovarian cyst':ab OR 'pregnancy'/exp OR pregnancy:ti OR pregnancy:ab OR 'vein thrombosis'/exp OR 'venous thrombosis':ti OR 'venous thrombosis':ab OR 'deep vein thrombosis':ti OR 'deep vein thrombosis':ab OR dvt:ti OR dvt:ab OR 'budd chiari syndrome'/exp OR 'budd chiari syndrome':ti OR 'budd chiari syndrome':ab OR 'vein occlusion'/exp OR 'retinal vein occlusion':ti OR 'retinal vein occlusion':ab OR thrombophlebitis:ti OR thrombophelbitis:ab OR 'venous thromboembolism'/exp OR 'venous thromboembolism':ti OR 'venous thromboembolism':ab OR 'venous thromboembolic event':ti OR 'venous thromboembolic event':ab OR vte:ti OR vte:ab OR 'cerebrovascular disease'/exp OR stroke:ti OR stroke:ab OR (brain:ti OR brain:ab OR cerebral:ti OR cerebral:ab AND (infarction:ti OR infarction:ab OR ischemia:ti OR ischemia:ab OR embolism:ti OR embolism:ab OR thrombosis:ti OR thrombosis:ab OR hemorrhage:ti OR hemorrhage:ab OR hematoma:ti OR hematoma:ab)) OR 'meningioma'/exp OR meningioma:ti OR meningioma:ab OR 'melanoma'/exp OR melanoma:ti OR melanoma:ab OR 'breast cancer'/exp OR 'breast cancer':ti OR 'breast cancer':ab OR 'uterus cancer'/exp OR 'uterine cancer':ti OR 'uterine cancer':ab OR 'uterine cervix cancer'/exp OR 'cervical cancer':ti OR 'cervical cancer':ab OR 'endometrium cancer'/exp OR 'endometrial cancer':ti OR 'endometrial cancer':ab OR 'endometriosis'/exp OR endometriosis:ti OR endometriosis:ab OR 'endometrium hyperplasia'/exp OR 'endometrial hyperplasia':ti OR 'endometrial hyperplasia':ab OR menorrhagia:ti OR menorrhagia:ab OR metrorrhagia:ti OR metrorrhagia:ab OR hypermenorrhea:ti OR hypermenorrhea:ab OR 'dysfunctional uterine bleeding':ti OR 'dysfunctional uterine bleeding':ab OR 'menstruation disorder'/exp OR amenorrhea:ti OR amenorrhea:ab OR oligomenorrhea:ti OR oligomenorrhea:ab OR dysmenorrhea:ti OR dysmenorrhea:ab OR 'premenstrual dysphoric disorder':ti OR 'premenstrual dysphoric disorder':ab OR pmdd:ti OR pmdd:ab OR 'premenstrual syndrome':ti OR 'premenstrual syndrome':ab OR pms:ti OR pms:ab OR 'painful menstruation':ti OR 'painful menstruation':ab OR 'menstrual pain':ti OR 'menstrual pain':ab OR 'uterus bleeding'/exp OR 'uterine hemorrhage':ti OR 'uterine hemorrhage':ab OR 'uterine bleeding':ti OR 'uterine bleeding':ab OR 'acne'/exp OR acne:ti OR acne:ab OR 'colon cancer'/exp OR 'colon cancer':ti OR 'colon cancer':ab OR 'colorectal cancer'/exp OR 'colorectal cancer':ti OR 'colorectal cancer':ab OR 'rectum cancer'/exp OR 'rectal cancer':ti OR 'rectal cancer':ab OR 'anus cancer'/exp OR 'anus cancer':ti OR 'anus cancer':ab OR 'anal cancer':ti OR 'anal cancer':ab OR 'heart infarction'/exp OR 'heart attack':ti OR 'heart attack':ab OR 'myocardial infarction':ti OR 'myocardial infarction':ab OR 'liver cancer'/exp OR 'liver cancer':ti OR 'liver cancer':ab OR 'mortality'/exp OR mortality:ti OR mortality:ab OR 'death rate':ti OR 'death rate':ab OR 'survival'/exp OR survival:ti OR survival:ab OR 'fatality'/exp OR fatality:ti OR fatality:ab OR 'life expectancy':ti OR 'life expectancy':ab OR 'life expectancy'/exp) AND ('controlled study'/exp OR 'randomized controlled trial':ti OR 'randomized controlled trial':ab OR randomized:ti OR randomized:ab OR placebo:ti OR placebo:ab OR randomly:ti OR randomly:ab OR trial:ti OR 'cohort analysis'/exp OR 'controlled clinical trial'/exp OR 'case control study'/exp OR 'intervention study'/exp OR 'longitudinal study'/exp OR 'prospective study'/exp OR 'cohort study'/exp OR 'cohort study':ti OR 'cohort study':ab OR longitudinal:ti OR longitudinal:ab OR 'follow up':ti OR 'follow up':ab OR prospective:ti OR prospective:ab OR 'case control':ti OR 'case control':ab OR 'systematic review'/exp OR 'meta analysis'/exp) NOT 'case report'/exp AND [humans]/lim AND [english]/lim AND [1990-2011]/py

# Cochrane search strategy (June 29, 2012)

Platform: Wiley

Database searched: Cochrane Database of Systematic Reviews

Oral contraceptives [in title-abstract-keywords]

A-3

00803583

Exhibit 163                                                                JA-0003125

# ClinicalTrials.gov search strategy (December 15, 2012)
Platform: www.clinicaltrials.gov

Search #1:
      Intervention: oral contraceptive
      Outcome Measures: ovarian cancer OR myocardial infarction OR MI OR
      thromboembolism OR VTE OR PE OR DVT OR pulmonary embolism OR stroke OR
      cervical cancer OR endometrial cancer OR breast cancer OR colorectal cancer
Search #2:
      General search terms (all fields): oral contraceptive AND ovarian cancer

A-4

00803584

Exhibit 163

# Appendix B. Data Abstraction Elements

**I. Study Characteristics**
- Other articles used in this abstraction
- Last Name of First Author
- Publication Year
- Study dates
  - Date enrollment started
  - Date follow-up ended
- Study site information
  - Single center, multicenter, or pooled analysis
  - If single center, city and state (U.S.) or city and country (outside U.S.)
  - If multicenter
    - Number of sites
    - Location/ geographic region(s) (Select all that apply)
      - U.S.
      - Canada
      - U.K.
      - Europe
      - S. America
      - Asia
      - Africa
      - Australia/New Zealand
      - Unclear/Not reported
      - Other (specify)
  - If pooled analysis, number of studies included
- Funding (Select all that apply)
  - Government
  - Private
  - Foundation
  - Industry
  - Unclear/Not reported
  - Other (specify)
- Indications for OCs (Select all that apply, assume contraception if not otherwise stated)
  - Contraception
  - Prevention of ovarian cancer
  - Other stated indication (specify)
- Outcomes Assessed (Select all that apply)
  - Ovarian cancer (Select all that apply)
    - Invasive
    - Borderline/Low Malignant Potential
    - Unclear/Not reported
  - Breast cancer
  - Colorectal cancer
  - Cervical cancer
  - Endometrial cancer
  - Other cancer (specify)

B-1

00803585

Exhibit 163

JA-0003127

- o Stroke (Select all that apply)
    - Hemorrhagic stroke
    - Thrombotic stroke
    - Unclear/Not reported
  - o Myocardial infarction
  - o Deep venous thrombosis
  - o Pulmonary embolism
- Study design
  - o Randomized controlled trial (RCT)
  - o Cohort
  - o Case-control
  - o Patient-level pooled analysis (Select design of component studies)
    - Case-control
    - Cohort
- Comments

## II. Cohort Study Details

- Total number of subjects (Enter total N for each category, NR for not reported, or NA for not applicable)
  - o Number reported as (Select one): Subjects/Person-years
  - o Record the following for both OCP exposed and OCP non-exposed groups:
    - Initially screened
    - Enrolled
    - Excluded for other specified reason
    - Lost to follow-up
    - N for analysis
    - Source of subjects reported (Yes/NR)
      - If yes, select source
        - o Hospital
        - o Population
        - o Other (specify)
- Subject Age Reported (Yes/NR)
  - o Record age in years for both OCP exposed and OCP non-exposed groups
    - Mean
    - Median
    - SD
    - Min. age
    - Max. age
    - 25% IQR
    - 75% IQR
    - Categorical reporting (specify)
    - Other (specify)
  - o p-value between groups
- Subject Race Reported (Yes/NR)
  - o Record the following for both OCP exposed and OCP non-exposed groups
    - American Indian or Alaska Native (N or %)
    - Asian (N or %)
    - Black or African American (N or %)
    - Hispanic (N or %)
    - Native Hawaiian or other Pacific Islander (N or %)

B-2

00803586

Exhibit 163

JA-0003128

- White (N or %)
- Multiracial (N or %)
  - p-values between groups
- Medical History
  - Record the following for both OCP exposed and OCP non-exposed groups
    - Age at menarche reported (Yes/NR)
      - Mean
      - SD
      - Min age
      - Max age
      - Median
      - 25% IQR
      - 75% IQR
      - Categorical reporting (specify)
      - Other (specify)
    - Gravidity reported (Yes/NR)
      - Mean
      - SD
      - Min age
      - Max age
      - Median
      - 25% IQR
      - 75% IQR
      - Categorical reporting (specify)
      - Other (specify)
    - Parity reported (Yes/NR)
      - Mean
      - SD
      - Min age
      - Max age
      - Median
      - 25% IQR
      - 75% IQR
      - Categorical reporting (specify)
      - Other (specify)
    - Menopausal status reported (Yes/NR)
      - Premenopausal (%)
      - Postmenopausal (%)
      - Perimenopausal (%)
      - Unknown
    - Breastfeeding reported (Yes/NR)
      - Yes (%)
      - No (%)
    - Hysterectomy reported (Yes/NR)
      - Yes
      - No
    - Oophorectomy reported (Yes/NR)
      - Yes

B-3

00803587

Exhibit 163

JA-0003129

- No
- Excluded
  - Family history of ovarian cancer reported (Yes/NR)
    - Yes
    - No
  - BrCA1 status reported (Yes/NR)
    - Positive
    - Negative
  - BrCA2 status reported (Yes/NR)
    - Positive
    - Negative
  - Other genetic risk factor reported (Yes/NR)
    - Family history of primary outcome
    - Factor V Leiden
    - Other thrombogenic genotype
    - Other genetic risk factor (specify)
  - p-values between groups
- Contraception data reported (Yes/NR)
  - Non-Oral Contraceptive Group(s)
    - Record N and % for the following:
      - Barrier method
      - IUD
      - Injectable/implantable hormones
      - Female sterilization
      - Male sterilization
  - Oral Contraceptives
    - For each OC type reported, record the following:
      - Estrogen formulation (Select one)
        - Estradiol valerate
        - Ethinyl estradiol
        - Mestranol
        - None
      - Estrogen Dose (Select one)
        - High
        - Low
        - Not applicable
      - Progestin formulation (Select one)
        - Desogestrel
        - Dienogest
        - Drospirenone
        - Ethynodiol diacetate
        - Levonorgestrel
        - Norethindrone
        - Norethindrone diacetate
        - Norgestimate
        - Norgestrel
      - Progestin Generation (Select one)
        - 1
        - 2

B-4

00803588

Exhibit 163

JA-0003130

- - o 3
  - o 4
  - o Unclear/Not Reported
  - Progestin Dose (Select one)
    - o High
    - o Low
    - o Not applicable
  - N and % of subjects using this type of OC
- Duration of OC use (record the following, if reported):
  - Minimum
  - Maximum
  - Mean
  - Median
  - SD
  - p-value
  - Categorical reporting (specify)
- Ages OCs used (record the following, if reported):
  - Minimum
  - Maximum
  - Mean
  - Median
  - SD
  - p-value
  - Categorical reporting (specify)
- Time since last OC use & assessment of outcome status (record the following, if reported):
  - Minimum
  - Maximum
  - Mean
  - Median
  - SD
  - p-value
  - Categorical reporting (specify)
- Pattern of OC use (record the following, if reported):
  - Number of episodes of use
  - Number of continuous months
  - Minimum
  - Maximum
  - Mean
  - Median
  - SD
  - p-value
  - Categorical reporting (specify)
- Number of months between OC uses (record the following, if reported):
  - Minimum
  - Maximum
  - Mean
  - Median

B-5

00803589

Exhibit 163

JA-0003131

- SD
- p-value
- Categorical reporting (specify)
- Comments

## III. Case-Control Study Details

- Total number of subjects (Enter total N for each category, NR for not reported, or NA for not applicable)
  - Number reported as (Select one): Subjects/Person-years
  - Record the following for both cases and controls:
    - Initially screened
    - Declined to participate
    - Excluded based on criteria
    - N for analysis
    - Source of subjects reported (Yes/NR)
      - If yes, select source
        - Hospital
        - Population
        - Other (specify)
- Subject Age Reported (Yes/NR)
  - Record age in years for both cases and controls
    - Mean
    - Median
    - SD
    - Min. age
    - Max. age
    - 25% IQR
    - 75% IQR
    - Categorical reporting (specify)
    - Other (specify)
  - p-value between groups
- Subject Race Reported (Yes/NR)
  - Record the following for both cases and controls
    - American Indian or Alaska Native (N or %)
    - Asian (N or %)
    - Black or African American (N or %)
    - Hispanic (N or %)
    - Native Hawaiian or other Pacific Islander (N or %)
    - White (N or %)
    - Multiracial (N or %)
  - p-values between groups
- Medical History
  - Record the following for both cases and controls
    - Age at menarche reported (Yes/NR)
      - Mean
      - SD
      - Min age
      - Max age
      - Median
      - 25% IQR

B-6

00803590

Exhibit 163

- 75% IQR
- Categorical reporting (specify)
- Other (specify)
- Gravidity reported (Yes/NR)
  - Mean
  - SD
  - Min age
  - Max age
  - Median
  - 25% IQR
  - 75% IQR
  - Categorical reporting (specify)
  - Other (specify)
- Parity reported (Yes/NR)
  - Mean
  - SD
  - Min age
  - Max age
  - Median
  - 25% IQR
  - 75% IQR
  - Categorical reporting (specify)
  - Other (specify)
- Menopausal status reported (Yes/NR)
  - Premenopausal (%)
  - Postmenopausal (%)
  - Perimenopausal (%)
  - Unknown
- Breastfeeding reported (Yes/NR)
  - Yes (%)
  - No (%)
- Hysterectomy reported (Yes/NR)
  - Yes
  - No
- Oophorectomy reported (Yes/NR)
  - Yes
  - No
  - Excluded
- Family history of ovarian cancer reported (Yes/NR)
  - Yes
  - No
- BrCA1 status reported (Yes/NR)
  - Positive
  - Negative
- BrCA2 status reported (Yes/NR)
  - Positive
  - Negative
- Other genetic risk factor reported (Yes/NR)

B-7

00803591

Exhibit 163                                                                    JA-0003133

