

Contraception 73 (2006) 179–188

Contraception

Review article

# Combined oral contraceptive use among women with hypertension: a systematic review

Kathryn M. Curtis[a,*], Anshu P. Mohllajee[a], Summer L. Martins[a], Herbert B. Peterson[b,c]

[a]WHO Collaborating Center in Reproductive Health, Division of Reproductive Health, Centers for Disease Control and Prevention, Atlanta, GA 30341, USA
[b]Department of Maternal and Child Health, School of Public Health, University of North Carolina at Chapel Hill, Chapel Hill, NC 27599, USA
[c]Department of Obstetrics and Gynecology, School of Medicine, University of North Carolina at Chapel Hill, Chapel Hill, NC 27599, USA

Received 27 July 2005; accepted 11 August 2005

## Abstract

Women with hypertension are at increased risk for cardiovascular events. Combined oral contraceptive (COC) use, even among low-dose users, has been associated with a small excess risk for cardiovascular events among healthy women. In this systematic review, we examined cardiovascular risks among COC users with hypertension. After searching MEDLINE for all articles published from 1966 through February 2005 relevant to COC use, hypertension and cardiovascular disease, we identified 25 articles for this review. Overall, these studies showed that hypertensive COC users were at higher risk for stroke and acute myocardial infarction (AMI) than hypertensive non-COC users, but that they were not at higher risk for venous thromboembolism (VTE). Women who did not have their blood pressure measured before initiating COC use were at higher risk for ischemic stroke and AMI, but not for hemorrhagic stroke or VTE, than COC users who did not have their blood pressure measured.
© 2006 Elsevier Inc. All rights reserved.

*Keywords:* Combined oral contraceptives; Hypertension; Stroke; Myocardial infarction; Venous thromboembolism; Systematic review

## 1. Introduction

Hypertension is a primary risk factor for stroke and other cardiovascular events. While rates of cardiovascular events among healthy women of reproductive age are very low, hypertension increases that risk substantially. It is estimated that approximately 1.7 cases of myocardial infarction and 34.1 strokes occur each year per 1 million normotensive women aged 30–34 years, and that the rates of these events among hypertensive women of the same age rise to 10.2 for myocardial infarction and 185.3 for stroke [1]. Combined oral contraceptive (COC) use, even among low-dose users, has been associated with a small excess risk for cardiovascular events among healthy women. To help determine the effects of COC use on risk for cardiovascular events among women with hypertension, we conducted a systematic review of studies that have examined cardiovascular risks among women with hypertension who use COCs, specifically the effects of COC use on blood pressure and development of peripheral arterial disease (PAD), acute myocardial infarctions (AMI), ischemic and hemorrhagic stroke, and venous thromboembolism (VTE).

We conducted this systematic review in preparation for an Expert Working Group of international family planning experts convened by the World Health Organization (WHO) in October 2003 to develop and revise medical eligibility criteria for contraceptive use. In this report, we provide the evidence obtained through our systematic review regarding COC use among women with hypertension, as well as the WHO recommendations that were derived in part from this evidence. This review also includes evidence identified since the 2003 meeting through February 2005.

## 2. Materials and methods

We searched MEDLINE for all relevant articles published from 1966 through February 2005 using the following search strategy: [(exp Contraceptives, Oral/ or oral contracept:) and (hypertension or blood pressure)] and (stroke. or exp Cerebrovascular Accident/ or exp Myocardial Infarction/ or pulmonary embolism/ or exp thromboembolism/ or exp venous thrombosis/ or thromboembolism or exp Peripheral

* Corresponding author. Tel.: +1 770 488 6397; fax: +1 770 488 6391.
E-mail address: kmc6@cdc.gov (K.M. Curtis).

0010-7824/$ – see front matter © 2006 Elsevier Inc. All rights reserved.
doi:10.1016/j.contraception.2005.08.005

Exhibit 169

00803800

JA-0003342

180

Table 1
Studies of oral contraceptive use, hypertension and cardiovascular events

