IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA AND STATE OF NEW JERSEY,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, ALEX M. AZAR II, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, STEVEN T. MNUCHIN, UNITED STATES DEPARTMENT OF THE TREASURY, PATRICK PIZZELLA, THE UNITED STATES DEPARTMENT OF LABOR, AND THE UNITED STATES OF AMERICA,**<br><br>**Defendants,**<br><br>**LITTLE SISTERS OF THE POOR SAINTS PETER AND PAUL HOME,**<br><br>**Defendant-Intervenor.** | **CIVIL ACTION**<br><br>**NO. 17-4540** |

## O R D E R

**AND NOW**, this 8th day of March 2021 The Court, having considered the Federal Defendants' motion to stay proceedings in this case, hereby **GRANTS** the motion and **STAYS** the case until April 30, 2021. Federal Defendants shall file a status report on or before **April 30, 2021**.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**