THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA,<br><br>          Plaintiff,<br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*,<br><br>          Defendants. | Civil Action No. 2:17-cv-04540 (WB) |

**ORDER**

**AND NOW** this 3rd day of May, 2021, the Court, having considered the Federal Defendants' motion to stay proceedings in this case, **HEREBY GRANTS** the motion and **STAYS** the case until **July 30, 2021**. Federal Defendants shall file a status report on or before **July 30, 2021.**

BY THE COURT:

/S/WENDY BEETLESTONE, J.
HON. WENDY BEETLESTONE
United States District Judge