UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 2:17-cv-4540-WB<br><br>Hon. Wendy Beetlestone<br><br>**NOTICE OF APPEARANCE** |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE COURT:

Kindly enter the appearance of the undersigned on behalf of Plaintiff Church-State Scholars.

Dated: July 08, 2021

Respectfully submitted,

/s/ Joshua A. Matz
Joshua A. Matz\
Kaplan Hecker & Fink LLP
350 Fifth Avenue Suite 7110
New York, NY 10118