THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA,<br><br>  Plaintiff,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*,<br><br>  Defendants. | Civil Action No. 2:17-cv-04540 (WB) |

## ORDER

The Court, having considered the Federal Defendants' motion to stay proceedings in this case, hereby **GRANTS** the motion and **STAYS** the case. Federal Defendants shall file a status report on or before **October 29, 2021**, and every **90 days** thereafter.

IT IS SO ORDERED, this 2nd day of August 2021.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**HON. WENDY BEETLESTONE**
**United States District Judge**