IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*, | CIVIL ACTION |
| Plaintiffs, | |
| v. | NO. 17-4540 |
| JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*, | |
| Defendants, | |

**O R D E R**

AND NOW, this 3rd day of January 2022, **IT IS HEREBY ORDERED** that this matter shall remain **STAYED** and that the Clerk of Court shall place it into **SUSPENSE**. **IT IS FURTHER ORDERED** that Federal Defendants **SHALL FILE** a status report on or before **January 27, 2022**, and every **90 days** thereafter.

BY THE COURT:

/S/WENDY BEETLESTONE, J.

**WENDY BEETLESTONE, J.**