AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| Commonwealth of Pennsylvania, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 17-cv-04540-WB |
| President, United States, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Pennsylvania.

Date:   01/17/2023

/s/ Elizabeth Lester-Abdalla
*Attorney's signature*

Elizabeth Lester-Abdalla, PA Bar No. 327276
*Printed name and bar number*
Pennsylvania Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103

*Address*

elester-abdalla@attorneygeneral.gov
*E-mail address*

(215) 560-2980
*Telephone number*

(215) 560-2494
*FAX number*