UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN*, in his official capacity as President of the United States*, *et al.*, <br><br> Defendants. | No. 2:17-cv-04540-WB |

## NOTICE OF WITHDRAWAL OF APPEARANCE

To the Clerk:

Please withdraw the appearance of Michael J. Fischer of the Pennsylvania Office of Attorney General on behalf of plaintiff, the Commonwealth of Pennsylvania. Jacob B. Boyer and Elizabeth Lester-Abdalla of the Pennsylvania Office of Attorney General continue to represent the Commonwealth of Pennsylvania in this matter.

Dated: January 17, 2023

Respectfully submitted,

*/s/ Michael J. Fischer*
Michael J. Fischer (Pa. Bar. No. 322311)
Chief Counsel & Executive Deputy Attorney General
Jacob B. Boyer (Pa. Bar. No. 324396)
Elizabeth Lester-Abdalla (Pa. Bar. No. 327276)
Deputy Attorneys General
Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
(215) 560-2171
mfischer@attorneygeneral.gov
*Attorneys for Plaintiff Commonwealth of Pennsylvania*

## **CERTIFICATE OF SERVICE**

I, Michael J. Fischer, hereby certify that on January 17, 2023, I caused a copy of the foregoing to be electronically filed and served via the CM/ECF filing system. All participants in the case who are registered CM/ECF users will be served via the CM/ECF system.

*/s/ Michael J. Fischer*
Chief Counsel & Executive Deputy
Attorney General
