UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN*, in his official capacity as President of the United States*, *et al.*, <br><br> Defendants. | No. 2:17-cv-04540-WB |

## NOTICE OF WITHDRAWAL OF APPEARANCE

To the Clerk:

Please withdraw the appearance of Jacob B. Boyer of the Pennsylvania Office of Attorney General on behalf of plaintiff, the Commonwealth of Pennsylvania. Elizabeth Lester-Abdalla of the Pennsylvania Office of Attorney General continues to represent the Commonwealth of Pennsylvania in this matter.

Dated: January 25, 2023

Respectfully submitted,

*/s/ Jacob B. Boyer*
Jacob B. Boyer (Pa. Bar. No. 324396)
Elizabeth Lester-Abdalla (Pa. Bar. No. 327276)
Deputy Attorneys General
Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
(215) 528-4057
jboyer@attorneygeneral.gov
*Attorneys for Plaintiff Commonwealth of Pennsylvania*

## **CERTIFICATE OF SERVICE**

I, Jacob B. Boyer, hereby certify that on January 25, 2023, I caused a copy of the foregoing to be electronically filed and served via the CM/ECF filing system. All participants in the case who are registered CM/ECF users will be served via the CM/ECF system.

*/s/ Jacob B. Boyer*
Deputy Attorney General