# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA,<br><br>      Plaintiff,<br><br>v.<br><br>JOSEPH R. BIDEN, *in his official capacity as President of the United States*, et al.,<br><br>      Defendants. | **Case No. 2:17-cv-04540-WB** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that the appearance of Melina M. Meneguin Layerenza on behalf of amici curiae Planned Parenthood Federation of America, National Health Law Program, and National Family Planning and Reproductive Health Association is hereby WITHDRAWN, and you are respectfully requested to remove the undersigned from all service and notice lists.

PLEASE TAKE FURTHER NOTICE that amici curiae Planned Parenthood Federation of America, National Health Law Program, and National Family Planning and Reproductive Health Association will continue to be represented by the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP.

Dated: June 30, 2023
       New York, New York

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: */s/ Melina M. Meneguin Layerenza*
Melina M. Meneguin Layerenza*
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Fax: (212) 757-3990

* admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June 2023, a true and correct copy of the foregoing Notice of Withdrawal was filed with the Clerk of Court and served upon counsel of record via the Court's CM/ECF System.

*/s/ Melina M. Meneguin Layerenza*
Melina M. Meneguin Layerenza