# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania ▼

| | |
|---|---|
| Commonwealth of Pennsylvania, et al. ) <br> *Plaintiff* ) <br> v. ) <br> President, United States, et al. ) <br> *Defendant* ) | Case No.  17-cv-04540-WB |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Pennsylvania

Date:  01/03/2024

/s/ Jill M. Graziano
*Attorney's signature*

Jill M. Graziano, PA Bar No. 82725
*Printed name and bar number*
Pennsylvania Office of Attorney General
1000 Madison Ave., Suite 310
Norristown, PA 19403

*Address*

jgraziano@attorneygeneral.gov
*E-mail address*

(215) 534-6474
*Telephone number*

(610) 631-6593
*FAX number*