IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Commonwealth of Pennsylvania, et al. | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| President, United States, et al. | : | No.: 2:17-cv-04540-WB |
| | : | |

ORDER

AND NOW, this _____ day of _____ 20 24 , it is hereby

ORDERED that the application of  Andrew H. Yang_____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.[1]

☐   DENIED.

_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts.gov/nextgen-cmecf.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:17-cv-04540-WB

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, **Andrew H. Yang** the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $75.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| New Jersey | November 2013 | 066382013 |
| New York | January 2014 | 5199229 |
|  |  |  |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| D.N.J. | December 2013 | N/A |
| D.C. Circuit | June 2023 | 64636 |
| Third Circuit | July 2023 | N/A |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for **Andrew Yang** (Digitally signed by Andrew Yang, Date: 2024.01.04 15:16:29 -05'00')
(Applicant's Signature)

01/04/2024
(Date)

Name of Applicant's Firm: New Jersey Office of the Attorney General
Address: 124 Halsey Street, Newark, NJ 07101
Telephone Number: 973-648-4460
Email Address: andrew.yang@law.njoag.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/04/2024
(Date)

**Andrew Yang** (Digitally signed by Andrew Yang, Date: 2024.01.04 15:16:37 -05'00')
(Applicant's Signature)

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of <u>Andrew H. Yang</u> to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Elizabeth Lester-Abdalla | /s/ Elizabeth Lester-Abdalla | 11/08/2022 | 327276 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Pennsylvania Office of Attorney General

1600 Arch Street, Suite 300

Philadelphia, PA 19103; Tel: (215) 970-0933

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/04/2024                                     /s/ Elizabeth Lester-Abdalla
                    (Date)                                                          (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Commonwealth of Pennsylvania, et al. | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| President, United States, et al. | : | No.: 2:17-cv-04540-WB |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __Andrew H. Yang__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

With the clerk of the court using the CM/ECF system. I certify that all participants in the case are CM/ECF users and service will be accomplished by the CM/ECF system.

/s/ Elizabeth Lester-Abdalla
_____
(Signature of Attorney)

Elizabeth Lester-Abdalla
_____
(Name of Attorney)

Commonwealth of Pennsylvania
_____
(Name of Moving Party)

01/04/2024
_____
(Date)