# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*,<br><br>        Defendants. | Civil Action No. 2:17-cv-04540 (WB) |

## ENTRY OF APPEARANCE

The Clerk of the Court will please take notice that Daniel Riess will be entering an appearance in the above-captioned matter as additional counsel on behalf of the Federal Defendants. I am admitted or otherwise authorized to practice in this court.

DATED: January 8, 2024

Respectfully submitted,

BRIAN NETTER
Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Director, Federal Programs Branch

*/s/ Daniel Riess*
DANIEL RIESS
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 353-3098
E-mail: daniel.riess@usdoj.gov

*Counsel for Federal Defendant*s

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 8, 2024, I caused the foregoing Notice of Appearance to be filed with the Clerk of Court via CM/ECF.  Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

    */s/ Daniel Riess*