IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA, et al.,** | CIVIL ACTION |
| Plaintiffs, | |
| v. | NO. 17-4540 |
| **DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, et al.,** | |
| Defendants, | |
| **LITTLE SISTERS OF THE POOR SAINTS PETER AND PAUL HOME,** | |
| Defendant-Intervenor. | |

# O R D E R

**AND NOW**, this 9th day of January, 2024, upon consideration of the Parties' Motions for Summary Judgment (ECF Nos. 252, 254, 255), and with the consent of the Parties, **IT IS HEREBY ORDERED** that the Motions are **DENIED WITHOUT PREJUDICE**.

This matter shall remain **STAYED**, pursuant to the Court's Order dated January 3, 2022 (ECF No. 283).

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**