**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

COMMONWEALTH OF
PENNSYLVANIA,

                Plaintiff,

    v.

TRUMP et al,

              Defendants.

**Case No. 2:17-cv-04540-WB**

## <u>NOTICE OF WITHDRAWAL OF APPEARANCE</u>

    PLEASE TAKE NOTICE that the appearance of Allan J. Arffa on behalf of Amici Curiae Planned Parenthood Federation of America, National Health Law Program, and National Family Planning and Reproductive Health Association is hereby WITHDRAWN, and you are respectfully requested to remove the undersigned from all service and notice lists.

    PLEASE THAT FURTHER NOTICE THAT Carrie Y. Flaxman of Planned Parenthood Federation of America will continue to be attorney of record for Amici Curiae Planned Parenthood Federation of America, National Health Law Program, and National Family Planning and Reproductive Health Association.

Dated: January 23, 2024
       New York, New York

                    Respectfully submitted,

                    PAUL, WEISS, RIFKIND, WHARTON &
                    GARRISON LLP

                    By: <u>*/s/ Allan J. Arffa*</u>

                    Allan J. Arffa*

1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Fax: (212) 757-3990
aarffa@paulweiss.com

\* admitted *pro hac vice*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 23rd day of January, 2024, a true and correct copy of the foregoing Notice of Withdrawal was filed with the Clerk of Court and served upon counsel of record via the Court's CM/ECF System.

_/s/ Allan J. Arffa_
Allan J. Arffa