THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA<br><br>            Plaintiff,<br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*<br><br>            Defendants. | Civil Action No. 2:17-cv-4540 (WB) |

## NOTICE OF WITHDRAWAL

The Clerk of the Court will please take notice that Christopher R. Healy will be withdrawing from the above-captioned matter as counsel for Defendants, as he has left employment with the Justice Department. Defendants' other counsel shall remain on the case.

Dated: February 9, 2024

Respectfully Submitted,

*/s/ Christopher R. Healy*

Christopher R. Healy
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington DC 20005
202 514 8095
Christopher.Healy@usdoj.gov

1