IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Commonwealth of Pennsylvania,** : <br> **State of New Jersey,** : <br> : <br> **Plaintiffs,** : <br> : <br> v. : <br> : <br> **Joseph R. Biden, in his official** : <br> **capacity as President of the** : <br> **United States of America, et al.** : <br> : <br> **Defendants.** : | Civil Action No.   17-4540 |

## WITHDRAW OF APPEARANCE

Kindly withdraw the appearance of former Assistant United States Attorney Scott Webster Reid, with permission, from representing the federal defendants in the above captioned case.

                                                                    Respectfully submitted,

                                                                    JACQUELINE C. ROMERO
                                                                    United States Attorney

                                                                    /s/ *Susan R. Becker*
                                                                    Susan R. Becker
                                                                    Assistant United States Attorney
                                                                    U.S. Attorney's Office
                                                                    Eastern District of Pennsylvania
                                                                    615 Chestnut Street, Suite 1250
                                                                    Philadelphia, PA 19106
                                                                    Phone: (215) 861-8324
                                                                    Email: Susan.Becker@usdoj.gov

Dated:  February 12, 2024

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this day, a true and correct copy of the foregoing Withdraw of Appearance of former Assistant U.S. Attorney Scott Webster Reid, with permission, was filed electronically and is available for viewing and downloading from the ECF system.

Dated: February 12, 2024

                                                /s/ *Susan R. Becker*
                                                Susan R. Becker
                                                Assistant United States Attorney