IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Commonwealth of Pennsylvania,** **State of New Jersey,** | : : : |
| **Plaintiffs,** | : : |
| v. | : : Civil Action No.  17-4540 |
| **Joseph R. Biden, in his official capacity as President of the United States of America, et al.** | : : : : : |
| **Defendants.** | : |

### ENTRY OF APPEARANCE

Please enter the undersigned's appearance on behalf of the federal defendants, Joseph R. Biden, in his official capacity as President of the United States of America, Donald J. Wright, in his official capacity as Acting Secretary of Health and Human Service, United States Department of Health and Human Services, Steven T. Mnuchin, in his official capacity as Secretary of the Treasury, United States Department of the Treasury, Rene Alexander Acosta, in his official capacity as Secretary of Labor, United States Department of Labor, Alex M. Azar, II, in his official capacity as Secretary of Health and Human Services, and the United States of America in the above captioned case,

                Respectfully submitted,

                JACQUELINE C. ROMERO
                United States Attorney

                /s/ *Susan R. Becker*
                Susan R. Becker
                Assistant United States Attorney
                U.S. Attorney's Office
                Eastern District of Pennsylvania
                615 Chestnut Street, Suite 1250
                Philadelphia, PA 19106
                Phone: (215) 861-8324
                Email: Susan.Becker@usdoj.gov

Dated:  February 12, 2024

**CERTIFICATE OF SERVICE**

      I hereby certify that on this day, a true and correct copy of the foregoing Entry of Appearance of Assistant U.S. Attorney Susan R. Becker was filed electronically and is available for viewing and downloading from the ECF system.

Dated: February 12, 2024

/s/ *Susan R. Becker*
Susan R. Becker
Assistant United States Attorney