UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**JOSEPH R. BIDEN**,<br>*in his official capacity as President of the United States, et al.,*<br><br>Defendants | No. 2:17-cv-04540-WB |

## NOTICE OF WITHDRAWAL OF APPEARANCE

To the Clerk:

    Please withdraw the appearance of Aimee D. Thomson, Deputy General Counsel, on behalf of the plaintiff, the State of New Jersey.

Dated: February 21, 2024          Respectfully submitted,

                      By:    */s/ Aimee D. Thomson*
                               **AIMEE D. THOMSON**
                               Deputy General Counsel
                               Attorney ID No. 326328
                               **OFFICE OF GENERAL COUNSEL**
                               333 Market Street, 17th Floor
                               Harrisburg, PA 17101
                               Tel: (223) 234-4986
                               Fax: (717) 787-1788
                               Email:  aimeethomson@pa.gov

**CERTIFICATE OF SERVICE**

I, Aimee D. Thomson, hereby certify that on February 21, 2024 I caused a copy of the foregoing to be electronically filed and served via the CM/ECF filing system. All participants in the case who are registered CM/ECF users will be served via the CM/ECF system.

*/s/ Aimee D. Thomson*
**AIMEE D. THOMSON**
Deputy General Counsel