UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, et al, <br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, *in his official capacity as President of the United States, et al.*, <br> Defendants. | No. 2:17-cv-04540-WB |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Amal Bass of the Women's Law Project on behalf of *Amici Curiae* the Center for Reproductive Rights, et al. Susan Frietsche of the Women's Law Project continues to represent *Amici Curiae* the Center for Reproductive Rights, et al. in this matter.

Dated: August 29, 2024

Respectfully submitted,

/s/ *Amal Bass*
Amal Bass (Pa. Bar No. 202954)
WOMEN'S LAW PROJECT
125 S. 9th Street, Suite 300
Philadelphia, PA 19107
Telephone: 215-928-5772
Email: abass@womenslawproject.org
*Counsel for Amici*

**CERTIFICATE OF SERVICE**

I, Amal Bass, certify that on August 29, 2024, I caused a true and correct copy of the foregoing to be served upon all parties to this matter through the Court's CM/ECF system, which sent notice to all counsel of record in this litigation.

*/s/ Amal Bass*
Amal Bass