IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA and STATE OF NEW JERSEY, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, in his official capacity as President of the United States; *et al.*, <br><br> Defendants. | Civil Action No. 2:17-cv-04540 (WB) |

## NOTICE OF WITHDRAWAL OF NOTICE OF PROPOSED RULEMAKING

Federal Defendants respectfully give notice to the Court that the U.S. Department of the Treasury, the U.S. Department of Labor, and the U.S. Department of Health and Human Services are withdrawing in their entirety proposed rules that were published in the Federal Register on February 2, 2023, regarding coverage of certain preventive services under the Affordable Care Act. The unpublished version of the notice of withdrawal can be viewed on the website of the Federal Register at the following address: https://public-inspection.federalregister.gov/2024-31239.pdf. The withdrawal will become effective upon publication in the Federal Register on December 30, 2024.

Dated: December 23, 2024          Respectfully submitted,

BRIAN NETTER
Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Director, Federal Programs Branch

*/s/ Daniel Riess*
DANIEL RIESS
MICHAEL GERARDI
REBECCA M. KOPPLIN
Trial Attorneys
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 353-3098
Daniel.Riess@usdoj.gov
*Attorneys for Federal Defendants*