AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania  ▼

| | |
|---|---|
| Commonwealth of Pennsylvania, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  17-cv-04540-WB |
| President, United States, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Pennsylvania                                                  .

Date: 01/09/2025

/s/ Aimee D. Thomson
*Attorney's signature*

Aimee D. Thomson, PA Bar No. 326328
*Printed name and bar number*

Governor's Office of General Counsel
30 North Third Street, Suite 200
Harrisburg, PA 17101
*Address*

aimeethomson@pa.gov
*E-mail address*

(223) 234-4986
*Telephone number*

(717) 787-1788
*FAX number*