UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.*,<br><br>    Plaintiffs,<br>v.<br><br>JOSEPH R. BIDEN, *in his official capacity as the President of the United States, et al.*,<br><br>    Defendants. | No. 2:17-cv-04540-WB |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Molly Pohlhaus of the Pennsylvania Office of Attorney General on behalf of Plaintiff, the Commonwealth of Pennsylvania. Aimee Thompson of the Governor's Office of General Counsel will continue representation of the Commonwealth of Pennsylvania in this matter.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: 1/9/2025 | MICHELLE HENRY<br>Attorney General of the Commonwealth of Pennsylvania<br><br>By: /s/ *Molly Pohlhaus*<br>Molly Pohlhaus (Pa. Bar No. 332428)<br>Deputy Attorney General<br>Pennsylvania Office of Attorney General<br>Strawberry Square, 14th Floor<br>Harrisburg, PA 17120<br>(717) 265-9107<br>mpohlhaus@attorneygeneral.gov |

## CERTIFICATE OF SERVICE

I, Molly Pohlhaus, hereby certify that on January 9, 2025, I caused a copy of the foregoing to be electronically filed and served via the CM/ECF filing system. All participants in the case who are registered CM/ECF users will be served via the CM/ECF system.

By: /s/ *Molly Pohlhaus*
Molly Pohlhaus (Pa. Bar No. 332428)
Deputy Attorney General
Pennsylvania Office of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA 17120
(717) 265-9107
mpohlhaus@attorneygeneral.gov