AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| Commonwealth of Pennsylvania et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:17-cv-04540-WB |
| Donald J. Trump et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Commonwealth of Pennsylvania.

Date: 01/15/2025

/s/ Michael J. Fischer
*Attorney's signature*

Michael J. Fischer (PA Bar No. 322311)
*Printed name and bar number*

Governor's Office of General Counsel
30 North Third Street, Suite 200
Harrisburg, PA 17120
*Address*

mjfischer@pa.gov
*E-mail address*

(717) 831-2827
*Telephone number*

*FAX number*