IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA AND STATE OF NEW JERSEY,**<br><br>Plaintiffs,<br><br>v.<br><br>**JOSEPH R. BIDEN,** *et al.***,**<br><br>Defendants,<br><br>**LITTLE SISTERS OF THE POOR SAINTS PETER AND PAUL HOME,**<br><br>Defendant-Intervenor. | CIVIL ACTION<br><br>NO.  17-4540 |

## SCHEDULING ORDER

**AND NOW**, this 15th day of January, 2025, following a Status Conference, and upon agreement of the Parties that the Administrative Record underlying the dispute remains the same as it was when the parties filed their Motions for Summary Judgment in September of 2020 (ECF Nos. 251, 252, 254, 255), **IT IS HEREBY ORDERED** as follows:

    1.  The parties have until **March 3, 2025** to file Motions for Summary Judgment, which shall not exceed 45 pages.

    2.  Responses to said Motions shall be filed on or before **April 17, 2025** and shall not exceed 45 pages.

    3.  Any replies in support of said Motions shall be filed on or before **May 19, 2025** and shall not exceed 30 pages.

                                                                   **BY THE COURT:**

                                                                   */s/ Wendy Beetlestone*
                                                                   **WENDY BEETLESTONE, J.**