IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA AND STATE OF NEW JERSEY,**<br><br>Plaintiffs,<br><br>v.<br><br>**JOSEPH R. BIDEN,** *et al.***,**<br><br>Defendants,<br><br>**LITTLE SISTERS OF THE POOR SAINTS PETER AND PAUL HOME,**<br><br>Defendant-Intervenor. | CIVIL ACTION<br><br><br><br>NO. 17-4540 |

## AMENDED SCHEDULING ORDER

**AND NOW**, this 17th day of January, 2025, upon consideration of the Parties' Joint Motion to Amend (ECF No. 334), **IT IS HEREBY ORDERED** as follows:

1. Plaintiffs shall have until **February 25, 2025** to file their Motion for Summary Judgment, which shall not exceed 45 pages.

2. Federal Defendants and Intervenor Defendants shall have until **March 28, 2025** to file their respective combined Cross-Motions for Summary Judgment and Responses to Plaintiff's Motion. Neither combined brief shall exceed 45 pages.

3. Plaintiffs shall have until **April 22, 2025** to file a combined Response to Defendants' Cross-Motions and Reply in support of their Motion, which shall not exceed 30 pages.

4. Federal Defendants and Intervenor Defendants shall have until **May 19, 2025** to file their respective Replies in Support of their Cross-Motions. Neither Reply shall exceed 20 pages.

BY THE COURT:

   /s/WENDY BEETLESONE
**WENDY BEETLESTONE, J.**