

| | | |
|---|---|---|
| PHILLIP D. MURPHY<br>*Governor*<br><br>SHEILA Y. OLIVER<br>*Lt. Governor* | **State of New Jersey**<br>OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>P.O. Box 116<br>TRENTON, NJ 08625-0116 | MATTHEW J. PLATKIN<br>*Attorney General*<br><br>MICHAEL WALTERS<br>*Acting Director* |

February 21, 2025

**<u>Via ECF & electronic mail</u>**
The Honorable Wendy Beetlestone
United States District Court
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106-1797

        Re:    *Commonwealth of Pennsylvania, et al. v. Donald J. Trump, et al.,*
                Case No. 2:17-cv-04540

Dear Judge Beetlestone:

      Plaintiffs Commonwealth of Pennsylvania and State of New Jersey respectfully request an extension on the motion for summary judgment briefing deadlines. Per the Court's policies and procedures, Plaintiffs have conferred with counsel for Defendants, and this request is unopposed and by consent of all parties. Plaintiffs request this extension due to significant and time-sensitive deadlines in other matters, including litigation involving the United States. Additionally, one of the attorneys for Plaintiff New Jersey has been experiencing a family medical emergency that has limited their availability.

      As discussed, Plaintiffs have conferred with counsel for Defendants, and the parties have jointly agreed to the following extended briefing schedule:

- Plaintiffs' summary judgment motion: **March 11, 2025**
- Defendants' opposition and cross-motions for summary judgment: **April 18, 2025**
- Plaintiffs' opposition to cross-motions and reply brief: **May 19, 2025**
- Defendants' cross-motions reply brief: **July 3, 2025**



February 21, 2025<br>Page 2

Respectfully submitted,

MATTHEW J. PLATKIN
Attorney General
State of New Jersey

/s/ Joshua P. Bohn
_____
JOSHUA P. BOHN
MEGHAN K. MUSSO
Deputy Attorneys General
New Jersey Attorney General's Office
Richard J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625

*Attorneys for New Jersey*


JENNIFER C. SELBER
General Counsel
Commonwealth of Pennsylvania


/s/ Aimee D. Thomson
_____
MICHAEL J. FISCHER
Executive Deputy General Counsel
AIMEE D. THOMSON
Deputy General Counsel
Office of General Counsel
30 North Third Street, Suite 200
Harrisburg, PA 17101

*Attorneys for Pennsylvania*