IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA AND STATE OF NEW JERSEY,** | **CIVIL ACTION** |
| **Plaintiffs,** | |
| v. | NO. 17-4540 |
| **DONALD J. TRUMP,** *et al.*, | |
| **Defendants,** | |
| **LITTLE SISTERS OF THE POOR SAINTS PETER AND PAUL HOME,** | |
| **Defendant-Intervenor.** | |

## AMENDED SCHEDULING ORDER

**AND NOW**, this 24th day of February, 2025, upon consideration of the Unopposed Letter Requesting an Extension of Deadlines (ECF No. 336), **IT IS HEREBY ORDERED** as follows:

    1. Plaintiffs shall have until **March 11, 2025** to file their Motion for Summary Judgment, which shall not exceed 45 pages.

    2. Federal Defendants and Intervenor Defendants shall have until **April 18, 2025** to file their respective combined Cross-Motions for Summary Judgment and Responses to Plaintiff's Motion. Neither combined brief shall exceed 45 pages.

    3. Plaintiffs shall have until **May 19, 2025** to file a combined Response to Defendants' Cross-Motions and Reply in support of their Motion, which shall not exceed 30 pages.

    4. Federal Defendants and Intervenor Defendants shall have until **July 3, 2025** to file their respective Replies in Support of their Cross-Motions. Neither Reply shall exceed 20 pages.

BY THE COURT:

S / WENDY BEETLESTONE

**WENDY BEETLESTONE, J.**