THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA,<br><br>    Plaintiff,<br>v.<br><br>JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*<br><br>    Defendants. | Civil Action No. 2:17-cv-4540 (WB) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

  Please withdraw the appearance of Rebecca Kopplin of the Department of Justice on behalf of Defendants. Defendants will continue to be represented by Daniel Riess and any other Department of Justice attorneys who enter an appearance.

Dated: March 4, 2025

Respectfully Submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

MICHELLE R. BENNETT
Assistant Director, Federal Programs Branch

*/s/ Rebecca Kopplin*
REBECCA KOPPLIN
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington DC 20005
202 514 3953
rebecca.m.kopplin@usdoj.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that, on March 4, 2025, a copy of the foregoing document was electronically filed with the Clerk of Cour using the CM/ECF system which will send a notification of such filing to all counsel of record.

/s/ Rebecca Kopplin\_\_\_\_
Rebecca Kopplin