IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA AND STATE OF NEW JERSEY,** | **CIVIL ACTION** |
| Plaintiffs, | |
| v. | NO. 17-4540 |
| **DONALD J. TRUMP,** *et al.*, | |
| Defendants, | |
| **LITTLE SISTERS OF THE POOR SAINTS PETER AND PAUL HOME,** | |
| Defendant-Intervenor. | |

## AMENDED SCHEDULING ORDER

**AND NOW**, this 6th day of March, 2025, upon consideration of the parties' Joint Motion to Amend Scheduling Order (ECF No. 339), **IT IS HEREBY ORDERED** that:

1. The parties shall be permitted to dispense with the refiling of the previous Joint Appendix filed as ECF No. 253 and the Supplement of Joint Appendix filed as ECF No. 256, as required by the Court's policies and procedures, and may instead cite directly to these filed appendices within their motion briefs.

2. The parties shall be permitted to dispense with the filing of any additional separate statements of facts, as required by the Court's policies and procedures.

BY THE COURT:
S/ **WENDY BEETLESTONE**

**WENDY BEETLESTONE, J.**