# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA and STATE OF NEW JERSEY,<br><br>       Plaintiffs,<br><br>      v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*; ROBERT F. KENNEDY, JR., *in his official capacity as Secretary of Health and Human Services*; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; SCOTT BESSENT, *in his official capacity as Secretary of the Treasury*; UNITED STATES DEPARTMENT OF THE TREASURY; LORI CHAVEZ-DeREMER, *in her official capacity as Secretary of Labor*; UNITED STATES DEPARTMENT OF LABOR; and UNITED STATES OF AMERICA.<br><br>       Defendants. | No. 2:17-cv-04540-WB |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiffs the Commonwealth of Pennsylvania and the State of New Jersey, by and through their undersigned counsel, file this Motion requesting that this Court grant summary judgment against all Defendants on Count IV of the Amended Complaint, ECF No. 89, filed on December 14, 2018, and vacate the following rules (the "Rules"):

a) Religious Exemptions and Accommodations for Coverage of Certain Preventive Services Under the Affordable Care Act (82 Fed. Reg. 47,792 & 83 Fed. Reg. 57,536).

b) Moral Exemptions and Accommodations for Coverage of Certain Preventive Services Under the Affordable Care Act (82 Fed. Reg. 47,838 & 83 Fed. Reg. 57,592).

As set forth in the contemporaneously filed Memorandum of Law, there are no genuine issues of material fact and Movants are entitled to judgment as a matter of law. The Rules are unlawful because they are arbitrary and capricious in violation of the Administrative Procedure Act.

This Motion is supported by the contemporaneously filed Memorandum of Law, the Joint Appendix submitted in this matter at ECF No. 253, and any additional submissions that may be considered by the Court.

| | |
|---|---|
| March 11, 2025 | Respectfully submitted, |
| MATTHEW J. PLATKIN<br>Attorney General<br>State of New Jersey | JENNIFER C. SELBER<br>General Counsel<br>Pennsylvania Office the Governor |
| *s/ Joshua Bohn*<br>JOSHUA BOHN<br>MEGHAN K. MUSSO<br>Deputy Attorneys General<br>New Jersey Attorney General's Office<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>Trenton, NJ 08625<br>(609) 696-5366<br>joshua.bohn@law.njoag.gov | *s/ Aimee D. Thomson*<br>MICHAEL J. FISCHER<br>Executive Deputy General Counsel<br>AIMEE D. THOMSON<br>Deputy General Counsel<br>Office of General Counsel<br>30 North Third Street, Suite 200<br>Harrisburg, PA 17101<br>(223) 234-4986<br>aimeethomson@pa.gov |
| *Attorneys for New Jersey* | *Attorneys for Pennsylvania* |