UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA and STATE OF NEW JERSEY,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*; ROBERT F. KENNEDY, JR., *in his official capacity as Secretary of Health and Human Services*; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; SCOTT BESSENT, *in his official capacity as Secretary of the Treasury*; UNITED STATES DEPARTMENT OF THE TREASURY; LORI CHAVEZ-DeREMER, *in her official capacity as Secretary of Labor*; UNITED STATES DEPARTMENT OF LABOR; and UNITED STATES OF AMERICA.<br><br>　　　　　　　　　Defendants. | No. 2:17-cv-04540-WB |

### [PROPOSED] ORDER

**AND NOW**, this _____ day of _____, 2025, upon consideration of the Motion for Summary Judgment filed by Plaintiffs Commonwealth of Pennsylvania and State of New Jersey, any response thereto, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is further **ORDERED** that the following Rules issued by Defendants are **VACATED**:

1. Religious Exemptions and Accommodations for Coverage of Certain Preventive Services Under the Affordable Care Act (82 Fed. Reg. 47,792 & 83 Fed. Reg. 57,536); and

2

2. Moral Exemptions and Accommodations for Coverage of Certain Preventive Services Under the Affordable Care Act (82 Fed. Reg. 47,838 & 83 Fed. Reg. 57,592).

**BY THE COURT:**

_____
**WENDY BEETLESTONE, J.**