IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA and STATE OF NEW JERSEY,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*; ROBERT F. KENNEDY, JR., *in his official capacity as Secretary of Health and Human Services*; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; SCOTT BESSENT, *in his official capacity as Secretary of the Treasury*; UNITED STATES DEPARTMENT OF THE TREASURY; LORI CHAVEZ-DeREMER, *in her official capacity as Secretary of Labor*; UNITED STATES DEPARTMENT OF LABOR; and UNITED STATES OF AMERICA,<br><br>   *Defendants*,<br><br>LITTLE SISTERS OF THE POOR SAINTS PETER AND PAUL HOME,<br><br>   *Intervenor-Defendant*. | No. 2:17-cv-04540-WB |

**[PROPOSED] ORDER**

    **AND NOW**, this _____ day of _____, 2025, it is hereby **ORDERED** that Plaintiffs' motion for summary judgment is **DENIED**; Defendant and Defendant-Intervenor's motions for summary judgment are **GRANTED**; **FURTHER ORDERED** that judgment shall be entered for Defendants and Defendant-Intervenors.

                                                            **BY THE COURT:**

                                                            _____
                                                            **WENDY BEETLESTONE, J.**