**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA and STATE OF NEW JERSEY, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 2:17-cv-04540 (WB) |
| DONALD J. TRUMP, in his official capacity as President of the United States *et al*., | ) ) ) ) | |
| Defendants. | ) ) ) | |

**FEDERAL DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Defendants Donald J. Trump, President of the United States, in his official capacity; Robert F. Kennedy, Jr., Secretary of Health and Human Services, in his official capacity; Scott Bessent, Secretary of the Treasury, in his official capacity; Lori Chavez-DeRemer, Secretary of Labor, in her official capacity; the United States Departments of Health and Human Services, Labor, and the Treasury; and the United States of America ("Federal Defendants") respectfully move this Court to enter summary judgment in their favor. The accompanying memorandum containing a concise statement of the legal contentions and authorities relied upon in support of this motion.

Dated: April 18, 2025                Respectfully submitted,


                                     ERIC J. HAMILTON
                                     Deputy Assistant Attorney General

                                     MICHELLE R. BENNETT
                                     Assistant Director, Federal Programs Branch

/s/ Daniel Riess
DANIEL RIESS
MICHAEL GERARDI
Trial Attorneys
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 353-3098
Daniel.Riess@usdoj.gov
*Attorneys for Federal Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 18, 2025, a copy of the forgoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this 18th day of April, 2025.                    /s/ Daniel Riess
                                                        DANIEL RIESS

2