IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA<br>and STATE OF NEW JERSEY, | : <br> : <br> : | Case Number: 2:17-cv-0450-WB |
| v. | : <br> : | |
| DONALD J. TRUMP, et al., | : <br> : | |
| LITTLE SISTERS OF THE POOR SAINTS<br>PETER AND PAUL HOME. | | |

<u>ORDER</u>

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.  The Clerk is DIRECTED to add <u>Kelsey Baer Flores</u>, Esquire as counsel for Little Sisters of the Poor Saints Peter and Paul Home <u>                              </u>.  <u>Kelsey Baer Flores</u> is DIRECTED to request ECF filing access using their PACER Account[1].

☐ DENIED.

_____
Wendy Beetlestone, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number 2:17-cv-0450-WB

### MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I, <u>MOVANT'S STATEMENT</u>

I, __Kelsey Baer Flores__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent <u>Little Sisters of the Poor Saints Peter and Paul Home</u>. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. I state that I am currently admitted to practice in the following state jurisdiction(s):

| _District of Columbia_ | 01/08/2020 | 1671937 |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdiction(s):

| See additional sheet | | |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am seeking to enter my appearance for <u>Intervenor-Defendants Little Sisters of the Poor Saints Peter and Paul Home</u>

Name of Attorney: <u>Kelsey Baer Flores</u>

Firm Address: <u>1919 Pennsylvania Avenue NW, Suite 400, Washington, D.C. 20006</u>

Telephone Number: <u>202-955-0095</u>

Email Address: <u>kflores@becketfund.org</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____June 23, 2025_____       _/s/ Kelsey Flores_
               (Date)                        (Movant's signature)

| Court | Date Admitted | Attorney ID Number |
|---|---|---|
| United States Supreme Court | 03/24/2025 | 324482 |
| Fifth Circuit | 11/14/2022 | N/A |
| Seventh Circuit | 10/14/2022 | N/A |
| Ninth Circuit | 02/18/2022 | N/A |
| D.C. Circuit | 03/02/2022 | 63969 |

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

  The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____Kelsey Baer Flores_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Nicholas M. Centrella | *[signature]* | 06/07/1995 | 67666 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Conrad O'Brien PC

1500 Market Street, Philadelphia, PA 19102

Phone: 215-864-8098

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed on   June 23, 2025        *[signature]*
     (Date)                 (Sponsor's signature)

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA and STATE OF NEW JERSEY, | : : : | Case Number: 2:17-cv-04540-WB |
| v. | : : | |
| DONALD J. TRUMP, et al., | : : | |
| LITTLE SISTERS OF THE POOR SAINTS PETER AND PAUL HOME. | | |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of  Kelsey Baer Flores  Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on as follows:

cc: all counsel of record via CM/ECF

_____
(Signature of Attorney)

Nicholas M. Centrella
(Name of Attorney)

Little Sisters of the Poor Saints Peter and Paul Home
(Name of Moving Party)

June 23, 2025
(Date)