IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA and STATE OF NEW JERSEY,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    *Defendants*,<br><br>LITTLE SISTERS OF THE POOR SAINTS PETER AND PAUL HOME,<br><br>    *Intervenor-Defendant*. | No. 2:17-cv-04540-WB |

**NOTICE OF APPEAL**

Notice is given that the Little Sisters of the Poor Saints Peter and Paul Home, Intervenor-Defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Court's Opinion and Order (ECF Nos. 356 and 357) dated August 13, 2025.

Dated: August 13, 2025

Nicholas M. Centrella
Clark Hill
Two Commerce Square
2001 Market Street, Ste 2620
Philadelphia, PA 19103
Telephone: (215) 864-8098
Facsimile: (215) 640-8501
ncentrella@clarkhill.com

Respectfully submitted,

*/s/ Mark Rienzi*
Mark Rienzi, *pro hac vice*
Lori Windham, *pro hac vice*
Eric Rassbach, *pro hac vice*
Diana Verm Thomson, *pro hac vice*
Adèle Auxier Keim, *pro hac vice*
Daniel L. Chen, *pro hac vice*
Benjamin A. Fleshman, *pro hac vice*
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
Telephone: (202) 955-0095
Facsimile: (202) 955-0090
mrienzi@becketfund.org

*Counsel for Intervenor-Defendant*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was electronically filed with the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania using the CM/ECF system, and that service will be effectuated through the CM/ECF system.

Dated: August 13, 2025

                                                    /s/ *Mark Rienzi*
                                                    Mark Rienzi