## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA and STATE OF NEW JERSEY,<br><br>          Plaintiffs,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States; *et al.*,<br><br>          Defendants. | Civil Action No. 2:17-cv-04540 (WB) |

### **NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Defendants Donald J. Trump, President of the United States, in his official capacity; Robert F. Kennedy, Jr., Secretary of Health and Human Services, in his official capacity; Scott Bessent, Secretary of the Treasury, in his official capacity; Lori Chavez-DeRemer, Secretary of Labor, in her official capacity; the United States Departments of Health and Human Services, Labor, and the Treasury; and the United States of America (collectively, "Federal Defendants") hereby appeal to the United States Court of Appeals for the Third Circuit from the Court's August 13, 2025 Opinion and Order [ECF Nos. 356, 357] .

Dated: August 26, 2025                    Respectfully submitted,

                                                  BRETT A. SHUMATE
                                                  Assistant Attorney General

                                                  MICHELLE R. BENNETT
                                                Assistant Director, Federal Programs Branch

                                                */s/ Daniel Riess*
                                                DANIEL RIESS
                                                Trial Attorney
                                                U.S. Department of Justice, Civil Division

1100 L Street, NW
Washington, D.C. 20005
(202) 353-3098
Daniel.Riess@usdoj.gov
*Attorneys for Federal Defendants*