IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA and STATE OF NEW JERSEY,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*,<br><br>LITTLE SISTERS OF THE POOR SAINTS PETER AND PAUL HOME,<br><br>*Intervenor-Defendant*. | No. 2:17-cv-04540-WB |

**[PROPOSED] ORDER**

**AND NOW**, this _____ day of _____, 2025, it is hereby **ORDERED** that the consent motion for a partial stay of the judgment pending appeal is **GRANTED**. This Court's order granting Plaintiffs' motion for summary judgment and vacating the Religious Exemption Rule, dated August 13, 2025, Dkt. 357, is hereby **STAYED IN PART,** so as to ensure that the homes operated by the Little Sisters of the Poor are required to comply only with 83 Fed. Reg. 57,536 (Nov. 15, 2018), as opposed to the older regulations at 80 Fed. Reg. 41,318 (July 14, 2015), during the pendency of the appeal. This partial stay of judgment as to the religious exemption rule shall apply only to the Little Sisters of the Poor. This partial stay of judgment as to the religious exemption rule shall not apply to the Court's vacatur of the moral exemption rule announced in 83 Fed. Reg. 57,592 (Nov. 15, 2018).

BY THE COURT:

_____
**WENDY BEETLESTONE, J.**