# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA AND STATE OF NEW JERSEY,** | CIVIL ACTION |
| Plaintiffs, | |
| v. | NO. 17-4540 |
| **DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, ALEX M. AZAR II, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, STEVEN T. MNUCHIN, UNITED STATES DEPARTMENT OF THE TREASURY, PATRICK PIZZELLA, THE UNITED STATES DEPARTMENT OF LABOR, AND THE UNITED STATES OF AMERICA,** | |
| Defendants, | |
| **LITTLE SISTERS OF THE POOR SAINTS PETER AND PAUL HOME,** | |
| Defendant-Intervenor. | |

## O R D E R

**AND NOW**, this 15th day of October, 2025, upon consideration of Defendant-Intervenor's Consent Motion for Partial Stay of Judgment Pending Appeal (ECF No. 364), **IT IS HEREBY ORDERED** that the motion is **GRANTED**. The portion of the Court's judgment vacating 82 Fed. Reg. 47,792 and 83 Fed. Reg. 57,536 (ECF No. 357) is **STAYED** with respect to Defendant-Intervenor only.

BY THE COURT:

S/ WENDY BEETLESTONE
_____
WENDY BEETLESTONE, C.J.