- Family history of primary outcome
- Factor V Leiden
- Other thrombogenic genotype
- Other genetic risk factor (specify)
  - o p-values between groups
- Contraception data reported (Yes/NR)
  - o Record the following for both cases and controls:
    - Record N and % of subjects utilizing the following non-OC contraceptive methods:
      - Barrier method
      - IUD
      - Injectable/implantable hormones
      - Female sterilization
      - Male sterilization
    - Oral Contraceptives
      - For each OC type reported, record the following:
        - o Estrogen formulation (Select one)
          - Estradiol valerate
          - Ethinyl estradiol
          - Mestranol
          - None
        - o Estrogen Dose (Select one)
          - High
          - Low
          - Not applicable
        - o Progestin formulation (Select one)
          - Desogestrel
          - Dienogest
          - Drospirenone
          - Ethynodiol diacetate
          - Levonorgestrel
          - Norethindrone
          - Norethindrone diacetate
          - Norgestimate
          - Norgestrel
        - o Progestin Generation (Select one)
          - 1
          - 2
          - 3
          - 4
          - Unclear/Not Reported
        - o Progestin Dose (Select one)
          - High
          - Low
          - Not applicable
        - o N and % of subjects using this type of OC
    - Duration of OC use (record the following, if reported):
      - Minimum
      - Maximum
      - Mean

B-8

00803592

Exhibit 163

JA-0003134

- Median
- SD
- p-value
- Categorical reporting (specify)
- Ages OCs used (record the following, if reported):
  - Minimum
  - Maximum
  - Mean
  - Median
  - SD
  - p-value
  - Categorical reporting (specify)
- Time since last OC use & assessment of outcome status (record the following, if reported):
  - Minimum
  - Maximum
  - Mean
  - Median
  - SD
  - p-value
  - Categorical reporting (specify)
- Pattern of OC use (record the following, if reported):
  - Number of episodes of use
  - Number of continuous months
  - Minimum
  - Maximum
  - Mean
  - Median
  - SD
  - p-value
  - Categorical reporting (specify)
- Number of months between OC uses (record the following, if reported):
  - Minimum
  - Maximum
  - Mean
  - Median
  - SD
  - p-value
  - Categorical reporting (specify)
- Comments

## IV. Outcomes Reporting Form
- Select outcome being reported
  - Ovarian Cancer
  - Breast Cancer
  - Colorectal Cancer
  - Cervical Cancer
  - Endometrial Cancer

B-9

00803593

Exhibit 163

JA-0003135

- o Deep venous thrombosis
- o Pulmonary embolus
- o Stroke
- o Myocardial infarction
- o Is this data for disease incidence or disease-specific mortality?
  - ▪ Incidence
  - ▪ Disease-specific mortality
- o Is this data for a special population (Yes/No)
  - ▪ If yes, indicate the population
- o Is this data for a subgroup of the overall study population (Yes/No)
  - ▪ If yes, indicate the subgroup population
- For this outcome
  - o Enter N analyzed for cases or OC exposed group
  - o Enter N analyzed for controls or OC non-exposed group
  - o Record the following data for OC ever use
    - ▪ Crude OR and 95% CI
    - ▪ Adjusted OR and 95% CI
      - • Indicate adjustment factors:
        - o Age
        - o Race
        - o Parity
        - o Menopausal status
        - o BMI
        - o Family History
        - o Age at menarche
        - o Smoking
        - o Breastfeeding
        - o Other (specify)
  - o Data reported by OC duration (Yes/NR)
    - ▪ Does this data represent recency of use (Yes/No)
    - ▪ Record the following for all duration categories reported:
      - • Crude OR and 95% CI
      - • Adjusted OR and 95% CI
        - o Indicate adjustment factors:
          - ▪ Age
          - ▪ Race
          - ▪ Parity
          - ▪ Menopausal status
          - ▪ BMI
          - ▪ Family History
          - ▪ Age at menarche
          - ▪ Smoking
          - ▪ Breastfeeding
          - ▪ Other (specify)
  - o Data reported by age at first use (Yes/NR)
    - ▪ Record the following for all categories reported:
      - • Crude OR and 95% CI
      - • Adjusted OR and 95% CI
        - o Indicate adjustment factors:
          - ▪ Age

B-10

00803594

Exhibit 163

JA-0003136

- - Race
  - Parity
  - Menopausal status
  - BMI
  - Family History
  - Age at menarche
  - Smoking
  - Breastfeeding
  - Other (specify)
  - o Data reported by age at last use (Yes/NR)
    - Record the following for all categories reported:
      - Crude OR and 95% CI
      - Adjusted OR and 95% CI
        - o Indicate adjustment factors:
          - Age
          - Race
          - Parity
          - Menopausal status
          - BMI
          - Family History
          - Age at menarche
          - Smoking
          - Breastfeeding
          - Other (specify)
  - o Data reported by formulation (Yes/NR)
    - Record the following for all categories reported:
      - Crude OR and 95% CI
      - Adjusted OR and 95% CI
        - o Indicate adjustment factors:
          - Age
          - Race
          - Parity
          - Menopausal status
          - BMI
          - Family History
          - Age at menarche
          - Smoking
          - Breastfeeding
          - Other (specify)
  - o Subgroup/Stratified Analyses performed? (Yes/No)
  - o Stratification Variables
    - Age
    - Race
    - Parity
    - Menopausal status
    - BMI
    - Family history
    - Other (specify)
- Comments

B-11

00803595

Exhibit 163

## V. Cohort Studies Quality Assessment

- Selection Bias
  - Was there any attempt to balance the allocation between the groups? (Yes/No/Unclear)
  - Did the study apply inclusion/exclusion criteria uniformly to all comparison groups? (Yes/No/Unclear)
  - Is the selection of the comparison group appropriate? (Yes/No/Unclear)
  - Did the strategy for recruiting participants into the study differ across study groups? (Yes/No/Unclear)
  - Are baseline characteristics similar between groups? If not, did the analysis control for differences? (Yes/No/Unclear)
  - Does the design or analysis control account for important confounding and modifying variables? (Yes/No/Unclear)
- Performance Bias
  - Did researchers rule out any impact from a concurrent intervention or an unintended exposure that might bias results?
  - Did variation from the study protocol compromise the conclusions of the study?
- Attrition Bias
  - Is the length of follow-up different between the groups?
  - Was there a high rate of differential or overall attrition?
  - Is the analysis conducted on an intention-to-treat (ITT) basis?
- Detection Bias
  - Were the outcome assessors blinded to the intervention or exposure status of participants?
  - Are the inclusion/exclusion criteria measured using valid and reliable measures, implemented consistently across all study participants?
  - Are interventions/exposures assessed using valid and reliable measures, implemented consistently across all study participants?
  - Are primary outcomes assessed using valid and reliable measures, implemented consistently across all study participants?
  - Are confounding variables assessed using valid and reliable measures, implemented consistently across all study participants?
- Reporting Bias
  - Are the potential outcomes pre-specified by the researchers? Are all pre-specified outcomes reported?
- Record any additional comments relating to potential sources of bias or other study limitations.
- Summary Quality Rating
  - Good
  - Fair
  - Poor
  - If the study is rated as "Fair" or "Poor," provide rationale for decision.

## VI. Case-Control Studies Quality Assessment

- Selection Bias
  - Did the study apply inclusion/exclusion criteria uniformly to all comparison groups? (Yes/No/Unclear)
  - Is the selection of the comparison group appropriate? (Yes/No/Unclear)
  - Does the design or analysis control account for important confounding and modifying variables? (Yes/No/Unclear)
- Performance Bias

00803596

Exhibit 163

JA-0003138

- - o   Did researchers rule out any impact from a concurrent intervention or an unintended exposure that might bias results?
    - o   Did variation from the study protocol compromise the conclusions of the study?
  - Detection Bias
    - o   Were the outcome assessors blinded to the intervention or exposure status of participants?
    - o   Are the inclusion/exclusion criteria measured using valid and reliable measures, implemented consistently across all study participants?
    - o   Are interventions/exposures assessed using valid and reliable measures, implemented consistently across all study participants?
    - o   Are primary outcomes assessed using valid and reliable measures, implemented consistently across all study participants?
    - o   Are confounding variables assessed using valid and reliable measures, implemented consistently across all study participants?
  - Reporting Bias
    - o   Are the potential outcomes pre-specified by the researchers? Are all pre-specified outcomes reported?
  - Record any additional comments relating to potential sources of bias or other study limitations.
  - Summary Quality Rating
    - o   Good
    - o   Fair
    - o   Poor
    - o   If the study is rated as "Fair" or "Poor," provide rationale for decision.

## VII. Cohort Applicability Assessment
- Population (P)
  - o   Age at OC use
    - ▪   At least 25% of study population age 35 years or older
    - ▪   <25% of study population age 35 or older
  - o   Baseline risk for ovarian cancer
    - ▪   Risk factors described (e.g., family history)
    - ▪   Risk factors not described
- Intervention (I)
  - o   OC formulation
    - ▪   Currently available in U.S.
    - ▪   Not currently available in U.S.
    - ▪   NR
- Comparator (C)
  - o   Other contraceptive
    - ▪   Currently available in U.S.
    - ▪   Not currently available in U.S.
    - ▪   NR
- Setting (S)
  - o   Location
    - ▪   U.S.
    - ▪   Non-U.S.

## VIII. Case-Control Applicability Assessment
- Population (P)
  - o   Age at OC use
    - ▪   At least 25% of study population age 35 years or older

B-13

00803597

Exhibit 163

JA-0003139

- ▪ <25% of study population age 35 or older
  - o Baseline risk for ovarian cancer
    - ▪ Risk factors described (e.g., family history)
    - ▪ Risk factors not described
- Intervention (I)
  - o OC formulation
    - ▪ Currently available in U.S.
    - ▪ Not currently available in U.S.
    - ▪ NR
- Comparator (C)
  - o Other contraceptive
    - ▪ Currently available in U.S.
    - ▪ Not currently available in U.S.
    - ▪ NR
- Setting (S)
  - o Location
    - ▪ U.S.
    - ▪ Non-U.S.

00803598

Exhibit 163                                                                                          JA-0003140

# Appendix C. Included Studies

Althuis MD, Brogan DD, Coates RJ, et al. Breast cancers among very young premenopausal women (United States). Cancer Causes Control. 2003;14(2):151-60. PMID: 12749720.

Althuis MD, Brogan DR, Coates RJ, et al. Hormonal content and potency of oral contraceptives and breast cancer risk among young women. Br J Cancer. 2003;88(1):50-7. PMID: 12556959.

Andersen BS, Olsen J, Nielsen GL, et al. Third generation oral contraceptives and heritable thrombophilia as risk factors of non-fatal venous thromboembolism. Thromb Haemost. 1998;79(1):28-31. PMID: 9459317.

Anonymous. Acute myocardial infarction and combined oral contraceptives: results of an international multicentre case-control study. WHO Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Lancet. 1997;349(9060):1202-9. PMID: 9130941.

Anonymous. Cardiovascular disease and use of oral and injectable progestogen-only contraceptives and combined injectable contraceptives. Results of an international, multicenter, case-control study. World Health Organization Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Contraception. 1998;57(5):315-24. PMID: 9673838.

Anonymous. Effect of different progestagens in low oestrogen oral contraceptives on venous thromboembolic disease. World Health Organization Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Lancet. 1995;346(8990):1582-8. PMID: 7500749.

Anonymous. Haemorrhagic stroke, overall stroke risk, and combined oral contraceptives: results of an international, multicentre, case-control study. WHO Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Lancet. 1996;348(9026):505-10. PMID: 8757152.

Anonymous. Ischaemic stroke and combined oral contraceptives: results of an international, multicentre, case-control study. WHO Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Lancet. 1996;348(9026):498-505. PMID: 8757151.

Anonymous. Venous thromboembolic disease and combined oral contraceptives: results of international multicentre case-control study. World Health Organization Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Lancet. 1995;346(8990):1575-82. PMID: 7500748.

Antoniou AC, Rookus M, Andrieu N, et al. Reproductive and hormonal factors, and ovarian cancer risk for BRCA1 and BRCA2 mutation carriers: results from the International BRCA1/2 Carrier Cohort Study. Cancer Epidemiol Biomarkers Prev. 2009;18(2):601-10. PMID: 19190154.

Austin H, Lally C, Benson JM, et al. Hormonal contraception, sickle cell trait, and risk for venous thromboembolism among African American women. Am J Obstet Gynecol. 2009;200(6):620 e1-3. PMID: 19306959.

Badawy YA and Bayoumi DM. An epidemiologic study of ovarian cancer. Part 11: Oral contraceptive use and menstrual events. J Egypt Public Health Assoc. 1992;67(5-6):579-91. PMID: 1294683.

Barinagarrementeria F, Gonzalez-Duarte A, Miranda L, et al. Cerebral infarction in young women: analysis of 130 cases. Eur Neurol. 1998;40(4):228-33. PMID: 9813407.

Barnett GC, Shah M, Redman K, et al. Risk factors for the incidence of breast cancer: do they affect survival from the disease? J Clin Oncol. 2008;26(20):3310-6. PMID: 18612147.

Barsoum MK, Heit JA, Ashrani AA, et al. Is progestin an independent risk factor for incident venous thromboembolism? A population-based case-control study. Thromb Res. 2010;126(5):373-8. PMID: 20833412.

Beard CM, Hartmann LC, Atkinson EJ, et al. The epidemiology of ovarian cancer: a population-based study in Olmsted County, Minnesota, 1935-1991. Ann Epidemiol. 2000;10(1):14-23. PMID: 10658685.

Beral V, Doll R, Hermon C, et al. Ovarian cancer and oral contraceptives: collaborative reanalysis of data from 45 epidemiological studies including 23,257 women with ovarian cancer and 87,303 controls. Lancet. 2008;371(9609):303-14. PMID: 18294997.

Beral V, Hermon C, Kay C, et al. Mortality associated with oral contraceptive use: 25 year follow up of cohort of 46 000 women from Royal College of General Practitioners' oral contraception study. BMJ. 1999;318(7176):96-100. PMID: 9880284.

Bernholtz S, Laitman Y, Kaufman B, et al. Cancer risk in Jewish BRCA1 and BRCA2 mutation carriers:

00803599

Exhibit 163

JA-0003141

Effects of oral contraceptive use and parental origin of mutation. Breast Cancer Research and Treatment. 2011;129(2):557-563. PMID: 2011504819.

Bloemenkamp KW, Rosendaal FR, Buller HR, et al. Risk of venous thrombosis with use of current low-dose oral contraceptives is not explained by diagnostic suspicion and referral bias. Arch Intern Med. 1999;159(1):65-70. PMID: 9892332.

Bloemenkamp KW, Rosendaal FR, Helmerhorst FM, et al. Enhancement by factor V Leiden mutation of risk of deep-vein thrombosis associated with oral contraceptives containing a third-generation progestagen. Lancet. 1995;346(8990):1593-6. PMID: 7500751.

Bloemenkamp KW, Rosendaal FR, Helmerhorst FM, et al. Higher risk of venous thrombosis during early use of oral contraceptives in women with inherited clotting defects. Arch Intern Med. 2000;160(1):49-52. PMID: 10632304.

Bosetti C, Negri E, Trichopoulos D, et al. Long-term effects of oral contraceptives on ovarian cancer risk. Int J Cancer. 2002;102(3):262-5. PMID: 12397647.

Boyce EA, Costagini I, Vitonis A, et al. The epidemiology of ovarian granulosa cell tumors: a case-control study. Gynecol Oncol. 2009;115(2):221-5. PMID: 19664811.

Braem MG, Onland-Moret NC, van den Brandt PA, et al. Reproductive and hormonal factors in association with ovarian cancer in the Netherlands cohort study. Am J Epidemiol. 2010;172(10):1181-9. PMID: 20861144.