| Author, year | Study setting | No. of cases/controls (control type) | Results | | Adjustments | Weaknesses | Quality |
|---|---|---|---|---|---|---|---|
| *Hypertensive disorders* | | | | | | | |
| Narkiewicz et al., 1995 [4] | Europe | Cross-sectional study 94 women with mild hypertension | Daytime and nighttime systolic blood pressure was significantly higher in COC users (mean difference of 8.3 and 6.1 mm Hg, respectively); differences in diastolic pressure were not significant | | Age, body mass index, duration of COC use, smoking | Cross-sectional design | Very low |
| Lubianca et al., 2003 [5] | Brazil, 1989–1997 | Cross-sectional study 171 hypertensive women using COCs, other method users, non-method users | COC users had significantly higher diastolic blood pressure than the other two groups (100.3 vs. 93.0 and 93.5 mm Hg, respectively), had higher % of women with uncontrolled hypertension (83.3% vs. 65.4% and 68.4%, respectively), and had a higher % classified at stage 2 and 3 hypertension (21.2% vs. 19.2% and 12.7%, respectively) | | Age, body mass index, use of antihypertensive drugs | Cross-sectional design | Very low |
| Van Den Bosch et al. 2003 [6] | Netherlands, RATIO Study, 1990–1995 | 152/925 (P) | ORs for PAD<br>No HTN/no OC<br>No HTN/OC use<br>HTN/no OC use<br>HTN/OC use | 1.0 (referent)<br>4.7 (2.8–7.8)<br>4.9 (2.5–9.5)<br>8.8 (3.9–19.8) | Age, residence, calendar year | Selection bias — OC users more likely to be diagnosed with PAD | Low |
| *Myocardial infarction* | | | | | | | |
| Croft and Hannaford, 1989 [7] | United Kingdom, Royal College of General Practitioners Study, nested case-control 1968–1987 | 158/158 (population controls) | No HTN/no OC<br>No HTN/OC use<br>HTN/no OC use<br>HTN/OC use | 1.0 (referent)<br>2.0 (1.1–3.9)<br>5.4 (2.6–11.2)<br>7.7 (1.2–49.2) | Age | Unclear if authors adjusted for other potential confounders No specified diagnostic criteria | Intermediate |
| D'Avanzo et al., 1994 [8] | Italy, 1983–1992 | 251/475 (hospital controls) | OR 28.4 (6.7–120.1) for OC use/hypertension compared to never use/normotensive | | Not stated | Unclear if authors adjusted for potential confounders Validation of cases not described | Low |
| WHO, 1997 [9] | Developing countries, 1989–1995 | 170/461 (hospital controls) | No HTN/no OC<br>No HTN/OC use<br>HTN/no OC use<br>HTN/OC use<br>Blood pressure check<br>No blood pressure check | 1.0 (referent)<br>3.66 (1.81–7.39)<br>9.52 (4.90–18.5)<br>15.3 (3.27–71.6)<br>3.48 (1.39–8.70)<br>6.04 (2.77–13.2) | Abnormal blood lipids, diabetes, history of hypertension in pregnancy, smoking | Self-reported hypertension Possible recall bias (OC use) | Intermediate |
| WHO, 1997 [9] | European countries, 1989–1995 | 205/472 (hospital controls) | No HTN/no OC<br>No HTN/OC use<br>HTN/no OC use<br>HTN/OC use<br>Blood pressure check<br>No blood pressure check | 1.0 (referent)<br>3.85 (1.88–7.89)<br>5.43 (2.39–12.4)<br>68.1 (6.18–751)<br>2.60 (1.15–5.89)<br>9.47 (3.72–24.1) | Abnormal blood lipids, BMI, diabetes, history of hypertension in pregnancy, smoking | Self-reported hypertension Possible recall bias (OC use) | Intermediate |

K.M. Curtis et al. / Contraception 73 (2006) 179–188

00803801

Exhibit 169

JA-0003343

| Study | Location, years | Cases/controls | Measure | OR (95% CI) | Adjustments | Comments | Quality |
|---|---|---|---|---|---|---|---|
| Lewis et al., 1997 [10] | Europe, Transnational Study, 1993–1996 | 182/635 (hospital and population controls) | OR for OC use<br>OR for HTN<br>No interaction<br>Blood pressure check<br>No blood pressure check | 2.26 (1.32–3.86)<br>3.31 (1.74–6.31)<br><br>1.07 (0.66–1.74)<br>2.76 (1.36–5.61) | Age, study center, parity, smoking, hypercholesterol, diabetes, body mass index, family history of AMI, study year | Self-reported hypertension<br>Possible recall bias (COC use) | Intermediate |
| Dunn et al., 1999 [11] | UK, MICA Study, 1993–1995 | 448/1728 (clinic controls) | OR for OC use<br>OR for HTN<br>Blood pressure check | 1.40 (0.78–2.52)<br>4.23 (3.03–5.89)<br>2.07 (0.81–5.30) | Smoking, diabetes, family history, drugs taken in past year, body mass index, history of hypertension, history of angina, whether blood pressure taken | Self-reported hypertension<br>Possible recall bias (OC use) | Intermediate |
| Tanis et al., 2001 [12] | Netherlands, RATIO Study, 1990–1995 | 248/925 (population controls) | No HTN/no OC<br>No HTN/OC use<br>HTN/no OC use<br>HTN/OC use | 1.0 (referent)<br>2.1 (1.5–3.1)<br>5.1 (2.9–8.8)<br>6.1 (3.1–12.1) | Age, area of residence, calendar year | Self-reported hypertension<br>Possible recall bias (OC use) | Intermediate |
| *Hemorrhagic stroke* | | | | | | | |
| Collaborative Group, 1975 [13] | US | 185/342 (hospital controls) | No HTN/no OC<br>No HTN/OC use<br>HTN/no OC use<br>HTN/OC use | 1.0 (referent)<br>1.8 (0.8–4.4)<br>Borderline HTN 2.2 (1.1–4.3)<br>Moderate HTN 5.0 (2.5–9.9)<br>Severe HTN 21.6 (11.1–42.3)<br>Borderline HTN 2.8 (1.0–7.9)<br>Moderate HTN 8.4 (3.0–23.1)<br>Severe HTN 25.7 (9.4–70.7) | Age, race | Did not assess confounding of factors other than age and race<br>Hospital controls | Low |
| WHO, 1996 [14] | Developing countries, 1989–1993 | 815/2265 (hospital controls) | No HTN/no OC<br>No HTN/OC use<br>HTN/no OC use<br>HTN/OC use | 1.0 (referent)<br>1.43 (1.06–1.93)<br>9.41 (7.08–12.5)<br>14.3 (6.72–30.4)<br>ORs not affected by whether OC users had a blood pressure check or not | Age, smoking | Self-reported hypertension<br>Possible recall bias (OC use) | Intermediate |
| WHO, 1996 [14] | European countries, 1989–1993 | 246/643 (hospital controls) | No HTN/no OC<br>No HTN/OC use<br>HTN/no OC use<br>HTN/OC use | 1.0 (referent)<br>1.05 (0.61–1.80)<br>4.94 (2.98–8.19)<br>10.3 (3.27–32.3)<br>ORs not affected by whether OC users had a blood pressure check or not | Age, smoking | Self-reported hypertension<br>Possible recall bias (OC use) | Intermediate |
| *Ischemic or thrombotic stroke and cerebrothromboembolic attack* | | | | | | | |
| Collaborative Group, 1975 [13] | US | 135/342 (hospital controls) | No HTN/no OC<br>No HTN/OC use<br>HTN/no OC use | 1.0 (referent)<br>3.1 (1.5–7.2)<br>Borderline HTN 1.3 (0.6–2.6)<br>Moderate HTN 3.6 (1.7–7.5)<br>Severe HTN 6.9 (3.3–14.5) | Age, race | Did not assess confounding of factors other than age and race<br>Hospital controls | Low |