Brohet RM, Goldgar DE, Easton DF, et al. Oral contraceptives and breast cancer risk in the international BRCA1/2 carrier cohort study: a report from EMBRACE, GENEPSO, GEO-HEBON, and the IBCCS Collaborating Group. J Clin Oncol. 2007;25(25):3831-6. PMID: 17635951.

Campbell PT, Newcomb P, Gallinger S, et al. Exogenous hormones and colorectal cancer risk in Canada: associations stratified by clinically defined familial risk of cancer. Cancer Causes Control. 2007;18(7):723-33. PMID: 17549595.

Chang CL, Donaghy M and Poulter N. Migraine and stroke in young women: case-control study. The World Health Organisation Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. BMJ. 1999;318(7175):13-8. PMID: 9872876.

Chen Y, Wu PC, Lang JH, et al. Risk factors for epithelial ovarian cancer in Beijing, China. Int J Epidemiol. 1992;21(1):23-9. PMID: 1544753.

Chiaffarino F, Pelucchi C, Parazzini F, et al. Reproductive and hormonal factors and ovarian cancer. Ann Oncol. 2001;12(3):337-41. PMID: 11332145.

Colditz GA. Oral contraceptive use and mortality during 12 years of follow-up: the Nurses' Health Study. Ann Intern Med. 1994;120(10):821-6. PMID: 8154642.

Conard J, Plu-Bureau G, Bahi N, et al. Progestogen-only contraception in women at high risk of venous thromboembolism. Contraception. 2004;70(6):437-41. PMID: 15541404.

Dinger J, Assmann A, Mohner S, et al. Risk of venous thromboembolism and the use of dienogest- and drospirenone-containing oral contraceptives: results from a German case-control study. J Fam Plann Reprod Health Care. 2010;36(3):123-9. PMID: 20659364.

Dinger JC, Heinemann LA and Kuhl-Habich D. The safety of a drospirenone-containing oral contraceptive: final results from the European Active Surveillance Study on oral contraceptives based on 142,475 women-years of observation. Contraception. 2007;75(5):344-54. PMID: 17434015.

Dolle JM, Daling JR, White E, et al. Risk factors for triple-negative breast cancer in women under the age of 45 years. Cancer Epidemiol Biomarkers Prev. 2009;18(4):1157-66. PMID: 19336554.

Dorjgochoo T, Shu XO, Li HL, et al. Use of oral contraceptives, intrauterine devices and tubal sterilization and cancer risk in a large prospective study, from 1996 to 2006. Int J Cancer. 2009;124(10):2442-9. PMID: 19170208.

Dossus L, Allen N, Kaaks R, et al. Reproductive risk factors and endometrial cancer: the European Prospective Investigation into Cancer and Nutrition. Int J Cancer. 2010;127(2):442-51. PMID: 19924816.

Dumeaux V, Alsaker E and Lund E. Breast cancer and specific types of oral contraceptives: a large Norwegian cohort study. Int J Cancer. 2003;105(6):844-50. PMID: 12767072.

Dumeaux V, Fournier A, Lund E, et al. Previous oral contraceptive use and breast cancer risk according to hormone replacement therapy use among postmenopausal women. Cancer Causes Control. 2005;16(5):537-44. PMID: 15986108.

Dunn N, Thorogood M, Faragher B, et al. Oral contraceptives and myocardial infarction: results of the MICA case-control study. BMJ. 1999;318(7198):1579-83. PMID: 10364115.

00803600

Exhibit 163

JA-0003142

Dunn NR, Arscott A and Thorogood M. The relationship between use of oral contraceptives and myocardial infarction in young women with fatal outcome, compared to those who survive: results from the MICA case-control study. Contraception. 2001;63(2):65-9. PMID: 11292469.

Dunn NR, Faragher B, Thorogood M, et al. Risk of myocardial infarction in young female smokers. Heart. 1999;82(5):581-3. PMID: 10525513.

Faheem M, Khurram M, Jafri IA, et al. Risk factors for breast cancer in patients treated at NORI Hospital, Islamabad. J Pak Med Assoc. 2007;57(5):242-5. PMID: 17571480.

Farmer RD, Lawrenson RA, Thompson CR, et al. Population-based study of risk of venous thromboembolism associated with various oral contraceptives. Lancet. 1997;349(9045):83-8. PMID: 8996419.

Farmer RD, Lawrenson RA, Todd JC, et al. A comparison of the risks of venous thromboembolic disease in association with different combined oral contraceptives. Br J Clin Pharmacol. 2000;49(6):580-90. PMID: 10848722.

Farmer RDT and Preston TD. The risk of venous thromboembolism associated with low oestrogen oral contraceptives. Journal of Obstetrics &amp; Gynaecology. 1995;15(3):195-200.

Figueiredo JC, Bernstein L, Capanu M, et al. Oral contraceptives, postmenopausal hormones, and risk of asynchronous bilateral breast cancer: the WECARE Study Group. J Clin Oncol. 2008;26(9):1411-8. PMID: 18250348.

Figueiredo JC, Haile RW, Bernstein L, et al. Oral contraceptives and postmenopausal hormones and risk of contralateral breast cancer among BRCA1 and BRCA2 mutation carriers and noncarriers: the WECARE Study. Breast Cancer Res Treat. 2010;120(1):175-83. PMID: 19597986.

Folger SG, Marchbanks PA, McDonald JA, et al. Risk of breast cancer associated with short-term use of oral contraceptives. Cancer Causes Control. 2007;18(2):189-98. PMID: 17216547.

Fowke JH, Shu XO, Dai Q, et al. Oral contraceptive use and breast cancer risk: modification by NAD(P)H:quinone oxoreductase (NQO1) genetic polymorphisms. Cancer Epidemiol Biomarkers Prev. 2004;13(8):1308-15. PMID: 15298951.

Franceschi S, Parazzini F, Negri E, et al. Pooled analysis of 3 European case-control studies of epithelial ovarian cancer: III. Oral contraceptive use. Int J Cancer. 1991;49(1):61-5. PMID: 1874572.

Gallagher LG, Davis LB, Ray RM, et al. Reproductive history and mortality from cardiovascular disease among women textile workers in Shanghai, China. Int J Epidemiol. 2011;40(6):1510-8. PMID: 22158661.

Godard B, Foulkes WD, Provencher D, et al. Risk factors for familial and sporadic ovarian cancer among French Canadians: a case-control study. Am J Obstet Gynecol. 1998;179(2):403-10. PMID: 9731846.

Gomes AL, Guimaraes MD, Gomes CC, et al. Risk factors for breast cancer among pre- or post-menopausal women in Belo Horizonte, Brazil. Gynecol Obstet Invest. 2001;52(3):173-9. PMID: 11598359.

Goodman MT, Ferrell R, McDuffie K, et al. Calcitonin gene polymorphism CALCA-624 (T/C) and ovarian cancer. Environ Mol Mutagen. 2005;46(1):53-8. PMID: 15880427.

Goodman MT, Wu AH, Tung KH, et al. Association of galactose-1-phosphate uridyltransferase activity and N314D genotype with the risk of ovarian cancer. Am J Epidemiol. 2002;156(8):693-701. PMID: 12370157.

Grabrick DM, Hartmann LC, Cerhan JR, et al. Risk of breast cancer with oral contraceptive use in women with a family history of breast cancer. JAMA. 2000;284(14):1791-8. PMID: 11025831.

Grant DJ, Moorman PG, Akushevich L, et al. Primary peritoneal and ovarian cancers: An epidemiological comparative analysis. Cancer Causes and Control. 2010;21(7):991-998.

Green J, Berrington de Gonzalez A, Sweetland S, et al. Risk factors for adenocarcinoma and squamous cell carcinoma of the cervix in women aged 20-44 years: the UK National Case-Control Study of Cervical Cancer. Br J Cancer. 2003;89(11):2078-86. PMID: 14647141.

Greer JB, Modugno F, Allen GO, et al. Androgenic progestins in oral contraceptives and the risk of epithelial ovarian cancer. Obstet Gynecol. 2005;105(4):731-40. PMID: 15802398.

Greer JB, Modugno F, Allen GO, et al. Short-term oral contraceptive use and the risk of epithelial ovarian cancer. Am J Epidemiol. 2005;162(1):66-72. PMID: 15961588.

Greggi S, Parazzini F, Paratore MP, et al. Risk factors for ovarian cancer in central Italy. Gynecol Oncol. 2000;79(1):50-4. PMID: 11006030.

00803601

Exhibit 163

JA-0003143

Grodstein F, Stampfer MJ, Goldhaber SZ, et al. Prospective study of exogenous hormones and risk of pulmonary embolism in women. Lancet. 1996;348(9033):983-7. PMID: 8855854.

Gronich N, Lavi I and Rennert G. Higher risk of venous thrombosis associated with drospirenone-containing oral contraceptives: a population-based cohort study. CMAJ. 2011;183(18):E1319-25. PMID: 22065352.

Gronwald J, Byrski T, Huzarski T, et al. Influence of selected lifestyle factors on breast and ovarian cancer risk in BRCA1 mutation carriers from Poland. Breast Cancer Res Treat. 2006;95(2):105-9. PMID: 16261399.

Gross TP, Schlesselman JJ, Stadel BV, et al. The risk of epithelial ovarian cancer in short-term users of oral contraceptives. Am J Epidemiol. 1992;136(1):46-53. PMID: 1415131.

Gwinn ML, Lee NC, Rhodes PH, et al. Pregnancy, breast feeding, and oral contraceptives and the risk of epithelial ovarian cancer. J Clin Epidemiol. 1990;43(6):559-68. PMID: 2348208.

Haile RW, Thomas DC, McGuire V, et al. BRCA1 and BRCA2 mutation carriers, oral contraceptive use, and breast cancer before age 50. Cancer Epidemiol Biomarkers Prev. 2006;15(10):1863-70. PMID: 17021353.

Hammouda D, Munoz N, Herrero R, et al. Cervical carcinoma in Algiers, Algeria: human papillomavirus and lifestyle risk factors. Int J Cancer. 2005;113(3):483-9. PMID: 15455386.

Hankinson SE, Colditz GA, Hunter DJ, et al. A prospective study of reproductive factors and risk of epithelial ovarian cancer. Cancer. 1995;76(2):284-90. PMID: 8625104.

Hannaford P and Elliott A. Use of exogenous hormones by women and colorectal cancer: evidence from the Royal College of General Practitioners' Oral Contraception Study. Contraception. 2005;71(2):95-8. PMID: 15707557.

Hannaford PC and Kay CR. The risk of serious illness among oral contraceptive users: evidence from the RCGP's oral contraceptive study. Br J Gen Pract. 1998;48(435):1657-62. PMID: 10071398.

Hannaford PC, Iversen L, Macfarlane TV, et al. Mortality among contraceptive pill users: cohort evidence from Royal College of General Practitioners' Oral Contraception Study. BMJ. 2010;340:c927. PMID: 20223876.

Hannaford PC, Selvaraj S, Elliott AM, et al. Cancer risk among users of oral contraceptives: cohort data from the Royal College of General Practitioner's oral contraception study. BMJ. 2007;335(7621):651. PMID: 17855280.

Harlow BL, Cramer DW, Geller J, et al. The influence of lactose consumption on the association of oral contraceptive use and ovarian cancer risk. Am J Epidemiol. 1991;134(5):445-53. PMID: 1897499.

Harris R, Whittemore AS and Itnyre J. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case-control studies. III. Epithelial tumors of low malignant potential in white women. Collaborative Ovarian Cancer Group. Am J Epidemiol. 1992;136(10):1204-11. PMID: 1476142.

Hartge P, Whittemore AS, Itnyre J, et al. Rates and risks of ovarian cancer in subgroups of white women in the United States. The Collaborative Ovarian Cancer Group. Obstet Gynecol. 1994;84(5):760-4. PMID: 7936508.

Heimdal K, Skovlund E and Moller P. Oral contraceptives and risk of familial breast cancer. Cancer Detect Prev. 2002;26(1):23-7. PMID: 12088199.

Heinemann LA, Assmann A, DoMinh T, et al. Oral progestogen-only contraceptives and cardiovascular risk: results from the Transnational Study on Oral Contraceptives and the Health of Young Women. Eur J Contracept Reprod Health Care. 1999;4(2):67-73. PMID: 10427481.

Heinemann LA, Lewis MA, Spitzer WO, et al. Thromboembolic stroke in young women. A European case-control study on oral contraceptives. Transnational Research Group on Oral Contraceptives and the Health of Young Women. Contraception. 1998;57(1):29-37. PMID: 9554248.

Heinemann LA, Lewis MA, Thorogood M, et al. Case-control study of oral contraceptives and risk of thromboembolic stroke: results from International Study on Oral Contraceptives and Health of Young Women. BMJ. 1997;315(7121):1502-4. PMID: 9420491.

Heinemann LA, Dinger JC, Assmann A, et al. Use of oral contraceptives containing gestodene and risk of venous thromboembolism: outlook 10 years after the third-generation "pill scare." Contraception. 2010;81(5):401-7. PMID: 20399946.

Herings RM, Urquhart J, Leufkens HG. Venous thromboembolism among new users of different oral

00803602

Exhibit 163

JA-0003144

contraceptives. Lancet. 1999;354(9173):127-8. PMID: 10408492.

Herrinton LJ, Voigt LF, Weiss NS, et al. Risk factors for synchronous primary endometrial and ovarian cancers. Ann Epidemiol. 2001;11(8):529-33. PMID: 11709271.

Horn-Ross PL, Whittemore AS, Harris R, et al. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 U.S. case-control studies. VI. Nonepithelial cancers among adults. Collaborative Ovarian Cancer Group. Epidemiology. 1992;3(6):490-5. PMID: 1329996.

Huerta C, Johansson S, Wallander MA, et al. Risk factors and short-term mortality of venous thromboembolism diagnosed in the primary care setting in the United Kingdom. Arch Intern Med. 2007;167(9):935-43. PMID: 17502535.

Hunter DJ, Colditz GA, Hankinson SE, et al. Oral contraceptive use and breast cancer: a prospective study of young women. Cancer Epidemiol Biomarkers Prev. 2010;19(10):2496-502. PMID: 20802021.

Huusom LD, Frederiksen K, Hogdall EV, et al. Association of reproductive factors, oral contraceptive use and selected lifestyle factors with the risk of ovarian borderline tumors: a Danish case-control study. Cancer Causes Control. 2006;17(6):821-9. PMID: 16783610.

Jernstrom H, Loman N, Johannsson OT, et al. Impact of teenage oral contraceptive use in a population-based series of early-onset breast cancer cases who have undergone BRCA mutation testing. Eur J Cancer. 2005;41(15):2312-20. PMID: 16118051.

Jick H, Jick SS, Gurewich V, et al. Risk of idiopathic cardiovascular death and nonfatal venous thromboembolism in women using oral contraceptives with differing progestagen components. Lancet. 1995;346(8990):1589-93. PMID: 7500750.

Jick H, Kaye JA, Vasilakis-Scaramozza C, et al. Risk of venous thromboembolism among users of third generation oral contraceptives compared with users of oral contraceptives with levonorgestrel before and after 1995: cohort and case-control analysis. BMJ. 2000;321(7270):1190-5. PMID: 11073511.

Jick SS and Hernandez RK. Risk of non-fatal venous thromboembolism in women using oral contraceptives containing drospirenone compared with women using oral contraceptives containing levonorgestrel: case-control study using United States claims data. BMJ. 2011;342:d2151. PMID: 21511805.