(*continued on next page*)

00803802
Exhibit 169
JA-0003344

Table 1 (continued)

| Author, year | Study setting | No. of cases/controls (control type) | Results | | Adjustments | Weaknesses | Quality |
|---|---|---|---|---|---|---|---|
| *Ischemic or thrombotic stroke and cerebrothromboembolic attack* | | | | | | | |
| Collaborative Group, 1975 [13] | | | HTN/OC use | Borderline HTN 5.2 (2.3–12.0) Moderate HTN 8.9 (3.5–22.8) Severe HTN 13.6 (4.8–38.6) | | | |
| Lidegaard et al. 1993, 1995, 1996 [15–17] | Denmark, 1985–1989 | 497/1370 (population) | OR for HTN OR for COC No interaction; estimate of OR for HTN and COC ~5.6 | 3.1 (p<.001) 1.8 (1.1–2.9) | Age, education, smoking | Self-reported hypertension Possible recall bias (COC use) | Low |
| WHO, 1996 [18] | Developing countries, 1989–1993 | 553/1577 (hospital) | No HTN/no OC No HTN/OC use HTN/no OC use HTN/OC use Blood pressure check No blood pressure check | 1.0 (referent) 2.73 (1.97–3.77) 7.70 (5.36–11.0) 14.5 (5.36–39.0) 1.91 (1.19–3.06) 3.79 (2.56–5.59) | Age, rheumatic heart disease, smoking | Self-reported hypertension Possible recall bias (OC use) | Intermediate |
| WHO, 1996 [18] | European countries, 1989–1993 | 141/373 (hospital) | No HTN/no OC No HTN/OC use HTN/no OC use HTN/OC use Blood pressure check No blood pressure check | 1.0 (referent) 2.71 (1.47–4.99) 4.59 (2.39–8.82) 10.7 (2.04–56.6) 2.26 (1.12–4.55) 3.90 (1.83–8.33) | Age, parity, smoking | Self-reported hypertension Possible recall bias (OC use) | Intermediate |
| Heinemann et al., 1998 [19] | Europe, Transnational Study, 1993–1996 | 220/775 (hospital and population controls) | No HTN/no OC No HTN/OC use HTN/no OC use HTN/OC use Blood pressure check No blood pressure check | 1.0 (referent) 3.92 (2.24–6.97) 9.6 (3.25–30.57) 3.07 (0.85–11.05) 2nd generation 1.8 (1.0–3.0) 3rd generation 2.5 (1.4–4.4) 2nd generation 4.5 (2.1–9.6) 3rd generation 4.6 (2.0–10.9) | Abnormal blood lipids, age, body mass index, diabetes, hypertension in pregnancy, smoking | Self-report of hypertension Pooling of different control types in analysis Possible recall bias (OC use) | Intermediate |
| Lidegaard et al., 2002 [20] | Denmark, 1994–1998 | 626/4054 (population) | OR for 30–40 μg ethinyl estradiol COC use OR for HTN No interaction; estimated OR for HTN and COC ~8 | 1.6 (1.3–2.0) 5.0 (3.3–7.4) | Age, year, smoking, migraine, education | Self-reported hypertension Possible recall bias (OC use) | Low |