Jick SS, Kaye JA, Russmann S, et al. Risk of nonfatal venous thromboembolism with oral contraceptives containing norgestimate or desogestrel compared with oral contraceptives containing levonorgestrel. Contraception. 2006;73(6):566-70. PMID: 16730485.

John EM, Whittemore AS, Harris R, et al. Characteristics relating to ovarian cancer risk: collaborative analysis of seven U.S. case-control studies. Epithelial ovarian cancer in black women. Collaborative Ovarian Cancer Group. J Natl Cancer Inst. 1993;85(2):142-7. PMID: 8418303.

Jordan SJ, Green AC, Whiteman DC, et al. Serous ovarian, fallopian tube and primary peritoneal cancers: a comparative epidemiological analysis. Int J Cancer. 2008;122(7):1598-603. PMID: 18058817.

Kabat GC, Miller AB and Rohan TE. Oral contraceptive use, hormone replacement therapy, reproductive history and risk of colorectal cancer in women. Int J Cancer. 2008;122(3):643-6. PMID: 17847020.

Kemmeren JM, Tanis BC, van den Bosch MA, et al. Risk of Arterial Thrombosis in Relation to Oral Contraceptives (RATIO) study: oral contraceptives and the risk of ischemic stroke. Stroke. 2002;33(5):1202-8. PMID: 11988591.

Kumle M, Weiderpass E, Braaten T, et al. Risk for invasive and borderline epithelial ovarian neoplasias following use of hormonal contraceptives: the Norwegian-Swedish Women's Lifestyle and Health Cohort Study. Br J Cancer. 2004;90(7):1386-91. PMID: 15054460.

Kumle M, Weiderpass E, Braaten T, et al. Use of oral contraceptives and breast cancer risk: The Norwegian-Swedish Women's Lifestyle and Health Cohort Study. Cancer Epidemiol Biomarkers Prev. 2002;11(11):1375-81. PMID: 12433714.

Le Gal G, Kovacs MJ, Carrier M, et al. Risk of recurrent venous thromboembolism after a first oestrogen-associated episode. Data from the REVERSE cohort study. Thromb Haemost. 2010;104(3):498-503. PMID: 20539910.

Lee E, Ma H, McKean-Cowdin R, et al. Effect of reproductive factors and oral contraceptives on breast cancer risk in BRCA1/2 mutation carriers and noncarriers: results from a population-based study. Cancer Epidemiol Biomarkers Prev. 2008;17(11):3170-8. PMID: 18990759.

Legnani C, Cini M, Cosmi B, et al. Risk of deep vein thrombosis: interaction between oral contraceptives

00803603

Exhibit 163                                                          JA-0003145

and high factor VIII levels. Haematologica. 2004;89(11):1347-51. PMID: 15531457.

Legnani C, Palareti G, Guazzaloca G, et al. Venous thromboembolism in young women; role of thrombophilic mutations and oral contraceptive use. Eur Heart J. 2002;23(12):984-90. PMID: 12069454.

Levi F, Pasche C, Lucchini F, et al. Oral contraceptives and colorectal cancer. Dig Liver Dis. 2003;35(2):85-7. PMID: 12747625.

Lewis MA, Heinemann LA, MacRae KD, et al. The increased risk of venous thromboembolism and the use of third generation progestagens: role of bias in observational research. The Transnational Research Group on Oral Contraceptives and the Health of Young Women. Contraception. 1996;54(1):5-13. PMID: 8804801.

Lewis MA, Heinemann LA, Spitzer WO, et al. The use of oral contraceptives and the occurrence of acute myocardial infarction in young women. Results from the Transnational Study on Oral Contraceptives and the Health of Young Women. Contraception. 1997;56(3):129-40. PMID: 9347202.

Lewis MA, MacRae KD, Kuhl-Habichl D, et al. The differential risk of oral contraceptives: the impact of full exposure history. Hum Reprod. 1999;14(6):1493-9. PMID: 10359554.

Lewis MA, Spitzer WO, Heinemann LA, et al. Third generation oral contraceptives and risk of myocardial infarction: an international case-control study. Transnational Research Group on Oral Contraceptives and the Health of Young Women. BMJ. 1996;312(7023):88-90. PMID: 8555936.

Lewis MA. The Transnational Study on Oral Contraceptives and the Health of Young Women. Methods, results, new analyses and the healthy user effect. Hum Reprod Update. 1999;5(6):707-20. PMID: 10652980.

Li Y, Chen F, Zhou L, et al. COC use, ACE/AGT gene polymorphisms, and risk of stroke. Pharmacogenet Genomics. 2010;20(5):298-306. PMID: 20300047.

Li Y, Zhou L, Coulter D, et al. Prospective cohort study of the association between use of low-dose oral contraceptives and stroke in Chinese women. Pharmacoepidemiol Drug Saf. 2006;15(10):726-34. PMID: 16761299.

Lidegaard O and Kreiner S. Cerebral thrombosis and oral contraceptives. A case-control study. Contraception. 1998;57(5):303-14. PMID: 9673837.

Lidegaard O and Kreiner S. Contraceptives and cerebral thrombosis: a five-year national case-control study. Contraception. 2002;65(3):197-205. PMID: 11929641.

Lidegaard O, Edstrom B and Kreiner S. Oral contraceptives and venous thromboembolism. A case-control study. Contraception. 1998;57(5):291-301. PMID: 9673836.

Lidegaard O, Edstrom B and Kreiner S. Oral contraceptives and venous thromboembolism: a five-year national case-control study. Contraception. 2002;65(3):187-96. PMID: 11929640.

Lidegaard O, Lokkegaard E, Jensen A, et al. Thrombotic stroke and myocardial infarction with hormonal contraception. N Engl J Med. 2012;366(24):2257-66. PMID: 22693997.

Lidegaard O, Lokkegaard E, Svendsen AL, et al. Hormonal contraception and risk of venous thromboembolism: national follow-up study. BMJ. 2009;339:b2890. PMID: 19679613.

Lidegaard O, Nielsen LH, Skovlund CW, et al. Risk of venous thromboembolism from use of oral contraceptives containing different progestogens and oestrogen doses: Danish cohort study, 2001-9. BMJ. 2011;343:d6423. PMID: 22027398.

Lidegaard O. Oral contraceptives, pregnancy and the risk of cerebral thromboembolism: the influence of diabetes, hypertension, migraine and previous thrombotic disease. Br J Obstet Gynaecol. 1995;102(2):153-9. PMID: 7756208.

Lidegaard O. Smoking and use of oral contraceptives: impact on thrombotic diseases. Am J Obstet Gynecol. 1999;180(6 Pt 2):S357-63. PMID: 10368521.

Lidegaard O. Thrombotic diseases in young women and the influence of oral contraceptives. Am J Obstet Gynecol. 1998;179(3 Pt 2):S62-7. PMID: 9753312.

Lin J, Zhang SM, Cook NR, et al. Oral contraceptives, reproductive factors, and risk of colorectal cancer among women in a prospective cohort study. Am J Epidemiol. 2007;165(7):794-801. PMID: 17215381.

Long MD, Martin CF, Galanko JA, et al. Hormone replacement therapy, oral contraceptive use, and distal large bowel cancer: a population-based case-control study. Am J Gastroenterol. 2010;105(8):1843-50. PMID: 20354510.

Lu Y, Ma H, Malone KE, et al. Oral contraceptive use and survival in women with invasive breast

00803604

Exhibit 163

JA-0003146

cancer. Cancer Epidemiol Biomarkers Prev. 2011;20(7):1391-7. PMID: 21551244.

Lumachi F, Frigo AC, Basso U, et al. Estrogen therapy and risk of breast cancer in postmenopausal women: a case-control study and results of a multivariate analysis. Menopause. 2010;17(3):524-8. PMID: 20130492.

Lund E, Bakken K, Dumeaux V, et al. Hormone replacement therapy and breast cancer in former users of oral contraceptives--The Norwegian Women and Cancer study. Int J Cancer. 2007;121(3):645-8. PMID: 17372914.

Lurie G, Thompson P, McDuffie KE, et al. Association of estrogen and progestin potency of oral contraceptives with ovarian carcinoma risk. Obstet Gynecol. 2007;109(3):597-607. PMID: 17329510.

Lurie G, Wilkens LR, Thompson PJ, et al. Combined oral contraceptive use and epithelial ovarian cancer risk: time-related effects. Epidemiology. 2008;19(2):237-43. PMID: 18223481.

Ma H, Bernstein L, Ross RK, et al. Hormone-related risk factors for breast cancer in women under age 50 years by estrogen and progesterone receptor status: Results from a case-control and a case-case comparison. Breast Cancer Research. 2006;8(4): R39.

Ma H, Wang Y, Sullivan-Halley J, et al. Use of four biomarkers to evaluate the risk of breast cancer subtypes in the women's contraceptive and reproductive experiences study. Cancer Res. 2010;70(2):575-87. PMID: 20068186.

Madeleine MM, Daling JR, Schwartz SM, et al. Human papillomavirus and long-term oral contraceptive use increase the risk of adenocarcinoma in situ of the cervix. Cancer Epidemiol Biomarkers Prev. 2001;10(3):171-7. PMID: 11303584.

Mant J, Painter R and Vessey M. Risk of myocardial infarction, angina and stroke in users of oral contraceptives: an updated analysis of a cohort study. Br J Obstet Gynaecol. 1998;105(8):890-6. PMID: 9746383.

Marchbanks PA, Curtis KM, Mandel MG, et al. Oral contraceptive formulation and risk of breast cancer. Contraception. 2012;85(4):342-350. PMID: 2012157299.

Marchbanks PA, McDonald JA, Wilson HG, et al. Oral contraceptives and the risk of breast cancer. N Engl J Med. 2002;346(26):2025-32. PMID: 12087137.

Margolis KL, Adami HO, Luo J, et al. A prospective study of oral contraceptive use and risk of myocardial infarction among Swedish women. Fertil Steril. 2007;88(2):310-6. PMID: 17624338.

Martinelli I, Battaglioli T, Burgo I, et al. Oral contraceptive use, thrombophilia and their interaction in young women with ischemic stroke. Haematologica. 2006;91(6):844-7. PMID: 16769590.

Maxwell GL, Schildkraut JM, Calingaert B, et al. Progestin and estrogen potency of combination oral contraceptives and endometrial cancer risk. Gynecol Oncol. 2006;103(2):535-40. PMID: 16740300.

McGuire V, Felberg A, Mills M, et al. Relation of contraceptive and reproductive history to ovarian cancer risk in carriers and noncarriers of BRCA1 gene mutations. Am J Epidemiol. 2004;160(7):613-8. PMID: 15383404.

McLaughlin JR, Risch HA, Lubinski J, et al. Reproductive risk factors for ovarian cancer in carriers of BRCA1 or BRCA2 mutations: a case-control study. Lancet Oncol. 2007;8(1):26-34. PMID: 17196508.

Mills PK, Riordan DG and Cress RD. Epithelial ovarian cancer risk by invasiveness and cell type in the Central Valley of California. Gynecol Oncol. 2004;95(1):215-25. PMID: 15385135.

Milne RL, Knight JA, John EM, et al. Oral contraceptive use and risk of early-onset breast cancer in carriers and noncarriers of BRCA1 and BRCA2 mutations. Cancer Epidemiol Biomarkers Prev. 2005;14(2):350-6. PMID: 15734957.

Modan B, Hartge P, Hirsh-Yechezkel G, et al. Parity, oral contraceptives, and the risk of ovarian cancer among carriers and noncarriers of a BRCA1 or BRCA2 mutation. N Engl J Med. 2001;345(4):235-40. PMID: 11474660.

Modugno F, Ness RB and Wheeler JE. Reproductive risk factors for epithelial ovarian cancer according to histologic type and invasiveness. Ann Epidemiol. 2001;11(8):568-74. PMID: 11709277.

Modugno F, Ness RB, Allen GO, et al. Oral contraceptive use, reproductive history, and risk of epithelial ovarian cancer in women with and without endometriosis. Am J Obstet Gynecol. 2004;191(3):733-40. PMID: 15467532.

Moorman PG, Calingaert B, Palmieri RT, et al. Hormonal risk factors for ovarian cancer in premenopausal and postmenopausal women. Am J Epidemiol. 2008;167(9):1059-69. PMID: 18303003.

00803605

Exhibit 163

JA-0003147

Moorman PG, Millikan RC and Newman B. Oral contraceptives and breast cancer among African-american women and white women. J Natl Med Assoc. 2001;93(9):329-34. PMID: 11560288.

Moreno V, Bosch FX, Munoz N, et al. Effect of oral contraceptives on risk of cervical cancer in women with human papillomavirus infection: the IARC multicentric case-control study. Lancet. 2002;359(9312):1085-92. PMID: 11943255.

Nagle CM, Bain CJ, Green AC, et al. The influence of reproductive and hormonal factors on ovarian cancer survival. Int J Gynecol Cancer. 2008;18(3):407-13. PMID: 17645507.

Narod SA, Dube MP, Klijn J, et al. Oral contraceptives and the risk of breast cancer in BRCA1 and BRCA2 mutation carriers. J Natl Cancer Inst. 2002;94(23):1773-9. PMID: 12464649.

Narod SA, Risch H, Moslehi R, et al. Oral contraceptives and the risk of hereditary ovarian cancer. Hereditary Ovarian Cancer Clinical Study Group. N Engl J Med. 1998;339(7):424-8. PMID: 9700175.

Ness RB, Dodge RC, Edwards RP, et al. Contraception Methods, Beyond Oral Contraceptives and Tubal Ligation, and Risk of Ovarian Cancer. Ann Epidemiol. 2011;21(3):188-96. PMID: 21109450.

Ness RB, Grisso JA, Cottreau C, et al. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. Epidemiology. 2000;11(2):111-7. PMID: 11021606.

Ness RB, Grisso JA, Klapper J, et al. Risk of ovarian cancer in relation to estrogen and progestin dose and use characteristics of oral contraceptives. SHARE Study Group. Steroid Hormones and Reproductions. Am J Epidemiol. 2000;152(3):233-41. PMID: 10933270.

Ness RB, Grisso JA, Vergona R, et al. Oral contraceptives, other methods of contraception, and risk reduction for ovarian cancer. Epidemiology. 2001;12(3):307-12. PMID: 11337604.

Newcomer LM, Newcomb PA, Trentham-Dietz A, et al. Oral contraceptive use and risk of breast cancer by histologic type. Int J Cancer. 2003;106(6):961-4. PMID: 12918077.

Nichols HB, Trentham-Dietz A, Egan KM, et al. Oral contraceptive use and risk of breast carcinoma in situ. Cancer Epidemiol Biomarkers Prev. 2007;16(11):2262-8. PMID: 18006914.

Nichols HB, Trentham-Dietz A, Hampton JM, et al. Oral contraceptive use, reproductive factors, and colorectal cancer risk: findings from Wisconsin. Cancer Epidemiol Biomarkers Prev. 2005;14(5):1212-8. PMID: 15894674.

Nojomi M, Modaresgilani M, Mozafari N, et al. Cervical cancer and duration of using hormonal contraceptives. Asia-Pacific Journal of Clinical Oncology. 2008;4(2):107-112.

Norman SA, Berlin JA, Weber AL, et al. Combined effect of oral contraceptive use and hormone replacement therapy on breast cancer risk in postmenopausal women. Cancer Causes Control. 2003;14(10):933-43. PMID: 14750532.