00803803

Exhibit 169

JA-0003345

| Study | Location/Study/Years | N | Comparison | OR (95% CI) | Adjustments | Limitations | Quality |
|---|---|---|---|---|---|---|---|
| Kemmeren et al., 2002 [21] | Netherlands, RATIO Study, 1990–1995 | 203/925 (population) | No HTN/no OC<br>No HTN/OC use<br>HTN/no OC use<br>HTN/OC use | 1.0 (referent)<br>2.7 (1.8–4.0)<br>6.8 (3.7–12.2)<br>7.6 (3.5–26.3) | Age, area of residence, calendar year | Self-report of hypertension<br>Possible recall bias (OC use) | Intermediate |
| Siritho et al., 2003 [22] | Australia, MERFS Study, 1984–1996 | 234/234 (population) | OR for OC use<br>OR for HTN<br>No interaction | 1.76 (0.86–3.61)<br>2.18 (1.22–3.91) | Smoking, alcohol use, exercise, cholesterol, history of myocardial infarction, history of transient ischemic attack, diabetes | Self-report of hypertension<br>Possible recall bias (OC use) | Intermediate |
| Nightingale and Farmer, 2004 [23] | United Kingdom, General Practice Research Database, 1992–1998 | 190/1129 (clinic controls), nested case-control study | OR for OC use<br>OR for HTN<br>No interaction | 2.30 (1.15–4.59)<br>4.61 (2.71–7.84) | Adjusted, but variables included were not specified | Lack of reporting of potential confounders | Intermediate |
| *All stroke* | | | | | | | |
| Hannaford et al., 1994 [24] | United Kingdom, Royal College of General Practitioners Study, 1968–1990 | 253/759 (population controls), nested case-control study | No HTN/no OC<br>No HTN/OC use<br>HTN/no OC use<br>HTN/OC use | 1.0 (referent)<br>1.6 (1.1–2.2)<br>4.9 (2.4–9.9)<br>4.8 (2.4–9.4) | Smoking and social class | | Intermediate |
| *Venous thromboembolism* | | | | | | | |
| WHO, 1997 [25] | 17 countries, 1989–1995 | 1143/2998 (hospital controls) | No consistent or important effect of hypertension on OC-associated risk of VT<br>History of HTN and VT<br>Europe<br>Developing countries<br>OC use and venous thromboembolism<br>Europe<br>Developing countries | <br><br><br>0.95 (0.56–1.62)<br>1.82 (1.25–2.65)<br><br>4.15 (3.09–5.57)<br>3.25 (2.59–4.08) | None for hypertension; OC use adjusted for history of hypertension in pregnancy | Self-report of hypertension<br>Possible recall bias OC use<br>No report of joint effects for hypertension and OC use | Intermediate |

HTN indicates hypertension.

00803804
Exhibit 169                                    JA-0003346

Vascular Diseases/). Articles in all languages were accepted. We also searched reference lists of identified articles and relevant review articles for additional citations of interest. We did not consider unpublished studies, abstracts of conference presentations or dissertations, nor did we contact the authors of individual articles.

### 2.1. Study selection

Our MEDLINE search identified 335 articles, from which we selected primary research articles that examined changes in blood pressure or development of PAD, or risk of AMI, ischemic or hemorrhagic stroke, or VTE among women with hypertension who also used COCs. We also selected articles that examined the association between having a blood pressure measurement prior to the initiation of COC use and risk for these outcomes. After excluding articles that did not examine simultaneously the effects of hypertension and COC use on women's risk for a cardiovascular event, we were left with 22 articles that described 13 studies, as well as 3 published meta-analyses. All studies described in the articles that we reviewed were observational; no randomized controlled trials were identified.

### 2.2. Study quality assessment and data synthesis

We summarized and systematically assessed the evidence through the use of standard abstract forms [2] and assessed the quality of each individual piece of evidence using a preliminary draft of a grading system developed by members of the Grades of Recommendation Assessment, Development, and Evaluation (GRADE) Working Group (Appendix A) [3].

A summary of all the studies reviewed is shown in Table 1. Some studies reported relative risks for cardiovascular events separately by hypertension and COC use and then commented on whether any interaction was observed between these two risk factors. Other studies reported directly on the joint effects of COC use and hypertension on the risk for cardiovascular events and gave odds ratios that compared risks among women in four groups: women with neither hypertension nor COC use, women with hypertension but no CDC use, women with COC use but no hypertension and women with both hypertension and COC use. In addition, some studies reported on the effects of blood pressure measurement prior to initiation of COC use.