Nyante SJ, Gammon MD, Malone KE, et al. The association between oral contraceptive use and lobular and ductal breast cancer in young women. Int J Cancer. 2008;122(4):936-41. PMID: 17957781.

Parazzini F, Chatenoud L, Chiantera V, et al. Population attributable risk for ovarian cancer. Eur J Cancer. 2000;36(4):520-4. PMID: 10717530.

Parazzini F, La Vecchia C, Negri E, et al. Oral contraceptive use and the risk of ovarian cancer: an Italian case-control study. Eur J Cancer. 1991;27(5):594-8. PMID: 1828969.

Parazzini F, Restelli C, La Vecchia C, et al. Risk factors for epithelial ovarian tumours of borderline malignancy. Int J Epidemiol. 1991;20(4):871-7. PMID: 1800425.

Parkin L, Sharples K, Hernandez RK, et al. Risk of venous thromboembolism in users of oral contraceptives containing drospirenone or levonorgestrel: nested case-control study based on UK General Practice Research Database. BMJ. 2011;342:d2139. PMID: 21511804.

Parslov M, Lidegaard O, Klintorp S, et al. Risk factors among young women with endometrial cancer: a Danish case-control study. Am J Obstet Gynecol. 2000;182(1 Pt 1):23-9. PMID: 10649152.

Petitti DB, Sidney S, Bernstein A, et al. Stroke in users of low-dose oral contraceptives. N Engl J Med. 1996;335(1):8-15. PMID: 8637557.

Phillips LS, Millikan RC, Schroeder JC, et al. Reproductive and hormonal risk factors for ductal carcinoma in situ of the breast. Cancer Epidemiol Biomarkers Prev. 2009;18(5):1507-14. PMID: 19423528.

Pike MC, Pearce CL, Peters R, et al. Hormonal factors and the risk of invasive ovarian cancer: a population-based case-control study. Fertil Steril. 2004;82(1):186-95. PMID: 15237010.

C-8

00803606

Exhibit 163

JA-0003148

Polychronopoulou A, Tzonou A, Hsieh CC, et al. Reproductive variables, tobacco, ethanol, coffee and somatometry as risk factors for ovarian cancer. Int J Cancer. 1993;55(3):402-7. PMID: 8375923.

Purdie DM, Siskind V, Bain CJ, et al. Reproduction-related risk factors for mucinous and nonmucinous epithelial ovarian cancer. Am J Epidemiol. 2001;153(9):860-4. PMID: 11323316.

Quirk JT, Natarajan N, Mettlin CJ, et al. Risk factors for invasive epithelial ovarian cancer by histologic subtype. Online Journal of Health and Allied Sciences. 2004;3(3).

Riman T, Dickman PW, Nilsson S, et al. Risk factors for epithelial borderline ovarian tumors: results of a Swedish case-control study. Gynecol Oncol. 2001;83(3):575-85. PMID: 11733975.

Riman T, Dickman PW, Nilsson S, et al. Risk factors for invasive epithelial ovarian cancer: results from a Swedish case-control study. Am J Epidemiol. 2002;156(4):363-73. PMID: 12181107.

Risch HA, Marrett LD and Howe GR. Parity, contraception, infertility, and the risk of epithelial ovarian cancer. Am J Epidemiol. 1994;140(7):585-97. PMID: 7942759.

Risch HA, Marrett LD, Jain M, et al. Differences in risk factors for epithelial ovarian cancer by histologic type. Results of a case-control study. Am J Epidemiol. 1996;144(4):363-72. PMID: 8712193.

Rosenberg L, Boggs DA, Wise LA, et al. Oral contraceptive use and estrogen/progesterone receptor-negative breast cancer among African American women. Cancer Epidemiol Biomarkers Prev. 2010;19(8):2073-9. PMID: 20647407.

Rosenberg L, Palmer JR, Rao RS, et al. Low-dose oral contraceptive use and the risk of myocardial infarction. Arch Intern Med. 2001;161(8):1065-70. PMID: 11322840.

Rosenberg L, Palmer JR, Zauber AG, et al. A case-control study of oral contraceptive use and invasive epithelial ovarian cancer. Am J Epidemiol. 1994;139(7):654-61. PMID: 8166126.

Rosenberg L, Zhang Y, Coogan PF, et al. A case-control study of oral contraceptive use and incident breast cancer. Am J Epidemiol. 2009;169(4):473-9. PMID: 19074777.

Rosenberg LU, Magnusson C, Lindstrom E, et al. Menopausal hormone therapy and other breast cancer risk factors in relation to the risk of different histological subtypes of breast cancer: a case-control study. Breast Cancer Res. 2006;8(1):R11. PMID: 16507159.

Rosenblatt KA, Gao DL, Ray RM, et al. Contraceptive methods and induced abortions and their association with the risk of colon cancer in Shanghai, China. Eur J Cancer. 2004;40(4):590-3. PMID: 14962728.

Rosenblatt KA, Gao DL, Ray RM, et al. Oral contraceptives and the risk of all cancers combined and site-specific cancers in Shanghai. Cancer Causes Control. 2009;20(1):27-34. PMID: 18704712.

Rosenblatt KA, Thomas DB and Noonan EA. High-dose and low-dose combined oral contraceptives: protection against epithelial ovarian cancer and the length of the protective effect. The WHO Collaborative Study of Neoplasia and Steroid Contraceptives. Eur J Cancer. 1992;28A(11):1872-6. PMID: 1389530.

Royar J, Becher H and Chang-Claude J. Low-dose oral contraceptives: protective effect on ovarian cancer risk. Int J Cancer. 2001;95(6):370-4. PMID: 11668519.

Salazar-Martinez E, Lazcano-Ponce EC, Gonzalez Lira-Lira G, et al. Reproductive factors of ovarian and endometrial cancer risk in a high fertility population in Mexico. Cancer Res. 1999;59(15):3658-62. PMID: 10446978.

Samuelsson E and Hagg S. Incidence of venous thromboembolism in young Swedish women and possibly preventable cases among combined oral contraceptive users. Acta Obstet Gynecol Scand. 2004;83(7):674-81. PMID: 15225194.

Sanderson M, Williams MA, Weiss NS, et al. Oral contraceptives and epithelial ovarian cancer. Does dose matter?. J Reprod Med. 2000;45(9):720-6. PMID: 11027080.

Santos C, Munoz N, Klug S, et al. HPV types and cofactors causing cervical cancer in Peru. Br J Cancer. 2001;85(7):966-71. PMID: 11592767.

Schildkraut JM, Calingaert B, Marchbanks PA, et al. Impact of progestin and estrogen potency in oral contraceptives on ovarian cancer risk. J Natl Cancer Inst. 2002;94(1):32-8. PMID: 11773280.

Schwartz SM, Petitti DB, Siscovick DS, et al. Stroke and use of low-dose oral contraceptives in young women: a pooled analysis of two US studies. Stroke. 1998;29(11):2277-84. PMID: 9804634.

Schwartz SM, Siscovick DS, Longstreth WT, Jr., et al. Use of low-dose oral contraceptives and stroke in

00803607

Exhibit 163                                                                              JA-0003149

young women. Ann Intern Med. 1997;127(8 Pt 1):596-603. PMID: 9341057.

Seeger JD, Loughlin J, Eng PM, et al. Risk of thromboembolism in women taking ethinylestradiol/drospirenone and other oral contraceptives. Obstet Gynecol. 2007;110(3):587-93. PMID: 17766604.

Setiawan VW, Pike MC, Kolonel LN, et al. Racial/ethnic differences in endometrial cancer risk: the multiethnic cohort study. Am J Epidemiol. 2007;165(3):262-70. PMID: 17090617.

Shantakumar S, Terry MB, Paykin A, et al. Age and menopausal effects of hormonal birth control and hormone replacement therapy in relation to breast cancer risk. Am J Epidemiol. 2007;165(10):1187-98. PMID: 17337757.

Shapiro S, Rosenberg L, Hoffman M, et al. Risk of breast cancer in relation to the use of injectable progestogen contraceptives and combined estrogen/progestogen contraceptives. Am J Epidemiol. 2000;151(4):396-403. PMID: 10695598.

Shapiro S, Rosenberg L, Hoffman M, et al. Risk of invasive cancer of the cervix in relation to the use of injectable progestogen contraceptives and combined estrogen/progestogen oral contraceptives (South Africa). Cancer Causes Control. 2003;14(5):485-95. PMID: 12946044.

Shields TS, Brinton LA, Burk RD, et al. A case-control study of risk factors for invasive cervical cancer among U.S. women exposed to oncogenic types of human papillomavirus. Cancer Epidemiol Biomarkers Prev. 2004;13(10):1574-82. PMID: 15466972.

Sidney S, Petitti DB, Quesenberry CP, Jr., et al. Myocardial infarction in users of low-dose oral contraceptives. Obstet Gynecol. 1996;88(6):939-44. PMID: 8942831.

Sidney S, Petitti DB, Soff GA, et al. Venous thromboembolic disease in users of low-estrogen combined estrogen-progestin oral contraceptives. Contraception. 2004;70(1):3-10. PMID: 15208046.

Sidney S, Siscovick DS, Petitti DB, et al. Myocardial infarction and use of low-dose oral contraceptives: a pooled analysis of 2 US studies. Circulation. 1998;98(11):1058-63. PMID: 9736591.

Silvera SA, Miller AB and Rohan TE. Oral contraceptive use and risk of breast cancer among women with a family history of breast cancer: a prospective cohort study. Cancer Causes Control. 2005;16(9):1059-63. PMID: 16184471.

Siritho S, Thrift AG, McNeil JJ, et al. Risk of ischemic stroke among users of the oral contraceptive pill: The Melbourne Risk Factor Study (MERFS) Group. Stroke. 2003;34(7):1575-80. PMID: 12805499.

Siskind V, Green A, Bain C, et al. Beyond ovulation: oral contraceptives and epithelial ovarian cancer. Epidemiology. 2000;11(2):106-10. PMID: 11021605.

Soegaard M, Jensen A, Hogdall E, et al. Different risk factor profiles for mucinous and nonmucinous ovarian cancer: results from the Danish MALOVA study. Cancer Epidemiol Biomarkers Prev. 2007;16(6):1160-6. PMID: 17548679.

Spannagl M, Heinemann LA and Schramm W. Are factor V Leiden carriers who use oral contraceptives at extreme risk for venous thromboembolism?. Eur J Contracept Reprod Health Care. 2000;5(2):105-12. PMID: 10943572.

Spitzer WO, Lewis MA, Heinemann LA, et al. Third generation oral contraceptives and risk of venous thromboembolic disorders: an international case-control study. Transnational Research Group on Oral Contraceptives and the Health of Young Women. BMJ. 1996;312(7023):83-8. PMID: 8555935.

Steinberg KK, Smith SJ, Stroup DF, et al. Comparison of effect estimates from a meta-analysis of summary data from published studies and from a meta-analysis using individual patient data for ovarian cancer studies. Am J Epidemiol. 1997;145(10):917-25. PMID: 9149663.

Suissa S, Blais L, Spitzer WO, et al. First-time use of newer oral contraceptives and the risk of venous thromboembolism. Contraception. 1997;56(3):141-6. PMID: 9347203.

Suissa S, Spitzer WO, Rainville B, et al. Recurrent use of newer oral contraceptives and the risk of venous thromboembolism. Hum Reprod. 2000;15(4):817-21. PMID: 10739826.

Suter NM, Malone KE, Daling JR, et al. Androgen receptor (CAG)n and (GGC)n polymorphisms and breast cancer risk in a population-based case-control study of young women. Cancer Epidemiol Biomarkers Prev. 2003;12(2):127-35. PMID: 12582022.

Sweeney C, Giuliano AR, Baumgartner KB, et al. Oral, injected and implanted contraceptives and breast cancer risk among U.S. Hispanic and non-Hispanic white women. Int J Cancer. 2007;121(11):2517-23. PMID: 17657739.

Tanis BC, van den Bosch MA, Kemmeren JM, et al. Oral contraceptives and the risk of myocardial

C-10

00803608

Exhibit 163

JA-0003150

infarction. N Engl J Med. 2001;345(25):1787-93. PMID: 11752354.

Tao MH, Xu WH, Zheng W, et al. Oral contraceptive and IUD use and endometrial cancer: a population-based case-control study in Shanghai, China. Int J Cancer. 2006;119(9):2142-7. PMID: 16823853.

Tavani A, Bosetti C, Dal Maso L, et al. Influence of selected hormonal and lifestyle factors on familial propensity to ovarian cancer. Gynecol Oncol. 2004;92(3):922-6. PMID: 14984961.

Tavani A, Negri E, Franceschi S, et al. Risk factors for epithelial ovarian cancer in women under age 45. Eur J Cancer. 1993;29A(9):1297-301. PMID: 8343272.

Tavani A, Ricci E, La Vecchia C, et al. Influence of menstrual and reproductive factors on ovarian cancer risk in women with and without family history of breast or ovarian cancer. Int J Epidemiol. 2000;29(5):799-802. PMID: 11034959.

Thomas DB. The WHO Collaborative Study of Neoplasia and Steroid Contraceptives: the influence of combined oral contraceptives on risk of neoplasms in developing and developed countries. Contraception. 1991;43(6):695-710. PMID: 1868738.

Todd J, Lawrenson R, Farmer RD, et al. Venous thromboembolic disease and combined oral contraceptives: A re-analysis of the MediPlus database. Hum Reprod. 1999;14(6):1500-5. PMID: 10357966.

Trivers KF, Gammon MD, Abrahamson PE, et al. Oral contraceptives and survival in breast cancer patients aged 20 to 54 years. Cancer Epidemiol Biomarkers Prev. 2007;16(9):1822-7. PMID: 17855700.

Tryggvadottir L, Tulinius H, Eyfjord JE, et al. Breast cancer risk factors and age at diagnosis: an Icelandic cohort study. Int J Cancer. 2002;98(4):604-8. PMID: 11920622.

Tsilidis KK, Allen NE, Key TJ, et al. Oral contraceptive use and reproductive factors and risk of ovarian cancer in the European Prospective Investigation into Cancer and Nutrition. Br J Cancer. 2011;105(9):1436-42. PMID: 21915124.

Tsilidis KK, Allen NE, Key TJ, et al. Oral contraceptives, reproductive history and risk of colorectal cancer in the European Prospective Investigation into Cancer and Nutrition. Br J Cancer. 2010;103(11):1755-9. PMID: 21045829.

Tung KH, Goodman MT, Wu AH, et al. Reproductive factors and epithelial ovarian cancer

risk by histologic type: a multiethnic case-control study. Am J Epidemiol. 2003;158(7):629-38. PMID: 14507598.

Tung KH, Wilkens LR, Wu AH, et al. Effect of anovulation factors on pre- and postmenopausal ovarian cancer risk: revisiting the incessant ovulation hypothesis. Am J Epidemiol. 2005;161(4):321-9. PMID: 15692075.

Tworoger SS, Fairfield KM, Colditz GA, et al. Association of oral contraceptive use, other contraceptive methods, and infertility with ovarian cancer risk. Am J Epidemiol. 2007;166(8):894-901. PMID: 17656616.

Tzourio C, Tehindrazanarivelo A, Iglesias S, et al. Case-control study of migraine and risk of ischaemic stroke in young women. BMJ. 1995;310(6983):830-3. PMID: 7711619.

Urban M, Banks E, Egger S, et al. Injectable and oral contraceptive use and cancers of the breast, cervix, ovary, and endometrium in black South African women: case-control study. PLoS Med. 2012;9(3):e1001182. PMID: 22412354.