## 3. Results

### 3.1. Hypertensive disorders

Two cross-sectional studies compared blood pressure levels among hypertensive women who were COC users with levels among hypertensive nonusers. In one study of 94 Italian women with mild hypertension (defined as supine diastolic blood pressure from 90 to 99 mm Hg), COC users (mean duration of use 3.0 years) were found to have significantly higher mean daytime and nighttime ambulatory systolic blood pressure values (mean 8.3 mm Hg higher for daytime and mean 6.1 mm Hg higher for nighttime) than nonusers, though the mean diastolic blood pressure values of the two groups did not differ significantly [4]. In the second study, 171 hypertensive women from a hypertension outpatient clinic in Brazil were divided into three groups: those using COCs, those using other contraceptive methods and those using no method [5]. COC users had significantly higher mean diastolic blood pressure than the other two groups (100.3 vs. 93.0 and 93.5 mm Hg, respectively), a higher prevalence of uncontrolled hypertension (83.3% vs. 65.4% and 68.4%, respectively) and a higher prevalence of severe hypertension, defined as systolic blood pressure of $\geq 160$ mm Hg or diastolic blood pressure $\geq 100$ mm Hg (21.2% vs. 19.2% and 12.7%, respectively). An additional study found that among 152 women aged 18–49 years with angiographically confirmed PAD and 925 population-based controls, the risk for PAD was increased nearly four times among COC users than nonusers (OR 3.8; 95% CI 2.4–5.8) [6]. The odds ratio for PAD both among normotensive COC users and among hypertensive non-COC users was approximately 5, and the odds ratio among hypertensive COC users was 8.8 (95% CI 3.9–19.8), compared with normotensive non-COC users. Though the authors did not estimate absolute risks for PAD, they stated that PAD is rare in young women.

### 3.2. Acute myocardial infarction

We identified four case-control studies that reported on the risk for AMI associated with COC use and hypertension [7–9,12]. All of these studies reported statistically significantly higher risks for AMI among hypertensive COC users than among normotensive nonusers, with odds ratios ranging from 6 to 68 [7–9,12]. Two of these four studies reported little difference in risk for AMI between hypertensive women who used COCs and hypertensive women who did not use COCs (ORs approximately 1.2–1.6) [7,12]. The WHO Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception showed that European COC users with a history of hypertension were 68.1 times more likely to have an AMI than were nonusers with no history of hypertension (95% CI 6.18–751), whereas non-COC users with a history of hypertension were only 5.43 times as likely to have an AMI as nonusers with no history of hypertension (95% CI 2.39–12.4) [9]. When examining the relative risk among women with hypertension, COC users with hypertension had approximately 12 times the risk of AMI as nonusers with hypertension. Among developing country participants in the WHO study, women with both COC use and hypertension had 15.3 times the risk of those with neither factor (95% CI 3.27–71.6), representing a 1.6-fold risk for COC users with hypertension compared with nonusers with hypertension.

Three studies examined the association between AMI risk and having a blood pressure measurement prior to initiating COC use. The odds ratios for COC use and AMI were

00803805

Exhibit 169    JA-0003347

generally higher among COC users who had not had their blood pressure checked (OR range 2.76–9.47; 95% CI range 1.36–24.1) than among COC users who had (OR range 1.07–3.48; 95% CI range 0.66–8.70) [9–11].

A meta-analysis of the relationship between COC use and risk for AMI [26] used data from four of the studies described above [7–9,12] and estimated that AMI risk among hypertensive COC users was 9.30 times (95% CI 1.83–53.53) that among nonusers without hypertension.

*3.3. Ischemic and hemorrhagic stroke*

We reviewed eight studies that examined the risk for ischemic stroke associated with COC use and hypertension [13,15–23]. Results showed that odds ratios for ischemic stroke among hypertensive COC users ranged from 3.1 to 14.5 compared with nonusers without hypertension. Most of the studies also found that hypertensive COC users had between 1.5 and 2 times the risk for stroke as hypertensive non-COC users [13,15–18,20–23]. However, the Transnational Study reported a higher risk of ischemic stroke for non-COC users with hypertension (OR 9.6, 95% CI 3.25–30.57) than for COC users with hypertension (OR 3.07 95% CI 0.85–11.05), when compared with nonusers without hypertension [19]. None of these studies reported a statistically significant interaction between COC use and hypertension upon the risk for ischemic stroke, nor did the reported odds ratios suggest such an effect.

Two studies examined COC use, hypertension and risk for hemorrhagic stroke [13,14]. Results from one study showed that non-COC users with severe hypertension had 21.6 times (95% CI 11.1–42.3) the risk for hemorrhagic stroke as normotensive nonusers, but that the addition of COC use only slightly increased the odds ratio (OR 25.6, 95% CI 9.4–70.7 for severe hypertension and COC use compared with no hypertension and no COC use) [13]. Results of the WHO study showed relatively large increases in risk for hemorrhagic stroke among COC users with hypertension than among nonusers without hypertension (OR 10.3, 95% CI 3.27–32.3 in Europe and OR 14.3, 95% CI 6.72–30.4 in developing countries) [14]. COC users with hypertension had about 2.1 times the risk of hemorrhagic stroke as non-COC users with hypertension for European participants, and 1.5 times the risk for participants in developing countries.