Van Hoften C, Burger H, Peeters PH, et al. Long-term oral contraceptive use increases breast cancer risk in women over 55 years of age: the DOM cohort. Int J Cancer. 2000;87(4):591-4. PMID: 10918202.

Van Hylckama Vlieg A, Helmerhorst FM, Vandenbroucke JP, et al. The venous thrombotic risk of oral contraceptives, effects of oestrogen dose and progestogen type: Results of the MEGA case-control study. BMJ. 2009;339(7720):561.

van Vlijmen EF, Brouwer JL, Veeger NJ, et al. Oral contraceptives and the absolute risk of venous thromboembolism in women with single or multiple thrombophilic defects: results from a retrospective family cohort study. Arch Intern Med. 2007;167(3):282-9. PMID: 17296885.

van Vlijmen EF, Veeger NJ, Middeldorp S, et al. Thrombotic risk during oral contraceptive use and pregnancy in women with factor V Leiden or prothrombin mutation: a rational approach to contraception. Blood. 2011;118(8):2055-61; quiz 2375. PMID: 21659542.

Vanakankovit N and Taneepanichskul S. Effect of oral contraceptives on risk of cervical cancer. J Med Assoc Thai. 2008;91(1):7-12. PMID: 18386537.

Vessey M and Painter R. Oral contraceptive use and cancer. Findings in a large cohort study, 1968-2004. Br J Cancer. 2006;95(3):385-9. PMID: 16819539.

C-11

00803609

Exhibit 163

Vessey M, Painter R and Yeates D. Mortality in relation to oral contraceptive use and cigarette smoking. Lancet. 2003;362(9379):185-91. PMID: 12885478.

Vessey M, Yeates D and Flynn S. Factors affecting mortality in a large cohort study with special reference to oral contraceptive use. Contraception. 2010;82(3):221-9. PMID: 20705149.

Vessey MP and Painter R. Endometrial and ovarian cancer and oral contraceptives--findings in a large cohort study. Br J Cancer. 1995;71(6):1340-2. PMID: 7779735.

Walker GR, Schlesselman JJ and Ness RB. Family history of cancer, oral contraceptive use, and ovarian cancer risk. Am J Obstet Gynecol. 2002;186(1):8-14. PMID: 11810077.

Wang C, Li Y, Li H, et al. Increased risk of stroke in oral contraceptive users carried replicated genetic variants: a population-based case-control study in China. Hum Genet. 2012. PMID: 22476622.

Wernli KJ, Ray RM, Gao DL, et al. Menstrual and reproductive factors in relation to risk of endometrial cancer in Chinese women. Cancer Causes Control. 2006;17(7):949-55. PMID: 16841262.

Whittemore AS, Balise RR, Pharoah PD, et al. Oral contraceptive use and ovarian cancer risk among carriers of BRCA1 or BRCA2 mutations. Br J Cancer. 2004;91(11):1911-5. PMID: 15545966.

Whittemore AS, Harris R and Itnyre J. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case-control studies. II. Invasive epithelial ovarian cancers in white women. Collaborative Ovarian Cancer Group. Am J Epidemiol. 1992;136(10):1184-203. PMID: 1476141.

Wilailak S, Vipupinyo C, Suraseranivong V, et al. Depot medroxyprogesterone acetate and epithelial ovarian cancer: a multicentre case-control study. BJOG. 2012;119(6):672-7. PMID: 22489761.

Wingo PA, Austin H, Marchbanks PA, et al. Oral contraceptives and the risk of death from breast cancer. Obstet Gynecol. 2007;110(4):793-800. PMID: 17906011.

Wittenberg J, Cook LS, Rossing MA, et al. Reproductive risk factors for mucinous and non-mucinous epithelial ovarian cancer. Epidemiology. 1999;10(6):761-3. PMID: 10535792.

Wrensch M, Chew T, Farren G, et al. Risk factors for breast cancer in a population with high incidence rates. Breast Cancer Res. 2003;5(4):R88-102. PMID: 12817999.

Xu WH, Shu XO, Long J, et al. Relation of FGFR2 genetic polymorphisms to the association between oral contraceptive use and the risk of breast cancer in Chinese women. Am J Epidemiol. 2011;173(8):923-31. PMID: 21382839.

Yang HP, Trabert B, Murphy MA, et al. Ovarian cancer risk factors by histologic subtypes in the NIH-AARP diet and health study. International Journal of Cancer. 2012;131(4):938-948. PMID: 2012349954.

Yang L, Kuper H, Sandin S, et al. Reproductive history, oral contraceptive use, and the risk of ischemic and hemorrhagic stoke in a cohort study of middle-aged Swedish women. Stroke. 2009;40(4):1050-8. PMID: 19211494.

00803610

Exhibit 163

JA-0003152

# Study Groupings

**Table C-1. Primary articles and companion articles grouped by study name (alphabetical)**

| Study Name | Primary Abstracted Article | Companion Articles* |
|---|---|---|
| Cancer and Steroid Hormone (CASH) Study | Gross, 1992[1] | |
| | Gwinn, 1990[2] | |
| | Maxwell, 2006[3] | |
| | Schildkraut, 2002[4] | |
| Collaborative Ovarian Cancer Group Study | Harris, 1992[5] | Steinberg, 1997[8] |
| | Hartge, 1994[10] | Whittemore, 1992[7] |
| | Horn-Ross, 1992[11] | Whittemore, 1992[8]* |
| | John, 1993[12] | Whittemore, 1992[9]* |
| European Prospective Investigation Into Cancer and Nutrition | Dossus, 2010[13] | |
| | Tsilidis, 2010[14] | |
| | Tsilidis, 2011[15] | |
| International Agency for Research on Cancer (IARC) Multicentric Case-Control Study | Moreno, 2002[16] | |
| | Hammouda, 2005[17] | |
| International BRCA1/2 Carrier Cohort Study | Antoniou, 2009[18] | |
| | Brohet, 2007[19] | |
| Leiden Thrombophilia Study | Bloemenkamp, 1995[20] | |
| | Bloemenkamp, 2000[21] | |
| Malignant Ovarian (MALOVA) Cancer Study | Huusom, 2006[22] | |
| | Soegaard, 2007[23] | |
| Myocardial Infarction Causality (MICA) Study | Dunn, 1999[24] | |
| | Dunn, 1999[25] | |
| | Dunn, 2001[26] | |
| Norwegian-Swedish Women's Lifestyle and Health Cohort Study | Kumle, 2004[27] | |
| | Kumle, 2004[28] | |
| Nurses' Health Study | Hankinson, 1995[29] | Colditz, 1994[30] |
| | Grodstein, 1996[31] | |
| | Tworoger, 2007[32] | |
| Oxford Family Planning Association (Oxford-FPA) Contraceptive Study | Mant, 1998[33] | |
| | Vessey, 1995[34] | |
| | Vessey, 2006[35] | |
| | Vessey, 2010[36] | Vessey, 2003[37] |
| Risk of Arterial Thrombosis in Relation to Oral Contraceptives (RATIO) Study | Kemmeren, 2002[38] | |
| | Tanis, 2001[39] | |
| Royal College of General Practitioners' Oral Contraceptive Study | Hannaford, 1998[40] | |
| | Hannaford, 2007[41] | Hannaford, 2005[42] |
| | Hannaford, 2010[43] | Beral, 1999[44] |
| Shanghai Breast Cancer Study | Fowke, 2004[45] | |
| | Xu, 2011[46] | |
| Shanghai Textile Workers Study | Rosenblatt, 2004[47] | |
| | Rosenblatt, 2009[48] | Wernli, 2006[49] |
| | Gallagher, 2011[50] | |

00803611

Exhibit 163

JA-0003153

| Study Name | Primary Abstracted Article | Companion Articles* |
|---|---|---|
| Study of Health and Reproduction (SHARE) | Greer, 2005[51] | |
| | Greer, 2005[52] | |
| | Modugno, 2001[53] | Ness, 2000[54]<br>Ness, 2000[55]<br>Ness, 2001[56] |
| | Ness, 2000[55] | Ness, 2000[54]<br>Ness, 2001[56]<br>Modugno, 2001[53] |
| | Ness, 2001[56] | Ness, 2000[55]<br>Modugno, 2001[53]<br>Ness, 2000[54] |
| | Walker, 2002[57] | |
| Transnational Study on Oral Contraceptives and the Health of Young Women | Heinemann, 1997[58] | Heinemann, 1998[59]<br>Spitzer, 1993[60]* |
| | Heinemann, 1999[61] | |
| | Lewis, 1999[62] | Lewis, 1996[63]<br>Lewis, 1996[64]<br>Lewis, 1997[65]<br>Lewis, 1999[66] |
| | Suissa, 1997[67] | Spitzer, 1996[68] |
| | Suissa, 2000[69] | |
| Women's Environment, Cancer, and Radiation Epidemiology (WECARE) Study | Figueiredo, 2008[70] | |
| | Figueiredo, 2010[71] | |
| Women's Contraceptive and Reproductive Experiences (CARE) Study | Folger, 2007[72] | |
| | Ma, 2010[73] | |
| | Marchbanks, 2002[74] | Marchbanks, 2002[75]* |
| | Norman, 2003[76] | |
| | Marchbanks, 2012[77] | Marchbanks, 2002[74] |
| | Lu, 2011[78]<br>(Presents data from both CARE and the California Teachers Study [CTS], analyzed separately) | |
| Women's Learning the Influence of Family and Environment (LIFE) Study | Lee, 2008[79] | |
| | Ma, 2006[80] | |
| World Health Organization Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception | Anonymous, 1995[81] | Anonymous, 1995[82]* |
| | Anonymous, 1995[83] | |
| | Anonymous, 1996[84] | |
| | Anonymous, 1996[85] | |
| | Anonymous, 1997[86] | |
| | Anonymous, 1998[87] | |
| | Chang, 1999[88] | |
| World Health Organization Collaborative Study of Neoplasia and Steroid Contraceptives | Rosenblatt, 1992[89] | |
| | Thomas, 1991[90] | |

*Companion articles marked with an asterisk did not individually meet criteria for inclusion but were considered for supplemental information (e.g., methods data pertinent to an included study).

00803612

Exhibit 163    JA-0003154

**Table C-2. Primary articles and companion articles grouped by author (study name not applicable)**

| Author | Primary Abstracted Article | Companion Articles* |
|---|---|---|
| Althuis, 2003 | Althuis, 2003[91]<br>Althuis, 2003[93] | Brinton, 1995[92]* |
| Badawy, 1992 | Badawy, 1992[94] | Badawy, 1992[95]* |
| Chiaffarino, 2001 | Chiaffarino, 2001[96]<br>Tavani, 2004[97] | |
| Jick, 2000 | Jick, 2000[98]<br>Farmer, 2000[100] | Jick,1995[99] |
| Le Gal, 2010 | Le Gal, 2010[101] | Rodger, 2008[102]* |
| Legnani, 2002 | Legnani, 2002[103]<br>Legnani, 2004[104] | |
| Lidegaard, 2012 | Lidegaard, 2012[105] | Lidegaard, 2002[106]<br>Lidegaard, 1998[107] |
| | Lidegaard, 2011[108] | Lidegaard, 2009[109] |
| | Lidegaard, 2002[110] | Lidegaard, 1998[111] |
| | Lidegaard, 1998[112] | Lidegaard, 1999[113]<br>Lidegaard, 1995[114]<br>Lidegaard, 1998[107] |
| Newcomer, 2003 | Newcomer, 2003[115] | Newcomb, 1994[116]* |
| Parazzini, 1991 | Parazzini, 1991[117]<br>Parazzini, 2000[118]<br>Tavani, 2000[119] | |
| Riman, 2001 | Riman, 2001[120]<br>Riman, 2002[121] | |
| Risch, 1996 | Risch, 1996[122] | Risch, 1994[123]<br>Risch, 1994[124]* |
| Sanderson, 2000 | Sanderson, 2000[125]<br>Wittenberg, 1999[126] | |
| Siskind, 2000 | Nagle, 2008[127]<br>Siskind, 2000[128] | Purdie, 2001[129] |
| Tryggvadóttir, 2002 | Tryggvadóttir, 2002[130] | Tryggvadóttir, 2001[131]* |
| Tung, 2003 | Lurie, 2007[132] | Goodman, 2005[133]<br>Goodman, 2002[134] |
| | Lurie, 2008[135] | |
| | Tung, 2003[136] | |
| | Tung, 2005[137] | |
| van Vlijmen, 2007 | van Vlijmen, 2007[138] | Brouwer, 2006[139]* |
| Wang, 2012 | Wang, 2012[140]<br>Li, 2010[142] | Li, 2006[141] |

*Companion articles marked with an asterisk did not individually meet criteria for inclusion but were considered for supplemental information (e.g., methods data pertinent to an included study).

# References for Study Groupings

1.  Gross TP, Schlesselman JJ, Stadel BV, et al. The risk of epithelial ovarian cancer in short-term users of oral contraceptives. Am J Epidemiol. 1992;136(1):46-53. PMID: 1415131.

2.  Gwinn ML, Lee NC, Rhodes PH, et al. Pregnancy, breast feeding, and oral contraceptives and the risk of epithelial ovarian cancer. J Clin Epidemiol. 1990;43(6):559-68. PMID: 2348208.

3.  Maxwell GL, Schildkraut JM, Calingaert B, et al. Progestin and estrogen potency of combination oral contraceptives and endometrial cancer risk. Gynecol Oncol. 2006;103(2):535-40. PMID: 16740300.

00803613

Exhibit 163

JA-0003155

4.    Schildkraut JM, Calingaert B, Marchbanks PA, et al. Impact of progestin and estrogen potency in oral contraceptives on ovarian cancer risk. J Natl Cancer Inst. 2002;94(1):32-8. PMID: 11773280.

5.    Harris R, Whittemore AS, Itnyre J. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case-control studies. III. Epithelial tumors of low malignant potential in white women. Collaborative Ovarian Cancer Group. Am J Epidemiol. 1992;136(10):1204-11. PMID: 1476142.

6.    Steinberg KK, Smith SJ, Stroup DF, et al. Comparison of effect estimates from a meta-analysis of summary data from published studies and from a meta-analysis using individual patient data for ovarian cancer studies. Am J Epidemiol. 1997;145(10):917-25. PMID: 9149663.

7.    Whittemore AS, Harris R, Itnyre J. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case-control studies. II. Invasive epithelial ovarian cancers in white women. Collaborative Ovarian Cancer Group. Am J Epidemiol. 1992;136(10):1184-203. PMID: 1476141.

8.    Whittemore AS, Harris R, Itnyre J. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case-control studies. IV. The pathogenesis of epithelial ovarian cancer. Collaborative Ovarian Cancer Group. Am J Epidemiol. 1992;136(10):1212-20. PMID: 1476143.

9.    Whittemore AS, Harris R, Itnyre J, et al. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 US case-control studies. I. Methods. Collaborative Ovarian Cancer Group. Am J Epidemiol. 1992;136(10):1175-83. PMID: 1476140.

10.   Hartge P, Whittemore AS, Itnyre J, et al. Rates and risks of ovarian cancer in subgroups of white women in the United States. The Collaborative Ovarian Cancer Group. Obstet Gynecol. 1994;84(5):760-4. PMID: 7936508.