Results from the Royal College of General Practitioner's Study, which examined all stroke combined, showed no difference in risk for stroke between women with hypertension who used COCs and women with hypertension who did not, with the odd ratios for stroke in both groups five times that of nonusers without hypertension [24].

In two studies that examined the association between blood pressure screening and stroke risk among COC users, women who did not have their blood pressure checked prior to initiating COC use had about a 1.7- to 2.5-fold risk for ischemic stroke than women who did [18,19]. However, the odds ratios for hemorrhagic stroke among COC users were similar for those with and without a blood pressure measurement [14].

We also evaluated two published meta-analyses of the association between COC use and stroke risk [27,28]. The first focused on ischemic stroke and used data from 16 studies, three of which included information on hypertension. A pooled odds ratio derived from these three studies showed the overall risk for ischemic stroke among women with hypertension to be 1.73 times as high among COC users than among nonusers (95% CI 0.83–3.60). Analysis of data from five studies in the same meta-analysis showed that among women without hypertension, COC users had 2.47 times the risk for ischemic stroke of nonusers (95% CI 1.80–3.38). These findings are consistent with those of the individual studies described above, which generally do not suggest that COC use and hypertension act synergistically to increase risk of ischemic stroke. The second meta-analysis used data from 36 studies of COC use and all stroke, 12 of which included information on COC use among normotensive women and 5 of which included information on COC use among hypertensive women. Among hypertensive women, the pooled odds ratio for all stroke, comparing COC users with nonusers, was 9.82 (95% CI 6.97–13.84); for normotensive women, the corresponding pooled odds ratio was 2.06 (95% 1.46–2.92). These findings differ from those of the first meta-analysis, as well as from those of many of the individual studies, which do not suggest an interaction between hypertension and COC use on stroke risk.

*3.4. Venous thromboembolism*

While COC use by itself is a risk factor for VTE, results from the WHO Collaborative Study showed no effect of history of high blood pressure on the risk of VTE with COC use [25].

## 4. Discussion

In this review, we assessed 22 individual articles that described 13 studies of COC use and risk for cardiovascular events, as well as 3 meta-analyses. Evidence from two cross-sectional studies suggested that women with hypertension who use COCs may experience further increases in blood pressure; however, given the cross-sectional nature and the relatively small sample sizes involved, these studies were of "very low quality." Overall, the studies we examined showed that hypertensive COC users were at higher risk for AMI and stroke than hypertensive non-COC users, but not at higher risk for VTE. They also showed that women who did not have their blood pressure measured before initiating COCs were at higher risk for ischemic stroke and AMI than women who had a blood pressure measurement, but they were not at higher risk for hemorrhagic stroke or VTE. Most of these studies were well-conducted case-control studies of "intermediate quality" — most had adequate sample sizes, included validation of the

00803806

Exhibit 169                                                                    JA-0003348

cardiovascular event and controlled for appropriate confounders. However, most of them used study participants' self-reports of "history of hypertension" as the exposure measure, which may have led to some misclassification of exposure status. For the WHO study, history of hypertension was defined as ever having had high blood pressure, other than in pregnancy [18]. However, women meeting this criterion may have included those with past high blood pressure but currently normal levels and those with treated/controlled hypertension (normal blood pressure), as well as those whose blood pressure was actually high at the time of study. In addition, history of hypertension most likely means different things in the various countries and settings where these studies took place. Similarly, a "blood pressure check" before the current episode of COC use does not necessarily mean that the woman had normal blood pressure. However, in the WHO study, blood pressure measurements correlated well with source of COC supply in developing countries (i.e., women who received COCs from a clinical source were more likely to have had their blood pressure measured than women who received COCs from a nonclinical source) [18]. The source of women's COC supply was also correlated with their risk of experiencing a cardiovascular event [e.g., the odds ratios for AMI was 2.34 (95% CI 0.94–5.83) for women obtaining COCs from a clinical source and 7.90 (95% CI 3.58–17.4) from a nonclinical source] [9].

None of the studies examined risks for adverse events by blood pressure level. In general, however, the risk of stroke increases with increasing blood pressure. For example, the incidence of stroke has been shown to increase by 46% and the incidence of coronary heart disease by 29% for every 7.5-mm Hg increase in diastolic blood pressure [29]. A recent meta-analysis confirmed a direct and continuous relationship between blood pressure and the risk for death from cardiovascular-related causes at blood pressure levels down to at least 115/75 mm Hg [30]. Beginning at 115/75 mm Hg, cardiovascular disease risk doubles with every increase of 20/10 mm Hg. Because of this and similar reports, the Joint National Committee on Prevention, Detection, Evaluation, and Treatment of High Blood Pressure in the United States recently revised it guidance for hypertension prevention and management [31], and now suggests that individuals with a systolic level of 120–139 mm Hg or a diastolic level of 80–89 mm Hg be considered "pre-hypertensive" and be encouraged to make lifestyle modifications to reduce their risk for cardiovascular disease.