11.   Horn-Ross PL, Whittemore AS, Harris R, et al. Characteristics relating to ovarian cancer risk: collaborative analysis of 12 U.S. case-control studies. VI. Nonepithelial cancers among adults. Collaborative Ovarian Cancer Group. Epidemiology. 1992;3(6):490-5. PMID: 1329996.

12.   John EM, Whittemore AS, Harris R, et al. Characteristics relating to ovarian cancer risk: collaborative analysis of seven U.S. case-control studies. Epithelial ovarian cancer in black women. Collaborative Ovarian Cancer Group. J Natl Cancer Inst. 1993;85(2):142-7. PMID: 8418303.

13.   Dossus L, Allen N, Kaaks R, et al. Reproductive risk factors and endometrial cancer: the European Prospective Investigation into Cancer and Nutrition. Int J Cancer. 2010;127(2):442-51. PMID: 19924816.

14.   Tsilidis KK, Allen NE, Key TJ, et al. Oral contraceptives, reproductive history and risk of colorectal cancer in the European Prospective Investigation into Cancer and Nutrition. Br J Cancer. 2010;103(11):1755-9. PMID: 21045829.

15.   Tsilidis KK, Allen NE, Key TJ, et al. Oral contraceptive use and reproductive factors and risk of ovarian cancer in the European Prospective Investigation into Cancer and Nutrition. Br J Cancer. 2011;105(9):1436-42. PMID: 21915224.

16.   Moreno V, Bosch FX, Munoz N, et al. Effect of oral contraceptives on risk of cervical cancer in women with human papillomavirus infection: the IARC multicentric case-control study. Lancet. 2002;359(9312):1085-92. PMID: 11943255.

17.   Hammouda D, Munoz N, Herrero R, et al. Cervical carcinoma in Algiers, Algeria: human papillomavirus and lifestyle risk factors. Int J Cancer. 2005;113(3):483-9. PMID: 15455386.

18.   Antoniou AC, Rookus M, Andrieu N, et al. Reproductive and hormonal factors, and ovarian cancer risk for BRCA1 and BRCA2 mutation carriers: results from the International BRCA1/2 Carrier Cohort Study. Cancer Epidemiol Biomarkers Prev. 2009;18(2):601-10. PMID: 19190154.

19.   Brohet RM, Goldgar DE, Easton DF, et al. Oral contraceptives and breast cancer risk in the international BRCA1/2 carrier cohort study: a report from EMBRACE, GENEPSO, GEO-HEBON, and the IBCCS Collaborating Group. J Clin Oncol. 2007;25(25):3831-6. PMID: 17635951.

20.   Bloemenkamp KW, Rosendaal FR, Helmerhorst FM, et al. Enhancement by factor V Leiden mutation of risk of deep-vein thrombosis associated with oral contraceptives

C-16

Exhibit 163                                                                    JA-0003156

containing a third-generation progestagen. Lancet. 1995;346(8990):1593-6. PMID: 7500751.

21. Bloemenkamp KW, Rosendaal FR, Helmerhorst FM, et al. Higher risk of venous thrombosis during early use of oral contraceptives in women with inherited clotting defects. Arch Intern Med. 2000;160(1):49-52. PMID: 10632304.

22. Huusom LD, Frederiksen K, Hogdall EV, et al. Association of reproductive factors, oral contraceptive use and selected lifestyle factors with the risk of ovarian borderline tumors: a Danish case-control study. Cancer Causes Control. 2006;17(6):821-9. PMID: 16783610.

23. Soegaard M, Jensen A, Hogdall E, et al. Different risk factor profiles for mucinous and nonmucinous ovarian cancer: results from the Danish MALOVA study. Cancer Epidemiol Biomarkers Prev. 2007;16(6):1160-6. PMID: 17548679.

24. Dunn N, Thorogood M, Faragher B, et al. Oral contraceptives and myocardial infarction: results of the MICA case-control study. BMJ. 1999;318(7198):1579-83. PMID: 10364115.

25. Dunn NR, Faragher B, Thorogood M, et al. Risk of myocardial infarction in young female smokers. Heart. 1999;82(5):581-3. PMID: 10525513.

26. Dunn NR, Arscott A, Thorogood M. The relationship between use of oral contraceptives and myocardial infarction in young women with fatal outcome, compared to those who survive: results from the MICA case-control study. Contraception. 2001;63(2):65-9. PMID: 11292469.

27. Kumle M, Weiderpass E, Braaten T, et al. Risk for invasive and borderline epithelial ovarian neoplasias following use of hormonal contraceptives: the Norwegian-Swedish Women's Lifestyle and Health Cohort Study. Br J Cancer. 2004;90(7):1386-91. PMID: 15054460.

28. Kumle M, Weiderpass E, Braaten T, et al. Use of oral contraceptives and breast cancer risk: The Norwegian-Swedish Women's Lifestyle and Health Cohort Study. Cancer Epidemiol Biomarkers Prev. 2002;11(11):1375-81. PMID: 12433714.

29. Hankinson SE, Colditz GA, Hunter DJ, et al. A prospective study of reproductive factors

and risk of epithelial ovarian cancer. Cancer. 1995;76(2):284-90. PMID: 8625104.

30. Colditz GA. Oral contraceptive use and mortality during 12 years of follow-up: the Nurses' Health Study. Ann Intern Med. 1994;120(10):821-6. PMID: 8154642.

31. Grodstein F, Stampfer MJ, Goldhaber SZ, et al. Prospective study of exogenous hormones and risk of pulmonary embolism in women. Lancet. 1996;348(9033):983-7. PMID: 8855854.

32. Tworoger SS, Fairfield KM, Colditz GA, et al. Association of oral contraceptive use, other contraceptive methods, and infertility with ovarian cancer risk. Am J Epidemiol. 2007;166(8):894-901. PMID: 17656616.

33. Mant J, Painter R, Vessey M. Risk of myocardial infarction, angina and stroke in users of oral contraceptives: an updated analysis of a cohort study. Br J Obstet Gynaecol. 1998;105(8):890-6. PMID: 9746383.

34. Vessey MP, Painter R. Endometrial and ovarian cancer and oral contraceptives--findings in a large cohort study. Br J Cancer. 1995;71(6):1340-2. PMID: 7779735.

35. Vessey M, Painter R. Oral contraceptive use and cancer. Findings in a large cohort study, 1968-2004. Br J Cancer. 2006;95(3):385-9. PMID: 16819539.

36. Vessey M, Yeates D, Flynn S. Factors affecting mortality in a large cohort study with special reference to oral contraceptive use. Contraception. 2010;82(3):221-9. PMID: 20705149.

37. Vessey M, Painter R, Yeates D. Mortality in relation to oral contraceptive use and cigarette smoking. Lancet. 2003;362(9379):185-91. PMID: 12885478.

38. Kemmeren JM, Tanis BC, van den Bosch MA, et al. Risk of Arterial Thrombosis in Relation to Oral Contraceptives (RATIO) study: oral contraceptives and the risk of ischemic stroke. Stroke. 2002;33(5):1202-8. PMID: 11988591.

39. Tanis BC, van den Bosch MA, Kemmeren JM, et al. Oral contraceptives and the risk of myocardial infarction. N Engl J Med. 2001;345(25):1787-93. PMID: 11752354.

40. Hannaford PC, Kay CR. The risk of serious illness among oral contraceptive users:

00803615

Exhibit 163                                                                                                    JA-0003157

evidence from the RCGP's oral contraceptive study. Br J Gen Pract. 1998;48(435):1657-62. PMID: 10071398.

41. Hannaford PC, Selvaraj S, Elliott AM, et al. Cancer risk among users of oral contraceptives: cohort data from the Royal College of General Practitioner's oral contraception study. BMJ. 2007;335(7621):651. PMID: 17855280.

42. Hannaford P, Elliott A. Use of exogenous hormones by women and colorectal cancer: evidence from the Royal College of General Practitioners' Oral Contraception Study. Contraception. 2005;71(2):95-8. PMID: 15707557.

43. Hannaford PC, Iversen L, Macfarlane TV, et al. Mortality among contraceptive pill users: cohort evidence from Royal College of General Practitioners' Oral Contraception Study. BMJ. 2010;340:c927. PMID: 20223876.

44. Beral V, Hermon C, Kay C, et al. Mortality associated with oral contraceptive use: 25 year follow up of cohort of 46 000 women from Royal College of General Practitioners' oral contraception study. BMJ. 1999;318(7176):96-100. PMID: 9880284.

45. Fowke JH, Shu XO, Dai Q, et al. Oral contraceptive use and breast cancer risk: modification by NAD(P)H:quinone oxoreductase (NQO1) genetic polymorphisms. Cancer Epidemiol Biomarkers Prev. 2004;13(8):1308-15. PMID: 15298951.

46. Xu WH, Shu XO, Long J, et al. Relation of FGFR2 genetic polymorphisms to the association between oral contraceptive use and the risk of breast cancer in Chinese women. Am J Epidemiol. 2011;173(8):923-31. PMID: 21382839.

47. Rosenblatt KA, Gao DL, Ray RM, et al. Contraceptive methods and induced abortions and their association with the risk of colon cancer in Shanghai, China. Eur J Cancer. 2004;40(4):590-3. PMID: 14962728.

48. Rosenblatt KA, Gao DL, Ray RM, et al. Oral contraceptives and the risk of all cancers combined and site-specific cancers in Shanghai. Cancer Causes Control. 2009;20(1):27-34. PMID: 18704712.

49. Wernli KJ, Ray RM, Gao DL, et al. Menstrual and reproductive factors in relation to risk of endometrial cancer in Chinese women. Cancer Causes Control. 2006;17(7):949-55. PMID: 16841262.

50. Gallagher LG, Davis LB, Ray RM, et al. Reproductive history and mortality from cardiovascular disease among women textile workers in Shanghai, China. Int J Epidemiol. 2011;40(6):1510-8. PMID: 22158661.

51. Greer JB, Modugno F, Allen GO, et al. Androgenic progestins in oral contraceptives and the risk of epithelial ovarian cancer. Obstet Gynecol. 2005;105(4):731-40. PMID: 15802398.

52. Greer JB, Modugno F, Allen GO, et al. Short-term oral contraceptive use and the risk of epithelial ovarian cancer. Am J Epidemiol. 2005;162(1):66-72. PMID: 15961588.

53. Modugno F, Ness RB, Wheeler JE. Reproductive risk factors for epithelial ovarian cancer according to histologic type and invasiveness. Ann Epidemiol. 2001;11(8):568-74. PMID: 11709277.

54. Ness RB, Grisso JA, Cottreau C, et al. Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. Epidemiology. 2000;11(2):111-7. PMID: 11021606.

55. Ness RB, Grisso JA, Klapper J, et al. Risk of ovarian cancer in relation to estrogen and progestin dose and use characteristics of oral contraceptives. SHARE Study Group. Steroid Hormones and Reproductions. Am J Epidemiol. 2000;152(3):233-41. PMID: 10933270.

56. Ness RB, Grisso JA, Vergona R, et al. Oral contraceptives, other methods of contraception, and risk reduction for ovarian cancer. Epidemiology. 2001;12(3):307-12. PMID: 11337604.

57. Walker GR, Schlesselman JJ, Ness RB. Family history of cancer, oral contraceptive use, and ovarian cancer risk. Am J Obstet Gynecol. 2002;186(1):8-14. PMID: 11810077.

58. Heinemann LA, Lewis MA, Thorogood M, et al. Case-control study of oral contraceptives and risk of thromboembolic stroke: results from International Study on Oral Contraceptives and Health of Young Women. BMJ. 1997;315(7121):1502-4. PMID: 9420491.

00803616

Exhibit 163    JA-0003158

59. Heinemann LA, Lewis MA, Spitzer WO, et al. Thromboembolic stroke in young women. A European case-control study on oral contraceptives. Transnational Research Group on Oral Contraceptives and the Health of Young Women. Contraception. 1998;57(1):29-37. PMID: 9554248.

60. Spitzer WO, Thorogood M, Heinemann L. Trinational Case-Control Study of Oral Contraceptives and Health. Pharmacoepidemiology and drug safety. 1993;2:21-31. PMID:

61. Heinemann LA, Assmann A, DoMinh T, et al. Oral progestogen-only contraceptives and cardiovascular risk: results from the Transnational Study on Oral Contraceptives and the Health of Young Women. Eur J Contracept Reprod Health Care. 1999;4(2):67-73. PMID: 10427481.

62. Lewis MA. The Transnational Study on Oral Contraceptives and the Health of Young Women. Methods, results, new analyses and the healthy user effect. Hum Reprod Update. 1999;5(6):707-20. PMID: 10652980.

63. Lewis MA, Heinemann LA, MacRae KD, et al. The increased risk of venous thromboembolism and the use of third generation progestagens: role of bias in observational research. The Transnational Research Group on Oral Contraceptives and the Health of Young Women. Contraception. 1996;54(1):5-13. PMID: 8804801.

64. Lewis MA, Spitzer WO, Heinemann LA, et al. Third generation oral contraceptives and risk of myocardial infarction: an international case-control study. Transnational Research Group on Oral Contraceptives and the Health of Young Women. BMJ. 1996;312(7023):88-90. PMID: 8555936.

65. Lewis MA, Heinemann LA, Spitzer WO, et al. The use of oral contraceptives and the occurrence of acute myocardial infarction in young women. Results from the Transnational Study on Oral Contraceptives and the Health of Young Women. Contraception. 1997;56(3):129-40. PMID: 9347202.

66. Lewis MA, MacRae KD, Kuhl-Habichl D, et al. The differential risk of oral contraceptives: the impact of full exposure history. Hum Reprod. 1999;14(6):1493-9. PMID: 10359554.

67. Suissa S, Blais L, Spitzer WO, et al. First-time use of newer oral contraceptives and the risk of venous thromboembolism. Contraception. 1997;56(3):141-6. PMID: 9347203.

68. Spitzer WO, Lewis MA, Heinemann LA, et al. Third generation oral contraceptives and risk of venous thromboembolic disorders: an international case-control study. Transnational Research Group on Oral Contraceptives and the Health of Young Women. BMJ. 1996;312(7023):83-8. PMID: 8555935.

69. Suissa S, Spitzer WO, Rainville B, et al. Recurrent use of newer oral contraceptives and the risk of venous thromboembolism. Hum Reprod. 2000;15(4):817-21. PMID: 10739826.

70. Figueiredo JC, Bernstein L, Capanu M, et al. Oral contraceptives, postmenopausal hormones, and risk of asynchronous bilateral breast cancer: the WECARE Study Group. J Clin Oncol. 2008;26(9):1411-8. PMID: 18250348.

71. Figueiredo JC, Haile RW, Bernstein L, et al. Oral contraceptives and postmenopausal hormones and risk of contralateral breast cancer among BRCA1 and BRCA2 mutation carriers and noncarriers: the WECARE Study. Breast Cancer Res Treat. 2010;120(1):175-83. PMID: 19597986.

72. Folger SG, Marchbanks PA, McDonald JA, et al. Risk of breast cancer associated with short-term use of oral contraceptives. Cancer Causes Control. 2007;18(2):189-98. PMID: 17216547.

73. Ma H, Wang Y, Sullivan-Halley J, et al. Use of four biomarkers to evaluate the risk of breast cancer subtypes in the women's contraceptive and reproductive experiences study. Cancer Res. 2010;70(2):575-87. PMID: 20068186.

74. Marchbanks PA, McDonald JA, Wilson HG, et al. Oral contraceptives and the risk of breast cancer. N Engl J Med. 2002;346(26):2025-32. PMID: 12087137.