While data from the studies that we examined show that women with hypertension and those who use COCs are at elevated risk for cardiovascular events, these findings must be put into the context of the low absolute risk for AMI, stroke and VTE among women of reproductive age. Farley et al. [1] have estimated that for women aged 20–24, the rate of cardiovascular events is 312 per million woman-years for women with hypertension who use low-dose COCs and 134 among women with hypertension and no COC use; at ages 40–44, the estimates increase to 1213 and 529, respectively. Deaths from cardiovascular events among women with hypertension increased with COC use from 29.8 to 63.4 per million woman-years at ages 20–24 and from 130 to 306 at ages 40–44 [1].

In 2003, a WHO Expert Working Group evaluated the evidence contained in this systematic review to assess medical eligibility criteria for contraceptive use [32], with the exception of the study by Nightingale et al. [23], which was published in 2004. This group recommended that for women with a history of hypertension whose current blood pressure cannot be evaluated, for women with adequately controlled hypertension and for women with elevated blood pressure (140–159 mm Hg systolic or 90–99 mm Hg diastolic), the use of COCs is not usually recommended unless other more appropriate methods are not available or not acceptable (WHO Category 3). Women with blood pressure levels of >160 mm Hg systolic or >100 mm Hg diastolic and women with hypertension with vascular disease should not use COCs (WHO Category 4). The WHO recommendations also note that blood pressure must be evaluated using properly taken measurements and that a single reading of blood pressure is not sufficient to identify hypertension.

### Acknowledgments

This review was supported by resources from the World Health Organization, the US Centers for Disease Control and Prevention (CDC), US Agency for International Development (USAID) and the US National Institute of Child Health and Human Development (NICHD). We would also like to acknowledge the assistance of William Thomas, MLIS, Technical Information Specialist at CDC, in developing the literature search strategies.

The findings and conclusions in this report are those of the author(s) and do not necessarily represent the views of the funding agencies.

### Appendix A. Study quality assessment

*A.1. Individual study*

Each study was given a rating of very low, low, intermediate or high based on the interval validity of the study. If the study was indirect, the quality of the individual study was lowered by one level. If the study was direct, the quality of evidence was kept the same. Similarly, if there was sparseness of the data, the quality of the individual study was lowered by one level.

*A.2. Body of evidence*

The quality of the body of evidence was the highest rating given to an individual study. If the results were inconsistent, the quality of the body of the evidence was lowered by one level. If results were consistent, then the quality of the body of the evidence was left at the original level. Similarly, if there was reporting bias (publication

bias), then the quality of the body of evidence would be lowered by one level.

Quality of evidence across studies for each main outcome

| RCT | Quality of the evidence | Observational studies |
|---|---|---|
| No serious flaws in study quality | High | Extremely strong association and no threats to validity |
| Serious flaws in design or execution or quasi-experimental design | Intermediate | Strong, consistent association and no plausible confounders |
| Very serious flaws in design or execution | Low | No serious flaws in study quality |
| Very serious flaws and at least one other serious threat to validity | Very low | Serious flaws in design and execution |
| Additional factors that lower study quality are as follows: important inconsistency of results; some uncertainty about directness; high probability of reporting bias; and sparseness of data. Major uncertainty about directness can lower the quality by two levels | | |
| Additional factors that may increase quality of observational studies are as follows: all plausible residual confounding, if present, would reduce the observed effect; and evidence of a dose–response gradient | | |
| Adapted from: Judging Confidence: Guidelines for Grading Evidence and Recommendations. Grades of Recommendation Assessment, Development, and Evaluation (GRADE) Working Group. Draft, January 2003. | | |