75. Marchbanks PA, McDonald JA, Wilson HG, et al. The NICHD Women's Contraceptive and Reproductive Experiences Study: methods and operational results. Ann Epidemiol. 2002;12(4):213-21. PMID: 11988408.

76. Norman SA, Berlin JA, Weber AL, et al. Combined effect of oral contraceptive use and hormone replacement therapy on breast cancer risk in postmenopausal women. Cancer Causes Control. 2003;14(10):933-43. PMID: 14750532.

00803617

Exhibit 163                                                                                                    JA-0003159

77.  Marchbanks PA, Curtis KM, Mandel MG, et al. Oral contraceptive formulation and risk of breast cancer. Contraception. 2012;85(4):342-350. PMID: 2012157299.

78.  Lu Y, Ma H, Malone KE, et al. Oral contraceptive use and survival in women with invasive breast cancer. Cancer Epidemiol Biomarkers Prev. 2011;20(7):1391-7. PMID: 21551244.

79.  Lee E, Ma H, McKean-Cowdin R, et al. Effect of reproductive factors and oral contraceptives on breast cancer risk in BRCA1/2 mutation carriers and noncarriers: results from a population-based study. Cancer Epidemiol Biomarkers Prev. 2008;17(11):3170-8. PMID: 18990759.

80.  Ma H, Bernstein L, Ross RK, et al. Hormone-related risk factors for breast cancer in women under age 50 years by estrogen and progesterone receptor status: Results from a case-control and a case-case comparison. Breast Cancer Research. 2006;8(4). PMID:

81.  Anonymous. Venous thromboembolic disease and combined oral contraceptives: results of international multicentre case-control study. World Health Organization Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Lancet. 1995;346(8990):1575-82. PMID: 7500748.

82.  Anonymous. A multinational case-control study of cardiovascular disease and steroid hormone contraceptives. Description and validation of methods. World Health Organization Collaborative Study of Cardiovascular and Steroid Hormone Contraception. J Clin Epidemiol. 1995;48(12):1513-47. PMID: 8543965.

83.  Anonymous. Effect of different progestagens in low oestrogen oral contraceptives on venous thromboembolic disease. World Health Organization Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Lancet. 1995;346(8990):1582-8. PMID: 7500749.

84.  Anonymous. Ischaemic stroke and combined oral contraceptives: results of an international, multicentre, case-control study. WHO Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Lancet. 1996;348(9026):498-505. PMID: 8757151.

85.  Anonymous. Haemorrhagic stroke, overall stroke risk, and combined oral contraceptives: results of an international, multicentre, case-control study. WHO Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Lancet. 1996;348(9026):505-10. PMID: 8757152.

86.  Anonymous. Acute myocardial infarction and combined oral contraceptives: results of an international multicentre case-control study. WHO Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Lancet. 1997;349(9060):1202-9. PMID: 9130941.

87.  Anonymous. Cardiovascular disease and use of oral and injectable progestogen-only contraceptives and combined injectable contraceptives. Results of an international, multicenter, case-control study. World Health Organization Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Contraception. 1998;57(5):315-24. PMID: 9673838.

88.  Chang CL, Donaghy M, Poulter N. Migraine and stroke in young women: case-control study. The World Health Organisation Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. BMJ. 1999;318(7175):13-8. PMID: 9872876.

89.  Rosenblatt KA, Thomas DB, Noonan EA. High-dose and low-dose combined oral contraceptives: protection against epithelial ovarian cancer and the length of the protective effect. The WHO Collaborative Study of Neoplasia and Steroid Contraceptives. Eur J Cancer. 1992;28A(11):1872-6. PMID: 1389530.

90.  Thomas DB. The WHO Collaborative Study of Neoplasia and Steroid Contraceptives: the influence of combined oral contraceptives on risk of neoplasms in developing and developed countries. Contraception. 1991;43(6):695-710. PMID: 1868738.

91.  Althuis MD, Brogan DR, Coates RJ, et al. Hormonal content and potency of oral contraceptives and breast cancer risk among young women. Br J Cancer. 2003;88(1):50-7. PMID: 12556959.

92.  Brinton LA, Daling JR, Liff JM, et al. Oral contraceptives and breast cancer risk among younger women. J Natl Cancer Inst. 1995;87(11):827-35. PMID: 7791232.

93.  Althuis MD, Brogan DD, Coates RJ, et al. Breast cancers among very young

Exhibit 163

00803618

JA-0003160

premenopausal women (United States). Cancer Causes Control. 2003;14(2):151-60. PMID: 12749720.

94.  Badawy YA, Bayoumi DM. An epidemiologic study of ovarian cancer. Part 11: Oral contraceptive use and menstrual events. J Egypt Public Health Assoc. 1992;67(5-6):579-91. PMID: 1294683.

95.  Badawy YA, Bayoumi DM. An epidemiologic study of ovarian cancer. Part 1: Reproductive and social factors. J Egypt Public Health Assoc. 1992;67(3-4):465-77. PMID: 1296973.

96.  Chiaffarino F, Pelucchi C, Parazzini F, et al. Reproductive and hormonal factors and ovarian cancer. Ann Oncol. 2001;12(3):337-41. PMID: 11332145.

97.  Tavani A, Bosetti C, Dal Maso L, et al. Influence of selected hormonal and lifestyle factors on familial propensity to ovarian cancer. Gynecol Oncol. 2004;92(3):922-6. PMID: 14984961.

98.  Jick H, Kaye JA, Vasilakis-Scaramozza C, et al. Risk of venous thromboembolism among users of third generation oral contraceptives compared with users of oral contraceptives with levonorgestrel before and after 1995: cohort and case-control analysis. BMJ. 2000;321(7270):1190-5. PMID: 11073511.

99.  Jick H, Jick SS, Gurewich V, et al. Risk of idiopathic cardiovascular death and nonfatal venous thromboembolism in women using oral contraceptives with differing progestagen components. Lancet. 1995;346(8990):1589-93. PMID: 7500750.

100. Farmer RD, Lawrenson RA, Todd JC, et al. A comparison of the risks of venous thromboembolic disease in association with different combined oral contraceptives. Br J Clin Pharmacol. 2000;49(6):580-90. PMID: 10848722.

101. Le Gal G, Kovacs MJ, Carrier M, et al. Risk of recurrent venous thromboembolism after a first oestrogen-associated episode. Data from the REVERSE cohort study. Thromb Haemost. 2010;104(3):498-503. PMID: 20539910.

102. Rodger MA, Kahn SR, Wells PS, et al. Identifying unprovoked thromboembolism patients at low risk for recurrence who can discontinue anticoagulant therapy. CMAJ. 2008;179(5):417-26. PMID: 18725614.

103. Legnani C, Palareti G, Guazzaloca G, et al. Venous thromboembolism in young women; role of thrombophilic mutations and oral contraceptive use. Eur Heart J. 2002;23(12):984-90. PMID: 12069454.

104. Legnani C, Cini M, Cosmi B, et al. Risk of deep vein thrombosis: interaction between oral contraceptives and high factor VIII levels. Haematologica. 2004;89(11):1347-51. PMID: 15531457.

105. Lidegaard O, Lokkegaard E, Jensen A, et al. Thrombotic stroke and myocardial infarction with hormonal contraception. N Engl J Med. 2012;366(24):2257-66. PMID: 22693997.

106. Lidegaard O, Kreiner S. Contraceptives and cerebral thrombosis: a five-year national case-control study. Contraception. 2002;65(3):197-205. PMID: 11929641.

107. Lidegaard O, Kreiner S. Cerebral thrombosis and oral contraceptives. A case-control study. Contraception. 1998;57(5):303-14. PMID: 9673837.

108. Lidegaard O, Nielsen LH, Skovlund CW, et al. Risk of venous thromboembolism from use of oral contraceptives containing different progestogens and oestrogen doses: Danish cohort study, 2001-9. BMJ. 2011;343:d6423. PMID: 22027398.

109. Lidegaard O, Lokkegaard E, Svendsen AL, et al. Hormonal contraception and risk of venous thromboembolism: national follow-up study. BMJ. 2009;339:b2890. PMID: 19679613.

110. Lidegaard O, Edstrom B, Kreiner S. Oral contraceptives and venous thromboembolism: a five-year national case-control study. Contraception. 2002;65(3):187-96. PMID: 11929640.

111. Lidegaard O, Edstrom B, Kreiner S. Oral contraceptives and venous thromboembolism. A case-control study. Contraception. 1998;57(5):291-301. PMID: 9673836.

112. Lidegaard O. Thrombotic diseases in young women and the influence of oral contraceptives. Am J Obstet Gynecol. 1998;179(3 Pt 2):S62-7. PMID: 9753312.

113. Lidegaard O. Smoking and use of oral contraceptives: impact on thrombotic diseases. Am J Obstet Gynecol. 1999;180(6 Pt 2):S357-63. PMID: 10368521.

00803619

Exhibit 163                                                                                          JA-0003161

114. Lidegaard O. Oral contraceptives, pregnancy and the risk of cerebral thromboembolism: the influence of diabetes, hypertension, migraine and previous thrombotic disease. Br J Obstet Gynaecol. 1995;102(2):153-9. PMID: 7756208.

115. Newcomer LM, Newcomb PA, Trentham-Dietz A, et al. Oral contraceptive use and risk of breast cancer by histologic type. Int J Cancer. 2003;106(6):961-4. PMID: 12918077.

116. Newcomb PA, Storer BE, Longnecker MP, et al. Lactation and a reduced risk of premenopausal breast cancer. N Engl J Med. 1994;330(2):81-7. PMID: 8259187.

117. Parazzini F, La Vecchia C, Negri E, et al. Oral contraceptive use and the risk of ovarian cancer: an Italian case-control study. Eur J Cancer. 1991;27(5):594-8. PMID: 1828969.

118. Parazzini F, Chatenoud L, Chiantera V, et al. Population attributable risk for ovarian cancer. Eur J Cancer. 2000;36(4):520-4. PMID: 10717530.

119. Tavani A, Ricci E, La Vecchia C, et al. Influence of menstrual and reproductive factors on ovarian cancer risk in women with and without family history of breast or ovarian cancer. Int J Epidemiol. 2000;29(5):799-802. PMID: 11034959.

120. Riman T, Dickman PW, Nilsson S, et al. Risk factors for epithelial borderline ovarian tumors: results of a Swedish case-control study. Gynecol Oncol. 2001;83(3):575-85. PMID: 11733975.

121. Riman T, Dickman PW, Nilsson S, et al. Risk factors for invasive epithelial ovarian cancer: results from a Swedish case-control study. Am J Epidemiol. 2002;156(4):363-73. PMID: 12181107.

122. Risch HA, Marrett LD, Jain M, et al. Differences in risk factors for epithelial ovarian cancer by histologic type. Results of a case-control study. Am J Epidemiol. 1996;144(4):363-72. PMID: 8712193.

123. Risch HA, Marrett LD, Howe GR. Parity, contraception, infertility, and the risk of epithelial ovarian cancer. Am J Epidemiol. 1994;140(7):585-97. PMID: 7942759.

124. Risch HA, Jain M, Marrett LD, et al. Dietary lactose intake, lactose intolerance, and the risk of epithelial ovarian cancer in southern Ontario (Canada). Cancer Causes Control. 1994;5(6):540-8. PMID: 7827241.

125. Sanderson M, Williams MA, Weiss NS, et al. Oral contraceptives and epithelial ovarian cancer. Does dose matter? J Reprod Med. 2000;45(9):720-6. PMID: 11027080.

126. Wittenberg J, Cook LS, Rossing MA, et al. Reproductive risk factors for mucinous and non-mucinous epithelial ovarian cancer. Epidemiology. 1999;10(6):761-3. PMID: 10535792.

127. Nagle CM, Bain CJ, Green AC, et al. The influence of reproductive and hormonal factors on ovarian cancer survival. Int J Gynecol Cancer. 2008;18(3):407-13. PMID: 17645507.

128. Siskind V, Green A, Bain C, et al. Beyond ovulation: oral contraceptives and epithelial ovarian cancer. Epidemiology. 2000;11(2):106-10. PMID: 11021605.

129. Purdie DM, Siskind V, Bain CJ, et al. Reproduction-related risk factors for mucinous and nonmucinous epithelial ovarian cancer. Am J Epidemiol. 2001;153(9):860-4. PMID: 11323316.

130. Tryggvadottir L, Tulinius H, Eyfjord JE, et al. Breast cancer risk factors and age at diagnosis: an Icelandic cohort study. Int J Cancer. 2002;98(4):604-8. PMID: 11920622.

131. Tryggvadottir L, Tulinius H, Eyfjord JE, et al. Breastfeeding and reduced risk of breast cancer in an Icelandic cohort study. Am J Epidemiol. 2001;154(1):37-42. PMID: 11427403.

132. Lurie G, Thompson P, McDuffie KE, et al. Association of estrogen and progestin potency of oral contraceptives with ovarian carcinoma risk. Obstet Gynecol. 2007;109(3):597-607. PMID: 17329510.

133. Goodman MT, Ferrell R, McDuffie K, et al. Calcitonin gene polymorphism CALCA-624 (T/C) and ovarian cancer. Environ Mol Mutagen. 2005;46(1):53-8. PMID: 15880427.

134. Goodman MT, Wu AH, Tung KH, et al. Association of galactose-1-phosphate uridyltransferase activity and N314D genotype with the risk of ovarian cancer. Am J Epidemiol. 2002;156(8):693-701. PMID: 12370157.

135. Lurie G, Wilkens LR, Thompson PJ, et al. Combined oral contraceptive use and epithelial

00803620

Exhibit 163

JA-0003162

ovarian cancer risk: time-related effects. Epidemiology. 2008;19(2):237–43. PMID: 18223481.

136.  Tung KH, Goodman MT, Wu AH, et al. Reproductive factors and epithelial ovarian cancer risk by histologic type: a multiethnic case-control study. Am J Epidemiol. 2003;158(7):629-38. PMID: 14507598.

137.  Tung KH, Wilkens LR, Wu AH, et al. Effect of anovulation factors on pre- and postmenopausal ovarian cancer risk: revisiting the incessant ovulation hypothesis. Am J Epidemiol. 2005;161(4):321-9. PMID: 15692075.

138.  van Vlijmen EF, Brouwer JL, Veeger NJ, et al. Oral contraceptives and the absolute risk of venous thromboembolism in women with single or multiple thrombophilic defects: results from a retrospective family cohort study. Arch Intern Med. 2007;167(3):282-9. PMID: 17296885.

139.  Brouwer JL, Veeger NJ, Kluin-Nelemans HC, et al. The pathogenesis of venous thromboembolism: evidence for multiple interrelated causes. Ann Intern Med. 2006;145(11):807-15. PMID: 17146065.

140.  Wang C, Li Y, Li H, et al. Increased risk of stroke in oral contraceptive users carried replicated genetic variants: a population-based case-control study in China. Hum Genet. 2012. PMID: 22476622.

141.  Li Y, Zhou L, Coulter D, et al. Prospective cohort study of the association between use of low-dose oral contraceptives and stroke in Chinese women. Pharmacoepidemiol Drug Saf. 2006;15(10):726-34. PMID: 16761299.

142.  Li Y, Chen F, Zhou L, et al. COC use, ACE/AGT gene polymorphisms, and risk of stroke. Pharmacogenet Genomics. 2010;20(5):298-306. PMID: 20300047.

00803621

Exhibit 163

JA-0003163