## References

[1] Farley TMM, Collins J, Schlesselman JJ. Hormonal contraception and risk of cardiovascular disease An international perspective. Contraception 1998;57:211–30.
[2] Mohllajee AP, Curtis KM, Flanagan RG, Rinehart W, Gaffield ML, Peterson HB. Keeping up with evidence: a new system for WHO's evidence-based family planning guidance. Am J Prev Med 2005;28: 483–90.
[3] Grades of Recommendations, Assessment, Development, and Evaluation (GRADE) Working Group. Grading quality of evidence and strength of recommendations. BMJ 2004;328:1490–4.
[4] Narkiewicz K, Graniero GR, D'Este D, Mattarei M, Zonzin P, Palatini P. Ambulatory blood pressure in mild hypertensive women taking oral contraceptives. A case-control study. Am J Hypertens 1995;8:249–53.
[5] Lubianca JN, Faccin CS, Fuchs FD. Oral contraceptives: a risk factor for uncontrolled blood pressure among hypertensive women. Contraception 2003;67:19–24.
[6] Van Den Bosch MAAJ, Kemmeren JM, Tanis BC, et al. The RATIO study: oral contraceptives and the risk of peripheral arterial disease in young women. J Thromb Haemost 2003;1:439–44.
[7] Croft P, Hannaford PC. Risk factors for acute myocardial infarction in women: evidence from the Royal College of General Practitioners' oral contraception study. BMJ 1989;298:165–8.
[8] D'Avanzo B, La Vecchia C, Negri E, Parazzini F, Franceschi S. Oral contraceptive use and risk of myocardial infarction: an Italian case-control study. J Epidemiol Community Health 1994;48:324–5.
[9] WHO Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Acute myocardial infarction and combined oral contraceptives: results of an international multicentre case-control study. Lancet 1997;349:1202–9.
[10] Lewis MA, Heinemann LAJ, Spitzer WO, MacRae KD, Bruppacher R, for the Transnational Study on Oral Contraceptives and the Health of Young Women. The use of oral contraceptives and the occurrence of acute myocardial infarction in young women. Contraception 1997;56: 129–40.
[11] Dunn NR, Thorogood M, Faragher B, et al. Oral contraceptives and myocardial infarctions: results of the MICA case-controls study. BMJ 1999;318:1579–83.
[12] Tanis BC, Van Den Bosch MAAJ, Kemmeren JM, et al. Oral contraceptives and the risk of myocardial infarction. N Engl J Med 2001;345:1787–93.
[13] Collaborative Group for the Study of Stroke in Young Women. Oral contraceptives and stroke in young women: associated risk factors. JAMA 1975;231:718–22.
[14] WHO Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Haemorrhagic stroke, overall stroke risk, and combined oral contraceptives: results of an international, multicentre, case-control study. Lancet 1996;348:505–10.
[15] Lidegaard O. Oral contraception and risk of a cerebral thromboembolic attack: results of a case-control study. BMJ 1993;306:956–63.
[16] Lidegaard O. Oral contraceptives, pregnancy and the risk of cerebral thromboembolism: the influence of diabetes, hypertension, migraine and previous thrombotic disease. Br J Obstet Gynaecol 1995;102: 153–9.
[17] Lidegaard O. Oral contraceptives, pregnancy, and the risk of cerebral thromboembolism: the influence of diabetes, hypertension, migraine and previous thrombotic disease [Letter]. Br J Obstet Gynaecol 1996; 103:94.
[18] WHO Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Ischaemic stroke and combined oral contraceptives: results of an international, multicentre, case-control study. Lancet 1996;348:498–505.
[19] Heinemann LAJ, Lewis MA, Spitzer WO, Thorogood M, Guggenmoos-Holzmann I, Bruppacher R. Thromboembolic stroke in young women. A European case-control study on oral contraceptives. Transnational Research Group on Oral Contraceptives and the Health of Young Women. Contraception 1998;57:29–37.
[20] Lidegaard O, Kreiner S. Contraceptives and cerebral thrombosis: a five-year national case-control study. Contraception 2002;65:197–205.
[21] Kemmeren JM, Tanis BC, Van Den Bosch MA, et al. Risk of arterial thrombosis in relation to oral contraceptives (RATIO) study: oral contraceptives and the risk of ischemic stroke. Stroke 2002;33: 1202–8.
[22] Siritho S, Thrift AG, McNeil JJ, You RX, Davis SM, Donnan GA. Risk of ischemic stroke among users of the oral contraceptive pill: The Melbourne Risk Factor Study (MERFS) Group. Stroke 2003;34: 1575–80.
[23] Nightingale AL, Farmer RDT. Ischemic stroke in young women: a nested case-control study using the UK General Practice Research Database. Stroke 2004;35:1574–8.
[24] Hannaford PC, Croft PR, Kay CR. Oral contraception and stroke. Evidence from the Royal College of General Practitioners' Oral Contraception Study. Stroke 1994;25:935–42.
[25] World Health Organization Collaborative Study of Cardiovascular Disease and Steroid Hormone Contraception. Venous thromboembolic disease and combined oral contraceptives: results of international multicentre case-control study. Lancet 1995;346:1575–82.
[26] Khader YS, Rice J, John L, Abueita O. Oral contraceptives use and the risk of myocardial infarction: a meta-analysis. Contraception 2003;68:11–7.

[27] Gillum LA, Mamidipudi SK, Johnston SC. Ischemic stroke risk with oral contraceptives: a meta-analysis. JAMA 2000;284:72–8.

[28] Chan WS, Ray J, Wai EK, et al. Risk of stroke in women exposed to low-dose oral contraceptives: a critical evaluation of the evidence. Arch Intern Med 2004;164:741–7.

[29] Wolf PA. Prevention of stroke. Lancet 1998;352(Suppl 3):15–8.

[30] Lewington S, Clarke R, Qizilbash N, Peto R, Collins R. Age-specific relevance of usual blood pressure to vascular mortality: a meta-analysis of individual data for one million adults in 61 prospective studies. Lancet 2002;360:1903–13.

[31] Chobanian AV, Bakris GL, Black HR, et al. The seventh report of the Joint National Committee on Prevention, Detection, Evaluation, and Treatment of High Blood Pressure: the JNC 7 report. JAMA 2003;289:2560–72.

[32] World Health Organization. Medical eligibility criteria for contraceptive use. 3rd ed. Geneva: World Health Organization; 2004.

00803809

Exhibit 169

JA-0003351